| From: | Dave Kleiman <dave@davekleiman.com> |
|---|---|
| Sent: | Thursday, January 31, 2013 6:43 PM |
| To: | David S. Kuharcik <dskcpa@gmail.com> |
| Cc: | Carter Conrad; Patrick Paige; ComputerForensicsLLC-Accounting |
| Subject: | Computer Forensics LLC Accounting |
| Attachments: | 2012-06-15- COMPUTER FORENSICS LLC_www.sunbiz.org.pdf; 2012_Report_ Profit & Loss.pdf; 2013-01-30_Report_ Profit & Loss.pdf; 2013-01-30_Report_ General Ledger.pdf |

Hi David,

After careful consideration, you were chosen to be our firm's accountant.

We use the email address accounting@computerforensicsllc.com for all our bookkeeping and banking, that way all three of us receive a copy of the email.

I will be sending an invite for QuickBooks Online to you following this email.

Attached is our LLC paperwork, 2012 profit and loss, profit and loss through 30-Jan-2013, and general ledger through 30-Jan-2013.

For the everyone's information, I am posting your contact info here:

David S. Kuharcik, CPA
533 Northlake Blvd.
North Palm Beach, FL  33408
(561) 842-2921
(561) 842-7398  Fax.

Respectfully,

Dave Kleiman - http://www.ComputerForensicsLLC.com

2465 Mercer Ave, Suite 203
West Palm Beach, FL 33401
Main: 561.404.3074
Direct: 561.310.8801

**Dr. Wright Ex.**

**D056**

KLEIMAN_00397318



Florida Department of State
Division of Corporations

Previous on List Next on List Return To List Entity Name Search
Events Name History Submit

## Detail by Entity Name

### Florida Limited Liability Company

COMPUTER FORENSICS LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L12000020457 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 02/13/2012 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 02/06/2012 |
| **Last Event** | LC AMENDMENT AND NAME CHANGE |
| **Event Date Filed** | 06/11/2012 |
| **Event Effective Date** | NONE |

### Principal Address

2465 MERCER AVENUE
SUITE 203
WEST PALM BEACH FL 33401 US

### Mailing Address

2465 MERCER AVENUE
SUITE 203
WEST PALM BEACH FL 33401

### Registered Agent Name & Address

CONRAD, CARTER V
2465 MERCER AVENUE
SUITE 203
WEST PALM BEACH FL 33401 US

### Manager/Member Detail

**Name & Address**

Title MGRM

KLEIMAN, DAVE
2465 MERCER AVENUE, SUITE 203
WEST PALM BEACH FL 33401 US

Title MGRM

CONRAD, CARTER V
2465 MERCER AVENUE, SUITE 203
WEST PLAM BEACH FL 33401 US

Title MGRM

PAIGE, PATRICK
2465 MERCER AVENUE, SUITE 203
WEST PALM BEACH FL 33401 US

### Annual Reports

**No Annual Reports Filed**

### Document Images

06/11/2012 -- LC Amendment and Name Change View image in PDF format

02/13/2012 -- Florida Limited Liability View image in PDF format

**Note:** This is not official record. See documents if question or conflict.

Previous on List Next on List Return To List Entity Name Search

KLEIMAN_00397319

| Events | Name History | Submit |
|--------|--------------|--------|

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright © and Privacy Policies
State of Florida, Department of State

KLEIMAN_00397320

## Computer Forensics LLC
## Profit & Loss
### January - December 2012

|  | Total |
|---|---:|
| **Income** | |
| Services | 76,300.24 |
| Unapplied Cash Payment Income | 3,968.75 |
| **Total Income** | **$80,268.99** |
| **Gross Profit** | **$80,268.99** |
| **Expenses** | |
| Advertising | 1,640.43 |
| Bank Charges | 9.47 |
| Bookkeeping Expenses | 343.96 |
| Computer - Software | 1,798.01 |
| Consultant PMT - 1099 | 70,965.00 |
| Insurance | 1,805.01 |
| Job Related Computer Expenses | 3,837.26 |
| Office Expenses | 39.92 |
| Promotional | 195.00 |
| Rent or Lease | 1,908.00 |
| Shipping and Handling | 138.03 |
| Stationery & Printing | 905.00 |
| **Total Expenses** | **$83,585.09** |
| **Net Operating Income** | **$ (3,316.10)** |
| **Net Income** | **$ (3,316.10)** |

Thursday, Jan 24, 2013 08:51:53 AM PST GMT-5 - Cash Basis

KLEIMAN_00397321

**Computer Forensics LLC**
**Profit & Loss Detail**
January 1, 2012 - January 30, 2013

| Date | Transaction Type | Num | | Split | Amount | Balance |
|------|------------------|-----|---|-------|--------|---------|
| **Ordinary Income/Expenses** | | | | | | |
| **Income** | | | | | | |
| **Services** | | | | | | |
| 07/27/2012 | Invoice | 1510 | | Accounts Receivable (A/R) | 2,620.00 | 2,620.00 |
| 07/27/2012 | Invoice | 1510 | | Accounts Receivable (A/R) | (2,620.00) | 0.00 |
| 08/07/2012 | Deposit | | | Chk-001 Checking | 2,620.00 | 2,620.00 |
| 08/07/2012 | Deposit | | | Chk-001 Checking | 900.00 | 3,520.00 |
| 09/07/2012 | Invoice | dBKSM-1012 | | Accounts Receivable (A/R) | 1,000.00 | 4,520.00 |
| 09/17/2012 | Invoice | dBKSM-1011 | | Accounts Receivable (A/R) | 1,300.00 | 5,820.00 |
| 09/19/2012 | Invoice | KTS-JACKS-1008 | | Accounts Receivable (A/R) | 3,500.00 | 9,320.00 |
| 10/02/2012 | Invoice | LL-CRUZL-1007 | | Accounts Receivable (A/R) | 750.00 | 10,070.00 |
| 10/02/2012 | Invoice | 1502 | | Accounts Receivable (A/R) | 912.50 | 10,982.50 |
| 10/12/2012 | Invoice | OLT-MADI-1005 | | Accounts Receivable (A/R) | 1,862.74 | 12,845.24 |
| 10/12/2012 | Invoice | BCLC-OSBORN-1006 | | Accounts Receivable (A/R) | 1,056.25 | 13,901.49 |
| 10/15/2012 | Invoice | NAG-1015 | | Accounts Receivable (A/R) | 850.00 | 14,751.49 |
| 10/23/2012 | Deposit | | | Chk-001 Checking | 15,990.00 | 30,741.49 |

KLEIMAN_00397322

| Date | Transaction Type | Num | | Split | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/30/2012 | Invoice | GR-Clapp-1014 | | Accounts Receivable (A/R) | 650.00 | 31,391.49 |
| 10/30/2012 | Invoice | GR-Cole-1013 | | Accounts Receivable (A/R) | 1,250.00 | 32,641.49 |
| 11/01/2012 | Invoice | 1507 | | Accounts Receivable (A/R) | 243.75 | 32,885.24 |
| 11/01/2012 | Invoice | 1507 | | Accounts Receivable (A/R) | 650.00 | 33,535.24 |
| 11/01/2012 | Invoice | 1507 | | Accounts Receivable (A/R) | 162.50 | 33,697.74 |
| 11/01/2012 | Invoice | 1507 | | Accounts Receivable (A/R) | 162.50 | 33,860.24 |
| 11/01/2012 | Invoice | 1507 | | Accounts Receivable (A/R) | 162.50 | 34,022.74 |
| 11/01/2012 | Invoice | 1507 | | Accounts Receivable (A/R) | 650.00 | 34,672.74 |
| 11/01/2012 | Invoice | 1508 | | Accounts Receivable (A/R) | 1,500.00 | 36,172.74 |
| 11/05/2012 | Invoice | 1509 | | Accounts Receivable (A/R) | 1,800.00 | 37,972.74 |
| 11/08/2012 | Invoice | 1511 | | Accounts Receivable (A/R) | 900.00 | 38,872.74 |
| 11/08/2012 | Invoice | 1511 | | Accounts Receivable (A/R) | 2,025.00 | 40,897.74 |
| 11/08/2012 | Invoice | 1511 | | Accounts Receivable (A/R) | (5,625.00) | 35,272.74 |
| 11/08/2012 | Invoice | 1511 | | Accounts Receivable (A/R) | 900.00 | 36,172.74 |
| 11/08/2012 | Invoice | 1511 | | Accounts Receivable (A/R) | 1,800.00 | 37,972.74 |
| 11/13/2012 | Deposit | | | Chk-001 Checking | 5,625.00 | 43,597.74 |

KLEIMAN_00397323

| Date | Transaction Type | Num | | Split | Amount | Balance |
|------|------------------|-----|---|-------|--------|---------|
| 11/29/2012 | Invoice | 1501 | | Accounts Receivable (A/R) | 1,300.00 | 44,897.74 |
| 12/04/2012 | Deposit | | | Chk-001 Checking | 19,302.50 | 64,200.24 |
| 12/18/2012 | Invoice | 1503 | | Accounts Receivable (A/R) | 1,950.00 | 66,150.24 |
| 12/18/2012 | Invoice | 1503 | | Accounts Receivable (A/R) | 1,300.00 | 67,450.24 |
| 12/18/2012 | Invoice | 1506 | | Accounts Receivable (A/R) | 650.00 | 68,100.24 |
| 12/18/2012 | Invoice | 1506 | | Accounts Receivable (A/R) | 1,200.00 | 69,300.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | | Accounts Receivable (A/R) | 650.00 | 69,950.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | | Accounts Receivable (A/R) | 650.00 | 70,600.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | | Accounts Receivable (A/R) | (19,302.50) | 51,297.74 |
| 12/18/2012 | Invoice | JKG-LP-1003 | | Accounts Receivable (A/R) | (15,990.00) | 35,307.74 |
| 12/18/2012 | Invoice | JKG-LP-1003 | | Accounts Receivable (A/R) | 1,200.00 | 36,507.74 |
| 12/18/2012 | Invoice | JKG-LP-1003 | | Accounts Receivable (A/R) | 650.00 | 37,157.74 |
| 12/18/2012 | Invoice | JKG-LP-1003 | | Accounts Receivable (A/R) | 22,652.50 | 59,810.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | | Accounts Receivable (A/R) | 3,185.00 | 62,995.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | | Accounts Receivable | 500.00 | 63,495.24 |

KLEIMAN_00397324

| Date | Transaction Type | Num | | | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | (A/R) | | |
| 12/18/2012 | Invoice | JKG-LP-1003 | | | Accounts Receivable (A/R) | 3,900.00 | 67,395.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | | | Accounts Receivable (A/R) | 3,542.50 | 70,937.74 |
| 12/18/2012 | Invoice | JKG-LP-1003 | | | Accounts Receivable (A/R) | 4,550.00 | 75,487.74 |
| 12/18/2012 | Invoice | JKG-LP-1003 | | | Accounts Receivable (A/R) | 812.50 | 76,300.24 |
| 01/10/2013 | Invoice | 1518 | | | Accounts Receivable (A/R) | 750.00 | 77,050.24 |
| 01/24/2013 | Invoice | 1505 | | | Accounts Receivable (A/R) | 1,800.00 | 78,850.24 |
| 01/25/2013 | Invoice | 1524 | | | Accounts Receivable (A/R) | 975.00 | 79,825.24 |
| **Total for Services** | | | | | | **$79,825.24** | |
| **Unapplied Cash Payment Income** | | | | | | | |
| 07/12/2012 | Payment | | | | Chk-001 Checking | 3,500.00 | 3,500.00 |
| 07/20/2012 | Payment | | | | Chk-001 Checking | 2,500.00 | 6,000.00 |
| 11/01/2012 | Invoice | 1507 | | | -Split- | (2,031.25) | 3,968.75 |
| **Total for Unapplied Cash Payment Income** | | | | | | **$3,968.75** | |
| **Total for Income** | | | | | | **$83,793.99** | |
| **Expenses** | | | | | | | |
| **Advertising** | | | | | | | |
| 09/25/2012 | Check | | Alm Media LLC | Alm Media LLC - Expert Witness Ad | Chk-001 Checking | 1,145.00 | 1,145.00 |
| 12/31/2012 | Check | | GoDaddy.com | | Chk-001 Checking | 495.43 | 1,640.43 |
| 01/02/2013 | Check | | GoDaddy.com | | Chk-001 Checking | 193.00 | 1,833.43 |
| 01/24/2013 | Check | | GoDaddy.com | | Chk-001 Checking | 147.31 | 1,980.74 |
| 01/25/2013 | Check | | GoDaddy.com | | Chk-001 Checking | 30.34 | 2,011.08 |
| **Total for Advertising** | | | | | | **$2,011.08** | |

KLEIMAN_00397325

| Date | Transaction Type | Num | | Split | Amount | Balance |
|------|------------------|-----|--|-------|--------|---------|
| **Bank Charges** | | | | | | |
| 07/17/2012 | Bill | | | Accounts Payable (A/P) | 9.47 | 9.47 |
| **Total for Bank Charges** | | | | | | |
| | | | | | **$9.47** | |
| **Bookkeeping Expenses** | | | | | | |
| 10/12/2012 | Check | | | Chk-001 Checking | 343.96 | 343.96 |
| **Total for Bookkeeping Expenses** | | | | | | |
| | | | | | **$343.96** | |
| **Computer - Hardware** | | | | | | |
| 01/04/2013 | Check | | | Chk-001 Checking | 169.58 | 169.58 |
| 01/04/2013 | Check | | | Chk-001 Checking | 127.19 | 296.77 |
| 01/29/2013 | Check | | | Chk-001 Checking | 317.99 | 614.76 |
| 01/29/2013 | Check | | | Chk-001 Checking | 499.99 | 1,114.75 |
| **Total for Computer - Hardware** | | | | | | |
| | | | | | **$1,114.75** | |
| **Computer - Software** | | | | | | |
| 11/16/2012 | Check | | | Chk-001 Checking | 104.01 | 104.01 |
| 11/19/2012 | Check | | | Chk-001 Checking | 349.00 | 453.01 |
| 11/23/2012 | Check | | | Chk-001 Checking | 747.00 | 1,200.01 |
| 12/12/2012 | Check | | | Chk-001 Checking | 299.00 | 1,499.01 |
| 12/21/2012 | Check | | | Chk-001 Checking | 299.00 | 1,798.01 |
| 01/03/2013 | Check | | | Chk-001 Checking | 495.00 | 2,293.01 |
| 01/09/2013 | Check | | | Chk-001 Checking | 360.00 | 2,653.01 |
| **Total for Computer - Software** | | | | | | |
| | | | | | **$2,653.01** | |
| **Consultant PMT - 1099** | | | | | | |
| 10/03/2012 | Check | 103 | | Chk-001 Checking | 8,000.00 | 8,000.00 |
| 10/03/2012 | Check | 103 | | Chk-001 Checking | 560.00 | 8,560.00 |
| 10/03/2012 | Check | 103 | | Chk-001 Checking | 560.00 | 9,120.00 |
| 10/03/2012 | Check | 104 | | Chk-001 Checking | 2,240.00 | 11,360.00 |

KLEIMAN_00397326

| Date | Transaction Type | Num | Name | | Split | Amount | Balance |
|------|-----------------|-----|------|---|-------|--------|---------|
| 10/03/2012 | Check | 104 | Carter Conrad | | Chk-001 Checking | 2,240.00 | 13,600.00 |
| 10/03/2012 | Check | 104 | Carter Conrad | | Chk-001 Checking | 2,096.00 | 15,696.00 |
| 10/31/2012 | Check | 106 | Dave Kleiman | | Chk-001 Checking | 4,792.00 | 20,488.00 |
| 11/06/2012 | Check | 115 | Patrick Paige | | Chk-001 Checking | 600.00 | 21,088.00 |
| 11/06/2012 | Check | 116 | Carter Conrad | | Chk-001 Checking | 520.00 | 21,608.00 |
| 11/06/2012 | Check | 117 | Patrick Paige | | Chk-001 Checking | 1,000.00 | 22,608.00 |
| 11/06/2012 | Check | 118 | Carter Conrad | | Chk-001 Checking | 1,490.00 | 24,098.00 |
| 11/06/2012 | Check | 119 | Carter Conrad | | Chk-001 Checking | 730.00 | 24,828.00 |
| 11/06/2012 | Check | 120 | Patrick Paige | | Chk-001 Checking | 680.00 | 25,508.00 |
| 11/06/2012 | Check | 121 | Patrick Paige | | Chk-001 Checking | 1,840.00 | 27,348.00 |
| 11/06/2012 | Check | 122 | Patrick Paige | | Chk-001 Checking | 845.00 | 28,193.00 |
| 11/06/2012 | Check | 123 | Patrick Paige | | Chk-001 Checking | 960.00 | 29,153.00 |
| 11/06/2012 | Check | 124 | Carter Conrad | | Chk-001 Checking | 700.00 | 29,853.00 |
| 11/06/2012 | Check | 114 | Patrick Paige | | Chk-001 Checking | 2,000.00 | 31,853.00 |
| 11/06/2012 | Check | 113 | Carter Conrad | | Chk-001 Checking | 1,440.00 | 33,293.00 |
| 11/06/2012 | Check | 112 | Patrick Paige | | Chk-001 Checking | 1,200.00 | 34,493.00 |
| 11/06/2012 | Check | 111 | Patrick Paige | | Chk-001 Checking | 2,080.00 | 36,573.00 |
| 11/06/2012 | Check | 110 | Carter Conrad | | Chk-001 Checking | 5,920.00 | 42,493.00 |
| 11/21/2012 | Check | 125 | Carter Conrad | | Chk-001 Checking | 2,600.00 | 45,093.00 |
| 11/21/2012 | Check | 125 | Carter Conrad | | Chk-001 Checking | 800.00 | 45,893.00 |
| 11/21/2012 | Check | 125 | Carter Conrad | | Chk-001 Checking | 4,500.00 | 50,393.00 |
| 12/04/2012 | Check | 128 | Dave Kleiman | | Chk-001 Checking | 6,941.00 | 57,334.00 |

KLEIMAN_00397327

| Date | Transaction Type | Num | Name | | Split | Amount | Balance |
|------|------------------|-----|------|--|-------|--------|---------|
| 12/06/2012 | Check | 127 | Carter Conrad | | Chk-001 Checking | 1,560.00 | 58,894.00 |
| 12/07/2012 | Check | 129 | Patrick Paige | | Chk-001 Checking | 6,941.00 | 65,835.00 |
| 12/19/2012 | Check | 130 | Carter Conrad | | Chk-001 Checking | 2,600.00 | 68,435.00 |
| 12/20/2012 | Check | 131 | Dave Kleiman | | Chk-001 Checking | 1,200.00 | 69,635.00 |
| 12/24/2012 | Check | 132 | Patrick Paige | | Chk-001 Checking | 1,200.00 | 70,835.00 |
| 12/24/2012 | Check | 132 | Patrick Paige | | Chk-001 Checking | 130.00 | 70,965.00 |
| 01/24/2013 | Check | 136 | Dave Kleiman | | Chk-001 Checking | 4,000.00 | 74,965.00 |
| 01/28/2013 | Check | 137 | Patrick Paige | | Chk-001 Checking | 4,000.00 | 78,965.00 |
| 01/28/2013 | Check | 137 | Patrick Paige | | Chk-001 Checking | 600.00 | 79,565.00 |
| **Total for Consultant PMT - 1099** | | | | | | **$79,565.00** | |
| **Insurance** | | | | | | | |
| 09/14/2012 | Check | 102 | | | Chk-001 Checking | 1,805.01 | 1,805.01 |
| **Total for Insurance** | | | | | | **$1,805.01** | |
| **Job Related Computer Expenses** | | | | | | | |
| 08/27/2012 | Check | 101 | Binary Intelligence, LLC | Chip-Off Blackberry | Chk-001 Checking | 568.00 | 568.00 |
| 09/21/2012 | Check | | CompUSA | Computer Supplies | Chk-001 Checking | 247.40 | 815.40 |
| 09/26/2012 | Check | | CompUSA | Computer Supplies | Chk-001 Checking | 175.35 | 990.75 |
| 10/01/2012 | Check | | CompUSA | Computer Supplies | Chk-001 Checking | 37.09 | 1,027.84 |
| 10/05/2012 | Check | | Best Buy | Computer Supplies | Chk-001 Checking | 472.70 | 1,500.54 |
| 10/09/2012 | Check | | Macpartsonline Ca | Computer Supplies | Chk-001 Checking | 325.06 | 1,825.60 |
| 10/09/2012 | Check | | CompUSA | Computer Supplies | Chk-001 Checking | 747.22 | 2,572.82 |
| 10/09/2012 | Check | | Ifixit Ca | Computer Supplies | Chk-001 Checking | 91.68 | 2,664.50 |
| 10/17/2012 | Check | | CompUSA | Computer Supplies | Chk-001 Checking | 445.16 | 3,109.66 |
| 10/29/2012 | Check | | CompUSA | Computer Supplies | Chk-001 Checking | 611.01 | 3,720.67 |

KLEIMAN_00397328

| Date | Transaction Type | Num | Name | | Split | Amount | Balance |
|------|------------------|-----|------|---|-------|--------|---------|
| 11/13/2012 | Check | | CompUSA | | Chk-001 Checking | 116.59 | 3,837.26 |
| 01/14/2013 | Check | | TigerDirect | | Chk-001 Checking | 128.74 | 3,966.00 |
| **Total for Job Related Computer Expenses** | | | | | | | |
| | | | | | | **$3,966.00** | |
| **Office Expenses** | | | | | | | |
| 11/14/2012 | Check | | Voicenation LLC | | Chk-001 Checking | 24.95 | 24.95 |
| 12/03/2012 | Check | | Voicenation LLC | | Chk-001 Checking | 14.97 | 39.92 |
| 01/02/2013 | Check | | Voicenation LLC | | Chk-001 Checking | 24.95 | 64.87 |
| **Total for Office Expenses** | | | | | | | |
| | | | | | | **$64.87** | |
| **Promotional** | | | | | | | |
| 11/29/2012 | Check | 126 | The Florida Bar | | Chk-001 Checking | 195.00 | 195.00 |
| **Total for Promotional** | | | | | | | |
| | | | | | | **$195.00** | |
| **Rent or Lease** | | | | | | | |
| 10/09/2012 | Check | 105 | Airport Professional Center | | Chk-001 Checking | 477.00 | 477.00 |
| 11/07/2012 | Check | 107 | Airport Professional Center | | Chk-001 Checking | 477.00 | 954.00 |
| 11/23/2012 | Check | | Airport Professional Center | | Chk-001 Checking | 477.00 | 1,431.00 |
| 12/20/2012 | Check | | Airport Professional Center | | Chk-001 Checking | 477.00 | 1,908.00 |
| **Total for Rent or Lease** | | | | | | | |
| | | | | | | **$1,908.00** | |
| **Shipping and Handling** | | | | | | | |
| 08/20/2012 | Check | | Postal Center Wellington | | Chk-001 Checking | 14.98 | 14.98 |
| 10/16/2012 | Check | | Federal Express | | Chk-001 Checking | 7.23 | 22.21 |
| 10/18/2012 | Check | | Federal Express | | Chk-001 Checking | 13.00 | 35.21 |
| 11/06/2012 | Check | | Federal Express | | Chk-001 Checking | 14.72 | 49.93 |
| 11/09/2012 | Check | | Federal Express | | Chk-001 Checking | 33.23 | 83.16 |
| 11/30/2012 | Check | | Federal Express | | Chk-001 Checking | 54.87 | 138.03 |
| 01/14/2013 | Check | | USPS | | Chk-001 Checking | 5.15 | 143.18 |

KLEIMAN_00397329

| Date | Transaction Type | Num | Name | | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/22/2013 | Check | | Federal Express | | Chk-001 Checking | 21.89 | 165.07 |
| **Total for Shipping and Handling** | | | | | | | |
| | | | | | | **$165.07** | |
| **Stationery & Printing** | | | | | | | |
| 09/14/2012 | Check | 102 | | | Chk-001 Checking | 905.00 | 905.00 |
| **Total for Stationery & Printing** | | | | | | | |
| | | | | | | **$905.00** | |
| **Travel** | | | | | | | |
| 01/07/2013 | Check | | Fairfield Inn | | Chk-001 Checking | 257.63 | 257.63 |
| 01/14/2013 | Check | | Marriott | | Chk-001 Checking | 112.95 | 370.58 |
| 01/14/2013 | Check | | Marriott | | Chk-001 Checking | 112.95 | 483.53 |
| **Total for Travel** | | | | | | | |
| | | | | | | **$483.53** | |
| **Total for Expenses** | | | | | | **$95,189.75** | |
| **Net Income** | | | | | | **$ (11,395.76)** | |

Thursday, Jan 31, 2013 12:11:01 AM PST GMT-5 - Cash Basis

KLEIMAN_00397330

**Computer Forensics LLC**
**General Ledger**
January 2012 - January 2013

| Date | Transaction Type | Num | Split | Amount | Balance |
|---|---|---|---|---|---|
| **Chk-001 Checking** | | | | | |
| 07/12/2012 | Payment | | Accounts Receivable (A/R) | 3,500.00 | 3,500.00 |
| 07/17/2012 | Bill Payment (Check) | Online-Pmt-001 | Accounts Payable (A/P) | (9.47) | 3,490.53 |
| 07/20/2012 | Payment | | Accounts Receivable (A/R) | 2,500.00 | 5,990.53 |
| 08/07/2012 | Deposit | | Services | 2,620.00 | 8,610.53 |
| 08/07/2012 | Deposit | | Services | 900.00 | 9,510.53 |
| 08/14/2012 | Deposit | | -Split- | 3,875.00 | 13,385.53 |
| 08/20/2012 | Check | | Shipping and Handling | (14.98) | 13,370.55 |
| 08/27/2012 | Check | 101 | Job Related Computer Expenses | (568.00) | 12,802.55 |
| 08/30/2012 | Deposit | | Retained Earnings | 1,500.00 | 14,302.55 |
| 09/07/2012 | Payment | | Accounts Receivable (A/R) | 1,000.00 | 15,302.55 |
| 09/14/2012 | Check | 102 | -Split- | (2,710.01) | 12,592.54 |
| 09/17/2012 | Payment | | Accounts Receivable (A/R) | 1,300.00 | 13,892.54 |
| 09/19/2012 | Payment | | Accounts Receivable (A/R) | 3,500.00 | 17,392.54 |
| 09/21/2012 | Check | | Job Related Computer Expenses | (247.40) | 17,145.14 |
| 09/25/2012 | Check | | Advertising | (1,145.00) | 16,000.14 |
| 09/26/2012 | Check | | Job Related Computer Expenses | (175.35) | 15,824.79 |
| 09/27/2012 | Deposit | | Retained Earnings | 4,000.00 | 19,824.79 |
| 10/01/2012 | Check | | Job Related Computer Expenses | (37.09) | 19,787.70 |

KLEIMAN_00397331

| Date | Transaction Type | Num | Split | Amount | Balance |
|------|------------------|-----|-------|--------|---------|
| 10/01/2012 | Deposit | | Retained Earnings | 1,950.00 | 21,737.70 |
| 10/02/2012 | Payment | | Accounts Receivable (A/R) | 750.00 | 22,487.70 |
| 10/02/2012 | Payment | | Accounts Receivable (A/R) | 912.50 | 23,400.20 |
| 10/03/2012 | Check | 103 | -Split- | (9,120.00) | 14,280.20 |
| 10/03/2012 | Check | 104 | -Split- | (6,576.00) | 7,704.20 |
| 10/05/2012 | Check | | Job Related Computer Expenses | (472.70) | 7,231.50 |
| 10/09/2012 | Check | | Job Related Computer Expenses | (747.22) | 6,484.28 |
| 10/09/2012 | Check | | Job Related Computer Expenses | (91.68) | 6,392.60 |
| 10/09/2012 | Check | | Job Related Computer Expenses | (325.06) | 6,067.54 |
| 10/09/2012 | Check | 105 | Rent or Lease | (477.00) | 5,590.54 |
| 10/09/2012 | Deposit | | Retained Earnings | 1,200.00 | 6,790.54 |
| 10/12/2012 | Check | | Bookkeeping Expenses | (343.96) | 6,446.58 |
| 10/12/2012 | Payment | | Accounts Receivable (A/R) | 1,056.25 | 7,502.83 |
| 10/12/2012 | Payment | | Accounts Receivable (A/R) | 1,862.74 | 9,365.57 |
| 10/15/2012 | Payment | | Accounts Receivable (A/R) | 850.00 | 10,215.57 |
| 10/16/2012 | Check | | Shipping and Handling | (7.23) | 10,208.34 |
| 10/17/2012 | Check | | Job Related Computer Expenses | (445.16) | 9,763.18 |
| 10/18/2012 | Check | | Shipping and Handling | (13.00) | 9,750.18 |
| 10/23/2012 | Deposit | | Services | 15,990.00 | 25,740.18 |

KLEIMAN_00397332

| Date | Transaction Type | Num | | Split | Amount | Balance |
|------|-----------------|-----|-|-------|--------|---------|
| 10/29/2012 | Check | | | Job Related Computer Expenses | (611.01) | 25,129.17 |
| 10/30/2012 | Payment | | | Accounts Receivable (A/R) | 650.00 | 25,779.17 |
| 10/30/2012 | Deposit | | | Retained Earnings | 10,000.00 | 35,779.17 |
| 10/30/2012 | Payment | | | Accounts Receivable (A/R) | 1,250.00 | 37,029.17 |
| 10/31/2012 | Check | 106 | | Consultant PMT - 1099 | (4,792.00) | 32,237.17 |
| 11/05/2012 | Payment | | | Accounts Receivable (A/R) | 1,800.00 | 34,037.17 |
| 11/06/2012 | Check | 110 | Carter Conrad | Consultant PMT - 1099 | (5,920.00) | 28,117.17 |
| 11/06/2012 | Check | 124 | Carter Conrad | Consultant PMT - 1099 | (700.00) | 27,417.17 |
| 11/06/2012 | Check | 123 | Patrick Paige | Consultant PMT - 1099 | (960.00) | 26,457.17 |
| 11/06/2012 | Check | 122 | Patrick Paige | Consultant PMT - 1099 | (845.00) | 25,612.17 |
| 11/06/2012 | Check | 121 | Patrick Paige | Consultant PMT - 1099 | (1,840.00) | 23,772.17 |
| 11/06/2012 | Check | 120 | Patrick Paige | Consultant PMT - 1099 | (680.00) | 23,092.17 |
| 11/06/2012 | Check | 119 | Carter Conrad | Consultant PMT - 1099 | (730.00) | 22,362.17 |
| 11/06/2012 | Check | 118 | Carter Conrad | Consultant PMT - 1099 | (1,490.00) | 20,872.17 |
| 11/06/2012 | Check | | Federal Express | Shipping and Handling | (14.72) | 20,857.45 |
| 11/06/2012 | Check | 117 | Patrick Paige | Consultant PMT - 1099 | (1,000.00) | 19,857.45 |
| 11/06/2012 | Check | 116 | Carter Conrad | Consultant PMT - 1099 | (520.00) | 19,337.45 |
| 11/06/2012 | Check | 115 | Patrick Paige | Consultant PMT - 1099 | (600.00) | 18,737.45 |
| 11/06/2012 | Check | 113 | Carter Conrad | Consultant PMT - 1099 | (1,440.00) | 17,297.45 |
| 11/06/2012 | Check | 111 | Patrick Paige | Consultant PMT - 1099 | (2,080.00) | 15,217.45 |
| 11/06/2012 | Check | 112 | Patrick Paige | Consultant PMT - 1099 | (1,200.00) | 14,017.45 |
| 11/06/2012 | Check | 114 | Patrick Paige | Consultant PMT - 1099 | (2,000.00) | 12,017.45 |
| 11/07/2012 | Check | 107 | Airport Professional Center | Rent or Lease | (477.00) | 11,540.45 |

KLEIMAN_00397333

| Date | Transaction Type | Num | Split | Amount | Balance |
|---|---|---|---|---|---|
| 11/09/2012 | Check | | Shipping and Handling | (33.23) | 11,507.22 |
| 11/13/2012 | Check | | Job Related Computer Expenses | (116.59) | 11,390.63 |
| 11/13/2012 | Deposit | | -Split- | 9,875.00 | 21,265.63 |
| 11/14/2012 | Check | | Office Expenses | (24.95) | 21,240.68 |
| 11/16/2012 | Check | | Computer - Software | (104.01) | 21,136.67 |
| 11/19/2012 | Check | | Computer - Software | (349.00) | 20,787.67 |
| 11/21/2012 | Check | 125 | -Split- | (7,900.00) | 12,887.67 |
| 11/23/2012 | Check | | Computer - Software | (747.00) | 12,140.67 |
| 11/23/2012 | Check | | Rent or Lease | (477.00) | 11,663.67 |
| 11/29/2012 | Payment | | Accounts Receivable (A/R) | 1,300.00 | 12,963.67 |
| 11/29/2012 | Check | 126 | Promotional | (195.00) | 12,768.67 |
| 11/30/2012 | Check | | Shipping and Handling | (54.87) | 12,713.80 |
| 12/03/2012 | Check | | Office Expenses | (14.97) | 12,698.83 |
| 12/04/2012 | Deposit | | Services | 19,302.50 | 32,001.33 |
| 12/04/2012 | Check | 128 | Consultant PMT - 1099 | (6,941.00) | 25,060.33 |
| 12/06/2012 | Check | 127 | Consultant PMT - 1099 | (1,560.00) | 23,500.33 |
| 12/07/2012 | Check | 129 | Consultant PMT - 1099 | (6,941.00) | 16,559.33 |
| 12/12/2012 | Check | | Computer - Software | (299.00) | 16,260.33 |
| 12/13/2012 | Deposit | | Retained Earnings | 1,800.00 | 18,060.33 |
| 12/18/2012 | Payment | | Accounts Receivable (A/R) | 3,250.00 | 21,310.33 |
| 12/18/2012 | Payment | | Accounts Receivable (A/R) | 650.00 | 21,960.33 |
| 12/18/2012 | Payment | | Accounts Receivable (A/R) | 3,000.00 | 24,960.33 |

KLEIMAN_00397334

**D056 Page 17 of 27**

| Date | Transaction Type | Num | | Split | Amount | Balance |
|------|------------------|-----|---|-------|--------|---------|
| 12/19/2012 | Check | 130 | | Consultant PMT - 1099 | (2,600.00) | 22,360.33 |
| 12/20/2012 | Check | 131 | | Consultant PMT - 1099 | (1,200.00) | 21,160.33 |
| 12/20/2012 | Check | | | Rent or Lease | (477.00) | 20,683.33 |
| 12/21/2012 | Check | | | Computer - Software | (299.00) | 20,384.33 |
| 12/24/2012 | Check | 132 | | -Split- | (1,330.00) | 19,054.33 |
| 12/31/2012 | Check | | | Advertising | (495.43) | 18,558.90 |
| 01/02/2013 | Check | | | Office Expenses | (24.95) | 18,533.95 |
| 01/02/2013 | Check | | | Advertising | (193.00) | 18,340.95 |
| 01/03/2013 | Check | | | Computer - Software | (495.00) | 17,845.95 |
| 01/04/2013 | Check | | | Computer - Hardware | (169.58) | 17,676.37 |
| 01/04/2013 | Check | | | Computer - Hardware | (127.19) | 17,549.18 |
| 01/07/2013 | Check | | | Travel | (257.63) | 17,291.55 |
| 01/09/2013 | Check | | | Computer - Software | (360.00) | 16,931.55 |
| 01/10/2013 | Payment | | | Accounts Receivable (A/R) | 750.00 | 17,681.55 |
| 01/14/2013 | Check | | | Travel | (112.95) | 17,568.60 |
| 01/14/2013 | Check | | | Travel | (112.95) | 17,455.65 |
| 01/14/2013 | Check | | | Job Related Computer Expenses | (128.74) | 17,326.91 |
| 01/14/2013 | Check | | | Shipping and Handling | (5.15) | 17,321.76 |
| 01/15/2013 | Deposit | | | Retained Earnings | 2,500.00 | 19,821.76 |
| 01/17/2013 | Deposit | | | Retained Earnings | 10,000.00 | 29,821.76 |
| 01/22/2013 | Check | | | Shipping and Handling | (21.89) | 29,799.87 |
| 01/23/2013 | Deposit | | | Retained Earnings | 2,500.00 | 32,299.87 |
| 01/24/2013 | Check | | | Advertising | (147.31) | 32,152.56 |
| 01/24/2013 | Check | 136 | | Consultant PMT - 1099 | (4,000.00) | 28,152.56 |
| 01/24/2013 | Payment | | | Accounts Receivable | 1,800.00 | 29,952.56 |

KLEIMAN_00397335

| Date | Transaction Type | Num | | Split | Amount | Balance |
|------|------------------|-----|---|-------|--------|---------|
| | | | | (A/R) | | |
| 01/25/2013 | Check | | | Advertising | (30.34) | 29,922.22 |
| 01/25/2013 | Payment | | | Accounts Receivable (A/R) | 975.00 | 30,897.22 |
| 01/28/2013 | Check | 137 | | -Split- | (4,600.00) | 26,297.22 |
| 01/29/2013 | Check | | | Computer - Hardware | (499.99) | 25,797.23 |
| 01/29/2013 | Check | | | Computer - Hardware | (317.99) | 25,479.24 |
| **Total for Chk-001 Checking** | | | | | $25,479.24 | |
| **Retained Earnings** | | | | | | |
| 08/14/2012 | Deposit | | | Chk-001 Checking | 875.00 | 875.00 |
| 08/14/2012 | Deposit | | | Chk-001 Checking | 3,000.00 | 3,875.00 |
| 08/30/2012 | Deposit | | | Chk-001 Checking | 1,500.00 | 5,375.00 |
| 09/27/2012 | Deposit | | | Chk-001 Checking | 4,000.00 | 9,375.00 |
| 10/01/2012 | Deposit | | | Chk-001 Checking | 1,950.00 | 11,325.00 |
| 10/09/2012 | Deposit | | | Chk-001 Checking | 1,200.00 | 12,525.00 |
| 10/30/2012 | Deposit | | | Chk-001 Checking | 10,000.00 | 22,525.00 |
| 11/01/2012 | Invoice | 1508 | | Accounts Receivable (A/R) | (1,500.00) | 21,025.00 |
| 11/13/2012 | Deposit | | | Chk-001 Checking | 3,250.00 | 24,275.00 |
| 11/13/2012 | Deposit | | | Chk-001 Checking | 1,000.00 | 25,275.00 |
| 12/13/2012 | Deposit | | | Chk-001 Checking | 1,800.00 | 27,075.00 |
| 12/18/2012 | Invoice | JKG-LP-1003 | | Accounts Receivable (A/R) | (4,000.00) | 23,075.00 |
| 12/18/2012 | Invoice | 1506 | | Accounts Receivable (A/R) | (1,200.00) | 21,875.00 |
| 01/15/2013 | Deposit | | | Chk-001 Checking | 2,500.00 | 24,375.00 |
| 01/17/2013 | Deposit | | | Chk-001 Checking | 10,000.00 | 34,375.00 |
| 01/23/2013 | Deposit | | | Chk-001 Checking | 2,500.00 | 36,875.00 |

KLEIMAN_00397336

**D056 Page 19 of 27**

| Date | Transaction Type | Num | | Split | Amount | Balance |
|------|------------------|-----|---|-------|--------|---------|
| **Total for Retained Earnings** | | | | | **$36,875.00** | |
| **Services** | | | | | | |
| 07/27/2012 | Invoice | 1510 | | Accounts Receivable (A/R) | 2,620.00 | 2,620.00 |
| 07/27/2012 | Invoice | 1510 | | Accounts Receivable (A/R) | (2,620.00) | 0.00 |
| 08/07/2012 | Deposit | | | Chk-001 Checking | 2,620.00 | 2,620.00 |
| 08/07/2012 | Deposit | | | Chk-001 Checking | 900.00 | 3,520.00 |
| 09/07/2012 | Invoice | dBKSM-1012 | | Accounts Receivable (A/R) | 1,000.00 | 4,520.00 |
| 09/17/2012 | Invoice | dBKSM-1011 | | Accounts Receivable (A/R) | 1,300.00 | 5,820.00 |
| 09/19/2012 | Invoice | KTS-JACKS-1008 | | Accounts Receivable (A/R) | 3,500.00 | 9,320.00 |
| 10/02/2012 | Invoice | 1502 | | Accounts Receivable (A/R) | 912.50 | 10,232.50 |
| 10/02/2012 | Invoice | LL-CRUZL-1007 | | Accounts Receivable (A/R) | 750.00 | 10,982.50 |
| 10/12/2012 | Invoice | BCLC-OSBORN-1006 | | Accounts Receivable (A/R) | 1,056.25 | 12,038.75 |
| 10/12/2012 | Invoice | OLT-MADI-1005 | | Accounts Receivable (A/R) | 1,862.74 | 13,901.49 |
| 10/15/2012 | Invoice | NAG-1015 | | Accounts Receivable (A/R) | 850.00 | 14,751.49 |
| 10/23/2012 | Deposit | | | Chk-001 Checking | 15,990.00 | 30,741.49 |
| 10/30/2012 | Invoice | GR-Clapp-1014 | | Accounts Receivable (A/R) | 650.00 | 31,391.49 |
| 10/30/2012 | Invoice | GR-Cole-1013 | | Accounts Receivable (A/R) | 1,250.00 | 32,641.49 |
| 11/01/2012 | Invoice | 1507 | | Accounts Receivable (A/R) | 162.50 | 32,803.99 |
| 11/01/2012 | Invoice | 1507 | | Accounts Receivable | 650.00 | 33,453.99 |

KLEIMAN_00397337

| Date | Transaction Type | Num | Split | Amount | Balance |
|---|---|---|---|---|---|
| | | | (A/R) | | |
| 11/01/2012 | Invoice | 1507 | Accounts Receivable (A/R) | 162.50 | 33,616.49 |
| 11/01/2012 | Invoice | 1508 | Accounts Receivable (A/R) | 1,500.00 | 35,116.49 |
| 11/01/2012 | Invoice | 1507 | Accounts Receivable (A/R) | 650.00 | 35,766.49 |
| 11/01/2012 | Invoice | 1507 | Accounts Receivable (A/R) | 162.50 | 35,928.99 |
| 11/01/2012 | Invoice | 1507 | Accounts Receivable (A/R) | 243.75 | 36,172.74 |
| 11/05/2012 | Invoice | 1509 | Accounts Receivable (A/R) | 1,800.00 | 37,972.74 |
| 11/08/2012 | Invoice | 1511 | Accounts Receivable (A/R) | 2,025.00 | 39,997.74 |
| 11/08/2012 | Invoice | 1511 | Accounts Receivable (A/R) | 1,800.00 | 41,797.74 |
| 11/08/2012 | Invoice | 1511 | Accounts Receivable (A/R) | 900.00 | 42,697.74 |
| 11/08/2012 | Invoice | 1511 | Accounts Receivable (A/R) | 900.00 | 43,597.74 |
| 11/08/2012 | Invoice | 1511 | Accounts Receivable (A/R) | (5,625.00) | 37,972.74 |
| 11/13/2012 | Deposit | | Chk-001 Checking | 5,625.00 | 43,597.74 |
| 11/29/2012 | Invoice | 1501 | Accounts Receivable (A/R) | 1,300.00 | 44,897.74 |
| 12/04/2012 | Deposit | | Chk-001 Checking | 19,302.50 | 64,200.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | Accounts Receivable (A/R) | 650.00 | 64,850.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | Accounts Receivable (A/R) | 650.00 | 65,500.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | Accounts Receivable (A/R) | 812.50 | 66,312.74 |

KLEIMAN_00397338

| Date | Transaction Type | Num | Split | Amount | Balance |
|------|------------------|-----|-------|--------|---------|
| 12/18/2012 | Invoice | JKG-LP-1003 | Accounts Receivable (A/R) | 4,550.00 | 70,862.74 |
| 12/18/2012 | Invoice | JKG-LP-1003 | Accounts Receivable (A/R) | 3,542.50 | 74,405.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | Accounts Receivable (A/R) | 3,900.00 | 78,305.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | Accounts Receivable (A/R) | 3,185.00 | 81,490.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | Accounts Receivable (A/R) | 500.00 | 81,990.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | Accounts Receivable (A/R) | 1,200.00 | 83,190.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | Accounts Receivable (A/R) | 650.00 | 83,840.24 |
| 12/18/2012 | Invoice | JKG-LP-1003 | Accounts Receivable (A/R) | 22,652.50 | 106,492.74 |
| 12/18/2012 | Invoice | 1506 | Accounts Receivable (A/R) | 650.00 | 107,142.74 |
| 12/18/2012 | Invoice | 1506 | Accounts Receivable (A/R) | 1,200.00 | 108,342.74 |
| 12/18/2012 | Invoice | 1503 | Accounts Receivable (A/R) | 1,950.00 | 110,292.74 |
| 12/18/2012 | Invoice | JKG-LP-1003 | Accounts Receivable (A/R) | (15,990.00) | 94,302.74 |
| 12/18/2012 | Invoice | JKG-LP-1003 | Accounts Receivable (A/R) | (19,302.50) | 75,000.24 |
| 12/18/2012 | Invoice | 1503 | Accounts Receivable (A/R) | 1,300.00 | 76,300.24 |
| 01/10/2013 | Invoice | 1518 | Accounts Receivable (A/R) | 750.00 | 77,050.24 |
| 01/24/2013 | Invoice | 1505 | Accounts Receivable (A/R) | 1,800.00 | 78,850.24 |
| 01/25/2013 | Invoice | 1524 | Accounts Receivable (A/R) | 975.00 | 79,825.24 |

KLEIMAN_00397339

| Date | Transaction Type | Num | | | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Total for Services** | | | | | | **$79,825.24** | |
| **Unapplied Cash Payment Income** | | | | | | | |
| 07/12/2012 | Payment | | | | Chk-001 Checking | 3,500.00 | 3,500.00 |
| 07/20/2012 | Payment | | | | Chk-001 Checking | 2,500.00 | 6,000.00 |
| 11/01/2012 | Invoice | 1507 | | | -Split- | (2,031.25) | 3,968.75 |
| **Total for Unapplied Cash Payment Income** | | | | | | **$3,968.75** | |
| **Advertising** | | | | | | | |
| 09/25/2012 | Check | | Alm Media LLC | Alm Media LLC - Expert Witness Ad | Chk-001 Checking | 1,145.00 | 1,145.00 |
| 12/31/2012 | Check | | GoDaddy.com | | Chk-001 Checking | 495.43 | 1,640.43 |
| 01/02/2013 | Check | | GoDaddy.com | | Chk-001 Checking | 193.00 | 1,833.43 |
| 01/24/2013 | Check | | GoDaddy.com | | Chk-001 Checking | 147.31 | 1,980.74 |
| 01/25/2013 | Check | | GoDaddy.com | | Chk-001 Checking | 30.34 | 2,011.08 |
| **Total for Advertising** | | | | | | **$2,011.08** | |
| **Bank Charges** | | | | | | | |
| 07/17/2012 | Bill | | Chase Bank | CHECK OR SUPPLY ORDER PPD ID: 1410216800 | Accounts Payable (A/P) | 9.47 | 9.47 |
| **Total for Bank Charges** | | | | | | **$9.47** | |
| **Bookkeeping Expenses** | | | | | | | |
| 10/12/2012 | Check | | Intuit | Annual QuickBooks Online | Chk-001 Checking | 343.96 | 343.96 |
| **Total for Bookkeeping Expenses** | | | | | | **$343.96** | |
| **Computer - Hardware** | | | | | | | |
| 01/04/2013 | Check | | TigerDirect | | Chk-001 Checking | 127.19 | 127.19 |
| 01/04/2013 | Check | | TigerDirect | | Chk-001 Checking | 169.58 | 296.77 |
| 01/29/2013 | Check | | Brookstone | | Chk-001 Checking | 317.99 | 614.76 |
| 01/29/2013 | Check | | Amazon | | Chk-001 Checking | 499.99 | 1,114.75 |
| **Total for Computer - Hardware** | | | | | | **$1,114.75** | |
| **Computer - Software** | | | | | | | |
| 11/16/2012 | Check | | R-Studio | | Chk-001 Checking | 104.01 | 104.01 |
| 11/19/2012 | Check | | Prosoft Engineering, Inc | | Chk-001 Checking | 349.00 | 453.01 |

KLEIMAN_00397340

| Date | Transaction Type | Num | Name | | Split | Amount | Balance |
|------|-----------------|-----|------|---|-------|--------|---------|
| 11/23/2012 | Check | | Arsenal Experts | | Chk-001 Checking | 747.00 | 1,200.01 |
| 12/12/2012 | Check | | Paraben Corporation | | Chk-001 Checking | 299.00 | 1,499.01 |
| 12/21/2012 | Check | | IEF - Magnet Forensics | | Chk-001 Checking | 299.00 | 1,798.01 |
| 01/03/2013 | Check | | LanSweeper | | Chk-001 Checking | 495.00 | 2,293.01 |
| 01/09/2013 | Check | | Paraben Corporation | | Chk-001 Checking | 360.00 | 2,653.01 |
| **Total for Computer - Software** | | | | | | **$2,653.01** | |
| **Consultant PMT - 1099** | | | | | | | |
| 10/03/2012 | Check | 104 | Carter Conrad | | Chk-001 Checking | 2,240.00 | 2,240.00 |
| 10/03/2012 | Check | 104 | Carter Conrad | | Chk-001 Checking | 2,240.00 | 4,480.00 |
| 10/03/2012 | Check | 104 | Carter Conrad | | Chk-001 Checking | 2,096.00 | 6,576.00 |
| 10/03/2012 | Check | 103 | Dave Kleiman | | Chk-001 Checking | 8,000.00 | 14,576.00 |
| 10/03/2012 | Check | 103 | Dave Kleiman | | Chk-001 Checking | 560.00 | 15,136.00 |
| 10/03/2012 | Check | 103 | Dave Kleiman | | Chk-001 Checking | 560.00 | 15,696.00 |
| 10/31/2012 | Check | 106 | Dave Kleiman | | Chk-001 Checking | 4,792.00 | 20,488.00 |
| 11/06/2012 | Check | 114 | Patrick Paige | | Chk-001 Checking | 2,000.00 | 22,488.00 |
| 11/06/2012 | Check | 113 | Carter Conrad | | Chk-001 Checking | 1,440.00 | 23,928.00 |
| 11/06/2012 | Check | 115 | Patrick Paige | | Chk-001 Checking | 600.00 | 24,528.00 |
| 11/06/2012 | Check | 116 | Carter Conrad | | Chk-001 Checking | 520.00 | 25,048.00 |
| 11/06/2012 | Check | 117 | Patrick Paige | | Chk-001 Checking | 1,000.00 | 26,048.00 |
| 11/06/2012 | Check | 118 | Carter Conrad | | Chk-001 Checking | 1,490.00 | 27,538.00 |
| 11/06/2012 | Check | 119 | Carter Conrad | | Chk-001 Checking | 730.00 | 28,268.00 |
| 11/06/2012 | Check | 120 | Patrick Paige | | Chk-001 Checking | 680.00 | 28,948.00 |
| 11/06/2012 | Check | 121 | Patrick Paige | | Chk-001 Checking | 1,840.00 | 30,788.00 |
| 11/06/2012 | Check | 122 | Patrick Paige | | Chk-001 Checking | 845.00 | 31,633.00 |
| 11/06/2012 | Check | 123 | Patrick Paige | | Chk-001 Checking | 960.00 | 32,593.00 |

KLEIMAN_00397341

| Date | Transaction Type | Num | Name | | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/06/2012 | Check | 124 | Carter Conrad | | Chk-001 Checking | 700.00 | 33,293.00 |
| 11/06/2012 | Check | 110 | Carter Conrad | | Chk-001 Checking | 5,920.00 | 39,213.00 |
| 11/06/2012 | Check | 111 | Patrick Paige | | Chk-001 Checking | 2,080.00 | 41,293.00 |
| 11/06/2012 | Check | 112 | Patrick Paige | | Chk-001 Checking | 1,200.00 | 42,493.00 |
| 11/21/2012 | Check | 125 | Carter Conrad | | Chk-001 Checking | 800.00 | 43,293.00 |
| 11/21/2012 | Check | 125 | Carter Conrad | | Chk-001 Checking | 2,600.00 | 45,893.00 |
| 11/21/2012 | Check | 125 | Carter Conrad | | Chk-001 Checking | 4,500.00 | 50,393.00 |
| 12/04/2012 | Check | 128 | Dave Kleiman | | Chk-001 Checking | 6,941.00 | 57,334.00 |
| 12/06/2012 | Check | 127 | Carter Conrad | | Chk-001 Checking | 1,560.00 | 58,894.00 |
| 12/07/2012 | Check | 129 | Patrick Paige | | Chk-001 Checking | 6,941.00 | 65,835.00 |
| 12/19/2012 | Check | 130 | Carter Conrad | | Chk-001 Checking | 2,600.00 | 68,435.00 |
| 12/20/2012 | Check | 131 | Dave Kleiman | | Chk-001 Checking | 1,200.00 | 69,635.00 |
| 12/24/2012 | Check | 132 | Patrick Paige | | Chk-001 Checking | 1,200.00 | 70,835.00 |
| 12/24/2012 | Check | 132 | Patrick Paige | | Chk-001 Checking | 130.00 | 70,965.00 |
| 01/24/2013 | Check | 136 | Dave Kleiman | | Chk-001 Checking | 4,000.00 | 74,965.00 |
| 01/28/2013 | Check | 137 | Patrick Paige | | Chk-001 Checking | 600.00 | 75,565.00 |
| 01/28/2013 | Check | 137 | Patrick Paige | | Chk-001 Checking | 4,000.00 | 79,565.00 |
| **Total for Consultant PMT - 1099** | | | | | | **$79,565.00** | |
| **Insurance** | | | | | | | |
| 09/14/2012 | Check | 102 | | | Chk-001 Checking | 1,805.01 | 1,805.01 |
| **Total for Insurance** | | | | | | **$1,805.01** | |
| **Job Related Computer Expenses** | | | | | | | |
| 08/27/2012 | Check | 101 | Binary Intelligence, LLC | | Chk-001 Checking | 568.00 | 568.00 |
| 09/21/2012 | Check | | CompUSA | | Chk-001 Checking | 247.40 | 815.40 |
| 09/26/2012 | Check | | CompUSA | | Chk-001 Checking | 175.35 | 990.75 |
| 10/01/2012 | Check | | CompUSA | | Chk-001 Checking | 37.09 | 1,027.84 |

KLEIMAN_00397342

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/05/2012 | Check | | Best Buy | Computer Supplies | Chk-001 Checking | 472.70 | 1,500.54 |
| 10/09/2012 | Check | | CompUSA | Computer Supplies | Chk-001 Checking | 747.22 | 2,247.76 |
| 10/09/2012 | Check | | Ifixit Ca | Computer Supplies | Chk-001 Checking | 91.68 | 2,339.44 |
| 10/09/2012 | Check | | Macpartsonline Ca | Computer Supplies | Chk-001 Checking | 325.06 | 2,664.50 |
| 10/17/2012 | Check | | CompUSA | Computer Supplies | Chk-001 Checking | 445.16 | 3,109.66 |
| 10/29/2012 | Check | | CompUSA | Computer Supplies | Chk-001 Checking | 611.01 | 3,720.67 |
| 11/13/2012 | Check | | CompUSA | | Chk-001 Checking | 116.59 | 3,837.26 |
| 01/14/2013 | Check | | TigerDirect | | Chk-001 Checking | 128.74 | 3,966.00 |
| **Total for Job Related Computer Expenses** | | | | | | **$3,966.00** | |
| **Office Expenses** | | | | | | | |
| 11/14/2012 | Check | | Voicenation LLC | | Chk-001 Checking | 24.95 | 24.95 |
| 12/03/2012 | Check | | Voicenation LLC | Voicenation - Virtual PBX | Chk-001 Checking | 14.97 | 39.92 |
| 01/02/2013 | Check | | Voicenation LLC | | Chk-001 Checking | 24.95 | 64.87 |
| **Total for Office Expenses** | | | | | | **$64.87** | |
| **Promotional** | | | | | | | |
| 11/29/2012 | Check | 126 | The Florida Bar | | Chk-001 Checking | 195.00 | 195.00 |
| **Total for Promotional** | | | | | | **$195.00** | |
| **Rent or Lease** | | | | | | | |
| 10/09/2012 | Check | 105 | Airport Professional Center | Airport Professional Center - October | Chk-001 Checking | 477.00 | 477.00 |
| 11/07/2012 | Check | 107 | Airport Professional Center | | Chk-001 Checking | 477.00 | 954.00 |
| 11/23/2012 | Check | | Airport Professional Center | | Chk-001 Checking | 477.00 | 1,431.00 |
| 12/20/2012 | Check | | Airport Professional Center | | Chk-001 Checking | 477.00 | 1,908.00 |
| **Total for Rent or Lease** | | | | | | **$1,908.00** | |
| **Shipping and Handling** | | | | | | | |
| 08/20/2012 | Check | | Postal Center Wellington | | Chk-001 Checking | 14.98 | 14.98 |
| 10/16/2012 | Check | | Federal Express | | Chk-001 Checking | 7.23 | 22.21 |
| 10/18/2012 | Check | | Federal Express | | Chk-001 Checking | 13.00 | 35.21 |

KLEIMAN_00397343

| Date | Transaction Type | Num | Name | | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/06/2012 | Check | | Federal Express | | Chk-001 Checking | 14.72 | 49.93 |
| 11/09/2012 | Check | | Federal Express | | Chk-001 Checking | 33.23 | 83.16 |
| 11/30/2012 | Check | | Federal Express | | Chk-001 Checking | 54.87 | 138.03 |
| 01/14/2013 | Check | | USPS | | Chk-001 Checking | 5.15 | 143.18 |
| 01/22/2013 | Check | | Federal Express | | Chk-001 Checking | 21.89 | 165.07 |
| **Total for Shipping and Handling** | | | | | | **$165.07** | |
| **Stationery & Printing** | | | | | | | |
| 09/14/2012 | Check | 102 | | | Chk-001 Checking | 905.00 | 905.00 |
| **Total for Stationery & Printing** | | | | | | **$905.00** | |
| **Travel** | | | | | | | |
| 01/07/2013 | Check | | Fairfield Inn | | Chk-001 Checking | 257.63 | 257.63 |
| 01/14/2013 | Check | | Marriott | | Chk-001 Checking | 112.95 | 370.58 |
| 01/14/2013 | Check | | Marriott | | Chk-001 Checking | 112.95 | 483.53 |
| **Total for Travel** | | | | | | **$483.53** | |

Thursday, Jan 31, 2013 12:01:01 AM PST GMT-5 - Cash Basis

KLEIMAN_00397344