| From: | Dave Kleiman <dave@davekleiman.com> |
|---|---|
| Sent: | Wednesday, March 20, 2013 9:00 PM |
| To: | David S. Kuharcik <dskcpa@gmail.com> |
| Cc: | ComputerForensicsLLC-Accounting |
| Subject: | Computer Forensics LLC Accounting - 1099s |
| Attachments: | 1099s.pdf; 2012_All-Report_ Income by Client Summary.pdf; 2012_All-Report_ Invoice List by Date.pdf |

Hello,

Attached are the 1099s we have received thus far; however, there are quite a few missing. See attached QuickBooks invoice and income reports for 2012.

Respectfully,

Dave Kleiman - http://www.ComputerForensicsLLC.com

Computer Forensics LLC
1880 North Congress Ave. Suite 333
Boynton Beach, Florida 33426
Main: 561.404.3074
Direct: 561.310.8801

1

Dr. Wright Ex.
**D057**

KLEIMAN_00397845

MAR-16-2013 11:34 From: 5616168132 To:15614043074 Page:1/7

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>[redacted]<br>Redacted client name<br>West Palm Beach FL 33401<br>561-687-7866 | 1 Rents<br>$<br>2 Royalties<br>$ | OMB No. 1545-0115<br>**2012**<br>Form **1099-MISC** | **Miscellaneous Income** |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy B**<br>**For Recipient** |
| PAYER'S federal identification number [redacted] / RECIPIENT'S identification number [redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name<br>Computer Forensics LLC | 7 Nonemployee compensation<br>$ 800.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>2465 Mercer Avenue #203 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| City, state, and ZIP code<br>West Palm Beach FL 33401 | 11 | 12 | |
| Account number (see instructions) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ / 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** (keep for your records) Department of the Treasury - Internal Revenue Service

DAA

KLEIMAN_00397846

MAR-16-2013 11:34 From:                5616168132            To:15614043074          Page:2/7



☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| Redacted client name | 2 Royalties $ | 20**12** Form **1099-MISC** | |
| | 3 Other income $ | 4 Federal income tax withheld $ | **Copy B For Recipient** |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, address, city, and ZIP code<br><br>Computer Forensics<br>2465 Mercer Avenue<br>Suite 203<br>West Palm Beach , FL 33401 | 7 Nonemployee compensation $ 1800.00 | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| Account number (see instructions) | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**          LMB     (keep for your records)          5111          Department of the Treasury - Internal Revenue Service

KLEIMAN_00397847

**D057 Page 3 of 14**

MAR-16-2013 11:34 From:                    5616168132          To:15614043074          Page:3/7



CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents $ | OMB No. 1545-0115 **2012** Form **1099-MISC** | **Miscellaneous Income** |
| | | 2 Royalties $ | | |
| Redacted client name | | 3 Other income $ | 4 Federal income tax withheld $ | **Copy B For Recipient** |
| PAYER'S federal identification number  6 | RECIPIENT'S Identification number  7 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENTS name, street address (including apt. no.), city, state, and ZIP code  Computer Forensics LLC  2465 Mercer Ave. Suite 203  West Palm Beach, FL 33401 | | 7 Nonemployee compensation  1300.00 $ | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ $ | 10 Crop insurance proceeds $ | |
| | | 11 ///// | 12 ///// | |
| Account number (see instructions) | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**                    (keep for your records)          Department of the Treasury - Internal Revenue Service

FORM # LMISCREC

KLEIMAN_00397848

**D057 Page 4 of 14**

MAR-16-2013 11:35 From:                5616168132          To:15614043074          Page:4/7

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>Redacted client name | | 1 Rents<br>$ | OMB No. 1545-0115<br><br>2012<br><br>Form 1099-MISC | Miscellaneous<br>Income |
|---|---|---|---|---|
| | | 2 Royalties<br>$ | | Copy B<br>For Recipient |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, city, and ZIP code<br><br>Computer Forensics LLC<br>2465 Mercer Ave., Ste. 203<br>West Palm Beach, FL 33401 | | 7 Nonemployee compensation<br><br>1,900.00<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see instructions)<br>7638 | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**          (keep for your records)          Department of the Treasury - Internal Revenue Service

DETACH BEFORE MAILING
MANUFACTURED IN U.S.A. ON OCR LASER BOND PAPER USING HEAT RESISTANT INKS

KLEIMAN_00397849

MAR-16-2013 11:35 From:                        5616168132            To:15614043074          Page:5/7



☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1  Rents | OMB No. 1545-0115 | |
|---|---|---|---|---|
| | | $ | | **Miscellaneous** |
| | | 2  Royalties | $2012$ | **Income** |
| | | $ | Form **1099-MISC** | |
| Redacted client name | | 3  Other income | 4  Federal income tax withheld | **Copy B** |
| | | $        1056.25 | $ | **For Recipient** |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5  Fishing boat proceeds | 6  Medical and health care payments | |
| | | $ | $ | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | | 7  Nonemployee compensation | 8  Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| COMPUTER FORENSICS, LLC | | $ | $ | |
| 2465 MERCER AVE., STE. 203 | | 9  Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► ☐ | 10  Crop insurance proceeds | |
| | | | $ | |
| | | 11 ///////// | 12 ///////// | |
| WEST PALM BEACH FL 33401 | | | | |
| Account number (see instructions) | | 13  Excess golden parachute payments | 14  Gross proceeds paid to an attorney | |
| | | $ | $ | |
| 15a Section 409A deferrals | 15b Section 409A income | 16  State tax withheld | 17  State/Payer's state no. | 18  State income |
| $ | $ | $ | | $ |
| | | $ | | $ |

Form **1099-MISC**                    (keep for your records)           Department of the Treasury - Internal Revenue Service

KLEIMAN_00397850

**D057 Page 6 of 14**

MAR-16-2013 11:35 From:                    5616168132          To:15614043074        Page:6/7

12108
COMPUTER FORENSICS LLC
2465 MERCER AVE STE 203
WEST PALM BEACH, FL 33401-7449

Redacted client name

☐ CORRECTED (if checked)

| PAYER'S Name, Street Address, City, State, Zip Code, and Telephone Number | | | | | Form 1099 Misc. OMB No. 1545-0115 |
|---|---|---|---|---|---|
| (877) 825-1122 | | | | | **2012** Miscellaneous Income Copy B - For Recipient (Keep for your records) |

| PAYER'S Federal Identification Number | 1 Rents | | 2 Royalties | | 3 Other Income | | 4 Federal Income Tax Withheld |
|---|---|---|---|---|---|---|---|
| ▮0 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |

| RECIPIENT'S Identifying Number | 6 Medical and Health Care Payments | | 7 Nonemployee Compensation | |
|---|---|---|---|---|
| 7▮ | $ | 0.00 | $ | 1,300.00 |

| RECIPIENT'S Name, Street Address, City, State, and Zip Code | 10 Crop Insurance Proceeds | 14 Gross proceeds paid to an attorney |
|---|---|---|
| | $ 0.00 | $ 0.00 |
| COMPUTER FORENSICS LLC 2465 MERCER AVE STE 203 WEST PALM BEACH, FL 33401-7449 | 15a Section 409A Deferrals $ 0.00 | 15b Section 409A Income $ 0.00 |

| Payee Account Number | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|
| 19R0M0020354 | $ _____ $ | _____ | $ _____ $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Department of the Treasury
Internal Revenue Service

## Instructions to Recipients

Account number. May show an account or other unique number the payer assigned to distinguish your account.

Amounts shown on this form may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained for box 7 below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

Boxes 1 and 2. Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub 544, Sales and Other Dispositions of Assets.

Box 3. Generally, report this amount on the "Other Income" line of Form 1040 and identify the payment. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040). The amount shown may be payments you received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income.

Box 4. Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

Box 6. For individuals, report on Schedule C or C-EZ (Form 1040).

Box 7. Shows nonemployee compensation. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payor did not consider you an employee and did not withhold income tax or social security and Medicare tax. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee and cannot get this form corrected, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

Box 10. Report this amount on line 8 of Schedule F (Form1040).

Box 14. Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

Box 15a. Shows current year deferrals as a nonemployee under a section 409A nonqualified deferred compensation (NQDC) plan. Any earnings on current and prior year deferrals must also be reported.

Box 15b. Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

Boxes 16-18. If state or local income tax was withheld from the payment, these boxes may be completed.

106891.13   12-13-2012   (o1i3081m)

KLEIMAN_00397851

## D057 Page 7 of 14

□ **CORRECTED** (if checked)

| PAYER'S name, street address, city, state, zip code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| | $ 0.00 | **2012** | **Miscellaneous Income** |
| | 2 Royalties | | |
| | $ 0.00 | Form **1099-MISC** | |
| Redacted client name | 3 Other income | 4 Federal income tax withheld | **Copy B** |
| | $ 0.00 | $ 0.00 | **For Recipient** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮ | $ 0.00 | $ 0.00 | |

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you |
|---|---|---|---|
| COMPUTER FORENSICS LLC | $ 1,800.00 | $ 0.00 | are required to file a return, a negligence |

| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale □ | 10 Crop insurance proceeds | penalty or other sanction may be imposed on you if this income is taxable |
|---|---|---|---|
| 2465 MERCER AVE STE 203 | | $ 0.00 | and the IRS determines that it has not been |

| City, state, and ZIP code | 11 | 12 | reported. |
|---|---|---|---|
| WEST PALM BEACH, FL 33401 | | | |

| Account number (see instructions) | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
|---|---|---|---|
| | $ | $ 0.00 | |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ 0.00 | $ 0.00 | $ | | $ |
| | | $ | | $ |

Form **1099-MISC**          (Keep for your records.)          Department of the Treasury - Internal Revenue Service

COMPUTER FORENSICS LLC
2465 MERCER AVE STE 203
WEST PALM BEACH, FL 33401

KLEIMAN_00397852

Redacted client name ☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|---|
| | | $ | **2012** | **Miscellaneous Income** |
| | | 2 Royalties | | |
| | | $ | Form 1099-MISC | |
| | | 3 Other income | 4 Federal income tax withheld | **Copy B** |
| | | $ 1,000 | $ | **For Recipient** |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | |
| | | $ | $ | |
| RECIPIENT'S name | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Computer Forensics, LLC | | | | |
| Carter V. Conrad, Registered Agent | | $ | $ | |
| Street address (including apt. no.) | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | |
| 2465 Mercer Avenue. #503 Suite | | | $ | |
| City, state, and ZIP code | | 11 | 12 | |
| West Palm Beach, FL 33401 | | | | |
| Account number (see instructions) | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| | | $ | $ | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| $ | $ | $ | | $ |
| | | $ | | $ |

Form **1099-MISC**                    (keep for your records)                    Department of the Treasury - Internal Revenue Service

KLEIMAN_00397853

**Computer Forensics LLC**
**Income by Client Summary**
January - December 2012

| | Income | Expenses | Net Income |
|---|---|---|---|
| | 0.00 | 0.00 | $0.00 |
| | 1,300.00 | 0.00 | $1,300.00 |
| | **1,300.00** | **0.00** | **$1,300.00** |
| | 0.00 | 0.00 | $0.00 |
| | 1,056.25 | (845.00) | $211.25 |
| | **1,056.25** | **(845.00)** | **$211.25** |
| | 0.00 | 0.00 | $0.00 |
| | 5,625.00 | (4,500.00) | $1,125.00 |
| | **5,625.00** | **(4,500.00)** | **$1,125.00** |
| | 0.00 | 0.00 | $0.00 |
| | 3,250.00 | (2,600.00) | $650.00 |
| | **3,250.00** | **(2,600.00)** | **$650.00** |
| | 0.00 | 0.00 | $0.00 |
| | 2,300.00 | (1,853.00) | $447.00 |
| | **2,300.00** | **(1,853.00)** | **$447.00** |
| | 900.00 | (568.00) | $332.00 |
| | 0.00 | 0.00 | $0.00 |
| | 1,800.00 | (1,440.00) | $360.00 |
| | **1,800.00** | **(1,440.00)** | **$360.00** |
| | 0.00 | 0.00 | $0.00 |
| | 0.00 | (8,611.01) | $ (8,611.01) |
| | **0.00** | **(8,611.01)** | **$ (8,611.01)** |
| | 912.50 | (175.35) | $737.15 |
| | 0.00 | 0.00 | $0.00 |
| | 1,250.00 | (1,000.00) | $250.00 |
| | 650.00 | (520.00) | $130.00 |
| | **1,900.00** | **(1,520.00)** | **$380.00** |
| | 0.00 | 0.00 | $0.00 |
| | 42,292.50 | (32,752.91) | $9,539.59 |

KLEIMAN_00397854



| | Income | Expenses | Net Income |
|---|---|---|---|
| | 42,292.50 | (32,752.91) | $9,539.59 |
| | 2,500.00 | (2,000.00) | $500.00 |
| | 0.00 | 0.00 | $0.00 |
| | 3,500.00 | (3,047.40) | $452.60 |
| | 3,500.00 | (3,047.40) | $452.60 |
| | 0.00 | 0.00 | $0.00 |
| | 1,500.00 | (1,200.00) | $300.00 |
| | 1,500.00 | (1,200.00) | $300.00 |
| | 0.00 | 0.00 | $0.00 |
| | 3,500.00 | (2,800.00) | $700.00 |
| | 3,500.00 | (2,800.00) | $700.00 |
| | 0.00 | 0.00 | $0.00 |
| | 750.00 | (607.23) | $142.77 |
| | 750.00 | (607.23) | $142.77 |
| | 0.00 | 0.00 | $0.00 |
| | 0.00 | (800.00) | $ (800.00) |
| | 0.00 | (800.00) | $ (800.00) |
| | 850.00 | (680.00) | $170.00 |
| | 0.00 | 0.00 | $0.00 |
| | 1,862.74 | (1,490.00) | $372.74 |
| | 1,862.74 | (1,490.00) | $372.74 |
| | 0.00 | 0.00 | $0.00 |
| | 0.00 | (700.00) | $ (700.00) |
| | 0.00 | (700.00) | $ (700.00) |
| | 1,850.00 | (1,090.00) | $760.00 |
| | 0.00 | 0.00 | $0.00 |
| | 0.00 | (2,716.59) | $ (2,716.59) |
| | 0.00 | (2,716.59) | $ (2,716.59) |
| | 0.00 | 0.00 | $0.00 |
| | 2,620.00 | (2,096.00) | $524.00 |
| | 2,620.00 | (2,096.00) | $524.00 |
| | 0.00 | 0.00 | $0.00 |
| | 0.00 | (730.00) | $ (730.00) |

KLEIMAN_00397855

|  | Income | Expenses | Net Income |
|---|---|---|---|
| **Total Ward Damon** | 0.00 | (730.00) | $ (730.00) |
| **TOTAL** | $80,268.99 | $ (74,822.49) | $5,446.50 |

Wednesday, Mar 20, 2013 04:41:06 PM PDT GMT-4 - Cash Basis

KLEIMAN_00397856

**Computer Forensics LLC**
**Invoice List by Date**

January - December 2012

| Date | Transaction Type | Num | Memo/Description | Due Date | Amount | Open Balance |
|------|-----------------|-----|------------------|----------|--------|--------------|
| 07/23/2012 | Invoice | LL-CRUZL-1007 | | 07/23/2012 | 750.00 | 0.00 |
| 07/27/2012 | Invoice | OLT-MADI-1005 | | 07/27/2012 | 1,862.74 | 0.00 |
| 07/27/2012 | Invoice | 1510 | | 07/27/2012 | 0.00 | 0.00 |
| 08/22/2012 | Invoice | dBKSM-1012 | | 08/22/2012 | 1,000.00 | 0.00 |
| 08/30/2012 | Invoice | dBKSM-1011 | | 08/30/2012 | 1,300.00 | 0.00 |
| 09/12/2012 | Invoice | KTS-JACKS-1008 | | 09/12/2012 | 3,500.00 | 0.00 |
| 09/26/2012 | Invoice | 1502 | | 09/26/2012 | 912.50 | 0.00 |
| 09/27/2012 | Invoice | BCLC-OSBORN-1006 | | 09/27/2012 | 1,056.25 | 0.00 |
| 09/30/2012 | Invoice | 1509 | | 09/30/2012 | 1,800.00 | 0.00 |
| 10/05/2012 | Invoice | GR-Cole-1013 | | 10/05/2012 | 1,250.00 | 0.00 |
| 10/05/2012 | Invoice | GR-Clapp-1014 | | 10/05/2012 | 650.00 | 0.00 |
| 10/15/2012 | Invoice | NAG-1015 | | 10/15/2012 | 850.00 | 0.00 |
| 10/16/2012 | Invoice | 1506 | | 10/16/2012 | 650.00 | 0.00 |
| 10/30/2012 | Invoice | JKG-LP-1003 | | 10/30/2012 | 3,000.00 | 0.00 |
| 11/01/2012 | Invoice | 1503 | | 11/01/2012 | 3,250.00 | 0.00 |
| 11/01/2012 | Invoice | 1504 | | 11/01/2012 | 5,300.00 | 5,300.00 |
| 11/01/2012 | Invoice | 1505 | | 11/01/2012 | 1,800.00 | 0.00 |
| 11/01/2012 | Invoice | 1507 | 468.75 Credit due on next invoice from engagement fee | 11/01/2012 | 2,031.25 | 0.00 |
| 11/01/2012 | Invoice | 1508 | | 11/01/2012 | 0.00 | 0.00 |
| 11/08/2012 | Invoice | 1511 | | 11/08/2012 | 0.00 | 0.00 |
| 11/13/2012 | Invoice | 1512 | | 11/13/2012 | 650.00 | 650.00 |

KLEIMAN_00397857

| Date | Transaction Type | Num | | Memo/Description | Due Date | Amount | Open Balance |
|------|------------------|-----|---|------------------|----------|--------|--------------|
| 11/16/2012 | Invoice | 1501 | | | 11/16/2012 | 1,300.00 | 0.00 |
| 11/30/2012 | Invoice | 1514 | | | 11/30/2012 | 10,000.00 | 0.00 |
| 12/10/2012 | Invoice | 1515 | | Voided | 12/10/2012 | 0.00 | 0.00 |
| 12/20/2012 | Invoice | 1516 | | | 12/20/2012 | 750.00 | 0.00 |
| 12/21/2012 | Invoice | 1517 | | | 12/21/2012 | 2,500.00 | 2,500.00 |
| 12/22/2012 | Invoice | 1526 | | | 12/22/2012 | 3,500.00 | 0.00 |

KLEIMAN_00397858