| | |
|---|---|
| From: | Dave Kleiman |
| Sent: | Saturday, June 30, 2018 9:42 PM |
| To: | Dave Kleiman |
| Subject: | Fw: Balance alert |

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

Digital Computer Forensics + Data Recovery + Electronic Discovery _____
From: Capital One <service@capitalone.com>
Sent: Thursday, April 11, 2013 05:55
To: Dave Kleiman
Subject: Balance alert

Capital One(SM)--what's in your wallet?
http://www.capitalone.com

RE: Account ending in 0052

DAVID,

As requested, we are notifying you that as of APR 11, 2013, your Capital One® VISA BUSINESS account balance is $2,081.67. This balance does not reflect pending transactions.

Please visit Online Banking and select the Accounts tab to view transaction details.
http://www.capitalone.com/redirect.php?log=1&linkid=EMAIL_80_EOS_Z_Z_23_Z_Z_NTLEOSLOG&email_delivery_id=[!--$tracking-id$--]&dest=https://servicing.capitalone.com/c1/login.aspx

Go Green! Sign up for paperless statements today!
http://www.capitalone.com/redirect.php?log=1&linkid=EMAIL_80_EOS_Z_Z_23_Z_Z_NTOLB&email_delivery_id=[!--$tracking-id$--]&dest=https://servicing.capitalone.com/c1/login.aspx?redirect=GoPaperless

---------------------------------------------------------------
Important Information from Capital One

Add Us to Your Address Book
http://www.capitalone.com/emails/address_faq.php

Help Prevent Fraud
http://www.capitalone.com/fraud/index.php

1

Dr. Wright Ex.
**D058**

KLEIMAN_00065362

Log In to Your Account
https://servicing.capitalone.com/c1/login.aspx

Contact Us
http://www.capitalone.com/contactus/?linkid=EMAIL_80_EOS_Z_Z_23_Z_Z_CU1&email_delivery_id=[!--$tracking-id$--]

Privacy
http://www.capitalone.com/protection/privacy/index.php

This e-mail was sent to dave@davekleiman.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

The site may be unavailable during normal weekly maintenance or due to unforeseen circumstances. Please visit our Set Alerts page to modify your alerts subscription preferences.
http://www.capitalone.com/redirect.php?log=1&linkid=EMAIL_80_EOS_Z_Z_23_Z_Z_NTLEOSLOG&email_delivery_id=[!--$tracking-id$--]&dest=https://servicing.capitalone.com/c1/login.aspx?redirect=Alerts

Capital One and its service providers are committed to protecting your privacy and ask you not to send sensitive account information through e-mail. If you are not a Capital One customer and believe you received this message in error, please notify us by responding to this e-mail.

©2011 Capital One. Capital One is a federally registered service mark. All rights reserved. 15000 Capital One Drive, Attn: 12038-0111, Richmond, Virginia 23238. To contact us by mail, please use the following address: Capital One, PO Box 30285, Salt Lake City, Utah 84130-0285.

BALSUM 10006 48168

KLEIMAN_00065363

**D058 Page 2 of 2**