| | |
|---|---|
| **From**: | Craig S Wright [craig.wright@information-defense.com] |
| **Sent**: | 2/6/2011 12:14:22 PM |
| **To**: | 'Dave Kleiman' [dave@davekleiman.com] |
| **CC**: | lynn.wright@information-defense.com |
| **Subject**: | Idea - research |

One of the ideas is the following:

**Stop attackers from jumping into industrial (nuclear, etc.) control systems from infected systems on the rest of the network outside the control systems.**
The implementation of a SSH to telnet gateways on a bridging firewall platform can be used to both secure and tunnel legacy traffic using an encrypted tunnel as well as acting as a choke point and network monitor.
A company I am a director of, Greyfog, has developed this as a solution for this issue and the product is in early deployment phases in Australia.
The connection is made transparently and attacks from external and internal sources are filtered and logged.
The device is solid state and has built in redundancy to ensure connectivity.
Infected systems are noted and logged as they scan the protected system.
The innovation is using low cost devices to provide a layer of security for control and legacy conditions.
Management is centralised and allows for the monitoring of flow data and the detections of anomalous traffic.

The product is called Greyfog and is an offering from an Australian company. It has had deployment in a national company with 50+ branches as well as a Credit Union. It has been designed to aid in the protection of SCADA control systems.

The other is to do with my metrics and risk quantification work.

When do you have a little time to discuss it Dave?

Regards,
Craig

Dr. Wright Ex.
**D072**

CONFIDENTIAL
CW.001.002.6577

DEFAUS_00092734

D072 Page 1 of 1