---

**From**: Dave Kleiman [dave@davekleiman.com]
**Sent**: 2/15/2011 11:35:31 AM
**To**: craig.wright@information [craig.wright@information-defense.com]
**CC**: lynn.wright@information-defense.com
**Subject**: RE: Link to R&D site

---

I sent an email to see if there is an expedited or online way to accomplish.

In any case, how about a name?


-----Original Message-----
From: Dave Kleiman
Sent: Monday, February 14, 2011 19:13
To: 'craig.wright@information'
Cc: 'lynn.wright@information-defense.com'
Subject: RE: Link to R&D site

Hmmm. I am all ears on suggestions. But I see no way of filing for LLC or Non profit in time, you have any ideas?

I have files 3 fictitious business names I can easily apply for another if needed:

http://www.sunbiz.org/scripts/ficidet.exe?action=DETREG&docnum=G06303900172&rdocnum=G06303900172

http://www.sunbiz.org/scripts/ficidet.exe?action=DETREG&docnum=G98287000005&rdocnum=G98287000005

Let me know.

Dave


-----Original Message-----
From: Dave Kleiman
Sent: Monday, February 14, 2011 17:07
To: 'craig.wright@information'
Cc: 'lynn.wright@information-defense.com'
Subject: RE: Link to R&D site

Apparently you app must go postal mail for an LLC:   "" MAIL your completed form with the appropriate fee to the Division of Corporations for processing""

Florida Limited Liability Company or LLC Forms

***Do not use for corporations. Corporations are not Limited Liability Companies or LLC's.***

Note: Please make ALL checks payable to the Florida Department of State

Shown below are forms to assist you in filing with the Division of Corporations.  You have two choices: print out the selected form, then prepare it;  or fill-in the form online, then print it out.  MAIL your completed form with the appropriate fee to the Division of Corporations for processing and filing.

See attached


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801



-----Original Message-----
From: craig.wright@information [mailto:craig.wright@information-defense.com]

**Dr. Wright Ex.**

**D073**

DEFAUS_00694501

CW.001.002.6757

**D073 Page 1 of 2**

```
Sent: Monday, February 14, 2011 16:36
To: Dave Kleiman
Subject: Re: Link to R&D site

A real llc is the better option if you can

sent from my Telstra NEXTG™ handset

----- Reply message -----
From: "Dave Kleiman" <dave@davekleiman.com>
Date: Tue, Feb 15, 2011 08:32
Subject: Link to R&D site
To: "lynn.wright@information-defense.com" <lynn.wright@information-defense.com>
Cc: "craig.wright@Information-defense.com" <craig.wright@Information-defense.com>


Apparently you need a DUNS number from DnB to register as a vendor on FBO.gov. I believe you need to be a
business (i.e. LLC or nonprofit or possibly a fictitious name), which brings me back to the questions I
sent you this morning.
Should I form up an LLC or something or just register a fictitious name
(https://efile.sunbiz.org/ficregintro.html) which I have several of already.
I just want to make sure we do it the right way as not to hinder our progress.

Dave

-----Original Message-----
From: Lynn Wright [mailto:lynn.wright@information-defense.com]
Sent: Monday, February 14, 2011 15:00
To: Dave Kleiman
Subject: Link to R&D site
Importance: High

Hi Dave,

Here is the website we were just talking about.

Go i
```

DEFAUS_00694502

CW.001.002.6757

**D073 Page 2 of 2**