**From:** Dave Kleiman
**Sent:** Wednesday, February 16, 2011 5:24 AM
**To:** craig.wright@Information-defense.com
**CC:** lynn.wright@information-defense.com
**Subject:** RE: Registration - TTA1
**Attachments:** BAA 11-02-TTA 05-0155-WP Scada Cover Sheet B Page.pdf; BAA 11-02-TTA 05-0155-WP Scada Cover Sheet A Page.pdf

Here are cover letter A and B, with listed deficiencies at the top.

A:
Duration is required
Requested Start Date is required
Amount Requested is required
Business Type Selection is required

I am seeing if I qualify as a veteran owned business for this, which is one of the deficiencies on A

B:
Technical Abstract is required
Keywords is required


Cover letter C is the Whitepaper upload.

This will be the same for all the proposals.


Dave


-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Wednesday, February 16, 2011 00:00
To: Dave Kleiman
Subject: RE: Registration - TTA1

TTA #5: Secure, Resilient Systems and Networks

Seems to fit SCADA best

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 3:34 PM
To: craig.wright@Information-defense.com
Cc: lynn.wright@information-defense.com
Subject: RE: Registration - TTA1
Importance: High

Which TTA # is "SCADA Isolation" for?

On the email you sent it says:

BAA 11-02 Proposal title 1 SCADA Isolation but I did not see a TTA#

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 23:19
To: 'craig.wright@Information-defense.com'
Subject: RE: Registration - TTA1

Ok.

Registration Successful. - CONGRATULATIONS! Your registration was successful.

Do we want/need any of these:

CAGE Code: How do I get a CAGE? https://www.bpn.gov/ccr/default.aspx

SIC: What is a SIC? http://www.census.gov/epcd/www/sic.html

FICE: What is a FICE? http://en.wikipedia.org/wiki/United_States_Department_of_Education


Dave


-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:43
To: Dave Kleiman
Subject: RE: Registration - TTA1

I will have an email etc for you tonight

Dr. Wright Ex.

**D075**

DEF_00009686

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 2:37 PM
To: craig.wright@Information-defense.com
Subject: RE: Registration - TTA1

So you are going to register infodefenseresearch.com or you want me to?

Should I list that as the company website?

Dave

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:35
To: Dave Kleiman
Subject: RE: Registration - TTA1

Not for long
infodefenseresearch.com to go
-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 2:32 PM
To: craig.wright@Information-defense.com
Subject: RE: Registration - TTA1


infodefenseresearch.com and info-defense-research.com are available!

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:27
To: Dave Kleiman
Subject: RE: Registration - TTA1

Looks good.

Can you choose a domain name.

The Non-US bit is ok

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 2:22 PM
To: craig.wright@Information-defense.com
Cc: lynn.wright@information-defense.com
Subject: RE: Registration - TTA1
Importance: High

Look over the attached real quickly.

Let me know if it is ok.

Or should the PoC be in the US?? I see a non US vendor on the list.

Pay special attention to "Additional Authentication"

Dave



-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:04
To: Dave Kleiman
Subject: RE: Registration - TTA1

51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

The other is not any longer

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 1:08 PM
To: craig.wright@Information-defense.com; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Are either of these your current address?


51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

Level 19, 2 Market Street
Sydney, NSW 2000
AU

DEF_00009687

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 14:13
To: 'craig.wright@Information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1

It is under vendor registration that it requested DUNS see: https://www.fbo.gov/?s=main&mode=list&tab=register&subtab=step1

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 07:29
To: 'craig.wright@Information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1
Importance: High

Last page of attached. Do you think I can list you as mgr or mgrm with a foreign address, or you think they would kick it back?

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 06:35
To: 'craig.wright@Information-defense.com'; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Did you already create a username and password?

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 04:48
To: Dave Kleiman; lynn.wright@information-defense.com
Subject: Registration - TTA1

The first is to do with the attached papers…

 TTA 01 <https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0NTNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVavYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B2FBa8MygMsXUmvQKEcJuQ%3D#0> - Software Assurance


 White paper title Software assurance through economic measures




This also leads to the following one with:


TTA 14 <https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0NTNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVavYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B2FBa8MygMsXUmvQKEcJuQ%3D#13> - Software Assurance MarketPlace (SWAMP)


 White paper title Software derivative markets

  And

  Information Security risk markets




Greyfog (last email) should also come under TTA 05 <https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0NTNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVavYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B2FBa8MygMsXUmvQKEcJuQ%3D#4> - Secure, Resilient Systems and Networks



...

Dr. Craig S Wright <http://gse-compliance.blogspot.com/> GSE-Malware, GSE-Compliance, LLM, & ...

Information Defense <http://www.information-defense.com/> Pty Ltd

Mobile: 0417 683 914

Description: Logo4

DEF_00009688

DEF_00009689

Skip Navigation
Portal Home



DHS Broad Agency Announcements (BAA) Program Portal

**Submission Home**

- **Proposal Activity Worksheet**
- Update Registration
- Change Password
- Solicitations
  - Current Solicitations
  - Past Solicitations
- FAQs

You are signed in as: **Craig S. Wright**   Logout  Contact Us

# Submissions Portal

Session Timeout will occur in  19  minutes,  56  seconds

**DHS Technical Support**
(703) 480-7676
dhsbaa@reisys.com

# BAA Proposal Cover Sheet B

For details, please refer to the solicitation details located at FedBizOpps website.

Be sure to save before moving away from this page by clicking on the Save or Save And Continue buttons.

The following data is incomplete/incorrect in Cover Sheet B of your proposal.

Technical Abstract is required
Keywords is required

[Save]  [Save and Continue]  [Return to Activity Worksheet]

| | |
|---|---|
| Proposal Number: | BAA 11-02-TTA 05-0155-WP |
| Topic: | TTA 05 - Secure, Resilient Systems and Networks |
| Proposal Title: | SCADA Isolation |

**COMPANY INFORMATION:**

| | |
|---|---|
| Company Name: | W&K INFO DEFENSE RESEARCH LLC |
| Mailing Address (Line 1): | 4371 Norhtlake Blvd #314 |
| Mailing Address (Line 2): | |
| City: | Palm Beach |
| State & Zip Code: | FL  33410 - 6253 |
| Phone: | 5613108801 |
| Fax: | |

DEF_00009690

**COMPANY POINT OF CONTACT INFORMATION:**

- *Salutation:* Mr.
- *First Name:* Craig
- Middle Initial: S
- *Last Name:* Wright
- *Title:* Lead Researcher
- *Phone:* 61417683914    Ext:
- Fax:
- *E-mail Address:* craig.wright@information-defense.c

**PRINCIPAL INVESTIGATOR INFORMATION:**

☐ Check here if you are the Principal Investigator. *(This will pre-populate your name, email and phone ONLY.)*

- *Salutation:* Mr.
- *First Name:* Craig
- Middle Initial: S
- *Last Name:* Wright
- Address:    ● United States Address
  - *Address (Line 1):* 4371 Norhtlake Blvd #314
  - Address (Line 2):
  - *City:* Palm Beach
  - *State:* FL
  - *Zip Code:* 33410 - 6253    Need help for ZIP+4?
- ○ Address is Outside of the United States
  - *Address (Line 1):*
  - Address (Line 2):
  - *City:*
  - *State/Province:*
  - *Mail Code:*
  - *Country:* -- Choose an option --
- *Phone:* 61417683914    Ext:
- Fax:
- *E-mail Address:* craig.wright@information-defense.c

**SUBCONTRACTOR/PARTNER/OTHER PARTICIPANT INFORMATION:** *(if any)*

☐ Check here to remove this participant

- **Type:* -- Choose an option --   ☐ TBD
- **Name:*

DHS Form 10069 (12/10)  **Address:**

- U.S. Department of Homeland Security
- Science & Technology
- S&T Directorate SBIR Website
- OSDBU
- SAFETY Act
- SECURE Program
- Contact Us

○ **United States Address**

Address (Line 1):
Address (Line 2):
City:
State:
Zip Code: _____ - _____   **Need help for ZIP+4?**

○ **Address is Outside of the United States**

Address (Line 1):
Address (Line 2):
City:
State/Province:
Mail Code:
Country: -- Choose an option --

POC Saluation: -- Choose an option --
POC First Name:
POC Middle Initial:
POC Last Name:
POC Phone: _____ Ext: _____
POC Fax:
POC E-mail Address:

Click on **Add Participant** to add additional participants  [Add Participant]

**TECHNICAL ABSTRACT:***

*(The technical abstract should be limited to 250 words. The abstract must identify the purpose of the work and briefly describe the work to be carried out, the finding or results and the potential commercial applications of the effort. Since the abstract will be published by DHS, it must not contain any proprietary or classified data.) Please limit your use of non-alpha/numeric characters.*

**KEYWORDS:***

\* Required Information   \*\* Only Required if there are any

[Save]  [Save and Continue]  [Return to Activity Worksheet]

Skip Navigation
Portal Home



You are signed in as: **Craig S. Wright**   Logout   Contact Us

# Submissions Portal

DHS Broad Agency Announcements (BAA) Program Portal

Session Timeout will occur in   19   minutes,   54   seconds

## Submission Home

- **Proposal Activity Worksheet**
- Update Registration
- Change Password
- Solicitations
  - Current Solicitations
  - Past Solicitations
- FAQs

**DHS Technical Support**
(703) 480-7676
dhsbaa@reisys.com

# BAA Proposal Cover Sheet A

For details, please refer to the solicitation details located at FedBizOpps website.

Be sure to save before moving away from this page by clicking on the Save or Save And Continue buttons.

The following data is incomplete/incorrect in Cover Sheet A of your proposal.

Duration is required
Requested Start Date is required
Amount Requested is required
Business Type Selection is required

[Save]   [Save and Continue]   [Return to Activity Worksheet]

DEF_00009693

| | | |
|---|---|---|
| Proposal Number: | | BAA 11-02-TTA 05-0155-WP |
| Topic: | | TTA 05 - Secure, Resilient Systems and Networks |
| Proposal Title:* | SCADA Isolation | |
| Company Name: | | W&K INFO DEFENSE RESEARCH LLC |
| Mailing Address (Line 1):* | 4371 Norhtlake Blvd #314 | |
| Mailing Address (Line 2): | | |
| City:* | Palm Beach | |
| State & Zip Code:* | | FL  33410 - 6253   Need help for ZIP+4? |
| Phone:* | 5613108801 | |
| Fax: | | |
| TIN: | | 274997114 |
| DUNS + 4: | - | What is DUNS? (9-digit Data Universal Number System plus a 4-digit suffix given by parent concern) |
| CAGE Code: | | How do I get a CAGE? |
| SIC: | | What is a SIC? |
| FICE: | | What is a FICE? |
| Proposal Contains Proprietary Information:* | | No |
| Amount Requested (in dollars):* | | (2 decimal places) example: 1234.99 |
| Duration:* | 0   months | |
| Requested Starting Date:* | | (mm/dd/yyyy) example: 01/01/2009 |
| Business Type:* | | (Hold CTRL to select more than one) |
| | | -- Select Busniess Type -- <br> 8a Program Participant <br> HUB Zone Firm <br> Historically Black College/University <br> Minority Institution <br> Minority Owned - Subcontinent Asian (Asian-Indian) American <br> Minority Owned - Asian Pacific American <br> Minority Owned - Black American |
| | | Small Business Concern: |
| | -- Select One -- | |

* Required Information

[Save]  [Save and Continue]  [Return to Activity Worksheet]

DHS Form 10068 (12/10)

DEF_00009694

- U.S. Department of Homeland Security
- Science & Technology
- S&T Directorate SBIR Website
- OSDBU
- SAFETY Act
- SECURE Program
- Contact Us

DEF_00009695