| | |
|---|---|
| **From**: | Craig S Wright [craig.wright@information-defense.com] |
| **Sent**: | 2/2/2011 8:10:10 AM |
| **To**: | 'Dave Kleiman' [dave@davekleiman.com] |
| **CC**: | 'Lynn Wright' [lynn.wright@information-defense.com] |
| **Subject**: | RE: [DHS Cyber R&D Grants $40MM] |

Several things actually.

I will send some ideas and papers tonight

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 2 February 2011 7:26 AM
To: craig.wright@information-defense.com
Cc: 'Lynn Wright'
Subject: RE: [DHS Cyber R&D Grants $40MM]

I was just reading the same thing.....hmmmmmm

 "" with individual grants ranging up to $3 million. DHS's areas of interest include software assurance, enterprise security metrics, usable security, as well as the challenges posed by insider threats.""

I would gladly do something with you. Did you have something specific in mind?

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 01, 2011 15:23
To: Dave Kleiman
Cc: 'Lynn Wright'
Subject: [DHS Cyber R&D Grants $40MM]

Dave,
I cannot get these myself being that I am not a US citizen.

On the other hand, we could do something in partnership. Are you interested in being the lead if I am to put in a funding app. For research?

Regards,
Craig


https://www.fbo.gov/spg/DHS/OCPO/DHS-OCPO/BAA_11-02/listing.html.

It should also be posted shortly at https://baa2.st.dhs.gov.

It's offered to US citizens and organizations.

Dr. Wright Ex.

D078

CONFIDENTIAL
CW.001.002.6522

DEFAUS_00092733

D078 Page 1 of 1