**From**:      Craig S Wright [craig.wright@information-defense.com]
**Sent**:      2/15/2011 8:42:59 PM
**To**:        'Dave Kleiman' [dave@davekleiman.com]; lynn.wright@information-defense.com
**Subject**:   Registration
**Attachments**:   Research Proposal 0601.docx; The Quantification of Information Systems Risk.pptx


https://baa2.st.dhs.gov/portal/BAA/

Need to add Tax registration No., Duns is optional for now.

Solicitation Number:
BAA_11-02

White paper rego site
        https://baa2.st.dhs.gov/portal/BAA/

    1       Go to -       Proposal Submission
    2       Click – # Solicitations
            * Submenu Item Current Solicitations
    3       Select **BAA 11-02** - Cyber Security Research And Development Broad Agency Announcement


Proposal title 1
        SCADA Isolation

        I will have this sent through in a little bit, This is Greyfog

Proposal title 2
        Risk Quantification     **TTA 09** - Cyber Economics        see paper attached


I will call before I run off in the morning

More to come, 1 email per

Regards,
…
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & …
Information Defense Pty Ltd
Mobile: 0417 683 914



Dr. Wright Ex.
**D080**

CONFIDENTIAL
CW.001.002.6761

DEFAUS_00092834

### Research Plan, PhD in Information Systems

Student:        Craig Steven Wright – **cwrigh20@postoffice.csu.edu.au**

Promoter:       Assoc. Prof. Irfan Altas

Supervisors:    Tanveer A Zia, Philip Charlton

## PhD Working title:

### The Quantification of Information Systems Risk

#### Abstract

To act rationally requires that we forecast the future with inadequate information using the past as a guide. This has led information security practitioners to engage in qualitatively derived flawed risk practices due to the lack of scientifically valid quantitative risk models. The result is both a misallocation of valuable resources with alternative uses and a corresponding decrease in the levels of protection for many systems. Using a combination of modern scientific approaches and the advanced data mining techniques now available, this research effort aims to create a set of game theoretic quantitative models of risk to information systems within set confidence levels. Using empirical evidence, this research aims to investigate and quantify the root cause of security flaws that act as a source of system compromise. Research into the effects of poor system design, market based risk solutions based on derivative instruments and the impact of common system misconfigurations will be incorporated into multivariate survival models. This research incorporates the economic impact of various decisions as a means of determining the optimal distribution of costs and liability when applied to information security and in particular when assigning costs in computer system security and reliability engineering.

1

## *Introduction*

For decades, information security practitioners have engaged in qualitatively derived risk practices due to the lack of a scientifically valid quantitative risk model. This has led to a systems failing "*not ultimately for technical reasons but because incentives are wrong*" Here "*security failure is caused at least as often by misaligned incentives as by technical design mistakes*" (Anderson, 2004). This misallocation of valuable resources with alternative uses and the corresponding decrease in the levels of protection for many systems not only makes systems less secure in the present, but limits future expenditure on security controls. Using a combination of modern scientific approaches and the advanced data mining techniques, this research effort is aimed at creating a game theoretic quantitative model for information systems risk that incorporates both contract theory and the methods developed within Behavioural Economics.

The objective of this research is to produce an innovative modelling architecture designed around information systems security and risk based reliability and survivability analysis. The objectives of the research are:

   (1) To address the critical limitations (Jeanblanc & Valchev, 2005) that are associated with reliability engineering in regards to computer systems. This will be completed with competing risks analysis and multivariate survival analysis coupled with a game theoretic approach. Data collected from an analysis of systems in the field will be used to test assumptions. These assumptions (Marti, 2008) include:
      a.  constant and homogenous failure rates,
      b.  binary failure and univariate reliability,
      c.  censoring of failure data, and
      d.  independent failures.
   (2) To produce a methodology for the creation and testing of hazard and survival models for information systems. This will become a risk based quantitative approach to reliability and survivability engineering.
   (3) To incorporate methods that represent the effects of misaligned incentives and their consequence to security controls.

To do this, it is necessary to recognise that information security is a risk function (Anderson, Longley & Kwok, 1994). Paying for too much security can be more damaging in economic terms than not buying enough. This leads to decisions about where the optimal expenditure on damage prevention should lie. This research will investigate who should be responsible for the security failures that are affecting the economy and society and how can this be maximized in order to minimize negative externalities (Cohen, 1976). The conclusions will be presented using an empirical study of software hazard rates and audit failures along with the question of how to enforce liability in a global economy.

The research is intended to address some of the economic issues that are arising due to an inability of assign risk correctly, a failure to measure risk as well as looking at the misalignment of information systems audit and the compliance regime. The externalities that restrict the development of secure software and how the failure of the end user to apply controls makes it less probable that a software vendor will enforce stricter programming controls with failures in the audit and measurement processes are addressed. This includes a look at the misalignment of audit to security. This misalignment is demonstrated to result from the drawing of funds from security in order to provide compliance with little true economic gain (Wright, 2010).

2

CONFIDENTIAL
CW.001.002.6762

DEFAUS_00092836

## Central Concepts

Information security is commonly seen as a technical solution to an overarching issue that must be addressed in all instances. The idea being that we must ensure safety at any cost. The reality is far from this, and in fact, this fallacy has led to a gross misallocation of funds and less secure systems.



The reality is that, as with all safety issues, information security is based on a set of competing trade-offs between economics constraints.

For instance, the issue of *Misaligned Incentives* can easily be demonstrated in Online Banking and Bank card fraud. These issues vary across jurisdictions (e.g. US banks being liable for the costs of card fraud; unless proved otherwise and UK banks not being liable without proof of negligence). In the UK, banking facility staff propound that their systems are "more secure" leading to a greater propensity to assert that their clients are lying or have mistaken. This provides the banks in the UK with a lower incentive to react. As with Pin cards in the past, this can be shown to lead to a condition where complaints are far less likely to be taken seriously by the personal in the bank. This has lead to a paradox where banks in the UK expend greater sums of capital in securing their systems (leading to the assertions that they are more secure than US banks) whilst simultaneously facing a greater volume of fraud cases.

3

CONFIDENTIAL
CW.001.002.6762

DEFAUS_00092837

This propensity has been expounded in the past to be attributed to careless (or lazy) staff (resting on their 'more secure' laurels). The reality may vary greatly from these perceived situations, but little quantification of the overall costs has been completed. For instance, no study linking the significantly high correlations between the uptake and use of card based and online banking systems in communities and the decrease in physical crime (assaults, robbery and muggings) was noted at the time of writing although the data is readily available to support this assertion. It can be easily shown that there is a high correlation (with calculated correlations of between R=78 to R=93 in various western countries from 1995 to 2007).

The goals of any economically based quantitative process should be to minimise cost and hence minimise risk through the appropriate allocation of capital expenditure. To do this, the correct assignment of economic and legal liability to the parties best able to manage the risk (this is the lowest cost insurer) is essential and needs to be assessed. This will allow insurance firms to develop expert systems that can calculate risk management figures that can be associated with information risk. This will allow for the correct attribution of information security insurance products that can be provided businesses generally. Like all insurance, the addition of co-payment and cost reduction features (such as the reduction of costs in home insurance that comes with the installation of a back-to-base alarm system) will provide organisations with the incentive to protect their users, clients and systems.

Externality, or the quantitative and qualitative effects on parties that are affected by, but who are not directly involved in a transaction is likewise seldom quantified, but is an integral component of any risk strategy. The costs (negative) or benefits (positive) that apply to third parties are an oft overlooked feature of economics and risk calculations. For instance, network externality (a positive effect that can be related to Metcalfe's law; value of a network = 2x the network's number of user) attributes positive costs to most organisations with little associated costs to themself. In these calculations, the time-to-market and first-mover advantages are critical components of the overall economic function with security playing both positive and negative roles at all stages of the process. These externalities also have negative effects, such as those in the software industry where the "*Ship it Tuesday and get it right by version 3*" rationality has become a commonplace paradigm. This archetype has also moved into other negative externalities (such as malware with the advance of botnets). In the past, malware was seen as little more than a nuisance by many infected users whose hosts would send spam emails to others and grow the infection model. As the user was not directly affected themself, there was often a low incentive for the user to react. This would lead to the installation of known malware (such as Bonzo-Buddy and Wack-a-mole) being actively installed by many users. Interdependent risk issues also apply and must be incorporated into any valid quantitative risk model for information systems risk. The issue of "free riding" (where another party gains from the economic expenditure of another party) is also a critical feature of this form of model.

Information Asymmetry, such as the adverse selection of poorly created and maintained software or the contradiction resultant from sites that seek and obtain TRUSTe certification being significantly less trustworthy than those that forego such assertions[1] is also a key component of the model. It will be demonstrated that the software and information security industries are a "market of lemons". As companies can rarely differentiate between a secure and well tested software product or security vendor and the poorly developed and insecure alternative, there is little incentive for an organisation to invest in the secure option.

Issues of law, online privacy and behavioural targeting and associated issues including the general predisposition of people to not read privacy statements, EULA and click through contracts and the impact of these actions will also be addressed.

---

[1] See "Adverse Selection in Online "Trust" Certifications" by Benjamin Edelman,WEIS 2006.

4

## *Theory*

The introduction of Game Theory and Behavioural Economics (Anderson, 2001; Anderson, & Moore, 2006; Varian, 2004) have created a foundation for the rationalisation of information security processes which lead to improved allocation of economic resources. The optimal distribution of economic resources across risk allocations in information system can only lead to a combination of more secure systems for a lower overall cost. This research will incorporate the game theoretic multi-player decision problem. Agents in the model will be deemed to be rational with well-defined preferences, include the ability to reason strategically using their knowledge and belief of other players and to act according to a combination of both economic "*first thought*" and deep strategic thinking (Nissan, et. al., 2007). Solutions to these models will be sought through a combination of the following game devices:

- Equilibrium: evolutive (steady state) games
- Heterogeneous sequential games
- Rationalisability: deductive reasoning

The models will detail the existence of strictly dominating games where these exist in information security practices and propose methods to improve these models. Existing information security practices in existing organisations will be classified into the following game types:

- Non-cooperative vs. cooperative game
- Strategic vs. extensive game
- Perfect vs. imperfect information

Bounded rationality, behavioural game aspects and other feedback effects will be investigated (Nissan, et. al., 2007). Social capital based on fairness and reciprocity will be defined as it applies to the economically efficient application of risk processes associated with Information systems. Contract Theory will be used to explain the creation of agreements and "*contracts*" in the presence of information asymmetry.  This is approached through the combination of adverse selection, moral hazards and the "*signalling game*". In this, adverse selection is defined as the "*Principal not having been informed of the other agent's private information ex-ante*" such as in George Akerlof's "*Market for lemons*" (1970). This application of game theory has been asserted to explain many aspects of the software industries predisposition to create insecure software (Anderson, 2001). Arora, Telang and Xu (2004) asserted that a market-based mechanism for software vulnerabilities would necessarily underperform a CERT-type mechanism. The market that they used was a game theoretic *pricing game*. In the model reported, the players in the market do not report their prices[2]. These players use a model where information is distributed simultaneously to the client of the player and the vendor. The CERT model was touted as being the most favourable solution. The research will demonstrate that the examined "*market*" model is in itself sub-optimal. It both creates incentives to leak information without proper safeguards and creates vulnerability black-markets that rely on waiting until a patch was publically released and only then releasing the patch to the public. This ignores many externalities and assumes the only control is a patch in place of other alternative compensating controls. It is to be demonstrated that there are flaws with this approach that can be solved through the creation of a security and risk derivative market for software. The user would have an upfront estimate of the costs and this could be forced back to the software vendor. Where the derivative costs more than testing, the vendor would conduct more in-depth testing and reduce the levels of bugs (Bacon et. al. 2009).

Possible solutions to the software insecurity problem will be advanced and empirically tested. The issue of Moral hazard (investigated (Nissan, et. al., 2007), where the principal is not informed of the agent's private information ex-post will be investigated and applied to insurance, monitoring, employee's effort, and other aspects of information security. Other parties to the model will investigate the model of the signalling game (where the agent tries to convey useful info to principal)

---

[2] E.g., iDefense Ltd. and other similar providers have a semi-closed market with limited information exchange.
5

DEFAUS_00092839

as a means to signal ability (a secure system) whist jointly avoiding the problem of free riding. The behavioural effect of Loss Aversion[3] will be explored in association with concepts of social capital and cognitive biases such as the endowment effect[4]. These issues will be appraises against psychological propensities for both anchoring and adjustment and the Status quo bias[5]. Finally, the valence[6] effect will be modelled in association to its impact and causal relationship with respect of information security and the feedback effect from rational ignorance and "Cold-Hot Empathy"[7].

---

[3] Loss Aversion is defined as propensity of information security professionals to minimise the impact of loss even against risks that have expectation values of greater gain.

[4] For instance where an individual is "willing-to-reveal" at high price, "willing-to-protect" at low prices.

[5] The predisposition to resist changing an established behaviour, unless incentive is overwhelmingly compelling.

[6] As is associated with an individual's overestimation of the likelihood [10] of favourable events being associated and impacting oneself

[7] Hot-Cold Empathy is a behavioural economics term stated in D. Ariely, & G. Loewenstein, (2006). The Heat of the Moment: The Effect of Sexual Arousal on Sexual Decision Making. Journal of Behavioral Decision Making 19: 87-98.

6

CONFIDENTIAL
CW.001.002.6762

DEFAUS_00092840

## *Research Objective*

The goal of this research project is to create a series of quantitative models for information security. Mathematical modelling techniques that can be used to model and predict information security risk will be developed using a combination of techniques including:

- Economic theory, and Econometrics
- Quantitative financial modelling,
- Behavioural Economics,
- Algorithmic game theory and
- Statistical hazard/survival models.

The models will account for heteroscedastic confounding variables and include appropriate transforms such that variance heterogeneity is assured in non-normal distributions. Process modelling for integrated Poisson continuous-time process for risk through hazard will be developed using a combination of:

- Business financial data (company accountancy and other records),
- Anti-Virus Industry data
- Legal databases for tortuous and regulatory costs and
- Insurance datasets.

This data will be coupled with hazard models created and validated using Honeynets (e.g. Project Honeynet), reporting sites such as the Internet Storm Centre and iDefence. The combination of this information will provide the framework for a truly quantitative security risk framework[8]. At present, the DShield storm centre receives logging from over 600,000 organisations. This represents a larger quantity of data than is used for actuarial data in the home insurance industry. The problem being that this information is not collated or analysed in any quantitatively sound manner. This research will model survival times for types of applications using the body of research into quantitative code analysis for risk. The research will to create a series of models (such as are used within mechanical engineering, material science etc) for Information Risk.

Some of the methods that are planned testing in the creation of the risk framework will include:

- Random forest clustering,
- K-means analysis,
- Other classification algorithms, and
- Network associative maps in text analysis forensic work.

The correlation of reference data (such as IP and functional analysis data) between C&C (Command and Control) systems used in "*botnets*" is one aspect of this research. Starting from the outside (the cloud and perimeter) and working inwards to the network, the risk model would start by assessing external threats and move into internal threat sources, becoming gradually become more and more granular as one moves from network to individual hosts and finally to people (user behaviour (Varian, 2004)) and application modelling (Guo, Jarrow, & Zeng, 2005). The eventual result will be the creation of a model that can incorporate the type of organisation, size, location, application, systems used, and the user awareness levels to create a truly quantitative risk model. This would be reported with SE (standard error) and confidence level rather than a point estimate.

To begin, a number of questions can be answered and a number of related papers can be published on this topic. For instance, the following are all associated research topics in this project:

- Is a router/firewall stealth rule effective

---

[8] Support has been sought and received from SANS (including DShield), CIS (Centre for Internet Security) and the Honeynet project.

7

- What types of DMZ are most effective for a given cost
- How economical is the inclusion of additional router logging outside the perimeter firewall
- Are "drop" or "reject" rules more effective at limiting attacks - by type
- How do Firewalls, IDS, IPS influence and impact system survival times
- How effective is audit and compliance?

The creation of a classification model (Wright, 2008)that allows for the remote determination of an application version for DNS software (this can also be expanded to other applications and devices – e.g. routers) has already been completed and published.

Code to import data from hosts and networks, using raw *"pcap traces"*[9] will be developed such that system statistics and other data can be collated into a standardised format. This code will be developed in "R" and "C++". This will enable the creation and release of actuarial threat risk models that incorporate heterogeneous tendencies in variance across multidimensional determinants while maintaining parsimony. I foresee a combination of Heteroscedastic predictors (GARCH/ARIMA etc) coupled with non-parametric survival models. I expect that this will result in a model where the underlying hazard rate (rather than survival time) is a function of the independent variables (covariates). Cox's Proportional Hazard Model with Time-Dependent Covariates would be a starting point, going to non-parametric methods if necessary. The end goal will be to create a framework and possibly a program that can assess data stream based on a number of dependant variables (Threat models, system survival etc) and covariates and return a quantified risk forecast and standard error.

---

[9] Pcap is a packet capture standard supported by both open source and commercial network capture equipment.
8

## *Research Questions*

The creation of a quantitative, econometric and game theoretic model for information security and risk has widespread applications. For instance, questions such as the following should be readily able to be modelled and hence answered:

- Do health providers (such as hospitals) have adequate and efficient incentives to protect patient medical records?
- Is Software certification effective?
- Do Social networks help in collaborative security efforts?
- What are the Economics of Malware, Piracy and related topics?
- What are the most economically effective methods to control and optimise levels of cyber-crime?
- What is the optimum capital investment in information security or when is a system 'too' secure or not secure enough?
- Can we create effective metrics to quantify risk?
- Are Vulnerability markets effective?
- Should software and online contracts provide contractual provisions that refund some or all of their value if security vulnerability is found or exploited? Is this approach economically efficient?
- Is re-insurance necessary for information and cyber-risk insurance due to the global nature of information systems risk?

Clearly, the creation of an efficient model for information risk needs to incorporate costs outside the realm of information systems alone. As online payment systems can be shown to lead to a reduction in contact crimes, any information systems risk model must account for these related externalities.

**Aim**: not more than 15 pages A4 per chapter. $12*15=180 + 20$ pages for introduction, content etc. Added to the dissertation:

- CD-ROM with modelling program that can be used for assessment and risk quantification.
- Data and collected first stage and second stage models.
- Statistical programs and correlation engine.

Intended output:

- PhD dissertation
- Journal articles: the topics/contents of 10 out of 12 chapters will be designed to be suitable for publishing as separate articles.
- PCap module written in R and C that can take direct network feeds (TCP/IP) and report on anomalous traffic (with a learning feature and feedback cycle to minimise error with use).

9

CONFIDENTIAL
CW.001.002.6762

DEFAUS_00092843

### *Chapter outline of dissertation and intended output*

Theoretical background

Risk, Probability and Games of Economic value

Methodology

Probability Theory and Analysis

> Concepts and Theory's
> Probability distributions and models
> Monte Carlo Analysis (stochastic analysis)
> Time series and heteroscedastics

Game theory

> Games people play
> How risk suffers -
> Cryptography and game theory
> Algorithmic mechanism design
> Market equilibria
> Advanced Concepts
> Bayesian implementations
> Pricing and resource allocation – game Theoretic Models
> Misaligned incentives and informational asymmetries
> Game theoretic approaches to cyber crime

Introduction to the research areas

Sources of data

Strictly Dominating Models

Methodology

Analysis of Data

Economic Fundamentals – Rationality and Efficiency - as it applies ti information technology

> Rational Behaviour, Preferences and Prices
> Pareto Optimality vs. Unitarianism
> Cost Benefit and Hazard Survival
> Transaction Costs
> Economic effects of legislation and regulation and its effect on information system risk
> Property rights or Communal rights of knowledge
> Compensation for regulation?
> Cost Minimisation and liability rules
> Secure Design and implementation
> Optimisation in Design and operation
> Maintenance and Support
> Test, Evaluation and Validation
> Models for Economic Evaluation
> System Monitoring and Controls
> Queuing theory and Analysis
> Design for reliability vs. Maintainability & supportability (serviceability) vs. usability –
> setting the efficient optimal
> Design for Producibility and disposability
> Design for affordability

Software Security

10

Asymmetric Information and the market for lemons

A market for secure software?

Designing for security

Modelling and measuring risk

Network and system controls

Expert systems (PCap and automation)

Systems measurement

Overall risk and economic constraints

Conclusions

11

CONFIDENTIAL
CW.001.002.6762

DEFAUS_00092845

## *Literature Review*

Relative computer security can be measured using six factors (Aycock, 2006):

1. *What is the importance of the information or resource being protected?*
2. *What is the potential impact, if the security is breached?*
3. *Who is the attacker likely to be?*
4. *What are the skills and resources available to an attacker?*
5. *What constraints are imposed by legitimate usage?*
6. *What resources are available to implement security?*

The result is that security is a relative risk measure related to organisational economics at the micro level and the economics of national security toward the macro level. This consequentially leads to a measure of security in terms of one's neighbour. The question is not, "*am I secure*", but rather, "am *I more secure than my neighbour*?" Multiple means of assessment are possible. Any other system is your neighbour on the Internet when viewed from the perspective of a Worm. Conversely, targeted attacks have a purpose. Neighbours may be other government systems, critical infrastructure, a class of companies or an industry sector. In each instance, achieving a measure of security relates to a set of relative terms.

### Incomplete information is not always information asymmetry

Information security is a risk function. Paying for too much security can be more damaging in economic terms than not buying enough. The optimal aim is to find the optimum level of expenditure on damage prevention. Who should be responsible for the security failures that are affecting the economy and society and how can this be maximized in order to minimize negative externalities?

This session addresses some of the economic issues that are arising due to an inability to correctly assign risk. We look at the externalities that restrict the development of secure software and how the failure of the end user to apply controls makes it less probable that a software vendor will enforce stricter programming controls. We also combine hazard models with SIR (Susceptible-Infected-Removed) epidemic modelling to provide a means of calculating the optimal information systems audit strategy. Treating audit as a sequential test allows for the introduction of censoring techniques that enable the estimation of benefits from divergent audit strategies. This process can be used to gauge the economic benefits of these strategies in the selection of an optimal audit process designed to maximize the detection of compromised or malware infected hosts. A selection of models and methods that are common in many other areas of systems engineering, but which are only just starting to be used in the determination of information systems risk will be presented alongside the idea of using neural networks of hazard data to reliably model and train risk systems.

Anderson (2001) argues that information security is not a technical problem but that the economic incentives are misaligned. Kunreuther et al. (2002) and Kunreuther and Heal (2002) identify a conception for security interdependence. They investigate security investment decisions made by agents in a computer network when each agent's decision influences the risk suffered by the other agents. This leads to a model where there is a lone shared resource whose security is improved by user investments. They proceed to illustrate the equilibrium investment strategies and their reliance upon the cost structure concluding that in order to best induce adoption of security measures, regulation and institutional coordination mechanisms are desirable. Varian (2004) reflects on how the dependability of a public good is influenced by the efforts of individuals working in teams with varying incentives and influences to the security of a system. It is asserted that if system reliability is reliant upon total commitment from all parties, security is wholly determined by the agent with the highest benefit-cost ratio. Where reliability is dependent on the weakest link, the agent with the lowest benefit-cost ratio supplies the exertion. In the event that maximum effort is the determining factor in system reliability, either equilibria can result.

Choi et al. (2005) investigate a model with negative network security externalities to examine the optimal software vulnerability disclosure decision of a software vendor. They report that companies frequently announce vulnerabilities at non-socially optimal times. The optimal moment for disclosure of software security vulnerabilities is analysed by Arora et al. (2005). They ascertain that vendors

12

constantly decide to release a patch later than would be socially optimal. Jaisingh and Li (2005) investigate the function of commitment in optimal social policy for disclosure of vulnerabilities. In this case, the vendor determines the patch-release time after a vulnerability is discovered leading to a finding that the time lag between the decisions of a social planner and the software vendor being significant only where the attacker has the ability to accumulate an advantage from prior vulnerabilities over time.

Cavusoglu et al. (2005) demonstrate that an organisation's patch cycle may not be synchronized with the software vendor's patch release cycle. They use this result to demonstrate that cost sharing and liability schemes may aid in coordinating the patch process. The role of externalities in a network environment is explored by August and Tunca (2006). The authors investigate the role of policies in maximizing "*the value generated by software and highlight that consumers' purchase (or usage) decisions play a fundamental role in our results, as does the vendor's profit maximization*".

Nicastro (2005) and Leung (2005) describe how patching may involve days of effort where malware can take only minutes or hours to spread through unpatched systems (e.g., Moore et al. 2003 and Shannon & Moore (2004).

**Games and Rational Choice**
Rational choice theory can provide a basis for an amalgamated and inclusive theory of behaviour related to cybercrime. Rational choice centres on instrumental rationality (Adabinsky, 1983). This is the choice of the most efficient and effective means to achieve a set of particular ends. These ends include the acquisition of wealth or other scarce resources. Social deviance is not the primary reason that an individual or criminal group decides to engage in socially detrimental criminal activity is not based on, but rather a perceived rational choice that such activities are most likely to provide the desired outcome. Cohen (1976) asserted that conduct is rational if it involves the choice of means to achieve an end.

George Akerlof's (1970) model, "*A Market for Lemons*" as was designed for modelling quality uncertainty has been proposed as a game model for the software industry. This model is based on information asymmetry and the presumption that the vendor has more knowledge of the product than the user. This will be demonstrated to be a logical fallacy in that the software vendor is incentivized to correct bugs as early in the process as is possible (the later a bug is discovered in the development process, the more it costs to fix). Hence, the vendor does not have more of an idea of the expectations of flaws than a knowledgeable user. Further, the user knows how they plan to deploy the software; the vendor does not have this information and may have little insight into what other interactions may occur.

Methods on how organized criminal groups can be modelled using rational choice theory and criminal groups can be shown to act as profit seeking enterprises. This provides the ability to shift the economic returns away from this activity that necessarily results in a lower quantum of crime. Criminal behaviour does not need to rely on social deviance, but is moving towards the greatest financial rewards. Consequently, as criminal groups face few financial disincentives, a growing class of criminal specialists has resulted. The course of action to best minimize the online criminal threat can be linked to minimization of economic returns from cybercrime. Grabosky (2005) argued that cybercrime reflects any other profit based criminal activity. Three factors explain this, motive, opportunity and an absence of capable governance or guardianship. Any one of these factors increases the costs associated with criminal actions and hence reduce the profitability of cybercrime. This reflects the state of mind of the 'rational criminal'.

Rational choice theory assumes that an agent acts as Homo economicus (Archer, 2000). The conditions experienced move this individualistic passive agent. These experiences and circumstances coupled with the rational agents assumptions lead to a series of rational choices. The rational agent holds a belief that these are optional, but these may be detrimental to society as a whole (Hechter & Satoshi, 1997). 'Rational man' is thus an 'economic man'. The rational agent uses instrumental rationality to gauge the ends and means that establish the actions used to plot one's course through life (Clarke & Cornish, 1985). Choice involves an active progression in which each agent evaluates

13

(consciously or subconsciously) the benefits and costs, and then makes a continuing series of conscious decisions (Friedman, 1953). Each agent reflects on his or her current circumstances as evaluated against the attainment of his or her goals as a set of composite goods. That agent alone can establish whether the price is reasonable and affordable (Archer, 2000).

Rational choice theory uses the assumption an agent as Homo economicus holds particular sets of discrete, fixed, hierarchical predilections (Zey, 1988). The assumption is that the agent will select the action with the preferred outcome. This outcome (if achieved) optimizes the difference between the costs and benefits (Clarke & Cornish, 1985) associated with the action. A series of actions that remain consistent with the agent's stable preference rankings in a manner that designed to return the optimal relation between the goals and beliefs of the agent (Gordon & Ford, 2002) realize rationality. This ideally returns the largest set of composite goods (as determined by the rational agent) for the lowest cost. Actions including crime can be '*rational*' for agents at the individual level. These when combined across a group coalesce to generate a variety of systemic social outcomes. At times (such as may result from cyber-terror and DDoS attacks), many of the ill effects are intended by agents. More often, the result is an unintended consequence that may be either socially optimal or more commonly socially non-optimal (Neufeld, 2010). Ill effects from the actions of socially focused agents (such as police and 'white-hat' hackers taking vigilante action) can also frequently result in unintended sub-optimal social responses.

A peaceful settlement of an attack is also not possible as negotiation with criminal groups is illegal and ineffective (such as protection money in Mafia controlled communities as explained by Gambetta (1991, 1993)). Settlement is ineffective as cybercrime groups cannot effectively stop actions from alternative criminal groups (as Gambetta notes would occur in a controlled physical community (1988)). Consequently, we can explain crime using three factors, motive, opportunity and an absence of capable governance or guardianship. An increase in defences that lowers the effect of any of these factors moves the amount of composite goods that are obtainable by the cybercriminal for any set level of criminal activity (Lyman & Potter, 1997). A combination of price policy and benevolence policy decreases the rational choices made by agents considering criminal actions.

### Software and Bugs
Arora, Telang and Xu (2004, 2008) asserted that a market-based mechanism for software vulnerabilities will necessarily underperform a CERT-type mechanism. The market that they used was a game theoretic pricing game (Nissan, et. al., 2007). In the model reported, the players in the market do not report their prices. These players use a model where information is simultaneously distributed to the client of the player and the vendor. The CERT model was touted as being optimal. It relies on waiting until a patch was publically released and only then releasing the patch to the public. This ignores many externalities and assumes the only control is a patch in place of other alternative compensating controls.

Similar models assume a single buyer model. Schechter (2004) argues that any adversary seeking to buy a vulnerability would "*face a market for lemons*". This is argued as a means of stopping adversaries from engaging in a market model. It is also asserted that the tester's ability to resell vulnerabilities is negative factor that would preclude the purchase of such a market. It is demonstrated in this paper that neither assumption is valid. We should that a market can exist with both the ability to resell to multiple parties as well as to sell to 'adversarial' purchasers. We also demonstrate how a disclosed vulnerability holds value (though reduced) and does not become worthless.

Consequently, the examined "*market*" models are in themselves sub-optimal. Some models (Arora, Telang & Xu, 2004/2008) both create incentives to leak information without proper safeguards and lead towards a vulnerability black-market, others (Schechter, 2004) do not model real-world conditions. As criminal groups and selected security vendors (such as Penetration testers and IDS vendors) have an incentive to gain information secretly, they have an incentive to pay more for unknown vulnerabilities in a closed market. This means that a seller to one of these parties has a reputational incentive to earn more through not releasing information as the individual's reputation will be based on their ability to maintain secrecy. This misaligned incentive creates a sub-optimal

14

DEFAUS_00092848

market. Therefore, the market reported (Kannan & Telang, 2004) was sub-optimal to a CERT as this was an inefficient market and not that markets are less effective. The skewed incentivisation structure recommended in the paper was the source of the inefficiency and not the market itself. This simply highlights the need to allow efficient markets to develop rather than seeking to create these through design.

The other argument posed comes because of information asymmetry. It is asserted [15] that software vendors have an informational advantage over other parties. The vendor does have access to source code (which is also available for Linux and other open source providers), but it can be proved that this does not provide the levels of information asymmetry that are asserted. Software vendors have a reputational input to their value (Cavusoglu & Zhang, 2006).

The market value of a software vendor is influences through reputational costs and those vulnerabilities correlate significantly with a decrease in the companies traded price, a view supported by others (Cavusoglu & Zhang, 2006). Telang & Wattal (2004) note:

> "Vulnerability disclosure adversely and significantly affects the stock performance of a software vendor. We show that, on average, a software vendor loses around 0.63% of market value on the day of the vulnerability announcement. This translates to a dollar amount of $0.86 billion loss in market value. We also show that markets do not penalize a vendor any more if the vulnerability is discovered by a third party than by the vendor itself."

These results demonstrate that a vendor has an incentive to minimize the vulnerabilities found in their products. If an excessive number of vulnerabilities continue to affect a vendor, their market capitalization consequently suffers a decline. For this reason alone offers strong evidence that a vendor does not have an incentive to hide information (as third party vulnerability researchers cause an equal loss in capitalization). It has to be expected that any vulnerability known by the vendor will be uncovered. If the vendor fixes this flaw before release, the cost is minimized and at the limit approaches the cost of testing, (that is a zero incremental cost to that which would be expressed later).

Software market models that assume a single buyer are flawed. Schechter's argument (2004) that any adversary seeking to buy a vulnerability would "*face a market for lemons*" fails to account for the existing markets and the presence of a sequential game. This model does not reflect real world for a number of reasons:

1. Tester reputation for quality could play a role in pricing,
2. Groups could act as middlemen to ensure quality to market risking their reputation (and hence future earnings) when unknown parti3es are releasing bug information,
3. More buyers that are legitimate exist in addition to the software vendor.

Penetration testing groups and security companies are legitimate buyers of vulnerability data. Companies (such as iDefense) exist that purchase vulnerability data and release this to clients before the software vendor has released a patch. The availability of this information allows the contracting organization to implement a work-around before the software vendor has released a patch to fix the vulnerability. In many instances, organizations do not patch when the software vendor releases a fix due to compatibility issues and interactions between other software products. The result is that the vulnerability is fixed using an alternate method to the software patch. This may seem to be problematic, but the goal is the reduction of risk. If this can be achieved without patching or through an alternate method with a lower cost, this will be deployed as an option.

Penetration testing groups will also purchase vulnerabilities. It is unlikely that these groups will seek exclusivity. A penetration tester seeks to find and exploit vulnerabilities on the systems their clients contract them to test. A penetration tester with a wide arsenal of '*zero-day*' attacks[10] is more likely to

---

[10] A '*zero-day*' is defined as a vulnerability for which there is no official patch from the software vendor. Work-arounds may exist that can be used to mitigate this vulnerability.

15

exploit a client system (including one that is fully patched). This leads to a higher probability of gaining future work and being more successful.

To gain access to 'zero-day' vulnerabilities, the penetration tester can either create their own or purchase these from external parties. The cost of purchasing these when compared to the cost of purchase will determine which of these options is selected. If a market is allowed to exist, those parties who can more effectively research and find vulnerabilities will specialize in this process selling their works to those who hold the comparative advantage in conducting the tests rather than researching the vulnerability. The result is a large market of researchers and testers with researchers selling to multiple parties.

A malicious adversary could also engage in this market. However, a malicious adversary can also purchase existing vulnerability testing software. Even if this software was licensed to selected professionals, the nature of malicious adversaries is to engage in illegal activity. Hence, they would be unlikely to abide by restrictions over the use of penetration testing software. A disclosed vulnerability holds value and does not become worthless. The knowledge of a vulnerability is not the knowledge of how to exploit the vulnerability. Knowing that a vulnerability exists does make the discovery process far simpler (and hence reduces the price that a known vulnerability can be sold for), but it does not reduce the cost of the vulnerability to zero. The assertion that the tester's ability to resell vulnerabilities is a negative factor that would preclude the formation of a vulnerability market is falsifiable. A market can exist with both the ability to resell to multiple parties as well as to sell to 'adversarial' purchasers.

If the vendor discovers a vulnerability in the software they produce, the result is a *'strongly dominated'* motive to fix the bug. Hence, any remaining bugs are those that have not been uncovered by the vendor and which are less economical to find (through an increase in testing). It can thus be demonstrated that the vendor knows no more than the user at the point of software release as to the state of bugs in a product.

Testing is far less expensive earlier in the development cycle[11]. Figure 1 displays the expected utility of testing as the development progresses through an SDLC (Software Development Life Cycle). Early in the process, the software developer has the greatest returns in testing and bug finding. As the development progresses, the returns are reduced as the process required and the costs associated with finding and correcting software vulnerabilities increases.

The utility is lowest when the software has been shipped to the user. At this point, fixing flaws is an expensive process for both the user and the vendor. This leaves the optimal solution to find as many bugs as possible as early in the development process as is feasible. This contrasts with the increasing costs of finding bugs. This leaves the optimal solution for the vendor based on the discovery of as many bugs as possible as early in the development process as is feasible (as a bug discovered early in the process can cost as much as 10x less (Brookes, 1995) than one discovered later)[12]. It does not mean that all bugs or vulnerabilities will be found as the cost of finding additional vulnerabilities quickly exceeds the returns. The widespread use of Open Source software (such as Linux) and the limited differential in discovering bugs using source code reviews demonstrates that the vast majority of software flaws in commercial software are discovered early in the development process. It is highly unlikely that commercial software developers are less effective than open source developers and that the rate of errors is likely to be similar if not lower. Brookes (1995) estimated that it takes 5,000 man hours to discover the average software vulnerability. This amount of time creases a great amount of expense for software development when it has to be completely conducted internally. An open market on the other hand distributes this expense in an optimal manner and provides a source of information

---

[11] NIST http://www.cse.lehigh.edu/~gtan/bug/localCopies/nistReport.pdf, see also Impact of Software Vulnerability Announcements on the Market Value of Software Vendors – an Empirical Investigation
[12] See http://www.cse.lehigh.edu/~gtan/bug/localCopies/nistReport.pdf

16

as to the true cost of the vulnerability. This information is created as the true costs of developing patches and can be compared to alternatives where patching is more costly.

A vulnerability market provides information on discovery and vendor action (for instance Microsoft vs. Adobe vs. Linux etc) allowing clients to better select software vendors, mitigating the "*Market for Lemons*" (Beach & Bonewell, 1993) that has been proposed. It will be demonstrated that software vendors do not have more knowledge of bugs than users (or these would have been fixed prior to release) and hence do not have an advantage in information asymmetry when it comes to finding software flaws that may result through product interactions. The market for lemons requires that the vendor knows the level of flaws better than the user. To many this may seem a common sense outcome, the vendor has access to source code, wrote he program and ran the development process. This is a flawed view as we have demonstrated as it is in the vendor's interest to mitigate vulnerabilities as early as possible. More importantly, the vendor is punished for bugs (Telang & Wattal, 2004).

The game theoretic approach to this can be modelled looking at the incentives of the business and programming functions in the organization. Programmers are optimists. As Brooks (1995) noted, "*the first assumption that underlies the scheduling of systems programming is that all will go well*". Testing is rarely considered by the normal programmer as this would imply failure. However, the human inability to create perfection leads to the introductions of flaws at each stage of development. Brooks (1975) analysed the concept of the "*man-month*" in software engineering. This idea has been used in coding theory for at least a generation. Brooks addressed this in the seminal work, "the Mythical Man-Month" (1975), here we see that it also applies to information security. Using similar forms of analysis, we can demonstrate that incident response, intrusion analysis and other complex security tasks form "*tasks with complex interrelationships*".

Legislation can make many superficial exculpatory clauses either invalid or redundant. Such exclusion would include negligence. In some cases, the exculpatory clause merely restates the existing perspective of the law. Where an exculpatory clause is permissible, the final assignment of liability does not depend on the preliminary distribution of liability (Reed, 2004). If the default rule is that a software vendor is liable for software vulnerabilities, but the vendor's profitability is greater where it does not suffer liability, then the vendor will print a label stating that is it not liable. In the case of software, this could be a click wrap agreement (Durtschi, Hillison, & Pacini, 2002).

The probability of a vulnerability occurring in a software product will never approach zero. Turning (Turing, 1936) and Dijkstra (Dijkstra, 1972). demonstrated that it is not possible to prove that a software product is bug free. Consequently, it follows that the testing process used by the vendor is expressible as a hazard model (Beach & Bonewell, 1993). In this, it is optimal for the vendor to maximize their returns such that they balance the costs of software testing against their reputation (Weigelt & Camerer, 1988).

Blanchard & Fabrycky (2006) remind us that:

 "*When the producer is not the consumer, it is less likely that potential operation problems will be addressed during development. Undesirable outcomes too often end up as problems for the user of the product instead of the producer.*"

Software has an "*agency problem*" that can be associated with production, shrink wrapped software moves issues that an internal production house would mitigate into the mainstream. In regards to the rise of the shrink-wrapped software industry, Brookes (1995) notes:

*For the developer in the shrink-wrapped industry, the economics are entirely different from those in the classical industry: development cost is divided by large quantities; packaging and marketing costs loom large. In the classical in-house development industry, schedule and the details of function where negotiable, development cost might not be; in the fiercely competitive open market, schedule and function quite dominate development cost.*

Brooks further asserts that the distinct development environments of in-house and shrink-wrapped software give rise to divergent programming cultures. Shrink-wrapped software can cost a percentage

17

CONFIDENTIAL
CW.001.002.6762

DEFAUS_00092851

of the cost of developing software in-house. Even when large numbers of users run the same software (such as Microsoft Word in many organizations), the costs of developing the software in-house is generally a three times the cost of an equivalent off-the-shelf package. Even in-house developed software is not bug free. The truth of the matter is that in-house software is more likely to contain bugs on release. As the development costs are generally fixed in in-house development projects, failures that result in schedule slippages commonly result in cuts to the testing and debugging stages of the project. This disastrous effect leads to more bugs in the final product.

**Behaviour and Psychology**
Roese and Olson (2007) noted the means that individuals use to create favourable outcomes. Positive audit results produce positive emotions. These augment those judgments concerning a system that a person is responsible for in a manner that leads one to see the state of work as being better than it truly is.

**Modelling Security**
Moore et al. (2002) find most of the cost of malware is borne large corporations. Low-valuation consumers do not have the incentives to make them engage in reducing risk through securing their systems. Weaver et al. (2003) show that for a scanning worms (a form of malware), the infection rate is proportional to the size of the vulnerable population. This can be used to link information security to vaccination incentives and the economics of public disease control. Although recognizing the externalities imposed by unprotected agents on the population as a whole, the literature on mathematical epidemiology (e.g., Bailey 1975, Anderson and May 1991) has only recently started to regard the role of economic behaviour and incentives as applied to individuals in the prevention and control of disease.

Brito et al. (1991) was one of the earliest papers to regard individual incentives and negative externalities concerning the spread of infectious diseases. They notes that forcing vaccination decreases social welfare. Francis (1997) ascertains that government intervention may not be necessary for an effective vaccination strategy. Here rational agents behave in a manner consistent with the social objective. Geoffard and Philipson (1996) emphasize the dissimilarity amid economic models and mathematical epidemiological models. The implications of this disparity can be shown to lead to economic loss and a misallocation of scare resources. Kessing and Nuscheler (2003) study the case of a monopoly supplier of vaccine. Other economic models of infections with regards to the role of rational agents when weighing protection costs and negative externalities of other individuals are explored by Goldman and Lightwood (2002) and Gersovitz and Hammer (2004, 2005). Insect population research poses similar problem. The organization of an insect populations hold many similarities to network control systems (Ma & Krings 2008; Ma, Krings & Feromoto, 2008).

Reliability theory has been well documented for many years (Bazovsky, 1961; Trivedi 1982; Meyer 1965) but is only recently being applied to information systems risk. Some work has been done in this field such as John von Neumann's (1956) seminal paper in the context of automata theory in which the idea to build reliable systems from unreliable components was first proposed formally. This paper is often considered as the start of the modern *fault tolerance theory.* Progress in the field of reliability theory in computer science is a growing field (Xie et al. 2004; van Mieghem 2006; Levitin 2007, Ma and Krings 2008).

**Reliability engineering**
When a system fails, it often can fail in numerous ways with several causes for the failure (Crowder 2001). Censored observation management can be considered the principal factor influencing survival analysis. Survival analysis and has developed rigorous procedures and methods effective for the treatment of censored data based on probability theory,  asymptotic counting and stochastic process as well as the Martingale central limit theorem. References to the univariate analysis of survival is found in Cox (1972), Cox and Oakes (1984), Fleming and Harrington (1991), Andersen et al (1993), Kalbfleisch and Prentice (1980, 2002), Klein and Moeschberger (2003), Ibrahim et al. (2005), Lawless (1982, 2003), Ma and Krings (2008).

18

CONFIDENTIAL
CW.001.002.6762

A Competing Risks Analysis (ARC)[13] problem involves multiple risks "in competition" related to the failure of a single object. The risk that turns out to be the cause of the failure is left and the other risks cease to exist (if these even existed). The error then becomes the time corresponding response time or lack of time to object. The designation, "risk" is used before the failure occurs (Pascual, 2007). The designation, "cause" is used to describe the event that has caused the failure. Clearly, CRA also deals with time-to-event random variables (Bedford, 2005). CRA is univariate from the point of view of the event of failure (time) whist being multivariate from the standpoint of failure risk. Consequently, CRA is neither a fully univariate nor multivariate survival analysis.

Survival analysis has recently had a multivariate systems focus (Ma et al. 2008). Multivariate survival analysis have two major model classes:

    A.  Multi-state modelling; and
    B.  Shared frailty modelling.

Multi-state models have been comprehensively researched in regards to reliability analysis in the context of Markov chain analysis (Hougaard 1999, 2000), epidemiology, engineering reliability (Lisnianski and Levitin 2003) and flowgraph modelling (Huzurbazar 2006).

Shared frailty modelling (the often-unobserved or unobservable risks responsible for the common risks dependence between multiple events) has received far less attention in the field of reliability analysis related to computer science. This is despite many authors (Aalen 1994, Hougaard 2000) asserting that shared frailty modelling is a more successful when modelling common risk dependence and event-related dependence, both common problems in computer system survival analysis. Hougaard (2000) discusses multivariate survival analysis with examples of both shared frailty and multi-state modelling. Multi-state modelling is refered to by Hougaard (1999), Commenges (1999), Lisnianski & Levitin (2003), and Huzurbazar (2006). Ma & Krings (2008) and Ma et al. (2008) provide an examination of prospective applications of these techniques to engineering reliability and computer science.

The expression *qualitative* refers to the fault types. These can include class such as benign, symmetric, asymmetric, or the transmissive and omissive classes illustrated by Azadmanesh et al. (2000). The authors noted that *dynamic hybrid fault models* are supported by survival analysis modelling. This includes incorporating time and covariate dependent hazard or survivor functions for individual agents. Increasingly complex survival analysis modelling based on competing risks analysis and multivariate survival analysis can be used leading to the improved flexibility with regards to the modelling of individual agents. This will help with the design of models through evolutionary game theory that we can expect to benefit from these techniques.

---

[13] Daniel Bernoulli's research on the risks around the smallpox inoculation in 1760 is cited in David & Moeschberger (1978). CRA has to go back at least to the 18th century.

19

CONFIDENTIAL
CW.001.002.6762

DEFAUS_00092853

## *Time Schedule*

Intended duration of PhD research project: Sept 2009 – Sept 2012

| Year | | Activity | Months |
|---|---|---|---|
| Preparation phase | (Aug/09-Jan/10) | Readings<br><br>Econometrics<br>Game Theory | Aug-Dec/09 |
| | | Pilot Study | Complete |
| | | Literature review | Nov09 - Jan 10 |
| | | Write research plan | Complete |
| Main work | (Feb/09-Feb10) | Intensive fieldwork / Data Gathering | Sep/09-Nov/10 |
| | | Data entry and rough analysis | Mar/10+Jul/10 |
| | | In-depth analysis - data associated with systems and networks | |
| | | Interviews with key persons | |
| | | Coding and Design (PCap and Models) | Jul-Aug/10 |
| | | Start writing up | Sep/10-Feb/11 |
| Writing - *cont.* | (Mar/10- Feb/11) | Continue writing: journal articles as basis for dissertation chapters | Mar 10-Sep/11 |
| | | Start submitting articles to journals | a.s.a.p. |
| | | Presentation of preliminary findings from data gathering | In progress |
| | | Revisit research area | Oct-Nov/10 |
| | | Continue writing and finish draft | Mar/11-Feb/12 |
| Finishing touch | (Mar- | Improve articles and dissertation | Mar-May/12 |
| | | Submit dissertation to committee | June/12 |
| | | Promotion | Sep/12 |

20

CONFIDENTIAL
CW.001.002.6762

DEFAUS_00092854

## References

- --, "Privacy-preserving data mining," in Proceedings of the 2000 ACM SIGMOD Conference on Management of Data. Dallas, TX: ACM, May 14-19 2000, pp. 439"450. [Online]. Available: http://doi.acm.org/10.1145/342009.335438
- Anderson, D. Longley, & L.F. Kwok, (1994) "Security modeling for Organisations". In Proceedings of the 1994 ACM Conference on Computers and Communications Security, November 1994.
- Arora, R. Telang, & H. Xu, (2004) "Optimal Time Disclosure of Software Vulnerabilities", Conference on Information Systems and Technology, Denver CO, October 23-2 L/M
- Abreu, D., Brunnermeier, M., 1997. Synchronization risk and delayed arbitrage. Journal of Financial Economics 66.
- Adabinsky, H. The Criminal Elite. Westport, CT: Greenwood Press 1983.
- Adams, N.E., (1984) "Optimizing preventive service of software product," IBM Journal of Research and Development, 28(1), p. 2-14
- Agrawal and C. C. Aggarwal, "On the design and quantification of privacy preserving data mining algorithms," in Proceedings of the Twentieth ACM SIGACT-SIGMOD-SIGART Symposium on Principles of Database Systems. Santa Barbara, California, USA: ACM, May 21-23 2001, pp. 247"255. [Online]. Available: http://doi.acm.org/10.1145/375551.375602
- Agrawal and R. Srikant, "Fast algorithms for mining association rules," in Proceedings of the 20th International Conference on Very Large Data Bases. Santiago, Chile: VLDB, Sept. 12-15 1994, pp. 487"499. [Online]. Available: http://www.vldb.org/dblp/db/conf/vldb/vldb94-487.html
- Akerlof, G .A. "The market for 'lemons': Quality, uncertainty and the market mechanism". The Quarterly Journal of Economics, 84:488–500, August 1970.
- Albert, H. Jeong and A.I. Barabasi (2000) "Error and attack tolerance of complex networks" Nature 406(1):387-482, 2000
- Aliprantis, C., Border, K., 1999. Infinite Dimensional Analysis: A Hitchhiker's Guide.
- Araújo, A., Mas-Colell, A., 1978. Notes on the smoothing of aggregate demand. Journal of Mathematical Economics 5.
- Archer, Margaret S. "Homo economicus, Homo sociologicus and Homo sentiens." Rational Choice Theory: Resisting Colonization. Ed., Margaret S. Archer and Jonathan Q. Tritter. London: Routledge 2000.
- Arora, A. & Telang, R. (2005), "Economics of Software Vulnerability Disclosure", IEEE Security and Privacy, 3 (1), 20-2
- Arora, A., Telang, R. & Xu, H. "Optimal Time Disclosure of Software Vulnerabilities", Conference on Information Systems and Technology, Denver CO, October 23-2, 2004
- Arora, A., Telang, R. & Xu, H. (2004) "Optimal Time Disclosure of Software Vulnerabilities", Conference on Information Systems and Technology, Denver CO, October 23-2;
- Arora, A., Telang, R. & Xu, H. (2008), "Optimal Policy for Software Vulnerability Disclosure", Management Science 54(4), 642-6
- Arrow, Kenneth J. (1974) "Essays in the Theory of Risk-Bearing" NY: American Elsevier
- Atallah, E. Bertino, A. Elmagarmid, M. Ibrahim, and V. Verykios, "Disclosure limitation of sensitive rules," in Knowledge and Data Engineering Exchange Workshop (KDEX"99), Chicago, Illinois, Nov. 8 1999, pp. 25"32. [Online]. Available: http://ieeexplore.ieee.org/iel5/6764/18077/00836532.pdf`isNumber=18077&%prod=CNF&arnumber=00836532
- Ausubel, Lawerence M,. Peter Cramton, and Raymond J. Denekere (2002) "Bargaining with Incomplete Information" In "Handbook of Game Theory. Vol 3 Amsterdam: Nth Holland"
- Aycock, John "Computer Viruses and Malware", Advances in Information Security, Vol. 22, Springer US 2006.

21

- Bacon, D. F., Chen, Y., Parkes, D., & Rao, M. (2009). A market-based approach to software evolution. Paper presented at the Proceeding of the 24th ACM SIGPLAN conference companion on Object oriented programming systems languages and applications.
- Badonnel, R. State, R. Chrisment, I. Festor, O. "A Management Platform for Tracking Cyber Predators in Peer-to-Peer Networks" : Internet Monitoring and Protection, 2007. ICIMP 2007. Second International Conference on, 2007, San Jose, CA
- Baird, Douglas, Robert Gertner and Randal Picker (1994) "Game Theory and the law" Cambridge, MA: Harvard University Press
- Barendregt and H. Geuvers, Proof-checking using dependent type systems, pp. 1149" 1238 in: J.A. Robinson and A. Voronkov (eds.), Handbook of automated reasoning, Volume 2, Chapter 18, Elsevier, 2001.
- Beach, J. R., & Bonewell, M. L. (1993). Setting-up a successful software vendor evaluation/qualification process for `off-the-shelve' commercial software used in medical devices. Paper presented at the Computer-Based Medical Systems, 1993. Proceedings of Sixth Annual IEEE Symposium on.
- Becker, Gary S (1968) "Crime and Punishment: An Economic Approach" 76 Journal of Political Economy 169
- Bednar, P.M. Katos, V. Hennell, C. "Cyber-Crime Investigations: Complex Collaborative Decision Making" Digital Forensics and Incident Analysis, 2008. WDFIA '08. Third International Annual Workshop. 2008
- BeyondTrust Software (2010) "BeyondTrust 2009 Microsoft Vulnerability Analysis: 90% of Critical Microsoft Windows 7 Vulnerabilities are Mitigated by Eliminating Admin Rights", http://www.beyondtrust.com/downloads/whitepapers/documents/wp039_BeyondTrust_2009_Microsoft_Vulnerability_Analysis.pdf
- Blanchard, B.S., & Fabrycky, W. J., (2006) "Systems Engineering and Analysis". 4th ed. Upper Saddle River, N.J.: Pearson Prentice Hall
- Boehm, B.W., Software Engineering Economics, Prentice Hall, Upper Saddle River, NJ 1981
- Bohr, M. H. Jensen, G. Paladin and A. Vulpiani, \Dynamical systems approach to turbulence" (Cambridge University Press, Cambridge, 1998).
- Broadhurst, R.G. (2005) International Cooperation in Cyber-crime Research. In Proceedings 11th UN Congress on Crime Prevention and Criminal Justice, Workshop 6: 'Measures to Combat Computer Related Crime', pages pp. 1-12, Bangkok.
- Brock, W., Durlauf, S., 2001. Interactions-based models. In: Heckman, J., Leamer, E. (Eds.), Handbook of Econometrics. In: Handbook of Econometrics, vol. 5. Elsevier, pp. 32973380 (Chapter 55).
- Brookes, F. (1995) "The Mythical Man-Month". Addison-Wesley
- Brooks, Frederick P. (1975) "The Mythical Man-Month" Addison-Wesley, USA
- Brown, John P. (1973) "Toward an Economic Theory of Liability" 2 Journal of Legal Studies 323
- Brunnermeier, M., Morgan, J., 2004. Clock games: Theory and experiment. Working Paper. Princeton University.
- Wright (2008) "Current Issues in DNS" Sans Reading Room, http://www.sans.org/reading_room/whitepapers/dns/ (posted on December 30, 2008)
- Wright (2010) "Who pays for a security violation? An assessment into the cost of lax security, negligence and risk, a glance into the looking glass" Submission to Thirty First International Conference on Information Systems, St. Louis 2010
- Yao, "How to generate and exchange secrets," in Proceedings of the 27th IEEE Symposium on Foundations of Computer Science. IEEE, 1986, pp. 162"167.
- Calvo-Armengol, C. Ballester and Y. Zenou (2004) "Who"s who in crime networks " wanted the key player" In IUI Working Paper Series 617, 2004, The Research institute of industrial Economics
- Camerer, Conlin and Richard H. Thaler, Anomalies: Ultimatums, Dictators, and Manners. Journal of Economic Perspectives 9, no. 2 (Spring 1995): 209-219

22

- Campodonico, S. (1994). A Bayesian Analysis of the Logarithmic-Poisson Execution Time Model Based on Expert Opinion and Failure Data. IEEE Transactions on Software Engineering, 20, 677-683
- Castro (2004) On non-extensive statistics, chaos and fractal strings, Physic A
- Cavusoglu, H. & Zhang, J. Economics of Security Patch Management, The Fifth Workshop on the Economics of Information Security (WEIS 2006)
- Cavusoglu, H., Cavusoglu, H. & Zhang, J. (2006) Economics of Security Patch Management, The Fifth Workshop on the Economics of Information Security (WEIS 2006)
- Chhikara, R., Folks, J., 1989. The Inverse Gaussian Distribution. Marcel Dekker.
- Clarke, R. and D. Cornish. "Modelling offender's decisions: A framework for research and policy." Crime and Justice: An Annual Review of Research. Ed., M.Tonry and N. Morris. Chicago: University of Chicago Press 1985.
- Clifton, "Using sample size to limit exposure to data mining," Journal of Computer Security, vol. 8, no. 4, pp. 281"307, Nov. 2000. [Online]. Available: http://iospress.metapress.com/openurl.asp"genre=article&issn=0926-227X&%volume=8&issue=4&spage=281
- Clifton, M. Kantarcioglu, X. Lin, J. Vaidya, and M. Zhu, "Tools for privacy preserving distributed data mining," SIGKDD Explorations, vol. 4, no. 2, pp. 28"34, Jan. 2003. [Online]. Available: http://www.acm.org/sigs/sigkdd/explorations/issue4-2/contents.htm
- Cohen, M. Datar, S. Fujiwara, A. Gionis, P. Indyk, R. Motwani, J. D. Ullman, and C. Yang, "Finding interesting associations without support pruning," in Proceedings of the 16th International Conference on Data Engineering, San Diego, California, Feb. 28 " Mar. 3 2000. [Online]. Available: http://www.computer.org/proceedings/icde/0506/05060489abs.htm
- Cohen, P. S. "Rational conduct and social life." Rationality and the Social Sciences: Contributions to the Philosophy and Methodology of the Social Sciences 1976
- Cohen,. J. (2006). Best Kept Secrets of Peer Code Review (Modern Approach. Practical Advice.). Smartbearsoftware.com
- Cohen,. J. . Best Kept Secrets of Peer Code Review (Modern Approach. Practical Advice.). Smartbearsoftware.com 2006
- Communicating the Economic Value of Security Investments: Value at Security Risk, Rolf Hulth,n, WEIS 2008.
- Competitive Cyber-Insurance and Internet Security, Nikhil Shetty, Galina Schwartz, Mark Felegyhazi, Jean Walrand, WEIS 2009.
- Cvitanoviïc, J.-P. Eckmann, and P. Gaspard, Chaos, Solitons and Fractals 6, 113 (1995).
- Bacon, Y. Chen, D. Parkes, & M. Rao, (2009). A market-based approach to software evolution. Paper presented at the Proceeding of the 24th ACM SIGPLAN conference companion on Object oriented programming systems languages and applications.
- D. W.-L. Cheung, J. Han, V. Ng, A. W.-C. Fu, and Y. Fu, "A fast distributed algorithm for mining association rules," in Proceedings of the 1996 International Conference on Parallel and Distributed Information Systems (PDIS"96). Miami Beach, Florida, USA: IEEE, Dec. 1996, pp. 31"42.
- D. W.-L. Cheung, V. Ng, A. W.-C. Fu, and Y. Fu, "Efficient mining of association rules in distributed databases," IEEE Transactions on Knowledge and Data Engineering, vol. 8, no. 6, pp. 911"922, Dec. 1996.
- Dan Ariely, Predictably Irrational, 2008.
- de Villiers, Meiring (2005) "Free Radicals in Cyberspace, Complex Issues in Information Warfare" 4 Nw. J. Tech. & Intell. Prop. 13, http://www.law.northwestern.edu/journals/njtip/v4/n1/2
- Derrick J. Neufeld, "Understanding Cybercrime," hicss, pp.1-10, 2010 43rd Hawaii International Conference on System Sciences, 2010.
- Devost Matthew G.."Hackers as a National Resource. Information Warfare –Cyberterrorism: Protecting Your Personal Security in the Electronic Age". WinnSchwartau (Ed). Second Trade Paperback Edition. New York: Thunder's Mouth Press, 1996.

23

CONFIDENTIAL
CW.001.002.6762

DEFAUS_00092857

- Dick, Andrew R. (1995) "When does Organised Crime Pay" A Transaction Analysis" 15 International Review of Land and Economics
- Dijkstra, E. W. (1972). "Chapter I: Notes on structured programming Structured programming" (pp. 1-82): Academic Press Ltd.
- Dixit, A., Pindyck, R., 1994. Investment Under Uncertainty. Princeton U. Press.
- Donald, D. (2006), "Economic Foundations of Law and Organization" Cambridge University Press
- Du, "A study of several specific secure two-party computation problems," Ph.D. dissertation, Purdue University, West Lafayette, Indiana, 2001. [Online]. Available: http://www.cerias.purdue.edu/ homes/duw/research/duthesis.pdf
- Durtschi, C., Hillison, W., & Pacini, C. (2002) "Web-Based Contracts: You Could Be Burned!" Journal of Corporate Accounting & Finance, Volume 13, Issue 5 , Pp 11 – 18.
- Eckstein, Z., Wolpin, K., 1989. The specification and estimation of dynamic stochastic discrete choice models: A survey. Journal of Human Resources 15.
- Einstadter, Werner and Stuart Henry. Criminological Theory. Fort Worth: Harcourt Brace 1995.
- Epstein, Richard (1973) "A Theory of Strict Liability" 2 Journal of Legal Studies 151
- Zambonelli, M. Gleizesb, M. Mameia, and R. Tolksdorf. Spray computers: Explorations in self-organization. Pervasive and Mobile Computing, 1:1–20, March 2005
- Fabrycky, W.J., G.J. Thuesen, and D. Verma (1998) "Economic Decision Analysis" 3rd Ed. Prentice Hall, Upper Saddle River NJ.
- FINK, Evelyn C., Scott Gates & Brian D. Humes. Game Theory Topics: incomplete Information, Repeated Games and N-Player Games, Thousand Oaks, CA Sage Publications 1998
- Fiorenti, Gianluna, and Sam Peltzman (EDs) (1995) "The Economics of Organised Crime" Cambridge: Cambridge University Press
- Fourni,, E., Lasry, J.-M., Lebuchoux, J., Lions, P.-L., Touzi, N., 1999. Applications of Malliavin calculus to Monte Carlo methods in finance. Finance and Stochastics 3.
- Fowler., C. A. & Nesbit.R. F. "Tactical Deception in Air-Land Warfare" .Journal of Electronic Defense. June 1995
- Friedman, Milton. "The Methodology of Positive Economics." In his Essays in Positive Economics. Chicago and London: Chicago University Press, 1953.
- Frisch, \Turbulence: The legacy of A. N. Kolmogorov" (Cambridge University Press, 1995).
- Akerlof, (1970). "The Market for 'Lemons': Quality Uncertainty and the Market Mechanism". Quarterly Journal of Economics 84 (3): 488–500.
- G.J. Woeginger, When does a dynamic programming formulation guarantee the existence of a fully polynomial time approximation scheme (FPTAS)", INFORMS
- G.P. Morriss and L. Rondoni, J. Stat. Phys. 75, 553 (1994).
- Gambetta, Diego. "Fragments of an economic theory of the mafia." Archives Europeennes de Sociologie 24 (1988).
- Gambetta, Diego. "Mafia: the price of distrust." Trust: Making and Breaking Cooperative Relationships. Ed., Diego Gambetta. New York: Basil Blackwell 1988.
- Gambetta, Diego. The Origins of the Mafias. Cambridge: Mimeo 1991.
- Gambetta, Diego. The Sicilian Mafia: The Business of Protection. London: Harvard University Press 1993. 41
- Garey, Michael R. & Johnson, David S. (1979) "Computers and Intractability: A Guide to the Theory of NP-Completeness" W. H. Freeman, USA
- Geistfield, Mark (2000) "Reforming Products Liability" In Boudwin Bouckaert and Gerrit De Geest (EDs) "Encyclopaedia of Law and Economics" Cheltenham: Edward Elgar
- Gihman, I., Skorohod, A., 1972. Stochastic Differential Equations. SpringerVerlag.
- Glaeser, E., Scheinkman, J.A., 2002. Non-market interactions. In: Dewatripont, M.,
- Glasserman, P., 2004. Monte Carlo Methods in Financial Engineering. Springer.

24

CONFIDENTIAL
CW.001.002.6762

DEFAUS_00092858

- Goldreich, S. Micali, and A. Wigderson, "How to play any mental game - a completeness theorem for protocols with honest majority," in 19th ACM Symposium on the Theory of Computing, 1987, pp. 218"229. [Online]. Available: http://doi.acm.org/10.1145/28395.28420
- Gorban, I. Karlin, H. Ottinger, Non-classical additive entropy functions and their maximizers, ETH"Zurich preprint, June 2002.
- Gorban, I. Karlin, Phys. Rev. E 67 (2003) 016104;
- Gordon, S. & Ford, R. "Cyberterrorism?" Symantec Security Response White Paper 2002.
- Grabosky P., & R.G. Broadhurst 2005, 'The Future of Cyber-crime in Asia', in Broadhurst, R.G & P. Grabosky [Eds.], Cybercrime: The Challenge in Asia, The University of Hong Kong Press, pp. 347-360.
- Granovetter, M., 1978. Threshold models of collective behavior. American Journal
- Varian. (2004) "System reliability and free riding. In Economics of Information Security", L. J. Camp, S. Lewis, eds. (Kluwer Academic Publishers,), vol. 12 of Advances in Information Security, pp. 1-15
- Yang, X. Meng, and S. Lu. Self-organized network layer security in
- H.A. Lorentz, Proc. Amst. Acad. 7, 438 (1905).
- H.P. van Ditmarsch. Descriptions of game actions. Journal of Logic, Language and Information, 11:349{365, 2002.
- H.P. van Ditmarsch. Knowledge games. PhD thesis, University of Groningen, 2000. ILLC Dissertation Series DS-2000-06.
- Hansen, L., Turnovsky, S. (Eds.), Advances in Economics and Econometrics: Theory and Applications, Eight World Congress. Cambridge University Press.
- Hartley J. R (1998) "Concurrent Engineering: Shortening Lead Times, Raising Quality and Lowering Costs" Productivity Press NY, NY 1998
- He, H., Keierstead, W., Rebholz, J., 1998. Double lookbacks. Mathematical Finance 8.
- Hechter, Michael and Satoshi Kanazawa. "Sociological rational choice theory." Annual Review of Sociology 23 (1997).
- Hong, H., Kubik, J., Stein, J., 2004. Social interactions and stock-market participation. Journal of Finance 59.
- Hopenhayn, H., Squintani, F., 2004. Preemption games with private information. UCLA Working Paper.
- Huang, J., Subrahmanyam, M., Yu, G., 1996. Pricing and hedging American options: A recursive integration method. Review of Financial Studies 9.
- Hylton, Keith N. (1990) "The Influence of Litigation Costs on Deterrence under Strict Liability and under Negligence" 10 International Review of Law and Economics 161
- IEEE 1413-1998, IEEE Standard Methodology for Reliability Predictions and Assessment for Electronic Systems and Equipment, IEEE NY. NY. 1998
- Information Security Economics " and Beyond, Ross Anderson and Tyler Moore, Information Security Summit 2008.
- ISO/IEC 15939 "Software Engineering " Software Measurement Process" 2002
- Iyengar, S., 1985. Hitting lines with two-dimensional Brownian motion. SIAM Journal of Applied Mathematics 45.
- Atallah and W. Du, "Secure multi-party computational geometry," in Seventh International Workshop on Algorithms and Data Structures (WADS 2001), Providence, Rhode Island, USA, Aug. 8-10 2001. [Online]. Available: http://www.cerias.purdue.edu/homes/duw/research/paper/wads2001.ps
- J.-P. Bouchaud and M. Potters, Theory of Financial Risks: From Statistical Physics to Risk Management (Cambridge University Press, Cambridge, 2000).
- J.P. Hubaux, L. Buttyán, and S. Capkun. The quest for security in mobile ad hoc networks. In Proceedings of the 2nd ACM international symposium on Mobile ad hoc networking & computing, pages 146–155, Long Beach, USA, 2001.

25

CONFIDENTIAL
CW.001.002.6762

DEFAUS_00092859

- Ju, N., 1998. Pricing an American option by approximating its early exercise boundary as a multipiece exponential function. Review of Financial Studies 11.
- Marti (2008) "Computation of probabilities of survival/failure of technical, economic systems/structures by means of piecewise linearization of the performance function", Structural and Multidisciplinary Optimization, Vol35/3, Pp 225 - 244.
- Kannan and R. Telang (2004) "Economic analysis of market for software vulnerabilities" In Proc. 3Rd Workshop on the Economics of Information Security, May 2004
- Kannan K & R Telang (2004) 'Market for Software Vulnerabilities? Think Again.' Management Science.
- Karatzas, I., Shreve, S., 1991. Brownian Motion and Stochastic Calculus. Springer.
- Kobila, T., 1993. A class of solvable stochastic investment problems involving singular controls. Stochastics and Stochastics Reports 43.
- Kunreuther and G. Heal. (2003) "Interdependent security" Journ. Risk and Uncertainty, 26(2-3):231-249, March-May 2003.
- Kuo, T. Y. Yang, (1996) "Bayesian Computation for Nonhomogeneous Poisson Processes in Software Reliability", Journal of the American Statistical Association, Vol. 91.
- Lloyd, M. Niemeyer, L. Rondoni and G.P. Morriss, CHAOS 5, 536 (1995).
- Lyman, Michael D. and Gary W. Potter. Organized Crime. New Jersey: Prentice Hall 1997.
- Friedman, (1953) "The Methodology of Positive Economics." In his Essays in Positive Economics. Chicago and London: Chicago University Press.
- Haque and S.I. Ahamed. Security in pervasive computing: Current status and open issues. International Journal of Network Security, 3(3):203–214, 2006.
- M. Jeanblanc, & S. Valchev, (2005). Partial information and hazard process. Int. J. Theor. Appl. Finance 8 807--838.
- M. Lapidus, M. Frankenhuysen, Fractal strings, Complex Dimensions and the Zeros of the Zeta Function, Birkhauser, New York, 2000
- M. Laurent, A comparison of the Sherali-Adams, Lovïasz-Schrijver and Lasserre relaxations for 0-1 programming, Mathematics of Operations Research 28 (2003), 470-496.
- M. Laurent, Lower bound for the number of iterations in semidefinite relaxations for the cut polytope, Mathematics of Operations Research 28 (2003), 871"883.
- M. Li and P.M.B. Vitïanyi, An introduction to Kolmogorov complexity and its applications, Second Edition, Springer-Verlag, 1997.
- M. Sparow (1990) "The application of network analysis to criminal intelligence: An assessment of the prospects" Social Networks, 13:253-274
- M.H. Albert, R.E.L. Aldred, M.D. Atkinson, H.P. van Ditmarsch, and C.C. Handley. Safe communication for card players by combinatorial designs for two-step protocols. Australasian Journal of Combinatorics, 33:33{46, 2005.
- M.L. Katz and C. Shapiro (1985) "Network Externalities, competition and compatibility" Amer. Econ. Rev, 75(3):424-440, June 1985
- MacAskill, Ewen "US drones hacked by Iraqi insurgents" http://www.guardian.co.uk/world/2009/dec/17/skygrabber-american-drones-hacked, guardian.co.uk, Thursday 17 December 2009
- Machta and R. Zwanzig, Phys. Rev. Lett. 50, 1959 (1983).
- Mamer, J., 1987. Monotone stopping games. Journal of Applied Probability 24.
- Hal Varian, Managing Online Security Risks, , New York Times, Jun 1, 2000.
- Manski, C., 1993. Identification of endogenous social effects: The reflection problem. Review of Economic Studies 60.
- Mark Nelson & Jean-loup Gailly () The Data Compression Book 2nd edition Cambridge Press.
- McConnell, S., "Software Project Survival Guide" Microsoft Press Redmond WA, 1998
- McManus, C., 1992. How common is identification in parametric models" Journal of Econometrics 53.

26

CONFIDENTIAL
CW.001.002.6762

- Merton, R., 1990. Continuous-Time Finance. Blackwell Publishers.
- Mills, H. D.  "Top-down programming in large systems", Debugging techniques in large systems, R. Rustin Ed., Englewoods Cliffs, N.J. Prentice-Hall 1971
- Mills, H. D. (1971) "Top-down programming in large systems", Debugging techniques in large systems, R. Rustin Ed., Englewoods Cliffs, N.J. Prentice-Hall
- Morash, Merry. "Organized crime." Major Forms of Crime. Ed., Robert F. Meier. California: Sage Publications 1984.
- Morris, S., 1995. Co-operation and timing. CARESS Working Paper #95-05.
- Murphy, R. & Regnery, P.  "The Politically Incorrect Guide to the Great Depression and the New Deal". 2009
- Musa, J.D. (1998) "Software Reliability Engineering: More Reliable Software, Faster Development and Testing" McGraw Hill, NY NY
- Kolmogorov, C. R. Acad. Sci. USSR 30, 301; ibid. 32, 16 (1941).
- N. Li, J.C. Mitchell, and W.H. Winsborough. Beyond proof-of compliance: Security analysis in trust management. Journal of the ACM, 52(3):474–514, May 2003
- N. Nissan,T. Roughgarden, E. Tardos, & V. Vazirani, (Eds.) (2007) "Algorithmic Game Theory" Cambridge University Press, {P14, Pricing Game; P24, Algorithm for a simple market;  P639 Information Asymmetry).
- Nagaraja and R. Anderson "The topology of covert conflict" In 5th Workshop on the Economics of Information Security, June 2006
- Nissan, N., Roughgarden, T.,  Tardos, E. & Vazirani, V.  (Eds.) (2007) "Algorithmic Game Theory" Cambridge University Press, {P14, Pricing Game; P24, Algorithm for a simple market;  P639 Information Asymmetry).
- Nizovtsev, D., & Thursby, M.  "Economic analysis of incentives to disclose software vulnerabilities". In Fourth Workshop on the Economics of Information Security. 2005
- Olemski, Statistical theory of self-similar time series [arXiv : cond-mat/0210667
- "Ounce Labs, 2.http://www.ouncelabs.com/about/news/337-the_cost_of_fixing_an_application_vulnerability"
- Ozment and S.E. Schechter (2002) "Milk or Wine: Does software security improve with age"" In 15th Usenet Security Symposium, July 2006
- Ozment, A. (2004). "Bug auctions: Vulnerability markets reconsidered". In Third Workshop on the Economics of Information Security
- Cohen, (1976) "Rational conduct and social life." Rationality and the Social Sciences: Contributions to the Philosophy and Methodology of the Social Sciences 1976
- Pakes, A., Pollard, D., 1989. Simulation and the asymptotics of optimization estimators. Econometrica 57.
- Paula,  µureo de (2007) "Inference in a synchronization game with social interactions", Journal of Econometrics, 148 (2009) 56_71
- Perrow, C. (1984/1999). Normal Accidents: Living with High-Risk Technologies, Princeton University Press.
- Perrow, C. . Normal Accidents: Living with High-Risk Technologies, Princeton University Press. 1984/1999
- Peter Sestoft (2008) Systematic software testing IT University of Copenhagen, Denmark1 Version 2, 2008-02-25
- Plott, Charles R., and Kathryn Zeiler (2005) "The willingness to Pay/Willingness to Accept Gap" 95Amercian Economic Review 530
- Polinsky, A. Mitchel and Steven Shavell (1998) "Punitive Damages: An Economic Analysis" 111 Harvard Law Review 869
- Port, S., Stone, C., 1978. Brownian Motion and Classical Potential Theory. Academic Press.
- Priest, George L. (1981) "A Theory of the Consumer Product Warranty" 90 Yale Law Journal 1297

27

CONFIDENTIAL
CW.001.002.6762

DEFAUS_00092861

- Priest, George L. (1987) "The Current Insurance Crisis and Modern Tort Law" 96 Yale Law Journal 1521
- Pu Wang, Marta C. Gonz lez, C,sar A. Hidalgo,Albert-L szle Barab si (2009) "Understanding the Spreading Patterns of Mobile Phone Viruses" Science 22 May 2009: Vol. 324. no. 5930, pp. 1071 " 1076 DOI: 10.1126/science.1167053
- Anderson (2001) "Why information security is hard " an economic perspective" In 17th Annual Computer Security Applications Conf. Dec 2001 New Orleans LA.
- Anderson, & T. Moore, (2006) "The Economics of Information Security" Science, Vol. 314. no. 5799, pp. 610 – 613
- Artuso, Phys. Lett. A 160, 528 (1991).
- R. Bohme & G. Kataria(2006) "Modles and measures for correlation in cyber insurance" In Proc. Of 5Th Workshop on Economics of Information Security, June 2006, Cambridge UK
- R. E. L. Aldred, M. D. Atkinson, H. P. van Ditmarsch, C. C. Handley, D. A. Holton, and D. J. McCaughan. Permuting machines and priority queues. Theoretical Computer Science, 349:309{317, 2005.
- R. N. Mantegna and H. E. Stanley, An Introduction to Econophysics: Correlations and Complexity in Finance (Cambridge University Press, Cambridge, 2000).
- R. Wirth, M. Borth, and J. Hipp, "When distribution is part of the semantics: A new problem class for distributed knowledge discovery," in Ubiquitous Data Mining for Mobile and Distributed Environments workshop associated with the Joint 12th European Conference on Machine Learning (ECML"01) and 5th European Conference on Principles and Practice of Knowledge Discovery in Databases (PKDD"01), Freiburg, Germany, Sept. 3-7 2001. [Online]. Available: http://www.cs.umbc.edu/˜hillol/pkdd2001/papers/wirth.pdf
- R.J.F. Cramer and V. Shoup, A practical public key cryptosystem provably secure against adaptive chosen ciphertext attack, pp. 13"25 in: Proceedings of Crypto 1988, LNCS 1462, Springer-Verlag, 1998.
- Ramesh Kumar Goplala Pillai, P. Ramakanth Kumar, "Simulation of Human Criminal Behavior Using Clustering Algorithm," iccima, vol. 4, pp.105-109, International Conference on Computational Intelligence and Multimedia Applications (ICCIMA 2007), 2007
- Reed, Chris (2004) "Internet Law Text and Materials", 2nd Edition, Cambridge University Press, UK
- Richards, James R. Transnational Criminal Organizations, Cybercrime, and Money Laundering. Boca Raton, Florida: CRC Press LLC 1999.
- Robledo, Criticality in non-linear one-dim maps: RG universality map and nonextensive entropy, [arXiv : cond-math/020209].
- Roese, N. J., & Olson, J. M. (2007). "Better, stronger, faster: Self-serving judgment, affect regulation, and the optimal vigilance hypothesis". Perspectives on Psychological Science, 2, 124-141.
- Rubinstein, Ariel (1982) "Perfect Equilibrium in a Bargaining Model" 50 Econometrica 97
- Russel, R.S. (2002) "Operations Management" 4th Ed. Prentice Hall, Upper Saddle River NJ.
- He, J. Wang, & J. Yan, (1992). Semimartingale Theory and Stochastic Calculus. Science Press, Beijing.
- S.E. Schechter (2002) "How to buy better testing" LNCS 2437:73-87 Springer
- Sanchez, N & Nugent J.B (2000) "Fence Laws vs Herd Laws: A nineteenth century Kansas Paradox" 76 Land Economics
- Schechter S. E. "Computer Security Strength & Risk: A Quantitative Approach". Thesis, Harvard University, Cambridge, Massachusetts, 2004
- Schrijver, A combinatorial algorithm minimizing submodular functions in strongly polynomial time, Journal of Combinatorial Theory, Series B 80 (2000), 346"355.
- Schroeder, M. Fractals, Chaos, Power Laws: Minutes from an Infinite Paradise. NY. WH Freeman 1991
- Scotchmer, Suzanna (2004) "Innovation and Incentive" Cambridge, MA: MIT Press

28

- Skyrms, B. "The Stag Hunt and the Evolution of Social Structure" Cambridge University Press 2004
- Smith, GM. (2001) "Statistical Process Control and Quality Improvement" 4th Ed. Prentice Hall, Upper Saddle River NJ.
- Spontaneous Order: The Self-organization of Economic Life  ... Osborne, Martin (2004)
- Stolpe, M. (2000). Protection Against Software Piracy: A Study Of Technology Adoption For The Enforcement Of Intellectual Property Rights. Economics of Innovation and New Technology, 9(1), 25-52.
- Strogatz, S. Sync: The Emerging Science of Spontaneous Order. NY Hyperion 2003
- Hoeholdt, J.H. van Lint, and R. Pellikaan, Algebraic geometry codes, pp. 871"961 in: V.S. Pless and W.C. Huffman (eds.), Handbook of coding theory, Part 1, Elsevier, 1998.
- T. Moore (2005) "Counteracting hidden-action attacks on networked systems" In Proc 4Th Workshop on the Economics of Information Security, June 2005
- Taylor, R.P Order in Pollock"s Chaos, Scientific American Dec 2002, Pp 116-121
- Telang, R., & Wattal, S.  "Impact of Software Vulnerability Announcements on the Market Value of Software Vendors – an Empirical Investigation" http://infosecon.net/workshop/pdf/telang_wattal.pdf, 2004
- Telang, R., & Wattal, S. (2004)  "Impact of Software Vulnerability Announcements on the Market Value of Software Vendors – an Empirical Investigation" http://infosecon.net/workshop/pdf/telang_wattal.pdf
- Thuesen, G.J. and W.J. Fabrycky (2001) "Engineering Economy" 9th Ed. Prentice Hall, Upper Saddle River NJ.
- Turing, A (1936), "On computable numbers, with an application to the Entscheidungsproblem", Proceedings of the London Mathematical Society, Series 2, 42 pp 230–265
- Turing, Alan (1936), "On computable numbers, with an application to the Entscheidungsproblem", Proceedings of the London Mathematical Society, Series 2, 42 pp 230–265
- Varian. "System reliability and free riding" IN L. Jean Camp and Stephen Lewis (EDs) Economics of Information Security, Advances in information Security, 12:1-15. Kluwer Academic Publishers, 2004
- Viscusi, W. Kip. (1991) "Reforming Products Liability" Cambridge, MA: Harvard University Press
- Du and M. J. Atallah, "Protocols for secure remote database access with approximate matching," in 7th ACM Conference on Computer and Communications Security (ACMCCS 2000), The First Workshop on Security and Privacy in E-Commerce, Athens, Greece, November 1-4 2000. [Online]. Available: http://portal.acm.org
- W.N. Vance, Phys. Rev. Lett. 96, 1356 (1992).
- Wang and M. C. Gonzalez (2009)Understanding spatial connectivity of individuals with non-uniform population density. Phil Trans R Soc A 367, 3321-3329
- Weigelt, K. & Camerer, C.  "Reputation and Corporate Strategy: A Review of Recent Theory and Applications" Strategic Management Journal, Vol. 9, No. 5 (Sep. - Oct., 1988), pp. 443-454, John Wiley & Sons 1988
- When 25 Cents is too much: An Experiment on Willingness-To-Sell and Willingness-To-Protect Personal Information, Jens Grossklags and Alessandro Acquisti, WEIS 2007.
- White, Michelle and Donald Wittman (1983) "A Comparison of regulation and Liability Rules under Imperfect Information" 12 Journal of Legal Studies 413
- Wireless Security, pages 11–20, Atlanta, USA, 2002.
- Wittman, Donald (1977) "Prior Regulation vs. Post Liability: The Choice between Input and Output monitoring" 6 Journal of Legal Studies 193
- Woodward, Susan E. (1985) "Limited Liability in the Theory of the firm" 141 Journal of Institutional and Theoretical Economics 601

29

CONFIDENTIAL
CW.001.002.6762

- Guo, R. Jarrow, & Y. Zeng, (2005). Modeling the recovery rate in a reduced form model. Preprint, Cornell Univ.
- Zey, Mary. Rational Choice Theory and Organizational Theory: A Critique. Thousand Oaks: Sage Publications 1988.

30

CONFIDENTIAL
CW.001.002.6762

DEFAUS_00092864



CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092865

# Information

**CHARLES STURT**
U N I V E R S I T Y

- Craig S Wright
  - PhD Candidate,
- Charles Sturt University

- Craig.Wright@information-defense.com

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092866

# Introduction



> Incomplete information is not always information asymmetry
> > Information security is a risk function.
> > Paying for too much security can be more damaging in economic terms than not buying enough.
> > This leads to the optimal expenditure on damage prevention and where this should lie.

Introductory notes.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092867

# Introduction



> Incomplete information is not always information asymmetry
>> Who should be responsible for the security failures that are impacting the economy and society?
>> How can this be maximized in order to minimize negative externalities?

Introductory notes.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092868

# Papers

- Conference submissions
  - GC10 Globecomm 2010
    - Criminal Specialization as a corollary of Rational Choice.
    - Rationally opting for the insecure alternative: Negative externalities and the selection of security controls
  - SCN Conference on Security and Cryptography for Networks
    - Modelling System Audit as a Sequential test with Discovery as a Failure Time Endpoint
  - NSS International Conference on network and System Security
    - A quantitative analysis into the economics of testing software bugs.
  - ACM CCS ACM Conference on Computer and Communications Security
    - Current issues and liability facing Internet Intermediaries.
  - ProvSec International Conference on Provable Security
    - Software, Vendors and Reputation: an analysis of the dilemma in creating secure software.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092869

# Papers

- Conference submissions (Continued)
  - SecureComm International Conference on Security and Privacy for Communication Networks
    - A preamble into aligning Systems engineering and Information security risk measures
  - IWSEC International Workshop on Security
    - Software, Vendors and Reputation! Oh My!
  - ICIS International Conference on Information Systems
    - Who pays for a security violation? An assessment into the cost of lax security, negligence and risk, a glance into the looking glass.
  - SAGT International Symposium on Algorithmic Game Theory
    - When it is best to walk away: Economic efficiency and the Good Samaritan
  - ISSRE International Symposium on Software Reliability Engineering
    - Of Black Swans, Platypii and Bunyips.
- **Journal Papers**
  - Computer Law and Security Review
    - Legal Applications as they apply to Internet Intermediaries in relation to Specific Conduct

Objectives for instruction and expected results and/or skills developed from learning.

# Rational Choice Theory

> **Criminal Specialization as a corollary of Rational Choice.**

> > Rational choice theory is based on the assumption an agent as Homo economicus holds particular sets of discrete, fixed, hierarchical predilections



A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092871



A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092872

# Rational Choice Theory

- **Criminal Specialization as a corollary of Rational Choice.**
  - Economic constraints and price policies through increases in the expected cost of criminal activity leads to lower rates of cybercrime.



Rational Choice Model of CyberCrime

A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092873

# Rational Choice Theory

- Predator - Prey Games as a model for cybercrime
  - The decisions of A and B when taken together result in either an attack against B or A engaging in alterative activities and are displayed in the upper and lower branches of the game tree.
  - As B makes the first move, player B can anticipate player A's reaction and choose a level of expenditure on security controls that selects the outcome.
  - When it is profitable, player B chooses a level of security controls that induce A to either attack an alternative (a party who has spent less on controls than B) or to engage in legitimate activity (such as trade).



A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092874

## Rational Choice Theory

- □ **Rationally opting for the insecure alternative:**
- □ **Negative externalities and the selection of security controls**
- □ Relative computer security can be measured using six factors

1. What is the importance of the information or resource being protected?
2. What is the potential impact, if the security is breached?
3. Who is the attacker likely to be?
4. What are the skills and resources available to an attacker?
5. What constraints are imposed by legitimate usage?
6. What resources are available to implement security?

A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092875

# Stag Hunt

- **Incomplete information is not always information asymmetry**
- A better game model for the software industry is the "Stag Hunt".

This game has two pure strategy equilibria in which both of the players prefer the lower risk equilibrium to the higher payoff equilibrium.

The game is both Pareto optimal and Hicks optimal, but the sub-optimal and hence inefficient equilibrium poses a lower risk to either player.

A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092876

# Stag Hunt

□ **Incomplete information is not always information asymmetry**

□ A better game model for the software industry is the "Stag Hunt".

This game has two pure strategy equilibria in which both of the players prefer the lower risk equilibrium to the higher payoff equilibrium.

The game is both Pareto optimal and Hicks optimal, but the sub-optimal and hence inefficient equilibrium poses a lower risk to either player.

A list of procedures and steps, or a lecture slide with media.

# System Modelling

- ➢ Modelling System Audit as a Sequential test with Discovery as a Failure Time Endpoint

Modeling the failure rate of systems and the propagation rate of an attack, allows us to calculate an expected number of hosts that are anticipated to have been compromised in the time between an audit given a specified survival function or threat.

A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092878

# System Modelling

➢ Modelling System Audit as a Sequential test with Discovery as a Failure Time Endpoint

Past data and comparisons from similar systems (such as survival data from DShield[1]) allow for the modeling of alternative systems where a reported number of events have been reported against those deployed.

A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092879

# System Modelling

➤ Modelling System Audit as a Sequential test with Discovery as a Failure Time Endpoint

Past data and comparisons from similar systems (such as survival data from DShield[1]) allow for the modeling of alternative systems where a reported number of events have been reported against those deployed.

A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092880

## System Modelling

☐ **SIR (Susceptible-Infected-Removed) epidemic modelling of incidents during Audit**

Allowing that a compromised or infected system remains infected for a random amount of time , the discovery of an incident by an auditor will be dependent on a combination of the extent of the sample tested during the audit  and the rate at which the incident impacts individual hosts

A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092881



A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092882

# A quantitative analysis into the economics of testing software bugs

☐ **A Box plot of the ratio of buggy patches**



A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092883



A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092884

# A quantitative analysis into the economics of testing software bugs



☐ **Perceptrons can automate risk detection**

$$v_{i,j} = f\left( \sum_{k=0}^{n} w_{i,j,k} \cdot x_k \right)$$

A list of procedures and steps, or a lecture slide with media.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092885

# Imperfect Information

☐ At present, it can be demonstrated that neither side (the user or the vendor) is informed as to the true risks and costs of software.

The vendor does not know the situation of the user (for the most part) and the user may not have an easily accessibly means of determining the risk from software.
Worse, neither side is likely to know the risk posed from integrating multiple software products

A list of procedures and steps, or a lecture slide with media.

# Security and Compliance



**Audit with employee incentives**

1. The employee has no knowledge of extra testing by the auditor and no extra tests are to be conducted

2. The client has knowledge of testing (from past experience) conducted by the auditor.

3. Prior tests have occurred, but new auditors have done the testing.

**Audit with no employee incentives**

4. The employee has no knowledge of extra testing by the auditor and no extra tests are to be conducted

5. The client has knowledge of testing (from past experience) conducted by the auditor.

6. Prior tests have occurred, but new auditors have done the testing.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092887



CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092888



CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092889



CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092890

# Security Features work

□ Firewalling unpatched systems has a significant effect





CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092892





# Better managed systems survive

- ☐ Displayed above we have a plot of the survival time against automated processes (green) overlayed with that of manual processes (red).

- ☐ The Loess fit for each is also incorporated into the plot.



CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092895

## Conclusion

☐ The addition of measures that take externalities into account act as a signaling instrument that reduce information asymmetry and improve the overall risk position of both the consumer and vendor.

☐ The development of a software risk derivative mechanism would be beneficial to security through the provision a signaling process to security and risk.

Conclusion to course, lecture, et al.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092896



An opportunity for questions and discussions.

CONFIDENTIAL
CW.001.002.6763

DEFAUS_00092897