| | |
|---|---|
| **From**: | Craig S Wright [craig.wright@information-defense.com] |
| **Sent**: | 2/16/2011 4:36:41 PM |
| **To**: | 'Dave Kleiman' [dave@davekleiman.com] |
| **CC**: | lynn.wright@information-defense.com |
| **Subject**: | RE: Registration - TTA1 |

```
For all 4,
Duration is required                36 months
Requested Start Date is required    04th July 2011(may help )

Yes, check on the Vet bit :) It may help.

Amount requested
        TTA 01 - Software Assurance                         $650,000           Software assurance
through economic measures
        TTA 14 - Software Assurance MarketPlace (SWAMP)  $1,200,000           Software derivative markets
& Information Security risk markets
        TTA 05 - Secure, Resilient Systems and Networks  $1,800,000           SCADA Isolation
        TTA 09 - Cyber Economics                         $2,200,000           Risk
Quantification

Abstracts and keywords to come in a sec

These are the three year costs.

Craig

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 4:24 PM
To: craig.wright@Information-defense.com
Cc: lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Here are cover letter A and B, with listed deficiencies at the top.

A:
Duration is required
Requested Start Date is required
Amount Requested is required
Business Type Selection is required

I am seeing if I qualify as a veteran owned business for this, which is one of the deficiencies on A

B:
Technical Abstract is required
Keywords is required


Cover letter C is the Whitepaper upload.

This will be the same for all the proposals.


Dave


-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Wednesday, February 16, 2011 00:00
To: Dave Kleiman
Subject: RE: Registration - TTA1

TTA #5: Secure, Resilient Systems and Networks

Seems to fit SCADA best

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 3:34 PM
To: craig.wright@Information-defense.com
Cc: lynn.wright@information-defense.com
```

CONFIDENTIAL
CW.001.002.6812

Dr. Wright Ex.
**D082**

DEFAUS_00093049

```
Subject: RE: Registration - TTA1
Importance: High

Which TTA # is "SCADA Isolation" for?

On the email you sent it says:

BAA 11-02 Proposal title 1 SCADA Isolation but I did not see a TTA#

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 23:19
To: 'craig.wright@Information-defense.com'
Subject: RE: Registration - TTA1

Ok.

Registration Successful. - CONGRATULATIONS! Your registration was successful.

Do we want/need any of these:

CAGE Code: How do I get a CAGE? https://www.bpn.gov/ccr/default.aspx

SIC: What is a SIC? http://www.census.gov/epcd/www/sic.html

FICE: What is a FICE? http://en.wikipedia.org/wiki/United_States_Department_of_Education


Dave


-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:43
To: Dave Kleiman
Subject: RE: Registration - TTA1

I will have an email etc for you tonight

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 2:37 PM
To: craig.wright@Information-defense.com
Subject: RE: Registration - TTA1

So you are going to register infodefenseresearch.com or you want me to?

Should I list that as the company website?

Dave

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:35
To: Dave Kleiman
Subject: RE: Registration - TTA1

Not for long
infodefenseresearch.com to go
-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 2:32 PM
To: craig.wright@Information-defense.com
Subject: RE: Registration - TTA1


infodefenseresearch.com and info-defense-research.com are available!

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:27
To: Dave Kleiman
Subject: RE: Registration - TTA1

Looks good.
```

```
Can you choose a domain name.

The Non-US bit is ok

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 2:22 PM
To: craig.wright@Information-defense.com
Cc: lynn.wright@information-defense.com
Subject: RE: Registration - TTA1
Importance: High

Look over the attached real quickly.

Let me know if it is ok.

Or should the PoC be in the US??   I see a non US vendor on the list.

Pay special attention to "Additional Authentication"

Dave



-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:04
To: Dave Kleiman
Subject: RE: Registration - TTA1

51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

The other is not any longer

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 1:08 PM
To: craig.wright@Information-defense.com; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Are either of these your current address?


51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

Level 19, 2 Market Street
Sydney, NSW   2000
AU


-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 14:13
To: 'craig.wright@Information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1

It is under vendor registration that it requested DUNS see:
https://www.fbo.gov/?s=main&mode=list&tab=register&subtab=step1

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 07:29
To: 'craig.wright@Information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1
Importance: High

Last page of attached.  Do you think I can list you as mgr or mgrm with a foreign address, or you think they would kick it back?

Dave

-----Original Message-----
```

```
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 06:35
To: 'craig.wright@Information-defense.com'; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1
```

Did you already create a username and password?

```
-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 04:48
To: Dave Kleiman; lynn.wright@information-defense.com
Subject: Registration - TTA1
```

The first is to do with the attached papers...

      TTA 01
<https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0N
TNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVa
vYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsX
UmvQKEcJuQ%3D#0>  - Software Assurance

      White paper title      Software assurance through economic measures

This also leads to the following one with:

TTA 14
<https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0N
TNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVa
vYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsX
UmvQKEcJuQ%3D#13>  - Software Assurance MarketPlace (SWAMP)

      White paper title      Software derivative markets
          And
          Information Security risk markets

Greyfog (last email) should also come under TTA 05
<https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0N
TNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVa
vYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsX
UmvQKEcJuQ%3D#4>  - Secure, Resilient Systems and Networks

...

Dr. Craig S Wright <http://gse-compliance.blogspot.com/>  GSE-Malware, GSE-Compliance, LLM, & ...

Information Defense <http://www.information-defense.com/>  Pty Ltd

Mobile: 0417 683 914

Description: Logo4

CONFIDENTIAL
CW.001.002.6812

DEFAUS_00093052