---

**From**: Craig S Wright [craig.wright@information-defense.com]
**Sent**: 2/16/2011 4:48:59 PM
**To**: 'Dave Kleiman' [dave@davekleiman.com]; lynn.wright@information-defense.com
**Subject**: Abstract 2

TTA 14 - Software Assurance MarketPlace (SWAMP)     $1,200,000          Software derivative markets & Information Security risk markets

This project will develop the optimal derivative and risk strategy for software markets. A game theoretic approach to this will be modelled looking at the incentives of the business and programming functions in the organization. Programmers, as optimists (Brooks, ) hold,
"the first assumption that underlies the scheduling of systems programming is that all will go well". Testing is rarely considered by the normal programmer as this would imply failure. However, the human inability to create perfection leads to the introductions of flaws at each stage of development. This project will deliver frameworks designed to optimise the software development process and to sell the risk using a derivative market place that reflects this risk. The end goal is to remove externalities from the costs of software and incorporate the cost of bad software design into the final cost to the consumer.

---

**From:** Craig S Wright [mailto:craig.wright@information-defense.com]
**Sent:** Wednesday, 16 February 2011 4:42 PM
**To:** 'Dave Kleiman'; lynn.wright@information-defense.com
**Subject:** Keywords

Keywords (Abstract to follow)
TTA 01 - Software Assurance              $650,000          Software assurance through economic measures

Security, Derivatives, Vulnerability Market, Software Development, Game theory, SDLC (Software Development Life Cycle), DMCA (Digital Millennium Copyright Act), IDS ( Intrusion Detection System), MTTF (Mean Time To Failure), Ploc (per (source) Lines of Code)

TTA 14 - Software Assurance MarketPlace (SWAMP)     $1,200,000          Software derivative markets & Information Security risk markets

Security, Derivatives, Vulnerability Market, Software Development, Game theory, SDLC (Software Development Life Cycle), DMCA (Digital Millennium Copyright Act), IDS ( Intrusion Detection System), MTTF (Mean Time To Failure), Ploc (per (source) Lines of Code)

TTA 05 - Secure, Resilient Systems and Networks     $1,800,000          SCADA Isolation

SCADA, attack resistant systems, Secure gateway, Malware defense

TTA 09 - Cyber Economics              $2,200,000          Risk Quantification

Misaligned Incentives, risk, metrics, game theory, chaos and security, human interactions, complexity, cost structuring

Regards
...

Dr. Wright Ex.

**D083**

CONFIDENTIAL
CW.001.002.6815

DEFAUS_00093058

<u>Dr. Craig S Wright</u> GSE-Malware, GSE-Compliance, LLM, & ...
<u>Information Defense</u> Pty Ltd
Mobile: 0417 683 914



DEFAUS_00093059