**From:** Craig S Wright [craig.wright@information-defense.com]
**Sent:** 2/16/2011 4:55:11 PM
**To:** 'Dave Kleiman' [dave@davekleiman.com]; lynn.wright@information-defense.com
**Subject:** Abstract 3

TTA 05 - Secure, Resilient Systems and Networks $1,800,000 SCADA Isolation

This project involves the creation of a SCADA targeted filter. This filter will act as a security gateway allowing users to access legacy systems that do not support modern encrypted protocols to do so whist not having to interfere with the existing system. At the same time, advanced threats and Malware (such as STUXNET) will be isolated from the systems using a bridged firewall layer. This system will in itself be isolated and resilient and be capable of reliable action when power and other failures occur. It will collate and report attacks seamlessly allowing Internet connected management and monitoring systems to co-exist on treacherous networks in a cloud environment.

---

**From:** Craig S Wright [mailto:craig.wright@information-defense.com]
**Sent:** Wednesday, 16 February 2011 4:42 PM
**To:** 'Dave Kleiman'; lynn.wright@information-defense.com
**Subject:** Keywords

Keywords (Abstract to follow)
TTA 01 - Software Assurance $650,000 Software assurance through economic measures

Security, Derivatives, Vulnerability Market, Software Development, Game theory, SDLC (Software Development Life Cycle), DMCA (Digital Millennium Copyright Act), IDS ( Intrusion Detection System), MTTF (Mean Time To Failure), Ploc (per (source) Lines of Code)

TTA 14 - Software Assurance MarketPlace (SWAMP) $1,200,000 Software derivative markets & Information Security risk markets

Security, Derivatives, Vulnerability Market, Software Development, Game theory, SDLC (Software Development Life Cycle), DMCA (Digital Millennium Copyright Act), IDS ( Intrusion Detection System), MTTF (Mean Time To Failure), Ploc (per (source) Lines of Code)

TTA 05 - Secure, Resilient Systems and Networks $1,800,000 SCADA Isolation

SCADA, attack resistant systems, Secure gateway, Malware defense

TTA 09 - Cyber Economics $2,200,000 Risk Quantification

Misaligned Incentives, risk, metrics, game theory, chaos and security, human interactions, complexity, cost structuring

Regards
...
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & ...
Information Defense Pty Ltd
Mobile: 0417 683 914

Dr. Wright Ex.
D084

Information
Defense Pty Ltd
Eternal Vigilance is the cost of Liberty

CONFIDENTIAL
CW.001.002.6816

DEFAUS_00093061

**D084 Page 2 of 2**