**From:** Craig S Wright
**Sent:** Wednesday, February 16, 2011 5:56 AM
**To:** 'Dave Kleiman'; lynn.wright@information-defense.com
**Subject:** Abstract 4

TTA 09 - Cyber Economics      $2,200,000     Risk
To act rationally requires that we forecast the future with inadequate information using the past as a guide for all its flaws. We make decisions in the absence of knowledge. We state that black swans and bunyips do not exist. From time to time, we find that we have decided in error and black swans are found. However, for every black swan, there is a unicorn, dragon and Bunyip1 that does not exist and of which we remain confident will never be found. Zero-day security vulnerabilities remain the fear of many security professionals. We present empirical evidence as to the rarity of these events as a source of system compromise. Instead, we demonstrate how common misconfigurations and old attacks are far more of a concern to the security professional. We show that predicting zero-day attacks is possible and that defending systems against common vulnerabilities significantly lowers the risk from the unexpected and "unpredictable". The inherent psychological biases that have developed in the information security profession have centered on the outlier effect. This has led to a dangerously skewed perspective of reality and an increase in the economic costs of security. This paper demonstrates that producing resilient systems for known events also minimizes the risk from black swans without the wasted effort of chasing myths.

The objective of this research is to produce an innovative modelling architecture designed around information systems security and risk based reliability and survivability analysis. The objectives of the research are:
(1) To address the critical limitations (Jeanblanc & Valchev, 2005) that are associated with reliability engineering in regards to computer systems. This will be completed with competing risks analysis and multivariate survival analysis coupled with a game theoretic approach. Data collected from an analysis of systems in the field will be used to test assumptions. These assumptions (Marti, 2008) include:
a. constant and homogenous failure rates,
b. binary failure and univariate reliability,
c. censoring of failure data, and
d. independent failures.
(2) To produce a methodology for the creation and testing of hazard and survival models for information systems. This will become a risk based quantitativ approach to reliability and survivability engineering.
(3) To incorporate methods that represent the effects of misaligned incentives and their consequence to security controls.
To do this, it is necessary to recognise that information security is a risk function (Anderson, Longley & Kwok, 1994). Paying for too much security can be more damaging in economic terms than not buying enough. This leads to decisions about where the optimal expenditure on damage prevention should lie. This research will investigate who should be responsible for the security failures that are affecting the economy and society and how can this be maximized in order to minimize negative externalities (Cohen, 1976). The conclusions will be presented using an empirical study of software hazard rates and audit failures along with the question of how to enforce liability in a global economy.

**From:** Craig S Wright [mailto:craig.wright@information-defense.com]
**Sent:** Wednesday, 16 February 2011 4:42 PM
**To:** 'Dave Kleiman'; lynn.wright@information-defense.com
**Subject:** Keywords

Keywords (Abstract to follow)
 TTA 01 - Software Assurance      $650,000     Software assurance through economic measures
  Security, Derivatives, Vulnerability Market, Software Development, Game theory, SDLC (Software Development Life Cycle), DMCA (Digital Millennium Copyright Act), IDS ( Intrusion Detection System), MTTF (Mean Time To Failure), Ploc (per (source) Lines of Code)
 TTA 14 - Software Assurance MarketPlace (SWAMP) $1,200,000     Software derivative markets & Information Security risk markets
Security, Derivatives, Vulnerability Market, Software Development, Game theory, SDLC (Software Development Life Cycle), DMCA (Digital Millennium Copyright Act), IDS ( Intrusion Detection System), MTTF (Mean Time To Failure), Ploc (per (source) Lines of Code)

 TTA 05 - Secure, Resilient Systems and Networks  $1,800,000     SCADA Isolation
   SCADA, attack resistant systems, Secure gateway, Malware defense
 TTA 09 - Cyber Economics     $2,200,000     Risk Quantification
  Misaligned Incentives, risk, metrics, game theory, chaos and security, human interactions, complexity, cost structuring
Regards
…
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & …
Information Defense Pty Ltd
Mobile: 0417 683 914



Dr. Wright Ex.

**D085**

DEF_00018870

D085 Page 1 of 2



DEF_00018871