| | |
|---|---|
| **From**: | Craig S Wright [craig.wright@Information-defense.com] |
| **Sent**: | 2/16/2014 12:59:15 PM |
| **To**: | 'Ira K' [clocktime2020@gmail.com] |
| **Subject**: | FW: Registration - TTA1 |
| **Attachments**: | W&K Info Defense Research LLC - 08.pdf |

**Importance**: High

I will be forwarding some old emails.

```
-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 2:22 PM
To: craig.wright@Information-defense.com
Cc: lynn.wright@information-defense.com
Subject: RE: Registration - TTA1
Importance: High

Look over the attached real quickly.

Let me know if it is ok.

Or should the PoC be in the US??   I see a non US vendor on the list.

Pay special attention to "Additional Authentication"

Dave



-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:04
To: Dave Kleiman
Subject: RE: Registration - TTA1

51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

The other is not any longer

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 1:08 PM
To: craig.wright@Information-defense.com; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Are either of these your current address?


51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

Level 19, 2 Market Street
Sydney, NSW  2000
AU


-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 14:13
To: 'craig.wright@Information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1

It is under vendor registration that it requested DUNS see:
https://www.fbo.gov/?s=main&mode=list&tab=register&subtab=step1

Dave

-----Original Message-----
```

Dr. Wright Ex.

**D088**

DEFAUS_00112868

CW.001.006.3512

**D088 Page 1 of 6**

```
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 07:29
To: 'craig.wright@Information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1
Importance: High

Last page of attached.  Do you think I can list you as mgr or mgrm with a foreign address, or you think
they would kick it back?

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 06:35
To: 'craig.wright@Information-defense.com'; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Did you already create a username and password?

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 04:48
To: Dave Kleiman; lynn.wright@information-defense.com
Subject: Registration - TTA1

The first is to do with the attached papers…

                TTA 01
<https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0N
TNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVa
vYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsX
UmvQKEcJuQ%3D#0>   - Software Assurance


                White paper title           Software assurance through economic measures



This also leads to the following one with:


TTA 14
<https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0N
TNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVa
vYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsX
UmvQKEcJuQ%3D#13>   - Software Assurance MarketPlace (SWAMP)


                White paper title           Software derivative markets
                                       And
                                            Information Security risk markets



Greyfog (last email) should also come under TTA 05
<https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0N
TNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVa
vYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsX
UmvQKEcJuQ%3D#4>   - Secure, Resilient Systems and Networks


...

Dr. Craig S Wright <http://gse-compliance.blogspot.com/>   GSE-Malware, GSE-Compliance, LLM, & ...

Information Defense <http://www.information-defense.com/>   Pty Ltd

Mobile: 0417 683 914
```

DEFAUS_00112869

CW.001.006.3512

Description: Logo4

CW.001.006.3512

DEFAUS_00112870

Skip Navigation
Contact Us



DHS Broad Agency Announcements (BAA) Program Portal

BAA Program

**BAA Home**

- Basic Research Focus Areas
- High Priority Technology Areas
- Solicitations
  - Current Solicitations
  - Past Solicitations
  - Solicitation Awards
  - **Proposal Submission**
  - Awardee Portal
  - News And Events
  - S&T Directorate Events
  - ST Directorate SBIR Website
  - Privacy Policy
  - FAQs
  - Program Portal

# Registration Form

Please do not register yourself MORE THAN ONCE!

Fill in your registration information below. If there are errors on the registration form, you will be asked to re-enter the Company PIN and user password. (Note: For security reason, this page will expire after 20 minutes of inactivity.)



[ Re(g)ister ]    [ Back ]

**\* Required Information**

CW.001.006.3513

DEFAUS_00112871

## COMPANY INFORMATION

| | |
|---|---|
| *Company Name: | W&K INFO DEFENSE RESEARCH LLC |
| TIN: | 274997114 |
| *Address (Line 1): | 4371 Norhtlake Blvd #314 |
| Address (Line 2): | *E-mail us* if you need to modify the TIN. |
| *City: | Palm Beach |
| State: | FL |
| *ZIP+4: | 33410 - 6253   Need help for ZIP+4? |
| *Phone: | 561-310-8801 — Company's Phone and Fax. Enter only numbers |
| Fax: | |
| *CEO/President's E-mail: | dave@davekleiman.com |
| DUNS + 4: | -   What is DUNS?   9-digit Data Universal Number System plus a 4-digit suffix given by parent concern |
| CAGE Code: | How do I get a CAGE? |
| SIC: | What is a SIC? |
| FICE: | What is a FICE? |
| Company URL: | http://www.information-defense.com/   Provide Full URL *(http://www.example.com)* |
| *Year of Company Founded: | 2011 |
| *Company PIN: | ●●●●●●   Why do you need a PIN?   Should be all numeric; no blank spaces allowed. Length must be between 4-6 numbers. |
| *Confirm Company PIN: | ●●●●●● |

## COMPANY POINT OF CONTACT INFORMATION

| | |
|---|---|
| *Salutation: | Mr. |
| *First Name: | Craig |
| Middle Initial: | S |
| *Last Name: | Wright |
| *Title: | Lead Researcher |
| *Phone: | 61 (417) 683 914   Ext:   Enter only numbers |
| Fax: | |
| *E-mail Address: | craig.wright@information-defense.c   **Important!** Fill out carefully |
| *Confirm E-mail Address: | craig.wright@information-defense.c   Re-enter E-mail Address |

## USER INFORMATION

☑ Check here if you are also the Company Point Of Contact. *(This will pre-populate your information.)*

| | |
|---|---|
| *Salutation: | Mr. |

| | |
|---|---|
| *First Name: | Craig |
| Middle Initial: | S |
| *Last Name: | Wright |
| *Title: | Lead Researcher |
| *Phone: | 61 (417) 683 914   Ext: |

Enter only numbers

| | |
|---|---|
| Fax: | |
| *E-mail Address: | craig.wright@information-defense.c |

**Important!** Fill out carefully

| | |
|---|---|
| *Confirm E-mail Address: | craig.wright@information-defense.c |

Re-enter E-mail Address

| | |
|---|---|
| *Username: | CraigWright |

Only alphanumeric characters and underscores are allowed. Username must be at least 8 characters.

| | |
|---|---|
| *Password: | ****************** |

Your password must be at least 8 characters long and must have an upper case, a lower case, a number, and a special character. Your new password cannot repeat any of your 8 previous passwords.

| | |
|---|---|
| *Confirm Password: | ****************** |

PIN Contact: ☑ Check here if you want to list yourself as a contact for Company's PIN.

**Additional Authentication (used if you forget your password)**

| | |
|---|---|
| *Select your question: | Who is your favorite person? |

You will be prompted with this question and a new password will be issued automatically if your answer matches the one you give here

| | |
|---|---|
| *Answer to above question: | Myself |

\* Required Information

[Re(g)ister]   [Back]

DHS Form 10025 (7/07)

- U.S. Department of Homeland Security
- Science & Technology
- S&T Directorate SBIR Website
- OSDBU
- SAFETY Act
- SECURE Program
- Contact Us

DEFAUS_00112873

CW.001.006.3513