| | |
|---|---|
| **From:** | Dave Kleiman |
| **Sent:** | Monday, December 3, 2012 1:05 AM |
| **To:** | Dorsey, Shawn CIV NCIS |
| **Cc:** | Patrick Paige |
| **Subject:** | RE: October |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Dorsey, Shawn CIV NCIS | |
| | Patrick Paige | Read: 12/3/2012 2:17 AM |

Shawn,

I am not coming up, put Patrick who you met for the Palm Beach County Sheriff's Office, who is now my business partner is coming up to work a case.  He is CC'd above.


Respectfully,

Dave Kleiman - http://www.ComputerForensicsLLC.com

2465 Mercer Ave, Suite 203
West Palm Beach, FL 33401
Main: 561.404.3074
Direct: 561.310.8801

-----Original Message-----
From: Dorsey, Shawn CIV NCIS [mailto:shawn.dorsey@navy.mil]
Sent: Monday, October 01, 2012 09:55
To: Dave Kleiman
Subject: RE: October

Dave,

Sounds great... Let me know as time comes closer and the date becomes more precise, and I'll schedule for it.  Hope you're doing well down that way; looking forward to seeing you soon!

Regards,
Shawn


Shawn K. Dorsey, Special Agent
NCIS Cyber Operations Field Office
Atlantic Cyber Operations
P.O. Box 58
Jacksonville, FL  32212
Office: (904)542-2685
Cell: (912)577-1234

1

Dr. Wright Ex.

**D158**

KLEIMAN_00065715

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Sunday, September 30, 2012 18:21
To: Dorsey, Shawn CIV NCIS
Subject: October

Howdy Shawn,

Looks like Boiled Shrimps could be in our near future.  Think I am on a case you may have done some work on, looks like I will be up the week of 22 Oct.

Respectfully,

Dave Kleiman - http://www.ComputerForensicsLLC.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

KLEIMAN_00065716