| | |
|---|---|
| **From:** | Dave Kleiman |
| **Sent:** | Monday, March 11, 2013 5:04 PM |
| **To:** | Patrick Paige |
| **Subject:** | FW: WPTV |

**From:** LaGrone, Katie [mailto:KLaGrone@wptv.com]
**Sent:** Monday, March 11, 2013 12:46
**To:** Dave Kleiman
**Subject:** Re: WPTV

In a mtg, I will call your partner as soon as I get in.

Thanks!

Sent from iPhone

On Mar 11, 2013, at 12:35 PM, "Dave Kleiman" <dave@davekleiman.com> wrote:

> Hi Katie,
>
> Received your voicemail. I am unavailable today. My business partner Patrick Paige is at our new office right now waiting for the electricians. He has some interesting information to tell you about the phones he retrieved from the recycle center. His cell# is 561-818-9208
>
> Respectfully from Dave's mobile phone.
>
> Dave Kleiman - 561-310-8801
> http://www.DaveKleiman.com
>
>
> -----Original Message-----
> **From:** LaGrone, Katie [KLaGrone@wptv.com]
> **Received:** Sunday, 10 Mar 2013, 10:06
> **To:** Dave Kleiman [dave@davekleiman.com]
> **Subject:** Re: WPTV
>
> Love that idea!  I actually started making calls on that angle last week, but the organ's I contacted weren't comfortable w us doing that unless they had pre-approval from the donors.
>
> I'll keep trying though!  Maybe you or your partner have a contact at one of these groups who may let us do it???
>
> Sent from iPhone

1

Dr. Wright Ex.

**D159**

KLEIMAN_00068025

On Mar 9, 2013, at 11:17 PM, "Dave Kleiman" <dave@davekleiman.com> wrote:

Hi Katie,

After speaking with my business partner's (cc'd above) we thought you might consider a more realistic approach (similar to what we did with copy machines) go to phone recycle facilities and see if you can retrieve some phones, you will be amazed how many are NOT factory reset when sent to "recycle".

It just so happens my one business partner Patrick picked up a three phones at one of the recycle facilities in Miami just two weeks ago. The phones are still in the bag from when picked them up.

Many stores have a box "dispose of your old phone here" many of those are sent to recycle facilities.

http://www.palmbeachrecycling.com/electronics-recycling.php
http://www.miamirecyclecenter.com/
http://www.bwrecycling.com/
http://www.miamidade.gov/dialalife/sites.asp
http://www.earthethicsinstitute.org/phonerecycle.asp
http://www.911cellphonebank.org/drop-off-locations.asp
http://www.call2recycle.org
http://locations.call2recycle.org/FL/WEST-PALM-BEACH/42425/
http://www.pbcmobile.com/Palm-Beach-Florida-Cash-Now-For-Your-Mobile-Phone.aspx
http://www.donatemyphone.com/
http://greenermiami.com/2011/01/free-electronics-recycling-in-miami/
http://ecyclingcenter.com/cell%20phone-recycling-Best%20Buy%20-%20Miami-Florida-913-retailers.html
www.recellulartradein.com
http://www.charitablerecycling.com
http://www.collectivegood.com
http://www.cellphonesforsoldiers.com/
www.bestbuytradein.com
http://forums.bestbuy.com/t5/Recycling-Going-Green/Recycling-an-old-phone/td-p/24646

Respectfully,

Dave Kleiman - http://www.ComputerForensicsLLC.com

Computer Fornesics LLC
1880 North Congress Ave. Suite 333
Boynton Beach, Florida 33426
Main: 561.404.3074
Direct: 561.310.8801

KLEIMAN_00068026

**From:** Dave Kleiman
**Sent:** Friday, March 08, 2013 14:18
**To:** 'LaGrone, Katie'
**Subject:** RE: WPTV

Yes I am free after 3PM

**From:** LaGrone, Katie [mailto:KLaGrone@wptv.com]
**Sent:** Friday, March 08, 2013 14:15
**To:** Dave Kleiman
**Subject:** RE: WPTV

Great! I'm tied up for the next hour and a half. I'll call you around 4pm. Does that work for you?

**From:** Dave Kleiman [mailto:dave@davekleiman.com]
**Sent:** Friday, March 08, 2013 2:14 PM
**To:** LaGrone, Katie
**Cc:** ComputerForensicsLLC-Experts
**Subject:** RE: WPTV

Hi Katie,

I received your voicemail and in return left a voicemail for you. Feel free to call me anytime on my cell phone 561-310-8801.


Respectfully,

Dave Kleiman - http://www.ComputerForensicsLLC.com



**From:** Dave Kleiman
**Sent:** Monday, March 04, 2013 15:42
**To:** 'LaGrone, Katie'
**Cc:** ComputerForensicsLLC-Experts
**Subject:** RE: WPTV

Hi Katie,

It was pleasure speaking with you.

Here are the links to the articles about the person who thought there data was erased from their old phones and transferred to their new phone at the Verizon store. But In reality it was not.

http://www.theregister.co.uk/2012/11/03/verizon_nude_pics_theft/ - http://www.thesmokinggun.com/file/nude-cell-phone-pics?page=1

I did a similar story on copy machine hard drives and identity theft with Alexis Rivera on how data is stored on old copy machines and when you trade them in thousands of documents may still be contained on the hard drives. Most people do not even know that copy machines have hard drives. It is located on the News page of our website, the fourth video down the page.  http://www.computerforensicsllc.com/experts-florida-miami-palm-beach-lauderdale-dave-kleiman-news.php

We look forward to hearing from you.

Respectfully,

Dave Kleiman - http://www.ComputerForensicsLLC.com

1880 North Congress Ave. Suite 333
Boynton Beach, Florida 33426
Main: 561.404.3074
Direct: 561.310.8801

---

**From:** LaGrone, Katie [mailto:KLaGrone@wptv.com]
**Sent:** Monday, March 04, 2013 15:21
**To:** Dave Kleiman
**Subject:** WPTV

Great to meet you!

Scripps Media, Inc., certifies that its advertising sales agreements do not discriminate on the basis of race or ethnicity. All advertising sales agreements contain nondiscrimination clauses.

Scripps Media, Inc., certifies that its advertising sales agreements do not discriminate on the basis of race or ethnicity. All advertising sales agreements contain nondiscrimination clauses.

Scripps Media, Inc., certifies that its advertising sales agreements do not discriminate on the basis of race or ethnicity. All advertising sales agreements contain nondiscrimination clauses.

Scripps Media, Inc., certifies that its advertising sales agreements do not discriminate on the basis of race or ethnicity. All advertising sales agreements contain nondiscrimination clauses.