# MINUTES

Meeting: B20          Date: Aug '07
Venue: Alan Gramer's Room     Time: 9:15 am
Attendees: A. Gramger / C Wright
Apologies:

| # | Agenda item/Action plan | Action by | Date |
|---|---|---|---|
| 1 | Finish Code | C | Aug 2008 |
| 2 | Finish P2C. | C | Oct 2008 |
| 3 | Run up test system | AG | Nov–Dec 08 |
| 4 | → set timechain in action | | |
| 5 | → Have P2P | | |
| 6 | ecash as paper. | | |
| 7 | write paper | C | Jul Aug 08 |
| 8 | Crypto Model | C | Feb 08. |
| 9 | → MSTAT – | Project | |
| 10 | | | |

**Guidelines for a successful meeting:**
1. Make sure the meeting is really necessary.
2. Be prepared.
3. Be punctual.
4. All others to speak.
5. Respect other opinions.
6. Stick to the agenda.
7. Finish the meeting with an action plan.
8. Finish the meeting on time.

Dr. Wright Ex.
**D164**

Quill   Reorder Code: 01916