**From:** Dave Kleiman [dave@davekleiman.com]
**Sent:** 8/18/2009 4:08:52 PM
**To:** craig.wright@Information-Defense.com
**Subject:** Hello

How are you my friend?
I have not heard from you in awhile, as matter of fact, I do not even recall seeing any posts by you of late.

Everything ok?

Dave


Respectfully,

Dave Kleiman - http://www.DigitalComputerForensicExpert.com
http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

Dr. Wright Ex.

**D171**

DEFAUS_00690895

CW.001.001.6120

D171 Page 1 of 1