# D173
## Filed Conventionally