| | |
|---|---|
| From: | Dave Kleiman [dave@davekleiman.com] |
| Sent: | 2/2/2013 12:36:24 AM |
| To: | craig@panopticrypt.com |
| Subject: | RE: Long time |

Hi Craig,

Good to hear from you.  I hope you had a great New Year.  New I see what has been keeping you so busy.

I hope to talk to and see you soon,

-Dave


Respectfully,

Dave Kleiman - http://www.ComputerForensicsLLC.com

2465 Mercer Ave, Suite 203
West Palm Beach, FL 33401
Main: 561.404.3074
Direct: 561.310.8801


**From:** Craig S Wright [mailto:craig@panopticrypt.com]
**Sent:** Wednesday, January 30, 2013 22:43
**To:** Dave Kleiman
**Subject:** Long time

Been a while.

Thought I would send a copy of what has been driving me into the earth and keeping me busy...

All the best
**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**
Director, Technical Services and Research

**PanOptiCrypt**
Security + Research
Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914
http://www.panopticrypt.com

  

Dr. Wright Ex.

D174

DEFAUS_00101652

D174 Page 1 of 1