| | |
|---|---|
| From: | dave kleiman [dave@davekleiman.com] |
| Sent: | 6/3/2008 10:12:27 PM |
| To: | Craig Wright [Craig.Wright@bdo.com.au] |
| Subject: | RE: An ethics issue that needs to be investigaged (ISACA Branch President) |
| Attachments: | HEX call for papers.pdf |
| | |
| Flag: | Follow up |

Speaking of plagiarizing....maybe we could write a paper together. It seems I was asked to write a paper for an academic institution, I think it would be fun to write something together.

"The world of digital forensics"  By Dr. Craig Wright, and some dude named Dave.

Dave

```
-----Original Message-----
From: Craig Wright [mailto:Craig.Wright@bdo.com.au]
Sent: Tuesday, June 03, 2008 07:56
To: dave kleiman
Subject: RE: An ethics issue that needs to be investigaged (ISACA
Branch President)


You have permission :)

Ard it is not quite the Same

Craig


Craig Wright
Manager, Risk Advisory Services

Direct : +61 2 9286 5497
Craig.Wright@bdo.com.au
+61 417 683 914

BDO Kendalls (NSW-VIC) Pty. Ltd.
Level 19, 2 Market Street Sydney NSW 2000
GPO BOX 2551 Sydney NSW 2001
Fax +61 2 9993 9497
http://www.bdo.com.au/

The information in this email and any attachments is confidential.
If you are not the named addressee you must not read, print, copy,
distribute, or use in any way this transmission, or any information
it contains. If you have received this message in error, please
notify the sender by return email, destroy all copies and delete it
from your system.

Any views expressed in this message are those of the individual
sender and not necessarily endorsed by BDO Kendalls. You may not
rely on this message as advice unless subsequently confirmed by fax
or letter signed by a Partner or Director of BDO Kendalls. It is
your responsibility to scan this communication and any files
attached for computer viruses and other defects. BDO Kendalls does
not accept liability for any loss or damage however caused which may
result from this communication or any files attached. A full version
of the BDO Kendalls disclaimer, and our Privacy statement, can be
found on the BDO Kendalls website at http://www.bdo.com.au/ or by
emailing mailto:administrator@bdo.com.au.

BDO Kendalls is a national association of separate partnerships and
entities. Liability limited by a scheme approved under Professional
Standards Legislation.
-----Original Message-----

From: "dave kleiman" <dave@davekleiman.com>
To: "Craig Wright" <Craig.Wright@bdo.com.au>
```

Dr. Wright Ex.

D175

DEFAUS_00688785

CW.001.001.2815

```
Sent: 3/06/08 9:53 PM
Subject: RE: An ethics issue that needs to be investigaged (ISACA
Branch President)


Darn it!!!  I plagiarize you all the time!!

Dave

      -----Original Message-----
      From: Craig Wright [mailto:Craig.Wright@bdo.com.au]
      Sent: Tuesday, June 03, 2008 05:54
      To: dave kleiman
      Subject: FW: An ethics issue that needs to be investigaged
(ISACA
      Branch President)



      This is me making friends again.

      I can forgive a slip or 2, but not a direct stealing of
another's
      work. Another bites the dust. And another person who loves me
is
      born ;)



      Regards,

      Craig



      Craig Wright
      Manager, Risk Advisory Services

      Direct : +61 2 9286 5497
      Craig.Wright@bdo.com.au
      +61 417 683 914

      BDO Kendalls (NSW-VIC) Pty. Ltd.
      Level 19, 2 Market Street Sydney NSW 2000
      GPO BOX 2551 Sydney NSW 2001
      Fax +61 2 9993 9497
      www.bdo.com.au <http://www.bdo.com.au/>

      The information in this email and any attachments is
confidential.
      If you are not the named addressee you must not read, print,
copy,
      distribute, or use in any way this transmission or any
information
      it contains. If you have received this message in error, please
      notify the sender by return email, destroy all copies and
delete it
      from your system.

      Any views expressed in this message are those of the individual
      sender and not necessarily endorsed by BDO Kendalls. You may
not
      rely on this message as advice unless subsequently confirmed by
fax
      or letter signed by a Partner or Director of BDO Kendalls. It
is
      your responsibility to scan this communication and any files
      attached for computer viruses and other defects. BDO Kendalls
does
      not accept liability for any loss or damage however caused
which may
      result from this communication or any files attached. A full
version
      of the BDO Kendalls disclaimer, and our Privacy statement, can
be
      found on the BDO Kendalls website at http://www.bdo.com.au
      <http://www.bdo.com.au/>  or by emailing
```

CW.001.001.2815

DEFAUS_00688786

administrator@bdo.com.au.

BDO Kendalls is a national association of separate partnerships and
entities. Liability limited by a scheme approved under Professional
Standards Legislation.


From: Craig Wright
Sent: Tuesday, 3 June 2008 7:39 PM
To: 'standards@isaca.org'; 'ethics@isaca.org'
Subject: An ethics issue that needs to be investigaged (ISACA Branch
President)


Hello,

I was reading "Insecure" today when I noted the article "by" Jo
Stewart-Rattray  titled "Information Security Governance: the nuts
and bolts".

http://www.net-security.org/dl/insecure/INSECURE-Mag-14.pdf


I quote "by" as this publication is significantly plagiarized. Over
25% of the document is directly copied and a large amount is
paraphrased without accreditation. I have read the majority of it as
the article in Information Systems Control Journal, Volume 5, 2001,
"Harnessing IT for Secure, Profitable Use" by Erik Guldentops, CISA.


Ms Stewart-Rattray is a CISA. She is also president of an ISACA
branch. She should take greater care to change the text or better
yet, reference the actual author. You will note from the example
image displaying matching sentences that the distinction is minimal
between the 2 texts. This is but one of many examples. Erik
Guldentops is not noted as the source.



A change of language from US to Australian is still plagiarism.



Similarly, changing "So" to "thus" and removing the word "effective"
does little to hide the document source.


Other extracts from this document align to other internet sources.


Regards,

Craig Wright GSE LLM CISA CISM

DEFAUS_00688787

CW.001.001.2815

CW.001.001.2815

DEFAUS_00688788

# HEX

## The Collegiate Journal of Computer Forensics

## Call for Papers

HEX: The Collegiate Journal of Computer Forensics is a new peer-reviewed on-line journal for undergraduate computer forensics students and their instructors. The first issue will appear in Fall 2008.

HEX will publish articles on everything of interest to our target audience including expository articles, pedagogical tips, career information, reports on computer forensic practice, book and software reviews, expert opinions and research explained for the collegiate audience.

Submissions in the form of Word or .pdf files may be sent by e-mail to the HEX editor, Dr. William Calhoun.  (If you are interested in writing reviews, please contact the editor in advance.)  We look forward to receiving your submissions!

wcalhoun@bloomu.edu   (use HEX in the subject line.)

Dept. of Mathematics, Computer Science and Statistics
Bloomsburg University of Pennsylvania, Bloomsburg, PA 17815

CW.001.001.2816

DEFAUS_00688789