| | |
|---|---|
| **From**: | Craig Wright [craig@rcjbr.org] |
| **Sent**: | 5/15/2012 8:05:16 AM |
| **To**: | Dave Kleiman [dave@davekleiman.com] |
| **CC**: | craig.wright@cscss.org |
| **Subject**: | RE: Correct Contact info |

| | |
|---|---|
| **Full Name:** | Craig S. Wright |
| **Last Name:** | Wright |
| **First Name:** | Craig |
| **Job Title:** | Manager of Information Systems |
| **Company:** | Information Defense |
| Also | Senior Lecturer, Charles Sturt University |

Exec. Vice President Strategy
CSCSS / Centre for Strategic Cyberspace + Security Science

| | |
|---|---|
| **Home Address:** | 7 Eastgate Ave |
| | East Killara, New South Wales, 2071 |
| | AU |
| **Business:** | +61 (2) 8003 7553 |
| **Mobile:** | +61 (417) 683 914 |
| **Business Fax:** | +61 (2) 9993 9497 |
| **E-mail:** | craig.wright@information-defense.com |
| **E-mail Display As:** | Craig S. Wright <craig.wright@information-defense.com> |
| **E-mail 2:** | craig@panopticrypt.com |
| **E-mail2 Display As:** | Craig S. Wright (craig@panopticrypt.com) |
| **E-mail 3:** | craigswright@acm.org |
| **E-mail3 Display As:** | Craig Wright <craigswright@acm.org> |
| **Web Page:** | http://gse-compliance.blogspot.com |

http://www.information-defense.com

+61 2 4362 1512

craig.steven.wright@gmail.com


…
**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org
Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914
http://www.rcjbr.org

---

**From:** Dave Kleiman [mailto:dave@davekleiman.com]
**Sent:** Tuesday, 15 May 2012 12:09 AM

Dr. Wright Ex.

**D176**

DEFAUS_00098039

**To:** Craig Wright <craigswright@acm.org>
**Subject:** Correct Contact info

Craig,

Can you let me know which of your contacts are correct, attached is what I have for you.

Dave

DEFAUS_00098040