| | |
|---|---|
| **From:** | Dave Kleiman <dave@davekleiman.com> |
| **Sent:** | Wednesday, May 6, 2009 8:19 AM |
| **To:** | dex561@yahoo.com; dex561@aol.com |
| **Subject:** | Better buy some twitter stock |

http://www.techcrunch.com/2009/05/05/twitter-mania-google-got-shut-down-apple-rumors-heat-up/

Today, though, rumors popped up that Apple may be looking to buy Twitter. "Apple is in late stage negotiations to buy Twitter and is hoping to announce it at WWDC in June," said a normally reliable source this evening, adding that the purchase price would be $700 million in cash.


Respectfully,

Dave Kleiman - http://www.DigitalForensicExpert.com
http://www.ComputerForensicExaminer.com - http://DigitalForensicAnalyst.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

Digital Computer Forensics + Data Recovery + Electronic Discovery

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

Dr. Wright Ex.

**D179**

KLEIMAN_00027940

D179 Page 1 of 1