| | |
|---|---|
| **From:** | Dave Kleiman <dave@davekleiman.com> |
| **Sent:** | Friday, November 27, 2009 8:10 PM |
| **To:** | dex561@yahoo.com; lureg8@yahoo.com |
| **Subject:** | Here is your stock tip |

http://online.wsj.com/article/SB10001424052748704779704574556053908778352.html


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

1

Dr. Wright Ex.

**D180**

KLEIMAN_00034836