| | |
|---|---|
| **From:** | Dave Kleiman <dave@davekleiman.com> |
| **Sent:** | Friday, January 22, 2010 1:18 PM |
| **To:** | dex561@yahoo.com |
| **Subject:** | Bing search engine on Apple's iPhones as a default |

Ha... we were just talking about this.

MICROSOFT, APPLE TO BE SEARCH BFFS
Some people might describe Apple and Microsoft as bitter rivals, kind of like Leno vs. Letterman (you know what I mean, if you're into pop culture references). But their rivalry might really seem more like Leno vs. Conan, as both have found common ground and even helped each other at times.

Remember when Microsoft helped Apple with a $150 million loan back in 1997? Well, the modern-day version of this is some deal that BusinessWeek has been reporting on, which might put Microsoft's Bing search engine on Apple's iPhones as a default. Bing isn't Google-sized just yet, but this deal might give Bing the push it needs.
http://www.1105newsletters.com/t.do?id=4126217:17671076


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

Digital Computer Forensics + Data Recovery + Electronic Discovery

The information transmitted is intended only for the designated recipient and may contain confidential and/or privileged material. The sender has not waived any applicable privilege by sending the accompanying transmission. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any systems.

1

Dr. Wright Ex.

**D181**

KLEIMAN_00034835

D181 Page 1 of 1