| | |
|---|---|
| From: | Craig S Wright [craig.wright@gicsr.org] |
| Sent: | 10/15/2011 7:37:53 AM |
| To: | 'Dave Kleiman' [dave@davekleiman.com] |
| Subject: | RE: A paper |

Good. Happy in writing and publishing :)

Dr. Craig Wright GSE GSM LLM
Director, Australia – Asia Pacific
GICSR | Global Institute for Cyber Security + Research
Exploration Park, Kennedy Space Center
100 Spaceport Way, Cape Canaveral, FL 32920
Tel: + 612.8003.7553 | Mobile: + 61.417.683.914
http://www.gicsr.org


-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Saturday, 15 October 2011 3:35 AM
To: craig.wright@gicsr.org
Subject: RE: A paper

I am ok. How are things in your part of the world?

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@gicsr.org]
Sent: Thursday, October 13, 2011 02:05
To: Dave Kleiman
Subject: RE: A paper

Yes, Windows PDF... I ended using Snagit and doing it again.

How are you doing?

Dr. Craig Wright GSE GSM LLM
Director, Australia – Asia Pacific
GICSR | Global Institute for Cyber Security + Research Exploration Park, Kennedy Space Center
100 Spaceport Way, Cape Canaveral, FL 32920
Tel: + 612.8003.7553 | Mobile: + 61.417.683.914 http://www.gicsr.org


-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Tuesday, 11 October 2011 11:44 PM
To: craig.wright@gicsr.org; Ramona A; ramona@panopticrypt.com; 'Bob Radvanovsky'
Subject: RE: A paper

Formulas are unreadable on the PDF.


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801



From: Craig S Wright [mailto:craig.wright@gicsr.org]
Sent: Tuesday, October 11, 2011 07:25
To: Ramona A; ramona@panopticrypt.com; Dave Kleiman; 'Bob Radvanovsky'
Subject: A paper

And another paper…

Dr. Craig Wright GSE GSM LLM
Director, Australia – Asia Pacific

Dr. Wright Ex.

D245

DEFAUS_00097372

D245 Page 1 of 2

GICSR | Global Institute for Cyber Security + Research Exploration Park, Kennedy Space Center
100 Spaceport Way, Cape Canaveral, FL 32920
Tel: + 612.8003.7553 | Mobile: + 61.417.683.914 http://www.gicsr.org

DEFAUS_00097373