| | |
|---|---|
| **From**: | Dave Kleiman [dave@davekleiman.com] |
| **Sent**: | 3/18/2010 1:49:34 AM |
| **To**: | craig.wright@Information-Defense.com |
| **Subject**: | RE: So... |

```
The Criminal Specialization or the 100+ UNIX Commands paper?

The UNIX paper was most helpful to me of little UNIX knowledge, I love It, and am already using it.

The Criminal Paper was excellent, did you double check all your math, I thought I saw a mistake or two in
there. ;)

I missed the thing about the book? Of course, I would be honored to work on a book with you.


Dave


-----Original Message-----
From: Craig S. Wright [mailto:craig.wright@Information-Defense.com]
Sent: Wednesday, March 17, 2010 02:58
To: Dave Kleiman
Subject: So...

So what are your comments on the paper?


Also, are you in for the book?


...

Dr. Craig S Wright <http://gse-compliance.blogspot.com/>  GSE-Malware, GSE-Compliance, LLM, & ...

Information Defense <http://www.information-defense.com/>  Pty Ltd

Mobile: 0417 683 914

Logo4
```

Dr. Wright Ex.

**D246**

DEFAUS_00692822

CW.001.001.8634