| | |
|---|---|
| **From**: | Dave Kleiman [dave@davekleiman.com] |
| **Sent**: | 10/17/2011 2:56:19 AM |
| **To**: | craig.wright@Information-defense.com |
| **Subject**: | RE: Using Checklists to make better best.docx |

> I have not proofed it yet<
Looks good first pass review.

**From:** Craig S Wright [mailto:craig.wright@information-defense.com]
**Sent:** Friday, October 14, 2011 23:24
**To:** Ed Skoudis; Dave Kleiman; antonios.atlasis@gmail.com; Stephen Northcutt; Steven McLaughlin; Stephen Sims
**Subject:** Using Checklists to make better best.docx

Here is the draft of the full paper, I have not proofed it yet ☺

I like some of these really easy scientific tests. Nothing really difficult, just little things we sit and debate all the time that are so easy to create experiments for.

Regards,
Craig

Dr. Wright Ex.

**D247**

DEFAUS_00697938

CW.001.003.3350

D247 Page 1 of 1