| | |
|---|---|
| From: | Dave Kleiman [dave@davekleiman.com] |
| Sent: | 5/24/2010 5:03:57 AM |
| To: | craig.wright@Information-Defense.com |
| Subject: | RE: Some more reading |

That is great.  Have any of your papers been accepted yet, if so where will you be speaking?

Dave

-----Original Message-----
From: Craig S. Wright [mailto:craig.wright@Information-Defense.com]
Sent: Sunday, May 23, 2010 06:11
To: Dave Kleiman; 'Bob Radvanovsky'
Subject: Some more reading

Hi

Next in the paper list.


See attached, let me know your thoughts.


Regards,

...

Dr. Craig S Wright <http://gse-compliance.blogspot.com/>  GSE-Malware, GSE-Compliance, LLM, & ...

Information Defense <http://www.information-defense.com/>  Pty Ltd

Mobile: 0417 683 914

Logo4

Dr. Wright Ex.

D248

DEFAUS_00089054

D248 Page 1 of 1