| | |
|---|---|
| From: | Dave Kleiman [dave@davekleiman.com] |
| Sent: | 3/15/2010 11:55:35 AM |
| To: | Craig Wright [craig.wright@Information-Defense.com]; 'Bob Radvanovsky' [rsradvan@unixworks.net] |
| Subject: | RE: A paper |

Hi Craig and Bob,

Great, this will be even better than Orlando. With no traffic it is about 55 minutes from my house to Miami. I will read the paper when I get back home later tonight.

Respectfully From Dave's Mobile Phone,

Dave Kleiman - 5613108801
http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach, FL 33410

-----Original Message-----
From: Craig S. Wright <craig.wright@Information-Defense.com>
Sent: Sunday, March 14, 2010 19:17
To: Dave Kleiman <dave@davekleiman.com>; 'Bob Radvanovsky' <rsradvan@unixworks.net>
Subject: A paper

Hi,
I have a paper submitted for IEEE's Globecom 2010 - Communication & Information System Security: IEEE Globecom 2010 - Communication & Information System Security Conference.
http://www.ieee-globecom.org/

This is during 6-10 Dec 2010 in Miami Florida. So I will hopefully be in the area around that time.

The submitted paper is attached.

Before I forget, in case you do not know each other, Bob, Dave... Dave, Bob... ☺

Next, I am in the process of writing a UNIX/Linux book. A part of the document being attached as well. Do either of you have any interest in co-authoring?

Regards,
…
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & …
Information Defense Pty Ltd
Mobile: 0417 683 914



**Dr. Wright Ex.**

**D249**

DEFAUS_00692760