**From:** Dave Kleiman [dave@davekleiman.com]
**Sent:** 3/2/2011 9:03:13 AM
**To:** craig.wright@Information-defense.com
**Subject:** RE: BAA 11-02

Those two are uploaded, anything else?

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, March 01, 2011 16:58
To: 'craig.wright@Information-defense.com'
Subject: RE: BAA 11-02

Risk Quan is complete! See attached

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, March 01, 2011 15:52
To: Dave Kleiman
Subject: RE: BAA 11-02

I know

I called the No. and they say they know they have issues... Thanks huh

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 2 March 2011 7:48 AM
To: craig.wright@Information-defense.com
Subject: FW: BAA 11-02
Importance: High

Every page except the activity worksheet page ( the one we need ) works.

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, March 01, 2011 15:41
To: 'dhsbaa@reisys.com'
Cc: 'craig.wright@Information-defense.com'
Subject: BAA 11-02
Importance: High

Hello,

RE: BAA 11-02-TTA 01-0127-WP, BAA 11-02-TTA 05-0155-WP, BAA 11-02-TTA 09-0049-WP, BAA 11-02-TTA 14-0025C-WP

We are trying to upload our whitepapers, due today at 1630 HRS, to the proposal website however we keep receiving the following error when trying to reach the proposal page

--------------------------------------------------

Error Message

    Application Error


Suggestion: Please make sure you are logged in to the system. Identify the error mentioned in the error message above. Avoid using browser provided "Back" or "Refresh" buttons. If you suspect the nature of the error or if you are not sure of the error, please report the error to the contact information provided below.

If this error persists, please contact DHS Technical Support at (703) 480-7676 or email dhsbaa@reisys.com

--------------------------------------------------

Dr. Wright Ex.

**D250**

DEFAUS_00694769

CW.001.002.7102

**D250 Page 1 of 2**

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

DEFAUS_00694770
CW.001.002.7102