| | |
|---|---|
| From: | dex561@aol.com |
| Sent: | Friday, July 10, 2015 4:12 AM |
| To: | corphelp@DOS.MyFlorida.com |
| Subject: | Re: articles of incorporation |

Agnes,

Thank you so much for your reply.  Is the information I would get from calling the certification department the same that I find on the sunbiz.org website?  My brother was listed as the managing director of the LLC, but he passed away.  He had a partner in the business, but neither kept corporate records of how the company was divided.  I am trying to figure out if there is any way to determine this without solely trusting the surviving partners word.

Thank you,
Steve


-----Original Message-----
From: corphelp <corphelp@DOS.MyFlorida.com>
To: dex561 <dex561@aol.com>
Sent: Thu, Jul 9, 2015 9:11 am
Subject: RE: articles of incorporation

Good morning,
Chapter 605, Florida Statutes, does not allow limited liability companies to issue shares or stock.  Consequently, limited liability company documents cannot contain any references/terms which may implicate otherwise.

You can contact our certification department to request a copy of the articles of organization which would list managers and managing members of the LLC. Their number is (850) 245-6053.

Agnes Lunt
Internet Access
Division of Corporations

**From:** dex561@aol.com [mailto:dex561@aol.com]
**Sent:** Monday, July 06, 2015 4:15 PM
**To:** corphelp
**Subject:** Re: articles of incorporation

Hi,

So if I wanted to find out how shares of an LLC was divided I could only get that from the company itself?  What if the director of the company passed away and I can't find any paperwork in his belongings that show who owned what.  There is no public database that keeps a record of it?

Thank you,
Steve


Sent from my iPad

1

Dr. Wright Ex.

**D252**

KLEIMAN_00002693

On Jul 6, 2015, at 2:11 PM, corphelp <corphelp@DOS.MyFlorida.com> wrote:

> Good Afternoon,
>
> We apologize for the delay in responding to your email.
>
> The Division of Corporations does not monitor the members of an LLC. The names and addresses of the members of a Florida LLC are an internal matter.
>
> The only information our office would have available for this entity can be found on our www.sunbiz.org website.
>
> Thank You,
> Freta Kinsey
> Division of Corporations
>
> **From:** dex561@aol.com [mailto:dex561@aol.com]
> **Sent:** Friday, July 03, 2015 2:51 AM
> **To:** corphelp
> **Subject:** articles of incorporation
>
> Hi,
>
> I am trying to find out if W&K INFO DEFENSE RESEARCH LLC had any partners or was David Kleiman originally the only owner?
> Any help would be much appreciated.
>
> Thank you,
> Steve

The Department of State is committed to excellence.
Please take our Customer Satisfaction Survey.

2

KLEIMAN_00002694