| | |
|---|---|
| **From:** | Pri vate <wrightkleiman@gmail.com> |
| **Sent:** | Monday, July 27, 2015 7:44 PM |
| **To:** | Miller Tammy S |
| **Subject:** | Re: EOI case ref # 362215/Australia case ref #1-6B0K5GO - email 2 of x yes can open |

Did you receive the 3rd email with 9 attacments in it?

P.S.  This account is only operated by Ira Kleiman, nothing to do with
Mr. Wright.  Didn't mean to confuse you by naming the email address wrightkleiman@gmail.com

On Mon, Jul 27, 2015 at 3:30 PM, Miller Tammy S <Tammy.S.Miller@irs.gov> wrote:

> Hi Mr. Wright,
>
> Yes I received these 3 attachments, and can open them.
>
> Thankyou
>
> *Tammy Miller  #202-515-4761   fax 855-787-5653*
>
> EOI Revenue Agent /Sr Program Analyst
>
> **From:** Pri vate [mailto:wrightkleiman@gmail.com]
> **Sent:** Monday, July 27, 2015 3:28 PM
> **To:** Miller Tammy S
> **Subject:** RE: EOI case ref # 362215/Australia case ref #1-6B0K5GO
>
> More attachments...

1

Dr. Wright Ex.

**D256**

KLEIMAN_00298877