| | |
|---|---|
| From: | craigslist - automated message, do not reply <robot@craigslist.org> |
| Sent: | Wednesday, July 17, 2013 2:51 AM |
| To: | ghb3762@aol.com |
| Subject: | POST/EDIT/DELETE : "QUICKIE TRIUMPH WHEELCHAIR" ( general for sale - by owner) |

IMPORTANT - FURTHER ACTION IS REQUIRED TO COMPLETE YOUR REQUEST !!!

FOLLOW THE WEB ADDRESS BELOW TO:

- PUBLISH YOUR AD
- EDIT (OR CONFIRM AN EDIT TO) YOUR AD
- VERIFY YOUR EMAIL ADDRESS
- DELETE YOUR AD

If not clickable, please copy and paste the address to your browser:

https://post.craigslist.org/u/QtWpNYvu4hGd8QAusf-0Vg/3jzqr

PLEASE KEEP THIS EMAIL - you may need it to manage your posting!

Your posting will expire off the site 45 days after it was created.

WARNING!! *** WARNING!! *** WARNING!! *** WARNING!!

Please be wary of distant 'buyers' responding to your ad! Many sellers receive replies from scammers hoping to defraud them through schemes involving counterfeit cashier's checks and/or wire transfers. These checks will clear the bank, but the person cashing the check will be held responsible when the fraud is discovered. More info on scams can be found at this web address:

http://www.craigslist.org/about/scams

Thanks for using craigslist!

Dr. Wright Ex.

D257

KLEIMAN_00366588