| | |
|---|---|
| **From:** | Ira K <clocktime2020@gmail.com> |
| **Sent:** | Saturday, February 15, 2014 5:08 AM |
| **To:** | Craig Wright |
| **Cc:** | Uyen Nguyen |
| **Subject:** | Re: Re: Dave |

I guess what I'm saying is since Dave never took the time to cash the bitcoins in, do you believe their is enough value in
trying to decrypt drives to find the keys? He was hard up for money and if he didn't cash them in I find it hard to believe
there is anything of worth in his account.

On Fri, Feb 14, 2014 at 11:56 PM, Craig Wright <craig@rcjbr.org> wrote:

> Hi Uyen,
> Its is Dave's brother.
>
> If you can help him at all. Please do so. I fear Dave may have made things difficult. In any event. Please ensure we cover all we can for Ira.
>
> Its. Uyen works with me.
>
> Craig
>
> ---------- Forwarded message ----------
> From: "Ira K" <clocktime2020@gmail.com>
> Date: 15/02/2014 3:47 pm
> Subject: Re: Dave
> To: "Craig Wright" <craig@rcjbr.org>
> Cc:
>
> Actually that's the only .asc I could find. Wasn't able to locate other related files. And the other drive and dongles are encrypted.
> I have the feeling that the keys needed will be so encrypted they won't be retrievable. But hypothetically if Patrick or myself
> found one, how would we proceed to access his account? Patrick mentioned something about an account being located offshore.
> Can you tell me what that's all about? Sorry, I have so many questions. I still don't understand why Dave didn't cash in
> these Bitcoins if they were of any value. His house was in foreclosure and he certainly could have used the money.
>
> Thanks,
> Ira

Dr. Wright Ex.

**D284**

On Fri, Feb 14, 2014 at 10:51 PM, Craig Wright <craig@rcjbr.org> wrote:

Likely just a PvP public key. But collect all these.

I will get a person to help with more details over there for you soon.

On 15/02/2014 2:45 pm, "Ira K" <clocktime2020@gmail.com> wrote:
I just found one .asc file.  it's labeled sdean12.org.asc

inside it shows "-----BEGIN PGP PUBLIC KEY BLOCK-----"
and then a long list of letters and numbers.

what do you think?

On Fri, Feb 14, 2014 at 10:08 PM, Craig Wright <craig@rcjbr.org> wrote:

Yes.
As small as 1 k

On 15/02/2014 2:05 pm, "Ira K" <clocktime2020@gmail.com> wrote:
Another question... Could any of these files be stored on floppy disk or CD's?
And do you know approx what size the files could be?

Ira

On Fri, Feb 14, 2014 at 7:48 PM, Craig Wright <craig@rcjbr.org> wrote:

Hi Ira,

Dave and I had completed several papers and books and had a company together.

I cannot say much right now, but yes, Dave was involved with that PDF. He had the vistomail account, I had the gmx one.

The following pages will help.

- http://www.forensicfocus.com/c/aid=54/reviews/2013/internet-evidence-finder-ief/
- http://www.panamacarsrental.com/images/wallet/BackupBitcoin/bitcoin-walletdat-location.php
- http://www.magnetforensics.com/bitcoin-forensics-a-journey-into-the-dark-web/

2

CONFIDENTIAL KLEIMAN_00004930

You will be looking for Private keys and wallet.dat files. Also look for *.wallet and *.asc. If the drives and phones are encrypted, then that will make this difficult to say the least.

Any QR files and images could also help.

Talk more soon,

…

Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914

http://www.rcjbr.org

---

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Saturday, 15 February 2014 3:31 AM
**To:** craigswright@acm.org
**Subject:** Dave

Hi Craig,

I am Dave's brother, Ira.

I heard via Patrick that you and my brother worked on some tech projects together.

If what he told me is true I would be very impressed.

As the person in charge of his estate, I have most of his belongings and hard

drives, aside from the few Patrick has.  The drives I have are encrypted so

3

am not sure yet if they can be decrypted.

Can I ask you if Dave played a part in writing the original PDF under the asian alias?  Any info you can share would be most interesting.  I certainly would not disclose it to anyone outside our circle.  I have no interest in public attention from it.  I just think it would be cool to know that David played a part in creating something so incredible.

Sincerely,

Ira