| | |
|---|---|
| **From:** | Ira K <clocktime2020@gmail.com> |
| **Sent:** | Sunday, February 16, 2014 2:47 AM |
| **To:** | Craig S Wright |
| **Subject:** | Re: Re: Dave |

I'm the one who sent him the emails introducing him to those. I tried to tell him early on that he needed to get a standing wheelchair. They raise the person into a standing position which helps the blood circulation and decreases
the skin from breaking down. Dave was a very heavy guy and from sitting all day it would rupture the skin on his
back and bottom. The only way to avoid that problem is to be standing. I know they were pricey devices but he could have got the Veterans Administration to help with it and I'm sure my Dad would have chipped in to cover it.
But Dave could also be a grumpy moody bastard and did things his own way.

On Sat, Feb 15, 2014 at 9:21 PM, Craig S Wright <craig@rcjbr.org> wrote:

> Dave wanted an exo skeleton. He had hoped that he would be able to make it to where they would be available and he could by one.
>
> He was awaiting this:
>
> http://eksobionics.com/ekso
>
> http://www.theregister.co.uk/2014/02/12/trials_of_iron_man_military_exoskeleton_due_in_june/
>
> http://www.extremetech.com/extreme/173463-worlds-first-affordable-powered-exoskeleton-is-almost-here-prepare-for-mech-wars
>
> **From:** Ira K [mailto:clocktime2020@gmail.com]
> **Sent:** Sunday, 16 February 2014 1:12 PM
>
> **To:** Craig Wright
> **Subject:** Re: Re: Dave

1

Dr. Wright Ex.
**D285**

CONFIDENTIAL                                                                                                                    KLEIMAN_00005177

> Wow.. I'm at a loss for words.
>
> I wish Dave was here to enjoy it.
>
> I know my Dad would be very proud to hear of this. I won't mention it to him if you don't want, but he's 93 so hopefully you can tell him about it in the near future.
>
> It's so strange how all these events are happening only 10 months after Dave's passing. I can't help but wonder if he would have fought a little longer had he lived to see it all.
>
> Ira
>
> On Sat, Feb 15, 2014 at 5:10 PM, Craig Wright <craig@rcjbr.org> wrote:
>> The next thing for you to discover is that Dave may have been cash poor, but he was not poor.
>>
>> I hold shares in trust for him. It is pre-ipo but with a capitalisation of around 40 million $Au. He owns 10% of it.
>>
>> And I am not kidding.
>>
>> …
>> **Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

2

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914

http://www.rcjbr.org

  

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Sunday, 16 February 2014 5:52 AM

**To:** Craig Wright
**Subject:** Re: Re: Dave

Hi Craig,

Thanks for the links. It certainly appears that you were very close with him.

I apologize if I am asking too many questoins and don't mean to frighten you away with them. It's just that since hearing this news about Dave it kind of shocked me. Yesterday I was feeling skeptical about the whole story, because it sounds like something out of a James Bond movie. But after our email exchange and seeing the video you left about him after his passing. I feel that you are genuine and that you guys really did work closely together, I hope we can chat more sometime about him. I bet there are many things you know about him that I don't and vice versa.

Anyway, in regards to the password business, for now I think I will store his drives in a safe deposit box until we figure out what to do with them. Do you think I should let Patrick try to decrypt them or should I wait for you to send someone? Or perhaps

3

the person you send could cooperate with him in this effort?

Do you know if Dave stored a passord/key anywhere that would requires his identification to retrieve it? If something like that was the case then I could easily grant the authorization to get it.

Thanks,

Ira

On Sat, Feb 15, 2014 at 1:41 AM, Craig Wright <craig@rcjbr.org> wrote:

Attached – this is an academic paper Dave and I did.

http://link.springer.com/chapter/10.1007%2F978-3-540-89862-7_21#page-2

We also di the following together:

http://www.amazon.com/Official-CHFI-Study-Guide-312-49/dp/1597491977

More, Dave edited most of my books and papers.

Regards

…

**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

CONFIDENTIAL

KLEIMAN_00005180

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914

http://www.rcjbr.org



**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Saturday, 15 February 2014 5:11 PM
**To:** Craig Wright
**Subject:** Re: Re: Dave

Understandable.

You mentioned that you and Dave co-authored some books and papers together.

Are there any on Amazon or elsewhere that I can read?

On Sat, Feb 15, 2014 at 12:56 AM, Craig Wright <craig@rcjbr.org> wrote:

I will one day. But I cannot yet.

To precarious still.

On 15/02/2014 4:54 pm, "Ira K" <clocktime2020@gmail.com> wrote:

Knowing my brother, if there was more than a thousand dollars in the account he would have sold it.  He didn't like asking people for help, but during the last

few months he borrowed money from both my Dad and Patrick.  That's what leads me to believe there is not much value in the account if any.  Also the fact

that he didn't mention the account to anyone or leave some kind of note about it.  I truly believe there's no treasure to be found there, but if you could provide

some kind of hard proof that he was involved in creating Bitcoin, that would be a nice consolation.  I'm not exactly sure how you can proove it?

On Sat, Feb 15, 2014 at 12:15 AM, Craig Wright <craig@rcjbr.org> wrote:

5

CONFIDENTIAL                                                                                                                                        KLEIMAN_00005181

I know he had a lot. I do not know if he spent them early on when they were not worth much or if he had other ideas

On 15/02/2014 4:08 pm, "Ira K" <clocktime2020@gmail.com> wrote:

I guess what I'm saying is since Dave never took the time to cash the bitcoins in, do you believe their is enough value in

trying to decrypt drives to find the keys?  He was hard up for money and if he didn't cash them in I find it hard to believe

there is anything of worth in his account.

On Fri, Feb 14, 2014 at 11:56 PM, Craig Wright <craig@rcjbr.org> wrote:

Hi Uyen,
Its is Dave's brother.

If you can help him at all. Please do so. I fear Dave may have made things difficult. In any event. Please ensure we cover all we can for Ira.

Its. Uyen works with me.

Craig

---------- Forwarded message ----------
From: "Ira K" <clocktime2020@gmail.com>
Date: 15/02/2014 3:47 pm
Subject: Re: Dave
To: "Craig Wright" <craig@rcjbr.org>
Cc:

Actually that's the only .asc I could find.  Wasn't able to locate other related files.  And the other drive and dongles are encrypted.

I have the feeling that the keys needed will be so encrypted they won't be retrievable.  But hypothetically if Patrick or myself

found one, how would we proceed to access his account?  Patrick mentioned something about an account being located offshore.

Can you tell me what that's all about?  Sorry, I have so many questions.  I still don't understand why Dave didn't cash in

these Bitcoins if they were of any value.  His house was in foreclosure and he certainly could have used the money.

Thanks,

Ira

On Fri, Feb 14, 2014 at 10:51 PM, Craig Wright <craig@rcjbr.org> wrote:

Likely just a PvP public key. But collect all these.

I will get a person to help with more details over there for you soon.

On 15/02/2014 2:45 pm, "Ira K" <clocktime2020@gmail.com> wrote:

I just found one .asc file.  it's labeled sdean12.org.asc

inside it shows "-----BEGIN PGP PUBLIC KEY BLOCK-----"

and then a long list of letters and numbers.

what do you think?

On Fri, Feb 14, 2014 at 10:08 PM, Craig Wright <craig@rcjbr.org> wrote:

Yes.
As small as 1 k

On 15/02/2014 2:05 pm, "Ira K" <clocktime2020@gmail.com> wrote:

Another question... Could any of these files be stored on floppy disk or CD's?

And do you know approx what size the files could be?

Ira

7

CONFIDENTIAL

KLEIMAN_00005183

On Fri, Feb 14, 2014 at 7:48 PM, Craig Wright <craig@rcjbr.org> wrote:

Hi Ira,

Dave and I had completed several papers and books and had a company together.

I cannot say much right now, but yes, Dave was involved with that PDF. He had the vistomail account, I had the gmx one.

The following pages will help.

- http://www.forensicfocus.com/c/aid=54/reviews/2013/internet-evidence-finder-ief/
- http://www.panamacarsrental.com/images/wallet/BackupBitcoin/bitcoin-walletdat-location.php
- http://www.magnetforensics.com/bitcoin-forensics-a-journey-into-the-dark-web/

You will be looking for Private keys and wallet.dat files. Also look for *.wallet and *.asc. If the drives and phones are encrypted, then that will make this difficult to say the least.

Any QR files and images could also help.

Talk more soon,

…

**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org

Tel: + 612 8003 7553 | Mobile: + 61 417 683 914

http://www.rcjbr.org

  

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Saturday, 15 February 2014 3:31 AM

CONFIDENTIAL	KLEIMAN_00005184

**To:** craigswright@acm.org
**Subject:** Dave

Hi Craig,

I am Dave's brother, Ira.

I heard via Patrick that you and my brother worked on some tech projects together.

If what he told me is true I would be very impressed.

As the person in charge of his estate, I have most of his belongings and hard

drives, aside from the few Patrick has.  The drives I have are encrypted so

am not sure yet if they can be decrypted.

Can I ask you if Dave played a part in writing the original PDF under the asian alias?

Any info you can share would be most interesting.  I certainly would not disclose

it to anyone outside our circle.  I have no interest in public attention from it.  I just

think it would be cool to know that David played a part in creating something so incredible.

Sincerely,

Ira

10

CONFIDENTIAL

KLEIMAN_00005186

**D285 Page 10 of 10**