| | |
|---|---|
| **From:** | Craig S Wright <craig.wright@hotwirepe.com> |
| **Sent:** | Tuesday, March 11, 2014 10:55 PM |
| **To:** | Ira K |
| **Cc:** | Angela Damoka |
| **Subject:** | RE: Letter |

Hello Ira,
As discussed, I have the letter.

As discussed, the 10,642,500 total founders shares in Coin-Exch Pty Ltd that are held by myself non-beneficially for Dave Kleiman's estate are to be distributed as follows:

- Ira Steven Kleiman (Yourself, Dave's brother)     8,514,000
- Louis L. Kleiman (Dave's Father)     2,128,500

You have the right to be appointed as a director or to appoint another. Do you wish to do this? You can make this decision at a later point.

Can you please provide your address and your father's address for the company records.

We will send a copy of the executed documents to you once we have lodged these.

Regards,
Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Tuesday, 11 March 2014 9:41 PM
**To:** Craig S Wright
**Subject:** Re: Letter

Hi Craig,

Is the attached letter sufficient?

Thanks.

On Mon, Mar 10, 2014 at 11:25 PM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

> Hi
>
> I need you to get me the letter for the share transfer.
>
> Just signed, stating the amount for you vs your father.

1

**Dr. Wright Ex.**
**D289**

KLEIMAN_00278145

Thanks

_____

**Dr. Craig S Wright GSE LLM**

**Chief Executive Officer**

**Hotwire Preemptive Intelligence (Group)**

Mobile: + 61.417.683.914

craig.wright@hotwirepe.com



2

KLEIMAN_00278146