KLEIMAN_00485473

Dr. Wright Ex.

**D301**

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 12-12-2019
Response Date: 12-12-2019
Tracking Number: 100485767558

FORM NUMBER:   1040
TAX PERIOD:    Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER: ▮▮▮▮▮▮▮

DAVI KLEI

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 10,585.03 | |
| ACCRUED INTEREST: | 4,511.06 | AS OF: Dec. 23, 2019 |
| ACCRUED PENALTY: | 2,581.91 | AS OF: Dec. 23, 2019 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):   17,678.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 70,125.00 |
| TAXABLE INCOME: | 40,813.00 |
| TAX PER RETURN: | 13,214.00 |
| SE TAXABLE INCOME TAXPAYER: | 44,577.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 6,820.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Oct. 18, 2010
PROCESSING DATE                                                 Nov. 15, 2010

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20104408 | 11-15-2010 | $13,214.00 |
| n/a | 07221-292-53415-0 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2010 | | 04-15-2010 | $0.00 |
| 766 | Credit to your account | | 04-15-2010 | -$150.00 |
| 176 | Penalty for not pre-paying tax 11-15-2020 | 20104408 | 11-15-2010 | $312.80 |
| 276 | Penalty for late payment of tax | 20104408 | 11-15-2010 | $457.24 |
| 196 | Interest charged for late payment | 20104408 | 11-15-2010 | $309.99 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails     12/12/2019

CONFIDENTIAL

KLEIMAN_00485459

KLEIMAN_00485474

| 971 | Notice issued<br>CP 0014 | 11-15-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 05-31-2011 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | 06-23-2011 | $0.00 |
| 706 | Credit transferred in from<br>1040 201112 | 04-15-2012 | -$3,490.00 |
| 706 | Credit transferred in from<br>1040 201212 | 04-15-2013 | -$69.00 |
| 530 | Balance due account currently not collectable | 04-12-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails            12/12/2019

CONFIDENTIAL

KLEIMAN_00485459