

Dr. Wright Ex. **D302**

KLEIMAN_00485475

This Product Contains Sensitive Taxpayer Data

# Account Transcript

| | |
|---|---|
| Request Date: | 12-12-2019 |
| Response Date: | 12-12-2019 |
| Tracking Number: | 100485767558 |

FORM NUMBER:       1040
TAX PERIOD:        Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER: ███

DAVI KLEI

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 2,095.06 | |
| ACCRUED INTEREST: | 739.14 | AS OF: Dec. 23, 2019 |
| ACCRUED PENALTY: | 413.90 | AS OF: Dec. 23, 2019 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):     3,248.10

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 13,105.00 |
| TAXABLE INCOME: | 3,755.00 |
| TAX PER RETURN: | 2,371.00 |
| SE TAXABLE INCOME TAXPAYER: | 13,023.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 1,993.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Oct. 17, 2011
PROCESSING DATE                                                  Nov. 21, 2011

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20114508 | 11-21-2011 | $2,371.00 |
| n/a | 30221-291-79028-1 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2011 | | 04-15-2011 | $0.00 |
| 766 | Credit to your account | | 04-15-2011 | -$400.00 |
| 276 | Penalty for late payment of tax | 20114508 | 11-21-2011 | $78.84 |
| 196 | Interest charged for late payment | 20114508 | 11-21-2011 | $45.22 |
| 971 | Notice issued CP 0014 | | 11-21-2011 | $0.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails          12/12/2019

CONFIDENTIAL

KLEIMAN_0048545

KLEIMAN_00485476

| 971 | Tax period blocked from automated levy program | 03-19-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 08-16-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- undeliverable | 08-20-2012 | $0.00 |
| 530 | Balance due account currently not collectable | 04-12-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails       12/12/2019

CONFIDENTIAL

KLEIMAN_00485459