# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 12-12-2019
Response Date: 12-12-2019
Tracking Number: 100485767558

FORM NUMBER: 1040
TAX PERIOD: Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER: ███

DAVI KLEI

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 6,424.75
ACCRUED INTEREST: 1,824.05     AS OF: Dec. 23, 2019
ACCRUED PENALTY: 920.24        AS OF: Dec. 23, 2019

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount): 9,169.04

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS: 01
FILING STATUS: Single
ADJUSTED GROSS INCOME: 24,495.00
TAXABLE INCOME: 14,995.00
TAX PER RETURN: 0.00
SE TAXABLE INCOME TAXPAYER: 6,465.00
SE TAXABLE INCOME SPOUSE: 0.00
TOTAL SELF EMPLOYMENT TAX: 860.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Apr. 29, 2012
PROCESSING DATE                                                   May 21, 2012

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20121905 | 05-21-2012 | $0.00 |
| n/a | 80221-521-01403-2 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2012 | -$2,490.00 |
| 766 | Credit to your account | | 04-15-2012 | -$1,000.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2012 | | 04-15-2012 | $0.00 |
| 826 | Credit transferred out to 1040 200912 | | 04-15-2012 | $3,490.00 |
| 971 | Notice issued | | 05-21-2012 | $0.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails          12/12/2019

CONFIDENTIAL

KLEIMAN_0048545(9)

| | CP 0049 | | |
|---|---|---|---|
| 960 | Appointed representative | 10-16-2012 | $0.00 |
| 922 | Review of unreported income | 08-05-2013 | $0.00 |
| 807 | Reduced or removed W-2 or 1099 withholding | 04-15-2012 | $2,490.00 |
| 767 | Reduced or removed credit to your account | 04-15-2012 | $1,000.00 |
| 290 | Additional tax assessed 08-19-2023 | 20133105 08-19-2013 | $2,681.00 |
| n/a | 89254-612-66770-3 | | |
| 196 | Interest charged for late payment | 20133105 08-19-2013 | $253.75 |
| 971 | Notice issued CP 0022 | 08-19-2013 | $0.00 |
| 971 | Tax period blocked from automated levy program | 11-25-2013 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 06-29-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | 07-27-2017 | $0.00 |
| 530 | Balance due account currently not collectable | 04-12-2019 | $0.00 |
| 961 | Removed appointed representative | 10-10-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

KLEIMAN_00485478
CONFIDENTIAL
KLEIMAN_00485459