**From:** Craig S Wright
**Sent:** Sunday, January 25, 2009 6:42 AM
**To:** 'Dave Kleiman'
**Subject:** RE: Next post

The weekend is ok. Went fishing - worked on the car.

Patterned media is a new way of taking existing hdd tech further. Have a read of:
http://www.solid-state.com/display_article/272292/5/none/none/DtStr/Patterned-magnetic-media:-impact-of-nanoscale-patterning-on-hard-disk-drive

When this tech comes in there will be no off track information.

Thanks
Craig

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Sunday, 25 January 2009 8:27 AM
To: craig.wright@information-defense.com
Subject: RE: Next post

Here you go sir!!

How is your weekend going?

Dave

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Saturday, January 24, 2009 01:59
To: 'Dave Kleiman'
Cc: simsong@acm.org; Dr.Cohen@Mac.Com
Subject: Next post

What happens when you overwrite data?

Please have a look at the attached. Dave your turn.

Simson, I added you to this as I thought you may be interested. I am going to be adding more detail to these posts and when I have completed doing this I will start writing up a series of posts for the forensicwiki as you wished.

Prof. Cohen, I also thought you would be interested.

Please remember it is in draft as yet.

--
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & ...

<<...>>

Dr. Wright Ex.

D329

DEF_00022188

D329 Page 1 of 1