**From:** Craig S. Wright
**Sent:** Friday, September 25, 2009 6:22 AM
**To:** 'Dave Kleiman'
**Subject:** RE: CFS 09/October 5-6 Updated Speaker/Session List

Yes please ;)

...
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & ...
Information Defense Pty Ltd


-----Original Message-----
From: Dave Kleiman [mailto:dave@daveklieman.com]
Sent: Friday, 25 September 2009 4:12 PM
To: craig.wright@Information-Defense.com
Subject: RE: CFS 09/October 5-6 Updated Speaker/Session List

You do not want me to buy one for you?

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801


-----Original Message-----
From: Craig S. Wright [mailto:craig.wright@Information-Defense.com]
Sent: Friday, September 25, 2009 01:30
To: Dave Kleiman
Subject: RE: CFS 09/October 5-6 Updated Speaker/Session List

If I get a grant I am hoping to get one of these:
http://www.guzik.com/product_detail_DTE3000.asp

...
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & ...
Information Defense Pty Ltd


-----Original Message-----
From: Dave Kleiman [mailto:dave@daveklieman.com]
Sent: Friday, 25 September 2009 11:23 AM
To: Craig S Wright
Subject: FW: CFS 09/October 5-6 Updated Speaker/Session List

WOW REALLY??? HOW???

The Computer Forensics Show is the "Don't miss" event of the year for all Litigation, Accounting and IT Professionals!

KEYNOTE PRESENTATION

"When No One Else Can": Data Recovery from a completely overwritten hard drives. Sample Forensic recovery from over written drive from Turkish assassination case, 2007.


PRESENTER

Alfred Demirjian – CEO at TechFusion

Dr. Wright Ex.
**D330**

DEF_00015988