| | |
|---|---|
| **From**: | Craig Wright [craig wright] |
| **Sent**: | 4/24/2008 8:26:47 AM |
| **To**: | 'dave kleiman' [dave@davekleiman.com] |
| **Subject**: | RE: On Another note |

Yep- been sending there

-----Original Message-----
From: dave kleiman [mailto:dave@davekleiman.com]
Sent: Thursday, 24 April 2008 8:15 AM
To: Craig Wright
Subject: RE: On Another note

Hi Craig,

I am pretty tired, been laying in bed all day.

I just saw a job for a senior forensic in NY, for 150-190K, I believe the ad said MS or PHD preferred. Let me try to find it.
Do you belong to Jobs @ SecurityFocus.com?  I will forward you one from there too.

Dave

    -----Original Message-----
    From: Craig Wright [mailto:Craig.Wright@bdo.com.au]
    Sent: Wednesday, April 23, 2008 17:49
    To: dave kleiman
    Subject: On Another note

    Hi Dave,

    Just on a different note. If you hear of anything in the US or
    Canada at my level, could you let me know.


    My wife is Canadian and would like to spend some time close to
    family again. From my perspective, it would be nice to meet a few of
    the many people I talk to that are OS.


    Thanks,

    Craig

CONFIDENTIAL

Dr. Wright Ex.
**D337**

DEFAUS_00082231

**D337 Page 1 of 1**