| | |
|---|---|
| **From**: | Craig Wright [craig wright] |
| **Sent**: | 6/5/2008 10:27:43 AM |
| **To**: | 'Shyaam' [shyaam@gmail.com] |
| **CC**: | 'dave kleiman' [dave@davekleiman.com] |
| **Subject**: | RE: FW: CFP - Fourth International Conference on Information Systems Security (ICISS 2008) HYDERABAD INDIA |

Hi Dave,
Shyaam is going to be helping in the writing of the paper on the drive wipe fallacy. I thought that ICISS 08 which is published by Springer Verlag and is a respected academic source would be a good place for this.

The paper submission date is 19 July 2008.

I have the analysis and statistical calculations, which I can start to send through this weekend. All that is needed is to turn the data into a paper. This has to be 12-15 pages in length. Have a look at the link below for format.
http://siis.cse.psu.edu/iciss07/author.html

Dave, are you interested?

Regards,
Craig

The conference site is:
http://seclab.cs.sunysb.edu/iciss08/

---

**From:** Shyaam [mailto:shyaam@gmail.com]
**Sent:** Thursday, 5 June 2008 10:10 AM
**To:** Craig Wright
**Subject:** Re: FW: CFP - Fourth International Conference on Information Systems Security (ICISS 2008) HYDERABAD INDIA

That would be awesome

Shyaam

On Wed, Jun 4, 2008 at 5:02 PM, Craig Wright <Craig.Wright@bdo.com.au> wrote:

Hi
To get moving on this paper. How does the following seem as a forum for it?

Craig


Craig Wright
Manager, Risk Advisory Services

Direct : +61 2 9286 5497

BDO Kendalls is a national association of separate partnerships and entities. Liability limited by a scheme approved under Professional Standards Legislation.
-----Original Message-----

Dr. Wright Ex.
**D338**

DEFAUS_00083678

From: listbounce@securityfocus.com [mailto:listbounce@securityfocus.com] On Behalf Of Sanjay R
Sent: Thursday, 5 June 2008 4:02 AM
To: security-basics@securityfocus.com
Subject: CFP - Fourth International Conference on Information Systems Security (ICISS 2008) HYDERABAD INDIA

Hi All:
The conference series ICISS (International Conference on Information Systems Security), held annually, provides a forum for disseminating the latest research results in information and systems security. ICISS 2008 is the fourth in the series, following earlier conferences held at Kolkata (1st and 2nd) and Delhi (3rd). The acceptance ratio of the first three conferences has averaged less than 30%, and the proceedings have been published as part of the Springer Verlag series of Lecture Notes in Computer Science.

[More Information is available at: http://seclab.cs.sunysb.edu/iciss08/]

ICISS 2008 will be held in Hyderabad, India from December 16 to 20, 2008. Hyderabad is the capital city of Andhra Pradesh and the fifth largest city of India. In addition to its historical significance, Hyderabad is one of the major IT hubs of India, housing more than 150 major IT companies. The ICISS 2008 encourages submissions from academia, industry and government addressing theoretical and practical problems in information and systems security and related areas. Topics of interest include but are not limited to:
Application Security
Authentication and Access Control
Biometric Security
Data Security
Digital Forensics and Diagnostics
Digital Rights Management
Distributed System Security     Formal Methods in Security
Intrusion Detection, Prevention and Response
Intrusion Tolerance and Recovery
Key Management and Cryptographic Protocols
Language-based Security
Malware Analysis and Mitigation
Network Security     Operating System Security
Privacy and Anonymity
Security in P2P, Sensor and Ad Hoc Networks
Software Security
Vulnerability Detection and Mitigation
Web Security

Organizers
Advisory Committee Chair: Sushil Jajodia, George Mason University
Program Co-chairs: Arun K Pujari, LNM IIT
                  R. Sekar, Stony Brook University

Regards
-Sanjay

DEFAUS_00083679

Computer Security Learner

--
Thank you in advance for your time and consideration.
Kind Regards,
Shyaam Sundhar R.S.

Certification History:

Audit: GPCI
Legal: GCDS
Management: GLDR
Security: SSP-CNSA, SSP-MPA, SSP-GHD, GREM, GHTQ, GWAS, GIPS, GCFA, GCIA
Anti-Terrorism: CAS

DEFAUS_00083680