| | |
|---|---|
| From: | Craig Wright [/O=BDO NELSON PARKHILL/OU=NSW/CN=RECIPIENTS/CN=220] |
| Sent: | 5/20/2008 12:24:07 PM |
| To: | 'Stephen Northcutt' [stephen@sans.edu]; 'Ben Wright' [ben.wright@yahoo.com]; 'Emily Sturnick' [esturnick@giac.org]; dsvoboda@sans.edu; 'Alan Paller' [apaller@sans.org]; 'Jeff Pike' [jpike@giac.org]; 'Erin Carroll' [amoeba@amoebazone.com]; 'Mark Hofman' [mhofman@shearwatersolutions.com.au]; 'Bob Radvanovsky' [rsradvan@unixworks.net]; 'Byrne, Gary (ELS-BUR)' [G.Byrne@Elsevier.com]; 'chamby@giac.org' [chamby@giac.org]; 'dave kleiman' [dave@davekleiman.com] |
| CC: | 'giac-ethics-council-bounces@lists.sans.org' [giac-ethics-council-bounces@lists.sans.org] |
| Subject: | Tooting the horn |

HI,
I have been told that I should "toot my horn" in regards to my accomplishments. I have last night received notification of my results and if you are not interested in my flagrant self promotion – please hit delete now. I am rather happy with the outcome so I am forwarding this about. After many years of study and having been told (years ago) by a high school guidance councillor that I should stick with maths and would never hope to have any chance in subjects involving writing (English) such as law I am rather proud of this result, even more so than my doctorate (about equal with the GSE)

I completed a Post Grad Diploma in Law and followed this last year with an honors Masters degree.

My area of study was based around:
- Competition Law (Anti-Trust and merger law)
- E-Commerce Law (Internet law)
- Commercial Law (Banking Law)
- The Law of International Trade
- International Trade Finance Law

I followed these studies with a dissertation on "Internet Intermediary Liability" with a focus on the impact of International law (not just IT law, but tortuous effects and regulatory compliance) as it impact companies that deal using the Internet (from simple email to full eCommerce sites).

In this process I have received 2 awards for my legal papers associated with the path towards the final dissertation. One of these was published by the British Computer Society (Risk Journal) and others have been included with sources such as the IIA. I have been asked to present one of these papers at IT Security World 2008 in San Fran Cisco. This is an international IT Security Conference that draws 20000-30000 attendees. I am being marketed as a "featured speaker".

My dissertation covered the convergence of International laws and looked at:
- Australian Law (and some NZ Law)
- Canadian Law
- US Law
- UK Law
- ECC Law

The official results where released by the University (Northumbria in Newcastle, UK) last night.

I was awarded an LLM (Masters in Law) degree with commendation.

In this process I also sat for the UCP 500 and UCP 600 accreditations. These are International Banking and Finance certifications. I felt that the best way to understand the impact of the law to finance and banking was to also become an accredited member of these professions as well.

The UCP is Uniform Customs and Practice. This is the Commercial letters of credit process that are the lifeblood of the International trade system. To do this I qualified in Maritime and Transport law and then Banking and Finance Law.

Dr. Wright Ex.
**D339**

DEFAUS_00688660

This involved a study of International AML-CTF (Anti-Money Laundering and Counter Terrorism) laws and then regulatory compliance. In this process I studies for and passed my GLFR (Law of Fraud) accreditation. This is a certification of expertise in SOX (Sarbanes Oxley) compliance (all aspects – not just 302 and 404), GLBA, and other US SEC requirements.

So I can now add the following to my CV and list of accomplishments:
    Masters in Law (with commendation) in International Commercial Law from Northumbria

Now that the results have been released, I shall be starting a PhD in Economics/Law later this year looking at the risk effects and costs of regulation. This is a combination of both the negative and positive effects of law using quantitative economic methods and its impact to risk and security.

And of course being part lawyer does not hurt digital forensic work either.

Regards,
Dr Craig Wright (GSE-Compliance) LLM

DEFAUS_00688661