| | |
|---|---|
| **From**: | dave kleiman [dave@davekleiman.com] |
| **Sent**: | 6/17/2008 1:00:54 PM |
| **To**: | Craig Wright [Craig.Wright@bdo.com.au]; 'Shyaam' [shyaam@gmail.com] |
| **Subject**: | My availability |

```
Or unavailability over the next 10 days:

My schedule over the next 10 days....consider all this includes over 1500
miles of driving

        Wednesday 18 June case review - Jacksonville NAS
        Thursday 19 June case review - Boca Raton
        Friday 20 June case review - Miami
        Sunday 22 June final case review - Jacksonville NAS
        Monday 23 (possibly 24th too) June Court - Jacksonville NAS
        Wednesday 25 June final case review - Boca
        Thursday 26 June Court - WPB
        Friday 27 June Digital Forensic Certification Board - Orlando


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com
4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801
```

Dr. Wright Ex.

**D340**

DEFAUS_00688843