**From:** Craig Wright [craig wright]
**Sent:** 6/14/2008 6:26:33 AM
**To:** 'dave kleiman' [dave@davekleiman.com]
**Subject:** FW: I will start sending a framework soon.

Do you have a conferencing capability?

---

**From:** Shyaam [mailto:shyaam@gmail.com]
**Sent:** Friday, 13 June 2008 10:14 PM
**To:** Craig Wright
**Subject:** Re: I will start sending a framework soon.

my cell # is 213-210-1031


Shyaam

On Fri, Jun 13, 2008 at 12:11 PM, Craig Wright <Craig.Wright@bdo.com.au> wrote:

Dave,

Did you have a number we can both call, or should I arrange another number?



**Craig Wright**
Manager, Risk Advisory Services

Direct : +61 2 9286 5497
Craig.Wright@bdo.com.au
+61 417 683 914

BDO Kendalls (NSW-VIC) Pty. Ltd.
Level 19, 2 Market Street Sydney NSW 2000
GPO BOX 2551 Sydney NSW 2001
Fax +61 2 9993 9497
www.bdo.com.au

The information in this email and any attachments is confidential. If you are not the named addressee you must not read, print, copy, distribute, or use in any way this transmission or any information it contains. If you have received this message in error, please notify the sender by return email, destroy all copies and delete it from your system.

Any views expressed in this message are those of the individual sender and not necessarily endorsed by BDO Kendalls. You may not rely on this message as advice unless subsequently confirmed by fax or letter signed by a Partner or Director of BDO Kendalls. It is your responsibility to scan this communication and any files attached for computer viruses and other defects. BDO Kendalls does not accept liability for any loss or damage however caused which may result from this communication or any files attached. A full version of the BDO Kendalls disclaimer, and our Privacy statement, can be found on the BDO Kendalls website at http://www.bdo.com.au or by emailing administrator@bdo.com.au.

BDO Kendalls is a national association of separate partnerships and entities. Liability limited by a scheme approved under Professional Standards Legislation.

---

**From:** Craig Wright
**Sent:** Friday, 13 June 2008 1:09 PM
**To:** 'Shyaam'; 'dave kleiman'
**Subject:** RE: I will start sending a framework soon.

Dr. Wright Ex.

**D342**

DEFAUS_00083799

Suits me, is this too late for you Dave?

---

**From:** Shyaam [mailto:shyaam@gmail.com]

**Sent:** Friday, 13 June 2008 1:06 PM
**To:** Craig Wright
**Subject:** Re: I will start sending a framework soon.

I am cool between 8AM to 10AM Eastern Standard Time on Sat morning. But its cool with me for any time that is convenient for everyone, if this time doesn't work out.

Shyaam

On Thu, Jun 12, 2008 at 8:01 PM, Craig Wright <Craig.Wright@bdo.com.au> wrote:

When are we all available for a call over the weekend. I am flexible.

**Craig Wright**
Manager, Risk Advisory Services

Direct : +61 2 9286 5497
Craig.Wright@bdo.com.au
+61 417 683 914

BDO Kendalls (NSW-VIC) Pty. Ltd.
Level 19, 2 Market Street Sydney NSW 2000
GPO BOX 2551 Sydney NSW 2001
Fax +61 2 9993 9497
www.bdo.com.au

The information in this email and any attachments is confidential. If you are not the named addressee you must not read, print, copy, distribute, or use in any way this transmission or any information it contains. If you have received this message in error, please notify the sender by return email, destroy all copies and delete it from your system.

Any views expressed in this message are those of the individual sender and not necessarily endorsed by BDO Kendalls. You may not rely on this message as advice unless subsequently confirmed by fax or letter signed by a Partner or Director of BDO Kendalls. It is your responsibility to scan this communication and any files attached for computer viruses and other defects. BDO Kendalls does not accept liability for any loss or damage however caused which may result from this communication or any files attached. A full version of the BDO Kendalls disclaimer, and our Privacy statement, can be found on the BDO Kendalls website at http://www.bdo.com.au or by emailing  administrator@bdo.com.au.

BDO Kendalls is a national association of separate partnerships and entities. Liability limited by a scheme approved under Professional Standards Legislation.

--
Thank you in advance for your time and consideration.
Kind Regards,
Shyaam Sundhar R.S.

Certification History:

Audit: GPCI
Legal: GCDS
Management: GLDR
Security: SSP-CNSA, SSP-MPA, SSP-GHD, GREM, GHTQ, GWAS, GIPS, GCFA, GCIA
Anti-Terrorism: CAS



--
Thank you in advance for your time and consideration.
Kind Regards,
Shyaam Sundhar R.S.

Certification History:

Audit: GPCI
Legal: GCDS
Management: GLDR
Security: SSP-CNSA, SSP-MPA, SSP-GHD, GREM, GHTQ, GWAS, GIPS, GCFA, GCIA
Anti-Terrorism: CAS