| | |
|---|---|
| **From**: | Craig S Wright [craig.wright@information-defense.com] |
| **Sent**: | 2/13/2011 8:19:56 PM |
| **To**: | 'Dave Kleiman' [dave@davekleiman.com] |
| **Subject**: | FW: American R&D |

Hi Dave
Are you ok for a call tomorrow?

I can get you what needs to be registered and then we have a couple weeks for the white paper. So at least a week for you to review.

Craig

**From:** Lynn Wright [mailto:lynn.wright@information-defense.com]
**Sent:** Sunday, 13 February 2011 8:15 PM
**To:** craig.wright@Information-defense.com
**Subject:** American R&D

DO NOT LOSE


White paper registration:  16/02/2011
White Papers due:  01/03/2011
Proposals due after offer is made: 26/05/2011

Lynn Wright MEd, MBA
02 4362 1512
0407 498 911
lynn.wright@information-defense.com
www.information-defense.com



CONFIDENTIAL

Dr. Wright Ex.
**D343**

DEFAUS_00092786