| | |
|---|---|
| **From**: | Dave Kleiman [dave@davekleiman.com] |
| **Sent**: | 11/11/2010 10:11:06 AM |
| **To**: | craig.wright@Information-defense.com |
| **Subject**: | RE: Hey |

Well, have been in the hospital for 2 months have another 4 or 5 to go............

Dave

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Friday, November 05, 2010 19:55
To: Dave Kleiman
Subject: Hey

How are you


Long time and all


...

Dr. Craig S Wright <http://gse-compliance.blogspot.com/>  GSE-Malware, GSE-Compliance, LLM, & ...

Information Defense <http://www.information-defense.com/>  Pty Ltd

Mobile: 0417 683 914

Description: Logo4

Dr. Wright Ex.

**D344**

DEFAUS_00694074