**From:** Craig Wright
**Sent:** Sunday, January 18, 2009 12:12 AM
**To:** 'Dave Kleiman'
**Subject:** RE: [HTCC] Secure deletion: a single overwrite will do it

I am an Australian, what do I care of US legislation on this ;)

> -----Original Message-----
> From: htcc-bounces@htcc.secport.com [mailto:htcc-
> bounces@htcc.secport.com] On Behalf Of Dave Kleiman
> Sent: Sunday, 18 January 2009 10:58 AM
> To: 'High Tech Crime Consortium Listserv'
> Subject: Re: [HTCC] Secure deletion: a single overwrite will do it
>
> For some reason I thought I posted that here already, must have slipped
> my mind, I guess my age is catching up with me. It was even picked up by
> Craig Ball on his EDD blog: http://www.eddupdate.com/2009/01/told-ya-
> so.html
>
> I do not think we bothered to ask for the US Governments permission
> before we did the paper........do not worry they will catch-up with us
> in few years and follow suit with a new guideline for the mass sheep to
> follow.
>
> We were all honored to have it picked up by Lecture Notes in Computer
> Science (with strong emphasis on the SCIENCE), as well as all by all the
> blogs and news groups.
>
>
> Respectfully,
>
> Dave Kleiman - http://www.ComputerForensicExaminer.com
> 4371 Northlake Blvd #314
> Palm Beach Gardens, FL 33410
> 561.310.8801
>
>
>
> -----Original Message-----
> From: htcc-bounces@htcc.secport.com [mailto:htcc-
> bounces@htcc.secport.com] On Behalf Of Patrick McKee
> Sent: Saturday, January 17, 2009 18:34
> To: 'High Tech Crime Consortium Listserv'
> Subject: Re: [HTCC] Secure deletion: a single overwrite will do it
>
> The US government does not allow overwriting or shredding under
> NISPOM guidelines. If you or your organization fall under any of
> the privacy laws such as HIPPA, FACTA, SOX, the Patriot Act, GLB,
> FCRA or any of the multitude of state privacy laws it's best to
> follow NISPOM. Using an unapproved destruction method is rife with
> liability issues. If you want to overwrite your own personal drives
> then that's entirely up to you.
>
>
>
> Regards,
>
>
>
> Patrick McKee
>
> Excelsior Services, Inc.
>
> San Francisco, CA
>
> Toll-Free (877) 235-2798
>
> http://4ensics.net <http://4ensics.net>
>

Dr. Wright Ex.

**D346**

DEF_00008537

D346 Page 1 of 2

> http://thedatahammer.com <http://thedatahammer.com>
>
> CA Licensed Private Investigators #19123
>
> CA Licensed Security Company #15542
>
>
>
>
>
> _____
>
> From: htcc-bounces@htcc.secport.com [mailto:htcc-
> bounces@htcc.secport.com] On Behalf Of Eric Freyssinet
> Sent: Saturday, January 17, 2009 2:24 PM
> To: High Tech Crime Consortium Listserv
> Subject: [HTCC] Secure deletion: a single overwrite will do it
>
>
>
> http://www.heise-online.co.uk/security/Secure-deletion-a-single-
> overwrite-will-do-it--/news/112432
>
> "The myth that to delete data really securely from a hard disk you
> have to overwrite it many times, using different patterns, has
> persisted for decades, despite the fact that even firms
> specialising
> in data recovery, openly admit that if a hard disk is overwritten
> with zeros just once, all of its data is irretrievably lost.
> Craig Wright, a forensics expert, claims to have put this legend
> finally to rest. He and his colleagues ran a scientific study to
> take a close look at hard disks of various makes and different
> ages,
> overwriting their data under controlled conditions and then
> examining the magnetic surfaces with a magnetic-force microscope.
> They presented their paper at ICISS 2008
> <http://seclab.cs.sunysb.edu/iciss08/> and it has been published
> by
> Springer AG in its Lecture Notes in Computer Science series (Craig
> Wright, Dave Kleiman, Shyaam Sundhar R. S.: Overwriting Hard Drive
> Data: The Great Wiping Controversy
> <http://www.springerlink.com/content/408263ql11460147/> ).
> [...]"
>
> --
> Eric Freyssinet
> perso: eric.freyssinet@m4x.org
> pro: eric.freyssinet@gendarmerie.defense.gouv.fr
>
>
> _____
> HTCC mailing list
> HTCC@htcc.secport.com
> To unsubscribe or edit options
> https://htcc.secport.com/mailman/listinfo/htcc
> 5X35#42

DEF_00008538

D346 Page 2 of 2