| | |
|---|---|
| **From**: | Dave Kleiman - Mobile [dave@davekleiman.com] |
| **Sent**: | 3/9/2009 5:49:16 PM |
| **To**: | Craig Wright [craig.wright@information-defense.com] |
| **Subject**: | Welcome! |

Sent some sms to your phone, not sure if it is online. How does Wednesday sound for a nice dinner?

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com

From Dave's Mobile Phone - 561.310.8801

Dr. Wright Ex.

D348

DEFAUS_00689000

D348 Page 1 of 1