| | |
|---|---|
| **From**: | Dave Kleiman [dave@davekleiman.com] |
| **Sent**: | 3/11/2009 1:16:19 AM |
| **To**: | 'Craig Wright' [craig.wright@information-defense.com] |
| **CC**: | lynn.wright@information-defense.com |
| **Subject**: | Restaurants |

```
Here are a few:

http://www.emerils.com/restaurant/6/Emerils-Orlando/dinner-menu
6000 Universal Blvd. #702
Orlando, FL 32819
ph: 407 224 2424


http://www.emerils.com/restaurant/7/Emerils-Tchoup-Chop/dinner-menu
6300 Hollywood Way
Orlando, FL 32819
ph: 407 503 2467


http://www.4412montrose.com/orlando/gallery_images_resturant.php
5350 International Drive - Orlando, Florida 32819
407-345-4774


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com
4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801
```

Dr. Wright Ex.

**D349**

DEFAUS_00689019

D349 Page 1 of 1