| | |
|---|---|
| From: | cce2-bounces@certified-computer-examiner.com [cce2-bounces@certified-computer-examiner.com] |
| on behalf of | Craig S. Wright [craig.wright@Information-Defense.com] |
| Sent: | 4/18/2009 9:20:38 AM |
| To: | 'ChopOMatic' [chopomatic@gmail.com]; 'Damon Hacker' [dhacker@vestigeltd.com]; 'Dave Kleiman' [dave@davekleiman.com] |
| CC: | cce2@certified-computer-examiner.com |
| Subject: | RE: [CCE] Event viewer (Parsing) |
| Attachments: | ATT01534.txt |

I know I am pushing something up a hill here in suggesting this, but .Net coding.

http://msdn.microsoft.com/en-us/library/k6b9a7h8.aspx
and
http://msdn.microsoft.com/en-us/library/w3t54f67.aspx
and
http://quickstart.developerfusion.co.uk/quickstart/howto/doc/LogInfo.aspx

I prefer C family code (C++, C#) but there are a large number of VB examples about.

Visual .Net supports the Regex class and allows you to create extremely granular filters.

For a simple C# code example (this could be simplified using *foreach* statements etc);

```csharp
//Source File : Event_Reader.cs
//Compilation : csc Event_Reader.cs
//Execution   : Event_Reader

using System;
using System.Diagnostics;
using System.Windows.Forms;
using System.Drawing;

public class Event_Reader: Form
{
  Button b1 = new Button();

  public Event_Reader() {
    this.Text = "Security Event Warning in log";
    b1.Text = "Click here";
    b1.Click += new EventHandler(b1_click);
    b1.Location = new Point(100,50);
    this.Controls.Add(b1);
  }

  public void b1_click(object sender, EventArgs e)
  {
    EventLog elog = new EventLog();
    elog.Log = "Application";
    elog.Source = "MSSQLServer";

    for(int i = 0; i<5;i++)
    {
```

Dr. Wright Ex.

**D350**

DEFAUS_00689211

D350 Page 1 of 5

```
    try
    {

     MessageBox.Show("Message: " +elog.Entries[i].Message + "\n" +
              "App: " +elog.Entries[i].Source + "\n" +
              "Entry type: " +elog.Entries[i].EntryType);
    }catch{}

    }

   }

   public static void Main()
   {
    Application.Run(new Event_Reader());
   }

  }
```

You can search the various properties of the *EventLog* class and return an instance of *EventLog.EventLogEntryCollection*. This will define a number of EventLogEntry types. Each of these will generally correspond to relevant entries in a Event Log.

You can add events for UserName, TimeGenrated, TimeWritten etc by simply substituting these types in the code example (modified from code provided on MSDN)

The Code Project has a simple code base that can be used to quickly put a small fast eventlog filter together and which can be modified to include Regex based search terms.
http://www.codeproject.com/KB/cs/eventviewerincsharp.aspx

Regards,
...
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & ...
Information Defense Pty Ltd

---

**From:** cce2-bounces@certified-computer-examiner.com [mailto:cce2-bounces@certified-computer-examiner.com] **On Behalf Of** ChopOMatic
**Sent:** Saturday, 18 April 2009 5:26 AM
**To:** Damon Hacker
**Cc:** cce2@certified-computer-examiner.com
**Subject:** Re: [CCE] Event viewer (Parsing)

In addition to Damon's fine advice, our own Dave Kleiman has an excellent presentation and much expertise on the use of LogParser, too. :-)

And there are free GUI-based event log viewers out there, as well.


Jerry Hatchett, CCE

Certified Computer Examiner
Licensed Private Investigator

Evidence Technology - Houston
----------------------------------------------

DISCLAIMER: Anything I say, particularly with regard to technology, should be interpreted generally, not specifically. The online world is a wonderful thing, but rarely is it practical to cover every imaginable scenario in a written, fast-paced forum. There are often exceptions, so keep that in mind.

On Fri, Apr 17, 2009 at 10:09 AM, Damon Hacker <dhacker@vestigeltd.com> wrote:
The easiest thing I have found to accomplish this is to use Microsoft's LogParser (free tool). It's SQL-based and parses all kinds of logs, including event logs. You can pull the date/time the event occurred (as well as when it was written to the log -- usually the same, but if there's a slight delay these can be off) as well as the Record Number.

I haven't tested a huge amount with Vista, but on XP, the Record Number starts at 1 and increments with each event. If you sequenced the date/time and the Number and find out-of-order Record Numbers you have spotted a clock manipulation.

Also, one other related note...since these logs are circular, even if older events have been purged the Record Number continues to increment. If you have a log that shows higher numbers followed by 1, 2, 3... etc., that tells you the Event log has been purged.

hth

-D

**From:** cce2-bounces@certified-computer-examiner.com [mailto:cce2-bounces@certified-computer-examiner.com] **On Behalf Of** Gilles Letourneau
**Sent:** Friday, April 17, 2009 10:47 AM
**To:** cce2@certified-computer-examiner.com
**Subject:** [CCE] Event viewer (Parsing)

I'm looking for a one button (do it all) solution ☺

Haa! not really but I need to see if someone change the date of his computer

for a while and then put it back the way it was.

I know that, the event viewer exist.

Who has experience with that and how can I do it?

DEFAUS_00689213

Is there a software to do it..  I did tried the enscript for event viewer in EnCase 6.11.22

But pfff I have a lot of page for only one month of event..

which event is always written to if you change the date..


well I have to read about it..  but if someone have a hint, it will be appreciate.

Thanks

Pc of the suspect is Running under XP.


Gilles


[Business card: HD Forensic Inc. Investigation Informatique. Nos outils par excellence: Access Data et EnCase. Enquête - Perquisition - Exécution d'Anton Piller. Gilles Létourneau, ACE, CCE. 1435 Fleury est, Montréal (Québec) H2C1R9  Téléphone: (514) 990-1897. Courriel: gilles.letourneau@hddforensic.com  www.hddforensic.com]


No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.557 / Virus Database: 270.11.57/2060 - Release Date: 2009-04-15 06:34


_____
cce2 mailing list
cce2@certified-computer-examiner.com
http://lists.certified-computer-examiner.com/mailman/listinfo/cce2

---

cce2 mailing list

cce2@certified-computer-examiner.com

http://lists.certified-computer-examiner.com/mailman/listinfo/cce2

DEFAUS_00689215