| | |
|---|---|
| From: | Dave Kleiman [dave@davekleiman.com] |
| Sent: | 7/17/2009 8:28:16 AM |
| To: | craig.wright@Information-Defense.com |
| Subject: | RE: [CCE] DD gurus |

Because you are lazy!!

Respectfully,

Dave Kleiman -  From Dave's Mobile Phone - 561.310.8801
http://www.DigitalComputerForensicExpert.com
http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801


-----Original Message-----
From: Craig S. Wright <craig.wright@Information-Defense.com>
Sent: Thursday, July 16, 2009 18:17
To: Dave Kleiman <dave@davekleiman.com>
Subject: RE: [CCE] DD gurus


I was asleep ;)
...
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & ...
Information Defense Pty Ltd


-----Original Message-----
From: cce2-bounces@certified-computer-examiner.com
[mailto:cce2-bounces@certified-computer-examiner.com] On Behalf Of Dave Kleiman
Sent: Thursday, 16 July 2009 11:36 PM
To: talovadavis@yahoo.com; cce2-bounces@certified-computer-examiner.com; CCE2 Mailinglist
Subject: Re: [CCE] DD gurus

Talova thank you and everyone else who responded!!

Respectfully,

Dave Kleiman -  From Dave's Mobile Phone - 561.310.8801
http://www.DigitalComputerForensicExpert.com
http://www.ComputerForensicExaminer.com -
http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801


-----Original Message-----
From: talovadavis@yahoo.com <talovadavis@yahoo.com>
Sent: Thursday, July 16, 2009 09:22
To: Dave Kleiman <dave@davekleiman.com>; cce2-bounces@certified-computer-examiner.com <cce2-bounces@certified-computer-examiner.com>; CCE2 Mailinglist <cce2@certified-computer-examiner.com>
Subject: Re: [CCE] DD gurus


I know Dave's already gotten many good answers, but here's another suggestion: FTK imager can take raw dd image files and put them together into one file. Select "Create disk image", select the original image file(s), then at the Image Destination screen, select "0" for the Image Fragment Size.

-Talova V. Davis

Dr. Wright Ex.

**D351**

DEFAUS_00690633

```
------Original Message------
From: Dave Kleiman
Sender: cce2-bounces@certified-computer-examiner.com
To: CCE2 Mailinglist
Sent: Jul 16, 2009 06:07
Subject: [CCE] DD gurus

What is the easiest way to put a DD separated into chunks back to 1 single
DD?

Respectfully,

Dave Kleiman -  From Dave's Mobile Phone - 561.310.8801
http://www.DigitalComputerForensicExpert.com
http://www.ComputerForensicExaminer.com -
http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

_____
Cce2 mailing list
Cce2@certified-computer-examiner.com
http://lists.certified-computer-examiner.com/mailman/listinfo/cce2


Sent from my Verizon Wireless BlackBerry

_____
Cce2 mailing list
Cce2@certified-computer-examiner.com
http://lists.certified-computer-examiner.com/mailman/listinfo/cce2
```