| | |
|---|---|
| **From**: | Craig S. Wright [craig.wright@Information-Defense.com] |
| **Sent**: | 3/17/2010 5:58:00 PM |
| **To**: | 'Dave Kleiman' [dave@davekleiman.com] |
| **Subject**: | So... |

So what are your comments on the paper?

Also, are you in for the book?

...
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & ...
Information Defense Pty Ltd
Mobile: 0417 683 914



Dr. Wright Ex.

**D352**

DEFAUS_00087354