| | |
|---|---|
| From: | Dave Kleiman [dave@davekleiman.com] |
| Sent: | 4/19/2010 4:38:43 AM |
| To: | craig.wright@Information-Defense.com |
| Subject: | RE: Papers so far. |

I was wondering if you quit sleeping...

Dave

-----Original Message-----
From: Craig S. Wright [mailto:craig.wright@Information-Defense.com]
Sent: Sunday, April 18, 2010 07:18
To: Dave Kleiman; 'Bob Radvanovsky'
Subject: Papers so far.

Hi,

I have sent some of these to each of you, but here is the compilation of completed papers thus far for the year.

I have 2 more papers that I will have completed tomorrow. I will send these then, but I have some sleep to catch up on presently. (I have not found a means of totally eliminating sleep, but I am working on it...)

So you may have noticed I have been a little quite on the lists etc this year. This is why.

Regards,

...

Dr. Craig S Wright <http://gse-compliance.blogspot.com/>  GSE-Malware, GSE-Compliance, LLM, & ...

Information Defense <http://www.information-defense.com/>  Pty Ltd

Mobile: 0417 683 914

Logo4

Dr. Wright Ex.

D354

DEFAUS_00693293

D354 Page 1 of 1