**From:** Craig Wright
**Sent:** Friday, October 24, 2008 4:54 AM
**To:** 'Dave Kleiman'
**Subject:** RE: Just a draft

LOL

> -----Original Message-----
> From: Dave Kleiman [mailto:dave@davekleiman.com]
> Sent: Friday, 24 October 2008 3:27 PM
> To: Craig Wright
> Subject: RE: Just a draft
>
> I have no idea how you find the time to breath.......
>
> -----Original Message-----
> From: Craig Wright [mailto:Craig.Wright@bdo.com.au]
> Sent: Friday, October 24, 2008 00:01
> To: Dave Kleiman
> Subject: Just a draft
>
>
>
> This is an early draft. Keep it under your hat.
>
>
> Craig Wright
> Associate Director, Risk Advisory Services
>
> Direct : +61 2 9286 5497
> Craig.Wright@bdo.com.au
> +61 417 683 914
>
> BDO Kendalls (NSW-VIC) Pty. Ltd.
> Level 19, 2 Market Street Sydney NSW 2000
> GPO BOX 2551 Sydney NSW 2001
> Fax +61 2 9993 9497
> www.bdo.com.au <http://www.bdo.com.au/>
>
> The information in this email and any attachments is confidential.
> If you are not the named addressee you must not read, print, copy,
> distribute, or use in any way this transmission or any information
> it contains. If you have received this message in error, please
> notify the sender by return email, destroy all copies and delete it
> from your system.
>
> Any views expressed in this message are those of the individual
> sender and not necessarily endorsed by BDO Kendalls. You may not
> rely on this message as advice unless subsequently confirmed by fax
> or letter signed by a Partner or Director of BDO Kendalls. It is
> your responsibility to scan this communication and any files
> attached for computer viruses and other defects. BDO Kendalls does
> not accept liability for any loss or damage however caused which
> may
> result from this communication or any files attached. A full
> version
> of the BDO Kendalls disclaimer, and our Privacy statement, can be
> found on the BDO Kendalls website at http://www.bdo.com.au
> <http://www.bdo.com.au/> or by emailing administrator@bdo.com.au.
>
> BDO Kendalls is a national association of separate partnerships and
> entities. Liability limited by a scheme approved under Professional
> Standards Legislation other than for the acts or omissions of
> financial services licensees.
>
>

Dr. Wright Ex.
**D356**

DEF_00008181

D356 Page 1 of 1