**From:** Craig Wright
**Sent:** Thursday, July 17, 2008 6:48 AM
**To:** dave kleiman
**Subject:** RE: How are you going with the paper

http://seclab.cs.sunysb.edu/iciss08/sub.html

We are in a little luck:
"Please note that initial submissions are STILL due on July 19, 11.59pm Pacific Time. You should not change the abstract and title after this deadline. But you will be permitted to update the PDF version of your paper until July 21, 11:59pm Pacific Time. "

So as late as Sunday night as long as we get a draft up on the 19th we can update it until the 21st. If you can get me something on Sunday, I can get it done for Monday.

Regards,
Craig

-----Original Message-----
From: dave kleiman [mailto:dave@davekleiman.com]
Sent: Thursday, 17 July 2008 4:14 PM
To: Craig Wright
Subject: RE: How are you going with the paper

Not too much, attached is what I started on so far (tracked changes are on).

I can definitely get more done tomorrow evening, and much more Friday night and through the weekend.

What is are absolute cutoff date, giving you enough time to review and finalize the document?

Dave

-----Original Message-----
From: Craig Wright [mailto:Craig.Wright@bdo.com.au]
Sent: Wednesday, July 16, 2008 19:19
To: dave kleiman
Subject: How are you going with the paper



Hi

Just wanted to see if you have made any headway.



Craig


Craig Wright
Associate Director, Risk Advisory Services

Direct : +61 2 9286 5497
Craig.Wright@bdo.com.au
+61 417 683 914

BDO Kendalls (NSW-VIC) Pty. Ltd.
Level 19, 2 Market Street Sydney NSW 2000
GPO BOX 2551 Sydney NSW 2001
Fax +61 2 9993 9497
www.bdo.com.au <http://www.bdo.com.au/>

The information in this email and any attachments is confidential.
If you are not the named addressee you must not read, print, copy,
distribute, or use in any way this transmission or any information
it contains. If you have received this message in error, please
notify the sender by return email, destroy all copies and delete it
from your system.

Any views expressed in this message are those of the individual

Dr. Wright Ex.

**D357**

DEF_00006747

sender and not necessarily endorsed by BDO Kendalls. You may not rely on this message as advice unless subsequently confirmed by fax or letter signed by a Partner or Director of BDO Kendalls. It is your responsibility to scan this communication and any files attached for computer viruses and other defects. BDO Kendalls does not accept liability for any loss or damage however caused which may result from this communication or any files attached. A full version of the BDO Kendalls disclaimer, and our Privacy statement, can be found on the BDO Kendalls website at http://www.bdo.com.au <http://www.bdo.com.au/> or by emailing administrator@bdo.com.au.

BDO Kendalls is a national association of separate partnerships and entities. Liability limited by a scheme approved under Professional Standards Legislation.

DEF_00006748