**From:** Craig Wright
**Sent:** Sunday, July 20, 2008 10:47 AM
**To:** dave kleiman <dave@davekleiman.com>; Shyaam <shyaam@gmail.com>
**Subject:** The Paper
**Attachments:** Overwriting Hard Drive Data.docx; Overwriting Hard Drive Data.pdf

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

Hi,
This is what I have uploaded.
Have a read and please make sure that there are no glaring errors. Our last chance to change it ends tomorrow.
Regards,
Craig

**Dr. Wright Ex.**

**D359**

DEF_00032566

1

Fourth International Conference on Information Systems Security (ICISS 2008)

# Overwriting Hard Drive Data: The Great Wiping Controversy

Craig Wright, Dave Kleiman, Shyaam Sundhar R.S.

## Abstract

Often we hear controversial opinions in digital forensics on the required or desired number of passes to utilize for properly overwriting, sometimes referred to as wiping or erasing, a modern hard drive. The controversy has caused much misconception, with persons commonly quoting that data can be recovered if it has only been overwritten once or twice. Moreover, referencing that it actually takes up to ten, and even as many as 35 (referred to as the Gutmann scheme because of the 1996 Secure Deletion of Data from Magnetic and Solid-State Memory published paper by Peter Gutmann) passes to securely overwrite the previous data.

One of the chief controversies is that if a head positioning system is not exact enough, new data written to a drive may not be written back to the precise location of the original data.

We demonstrate that the controversy surrounding this topic is unfounded.

## Key Words:

Digital Forensics, Data Wipe, Secure Wipe, Format

DEF_00032567

2

Fourth International Conference on Information Systems Security (ICISS 2008)

# 1    Introduction

Often we hear controversial opinions on the required or desired number of passes to utilize for properly overwriting, sometimes referred to as wiping or erasing, a modern hard drive. The controversy has caused much misconception, with persons commonly quoting that data can be recovered if it has only been overwritten once or twice. Moreover, referencing  that it actually takes up to ten, and even as many as 35 (referred to as the Gutmann scheme because of the 1996 Secure Deletion of Data from Magnetic and Solid-State Memory published paper by Peter Gutmann, [12]) passes to securely overwrite the previous data.

One of the chief controversies is that if a head positioning system is not exact enough, new data written to a drive may not be written back to the precise location of the original data.

This track misalignment is argued to make possible the process of identifying traces of data from earlier magnetic patterns alongside the current track.

This was the case with high capacity floppy diskette drives, which have a rudimentary position mechanism. This was at the bit level and testing did not take into account accumulated error.

This is based on the presupposition that when a one (1) is written to disk the actual effect is closer to obtaining a 0.95 when a zero (0) is overwritten with one (1), and a 1.05 when one (1)  is overwritten with one (1). This we can show is false and that in fact, there is a distribution based on the density plots that supports the contention that the differential in write patterns too great to allow for the recovery of overwritten data.

The argument arises from the statement that "each track contains an image of everything ever written to it, but that the contribution from each "layer" gets progressively smaller the further back it was made". This is a misunderstanding of the physics of drive functions and magneto-resonance. There is in fact no time component and the image is not layered. It is rather a density plot.

## 1.1    What is Magnetic Force Microscopy[1]

Magnetic force microscopy (MFM) images the spatial variation of magnetic forces on a sample surface. The tip of the microscope is coated with a ferromagnetic thin film. The system operates in non-contact mode, detecting changes in the resonant frequency of the cantilever induced by the magnetic field's dependence on tip-to-sample separation.

MFM can be used to image naturally occurring and deliberately written domain structures in magnetic materials. This allows the device to create a field density map of the device.

---

[1] The MFM senses the stray magnetic field above the surface of a sample. A magnetic tip is brought into close proximity with the surface and a small cantilever is used to detect the force between the tip and the sample. The tip is scanned over the surface to reveal the magnetic domain structure of the sample at up to 50 nm resolution.

DEF_00032568

Fourth International Conference on Information Systems Security (ICISS 2008)                                    3



**Fig. 1.** A simple representation of how MFM works

### 1.2    MFM imagery of overwritten hard disk tracks

The magnetic field topography (Fig. 2 below) was imaged with an MFM to measure the magnetic force density. This image was captured using the MFM in Lift Mode (lift height 35 nm). This results in the mapping of the shift in the cantilever resonant frequency.

The acquisition time for 1 byte is about 4 minutes. The image displays the:
- track width and skew,
- transition irregularities, and
- the difference between written and overwritten areas of the drive.



**Fig. 2.** This image was captured and reconstructed at a 25 μm scan from an Atomic Force Microscope [15].

Because of the misconception, created by much older technologies (such as floppy drives) with far lower densities, many believe that the use of an electron microscope will allow for the recovery of forensically usable data. The fact is, with modern drives (even going as far back as 1990) that this entire process is mostly a guessing game that fails significantly when tested.

The fact is many people believe that this is a physical impression in the drive that can belie the age of the impression. This is a misconception that is commonly held as to the process used to measure the

DEF_00032569

4

Fourth International Conference on Information Systems Security (ICISS 2008)

magnetic field strength. Using the MFM in Tapping Mode[2] (see Fig. 3), we get a topography image that represents the physical surface of the drive platter.



**Fig. 3.** Tapping Mode Displays a Topographical Image of the physical surface of the drive [15].

By comparing the physical drive topography (Fig. 3) with the distribution of magnetic force strength (Fig. 2), it is simple to determine visually that the physical image of the drive is unrelated to the magnetic image. The physical image of a drive is shown in exploded detail in Fig. 4 to demonstrate how drives function.

### Drive Physical and Logical Organization



**Fig. 4.** Exploded Hard Drive Composition

A Track is a concentric set of magnetic bits on the disk. Each track is commonly divided into 512 bytes sectors. The drive sector is the part of each track defined with magnetic marking and an ID number. Sectors have a sector header and an error correction code (ECC).

A Cylinder is a group of tracks with the same radius.

Data addressing occurs within the two methods for data addressing:
- CHS (cylinder-head-sector) and

---

[2] Tapping mode can also be called Dynamic Force mode, intermittent contact mode, non-contact mode, wave mode, and acoustic AC mode by various microscope vendors. When operating in tapping mode the cantilever is driven to oscillate up and down at near its resonance frequency by a small piezoelectric element.

DEF_00032570

5

Fourth International Conference on Information Systems Security (ICISS 2008)

- LBA (logical block address).

Fig. 5 shows detailed images of rewrite overlays from a hard disk platter.



**Fig. 5.** Magnetic field distributions for Hard Drive Rewrites [15]. These images are from reconstructed image of F6 overwritten by F9 at 0.15 $\mu m$ and 0.07 $\mu m$ misregistration respectively.

The distribution of magnetic field strength from a rewrite can be modeled using the following equation [15]:

$$S(x, y) = \iint R(x - x', y - y') \sigma_m (x', y') dx' dy' \qquad (1)$$

The issue from Guttmann's paper [12] is that we can recover data, but not with any level of accuracy. Carroll and Pecora (1993a, 1993b) demonstrated this effect and how stochastic noise results in a level of controlled chaos. The Guttmann preposition [12] is true based on a Bayesian a-prior model assuming that we have the original data and the pattern from the overwrite, but of course defeats the purpose of the recovery process. Stating that we can recover data with a high level of accuracy, given that we have the original data, is a tautology, and there would be no reason to do the recovery.

The previously mentioned paper uses the determination that the magnetic field strength is larger or smaller than that which would be expected from a write suggests the prior overwritten value. This is that a factored magnetic field strength of 0.90 or 1.10 (where 1.0 is a "clean" write with no prior information) would represent the previous information written to the drive that has been overwritten. This is postulated to be a means through which the use of an electron microscope could be deployed to recover data from a drive that has been wiped. The problem with this theory is that there are both small write errors on an unwritten sector and also remnant magnetic field densities from prior use of the drive sector.

Magnetic signatures are not time-stamped, accordingly there is no "unerase" capability [15].

Anther common misconception is about writing data to the hard drive itself, some people seem to think, that a digital write is a digital operation. This is a fallacy, drive writes are analogue with a probabilistic output [6], [8], [10]. It is unlikely that an individual write will be a +1.00000 (1). Rather - there is a set range, a normative confidence interval that the bit will be in [15].

DEF_00032571

6

Fourth International Conference on Information Systems Security (ICISS 2008)



| A. Distribution of "1" values on initial copy | B. Distribution of "1" values from overwrite with a "1" |

**Fig. 6.** Example Magnetic field functions for Hard Drive Rewrites

What this means is that there is generally a 95% likelihood that the +1 will exist in the range of (0.95, 1.05) there is then a 99% likelihood that it will exist in the range (0.90, 1.10) for instance. This leaves a negligible probability (1 bit in every 100,000 billion or so) that the actual potential will be less than 60% of the full +1 value. This error is the non-recoverable error rating for a drive using a single pass wipe [19].



| A. Distribution of "1" values from overwrite with a "0". | B. The differenced distributions. |

**Fig. 7 (A and B).** Example Magnetic field functions for Hard Drive Rewrites

As a result, there is no difference to the drive of a 0.90 or 1.10 factor of the magnetic potential. What this means is that due to temperature fluctuations, humidity, etc the value will most likely vary on EACH and EVERY pass of a write. The distributions of these reads are displayed as histograms in Fig. 6. The distribution is marginally different to the original, but we cannot predict values. From Fig. 7 it is simple to see that even with the prior data from the initial write we gain little benefit. These images display the differences in the voltage readings of the drives (which are determined through the

7

Fourth International Conference on Information Systems Security (ICISS 2008)

magnetic field strength). Clearly, some values that are more distantly distributed than would be expected in the differenced results (Fig. 7 B) with voltage values that are significantly greater then are expected. The problem is that the number of such readings is far lower than the numbers that result through shear probability alone.

Resultantly, there is no way to even determine if a 1.06 is due to a prior write or a temperature fluctuation. In addition, there is the issue of magnetic decay, which will come into play. This further skews the results and raises the level of uncertainty of data recovery.

Consequently, we can categorically state that there is a minimal (less than a 0.01% chance of recovering any data on a NEW and unused drive that has a single raw wipe pass (not even a low-level format). In the cases where a drive has been used (even being formatted for use) it is not possible to recover the information – there is a small chance of bit recovery, but the odds of obtaining a whole word are small.

The improvement in technology with electron microscopes will do little to change these results. The error from microscope readings was minimal compared to the drive error and as such, the issue is based on drive head alignment and not the method used for testing.

## 2    Data and method

This is based on 15 data types in 2 categories:

- Cat A (Raw drive, formatted drive, used drive)
- Cat B (all 0's, All 1's, 01 pattern, 0011 pattern, and 00001111 pattern).

1. The data write was a 1 kb file (1024 bits).
2. Both drive skew and the bit was read.
3. The process was repeated 5 times for an analysis of 76,800 data points.

The likelihood calculations are being completed for each of the 76,800 points with the distributions being analyzed for distribution density and distance.

Even on a single write, the overlap at best gives a probability of just over 50% of choosing a prior bit (the best read being a little over 56%). This cause the issue to arise, that there is no way to determine if the bit was correctly chosen or not. Therefore, there is a chance or choosing a former byte (8bits) – but this equates to 0.9% give or take a small confidence interval.

Resultantly, if there is less than a 1% chance of determining each character to be recovered correctly, the chance of a complete 5-character word being recovered drops exponentially to 8.463E-11 (or less on a used drive and who uses a new raw drive format). This results in a probability of less than 1 chance in 10Exp50 of recovering any useful data. So close to zero for all intents and definitely not within the realm of use for forensic presentation to a court.

Table 1 below, shows the mapped out results of probable recovery with a pristine drive of a similar make and model[3] to that which would have been used in the paper by Dr. Gutmann. This drive had never been used and was had raw data written to it for the first time in this test. The other drive was a newer drive[4] that has been used (I used this for my daily operations for 6 months) prior to the wiping procedure. A total of 17 variety of drives dated from 1994 to 2006 of both the SCSI and IDE category where tested for this process. A total of 56 drives where tested. On average only one (1) drive in four[5] (4) was found to function when the platter had been returned after an initial reading with the MFM.

---

[3] SEAGATE: ST51080N MEDAL.1080 1080MB 3.5"/SL SCSI2 FAST
[4] Western Digital WD1200JS
[5] 23.5% of drives where able to be used for an overwrite following an initial scan with the MFM.

8

Fourth International Conference on Information Systems Security (ICISS 2008)

## 3      Data Relationships

The only discernable relationship of note is between an initial write of a "1" on a pristine drive that is overwritten with a "0". This is demonstrated in Fig. 8 A.



**Fig. 8**. Example Magnetic field functions for Hard Drive Rewrites

This is a function of the drive write head and has no correlation to data recovery, so this is a just point of interest and noting to aid in data extraction from a forensic perspective. All other combinations of wipes displayed comparative distributions such as that in Fig. 8 B. Form this we can see a random pattern

### 3.1      Distributions of Data

The tables used in this section display the probabilities of recovery for each of the drives tested. Although the chances of recovering any single bit from a drive are relatively good, the aim in any forensic engagement is to recover usable data that can be presented in court.

| Probability of recovery | Pristine drive | Used Drive |
|---|---|---|
| 1 bit | 0.92 | 0.56 |
| 2 bit | 0.8464 | 0.3136 |
| 4 bit | 0.71639296 | 0.098345 |
| 8 bits (1 ASCII character) | 0.51321887 | 0.009672 |
| 16 bits | 0.26339361 | 9.35E-05 |
| **32 bits (1 word)** | **0.06937619** | **8.75E-09** |
| 64 bits | 0.00481306 | 7.66E-17 |
| 128 bits | 2.3166E-05 | 5.86E-33 |
| 256 bits | 5.3664E-10 | 3.44E-65 |
| 512 bits | 2.8798E-19 | 1.2E-129 |
| 1024 bits | 8.2934E-38 | 1.4E-258 |

**Table 1.** Table of Distributions

This clearly shows that any data recovery is minimal and that no forensically sound recovery is possible.

DEF_00032574

9

Fourth International Conference on Information Systems Security (ICISS 2008)

The bit-by-bit chance of recovery is 0.92 (+/- 0.15) and 0.54, but I have used the higher reading just to add an additional level of confidence. This demonstrates that the chances of recovering a single 8-bit word on the pristine drive are 51.32%. The recovery rate of a 32-bit word is 0.06937619 (just under 7%). As such, the chances of finding a single 4 letter word correctly from a Microsoft Word document file is 2.3166E-05 (0.00002317%)

Table 2 below is a table that further illustrates the wiping fallacy. We tested this by completing a single pass wipe, to simulate minimal use, we repeated the process.

| Probability of recovery | Pristine drive (plus 1 wipe) | Pristine drive (plus 3 wipe) |
|---|---|---|
| 1 bit | 0.87 | 0.64 |
| 2 bit | 0.7569 | 0.4096 |
| 4 bit | 0.57289761 | 0.16777216 |
| 8 bits (1 ASCII character) | 0.328211672 | 0.028147498 |
| 16 bits | 0.107722901 | 0.000792282 |
| **32 bits** | **0.011604223** | **6.2771E-07** |
| 64 bits | 0.000134658 | 3.9402E-13 |
| 128 bits | 1.81328E-08 | 1.55252E-25 |
| 256 bits | 3.28798E-16 | 2.41031E-50 |
| 512 bits | 1.08108E-31 | 5.8096E-100 |
| 1024 bits | 1.16873E-62 | 3.3752E-199 |

**Table 2.** Table of Distributions

Once again, we can see the data recovery is minimal.

The standard daily use of the drive makes recovery even more difficult, without even considering a wipe, just PRIOR use. In this case, the 3 former wipes are used to simulate use (though minimal and real use is far more intensive). The chances of recovering a single 8-bit word (a single character) are 0.0281475 (or 2.8%) – which is actually lower than randomly selecting the character.

## 3.2     Distribution of recovered data

The following is a retrieval pattern from the drive. Where the 8-bit word is correctly read, a "1" is listed. Where the value did not match the correct pattern that was written to the drive, a "0" is displayed.

```
[1]    0 0 1 0 1 0 0 1 0 0 1 1 1 0 1 0 1 1 1 1 1 0 0 1 0 0 1 0 1 0 1 1 1 0 1 0 0 0 0 0 0 0 1 0 1 1 1
[48]   0 1 0 1 0 0 0 1 0 1 1 1 1 1 0 0 0 0 0 0 1 0 0 0 0 1 1 0 1 1 1 0 0 0 1 0 1 0 1 1 1 1 0 1 0 0 0
[95]   0 1 1 0 0 1 0 0 1 1 0 1 0 0 1 0 1 0 0 0 1 0 1 1 1 0 0 1 0 0 1 1 0 0 0 0 1 0 1 0 1 0 1 0 0 1 1
[142]  1 1 1 1 1 1 1 0 0 1 1 1 1 0 0 0 0 0 1 0 0 1 0 0 0 0 1 0 1 1 0 1 1 1 0 0 1 1 0 0 0 1 0 0 0
[189]  1 0 1 1 0 1 0 1 0 0 1 1 1 0 1 0 1 1 0 1 0 1 1 1 1 0 1 1 0 0 1 0 0 1 0 1 0 0 1 1 0 0 0 0 1 0 1
[236]  0 0 1 0 1 1 1 0 1 1 0 0 1 1 1 1 1 1 1 0 0 1 1 1 0 0 1 0 1 0 1 0 0 1 0 0 0 0 0 0 0 0 1 0 1 0 1
[283]  0 1 0 1 0 1 1 0 0 0 1 1 0 0 0 1 0 0 1 0 0 1 1 0 0 1 1 1 1 1 1 0 0 1 1 0 0 1 1 1 1 1 0 0 0 0
[330]  0 0 0 0 0 0 1 1 0 1 0 1 1 1 0 1 0 1 1 0 0 0 1 1 0 0 0 1 1 0 1 0 1 0 1 0 0 0 0 1 1 0 0 1 0 1 0
[377]  1 1 1 0 1 0 1 0 0 1 0 0 0 0 0 0 0 1 0 0 0 1 0 0 1 1 1 1 1 0 1 1 0 1 1 0 1 0 1 1 1 0 1 0 0 0 1
[424]  1 1 0 0 1 1 1 0 0 0 0 1 1 1 0 1 0 0 0 0 1 0 0 1 0 0 0 1 1 0 0 0 1 0 0 1 1 1 1 0 1 1 1 0 0 0 1
[471]  1 1 1 1 0 1 1 1 1 0 0 0 0 1 0 0 0 0 0 0 1 0 0 0 1 0 1 1 0 0 1 0 1 1 1 1 1 1 1 0 1 0 1 0 0 0 0
[518]  1 0 0 1 0 1 1 1 1 1 0 0 1 0 1 1 0 1 0 1 1 1 1 0 0 1 0 0 0 1 0 0 0 0 1 1 0 0 0 0 1 1 0 0 0 0 0
[565]  1 1 1 0 0 0 0 0 0 1 0 0 1 0 0 1 0 0 1 1 1 1 0 0 0 0 0 1 0 1 1 1 1 1 1 1 0 1 1 1 0 0 1 0 0 0
[612]  1 1 0 1 1 1 1 0 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 1 0 1 1 0 0 1 0 0 0 0 1 0 1 0 1 0 0 0 0 1 0 0
[659]  1 1 0 1 0 1 0 1 1 0 0 0 0 0 0 1 1 0 1 0 0 1 1 1 0 0 0 0 1 1 1 0 1 1 0 0 0 0 0 1 1 1 1 1 0 0 1 1
[706]  1 0 0 1 1 1 0 1 0 1 0 1 1 0 1 0 0 0 0 0 1 1 0 1 1 1 0 1 0 0 1 0 1 0 1 0 0 1 1 0 0 0 0 0 0 0 1
[753]  1 0 0 1 1 1 0 0 1 0 1 1 0 0 0 0 1 1 1 1 1 0 0 0 1 0 0 1 1 1 0 0 0 0 1 0 1 0 0 0 1 0 1 1 0 0 0
[800]  0 0 1 0 0 0 1 0 0 0 0 0 0 1 0 1 1 1 1 0 1 0 1 0 0 0 0 1 0 1 1 1 1 1 0 0 1 0 0 1 0 0 0 0 0 0 0
```

DEF_00032575

10

Fourth International Conference on Information Systems Security (ICISS 2008)

[847] 0 0 0 0 1 0 1 0 0 0 0 0 0 1 0 1 1 0 1 1 1 0 1 1 0 0 0 1 1 1 1 1 1 0 0 1 0 0 0 0 1 1 1 0 0 1 0
[894] 1 1 1 0 1 1 0 0 1 0 0 0 0 1 1 0 1 1 1 1 0 1 1 0 0 1 0 0 1 0 0 1 1 1 0 1 1 0 0 1 0 0 1 0 0 1 1
[941] 1 0 0 0 1 0 0 1 0 1 0 1 1 1 1 1 1 0 1 1 0 0 0 1 0 0 1 1 1 1 0 0 1 1 1 1 1 1 0 0 1 1 1 0 1 0
[988] 0 0 1 0 1 1 1 0 1 0 0 1 1 1 0 0 1 1 0 0 1 0 0 0 0 1 1 1 1 1 0 1 0 0 1 1 0

As an example, the following is the start of the paper by Peter Gutmann [12], first displayed accurately, and next at an optimal retrieval level.

### 3.2.1   Correct display

*Secure deletion of data - Peter Gutmann - 1996*
*Abstract*
*With the use of increasingly sophisticated encryption systems, an attacker wishing to gain access to sensitive data is forced to look elsewhere for information. One avenue of attack is the recovery of supposedly erased data from magnetic media or random-access memory.*

### 3.2.2   Display from recovery (optimal)

‰ 'cKræ}d8Œeti²n•of0daÈI0Ptr0G§tWÇiï_¼Å1u960eb8tÈñutW00000Dç🔲Ã#Ì0
Hf$00¦000%£z0\0ã0000á0áã«it|tþÛ0u³e🔲Ff°i™%¦eàsinqTyoîopÚ¨È:i†aze0®Mcryption0sîÙt
ems?DKtA""cÐÍ0+¢sinŒ0toK–ai2z÷¢(ns~0tü0;e
½¡ti)e""daÆa>s0foôce␣ÑtÒÍl2o–iell¶¨$eöe›Ýr""inf¬rm‰ion.0OnRïavem>egoN0-¨tRÁ"1i
                    läßh±0"eÛoie=y0Cz-su🔲¨s/¨1Ù{era'Jd0dataF¨ro>🔲magne³;&£õãÉáã%or•r‰ondo°-
Qcc«ÇŸ0mà @ryl00000000000000000

Although on the perfect drive some words could be recovered, there is little of forensic value.

### 3.2.3   Display from recovery (expected)

¡ÅuÛtÞdM@""
"ïFnFã:à🔲ÅÒÌ¾'¨L'¿ôPÙ!#¯¬×L¨ÙÆ!mC
2'³„‡·}NŽýñêZØ^›l©þì®·äÕŒv¿^œº0TÍ[ªHÝBš¸ð
7zô¦»öëÕ/"""[ýÀ†¸kR¿xt¸÷\Í2$Ïä"
"🔲ÑU%TóÁ'ØoxÈ$i
Wï^™oÈS²Œ¸Ê%ñ ÕeS» eüB®Èk‹¦YrÍÈ¶=ÏÌSÃ¦öp¥D
ôÈŽ"|ûÚA6¸œ÷U🔲$µM¢;Òæe•ÏÍMÀ\ùœç]#🔲Q————————————————Á¹Ù""—
OX¨ħ
ÍÿïÉûË Ã"
"W\$5Ä=rB+5•ö–GßÜä9ïõNë-ß¨Ya"¬i%×Ó¿Ô[Mãü
·†Î¸ƒ¸…[Å¸KDnFJ^·×ÁŒ¿êäd¬sPÔí8'v0æ
#!)YÞúÆ©
k-‹HÃˆo\$°🔲Ø°Ïm/Wîc@Û»Ì"¸¸zbiþ00000000000000000

On the drive that had been wiped 3 times (prior) to the data being written and then added, the results are worse.

## 4   Conclusion

The aim of this paper was to categorically settle the controversy surrounding the misconceptions involving the belief that data can be recovered following a wipe procedure. This study has demonstrated that correctly wiped data can never be retrieved even if it is of a small size or found only over small parts of the hard drive. The belief that a tool can be developed to retrieve gigabytes or terabytes of information from a wiped drive is in error.

Although there is a good chance of recovery for any individual bit from a drive, the chances of recovery of any amount of data from a drive using an electron microscope are negligible. Even speculating on the possible recovery of an old drive, there is no likelihood that any data would be recoverable from the drive. The forensic recovery of data using electron microscopy is infeasible.

DEF_00032576

11

Fourth International Conference on Information Systems Security (ICISS 2008)

This was true both on old drives and has become more difficult over time. Further, the need for the data to have been written and then wiped on a raw unused drive for there to be any hope of any level of recovery even at the bit level does not reflect real situations. It is unlikely that a recovered drive will have not been used for a period of time and the interaction of defragmentation, file copies and general use negates any chance of data recovery. The fallacy that data can be forensically recovered using an electron microscope or related means needs to be put to rest.

## References

1. Abramowitz, M., & Stegun, I. A. (1965), "*Handbook of Mathematical Functions*" (Dover, New York).
2. Amit, D. J., (1984), "*Field Theory*", The Renormalization Group and Critical Phenomena (World Scientific, Singapore).
3. Braun, H. B. (1994) "*Fluctuations and instabilities of ferromagnetic domain-wall pairs in an external magnetic field*", Phys. Rev. B. 50 (1994), 16485–16500
4. Brown, G., Novotny, M. A. & Rikvold, P. A. (2001) "*Thermal magnetization reversal in arrays of nanoparticles*", J. Appl. Phys. 89, 7588–7590.
5. Bulsara, A., S. Chillemi, L. Kiss, P. V. E. McClintock, R. Mannella, F. Marchesoni, G. Nicolis, and K. Wiesenfeld, (1995), Eds., "*International Workshop on Fluctuations in Physics and Biology: Stochastic Resonance, Signal Processing and Related Phenomena*", published in Nuovo Cimento 17D, 653.
6. Carroll, T. L., &Pecora, L. M. (1993a), Phys. Rev. Lett. 70, 576.
7. Carroll, T. L., & Pecora, L. M. (1993b), Phys. Rev. E 47, 3941.
8. Gomez, R., A. Adly, I. Mayergoyz, E. Burke. (1992). "*Magnetic Force Scanning Tunnelling Microscope Imaging of Overwritten Data*", IEEE Transactions on Magnetics. (28:5), 3141.
9. Gammaitoni L., Ha¨nggi P., Jung P., & Marchesoni F. (1998) "Stochastic resonance", Reviews of Modern Physics, Vol. 70, No. 1, January 1998, The American Physical Society
10. Gomez, R., E.Burke, A. Adly, I. Mayergoyz, J. Gorczyca. (1993). "*Microscopic Investigations of Overwritten Data*", Journal of Applied Physics, (73:10), 6001.
11. Grinstein G. & Koch, R. H. (2005) "*Switching probabilities for single-domain magnetic particles, to appear*" Phys. Rev. B 71, 184427, USA
12. Gutmann, P. (1996) "*Secure Deletion of Data from Magnetic and Solid-State Memory*", Proceedings of the Sixth USENIX Security Symposium. July 22-25, San Jose, CA., 77-90. (http://www.cs.auckland.ac.nz/~pgut001/pubs/secure_del.html)
13. Ha¨ nggi, P., and R. Bartussek, (1996), in Nonlinear Physics of Complex Systems: "*Current Status and Future Trends*", edited by J. Parisi, S. C. Mu¨ ller, and W. Zimmermann, Lecture Notes in Physics 476 (Springer, Berlin, New York), p. 294.
14. Liu, D. (2003) "*Topics in the Analysis and Computation of Stochastic Differential Equations*", Ph. D. thesis, Princeton University.
15. Mayergoyza, I.D., Tse, C., Krafft, & C., Gomez, R. D. (2001) "*Spin-stand imaging of overwritten data and its comparison with magnetic force microscopy*", JOURNAL OF APPLIED PHYSICS VOLUME 89, NUMBER 11.
16. Moss, F., (1994), in *Contemporary Problems in Statistical Physics*, edited by G. H. Weiss (SIAM, Philadelphia), pp. 205–253.
17. Ren, W. E, W. & Vanden-Eijnden, E. (2003) "*Energy landscape and thermally activated switching of submicron-size ferromagnetic elements*", J. Appl. Phys. 93, 2275–2282.
18. Reznikoff, M. G. (2004) "*Rare Events in Finite and Infinite Dimensions*", Ph. D. thesis, New York University.
19. Rugar, D. H. Mamin, P. Guenther, S. Lambert, J. Stern, I. McFadyen, and T. Yogi. (1990). "*Magnetic Force Microscopy: General Principles and Application to Longitudinal Recording Media*", Journal of Applied Physics, (68:3), 1169.

DEF_00032578

Fourth International Conference on Information Systems Security (ICISS 2008)

13

## Appendix:

The following images are some of the drives consumed in the production of this paper.



DEF_00032579

1

Fourth International Conference on Information Systems Security (ICISS 2008)

# Overwriting Hard Drive Data: The Great Wiping Controversy

Craig Wright, Dave Kleiman, Shyaam Sundhar R.S.

## Abstract

Often we hear controversial opinions in digital forensics on the required or desired number of passes to utilize for properly overwriting, sometimes referred to as wiping or erasing, a modern hard drive. The controversy has caused much misconception, with persons commonly quoting that data can be recovered if it has only been overwritten once or twice. Moreover, referencing that it actually takes up to ten, and even as many as 35 (referred to as the Gutmann scheme because of the 1996 Secure Deletion of Data from Magnetic and Solid-State Memory published paper by Peter Gutmann) passes to securely overwrite the previous data.

One of the chief controversies is that if a head positioning system is not exact enough, new data written to a drive may not be written back to the precise location of the original data.

We demonstrate that the controversy surrounding this topic is unfounded.

## Key Words:

Digital Forensics, Data Wipe, Secure Wipe, Format

DEF_00032580

2

Fourth International Conference on Information Systems Security (ICISS 2008)

# 1    Introduction

Often we hear controversial opinions on the required or desired number of passes to utilize for properly overwriting, sometimes referred to as wiping or erasing, a modern hard drive. The controversy has caused much misconception, with persons commonly quoting that data can be recovered if it has only been overwritten once or twice. Moreover, referencing that it actually takes up to ten, and even as many as 35 (referred to as the Gutmann scheme because of the 1996 Secure Deletion of Data from Magnetic and Solid-State Memory published paper by Peter Gutmann, [12]) passes to securely overwrite the previous data.

One of the chief controversies is that if a head positioning system is not exact enough, new data written to a drive may not be written back to the precise location of the original data.

This track misalignment is argued to make possible the process of identifying traces of data from earlier magnetic patterns alongside the current track.

This was the case with high capacity floppy diskette drives, which have a rudimentary position mechanism. This was at the bit level and testing did not take into account accumulated error.

This is based on the presupposition that when a one (1) is written to disk the actual effect is closer to obtaining a 0.95 when a zero (0) is overwritten with one (1), and a 1.05 when one (1) is overwritten with one (1). This we can show is false and that in fact, there is a distribution based on the density plots that supports the contention that the differential in write patterns too great to allow for the recovery of overwritten data.

The argument arises from the statement that "each track contains an image of everything ever written to it, but that the contribution from each "layer" gets progressively smaller the further back it was made". This is a misunderstanding of the physics of drive functions and magneto-resonance. There is in fact no time component and the image is not layered. It is rather a density plot.

## 1.1    What is Magnetic Force Microscopy[1]

Magnetic force microscopy (MFM) images the spatial variation of magnetic forces on a sample surface. The tip of the microscope is coated with a ferromagnetic thin film. The system operates in non-contact mode, detecting changes in the resonant frequency of the cantilever induced by the magnetic field's dependence on tip-to-sample separation.

MFM can be used to image naturally occurring and deliberately written domain structures in magnetic materials. This allows the device to create a field density map of the device.

---

[1] The MFM senses the stray magnetic field above the surface of a sample. A magnetic tip is brought into close proximity with the surface and a small cantilever is used to detect the force between the tip and the sample. The tip is scanned over the surface to reveal the magnetic domain structure of the sample at up to 50 nm resolution.

DEF_00032581

3

Fourth International Conference on Information Systems Security (ICISS 2008)



**Fig. 1.** A simple representation of how MFM works

## 1.2    MFM imagery of overwritten hard disk tracks

The magnetic field topography (Fig. 2 below) was imaged with an MFM to measure the magnetic force density. This image was captured using the MFM in Lift Mode (lift height 35 nm). This results in the mapping of the shift in the cantilever resonant frequency.

The acquisition time for 1 byte is about 4 minutes. The image displays the:
- track width and skew,
- transition irregularities, and
- the difference between written and overwritten areas of the drive.



**Fig. 2.** This image was captured and reconstructed at a 25 µm scan from an Atomic Force Microscope [15].

Because of the misconception, created by much older technologies (such as floppy drives) with far lower densities, many believe that the use of an electron microscope will allow for the recovery of forensically usable data. The fact is, with modern drives (even going as far back as 1990) that this entire process is mostly a guessing game that fails significantly when tested.

The fact is many people believe that this is a physical impression in the drive that can belie the age of the impression. This is a misconception that is commonly held as to the process used to measure the

DEF_00032582

4

Fourth International Conference on Information Systems Security (ICISS 2008)

magnetic field strength. Using the MFM in Tapping Mode[2] (see Fig. 3), we get a topography image that represents the physical surface of the drive platter.



**Fig. 3.** Tapping Mode Displays a Topographical Image of the physical surface of the drive [15].

By comparing the physical drive topography (Fig. 3) with the distribution of magnetic force strength (Fig. 2), it is simple to determine visually that the physical image of the drive is unrelated to the magnetic image. The physical image of a drive is shown in exploded detail in Fig. 4 to demonstrate how drives function.

### Drive Physical and Logical Organization



**Fig. 4**. Exploded Hard Drive Composition

A Track is a concentric set of magnetic bits on the disk. Each track is commonly divided into 512 bytes sectors. The drive sector is the part of each track defined with magnetic marking and an ID number. Sectors have a sector header and an error correction code (ECC).

A Cylinder is a group of tracks with the same radius.

Data addressing occurs within the two methods for data addressing:
- CHS (cylinder-head-sector) and

---

[2] Tapping mode can also be called Dynamic Force mode, intermittent contact mode, non-contact mode, wave mode, and acoustic AC mode by various microscope vendors. When operating in tapping mode the cantilever is driven to oscillate up and down at near its resonance frequency by a small piezoelectric element.

DEF_00032583

5

Fourth International Conference on Information Systems Security (ICISS 2008)

- LBA (logical block address).

Fig. 5 shows detailed images of rewrite overlays from a hard disk platter.



**Fig. 5.** Magnetic field distributions for Hard Drive Rewrites [15]. These images are from reconstructed image of F6 overwritten by F9 at 0.15 $\mu m$ and 0.07 $\mu m$ misregistration respectively.

The distribution of magnetic field strength from a rewrite can be modeled using the following equation [15]:

$$S(x, y) = \iint R\ x - x', y - y'\ \sigma_m\ x', y'\ dx' dy' \tag{1}$$

The issue from Guttmann's paper [12] is that we can recover data, but not with any level of accuracy. Carroll and Pecora (1993a, 1993b) demonstrated this effect and how stochastic noise results in a level of controlled chaos. The Guttmann preposition [12] is true based on a Bayesian a-prior model assuming that we have the original data and the pattern from the overwrite, but of course defeats the purpose of the recovery process. Stating that we can recover data with a high level of accuracy, given that we have the original data, is a tautology, and there would be no reason to do the recovery.

The previously mentioned paper uses the determination that the magnetic field strength is larger or smaller than that which would be expected from a write suggests the prior overwritten value. This is that a factored magnetic field strength of 0.90 or 1.10 (where 1.0 is a "clean" write with no prior information) would represent the previous information written to the drive that has been overwritten. This is postulated to be a means through which the use of an electron microscope could be deployed to recover data from a drive that has been wiped. The problem with this theory is that there are both small write errors on an unwritten sector and also remnant magnetic field densities from prior use of the drive sector.

Magnetic signatures are not time-stamped, accordingly there is no "unerase" capability [15].

Anther common misconception is about writing data to the hard drive itself, some people seem to think, that a digital write is a digital operation. This is a fallacy, drive writes are analogue with a probabilistic output [6], [8], [10]. It is unlikely that an individual write will be a +1.00000 (1). Rather - there is a set range, a normative confidence interval that the bit will be in [15].

DEF_00032584

6

Fourth International Conference on Information Systems Security (ICISS 2008)



| A. Distribution of "1" values on initial copy | B. Distribution of "1" values from overwrite with a "1" |

**Fig. 6.** Example Magnetic field functions for Hard Drive Rewrites

What this means is that there is generally a 95% likelihood that the +1 will exist in the range of (0.95, 1.05) there is then a 99% likelihood that it will exist in the range (0.90, 1.10) for instance. This leaves a negligible probability (1 bit in every 100,000 billion or so) that the actual potential will be less than 60% of the full +1 value. This error is the non-recoverable error rating for a drive using a single pass wipe [19].



| A. Distribution of "1" values from overwrite with a "0". | B. The differenced distributions. |

**Fig. 7 (A and B).** Example Magnetic field functions for Hard Drive Rewrites

As a result, there is no difference to the drive of a 0.90 or 1.10 factor of the magnetic potential. What this means is that due to temperature fluctuations, humidity, etc the value will most likely vary on EACH and EVERY pass of a write. The distributions of these reads are displayed as histograms in Fig. 6. The distribution is marginally different to the original, but we cannot predict values. From Fig. 7 it is simple to see that even with the prior data from the initial write we gain little benefit. These images display the differences in the voltage readings of the drives (which are determined through the

DEF_00032585

7

Fourth International Conference on Information Systems Security (ICISS 2008)

magnetic field strength). Clearly, some values that are more distantly distributed than would be expected in the differenced results (Fig. 7 B) with voltage values that are significantly greater then are expected. The problem is that the number of such readings is far lower than the numbers that result through shear probability alone.

Resultantly, there is no way to even determine if a 1.06 is due to a prior write or a temperature fluctuation. In addition, there is the issue of magnetic decay, which will come into play. This further skews the results and raises the level of uncertainty of data recovery.

Consequently, we can categorically state that there is a minimal (less than a 0.01% chance of recovering any data on a NEW and unused drive that has a single raw wipe pass (not even a low-level format). In the cases where a drive has been used (even being formatted for use) it is not possible to recover the information – there is a small chance of bit recovery, but the odds of obtaining a whole word are small.

The improvement in technology with electron microscopes will do little to change these results. The error from microscope readings was minimal compared to the drive error and as such, the issue is based on drive head alignment and not the method used for testing.

## 2    Data and method

This is based on 15 data types in 2 categories:

- Cat A (Raw drive, formatted drive, used drive)
- Cat B (all 0's, All 1's, 01 pattern, 0011 pattern, and 00001111 pattern).

1. The data write was a 1 kb file (1024 bits).
2. Both drive skew and the bit was read.
3. The process was repeated 5 times for an analysis of 76,800 data points.

The likelihood calculations are being completed for each of the 76,800 points with the distributions being analyzed for distribution density and distance.

Even on a single write, the overlap at best gives a probability of just over 50% of choosing a prior bit (the best read being a little over 56%). This cause the issue to arise, that there is no way to determine if the bit was correctly chosen or not. Therefore, there is a chance or choosing a former byte (8bits) – but this equates to 0.9% give or take a small confidence interval.

Resultantly, if there is less than a 1% chance of determining each character to be recovered correctly, the chance of a complete 5-character word being recovered drops exponentially to 8.463E-11 (or less on a used drive and who uses a new raw drive format). This results in a probability of less than 1 chance in 10Exp50 of recovering any useful data. So close to zero for all intents and definitely not within the realm of use for forensic presentation to a court.

Table 1 below, shows the mapped out results of probable recovery with a pristine drive of a similar make and model[3] to that which would have been used in the paper by Dr. Gutmann. This drive had never been used and was had raw data written to it for the first time in this test. The other drive was a newer drive[4] that has been used (I used this for my daily operations for 6 months) prior to the wiping procedure. A total of 17 variety of drives dated from 1994 to 2006 of both the SCSI and IDE category where tested for this process. A total of 56 drives where tested. On average only one (1) drive in four[5] (4) was found to function when the platter had been returned after an initial reading with the MFM.

---

[3] SEAGATE: ST51080N MEDAL.1080 1080MB 3.5"/SL SCSI2 FAST
[4] Western Digital WD1200JS
[5] 23.5% of drives where able to be used for an overwrite following an initial scan with the MFM.

DEF_00032586

8

Fourth International Conference on Information Systems Security (ICISS 2008)

## 3    Data Relationships

The only discernable relationship of note is between an initial write of a "1" on a pristine drive that is overwritten with a "0". This is demonstrated in Fig. 8 A.



A.                                                                B.

**Fig. 8**. Example Magnetic field functions for Hard Drive Rewrites

This is a function of the drive write head and has no correlation to data recovery, so this is a just point of interest and noting to aid in data extraction from a forensic perspective. All other combinations of wipes displayed comparative distributions such as that in Fig. 8 B. Form this we can see a random pattern

### 3.1    Distributions of Data

The tables used in this section display the probabilities of recovery for each of the drives tested. Although the chances of recovering any single bit from a drive are relatively good, the aim in any forensic engagement is to recover usable data that can be presented in court.

| Probability of recovery | Pristine drive | Used Drive |
|---|---|---|
| 1 bit | 0.92 | 0.56 |
| 2 bit | 0.8464 | 0.3136 |
| 4 bit | 0.71639296 | 0.098345 |
| 8 bits (1 ASCII character) | 0.51321887 | 0.009672 |
| 16 bits | 0.26339361 | 9.35E-05 |
| **32 bits (1 word)** | **0.06937619** | **8.75E-09** |
| 64 bits | 0.00481306 | 7.66E-17 |
| 128 bits | 2.3166E-05 | 5.86E-33 |
| 256 bits | 5.3664E-10 | 3.44E-65 |
| 512 bits | 2.8798E-19 | 1.2E-129 |
| 1024 bits | 8.2934E-38 | 1.4E-258 |

**Table 1.** Table of Distributions

This clearly shows that any data recovery is minimal and that no forensically sound recovery is possible.

DEF_00032587

9

Fourth International Conference on Information Systems Security (ICISS 2008)

The bit-by-bit chance of recovery is 0.92 (+/- 0.15) and 0.54, but I have used the higher reading just to add an additional level of confidence. This demonstrates that the chances of recovering a single 8-bit word on the pristine drive are 51.32%. The recovery rate of a 32-bit word is 0.06937619 (just under 7%). As such, the chances of finding a single 4 letter word correctly from a Microsoft Word document file is 2.3166E-05 (0.00002317%)

Table 2 below is a table that further illustrates the wiping fallacy. We tested this by completing a single pass wipe, to simulate minimal use, we repeated the process.

| Probability of recovery | Pristine drive (plus 1 wipe) | Pristine drive (plus 3 wipe) |
|---|---|---|
| 1 bit | 0.87 | 0.64 |
| 2 bit | 0.7569 | 0.4096 |
| 4 bit | 0.57289761 | 0.16777216 |
| 8 bits (1 ASCII character) | 0.328211672 | 0.028147498 |
| 16 bits | 0.107722901 | 0.000792282 |
| **32 bits** | **0.011604223** | **6.2771E-07** |
| 64 bits | 0.000134658 | 3.9402E-13 |
| 128 bits | 1.81328E-08 | 1.55252E-25 |
| 256 bits | 3.28798E-16 | 2.41031E-50 |
| 512 bits | 1.08108E-31 | 5.8096E-100 |
| 1024 bits | 1.16873E-62 | 3.3752E-199 |

**Table 2.** Table of Distributions

Once again, we can see the data recovery is minimal.

The standard daily use of the drive makes recovery even more difficult, without even considering a wipe, just PRIOR use. In this case, the 3 former wipes are used to simulate use (though minimal and real use is far more intensive). The chances of recovering a single 8-bit word (a single character) are 0.0281475 (or 2.8%) – which is actually lower than randomly selecting the character.

### 3.2    Distribution of recovered data

The following is a retrieval pattern from the drive. Where the 8-bit word is correctly read, a "1" is listed. Where the value did not match the correct pattern that was written to the drive, a "0" is displayed.

```
[1]    0 0 1 0 1 0 0 1 0 0 1 1 1 0 1 0 1 1 1 1 1 0 0 1 0 0 1 0 1 0 1 1 1 0 1 0 0 0 0 0 0 0 1 0 1 1 1
[48]   0 1 0 1 0 0 0 1 0 1 1 1 1 1 0 0 0 0 0 0 1 0 0 0 0 1 1 0 1 1 1 0 0 0 1 0 1 0 1 1 1 1 0 1 0 0 0
[95]   0 1 1 0 0 1 0 0 1 1 0 1 0 0 1 0 1 0 0 0 1 0 1 1 1 0 0 1 0 0 1 1 0 0 0 0 1 0 1 0 1 0 1 0 0 1 1
[142]  1 1 1 1 1 1 1 0 0 1 1 1 1 0 0 0 0 0 1 0 0 1 0 0 0 1 0 0 1 1 0 1 1 1 0 0 1 1 0 0 0 1 0 0 0
[189]  1 0 1 1 0 1 0 1 0 0 1 1 1 0 1 0 1 1 0 1 0 1 1 1 1 0 1 1 0 0 1 0 0 1 0 1 0 0 1 1 0 0 0 0 1 0 1
[236]  0 0 1 0 1 1 1 0 1 1 0 0 1 1 1 1 1 1 1 0 0 1 1 1 0 0 1 0 1 0 1 0 0 1 0 0 0 0 0 0 0 0 0 1 0 1 0 1
[283]  0 1 0 1 0 1 1 0 0 0 1 1 0 0 0 0 1 0 0 1 0 0 1 1 1 0 0 1 1 1 1 1 1 0 0 1 1 0 0 1 1 1 1 0 0 0 0
[330]  0 0 0 0 0 0 1 1 0 1 0 1 1 1 0 1 0 1 1 0 0 0 1 1 0 0 0 1 1 0 1 0 1 0 1 0 0 0 0 1 1 0 0 1 0 1 0
[377]  1 1 1 0 1 0 1 0 0 1 0 0 0 0 0 0 0 1 0 0 0 1 0 0 1 1 1 1 1 0 1 1 0 1 1 0 1 0 1 1 1 0 1 0 0 0 1
[424]  1 1 0 0 1 1 1 0 0 0 0 1 1 1 0 1 0 0 0 0 1 0 0 1 0 0 0 0 1 1 0 0 0 1 0 0 1 1 1 1 0 1 1 1 0 0 0 1
[471]  1 1 1 1 0 1 1 1 1 0 0 0 0 1 0 0 0 0 0 0 1 0 0 0 1 0 1 1 0 0 1 0 1 1 1 1 1 1 1 0 1 0 1 0 0 0 0
[518]  1 0 0 1 0 1 1 1 1 1 0 0 1 0 1 1 0 1 0 1 1 1 1 0 0 1 0 0 0 1 0 0 0 0 1 1 0 0 0 0 1 1 0 0 0 0 0
[565]  1 1 1 0 0 0 0 0 0 1 0 0 1 0 0 1 0 0 1 1 1 1 0 0 0 0 0 1 0 1 1 1 1 1 1 0 1 1 1 0 0 1 0 0 0
[612]  1 1 0 1 1 1 1 0 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 1 0 1 1 0 0 1 0 0 0 0 1 0 1 0 1 0 0 0 0 1 0 0
[659]  1 1 0 1 0 1 0 1 1 0 0 0 0 0 0 1 1 0 1 0 0 1 1 1 0 0 0 1 1 1 0 1 1 0 0 0 0 0 0 1 1 1 1 1 0 0 1 1
[706]  1 0 0 1 1 1 0 1 0 1 0 1 1 0 1 0 0 0 0 0 1 1 0 1 1 1 0 1 0 0 1 0 1 0 1 0 0 1 1 0 0 0 0 0 0 0 1
[753]  1 0 0 1 1 1 0 0 1 0 1 1 0 0 0 0 1 1 1 1 1 0 0 0 1 0 0 1 1 1 0 0 0 0 1 0 1 0 0 0 1 0 1 1 0 0 0
[800]  0 0 1 0 0 0 1 0 0 0 0 0 0 1 0 1 1 1 1 0 1 0 1 0 0 0 0 1 0 1 1 1 1 1 0 0 1 0 0 1 0 0 0 0 0 0 0
```

DEF_00032588

Fourth International Conference on Information Systems Security (ICISS 2008)

[847] 0 0 0 0 1 0 1 0 0 0 0 0 0 1 0 1 1 0 1 1 1 0 1 1 0 0 0 1 1 1 1 1 1 0 0 1 0 0 0 0 1 1 1 0 0 1 0
[894] 1 1 1 0 1 1 0 0 1 0 0 0 0 1 1 0 1 1 1 1 0 1 1 0 0 1 0 0 1 0 0 1 1 1 0 1 1 0 0 1 0 0 1 0 0 1 1
[941] 1 0 0 0 1 0 1 0 1 0 1 1 1 1 1 1 0 1 1 0 0 0 1 0 0 1 1 1 1 0 0 1 0 1 1 1 1 1 1 0 0 1 1 1 0 1 0
[988] 0 0 1 0 1 1 1 0 1 0 0 1 1 1 0 0 1 1 0 0 1 0 0 0 0 1 1 1 1 1 0 1 0 0 1 1 0

As an example, the following is the start of the paper by Peter Gutmann [12], first displayed
accurately, and next at an optimal retrieval level.

### 3.2.1 Correct display

*Secure deletion of data - Peter Gutmann - 1996*
*Abstract*
*With the use of increasingly sophisticated encryption systems, an attacker wishing to gain*
*access to sensitive data is forced to look elsewhere for information. One avenue of attack is*
*the recovery of supposedly erased data from magnetic media or random-access memory.*

### 3.2.2 Display from recovery (optimal)

‰ ʿcKræ}d8Ǽeti²n•of0daÈI0Ptr0G§tWÇii_¼Á1u960eb8tÈñutW00000Dç🌕Ã#Ì0
Hf$00|000%£z0\0ã0000á0áã«it|tþÛ0u³e🌕Ff°i™%|eàsinqTyoîopÚ¨Ë:i†aze0®Mcryption0sîÙt
ems?DKtA""cÐİ0+¢sinŒ0toK–ai2z÷¢(ns~0tü0;e
½ıti)e""daÆa>s0foôce‚ÑtÒÍl2o–iell¶ˆ$eöe›Ýr""inf¬rm‰ion.0OnRïavem>egoN0-¨tRÁ"1i
läßh±0"eÛoie=y0Cz-su🌕ʹsʹ1Ù{¢raʹJd0dataF¨ro>🌕magne³;&£õãÉáâ%or*r‰ndoª-
Qcc«ÇŸ0mà @ryl00000000000000000

Although on the perfect drive some words could be recovered, there is little of forensic value.

### 3.2.3 Display from recovery (expected)

¡ÅuÛtÞdM@"ˮ
"ïFnFã:à🌕ÀÒÌ¾ʿ¨Lʿ¿ôPÙ!#¯–×LˆÙÆ!mC
2ʹ³‚⸸·}NŽýñêZØ^›I©þì®·äÔŒv¿^œº0TÍ[ªHÝBš‚ð
7zô|»öëÔ/"""[ýÀ†‚kR¿xt‚÷\Í2$Iä"
"🌕ÑU%TóÁʹØoxÈ$i
Wï^™oÈS²Œ‚Ê%ñ ÒeS» eüB®Èk‹|YríÈ¶=ÎĪSÃ¡öp¥D
ôÈŽ"|ûÚA6‚œ÷U🌕$µM¢;Òœe•ÏÍMÀùœç]#🌕Q———————————————Á¹Ù""—
OX¨ⱨ
ÍýïÉûÈ Ã"
"W$5Ä=rB+5•ö–GßÜä9ïðNë-ß¨Yaˮ–i%×Ó¿Ô[Mãü
·†Ì‚ƒ‚…[Å‚KDnFJˆ·×ÁŒ¿êäd¬sPÔi8ʹv0œ
#!)YÐúÆ©
k‹HÃˆo$°🌕Ø°Ïm/Wîc@Ù»Ï"‚‚zbiþ00000000000000000

On the drive that had been wiped 3 times (prior) to the data being written and then added, the results
are worse.

## 4   Conclusion

The aim of this paper was to categorically settle the controversy surrounding the misconceptions
involving the belief that data can be recovered following a wipe procedure. This study has
demonstrated that correctly wiped data can never be retrieved even if it is of a small size or found
only over small parts of the hard drive. The belief that a tool can be developed to retrieve gigabytes or
terabytes of information from a wiped drive is in error.

Although there is a good chance of recovery for any individual bit from a drive, the chances of
recovery of any amount of data from a drive using an electron microscope are negligible. Even
speculating on the possible recovery of an old drive, there is no likelihood that any data would be
recoverable from the drive. The forensic recovery of data using electron microscopy is infeasible.

DEF_00032589

11

Fourth International Conference on Information Systems Security (ICISS 2008)

This was true both on old drives and has become more difficult over time. Further, the need for the data to have been written and then wiped on a raw unused drive for there to be any hope of any level of recovery even at the bit level does not reflect real situations. It is unlikely that a recovered drive will have not been used for a period of time and the interaction of defragmentation, file copies and general use negates any chance of data recovery. The fallacy that data can be forensically recovered using an electron microscope or related means needs to be put to rest.

12

Fourth International Conference on Information Systems Security (ICISS 2008)

## References

1. Abramowitz, M., & Stegun, I. A. (1965), "*Handbook of Mathematical Functions*" (Dover, New York).
2. Amit, D. J., (1984), "*Field Theory*", The Renormalization Group and Critical Phenomena (World Scientific, Singapore).
3. Braun, H. B. (1994) "*Fluctuations and instabilities of ferromagnetic domain-wall pairs in an external magnetic field*", Phys. Rev. B. 50 (1994), 16485–16500
4. Brown, G., Novotny, M. A. & Rikvold, P. A. (2001) "*Thermal magnetization reversal in arrays of nanoparticles*", J. Appl. Phys. 89, 7588–7590.
5. Bulsara, A., S. Chillemi, L. Kiss, P. V. E. McClintock, R. Mannella, F. Marchesoni, G. Nicolis, and K. Wiesenfeld, (1995), Eds., "*International Workshop on Fluctuations in Physics and Biology: Stochastic Resonance, Signal Processing and Related Phenomena*", published in Nuovo Cimento 17D, 653.
6. Carroll, T. L., &Pecora, L. M. (1993a), Phys. Rev. Lett. 70, 576.
7. Carroll, T. L., & Pecora, L. M. (1993b), Phys. Rev. E 47, 3941.
8. Gomez, R., A. Adly, I. Mayergoyz, E. Burke. (1992). "*Magnetic Force Scanning Tunnelling Microscope Imaging of Overwritten Data*", IEEE Transactions on Magnetics. (28:5), 3141.
9. Gammaitoni L., Ha¨nggi P., Jung P., & Marchesoni F. (1998) "Stochastic resonance", Reviews of Modern Physics, Vol. 70, No. 1, January 1998, The American Physical Society
10. Gomez, R., E.Burke, A. Adly, I. Mayergoyz, J. Gorczyca. (1993). "*Microscopic Investigations of Overwritten Data*", Journal of Applied Physics, (73:10), 6001.
11. Grinstein G. & Koch, R. H. (2005) "*Switching probabilities for single-domain magnetic particles, to appear*" Phys. Rev. B 71, 184427, USA
12. Gutmann, P. (1996) "*Secure Deletion of Data from Magnetic and Solid-State Memory*", Proceedings of the Sixth USENIX Security Symposium. July 22-25, San Jose, CA., 77-90. (http://www.cs.auckland.ac.nz/~pgut001/pubs/secure_del.html)
13. Ha¨nggi, P., and R. Bartussek, (1996), in Nonlinear Physics of Complex Systems: "*Current Status and Future Trends*", edited by J. Parisi, S. C. Mu¨ ller, and W. Zimmermann, Lecture Notes in Physics 476 (Springer, Berlin, New York), p. 294.
14. Liu, D. (2003) "*Topics in the Analysis and Computation of Stochastic Differential Equations*", Ph. D. thesis, Princeton University.
15. Mayergoyza, I.D., Tse, C., Krafft, & C., Gomez, R. D. (2001) "*Spin-stand imaging of overwritten data and its comparison with magnetic force microscopy*", JOURNAL OF APPLIED PHYSICS VOLUME 89, NUMBER 11.
16. Moss, F., (1994), in *Contemporary Problems in Statistical Physics*, edited by G. H. Weiss (SIAM, Philadelphia), pp. 205–253.
17. Ren, W. E, W. & Vanden-Eijnden, E. (2003) "*Energy landscape and thermally activated switching of submicron-size ferromagnetic elements*", J. Appl. Phys. 93, 2275–2282.
18. Reznikoff, M. G. (2004) "*Rare Events in Finite and Infinite Dimensions*", Ph. D. thesis, New York University.
19. Rugar, D. H. Mamin, P. Guenther, S. Lambert, J. Stern, I. McFadyen, and T. Yogi. (1990). "*Magnetic Force Microscopy: General Principles and Application to Longitudinal Recording Media*", Journal of Applied Physics. (68:3), 1169.

DEF_00032591

13

Fourth International Conference on Information Systems Security (ICISS 2008)

## Appendix:

The following images are some of the drives consumed in the production of this paper.



DEF_00032592