**From:** Dave Kleiman[dave@davekleiman.com]
**Sent:** Tuesday, September 9, 2008 6:49 AM
**To:** Craig Wright; 'Shyaam'
**Subject:** RE: Our Paper

Let me know what you need me to do, and it will be done!

Dave

-----Original Message-----
From: Craig Wright [mailto:Craig.Wright@bdo.com.au]
Sent: Thursday, September 04, 2008 17:19
To: Dave Kleiman; Shyaam
Subject: Our Paper


Hi,

We have conditional approval. Congratulations and thanks for the effort.


We have a few updates and change, but there is nothing major.


Thanks,

Craig


Craig Wright
Associate Director, Risk Advisory Services

Direct : +61 2 9286 5497
Craig.Wright@bdo.com.au
+61 417 683 914

BDO Kendalls (NSW-VIC) Pty. Ltd.
Level 19, 2 Market Street Sydney NSW 2000 GPO BOX 2551 Sydney NSW
2001 Fax +61 2 9993 9497 www.bdo.com.au <http://www.bdo.com.au/>

The information in this email and any attachments is confidential.
If you are not the named addressee you must not read, print, copy,
distribute, or use in any way this transmission or any information
it contains. If you have received this message in error, please
notify the sender by return email, destroy all copies and delete it
from your system.

Any views expressed in this message are those of the individual
sender and not necessarily endorsed by BDO Kendalls. You may not
rely on this message as advice unless subsequently confirmed by fax
or letter signed by a Partner or Director of BDO Kendalls. It is
your responsibility to scan this communication and any files
attached for computer viruses and other defects. BDO Kendalls does
not accept liability for any loss or damage however caused which may
result from this communication or any files attached. A full version
of the BDO Kendalls disclaimer, and our Privacy statement, can be
found on the BDO Kendalls website at http://www.bdo.com.au
<http://www.bdo.com.au/> or by emailing administrator@bdo.com.au.

BDO Kendalls is a national association of separate partnerships and
entities. Liability limited by a scheme approved under Professional
Standards Legislation other than for the acts or omissions of
financial services licensees.

Dr. Wright Ex.

**D360**

DEF_00020018

D360 Page 1 of 1