**From:** Dave Kleiman - Mobile
**Sent:** Wednesday, September 10, 2008 9:57 AM
**To:** Craig Wright
**Subject:** RE: Things

No I will not be there. I was supposed to already be there working a Federal case with Eric Robi in L.A., and I was going to drive up one day next week. I will not be doing much of anything for a bit, unless it can be done from home.
I will try to call you when I am driving to the VA in an hour.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com

From Dave's Phone! - 561.310.8801


-----Original Message-----
From: Craig Wright <Craig.Wright@bdo.com.au>
Sent: Tuesday, September 09, 2008 23:56
To: Dave Kleiman <dave@davekleiman.com>
Subject: RE: Things

Hi,
How are you going? I take it this means you are not going to be in San Fran?

Craig

> -----Original Message-----
> From: Dave Kleiman [mailto:dave@davekleiman.com]
> Sent: Tuesday, 9 September 2008 3:47 PM
> To: Craig Wright
> Subject: Things
>
> Craig,
>
> I should be able to help you with the paper(s) and anything else I can
> do
> from home, as that will be my location for quite some time. I will be
> strictly working from home for the next 45+ days, unless an "important"
> court appearance comes about.
>
> Not doing that well, luckily I have one client that I have a remote work
> contract with that still has 6 months or so left.
>
> I may be looking into alternatives for things.
>
> Hopefully we can speak later this week.
>
> Dave
>
>
> Respectfully,
>
> Dave Kleiman - http://www.ComputerForensicExaminer.com
> 4371 Northlake Blvd #314
> Palm Beach Gardens, FL 33410
> 561.310.8801
>
>

Dr. Wright Ex.

D361

DEF_00006173

D361 Page 1 of 1