**From:** Dave Kleiman[dave@davekleiman.com]
**Sent:** Monday, October 13, 2008 3:21 AM
**To:** cyberforensics@mac.com; 'George Wade'; 'Jerry Hatchett'; Craig Wright; 'Jeff Cable'; 'Warren Kruse'; 'Gary Kessler'; 'Gregg Gunsch'
**Subject:** RE: Domains

**Importance:** High

All,

I apologize for being a hold-up on my portion of this. No excuse!! However, I forgot my accountant filed an extension for me on taxes this year and Oct 15 is the cutoff. I have been working on that non-stop until the wee hours of the morning for the past few days and just finishing-up.
I will not be working tomorrow or Tuesday, I just have 2 1-hour conference calls, therefore I will work on my assignment for the DEP.
I will get it to you ASAP!!

Dave

-----Original Message-----
From: cyberforensics@mac.com [mailto:cyberforensics@mac.com]
Sent: Friday, October 10, 2008 11:43
To: George Wade; Jerry Hatchett; Craig Wright; Jeff Cable; Warren Kruse; dave kleiman; Gary Kessler; Gregg Gunsch
Subject: Domains

Folks,

Just checking to see how the development of the domains are progressing. We have a tight schedule so please try and meet the deadline we agreed to at the last conference call. If you believe you
cannot make the deadline please let me know as soon as possible.

Thanks.

--
Dr. M. Rogers

Dr. Wright Ex.

**D362**

DEF_00019787

D362 Page 1 of 1