**From:** Craig Wright
**Sent:** Wednesday, December 3, 2008 9:56 AM
**To:** 'Dave Kleiman'
**Subject:** RE: Another one down

That sounds like a plan

> -----Original Message-----
> From: Dave Kleiman [mailto:dave@davekleiman.com]
> Sent: Wednesday, 3 December 2008 8:12 PM
> To: Craig Wright
> Subject: RE: Another one down
>
> Hi Craig,
>
> Sorry I have been hard to get a hold of, just has been a whirlwind
> around here.
>
> Congrats!!!!!!
>
> Dark Matter :) ....I have FedEx account I could just give you the
> number and you could send it that way. http://www.fedex.com/au/
>
> Let me know what you think
>
>
> Dave
>
>
>
> -----Original Message-----
> From: Craig Wright [mailto:Craig.Wright@bdo.com.au]
> Sent: Thursday, November 27, 2008 19:00
> To: Dave Kleiman
> Subject: Another one down
>
>
>
> Well that is another Masters degree done. I have just completed the
> requirements with CSU for the Masters I was doing there which paths
> the way for my 4th Masters at that Uni.
>
>
>
> I am starting to run out of degrees… And of course I can not do the
> Masters degree in Digital forensics at CSU as they seem to think
> writing it is a conflict to doing it ;)
>
>
>
> It is pre-notification, but I have a series of lectures on Dark
> Matter for you as an Xmas gift. Any idea what the best way to get
> it
> to you in one piece by Xmas is (seeing how long the book took to
> arrive)?
>
>
>
> Regards,
>
> Craig
>
>
> Craig Wright
> Associate Director, Risk Advisory Services
>
> Direct : +61 2 9286 5497
> Craig.Wright@bdo.com.au

Dr. Wright Ex.

**D363**

DEF_00008325

D363 Page 1 of 2

```
> Mobile: +61 417 683 914
>
> BDO Kendalls (NSW-VIC) Pty. Ltd.
> Level 19, 2 Market Street Sydney NSW 2000
> GPO BOX 2551 Sydney NSW 2001
> Fax +61 2 9993 9497
> www.bdo.com.au <http://www.bdo.com.au/>
>
> The information in this email and any attachments is confidential.
> If you are not the named addressee you must not read, print, copy,
> distribute, or use in any way this transmission or any information
> it contains. If you have received this message in error, please
> notify the sender by return email, destroy all copies and delete it
> from your system.
>
> Any views expressed in this message are those of the individual
> sender and not necessarily endorsed by BDO Kendalls. You may not
> rely on this message as advice unless subsequently confirmed by fax
> or letter signed by a Partner or Director of BDO Kendalls. It is
> your responsibility to scan this communication and any files
> attached for computer viruses and other defects. BDO Kendalls does
> not accept liability for any loss or damage however caused which
> may
> result from this communication or any files attached. A full
> version
> of the BDO Kendalls disclaimer, and our Privacy statement, can be
> found on the BDO Kendalls website at http://www.bdo.com.au
> <http://www.bdo.com.au/> or by emailing administrator@bdo.com.au.
>
> BDO Kendalls is a national association of separate partnerships and
> entities. Liability limited by a scheme approved under Professional
> Standards Legislation other than for the acts or omissions of
> financial services licensees.
>
>
```