**From:** Craig Wright
**Sent:** Monday, May 12, 2008 6:06 AM
**To:** 'dave kleiman' <dave@davekleiman.com>
**Subject:** RE: 32 wipe falacy

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

The content you requested is not included in your subscription.

I will check through Athens when back from Perth (where I am this week).

Craig

-----Original Message-----
From: dave kleiman [mailto:dave@davekleiman.com]
Sent: Monday, 12 May 2008 11:30 AM
To: Craig Wright
Subject: RE: 32 wipe falacy

By the way, I know you are an IEEE member...do you happen to have:
http://ieeexplore.ieee.org/Xplore/login.jsp?url=/iel5/5/31238/01454360.pdf?arnumber=1454360


-----Original Message-----
From: dave kleiman [mailto:dave@davekleiman.com]
Sent: Sunday, May 11, 2008 19:14
To: 'Craig Wright'
Subject: RE: 32 wipe falacy

Craig,

I cannot find the paper you sent me along with this, if you can tell
me what is was named so I can find it on my hard drive, that would
be great.

Dave

-----Original Message-----
From: Craig Wright [mailto:Craig.Wright@bdo.com.au]
Sent: Thursday, December 06, 2007 17:06
To: dave kleiman; Shyaam
Subject: RE: 32 wipe falacy

Craig Wright
Manager of Information Systems

Direct : +61 2 9286 5497
Craig.Wright@bdo.com.au
+61 417 683 914

BDO Kendalls (NSW)
Level 19, 2 Market Street Sydney NSW 2000
GPO BOX 2551 Sydney NSW 2001
Fax +61 2 9993 9497
www.bdo.com.au

Liability limited by a scheme approved under Professional
Standards
Legislation in respect of matters arising within those States
and
Territories of Australia where such legislation exists.

The information in this email and any attachments is
confidential.
If you are not the named addressee you must not read, print,
copy,
distribute, or use in any way this transmission or any

Dr. Wright Ex.
**D389**

DEF_00029115

D389 Page 1 of 4

information
it contains. If you have received this message in error, please
notify the sender by return email, destroy all copies and delete it
from your system.

Any views expressed in this message are those of the individual
sender and not necessarily endorsed by BDO Kendalls. You may not
rely on this message as advice unless subsequently confirmed by fax
or letter signed by a Partner or Director of BDO Kendalls. It is
your responsibility to scan this communication and any files
attached for computer viruses and other defects. BDO Kendalls does
not accept liability for any loss or damage however caused which may
result from this communication or any files attached. A full
version of the BDO Kendalls disclaimer, and our Privacy statement,
can be found on the BDO Kendalls website at
http://www.bdo.com.au or
by emailing administrator@bdo.com.au.

BDO Kendalls is a national association of separate partnerships and
entities.

-----Original Message-----

From: dave kleiman [mailto:dave@davekleiman.com]
Sent: Thursday, 6 December 2007 9:09 PM
To: Craig Wright; 'Shyaam'
Subject: RE: 32 wipe falacy

Very nice Craig, I am looking forward to the full results.

By the way, how is it you have a scanning electron microscope at
your
disposal?

Oh...and the Guttmann theory is a 35 pass wipe.

Dave

-----Original Message-----
From: Craig Wright [mailto:Craig.Wright@bdo.com.au]
Sent: Monday, December 03, 2007 23:59
To: Shyaam; dave kleiman
Subject: 32 wipe falacy



Hi Dave,

Let me introduce you to Shyaam. He is helping me write a paper
dismissing the
fallacy that data may be recovered from a hard disk platter
using
a
scanning
electron microscope. Some of the data is attached in the word
document. I
thought that you may be interested in this. Explanations

DEF_00029116

will follow, but these are the plots of the raw data.

From the data I can tell that a disk has been overwritten. I can even make the occasional guess, but I think that this may put to death the idea that you can recover data from even a single overwrite.

Although there are individual and distinct differences, they are all in the expected range and there is thus no way to categorically determine the prior write value.

Regards,

Dr Craig S Wright (GSE-Compliance)

Craig Wright
Manager of Information Systems

Direct : +61 2 9286 5497
Craig.Wright@bdo.com.au
+61 417 683 914

BDO Kendalls (NSW)
Level 19, 2 Market Street Sydney NSW 2000
GPO BOX 2551 Sydney NSW 2001
Fax +61 2 9993 9497
www.bdo.com.au <http://www.bdo.com.au/>

Liability limited by a scheme approved under Professional Standards Legislation in respect of matters arising within those States and Territories of Australia where such legislation exists.

The information in this email and any attachments is confidential. If you are not the named addressee you must not read, print, copy,

DEF_00029117

distribute, or use in any way this transmission or any information it contains. If you have received this message in error, please notify the sender by return email, destroy all copies and delete it from your system.

Any views expressed in this message are those of the individual sender and not necessarily endorsed by BDO Kendalls. You may not rely on this message as advice unless subsequently confirmed by fax or letter signed by a Partner or Director of BDO Kendalls. It is your responsibility to scan this communication and any files attached for computer viruses and other defects. BDO Kendalls does not accept liability for any loss or damage however caused which may result from this communication or any files attached. A full version of the BDO Kendalls disclaimer, and our Privacy statement, can be found on the BDO Kendalls website at http://www.bdo.com.au <http://www.bdo.com.au/> or by emailing administrator@bdo.com.au <mailto:administrator@bdo.com.au>.

BDO Kendalls is a national association of separate partnerships and entities.

DEF_00029118

**D389 Page 4 of 4**