Electronically Filed 04/30/2013 04:20:56 PM ET

*** FILED: PALM BEACH COUNTY, FL SHARON BOCK, CLERK. ***

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION
CASE NO. 502011CA020057XXXXMB

FOR CLERK'S USE ONLY

WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-4, ASSET-BACKED CERTIFICATES, SERIES 2007-4
Plaintiff,

vs.

DAVID A. KLEIMAN; ET AL
Defendants.
_______________________________/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through its undersigned counsel, voluntarily dismisses its Complaint for foreclosure and other relief, without prejudice, and cancels the Notice of Lis Pendens as to the property described as follows:

**LOT 54, WOODBINE PARCEL "C", ACCORDING THE PLAT THEREOF RECORDED IN PLAT BOOK 72, PAGES 106 THROUGH 110, INCLUSIVE, PALM BEACH COUNTY, FLORIDA, PUBLIC RECORDS.**

**TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF INGRESS AND EGRESS OVER BOTH TRACT "A" LIMITED ACCESS PUBLIC RIGHT OF WAYS OF SAID: WOODBINE PARCEL "C" AND THE TRACT "A" LIMITED ACCESS PUBLIC RIGHT OF WAY; "WOODBINE TRAIL" OF WOODBINE ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 72,PAGES 46 THROUGH 49, INCLUSIVE, PALM BEACH COUNTY, FLORIDA, PUBLIC RECORDS WHICH NON-EXCLUSIVE EASEMENT OF INGRESS AND EGRESS IS A APPURTENANT GRANT TO THE FEE OWNERSHIP OF THE AFORESAID LOT AND MAY NOT BE FURTHER ASSIGNED EXCEPT WITH THE SIMULTANEOUS CONVEYANCE, TRANSFER OR INHERITANCE OF THE AFORESAID LOT.**

**a/k/a 3119 CONTEGO LN, PALM BEACH GARDENS, FLORIDA 33418-**

I HEREBY CERTIFY that a true copy of the foregoing was delivered to the parties on the attached service list via email if email address referenced, and if none referenced, by U.S. mail this 26 day of April, 2013.

Kahane & Associates, P.A.
8201 Peters Road, Ste. 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380
**Designated service email**: notice@kahaneandassociates.com

By:______________________
Clive M. Ryan, Esq.
Fla. Bar No.: 388955
Jason A. Weber, Esq.
FBN 0051681

File No.: 13-00208 OCN

Dr. Wright Ex.
D396

CFN 20130207651, OR BK 26006 PG 624,RECORDED 05/07/2013 23:10:22 CERT: 00000061
Sharon R. Bock,CLERK & COMPTROLLER, Palm Beach County, NUM OF PAGES 2

**SERVICE LIST**

Case No. 502011CA020057XXXXMB

DAVID A. KLEIMAN
3119 CONTEGO LN
PALM BEACH GARDENS, FLORIDA 33418

UNKNOWN SPOUSE OF DAVID A. KLEIMAN
3119 CONTEGO LN
PALM BEACH GARDENS, FLORIDA 33418

UNKNOWN PERSON(S) IN POSSESSION OF THE SUBJECT PROPERTY
3119 CONTEGO LN
PALM BEACH GARDENS, FLORIDA 33418

WOODBINE MASTER ASSOCIATION, INC.
250 S. AUSTRALIAN AVE 5TH FLOOR
WEST PALM BEACH, FLORIDA 33401

CASA RIO HOMEOWNERS' SUB-ASSOCIATION, INC.
3084 CASA RIO CT
WEST PALM BEACH, FLORIDA 33418

By:____________________
Clive M. Ryan, Esq.
Fla. Bar No.: 388955
**Designated service email:**
notice@kahaneandassociates.com

Jason A. Weber, E
FBN 005168

File No.: 13-00208 OCN




CFN 20130207651 BOOK 26006 PAGE 625, 2 OF 2

I hereby certify the foregoing is a true copy of the record in my office with redactions, if any as required by law as of this day, Aug 04, 2021.
Joseph Abruzzo, Clerk, Palm Beach County, Florida.
BY ____________________ Deputy Clerk

CERT_00000062