## Properties

| | |
|---|---|
| Size | 31.5KB |
| Pages | 1 |
| Words | 133 |
| Total Editing Time | 0 Minutes |
| Title | SHARE SALE AGREEMENT ... |
| Tags | Add a tag |
| Comments | Add comments |
| Template | Normal.dotm |
| Status | Add text |
| Categories | Add a category |
| Subject | Specify the subject |
| Hyperlink Base | Add text |
| Company | Michie Shehadie & Co |

### Related Dates

| | |
|---|---|
| Last Modified | 9/17/2010 11:50 AM |
| Created | 9/17/2010 11:50 AM |
| Last Printed | 11/7/2002 12:54 PM |

### Related People

| | |
|---|---|
| Manager | Specify the manager |
| Author | Michael Shehadie |
| | Add an author |
| Last Modified By | Admin |

### Related Documents

Open File Location

Show Fewer Properties

**Dr. Wright Ex. D412**

**Microsoft Word**
16.0.4266.0
5:25:51 PM 9/13/2021
Windows 10 Pro 64-bit Build 18362
DEF_01652819.DOC