





Dr. Wright Ex. D425

