# Chat with Dave Kleiman

07/02/2009 18:20:02 - 04/18/2013 14:38:43

## Export Details:

Device Name   Kimon's iPhone

Device ID   37ed395309a57510af1999d878024c48f5ea23f6

Backup Date   Thursday, April 11, 2019 08:42

Backup Directory   C:\Users\111717\AppData\Roaming\Apple Computer\MobileSync\Backup\37ed395309a57510af1999d878024c48f5

iOS   7.1.2

Current Time Zone   (UTC-05:00) Eastern Time (US & Canada)

Created with   iExplorer v4.2.8.0

## Participants:

+1 561-310-8801, Dave Kleiman



Thursday, July 02, 2009

Dave Kleiman
Broward blvd.?                                    18:20

Thursday, July 23, 2009

Dave Kleiman
Your nyctalopia has caused you to become pachydermatous.   18:21

Thursday, July 30, 2009

Me
?                                                 19:32

Dave Kleiman
Did your books get there yet?                     21:56

Me
nothing arrived. what address did you send them to?   21:57

Dave Kleiman
The one you never gave me!!                        21:58

Me
funny                                              21:58

Me
I may be driving to WPB this weekend              21:59

Dr. Wright Ex.
**D480**

KIMON_00000024

Saturday, August 01, 2009

Dave Kleiman

What a gallimaufry it is to get books to you.
18:44

Me

kissemebooty-do you prefer to meet or mail them?
18:48

Friday, August 07, 2009

Dave Kleiman

Yo!
10:49

Dave Kleiman

I am looking at you!
10:49

Me

Stalker
10:50

Dave Kleiman

Do you have offices on 33rd
10:50

Me

probably
10:51

Dave Kleiman

Well I am across the street
10:51

Me

which city?
10:52

Dave Kleiman

Miami off 826
10:52

Me

is that blue lagoon?
10:53

Dave Kleiman

33122
10:53

Me

we used to be there but mived a few months ago
10:54

Dave Kleiman

Well there are gates a guars and your anme on the building
10:55

Me

there may still be some stuff there
10:56

Page 2

KIMON_00000025



Sunday, August 09, 2009

Dave Kleiman

Sometimes you are so cantankerous.                                    19:41

Me

that's preposterous                                      19:47

Tuesday, August 18, 2009

Dave Kleiman

Oklahoma and Arkansas and has 1,800 poultry houses, which           09:49
produce an estimated 345,000 tons of chicken waste each year.

Me

fascinating                                      09:50

Dave Kleiman

A notable gynecologist said, "The best engine in the world is the
vagina.
It can be started with one finger.
It is self-lubricating.                                              13:29
It takes any size piston.
And it changes its own oil every four weeks.
It is only a pity that the management system is so fucking
temperamental."

Friday, August 21, 2009

Dave Kleiman

You are such a spear-carrier                                         10:06

Me

why, thank you for noticing!                             10:06

Dave Kleiman

spear-carrier \SPEER-kair-ee-er\ noun - a person whose actions are   10:07
of little significance or value in an event or organization

KIMON_00000026

Saturday, August 22, 2009

Dave Kleiman

Did you know?
"Animadversion" comes ultimately from the Latin phrase "animum advertere," meaning "to turn the mind to." It is easy to see how we also get "adverse" and "adversary" from "advertere," especially when we remember that "to turn to" easily becomes "to turn against." Other English words descended from "advertere" include "advert," meaning "to turn the attention (to)" or "to make reference (to)," and "advertise."

07:25

Thursday, September 17, 2009

Dave Kleiman

Who's that riding into the sun, who's the man with the itchy gun, who's the man who kills for fun! Psycho dad psycho dad psycho dad.

09:56

Friday, September 18, 2009

Me

happy new year!

18:33

Dave Kleiman

Happy thanksgiving!

23:53

Friday, October 23, 2009

Me

look up coq au vin

19:02

Thursday, October 29, 2009

Me

at&t is fubar for voice

18:46

Friday, October 30, 2009

Dave Kleiman

Violence is necessary to clean our cities, it's time, to get your Irish on.

20:45

Me

they're after me lucky charms!

20:51

KIMON_00000027

Dave Kleiman

That was one of the finest examples of spiritual guidance I've ever had the good fortune to witness.

20:50

Dave Kleiman

Peace, they say, is the enemy of memory, so it had been for my boys, for some time now, their past had felt like a dream...Then, suddenly, it was back.

20:52

Dave Kleiman

You ready for this shit, my dear brother? Let's do some gratuitous violence.
Easy boys! Daddy's workin!

21:35

Monday, November 02, 2009

Dave Kleiman

???

18:31

Tuesday, November 10, 2009

Dave Kleiman

My powers are so great, my enemies go blind from over exposure to pure awesomeness!!

10:30

Dave Kleiman

There is no charge for my awesomeness....... Or attractiveness

19:35

Wednesday, November 11, 2009

Dave Kleiman

Where did we lookup that time where the use of ESQ was illegal?

16:03

Me

we didn't - what we discussed was that it can be used by anyone, however if anyone intends to use it as a form of nobility, then it would not be recognized by the constitution

16:07

Dave Kleiman

but we found it in one state where it was restricted to attorneys

16:08

Me

oh - in Arizona

16:09

KIMON_00000028

Sunday, November 15, 2009

Dave Kleiman

Tuesday 20:00 hrs NBC Merry Madagascar featuring the penguins    21:01

Monday, November 16, 2009

Me
soft kitty    21:54

Dave Kleiman

Sheldons here    21:55

Me
I am watching tv    21:59

Dave Kleiman

You got your service?    22:04

Me
off air    22:04

Dave Kleiman

But you still got to see it.    22:05

Me
yeah, with hd rabbit ears    22:06

Thursday, November 19, 2009

Dave Kleiman

I am bored.... Sing me soft kitty    12:09

Me
that's only for when you're sick    12:15

Friday, November 20, 2009

Me
you never gave me the contact info for that web guy    12:42

Dave Kleiman

You never sung soft kitty to me....    13:31

Wednesday, November 25, 2009

Me
when I was in the Corps, I was a SEAL Green Beret piloting F22 fighter jets.    08:06

Dave Kleiman

I flew humvees off the deck of my m16 ship    10:04

KIMON_00000029

Me

what was your rank? I was a 4 star, full bird gunnery sargeant major general commander

10:12

Dave Kleiman

Lieutenant colnel corporal first class major lance sergeant captain

10:15

Me

yeah well, I got the Navy Cross of the Air Force for my actions against the Germans at Pearl Harbor

10:17

Dave Kleiman

Well i got the purple star of valor for driving my turbine tank across the battlle of valley forge

10:27

Thursday, November 26, 2009

Dave Kleiman

Gobble gobble gobble! Happy T-day!

14:50

Me

gobble gobble

15:02

Monday, December 07, 2009

Dave Kleiman

Doubtful, Coco learned 2000 words, none which had anything to do with shoes

21:45

Me

like hannukah in july

21:45

Tuesday, December 08, 2009

Dave Kleiman

Text me your new address so i can send these books

18:20

Monday, December 14, 2009

Dave Kleiman

I am either on or away from the phone, please try and call me later. Thank you and have a great day! -Dave

18:13

Thursday, December 17, 2009

Me

?

18:58

Dave Kleiman

What?

19:15

KIMON_00000030



**Me** 19:15
are you aliv?

**Dave Kleiman** 19:17
no

Wednesday, December 23, 2009

**Dave Kleiman** 11:12
How much did you pay and how much are your taxes

**Me** 11:14
414 and about 1000

**Dave Kleiman** 11:15
Your property taxes are only 1,000 a year?

**Me** 11:15
a month

**Dave Kleiman** 11:17
Just taxes not insurance? I trying to calculate something out for taxes

**Me** 11:19
my current taxes are based on the previous valuation of the house

**Dave Kleiman** 11:21
Yes i know that. I am just trying to calculate something with the loss difference and need to the tax amount.

**Me** 11:23
i have no clue, i'll try to find a calculator online

**Dave Kleiman** 11:24
Someone else is buying a 470k house that was 800K last year. thye think thier taxes are only going to be 6000 a year.

**Dave Kleiman** 11:24
You really do know. I figured you just bought and would remember

**Me** 11:24
depends on the county too. broward is the most expensive one

KIMON_00000031

Dave Kleiman

I know!! I am just trying what yours since you just bought it and thye are buying one this week 11:25

Dave Kleiman

Thought ut was a simple question... sorry 11:26

Me

i'm paying 2700 total of which 1100 is taxes & insurance. I think it's like 800-900 in taxes 11:26

Me

last valuation was in high 700's to low 800's 11:27

Me

(i think) 11:27

Dave Kleiman

That is why was using you as an example they are buyin.g equalish and the previous price was equlaish 11:28

Me

ok, so figure about 1100 for taxes & insurance with an 80/20 split 11:29

Me

per month 11:29

Dave Kleiman

Which is right then becuase the number i got was 1.35%. 11:30

Me

their title company should give them the exact amount 11:31

Me

sounds right 11:31

Friday, December 25, 2009

Dave Kleiman

Happy Hanukah!! 11:55

Me

happy kwanzaa 13:47

Dave Kleiman

:) 13:48

Page 9

KIMON_00000032

Thursday, December 31, 2009

Dave Kleiman
You too super dude!                                                    23:55

Tuesday, January 05, 2010

Dave Kleiman
Did you read it?                                                       07:21

                                                        Me
                                          you're a fraud              07:32

                                                        Me
                                                 :-)                  07:32

Dave Kleiman
Will call you when i am done                                           11:03

                                                        Me
I found out I have a 1pm meeting. Will try to push back to like 1:30    11:46
or so

Dave Kleiman
Ok well i just finsihed                                                11:56

Dave Kleiman
Well I'll get up at 7 yeah! and I'll work all through the night. I've
got no time for living, yes I'm working all the time. Seems to me I    15:40
could live my life a lot better than I think I am. Guess that's why the
call me, they call me the working man....

                                                        Me
                                   longest tweet EVAR!                15:41

Monday, January 11, 2010

                                                        Me
                                   so, did you like it?               12:53

Dave Kleiman
Like what?                                                             13:06

                                                        Me
                              the tool i sent you last night          13:07

Dave Kleiman
I do not have it.. What time did you send?                             13:09

Page 10

KIMON_00000033

Me
9 or so                                                    13:09

Me
20:52 to be exact                                          13:10

Dave Kleiman
Trojan maker!! It stopped it atthe server. Will have to look at it later   13:13

Me
your server sucks                                          13:16

Me
well?                                                      16:55

Dave Kleiman
It will be hours before i can even look                   17:21

Me
by then i will have released version 2.0                  17:29

Dave Kleiman
Cool send it when you do                                  17:30

Me
it will only work on windows 12                           17:30

Dave Kleiman
Good becuase i am on the alpha and beta 12 test team. Did i tell you i made mvp again?   17:46

Me
how much was the renewal fee?                             17:47

Dave Kleiman
1 billion dollars.  You know i was a billion seconds old a few years back. I will 1.5 bil in 2014   17:48

Me
and you look it too                                       17:48

Dave Kleiman
Hello, I am either on or away from the phone right now, please try and call me back later. Have a great day! -Dave   18:11

KIMON_00000034

Dave Kleiman

> Hello, I am either on or away from the phone right now, please try and call me back later. Have a great day! -Dave
18:41

Friday, January 15, 2010

Dave Kleiman

> Hello, I am either on or away from the phone right now, please try and call me back later. Have a great day! -Dave
18:11

Dave Kleiman

> I'm a Barbie girl in a Barbie world life in plastic, it's fantastic. You can brush my hair, undress me everywhere. Imagination, life is your creation!
20:56

Saturday, January 16, 2010

Dave Kleiman

> I'm a blond bimbo girl in a fantasy world
> Dress me up, make it tight, I'm your dollie
>
> You're my doll, rock'n'roll, feel the glamour and pain
> Kiss me here, touch me there, hanky panky
>
> Make me walk, make me talk, do whatever you please
> I can act like a star, I can beg on my knees
14:51

Me

> r u trying to seduce my husband?
14:58

Dave Kleiman

> yes
15:17

Thursday, January 28, 2010

Dave Kleiman

> I might need some Jewish penicillin, with some schmaltz.
17:54

Monday, February 08, 2010

Dave Kleiman

> I am watching you
14:22

Me

> I am farting in your general direction
14:22

Dave Kleiman

> I really need to learn spanish!
15:41

KIMON_00000035



Dave Kleiman

Hello, I am either on or away from the phone right now, please try and call me back later. Have a great day! -Dave     17:59

Monday, February 15, 2010

Dave Kleiman

What is for dinner?     15:37

Friday, February 19, 2010

Dave Kleiman

Hello, I am either on or away from the phone right now, please try and call me back later. Have a great day! -Dave     18:10

Friday, February 26, 2010

Me     17:46
are we still on for Sunday?

Saturday, February 27, 2010

Dave Kleiman

No not feeling well     13:31

Me     13:33
what's wrong?

Dave Kleiman

I am dying. I am mostly dead     13:34

Me     13:35
am I in your will?

Dave Kleiman

Yes, i have set so you get all my bills     13:36

Sunday, February 28, 2010

Me     14:24
how are you feeling?

Dave Kleiman

ok     14:46

Me     14:46
better?

Dave Kleiman

Mmmmmmmmm kinda     14:47

KIMON_00000036



Me
very persuasive                                    14:49

Dave Kleiman
I could lie and say, stupendous tremendous outstanding      14:52

Me
splendiferous!                                     14:53

Dave Kleiman
Supercalifragilisticexpialidocious                 14:56

Monday, March 08, 2010

Dave Kleiman
His enemies are blinded by overexposure to pure awesomeness.  It    07:54
mattered no how many foes he faced, they were no match for his
bodacity.

Saturday, March 20, 2010

Dave Kleiman
hi                                                 08:26

Dave Kleiman
Wake up lazy ass!                                  08:39

Me
i've been up                                       08:50

Me
so, what time?                                     08:51

Dave Kleiman
Did you just wake up?                              08:52

Me
at 7                                               08:53

Me
what time are we meeting?                           08:54

Dave Kleiman
Lies!                                              08:56

Dave Kleiman
Whenever you want                                  08:56

Page 14

KIMON_00000037

Dave Kleiman

Bing!                                                                          08:57

                                                              Me

                                                   10?                         08:59

Dave Kleiman

ish                                                                            08:59

                                                              Me

                                    what does that mean?                       09:00

                                                              Me

                                               10:30?                          09:00

Dave Kleiman

No seriously I will be leaving my house probably exactly at 10                 09:00

                                                              Me

                                          and arriving?                        09:00

Dave Kleiman

You are too serious                                                            09:00

                                                              Me

                                             boobies                           09:01

Dave Kleiman

Think it takes 25 minutes to get there                                         09:01

Dave Kleiman

Go drink some coffee so you are not grumpy.                                    09:02

Dave Kleiman

Now I have to eat a dozen eggs, I am HUNGRY!                                    09:02

                                                              Me

                                  I'm not grumpy - I'm sleepy                   09:04

                                                              Me

                                   just the egg whites?                        09:04

Dave Kleiman

Meeeeeeee toooooooo                                                            09:04

KIMON_00000038

Dave Kleiman

Thursday I did not fet to bed untile 0247 and had to be up at 8. Laas night I did get to bed until 0145    09:06

Dave Kleiman

Just the yellows :)p    09:06

Me

party animal    09:06

Me

asian thing?    09:07

Dave Kleiman

hahahaha    09:07

Dave Kleiman

Where the F*** is global warming when we need it!    09:14

Dave Kleiman

Your mother was a hamster!    22:05

Me

your father smelled of elderberries    22:06

Dave Kleiman

I fart in your general direction!    22:07

Me

now leave before or i will taunt you a second time!    22:12

Dave Kleiman

Did you get my reply email and attachment earlierr?    22:15

Me

received but not read    22:17

Tuesday, March 23, 2010

Dave Kleiman

Dangit!  I needed that sharpoint thing I sent you a month ago!!    13:16

Me

?    13:17

Dave Kleiman

Poopiehead!  Check email    13:24

KIMON_00000039



Dave Kleiman
I asked you to make me exes for something awhile back          13:24

Me
don't remember but, ok - I'll make these          13:25

Dave Kleiman
If you need sharepoint I will give you my msdn logon.          19:37

Me
please send it over. none of the things I tried works          20:43

Dave Kleiman
msmvp@ myname.com          20:46

Dave Kleiman
54321GoGoGo!!**          20:47

Dave Kleiman
Emailed the url          20:47

Dave Kleiman
Resent the right url          20:49

Thursday, March 25, 2010

Dave Kleiman
Did you actually see the premade VHD files the other day? I cannot find them          14:42

Me
you sent them to me?          14:42

Dave Kleiman
No, you were going to downalod them Premade 2003 or 8 virtual hard drives that load up in Virtual PC or Server on MSDN.          14:44

Me
I didn't see them there so I'm going to create them from scratch          14:45

Dave Kleiman
They are here somwhere, i downloaded 1 or 2 in the past. I will find them          14:46

Me
ok          14:46

KIMON_00000040



Sunday, March 28, 2010

**Dave Kleiman**
Please tell me you did the sharepoint thing          19:19

**Dave Kleiman**
Do they have spa packages on your cruises?          20:33

Me
yes          20:33

**Dave Kleiman**
Well find me a good one, I have to send Patricks wife.          20:34

Me
ok          20:34

**Dave Kleiman**
I guess like 3 days or something          20:35

Me
not many 3 day options          20:49

**Dave Kleiman**
No Fri-Sun crusies? What are the options?          20:51

Monday, April 05, 2010

**Dave Kleiman**
Any luck on the cruise thing for patricks wife?          17:14

Me
check your email          17:16

**Dave Kleiman**
Thanks          17:42

Wednesday, April 07, 2010

**Dave Kleiman**
Was our old address 515 north flagler?          16:09

Me
yes          16:09

KIMON_00000041



MP3
1238-0.mp3

11:16

Dave Kleiman

You are going to hurt my feelings if you do not watch Ricky Gervais hbo series. I am laughing so hard I am crying right now

21:11

Tuesday, April 20, 2010

Dave Kleiman

21:03

Please call me

Friday, April 23, 2010

Dave Kleiman

Sorry waw sleeping when you called. Only had about 5 hours sleep since mon. Have court now and teaching class at 1430. Should be done by 1700.

05:39

Dave Kleiman

Hello, I am either on or away from the phone right now and cannot take your call. Please try and reach me later. Thank you and have a great day! -Dave

18:08

Sunday, May 02, 2010

Dave Kleiman

By the way it has been well over a year and we still have our guns

09:58

Me

but no ammo

09:59

Dave Kleiman

Yes we do... The aliens took yours

10:00

Me

and the AG said he wants to bring back the AWB

10:00

Dave Kleiman

Whatever.. If you are a true gun owner, it does not matter what they say

10:01

Page 19

KIMON_00000042



Me — 10:01
you just hide 'em, right?

Dave Kleiman — 10:03
No, you start wearing ALL of them all the time, even in the shower.

Me — 10:03
I do!

Dave Kleiman — 10:05
I think i need a thousand rounds.. Where should i get it?

Me — 10:05
ammoman.com

Dave Kleiman — 10:05
superman.com

Me — 10:06
i'm so cool, superman wears kimon pajamas

Monday, May 03, 2010

Dave Kleiman — 17:59
Malva malva she's our woman, if she cant do it no one can!

Dave Kleiman — 19:55
Birdie num num!

Thursday, May 06, 2010

Dave Kleiman — 07:08
Greece is in turmoil

Me — 07:11
no shit

Dave Kleiman — 07:12
:)

Monday, May 10, 2010

Dave Kleiman — 11:35
Are you alive

Me — 11:36
rumors of my demise are greatly exaggerated

KIMON_00000043

Tuesday, May 11, 2010

**Dave Kleiman**
What is the website with the science cartoon humor?                    09:15

Me
xkcd.com                    09:16

**Dave Kleiman**
Yeah that is the one thanks                    09:16

**Dave Kleiman**
roflmaoroflmaoroflmaoroflmaoroflmaoroflmaoroflmaoroflmaorofl
maoroflmaoroflmaoroflmaoroflmaoroflmaoroflmaoroflmao
roflmaoroflmaoroflmao                    17:44

Thursday, May 13, 2010

**Dave Kleiman**
www.crabrevenge.com                    08:35

Friday, May 21, 2010

**Dave Kleiman**
I need a low foam double cucumber mocha mint latte with vanilla
bean shavings, can I grab anything for anyone?                    20:59

Saturday, May 22, 2010

**Dave Kleiman**
You rush a miracle man, you get rotten miracles.                    20:55

Saturday, May 29, 2010

Me
what's the disk encryption software you use?                    10:31

**Dave Kleiman**
Drivecrypt from securstar                    11:02

Me
danke                    11:05

Me
the normal one or the plus pack?                    11:40

**Dave Kleiman**
Dcpp is ful disk encryption                    12:33

Me
which do you use?                    12:34

Page 21

KIMON_00000044

Dave Kleiman
I use both. DC for encrypted containers. DCPP for FDE.   14:19

Me
ok, so i need both   14:20

Thursday, June 03, 2010

Dave Kleiman
Lighting struck and the phone dropped :)   18:52

Friday, June 04, 2010

Dave Kleiman
You should get farmers insurance   14:21

Me
don't have a farm   14:22

Dave Kleiman
You said you were growing veggies   14:23

Me
good point   14:23

Dave Kleiman
I saw the strangest thing on NCIS the other day   14:23

Me
?   14:24

Dave Kleiman
You know the agent who is the girl from Israel   14:24

Me
yes   14:24

Dave Kleiman
They were making fun of her telling her she needs to learn to assimilate because she never uses contractions in her speech ........like me... Maybe I am ex Israeli intelligence.   14:29

Me
)   14:30

Dave Kleiman
Maybe I picked that habit up in Jewish private school when I was a little kid.. I am going to research and see if that is common   18:16

KIMON_00000045



Monday, June 07, 2010

**Dave Kleiman**
Hello, sorry I could not take your call, I am either on or away from the phone. Please try and call me again later. Thank you and have a great day!  -Dave          18:57

Saturday, June 19, 2010

Me
May I generate a Windows 7 key?          09:39

**Dave Kleiman**
sure          09:40

Me
merci - how are you feeling?          09:40

**Dave Kleiman**
terible          09:41

Me
wonderful - what do you need me to bring?          09:41

**Dave Kleiman**
Stop do not want to haveconversation have 10p3.5 fever and covered in blankets          09:43

**Dave Kleiman**
Started losing vision yesterday          09:48

Me
doctor - nov          09:58

Sunday, June 20, 2010

Me
?          11:42

**Dave Kleiman**
wha          11:44

Me
better or worse?          11:43

**Dave Kleiman**
No.. I am moving intothe hiosssptal mondah          11:45

KIMON_00000046

Me

about time - how can i help?   11:46

Dave Kleiman

You cannot........   11:48

Me

ok..   11:47

Dave Kleiman

You coul murdr all the peoplr blowing horns on worlrd cup for me.   11:50

Me

done   11:49

Dave Kleiman

Who do you think is playing best?   13:05

Me

griechenland   13:08

Dave Kleiman

Seriously you know my brain hurts   13:10

Me

brazil & argentina   13:09

Dave Kleiman

We will see if brazil does ok against côyote d'roadrunner today   13:13

Me

yep, starts in one hour   13:13

Dave Kleiman

Netherland has been surprising   13:15

Me

nah they're always good..   13:15

Me

italy is just a disappointment   13:15

Dave Kleiman

Why, we hate italy..   13:41

KIMON_00000047



Me
but not as much as France          13:42

Dave Kleiman
But didnt Italy steal the salt mines and some islands from Greece?          13:43

Me
they gave them back in '44          13:44

Dave Kleiman
Oh, i guess we can be nice to them then          13:45

Me
indeed          13:46

Tuesday, June 22, 2010

Me
?          19:02

Dave Kleiman
Huh?          19:33

Me
are you in the hospital? are you better?          19:34

Dave Kleiman
I go back tomorrow          19:35

Me
any improvement?          19:35

Dave Kleiman
Not really          19:36

Me
do you have a diagnosis?          19:46

Dave Kleiman
No I had to wait for tests and stuff          20:19

Wednesday, June 23, 2010

Dave Kleiman
Did you see that!          11:51

Me
was in a meeting and missed it - crap          12:06

KIMON_00000048



Friday, June 25, 2010

Me

how are you?                                                    19:42

Wednesday, June 30, 2010

Dave Kleiman

What,is the command to register a dll?                         15:37

Me

regsvr32                                                       17:30

Dave Kleiman

I was using srv                                                17:51

Me

gets me every time                                             17:51

Friday, July 02, 2010

Dave Kleiman

Uruguay will win, Brazil could lose.                           06:56

Dave Kleiman

That is if you include the elevation statistics               06:58

Me

how about tomorrow's games?                                    10:39

Me

can you predict scores?                                        10:39

Dave Kleiman

Told ya!                                                       11:50

Me

you said "could lose", hardly a definitive statement           11:51

Dave Kleiman

Whatever                                                       11:52

Me

you called uruguay, how about tomorrow's games?                11:53

Dave Kleiman

I have not done the stats for them                             11:53

KIMON_00000049

Me
11:54
slacker

Dave Kleiman
13:38
Arg/Ger will be 3 to 1... Guess who will be the 3

Me
14:04
A?

Dave Kleiman
15:32
They will not come back from that if they do not score in the first 20 minutes of the second half,they have no stamina

Me
21:24
deutschland wins the whole thing

Saturday, July 03, 2010

Dave Kleiman
07:05
You want me teach you say some things in German for the game

Dave Kleiman
09:40
They need to put this back on ESPN!! The video and audio are out of sync!! ABC suxors!!

Me
09:40
univision

Dave Kleiman
09:41
What is univision?

Me
09:41
spanish tv

Dave Kleiman
09:41
Is it HD?

Me
09:42
i dont know

Dave Kleiman
09:44
Channel 38, it is not HD, i am on my 60in plasma, I need HD

Dave Kleiman
09:46
720x480 vs 1920x1080 is a big difference

Me
stretch it                                          09:46

Me
we're watching univision in hd                      09:48

Dave Kleiman
Alenmana is german in spanish?                      09:48

Me
Alemaña is Germany                                  09:49

Me
sorry Alemania                                      09:50

Dave Kleiman
But not on Comcast, they have not moved it to HD yet, i see the hd     09:50
logo in the lower right corner, but it is not really hd

Me
ah                                                  09:50

Me
off air?                                            09:51

Dave Kleiman
What do you mean off air?                            09:52

Me
old school - with antenna                           09:52

Dave Kleiman
Do you have enough money on you to buy everyone dinner?     09:54

Me
Don't need money - I just say "I'm Dave Kleiman, put it on my tab"     09:56

Dave Kleiman
Bet that germany scores the first goal within 25 minutes     09:56

Dave Kleiman
Geht Deutschland Geht!!                             09:56

Dave Kleiman
Zie!!                                               09:57

KIMON_00000051

Dave Kleiman
That is go germany go an goal!! 09:57

Me
09:57

Dave Kleiman
Zie!!! 10:03

Me
Goooooooooooooooo!! 10:04

Dave Kleiman
Arg is very accurate with their head shots. 10:12

Me
but germany is dominating them 10:13

Dave Kleiman
Ugh! 10:24

Me
I can't believe how fast they are 10:24

Dave Kleiman
Zie!!! 11:24

Me
whoohoo! 11:25

Dave Kleiman
Geht Deutschland Geht!! Geht Deutschland Geht!! 11:25

Dave Kleiman
Zie!!!!!!!!!!! 11:31

Dave Kleiman
The Arg coach looks like he is singing, Damn it feels good to be a Gangsta! With those earings 11:40

Me
hehehe - I can't stand Maradona 11:41

Me
you were wrong! 11:46

KIMON_00000052

**Dave Kleiman**
Zie!!!!!!!!!!!!!!!!!!!!!!! 11:45

**Dave Kleiman**
A good wrong! 11:46

**Me**
indeed 11:47

**Dave Kleiman**
Put your money on Paraguay 11:51

**Me**
ok, but, I want Spain to win 11:51

**Dave Kleiman**
Ok, I am not going to pick on this one, but my gut says Paraguay. 12:49

**Me**
:) 12:54

**Dave Kleiman**
Lies! 15:19

**Me**
:) 15:20

**Dave Kleiman**
You know he was not offsides 15:20

**Me**
it was a good goal 15:21

**Me**
heh, the guy said the exact same thing 15:21

**Me**
wow 15:49

**Dave Kleiman**
What the heck happened 15:50

**Me**
should've been another penalty 15:50

KIMON_00000053



**Dave Kleiman**
Well it really does not matter because Ger would tear up either of these 16:13

**Me**
i agree 16:13

Tuesday, July 06, 2010

**Dave Kleiman**
Called that, so now we know NED vs GER 18:15

**Me**
then who? 18:44

**Dave Kleiman**
Germany of course 18:45

**Me**
score? 18:45

**Dave Kleiman**
Come on now. If I had to guess 3-1 18:46

**Dave Kleiman**
Ned is going to be like, what happened? 18:47

**Me**
heh 19:24

Wednesday, July 07, 2010

**Dave Kleiman**
I just put 300 on germany....? 13:16

**Me**
at what odds? 14:29

**Dave Kleiman**
Straight up 14:30

**Me**
not bad 14:30

**Dave Kleiman**
They are playing slow? 14:41

Page 31

KIMON_00000054

Dave Kleiman

0 0 at 70 min                                                     15:56

Dave Kleiman

1 0 at 73                                                         16:00

Dave Kleiman

And that is 300 down the tubes                                   16:08

                                                    Me
                                not over yet                      16:09

Dave Kleiman

Yes it is... They look terrible                                  16:12

Dave Kleiman

They are playing like the slowest team i have ever seen          16:16

                                                    Me
                wth?! they were like machines with Argentina. But, Spain is not    16:17
                chopped liver either

Dave Kleiman

But they are not even moving fast                                16:17

                                                    Me
                                viva españa!                      16:22

                          Saturday, July 10, 2010
Dave Kleiman

This the best game of the whole cup                              15:44

                          Sunday, July 11, 2010
Dave Kleiman

I think I will put $1k on ned                                    14:14

                                                    Me
                                wow! sure?                         14:15

Dave Kleiman

They have upset everyone even Brazil                             14:16

                                                    Me
                          spain did too - even beat ger            14:17

Page 32

KIMON_00000055

**Dave Kleiman**

No Spain was ranked #2 the whole cup, they did not upset anyone          14:18

Me

I am sure the Germans were very upset when they lost          14:19

**Dave Kleiman**

ahahahahahahah          14:19

**Dave Kleiman**

I had no idea Spain was an all girl team          15:46

Me

hehehe          15:47

**Dave Kleiman**

I mean it seems to be a good tactic, the other team is too busy          15:53
watching the girls rolling around on the ground holding thier legs
to score a goal

**Dave Kleiman**

Most of thier games were 1 0          15:53

**Dave Kleiman**

The only way they can win is with Ned 1 man down          16:56

Me

I hope you didn't bet the $1k          17:16

Wednesday, July 28, 2010

**Dave Kleiman**

Hello,  I am sorry I could not take your call, I am either on or away          18:45
from the phone. Please try and call me again later. Thank you and
have a great day! -Dave

**Dave Kleiman**

On the phone kimoneeeeeeeeeeeeeee          18:46

Tuesday, August 03, 2010

**Dave Kleiman**

Nevefr try to kill someone on cinco de mayo          21:20

KIMON_00000056



Wednesday, August 04, 2010

**Dave Kleiman**
Hello,  I am sorry I could not take your call, I am either on or away from the phone. Please try and call me again later. Thank you and have a great day! -Dave          18:48

Monday, August 09, 2010

Me          08:19
MCSE = Microsoft Certified Solitaire Expert?

Thursday, August 12, 2010

**Dave Kleiman**          21:10
niggubmiedud

Tuesday, August 24, 2010

**Dave Kleiman**          18:24
On the phone

Wednesday, September 29, 2010

Me          12:36
I'd like to come visit this Saturday, are you ok with that?

**Dave Kleiman**          13:04
Call sat morn will let you know, status. But yes, prob afterrnoon

Me          13:05
ok, I will

Saturday, October 02, 2010

Me          12:01
how do you feel? may I come see you today?

**Dave Kleiman**          12:02
After 1430

Me          12:02
ok

**Dave Kleiman**          12:48
Kimon, please do not take offense,, but please do not come until 1500

Me          12:51
you're my friend, there is no offense whatsoever, would you prefer I come during the week, after work?

Page 34



Tuesday, October 19, 2010

**Dave Kleiman**
When you coming by?                                    21:27

Me
when do you want me to?                                21:37

Wednesday, October 20, 2010

**Dave Kleiman**
I do not know, when you are not busy                   07:39

Me
today?                                                 09:01

Me
?                                                      17:46

**Dave Kleiman**
Better a planned day                                   19:22

Me
ok, tuesday or wednesday next week?                    19:44

Tuesday, November 02, 2010

**Dave Kleiman**
1201 NW 16th Street
Miami, FL  33125-1693                                  18:45

**Dave Kleiman**
An Argentinean steak :)                                20:16

Me
)                                                      20:17

Wednesday, November 03, 2010

**Dave Kleiman**
Tonight's dinner is mac and cheese and fried okra and tomatoes....
Any questions to why I want Cuban sandwiches?          17:22

Me
you have all the fun                                   18:44

**Dave Kleiman**
Are you lost yet?                                      18:59

KIMON_00000058



Thursday, November 04, 2010

Dave Kleiman

Jody might not come on saturday *sigh*. So you have to pick up the vacca frita
18:51

Me

si señor
19:03

Dave Kleiman

You remember the Latin Cafe at LeJune and 836 when I took or picked you up from the airport?
19:05

Me

no... send me the address
19:06

Dave Kleiman

305-642-4700
Latin Cafe 2000
875 NW 42nd Ave
Miami, FL
33126
19:07

Dave Kleiman

Opposite side of 836 from the airport
19:07

Me

ok
19:58

Dave Kleiman

And you have to eat with me, it is boring eating alone. What time Sat?
20:00

Me

don't know yet
20:21

Friday, November 05, 2010

Dave Kleiman

Do you want a tuna sandwich?
13:56

Me

I'll have a
13:56

Dave Kleiman

My enemies will go blind from over exposure to awesomeness!!
21:19

KIMON_00000059

Me

don't touch the royal feet!  21:31

Dave Kleiman

Why does he keep touching my feet  21:32

Me

The feet! I told you about - I told you to - I told you - didn't I tell him about the feet?  21:35

Dave Kleiman

Do you know around what time tomorrow?  21:36

Me

around 11:30-12:00 EDT  21:37

Dave Kleiman

Skipper, shouldn't we tell them that the boat is out of gas? Nah! Just smile and wave, boys, smile and wave!  21:46

Saturday, November 06, 2010

Me

text me the address to the cuban place  10:34

Dave Kleiman

Me (4/11):
305-642-4700
Latin Cafe 2000
875 NW 42nd Ave
Miami, FL
33126
Me (4/11):
Opposite side of 836 from the airport  10:36

Dave Kleiman

Do you not want to know what I want?  10:57

Dave Kleiman

Vaaaaaaaaaaaaaaacccccccccccccccccccccccccccccaaaaaaaaaaaaa
fffffffffffffffffffffrrrrrrrrrrrrrrrrrriiiiiiiiiiiiiiiiiiiiiiiittttttttttttttttttttttttaaaaaaaa  11:38

Dave Kleiman

When you say vacca, say frita!  11:40

KIMON_00000060



Me
vacca!                                                                    11:42

Dave Kleiman
Hey Pokey Joe                                                            12:18

Dave Kleiman
Dude I am still stuffed!                                                 17:02

Me
you're welcome                                                          17:03

Me
We're thinking about going to Chima again tonight                       18:50

Monday, November 08, 2010

This is kind of weird. But apparently Jody died Sunday morning.         20:12
They do not what happened yet.

Tuesday, November 09, 2010

Me
awake?                                                                  07:12

Dave Kleiman
Never slept                                                             12:32

Me
ok... so, wth was that about Jody?                                      12:32

Dave Kleiman
Waiting for his mom and dad to call me back again                       12:34

Me
so it's true?                                                           13:03

Dave Kleiman
What is true?                                                           13:04

Me
that he's dead                                                          13:38

Dave Kleiman
You think I would joke about that?                                      13:54

Page 38

KIMON_00000061



Me

no but, I like confirming stuff like that

13:55

Me

call me

18:51

Dave Kleiman

I was sleeping

21:36

Me

did you talk to them?

21:49

Dave Kleiman

Did I talk to who?

22:04

Me

Jody's parents. And it's "whom"

22:05

Dave Kleiman

yes

22:06

Me

can you talk?

22:06

Dave Kleiman

yes

22:07

Wednesday, November 10, 2010

Me

you rang?

14:47

Dave Kleiman

accident

14:48

Me

ok

14:49

Thursday, November 11, 2010

Me

happy veteran's day

07:00

Dave Kleiman

Did you fill out this InfraGard thing?

14:02

Me

yes, I updated it as requested

14:23

KIMON_00000062

Tuesday, November 16, 2010

Dave Kleiman

When are you leaving for Mexico?    09:26

Me

not certain we are going but, if we will, it will be on the 24th    09:27

Dave Kleiman

If you have time to stop by before then, I need a few things of minor importance.    11:11

Me

of course! is there something I can do before that?    11:23

Dave Kleiman

12 pack of 7up, because it is ridiculously bubbly. 12 pack of canada dry ginger ale, because it is made with real ginger. Like 10 or 20 ones    12:23

Me

ok, I'll try to bring them today    12:53

Dave Kleiman

Yippie!!    16:31

Wednesday, November 17, 2010

Dave Kleiman

Tell the wifey I said hi, Mr. Diet 7up    18:43

Me

kisseemebooty    18:43

Dave Kleiman

Do not forget my ginger ale    19:07

Me

diet, right?    19:07

Dave Kleiman

Ha ha ha    19:08

Dave Kleiman

Me (16/11):
12 pack of 7up, because it is ridiculously bubbly. 12 pack of canada dry ginger ale, because it is made with real ginger. Like 10 or 20 ones    19:08

Page 40

KIMON_00000063

Friday, November 19, 2010

Dave Kleiman

No love?                                              18:01



                                                      18:05

Dave Kleiman

I want some lucama juice and a cows butt sandwich    18:22

Dave Kleiman

And some scrotum soup and blood pudding              18:47

Sunday, November 21, 2010

Dave Kleiman

Radiance of the Sea?                                 10:03

                                    Me
                yes, it is one of the ships           10:04

Dave Kleiman

You rang?                                            11:08

                                    Me
                                 verily               11:08

Thursday, November 25, 2010

                                    Me
                           gobble gobble              11:59

Dave Kleiman

Hi turkey                                            12:01

                                    Me
                            I'm turkeyfic             12:02

KIMON_00000064



Friday, November 26, 2010

Dave Kleiman
Niko Niko!                                                   20:20

                                              Me
                                              nuh?            20:21

Dave Kleiman
??                                                          20:21

                                              Me
                                              ?!?            20:21

Dave Kleiman
?¿?¿                                                        20:22

Sunday, November 28, 2010

Dave Kleiman
I like turtles                                              08:55

Monday, November 29, 2010

Dave Kleiman
I was sleeping when you called.                             22:52

Dave Kleiman
I like turtles!                                             22:53

Tuesday, November 30, 2010

Dave Kleiman
?                                                          18:16

Dave Kleiman
I like turtles!                                            18:16

Dave Kleiman
You watching?                                              19:30

                                              Me
                                              what am i watching?   19:31

Dave Kleiman
Billy the exterminator.. On AE                             19:31

Thursday, December 02, 2010

Dave Kleiman
Chicken testicles?                                         18:58

KIMON_00000065



Me
and rooster eggs                                    18:59

Saturday, December 04, 2010

Dave Kleiman
Queen mary 2?                                       12:27

Me
competitor                                          12:28

Dave Kleiman
They said it is the biggest                         12:29

Me
5 years ago                                         12:30

Dave Kleiman
I think you are liar liar pants on fire             12:30

Me
kisseemebooty                                       12:31

Dave Kleiman
They were just contructing it in 2003               12:32

Me
yeah, it takes a year to complete                   12:32

Dave Kleiman
My whole world is falling apart in pbg.             12:34

Dave Kleiman
It says you must consult a travel agent before you choose a cruise   13:07

Me
it helps but not if you know what you're doing. and places like expedia are travel agentsol   13:08

Dave Kleiman
Priceline negotiator!!                              13:09

Me
for cruises you get normal pricing there            13:10

KIMON_00000066

Tuesday, December 07, 2010

**Dave Kleiman**
Freedom of the Seas                                                    09:08

Me
Allure of the Seas                                                     09:17

**Dave Kleiman**
No. Freedom of the Seas?                                               09:18

Thursday, December 09, 2010

**Dave Kleiman**
Your iPhone sucks!                                                     19:49

Friday, December 10, 2010

**Dave Kleiman**
When I get out of here, I am going to drive around the US to all       16:08
the Man v. Food restaurants.

Me                                                                     16:13

Saturday, December 11, 2010

**Dave Kleiman**
Ahahahaaaaaaaaaha! Ha!                                                 19:30

Tuesday, December 14, 2010

**Dave Kleiman**
Want some chitlins?                                                    14:35

**Dave Kleiman**
Wasting away in Margaritaville.....                                    18:39

**Dave Kleiman**
Are you alive?                                                         19:40

Me
problems at work                                                       19:40

**Dave Kleiman**
:( that sucks! I wish I would have known, I told them not to bring     20:12
my dinner.

Me
crap - sorry, I didn't know                                            20:12

Page 44

KIMON_00000067

Dave Kleiman

I have tootsie pops                                          20:13

                                                   Me
                    let me call you when I'm done     20:13

Dave Kleiman

Could not hear you                                          20:39

Dave Kleiman

305-200-9924                                                21:15

Dave Kleiman

Can you believe I still have to be here another 3 months.... At least    21:54

Thursday, December 16, 2010

Dave Kleiman

Did you call me at 1630?                                    17:38

                                                   Me
                                yes i did          17:41

Dave Kleiman

Ok                                                          17:46

Sunday, December 19, 2010

Dave Kleiman

On the phone with patrick                                   18:51

Tuesday, December 21, 2010

Dave Kleiman

Funky!                                                      12:29

                                                   Me
                    play that funky music white boy     16:42

Dave Kleiman

Yawn... What is up                                          20:52

Wednesday, December 22, 2010

Dave Kleiman

I am headed to surgery, I will talk to you in couple, three or four    21:26
days. -Dave

                                                   Me
                                good luck          21:44

Page 45

KIMON_00000068

Friday, December 24, 2010

**Dave Kleiman**

Ok. Well that got all screwed up. The OR doctors saw something wrong with my knee, called xray to the OR, and they saw one of the many metal rods I have was causing the infection, so they had to cancel the current surgery and opened my knee, now they have to schedule to have the rod removed and reschedule the other surgery. Whatever, guess I will live here forever.

22:28

Me

what the hell? have they given any indication when? how close together can they happen?

22:30

**Dave Kleiman**

I do not know, but I imagine a couple three weeks.

22:34

Me

ok - so, when is the first one?

23:01

**Dave Kleiman**

Do not know yet

23:46

Me

ok - I'll bring you some more eggnogg when I get back to Miami

23:48

Tuesday, December 28, 2010

**Dave Kleiman**

I have surgery thursday

22:40

Wednesday, December 29, 2010

Me

ok - and the other one?

13:18

**Dave Kleiman**

Do not know

13:19

Saturday, January 01, 2011

**Dave Kleiman**

Happy New Year!

08:29

Me

happy new year! I thought you'd be in ICU until next week - how did it go?

08:30

**Dave Kleiman**

It went good............ But now I want pizza!

08:31

KIMON_00000069

Dave Kleiman

Chezzy crust                                    08:32

Dave Kleiman

I am goofy                                      08:32

                                        Me
              and I am Kimon, pleased to meet you    08:33

                                        Me
    I am glad you're done with this one and that you are back in your    08:34
    room already

Dave Kleiman

Me too!                                         08:34

                                        Me
              is your next one scheduled?        08:36

Dave Kleiman

Not yet.                                        08:37

                                        Me
    ok - but you're almost done with the VA. You are past the half-way    08:37
    point

                    Sunday, January 02, 2011

Dave Kleiman

Can I buy something and have it shipped to your father inlaw, and    11:41
he can ship it to you?

                                        Me
              sure but, what is it?              11:42

Dave Kleiman

Quad band cellphone and gps jammer              11:44

Dave Kleiman

I will buy you one too. We might be able to ship it to your brother,    11:54
but many euro countries it is a non import item

                                        Me
              let me check                       11:55

KIMON_00000070

Monday, January 03, 2011

Me
12:24
no, they don't want the risk

Friday, January 07, 2011

Dave Kleiman
08:16
Can I be the captain on one of your boats?

Me
08:17
absolutely!

Dave Kleiman
10:59
Which one will they let me drive?

Me
10:59
the biggest one

Dave Kleiman
11:16
Well let them know I am bringing my own navigators and stuff, so they can kick off their crew...

Saturday, January 08, 2011

Dave Kleiman
06:58
Turn on animal planet

Me
06:59
zzzzz...

Dave Kleiman
06:59
No zzzzzzzzzzzzzzz! Get up!

Dave Kleiman
08:18
Are you awake now?

Me
08:23
yes because the furniture is being delivered

Dave Kleiman
08:24
Turn on animal planet

Dave Kleiman
09:33
Have you ever seen predator stoppers on Spike?

Dave Kleiman
11:17
I do not have that channel :(

KIMON_00000071



Dave Kleiman

Dude, I just got moved to my own room with a couch. Now you have to visit me one day and kick back on my couch

15:32

Sunday, January 09, 2011

Dave Kleiman

Penguins are hunting roaches

11:09

Monday, January 10, 2011

Dave Kleiman

Google computer forensics and look at #8

16:22

Me

never heard of the guy

16:23

Dave Kleiman

That is the to keyword for what I do...

16:24

Dave Kleiman

Top not to

16:24

Dave Kleiman

Hold on a minute

18:29

Tuesday, January 11, 2011

Dave Kleiman

I need a clock

17:44

Me

what happened to your $75,000 watch?

17:46

Dave Kleiman

My new room does not have a clock :( i need one........

17:47

Me

ok, when I come visit I'll bring you one

17:47

Dave Kleiman

An elcheapo battery wall clock

17:51

Me

my favorite brand

17:58

Dave Kleiman

Should I ship it to your house?

18:25

Page 49

KIMON_00000072

Me
ok but, you cannot accept deliveries there?    18:26

Dave Kleiman
Yes but it takes like a week for the mail room to process it.    18:27

Me
ok    18:28

Thursday, January 13, 2011

Dave Kleiman
:( you hungup    18:44

Tuesday, January 18, 2011

Dave Kleiman
The best penguins ever is on.................. I am fine by the way, in case you were wondering    15:42

Me
thank you - i was losing sleep over that    15:42

Thursday, January 20, 2011

Dave Kleiman
What does it mean when someone puts _ on both side of word. Like _is_    11:44

Me
emphasis    11:44

Dave Kleiman
ahhhh    11:45

Dave Kleiman
If you named your kid Twitter Facebook Andreou could they get you for trademark infringement?    11:49

Me
poor kid would have to deal with 3 lawsuits at the same time    11:49

Dave Kleiman
Ahahahahaha!    20:42

Friday, January 21, 2011

Dave Kleiman
May the fleas of a thousand camels infest your armpits!    16:55

KIMON_00000073

Me
16:59
Boils and plagues plaster you over, that you may be abhorred farther than seen and one infect another against the wind a mile! you souls of geese that bear the shapes of men

Dave Kleiman
Where is my bday pizza?
19:07

Me
isn't tomorrow?
19:08

Me
It
19:08

Dave Kleiman
Will you run up to Memphis and grab me some BBQ?
19:33

Me
on my way
19:36

Saturday, January 22, 2011

Dave Kleiman
I got pointy hat a horn and sparkling cider
12:49

Me
happybirthday!
12:50

Dave Kleiman
Do you want a pointy hat too?
12:50

Me
whoohoo!
12:59

Sunday, January 23, 2011

Me
we won nothing
09:45

Dave Kleiman
yippieeeeeeeeeee
09:57

Tuesday, January 25, 2011

Dave Kleiman
Hello, I am either on or away from my phone right now. Please leave a message or try me later.  Thanks, and have a great day! - Dave
19:00

Page 51

KIMON_00000074



Wednesday, January 26, 2011

Dave Kleiman
Good morning!                                                      07:31

Me                                                                 07:31
buon giorno

Monday, January 31, 2011

Dave Kleiman
Hello, I am either on or away from my phone right now. Please       18:37
leave a message or try me later.  Thanks, and have a great day! -
Dave

Tuesday, February 01, 2011

Dave Kleiman
abundans cautela non nocet                                          14:29

Wednesday, February 02, 2011

Me                                                                  14:49
happy groundhog day

Dave Kleiman
Happy happy joy joy!                                                15:06

Dave Kleiman
annus terribilis                                                    16:18

Me                                                                  16:21
veni vidi vici

Dave Kleiman
10740 NW 7th Ave. Cliffs 305-754-2679. Me wantee                    16:57

Dave Kleiman
And if you do ever come by.... I need change for a 20.... ones      17:21

Thursday, February 03, 2011

Dave Kleiman
Ok this sucks!!                                                     11:29

Dave Kleiman
I just found out no surgery until April 27!                         15:56

Dave Kleiman
Hangeruper!                                                         20:06

KIMON_00000075



Sunday, February 06, 2011

**Dave Kleiman**
Can you please bring me 20 ones...soon?    16:09

Me
ok - tuesday    16:09

**Dave Kleiman**
:)    16:19

Monday, February 14, 2011

**Dave Kleiman**
I was sleepin    23:29

Monday, February 28, 2011

**Dave Kleiman**
Are you alive, answer either way....    14:09

Me
I am mostly dead    14:26

**Dave Kleiman**
:)    14:27

**Dave Kleiman**
Bajo nueva administracion especialidades    16:11

Me
under new management specialties    16:11

Wednesday, March 02, 2011

**Dave Kleiman**
I was sleeping :)    22:18

Friday, March 04, 2011

**Dave Kleiman**
I need a favor on the I think Oasis ship that leaves from ft
lauderdale. My friend Craig Ball, who is RCCL emrald customer, and
his family leave tomorrow. They drove down from lauderdale to    22:38
visit me, just left. Can I send them some champagne or do
something cool?

Me
yes, you can call the 800 number to do that    22:39

Page 53

KIMON_00000076

Dave Kleiman

You are supposed to the rccl expert and help me?!?!

22:40

Me

I don't deal with that side - heck, I haven't even been on a cruise yet

22:41

Dave Kleiman

But you should be magical

22:49

Dave Kleiman

What is the 800#m

22:53

Monday, March 07, 2011

Dave Kleiman

Brought to ICU only have phopne for 5 minutes, if you have anything important let me know, will check text messages once a day. I am ok.

10:50

Me

how can you be ok and be taken to ICU, does not compute

10:51

Dave Kleiman

I was not ok but now ok.....dorky

10:52

Me

ah - so what happened? was it acute steak deficiency?

10:53

Dave Kleiman

yes

11:05

Wednesday, March 09, 2011

Me

hi - still in ICU?

08:40

Dave Kleiman

Yes, but they took the tube out of my nose

12:04

Me

so i take it you are better now - when are they releasing you? and wth happened?

12:05

Dave Kleiman

Bp dropped to like 60 over 42

12:08

KIMON_00000077



Dave Kleiman
They will not release me until you bring steak                    12:09

Me
so you need more salt in your diet. i cannot bring you a steak in     12:25
ICU - you have to escape from there

Dave Kleiman
I will escape!                                                    13:04

Thursday, March 10, 2011

Dave Kleiman
You now how wanted you to bring steak...that might change to         12:12
activia and saltine crackers

Me
that bad huh?                                                     12:13

Dave Kleiman
I imagine you know this mediamp4.com                              15:45

Me
no i did not - thanks!                                            15:54

Friday, March 11, 2011

Dave Kleiman
Was asleep                                                        22:59

Me
I take it you're out of ICU                                       23:00

Dave Kleiman
yep                                                               23:00

Me
good - I'll come by this week with your activia                   23:01

Dave Kleiman
:)                                                                23:02

Sunday, March 13, 2011

Dave Kleiman
Dude, I have hiccuped/burped approximately 11,000 times in the       20:37
past 2.5 days

KIMON_00000078



Me 20:38

**wow**

Monday, March 14, 2011

Dave Kleiman 22:09

Was asleeeeeeeeeeeeeep

Tuesday, March 15, 2011

Dave Kleiman 13:34

Crazy crazy crazy

Me 13:35

**)**

Dave Kleiman 15:43

Whenever you plan on coming by let me know ahead of time...... I will let you know if I need activa or steak :)

Me 16:03

**you don't like surprise activia?**

Dave Kleiman 16:05

Well... Because I would want the "vanilla" flavor whenever you go.

Dave Kleiman 16:06

I am picky :)

Me 16:06

**no shit :)**

Dave Kleiman 16:08

Trying to decide between the dell streak and motorola atrix, since they will not correct W7 phone until next year. What do you think?

Me 16:08

**iphone 5**

Dave Kleiman 16:09

No.. I need a good phone not a toy

Dave Kleiman 16:10

I like the streak becuase it has 5in screen. But atrix is fastest phone out there and streak=$500 and atrix=$99

KIMON_00000079



**Me** 17:07
this one is perfect for you: http://quad-band-phones.com/lowest-priced-phones/xyh001-phone-for-the-elderly?cPath=160

**Dave Kleiman** 17:51
Hahahaha! Ha!

**Dave Kleiman** 19:25
I think your phone died.

**Dave Kleiman** 22:45
Ok, how about a burger and fries and some wings from hooters right upstairs from the steak place or a steak :) :) :) :) :)

Wednesday, March 16, 2011

**Dave Kleiman** 19:28
Miracle grow!!

**Me** 19:29
oui

**Dave Kleiman** 19:30
For all your plant needs!

Thursday, March 17, 2011

**Me** 18:52
call me

Friday, March 18, 2011

**Dave Kleiman** 15:27
I am saving your booty!

**Dave Kleiman** 17:22
Carter was on brickel and stoppedat hooters

**Me** 17:23
was he attacked by any bunnies?

**Dave Kleiman** 17:24
No.. I tried to get him to kidnap some

**Me** 18:53
wake up!

**Dave Kleiman** 18:54
?

Page 57

KIMON_00000080



Me
look to your right                                          18:54

Dave Kleiman
kimon                                                       18:54

Dave Kleiman
Nooo but it come in my room....                             18:55

Dave Kleiman
Supposed to give tgo the nurses to out in fridge            18:55

Dave Kleiman
I wanted to hangout and talkto you                          19:07

Me
me too   it's ok   next time                                19:08

Dave Kleiman
Yes but you are not bored to death...                       19:09

Me
)                                                           19:10

Dave Kleiman
It is like talking to cats.. The entire staff here might add up to your   19:12
IQ

Saturday, March 19, 2011
Dave Kleiman
Thanks agian... The wings were good at midnight.  Next time wake   17:04
me up though.

Tuesday, March 22, 2011
Dave Kleiman
The next time you do have a minute to stop by, i need you go to   19:13
the atm here on the first floor for me

Wednesday, March 23, 2011
Me
ok                                                          12:42

Saturday, March 26, 2011
Dave Kleiman
Can you please please stop by for just a minute on monday and go   22:52
to the atm here for me..before I go bezerko

KIMON_00000081

Me
ok but it will be late in the evening   22:54

Dave Kleiman
Whenever is fine..you only have to stop for a minute   22:55

Me
i will   22:55

Monday, March 28, 2011

Dave Kleiman
I did it. It took me 37 minutes (should have taken 5) to get to the atm And back. Wow this is sucky. You do not have to worry about stopping by for that, but you are still welcome to come by if you want.   14:45

Monday, April 11, 2011

Dave Kleiman
The end is almost here!   15:19

Me
run for the hills!   15:39

Me
btw, i'm visiting today   16:19

Dave Kleiman
With wings from hooooooooooooooters?   16:25

Me
yep   16:25

Dave Kleiman
If yopu call me when you are going to your car and call it in so it is ready when you get there..unless of course you like waiting with the hooters girls   16:28

Me
i actually prefer calling before i leave since it only takes 5' to get there   16:29

Dave Kleiman
okeeeeeedokeeeeeeeee   16:30

Me
send me your order   16:30

D480 Page 59 of 177

KIMON_00000082



Dave Kleiman

10 wings hot with side of hot sauce. Western bbq burger w/fries. Extra pickles and ketchup        17:07

Me
and for dessert?        17:08

Dave Kleiman
You coming like around 7?        17:08

Me
yes        17:08

Dave Kleiman
Fried pickles for desert.... serious        17:10

Me
ok        17:12

Tuesday, April 12, 2011

Me
well?        10:49

Dave Kleiman
Still waiting        10:54

Me
?        18:00

Dave Kleiman
?? What?        18:02

Me
surgery        18:02

Dave Kleiman
Still waiting.......... No stress here        18:02

Wednesday, April 13, 2011

Me
?        18:09

Saturday, April 16, 2011

Me
how did it go?        08:46

KIMON_00000083

Sunday, April 17, 2011

Me    08:52

Monday, April 18, 2011

Dave Kleiman
I am in SICU, they did not finish, guess I am going back in tomorrow or something    16:13

Me    16:13
wth?

Dave Kleiman
You got me?    16:14

Me    16:14
what the hell?

Me    16:14
as in what the hell happened?

Dave Kleiman
Do not know, have not seen the surgeon    16:17

Me    16:17
ok - will you be able to talk later?

Me    16:17
I take it that I cannot visit

Dave Kleiman
I think you can....but you have to bring wings :)    16:18

Me    16:18
can I?

Dave Kleiman
I think you can....but you have to bring wings :)    16:18

Dave Kleiman
Let me ask    16:19

Dave Kleiman
Dude it is Passover, you have to bring matzah wings    16:27

KIMON_00000084



Me
doesn't start 'til sundown - I'll set your watch to Hawaii time    16:28

Dave Kleiman
Until 2000HRS is visiting hours    16:33

Me
ok - sun sets at 19:45    16:34

Dave Kleiman
Do not forget to as for the matzah wings .......... lol    18:21

Dave Kleiman
Yes they said you can bring whatever.    18:22

Dave Kleiman
Are you lost yet?    18:45

Dave Kleiman
They said there was a sign that says SICU/MICU near the elevator    18:46

Tuesday, April 19, 2011

Dave Kleiman
Went to surgery Friday, have been in SICU ever since. Ok so the deal is they could not finish because my bones grew so much in the last 15 years in the femur and hip area, for some reason much more on the right side than the left. (most likely the root cause of how this all started) The bones are very vascular, which causes a lot of blood loss when they grind them, so they stopped and did not finish for safety reasons, have to wait a few weeks and then go again. I have hole in my leg the size of a softball, you can see my hip, but I am fine. Do not worry about me ........ There he goes. One of God's own prototypes. A high-powered mutant of some kind never even considered for mass production. Too weird to live, and too rare to die!!!    13:13

Me
the x-men have nothing on you    13:14

Dave Kleiman
You can still bring me chicken wings whenever you want even though I am going back downstairs :)    13:23

Me
matzah wings?    13:24

KIMON_00000085

Dave Kleiman

Yes exactly!! — 13:25

Me

are hooters girls kosher — 13:25

Dave Kleiman

Who cares we will have a rabbi bless them first — 13:26

Me

:) — 14:48

Thursday, April 21, 2011

Dave Kleiman

Awwwwwwwwwwwww dang — 20:52

Dave Kleiman

I fell asleepy — 20:53

Me

aw shucks — 21:03

Dave Kleiman

I missed big bang theroy :( — 21:04

Me

me too — 21:04

Saturday, April 23, 2011

Dave Kleiman

Do you work on Monday? — 13:07

Dave Kleiman

If monday is not a holiday can you stop by and go to the ATM for me? — 13:09

Me

ok — 13:35

Me

I'll come by after work — 14:23

Dave Kleiman

I figured you were not going to come by during work :) — 14:25

KIMON_00000086



Monday, April 25, 2011

Dave Kleiman

I am really starting to hate this place....Not actually this place itself, just the concept of being confined to a room and having to rely on everyone else for everything. I do not think this is good for my type of personality. It may start manifesting into inappropriate behavior and misplaced anger.... That of course leads to killing kittens and bunny rabbits and who knows where that takes you....   13:23

Me

a tour around the country doing shows, a popular twitter feed and a TV show?   13:26

Me

and Charlie, how did you get my number?   13:27

Me

(btw, it doesn't bother me to help but, I ubderstand what you're saying)   13:27

Dave Kleiman

I know, but it is like I cannot even go down the hall to get soda out of the soda machine...do you know how imprisoned/weak/useless that makes you feel especially if you deal with it for months upon months. I bet just a few weeks of that would drive a normal person insane.   13:34

Me

It absolutely would. I would have gone crazy myself.   13:39

Dave Kleiman

Baron Von streusel   21:41

Me

hehehe - this who gave the title to me http://www.royalhouseofgeorgia.ge/   21:47

Monday, May 02, 2011

Dave Kleiman

hello   15:36

Me

hello   15:37

KIMON_00000087

**Dave Kleiman**

How are you today Baron Von Streusel          15:37

**Me**

fantabulous? and you herr doktor?          15:38

**Dave Kleiman**

I am going nutz! Seriously! But other than that I am ok          15:40

**Me**

i take it you do not have word yet          15:40

**Dave Kleiman**

Word on?          15:41

**Me**

surgery          15:41

**Dave Kleiman**

Oh yeah on the 19th... Who knows if I will even make through this one          15:42

**Me**

huh?          15:43

**Me**

why do you say that?          15:43

**Dave Kleiman**

I am almost did not on the last one and still taking this stupid blood pressure medicine          15:44

**Dave Kleiman**

That is why they stopped last time          15:44

**Me**

you failed to mention that minor detail before.....          15:45

**Dave Kleiman**

You better come before than and eat some french fries with me again.........you never know          15:45

**Me**

)          15:45

KIMON_00000088

Dave Kleiman

No i did not..

15:45

Dave Kleiman

I sent this to you: Went to surgery Friday, have been in SICU ever since. Ok so the deal is they could not finish because my bones grew so much in the last 15 years in the femur and hip area, for some reason much more on the right side than the left. (most likely the root cause of how this all started) The bones are very vascular, which causes a lot of blood loss when they grind them, so they stopped and did not finish for safety reasons, have to wait a few weeks and then go again. I have hole in my leg the size of a softball, you can see my hip, but I am fine. Do not worry about me ........ There he goes. One of God's own prototypes. A high-powered mutant of some kind never even considered for mass production. Too weird to live, and too rare to die!!!

15:48

Me

yes but that does not mean "I was almost dead and that's why they stopped"

15:49

Dave Kleiman

""The bones are very vascular, which causes a lot of blood loss when they grind them, so they stopped and did not finish for safety reasons, have to wait a few weeks and then go again""

15:49

Dave Kleiman

What did you think I meant by stop for safedty reasons

15:50

Me

just simple caution and not "oh shit!"

15:50

Dave Kleiman

Ohhhhhhhh. Well that is what I meant... I loss like 2.5 pints of blood

15:50

Me

wow

15:51

Dave Kleiman

That,is why I always ask for lots of ketchup

15:52

Me

)

15:52

KIMON_00000089

Dave Kleiman

Did you hear they put bin laden's body right next to the roswell alien bodies    15:54

Me

I thought they sold the body to the Greys for the latter's probing pleasure    15:55

Tuesday, May 03, 2011

Dave Kleiman

So my electric is good for another 4 months. My water for 3 months (40 a month even if I do not use any water?). I have to pay $300 to comcast before they will disconect the service.    15:16

Me

in how many months is the penalty waived?    15:17

Dave Kleiman

No, I owe them a back bill from last month, my account is suspended so they cannot do anything until I pay it.    15:20

Me

oh, ok    15:20

Dave Kleiman

Funny I was watching hbo this weekend on xfinity, lady said my account has been suspended for 11 days.    15:21

Wednesday, May 04, 2011

Dave Kleiman

Ummm good news or bad news?    08:04

Me

ok, bad news    08:05

Dave Kleiman

No chicken wings for us friday    08:05

Me

good news?    08:05

Dave Kleiman

Surgery Friday    08:06

Me

oh! then when can you have chicken wingd?    08:07

Page 67

KIMON_00000090



Me   08:08
and how come?

Dave Kleiman   08:08
I guess they had an opening

Me   08:09
you get to go home 2 weeks earlier

Dave Kleiman   08:11
Yes but they messed up our schedule

Me   08:13
your surgery is more important - I'll bring you wings today

Dave Kleiman   08:14
Wings are always more important than surgery :)

Me   08:21
:) so, is today a wing day or have you started the presurgery diet?

Dave Kleiman   08:23
No that is tomorrow after 1800. Then at midnight not even water

Me   08:25
I know to never feed you after midnight

Dave Kleiman   11:54
You are really stopping by tonight, right?

Me   11:54
yrs

Me   11:54
yes

Dave Kleiman   11:55
Ok good!

Me   11:55
bringing broccoli and celery sticks

Dave Kleiman   11:56
And asparagus too please, enough to make our pee turn green

KIMON_00000091

Me
of course                                                                          11:59

Dave Kleiman
Just wanted to let all of you know my surgery was scheduled for          12:08
the 19th of May and just found out now it is moved to this Friday.

Dave Kleiman
Can we quit our jobs and become the A Team?                              17:38

Dave Kleiman
Yes their real moms                                                                20:09

Dave Kleiman
Do not forget I owe you $600,000                                               20:10

Dave Kleiman
Your phone just called me                                                          20:37

Thursday, May 05, 2011

Dave Kleiman
I should have just had you take the card with you. Then you could        07:30
have just got it the next time you go to an ATM. Besides if I do not
make it, I do not want leave owing you $60 ;)

Me
what a maroon                                                                       07:30

Dave Kleiman
Did you watch the video?                                                           20:55

Friday, May 06, 2011

Me
still at around 10?                                                                   07:09

Dave Kleiman
Already back....will explain in a minute                                           08:54

Dave Kleiman
Wow! The effort of psyching up to get ready for surgery and then         09:03
not having it is more stressful than having it. Well the Docs
explained some new technique they have as I entered the O.R.
They said it was much safer and the felt more comfortable with it,
so I said yes even though it meant rescheduling.

KIMON_00000092



Me
ummm.. WTF?!          09:10

Dave Kleiman
Roger that sir! My hands are shaking right now from like an          09:12
adrenaline surge. Something where they put a ballon in the artery
if they get a lot of bleeding they inflate the ballon

Me
wow          09:14

Me
when is it scheduled for now?          09:50

Dave Kleiman
Do not know yet.          09:51

Dave Kleiman
Oh, that is right the Doc said I have to get my Hot Sauce levels          09:52
back up again :)

Me
of course          09:55

Dave Kleiman
It seems to work ;)          09:56

Dave Kleiman
If you have time after work for ATM let me know....and I will not try          12:04
to coerce for chicken wings I promise

Me
:)          12:13

Me
on my way          18:30

Dave Kleiman
Now you can have the 6 billon I owe you!          18:33

Dave Kleiman
Wooohoooooo found it for $3          20:06

Me
yippee!          20:06

Page 70

KIMON_00000093



Saturday, May 07, 2011

Dave Kleiman
Did you watch rango? Was your pizza good?
14:21

Me
not yet & yes. :)
14:22

Monday, May 09, 2011

Dave Kleiman
And todays secret word is.....
pneumonoultramicroscopicsilicovolcanoconiosis
12:20

Me
ok who cares about tiny holes in the lungs?
12:22

Dave Kleiman
Did you look at the photos yet?
21:50

Me
yes, they're amazing
21:52

Thursday, May 12, 2011

Dave Kleiman
Whopper!!!
19:09

Me
bopper
19:10

Dave Kleiman
Slopper!p
19:10

Dave Kleiman
Copper!
19:10

Dave Kleiman
Flopper!
19:11

Me
flipper
19:11

Dave Kleiman
Snipper!
19:12

Tuesday, May 17, 2011

Dave Kleiman
I am going to throw myself off a cliff!
11:28

KIMON_00000094



Me 11:28
hard to find in FL - what happened?

Dave Kleiman 11:30
I am in this room and the other person watches the bible network all day and night........ There is going to be a problem here!!

Me 11:30
hehehehe

Dave Kleiman 11:32
No hehehe. I am about to shake up a coke and toss it into the top of his light fixture.

Wednesday, May 18, 2011

Dave Kleiman 11:43
Wow! F**k f**k f**k!

Dave Kleiman 11:44
Now I just got an email from comcast says my bill is $1000

Me 11:57
how the hell did that happen?

Dave Kleiman 11:59
They are charging me for the equipment $450 each until returned

Me 12:00
wow

Dave Kleiman 12:00
I have no roomate for the rest of today at least.

Dave Kleiman 12:01
Oh so today would be a good day for you to come by and visit :)

Dave Kleiman 12:01
Just kidding I know you are busy....whenever you feel like it

Me 12:03
heat game tonight so it would be sans chicken wings

Dave Kleiman 12:04
Sans?

KIMON_00000095



Me
12:04
without

Dave Kleiman
12:05
Whopper?

Me
12:06
I'll let you know within the hour

Dave Kleiman
12:06
Oh that game is in Chicago by the way :)

Dave Kleiman
14:19
I got you a present whenever you do come by

Dave Kleiman
16:08
And the honeymoon is over :(

Me
16:08
he's back?

Dave Kleiman
16:45
No a new person is coming later this evening

Me
17:16
a devout muslim?

Dave Kleiman
18:23
Not sure..but at least there is no 24/7 muslim channel

Dave Kleiman
18:52
Możesz mi powiedzieć jak dostać się na stadion?

Thursday, May 19, 2011

Dave Kleiman
15:28
!@#$%&$*@(!))!*##&#&$^^$#*((!)))!)!!))!!))=*&#&^&#@*!

Dave Kleiman
17:40
Did you like my zombie proof house?

Dave Kleiman
19:04
Had to reboot my phone 3 times in the last 15 minutes just in case you tried to call

KIMON_00000096



Me
i did - i wanted to confirm you wanted wings and, since you didn't answer, i'll just bring some gefiltefish    19:06

Dave Kleiman
My favorite!!    19:06

Dave Kleiman
Some matzah and horseradish too please    19:06

Me
any other way would be uncivilized!    19:07

Dave Kleiman
You could not read the Greek I sent you earlier?    19:07

Dave Kleiman
θα πρέπει να φέρει φτερούγες κοτόπουλου;    19:09

Me
the grammar is so horrid, i refuse to respond - it is beneath me    19:10

Dave Kleiman
It says something like do you come bearing chicken wings    19:10

Me
it says: will he have to bring chicken wings?    19:11

Dave Kleiman
Ok close enough    19:12

Me
)    19:12

Dave Kleiman
I just thing it is funny that there are words for chicken wings in polish greek latin and so on.    19:13

Me
it's actually a phrase: wings of a chicken    19:14

Dave Kleiman
Is it wed?    19:18

Me
thur    19:18

Page 74

KIMON_00000097



Dave Kleiman

Becuase wed is wings day with all kinds of specials          19:18

Me

what is today?          19:19

Dave Kleiman

10 wings and fries for 599, today it is 899          19:20

Dave Kleiman

Nevermind thag is bonless wings... Yuck!          19:21

Dave Kleiman

Ok  I will leave you alone so you can finish working... What time you think?          19:23

Me

leaving in 10          19:24

Dave Kleiman

You want me to call in?          19:24

Me

go for it          19:25

Dave Kleiman

You want anything?          19:25

Me

nope - call in 5          19:26

Dave Kleiman

Some steamed shrimp?          19:26

Me

i can only eat steamed broccoli          19:26

Dave Kleiman

Roger in 5 syncing clock ...19:27:42..44..46          19:27

Me

you're off by π/7 seconds          19:29

KIMON_00000098

Dave Kleiman

Totals is $28, I got you and extra side of celery. I got wings and steamed shrimp... You could eat 1 or 2 steamed shrimp no? It will be ready in 10 under dave. Ask for xtra ketchup plz.      19:37

Dave Kleiman

It only shows a lexus a bmw and a ford.      20:00

Me

on my way      20:07

Dave Kleiman

On my way too      20:07

Me

yippee      20:07

Dave Kleiman

Remember I am in the next roomover      20:08

Dave Kleiman

Criminal minds marathon.......all day memorial day      21:18

Me

fuzzah      22:10

Dave Kleiman

fuzzah      22:10

Dave Kleiman

Indigestion ......................... Pepto Bismol!      22:49

Friday, May 20, 2011

Dave Kleiman

Why did the chicken cross the road?      07:24

Me

to get to hooters?      07:25

Dave Kleiman

Eh hu hu hu, he said hooter eh hu hu hu...      07:26

Dave Kleiman

I wonder how many people have to work in the HR department for a company that has 920,000 employees.....      08:13

KIMON_00000099

Me
08:23

**Dave Kleiman**
Now that huckleberryfin and trump are not running, who do we vote for
11:48

Me
your
11:49

**Dave Kleiman**
:0 Newt/Palin ahahahahahahaha
11:50

Me
yeah... I'd vote for Bugs/Daffy before any ticket with Palin on it
11:51

**Dave Kleiman**
I would vote for rocky/moose
11:52

Me
I knew you were a pinko commie!
11:52

**Dave Kleiman**
Yippie it is the weekend!
11:53

**Dave Kleiman**
All my friends from 800 and 877 keep calling me, they must really like me!
15:43

Me
you're a popular guy
15:43

**Dave Kleiman**
Yes I am!
15:45

Saturday, May 21, 2011
**Dave Kleiman**
You want some of mussels?
17:47

Sunday, May 22, 2011
**Dave Kleiman**
I think I'm turning Japanese,  I think I'm turning Japanese, I really think so!
15:56

**Dave Kleiman**
Minute to win it, biggest winner ever tomorrow at 20:00
21:01

KIMON_00000100

Tuesday, May 24, 2011

Dave Kleiman

Can someone block "strangers" from seeing their tweets?    14:16

Dave Kleiman

The IT guys just got busted from Rothstein. They were making fake banking websites.    18:04

Wednesday, May 25, 2011

Dave Kleiman

Hello?    21:10

Me

Hi    21:15

Dave Kleiman

I am answering your call :)    21:16

Thursday, May 26, 2011

Dave Kleiman

Muhahaha. Have you been off all week?    11:40

Me

   11:40

Dave Kleiman

Monday you said you were home... Or were you bsssssing    11:42

Me

BSng    12:24

Dave Kleiman

I should have gueSSed it was BS ;)    12:25

Dave Kleiman

Do you have time today or tomorrow for the ATM?    14:37

Me

I'll come by today    15:28

Dave Kleiman

Will you do the DoDo brown dance?    15:29

Me

I dance for singles    15:30

KIMON_00000101



Dave Kleiman

Do you want any of the Japanese Ninja movies I have, like the wassabi warrior?                      15:30

Dave Kleiman

Do you want any of the Japanese Ninja movies I have, like the wassabi warrior?                      15:31

Dave Kleiman

Can I have a Whopper?                      16:17

Dave Kleiman

Do you want a drink from the machines?                      19:11

                                        Me
                    no thanks - I'm good     19:12

Dave Kleiman

6367                      19:13

                                        Me
              triple whopper with cheese & bacon?     19:15

Dave Kleiman

They have triples, for real?                      19:16

                                        Me
                                   yes     19:16

Dave Kleiman

sure                      19:16

                                        Me
                 large fries & onion rings?     19:16

Dave Kleiman

sure                      19:17

Dave Kleiman

A line to remember... The only difference between my life and a porno, is my life has better lighting.                      19:19

Dave Kleiman

I will talk to you tomorrow                      20:51

KIMON_00000102

Dave Kleiman

Indigestion........bluhhhhhhh                                    21:15

Friday, May 27, 2011

Dave Kleiman

Wooooooooooohoooooooo!                                          13:51

Me

?                                                               13:57

Dave Kleiman

Just felt like saying woohoo                                    14:34

Dave Kleiman

Call and check on me tomorrow.                                  16:34

Me

what happened?                                                  16:59

Dave Kleiman

Nothing just do not feel good                                   17:00

Saturday, May 28, 2011

Dave Kleiman

Hey, you know those small packs of rasins that come in a pack. The
next time you go to publix can you get me a pack. Apparently my     18:10
potassium is low, according to the Net, rasins per cup have the
most of anything.

Me

no problem                                                      18:11

Tuesday, May 31, 2011

Dave Kleiman

We need to win powerball it is like 200 million                 08:39

Me

I know! We must                                                 08:39

Wednesday, June 01, 2011

Me

don't forget I'm bringing you your dried fruit                  15:39

Dave Kleiman

Mmmmmm yummmmmy                                                 15:39

Page 80

KIMON_00000103

Dave Kleiman

You know how to make my day!                              15:42

                              Me
                              that's how I get all the girls    15:45

Dave Kleiman

Hey baby, want some dried fruit!                          15:46

                              Me
                              works every time           15:46

Dave Kleiman

Do you throw in some pistashios to seal the dealeo?       15:47

                              Me
                              only if she's at least a 9.5   15:48

Dave Kleiman

Ahhhhhhhh ok I see now                                    15:49

Dave Kleiman

muhahahahahaha                                            17:46

                              Me
                              indeed               17:46

Dave Kleiman

When you go home later you have to stop at your publix or    18:21
whatever for power ball tickets. It is huge tonight

Dave Kleiman

5-12-14-22-24 PB 15 and 7-11-25-31-39 PB 17 and 1 quick pick for    18:29
me please. If I win I will give you 20 Million

                              Me
                              ok               18:31

                    Thursday, June 02, 2011

                              Me
                              did we win?         07:17

Dave Kleiman

I do not know yet..have not looked                        07:18

KIMON_00000104



Dave Kleiman
Why is your pool not big enough? You want a double olympic pool with a bolwing alley under it?
07:20

Dave Kleiman
Not even 1 number
13:28

Me
you suck
13:31

Friday, June 03, 2011

Dave Kleiman
High five!
07:59

Me
low five
07:59

Thursday, June 09, 2011

Dave Kleiman
I missed big bang............sleeeeeeeeeeep
20:51

Me
booo
21:26

Friday, June 10, 2011

Dave Kleiman
Even medical marijuana users may be fired for falling a drug test
16:16

Dave Kleiman
16 MS patches tuesday
16:17

Dave Kleiman
i4i patent appeal rejected by Supreme Court
16:17

Dave Kleiman
The power has been out since 1630
17:10

Me
wow
17:11

Dave Kleiman
Really? At the hospital...
17:11

Dave Kleiman
Awesome county BCC/DRP plan.......
17:15

KIMON_00000105



Me
hehehe                                                                    17:17

Dave Kleiman
Take your protein pills and put your helmet on....... Commencing           18:09
countdown engines on!

Dave Kleiman
I started mine, I will let you know tomorrow how it is looking             20:06

Me
ok                                                                        20:09

Dave Kleiman
Sent you email-a-roni                                                     20:09

Dave Kleiman
Maybe the .exe under rars is for self extracting.                         20:50

Dave Kleiman
And it seems to be running smother, it is over 200MB in 52               20:52
minutes it could be done in less than 10 hours, before I waited
more than 24 and it was not even done

Saturday, June 11, 2011

Dave Kleiman
It finshed 22 hrs                                                        17:44

Me
yippee!                                                                  17:45

Dave Kleiman
It is almostperfect... It is going out to the internet for theme and     17:47
css becuase they are on wp.com or wordpress.com

Wednesday, June 15, 2011

Dave Kleiman
How do you "jump to root" of a directory structure on a                  08:49
website? ../ or ./ or is it .\ or something?

Me
plain ole /                                                             08:49

Me
it's like navigating in unix                                            08:49

KIMON_00000106

Dave Kleiman

No workie :( ../ takes you back 1 dir ../../ goes back 2. I mean in the html. There has to be a way to just go back to root          08:54

Me

plain slash does it - are you running in a webserver?          08:55

Dave Kleiman

No off line          08:58

Me

there's your problem, might as well use c:\          08:58

Dave Kleiman

But you do not what drive usb will be...          08:59

Me

how about \website\          09:00

Dave Kleiman

This sucks!          09:09

Me

there is the option of having awebsite on a stick          09:10

Dave Kleiman

? What is a website on a stick?          09:55

Me

google is your friend          09:56

Me

webserver that runs off a usb stick          09:56

Thursday, June 16, 2011

Dave Kleiman

Muhahahahaha!          16:16

Me

ok          16:16

Friday, June 17, 2011

Dave Kleiman

Errrrrrrrr..          07:47

KIMON_00000107

Me
burp    07:47

Dave Kleiman
No.. No burp, I have a mountain of salt on my eggs    07:49

Me
good - now you can    07:51

Saturday, June 18, 2011

Dave Kleiman
Do you have a way to force a long file/folder name, that is beyond the NTFS limit?    20:57

Me
no but do you want me to find one?    21:03

Dave Kleiman
If you can. I tried the old create a share deep in the tree, but the USB stick only has 200MB avail so it gives me shared server store error    21:18

Me
ok    21:19

Tuesday, June 21, 2011

Dave Kleiman
Do not take 95, big accident in express lane.    18:06

Wednesday, June 22, 2011

Dave Kleiman
Are you alive?    08:34

Me
though rumor abound to the contraray, I am - alas - indeed alive    08:36

Dave Kleiman
Ok then    08:37

Thursday, June 23, 2011

Dave Kleiman
Big bang theroy at 20:00    19:12

Me
rerun    19:15

KIMON_00000108



Dave Kleiman
Well wehave not seen a bunch of them     19:16

Friday, June 24, 2011

Me
awake?     07:14

Dave Kleiman
yep     07:36

Dave Kleiman
Happy friday!     15:13

Dave Kleiman
Wow, you screwed up!     15:27

Me
huh?     15:27

Dave Kleiman
Those pistachios are so f'n good, I will be bugging you non-stop when they are gone     15:28

Me
I'll get you on a subscription plan     15:28

Dave Kleiman
:)     17:02

Tuesday, June 28, 2011

Dave Kleiman
watchout     07:58

Me
?     07:59

Dave Kleiman
...for that tree. george     08:00

Dave Kleiman
Happy tuesday     08:10

Me
is it fat?     08:11

KIMON_00000109

Dave Kleiman
Sure why not                                                                                    08:11

Me
take your top off then!                                                                         08:21

Dave Kleiman
woooooooohoooooooooooo                                                                          08:22

Dave Kleiman
He gets killed?                                                                                 08:30

Me
massacred, eaten alive                                                                          08:30

Me
who are we talking about?                                                                       08:30

Dave Kleiman
No.. Charliegets killed                                                                         08:31

Me
that's one of the rumors                                                                        08:31

Dave Kleiman
yawn                                                                                            20:14

Dave Kleiman
Had to switch to edge, 3g is down                                                               20:15

Me
all of at&t                                                                                     20:31

Dave Kleiman
Thley suck!                                                                                     20:39

Wednesday, June 29, 2011

Dave Kleiman
Wake up!                                                                                        08:35

Me
being awake is overrated                                                                        08:36

Thursday, June 30, 2011

Dave Kleiman
You forgot me :(                                                                                21:51

Page 87

KIMON_00000110



was in the office until 8:30 and then on the phone — 21:52

Dave Kleiman
OIC — 21:53

Friday, July 01, 2011

Dave Kleiman
Dude I am hurting so bad. oweeeeeeeeed — 16:24

Dave Kleiman
? — 18:07

Dave Kleiman
?? Watch the iPhone video — 18:39

Me
is your msdn subscription still valid? — 19:48

Dave Kleiman
yes — 19:48

Me
may I log in? — 19:49

Dave Kleiman
Only if you watch the iphone video — 19:50

Me
I like the payphone finder — 19:51

Dave Kleiman
ahahahaha — 19:51

Dave Kleiman
Do not write this down, you none security person — 19:52

Me
ok — 19:52

Dave Kleiman
54321GoGoGo!!** — 19:53

Dave Kleiman
msmvp@ — 19:53

KIMON_00000111



Me
merci beaucoup                                          19:53

Dave Kleiman
You have a coupe D'bea?                                  19:54

Me
indeed                                                   19:57

Saturday, July 02, 2011

Dave Kleiman
Oooooooooooowwwwwwwwwweeeeeeeeeeeee!                     05:29

Monday, July 04, 2011

Dave Kleiman
Do you remember where that table is that has many of the
extended charcters..it was like wordpad or something?    20:06

Me
you mean the character map?                              20:07

Dave Kleiman
I found right after I sent that                          20:08

Me
ok                                                       20:08

Wednesday, July 06, 2011

Dave Kleiman
Just come by tomorrow instead                            09:47

Me
sure?                                                    09:47

Dave Kleiman
Yep..otherwise you will be driving yourself crazy running around   10:00

Thursday, July 07, 2011

Dave Kleiman
Yippie!                                                  17:22

Dave Kleiman
Power is out! woohooo                                    17:24

Me
again?                                                   18:45

KIMON_00000112



Dave Kleiman
yep
19:37

Dave Kleiman
Boing!
20:00

Monday, July 11, 2011

Dave Kleiman
Wear rubber duckies!
08:17

Wednesday, July 13, 2011

Me
how did you know I would?
09:39

Dave Kleiman
Row, row, row!
09:50

Me
no, it's: row, row, breathe, row
13:12

Tuesday, July 19, 2011

Dave Kleiman
Good morning!
11:58

Me
well hello there
11:58

Dave Kleiman
I fall asleep like at 6 last night
12:04

Me
you do need your beauty rest
12:06

Dave Kleiman
No it is the 1.5 mile around the hospitals I have done the last 3 days
12:07

Thursday, July 21, 2011

Dave Kleiman
Surgery next thur
14:08

Me
whoohoo!
14:08

Me
so, for when should i set up the reservation at chima?
14:10

KIMON_00000113

Dave Kleiman
Dude, it will be sept before I can even start PT    14:28

Dave Kleiman
I was asleep    22:10

Me
inconceivable!    22:13

Dave Kleiman
Exactly!    22:13

Friday, July 22, 2011

Dave Kleiman
Was in MRI    21:44

Me
so? you cannot take your hunk-o-junk, sorry excuse for a phone with you?    21:52

Dave Kleiman
Sure, I will take your iphone in with me    21:54

Me
no need - my iphone has an mri app    21:54

Thursday, July 28, 2011

Me
ready for surgery?    07:47

Saturday, July 30, 2011

Dave Kleiman
Out of surgery, in ICU, everything is fine. Just got my phone, forgot to leave it off on Wednesday so the battery is only 35%, so my phone may be off today. Text messages are easiest as the ICU is supposed to be a quiet place.    11:28

Me
got it - I call SICU yesterday to ask about you but, you were sleeping. I take it everything went well?    11:29

Dave Kleiman
yep    11:29

Dave Kleiman
Just tired    11:29

KIMON_00000114

Me

no more surgeries, right?   11:30

Dave Kleiman

nope   11:35

Me

whoohoo! so, Chima in October?   11:35

Dave Kleiman

You are buying because I am broke   11:48

Me

) that was the deal anyway   11:48

Sunday, July 31, 2011

Me

can you eat pistachios?   19:57

Dave Kleiman

I can eat chimichangas!!   19:58

Me

whoohoo!   19:59

Dave Kleiman

What are you doing?   20:02

Me

watching ice road truckers and eating pasta   20:02

Dave Kleiman

Ice road truckers? You need psych help!   20:38

Monday, August 01, 2011

Dave Kleiman

Happy ramadon ?spell?   07:19

Me

it's spelled   07:41

Dave Kleiman

You sent me 4 squares, I am geometrically enthused!   07:52

Me

apparently, your hunk o junk phone doesn't do unicode   07:55

Page 92

KIMON_00000115

Dave Kleiman

Œ Ψ Ξ ¤                                                                          07:57

Dave Kleiman

Haveyou ever played brainschool?                                                11:24

Me

no                                                                               12:10

Dave Kleiman

It is pretty challenging                                                         12:23

Me

link?                                                                            12:35

Dave Kleiman

I got on some phone place, but on my comp that I do not have                     12:57

Dave Kleiman

http://www.mastersoftmobilesolutions.com/brainschool_ppc.php                     13:00

Dave Kleiman

Hey I am guessing you plan on coming by this week, I will be back                18:30
downstairs tomorrow.

Me

pistachio time                                                                   18:42

Dave Kleiman

You are coming today?                                                            19:46

Me

tomorrow                                                                         19:45

Dave Kleiman

Ohh I saw "pistachio time" and thought you meant now..... Can it                 19:47
maybe be chicken wings time too? :)

Me

what's the magic word?                                                           19:48

Dave Kleiman

Chimichangah?                                                                    19:58

Dave Kleiman

Rootytoottooty?                                                                  19:58

KIMON_00000116

Dave Kleiman

Antidisestablishmentanteriosim?                           20:00

Dave Kleiman

I have no idea if I spelled that right                    20:00

                                                      Me
                                                     lol      20:01

Dave Kleiman

Remind me to watch AAUTV.org at 0800, one of the nurses   20:11
daughters is running in nationals, could make junior olympics

                                                      Me
                                                     wow      20:17

                        Tuesday, August 02, 2011

Dave Kleiman

Are you stopping by tonight?                              17:30

                                                      Me
              yes, I sent you an email - did you receive it?   17:31

Dave Kleiman

I have been moving getting all my stuff, i did not look yet.   17:32

                                                      Me
                                   ok - can I stop by?    17:32

Dave Kleiman

Well if you get out early enough and have time for wings, I really   17:33
did not get dinner, it went upstairs.

Dave Kleiman

Yes you can stop by I am setting up my computer now       17:34

                                                      Me
                         deal - I'll leave at about 18:15 or so   17:34

Dave Kleiman

I got the email...I told you he dies in either a druken car wreck or   17:57
drug OD, possibly some sexual death... Find him with vibrator up
his butt

                                                      Me
                                                     lol      17:57

KIMON_00000117



Me
on my way   18:38

Dave Kleiman
Dude I cannot believe I ate all of those wings and fries, and I am still hungry   21:11

Me
wow   21:11

Wednesday, August 03, 2011

Dave Kleiman
Watch out for the hurricane   08:07

Dave Kleiman
Was sleeping   20:22

Thursday, August 04, 2011

Dave Kleiman
I love salty nutz in my mouth!   19:20

Sunday, August 07, 2011

Dave Kleiman
So he is my website doing :)   19:13

Me
it was hacked by anonymous   19:14

Monday, August 08, 2011

Me
can you please send me that zombie proof house?   12:32

Me
never mind - found it   13:37

Dave Kleiman
Did not even hear my phone :(   15:04

Dave Kleiman
You have to start leaving work earlier :)   22:04

Wednesday, August 10, 2011

Dave Kleiman
Let me know if you have time to go to the teller this week   14:51

Me
I doubt it for this week - sorru   14:55

KIMON_00000118

Dave Kleiman

Poopiehead!                                                     17:48

Me

i fart in your direction                                       17:49

Dave Kleiman

Strange women lying in ponds distributing swords is no basis for a
system of government, supreme excutive power derives from a         17:53
mandate of the masses, not some farce aquatic cermony.

Thursday, August 11, 2011

Dave Kleiman

SmellyHead!                                                    18:09

Me

kisseemeebooty                                                 18:23

Dave Kleiman

Well it is really hard to miss                                 18:24

Friday, August 12, 2011

Dave Kleiman

Did you read about that plane that goes 13,000+ mph?           07:58

Me

the one they lost?                                             07:58

Dave Kleiman

They did not lose it, it is in the pacific ocean               07:59

Me

that's like saying that the mars rover wasn't lost, it's somewhere on   07:59
mars

Dave Kleiman

Well, it crashed in the ocean. But the point is, do you know how     08:01
fast 13,000mph is?

Me

the land speed of an unladen swallow?                          08:02

Dave Kleiman

Exactly..but seriously circling the globe in less than 2 hours is pretty   08:03
fast

KIMON_00000119

Me

what's the stopping distance from top velocity?                    08:04

Dave Kleiman

Squishy?                    08:05

Me

seriously, if it needs 1000 miles to come to a complete stop from it's top speed, it'll becabitch to fly                    08:08

Dave Kleiman

Unless I am flying it of course                    08:09

Me

naturally                    08:22

Thursday, August 18, 2011

Dave Kleiman

You know how if you look at something in plan text that was originally formatted in html or RTF and it does not recognize a carriage return. Is there some terminology for that?                    09:35

Me

user error?                    09:36

Me

I don't know - sounds like a format issue                    09:36

Dave Kleiman

Wow, not big words like normal for me. Like super plain text formatting circumference error, or something like that... :)p                    09:38

Saturday, August 20, 2011

Dave Kleiman

How do you spell tomorrow in spanish?                    08:46

Me

manana                    08:46

Dave Kleiman

Dankie!                    08:47

Thursday, August 25, 2011

Dave Kleiman

sleepy                    20:09

KIMON_00000120



Friday, August 26, 2011

**Dave Kleiman**
Att is having problems? — 12:17

Me
looks like it — 12:23

Monday, August 29, 2011

**Dave Kleiman**
How is my website :) — 10:02

Me
thank you for reaching prime credit. name is peggy — 10:03

**Dave Kleiman**
Sorry forgot to call you back, the shrimp lo mein sold you out :) — 19:54

Me
bastich — 19:54

**Dave Kleiman**
Yippie! — 19:55

Tuesday, August 30, 2011

**Dave Kleiman**
You home yet? — 19:26

Me
yep — 19:26

**Dave Kleiman**
Yippie! Maybe i will be awake tomorrow :) — 19:27

Me
) — 19:52

Friday, September 02, 2011

Me
poopie head — 19:39

**Dave Kleiman**
?? — 19:40

Thursday, September 08, 2011

**Dave Kleiman**
Hi! — 19:59

KIMON_00000121



Me
hola                                                   19:59

Dave Kleiman
Was machen sie?                                        20:02

Me
haagen daz                                             20:02

Dave Kleiman
What flavor?                                           20:03

Me
octopus                                                20:04

Dave Kleiman
Yummy!                                                 20:31

Wednesday, September 14, 2011
Dave Kleiman
Hello, I am either on or away from my phone right now. Please    19:12
leave a message or try me later.  Thanks, and have a great day! -
Dave

Tuesday, September 20, 2011
Dave Kleiman
Howdy how!                                             14:41

Wednesday, September 21, 2011
Dave Kleiman
I am busy right now. I'll call you back later.         18:53

Dave Kleiman
Non phone answerer!                                    19:17

Thursday, September 22, 2011
Dave Kleiman
They broke my leg                                      10:53

Me
wtf?!                                                  10:53

Dave Kleiman
Exactly...I have not killed anyoyne                    10:54

Page 99

KIMON_00000122

Dave Kleiman
Yet!
10:54

Me
how? why?
10:55

Dave Kleiman
They were strching it
10:56

Dave Kleiman
I am f'n pissed right now...i am ready to blow my top
10:56

Dave Kleiman
Well now..not that bad just the tibia and femur....@^#^@*!*!!))!+!
%^@t%#%@%!$##%^!&!&!
17:52

Me
how the hell did those idiots do that? and do you need me to come over?
17:55

Dave Kleiman
Stretching it.  :( With chicken wings? :(
17:56

Me
will it help?
18:14

Dave Kleiman
Hooters chicken wings always help when you are depressed
18:18

Me
ok . I'll text when shutting down so that you order them
18:19

Dave Kleiman
If I was a believer I would probably think god hates me
18:20

Me
he's testing you
18:21

Me
still at work
19:29

Dave Kleiman
Yippie! You will like your name today
19:30

Me
?
19:30

KIMON_00000123

Me
ok, shutting down                    19:34

Me
on my way to see Dave                19:35

Dave Kleiman
Samir Nagheenanajar                  19:35

Dave Kleiman
You meant to send the last to wifey  19:35

Dave Kleiman
Person of interest seems pretty good so far   21:13

Dave Kleiman
Very good show                       21:56

Me
good to know for next week           22:25

Friday, September 23, 2011

Me
?                                    18:55

Dave Kleiman
Nothing yet..only a junior ortho doc came sofar   18:56

Me
great                                18:57

Dave Kleiman
:)                                   20:04

Dave Kleiman
Was with nurses and drs when you called   20:16

Dave Kleiman
Had fever and chills                 20:17

Me
because of the break?                20:53

Saturday, September 24, 2011

Dave Kleiman
Could be, not sure                   10:37

KIMON_00000124



Sunday, September 25, 2011

Me    20:31
watching the princess bride

Dave Kleiman    20:31
Bride, you must not be out-side

Me    20:33
hehehe - how's the fever?

Dave Kleiman    20:33
Fever, he must of pulled the lever

Me    20:34
inconceivable!

Dave Kleiman    20:35
Inconceivable, how unbelievable

Tuesday, September 27, 2011

Dave Kleiman    11:06
I am stuck on bandaids, because bandaid stuck on me!

Dave Kleiman
My bologna has a first name, its O S C A R, my bologna has a    11:08
second name, its M E Y E R. And I love to eat it everyday, and if you
ask me why Ill say, cause Oscar Meyer has a way with B O L O G N
A!

Wednesday, September 28, 2011

Dave Kleiman    18:41
I am busy right now. I'll call you back later.

Friday, September 30, 2011

Dave Kleiman    11:03
Ok now a catscan....still no idea on what is going to happen yet.

Me    11:04
beautiful

Dave Kleiman    11:04
eggggggxactly

Tuesday, October 04, 2011

Dave Kleiman    21:46
You ok?

KIMON_00000125

Me
yeah - been working until 21:00   21:47

Dave Kleiman
Finally got my catscan at 1800 today.   21:48

Me
finally! results?   21:48

Dave Kleiman
tomorrow   21:49

Dave Kleiman
I hope   21:49

Me
hope so   21:49

Thursday, October 06, 2011

Dave Kleiman
I missed big bang and personof interest   22:02

Me
so did I   22:02

Sunday, October 09, 2011

Dave Kleiman
16,47,30,21,44,14 and 26,36,46,17,48,6   17:44

Dave Kleiman
41,35,15,16,29,9   17:46

Me
?   17:46

Dave Kleiman
Fortunecookie lotto nubers   17:47

Tuesday, October 11, 2011

Dave Kleiman
How dare you call me before 1930 hrs!   21:21

Thursday, October 13, 2011

Dave Kleiman
How are the pyramids contstruction going?   07:10

KIMON_00000126



Me

damn slaves are acting up again

07:10

Saturday, October 15, 2011

Me

did you see the email I sent?

12:04

Dave Kleiman

Yes, I want to be a Col. too.

12:12

Me

really? I can submit your name for it. In a month or two, after I'm confirmed in the system

12:13

Dave Kleiman

Yes really seriously really

12:14

Me

ok, I will take care of it

12:15

Dave Kleiman

Yippie!

12:15

Dave Kleiman

How much did you pay for your sw 1911

18:07

Me

about $850

18:08

Tuesday, October 18, 2011

Dave Kleiman

Ask your gun nut buddys if Rock Island armory stuff is any good.

17:34

Me

my only gun nut buddy is currently keeping me from going to Chima

18:07

Dave Kleiman

I meam like the 1911 forum

18:16

Dave Kleiman

Wow. Did i miss big bang again

20:26

Dave Kleiman

No..it is only tues

20:26

Wednesday, October 19, 2011

Dave Kleiman
THE TORNADO HIT BY YOU!?!                                    17:03

Me
close to me                                                 17:37

Me
I'll call and tell you about it                             17:37

Dave Kleiman
Funny it looked like your trailer park on the news          17:38

Me
I was one over                                              17:39

Sunday, October 23, 2011

Dave Kleiman
So is SIRI any good?                                        20:46

Me
the best                                                    20:46

Dave Kleiman
Please do not be so descriptive                             20:47

Me
ok... it can take dictation, read back text, understands    20:51
colloquialisms, etc

Dave Kleiman
Is it any better than dragon speak?                         20:54

Me
don't know                                                  20:55

Dave Kleiman
I do not think dragon answers                               20:56

Me
technically Siri doesn't take dictation but she understands whole   20:58
sentences and can write long text, if you're patient

Monday, October 24, 2011

Dave Kleiman
I am busy right now. I'll call you back later.              18:33

Thursday, October 27, 2011

Me
Wake up                18:02

Dave Kleiman
Someone sent some lame robot dance and it rendered me unconscious                18:07

Me
I am dictating this text message to you                18:09

Dave Kleiman
Last week was first RoG for the season, new one tonight after BB                19:27

Friday, October 28, 2011

Dave Kleiman
Might have a programmer for you if still looking. He programmed databases for airlines..                12:54

Me
I have one                12:54

Me
hired him last week                12:54

Dave Kleiman
Well excuse me...                12:55

Me
you are excused                12:55

Dave Kleiman
Ok, well that means you have time for my website now :)                12:55

Me
ich spreche kein englisch                13:01

Dave Kleiman
I am busy right now. I'll call you back later.                18:05

KIMON_00000129



Sunday, October 30, 2011

Dave Kleiman

Had fever every night all week, going for catscan today

10:13

Me

you didn't say anything - let me know how it goes

10:28

Dave Kleiman

I could not say anything because I was mostly dead.....

10:30

Me

:)

10:31

Monday, October 31, 2011

Me

so, should i bring the cart over?

10:33

Dave Kleiman

Cart?

10:34

Me

http://www.youtube.com/watch?v=grbSQ6O6kbs

10:35

Wednesday, November 02, 2011

Dave Kleiman

What is for dinner?

18:25

Me

beef

18:25

KIMON_00000130

Saturday, November 19, 2011

Dave Kleiman

Buy lotto tickets: 1, 12, 13, 17, 28, 40 and 2, 5, 20, 24, 38, 49

18:48

Tuesday, November 22, 2011

Dave Kleiman

What is the name of the place you buy ammo online?

17:24

Me

for bulk quantities of factory ammo: ammoman.com

17:32

Dave Kleiman

thanks

17:32

Thursday, November 24, 2011

Dave Kleiman

Gobble gobble gobble!

07:31



07:52

Friday, November 25, 2011

Dave Kleiman

6, 7, 20, 28, 31, 49

19:01

Friday, December 02, 2011

Dave Kleiman

Howdy stranger

09:52

Me

it's alive!!

09:52

Dave Kleiman

Yesssssssss I am

11:33

KIMON_00000131

Me
woohoo!   11:34

Tuesday, December 06, 2011

Dave Kleiman
I am busy right now. I'll call you back later.   18:29

Me
ok   18:29

Thursday, December 08, 2011

Me
I fart in your direction   07:26

Dave Kleiman
Your mother was a hamster!   07:27

Me
your father smelled of elderberries   07:28

Dave Kleiman
Are you suggesting coconuts migrate?   07:31

Me
are you saying Ni to that old woman?   07:35

Dave Kleiman
Old man....woman....what....you called me old man I am a woman and I am not old.......well I cant just call you woman...   07:37

Dave Kleiman
Look strange woman lying in ponds distrbuting swords is no basis for a system of government, extreme executive power comes from a mandate from the masses, not from some farce aquatic cermony.......   07:43

Dave Kleiman
Look strange woman lying in ponds distrbuting swords is no basis for a system of government, extreme executive power comes from a mandate from the masses, not from some farce aquatic cermony.......   12:23

Monday, December 12, 2011

Dave Kleiman
Thanks dude!! But you did not have to do that....although I am broke   16:56

KIMON_00000132

Me
it arrived already? that was fast                    16:58

Dave Kleiman
I am already using it                                16:59

Me
)                                                    17:16

Tuesday, December 13, 2011

Dave Kleiman
Hello, I am either on or away from the phone right now.  I will try    18:20
to call you back or please try me again later. Thank you and have a
great day!

Me
far too wordy my dear Dr                             18:21

Thursday, December 15, 2011

Dave Kleiman
You still working                                    19:57

Me
no, home - why?                                      19:57

Dave Kleiman
Cause you did not call and I was sleeping last night when you did    20:13

Me
i did - it went to voicemail                         20:14

Dave Kleiman
I have not been on the phone..                       20:15

Me
don't know then - I guess your phone autoblocks me   20:15

Dave Kleiman
Oh yeah, the new antiandreou app                     20:19

Dave Kleiman
Ok I am hitting the hay                               20:20

Me
hit it hard                                          20:20

KIMON_00000133



Thursday, December 22, 2011

Dave Kleiman

What is the MS SQL dbase extension(s)? .sql?                    14:07

Me
dat i think                    14:08

Me
sql is for code                    14:08

Dave Kleiman

ok                    14:08

Dave Kleiman

Deleteall those emails, this is for a case                    14:42

Me
already done                    14:42

Sunday, December 25, 2011

Dave Kleiman

Merry xmas!                    10:47

Me
thanks!                    14:55

Me
thank you!                    15:35

Thursday, December 29, 2011

Dave Kleiman

The stars at night are big and bright, deep in the heart of texas!                    15:07

Sunday, January 01, 2012

Dave Kleiman

Happy New Year!                    00:05

Me
happy new year!                    08:35

Thursday, January 05, 2012

Dave Kleiman

Did you get my reply email?                    09:42

Me
no                    09:42

KIMON_00000134

Dave Kleiman

Yes you did, I just cloaked it so you could not see it  09:43

Me

lol  09:43

Dave Kleiman

Are you back yet?  09:49

Me

yes but have been sick  09:49

Me

will call this afternoon when leaving the office  09:50

Me

are you out yet?  09:53

Dave Kleiman

No :(  09:53

Me

any closer?  09:55

Dave Kleiman

But I have driven home a bunch. Fixed my keypad door opener that was all corroded  09:55

Me

have you fixed your gun yet?  09:56

Dave Kleiman

No..that is going to take a professional, but I have 3 more jujst like it :)  09:57

Me

:)  09:58

Me

when do you want to go to chima?  09:58

Dave Kleiman

Right now!  09:58

Me

too early  10:00

KIMON_00000135



Dave Kleiman

I know... We will figure it out tonight                                10:02

Friday, January 06, 2012

Dave Kleiman

Did I miss anything?                                                   20:38

Me

yes, I had the winning lotto numbers but now I forgot                  20:45

Me

I like dropping in unannounced on psychics and say "I believe you      20:46
were expecting me"

Dave Kleiman

Yes sir!                                                               20:47

Dave Kleiman

Tell me what card I picked                                             20:48

Me

the joker                                                              20:49

Dave Kleiman

Wow you are amazing                                                    20:49

Me

I know                                                                 20:49

Dave Kleiman

Did you know about boat pits hidden under the walls of the             20:51
pyramids

Me

yeah, it's for the boats that carried the pyramids to their positions  20:57

Dave Kleiman

Ahhh I see I wonder how big they would have to be to carry a           20:58
pyramid

Dave Kleiman

If either of us win the lottery, wed have to take a class a semester   20:59
together at college for a long time

Me

the boats were small, like canoes                                      21:42

KIMON_00000136



Me
they carried the puramids upside down to the site and then tip them over    21:42

Me
pyramids    21:43

Dave Kleiman
hahahahahaha    21:43

Saturday, January 07, 2012

Dave Kleiman
Are you home or out?    14:23

Me
out    14:23

Me
wassup?    14:24

Dave Kleiman
Just seeing if interenets is messed up    14:25

Me
works fine on phone    14:27

Dave Kleiman
ok    14:49

Tuesday, January 10, 2012

Me
I feel neglected    19:07

Dave Kleiman
I have been sick, beenb sleeping    22:08

Me
what's wrong?    22:08

Dave Kleiman
dying    22:17

Me
we all are - but what specifically?    22:17

Page 114

KIMON_00000137

Dave Kleiman

fever                                                                          22:18

                                                          Me

                                  how many days?                               22:36

Dave Kleiman

Can we talk tomorow pleas, tired                                               22:36

                                                          Me

                          of course - get your rest                            22:36

                        Thursday, January 12, 2012

Dave Kleiman

Dangit! I missed bing bang again                                               20:57

                        Sunday, January 15, 2012

                                                          Me

                              Is everything okay?                              14:24

Dave Kleiman

Yes sir                                                                        14:43

                        Monday, January 16, 2012

Dave Kleiman                                                                   20:16

?

Dave Kleiman

3 shirts 1 pair of pants at tommys $509                                        20:30

Dave Kleiman

Why did you not tell me your competitor sunk?                                  20:51

                        Thursday, January 19, 2012

Dave Kleiman

sorry, I worked on 2 affidavits until 2100 hrs......head hurt, but I           06:52
made $3250 so I guess it was worth it.

                                                          Me

                    now you can buy those $1000 shirts                         07:59

                        Friday, January 20, 2012

Dave Kleiman                                                                   14:15

Yippie!

KIMON_00000138

Sunday, January 22, 2012

Me
10:08
happy birthday!

Dave Kleiman
Thanks! 10:09

Dave Kleiman
I weigh two hundred and fucking sixty pounds! 15:03

Me
before or after pooping? 15:05

Dave Kleiman
During :) 15:19

Thursday, February 02, 2012

Me
happy groundhog day 10:47

Dave Kleiman
Yippie! 10:47

Me
happy groundhog day 10:48

Sunday, February 05, 2012

Dave Kleiman
Did anyone win powerball i bought 60 worth 18:51

Me
no - it's at 250M for Wednesday 18:51

Dave Kleiman
I bought the tickets with 2 draws :) 20:23

Me
:) 21:22

Thursday, February 09, 2012

Me
310M 07:42

Dave Kleiman
wow 07:43

KIMON_00000139



Dave Kleiman
I won I won — 15:45

Dave Kleiman
$ — 15:45

Dave Kleiman
$11 — 15:45

Sunday, February 12, 2012

Dave Kleiman
?? — 11:21

Me
haven't checked — 11:43

Dave Kleiman
Someone won because it is only 40 mil on wed — 11:47

Me
do you know in which state? — 11:48

Dave Kleiman
One person — 11:48

Me
one person from which state? — 11:49

Dave Kleiman
Hold on pushy — 11:49

Dave Kleiman
11players matched 5 for 1mil each (no florida) 1 winner won 325mil in rhode island — 11:50

Me
bastards! — 11:51

Me
I blame the communists — 11:53

Dave Kleiman
This in olny the 13th time ever a lottery jackpot passed 300mil — 11:54

Me
dammit — 12:07

KIMON_00000140

Wednesday, February 15, 2012

Dave Kleiman

7901 SW 6th court, suite 305, Plantation, FL 33324

20:34

Friday, February 17, 2012

Dave Kleiman

You use google maps for directions on yiur phone right?

18:25

Me

correct

18:33

Dave Kleiman

How do you amke it do directions to an address phone has gps

18:34



15:51

Saturday, March 10, 2012

Me

surgery?

11:38

Me

(I've been sick the past 3 days)

11:39

Dave Kleiman

Nothing yet

13:09

Me

ok - still on for Tuesday?

13:10

Dave Kleiman

It seems that would be yes

13:13

KIMON_00000141



Me
fogo de chao it is                    13:31

Tuesday, March 13, 2012

Dave Kleiman
Did you make them 1830?           17:16

Me
reservation for 18:30 yes            17:16

Dave Kleiman
Need you to stop at pharmacy, need ear drops for water in ear..i
will get there early and hold reservation                            17:22

Me
OK                                    17:28

Dave Kleiman
Dude, I cannot move!                 21:30

Me
lol - I'm already in bed             21:30

Wednesday, March 14, 2012

Dave Kleiman
Those eardrops worked                16:20

Me
whoohoo!                             16:20

Dave Kleiman
Made reservations for1900            18:36

Me
?                                     18:44

Dave Kleiman
I did not eat breakfast or lunch today I was so full    18:45

Me
wow                                   18:45

Monday, March 26, 2012

Dave Kleiman
Need to talk about wed and fri with you    14:52

KIMON_00000142

Me
want to talk now?                                                           14:53

Dave Kleiman
We can speak tomorrow                                                      21:29

Me
okie dokie                                                                 21:29

Wednesday, March 28, 2012

Dave Kleiman
god yzal eht revo spmuj xof nworb kᶜiuq eht                                 18:00

Dave Kleiman
Lamprocles                                                                 19:01

Me
you need brain surgery.                                                    19:02

Dave Kleiman
No i put it under eric havelock                                            19:03

Me
i'm walking in - what name?                                                19:07

Dave Kleiman
Eric havelock                                                              19:07

Me
10 wngs right?                                                             19:10

Dave Kleiman
And fries                                                                  19:10

Dave Kleiman
With xtra side of hot sauce                                                19:10

Me
they had it as perez                                                       19:11

Dave Kleiman
I even spelled it??                                                        19:12

Me
what can i tell you                                                        19:14

Page 120

**D480 Page 120 of 177**

KIMON_00000143

Me
which room are you in?                    19:18

Dave Kleiman
A hospital room                           19:19

Thursday, March 29, 2012

Dave Kleiman
Bring my stuff today please               13:03

Me
ok                                        13:10

Me
all good with the surgery?                13:12

Dave Kleiman
I am guessing yes, but still nobody has come to talk to me    13:13

Me
well, do you notice any missing parts?    13:14

Dave Kleiman
My brain                                  13:15

Me
)                                         13:27

Dave Kleiman
540millionjackpot?                        13:54

Me
california                                13:55

Dave Kleiman
It says in 37 states megamillion          13:55

Me
florida does not participate              13:56

Dave Kleiman
Of course we do not........               13:57

Dave Kleiman
Even if I fall asleep still come by       17:15

KIMON_00000144

Me

ok    17:18

Me

where will I find you?    18:11

Dave Kleiman

In the hospital    18:12

Dave Kleiman

My room :)    18:12

Me

ok, I'll drop off the backpack in the room :)    18:12

Saturday, March 31, 2012

Dave Kleiman

Did you know the humpback whale produces 130 gallons of milk per day and baby humpback whales grow 200 pounds per day.    14:17

Me

so, you're a baby humpback? :D    14:39

Dave Kleiman

Just call me humpy!    14:44

Me

roger that    14:51

Tuesday, April 10, 2012

Dave Kleiman

You called early, sorry I missed your call.    20:27

Wednesday, April 11, 2012

Dave Kleiman

Turn on the Science channel and look at the boat and helicopter these researchers have.. They must be funded by Paul Allen    21:07

Monday, April 23, 2012

Dave Kleiman

Wow, so Skype thinks it is smarter than me. It was telling me that my 18 multi-character passwords were to easy to guess and would not let me change my password, so I literally type in what the f*** and says password successfully changed...really?    08:51

KIMON_00000145

Me

you've been schooled by skype!    08:52

Wednesday, April 25, 2012

Dave Kleiman

That movie was good    23:29

Friday, April 27, 2012

Dave Kleiman

Hello, I am either on or away from the phone, please try and reach me again later. -Dave    16:09

Me

you suck    16:10

Saturday, April 28, 2012

Dave Kleiman

What is the tilda called in other languages like in Spanish when it is above a letter?    08:33

Me

it's still a tilde in spanish, however, the letter with it such as ñ is called "enie"    09:14

Me

in greek, the symbol of the tilde is called "perispomeni"    09:14

Dave Kleiman

Thanks!    09:16

Monday, April 30, 2012

Dave Kleiman

Is the ñ enie in Portuguese too?    18:29

Me

No but, they do have it on the a, like this ã
they also have these: a é ç õ o
in addition to accented vowels    18:32

Dave Kleiman

OK, Brazil is Portuguese correct? Someone, not Portuguese, sent me a request to find all "transfereñcia" but I cannot find any. Did they make a grammar error?    18:37

Me

correct on both    18:38

Page 123

KIMON_00000146



Me
it should be a simple n    18:38

Dave Kleiman
What does transfereficia mean? I tried Google with no luck    18:52

Me
transferencia
it means transfer    18:52

Wednesday, May 02, 2012

Dave Kleiman
Call me back    19:22

Friday, May 04, 2012

Dave Kleiman
OK, what time is good tomorrow morning?    19:33

Me
how about 6:00    19:43

Me
:D    19:43

Me
How about if I call you when I get up? Best Buy opens at 10    19:51

Dave Kleiman
OK, but you will have to break into Best Buy at that hour    19:51

Saturday, May 05, 2012

Dave Kleiman
Good morning    10:14

Dave Kleiman
Just so I know what time do you think you will be here    10:35

Me
text me when ready    12:05

Dave Kleiman
Okeeeeee dokeeeee    12:17

Me
does that mean "ok, I'll do that" or "ok, ready" ?    12:17

D480 Page 124 of 177

KIMON_00000147

Dave Kleiman

Hehehehe OK I am fjnished                                     12:18

Dave Kleiman

Roast Brie sandwich from menu, ask to add ceased dressing. 3     13:57
oatmeal cookies, jalopena chips

Dave Kleiman

Success!                                                      14:11

Me

woohoo!                                                       14:11

Dave Kleiman

Ended up using xcopy                                          17:26

Dave Kleiman

Thanks for getting all that stuff                             17:26

Me

told ya the command line is best                              17:27

Me

you're welcome :)                                             17:27

Dave Kleiman

Shooooooosh your mouth!                                       17:27

Dave Kleiman

Still burning DVDs :o                                         21:40

Monday, May 07, 2012

Dave Kleiman

Are you hungry?                                               16:31

Me

yes, why?                                                     16:32

Dave Kleiman

Because I cannot find anyone to eat with me                   16:32

Me

:)                                                            16:33

KIMON_00000148

Unable to display.

Dave Kleiman
1 hour special tonight                                            19:59

                                          Me
                              season finale                       20:00

Dave Kleiman
Yes                                                               20:00

Dave Kleiman
All 3 of the 1 hour star wars family guys are on in a row on TBS  20:59

Thursday, May 10, 2012

Dave Kleiman
If Constantine was the first Roman emperor to convert to
Christianity in 306, who were the Christians from 1-300?         11:23

                                          Me
                              non emperors                        11:23

Dave Kleiman
Hmmm                                                              11:24

                                          Me
            until then, it was people outside of the halls of imperial power  11:25

Dave Kleiman
He was the one that out the Bible together, right?               11:25

                                          Me
yes, he saw that the christian community was a mess without a
standard list of texts and dogmas (several competing ideas like
Arianism) so he wanted to organize the fastest growing religion in  11:42
his realm

Dave Kleiman
American schools suck!                                           11:42

                                          Me
                              lol                                 11:43

Dave Kleiman
I have heard his name before, but never the ecnumenical council or
the nicene creed..hmmm                                           11:44

KIMON_00000149

**Me** 11:45
it's a christian thing, pretty important in christianity

**Dave Kleiman** 11:46
But it is all history, real history, unlike Noah's ark

**Me** 11:47
true

**Dave Kleiman** 11:51
In the US everyone knows the fairy tale Noah's Ark, but I bet only a few know Constantinus vs Maxentinus

**Me** 11:52
well, it's the same people that believe they are living the same life as the first christians because the are blindly following the bible.

**Dave Kleiman** 20:49
Just called you back.

Friday, May 11, 2012

**Dave Kleiman** 14:08
Is the name Malgorzata Skora male or female? Editor of pentest mag

**Me** 14:10
no idea
sounds female

Tuesday, May 15, 2012

**Me** 18:13
Jerry Berkowitz called me - do you have any idea what it's about?

**Dave Kleiman** 18:14
He likes men

**Me** 18:15
:)

**Dave Kleiman** 18:15
He did not call me so I have no idea

**Me** 18:16
his voicemail was not very helpful. He said he wants to talk to me about some "wild things going on"

Page 127

KIMON_00000150

Dave Kleiman

Woooooohoooooo!

18:48

Wednesday, May 16, 2012

Me

have lunch mtg with O'Leary

10:43

Dave Kleiman

What? Seriously?

11:17

Me

yeah - will let you know after. I'm really curious to hear what the plan is. Plus, free lunch :)

11:18

Dave Kleiman

Watch the 2 minute trailer I sent you

20:28

Dave Kleiman

I am a registered republican, I only seem liberal because I believe hurricanes are caused by high barometric pressure NOT gay marriage

21:51

Me

blasphemer!

21:52

Thursday, May 17, 2012

Dave Kleiman

The next time I am dreaming, I will know I am dreaming. Am I dreaming? Is this a dream?

20:15

Me

WAKE UP!!!!!!!!!!

20:15

Friday, May 18, 2012

Dave Kleiman

You will never believe what is in vanilla pudding

15:39

Me

?

15:39

Dave Kleiman

The secretion of beaver anus glands

15:41

Me

link?

15:41

KIMON_00000151



Dave Kleiman
Seriously
15:41

Me
[citation needed]
15:42

Dave Kleiman
I am watching it on CNN. Donut holes have duck feathers
15:42

Dave Kleiman
Called castoreum
15:44

Me
wow - just read it online
15:46

Dave Kleiman
The secretion of beaver anus glands
15:52

Me
saw it
15:52

Monday, May 21, 2012

Me
put it on nbc
21:04

Dave Kleiman
?
21:18

Me
american ninja warrior
21:19

Dave Kleiman
Are you serious?
21:23

Dave Kleiman
Did you look at that email?
21:23

Me
I did - looks really good but did he use the same photo for the badge & passport?
21:44

Dave Kleiman
I am busy ninjaing
21:48

Dave Kleiman
It looks identical
21:48

KIMON_00000152

Dave Kleiman
That dude with his hair in his eyes looks like a stoner
21:49

Dave Kleiman
Are you still watching this?
21:59

Me
yes, still watching it
22:07

Me
he does
22:07

Dave Kleiman
Check email for preview
22:13

Me
watching
22:14

Dave Kleiman
That is the guy coming ip next
22:15

Me
parkour is awesome
22:15

Dave Kleiman
Funny, he looks like he would say yo dude the tubes are awesome
22:18

Me
:)
22:18

Me
I enjoyed that
22:37

Wednesday, May 23, 2012

Dave Kleiman
We can put the gays inside an electric fence and drop food to them until they cease to exist...wow
09:04

Me
but the prison yard will be FABULUS!
09:04

Dave Kleiman
I am guessing I should just order some food. :)
18:59

Me
yes, sorry - you're still getting steak this week
19:00

KIMON_00000153



Dave Kleiman
:)
19:01

Dave Kleiman
It is 79° in Suva
19:01

Me
in Svalbard?
19:06

Dave Kleiman
I do not have that one
19:07

Dave Kleiman
In Banda Aceh it is 76
19:09

Me
why would anyone want to go there?
19:13

Dave Kleiman
It is awesome there not ghey like france
19:14

Me
banda aceh? it's a warzone
19:15

Dave Kleiman
No it is a lovely place for a spot of tea
19:16

Dave Kleiman
Everyone there is jacked up on caffeine
19:18

Me
per aps
19:20

Dave Kleiman
How about Geroge Town Malaysia?
19:20

Thursday, May 24, 2012

Me
what do you want for dinner?
15:49

Dave Kleiman
What do you want dinner?
15:50

Dave Kleiman
Los ranchos?
15:51

KIMON_00000154



Dave Kleiman
Any thoughts?                                                    15:58

Dave Kleiman
Did I lose you muchaho?                                          17:05

                                                    Me
                                        sorry - mtg              17:06

                                                    Me
                                    whatever you want            17:06

Dave Kleiman
What time do you think you will be leaving?                     17:08

                                                    Me
                                        around 6                17:09

Dave Kleiman
Well los ranchos is something different or I can order us perricones   17:10

Dave Kleiman
They have steak                                                 17:10

                                                    Me
                            you're the guest of honor :)        17:11

Dave Kleiman
We will be picking up something for jeff too I will give you the$$   17:26
for  his lobster

Dave Kleiman
I will call them at like 5 to 6 and order                       17:27

                                                    Me
                                    from where?                 17:27

Dave Kleiman
Www.beststeakinmiami.com                                        17:27

Dave Kleiman
What do you want? I am getting churrasco los ranchos            17:28

Dave Kleiman
Any thoughts my friend?                                         17:47

KIMON_00000155

Dave Kleiman

Should I wait to call?                    17:58

Dave Kleiman

Should I wait to call?                    17:58

Me

sorry
i'll have the same                        18:00

Me

are they delivering or am i picking up?   18:01

Dave Kleiman

I know you are working. Should I call now or wait 15 minutes?   18:01

Me

call now                                  18:01

Dave Kleiman

Los ranchks at bayside                    18:01

Me

delivery ir pickup?                       18:02

Dave Kleiman

Pick up... that is why i asked about perriclnes they deliver   18:02

Dave Kleiman

How you want steak cooked medium?         18:04

Me

medium/ medium well                       18:04

Me

no problem to pick up                     18:04

Dave Kleiman

Is that a question?                       18:05

Me

it's a statement: medium/medium well for me   18:05

Me

let me know when they say it will be ready   18:09

Page 133

KIMON_00000156

Dave Kleiman
No.. " no problem to pick up"  18:09

Me
I will pick up  18:09

Dave Kleiman
It will be ready at 1820  18:10

Me
ok  18:10

Dave Kleiman
1820-1825  18:10

Dave Kleiman
I thought it was 1805 when i sent the first message  18:11

Me
which name?  18:20

Dave Kleiman
Please sure there is extra butter with lobster.  18:21

Dave Kleiman
Dave  18:21

Me
I don't look like a Dave, i'm too good looking  18:23

Dave Kleiman
I change it to castoreum for you  18:25

Dave Kleiman
Extra drawn butter fir lobster  18:32

Me
yes  18:32

Me
they had it added  18:32

Dave Kleiman
Yippie!  18:33



Dave Kleiman

Do you know what a dog sled driver is called?   20:51

Me
musher?   20:51

Dave Kleiman

Wow   20:51

Me
:)   20:52

Saturday, May 26, 2012

Me
mush!   13:00

Sunday, May 27, 2012

Dave Kleiman

ANW Monday at 2100   19:21

Me
awesome   19:21

Monday, May 28, 2012

Dave Kleiman

Are you really going to be a frickin dad?!?   00:02

Me
yes, I will be   09:12

Me
due November 29   09:12

Friday, June 01, 2012

Dave Kleiman

What is the hex of the one you sent yesterday   14:06

Me
check your email   14:09

Sunday, June 03, 2012

Dave Kleiman

Check it now when you can. I like it   15:39

KIMON_00000158



Dave Kleiman
No no
19:53

Me
yes yes
19:54

Me
trakphone you said?
21:03

Me
never mind - found it
21:27

Dave Kleiman
Trapcall
21:28

Me
found the perfect movie for you based on your recent patterns
21:30

Dave Kleiman
Boondock saints?
21:31

Me
magic mike
21:31

Dave Kleiman
That sounds cool
21:32

Friday, June 08, 2012

Dave Kleiman
Did I talk to you?
21:03

KIMON_00000159

Dave Kleiman

Is there a tool bar in chrome so I can pick like file print?   23:10

Me

ctrl+p   23:12

Dave Kleiman

So that would be no, there is not? what about making the page 's title appear across the top?   23:13

Me

click on the wrench on the top right   23:14

Monday, June 11, 2012

Dave Kleiman

Howdy pepe   14:23

Me

hola   14:24

Dave Kleiman

Did you watch the trailer I sent you the other day   14:25

Me

yes I did   14:25

Tuesday, June 12, 2012

Dave Kleiman

I am mega stressed   17:35

Me

why?   17:37

Dave Kleiman

The case officially starts Monday, my testimony is crucial and I am stuck here   17:39

Me

it'll be fine, it's not like this is your first case or that you did a shoddy job   17:41

Dave Kleiman

How am I going to testify?   17:42

Me

haven't you given a written statement?   17:42



Dave Kleiman

Yes but that does not matter                                    17:43

Me
it'll be fine                                                   17:44

Me
you're not on vacation or avoiding the court - you have a pretty
good reason to miss it                                          17:45

Dave Kleiman

No.....I am going to have to go and then be stick here another 8
weeks after                                                     17:46

Dave Kleiman

I cannot miss it                                                17:46

Me
oh                                                              17:46

Me
I'll take you to fogo de chao after                             17:49

Thursday, June 14, 2012

Dave Kleiman

What is the little icon thingy called in front of the url that has to be
72px?                                                           17:50

Me
16x16px                                                         18:13

Me
favicon                                                         18:13

Dave Kleiman

In your sms on iphone is there a Edit option?                   21:10

Page 138

KIMON_00000161



21:11

**Dave Kleiman**

And you can cut and paste rjght?

21:12

Me

yes

21:12

**Dave Kleiman**

That is what I just told the bonehead

21:12

Me

huh?

21:13



21:13

KIMON_00000162



Dave Kleiman

I told him to cut and paste text into emails and send to self so they can print them out     21:14

Me

what a maroon     21:19

Dave Kleiman

Affirmative     21:19

Friday, June 15, 2012

Dave Kleiman

The attorney he from cali that I am working for, his father is a Kentucky Colonel!     19:45

Me

ha!     19:46

Dave Kleiman

Last name Riney     19:48

Sunday, June 17, 2012

Me

so, am I taking you to court tomorrow?     23:16

Monday, June 18, 2012

Dave Kleiman

No I am at court was sleeping when uou text     08:59

Tuesday, June 19, 2012

Dave Kleiman

YOU SHOULD HAVE NEVER LET ME CALL!!!     19:44

Me

?!     19:47

Dave Kleiman

$487     19:48

Me

what did you get?     19:51

Dave Kleiman

Pants and shirt     20:04

Wednesday, June 20, 2012

**Dave Kleiman**
Quantum materiae materietur marmota monax si marmota monax materiam possit materiari?
19:12

Me
42
19:12

**Dave Kleiman**
I think 69
19:19

Friday, June 22, 2012

**Dave Kleiman**
13GB on its way
11:23

**Dave Kleiman**
How do you know this person
11:29

Me
he's causing a lot of trouble in a society I'm in
11:29

Me
he's the president of the nonprofit
11:30

Me
and there have been some odd financial transactions made by him using society money
11:34

**Dave Kleiman**
How do you import history (not bokmarks) in chrome I remember seeing it but cannot fimd now
13:55

Me
don't remember - will have to check
13:56

**Dave Kleiman**
Also is there a way to show download speed and progress?
13:57

Me
ctl + j
13:57

**Dave Kleiman**
When I print pages from chrome it bolds all the Ls, any ideas?
17:55

Me
will have to check that but it might be in settings
17:56

KIMON_00000164



Wednesday, June 27, 2012

**Dave Kleiman**
What ever happened to that dude on the board     19:49

**Dave Kleiman**
?     20:40

Me
he's still trying to take over the board, violating every statute the society has     20:41

Me
oh well, I guess the IRS will be getting a phone call     20:42

**Dave Kleiman**
:)     20:43

Thursday, June 28, 2012

**Dave Kleiman**
?     20:31

Friday, June 29, 2012

Me
hi     08:13

**Dave Kleiman**
I forgot you went to Greece     08:13

Me
I'm in Greece, I'll email later     08:13

Me
just landed     08:13

Monday, July 09, 2012

**Dave Kleiman**
You are back     21:07

Me
'tis so     21:21

Tuesday, July 10, 2012

**Dave Kleiman**
Hey if I wnt to put words in a picture (the jpgs at top of the webpage) what should I use?     09:47

Page 142

KIMON_00000165



Me
either edit the image or add a caption formatted above the image                09:48

Dave Kleiman
I mean which program, gimp?                09:48

Me
gimp would work just fine                09:49

Wednesday, July 11, 2012

Dave Kleiman
I did not forget you I was on the ohone so long my Bluetooth died                19:48

Thursday, July 12, 2012

Dave Kleiman
Do you use chrome on your iPhone?                10:11

Me
I just installed it this morning                10:12

Dave Kleiman
Do you like?  Can you give me 100,000 for my location-based soci media virtual cloud start-up                11:10

Dave Kleiman
Social not soci                11:11

Me
no but how about 10M?                11:11

Dave Kleiman
:)                11:11

Dave Kleiman
Do you have Bellsouth isp at home?                20:02

Me
yes                20:03

Dave Kleiman
When you get a chance tell me your ip                20:03

Me
184.33.102.183                20:04

Page 143

KIMON_00000166



Dave Kleiman
Thanks                                                            20:04

Me
why?                                                             20:05

Dave Kleiman
Testing ip lookup tool                                           20:06

Dave Kleiman
Yours is a miami ip                                              20:08

Me
oui                                                              20:08

Dave Kleiman
Yours comes out of the nap dowtown miami                         20:09

Me
nice                                                            20:09

Dave Kleiman
Show is on tbs                                                   22:04

Me
ok                                                              22:21

KIMON_00000167



Monday, July 16, 2012

**Dave Kleiman**

Hello, I am either on or away from the phone, please try and reach me again later. -Dave          19:00

Tuesday, July 17, 2012

**Dave Kleiman**

I just was told I can go home whenever I am ready          15:50

Me
fantastic!!          16:01

Me
and finally!          16:01

**Dave Kleiman**

I will need probably 2 or so weeks in pt          16:33

Friday, July 20, 2012

**Dave Kleiman**

Hello, I am either on or away from the phone, please try and reach me again later. -Dave          19:00

Saturday, July 21, 2012

Me
yo          20:19

**Dave Kleiman**

Yo          21:33

KIMON_00000168



Tuesday, July 24, 2012

**Dave Kleiman**
How much should I bid on a tomato in the shape of jesus?    08:17

Me
how much does it weigh?    08:17

**Dave Kleiman**
Hmmm, not sure, less than 16 ozs    08:20

Me
so less than what a pound of tomatoes cost    08:21

**Dave Kleiman**
But it is in the shape of jesus....    08:22

**Dave Kleiman**
How about  bread with burn marks in the shape of jesus?    08:23

Me
ooooh!    08:46

Tuesday, July 31, 2012

Me
what's wrong with your voicemail    18:41

**Dave Kleiman**
I do not know what is wrong. I missed a dozen phone calls today    20:09

Me
s it that phone service?    20:10

**Dave Kleiman**
Not sure my phone has not rung all day    20:11

Me
I called twice and instead of voicemail I get "area code and phone number"    20:11

**Dave Kleiman**
Piece of junk    20:23

**Dave Kleiman**
Somone else said  I got a message urban phone is disconnected    21:01

KIMON_00000169

Me
wow - have you figured what is causing it?    21:02

Dave Kleiman
The trapcall thing I have. I shut it off and sent them an email    21:14

Me
but what the hell happened?    21:16

Dave Kleiman
It is the thing I use that transcribes, tells me I have a missed call even when the phone is off and unmasks blocked calls    21:17

Dave Kleiman
They must be having an issue    21:18

Me
I know - what happened that it got screwed up    21:18

Dave Kleiman
I do not know yet. I sent them an email just 30 minutes ago    21:19


My friend thinks he's smart, he said onions are the only food that make you cry.

So I threw a coconut at his face.    12:51

Me
D    12:53

Friday, August 03, 2012

Dave Kleiman
I know you are home already    19:31

Dave Kleiman
Talk to you later    19:31

KIMON_00000170

Me
20:01
ok

Wednesday, August 08, 2012

Me
18:52
your phone sucks

Dave Kleiman
21:21
Is it doing it again?

Me
21:25
it was answering after a few rings

Dave Kleiman
21:27
My vmail did? I have no missed calls

Me
21:28
not voicemail - as if you were answering and then put the phone down away from you

Dave Kleiman
21:29
I turend trap call back today

Dave Kleiman
21:29
Dangit

Me
21:29
crap call

Friday, August 10, 2012

Dave Kleiman
19:19
Powerball $253 million

Dave Kleiman
19:20
Buy me s quick pick

Me
19:38
done

Saturday, August 11, 2012

Dave Kleiman
23:50
Did you pick a middle name yet

Sunday, August 12, 2012

Me
07:49
not yet

Page 148

KIMON_00000171

Dave Kleiman

$300 million                                                           12:33

Dave Kleiman

How about Xylophia                                                     12:35

                                                          Me
                                              why that?                13:49

Dave Kleiman

Cause it is a cool name, it means lover of the forest                  15:50

                                                          Me
            Xylophylia means lover of wood. Not exactly a good name for a
            girl                                                       16:04

Dave Kleiman

Wood or the woods as in a forest?                                      16:04

Dave Kleiman

How about Etumu, Eyotah, or Evanthe?                                   16:07

Dave Kleiman

Ok so you hate the names I suggested                                   22:01

                                                          Me
                                    was I that obvious? )              22:01

Dave Kleiman

I thought they were stupendous                                        22:03

                                                          Me
                        I think they are just the first two syllables  22:04

Dave Kleiman

Hahahahaha                                                            22:04

Dave Kleiman

How about Immokaleah                                                  22:07

Monday, August 13, 2012

Dave Kleiman

I herby formerly request you pick the winning powerball                08:52

                                                          Me
                              you must sumbit in triplicate            08:53

Page 149

KIMON_00000172



Me
using the approved form          08:53

Tuesday, August 14, 2012

Dave Kleiman                                              21:18
Howdy!

Friday, August 17, 2012

Dave Kleiman                                              22:16
Do not forget wiki :)

Me
yes, dear          22:17

Tuesday, August 21, 2012

Dave Kleiman                                              19:54
Howdy :)

Me
yamalamadingdong          20:14

Dave Kleiman                                              20:23
Dipptydoodopdippitydo

Wednesday, August 22, 2012

Dave Kleiman                                              19:22
Was getting in bed, you still driving?

Me
nope - I'm home          19:41

Dave Kleiman                                              19:42
10-4

KIMON_00000173



18:15



18:16



21:07

Me

*diversity    21:07

KIMON_00000174



Dave Kleiman

:)

21:09

Sunday, August 26, 2012

Dave Kleiman

The Wikipedia updates look awesome

20:47

Thursday, August 30, 2012

Dave Kleiman

Apparently he is BSing on facebook, says he is not married yet

20:31

Me

huh - ok

20:47

Thursday, September 06, 2012

Dave Kleiman

Hello, I am either on or away from the phone, please try and reach me again later. -Dave

18:51

Friday, September 07, 2012

Dave Kleiman

Do you say Congressman Smith or Honorable Smith in a letter?

06:40

Me

The Honorable X

07:14

Me

and then Dear Mr X

07:14

Me

http://www.formsofaddress.info/Congressman.html

07:14

Dave Kleiman

Why would I go to a website when I cab ask you

07:16

Me

:D

07:16

Me

that site has examples too

07:16

Page 152

KIMON_00000175

Dave Kleiman

Am I the prettiest? Sho'nuff
Am I the meanest?  Sho'nuff
Am I the baddest mofo low down around this town? Sho'nuff

The Shogun of Miami has arrived!

07:17

Me

fo shizzle

07:18



07:18



11:23

Dave Kleiman

I finally rememt what the issue is with trucrypt on a flash drive. You have to be an admin to use it

21:07

Dave Kleiman

With OFTE you do not

21:08

KIMON_00000176



Me
sorry about earlier                        21:38

Dave Kleiman
Sorry about what?                          21:40

Me
how does OFTE mount as a device?           21:40

Me
hanging up abruptly                        21:40

Dave Kleiman
That email was supposed to say 64 bit W7   21:51

Me
ah!                                        21:53

Wednesday, September 12, 2012

Dave Kleiman
Sorry dude passed out watching last years season of dexter I   23:28
missed

Thursday, September 13, 2012

Dave Kleiman                               08:56
Good morning

Me
buongiorno                                 10:46

Friday, September 14, 2012

Dave Kleiman                               18:34
Hello, I am either on or away from the phone, please try and reach
me again later. -Dave

KIMON_00000177

KIMON_00000178

Friday, September 21, 2012

Dave Kleiman



18:36



Tuesday, September 25, 2012

Dave Kleiman

So?

15:17

Dave Kleiman

Is it curriculum vitae or curriculum vita?

22:30

Dave Kleiman

And what about dinner

22:31

Dave Kleiman

?

22:31

Me

vitae

22:31

Me

not next friday - I was reminded that there is a baby shower on that saturday

22:33

Dave Kleiman

:(

22:33

Me

I know

22:33

Dave Kleiman

Thursday?

22:34

Page 156

KIMON_00000179



Me
this friday or we have to reschedule for two weeks from now.    22:37

Me
hopefully by then you'll be a free man    22:38

Dave Kleiman
I will let you tomorrow.    22:38

Me
okay    22:38

Wednesday, September 26, 2012

Dave Kleiman
Sorry buddy had a little episode.  Had the shakes and stuff better now. Worn out    21:55

Me
wth? what happened?    21:56

Dave Kleiman
Not sure talk tomorrow really tired    21:57

Me
ok    21:57

Dave Kleiman
Not sure talk tomorrow really tired    21:58

Tuesday, October 09, 2012

Dave Kleiman
You have winzip installed?    09:10

Me
I have 7zip    09:10

Me
let me know if it works for you    16:43

Me
did it work?    17:10

Dave Kleiman
On phone con will try in a bit. Did you to it to work with the "real log"    17:17

Me
oui                          17:17

Thursday, October 11, 2012

Me
still working?             16:34

Dave Kleiman
Yes                         17:34

Me
ol                          17:34

Me
ok                          17:34

Dave Kleiman
Why arw you off?           17:36

Me
oui                         17:36

Friday, October 12, 2012

Dave Kleiman
Hello, I am either on or away from the phone, please try and reach    18:31
me again later. -Dave

Monday, October 15, 2012

Me
which site delivers from any restaurant     18:14

Dave Kleiman
Not any restaurant they have like 25 to choose from    18:17

Me
ok - that one             18:17

Dave Kleiman
Have to look              18:17

Dave Kleiman
Hold om                   18:17

Me
?                          18:39

KIMON_00000181



Dave Kleiman
Trying to find the stupid place — 18:40

Me
I thought you used them every day — 18:40

Dave Kleiman
Wheeldeliver.com is one — 18:41

Me
merci beaucoup — 18:42

Dave Kleiman
I can do 26 miles — 18:58

Dave Kleiman
What did you get to eat — 19:47

Me
bucca di peppo — 19:49

Dave Kleiman
Bulls nutz? — 19:49

Me
it's a delicacy — 19:49

Tuesday, October 23, 2012

Dave Kleiman
Hello, I am either on or away from the phone, please try and reach me again later. -Dave — 19:04

Monday, October 29, 2012

Dave Kleiman
Hello, I am either on or away from the phone, please try and reach me again later. -Dave — 18:36

KIMON_00000182

Wednesday, October 31, 2012

Dave Kleiman



13:08

Dave Kleiman

Photoshop

13:09

Dave Kleiman

Hello, I am either on or away from the phone, please try and reach me again later. -Dave

18:38

Thursday, November 22, 2012

Dave Kleiman

Gobble Gobble Gobble!!!

09:30

Dave Kleiman

Happy Thanksgiving! May all of the turkeys you encounter be on the table.

09:36

Me

U you too

09:59

Friday, November 23, 2012

Dave Kleiman

Did anything pop out yet.

13:46

Me

not yet

14:09

Tuesday, November 27, 2012

Dave Kleiman

Well are you pappa Kimon yet?

13:16

Me

not yet

13:17

KIMON_00000183

Thursday, November 29, 2012

Dave Kleiman
Papa Kimon?                                                                13:16

Me
not yet                                                                    13:34

Friday, November 30, 2012

Dave Kleiman
?                                                                         21:10

Me
nope                                                                      21:11

Dave Kleiman
:(                                                                        21:11

Monday, December 03, 2012

Me
in the hospital - in labor                                               12:56

Dave Kleiman
You are or your wife?                                                    12:58

Dave Kleiman
;)                                                                       12:58

Me
me of course                                                            12:58

Me
she has arrived!                                                        15:39

Dave Kleiman
Pappa Kimon!                                                            15:40

Dave Kleiman
How old is she?                                                         15:40

Dave Kleiman
;)                                                                      15:40

Dave Kleiman
I owe you cigars and a bottle of Scotch                                 15:41

KIMON_00000184

Dave Kleiman
How much does she weigh etc? 15:41

Me
7lb 8oz 15:42

Me
I need to get the paper with the details 15:42

Dave Kleiman
That sounds like how I like my steaks 15:43

Dave Kleiman
Yippie! 15:43

Dave Kleiman
When do you all get to go home? 15:44

Me
Wednesday they said 15:57

Tuesday, December 04, 2012

Dave Kleiman
Pappa Kimon! 13:19

Me
uncle dave! 13:21

Wednesday, December 12, 2012

Dave Kleiman
I have a 103.5 fever. Sleeping 18:44

Thursday, December 20, 2012

Dave Kleiman
Was asleep. I am old. 19:16

Dave Kleiman
And fat 19:16

Kimon Andreou
I know :D 19:16

Dave Kleiman
And ugly 19:16

Dave Kleiman



19:17

Kimon Andreou

That's not what your baby momma says                19:17

Kimon Andreou

ha!                19:18

Friday, December 21, 2012



Tuesday, December 25, 2012

Dave Kleiman                                                                    11:18

🎄 Merry Christmas 🎅 -Dave

KIMON_00000186

Wednesday, December 26, 2012

Me
:D
19:02

Me
happy kwanzaa!
19:02

Me
(starts today)
19:02

Dave Kleiman
Happy Boxing Day
19:13

Dave Kleiman
Happy Make Cut Out Snowflakes Day tomorrow!
19:14

Monday, December 31, 2012

Dave Kleiman
Happy New Year! ☆★☆★☆★☆★
16:36

Me
happy hogmanay!
16:55

Dave Kleiman
Happy Ossobuco!
20:50

Tuesday, January 01, 2013

Me
happy new year
10:36

Dave Kleiman
Happy Ossobuco!
10:43

Dave Kleiman
Happy national oatmeal month!
10:45

Wednesday, January 09, 2013

Dave Kleiman
Was asleep when you called
23:37

Thursday, January 10, 2013

Dave Kleiman
Happy houseplant appreciation day!
08:20

Friday, January 11, 2013

Dave Kleiman
Happy step in a puddle and splash your friends day!
13:32

KIMON_00000187

Saturday, January 12, 2013

Dave Kleiman

Happy feast of fabulous wild men day and happy pharmacists day!  08:46

Me

I dream of a genie with light brown hair  09:54

Dave Kleiman

Your bday is tomorrow, right?  21:23

Sunday, January 13, 2013

Me

tis indeed  12:10

Dave Kleiman

Happy old fart papa Kimon day!  12:11

Me

:D  12:13

Monday, January 14, 2013

Dave Kleiman

Missed your call  19:54

Thursday, January 17, 2013

Dave Kleiman

Happy Ditch New Years Resolution Day!  07:30

Friday, January 18, 2013

Dave Kleiman

My temperature is 101.9. So much for my weekend home  19:34

Me

is it because you over exerted yourself?  19:42

Dave Kleiman

No  19:43

Dave Kleiman

UTI  19:45

Me

infection?  19:46

Me

ah!  19:46

KIMON_00000188



Me
how long to recuperate?   19:49

Dave Kleiman
I do not know   19:51

Dave Kleiman
Happy anniversary tomorrow   20:05

Me
thank you!   20:06

Saturday, January 19, 2013

Me
how do you feel?   14:19

Dave Kleiman
Much better   14:29

Dave Kleiman
Even more betterer now that I know it is  National Popcorn day!   14:29

Me
we must celebrate!   14:33

Monday, January 21, 2013

Me
your birthday is tomorrow, right?   18:26

Dave Kleiman
Yes   18:41

Me
)
UTI gone?   19:52

Dave Kleiman
I think   20:22

Tuesday, January 22, 2013

Me
happy birthday! I'm sure there will be a big party at your   07:04

Me
old folks home   07:05

KIMON_00000189



Wednesday, January 23, 2013

Dave Kleiman
Happy National Pie day and Happy Handwriting day!                    09:51

Friday, January 25, 2013

Dave Kleiman
Happy Opposite Day!                    10:52

Me
do you mean "miserable"?                    12:25

Dave Kleiman
Hahaha                    12:26

Dave Kleiman
My life sucks                    12:27

Me
That's awesome! I'm so happy for you                    12:27

Dave Kleiman
:)                    12:27

Saturday, January 26, 2013

Dave Kleiman
I am 20 minutes into Dredd and want my $3 back                    20:28

Me
ha!                    20:50

Me
have you seen looper?                    20:50

Dave Kleiman
Yes it was ehhhhh sorta ok. I am telling you watch total recall                    21:14

Me
ok, maybe tomorrow                    21:14

Sunday, January 27, 2013

Dave Kleiman
Happy chocolate cake and punch the clock day!                    08:19

KIMON_00000190

Me

> hal
> http://m.newser.com/story/161704/casey-anthony-files-for-bankruptcy.html

13:27

Dave Kleiman

I saw a the headline earlier but did noy read the story yet

13:28

Dave Kleiman

Should I watch End of Watch or Stolen?

21:23

Me

> don't know either one

21:23

Monday, January 28, 2013

Dave Kleiman

When you can take a picture of anything with your GPS on and GPS tag set to yes with your iphone

15:32

Me

> check your email

15:34

Dave Kleiman

Donkey!

15:37

Thursday, January 31, 2013

Dave Kleiman

Happy Backward day and Inspire your Heart with Art day!

08:58

Saturday, February 02, 2013

Dave Kleiman

Happy Ground Hog Day!

12:21

Monday, February 04, 2013

Dave Kleiman

Happy Thank a Mailman Day and Create a Vacum Day!!

07:55

Tuesday, February 05, 2013

Dave Kleiman

If dead people in tombs are 'entombed', are dead people in crypts 'encrypted'?

18:13

Wednesday, February 06, 2013

Dave Kleiman

Happy Lame Duck Day!

08:32

KIMON_00000191

Dave Kleiman

You alive?                                                                        20:03

Thursday, February 07, 2013

Me

funky cold medina                                                                 08:44

Thursday, February 14, 2013

Dave Kleiman

Happy Ferris Wheel Day, Happy National Organ Donor Day, and        08:11
Happy Valentines Day

Dave Kleiman

OMG....poor little tink tink allegedly murdered his girlfriend:

http://www.nydailynews.com/sports/more-sports/police-double-         09:16
amputee-olympian-pistorius-involved-shooting-home-
article-1.1263867

Friday, February 15, 2013

Dave Kleiman

Happy National Gum Drop Day!                                                  08:19

Saturday, February 16, 2013

Dave Kleiman

Happy do a grouch a favor day!                                                10:50

Wednesday, February 20, 2013

Dave Kleiman

Happy Cherry Pie and Love Your Pet Day!                                   08:28

Thursday, February 21, 2013

Dave Kleiman

Happy Card Reading Day!                                                         08:37

Friday, February 22, 2013

Dave Kleiman

Happy Be Humble Day,  Walking The Dog Day, and International       11:47
World Thinking Day!!

Saturday, February 23, 2013

Dave Kleiman

Happy International Dog Biscuit Appreciation Day! And Happy          08:55
Tennis Day!

KIMON_00000192

Dave Kleiman



13:18

Monday, February 25, 2013

Dave Kleiman

Happy National Pistol Patent Day!

09:22

Tuesday, February 26, 2013

Dave Kleiman

Happy National Pistachio Day... it's a nutty day!

17:18

Wednesday, February 27, 2013

Dave Kleiman

Man stabbed after refusing to change positions during threesome - When one man wouldn't swap positions during a threesome with a female acquaintance, the other man pulled out a butcher knife and stabbed him.

http://www.upi.com/blog/2013/02/14/Man-stabbed-after-refusing-to-change-positions-during-threesome/1911360866370/

12:39

Me

don't you hate it when that happens?

13:33

Dave Kleiman

:)

13:34

Page 170

**D480 Page 170 of 177**

KIMON_00000193

Thursday, February 28, 2013

Dave Kleiman



07:47

Me



08:05

Dave Kleiman



08:07

Page 171

KIMON_00000194

Friday, March 01, 2013

Me



12:17

Saturday, March 02, 2013

Me



08:09

Dave Kleiman

You need help

08:10

Tuesday, March 05, 2013

Dave Kleiman

Happy Multiple Personality Day!!!!

08:28

Thursday, March 07, 2013

Dave Kleiman

Happy National Crown Roast of Pork Day!!!

09:17

KIMON_00000195

Saturday, March 09, 2013

Me



20:06



Sunday, March 10, 2013

Dave Kleiman

Happy Middle Name Pride Day!

08:27

KIMON_00000196

Me



12:56

Monday, March 11, 2013

Dave Kleiman



19:12

Me

http://en.m.wikipedia.org/wiki/White_House_Down

22:40

Dave Kleiman

Somehow the Olympus down looks like a better cast

22:42

KIMON_00000197

Me                                  22:42
it does

Me                                  22:43
but still

Dave Kleiman                        22:48
Just emailed you the 49 second trailer

Tuesday, March 12, 2013

Dave Kleiman                        12:30
I forgot to tell you

Me                                  12:31
?

Dave Kleiman                        12:31
The other day I had a meeting with the FBI, the agent her name
was Mulder.

Dave Kleiman                        12:32
Seriously

Me                                  12:32
she must hate it

Dave Kleiman                        12:32
I wanted to ask her where skully was

Me                                  12:38
lol

Dave Kleiman                        13:45
Happy Girl Scouts Day and Happy Plant a Flower Day!

Wednesday, March 13, 2013

Dave Kleiman                        08:16
Happy Ear Muff Day and Happy Jewel Day!

KIMON_00000198

Thursday, March 14, 2013

Dave Kleiman

Happy 3.14159265259 (Pi) Day!

Happy Learn About Butterflies Day!

Happy Popcorn Lover's Day!

And

Happy Potato Chip Day!

08:58

Monday, March 25, 2013

Me

alive?

17:56

Friday, March 29, 2013

Me

hello?

17:46

Me

The VA says you were discharged last week

17:47

Thursday, April 11, 2013

Me

happy cheese fondue day

18:56

Monday, April 15, 2013

Me

happy national glazed ham day

18:18

Tuesday, April 16, 2013

Me

happy national baked ham with pineapple day

21:08

Wednesday, April 17, 2013

Me

happy national cheeseball day

19:21

Thursday, April 18, 2013

Me

still alive?

14:36

Dave Kleiman

Yes

14:36

KIMON_00000199



Me
:) are you accepting calls?   14:37

Dave Kleiman
No   14:37

Me
ok, still at home?   14:38

Dave Kleiman
Yes   14:38

KIMON_00000200