# AUTHORIZATION
## TO OBTAIN CONSUMER CREDIT INFORMATION

     I, IRA KLEIMAN, in my capacity as designated Personal Representative of the Estate of David A. Kleiman, hereby authorize The Karp Law Firm, P.A. to obtain Consumer Report Information from TransUnion for the decedent, David A. Kleiman, whose social security number is ▮▮▮▮▮▮▮▮ and whose last known address is 3119 Contego Lane, Palm Beach Gardens, FL 33418

Ira S. Kleiman
(Printed/Typed Name of Personal Representative/Trustee)

May 21, 2013
Date

Dr. Wright Ex.

**D481**

KARP_00000157