| | |
|---|---|
| **From:** | Ira K <clocktime2020@gmail.com> |
| **Sent:** | Monday, February 17, 2014 4:16 PM |
| **To:** | Craig Wright |
| **Subject:** | Re: FW: AGMO COE in IPv6.pptx |

Hi Craig,

I would like to ask for your advice if I may.  After everything you have shared with me I feel like I can completely trust you.

As mysterious and exciting as all this news is, I also feel nervous about making mistakes.
I very well could have already made some months ago by throwing away a bunch of Dave's papers and formating drives that I couldn't access.

Patrick and his partner emailed me the other day and would like me to bring over his drives.
I haven't spoken with them about what would happen next if they did manage to access his account.  And I assume that anything in it cannot be traced when there is a withdrawl?.
Being that I have only met Patrick a couple times in my life I was wondering if there any safety measures you can recommend to me so I don't make another mistake?

Thanks,
Ira


On Mon, Feb 17, 2014 at 4:31 AM, Craig S Wright <craig.wright@information-defense.com> wrote:

> **From:** Craig S Wright [mailto:craig.wright@information-defense.com]
> **Sent:** Monday, 12 September 2011 3:28 PM
> **To:** 'Craig S Wright'
> **Subject:** AGMO COE in IPv6.pptx

Dr. Wright Ex.

D488

KLEIMAN_00177455