**From:** Allan Pedersen
**Sent:** Tuesday, December 2, 2014 4:54 AM
**To:** jonathan@bitmessage.org
**CC:** Craig S Wright
**Subject:** BitMessage: Security Software Code review
**Attachments:** 20141202 Security Review Activities V3.0.xlsx

Hi Jonathan,

I have been assigned as project manager for the Static Security Software Code Review of the BitMessage Software as agreed with Craig Wright on 17th November 2014.

My contact details are:

- Name:   Allan Pedersen
- Mobile:   +61400881128
- Company: Panopticrypt

The current BitMessage code base is of considerable size (15702 SLOCs) and the security review will need to be carried out in a phased approach. We are keen to understand your view on priorities and the maturity of SW components.

Please, update the following two columns in the attached document:

- Security priority (1 to 10) - 10 is High priority; and
- SW Maturity level (**High**: Component is very stable, chance of any updates is low. **Medium**: On the way to being stable, some updates planned / on the way. **Low**: Not stable at all. Needs updates in terms of design and/or development)

This will help us plan and prioritize the overall review activity with emphasis on critical areas to be improved immediately.

Also, will you be in a position to provide documents detailing?

- The intended system architecture.
- The standards, protocols used during design and development.
- Database structure, Sequence Diagrams, Logic for Multi-threads.
- Role of third party components (pyQT4, OpenSSL, namecoind etc.).
- International language(s) support.
- Namecoin Integration.

Please, don't hesitate calling me on my mobile any time if you will need further information.

Will you be available for a Teleconference tomorrow or later this week? That will allow me to introduce you to our team.

## Preliminary observations and findings:

A preliminary BitMessage Software assessment has been carried out based on the following information:

1. Elementary reading of the 2 whitepapers:
   - https://bitmessage.org/bitmessage.pdf
   - https://bitmessage.org/Bitmessage%20Technical%20Paper.pdf
2. Online BitMessage articles/discussions
3. Class Diagrams created by reverse engineering of the source code.
4. Automated scan of the source code (by SonarQube) – see attached spreadsheet.
5. Online research.

**Findings derived from whitepapers & online research (business logic issues)**

1. Anonymity

Anonymity seems to be a problem in the developed system. After an initial read, it seems that the system is vulnerable to Sybil attacks. Also, the acknowledgement logic seems to be insufficient to guard a node's identity.

Sybil attack

In a BitMessage network, an attacker could flood clusters with malicious nodes that fake network activity in the hopes of drowning out the number of legitimate users per cluster. They can filter off their own traffic and that could severely degrade the anonymity provided to the legitimate clients.

Acknowledgement Logic

This design might compromise the 'anonymity' clause to some level. If an attacker enumerates all of the nodes in a channel, he can observe when these nodes are connected to the BitMessage network. Imagine that Alice sends Bob a message, but Bob is not online for two days. Now Alice resends the message. If the message Alice resends is identical to the original message, the attacker can conclude that the message is going to a client that has not been online in the two day period from when the message was originally sent. If Alice doesn't resend the message again after 4 days, the attacker determines that Bob is one of the nodes that wasn't online in the original two day time frame, and also one of the nodes who was online in the 4 days after that.

**Findings derived from initial scan of software and reverse engineering of SW creating class diagrams.**

We carried out a quick scan of the source code (SonarQube) and reverse engineered to derive the class diagrams. Following are the common observations:

1. The application is using PyQt4 and OpenSSL which are Open sources and should be reviewed from security prospective.
2. The application is using queries strings for SQLLite. The parameters validations for query should be reviewed from security prospective.
3. Multi-Thread logic should be considered from security prospective. Ensure no thread safe issues. Check synchronization.
4. We have observed that file 'bitmessage_icons_rc.py' contains hard coded ascii strings (Resource object code in UTF-8). Common development practice is to generate such strings dynamically rather than hard coding in a source file.
5. There is huge class which have a lot of dependencies with another classes. This class should be considered for refactoring according to common practice of OOP. See SonarQube report notes below.

Some of example of issues found are as below:

**File: src/bitmessageqt/__init__.py**

Avoid too complex file. File has a complexity of 654 which is greater than 80 authorized.

Joint Exhibit

**J003**

The cyclomatic complexity of a file should not exceed a defined threshold. Complex code can perform poorly and will in any case be difficult to understand and therefore to maintain. Security/Memory Leaking and Performance/Algorithm's Performance

Files should not have too many lines: A source file that grows too much tends to aggregate too many responsibilities and inevitably becomes harder to understand and therefore to maintain. Above a specific threshold, it is strongly advised to refactor it into smaller pieces of code which focus on well-defined tasks. Those smaller files will not only be easier to understand but also probably easier to test.

"MyForm" class in the file has a complexity of 582 which is greater than 80 authorized. Avoid too complex class. The cyclomatic complexity of a class should not exceed a defined threshold. Complex code can perform poorly and will in any case be difficult to understand and therefore to maintain.

**File: src/pyelliptic/openssl.py – Wrapper of OpenSSL**

Control flow statements "if", "for", "while", "try" and "with" should not be nested too deeply

Nested if, for, while, try and with statements is a key ingredient for making what's known as "Spaghetti code". Such code is hard to read, refactor and therefore maintain.

Cheers, Allan

CONFIDENTIAL

BEV_00321565

DEF_00762933

CONFIDENTIAL
BEV_00321565

DEF_00762934