| | |
|---|---|
| From: | gavinandresen@gmail.com on behalf of Gavin Andresen <gavin@bitcoinfoundation.org> |
| Sent: | Tuesday, September 9, 2014 1:30 AM |
| To: | Jeff Garzik; Gregory Maxwell; Wladimir van der Laan; Pieter Wuille |
| Subject: | Fwd: The satoshin@gmx.com account compromise.... |

Just FYI, I sent this to 'press@bitcoinfoundation.org' so they can respond to reporter's questions:

---------- Forwarded message ----------
From: **Gavin Andresen** <gavin@bitcoinfoundation.org>
Date: Mon, Sep 8, 2014 at 9:19 PM
Subject: The satoshin@gmx.com account compromise....
To: Press Team <press@bitcoinfoundation.org>

Okey dokey, this will be a big story...

What is known: somebody got a hold of Satoshi's email account (satoshin@gmx.com).

They leveraged that to get control of the old Bitcoin Sourceforge project (almost certainly via an "I forgot my password" process), removed the other administrators, and defaced it. Pieter and I have support tickets in to either get back administrative privileges or delete the old project. Somebody has restored the Sourceforge page (I don't know if that was the attacker or a Sourceforge admin).

Source development moved from Sourceforge to github long ago, and binaries are hosted on bitcoin.org as of several months ago. The Satoshi email account never had access to github or bitcoin.org.

Satoshi has no special powers, so Bitcoin users don't have to worry about his old email address getting compromised.

In hindsight, I should have removed Satoshi as an administrator or deleted the old Sourceforge project. I didn't because I wanted to avoid drama (I'm sure some people would see that as some kind of "shun Satoshi and grab power" move). And keeping the project keeps the old pre-github history.

We assume the attacker has all of the email sent to or from the 'satoshin@gmx.com' account, and expect to see lots of old Satoshi email published, which could cause additional drama (I'm not worried about my email conversations with Satoshi, but who knows who else he communicated with....)

What is not known at this point:

How the attacker compromised the email account.

Whether or not anything in the email account reveals Satoshi's real identity.

Who the attacker is.

Joint Exhibit

J010

GAVIN_00000375

--
--
Gavin Andresen
Chief Scientist, Bitcoin Foundation
https://www.bitcoinfoundation.org/