| | |
|---|---|
| **From**: | Dave Kleiman [dave@davekleiman.com] |
| **Sent**: | 2/16/2011 2:21:52 PM |
| **To**: | craig.wright@Information-defense.com |
| **CC**: | lynn.wright@information-defense.com |
| **Subject**: | RE: Registration - TTA1 |
| **Attachments**: | W&K Info Defense Research LLC - 08.pdf |
| | |
| **Importance**: | High |

Look over the attached real quickly.

Let me know if it is ok.

Or should the PoC be in the US??   I see a non US vendor on the list.

Pay special attention to "Additional Authentication"

Dave


-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:04
To: Dave Kleiman
Subject: RE: Registration - TTA1

51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

The other is not any longer

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 1:08 PM
To: craig.wright@Information-defense.com; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Are either of these your current address?


51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

Level 19, 2 Market Street
Sydney, NSW  2000
AU


-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 14:13
To: 'craig.wright@Information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1

It is under vendor registration that it requested DUNS see:
https://www.fbo.gov/?s=main&mode=list&tab=register&subtab=step1

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 07:29
To: 'craig.wright@Information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1
Importance: High

Last page of attached.  Do you think I can list you as mgr or mgrm with a foreign address, they would kick it back?

**Joint Exhibit**

**J012**

DEFAUS_00694555

CW.001.002.6793

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 06:35
To: 'craig.wright@Information-defense.com'; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Did you already create a username and password?

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 04:48
To: Dave Kleiman; lynn.wright@information-defense.com
Subject: Registration - TTA1

The first is to do with the attached papers…

      TTA 01
<https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0N
TNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVa
vYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsX
UmvQKEcJuQ%3D#0>   - Software Assurance


      White paper title      Software assurance through economic measures



This also leads to the following one with:


TTA 14
<https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0N
TNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVa
vYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsX
UmvQKEcJuQ%3D#13>   - Software Assurance MarketPlace (SWAMP)


      White paper title      Software derivative markets
          And
          Information Security risk markets



Greyfog (last email) should also come under TTA 05
<https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0N
TNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVa
vYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsX
UmvQKEcJuQ%3D#4>   - Secure, Resilient Systems and Networks


...

Dr. Craig S Wright <http://gse-compliance.blogspot.com/>   GSE-Malware, GSE-Compliance, LLM, & ...

Information Defense <http://www.information-defense.com/>   Pty Ltd

Mobile: 0417 683 914

Description: Logo4

Skip Navigation
Contact Us



BAA Program

DHS Broad Agency Announcements (BAA) Program Portal

**BAA Home**

- Basic Research Focus Areas
- High Priority Technology Areas
- Solicitations
  - Current Solicitations
    - Past Solicitations
  - Solicitation Awards
  - Proposal Submission
  - Awardee Portal
  - News And Events
  - S&T Directorate Events
  - ST Directorate SBIR Website
  - Privacy Policy
  - FAQs
  - Program Portal

# Registration Form

Please do not register yourself MORE THAN ONCE!

Fill in your registration information below. If there are errors on the registration form, you will be asked to re-enter the Company PIN and user password. (Note: For security reason, this page will expire after 20 minutes of inactivity.)

[ Re(g)ister ]   [ Back ]

**\* Required Information**

CW.001.002.6794

DEFAUS_00694557

## COMPANY INFORMATION

| | |
|---|---|
| *Company Name: | W&K INFO DEFENSE RESEARCH LLC |
| TIN: | 274997114 |
| *Address (Line 1): | 4371 Norhtlake Blvd #314 |
| Address (Line 2): | |
| *City: | Palm Beach |
| State: | FL |
| *ZIP+4: | 33410 - 6253   Need help for ZIP+4? |
| *Phone: | 561-310-8801 |
| Fax: | |
| *CEO/President's E-mail: | dave@davekleiman.com |
| DUNS + 4: | -   What is DUNS? |
| CAGE Code: | How do I get a CAGE? |
| SIC: | What is a SIC? |
| FICE: | What is a FICE? |
| Company URL: | http://www.information-defense.com/ |
| *Year of Company Founded: | 2011 |
| *Company PIN: | ●●●●●●   Why do you need a PIN? |
| *Confirm Company PIN: | ●●●●●● |

*E-mail us* if you need to modify the TIN.

Company's Phone and Fax. Enter only numbers

9-digit Data Universal Number System plus a 4-digit suffix given by parent concern

Provide Full URL *(http://www.example.com)*

Should be all numeric; no blank spaces allowed. Length must be between 4-6 numbers.

## COMPANY POINT OF CONTACT INFORMATION

| | |
|---|---|
| *Salutation: | Mr. |
| *First Name: | Craig |
| Middle Initial: | S |
| *Last Name: | Wright |
| *Title: | Lead Researcher |
| *Phone: | 61 (417) 683 914   Ext: |
| Fax: | |
| *E-mail Address: | craig.wright@information-defense.c |
| *Confirm E-mail Address: | craig.wright@information-defense.c |

Enter only numbers

**Important!** Fill out carefully

Re-enter E-mail Address

## USER INFORMATION

☑ Check here if you are also the Company Point Of Contact. *(This will pre-populate your information.)*

| | |
|---|---|
| *Salutation: | Mr. |

CW.001.002.6794

DEFAUS_00694558

| | | |
|---:|:---|:---|
| *First Name: | Craig | |
| Middle Initial: | S | |
| *Last Name: | Wright | |
| *Title: | Lead Researcher | |
| *Phone: | 61 (417) 683 914    Ext: | Enter only numbers |
| Fax: | | |
| *E-mail Address: | craig.wright@information-defense.c | **Important!** Fill out carefully |
| *Confirm E-mail Address: | craig.wright@information-defense.c | Re-enter E-mail Address |
| *Username: | CraigWright | Only alphanumeric characters and underscores are allowed. Username must be at least 8 characters. |
| *Password: | ●●●●●●●●●●●●●●●●●● | Your password must be at least 8 characters long and must have an upper case, a lower case, a number, and a special character. Your new password cannot repeat any of your 8 previous passwords. |
| *Confirm Password: | ●●●●●●●●●●●●●●●●●● | |
| PIN Contact: | ☑ Check here if you want to list yourself as a contact for Company's PIN. | |

**Additional Authentication (used if you forget your password)**

| | | |
|---:|:---|:---|
| *Select your question: | Who is your favorite person? | You will be prompted with this question and a new password will be issued automatically if your answer matches the one you give here |
| *Answer to above question: | Myself | |

* Required Information

[ Re(g)ister ]    [ Back ]

DHS Form 10025 (7/07)

- U.S. Department of Homeland Security
- Science & Technology
- S&T Directorate SBIR Website
- OSDBU
- SAFETY Act
- SECURE Program
- Contact Us