| | |
|---|---|
| **From**: | Craig S Wright [craig.wright@information-defense.com] |
| **Sent**: | 2/15/2011 3:33:20 PM |
| **To**: | 'lynn.wright@information-defense.com' [lynn.wright@information-defense.com]; 'Dave Kleiman' [dave@davekleiman.com] |
| **Subject**: | RE: Link to R&D site |

```
W&K Info Defense Research

-----Original Message-----
From: Lynn Wright [mailto:lynn.wright@information-defense.com]
Sent: Tuesday, 15 February 2011 1:17 PM
To: 'Dave Kleiman'
Cc: craig.wright@Information-defense.com
Subject: RE: Link to R&D site

Either or.... you choose

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Tuesday, 15 February 2011 11:46 AM
To: craig.wright@information
Cc: lynn.wright@information-defense.com
Subject: RE: Link to R&D site

Wright Kleiman Information Security .......  W&K Info Defense   ......

-----Original Message-----
From: craig.wright@information [mailto:craig.wright@information-defense.com]
Sent: Monday, February 14, 2011 19:43
To: Dave Kleiman
Cc: lynn.wright@information-defense.com
Subject: Re: Link to R&D site

Lynn?

sent from my Telstra NEXTG™ handset

----- Reply message -----
From: "Dave Kleiman" <dave@davekleiman.com>
Date: Tue, Feb 15, 2011 11:35
Subject: Link to R&D site
To: "craig.wright@information" <craig.wright@information-defense.com>
Cc: "lynn.wright@information-defense.com" <lynn.wright@information-defense.com>


I sent an email to see if there is an expedited or online way to accomplish.

In any case, how about a name?



-----Original Message-----
From: Dave Kleiman
Sent: Monday, February 14, 2011 19:13
To: 'craig.wright@information'
Cc: 'lynn.wright@information-defense.com'
Subject: RE: Link to R&D site

Hmmm. I am all ears on suggestions. But I see no way of filing for LLC or Non profit in time, you have any ideas?

I have files 3 fictitious business names I can easily apply for another if needed:

http://www.sunbiz.org/scripts/ficidet.exe?action=DETREG&docnum=G06303900172&rdocnum=G06303900172

http://www.sunbiz.org/scripts/ficidet.exe?action=DETREG&docnum=G98287000005&rdocnum=G98287000005

Let me know.

Dave
```

**Joint Exhibit J013**

CONFIDENTIAL
CW.001.002.6760

DEFAUS_00092833