50 2013 CP 0 0 5 0 6 0 XXXX NB

IH

COPY

NORTH COUNTY CIVIL DIV.
ORIGINAL RECEIVED

OCT 25 2013

SHARON R. BOCK
CLERK & COMPTROLLER
PALM BEACH COUNTY

FILE ORIGINALS AND
RETURN STAMPED
COPIES TO

This

## LAST WILL

prepared for

## DAVID ALAN KLEIMAN

**THE KARP LAW FIRM**
**A Professional Association**

| Palm Beach Gardens | Boynton Beach | Port St. Lucie |
|---|---|---|
| (561)625-1100 | (561)752-4550 | (772)343-8411 |
| (800)893-9911 | (800)893-9911 | (800)893-9911 |

c The Karp Law Firm, P. A.
All Rights Reserved

Will 07-30-03.max

**Joint Exhibit**

**J022**

KARP_00000140

KARP 00000140

# Last Will

## of

# DAVID ALAN KLEIMAN

I, DAVID ALAN KLEIMAN, residing in Palm Beach County, Florida, do hereby make, publish and declare this to be my Last Will and Testament, and do hereby revoke any and all former Wills and Codicils heretofore made by me.

**FIRST**: I direct that my Personal Representative, hereinafter named, pay all my just debts and funeral expenses as soon after my death as may be practicable.

**SECOND**: In the event that, at the time of my death, I am the owner, or co-owner of any real estate, insurance settlement, bank account, government bond, or security or instrument of indebtedness (whether issued by a private corporation, a government, a governmental agency, or an individual) which is registered or issued in the names of myself and another person or persons as tenants by the entirety or as joint tenants with right of survivorship, or which is registered or issued in my name but is payable to or apparently payable to a named beneficiary on my death, I declare it to be my intention that all my right, title, and interest in any such property shall immediately pass to the joint owner, co-owner, or beneficiary named in any instrument pertaining to such property, whether or not my right, title or interest in any such property would, by operation of law upon my death, vest in or pass to such surviving person. I make this provision in order to eliminate any doubt or question as to the right of any such person apparently entitled thereto to succeed to the full possession and ownership of such property upon my death, and to provide for the possible contingency of an ineffective attempt to create a joint tenancy, with right of survivorship, or an estate by the entirety.

**THIRD**: In the event that any devisee shall die with me in a common accident or disaster or under such circumstances as may make it impossible or difficult to determine which of us died first, or within thirty days after my death, then I direct that said devisee shall be conclusively deemed not to have survived me.

**FOURTH**: I give certain items of the tangible personal property owned by me at the time of my death in the manner described in the last dated writing made for this purpose and signed by me that is in existence at the time of my death.

1

Will 07-30-03.max

KARP_00000140

KARP_00000141

FIFTH:   I give and devise to my brother, IRA STEVEN KLEIMAN, all of the rest, residue and remainder of my estate, of whatsoever kind and wheresoever situate, which I may own or have the right to dispose of at the time of my death, to be his absolutely and forever.

SIXTH:  In the event that my brother, IRA STEVEN KLEIMAN, shall predecease me, or shall be deemed not to have survived me in accordance with the provisions of Paragraph THIRD, then all of the rest, residue and remainder of my estate, of whatsoever kind and wheresoever situate, which I may own or have the right to dispose of at the time of my death, I give and devise to my parents, LOUIS L. KLEIMAN and REGINA KLEIMAN, OR THE SURVIVOR.  In the event that both of my parents, LOUIS L. KLEIMAN and REGINA KLEIMAN, should predecease me, then I give and devise the rest, residue and remainder of my estate to JOSEPH S. KARP and DEBORAH C. KARP, OR THE SURVIVOR, per stirpes.

I recognize that JOSEPH S. KARP is my attorney and I asked him to draft this Last Will. However, he has been a lifelong friend of my family, and has known my mother since his birth.

SEVENTH: For reasons known unto myself, I make no provision herein this Last Will for my brother, LEONARD KLEIMAN.

EIGHTH:  If any principal of my estate shall become distributable to a minor, my Personal Representative may, in his or her absolute discretion, pay over such principal at any time to the Guardian of the Property of such minor, or retain the same for such minor during minority.  In the case of such retention, my Personal Representative may apply such principal and the income therefrom to the support, maintenance and education of such minor, either directly or by payments to the Guardian of the Property or Person of such minor, or to be the person with whom such minor may reside, and the receipt of any such Guardian or person shall become a complete discharge to my Personal Representative who shall not be bound to see to the application of any such payment.  Any unapplied principal and income shall be paid over to such beneficiary upon attaining the age of majority, or if he or she shall die before attaining the age of majority, to his or her estate.  In holding any funds for any minor, my Personal Representative shall have all the powers and discretion hereinafter conferred upon him or her.

NINTH:  I hereby nominate and appoint my brother and my mother, IRA STEVEN KLEIMAN and REGINA KLEIMAN, OR THE SURVIVOR, Co-Personal Representatives of my Estate.  In the event both IRA STEVEN KLEIMAN and REGINA KLEIMAN fail, refuse or are unable to act as Personal Representatives, then the following person shall serve as Successor Personal Representative:

**JOSEPH S. KARP**

I direct that none of them shall be required to furnish bond or other surety for the faithful performance of his or her duties hereunder.

2

KARP_00000142

KARP_00000140

TENTH. The personal representatives named in this Will, and their successors and parties serving in their stead, shall be governed by the provisions of Sections 733.612 and 737.402 and Chapter 738, Florida Statutes, that are not in conflict with this instrument, and shall have all additional powers and protection granted by statute to them and to trustees at the time of application that are not in conflict with this instrument. In addition and not in limitation of any common-law or statutory authority, and without application to any court, they also shall have the powers and responsibilities described below to be exercised in their absolute discretion.

ELEVENTH: I hereby authorize my Personal Representative, with respect to my estate, in his or her sole and absolute discretion, to retain any property in my estate; to sell any real or personal property of my estate for cash or on credit, at public or private sale, or to exchange any such property for other property; to collect, pay, contest, compromise, or abandon claims of or against my estate; to execute contracts, conveyances, and other instruments; to make any distribution or division of my estate in cash or in kind or both; and to execute and to deliver any and all instruments which he or she may deem advisable to carry out any of the foregoing powers. All of the foregoing powers may be exercised without leave of court.

TWELFTH: Throughout this Will, the masculine gender shall be deemed to include the feminine, and the singular the plural, and vice versa.

I signed this, my last will, on ___July 30, 2003___.

**DAVID ALAN KLEIMAN**


Signed, sealed, published and declared to be as and for his Last Will and Testament, by the above-named Testator, in our presence, who at his request, in his presence, and in the presence of each other, have hereunto subscribed our names as attesting witnesses at Palm Beach Gardens, Florida, on July 30, 2003.

Business Address:   2875 PGA Boulevard, Ste. 100
Palm Beach Gardens, FL 33410

Business Address:   2875 PGA Boulevard, Ste. 100
Palm Beach Gardens, FL 33410

Business Address:   2875 PGA Boulevard, Ste. 100
Palm Beach Gardens, FL 33410

3

Will 07-30-03.max

KARP_00000140
KARP_00000143

STATE OF FLORIDA                                )
                                                        SS
COUNTY OF PALM BEACH                   )

I, DAVID ALAN KLEIMAN declare to the officer taking my acknowledgment of this instrument, and to the subscribing witnesses, that I signed this instrument as my will.

_____ . Testator

DAVID ALAN KLEIMAN

We, _____ Marcia J. Varney _____ (Witness) and *Beverley Brownlee*
(Witness) have been sworn by the officer signing below, and declare to that officer on our oaths that the Testator declared the instrument to be the Testator's will and signed it in our presence and that we each signed the instrument as a witness in the presence of the Testator and of each other.

_____
Witness

_____
Witness

Acknowledged and subscribed before me by DAVID ALAN KLEIMAN, the Testator, who is personally known to me or who has produced _____ as identification, and sworn to and subscribed before me by ___ Marcia J. Varney _____ (Witness) who is personally known to me or who has produced _____, as identification and *Beverley Brownlee* (Witness) who is personally known to me or who has produced _____, as identification, and subscribed by me in the presence of the Testator and the subscribing witnesses, all on July 30, 2003.

_____
Notary Public

Notary Seal

LAURA E. AHLERS
My Comm. Exp. 5/18/05
... DD 006618
... Known & Other I.D.
My commission expires: _____

4

Will 07-30-03.max

KARP_00000144

KARP_00000140