| | |
|---|---|
| **From**: | Craig S Wright [A] |
| **Sent**: | 4/28/2014 2:36:30 PM |
| **To**: | 'Ira K' [clocktime2020@gmail.com] |
| **Subject**: | RE: FW: domains |

You know, there is so much that I am finding out about Dave.

Even when I did visit, there was a different Dave, I guess we are all that way to an extent, but cyber makes it easier to seem otherwise and to have separate version of yourself.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Monday, 28 April 2014 11:38 AM
**To:** Craig S Wright
**Subject:** Re: FW: domains

Craig,

Could I ask a favor and be allowed to include one additional person on the conference call? I'm not sure if Dave ever mentioned someone named Joe Karp to you, but he has been a life long friend of our family. My mom used to babysit him when he was just a toddler. Over the years his family stayed in touch with ours and he became a lawyer that now works in Estate Planning. I can't speak highly enough about this guy. He is someone I could honestly say I trust with my life and so did Dave. As a teen Dave would get into so much trouble and Joe was always there to get him out. I'm not sure if Dave ever told you his motorcycle story - Dave ran up some crazy bills and was in debt for I think 20k. Joe along with my parents helped erase them all. He was debt free and could start fresh, but what does Dave do? He goes out and buys a motorcycle, a week later he gets in the accident that changes everything.

I can assure you Joe is someone that can be trusted. If you would allow him to join the call, I think it would benefit us all. He was one of Dave's closest friends.

Regards,
Ira


On Sun, Apr 27, 2014 at 8:57 PM, Craig S Wright <craig@rcjbr.org> wrote:

> Andrew,
>
> Can we make a time for a conference call with Ira this week?
>
> In this process, we are starting to discover some more of the costs. Dave was not meant to take a loan at all, but it seems he had spent more than we knew or he had told on W&K. So, where the tax people have been talking about costs, it seems that the capital investment is actually more than we stated. Again, we have understated the costs.

**Joint Exhibit J031**

CONFIDENTIAL

DEFAUS_00119548

When is good being that Ira is in the USA?

Thanks

Craig

From: Ira K [mailto:clocktime2020@gmail.com]
Sent: Monday, 28 April 2014 10:35 AM

To: Craig S Wright
Subject: Re: domains

I have been giving some thought about how to handle the shares in Coin-Exch.

If I choose to sell some this year, could I then do the same the following years?

I am considering this route for a couple of reasons. Being that I still get calls each

day from Dave's debt collectors, I stopped answering my phone and let all calls

go to voice mail.  We also got served a summons from Dave's bank a couple weeks ago.

It appears he took loans out against his home and owes $560k.  I don't know where

he spent that amount of money, so I was wondering if he helped fund the W&K operation.

Anyway, I have an attorney responding to the summons and hopefully it will be nothing to

worry about.  But I figure just in case, it might be good to sell some shares now for safety.

Another problem I am thinking about is if I do sell some shares, the debt collectors

may come after the proceeds.  Do you know how I can minimize this risk as well as

the taxes?

Thanks,

CONFIDENTIAL
DEFAUS_00119549

Ira

On Sun, Apr 27, 2014 at 8:28 PM, Ira K <clocktime2020@gmail.com> wrote:

Wednesday would be fine.

I didn't notice much in the documentation about how the company will generate revenue.

Since the transaction fees are so low, what will be the primary streams of revenue?

On Sun, Apr 27, 2014 at 8:19 PM, Craig S Wright <craig@rcjbr.org> wrote:

Wednesday to Friday or weekend -- when is a good time to have a Skype conference where I can share screens and demo what we are doing for you?

**From:** Ira K [mailto:clocktime2020@gmail.com]

**Sent:** Sunday, 27 April 2014 5:19 AM

**To:** Craig S Wright
**Subject:** Re: domains

Thanks Craig.  The more I understand about it, the more exciting it becomes.

I'm starting to see how Bitcoin technology is much more than just a means

of transfering money.  The power to transfer contracts, timestamp inventions,

trading shares of stock without need of a broker.

As people start to stuff novels and contracts into the blockchain, will it slow

things down?  What are your thoughts on Litecoin and the other altcoins?

Ira

On Sat, Apr 26, 2014 at 2:04 AM, Craig S Wright <craig@rcjbr.org> wrote:

> It works, but needs more. I will setup a demo in the coming days for you to see
>
> It needs design work and extensions into social banking
>
> **From:** Ira K [mailto:clocktime2020@gmail.com]
> **Sent:** Saturday, 26 April 2014 2:38 PM
>
> **To:** Craig S Wright
> **Subject:** Re: domains
>
> Is the banking software completed for this?
>
> On Sat, Apr 26, 2014 at 12:35 AM, Craig S Wright <craig@rcjbr.org> wrote:
>
>> More soon
>>
>> **From:** Ira K [mailto:clocktime2020@gmail.com]
>> **Sent:** Saturday, 26 April 2014 2:33 PM
>>
>> **To:** Craig S Wright
>> **Subject:** Re: domains
>>
>> I'm trying to understand the banking services.  Will you be setting up your own branch
>>
>> of bank to handle bitcoin transactions or will you be providing the technology to other

banks around the world to do this?

On Fri, Apr 25, 2014 at 11:30 PM, Craig S Wright <craig@rcjbr.org> wrote:

We have the Tax people making us work for free in effect....

We want to have our money -- they get to make it hard unless we comply.

I will feed you more when you have digested the documents I have sent -- ask questions as well.

You see they are playing games -- saying the money should go into Hotwire and not coin-exch and crap of the sort, these are commercial issues and really, trying to punish us into compliance sucks. From your point of view, I would doubt you want to see the money go to Hotwire instead of coin-exch as this is taking from you as a shareholder!

**From:** Ira K [mailto:clocktime2020@gmail.com]

**Sent:** Saturday, 26 April 2014 12:50 PM
**To:** Craig S Wright
**Subject:** Re: domains

I agree, making it easy for the masses is crucial.  I fall into that camp of average

computer users who before hearing of you, never gave bitcoin much thought

because it sounded too difficult and unsecure.  And now with the taxes, it feels

like another hurdle.

On the flip side, I have been a Paypal user from day 1.  There was never any

reason for hesitation.  The marriage of Ebay with their service made life

so much easier.  Perhaps if Bitcoin could find a similar partner in a Craigslist

or the like, it would be a step closer towards mainstream use.

Hmm.. "Craigs"list... that even sounds right.

On Fri, Apr 25, 2014 at 9:34 PM, Craig S Wright <craig@rcjbr.org> wrote:

The Bitcoin foundation owns these now.

We also need to look like we are the grown-ups. There is too much history to Bitcoin. Satoshi was the past, we need to now be responsible adults and business men. So, a clean break with the past.

I am spending the day with government officials on Tuesday. At that it is a forum to try and regulate Bitcoin. Taxes suck, but they can be incorporated fairly. This is the aim. To make this work, we need to make it mainstream

Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Friday, 25 April 2014 12:26 PM
**To:** Craig Wright
**Subject:** domains

Craig,

Do you own Bitcoin.com, Bitcoin.org, Craigsbit.com ?

I figured since they are registered in Australia and

Panama, it makes sense.

And I take it that even if you do you wouldn't consider

attaching them to Coin-Exch because you don't want to

CONFIDENTIAL
DEFAUS_00119553

be viewed as Satoshi?

Back in the day I used to own England.com and Britain.com

I sold them too early.  I was in my 20's and needed the money.

Ira

CONFIDENTIAL                                                                                                                              DEFAUS_00119554