| | |
|---|---|
| **From**: | Dave Kleiman [dave@davekleiman.com] |
| **Sent**: | 2/17/2011 4:17:57 AM |
| **To**: | craig.wright@Information-defense.com |
| **CC**: | lynn.wright@information-defense.com |
| **Subject**: | RE: Four proposals |
| **Attachments**: | BAA 11-02-TTA 01-0127-WP Software Assurance Cover Sheet A Page.pdf; BAA 11-02-TTA 05-0155-WP Scada Cover Sheet A Page.pdf; BAA 11-02-TTA 09-0049-WP Risk Quantification Cover Sheet A Page.pdf; BAA 11-02-TTA 14-0025-WP Software Derivative Markets Cover Sheet A Page.pdf |

```
Here are the 4 cover sheet A.  Please review for accuracy.

For now, I listed it as "Small Business - 50 or Fewer Employees - Annual Gross Revenue - 1 Million or
Less".  Until I get the DUNS via email, and then apply for the Vet status.

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Wednesday, February 16, 2011 01:19
To: 'craig.wright@Information-defense.com'
Cc: lynn.wright@information-defense.com
Subject: Four proposals

Please review the attached.

Questions:

Should I list myself as a "partner" in the " Subcontractor/Partner/Other Participant Information"
section, or do you think that is if you are teaming with another organization?

Should I list your AU address on these (there is an option for non-US addresses)


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801
```

Joint Exhibit

J032

DEFAUS_00694603

# S&T Directorate BAA Cover Sheet A

## Proposal Does Not Contain Proprietary Information

| | |
|---|---|
| Proposal Number: | BAA 11-02-TTA 01-0127-WP |
| Topic: | TTA 01 - Software Assurance |
| Proposal Title: | Software Assurance through Economic Measures |
| Company Name: | W&K INFO DEFENSE RESEARCH LLC |
| Mailing Address (Line 1): | 4371 Norhtlake Blvd #314 |
| Mailing Address (Line 2): | |
| City: | Palm Beach |
| State & Zip Code: | FL  33410 - 6253 |
| Phone: | 5613108801 |
| Fax: | |
| TIN: | 274997114 |
| DUNS + 4: | null - |
| CAGE Code: | |
| SIC: | |
| FICE: | |
| Proposal Contains Proprietary Information: | No |
| Amount Requested (*in dollars*): | $650000.00 |
| Duration: | 36 months |
| Requested Starting Date: | 07/04/2011 |
| Business Type: | Small Business<br>Small Business - 50 or Fewer Employees - Annual Gross Revenue - 1 Million or Less |

DEFAUS_00694604

# S&T Directorate BAA Cover Sheet A

## Proposal Does Not Contain Proprietary Information

| | |
|---|---|
| Proposal Number: | BAA 11-02-TTA 05-0155-WP |
| Topic: | TTA 05 - Secure, Resilient Systems and Networks |
| Proposal Title: | SCADA Isolation |
| Company Name: | W&K INFO DEFENSE RESEARCH LLC |
| Mailing Address (Line 1): | 4371 Norhtlake Blvd #314 |
| Mailing Address (Line 2): | |
| City: | Palm Beach |
| State & Zip Code: | FL  33410 - 6253 |
| Phone: | 5613108801 |
| Fax: | |
| TIN: | 274997114 |
| DUNS + 4: | null - |
| CAGE Code: | |
| SIC: | |
| FICE: | |
| Proposal Contains Proprietary Information: | No |
| Amount Requested (*in dollars*): | $1800000.00 |
| Duration: | 36 months |
| Requested Starting Date: | 07/04/2011 |
| Business Type: | Small Business - 50 or Fewer Employees - Annual Gross Revenue - 1 Million or Less<br>Small Business |

# S&T Directorate BAA Cover Sheet A

## Proposal Does Not Contain Proprietary Information

| | |
|---|---|
| Proposal Number: | BAA 11-02-TTA 09-0049-WP |
| Topic: | TTA 09 - Cyber Economics |
| Proposal Title: | Risk Quantification |
| Company Name: | W&K INFO DEFENSE RESEARCH LLC |
| Mailing Address (Line 1): | 4371 Norhtlake Blvd #314 |
| Mailing Address (Line 2): | |
| City: | Palm Beach |
| State & Zip Code: | FL  33410 - 6253 |
| Phone: | 5613108801 |
| Fax: | |
| TIN: | 274997114 |
| DUNS + 4: | null - |
| CAGE Code: | |
| SIC: | |
| FICE: | |
| Proposal Contains Proprietary Information: | No |
| Amount Requested (*in dollars*): | $2200000.00 |
| Duration: | 36 months |
| Requested Starting Date: | 07/04/2011 |
| Business Type: | Small Business<br>Small Business - 50 or Fewer Employees - Annual Gross Revenue - 1 Million or Less |

www.dhs.gov

# S&T Directorate BAA Cover Sheet A

## Proposal Does Not Contain Proprietary Information

| | |
|---|---|
| Proposal Number: | BAA 11-02-TTA 14-0025-WP |
| Topic: | TTA 14 - Software Assurance MarketPlace (SWAMP) |
| Proposal Title: | Software Derivative Markets & Information Security Risk |
| Company Name: | W&K INFO DEFENSE RESEARCH LLC |
| Mailing Address (Line 1): | 4371 Norhtlake Blvd #314 |
| Mailing Address (Line 2): | |
| City: | Palm Beach |
| State & Zip Code: | FL  33410 - 6253 |
| Phone: | 5613108801 |
| Fax: | |
| TIN: | 274997114 |
| DUNS + 4: | null - |
| CAGE Code: | |
| SIC: | |
| FICE: | |
| Proposal Contains Proprietary Information: | No |
| Amount Requested (*in dollars*): | $1200000.00 |
| Duration: | 36 months |
| Requested Starting Date: | 07/04/2011 |
| Business Type: | Small Business - 50 or Fewer Employees - Annual Gross Revenue - 1 Million or Less<br>Small Business |