| | |
|---|---|
| **From**: | Craig S Wright [craig.wright@information-defense.com] |
| **Sent**: | 2/16/2011 5:31:13 PM |
| **To**: | 'Dave Kleiman' [dave@davekleiman.com] |
| **Subject**: | RE: Four proposals |

They look good.

I have based the funding on

3 principles ($200k a year each)
All travel and expenses (and rather generously on the expenses :)
    As far as I am concerned, hotels will be good suites and not rooms ;)
3 PhD Candidates to do all the shit work ;)
1 supervisor at the uni
Support staff
Systems and software

All for 3 years (and we can keep the interest and divide it but I did not say this as it could be Another $1 between the three of us ;)

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 5:19 PM
To: craig.wright@Information-defense.com
Cc: lynn.wright@information-defense.com
Subject: Four proposals

Please review the attached.

Questions:

Should I list myself as a "partner" in the " Subcontractor/Partner/Other Participant Information" section, or do you think that is if you are teaming with another organization?

Should I list your AU address on these (there is an option for non-US addresses)


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

Joint Exhibit
**J034**