| | |
|---|---|
| **From**: | Craig S Wright [craig.wright@information-defense.com] |
| **Sent**: | 2/16/2011 5:35:06 PM |
| **To**: | 'Dave Kleiman' [dave@davekleiman.com] |
| **Subject**: | RE: Four proposals |

```
Yes :)

The three of us should be able to do something good as a partnership :)

Better than the bailing out of banks that all the other stimulus money has done.

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 5:31 PM
To: craig.wright@Information-defense.com
Subject: RE: Four proposals

You mean SCADA superman rsradvan@unixworks.net Bob Radavosky?



-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Wednesday, February 16, 2011 01:25
To: Dave Kleiman
Subject: RE: Four proposals

I think that is if you are teaming. I would not bother with yourself as a partner, you are to be a
principle in this.

US is best for this stage if we use one you have, we will and can add mine with the complete proposal. I
am planning 3 principles, you, Bob Radavosky and I.

We will be adding CSU (Charles Sturt University) as a partner. This can occur later from what I see.

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 5:19 PM
To: craig.wright@Information-defense.com
Cc: lynn.wright@information-defense.com
Subject: Four proposals

Please review the attached.

Questions:

Should I list myself as a "partner" in the " Subcontractor/Partner/Other Participant Information"
section, or do you think that is if you are teaming with another organization?

Should I list your AU address on these (there is an option for non-US addresses)


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801
```

Joint Exhibit

**J035**

CONFIDENTIAL
CW.001.002.6830
DEFAUS_00093075