# Message

**From:** Patrick Paige [patrick@computerforensicsllc.com]
**Sent:** 12/9/2015 3:51:00 PM
**To:** Kimon Andreou [kimon@andreou.org]
**Subject:** RE: Bitcoin?

I hear ya... I thought the same thing last year when Craig called me and told me himself. I think Craig Wright is the mastermind and Dave was helping him.

**Patrick Paige** EnCE SCERS
1880 North Congress Ave. Ste 333
Boynton Beach FL 33426
Office: 561.404.3074
www.computerforensicsllc.com

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

**From:** Kimon Andreou [mailto:kimon@andreou.org]
**Sent:** Wednesday, December 09, 2015 10:47 AM
**To:** Patrick Paige <patrick@computerforensicsllc.com>
**Subject:** Re: Bitcoin?

I am still trying to process the information that Dave, my best friend, was the mastermind behind Bitcoin...

On Wed, Dec 9, 2015 at 9:39 AM, Patrick Paige <patrick@computerforensicsllc.com> wrote:

> Looks that way... We've been sitting on this since last year after Dave's death... Didn't have enough proof until someone hacked Wright's email. Not sure what Dave's full involvement is yet.
>
> **Patrick Paige** EnCE SCERS
>
> 1880 North Congress Ave. Ste 333
>
> Boynton Beach FL 33426
>
> Office: 561.404.3074
>
> www.computerforensicsllc.com
>
> *Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*
>
> **From:** Kimon Andreou [mailto:kimon@andreou.org]
> **Sent:** Wednesday, December 09, 2015 9:36 AM

Joint Exhibit
J045

KLEIMAN_00396011

**To:** Patrick Paige <patrick@computerforensicsllc.com>
**Subject:** Bitcoin?

Hi Pat

I just came across this article: http://gizmodo.com/this-australian-says-he-and-his-dead-friend-invented-bi-1746958692

What the hell?!

Is it true?

Best

Kimon

KLEIMAN_00396012