| | |
|---|---|
| **From:** | Ira K <clocktime2020@gmail.com> |
| **Sent:** | Tuesday, March 11, 2014 10:41 AM |
| **To:** | Craig S Wright |
| **Subject:** | Re: Letter |
| **Attachments:** | CompanyShareAllocation.docx |

Hi Craig,

Is the attached letter sufficient?

Thanks.

On Mon, Mar 10, 2014 at 11:25 PM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

> Hi
>
> I need you to get me the letter for the share transfer.
>
>
> Just signed, stating the amount for you vs your father.
>
>
> Thanks
>
> _____
>
> **Dr. Craig S Wright GSE LLM**
>
> **Chief Executive Officer**
>
> **Hotwire Preemptive Intelligence (Group)**
>
> Mobile: + 61.417.683.914
>
> craig.wright@hotwirepe.com
>
> 

1

Joint Exhibit

J048

KLEIMAN_00278090

**Company Share Allocation**

80% to David Kleiman Estate  ( Ira Steven Kleiman )

20% to David Kleiman's Father  ( Louis L. Kleiman )


Signature  *[signature: David Kleiman]*

KLEIMAN_00278091