| | |
|---|---|
| From: | Ira K <clocktime2020@gmail.com> |
| Sent: | Wednesday, March 12, 2014 3:10 PM |
| To: | Angela Damoka |
| Subject: | Re: Letter |
| Attachments: | DOC120314-001-signed.pdf |

Hi Angela,

The top pages have been signed, but the director signatures are blank because we don't know yet who will participate in that role.

Thank you,
Ira


On Wed, Mar 12, 2014 at 2:14 AM, Angela Damoka <angela.damoka@hotwirepe.com> wrote:

> Dear Mr Kleiman,
>
> Please find attached:
>
> - Transfer of Shares, &
> - Share Certificates,
>
> for both you & Louis Kleiman
>
> I would appreciate if you could send me back a signed copy of the Transfer of Shares (by e-mail)
> Both have already been witnessed by Craig.
>
> Thank you in advance,
>
> Kind regards,
>
> **Angela Damoka**

1

Joint Exhibit
**J049**

CONFIDENTIAL

KLEIMAN_00568407


**Executive Assistant to CEO**

**Hotwire Preemptive Intelligence (Group)**

Mobile:  + 61.416.405.309

angela.damoka@hotwirepe.com



**From:** Craig S Wright
**Sent:** Wednesday, 12 March 2014 5:08 PM
**To:** Ira K
**Cc:** Angela Damoka
**Subject:** RE: Letter

Ira,

Angela will be sending you the share transfer forms and certificates shortly.

Thanks

craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 12 March 2014 10:13 AM
**To:** Craig S Wright
**Subject:** Re: Letter

Addresses:

Ira Kleiman

7101 Geminata Oak Court

Palm Beach Gardens, FL.  33410

2

CONFIDENTIAL                                                                                                                                                       KLEIMAN_00568408

Louis Kleiman

5104 Robino Circle

West Palm Beach FL. 33417

Craig, I don't know whats involved with being a director.

Can we talk more about that when you come to visit?

Thanks,

Ira

On Tuesday, March 11, 2014, Craig S Wright <craig.wright@hotwirepe.com> wrote:

> Hello Ira,
>
> As discussed, I have the letter.
>
> As discussed, the 10,642,500 total founders shares in Coin-Exch Pty Ltd that are held by myself non-beneficially for Dave Kleiman's estate are to be distributed as follows:
>
> - Ira Steven Kleiman (Yourself, Dave's brother)    8,514,000
> - Louis L. Kleiman (Dave's Father)    2,128,500
>
> You have the right to be appointed as a director or to appoint another. Do you wish to do this? You can make this decision at a later point.
>
> Can you please provide your address and your father's address for the company records.

3

CONFIDENTIAL                                                                                                          KLEIMAN_00568409

We will send a copy of the executed documents to you once we have lodged these.

Regards,

Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Tuesday, 11 March 2014 9:41 PM
**To:** Craig S Wright
**Subject:** Re: Letter

Hi Craig,

Is the attached letter sufficient?

Thanks.

On Mon, Mar 10, 2014 at 11:25 PM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

Hi

I need you to get me the letter for the share transfer.

Just signed, stating the amount for you vs your father.

Thanks

_____

**Dr. Craig S Wright GSE LLM**

**Chief Executive Officer**

**Hotwire Preemptive Intelligence (Group)**

4

CONFIDENTIAL                                                                                                          KLEIMAN_00568410

Mobile: + 61.417.683.914

craig.wright@hotwirepe.com



5

CONFIDENTIAL KLEIMAN_00568411

## COIN EXCH PTY. LTD.
### A.C.N. 163 338 467

## Transfer of shares

TO:  The Directors
     COIN EXCH PTY.LTD.

I,  CRAIG STEVEN WRIGHT (Trustee for Dave Kleiman's estate)
Of  43 ST JOHNS AVENUE, GORDON, NSW 2072

Hereby transfer the following shares:

| Number | Class | Amount paid per share | Amount unpaid per share | Beneficially Held |
|---|---|---|---|---|
| 2,128,500 | FOUNDERS SHARES | $1.00 | $0 | N |

out of the name of the registered holder "Craig Steven Wright" to the person named below:

Full name and full postal address of the person to whom the share is transferred to:

Name:     Louis Kleiman (care of Ira Kleiman)

Address:  5104 Robino Circle
          West Palm Beach FL. 33417 USA

Dated: 12/03/2014

*Louis L Kleiman*
Member (via IRA)

Witness (Please sign and print name)

KLEIMAN_00568412

# COIN EXCH PTY. LTD.
## A.C.N. 163 338 467

## Transfer of shares

TO: The Directors
COIN EXCH PTY.LTD.

I, CRAIG STEVEN WRIGHT (Trustee for Dave Kleiman's estate)
Of 43 ST JOHNS AVENUE, GORDON, NSW 2072

Hereby transfer the following shares:

| Number | Class | Amount paid per share | Amount unpaid per share | Beneficially Held |
|---|---|---|---|---|
| 8,514,000 | FOUNDERS SHARES | $1.00 | $0 | N |

out of the name of the registered holder "Craig Steven Wright" to the person named below:

Full name and full postal address of the person to whom the share is transferred to:

Name: Ira Kleiman

Address: 7101 Geminata Oak Court
Palm Beach Gardens, FL. 33410 USA

Dated: 12/03/2014

_____          _____
Member                            Witness (Please sign and print name)

KLEIMAN_00568413

# Share Certificate

## COIN-EXCH PTY. LTD.
### A.C.N. 163 338 467
(Incorporated under the Corporation Act 2001 in the State of New South Wales)

**Registered Office:**
43 ST JOHNS AVE, GORDON, NSW 2072

**Certificate Number: 2**

*This is to certify that*

**Ira Kleiman**
Of
**7101 Geminata Oak Court,
Palm Beach Gardens, FL. 33410, USA**

*Is the registered holder of*

| Number of shares | Class | Amount paid per share | Amount unpaid per share |
|---|---|---|---|
| 8,514,000 | FOUNDERS SHARES | $1.00 | $0 |

in the above mentioned company
being the share(s) having the distinctive serial numbers

10,857,501   to   19,371,500   inclusive

Dated   12/03/2014

Executed for and on behalf of COIN EXCH PTY. LTD.
A.C.N. 163 338 467
By authority of the Directors:

_Signature of Director/Sole Director_

**CRAIG WRIGHT**
Name of Director/Sole Director

Signature of Director/Secretary

Name of Director/Secretary

If the company has only one director, then this share certificate may be signed merely by that sole director – see sections 124(1), 127(1), 127(4), 198E(1) and 204A(1) of the Corporations Act 2001.

If the company has two directors or a director and a secretary, then any two of them may sign this share certificate – sections 127(1)(a) of the Corporations Act 2001.

# Share Certificate

## COIN-EXCH PTY. LTD.
### A.C.N. 163 338 467
(Incorporated under the Corporation Act 2001 in the State of New South Wales)

**Registered Office:**
43 ST JOHNS AVE, GORDON, NSW 2072

**Certificate Number: 3**

*This is to certify that*

**Louis Kleiman**
Of
**5104 Robino Circle,
West Palm Beach, FL. 33417, USA**

**CARE OF: IRA KLEIMAN**

*Is the registered holder of*

| Number of shares | Class | Amount paid per share | Amount unpaid per share |
|---|---|---|---|
| 2,128,500 | FOUNDERS SHARES | $ 1.00 | $0 |

*in the above mentioned company
being the share(s) having the distinctive serial numbers*

19,371,501   to   21,500,000   Inclusive

Dated   12/03/2014

*Executed for and on behalf of COIN EXCH PTY. LTD.
A.C.N. 163 338 467
By authority of the Directors:*

Signature of Director/Sole Director     Signature of Director/Secretary

CRAIG WRIGHT

Name of Director/Sole Director     Name of Director/Secretary

If the company has only one director, then this share certificate may be signed merely by that sole director – see sections 124(1), 127(1), 127(4), 198E(1) and 204A(1) of the Corporations Act 2001.

If the company has two directors or a director and a secretary, then any two of them may sign this share certificate – sections 127(1)(a) of the Corporations Act 2001.