**From**: Dave Kleiman [dave@davekleiman.com]
**Sent**: 2/19/2009 1:28:36 PM
**To**: 'Craig S Wright' [craig.wright@information-defense.com]
**Subject**: RE: How are you

```
Actually, I had some minor surgery, I was in the VA hospital until Feb 9th, without my computer. I did
see a bunch of emails from you on my phone, but have not had time to read through them all yet.

You speak Tuesday afternoon and Wed morning at InfoSec, what day do you arrive?

Dave

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 17, 2009 13:44
To: 'Dave Kleiman'
Subject: How are you

Hi

Just checking up and seeing how you are going. You have been quiet as of late.


...

Dr. Craig S Wright <http://gse-compliance.blogspot.com/>  GSE-Malware, GSE-Compliance, LLM, & ...

Information Defense <http://www.information-defense.com/>  Pty Ltd

Logo4
```

Joint Exhibit

J052

DEFAUS_00688883

CW.001.001.3141