| | |
|---|---|
| **From**: | Dave Kleiman [dave@davekleiman.com] |
| **Sent**: | 3/4/2009 3:30:47 AM |
| **To**: | craig.wright@Information-Defense.com |
| **Subject**: | RE: Next week |

Absolutely!!!!! Like I said it is only 1.5 hours from my house, I can drive up for a dinner and evening with you and Lynn any day or every day.

Dave


-----Original Message-----
From: Craig S. Wright [mailto:craig.wright@Information-Defense.com]
Sent: Monday, March 02, 2009 00:45
To: 'Dave Kleiman'
Subject: Next week

Hi,
We still on to finally meet?

...
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & ...
Information Defense Pty Ltd

Joint Exhibit

J053

DEFAUS_00688966

CW.001.001.3234