**From**: Dave Kleiman - Mobile [dave@davekleiman.com]
**Sent**: 3/10/2009 4:47:05 PM
**To**: Craig S Wright [craig.wright@information-defense.com]
**Subject**: RE: Welcome!

```
Well than my 0200 welcome was 1 day early.
Does Wednesday eve sound good for a nice dinner drinks and company?

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com

From Dave's Mobile Phone - 561.310.8801

-----Original Message-----
From: Craig S Wright <craig.wright@information-defense.com>
Sent: Tuesday, March 10, 2009 00:14
To: Dave Kleiman <dave@davekleiman.com>
Subject: Re: Welcome!

Just landed

Now to the hotel


Sent from my iPhone

On 09/03/2009, at 21:46, "Dave Kleiman" <dave@davekleiman.com> wrote:

> Craig and Lynn,
>
> Are you all here yet?
>
> Dave
>
> Respectfully,
>
> Dave Kleiman - http://www.ComputerForensicExaminer.com
> 4371 Northlake Blvd #314
> Palm Beach Gardens, FL 33410
> 561.310.8801
>
>
>
>
> -----Original Message-----
> From: Dave Kleiman - Mobile [mailto:dave@davekleiman.com]
> Sent: Monday, March 09, 2009 02:49
> To: Craig Wright
> Subject: Welcome!
>
> Sent some sms to your phone, not sure if it is online. How does
> Wednesday sound for a nice dinner?
>
> Respectfully,
>
> Dave Kleiman - http://www.ComputerForensicExaminer.com
>
> From Dave's Mobile Phone - 561.310.8801
>
```

**Joint Exhibit**

**J054**

DEFAUS_00689010

CW.001.001.3340