| | |
|---|---|
| **From**: | Craig Wright [/O=BDO NELSON PARKHILL/OU=NSW/CN=RECIPIENTS/CN=220] |
| **Sent**: | 4/9/2008 9:00:17 AM |
| **To**: | 'dave kleiman' [dave@davekleiman.com] |
| **Subject**: | RE: Runners up |

Hi Dave,
All is well, a little disappointed, but we got a trip for the deal.

Still a few irons in the fire, so I just have to wait and see.

Craig

-----Original Message-----
From: dave kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 9 April 2008 2:18 AM
To: Craig Wright
Subject: RE: Runners up

Craig,

How are you? I have been laid up for a bit.

Sorry to hear you are not making the move, but all things have reason behind them (if only all people had reason behind them??)

Not sure if may be that long before we meet, we shall see.

I have not worked in about 10 days, so I have a lot of catching up to do.

Hope all is well.

Dave

> -----Original Message-----
> From: Craig Wright [mailto:Craig.Wright@bdo.com.au]
> Sent: Monday, March 24, 2008 22:03
> To: 'dave kleiman'
> Subject: Runners up
>
>
> Hi Dave,
> It looks a while longer before I get to meet you in person.
>
> I came runners up and thus shall not be over there again soon.
>
> Regards,
> Craig
>
> Craig Wright
> Manager of Information Systems
>
> Direct : +61 2 9286 5497
> Craig.Wright@bdo.com.au
> +61 417 683 914
>
> BDO Kendalls (NSW-VIC) Pty. Ltd.
> Level 19, 2 Market Street Sydney NSW 2000
> GPO BOX 2551 Sydney NSW 2001
> Fax +61 2 9993 9497
> http://www.bdo.com.au/
>
> Liability limited by a scheme approved under Professional Standards
> Legislation in respect of matters arising within those States and
> Territories of Australia where such legislation exists.
>
> The information in this email and any attachments is confidential.
> If you are not the named addressee you must not read, print, copy,
> distribute, or use in any way this transmission or any information
> it contains. If you have received this message in error, please
> notify the sender by return email, destroy all copies and delete it
> from your system.
>
> Any views expressed in this message are those of the individual

Joint Exhibit

J055

DEFAUS_00688386

CW.001.001.2204

sender and not necessarily endorsed by BDO Kendalls. You may not rely on this message as advice unless subsequently confirmed by fax or letter signed by a Partner or Director of BDO Kendalls. It is your responsibility to scan this communication and any files attached for computer viruses and other defects. BDO Kendalls does not accept liability for any loss or damage however caused which may result from this communication or any files attached. A full version of the BDO Kendalls disclaimer, and our Privacy statement, can be found on the BDO Kendalls website at http://www.bdo.com.au/ or by emailing mailto:administrator@bdo.com.au.

BDO Kendalls is a national association of separate partnerships and entities.

CW.001.001.2204

DEFAUS_00688387