**From**:      Craig S Wright [craig.wright@information-defense.com]
**Sent**:      11/11/2010 1:58:47 PM
**To**:        'Dave Kleiman' (dave@davekleiman.com) [dave@davekleiman.com]
**Subject**:   Next time

A shame, no road trip.

We I will make sure we have the chance another time.

Let me know how you are doing Dave. It is a bit of a worry with you.

All the best and I am thinking of you,
...
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & ...
Information Defense Pty Ltd
Mobile: 0417 683 914



Information Defense Pty Ltd
Eternal Vigilance is the cost of Liberty

**Joint Exhibit**

**J057**

CW.001.002.4749

DEFAUS_00092218