| | |
|---|---|
| **From**: | dave kleiman [dave@davekleiman.com] |
| **Sent**: | 4/22/2008 5:06:43 PM |
| **To**: | Craig Wright [Craig.Wright@bdo.com.au] |
| **Subject**: | RE: Authorship offer: (ISC)2 Press Series - ISSMP |

Well now we have even more in common. I am certified aircraft turbine engine mechanic, as well as an established automotive mechanic. This induced me to build a turbo 4-cylinder car back in 1991 that ran 11 second 1/4 miles (had all those big block guys in awe), of course nowadays everyone has a quick little turbo car.

Additionally, I cook a mean swordfish!!

I will make the introduction.

Dave

> -----Original Message-----
> From: Craig Wright [mailto:Craig.Wright@bdo.com.au]
> Sent: Tuesday, April 22, 2008 02:08
> To: dave kleiman
> Subject: RE: Authorship offer: (ISC)2 Press Series - ISSMP
>
> Cissp and ISSMP and ISSAP... as well - I collect them all. I do not
> have the SSCP as they stopped me from getting it. I had my CISSP
> already the year before and had signed up for the SSCP, but they
> told me where to go... Go figure, it was free money after all. I
> would have done the ISSEP, but being that it is US law etc it is
> based on they did not hold the exams here in Au.
>
> My only issue now being keeping up. My Cisco certs have expired and
> I have to resit them all (next couple months). I have to resit the
> checkpoint exams - you would think co-writing the NGX R65 book would
> help, but no, even authors have to resit. By the time I do the
> rounds these days it is time to start again.
>
> I have come to the point where I will not be adding new certs
> though. I have 127 of the damned things and I have not even listed
> 80 of them on my resume for over 4 years. So I am more concentrating
> on maintaining the top 50 or so (as sad as that seems) and esp those
> like ISC2 and ISACA that need CPE's. CPE's are easy. With 1.5
> masters degrees a year, I clocked up 640 CPE points last year alone
> (and with 40 a year needed...)
>
> I am also a qualified motor mechanic and chef by the way ;) I
> completed my automotive certificate last year.
>
> 100 pages by EOM July is doable, so consider it ok.
>
> I am in San Fran talking at Security World in Sept by the way. So
> let me know if you can make it. I am presenting a paper on data
> retention and ediscovery.
>
> My graduation for the LLM is in July so this works out well. The Uni
> will not let me start the PhD until I am officially graduated and
> not just a graduand. Doctorate #2 is on Economics/Law looking at the
> economic impact of law, litigation and crime in cyberspace.
>
> Craig
>
>
> Craig Wright
> Manager, Risk Advisory Services
>
> Direct : +61 2 9286 5497
> Craig.Wright@bdo.com.au
> +61 417 683 914

Joint Exhibit

J058

DEFAUS_00688425

CW.001.001.2314

BDO Kendalls (NSW-VIC) Pty. Ltd.
Level 19, 2 Market Street Sydney NSW 2000
GPO BOX 2551 Sydney NSW 2001
Fax +61 2 9993 9497
http://www.bdo.com.au/

The information in this email and any attachments is confidential.
If you are not the named addressee you must not read, print, copy,
distribute, or use in any way this transmission or any information
it contains. If you have received this message in error, please
notify the sender by return email, destroy all copies and delete it
from your system.

Any views expressed in this message are those of the individual
sender and not necessarily endorsed by BDO Kendalls. You may not
rely on this message as advice unless subsequently confirmed by fax
or letter signed by a Partner or Director of BDO Kendalls. It is
your responsibility to scan this communication and any files
attached for computer viruses and other defects. BDO Kendalls does
not accept liability for any loss or damage however caused which may
result from this communication or any files attached. A full version
of the BDO Kendalls disclaimer, and our Privacy statement, can be
found on the BDO Kendalls website at http://www.bdo.com.au/ or by
emailing mailto:administrator@bdo.com.au.

BDO Kendalls is a national association of separate partnerships and
entities. Liability limited by a scheme approved under Professional
Standards Legislation.
-----Original Message-----

From: dave kleiman [mailto:dave@davekleiman.com]
Sent: Tuesday, 22 April 2008 3:37 PM
To: Craig Wright
Subject: FW: Authorship offer: (ISC)2 Press Series - ISSMP

Craig,

I know you have a bizillion initials after your name, cannot
remember if CISSP, ISSMP are among them.
If so do you have any interest in writing this?  It would be writing
for
(ISC)2 and their new official guide.
I have not been doing too well lately, I and I am not going to be
able to fulfill the requirements.
If you would like this opportunity, let me know and I will make a
formal introduction.

Dave


-----Original Message-----
From: Marc Himebaugh [mailto:mhimebaugh@isc2.org]
Sent: Wednesday, April 16, 2008 16:32
To: dave@davekleiman.com;
Cc: O'Hanley, Rich; Hal Tipton; Kevin Henry
Subject: FW: Authorship offer: (ISC)2 Press Series - ISSMP

Dave,



I just wanted to follow up with you on our invitation to write the
Law chapter for the ISSMP textbook. .  We seem to have a tough time
connecting.
I am hopeful that this email gets past the mischievous junk mail
filters and you actually receive this note with the Authors Contract
attached.  If you are still interested in writing the chapter,
please sign the above document as your earliest convenience and send
it back to Rich O'Hanley at Auerbach Publications (the address below
mine). We'll then send you materials to help you get started.



Please let me know how you would like to proceed.



Thanks

CW.001.001.2314

DEFAUS_00688426

Marc Himebaugh

Senior Product Development Manager

(ISC)²

33920 US Highway 19 North

Suite 205

Palm Harbor, FL 34684

mhimebaugh@isc2.org <mailto:mhimebaugh@isc2.org>

+1.727.785.0189 x202



Richard O'Hanley

Publisher, Auerbach Publications

Taylor & Francis Group

270 Madison Avenue

New York NY 10016

Telephone 917-351-7146

Fax 212-947-3027

www.auerbach-publications.com


_____

From: Marc Himebaugh
Sent: Thursday, April 03, 2008 5:19 PM
To: 'dave kleiman'
Cc: Rich Ohanley; Hal Tipton; Kevin Henry; Elise Yacobellis
Subject: RE: Authorship offer: (ISC)2 Press Series - ISSMP



Dave,


You should have gotten the below email from Rich on 3/20/08 with the
above contract attachment.  Did your junk mail filter take it out
for some reason.



Marc H.


_____

From: O'Hanley, Rich [mailto:rich.ohanley@taylorandfrancis.com]
Sent: Thursday, March 20, 2008 12:31 PM
To: dave@davekleiman.com
Cc: Marc Himebaugh
Subject: RE: Authorship offer: (ISC)2 Press Series - ISSMP

Attached are the contract, NDA, and non-compete for the "Law,
Investigations, Forensics & Ethics" chapter for the first edition of
the Official (ISC)2 Guide to the ISSMP CBK.

Once I received the signed agreement, I'll send you

The Course Outline

A .pdf and a Word version of the current chapter

Author Guidelines

Also, if you request, I'll provide you with access to our online
information security library, www.infosecuritynetbase.com
<http://www.infosecuritynetbase.com/> , to help with your research.

We're looking for a first draft by July 31, 2008, and following a
two-week
(ISC)2 tech review, the final manuscript by August 31, 2008.

Thanks

Rich

*****************************************

Richard O'Hanley

Publisher, Auerbach Publications

Taylor & Francis Group

270 Madison Avenue

New York NY 10016

Telephone 917-351-7146

Fax 212-947-3027

www.auerbach-publications.com

-----Original Message-----
From: dave kleiman [mailto:dave@davekleiman.com]
Sent: Thursday, April 03, 2008 5:08 PM
To: Marc Himebaugh
Cc: Rich Ohanley; Hal Tipton; Kevin Henry; Elise Yacobellis
Subject: RE: Authorship offer: (ISC)2 Press Series - ISSMP

Marc,

Never heard anything further on this, is it still a go??

Dave


Respectfully,

Dave Kleiman - http://www.davekleiman.com

4371 Northlake Blvd #314

Palm Beach Gardens, FL 33410

561.310.8801




-----Original Message-----

From: dave kleiman [mailto:dave@davekleiman.com]

Sent: Tuesday, March 04, 2008 07:26

To: 'Marc Himebaugh'

Cc: 'Rich Ohanley'; 'Hal Tipton'; 'Kevin Henry'; 'Elise Yacobellis'

Subject: RE: Authorship offer: (ISC)2 Press Series - ISSMP


Hi Marc,


Do we have an outline, authors writing style guide/template. A

possible content count (number of pages required for this chapter

etc.). My presumption since you mentioned ISSMP is this would be

from the Security Managers perspective?


My only requirement is my name appear on the cover as contrib-author

or whatever you are designating, and my name and BIO appear in the

book.


Attached is my CV.

Dave

-----Original Message-----

From: Marc Himebaugh [mailto:mhimebaugh@isc2.org]

Sent: Monday, March 03, 2008 16:08

To: dave Kleiman - mobile; dave@isecureu.com; isc2@davekleiman.com

Cc: Rich Ohanley; Hal Tipton; Kevin Henry; Elise Yacobellis

Subject: RE: Authorship offer: (ISC)2 Press Series - ISSMP

Excellent!  Thank you

-----Original Message-----

From: dave Kleiman - mobile [mailto:dave@davekleiman.com]

Sent: Monday, March 03, 2008 4:00 PM

To: Marc Himebaugh; dave@isecureu.com; isc2@davekleiman.com

Cc: Rich Ohanley; Hal Tipton; Kevin Henry; Elise Yacobellis

Subject: RE: Authorship offer: (ISC)2 Press Series - ISSMP

Yes I would be interested.  I am mobile right now will respond fully
later tonight, or tomorrow.

Respectfully,

Dave Kleiman

From Dave's Phone - 561.310.8801

http://www.davekleiman.com

-----Original Message-----

From: Marc Himebaugh <mhimebaugh@isc2.org>

Sent: Monday, March 03, 2008 15:09

DEFAUS_00688430

CW.001.001.2314

To: dave@isecureu.com; isc2@davekleiman.com

Cc: O'Hanley, Rich <rich.ohanley@taylorandfrancis.com>; Hal Tipton <haltip@sbcglobal.net>; Kevin Henry <khenry@isc2.org>; Elise Yacobellis <eyacobellis@isc2.org>

Subject: Authorship offer: (ISC)2 Press Series - ISSMP

Mr. Dave Kleiman,

(ISC)2 Press is ready to start a project to publish for the first time, the "Official (ISC)2 Guide to the ISSMP CBK". As a recognized expert in this field, your name was naturally discussed as a potential author for the Law, Investigations, Forensics & Ethics domain in the new ISSMP textbook.

Are you interested in participating in this royalty based authorship opportunity? And equally important, does your professional and personal schedule allow you to devote the time to this project. If you are writing for the new ISSMP textbook, you will be given approximately 120 days to write the Law, Investigations, Forensics & Ethics domain with a 1st draft due within 90 days of a start date. The ISSMP textbook is tentatively targeted to start in May.

If you are interested in the prestige and recognition of being
a
published author of the (ISC)2 Press Series and want to participate
in this royalty based opportunity, please reply to this email
by
saying:

1. 'Yes', I would like to write the Law, Investigations,
Forensics & Ethics domain for the ISSMP CBK Guide.
2. 'Yes', I can devote the time needed to complete the
project.

If you do not think you can take on one or more parts of this
work,
please let me know that as well. You can also refer a trusted
peer
for our consideration as a replacement.

Your answers will be referred to Richard O'Hanley, the (ISC)2
Press
Series publisher for the next steps.

Thank you for your thoughtful and timely response to this
query.

Marc Himebaugh

Senior Product Development Manager

(ISC)²

33920 US Highway 19 North

Suite 205

Palm Harbor, FL 34684

mhimebaugh@isc2.org

+1.727.785.0189 x202

CW.001.001.2314

DEFAUS_00688433