| | |
|---|---|
| From: | dave kleiman [dave@davekleiman.com] |
| Sent: | 5/24/2008 12:26:55 AM |
| To: | 'Mark Pollitt' [mpollitt@mail.ucf.edu]; 'Carrie Whitcomb' [whitcomb@mail.ucf.edu]; 'Sam Guttman' [sguttman@mail.ucf.edu] |
| CC: | Craig Wright [Craig.Wright@bdo.com.au] |
| Subject: | Recommendations for DFCB board / committee member |
| Importance: | High |

Sam, Carrie, and Mark,

I would like to take this time to introduce Dr. Craig Wright as a potential board member.

I have known Craig for a number of years, he is truly a wealth of knowledge and experience, and I strongly believe he would be an asset to this organization.

This is a short list of his certifications/qualifications (no this is not a joke). Craig will be following up with an email and CV.

MMgmt(IT) CSU Masters of Management (IT)
MNSA CSU Master of Network and System Admin

CISSP # 47302 (ICS)2 Certified Information Systems Security Professional
ISSMP # 47302 (ICS)2 Information Systems Security - Management Professional
ISSAP # 47302 (ICS)2 Information Systems Security - Architecture Professional

CISA # 0542911 IS Audit and Control Association - Certified Information Systems Auditor
CISM # 0300803 IS Audit and Control Association - Certified Information Security Manager
CCE # 480 ISFCE - Certified Computer Examiner

ISSPCS # 051 International Systems Security Professional Certification Scheme

GSE-Compliance # 0001 [Platinum] GIAC Security Compliance (GSE-Compliance)
GSEC 1 # 10506 [SILVER, Gold in progress] GIAC Security Essentials Certification (GSEC)
G7799 2 # 0039 [GOLD] GIAC Certified ISO-17799 Specialist (G7799)
GCFA 3 # 0265 [GOLD] GIAC Certified Forensics Analyst (GCFA)
GSNA 4 # 0571 [GOLD] GIAC Systems and Network Auditor (GSNA)
GSAE # 0141 [in progress] GIAC Security Audit Essentials (GSAE)
GLEG 5 # 0006 [GOLD in progress] GIAC Legal Issues (GLEG)
GLEG Incorporates GIAC Business Law and Computer Security (GBLC)
GLEG Incorporates GIAC Contracting for Data Security (GCDS)
GLIT GLEG Incorporates GIAC Legal Issues in Information Technologies (GLIT)
GLFR 6 # 0016 GIAC Law of Fraud (GLFR)
GREM 7 # 0586 GIAC Reverse Engineering Malware (GREM)
GPCI 8 # 0086 GIAC Payment Card Industry (GPCI)
GSPA 9 # 0101 GIAC Security Policy and Awareness (GSPA)
GLDR 10 # 0101 GIAC Leadership (GLDR)
GWAS 11 # 0535 GIAC Web Application Security (GWAS)
GIPS 12 # 0036 GIAC Intrusion Prevention (GIPS)
SSP-MPA # 0416 Stay Sharp Program - Mastering Packet Analysis (SSP-MPA)
SSP-GHD # 0246 Stay Sharp Program - Google Hacking and Defence (SSP-GHD)
SSP-DRAP # 0171 Stay Sharp Program - Defeating Rogue Access Points (SSP-DRAP)

MCSA # 3062393 Microsoft Certified Systems Administrator
MCSE # 3062393 Microsoft Certified Systems Engineer
MCSE # 3062393 Microsoft Certified Systems Engineer (Mail)
MCSE # 3062393 Microsoft Certified Systems Engineer (Security)
MCDBA # 3062393 Microsoft Certified Database Administrator

MIEEE # 87028913 Member IEEE
AFAIM # PM133844 Associate Fellow Aust Inst. Management
MACS # 3015822 Member Aust Computer Society

Joint Exhibit

J061

DEFAUS_00688772

```
MSTAT Newcastle (In Progress) Master of Statistics
LLM Northumbria Master of Law (International Commerce Law, Ecommerce Law)
PG Diploma in Law complete
MInfoSysSec CSU (In Progress) Master of Master Information Systems Security
Requirements for graduation complete
EUCP Certified (Documentary Letters of Credit under UCP 600)
```

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com
4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801