**From**: Dave Kleiman - Mobile [dave@davekleiman.com]
**Sent**: 3/13/2009 2:51:57 AM
**To**: Craig Wright [craig.wright@information-defense.com]
**Subject**: morning

```
Did not make it home until almost 0300, just starting my day about an hour ago. You Aussies sure now how
to party!

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com

From Dave's Mobile Phone - 561.310.8801
```

Joint Exhibit

**J062**

DEFAUS_00689025