| | |
|---|---|
| **From**: | Craig S Wright [craig.wright@itmasters.edu.au] |
| **Sent**: | 3/1/2014 1:19:16 PM |
| **To**: | craig@rcjbr.org |
| **Subject**: | FW: Reminder : Your Webinar is on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST |

…

Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & …
Charles Sturt University / IT Masters
Mobile: 0417 683 914

  

**From:** Dave Kleiman [mailto:dave@davekleiman.com]
**Sent:** Friday, 9 September 2011 11:48 PM
**To:** craig.wright@itmasters.edu.au
**Cc:** lynn.wright@information-defense.com
**Subject:** RE: Reminder : Your Webinar is on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST

**Join us on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST**

AEST?, This was at 0500 EST today?  I did mot notice the AEST until just now.  Your other email says "tonights" me no thinking about time zones and only glancing at the 7PM-8PM thought it was EST….

Dave

**From:** Craig Wright [mailto:GoToWebinar.Notifications@citrixonline.com]
**Sent:** Friday, September 09, 2011 04:10
**To:** Dave Kleiman
**Subject:** Reminder : Your Webinar is on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST

## Cyber (Crime / Espionage / Terror)

Joint Exhibit
J096

DEFAUS_00114566



**Join us on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST**

Dear dave,

This message is to remind you that the following Webinar will take place Friday, September 9, 2011 7:00 PM - 8:00 PM AEST.

**Cyber (Crime / Espionage / Terror)**

1. Click here to join:

    https://www2.gotomeeting.com/join/591729506/106374043

    This link **should not be shared** with others; it is unique to you.

2. You will be connected to audio using your computer's microphone and speakers (VoIP). A headset is recommended.

    Or, you may select Use Telephone after joining the Webinar.

    Toll: +61 (0) 2 8014 4933

       Access Code: 457-079-312
       Audio PIN: Shown after joining the Webinar


Webinar ID: 591-729-506

Please send your questions, comments and feedback to: craig.wright@itmasters.edu.au.

**System Requirements**
PC-based attendees
Required: Windows® 7, Vista, XP or 2003 Server

Macintosh®-based attendees
Required: Mac OS® X 10.5 or newer

Read our Audio Checklist for tips on using your computer's microphone and speakers with GoToWebinar.

Add to your Outlook calendar

DEFAUS_00114567

You are receiving this email because you registered for this Webinar.
Please cancel your registration if you cannot attend. You can also opt-out from receiving further emails from this Webinar's organizers.

This event is powered by GoToWebinar, Webinars Made Easy™. View the GoToWebinar Privacy Policy.
GoToWebinar is a service provided by : Citrix Online | 7414 Hollister Avenue | Goleta, CA 93117

DEFAUS_00114568