| | |
|---|---|
| **From**: | Craig Wright [/O=BDO NELSON PARKHILL/OU=NSW/CN=RECIPIENTS/CN=220] |
| **Sent**: | 3/25/2008 1:03:03 PM |
| **To**: | 'dave kleiman' [dave@davekleiman.com] |
| **Subject**: | Runners up |

Hi Dave,
It looks a while longer before I get to meet you in person.

I came runners up and thus shall not be over there again soon.

Regards,
Craig

Joint Exhibit

J097

DEFAUS_00687909

CW.001.001.2104