**From**: Craig Wright [/O=BDO NELSON PARKHILL/OU=NSW/CN=RECIPIENTS/CN=220]
**Sent**: 3/13/2008 12:54:35 PM
**To**: dave kleiman [dave@davekleiman.com]
**Subject**: RE: Your offer

I arrive Sat night

Sat. 3/15 - UA #840/924 depart SYD 2:15 p.m., arrive IAD 8:51 p.m. (1 stop)

Sun. 3/16
Marriott Courtyard Dulles Airport Chantilly 3935 Centerview Drive, Chantilly, Virginia 20151 USA Phone: 1- 703- 709-7100 Fax: 1- 703- 709-8672

_____
From: dave kleiman [dave@davekleiman.com]
Sent: Thursday, 13 March 2008 12:19 PM
To: Craig Wright; lynnw@ridges-estate.com
Subject: RE: Your offer

Wow you are going to be here this weekend already??

Ok where are you coming and staying so I can figure this out??

>	-----Original Message-----
>	From: Craig Wright [mailto:Craig.Wright@bdo.com.au]
>	Sent: Wednesday, March 12, 2008 17:36
>	To: 'lynnw@ridges-estate.com'; 'dave kleiman'
>	Subject: RE: Your offer
>
>	Hi Dave,
>	How are you this Sunday?
>
>	Craig
>
>
>	-----Original Message-----
>	From: dave kleiman [mailto:dave@davekleiman.com]
>	Sent: Wednesday, 12 March 2008 6:36 PM
>	To: lynnw@ridges-estate.com
>	Subject: RE: Your offer
>
>	Hello Lynn,
>
>	I is a pleasure to meet you!!
>	Eat, Drink, and be Merry we shall. Note I will be driving quite a ways to
>	come meet with you, so I hope we can arrange it around a day that Craig is
>	not tied-up in meetings so much, this way we can enjoy a long dinner, nice
>	bottle of wine, and entertaining conversation.
>
>	Dave
>
>
>	Respectfully,
>
>	Dave Kleiman - http://www.davekleiman.com
>	4371 Northlake Blvd #314
>	Palm Beach Gardens, FL 33410
>	561.310.8801
>
>
>
>		-----Original Message-----
>		From: Lynn [mailto:lynnw@ridges-estate.com]
>		Sent: Wednesday, March 12, 2008 03:13
>		To: dave@davekleiman.com

**Joint Exhibit**

**J098**

DEFAUS_00687894
CW.001.001.2093

Subject: Your offer

Hi Dave,
I am Lynn, Craig's wife, your offer to take us to dinner is lovely,
but be warned..Craig loves to eat! Hahahahahaha.
Looking forward to meeting you in person.
Sincerely,
Lynn

"No artist ever interpreted nature as freely as a lawyer interprets
the truth," Jean Giradoux
Lynn Wright

DEFAUS_00687895
CW.001.001.2093