| | |
|---|---|
| From: | Ira Kleiman <clocktime2020@gmail.com> |
| Sent: | Saturday, July 4, 2015 1:46 AM |
| To: | backclock1999@gmail.com |
| Subject: | Fwd: Dave |

## Forwarded conversation
Subject: **Dave**
------------------------

From: **Craig S Wright** <craig.wright@hotwirepe.com>
Date: Thu, Mar 27, 2014 at 11:37 PM
To: Ira K <clocktime2020@gmail.com>


Can you tell me about Dave at the end?


He never said he was in trouble. I need to know was really happening for him.


_____

**Dr. Craig S Wright GSE LLM**

**Chief Executive Officer**

**Hotwire Preemptive Intelligence (Group)**

Mobile: + 61.417.683.914

craig.wright@hotwirepe.com



----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Fri, Mar 28, 2014 at 3:25 AM
To: Craig S Wright <craig.wright@hotwirepe.com>

1

Joint Exhibit

**J099**

I think he succumbed to the same thing that initially put him in the hospital. Depression from his overall decline in health. It was getting harder for him to move around and do things for himself.

He would have died a couple years earlier if his friend Jodi hadn't forced him to get out of bed and into a hospital because he had stopped taking care of himself. And then shortly after Dave checked into the hospital, that same friend suddenly died. He just passed away in his sleep. It was strange, he was only in his 30's. His friend suddenly dying like that only had to add to his already depressed state.

At the hospital Dave had to be treated for a bad MRSA infection along with holes in his back from the skin breaking down. And I think the nurses accidentally broke his leg while moving him and that caused further complications. He was going through a lot and after being there for 2 years with the situation not getting better, he finally just wanted out of that hospital to return home.

He had stopped seeing people and taking phone calls. And then one day the police show up at my dad's door to inform him Dave was gone. According to the police report they found him sitting in his wheelchair next to his bed. There was blood leading from the kitchen to his bedroom. The autopsy says he died from natural causes yet I found a bullet shell in his bedroom and a bullet hole right in the center of his bed. I'm still not sure what to believe happened in those last moments, but I know he was tired of struggling.

I look back and wonder if I could have saved him. Or if anybody could have saved him. I don't know, probably not. It's possible he could have fought a bit longer, but his quality of life was deteriorating so fast he didn't want to live like that any longer.

----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Fri, Mar 28, 2014 at 4:42 AM
To: Ira K <clocktime2020@gmail.com>, Ramona Watts <Ramona.watts@hotwirepe.com>

Ira,

I find it hard not to blame myself at times. Dave had been begging me to come over since Sept the year before. He had conferences I could have talked at and I had promised I would see him soon.

2

He took my calls and emails, but he had told me he was alright. He said he needed another operation. They would remove a little bone, but once done he would be better than ever and once they have an exoframe for him what need did he have for a hip... He was so suborn, just as bad as I am. In my 20's I had cancer and turned up to work the same day as an operation where I had over 100 stitches. Dave and I both shared the same form of insanity.

I am really good on the macro, but miss so much on the micro. Dave was there again and again for me. Any time day or night, and I swore to him I would get over soon to see him and like always, another something came up.

I broke down in a tax audit today. It should be something I can handle, I have been through so many of the damn things, auditors... They annoy me to say the least. I am not a paper pusher. Neither was Dave. He missed filing the annual return with Sunbiz for the company we had over there. I got grilled for it, and I should have handled it far better. The end is a $500 fine, then it is as it was. Normally it would not have registered a blip, but they started asking why did Dave miss something so simple, why did you not do it and I just fell apart.

When Dave died, it was all just starting to come together. It has been so many years and there is more hard work yet (new things scare people), but we were close and Dave just missed it.

I have CC'd Ramona. She is my wife. Without Dave I doubt we would be together now. I can never hold my promise to Dave that I will intro him to her, but I hope to come over with Ramona and have her meet you. I know it is not the same, but it is the best I can do given the circumstances.

At the least, this is an email intro. For now.

Ramona, this is Dave's brother Ira.

Ira, my wife Ramona who I am with and thank every day for, Ramona.

I do hope you do not mind this type of email Ira. They are not usual for me, but I loved Dave as much as I can love anyone and at times I remember why.

Thanks,

…

**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

CONFIDENTIAL                                                                                                                                                    KLEIMAN_00005360

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914

http://www.rcjbr.org

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Fri, Mar 28, 2014 at 9:50 PM
To: Craig Wright <craig@rcjbr.org>, ramona.watts@hotwirepe.com

Craig,

I know how you feel.  When I question myself what could have been if I did things differently is when it hurts the most.  I may never completely forgive myself for not doing more.

I would like to believe that things happen for a reason.  I can't understand the big picture to that reason yet, but hopefully someday I will.

Try to take comfort that Dave's strong spirit is still with us and looking out for us each day.  I am sure he is delighted that you married Ramona and just wants you guys to be happy,

I look forward to meeting you and Ramona one day too.

Ira

CONFIDENTIAL                                                                                                           KLEIMAN_00005361