| | |
|---|---|
| From: | Craig Wright <craig@rcjbr.org> |
| Sent: | Saturday, February 15, 2014 4:54 AM |
| To: | Ira K |
| Subject: | Re: Dave |

I wish he had talked to me.

He always said how well he was getting.

If you get the private key, you have access. The difficulty is if it is on an encrypted drive.

On 15/02/2014 3:47 pm, "Ira K" <clocktime2020@gmail.com> wrote:
 Actually that's the only .asc I could find.  Wasn't able to locate other related files.  And the other drive and dongles are encrypted.
 I have the feeling that the keys needed will be so encrypted they won't be retrievable.  But hypothetically if Patrick or myself
 found one, how would we proceed to access his account?  Patrick mentioned something about an account being located offshore.
 Can you tell me what that's all about?  Sorry, I have so many questions.  I still don't understand why Dave didn't cash in
 these Bitcoins if they were of any value.  His house was in foreclosure and he certainly could have used the money.

 Thanks,
 Ira


 On Fri, Feb 14, 2014 at 10:51 PM, Craig Wright <craig@rcjbr.org> wrote:

  Likely just a PvP public key. But collect all these.

  I will get a person to help with more details over there for you soon.

  On 15/02/2014 2:45 pm, "Ira K" <clocktime2020@gmail.com> wrote:
   I just found one .asc file.  it's labeled sdean12.org.asc

   inside it shows "-----BEGIN PGP PUBLIC KEY BLOCK-----"
   and then a long list of letters and numbers.

   what do you think?


  On Fri, Feb 14, 2014 at 10:08 PM, Craig Wright <craig@rcjbr.org> wrote:

1

Joint Exhibit

**J103**

Yes.
As small as 1 k

On 15/02/2014 2:05 pm, "Ira K" <clocktime2020@gmail.com> wrote:
Another question... Could any of these files be stored on floppy disk or CD's?
And do you know approx what size the files could be?

Ira

On Fri, Feb 14, 2014 at 7:48 PM, Craig Wright <craig@rcjbr.org> wrote:

> Hi Ira,
>
> Dave and I had completed several papers and books and had a company together.
>
> I cannot say much right now, but yes, Dave was involved with that PDF. He had the vistomail account, I had the gmx one.
>
> The following pages will help.
>
> - http://www.forensicfocus.com/c/aid=54/reviews/2013/internet-evidence-finder-ief/
>
> - http://www.panamacarsrental.com/images/wallet/BackupBitcoin/bitcoin-walletdat-location.php
>
> - http://www.magnetforensics.com/bitcoin-forensics-a-journey-into-the-dark-web/
>
> You will be looking for Private keys and wallet.dat files. Also look for *.wallet and *.asc. If the drives and phones are encrypted, then that will make this difficult to say the least.
>
> Any QR files and images could also help.
>
> Talk more soon,
>
> ...
>
> **Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**
>
> # RCJBR.org
>
> Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914

http://www.rcjbr.org



**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Saturday, 15 February 2014 3:31 AM
**To:** craigswright@acm.org
**Subject:** Dave

Hi Craig,

I am Dave's brother, Ira.

I heard via Patrick that you and my brother worked on some tech projects together.

If what he told me is true I would be very impressed.

As the person in charge of his estate, I have most of his belongings and hard

drives, aside from the few Patrick has.  The drives I have are encrypted so

am not sure yet if they can be decrypted.

Can I ask you if Dave played a part in writing the original PDF under the asian alias?

Any info you can share would be most interesting.  I certainly would not disclose

it to anyone outside our circle.  I have no interest in public attention from it.  I just

think it would be cool to know that David played a part in creating something so incredible.

Sincerely,

Ira

3

4

KLEIMAN_00001660