**From:** Craig S Wright
**Sent:** Wednesday, June 26, 2013 6:06 AM
**To:** Jamie Wilson; Ramona Watts
**Subject:** Some history
**Attachments:** BAA 11-02-TTA 14-0025-WP Software Derivative Markets Cover Sheet A Page.pdf; Proposal White Paper1.pdf; Proposal White Paper2.pdf; BAA 11-02-TTA 01-0127-WP Software Assurance Cover Sheet A Page.pdf; BAA 11-02-TTA 05-0155-WP Scada Cover Sheet A Page.pdf; BAA 11-02-TTA 09-0049-WP Risk Quantification Cover Sheet A Page.pdf; Proposal White Paper3.pdf; Proposal White Paper4.pdf

This is where this started.

All has started to move much faster now. Dave passed a couple months ago, so I am no longer waiting for him to get better.

Joint Exhibit
**J114**

CONFIDENTIAL
DEF_00028015