EXHIBIT

_____
Tag 3

 **CSW** Today at 4:25 PM
**Foundation**

Andrew Carnegie said "*earn as much as possible, give as much as possible*".

This is the Wesleyan way.

The trust is not mine, I disassociated myself many years ago. The plan is to make a foundation.

My life goal is to increase the value of the bitcoin I mined as Satoshi in 2009/2010 to be as great as possible, this will take decades. I am bot a beneficiary, and I set it up so that the 825k will be used for a purpose. Not one bitcoin in that is to be spent on me. (edited)

 4    3    3    3    3    3    1    1

Joint Exhibit

_____
J120