**From:** Craig Wright
**Sent:** Sunday, November 16, 2008 11:42 PM
**To:** 'Dave Kleiman' <dave@davekleiman.com>; 'Paul Henry' <phenry@forensicsandrecovery.com>; 'Bill Long' <wlong@mindspring.com>; Carter Conrad <CVConradJr@DeliveredDATA.com>
**CC:** 'Rob Lee' <rlee@sans.org>
**Subject:** RE: Forensic Common Body of Knowledge

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

An additional section on memory that expands volatile data would be good as well.

In particular, the idea that running anything will change the system, but that this is ok if done in a systematic manner. For instance, using memory core dumps on routers is a good way to get a memory snapshot, but it is created on a Cisco with a "write core" command and it will make a crash condition.

What it does do however is create a snapshot of all memory processes on the router. So though it makes a major change to the device state at the time of issuing the command, it also gets a copy of the Ram in the manner that changes it least. This is as all the commands run to do this will change the memory as they run.

Regards,
Craig

> -----Original Message-----
> From: Dave Kleiman [mailto:dave@davekleiman.com]
> Sent: Saturday, 15 November 2008 4:57 AM
> To: 'Paul Henry'; Craig Wright; 'Bill Long'; Carter Conrad
> Cc: 'Rob Lee'
> Subject: FW: Forensic Common Body of Knowledge
>
> All,
>
> Rob has asked for comments on the attached PDF, and for me to forward to
> persons that might have beneficial ideas.
>
> See his comments below.
>
> Dave
>
> -----Original Message-----
> From: Rob Lee [mailto:rlee@sans.org]
> Sent: Thursday, November 13, 2008 16:43
> To: dave@davekleiman.com
> Subject: Forensic Common Body of Knowledge
>
> Dave,
>
> Attached is the SANS Forensic Common Body of Knowledge. This is what we
> teach in the SANS Forensic Course called SEC508 (Computer Forensics,
> Investigation, and Response).
>
> I put this document together for several reasons. First, for new
> instructors, I wanted to make sure they had a baseline on what the
> important key concepts students should walk away with from the course.
> Second, for incoming students, I wanted to emphasize what they would be
> learning during the six day course.
>
> I feel that by sharing documents such as these with similar and
> interested organizations is good for the community The organizations
> could take a look at what everyone feels are the "core" skills related
> to forensics and make an assessment on what we would consider for
> "minimal qualifications" for a forensic professional.
>
> Your feedback would be wonderful. First off, what are we missing that
> is a key/core forensic concepts? Second, what is more intermediate and
> would not be considered "core" knowledge. Feel free to send this to
> others that you might be interested in seeing what we have done in
> trying to create a forensic core competency baseline for forensics that
> is vendor neutral.
>
> Best,
> Rob

Joint Exhibit
J124

DEF_00034411