| | |
|---|---|
| **From:** | Satoshi Nakamoto <satoshin@gmx.com> |
| **Sent:** | Tuesday, April 26, 2011 8:29 AM |
| **To:** | Gavin Andresen |
| **Subject:** | alert message key |

I wish you wouldn't keep talking about me as a mysterious shadowy figure, the press just turns that into a pirate currency angle.  Maybe instead make it about the open source project and give more credit to your dev contributors; it helps motivate them.

I've moved on to other things and will probably be unavailable.  Here's the CAlert key and broadcast code in case you need it.  You should probably give it to at least one or two other people.  There are a few long time users who are always around all the time.


-----BEGIN PGP MESSAGE-----
Version: GnuPG v1.4.7 (MingW32) - WinPT 1.2.0

hQIOAxfAPINgyySWEAf/StSCg7jfSq5PSw41TucKke8CiRLyoHI9pD7Y3Rjl8FXf
FJrRpZkq+DHZ28kFFln6MZ2Rn71gnkZJ5DhrJ0WDP7LR/l24J/6l8yPRz2YtZ4fP
cyo9F4nvJzloPPaGAQP9jbigQbsJijAAgbwSTuafXJD8ZotqDbzoeoPePKx1Rxi5
3fvSicvWar0I087DzBnCDhf4XxKN8viPFYGsWHBAYJRCtjXOJjT+fgmkCtzR1aEF
4CUnuHyIUojoTOcDtLiiLjbvb49fAgfaKEkH9XZUibR7gnwSwNef04UKuJn6fDnN
96rgzWkhgZs8OWpvDojlKGQfV85CLrHHaqQZbN4GuQf+P2A7M7RFFnaAhm0E+3rb
Gnp0DWJWMTD54Vbj5HkuKxcNWVNQlVUGJ56VuALjdKAR+0QlZ+vF8grQ6RE+hYuh
gOxVKeQuRdiPodmm6wsYbRO5fHHFyELE6IE2WU3G/Vcbw6CJl8U1zddB3a5Nj2bu
p65JVaLxTSlxrwo1nvGTy5/v3J/X1lPW7TMaIyYZYuFx7iGMVuH3mXhuR8FSCZQp
3zWLohUVjx2hfpXZ9KDubPFYwECy1zkW0XAahfhiG1tKbBTEF1vtbma5JCMqqVtR
l8j+ntw6ZKPzrLRRViSWRt1/mAo7Amz9MRPk6yT4w8coBcpB+swEttuRrguyoDpO
ltLqAUnEnDK21SsjcvVXzv5EI8aifpMMw48uHLbzY0q7BmC0GtoGjzwE6RKh4jC9
5R7ae3THGt/IH2+hbyr5l8uERoDwh7iScYa2G5emPePyBtB8p+tIT48bjHeQwj2X
5j8Q8aMRVo2sbaDCTFr5ZZC17PqwzLQ1o/cJL4FuNWjfepsaa12I6kkUyt/2yFk+
jJYwEmIP+48hc4XQLz2Z/zGiEXjI/h4yPH7vYW+ygzP0JwCQ02FQV/qKeuWD+8Jc
8DVKm6D7rHUTpxJvZpVkJUNwAeQnhOL/Zgcio3hYZ1wYhamipaApNTMYyphF0Uwr
TLfUExTV4oAHgOzjiE7poth7k1WDHzpK6g1wtw0h9rJ0HljILdPckmSe4mKKiZ6L
jhQdPlpbDk0dxFj0LKq4uAqzgW0GW4D6XRg6utiv3eFty5fE5hQrgAnz6uhMCNCY
4j8A065bPQ712kW9NFYaOwRZxrNKuAzOGY5UHoG/Plz5RnhP2/EEcl/HBgobT0ap
/HC8MNJSmj/HBNnpTzjox8OsqXuaN3/QOLvGXQjVcW57KAQ1vi9jcQ+SZA+H1X5d
K7Is5XFS+1gOWkhmvWdSHyZ7oKWsJqWtQbypvpMBip6TRPAikeHa3FW/n8LoMQKh
gYcXo23FwExCjGl+glv0D2th98vrtZU6ZkFMK50YPP5V9msARhPkd4X5Rkgot0il
in7wgMoEwyQpRcs2ElnKNzAu1TJrkT75IXU2fAbqtp9bXCLVyAYV61Voc9J6M9QI
u06PIII4jzTw8YWxH92Q7XdnRbeVEsjNk6FFweqrr7npXy+CX8e0OstCU1wsYmUC
fPs7E9gpntGExdttb9UGWVuOxm0/wJb1NHtZ7N7JD+B+seyEj1QTbFJeSzqRJQgh
AI3VZCl83eeIJ+xoPg0Vjl0T6Izpq489DRgr+2sQEGse6Tkj+Xk0ZU+ry/ThWFVf
OPozBeeFF5O3CWtXulVrf/Q8sfkVlVDVr2q0jtXOc/VRB/+8+fvHxlXkkbJfLDur
xTTBmcWmAc87Sc7lnkqcyyM61YmFnx0u24XnabrwoycaRXwI2iXX373RVfyp7gRe
bKGSrVFQZANpN6IU23uKYDMk4zvx4UzaTN/oE4NSMDi7/lVkFddxRv85wfcgYd3a
qXdwwmZxxQjza0892hA+/q4pfBPgdF2c1QaCNViaqwpJqzp86Xbydicq2A6gffV0
Xv0/hvVHiBbsMg5iDCeiKX111ihpezNf6KFa5O+zQ3h9OMLs7LoTND1D+Jt+EdzY
CI4G5ZrZ190JrAeDEwsmZY5o/NZO8FHNQZ7x/vmfwngot/q1hKGJmKdamyta3esD
ZD+7Zhp1YYkp5A9bQUX5Pt1DA+nGuYu+4aIXMCkZU4Yi7d6xwgDKfrczotNz5l+5
hK+2ah9n8w7ce5B+chI7NGe14In6l9bwu2uPeaLukzgHTAZG1um5b8y4Ma066XIZ
4AvVpWDINGRUvBSYILGc1v/6ofZS81uyLSa0ig0C3BFVSdFQBCFTBI4K9TtokluB
JTvqRYgRiq1YXkY9/0oj52s9hNMYGJ/SMsvk80YDBvcYgBSy2hC1HIPgbR8M+rjG
l82iI+xazRocwDSmL3rueCXKzY6s4GJUdM3iGrIDfeVGZa7pUE9/UfaZJV+JNMDS
Ps78I/3QFH1BvxcOlGBZMNpfwAQohie2+KXLb+WMJslDdlbqNxkXQcdtPf1GnYLr

6o9uzrPlVMfcePl7GlGJRNirtYSQ8PzBWMY9tiUKt5MW7Ut02SjWCiV7anjO4sUA
ZCqPVrQw4lNRRPWQV0d0MZVTsZQB/87Iosxhkle0ACJEXun7hPi0CzdM+dJW42wg
BhiWiXJgIE7wbJ1BmFGeZUxHJl0vzD0J3eIiGE/MseB9N6+VD71TgmFMUrmmUjfJ
etClwdzNGdwHO0jCSsDnFfXx7Ei+61ZlNwJYPeih4LbwE+AvsuhEoiRH0gcEnNfc
VIW1oyovmNX0kJ0uCItDlwFtUP66rhjBHiHdJ8wjntUoQGBndCrbESvS4ZOaB5qk
4NW+JEreVryWbtbzFmblbq6jbIvnyPnmLDAdKqnHFqCSWyuVvaEB7Igcah7WxPoh
BkICWxZxdoz5hOCkS6PuodzkrRbykUm2QHxmUfSJzQ==
=wxkd
-----END PGP MESSAGE-----

GAVIN_00001554