| | |
|---|---|
| From: | Customer Services [csra@abacus-offshore.com] |
| Sent: | 12/12/2014 4:54:51 PM |
| To: | Craig S Wright [craig.wright@hotwirepe.com] |
| CC: | 'Reena' [reena@abacus-offshore.com]; 'Denis' [denis@abacus-offshore.com] |
| Subject: | FW: Tulip Trading Limited |
| Attachments: | registration.pdf |

Dear Craig,

As per e-mail below, please find copy of attachment herewith that requires Certification.

In addition we would require Certified copies of the following documents for :

**PANOPTICRYPT PTY LTD**
1. Memorandum and Articles of Association.
   From this document we will be able to obtain the address

2. Register of Directors

Best regards,

**Please be informed that our office in Seychelles will be closed for business on the following days due to public holidays:**

Thursday 25th December 2014
Thursday 1st january 2015
Friday 2nd January 2015

Micheline Chang-Lam
Administrator



Abacus (Seychelles) Limited
Mont Fleuri, Mahe, Seychelles
T: +248  4 610 780
F: +248  4 610 781
Email: micheline@abacus-offshore.com
Website:  www.abacus-offshore.com

---

**From:** Customer Services [mailto:csra@abacus-offshore.com]
**Sent:** Friday, December 12, 2014 9:46 AM
**To:** 'Craig S Wright'
**Cc:** 'Reena'; 'Denis'
**Subject:** RE: Tulip Trading Limited

Dear Craig,

We thank you for the scanned copies of the corporate documents.

Please confirm if we may dispatch the original documents to the address given in your application form.

If so kindly provide us with the name of the contact person and telephone number for courier purpose.

We have also noted that your proof of address is not certified.

Grateful if you could provide us with a Certified copy.

Further please provide us with the following missing documents for Compliance purpose.

<u>Ang Mei Foong Ramona</u>
Recent Certified Proof of Address

<u>PANOPTICRYPT PTY LTD</u>
Certified proof of address
Certified copies of the corporate documents provided to us (see attachment)

We look forward to your kind feedback by return.

Best regards,

**Please be informed that our office in Seychelles will be closed for business on the following days due to public holidays:**

**Thursday 25th December 2014**
**Thursday 1st January 2015**
**Friday 2nd January 2015**

Micheline Chang-Lam
Administrator



Abacus (Seychelles) Limited
Mont Fleuri, Mahe, Seychelles
T: +248  4 610 780
F: +248  4 610 781
Email: micheline@abacus-offshore.com
Website:  www.abacus-offshore.com

---

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Friday, October 24, 2014 5:01 AM
**To:** Customer Services
**Cc:** 'Reena'
**Subject:** FW: Scan - Consent to act as Director - Tulip

Please find attached the scans for Tulip Trading

**From:** Viveca Magnusson
**Sent:** Friday, 24 October 2014 11:30 AM
**To:** Craig S Wright
**Subject:** Scan - Consent to act as Director - Tulip

Hi Craig

Attached is scan for Consent to act as Director for Tulip.

Shall file under Panopticrypt.

Kind regards
Viveca

Viveca Magnusson
Executive Assistant to Craig Steven Wright



Panopticrypt Pty Ltd
Suite 5.02, 32 Delhi Road
NORTH RYDE  NSW  2113
P: +61 2 9188 2055
W: www.panopticrypt.com


#VPM:HEB15/1573:2#

# Certificate of Registration of a Company



This is to certify that

**PANOPTICRYPT PTY LTD**

**Australian Company Number 151 567 118**

is a registered company under the Corporations Act 2001 and is taken to be registered in New South Wales.

The company **is limited by shares.**

The company is a **proprietary** company.

The day of commencement of registration is

**the twentyth day of June 2011.**

Issued by the
Australian Securities and Investments Commission
on this twentyth day of June, 2011.

Greg Medcraft
Chairman

CONFIDENTIAL                                                                                         DEFAUS_00521091