P-035
Case No. 9:18-CV-89176-BB

```
File: C:\Users\CRAIG~1.WRI\AppData\Local\Temp\Rar$DIa0.781\Tulip Trust.pdf.as
:c  15/06/2011, 1:58:25 PM

-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2

iQGcBAABAgAGBQJN+BHBAAoJEKDaDrLlRet74BwL/jT/ifGU0vvJPV65j74MNwu5
9rqhcgS40xKlwdioBGTvwV0TCC2HnfkVeldULlWetGkklIwrjuRz+P+FObYA7K5/
QieVlWQ0XGr/sgujaAp6IgFLbnH5shyCGwp5Om1mES32ehjD1M11aAVi+1g6kYfx
L3Rv9uvGqZVH618NYBtCwVUbASTobIPZmB7WVUqmc+uufAPgwpSeARKVDv3UfCTW
yUp//bOfPDhUkT9IgB3pF8FHZVd+WbsoI4bUhUG5Zj1tds4p3C8J1RE48BEaTQWg
sp0ATHwJ6fi/6FNx7DsoXBds6sdCjyzNw387ADhQXkpXDUebn7U3MA/z9jITRISA
UPTFD49t5QzqsL3y5sO/4OKQUHwL1M4hfDrTBWMrfReGXwJyTu0rrNxKQn6sOLpb
DMoJjCZ7skPubeV6X8xCSmHPpNPVq6QLjjj89CNNeH0i3YY+so2mCdMDXtp/h364
ftTS98TTgqd0C6cjqv7C6YgeXL6FM63GTCAgs0ybHw==
=cW/6
-----END PGP SIGNATURE-----
```

Page: 1

CONFIDENTIAL                                                                  DEFHC_00002416