P-036
Case No. 9:18-CV-89176-BB

## Deed of Trust between:

Wright International Investments Ltd (IBC 064409)

And

Tulip Trading Ltd (IBC 093344)

The parties.

Date:   23rd October 2012

It is noted that this document and deed

Whereas, the companies are registered as International companies in the Seychelles, they are seeking to legal form a partnership in order to best exploit and utilise their joint assets.

This deed is formed as a Declairation of Trust.

Together, the parties shall be jointly known as the "Tulip Trust" for the purposes of this joint endeavour and partnership.

1

We, the listed trustees (as defined below) do HEREBY UNDERTAKE AND AGREE to act and be bound as trustees and/or agents acting on good faith for the parties.

We agree as follows:

1. That we will act as the holder and as nominee, agent and trustee for **the parties** who are at all times the beneficial owners.
2. That we undertake and agree to act in the process known as "the Trust" being a DAC formed using a split key cryptographic process.
3. That we exercise the votioning power in this agree ment through the DAC and software based provisions formulated in the distribution of the keys.
4. Maintain complete secrecy concerning this agreeemtn and deed until at least the year 2015.
5. The parties agree that the listed agents/trustees can act as agents and disperse assets in a manner that is beneficial to the parties.
6. The parties agree that the trustees can enter into binding agreement for the parties.
7. The parties agree that where any issues (incl. Bankruptcy) impact the operation of binding agreement between the trustees and a third party that the other trustees will act in place of that trustee to ensure that the agreement is binding and valid.
    a. this applies where the trustees can act for another trustee and not in respect of a third party.
    b. Where a trusetee is unable to act, the parties will do all intheir power to ensure the validity of any agreement entered into alidly by the trustees.
8. The parties agree to be legally bound by all loans, dispersements and contracts signed in any manner by at least two of the trustees and will act to ensure that such an agreement is legally binding.
9. This deed will operate until 01 Jan 2020 unless extended and agreements entered into by the parties may not exceed 31 Dec 3020.
10. One key slice will go to each trustee with three issued to Dr Wright.

The assets to be settled in this joint agreement and deed between the parties include:

1. All Assets held in Liberty Reserve (Costa Rica) under the company Wright International Investments Ltd
2. All Assets held in Liberty Reserve (Costa Rica) by Craig Steven Wright for and under the company Tulip Trading Ltd
3. All Bitcoin and associated ledger assets transferred into Tulip Trading Ltd by Mr David Kleiman on Friday 10th June 2011 following transfer to Mr Kleiman from Dr Wright on the 09th June 2011.
    a. This formalises the transfer from Mr Kleiman of the assets moved 09th June 2011 from Dr Wright to the care of Mr Kleiman.
    b. This incles the 1,100,111 Bitcoin held under that former arrangement and the attached conditions.
    c. The Software licence payments from Casino gaming operations into Liberty exchange.
4. All Assets in Liberty exchange Costa Rica and in Bitcoin wallets are to be treated as ledger entries unless moved to independent third parties for value.
5. The trustees may assign and exchange rights to these assets and the parties will ensure that all valid third party agreeemnts are honoured.

2

CONFIDENTIAL

DEF_00050986

6. Savannah Ltd will act for the parties where appropriate and for any bearer share holders of the parties who are validly appointed.

3

CONFIDENTIAL

DEF_00050987

DATED this 23rd October 2012.

*[Signature]*
Savannah Ltd

*[Signature]*
For and on behalf of
**Abacus (Seychelles) Limited**
By Authorised Signatory

Abacus (Seychelles) Limited
Mont Fleuri, Mahe
Seychelles

Witness to Signature *[Signature]*
Name: Yvonne Simeon
Address: North East Point, Mahe, Seychelles

4

**Trustees to this declairation of Trust:**

    The company in the UK registered by ▮▮▮▮

    Ms Uyen Nguyen    (USA)

    Craig Steven Wright    ▮▮▮▮

    David Kleiman    ▮▮▮▮

    Panopticrypt Pty Ltd    (ABN 34 151 567 118)

    Savanah Ltd    (see below, of Seychelles)

    The holder of PGP key IDs    ▮▮▮▮

Acting for Savanah Ltd

    Ms. Selma Francis

    Mr. Tim Maland

    Mrs. Lianna Tall

    Mr R. Gustavsson,    Manilla,    Philippines

    Mr Imran Chughtai,    Stockholm,    Sweden

        Global Gateway 8,

        Rue De La Perle,

        Providence,

        Mahe,

        Seychelles

5

CONFIDENTIAL
DEF_00050989