| | |
|---|---|
| **To:** | craig@panopticrypt.com[craig@panopticrypt.com] |
| **From:** | Ramona Watts[ramona@rcjbr.org] |
| **Sent:** | Mon 28/05/2012 9:11:00 PM (UTC) |
| **Subject:** | Trusts |

Craig,
Sorry, I do not get it.

So, you have a lot of money in a trust that Dave holds "keys" for with others. Next, you have keys held by Dave he knows about, where some is his , some yours and some your uncles? But you cannot use this money as it will make people track you.

Let me get this right. You have a secret trust, a trust Dave knows of, a trust for gambling (or as you say gaming) and a trust for software?

Why do you need to have purchased Bitcoin if you have other bitcoin? How do you spend it and not know it is you?

**Ramona Watts**
Director,  Business Services



http://www.panopticrypt.com

  

**P-043**
Case No. 9:18-CV-89176-BB

Defendant's Exhibit 17
Witness: Dr. Matthew Edman
Date: 4/29/20
Court Reporter: Rick Levy, RPR, FPR