**P-051**

Case No. 9:18-CV-89176-BB

Received 11/11/12





CONFIDENTIAL

DEF_00013376

Sent 13/11/12

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Timest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:28 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| HJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| HJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| HJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| HJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / Letter from H... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:20 PM |

Thanks Dave.
I will look for the Coinbase when the amounts enter.

C

---

Sir,
I will transfer the smaller amounts into the 1933 address before I return it to you. Makes it simpler than it and the one paper wallet is all we need to secure back to you.

I will move [illegible] and [illegible] into 1933 shortly. You should see it come in later this week. I have been a little under the weather of late, so forgive any delay. This will add the last 5,400 plus and we can move the small change into this soon after and get the amounts up to the agreed total.

Regards,
Dave

Received 28/11/12



CONFIDENTIAL

DEF_00013378

Recened 28/11/12



CONFIDENTIAL

DEF_00013379

23/10/2012 Tue



Trusted keys
0xE545EB7B 12.31.2010
0XB6559B7F 07.31.2012
0XE545EB7B 01.01.2021
0X5EC948A1 NE

2ND LEVEL VERIFICATION via
call.
tulip rises
Dave

13:12

25/10/2012 Thu



I have used CFS in the UK.
I have 2 companies in the UK.
Design by Human
Permanent Success

I will handle the details for
you.

Copied to clipboard

Dave

DEF_00013380

25/10/2012 Thu



I have used CFS in the UK.
I have 2 companies in the UK.
Design by Human
Permanent Success

I will handle the details for you.

Dave

14:53

27/11/2012 Tue



Bitmessage id.
BM-
NBxKmHXmLqdV1MjFSvix9E
mjukeX6VP5

early but based on your idea.

Dav          Copied to clipboard

DEF_00013381

27/11/2012 Tue



Bitmessage id.
BM-
NBxKmHXmLqdV1MjFSvix9E
mjukeX6VP5

early but based on your idea.

Dave

01:20

15/01/2013 Tue



Liberty has cleared into USD.
Transfer to my trust
underway.
So we have recieved it.
Thanks for changing this to
USD from BTC.

If you need to talk about Lynn
I am

Copied to clipboard

CONFIDENTIAL

Sent 28/11/12



CONFIDENTIAL

DEF_00013383

Received 3/12/12



| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appender | Mon, 10 Dec 2012 12:32 AM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 00:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 00:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 13:19 AM |
| Craig S Wright | BM-2cShBGe5Ge3prB/CGeho... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

```
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2

iQIcBAABAgAGBQJ/cu25.AAoJEXEaDvUKvt75d5kAJ4rbwOTTOHsfFvk6Swv4Sft
Zy0GUSJBT9HHrih1ZUy8nRvLTXVV0L3yVJYkyr66kcfT/OdchJskUzeCXyOH9yGr
YP5OrVqfR13RH17dsvWrhHLbkV5+4I3V5vnvXDT3O4sRuRLwKg47sJ9sy3AxRKML
+Y8K33F3+5SOvRx4tk3yVTac1snQm7A3dQ5d7YK7GuvdAuobxRdCp5yj8rWrdn
kAyx0vdMNKOOO3Kk1j19hVMd+kkA9LXSn2HPNKwnkdnODdCjQ7-bZWGt7r
c3JmOeSr3QnYUPQJ4sBCGYTJ-kGyrARQTA2P+clhsXJYCokkM01v32JlQ9Rb
zcYOFNOpmhvuenVdazw6qFXIPO/LAUEX09rpGTROqqZRQVQI/Eck4xfRIXAx
6lHE3U9JSYldfuZh6LKb6Prn4Hxir9lbBazngjLt5hVtYpibKjkQVQEKmQ0TAvGn
+6z3F
-----END PGP SIGNATURE-----
```

CONFIDENTIAL

DEF_00013384

Received 5/1/13



| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 01:59 PM |
| Craig S Wright | Dave Kleiman | Signs | Sat, 05 Jan 2013 01:48 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 10:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:12 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1993 | Sun, 11 Nov 2012 01:02 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:13 AM |
| Craig S Wright | BM-GcWh6SacXasSp dsCGshe... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

Craig,
I acknowledge that the Bitcoin wallet [18:15zHPcK33qPQ4Lc3DFvqOr33k2bxXYBo ] containing 111,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD amount will have to be transferred.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LIMPAC results of several hundred TFlop/s as I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not keen to be forgiving of delays, so I would appreciate it if we have the finalised ASAP.

Dave

CONFIDENTIAL                                                                 DEF_00013385

Sent 7/1/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Tinest ... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:20 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:13 PM |
| Craig S Wright | Craig S Wright | Email / Letter from M... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:33 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 [illegible] |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:36 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 02:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Hi Dave,
I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now move this.

I am more than happy with it all. The system is running better than I could believe. I would kiss you if you were not so grumpy and if you were half as sexy as Ramona ;P

CSW

---

Craig,
I acknowledge that the Bitcoin wallet (1933phfhK3ZgFQNLGSDXvqCn32k2buXY8a) containing 111,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD amount will have to be transferred.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LINPAC results of several hundred TFlop/s so I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not know to be forgiving of delays, so I would appreciate it if we have this finalised ASAP.

Dave

Received 7/1/13



Sr,
When you need to contact Sigrie, the person is Tatiana Itriel Saldana Escobar.

The company is Sigma (763906).
50th St, Global Plaza Tower,
19th Floor
Panama City, Panama.

They will accept communication using Skype and Bitmessage.

The alternate contacts are Richard Duke and Fernando Grazie.

They likely think you are running a gaming software firm and have no idea what Bitcoin is. So they should not get in the way and will just provide bare metal systems.

Dave

---
will do

---
Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start,

Dave

---
Dave,
Ra, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. ICCE - fuck that. I love her and I do want her to marry me, but god only knows.

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is this the bastards have tried to get a bankruptcy order before they have the decision overturned. Loor. They have already admitted they have lied and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know this I will fight past the end and then some.

CSW

---
Crap,
You may be a friend, but do not go there.

We have the funds. Thanks for being prompt. I cannot tell you how important that was to me. Your system has cost me more than I expected. We said I would not make more than 15% but the reality is that the exchange rate drop means it is more like 1%.

So Ramona going to say yes ...

Dave

---
Hello Dave,
I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now ass it this.

I am more than happy with it all. The system is running better than I could believe. I would like you if you were not so grumpy and if you were half as sexy as Ramona ;P

CSW

---
Craig,
I acknowledge that the Bitcoin wallet (1J53ph9iC3bjPQK6G0tivaCn32r2buttFsle ) containing 115,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD amount will have to be transferred.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LINPAC results of several hundred TFlop/s as I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not know to be forgiving of delays, so I would appreciate it if we have this finalised ASAP.

Dave

---
DEF_00013387

Received 8/1/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:10 AM |
| Craig S Wright | BM-2cW8G3e5Uefr iitf12ahe... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

All is good.
I will arrange that as soon as possible Craig

We will have one of the others do up the Records and account for Professor Rees.

Dave

---

Hi Dave,
I have the notes and code from Prof Rees. Have no idea why he did not publish all this. Some of the work is remarkable and when you add the code for automata ... Astounding.

As soon as I have these systems going I will start on it. The automata for semi-group solutions will serve as a long time.

I do not think Prof Rees knows what we offered him, not really, but we made the deal so it stands. Can you make sure that the others in the trust (I will talk to Uyen) know to use [illegible] to make light of Dr Rees's contribution. Use this as a marker for his part.

I have already setup the following for payment.

I will have Uyen arrange to transfer ownership formally to him at the rate of the day on the 30th June 2013. This way we pay Dave Rees the first 19,470 12BTC for work he had done for the prize. You will get the details of this from the following addresses.

- 1f6nHE8Rh1yPqvWR2HaAEhE,hYdTVMK
- 153R8dmjySgvaQpQjKV7pb2nRTiSqy8RJq
- 1C5hC2V7B3B1AJQbHYNF7ccdxrondiE
- 3FbtxwbaP3PyndQJN29UyrnhgnFybutSp2W
- 3P57S97aUV4HHHEk1gWdrSNhAE3bGu7SY
- 168Rc6w3dL4ch WNEUQwyyaHahtub6erf2a
- 1NdQ2xFK5GEVahG6Cv87KDRK7W6YfnGFx

Make sure that trust does its part to get this to him and formally list it all. I know that we are a long way from getting this out, but he needs to get rewarded for what he did and I do not know if he really cares. He seems a little ... well he is not really focused on being paid so please make him or Joan take it no matter what!

[illegible] is recorded for Strassen, make sure this links to David

Craig

---

Sir,
When you need to contact Signia, the person is Tatiana Itzel Saldana Escobar.

The company is Signia (763956).
50th St, Global Plaza Tower,
19th Floor
Panama City, Panama.

They will accept communication using Skype and Bitmessage.

The alternate contacts are Richard Duke and Fernando Garcia.

They likely think you are running a gaming software firm and have no idea what Bitcoin is. So they should not get in the way and will just provide bare metal systems.

Dave

---

Will do

---

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start.

Dave

---

Dave
No, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. NICE - fuck that. I love her and I do want her to marry me, but god only knows.

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is this the bastards have tried to get a bankruptcy order before they have the decision overturned. Low. They have already admitted they have lost and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know this I will fight past the end and then some.

CSW

---

Craig,
You may be a friend, but do not go there.

We have the funds. Thanks for being prompt. I cannot tell you how important that was to me. Your system has cost me more than I expected. We said I would not make more than 10% but the reality is that the exchange rate drop means it is more like 5%.

Is Ramona going to say yes..

Dave

---

thanks Dave,
I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now move this.

I am more than happy with it all. The system is running better than I could believe. I would kiss you if you were not so grumpy and if you were half as sexy as Ramona ;P

CSW

---

Craig,
I acknowledge that the Bitcoin wallet ([illegible]) containing 111,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD amount will have to be transferred.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LINPAC results of several hundred TFlop/s so I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not know to be forgiving of delays, so I would appreciate it if we have this finalised ASAP.

Dave

Received 9/1/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 [illegible] |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:18 AM |
| Craig S Wright | BM-2cW8G3eSUefp 8zf32dw... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start.

Dave

---

Dave
Yes, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. NICE - fuck that. I love hi[m]e and I do want her to marry me, but god only knows.

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is this the bastards have tried to get a bankruptcy order before they have the decision overturned. Low. They have already admitted they have lost and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know this I will fight past the end and then some.

CSW

---

Craig,
You may be a friend, but do not go there.

We have the funds. Thanks for being prompt. I cannot tell you how important that was to me. Your system has cost me more than I expected. We said I would not make more than 10% but the reality is that the exchange rate drop means it is more like 1%.

Is Ramona going to say yes...

Dave

---

thanks Dave,
I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now move this.

I am more than happy with it all. The system is running better than I could believe. I would like you if you were not so grumpy and if you were half as sexy as Ramona ;P

CSW

---

Craig,
I acknowledge that the Bitcoin wallet (1933phfhK3ZgFQNLGSDXvqCn32k2buXY8a) containing 111,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD amount will have to be transferred.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LINPAC results of several hundred TFlop/s so I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not know to be forgiving of delays, so I would appreciate it if we have this finalised ASAP.

Dave

Received 16/1/13

**BitMessage**

File   Settings   Help

| Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status |

Search [All ▾]

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | High Secured | High Secured Account | Mon, 13 May 2013 09:35 PM |
| Craig S Wright | Dave Kleiman | Re: All Safe. | Wed, 13 Feb 2013 03:11 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 04 Feb 2013 06:19 AM |
| Craig S Wright | Dave Kleiman | Re: Fish | Wed, 09 Jan 2013 03:33 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:54 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 03:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and Ioan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 09:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |

I think I lost money. At times I wonder if it is worth it. We have done deals together for years and we have nothing but code to show for it all.

Do you ever think we should just retire and enjoy some of the money?

Dave

Hey Dave
How does it feel to have been a millionaire? Even for a bit

Craig

DEF_00013390

sent 10/2/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Timest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:28 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:13 PM |
| Craig S Wright | Craig S Wright | Email / Letter from M... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:43 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Dave, there are only 111, 110 BTC - not being picky by what are we doing on the last few

---

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start

Dave

---

Dave

No, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. KCE - fuck that. I love her and I do want her to marry me, but god only knows.

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is that the bastards have tried to get a bankruptcy order before they have the decision overturned. Law. They have already admitted they have lost and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know that I will fight past the end and then some.

CSW

---

Craig,

You may be a friend, but do not go there.

We have the funds. Thanks for being prompt. I cannot tell you how important that was to me. Your system has cost me more than I expected. We said I would not make more than 10% but the reality is that the exchange rate drop means it is more like 1%.

Is Ramona going to say yes..

Dave

---

Hello Dave,

I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now move this.

I am more than happy with it all. The system is running better than I could believe. I would kiss you if you were not so grumpy and if you were half as sexy as Ramona ;P

CSW

---

Craig,

I acknowledge that the Bitcoin wallet (1933phfhK3ZgFQLLGSDXveCn32kZbuXY8a) containing 111,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD amount will have to be transferred.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LINPAC results of several hundred TFlop/s so I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not know to be forgiving of delays, so I would appreciate it if we have this finalised ASAP.

Dave

Sent 10/2/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Tweet.. | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:28 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:50 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 09:15 PM |
| Craig S Wright | Craig S Wright | Email /Letter from M... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 0?:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:00 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Hi Dave,
The other 3.5BTC is in my account.

As discussed, we will mint a few coind to do with SSNs (you) and TFN (me) an use these in this wallet (1933) when we use it again. A while I hope, but with all the changes.

I will let you know when I do this. Trying to get on to Government.opt now.

I will inform them of the 17062966 amounts and embed them into the 1933 wallet. As agreed x 2 to remove chance - though little are the odds.

Craig

---

Dave, there are only 111,110 BTC - not being picky by what are we doing on the last few

---

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start.

Dave

---

Dave
No, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. NICE - fuck that. I love her and I do want her to marry me, but god only knows.

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is this the bastards have tried to get a bankruptcy order before they have the decision overturned. Low. They have already admitted they have lost and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know that I will fight past the end and then some.

CSW

---

Craig,
You may be a friend, but do not go there.

We have the funds. Thanks for being prompt. I cannot tell you how important that was to me. Your system has cost me more than I expected. We said I would not make more than 10% but the reality is that the exchange rate drop means it is more like 1%.

Is Ramona going to say yes.

Dave

---

thanks Dave,
I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now move this.

I am more than happy with it all. The system is running better than I could believe. I would kiss you if you were not so grumpy and if you were half as sexy as Ramona :P

CSW

---

Craig,
I acknowledge that the Bitcoin wallet (1933phfhK3ZgFQNLGSDXvqCn32k2buXY8a ) containing 111,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD account will have to be transferred.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LINPAC results of several hundred TFlop/s so I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not know to be forgiving of delays, so I would appreciate it if we have this finalised ASAP.

Dave

sent 12/2/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Timest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:28 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 08:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / letter from M... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe | Message sent. Sent at Tue, [illegible] Feb 2013 [illegible] |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 03:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Dave,
I have the wallet. You know... If people knew what it was ...

I mean we sent 1.3million by fedex. There are better ways to send BTC, but really, trying to maintain a level of secrecy. I am amazed we have lasted this long.

The other parts of the loan are with UL, but this will make my search easier. I do not know if I can find the software I need, but I have a few people who may be a start.

How to have them accept Bitcoin?

There is a guy I met in a mining conference that may show promise.

Received 13/2/13



| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | High Secured | High Secured Account | Mon, 13 May 2013 09:35 PM |
| Craig S Wright | Dave Kleiman | Re: Addiclk | Wed, 13 Feb 2013 09:35 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 04 Feb 2013 06:10 AM |
| Craig S Wright | Dave Kleiman | Re: Rich | Wed, 16 Jan 2013 04:15 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signis | Sat, 05 Jan 2013 01:48 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 07:28 PM |

Craig,
You are mad. I am glad to work with you in this, but you are truly something else off the world...

Dave

Dave,
I have the wallet. You know ... if people knew what it was ...

I mean we sent L. Indian by fedex. There are better ways to send BTC, but really, trying to maintain a level of secrecy. I am amazed we have lasted this long.

The other parts of the loan are with US, but this will make my search easier. I do not know if I can find the software I need, but I have a few people who may be a start.

How to have them accept bitcoin?

There is a guy I met in a mining conference that may show promise.

Received 13/5/13
from High Secured



CONFIDENTIAL

DEF_00013395

Received 11/11/12



Sent 13/11/12

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Timest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:23 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| HJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| HJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| HJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| HJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / Letter from H... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Thanks Dave.
I will look for the Coinbase when the amounts enter.

C

---

Sir,
I will transfer the smaller amounts into the 1933 address before I return it to you. Makes it simpler than it and the one paper wallet is all we need to secure back to you.

I will move 1DJ6-4z5qEpccwyTBPpKhTASWqA7ta2THQ7 and 14H16G5wSpQ7P3BFLMJdY6MggkF5CWvB8z into 1933 shortly. You should see it come in later this week. I have been a little under the weather of late, so forgive any delay. This will add the last 5,400 plus and we can move the small change into this soon after and get the amounts up to the agreed total.

Regards,
Dave



Received 28/11/12



Bitmessage

File   Settings   Help

| Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status |

Search                                                                                           All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 15:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:20 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:25 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:19 AM |
| Craig S Wright | BM-3cV4bG3x9LXrfpr4bf32aIw... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

Can you SMS your Key Fingerprints to me for records. I want to keep the contacts with them.
I SMS'd mine to you already.
Dave

Received  28/11/12



| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:31 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signis | Sat, 05 Jan 2013 04:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:52 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:19 AM |
| Craig S Wright | BM-2cttkNd3eXUxfzr8vf32she... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

Same keys, but yes, I will also SMS.

I do not need to teach you to suck eggs, but make sure you encrypt the phone.

You bloody just work through the day in any event. When you get off your ass and come visit me we will talk.

Dave

Sent 28/11/12



Received 3/12/12



Bitmessage application window showing:

File   Settings   Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search [                    ]                                                                All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 03:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:53 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:19 AM |
| Craig S Wright | BM-2cVt9bG2eSUxibr3kf32aFe... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2

iQIcBAABAgAGBQJQvA25AAoJEKDa0nJRxV05rKHAJHiaODTCHsfPu6Eoawz8A
ZySf3LGt3RTEH4Vrh3ZUyEwAUTWVrrE3yVnAY4u66zTOdaAh3qkJqyC0yQ44Xybs
1PSOqFeqPL1i4HJ7bnGHyHLXcrFv nEbV5mvLIDY5D4eRDBuaCg2ir8ky3iuBBLHE
nFWBK5bF3v35bwfn6G3qfFSqztvQhJ2fgSIZFKXSurt6v6kaaHeR3AIps)P3eb6w
5UvoUhu4HbDOCOLfhEmfa3WsXNWUtHqArkUKSv3HP9mBomahtKCqCEveb3VGII7b
tLb65OsI3PJqsYUPQJrsNECDFE2 sz2qvK8Q0X2F edhsRJfnOuuUbH4a3k3OSq9Ob
u3HQF9tLpptv0nn9hb6aulRwOF7OPG5LAUD0b8tgqZYDIjsyl8K0wgklvU3jdtHa
SH63L3OV5iMhuShsHJ4APaVHHGwX0t9brmnqEnzVHYjdsiK28GQIrNQ8rReeQ0T6xGo
6ltMggUtliwfUaCG3fhQ3LuGuvCbzr4HX1asfFwd7aRg==
=6p3F
-----END PGP SIGNATURE-----

Received 5/1/13



Craig,

I acknowledge that the Bitcoin wallet (1933phhK3EpFQ4J5DXvqCx32k2buKY8a) containing 111,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD amount will have to be transferred.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LRIPAC results of several hundred TFlop/s so I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not keen to be forgiving of delays, so I would appreciate it if we have this finalised ASAP.

Dave

Sent 7/1/13



Received 7/1/13



Received 8/1/13



Received 9/1/13



Received 16/1/13



Bitmessage

File   Settings   Help

| Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status |

Search [                                                                    ]   All ▼

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | High Secured | High Secured Account | Mon, 13 May 2013 09:35 PM |
| Craig S Wright | Dave Kleiman | Re: All Safe. | Wed, 13 Feb 2013 03:11 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 04 Feb 2013 06:19 AM |
| Craig S Wright | Dave Kleiman | Get Rich | Wed, 16 Jan 2013 04:15 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |

I think I lost money. At times I wonder if it is worth it. We have done deals together for years and we have nothing but code to show for it all.

Do you ever think we should just retire and enjoy some of the money?

Dave

------------
Hey Dave
How does it feel to have been a millionaire? Even for a bit

Craig

Sent 10/2/13



Sent 10/2/13



sent 12/2/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Timest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:28 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / Letter from M... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Dave,
I have the wallet. You know... If people knew what it was ...

I mean we sent 1.3million by fedex. There are better ways to send BTC, but really, trying to maintain a level of secrecy. I am amazed we have lasted this long.

The other parts of the loan are with UT, but this will make my search easier. I do not know if I can find the software I need, but I have a few people who may be a start.

Now to have them accept Bitcoin!

There is a guy I met in a mining conference that may show promise.



Received 13/2/13

## Bitmessage

File   Settings   Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search                                                                                          All ▼

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | High Secured | High Secured Account | Mon, 13 May 2013 09:35 PM |
| Craig S Wright | Dave Kleiman | Re: All Safe | Wed, 13 Feb 2013 03:11 AM |
| Craig S Wright | Dave Kleiman | Re: Rich | Mon, 04 Feb 2013 06:19 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 16 Jan 2013 04:15 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:54 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 04:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |

Craig,
You are mad. I am glad to work with you in this, but you are truly something else off this world...

Dave
_____

Dave,
I have the wallet. You know . If people knew what it was  ..

I mean we sent 1.3milion by fedex. There are better ways to send BTC, but really, trying to maintain a level of secrecy. I am amazed we have lasted this long.

The other parts of the loan are with UK, but this will make my search easier. I do not know n if I can find the software I need, but I have a few people who may be a start.

Now to have then accept Bitcoin!

There is a guy I met in a mining conference that may show promise.

Received 13/5/13
from High Secured

