P-052
Case No. 9:18-CV-89176-BB

Bitmessage / PyBitmessage

## All your code in one place

Over 36 million developers use GitHub together to host and review code, project manage, and build software together across more than 100 million projects.

Sign up for free | See pricing for teams and enterprises

Dismiss

Reference client for Bitmessage: a P2P encrypted decentralised communication protocol: https://bitmessage.org/wiki/Main_Page

- 1 commit
- 2 branches
- 24 releases
- 103 contributors
- View license

Tree: 21f1d9efdf ▾ | New pull request | Find File | Clone or download ▾

Jonathan Warren Initial commit — Latest commit 21f1d9e on Nov 11 2012

README.md — Initial commit — 7 years ago

### README.md

## PyBitmessage



https://github.com/Bitmessage/PyBitmessage/tree/21f1d9efdf630e175f48f29aa436818a96… 7/22/2019