P-053
Case No. 9:18-CV-89176-BB

Bitmessage / PyBitmessage

Branch: master ▾

Commits on Nov 19, 2012

Merge pull request #1 from Atheros1/master ...
Jonathan Warren committed on Nov 19 2012 — 8997966

added COPYING file
Atheros1 committed on Nov 19 2012 — a7b8da3

Merge branch 'master' of github.com:Atheros1/PyBitmessage
Atheros1 committed on Nov 19 2012 — 0aab5c6

added initial files to repo
Atheros1 committed on Nov 19 2012 — f99ba75

Commits on Nov 11, 2012

Initial commit
Jonathan Warren committed on Nov 11 2012 — 21f1d9e

Newer Older

EXHIBIT
P3
PENGAD 800-631-6989







Bitmessage / PyBitmessage

Branch: master

Commits on Dec 18, 2012

updated defaultKnownNodes
Jonathan Warren committed on Dec 18 2012 — ee427c2

Merge branch 'master' of github.com:Atheros1/PyBitmessage
Jonathan Warren committed on Dec 18 2012 — 8a0460e

Commits on Dec 10, 2012

Merge pull request #14 from Atheros1/master ...
Jonathan Warren committed on Dec 10 2012 — c3f11eb

Clear status bar if it is currenlty displaying a warning that you are... ...
Atheros1 committed on Dec 10 2012 — 4939715

Merge branch 'master' of github.com:Atheros1/PyBitmessage
Jonathan Warren committed on Dec 10 2012 — 4818717

Sort received-message-time by actual time rather than alphabetically
Atheros1 committed on Dec 10 2012 — e586896

Commits on Dec 5, 2012

Merge pull request #13 from Atheros1/master ...
Jonathan Warren committed on Dec 5 2012 — f2e041b

small changes including making the arrow keys work on the Inbox and S... ...
Atheros1 committed on Dec 5 2012 — f33f2dc

fixed issue: If subject in received message contained international c... ...
Atheros1 committed on Dec 5 2012 — 069265e

Commits on Dec 4, 2012

Merge pull request #12 from Atheros1/master ...
Jonathan Warren committed on Dec 4 2012 — 6407b12

update defaultKnownNodes
Atheros1 committed on Dec 4 2012 — b1b31b3

Merge pull request #11 from Atheros1/master ...
Jonathan Warren committed on Dec 4 2012 — 0bd07be

update defaultKnownNodes
Atheros1 committed on Dec 4 2012 — 50a2f67

Merge pull request #10 from Atheros1/master ...
Jonathan Warren committed on Dec 4 2012 — 1344012

fixed line break display issue
Atheros1 committed on Dec 4 2012 — d56d388

Commits on Nov 29, 2012

Merge pull request #9 from maran/master ...
Jonathan Warren committed on Nov 29 2012 — 15e9670

### Removed PyObjc dependency for OSX
maran committed on Nov 29 2012 — 4c06246

### Merge pull request #7 from Atheros1/master
Jonathan Warren committed on Nov 29 2012 — bed1c4d

### Increment version number
Atheros1 committed on Nov 29 2012 — 07fd023

### Fixed Reply UI to match what email reply does, made Inbox and Sent fi…
Atheros1 committed on Nov 29 2012 — efe9a89

### Merge pull request #6 from maran/master
Jonathan Warren committed on Nov 29 2012 — 367a01b

### Rewrote the sqlite check to accept any number of version info
maran committed on Nov 29 2012 — f998d93

### Load the first address in your list by default when composing a message
maran committed on Nov 29 2012 — 88d6255

## Commits on Nov 28, 2012

### Merge pull request #5 from Atheros1/master
Jonathan Warren committed on Nov 28 2012 — e869b55

### Corrected bug that prevented user from deleting a recently received m…
Atheros1 committed on Nov 28 2012 — 2d36ec6

### Fixed bug that prevented user from deleting a recently received message
Atheros1 committed on Nov 28 2012 — cfa41e7

## Commits on Nov 27, 2012

### Merge pull request #4 from Atheros1/master
Jonathan Warren committed on Nov 27 2012 — 98ba50a

### updated default bootstrap nodes
Atheros1 committed on Nov 27 2012 — 5fdf1d6

## Commits on Nov 26, 2012

### Merge pull request #3 from Atheros1/master
Jonathan Warren committed on Nov 26 2012 — e2ede25

### fixed potential attack vector (attaching a bad version message as mes…
Atheros1 committed on Nov 26 2012 — 2b4c6b6

## Commits on Nov 25, 2012

### added the Can icon and added my icons folder to the repo
Jonathan Warren committed on Nov 25 2012 — 090af50

## Commits on Nov 23, 2012

### Merge pull request #2 from Atheros1/master
Jonathan Warren committed on Nov 23 2012 — 9054847

### Fixed POW, changed checksum, other minor changes
Jonathan Warren committed on Nov 23 2012 — b984f19

## Commits on Nov 22, 2012

### Single SHA512 for checksum only
Jonathan Warren committed on Nov 22 2012 — d073e21