Case 9:18-cv-80176-BB   Document 829-14   Entered on FLSD Docket 1...

P-055
Case No. 9:18-CV-89176-BB

# Craig S Wright

| | |
|---|---|
| **From:** | dave@davekleiman.com |
| **Sent:** | Saturday, 15 December 2012 15:28 PM |
| **To:** | Craig S Wright |
| **Subject:** | RE: FW: Brits |

-----BEGIN PGP SIGNED MESSAGE----- Hash: SHA1

No need. There are several others from October if we come into any issues, but we only need one. Your trust is in the Seychelles and you want to have noting known of mine in P, so it should all be good.

We only need one dormant and untraded company to sit as a owner of the bitcoin we are mining into them. I am assuming you do not want WKID to be a director, the brits do allow this.

Dave
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.17 (MingW32)

```
iQGcBAEBAgAGBQJTEsBkAAoJEAQV5sviP8wtetYMAKzl1FqA9m8TApIlEEUO5Vwc
B93d7dntvZUQWXROscPj8rpeyY6RcaHbZdIKHgrv1/eRtgX9jqdONnbIRBZ9BeQb
2obcl/yJ3KFhIqrkCqtI8/P1xy1TKaEeM7Va5O4YUh+sI6YbyEfm/ADYddHtyMQ4
NVJNyWtKeEdVvkQYdUiygzckeP8reLc6LwC2BFWDTU12ZO9B0OmV7hui2u6CPaBZ
7H5bz292b5xRD0VjFp3kb0xTGEqzLz5PKGsoOTEwgSwU82+JH0tHzOJB81IHqv67
0XVLFkCmlg/7G6vqcjfh7/0ULdppfIhVOtSAFb5zJgL/3rvimBynETJLGbFatAnm
FNwyBTLr9gXzyW7TAqcV5ahxj7P3MGPgmu0U05J24d572hnkgT+RzVVBBpiPFc+Z
pIKXYaSxg3+jtXsDdIBBzlamD0xC1OU/0ezlkotxE0E63Y713BaTN5UT9r74C3Nl
wxn1V58JofF65xahsB8zSdo+B43YS5dnbYuh9ix3oA==
=xvHo
```
-----END PGP SIGNATURE-----


-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Saturday, 15 December 2012 1:02 PM
To: 'dave kleiman'
Subject: Brits

Dave,
We have 08248988 held and reserved at CFS. Should be grab another as a backup, at least hold or reserve one?

Craig

DEF_00022263

