Case 9:18-cv-80176-BB   Document 829-15   Entered on FLSD Docket 12/...

P-055.1
Case No. 9:18-CV-89176-BB

DEF_00022263.PDF.obj_6_0.txt

```
 1  6 0 obj
 2  <</Length 3488/Subtype/XML/Type/Metadata>>stream
 3  <?xpacket begin="ï»¿" id="W5M0MpCehiHzreSzNTczkc9d"?>
 4  <x:xmpmeta xmlns:x="adobe:ns:meta/" x:xmptk="Adobe XMP Core 5.4-c005 78.147326,
 4  2012/08/23-13:03:03        ">
 5     <rdf:RDF xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#">
 6        <rdf:Description rdf:about=""
 7              xmlns:dc="http://purl.org/dc/elements/1.1/"
 8              xmlns:xmp="http://ns.adobe.com/xap/1.0/"
 9              xmlns:pdf="http://ns.adobe.com/pdf/1.3/"
10              xmlns:xmpMM="http://ns.adobe.com/xap/1.0/mm/">
11           <dc:format>application/pdf</dc:format>
12           <dc:title>
13              <rdf:Alt>
14                 <rdf:li xml:lang="x-default">Microsoft Outlook - Memo Style</rdf:li>
15              </rdf:Alt>
16           </dc:title>
17           <dc:creator>
18              <rdf:Seq>
19                 <rdf:li>Craig Wright</rdf:li>
20              </rdf:Seq>
21           </dc:creator>
22           <xmp:CreateDate>2014-03-26T13:19:21+11:00</xmp:CreateDate>
23           <xmp:CreatorTool>PScript5.dll Version 5.2.2</xmp:CreatorTool>
24           <xmp:ModifyDate>2014-03-26T13:21:52+11:00</xmp:ModifyDate>
25           <xmp:MetadataDate>2014-03-26T13:21:52+11:00</xmp:MetadataDate>
26           <pdf:Producer>Acrobat Distiller 11.0 (Windows)</pdf:Producer>
27           <xmpMM:DocumentID>uuid:1d42fbea-c98b-432a-882e-6431e92009d1</xmpMM:DocumentID>
28           <xmpMM:InstanceID>uuid:05fd7a05-b587-4539-bc1a-87c0493f5a46</xmpMM:InstanceID>
29        </rdf:Description>
30     </rdf:RDF>
31  </x:xmpmeta>
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53  <?xpacket end="w"?>
54  endstream
55  endobj
```