P-057
Case No. 9:18-CV-89176-BB

Bitmessage / **PyBitmessage**

## All your code in one place

Dismiss

Over 36 million developers use GitHub together to host and review code, project manage, and build software together across more than 100 million projects.

Sign up for free | See pricing for teams and enterprises

Reference client for Bitmessage: a P2P encrypted decentralised communication protocol: https://bitmessage.org/wiki/Main_Page

**1** commit | **2** branches | **24** releases | **103** contributors | View license

Tree: f99ba75a37 | New pull request | Find File | Clone or download

**Atheros1** added initial files to repo — Latest commit f99ba75on Nov 19 2012

| | | |
|---|---|---|
| rsa | added initial files to repo | 7 years ago |
| README.md | added initial files to repo | 7 years ago |
| about.py | added initial files to repo | 7 years ago |
| about.ui | added initial files to repo | 7 years ago |
| addresses.py | added initial files to repo | 7 years ago |
| bitmessage_icons.qrc | added initial files to repo | 7 years ago |
| bitmessage_icons_rc.py | added initial files to repo | 7 years ago |
| bitmessagemain.py | added initial files to repo | 7 years ago |
| bitmessageui.py | added initial files to repo | 7 years ago |
| bitmessageui.ui | added initial files to repo | 7 years ago |
| defaultKnownNodes.py | added initial files to repo | 7 years ago |
| help.py | added initial files to repo | 7 years ago |
| help.ui | added initial files to repo | 7 years ago |
| iconglossary.py | added initial files to repo | 7 years ago |
| iconglossary.ui | added initial files to repo | 7 years ago |
| newaddressdialog.py | added initial files to repo | 7 years ago |
| newaddressdialog.ui | added initial files to repo | 7 years ago |
| newsubscriptiondialog.py | added initial files to repo | 7 years ago |
| newsubscriptiondialog.ui | added initial files to repo | 7 years ago |
| settings.py | added initial files to repo | 7 years ago |
| settings.ui | added initial files to repo | 7 years ago |

**README.md**

# PyBitmessage

EXHIBIT
P5
PENGAD 800-631-6989

