Case 9:18-cv-80176-BB   Document 829-18   Entered on FLSD Docket 12/1...

P-059
Case No. 9:18-CV-89176-BB

**From:** Craig S Wright
**Sent:** Monday, March 10, 2014 2:25 AM
**To:** John Chesher
**CC:** Ramona Watts
**Subject:** FW: Divorce
**Attachments:** Results.pdf

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

Part 2/2 – at duress.
**From:** Craig S Wright [mailto:craig@rcjbr.org]
**Sent:** Wednesday, 23 January 2013 1:16 PM
**To:** 'Craig S Wright'
**Subject:** RE: Divorce
Dave,
I know you do not use the other aspects of SR. But DO please find another way. I really do not trust them even for coding.
Just keep the notes for when we do the contract. Never know.
Craig

**From:** Dave Kleiman [mailto:dave@davekleiman.com]
**Sent:** Tuesday, 15 January 2013 10:15 PM
**To:** 'Craig S Wright'
**Subject:** RE: Divorce
I assume this is what you need?
I have the records in WK in a TC drive. Nothing comes out, but I have the SR user names if this is needed. All good.

Are you happy with the cost analysis below?
This basically takes the 300B we agreed and allows me a 10% mark-up.
You know I cannot share the details of who and what with you other than to get the end products?

Dave.
**From:** Craig S Wright [mailto:craigswright@acm.org]
**Sent:** Tuesday, 08 January 2013 11:57 PM
**To:** 'Dave Kleiman'
**Subject:** RE: Divorce
Well,
You know my shit. What do I make and tell them for costs? CoCoMoII?
Craig

**From:** Dave Kleiman [mailto:dave@davekleiman.com]
**Sent:** Tuesday, 08 January 2013 11:48 PM
**To:** 'Craig S Wright'
**Subject:** RE: Divorce
Craig, you sound like my ex wife ;)
I am good. My phones, drives and about everything else are encrypted and protected better than you are. Silk road is not all drugs you know. There is nothing that does me publically and all the holdings will be off shortly.
We need to arrange something soon. Things are a little tight. Nothing bad. I have been working in the Vet but the bills are coming up in USD and everyone does not share your sentiments. The bank likes repayments in paper.
I have used http://ilpubs.stanford.edu:8090/862/1/worth43.pdf
The company records have a breakdown, all is accounted.
You like maths, I have the following equation to calculate its worth: $T + R(H) + V+V(E)$, where:
T=The total costs involved for development
R=The hourly rate
H=Hours worked on the project
V=The value of a similar product plus an undetermined percentage based on the new product's uniqueness
  E=A client's expected use and number of users
You want a system that can handle a million plus users. Well the simple view of this is, we have spent 350k BTC on this. Right now, this is all Bitcoin, and O/S through the trust, but the answer is the end cost.
We do need to talk about some real world use. I cannot spend all I need to live on using Bitcoin alone.
Dave
"High achievement always takes place in the framework of high expectation."
Jack Kinder

**From:** Craig S Wright [mailto:craig@rcjbr.org]
**Sent:** Tuesday, 08 January 2013 11:22 PM
**To:** 'Dave Kleiman'
**Subject:** RE: Divorce
Hey,
Do you have any other people who can move this Wipe project forward/
Jens seems to want to get a lot for nothing, I do not mind the work and the [paper, but I do not want to do commercial research for nix.
Speaking of that, are we all good with the values and the contract? I know you have been paying people from Bitcoin in your own wallet, is this enough to account for it all? It has been a shitload of work.
https://silkroadvb5piz3r.onion.to/ ?
I know there are those who will code there for BTC, and I know Tor is private, but do I need to lecture you?

CSW

From: Dave Kleiman
Sent: Friday, 7 September 2012 9:45 PM
To: 'Craig Wright'
Subject: Re: Divorce

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

My good sir,
So, we are in agreement.
You have the various BAA projects and I can keep all of the bitcoin I have sent to Panama.
You set the exchange up in Australia and I get 10% of the company to be issued as 80/20 between myself and my father when it is running.
It is confirmed that I have B 320,832.1 and change. As agreed, I will not tell you who the others I have used here in the US are. We will exchange soon. You know this is a great opportunity for you to come over with that lady of yours and to see me. It needs to be soon. Too long.
Respectfully,
Dave Kleiman - http://www.ComputerForensicsLLC.com
4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.20 (MingW32)

iQGcBAEBAgAGBQJTFp5cAAoJEAQV5sviP8wtY4EMAMQBtlUsrbQsdVpwISgdBa0u
OpWsHWxwnWDakbZoP/5nzK5JmbZUXu+4p4AhYAIJ+sbGPDLTEMoH1R/hjhFO73C8
83BnP9nxAArY5caG0iYHAvfQHJ5vL7227Ab3BzuiKLLj6LHcc8d0yrt1N8d10iEv
O/6Gvrh89wmYZoMmO0164sZXCPtCzz58Up0boIhEr4J1fZIqeNxYeUsCbgB7C107
otGCP1o1Twm7FTzLUE+Oaow9m8C93XbUrw7cCn2s/y2UzHRdT4NxB19ezr0LbAha
A4pMbZginkr5ZLcA+lBpOifcq4yTHlYBP8p4LGjRGTMt1+qb2WLrhdadmzuqljAJ
uvOtxrAYuYw0gd+HLAkUbimjvCMNmysi2X09AzHNSVmKYA6Tr3Jp/hKQLT2H7RY/
G7ecMFpzd3UG+vo7AeMUwuTj1/yYEyCqAQLhjRxcUYDqHwi2OASMELIzE6c3qs+F
NgeXGcPfxjAD29NUMU1/AtVNbpxyYGik6Fdh3eddQA==
=Kdea
-----END PGP SIGNATURE-----

CONFIDENTIAL                                                                                                                                                                     DEF_00028011

## Results

### Cost and Schedule

Effort = 180130 Person-months
Schedule = 21 Months
Cost = BTC 270196

### Effort Distribution (Person-Months)

| Phase / Activity | Conceptualize | Develop | Operational Test and Evaluation | Transition to Operation |
|---|---|---|---|---|
| Acquisition and Supply | 3530.6 | 6430.7 | 1639.2 | 1008.7 |
| Technical Management | 6736.9 | 11636.5 | 7655.6 | 4593.3 |
| System Design | 18373.3 | 21615.7 | 9186.7 | 4863.5 |
| Product Realization | 3512.6 | 8105.9 | 8646.3 | 6754.9 |
| Product Evaluation | 10051.3 | 15077.0 | 22336.2 | 8376.1 |

### Risk Exposures



Total Project Risk



Product Risk — Process Risk
People Risk — Reuse Risk

**Risk Mitigation Guidance**
The risk mitigation guidance below shows alternatives for consideration in specific project environments. Ri ordered by highest risk exposure.

| Risk Exposure Points | Description | Alternatives |
|---|---|---|
|  | *Level of Service Requirements* = Very_High and *Migration Complexity* = Extra_High | Focus on interoperability, understand legacy system architecture and interfaces to new system |
|  | *Migration Complexity* = Extra_High and *Technology Risk* = Very_High | Acquire better technology to interface to legacy system(s) or negotiate minimal interfacing |
|  | *Level of Service Requirements* = Very_High and *Technology Risk* = Very_High | Mature technology to meet 'illities or any other level of service requirements |
|  | *Migration Complexity* = Extra_High and *# and Diversity of Installations/Platforms* = Very_High | Limit legacy system involvement, reduce the number of interfaces by defining a common interface |
|  | *Migration Complexity* = Extra_High and *# of Recursive Levels in the Design* = Very_High | Develop a common architecture where possible to match old and new systems |
|  | *Technology Risk* = Very_High and *# of Recursive Levels in the Design* = Very_High | More application control and require less communication |
|  | *Level of Service Requirements* = Very_High and *# of Recursive Levels in the Design* = Very_High | Traceability, vertical integration, schedule management across development layers |
| 5.3 | *Technology Risk* = Very_High and *# and Diversity of Installations/Platforms* = Very_High | Early identification of potential installations, upfront effort including prototyping to cover each installation |
| 5.3 | *Level of Service Requirements* = Very_High and *# and Diversity of Installations/Platforms* = Very_High | Understand baseline functionality better and how it changes across installations/platforms |
| 1.9 | *Migration Complexity* = Extra_High and *Stakeholder Team Cohesion* = Nominal | Enable legacy system communication among team |

CONFIDENTIAL

| | | |
|---|---|---|
| 1.9 | *Migration Complexity* = Extra_High<br>and<br>*Documentation* = Nominal | Find old documents and people to translate them, seek analogous documentation and learn from it, reverse-engineer old system |
| 1.7 | *Technology Risk* = Very_High<br>and<br>*Stakeholder Team Cohesion* = Nominal | Rigorous enforcement of gate criteria early, increased coordination and frequency of communication |
| 1.7 | *Technology Risk* = Very_High<br>and<br>*Documentation* = Nominal | Prototype, modeling and simulation, trade studies |
| 1.7 | *Level of Service Requirements* = Very_High<br>and<br>*Stakeholder Team Cohesion* = Nominal | Put people with experience working together to meet the high 'illities |
| 1.7 | *Level of Service Requirements* = Very_High<br>and<br>*Documentation* = Nominal | Extensive documentation to support traceability for high interoperability |
| 1.5 | *Documentation* = Nominal<br>and<br>*# of Recursive Levels in the Design* = Very_High | TBS |

Total Risk Exposure Points = 104.7

CONFIDENTIAL
DEF_00028014