**From:** Craig S Wright
**Sent:** Tuesday, July 2, 2013 11:07 PM
**To:** Jamie Wilson; Ramona Watts
**Subject:** Initial Accounts
**Attachments:** Accounts_all.pdf; Balance Sheet 2013.pdf; Balance Sheet 2014.pdf; General Ledger.pdf; General Ledger2013.pdf; P and L 2013.pdf; Trial Balance.pdf; Trial Balance2014.pdf; Accounts.pdf

Hi Jamie
I have done the initial transfers etc.

As the assets to come in from the US are not Au, there is not GST on supply. These are dated from 01July 2013 and have been entered contingent of the NSW Supreme court action as of that date.

I have done the initial transfer to the company for licensing as of the 30th June 2013.

I have attached the existing accounts. I need to get these setup online so we can both access live as well as the book keeper.

Have a look at the accounts list and tell me what you want added / changed.

have done the initial GST and all that so we can have the year closed. The following have been processed and accepted by the ATO:

| | | |
|---|---|---|
| **G10** Capital purchases | $ | 8253633 |
| **G11** Non-capital purchases | $ | 3206412 |

GST is only $14 and is in credit - party huh :)

We may have to make an adjustment - but that will be based on the ATO and the private ruling.If it is adjusted, it is still set at 2013 tax year.

This initial amount is lodged and validated and processed by the ATO. We just need to ensure that the Court judgement is completed by August 30.

Accounts Attached

Regards,
Craig

Created: 3/07/2013 8:55 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

## Accounts List [Summary]

| Account Name | Current Balance |
|---|---|
| Assets | $10,051,268.19 |
|   Current Assets | $250,393.67 |
|     Bank Accounts | $250,393.67 |
|       Business Bank Account CBA | $0.00 |
|       Investment Account Saving | $0.00 |
|       Director Expense Account | $408.12 |
|       Petty Cash/Cash On Hand | $0.00 |
|       Bitcoin Wallet | $249,985.55 |
|       Exchange Loss | $0.00 |
|       Exchange Gain | $0.00 |
|     Clearing Accounts | $0.00 |
|       Undeposited Funds Account | $0.00 |
|       Electronic Clearing Account | $0.00 |
|       Payroll Clearing Account | $0.00 |
|     Other Current Assets | $0.00 |
|       Trade Debtors | $0.00 |
|       Inventory | $0.00 |
|       Deposits To Suppliers | $0.00 |
|       Voluntary Withholding Credits | $0.00 |
|       ABN Withholding Credits | $0.00 |
|   Non-Current Assets | $9,800,874.52 |
|     Furniture | $0.00 |
|       Furniture At Cost | $0.00 |
|       Accum. Depr. Furniture | $0.00 |
|     Office Equipment | $0.00 |
|       Office Equipment At Cost | $0.00 |
|       Accum. Depr. Office Equipment | $0.00 |
|     Computers | $0.00 |
|       Computers At Cost | $0.00 |
|       Accum. Depr. Computers | $0.00 |
|     Motor Vehicles | $0.00 |
|       Motor Vehicles At Cost | $0.00 |
|       Accum. Depr. Motor Vehicles | $0.00 |
|     Low Value Pool | $0.00 |
|       Low Value Pool At Cost | $0.00 |
|       Accum. Depr. Low Value Pool | $0.00 |
|     R&D Account | $9,800,874.52 |
|       Start R&D Project | $566,124.42 |
|       R & D - DISS | $941,770.10 |
|       WK ID Software Pool for R&D | $8,253,633.00 |
|       Accum. Depr. R & D | $39,347.00 |
| Liabilities | $1,468,127.07 |
|   Current Liabilities | -$14.45 |
|     Credit Cards | $0.00 |
|       Mastercard #1 | $0.00 |
|     GST Liabilities | -$14.45 |
|       GST Collected | $0.00 |
|       GST Paid | -$14.45 |
|     Other Tax/Withholding Liab. | $0.00 |
|       Voluntary Withholdings Payable | $0.00 |
|       ABN Withholdings Payable | $0.00 |
|       Company Tax Instal. Payable | $0.00 |

CONFIDENTIAL

Created: 3/07/2013 8:55 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

## Accounts List [Summary]

| Account Name | Current Balance |
|---|---|
| FBT Instalments Payable | $0.00 |
| Luxury Car Tax Payable | $0.00 |
| Sales Tax Payable | $0.00 |
| Payroll Liabilities | $0.00 |
| PAYG Withholding Payable | $0.00 |
| Superannuation Fund #1 | $0.00 |
| Superannuation Fund #2 | $0.00 |
| Superannuation Fund #3 | $0.00 |
| Superannuation Fund #4 | $0.00 |
| Superannuation Fund #5 | $0.00 |
| Child Care Payable | $0.00 |
| Union Fees Payable | $0.00 |
| Other Payroll Liabilities | $0.00 |
| Other Current Liabilities | $0.00 |
| Trade Creditors | $0.00 |
| Customer Deposits | $0.00 |
| Liability #1 | $0.00 |
| Non-Current Liabilities | $1,468,141.52 |
| Director Business Loan (CSW) | $1,467,241.52 |
| Business Overdraft | $0.00 |
| Employee Expense | $900.00 |
| Expense - Craig Wright | $900.00 |
| Expense - Ramona Watts | $0.00 |
| Expense - Uyen Ng | $0.00 |
| Expense - Steve McLaughlin | $0.00 |
| Expense - Chad | $0.00 |
| Expense - Robert | $0.00 |
| Equity | $8,583,141.12 |
| Owner's/Shareholder's Capital | $11,789,538.55 |
| Owner's/Shareholder's Drawings | $0.00 |
| Retained Earnings | $0.00 |
| Current Year Earnings | -$3,206,397.43 |
| Historical Balancing | $0.00 |
| Income | $0.00 |
| Services Income | $0.00 |
| Stock Income | $0.00 |
| Late Fees Collected | $0.00 |
| Cost Of Sales | $0.00 |
| Expenses | $3,206,397.43 |
| General Expenses | $577.43 |
| Accounting/Bookeeping Fees | $0.00 |
| Advertising & Marketing | $0.00 |
| Bank Fees | $0.00 |
| Borrowing Expenses | $0.00 |
| Bad Debts | $0.00 |
| Cleaning Expenses | $0.00 |
| Electricity Expenses | $0.00 |
| Gas Expenses | $0.00 |
| Legal Fees | $45.45 |

CONFIDENTIAL                                                                 DEF_00031590

Created: 3/07/2013 8:55 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

## Accounts List [Summary]

| Account Name | Current Balance |
|---|---|
| ASIC Account | $433.00 |
| Parking/Tolls Expenses | $0.00 |
| General Repairs & Maintenance | $0.00 |
| Printing | $0.00 |
| Internet | $98.98 |
| Computer Expenses | $0.00 |
| Council Rates | $0.00 |
| Water Expenses | $0.00 |
| Stationery | $0.00 |
| Waste Removal | $0.00 |
| Telephone Expenses | $0.00 |
| Postage | $0.00 |
| Freight Out | $0.00 |
| Late Fees Paid | $0.00 |
| Discounts Given | $0.00 |
| Payroll Expenses | $0.00 |
|   Wages & Salaries Expenses | $0.00 |
|   Work Cover Premiums | $0.00 |
|   Uniforms | $0.00 |
|   Staff Training Expenses | $0.00 |
|   Director's Fees | $0.00 |
|   Travel & Accom. Expenses | $0.00 |
|   Food | $0.00 |
|   Mobile Phone Expenses | $0.00 |
|   Other Payroll Expenses | $0.00 |
| Depreciation Expenses | $0.00 |
|   Furniture Depreciation | $0.00 |
|   Office Equipment Depreciation | $0.00 |
|   Computer Depreciation | $0.00 |
|   Motor Vehicle Depreciation | $0.00 |
|   Low Value Pool Depreciation | $0.00 |
|   R & D Depreciation | $0.00 |
| Motor Vehicle Expenses | $0.00 |
|   Motor Vehicle Registration | $0.00 |
|   Motor Vehicle Insurance | $0.00 |
|   Motor Vehicle Fuel/Oil | $0.00 |
|   Motor Vehicle Maintenance | $0.00 |
| Insurance Expenses | $0.00 |
|   Business Insurance | $0.00 |
|   Pro Indemnity Insurance | $0.00 |
|   Public Liability Insurance | $0.00 |
| Research and Development Acct | $3,205,820.00 |
|   Research Expenditure - A | $0.00 |
|   Research Expenditure - C | $3,205,820.00 |
|   Research Expenditure -  E | $0.00 |
|   Research to Associates - K | $0.00 |
|   Research Decline in Value - M | $0.00 |
|   Research & Dev Supplies | $0.00 |
| Other Income | $0.00 |
|   Interest Income | $0.00 |
|   Other Income | $0.00 |

CONFIDENTIAL

Created: 3/07/2013 8:55 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

**Accounts List [Summary]**

| Account Name | Current Balance |
|---|---|
| Other Expenses | $0.00 |
|    Interest Expense | $0.00 |
|    Other Expense | $0.00 |
|    Income Tax Expense | $0.00 |

CONFIDENTIAL

DEF_00031592

Created: 3/07/2013 8:59 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

# Balance Sheet

As of June 2013

| | | | |
|---|---:|---:|---:|
| **Assets** | | | |
|   Current Assets | | | |
|     Bank Accounts | | | |
|       Director Expense Account | $408.12 | | |
|       Bitcoin Wallet | $249,985.55 | | |
|     Total Bank Accounts | | $250,393.67 | |
|   Total Current Assets | | $250,393.67 | |
|   Non-Current Assets | | | |
|     R&D Account | | | |
|       Start R&D Project | $566,124.42 | | |
|       R & D - DISS | $941,770.10 | | |
|       Accum. Depr. R & D | $39,347.00 | | |
|   Total Non-Current Assets | | $1,547,241.52 | |
| **Total Assets** | | | $1,797,635.19 |
| **Liabilities** | | | |
|   Current Liabilities | | | |
|     GST Liabilities | | | |
|       GST Paid | -$14.45 | | |
|     Total GST Liabilities | | -$14.45 | |
|   Total Current Liabilities | | -$14.45 | |
|   Non-Current Liabilities | | | |
|     Director Business Loan (CSW) | | $1,467,241.52 | |
|     Employee Expense | | | |
|       Expense - Craig Wright | $900.00 | | |
|   Total Non-Current Liabilities | | $1,468,141.52 | |
| **Total Liabilities** | | | $1,468,127.07 |
| **Net Assets** | | | $329,508.12 |
| **Equity** | | | |
|   Owner's/Shareholder's Capital | | $3,535,905.55 | |
|   Current Year Earnings | | -$3,206,397.43 | |
| **Total Equity** | | | $329,508.12 |

This report includes Year-End Adjustments.

Page 1 of 1

CONFIDENTIAL

Created: 3/07/2013 9:00 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

## Balance Sheet
As of 3/07/2013

| | | | |
|---|---:|---:|---:|
| **Assets** | | | |
|   Current Assets | | | |
|     Bank Accounts | | | |
|       Director Expense Account | $408.12 | | |
|       Bitcoin Wallet | $249,985.55 | | |
|     Total Bank Accounts | | $250,393.67 | |
|   Total Current Assets | | $250,393.67 | |
|   Non-Current Assets | | | |
|     R&D Account | | | |
|       Start R&D Project | $566,124.42 | | |
|       R & D - DISS | $941,770.10 | | |
|       WK ID Software Pool for R&D | $8,253,633.00 | | |
|       Accum. Depr. R & D | $39,347.00 | | |
|   Total Non-Current Assets | | $9,800,874.52 | |
| **Total Assets** | | | $10,051,268.19 |
| **Liabilities** | | | |
|   Current Liabilities | | | |
|     GST Liabilities | | | |
|       GST Paid | -$14.45 | | |
|     Total GST Liabilities | | -$14.45 | |
|   Total Current Liabilities | | -$14.45 | |
|   Non-Current Liabilities | | | |
|     Director Business Loan (CSW) | | $1,467,241.52 | |
|     Employee Expense | | | |
|       Expense - Craig Wright | $900.00 | | |
|   Total Non-Current Liabilities | | $1,468,141.52 | |
| **Total Liabilities** | | | $1,468,127.07 |
| **Net Assets** | | | $8,583,141.12 |
| **Equity** | | | |
|   Owner's/Shareholder's Capital | | $11,789,538.55 | |
|   Retained Earnings | | -$3,206,397.43 | |
| **Total Equity** | | | $8,583,141.12 |

This report includes Year-End Adjustments.

Page 1 of 1

Created: 3/07/2013 8:55 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

## General Ledger [Summary]
1/04/2013 To 3/07/2013

| Account No. | Account Name | Beginning Balance | Total Debit | Total Credit | Net Activity | Ending Balance |
|---|---|---|---|---|---|---|
| 1-1110 | Business Bank Account CBA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1120 | Investment Account Saving | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1130 | Director Expense Account | $0.00 | $1,000.00 | $591.88 | $408.12 | $408.12 |
| 1-1140 | Petty Cash/Cash On Hand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1150 | Bitcoin Wallet | $0.00 | $3,455,805.55 | $3,205,820.00 | $249,985.55 | $249,985.55 |
| 1-1155 | Exchange Loss | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1158 | Exchange Gain | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1210 | Undeposited Funds Account | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1220 | Electronic Clearing Account | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1230 | Payroll Clearing Account | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1310 | Trade Debtors | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1320 | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1330 | Deposits To Suppliers | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1340 | Voluntary Withholding Credits | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1350 | ABN Withholding Credits | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2110 | Furniture At Cost | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2120 | Accum. Depr. Furniture | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2210 | Office Equipment At Cost | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2220 | Accum. Depr. Office Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2310 | Computers At Cost | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2320 | Accum. Depr. Computers | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2410 | Motor Vehicles At Cost | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2420 | Accum. Depr. Motor Vehicles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2510 | Low Value Pool At Cost | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2520 | Accum. Depr. Low Value Pool | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-3100 | Start R&D Project | $0.00 | $581,416.42 | $15,292.00 | $566,124.42 | $566,124.42 |
| 1-3200 | R & D - DISS | $0.00 | $965,825.10 | $24,055.00 | $941,770.10 | $941,770.10 |
| 1-3400 | WK ID Software Pool for R&D | $0.00 | $8,253,633.00 | $0.00 | $8,253,633.00 | $8,253,633.00 |
| 1-3900 | Accum. Depr. R & D | $0.00 | $39,347.00 | $0.00 | $39,347.00 | $39,347.00 |
| 2-1120 | Mastercard #1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1210 | GST Collected | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1220 | GST Paid | $0.00 | $14.45 | $0.00 | $14.45 | $14.45 |

This report includes Year-End Adjustments.

Page 1 of 4

Created: 3/07/2013 8:55 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

## General Ledger [Summary]
1/04/2013 To 3/07/2013

| Account No. | Account Name | Beginning Balance | Total Debit | Total Credit | Net Activity | Ending Balance |
|---|---|---|---|---|---|---|
| 2-1310 | Voluntary Withholdings Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1320 | ABN Withholdings Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1330 | Company Tax Instal. Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1340 | FBT Instalments Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1360 | Luxury Car Tax Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1370 | Sales Tax Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1410 | PAYG Withholding Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1420 | Superannuation Fund #1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1430 | Superannuation Fund #2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1440 | Superannuation Fund #3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1450 | Superannuation Fund #4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1460 | Superannuation Fund #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1470 | Child Care Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1480 | Union Fees Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1490 | Other Payroll Liabilities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1510 | Trade Creditors | $0.00 | $3,206,303.00 | $3,206,303.00 | $0.00 | $0.00 |
| 2-1520 | Customer Deposits | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1550 | Liability #1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-2100 | Director Business Loan (CSW) | $0.00 | $80,000.00 | $1,547,241.52 | $1,467,241.52cr | $1,467,241.52cr |
| 2-2200 | Business Overdraft | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-2310 | Expense - Craig Wright | $0.00 | $100.00 | $1,000.00 | $900.00cr | $900.00cr |
| 2-2320 | Expense - Ramona Watts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-2330 | Expense - Uyen Ng | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-2340 | Expense - Steve McLaughlin | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-2350 | Expense - Chad | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-2360 | Expense - Robert | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3-1000 | Owner's/Shareholder's Capital | $0.00 | $0.00 | $11,789,538.55 | $11,789,538.55cr | $11,789,538.55cr |
| 3-2000 | Owner's/Shareholder's Drawings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3-8000 | Retained Earnings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

This report includes Year-End Adjustments.

Page 2 of 4

Created: 3/07/2013 8:55 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

## General Ledger [Summary]
1/04/2013 To 3/07/2013

| Account No. | Account Name | Beginning Balance | Total Debit | Total Credit | Net Activity | Ending Balance |
|---|---|---|---|---|---|---|
| 3-9000 | Current Year Earnings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3-9999 | Historical Balancing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4-1000 | Services Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4-2000 | Stock Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4-3000 | Late Fees Collected | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1100 | Accounting/Bookeeping Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1200 | Advertising & Marketing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1300 | Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1400 | Borrowing Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1500 | Bad Debts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1600 | Cleaning Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1700 | Electricity Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1800 | Gas Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1900 | Legal Fees | $0.00 | $45.45 | $0.00 | $45.45 | $45.45 |
| 6-1950 | ASIC Account | $0.00 | $433.00 | $0.00 | $433.00 | $433.00 |
| 6-2000 | Parking/Tolls Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2100 | General Repairs & Maintenance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2200 | Printing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2300 | Internet | $0.00 | $98.98 | $0.00 | $98.98 | $98.98 |
| 6-2400 | Computer Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2500 | Council Rates | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2600 | Water Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2700 | Stationery | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2800 | Waste Removal | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2900 | Telephone Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-3000 | Postage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-3100 | Freight Out | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-3200 | Late Fees Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-3300 | Discounts Given | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4100 | Wages & Salaries Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4200 | Work Cover Premiums | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4300 | Uniforms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4400 | Staff Training Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4500 | Director's Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4600 | Travel & Accom. Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4700 | Food | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4800 | Mobile Phone Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

This report includes Year-End Adjustments.

CONFIDENTIAL                                                                                   DEF_00031597

Created: 3/07/2013 8:55 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

## General Ledger [Summary]

1/04/2013 To 3/07/2013

| Account No. | Account Name | Beginning Balance | Total Debit | Total Credit | Net Activity | Ending Balance |
|---|---|---|---|---|---|---|
| 6-4900 | Other Payroll Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-5100 | Furniture Depreciation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-5200 | Office Equipment Depreciation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-5300 | Computer Depreciation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-5400 | Motor Vehicle Depreciation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-5500 | Low Value Pool Depreciation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-5600 | R & D Depreciation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-6100 | Motor Vehicle Registration | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-6200 | Motor Vehicle Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-6300 | Motor Vehicle Fuel/Oil | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-6400 | Motor Vehicle Maintenance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-7100 | Business Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-7200 | Pro Indemnity Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-7300 | Public Liability Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-8100 | Research Expenditure - A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-8200 | Research Expenditure - C | $0.00 | $3,205,820.00 | $0.00 | $3,205,820.00 | $3,205,820.00 |
| 6-8300 | Research Expenditure - E | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-8500 | Research to Associates - K | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-8750 | Research Decline in Value - M | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-8900 | Research & Dev Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8-1000 | Interest Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8-2000 | Other Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9-1000 | Interest Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9-2000 | Other Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9-3000 | Income Tax Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total : | | $19,789,841.95 | $19,789,841.95 | | |

This report includes Year-End Adjustments.

CONFIDENTIAL

DEF_00031598

Created: 3/07/2013 8:56 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

## General Ledger [Summary]

1/04/2013 To 30/06/2013

| Account No. | Account Name | Beginning Balance | Total Debit | Total Credit | Net Activity | Ending Balance |
|---|---|---|---|---|---|---|
| 1-1110 | Business Bank Account CBA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1120 | Investment Account Saving | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1130 | Director Expense Account | $0.00 | $1,000.00 | $591.88 | $408.12 | $408.12 |
| 1-1140 | Petty Cash/Cash On Hand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1150 | Bitcoin Wallet | $0.00 | $3,455,805.55 | $3,205,820.00 | $249,985.55 | $249,985.55 |
| 1-1155 | Exchange Loss | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1158 | Exchange Gain | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1210 | Undeposited Funds Account | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1220 | Electronic Clearing Account | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1230 | Payroll Clearing Account | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1310 | Trade Debtors | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1320 | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1330 | Deposits To Suppliers | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1340 | Voluntary Withholding Credits | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-1350 | ABN Withholding Credits | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2110 | Furniture At Cost | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2120 | Accum. Depr. Furniture | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2210 | Office Equipment At Cost | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2220 | Accum. Depr. Office Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2310 | Computers At Cost | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2320 | Accum. Depr. Computers | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2410 | Motor Vehicles At Cost | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2420 | Accum. Depr. Motor Vehicles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2510 | Low Value Pool At Cost | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2520 | Accum. Depr. Low Value Pool | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-3100 | Start R&D Project | $0.00 | $581,416.42 | $15,292.00 | $566,124.42 | $566,124.42 |
| 1-3200 | R & D - DISS | $0.00 | $965,825.10 | $24,055.00 | $941,770.10 | $941,770.10 |
| 1-3400 | WK ID Software Pool for R&D | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-3900 | Accum. Depr. R & D | $0.00 | $39,347.00 | $0.00 | $39,347.00 | $39,347.00 |
| 2-1120 | Mastercard #1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1210 | GST Collected | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1220 | GST Paid | $0.00 | $14.45 | $0.00 | $14.45 | $14.45 |

This report includes Year-End Adjustments.

Page 1 of 4

Created: 3/07/2013 8:56 AM

Hotwire Preemptive Intelligence
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

## General Ledger [Summary]

1/04/2013 To 30/06/2013

| Account No. | Account Name | Beginning Balance | Total Debit | Total Credit | Net Activity | Ending Balance |
|---|---|---|---|---|---|---|
| 2-1310 | Voluntary Withholdings Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1320 | ABN Withholdings Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1330 | Company Tax Instal. Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1340 | FBT Instalments Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1360 | Luxury Car Tax Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1370 | Sales Tax Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1410 | PAYG Withholding Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1420 | Superannuation Fund #1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1430 | Superannuation Fund #2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1440 | Superannuation Fund #3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1450 | Superannuation Fund #4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1460 | Superannuation Fund #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1470 | Child Care Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1480 | Union Fees Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1490 | Other Payroll Liabilities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1510 | Trade Creditors | $0.00 | $3,206,303.00 | $3,206,303.00 | $0.00 | $0.00 |
| 2-1520 | Customer Deposits | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-1550 | Liability #1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-2100 | Director Business Loan (CSW) | $0.00 | $80,000.00 | $1,547,241.52 | 1,467,241.52cr | $1,467,241.52cr |
| 2-2200 | Business Overdraft | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-2310 | Expense - Craig Wright | $0.00 | $100.00 | $1,000.00 | $900.00cr | $900.00cr |
| 2-2320 | Expense - Ramona Watts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-2330 | Expense - Uyen Ng | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-2340 | Expense - Steve McLaughlin | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-2350 | Expense - Chad | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-2360 | Expense - Robert | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3-1000 | Owner's/Shareholder's Capital | $0.00 | $0.00 | $3,535,905.55 | 3,535,905.55cr | $3,535,905.55cr |
| 3-2000 | Owner's/Shareholder's Drawings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3-8000 | Retained Earnings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

This report includes Year-End Adjustments.

Page 2 of 4

CONFIDENTIAL

DEF_00031600

Created: 3/07/2013 8:56 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

## General Ledger [Summary]
1/04/2013 To 30/06/2013

| Account No. | Account Name | Beginning Balance | Total Debit | Total Credit | Net Activity | Ending Balance |
|---|---|---|---|---|---|---|
| 3-9000 | Current Year Earnings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3-9999 | Historical Balancing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4-1000 | Services Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4-2000 | Stock Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4-3000 | Late Fees Collected | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1100 | Accounting/Bookeeping Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1200 | Advertising & Marketing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1300 | Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1400 | Borrowing Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1500 | Bad Debts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1600 | Cleaning Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1700 | Electricity Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1800 | Gas Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1900 | Legal Fees | $0.00 | $45.45 | $0.00 | $45.45 | $45.45 |
| 6-1950 | ASIC Account | $0.00 | $433.00 | $0.00 | $433.00 | $433.00 |
| 6-2000 | Parking/Tolls Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2100 | General Repairs & Maintenance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2200 | Printing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2300 | Internet | $0.00 | $98.98 | $0.00 | $98.98 | $98.98 |
| 6-2400 | Computer Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2500 | Council Rates | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2600 | Water Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2700 | Stationery | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2800 | Waste Removal | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-2900 | Telephone Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-3000 | Postage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-3100 | Freight Out | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-3200 | Late Fees Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-3300 | Discounts Given | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4100 | Wages & Salaries Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4200 | Work Cover Premiums | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4300 | Uniforms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4400 | Staff Training Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4500 | Director's Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4600 | Travel & Accom. Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4700 | Food | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-4800 | Mobile Phone Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

This report includes Year-End Adjustments.

CONFIDENTIAL

Created: 3/07/2013 8:56 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

## General Ledger [Summary]

1/04/2013 To 30/06/2013

| Account No. | Account Name | Beginning Balance | Total Debit | Total Credit | Net Activity | Ending Balance |
|---|---|---|---|---|---|---|
| 6-4900 | Other Payroll Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-5100 | Furniture Depreciation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-5200 | Office Equipment Depreciation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-5300 | Computer Depreciation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-5400 | Motor Vehicle Depreciation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-5500 | Low Value Pool Depreciation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-5600 | R & D Depreciation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-6100 | Motor Vehicle Registration | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-6200 | Motor Vehicle Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-6300 | Motor Vehicle Fuel/Oil | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-6400 | Motor Vehicle Maintenance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-7100 | Business Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-7200 | Pro Indemnity Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-7300 | Public Liability Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-8100 | Research Expenditure - A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-8200 | Research Expenditure - C | $0.00 | $3,205,820.00 | $0.00 | $3,205,820.00 | $3,205,820.00 |
| 6-8300 | Research Expenditure - E | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-8500 | Research to Associates - K | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-8750 | Research Decline in Value - M | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-8900 | Research & Dev Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8-1000 | Interest Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8-2000 | Other Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9-1000 | Interest Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9-2000 | Other Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9-3000 | Income Tax Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total : | | $11,536,208.95 | $11,536,208.95 | | |

This report includes Year-End Adjustments.

Page 4 of 4

CONFIDENTIAL

DEF_00031602

Created: 3/07/2013 9:00 AM

**Profit & Loss Statement**

April 2013 To June 2013

Hotwire Preemptive Intelligence
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

| | | |
|---|---|---|
| Income | | |
| Gross Profit | | $0.00 |
| Expenses | | |
|   General Expenses | | |
|     Legal Fees | $45.45 | |
|     ASIC Account | $433.00 | |
|     Internet | $98.98 | |
|   Total General Expenses | | $577.43 |
|   Research and Development Acct | | |
|     Research Expenditure - C | $3,205,820.00 | |
| Total Expenses | | $3,206,397.43 |
| Operating Profit | | -$3,206,397.43 |
| Other Income | | |
| Other Expenses | | |
| Net Profit/(Loss) | | -$3,206,397.43 |

This report includes Year-End Adjustments.

Page 1 of 1

Created: 3/07/2013 8:57 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

## Trial Balance
June 2013

| Account Name | Debit | Credit | YTD Debit | YTD Credit |
|---|---|---|---|---|
| Director Expense Account | $408.12 | | $408.12 | |
| Bitcoin Wallet | | $3,205,820.00 | $249,985.55 | |
| Start R&D Project | $581,416.42 | | $566,124.42 | |
| R & D - DISS | $0.00 | | $941,770.10 | |
| Accum. Depr. R & D | $0.00 | | $39,347.00 | |
| GST Paid | $14.45 | | $14.45 | |
| Director Business Loan (CSW) | | $501,416.42 | | $1,467,241.52 |
| Expense - Craig Wright | | $900.00 | | $900.00 |
| Owner's/Shareholder's Capital | | $80,100.00 | | $3,535,905.55 |
| Legal Fees | $45.45 | | $45.45 | |
| ASIC Account | $433.00 | | $433.00 | |
| Internet | $98.98 | | $98.98 | |
| Research Expenditure - C | $3,205,820.00 | | $3,205,820.00 | |
| Total: | $3,788,236.42 | $3,788,236.42 | $5,004,047.07 | $5,004,047.07 |

This report includes Year-End Adjustments.

Page 1 of 1

CONFIDENTIAL

DEF_00031604

Created: 3/07/2013 8:58 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072

**Trial Balance**

July 2013

ABN: 48 164 068 348
Email: accounts@hotwirepe.com

| Account Name | Debit | Credit | YTD Debit | YTD Credit |
|---|---:|---:|---:|---:|
| Director Expense Account | $0.00 | | $408.12 | |
| Bitcoin Wallet | $0.00 | | $249,985.55 | |
| Start R&D Project | $0.00 | | $566,124.42 | |
| R & D - DISS | $0.00 | | $941,770.10 | |
| WK ID Software Pool for R&D | $8,253,633.00 | | $8,253,633.00 | |
| Accum. Depr. R & D | $0.00 | | $39,347.00 | |
| GST Paid | | $0.00 | $14.45 | |
| Director Business Loan (CSW) | | $0.00 | | $1,467,241.52 |
| Expense - Craig Wright | | $0.00 | | $900.00 |
| Owner's/Shareholder's Capital | | $8,253,633.00 | | $11,789,538.55 |
| Retained Earnings | | $0.00 | $3,206,397.43 | |
| Total: | $8,253,633.00 | $8,253,633.00 | $13,257,680.07 | $13,257,680.07 |

This report includes Year-End Adjustments.

Page 1 of 1

CONFIDENTIAL

DEF_00031605

Created: 3/07/2013 8:53 AM

**Hotwire Preemptive Intelligence**
43 St Johns Ave
Gordon NSW 2072
ABN: 48 164 068 348
Email: accounts@hotwirepe.com

**Accounts List [Detail]**

As of 3/07/2013

| Account No. | Account Name | Type | Dr/Cr | Header/Detail | Level | Balance | Tax Code |
|---|---|---|---|---|---|---|---|
| 1-0000 | Assets | Asset | Debit | Header | 1 | $10,051,268.19 | |
| 1-1000 | Current Assets | Asset | Debit | Header | 2 | $250,393.67 | |
| 1-1100 | Bank Accounts | Asset | Debit | Header | 3 | $250,393.67 | |
| 1-1130 | Director Expense Account | Bank | Debit | Detail | 4 | $408.12 | N-T |
| 1-1150 | Bitcoin Wallet | Bank | Debit | Detail | 4 | $249,985.55 | N-T |
| 1-2000 | Non-Current Assets | Asset | Debit | Header | 2 | $9,800,874.52 | |
| 1-3000 | R&D Account | Asset | Debit | Header | 3 | $9,800,874.52 | |
| 1-3100 | Start R&D Project | Other Asset | Debit | Detail | 4 | $566,124.42 | N-T |
| 1-3200 | R & D - DISS | Other Asset | Debit | Detail | 4 | $941,770.10 | N-T |
| 1-3400 | WK ID Software Pool for R&D | Fixed Asset | Debit | Detail | 4 | $8,253,633.00 | N-T |
| 1-3900 | Accum. Depr. R & D | Other Asset | Debit | Detail | 4 | $39,347.00 | N-T |
| 2-0000 | Liabilities | Liability | Credit | Header | 1 | $1,468,127.07 | |
| 2-1000 | Current Liabilities | Liability | Credit | Header | 2 | -$14.45 | |
| 2-1200 | GST Liabilities | Liability | Credit | Header | 3 | -$14.45 | |
| 2-1220 | GST Paid | Other Liability | Credit | Detail | 4 | -$14.45 | N-T |
| 2-2000 | Non-Current Liabilities | Liability | Credit | Header | 2 | $1,468,141.52 | |
| 2-2100 | Director Business Loan (CSW) | Long Term Liability | Credit | Detail | 3 | $1,467,241.52 | N-T |
| 2-2300 | Employee Expense | Liability | Credit | Header | 3 | $900.00 | |
| 2-2310 | Expense - Craig Wright | Other Liability | Credit | Detail | 4 | $900.00 | N-T |
| 3-0000 | Equity | Equity | Credit | Header | 1 | $8,583,141.12 | |
| 3-1000 | Owner's/ Shareholder's Capital | Equity | Credit | Detail | 2 | $11,789,538.55 | N-T |
| 3-8000 | Retained Earnings | Equity | Credit | Detail | 2 | -$3,206,397.43 | N-T |

This report includes Year-End Adjustments.

Page 1 of 1

CONFIDENTIAL

DEF_00031606