From: Craig S Wright
Sent: Tuesday, July 2, 2013 12:35 AM
To: 'Ramona Watts'
CC: jamie.wilson@hotwirepe.com
Subject: Next



P-076
Case No. 9:18-CV-89176-BB



Hello Love,

Well, I said I would be doing something with that money...

https://venture-lab.org/venture/pitch_decks/102

Jamie is on board. I will likely seek 20 or so projects such as this one. That will give us a spread against risk.

My time input is limited to governance and review. I will be supplying money and people. The lead is a professor in Stanford Uni I know.

Have a read, I am sure you will be interested in what it is. Jamie and I are.

Yours,

Craig

CONFIDENTIAL

DEF_00266797