P-091
Case No. 9:18-CV-89176-BB

EXHIBIT 10
Wilson 1/8/19

**From:** Craig S Wright [craig.wright@hotwirepe.com]
**Sent:** 9/23/2013 12:56:01 PM
**To:** Roger Manu [roger.manu@rubik.com.au]; Jamie Wilson [jamie.wilson@hotwirepe.com]
**Subject:** RE: Advice

XBT.
Bitcoin is a currency.

There are 11 million Bitcoin.

Look at the exchange rate in Xe.com

We control what is all up a little over 1 million Bitcoin.

I will leave you with the math

Craig

**From:** Roger Manu [mailto:roger.manu@rubik.com.au]
**Sent:** Monday, 23 September 2013 12:48 PM
**To:** Craig S Wright; Jamie Wilson
**Subject:** Advice

Hi Craig/Jamie
Trust all is well. NZ went well and I will discuss more with you later in the week.

In doing our due diligence we discovered technical articles suggesting there are only 12m bit coins out there, and it maxes out at 21m. So Rubik were wondering how the paid up share capital is 30m, all very confusing. Can you please assist

Thanks and Regards
Roger

**From:** Roger Manu <roger.manu@rubik.com.au>
**Date:** Monday, 23 September 2013 12:30 PM
**To:** ken <ken.carr@rubik.com.au>
**Subject:** Re: Advice

But see to have an oversight role

Roger Manu
RUBIK Financial
+61414918714
Roger.manu@rubik.com.au

On 23/09/2013, at 2:18 PM, "Ken Carr" <ken.carr@rubik.com.au> wrote:

> Nothing exciting then

**From:** Diane Pearce - UR <dianep@nsw.uca.org.au>
**Date:** Monday, 23 September 2013 12:10 PM
**To:** ken <ken.carr@rubik.com.au>
**Subject:** RE: Advice

The Members of the Trust Association must be members of the Uniting Church. At the AGM they receive the accounts, appoint directors and auditors, etc. They are not normally involved in day to day operations.

Regards,
Diane

**Diane Pearce | Board Secretary | Uniting Resources**
**The Uniting Church in Australia, Synod of NSW and the ACT**
Level 9, 222 Pitt Street, Sydney NSW 2000
t  02 8267 4310 |  02 9264 4487
e dianep@nsw.uca.org.au
www.unitingresources.org.au

This email (and attachments) is confidential, and/or privileged and is intended for the use of the addressee only. If you are not the intended recipient of this email you must not copy, distribute, take any action in reliance on it or disclose it to anyone. Any confidentiality or privilege is not waived or lost by reason of mistaken delivery to you. If you have received this email in error please destroy the original and notify the sender.

**From:** Ken Carr [mailto:ken.carr@rubik.com.au]
**Sent:** Friday, 20 September 2013 5:09 PM
**To:** Diane Pearce - UR
**Subject:** Re: Advice

Thanks very much Diane, just not sure what the members do, are they like some governance group

**From:** Diane Pearce - UR <dianep@nsw.uca.org.au>
**Date:** Friday, 20 September 2013 4:58 PM
**To:** Karin Hawkins <karin@karinhawkins.com>, ken <ken.carr@rubik.com.au>
**Subject:** RE: Advice

Dear Mr Carr,

Craig Wright is a Member of The Uniting Church (NSW) Trust Association Limited ('UCTAL'), which can have a maximum of 25 Members. UFS is the trading name for the company UCTAL.

Craig was appointed a Member under the watch of our previous Chairperson who liked to use the word 'Trustee' when referring to Members, and so some of our newer Members (like Craig) refer to themselves as a 'Trustee'. They are, in fact, Members.

I hope this helps.

Regards,

CONFIDENTIAL                                                                                     DEFAUS_00113044

Diane

Diane Pearce | Board Secretary | Uniting Resources
The Uniting Church in Australia, Synod of NSW and the ACT
Level 9, 222 Pitt Street, Sydney NSW 2000
t 02 8267 4310 | 02 9264 4487
edianep@nsw.uca.org.au
www.unitingresources.org.au

This email (and attachments) is confidential, and/or privileged and is intended for the use of the addressee only. If you are not the intended recipient of this email you must not copy, distribute, take any action in reliance on it or disclose it to anyone. Any confidentiality or privilege is not waived or lost by reason of mistaken delivery to you. If you have received this email in error please destroy the original and notify the sender.

**From:** Karin Hawkins [mailto:karin@karinhawkins.com]
**Sent:** Friday, 20 September 2013 4:29 PM
**To:** Ken Carr
**Cc:** Diane Pearce - UR
**Subject:** Re: Advice

Hi Ken,

I am not familiar with all of the Trustees but Diane Pearce who is the Board Secretary will know. Diane, are you able to confirm whether Craig Steven Wright is a Trustee?

Cheers
Karin


Karin Hawkins
NED & Chair, Strategic Operations Committee
Uniting Financial Services
+61 412 217 447

On 20/09/2013, at 4:13 PM, Ken Carr <ken.carr@rubik.com.au> wrote:


Hello Karin,

This is a request on a completely different issue. We may be doing business with someone who presents as a current Trustee of The Uniting Church (NSW) Trust Association limited. Although I cannot find him on any site. His name is Craig Steven Wright. Do you know him by any chance

Regards

Ken Carr