**From:** Steven Lipke
**Sent:** Friday, September 27, 2013 1:52 AM
**To:** Craig S Wright; Robert Urquhart; Jamie Wilson; Ramona Watts; Allan Pedersen
**CC:** Dez Blanchfield <dez@blanchfield.com.au>
**Subject:** Re: ATO Ruling

**P-092**

Case No. 9:18-CV-89176-BB

SysUserProp: 88334F2CCA0D8E51C8530404366F9B82

But I thought we were a multi currency bitcoin foreign exchange.

Sent from my HTC

----- Reply message -----
From: "Craig S Wright" <craig.wright@hotwirepe.com>
To: "Robert Urquhart" <robert.urquhart@hotwirepe.com>, "Jamie Wilson" <jamie.wilson@hotwirepe.com>, "Ramona Watts"
<ramona.watts@hotwirepe.com>, "Allan Pedersen" <allan.pedersen@hotwirepe.com>
Cc: "Steven Lipke" <steven.lipke@hotwirepe.com>, "Dez Blanchfield" <dez@blanchfield.com.au>
Subject: ATO Ruling
Date: Fri, Sep 27, 2013 11:16 AM

Hello,
I have been informed that the primary three ATO private rulings I have been seeking will be issued next week.
A private ruling is anonymised and then it is published on the ATO website. The ATO will be swarmed with press after this and we expect the quanta of the ruling to be global news. A five million dollar Bitcoin fund was world news and TV globally, we make this look like a mum and pop operation from the Winkly bros.
That stated, we want this to be global news without our name being noted as yet. I do not know how many and how deep the journalists will be coming, but I know I have had Forbes and the WSJ already digging. Right now, we are sitting on one of the biggest stories globally and we are not going to talk.
Next year we do go live, but this has to be a planned and coordinated process.
Regards,
------------------------------------
Dr. Craig S Wright GSE LLM
Chief Executive Officer
**Hotwire Preemptive Intelligence (Group)**
Mobile: + 61 417.683.914
craig.wright@hotwirepe.com



