Case 9:18-cv-80176-BB   Document 829-23   Entered on FLSD Docket 12/1...

P-102
Case No. 9:18-CV-89176-BB

| | |
|---|---|
| From: | Jamie Wilson [jamie.wilson@yourdigitalfile.com.au] |
| Sent: | 10/23/2013 6:17:26 PM |
| To: | Craig S Wright [craig.wright@hotwirepe.com]; ramona.watt@hotwirepe.com |
| Subject: | Director Resignation Letter |
| Attachments: | scan.pdf |

Hi Craig,

As discussed, please find attached my resignation letters as director.

Dianne will also give you a call or email in regards to funds.

Regards

Jamie


--



Jamie Wilson / Managing Director
jamie.wilson@yourdigitalfile.com

Your Digital File
Level 2, 147 Coronation Drive, Milton QLD 4064
P: +61 7 3025 3377
M: +61 416 176 816



This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

23 October 2013

The Directors
Coin-Exch Pty Ltd
43 St Johns Avenue
Gordon  NSW  2072

Dear Craig

I am no longer able to continue as a director of the company and hereby submit my resignation to take effect immediately.

Yours sincerely

Jamie R Wilson

CONFIDENTIAL
DEFAUS_00108905

23 October 2013

The Directors
Hotwire Preemptive Intelligence Pty Ltd
43 St Johns Avenue
Gordon  NSW  2072

Dear Craig and Ramona

I am no longer able to continue as a director of the company and hereby submit my resignation to take effect immediately.

Yours sincerely

Jamie R Wilson

CONFIDENTIAL
DEFAUS_00108906

23 October 2013

The Directors
Interconnected Research Pty Ltd
43 St Johns Avenue
Gordon  NSW  2072

Dear Craig

I am no longer able to continue as a director of the company and hereby submit my resignation to take effect immediately.

Yours sincerely

Jamie R Wilson

CONFIDENTIAL
DEFAUS_00108907

23 October 2013

The Directors
Integyrz Pty Ltd
43 St Johns Avenue
Gordon  NSW  2072

Dear Craig and Ramona

I am no longer able to continue as a director of the company and hereby submit my resignation to take effect immediately.

Yours sincerely

Jamie R Wilson

CONFIDENTIAL