**P-112**
Case No. 9:18-CV-89176-BB

**EXHIBIT**

**DEFAUS516701**

| | |
|---|---|
| **From:** | Craig S Wright [craig@rcjbr.org] |
| **Sent:** | 1/29/2014 9:42:37 AM |
| **To:** | 'Benjamin Wright' [wagonhitch5@yahoo.com] |
| **Subject:** | RE: Intro |

Thanks

**From:** messages-noreply@bounce.linkedin.com [mailto:messages-noreply@bounce.linkedin.com] **On Behalf Of** Benjamin Wright via LinkedIn
**Sent:** Wednesday, 29 January 2014 9:39 AM
**To:** Craig Steven Wright
**Cc:** Benjamin Wright
**Subject:** RE: Intro

# LinkedIn

## INTRODUCTION: YOU HAVE A NEW MESSAGE

**From:** Benjamin Wright
**Date:** January 28, 2014
**Subject** RE: Intro

Craig:

My single contact with Tyler Winklevoss says to you: " I'd say to have Craig email him directly at Tyler@winklevoss.com"

Best regards

--Ben

On 01/28/14 1:21 PM, Craig Steven Wright wrote:
------------------
Worth a try.
The Winklevoss twins are right into Bitcoin. Dave Kleiman and I started mining in 2009. So we have a few things that will interest them. It is a shame Dave died last year before fruition, but all is moving ahead.

On 01/28/14 8:04 AM, Benjamin Wright wrote:
------------------
Craig: I did forward your request for an introduction. But I do not know my direct contact well. Furthermore Tyler Winklevoss (my indirect contact) is a very famous person. So I do not know whether my effort will work.

SANS keeps me alert and engaged! Good to hear from you.

--Ben

On 01/27/14 8:14 PM, Craig Steven Wright wrote:
------------------
Hello Ben
I am trying to get a contact forwarded to Tyler.

Can you forward the linked in request?

Thanks
Craig

PS, been a while, but how are things going at SANS etc?

View this message

Don't want to receive e-mail notifications? Adjust your message settings

This email was intended for Craig Steven Wright (Chief Executive Officer at Hotwire Pre-Emptive Intelligence Group). Learn why we included this. © 2014, LinkedIn Corporation. 2029 Stierlin Ct. Mountain View, CA 94043, USA



DEFAUS_00516702