**P-113**

Case No. 9:18-CV-89176-BB

**From:**       Craig S Wright [/O=MEX05/OU=EXCHANGE ADMINISTRATIVE GROUP
            (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CRAIG.WRIGHT955]
**Sent:**       1/31/2014 9:53:51 AM
**To:**        'Stefan Matthews' [smatthews@bodognation.com]
**Subject:**    What we are doing
**Attachments:**  20140130 HotewirePE Investor Pack 1.6 (all).pptx; 20140130 HotewirePE Investor Pack 1.5 (bank only).pptx

A work in progress, but I thought it would interest you.

------------------------------------------------------

**Dr. Craig S Wright GSE LLM**
**Chief Executive Officer**
**Hotwire Preemptive Intelligence (Group)**
Mobile: + 61.417.683.914
craig.wright@hotwirepe.com





# Hotwire PE Group
## Investment Presentation

CONFIDENTIAL

DEFAUS_00517437



# Hotwire PE

Hotwire PE is a web technologies company. We develop and provide technologies that drive innovation in the banking and finance industries.

Our vision is to create a wiser and wealthier world through our ingenuity

Our mission is to lead the development of technologies that will reinvent the internet, one Bitcoin transaction at a time

(The technology is now ready for Bitcoin and the future.)

CONFIDENTIAL

DEFAUS_00517438

# Bitcoin into a regulated future

Turning Bitcoin into an internationally regulated currency and investment that can be securely and safely transacted by anyone, anytime, anywhere, on any-device.

CONFIDENTIAL

DEFAUS_00517439

## Fact Versus Fiction

- Media is projecting Bitcoin (and crypto-currencies in general) as a "cowboy currency", sensationalizing the dark side of commerce.

  *The joke is … Bitcoin is "pseudo anonymous" rather than "anonymous"; hence, one's illicit activities are recorded in the transaction chain for the entirety of time for the whole world to reveal.*

  *How else would law-enforcement be able to celebrate the capture and shutting down of the Silk Road and other illicit activities.*

  *There is still a million / billion times more illicit activity in the cash economy than there ever will be in Bitcoin … they just won't get caught.*

- Governments and regulatory agencies are just beginning to understand the benefits of a regulated crypto-currency in today's global economy.

  *For the past 9 months, Hotwire PE has been working closely with the Australian Taxation Office (ATO) and AusIndustry developing appropriate means and measures to ensure the establishment of a quality regulated Bitcoin Banking environment.*

DEFAUS_00517440

## Executive Overview

Hotwire PE is creating systems that merge the benefits of traditional banking and finance with payment technologies of the future.

- Unlike traditional systems, our technologies provide micro-payments (via embedding very small amounts of data into the transaction) that will enable new forms of commercial activities.
  - For example; new forms of pay-as-you-go systems that revolutionize the multimedia industry (songs, movies, pay-tv), telecommunications industry (voice call, SMS).
  - Even customer reward schemes can be incorporated into the micro-payment method.

- All of this with a level of security that precludes the loss of data (as seen recently with the Target Credit Card attack); adding a new level of fraud prevention and recovery to simultaneously protect the customer and the merchant.

DEFAUS_00517441

## Financial Opportunity

- Our eBanking platform is designed for 1,000,000 account users and unlimited exchange users.
- Transactional volumes of 1,000 units per month (very small) per user will give revenues of 10,000,000 per month.
- ATM connectivity will increase our national footprint.
- Merchants' ease of access and acceptability will appeal to early adopters.

- Our revenue expectations are 40 to 60 million for the first year, growing to an annualised 3 – 500 million within the first 5 years, and 3 billion within 10 years+
- In perspective, our bank will be among the second tier banks in Australia within 3 years.
- A take-over offering by one of the 4 major banks (Australian Banking Pillars) would be expected within 4-8 years. Earlier if the commercial uptake accelerates. Given the growth in value and public interest in the last year, that could well be the case.

CONFIDENTIAL

## Financial Projections

- **Capital committed to date:**      **80 million +**
  - People, plant & equipment          4 million (500K per month)
  - Software  and external IP          66 million
  - eLearning IP & business planning   10 million

- **Cash to completion**
  - eBanking Denariuz                  15 million

- **Revenue commences**
  - Denariuz from July 1 2014          (1st quarter of Australia's financial year)

- **Additional cash sources**
  The Australian government supports Research & Development and the Commercialisation of R&D outcomes through grants or rebates on money spent. Hotwire PE is a recognised R&D entity with the Government. It has received 1.4 million to date and expects to receive an annual amount of about 10 million.
  - AusIndustry Gov't grants           45% of cash spent on R&D uncapped.
  - Advance findings have been sought for the 2014 – 2016 tax years
  - AusCommerce Gov't grants           45% of Commercialisation phase to 2 million

DEFAUS_00517443

## Executive Summary

This is a tremendous opportunity to participate in truly ground breaking developments in multiple interconnected market segments that are "multi-generational mature" in their current structural lives and ripe for change.

Hotwire is poised to deliver that change with a dynamic and exciting suite of deliverables, scalable by design, to continue to offer growth and renewed vigour in these markets.

CONFIDENTIAL

# Bitcoin is not just a currency

It is a new backbone and commercial foundation for the Internet delivering solutions and enabling the next generation of online systems and services.

CONFIDENTIAL

DEFAUS_00517445

# How do Bitcoins work?

'Miners' create Bitcoins by using computers to solve mathematical algorithms as proof of work to verify and balance Bitcoin ledger transactions

New transactions are pushed to the peer-to-peer (P2P) network, for verification and validation. Once a transaction is verified, it is then recorded on the general ledger of the 'Blockchain'.



Bitcoin exchanges trade between conventional currencies and Bitcoin, offering a way into and out of the market.





**WORLDWIDE, DECENTRALISED PEER-TO-PEER NETWORK**



Users can either download an 'e-Wallet' or use our online e-Wallet website to store and receive Bitcoins. Bitcoins can be transferred from one wallet to another.



Businesses have a QR Code on their website linked to their e-Wallet, so that customers can transact in Bitcoins.

Source: Bitcoin.com

CONFIDENTIAL

DEFAUS_00517446



## The Growth Of Bitcoin

- Ever growing number of businesses and individual users/accept Bitcoins
  - Market Capitalisation 12 billion USD
  - Average daily traded volume is around 40 million USD

DEFAUS_00517447



CONFIDENTIAL

DEFAUS_00517448

# Bitcoin's regulated future is now

The new transactional building blocks of the future are already here.

CONFIDENTIAL

DEFAUS_00517449

## Bitcoin P2P Network … as it is today



- Bitcoin is pseudo anonymous.
- It has a false image that is incorrectly associated with money laundering, buying drugs, buying illegal weapons.

CONFIDENTIAL

## Denariuz Bank and Coin-Exch Trading Platform



**Denariuz Bank**

- Anti Money Laundering System
- Know Your Customer (KYC) system
  - Removing pseudo anonymous

**Coin-Exch Trading Platform**

- Know Your Customer (KYC) system
  - Removing pseudo anonymous

Only trusted transaction between our customers.

Isolating good transactions vs bad transactions.

Progressively cleaning up Bitcoin's public image while making the next step.

CONFIDENTIAL

DEFAUS_00517451

## Increasing Market Share



New trusted ranking technology for pseudo anonymous, looking at multiple sources:

1. Education in our education framework
2. Social and professional ranking via social network
3. Bitcoin transaction history

Bringing in pseudo anonymous customer into our bank and trading platform (Hotwire PE Eco-System), increasing our market share of Bitcoin transactions and customers base.

Completely isolating between good and bad transactions, easy tracking bad transaction.

Cleaning up Bitcoin's public image

CONFIDENTIAL

DEFAUS_00517452



## Hotwire PE (P2P) Eco-System



- Bitcoin bank that facilitates micro-payment
- Bitcoin trading platform to trade anything or any currency.
- Adaptive eLearning framework for university, professional, self-study
- **New trusted ranking technology from multiple sources: education background, transaction history, personal network, professional network**
- Pay-as-you-go system for finite data packet of multimedia (songs, movies, pay-tv, etc)

CONFIDENTIAL

DEFAUS_00517453


Hotwire PE

# Denariuz Bank & Coin-Exch

## Bitcoin Banking and Trading Platform

CONFIDENTIAL

DEFAUS_00517454

## What Next For Denariuz Banking

**Denariuz**
- Australian Financial Service Licence
- Australian Deposit Institution Licence
- Australian Credit Licence

**Bitcoin Banking**
- A Bank that uses Bitcoin as the currency
  - Provide banking service (Saving a/c, ATM / debit card / Bpay / Credit Card* / Loan*)
    - * Subject to obtain relevant licences
- Provide security and guarantor on the Bitcoin in our bank
- Bitcoin Derivative Market
- Provide instant exchange (Bitcoin vs AUD*)
  - * With other currencies to follow.

CONFIDENTIAL

DEFAUS_00517455

## What Next ... By June 2014



**Bitcoin Banking**
- A Bank that uses Bitcoin as the currency
  - Provide banking service (Saving a/c, ATM / debit card / Bpay / Credit Card / Loan)
- Provide security and guarantee on the Bitcoin in our bank

**Bitcoin Market and Exchange**
- Provide instant exchange (Bitcoin vs AUD)

CONFIDENTIAL

DEFAUS_00517456

## What's next … by December 2014



**Bitcoin Banking**
- A Bank that uses Bitcoin as the currency
  - Provide banking service (Saving a/c, ATM / debit card / Bpay / Credit Card / Loan)
- Add other banking products (Insurance & Investment)

**Bitcoin Market and Exchange**
- Provide instant exchange (Bitcoin vs AUD)
- Add Bitcoin derivatives

**Bitcoin Payment and Merchant Gateway**
- Exchange legal contracts on the blockchain, embedded link only (e.g. google doc, Dropbox)

**P2P Exchange**
- Continue to improve the P2P Exchange / Daemon to handle more users, making sure the Bitcoin community is ready for it.

CONFIDENTIAL

DEFAUS_00517457

## What's next ... 2015



**Bitcoin Banking**
- Research and develop new core banking software components for peer-to-peer type of financial services (e.g. Bitcoin P2P Loan)

**Bitcoin Market and Exchange**
- Provide instant exchange (Bitcoin to other currencies)
- Add non-financial products for trading / exchange
- P2P funding services (e.g. kickstart)

**Bitcoin Payment and Merchant Gateway**
- Provide the contract-based transaction system in Bitcoin
- Exchange legal contracts on the blockchain, embedded the documents on the blockchain (e.g. bill of exchange)
- Introduce the first Bitcoin pay-as-you-go system using Bitcoin to multimedia (e.g. songs)

CONFIDENTIAL

DEFAUS_00517458

## What's next … 2016



**Bitcoin Banking**
- Research and integrate pseudo anonymous social network ranking / reference system to banking system

**Bitcoin Payment and Merchant Gateway**
- Extends Bitcoin pay-as-you-go system to multimedia (movies, pay TV etc), website subscription, etc

CONFIDENTIAL

## Micro-Payments

- 1 Bitcoin = 100,000,000 Satoshi's[1]
- Bitcoin technology allows for lower transaction fees, and a fairer payment system
  - Currently merchants charge 1-3% on Credit Card transactions, with the use of Bitcoin would greatly undercut this.
  - Bitcoin solves the issue of lost user account data for payment systems (such as the recent Target Credit Card breach)
- Pay as you go system is embedded into the Bitcoin network
  - Where the user pays for a product or service based on the proportion that they have used thus far

CONFIDENTIAL

DEFAUS_00517460

# Genesis of Bitcoin Banking

Building a Bitcoin Banking and Trading Platform; one block at a time.

CONFIDENTIAL

DEFAUS_00517461

## Where we are today

- Send & receive Bitcoin
- User does not need to download the entire General Ledger
- Secure vault – cold storage
- Send & Receive Bitcoin as Monetary Gifts

CONFIDENTIAL

DEFAUS_00517462



CONFIDENTIAL

DEFAUS_00517463

## 2013 – Initial Architecture

| | | | |
|---|---|---|---|
| Front-End | COIN Website | eRedPacket Website | eRedPacket Mobile Apps |
| Middle Layer | Middle ware | | |
| Back End | REST Server | | Database |
| | Daemon (P2P Exchange) | Mail Server | Secure Vault |

**Highlights**

- More than 100 concurrent users (within 1 seconds accessing the website, send/receive Bitcoin)
- Remove the complexity from users (Private key is not disclosed to user)
- Implement secure Bitcoin vault (cold storage: Lock / Unlock)

CONFIDENTIAL

## 2014 – Bitcoin Banking



- Core banking software (Temenos T24): Rubik is our 3rd Party Service Provider
- Cuscal* is our payment gateway / ATM network provider

CONFIDENTIAL

DEFAUS_00517465

## 2014 – Bitcoin Banking Research



- Anti-Money Laundering measurement for pseudo anonymous payment network
- Capital risk modelling on highly volatile virtual currency for a bank
- Audit system for handling large volumes of Bitcoin address for merchants
- In addition, the traditional ATM network, Credit card network, international transfer only deals with existing currency such as AUD.  A new and novel system for handling these issues in Bitcoin is required to be developed to bring virtual currencies into a reality.

CONFIDENTIAL

## 2014 – Bitcoin Market & Exchange



- Provide real-time market rate Bitcoin / AUD exchange
- Interface with banking (e.g. Broker API)
- Web-based Trading Platform (Front-end)
- Cuscal* for inbound / outbound funds from domestic and international
- Modulus FE Trading Platform Source Code Package
- 24/7, 99.9999999% uptime, < 2 sec

## 2014 – Bitcoin Market & Exchange Research



- Bitcoin is a deflationary virtual currency. We aim to create a fast and stable trading and exchange platform for Bitcoin. This should lead a stable deflationary model.
- Increasing the speed of exchange may create even more volatility on Bitcoin as "hot money" may come in to the market and this needs to be modelled.
- Quantitative study on the effect of deflationary virtual currency on a shorter trading timeframe is underway.
- Methods for stabilizing deflationary virtual currency in a trading platform are being explored.
- Increasing the performance of the P2P exchange will increase the size of the Bitcoin blockchain, which will have a negative effect on the performance of the P2P exchange, as it takes longer to verify new transactions. This is being researched.

CONFIDENTIAL

DEFAUS_00517468



## 2014 – Bitcoin Banking

- Upgrade AFSL
- Offer other banking products (insurance, investment)
- Payment Service Methods

CONFIDENTIAL

DEFAUS_00517469

## 2014 – Bitcoin Market & Exchange



- Bitcoin derivatives and other embedded contracts etc
- Other currencies (Bitcoin vs USD)
- Other financial products etc

CONFIDENTIAL



# Hotwire PE

The Company

CONFIDENTIAL

DEFAUS_00517471

## The Journey So Far

- Conceived in 2011 with US and Australian participants
- Business plan cooked in April 2013
- Established as a company in April - June 2013
- Experienced rapid staff growth
  - 22 Engineers
  - 4  Engineering managers
  - 2  Graphics Designers
  - 3  Researchers & Mathematicians
  - 1  PR Communications
  - 4  IT Personnel
  - 2  Administrative
  - 2  Executive positions
- Implemented robust scalable infrastructure to support current and projected growth with company wide policies and procedures

CONFIDENTIAL



CONFIDENTIAL

DEFAUS_00517473

## Engineering Staff Profile

Our 40+ people are our greatest asset. We have handpicked both experienced and fresh innovative individuals who demonstrate our core values and champion our culture.  Collectively our people have the following combined experience:

| Experience | Years |
|---|---|
| Software Engineering | 367 |
| Project Management | 137 |
| Banking & Finance | 145 |
| Education | 98 |
| Security / Defence | 92 |
| Research & Development | 253 |
| Telecommunications | 165 |
| e-commerce | 64 |

CONFIDENTIAL

DEFAUS_00517474

## Academic Profile

Collectively our 40+ people have the following combined academic history:

| Qualifications | Number |
| --- | --- |
| Ph.D. | 9 |
| Masters | 22 |
| Bachelors | 31 |
| Diplomas | 29 |
| C.P.A. | 1 |

CONFIDENTIAL

DEFAUS_00517475

PRODUCED IN NATIVE FORMAT

DEFAUS_00517476

| Date | Value |
|---|---|
| 1/29/2013 18:15 | 211975335 |
| 1/30/2013 18:15 | 210976165 |
| 1/31/2013 18:15 | 229605306 |
| 2/1/2013 18:15 | 228293932.5 |
| 2/2/2013 18:15 | 226235255 |
| 2/3/2013 18:15 | 221817299 |
| 2/4/2013 18:15 | 225878603.8 |
| 2/5/2013 18:15 | 223178051.3 |
| 2/6/2013 18:15 | 229098885.3 |
| 2/7/2013 18:15 | 237944713.7 |
| 2/8/2013 18:15 | 238028883.7 |
| 2/9/2013 18:15 | 246368612.9 |
| 2/10/2013 18:15 | 252420788.9 |
| 2/11/2013 18:15 | 257324399.2 |
| 2/12/2013 18:15 | 266970014.7 |
| 2/13/2013 18:15 | 273968634.4 |
| 2/14/2013 18:15 | 270329568.6 |
| 2/15/2013 18:15 | 290544495.2 |
| 2/16/2013 18:15 | 292609017.2 |
| 2/17/2013 18:15 | 287860333.5 |
| 2/18/2013 18:15 | 287158534.9 |
| 2/19/2013 18:15 | 300094626.6 |
| 2/20/2013 18:15 | 316889314.2 |
| 2/21/2013 18:15 | 320396184.5 |
| 2/22/2013 18:15 | 328046772 |
| 2/23/2013 18:15 | 318702074.8 |
| 2/24/2013 18:15 | 320904948.1 |
| 2/25/2013 18:15 | 323951547.2 |
| 2/26/2013 18:15 | 332906098.3 |
| 2/27/2013 18:15 | 337008699.4 |
| 2/28/2013 18:15 | 353093121 |
| 3/1/2013 18:15 | 363116382.2 |
| 3/2/2013 18:15 | 370186596.2 |
| 3/3/2013 18:15 | 369432305.6 |

P-113

Case No. 9:18-CV-89176-BB

| Date | Value |
|---|---|
| 3/4/2013 18:15 | 378812200.9 |
| 3/5/2013 18:15 | 418453705.3 |
| 3/6/2013 18:15 | 480480912.8 |
| 3/7/2013 18:15 | 462103231.9 |
| 3/8/2013 18:15 | 461435778.9 |
| 3/9/2013 18:15 | 487576320.6 |
| 3/10/2013 18:15 | 511513881.7 |
| 3/11/2013 18:15 | 511058406.6 |
| 3/12/2013 18:15 | 479296851.2 |
| 3/13/2013 18:15 | 497217892.5 |
| 3/14/2013 18:15 | 514832277.8 |
| 3/15/2013 18:15 | 513318127.2 |
| 3/16/2013 18:15 | 510162938.3 |
| 3/17/2013 18:15 | 515962802.8 |
| 3/18/2013 18:15 | 518406447.9 |
| 3/19/2013 18:15 | 575666576.5 |
| 3/20/2013 18:15 | 654927351.9 |
| 3/21/2013 18:15 | 731448245.9 |
| 3/22/2013 18:15 | 786690809.1 |
| 3/23/2013 18:15 | 714327490.4 |
| 3/24/2013 18:15 | 711717549.8 |
| 3/25/2013 18:15 | 801861057.1 |
| 3/26/2013 18:15 | 838211195.4 |
| 3/27/2013 18:15 | 912037041.4 |
| 3/28/2013 18:15 | 1001910597 |
| 3/29/2013 18:15 | 960851608.2 |
| 3/30/2013 18:15 | 991158148.9 |
| 3/31/2013 18:15 | 1013910291 |
| 4/1/2013 18:15 | 1069717363 |
| 4/2/2013 18:15 | 1149983623 |
| 4/3/2013 18:15 | 1386584158 |
| 4/4/2013 18:15 | 1409910688 |
| 4/5/2013 18:15 | 1498625409 |
| 4/6/2013 18:15 | 1564411365 |

| | |
|---|---|
| 4/7/2013 18:15 | 1662843176 |
| 4/8/2013 18:15 | 1945927029 |
| 4/9/2013 18:15 | 2215281501 |
| 4/10/2013 18:15 | 2614956614 |
| 4/11/2013 18:15 | 1759938203 |
| 4/12/2013 18:15 | 921613672.1 |
| 4/13/2013 18:15 | 1176468499 |
| 4/14/2013 18:15 | 1216378649 |
| 4/15/2013 18:15 | 1216820017 |
| 4/16/2013 18:15 | 1217324833 |
| 4/17/2013 18:15 | 882276768.8 |
| 4/18/2013 18:15 | 1017873474 |
| 4/19/2013 18:15 | 1273001094 |
| 4/20/2013 18:15 | 1324319488 |
| 4/21/2013 18:15 | 1385647659 |
| 4/22/2013 18:15 | 1337110813 |
| 4/23/2013 18:15 | 1439354168 |
| 4/24/2013 18:15 | 1658795412 |
| 4/25/2013 18:15 | 1694111799 |
| 4/26/2013 18:15 | 1497317094 |
| 4/27/2013 18:15 | 1495113813 |
| 4/28/2013 18:15 | 1446945549 |
| 4/29/2013 18:15 | 1556081521 |
| 4/30/2013 18:15 | 1577194480 |
| 5/1/2013 18:15 | 1462798264 |
| 5/2/2013 18:15 | 1221115736 |
| 5/3/2013 18:15 | 1054463489 |
| 5/4/2013 18:15 | 1133463167 |
| 5/5/2013 18:15 | 1256101919 |
| 5/6/2013 18:15 | 1330118841 |
| 5/7/2013 18:15 | 1206244928 |
| 5/8/2013 18:15 | 1243015471 |
| 5/9/2013 18:15 | 1256175529 |
| 5/10/2013 18:15 | 1303726319 |

| | |
|---|---|
| 5/11/2013 18:15 | 1300147146 |
| 5/12/2013 18:15 | 1280026395 |
| 5/13/2013 18:15 | 1297406671 |
| 5/15/2013 18:15 | 1243271232 |
| 5/16/2013 18:15 | 1275639494 |
| 5/17/2013 18:15 | 1332646136 |
| 5/18/2013 18:15 | 1376833748 |
| 5/19/2013 18:15 | 1369368702 |
| 5/20/2013 18:15 | 1363098710 |
| 5/21/2013 18:15 | 1364573346 |
| 5/22/2013 18:15 | 1371073100 |
| 5/23/2013 18:15 | 1391727530 |
| 5/24/2013 18:15 | 1434834292 |
| 5/25/2013 18:15 | 1472926439 |
| 5/26/2013 18:15 | 1489619351 |
| 5/27/2013 18:15 | 1499807604 |
| 5/28/2013 18:15 | 1434607851 |
| 5/29/2013 18:15 | 1445362900 |
| 5/30/2013 18:15 | 1469187101 |
| 5/31/2013 18:15 | 1440471794 |
| 6/1/2013 18:15 | 1439651601 |
| 6/2/2013 18:15 | 1373962681 |
| 6/3/2013 18:15 | 1336793016 |
| 6/4/2013 18:15 | 1364272267 |
| 6/5/2013 18:15 | 1361718405 |
| 6/6/2013 18:15 | 1365130445 |
| 6/7/2013 18:15 | 1285841981 |
| 6/8/2013 18:15 | 1235254378 |
| 6/9/2013 18:15 | 1089612331 |
| 6/10/2013 18:15 | 1162695864 |
| 6/11/2013 18:15 | 1196581530 |
| 6/12/2013 18:15 | 1229401757 |
| 6/13/2013 18:15 | 1227860264 |
| 6/14/2013 18:15 | 1154084964 |

| | |
|---|---|
| 6/15/2013 18:15 | 1135077962 |
| 6/16/2013 18:15 | 1130237647 |
| 6/17/2013 18:15 | 1137452155 |
| 6/18/2013 18:15 | 1199789107 |
| 6/19/2013 18:15 | 1214723883 |
| 6/20/2013 18:15 | 1246476853 |
| 6/21/2013 18:15 | 1255732567 |
| 6/22/2013 18:15 | 1231585850 |
| 6/23/2013 18:15 | 1219307751 |
| 6/24/2013 18:15 | 1179571181 |
| 6/25/2013 18:15 | 1178971745 |
| 6/26/2013 18:15 | 1174979806 |
| 6/27/2013 18:15 | 1169836466 |
| 6/28/2013 18:15 | 1120799624 |
| 6/29/2013 18:15 | 1088744705 |
| 6/30/2013 18:15 | 1089416092 |
| 7/1/2013 18:15 | 1070263399 |
| 7/2/2013 18:15 | 1016339352 |
| 7/3/2013 18:15 | 987937750.9 |
| 7/4/2013 18:15 | 896802075.1 |
| 7/5/2013 18:15 | 843568588.1 |
| 7/6/2013 18:15 | 792187058.1 |
| 7/7/2013 18:15 | 784838139.7 |
| 7/8/2013 18:15 | 863029799.9 |
| 7/9/2013 18:15 | 859843805 |
| 7/10/2013 18:15 | 879212648.1 |
| 7/11/2013 18:15 | 974030147.2 |
| 7/12/2013 18:15 | 1094845895 |
| 7/13/2013 18:15 | 1055000480 |
| 7/14/2013 18:15 | 1096461483 |
| 7/15/2013 18:15 | 1108479832 |
| 7/16/2013 18:15 | 1123465385 |
| 7/17/2013 18:15 | 1119694383 |
| 7/18/2013 18:15 | 1042573142 |

| | |
|---|---|
| 7/19/2013 18:15 | 1036039090 |
| 7/20/2013 18:15 | 1057416310 |
| 7/21/2013 18:15 | 1028339552 |
| 7/22/2013 18:15 | 1038471178 |
| 7/23/2013 18:15 | 1071752581 |
| 7/24/2013 18:15 | 1079111864 |
| 7/25/2013 18:15 | 1092281563 |
| 7/26/2013 18:15 | 1104396536 |
| 7/27/2013 18:15 | 1084944139 |
| 7/28/2013 18:15 | 1107508029 |
| 7/29/2013 18:15 | 1149009321 |
| 7/30/2013 18:15 | 1166486326 |
| 8/1/2013 18:15 | 1217697683 |
| 8/2/2013 18:15 | 1200826694 |
| 8/3/2013 18:15 | 1191760318 |
| 8/4/2013 18:15 | 1200397743 |
| 8/5/2013 18:15 | 1219683396 |
| 8/6/2013 18:15 | 1224838409 |
| 8/7/2013 18:15 | 1219765686 |
| 8/8/2013 18:15 | 1191158431 |
| 8/9/2013 18:15 | 1190765217 |
| 8/11/2013 18:15 | 1193817888 |
| 8/12/2013 18:15 | 1204014121 |
| 8/14/2013 18:15 | 1284713628 |
| 8/15/2013 18:15 | 1288516196 |
| 8/16/2013 18:15 | 1267343105 |
| 8/17/2013 18:15 | 1277027840 |
| 8/18/2013 18:15 | 1308937386 |
| 8/19/2013 18:15 | 1363911363 |
| 8/20/2013 18:15 | 1386080465 |
| 8/21/2013 18:15 | 1411979242 |
| 8/22/2013 18:15 | 1416486516 |
| 8/23/2013 18:15 | 1393533058 |
| 8/24/2013 18:15 | 1377701520 |

| | |
|---|---|
| 8/25/2013 18:15 | 1398083898 |
| 8/26/2013 18:15 | 1411435406 |
| 8/27/2013 18:15 | 1473484205 |
| 8/28/2013 18:15 | 1506436885 |
| 8/30/2013 18:15 | 1564283381 |
| 8/31/2013 18:15 | 1628533433 |
| 9/2/2013 18:15 | 1686709928 |
| 9/3/2013 18:15 | 1683662294 |
| 9/4/2013 18:15 | 1672414020 |
| 9/5/2013 18:15 | 1551980441 |
| 9/6/2013 18:15 | 1533645192 |
| 9/7/2013 18:15 | 1466273403 |
| 9/8/2013 18:15 | 1479663017 |
| 9/9/2013 18:15 | 1500559468 |
| 9/10/2013 18:15 | 1550436327 |
| 9/11/2013 18:15 | 1559776928 |
| 9/12/2013 18:15 | 1639986014 |
| 9/13/2013 18:15 | 1650740102 |
| 9/14/2013 18:15 | 1635828964 |
| 9/15/2013 18:15 | 1603024397 |
| 9/16/2013 18:15 | 1628537727 |
| 9/17/2013 18:15 | 1624132507 |
| 9/18/2013 18:15 | 1636198499 |
| 9/19/2013 18:15 | 1622009802 |
| 9/20/2013 18:15 | 1576826928 |
| 9/21/2013 18:15 | 1569480089 |
| 9/22/2013 18:15 | 1554649552 |
| 9/23/2013 18:15 | 1563771486 |
| 9/24/2013 18:15 | 1565301137 |
| 9/25/2013 18:15 | 1593846027 |
| 9/26/2013 18:15 | 1594901118 |
| 9/27/2013 18:15 | 1614863947 |
| 9/28/2013 18:15 | 1638448359 |
| 9/29/2013 18:15 | 1683782041 |

| | |
|---|---|
| 9/30/2013 18:15 | 1675022237 |
| 10/1/2013 18:15 | 1662703568 |
| 10/2/2013 18:15 | 1506276881 |
| 10/3/2013 18:15 | 1468724630 |
| 10/4/2013 18:15 | 1570228391 |
| 10/5/2013 18:15 | 1615485384 |
| 10/6/2013 18:15 | 1602499220 |
| 10/7/2013 18:15 | 1613435738 |
| 10/8/2013 18:15 | 1609601548 |
| 10/9/2013 18:15 | 1635258063 |
| 10/10/2013 18:15 | 1651898574 |
| 10/11/2013 18:15 | 1657622602 |
| 10/12/2013 18:15 | 1667465320 |
| 10/13/2013 18:15 | 1690848908 |
| 10/14/2013 18:15 | 1763581257 |
| 10/15/2013 18:15 | 1797993048 |
| 10/16/2013 18:15 | 1857486709 |
| 10/17/2013 18:15 | 1813102677 |
| 10/18/2013 18:15 | 1899115430 |
| 10/19/2013 18:15 | 2111213805 |
| 10/20/2013 18:15 | 2148274279 |
| 10/21/2013 18:15 | 2257093431 |
| 10/22/2013 18:15 | 2345388321 |
| 10/23/2013 18:15 | 2477942157 |
| 10/24/2013 18:15 | 2474150627 |
| 10/25/2013 18:15 | 2288763253 |
| 10/26/2013 18:15 | 2275196401 |
| 10/27/2013 18:15 | 2297452394 |
| 10/28/2013 18:15 | 2431428859 |
| 10/29/2013 18:15 | 2483593246 |
| 10/30/2013 18:15 | 2537971761 |
| 10/31/2013 18:15 | 2482547759 |
| 11/1/2013 18:15 | 2531326786 |
| 11/2/2013 18:15 | 2532832822 |

| | |
|---|---|
| 11/3/2013 18:15 | 2564723379 |
| 11/4/2013 18:15 | 2693609554 |
| 11/5/2013 18:15 | 2893935590 |
| 11/6/2013 18:15 | 3058031662 |
| 11/7/2013 18:15 | 3546452304 |
| 11/8/2013 18:15 | 3860447421 |
| 11/9/2013 18:15 | 4387935436 |
| 11/10/2013 18:15 | 3982551333 |
| 11/11/2013 18:15 | 4046044980 |
| 11/12/2013 18:15 | 4490270819 |
| 11/13/2013 18:15 | 4705787223 |
| 11/14/2013 18:15 | 5138527523 |
| 11/15/2013 18:15 | 5230632911 |
| 11/16/2013 18:15 | 5334551233 |
| 11/17/2013 18:15 | 5822995259 |
| 11/18/2013 18:15 | 6935378232 |
| 11/19/2013 18:15 | 8501959535 |
| 11/20/2013 18:15 | 6904462770 |
| 11/21/2013 18:15 | 7792403116 |
| 11/22/2013 18:15 | 8895056178 |
| 11/23/2013 18:15 | 9880734144 |
| 11/24/2013 18:15 | 9704953423 |
| 11/25/2013 18:15 | 9714974866 |
| 11/26/2013 18:15 | 10170514256 |
| 11/27/2013 18:15 | 11672939619 |
| 11/28/2013 18:15 | 13050104075 |
| 11/29/2013 18:15 | 13926189194 |
| 11/30/2013 18:15 | 14464698057 |
| 12/1/2013 18:15 | 13829300521 |
| 12/2/2013 18:15 | 12326035159 |
| 12/3/2013 18:15 | 13321735635 |
| 12/4/2013 18:15 | 14089796853 |
| 12/5/2013 18:15 | 13145384482 |
| 12/6/2013 18:15 | 12562670577 |

| | |
|---|---|
| 12/7/2013 18:15 | 9253363088 |
| 12/8/2013 18:15 | 8760177705 |
| 12/9/2013 18:15 | 10418640958 |
| 12/10/2013 18:15 | 11293037218 |
| 12/11/2013 18:15 | 11824466770 |
| 12/12/2013 18:15 | 10742067332 |
| 12/13/2013 18:15 | 11242920509 |
| 12/14/2013 18:15 | 11010746535 |
| 12/15/2013 18:15 | 10576369799 |
| 12/16/2013 18:15 | 10498467925 |
| 12/17/2013 18:15 | 9006981101 |
| 12/18/2013 18:15 | 7069093106 |
| 12/19/2013 18:15 | 7512453586 |
| 12/20/2013 18:15 | 8777520087 |
| 12/21/2013 18:15 | 8009648924 |
| 12/22/2013 18:15 | 7995585239 |
| 12/23/2013 18:15 | 8031340126 |
| 12/24/2013 18:15 | 8471986340 |
| 12/25/2013 18:15 | 8455451995 |
| 12/26/2013 18:15 | 9100997444 |
| 12/27/2013 18:15 | 9763623685 |
| 12/28/2013 18:15 | 9379590060 |
| 12/29/2013 18:15 | 9146810318 |
| 12/30/2013 18:15 | 9666387417 |
| 12/31/2013 18:15 | 9721713823 |
| 1/1/2014 18:15 | 9827813254 |
| 1/2/2014 18:15 | 9951305494 |
| 1/3/2014 18:15 | 10505024177 |
| 1/4/2014 18:15 | 10848303687 |
| 1/5/2014 18:15 | 11622159695 |
| 1/6/2014 18:15 | 12508288266 |
| 1/7/2014 18:15 | 12259303837 |
| 1/8/2014 18:15 | 11272562028 |
| 1/9/2014 18:15 | 11310449113 |

| | |
|---|---|
| 1/10/2014 18:15 | 11208948626 |
| 1/11/2014 18:15 | 11849752534 |
| 1/12/2014 18:15 | 11913552952 |
| 1/13/2014 18:15 | 11255664607 |
| 1/14/2014 18:15 | 11267508679 |
| 1/15/2014 18:15 | 11584762693 |
| 1/16/2014 18:15 | 11461530894 |
| 1/17/2014 18:15 | 11079994733 |
| 1/18/2014 18:15 | 11021635125 |
| 1/19/2014 18:15 | 11300827869 |
| 1/20/2014 18:15 | 11665558817 |
| 1/21/2014 18:15 | 11798380489 |
| 1/22/2014 18:15 | 11736054821 |
| 1/23/2014 18:15 | 11601456549 |
| 1/24/2014 18:15 | 11337404467 |
| 1/25/2014 18:15 | 11604524881 |
| 1/26/2014 18:15 | 12192082863 |
| 1/27/2014 18:15 | 12212920174 |
| 1/28/2014 18:15 | 11631302888 |
| 1/29/2014 4:15 | 11560967981 |

