| | |
|---|---|
| **From:** | Lou K <lureg8@yahoo.com> |
| **Sent:** | Wednesday, February 14, 2018 4:37 AM |
| **To:** | verifymail20@gmail.com |
| **Subject:** | Fw: Re: Dave |

----- Forwarded Message -----
**From:** Lou K <lureg8@yahoo.com>
**To:** "craig.wright@hotwirepe.com" <craig.wright@hotwirepe.com>
**Sent:** Wednesday, February 12, 2014, 3:34:40 PM EST
**Subject:** Re: Dave

Craig:

After reviewing the information you sent , I want to thank you very much.

My home address is: 5104 Robino Circle, West Palm Beach, Florida 33417

I look forward to any information you can give me about my son DAVID. To me,

he was alway's someone special.     Lou Kleiman


On Tuesday, February 11, 2014 6:23 PM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

> Hello Louis,
> Your son Dave and I are two of the three key people behind Bitcoin:
> https://bitcoin.org/
> http://www.motherjones.com/politics/2013/04/what-is-bitcoin-explained
>
> If you have any of Dave's computer systems, you need to save a file named "wallet.dat". I will explain what this is later. Please understand, I do not seek anything other than to give you information about your son.
>
> Know also that Dave was a key part of an invention that will revolutionise the world:
> http://techcrunch.com/2014/02/10/bitcoin-wins-best-technology-achievement-but-satoshi-doesnt-show/
>
> I will talk to you again soon.
>
> When I can, I will let you know much more of Dave. I will also help you recover what Dave owned.
>
> I will let you know when I am in the USA,
> _____
> **Dr. Craig S Wright GSE LLM**
> **Chief Executive Officer**
> **Hotwire Preemptive Intelligence (Group)**
> Mobile: + 61.417.683.914
> craig.wright@hotwirepe.com

CONFIDENTIAL                                                                                                         KLEIMAN_00008178



2

CONFIDENTIAL

KLEIMAN_00008179