P-120

Case No. 9:18-CV-89176-BB

**From:** Craig Wright [craig@rcjbr.org]
**Sent:** 2/16/2014 1:15:36 PM
**To:** 'Ira K' [clocktime2020@gmail.com]
**Subject:** RE: Re: Dave
**Attachments:** A preamble into aligning Systems engineering and Information security ri....pdf; Safecomp2011.pdf; W&K Info
Defense Research LLC - 08.pdf

If Patrick can do it, that would be good.

I do not know what was going on with Dave at the end and I had no idea he had any troubles financially. He never
shared that and I would have helped him with anything. A year ago, liquidity and other issues made spending Bitcoin
difficult. There are still issues.

Dave owned 50% of a US company that controlled a Belize based trust. I have attached a little more of what we did
together. We had several DHS research programs.

These projects are listed below and the R&D conducted here is a part of these as well:

| | | |
|---|---|---|
| TTA 01 - Software Assurance economic measures | $650,000 | Software assurance through |
| TTA 14 - Software Assurance MarketPlace (SWAMP) Information Security risk markets | $1,200,000 | Software derivative markets & |
| TTA 05 - Secure, Resilient Systems and Networks | $1,800,000 | SCADA Isolation |
| TTA 09 - Cyber Economics | $2,200,000 | Risk Quantification |

These are the types of research projects Dave was involved with.

We used the Dept of Homeland Security and Australian government for base research funding on some of it.

Nobody involved with this wants to ever (even after death be known). The myth is more powerful than all of us
combined. I want Dave's family to know, but please understand, he would not have wanted the world knowing.

I am a moody, grumpy bastard who loved Dave as he was one of the few people who would give me the time of day, let
alone be as much of a friend as he is. When you start looking through all of this, it starts to become more like the Bond
movie.

If the DHS and others had known what we were doing, they would have stopped it early. If others (public) know the DHS
funded the research, it will be a huge problem.

The myth is a part of Dave's legacy.

…
**Dr. Craig Wright** LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA

# RCJBR.org

Tel: + 612 8003 7553  | Mobile: + 61 417 683 914
http://www.rcjbr.org

  

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Sunday, 16 February 2014 5:52 AM
**To:** Craig Wright
**Subject:** Re: Re: Dave

DEFAUS_00112899

Hi Craig,

Thanks for the links.  It certainly appears that you were very close with him.

I apologize if I am asking too many questoins and don't mean to frighten you away with them.  It's just that since hearing this news about Dave it kind of shocked me. Yesterday I was feeling skeptical about the whole story, because it sounds like something out of a James Bond movie.  But after our email exchange and seeing the video you left about him after his passing. I feel that you are genuine and that you guys really did work closely together,  I hope we can chat more sometime about him.  I bet there are many things you know about him that I don't and vice versa.

Anyway, in regards to the password business, for now I think I will store his drives in a safe deposit box until we figure out what to do with them.  Do you think I should let Patrick try to decrypt them or should  I wait for you to send someone? Or perhaps the person you send could cooperate with him in this effort?

Do you know if Dave stored a passord/key anywhere that would requires his identification to retrieve it?  If something like that was the case then I could easily grant the authorization to get it.

Thanks,
Ira




On Sat, Feb 15, 2014 at 1:41 AM, Craig Wright <craig@rcjbr.org> wrote:

Attached -- this is an academic paper Dave and I did.

http://link.springer.com/chapter/10.1007%2F978-3-540-89862-7_21#page-2


We also di the following together:

http://www.amazon.com/Official-CHFI-Study-Guide-312-49/dp/1597491977


More, Dave edited most of my books and papers.


Regards

...

Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914

http://www.rcjbr.org

  

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Saturday, 15 February 2014 5:11 PM
**To:** Craig Wright
**Subject:** Re: Re: Dave

Understandable.

You mentioned that you and Dave co-authored some books and papers together.

Are there any on Amazon or elsewhere that I can read?

On Sat, Feb 15, 2014 at 12:56 AM, Craig Wright <craig@rcjbr.org> wrote:

I will one day. But I cannot yet.

To precarious still.

On 15/02/2014 4:54 pm, "Ira K" <clocktime2020@gmail.com> wrote:

Knowing my brother, if there was more than a thousand dollars in the account he would have sold it.  He didn't like asking people for help, but during the last

few months he borrowed money from both my Dad and Patrick.  That's what leads me to believe there is not much value in the account if any.  Also the fact

that he didn't mention the account to anyone or leave some kind of note about it.  I truly believe there's no treasure to be found there, but if you could provide

some kind of hard proof that he was involved in creating Bitcoin, that would be a nice consolation.  I'm not exactly sure how you can proove it?

On Sat, Feb 15, 2014 at 12:15 AM, Craig Wright <craig@rcjbr.org> wrote:

I know he had a lot. I do not know if he spent them early on when they were not worth much or if he had other ideas

On 15/02/2014 4:08 pm, "Ira K" <clocktime2020@gmail.com> wrote:

I guess what I'm saying is since Dave never took the time to cash the bitcoins in, do you believe their is enough value in

trying to decrypt drives to find the keys?  He was hard up for money and if he didn't cash them in I find it hard to believe

there is anything of worth in his account.



On Fri, Feb 14, 2014 at 11:56 PM, Craig Wright <craig@rcjbr.org> wrote:

Hi Uyen,
Its is Dave's brother.

If you can help him at all. Please do so. I fear Dave may have made things difficult. In any event. Please ensure we cover all we can for Ira.

Its. Uyen works with me.

Craig

---------- Forwarded message ----------
From: "Ira K" <clocktime2020@gmail.com>
Date: 15/02/2014 3:47 pm
Subject: Re: Dave
To: "Craig Wright" <craig@rcjbr.org>
Cc:

Actually that's the only .asc I could find.  Wasn't able to locate other related files.  And the other drive and dongles are encrypted.

I have the feeling that the keys needed will be so encrypted they won't be retrievable.  But hypothetically if Patrick or myself

found one, how would we proceed to access his account?  Patrick mentioned something about an account being located offshore.

Can you tell me what that's all about?  Sorry, I have so many questions.  I still don't understand why Dave didn't cash in

these Bitcoins if they were of any value.  His house was in foreclosure and he certainly could have used the money.

Thanks,

Ira

On Fri, Feb 14, 2014 at 10:51 PM, Craig Wright <craig@rcjbr.org> wrote:

Likely just a PvP public key. But collect all these.

I will get a person to help with more details over there for you soon.

On 15/02/2014 2:45 pm, "Ira K" <clocktime2020@gmail.com> wrote:

I just found one .asc file.  it's labeled sdean12.org.asc


inside it shows "-----BEGIN PGP PUBLIC KEY BLOCK-----"

and then a long list of letters and numbers.


what do you think?

On Fri, Feb 14, 2014 at 10:08 PM, Craig Wright <craig@rcjbr.org> wrote:

Yes.
As small as 1 k

On 15/02/2014 2:05 pm, "Ira K" <clocktime2020@gmail.com> wrote:

Another question...  Could any of these files be stored on floppy disk or CD's?

And do you know approx what size the files could be?


Ira

On Fri, Feb 14, 2014 at 7:48 PM, Craig Wright <craig@rcjbr.org> wrote:

Hi Ira,

Dave and I had completed several papers and books and had a company together.

I cannot say much right now, but yes, Dave was involved with that PDF. He had the vistomail account, I had the gmx one.

The following pages will help.

* http://www.forensicfocus.com/c/aid=54/reviews/2013/internet-evidence-finder-ief/

* http://www.panamacarsrental.com/images/wallet/BackupBitcoin/bitcoin-walletdat-location.php

* http://www.magnetforensics.com/bitcoin-forensics-a-journey-into-the-dark-web/

You will be looking for Private keys and wallet.dat files. Also look for *.wallet and *.asc. If the drives and phones are encrypted, then that will make this difficult to say the least.

Any QR files and images could also help.

Talk more soon,

…

**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914

http://www.rcjbr.org

  

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Saturday, 15 February 2014 3:31 AM

DEFAUS_00112904

**To:** craigswright@acm.org
**Subject:** Dave


Hi Craig,


I am Dave's brother, Ira.


I heard via Patrick that you and my brother worked on some tech projects together.

If what he told me is true I would be very impressed.


As the person in charge of his estate, I have most of his belongings and hard

drives, aside from the few Patrick has.  The drives I have are encrypted so

am not sure yet if they can be decrypted.


Can I ask you if Dave played a part in writing the original PDF under the asian alias?

Any info you can share would be most interesting.  I certainly would not disclose

it to anyone outside our circle.  I have no interest in public attention from it.  I just

think it would be cool to know that David played a part in creating something so incredible.


Sincerely,

Ira

DEFAUS_00112905

DEFAUS_00112906

# A preamble into aligning Systems engineering and Information security risk measures

Craig S Wright

School of Computing and Mathematics
Charles Sturt University
Wagga Wagga, NSW, Australia
crwright@csu.edu.au,

**Abstract.** For many years information security and risk management has been an art rather than a science. This has resulted in the reliance on experts whose methodologies and results can vary widely and which have led to the growth of fear, uncertainty and doubt within the community. At the same time, the failure to be able to effectively expend resources in securing systems has created a misalignment of controls and a waste of scare resources with alternative uses. This paper aims to introduce a number of models and methods that are common in many other areas of systems engineering, but which are only just starting to be used in the determination of information systems risk. This paper introduces the idea of using neural networks of hazard data to reliably model and train risk systems.

**Keywords:** Modeling, Hazard, non-homogeneous Poisson process failure intensity modeling.

## 1   Introduction

For many years information security and risk management has been an art rather than a science. This has been detrimental to the economy as a whole as well as to the operations of many organizations. The result has been a reliance on experts whose methodologies and results can vary widely and which have led to the growth of fear, uncertainty and doubt within the community. Although many true experts do exist who exhibit an insightful vision and ability, for each true expert, many inexperienced technicians and auditors abound.

This failure to be able to effectively expend resources in securing systems has created a misalignment of controls and a waste of scare resources with alternative uses. This paper aims to introduce a number of models and methods that are common in many other areas of systems engineering, but which are only just starting to be used in the determination of information systems risk. These processes can help both the inexperienced security professional as well as adding to the arsenal of tools available to the consummate expert.

Where possible, the standard systems reliability engineering terms have been used in this paper. These formula and methods have been widely used in systems

DEFAUS_00112907

engineering, medicine and numerous other scientific fields for many years. The introduction of these methods into common use within risk and systems audit will allow the creation of more scientific processes that are repeatable and do not rely on the same individual for the delivery of the same results.

## 2    System Survival

When assessing network reliability, it is necessary to model the various access paths and survival times for not only each system, but for each path to the system.   This requires the calculation of the following quantitative fields

- R(t)              The Reliability function
- MTBF            Mean Time Between Failures
- MTTF            Mean Time to Repair/Fix
- $\lambda$                 The expected survival rate [24]



**Fig. 2.1.** In this example we model attacking a series of systems. In this example we have two separate paths into the critical data. An attacker can either use the VPN and bypass the firewall and other defensive controls; or the attacker can chain an attack through multiple systems.

Other measures will be introduced later. The expected survival or failure rate $\lambda$ is used throughout this paper and is detailed further in EQ 3.6 and EQ 3.7. Where possible, the standard systems reliability engineering terms have been used. In the case of a measure such as the MTTF, this represents the time both to discover and recover a compromised system. The true value estimate for the system comes as a measure of the applications on the system, this may be estimated for a less economically expensive (though less accurate) estimate. In this calculation, the compromise measure, MTBF is best thought of as the mean time to the first failure.

DEFAUS_00112908

This can be modelled with redundancy in the design. Here, each system is a parallel addition to the model. Where a system is required to pass another, a serial measure is added. For instance, if an attacker has to:

- bypass system A (the firewall) to
- compromise system B (an authentication server) which allows
- an attack against a number of DMZ servers (C, D and E) where
- systems C and D are connected to the database through
- a secondary firewall (system F) to (Not in figure 2.1)
- the database server G (as displayed in figure 2.1).

The attacker can either attack the system directly through the VPN or by following the attack path indicated by the systems. If the firewall system A restricted the attacker to a number of IP addresses, the attacker may do 1 of a number of things in attacking this system (in order to gain access as if the attacker was one of these IPs):

1. Compromise the input host
2. Spoof an address between the input IP address (such as through a router compromise at an ISP or other system)
3. Compromise the VPN

Other options, such as spoofing an address without acting as a MITM (Man In The Middle) will leave some attacks possible that can not result in a compromise of system G. These could have an economic impact that would be calculated separately. Such an event that can be calculated would be a DDoS (Distributed Denial of Services) attack on the server.

Hence, the effective attack paths are:

- Input, A, B, C, F, G
- Input, A, B,D, F, G
- Input, A, B, E, C, F, G
- Input, A, B, E, D, F, G
- VPN, G

In this instance, it is necessary to calculate conditional probabilities as these paths are not independent. Here the options need to consider first include (the paper will use the term I to define an attack on the Input system and S to refer to a spoofed attack of the input system):

- The conditional probability [1] of compromising system A given a successful spoof attack on the Input system, $P(I \cup A_1) = P(I).P(A_1 \mid I)$ (where $A_1$ refers to an attack on system A using path No. 1, or Input, A, B, C, F, G)
- The conditional probability of attacking system A
- The probability of attacking system G, $P(V \cup G_s) = P(V).P(G_s \mid V)$

Each of the attack paths are able to be treated as independent. Hence, the overall probability of an attack is a sum of the conditional probabilities from each attack path. As a consequence, the attacker will most likely come over the lowest cost path, but the probabilistic result allows for an attack from any path. The high and low probability attack measures are jointly incorporated in the process.

DEFAUS_00112909

Presuming no other paths (such as internal attacks etc) it is feasible to model the alternate probability as not possible (or at least feasible). Here $P_6 = 0 = \in$. Additionally, the probability of an attack over path 5 (the VPN) can be readily calculated without further input as:

$$P_5 = P(V \cap G_5) = P(V).P(G_5 \mid V)$$

Here:

$$P(V) = e^{-\lambda_v t} + \left(-\lambda_v t\right) e^{-\lambda_v t} \quad [3] \text{ and}$$

$$P(G_5) = e^{-\lambda_g t} + \left(-\lambda_g t\right) e^{-\lambda_g t}$$

$$P(G_5 \mid V) = \prod P(G_5)$$

EQ 2.0

Here there exists a single system behind the VPN. Where more than one system exists, it is necessary to calculate the joint probability as is detailed below. In the example, with only a single system:

$$P(G_5 \mid V) = \prod P(G_5) = P(G_5) \times 1$$

$$\therefore P(G_5 \mid V) \rightarrow P(G_5)$$

EQ 2.1

Equation 2.1 holds as the probability of the attacker compromising system G when the VPN has been compromised approaches 1. This is as the attacker has a single target with the VPN and the utility of attacking the VPN and no more is negated as no other systems exist and the VPN offers no other utility for the attacker alone.

The values, $\lambda_V$ and $\lambda_G$ are the expected survival time or the mean time to compromise for the VPN and database respectively as configured and $t$ is the amount of time that has passed from install and represents the current survival time of the system [16].

Here:

$$P_5 = P(V \cap G_5) = P(V).P(G_5 \mid V)$$

$$P(G_5 \mid V) =$$

$$= e^{-(\lambda_G + \lambda_V)t} - \left(\lambda_G + \lambda_V\right) t e^{-(\lambda_G + \lambda_V)t}$$

EQ 2.2

On the other hand, the probability of compromise to system I is based on the number of systems and as $n_I \rightarrow \infty, P(I) \rightarrow 1$. Basically, as more systems are allowed to connect to system A, the closer the probability of compromise tends towards a value of P=1. That is, as the systems available to be compromised increase, the probability of compromise approaches certainty. This is generalised as each addition to the system adds a positive probability of compromise when added to an existing system [3].This occurs as no system can be shown to have a probability of compromise P=0. Hence, for each additional component added into the system, the chance of compromise approaches P=1 (where it is finally reached at n=∞).

Where there are only a limited number of systems, the probability can be computed as a sum of the systems. Where there are a large number of systems with equivalent (or at least similar) properties, these can be calculated through the sum of the systems.

DEFAUS_00112910

If in the above example, system E is replaced with a series of systems (each with the same configuration) it is possible to calculate the probability of a compromise of one of the "E" systems as follows:

$$P(E) = R(E) = 1 - \prod_{i=1}^{n} \left[ 1 - P\left( E_i \right) \right]$$

EQ 2.3

Here, P(E) is a multiplicative and not additive function. As such, if system "E" is defined as a DNS server with a single BIND service and SSH for management of the host, an attacker has two means to compromising the system;

- Attack SSH
- Attack BIND

The probability can be considered as independent in this case if there are no restrictions. In the example, DNS is an open service, that is, P(I)=1. The SSH service may or may not be open and could be restricted. If this is the case 0<P(I)<1. In the simple case where no restrictions have been imposed on SSH, the probability can be calculated as a standard independent probability formula. This is:

$$P(SSH) = e^{-\lambda_{SSH}t} + \left( -\lambda_{SSH}t \right) e^{-\lambda_{SSH}t}$$

$$P(DNS) = e^{-\lambda_{DNS}t} + \left( -\lambda_{DNS}t \right) e^{-\lambda_{DNS}t}$$

$$P(E) = 1 - P(SSH).P(DNS)$$

$$\therefore P(E) = 1 - \left[ e^{-(\lambda_{DNS} + \lambda_{SSH})t} + \left( \lambda_{DNS}\lambda_{SSH} \right) t^2 e^{-(\lambda_{DNS} + \lambda_{SSH})t} + e^{-\lambda_{SSH}t} \left( -\lambda_{DNS}t \right) e^{-\lambda_{DNS}t} + e^{-\lambda_{DNS}t} \left( -\lambda_{SSH}t \right) e^{-\lambda_{SSH}t} \right]$$

$$P(E) = 1 - \left[ e^{-(\lambda_{SSH} + \lambda_{DNS})t} + \left( \lambda_{DNS}\lambda_{SSH} \right) t^2 e^{-(\lambda_{SSH} + \lambda_{DNS})t} - \left( \lambda_{DNS}t \right) e^{-(\lambda_{SSH} + \lambda_{DNS})t} - \left( \lambda_{SSH}t \right) e^{-(\lambda_{SSH} + \lambda_{DNS})t} \right]$$

$$P(E) = 1 - \left[ e^{-(\lambda_{SSH} + \lambda_{DNS})t} + \left( \lambda_{DNS}\lambda_{SSH} \right) t^2 e^{-(\lambda_{SSH} + \lambda_{DNS})t} - \left( \lambda_{DNS} - \lambda_{SSH} \right) t e^{-(\lambda_{SSH} + \lambda_{DNS})t} \right]$$

EQ 2.4

The complication comes where one of the services has been restricted as a further control. This is a combination of the probability of compromising the restrictions on the service (that is spoofing or otherwise bypassing IP address controls) and the compromise of the service itself. This can be represented by:

$$P(SSH) = \left[ e^{-\lambda_{SSH}t} + \left( -\lambda_{SSH}t \right) e^{-\lambda_{SSH}t} \right].P(I)$$

$$\therefore P(SSH) = \left[ e^{-\lambda_{SSH}t} + \left( -\lambda_{SSH}t \right) e^{-\lambda_{SSH}t} \right].\left( 1 - \prod_{i=1}^{n} \left[ 1 - P\left( I_i \right) \right] \right)$$

$$= \left[ e^{-\lambda_{SSH}t} + \left( -\lambda_{SSH}t \right) e^{-\lambda_{SSH}t} \right] - \left( \prod_{i=1}^{n} \left[ 1 - P\left( I_i \right) \right] \right).\left[ e^{-\lambda_{SSH}t} + \left( -\lambda_{SSH}t \right) e^{-\lambda_{SSH}t} \right]$$

In this case, there exists a probability $P(I) = 1 - \prod_{i=1}^{n} \left[ 1 - P\left( I_i \right) \right]$ where the allowed source systems (I) are limited to a total of "n" IP addresses (or keys). The probability $P\left( I_i \right)$ of any source system being compromised will vary, but may be estimated based on the type and location of each system. As more systems are added

DEFAUS_00112911

into the equation, the polynomial equation becomes more complex. In the event that similar systems are also accessing this, these can be calculated and the equation simplified.

For example, if two (2) classes of systems exist (Linux and Windows Vista) that comprise the set of systems $I_i$ for a total of 4 systems (2x Windows and 2x Linux) these can be defined using:

$$P(I_1) \simeq P(I_2) = e^{-\lambda_{Win}t} + \left(-\lambda_{Win}t\right)e^{-\lambda_{Win}t}$$

$$\&$$

$$P(I_3) \simeq P(I_4) = e^{-\lambda_{Linux}t} + \left(-\lambda_{Linux}t\right)e^{-\lambda_{Linux}t}$$

In the case where $P(I_1) \simeq P(I_2) = 0.25$ and $P(I_3) \simeq P(I_4) = 0.2$ due to the system configurations and patch status, it is possible to calculate P(I):

$$P(I) = \left(1 - \prod_{i=1}^{n}\left[1 - P\left(I_i\right)\right]\right)$$

$$= 1 - \left[(1-0.25)^2 . (1-0.2)^2\right]$$

$$= 1 - \left[(0.75)^2 . (0.8)^2\right] = 1 - \left[0.5625 \times 0.64\right] = 1 - 0.36$$

$$= 0.64 \qquad\qquad\qquad \text{EQ 2.5}$$

In this case, the probability of a compromise due to SSH would become:

$$P(SSH) = \left[e^{-\lambda_{SSH}t} + \left(-\lambda_{SSH}t\right)e^{-\lambda_{SSH}t}\right].P(I)$$

$$= 0.64\left[e^{-\lambda_{SSH}t} + \left(-\lambda_{SSH}t\right)e^{-\lambda_{SSH}t}\right] \qquad\qquad \text{EQ 2.6}$$

With the details from the example at 2.2, it is possible to calculate the survival function for system E:

$$P(E) = 1 - 0.64\left[P(SSH).P(DNS)\right]$$

$$\therefore P(E) = 1 - 0.64\left[e^{-\left(\lambda_{SSH}+\lambda_{DNS}\right)t} + \left(\lambda_{DNS}\lambda_{SSH}\right)t^2 e^{-\left(\lambda_{SSH}+\lambda_{DNS}\right)t} - \left(\lambda_{DNS}-\lambda_{SSH}\right)t e^{-\left(\lambda_{SSH}+\lambda_{DNS}\right)t}\right]$$

$$\text{EQ 2.7}$$

Thus, there exists a method to calculate the probability of each system as well as the conditional probability of that system.

The addition of a device (such as an IDS) changes or otherwise impacts $t$ and adds additional complexity to the calculations. An IDS for instance can limit the value of $t$ through a probabilistic feedback process. The more effective the IDS is, the quicker an attack or other incident will be intercepted. In this instance, $t$ becomes a probabilistic function based on how effective the IDS itself is. This becomes a combination of the following factors:

- The inherent accuracy of the IDS (which is a trade-off between TYPE I and TYPE II errors [22] and it is a cost function in itself)
- The missed detection rate (even where an incident is noted, the analyst may miss the detection. As more false negatives are seen, the missed detection

DEFAUS_00112912

rate increases (Ikeda, & Watanabe, 1962). As a result, increasing false negatives to capture all possible attacks ends in a limit where the IDS is no longer effective).

A Type I error is often denoted as a *"false positive"*. This involves incorrectly rejecting the null hypothesis in favor of the alternative. Where an IDS is involved, a false positive would involve detecting and alerting on an event that did not actually happen to be an incident or attack. A Type II error is the opposite of a Type I error. A Type II error in an IDS system involves the false acceptance of the null hypothesis and is commonly referred to as a *"false negative"*. It would imply that the packet or traffic is not an attack and is safe when it is in fact malicious or otherwise dangerous.

The IDS forms a cost function as the increase in reporting results in a greater number of false positives that need to be investigated. In limiting the false positives, the likelihood of missing an incident of note also increases. Each validation of a false positive takes time and requires interaction from an analyst. Hence the tuning of an IDS is balanced on maximizing the detection against cost.

In the event that the IDS does not detect the attack, the function mirrors that of the system without the IDS in effectiveness. Note that the cost of the system with the IDS is greater than the system without IDS. As a result, the addition of IDS is a limiting function. An increase in cost adds to the power of the IDS. This is, more analyst time and more detection capability lowers the false negative and false positive rate through an increase in cost. Each IDS system has an expected TYPE I and TYPE II error rate that will vary as the system is tuned to a particular environment. The result of this is an individualistic function for the organisation that can only be generally approximated for other organisation (even when the same IDS product is deployed).

For a given probability of survival, it is possible to calculate the expected survival time (t) of the system. This process becomes computationally infeasible in large systems with numerous inputs. For instance, on system E (as defined in EQ 2.3) it is feasible to rearrange the equation of the expected probability of system E being compromised. For instance, if a calculation of the expected function of survival time for a set survival probability P is desired, rearrange the equations in EQ 2.3 as follows.

$$P(E) = 1 - 0.64 \left[ e^{-(\lambda_{SSH} + \lambda_{DNS})t} + \left( \lambda_{DNS} \lambda_{SSH} \right) t^2 e^{-(\lambda_{SSH} + \lambda_{DNS})t} - \left( \lambda_{DNS} - \lambda_{SSH} \right) t e^{-(\lambda_{SSH} + \lambda_{DNS})t} \right]$$

$$\therefore if\ P = 0.99, \quad 0.99 = 1 - 0.64 \left[ e^{-(\lambda_{SSH} + \lambda_{DNS})t} + \left( \lambda_{DNS} \lambda_{SSH} \right) t^2 e^{-(\lambda_{SSH} + \lambda_{DNS})t} - \left( \lambda_{DNS} - \lambda_{SSH} \right) t e^{-(\lambda_{SSH} + \lambda_{DNS})t} \right]$$

$$or \quad e^{-(\lambda_{SSH} + \lambda_{DNS})t} + \left( \lambda_{DNS} \lambda_{SSH} \right) t^2 e^{-(\lambda_{SSH} + \lambda_{DNS})t} - \left( \lambda_{DNS} - \lambda_{SSH} \right) t e^{-(\lambda_{SSH} + \lambda_{DNS})t} = 0.0015625$$

$$\ln(e^{-(\lambda_{SSH} + \lambda_{DNS})t} + \left( \lambda_{DNS} \lambda_{SSH} \right) t^2 e^{-(\lambda_{SSH} + \lambda_{DNS})t} - \left( \lambda_{DNS} - \lambda_{SSH} \right) t e^{-(\lambda_{SSH} + \lambda_{DNS})t}) = -6.4615$$

$$EQ\ 2.8$$

This result is in the form of:
$$At + B \ln(t) = C$$

From EQ 2.8 it is clearly seen that as $t \to \infty$ $[t + \ln(t)] \xrightarrow{t \to \infty} t$. From these equations, as long as $t$ is large, an approximation can be deployed to obtain a lower

DEFAUS_00112913

limit estimate of $At + B\ln(t) = C$ as $At \approx C$. As such an approximate for the lower limit of time for system E's survival is defined as:

$$t = \frac{6.4615 + \ln\left(\lambda_{DNS} + \lambda_{SSH}\right)}{2\left(\lambda_{SSH} + \lambda_{DNS}\right)}$$

EQ 2.9

In EQ 2.4, it is demonstrated that the lower the value of t, the greater the error. Measuring "$t$" in seconds and substituting normal system values of $\lambda$ allows for the use of Monte Carlo simulations to approximate the expected value of $t$.

For simplicity, let R represent reliability and Q the unreliability (hence, 1-R=Q).

For each application, a possibility exists to use Bayes' theorem to model the number of vulnerabilities and the associated risk. A mathematical introduction to Bayes' Theorem is available online from Weisstein [26] and in more detail from Joyce [17]. For open ports, the person evaluating risk can use the expected reliability of the software together with the expected risk of each individual vulnerability to model the expected risk of the application. For instance, it is conceivable to model $P(SSH)$ using this method.

$$P(A|B) = \frac{P(A \cap B)}{P(B)}$$

EQ 2.10

alternatively;

$$P(A \cap B) = P(B)P(A|B) = P(A)P(B|A)$$

Over time, as vulnerabilities are uncovered and fixed (assuming that new vulnerabilities have not been introduced), fewer issues will remain. Hence, the confidence in the software product increases. This also means that mathematical observations can be used to produce better estimates of the number of software vulnerabilities as more are uncovered.

It is thus possible to observe the time that elapses [11] since the last discovery of a vulnerability. This value is dependent upon the number of vulnerabilities in the system and the number of users of the software. The more vulnerabilities, the faster the discovery rate of bugs. Likewise, the more users of the software, the faster the existing vulnerabilities are found (through both formal and adverse discovery).

## 2.1 Mapping Vulnerabilities within software

Now let $E$ stand for the event where a vulnerability is discovered within the Times $T$ and $T+h$ for n vulnerabilities in the software

$$P(E|n) = \int_{T}^{T+h} n\alpha e^{-n\alpha t}\,dt \approx n\alpha e^{-n\alpha T}h$$

Where a vulnerability is discovered between time $T$ and $T+h$ use Bayes' Theorem to compute the probability that $n$ bugs exist in the software:

$$P(n_{vulnerabilities} \mid E) = \frac{ne^{-(n\alpha T + \beta)} \dfrac{\beta^{n}}{n!}}{\sum_{n=0}^{\infty} \left[ ne^{-(n\alpha T + \beta)} \dfrac{\beta^{n}}{n!} \right]}$$

EQ 2.11

From this it can be seen that:

$$P(n_{vulnerabilities} \mid E) = \frac{\dfrac{\left(\beta e^{-\alpha T}\right)^{n-1}}{(n-1)!}}{\sum_{n=0}^{\infty} \left[ \dfrac{\left(\beta e^{-\alpha T}\right)^{n-1}}{(n-1)!} \right]}$$

EQ 2.12

EQ 2.12 will apply for all versions of software [29]. As patches and updates are applied to the software, existing vulnerabilities will be rectified and removed, but new flaws related to how many new lines of code have been added in the patching process will be introduced and will also need to be calculated.

By summing the denominator it can understood that in observing a vulnerability at time T after the release and the decay constant for defect discovery is $\alpha$, then the conditional distribution for the number of defects remaining is a Poisson distribution with expected number of defects $\beta e^{-\alpha T}$.

Hence:

$$P_{\beta e^{-\alpha T}}\left(n\right) = e^{\beta e^{-\alpha T}} \frac{\left(\beta e^{-\alpha T}\right)^{n}}{n!}$$

EQ 2.13

This can be extended to create a method to calculate the expected failure of a system based on the interaction of multiple software products.


## 3   Exponential Failure

The reliability function (also called the survival function) represents the probability that a system will survive a specified time $t$. Reliability is expressed as either MTBF (Mean time between failures) or MTTF (Mean time to failure). The choice of terms is related to the system being analysed. In the case of system security, it relates to the time that the system can be expected to survive when exposed to attack. This function is hence defined as:

$R(t) = 1 - F(t)$ EQ 3.1

The function F(t) in EQ 3.1 is the probability that the system will fail within the time 't'. As such, this function is the failure distribution function (also called the unreliability function). The randomly distributed expected life of the system 't' can be represented by a density function, $f(t)$ and thus the reliability function R(t) can be expressed as:

DEFAUS_00112915

$$R(t) = 1 - F(t) = \int_{t}^{\infty} f(t)dt$$

EQ 3.2

The time to failure of a system under attack can be expressed as an exponential density function:

$$f(t) = \frac{e^{-t/\theta}}{\theta}$$

EQ 3.3

where $\theta$ is the mean survival time of the system when in the hostile environment and t is the time of interest (the time that the user wishes to evaluate the survival of the system over). Together, the reliability function, R(t) can be expressed as:

$$R(t) = \int_{t}^{\infty} \frac{e^{-t/\theta}}{\theta} dt = e^{-t/\theta}$$

EQ 3.4

The mean ($\theta$) or expected life of the system under hostile conditions can hence be expressed as:

$$R(t) = \int_{t}^{\infty} e^{-t/M} dt = e^{-t\lambda}$$

EQ 3.5

Where M is the MTBF of the system or component under test and $\lambda$ is the instantaneous failure rate [4] where Mean life and failure rate are related by the formula:

$$\lambda = \frac{1}{\theta}$$

EQ 3.6

The failure rate for a specific time interval can also be expressed as:

$$\lambda = \frac{\#Failures}{\sum Operating \quad Hours}$$

EQ 3.7

Failure rates are generally expressed in terms of failures per hour, percentage of failures per each 1,000 hours or the rate of failures per million hours. For instance, if a system has a 90 day patch cycle (the total mission time) and that the total number of software failures in that time is expected to be (or is later measured to be) 6 vulnerabilities, it is conceivable to calculate the failure rate per hour as:

$$\lambda = \frac{6}{90 \times 24} = \frac{6}{2,160} = 0.002778$$

EQ 3.8

In the case of an exponential distribution for the system mean survival under attack, the MTBF can be defined as:

$$MTBF = \frac{1}{\lambda} = \frac{1}{0.002778} = 360 hours$$

EQ 3.9

Hence, it is expected the system to survive 15 days before a vulnerability is discovered. This does not return when a system will actually be exploited, simply the expected probabilistic time that can be used to project and plan future expenditure.

DEFAUS_00112916

## 4    Automating the process

The main advantage to a systems engineering approach is the ease with which it can be automated. The various inputs and formula noted throughout this paper can become inputs into a neural network algorithm (Fig. 4.1). Equation (2.1) could be modeled in three layers (Fig 4.2).

Here, an input layer with one neuron for each Input (system or application) could be used to map for IP Options, Malware and Buffer overflow conditions, selected attacks etc. The system of perceptrons would be processed using a hidden neuron layer in which each neuron represents combinations of inputs and calculates a response based on current data coupled with expected future data, a prior data and external systems data. Data processed at this level would feed into an output layer. The result of the neural network would supply the output as an economic risk function.

In this way, a risk function can be created that not only calculates data based on existing and known variables [12], but also updates automatically using external sources and trends. Many external sources (http://www.dshield.org) have become available in recent years that provide external trending and correlation points. Unfortunately, most of these services have clipped data as the determination of an attack is generally unclear and takes time to diagnose where much otherwise useful data is lost. When monitoring the operation of a system or the actions of uses, thresholds are characteristically defined above or below which alerting, alarms, and exceptions are not reported.   This range of activity is regarded as baseline or routine activity.



**Fig 4.1**       A depiction of a Multi-Layer layer topology neural network

Multi-Layer layer topology neural networks can be used to accept data from risk models and automatically update the risk profile of an organization. In modeling risk, each application and system can be modeled using a perceptron.

DEFAUS_00112917



**Fig 4.2**                    Inputs being fed into a perceptron.

The perceptron is the computational workhorse in this system. In this it is reasonable to model the selected risk factors for the system and calculate a base risk that is trained and updated over time. The data from multiple organizations can be fed into a central system [18] that can be distributed to all users. This could be integrated and sold as a product enhancement by existing vendors or independent third parties could maintain external datasets.

$$v_{i,j} = f\left( \sum_{k=0}^{n} w_{i,j,k} \cdot x_k \right)$$

EQ 4.1

EQ 4.1 defines the input variables as,

- $x_1 \ldots x_n$ are the inputs of the neuron,
- $w_{i,j,0} \ldots w_{i,j,n}$ are the weights,
- $f$ is a non-linear activation function,
- hyperbolic tangent (tanh),
- $v_{i,j}$ is the output of the neuron.

A large vendor such as Microsoft could create an implementation model. In place of offering stale recommended security settings (such as currently occurs with Microsoft's MBSA), the risk application could automatically collect data from user systems on patch levels and group policy configurations and utilize these in order to calculate and report on an estimated level of risk and an expected survival time for the system in a number of different scenarios. For instance a notebook computer could have a set of risks. This would include the risk when connected to the corporate network, when connected to a wireless hotspot etc.

The training of the network would require the determination of the correct weights for each neuron. This is possible in selected systems, but a far larger effort would be required to enable this process for more generalized deployment. The data needed for such an effort already exists in projects such as DShield, the Honeynet Project and in many similar endeavors. The question is whether there truly exists a will as a community to move from an art to a science.

## 5   Conclusion

The equations presented in this paper allow organizations to compare the deployed risk strategies against both their own historical data and that of third parties. In this manner, strategy can be formulated in order to optimize audits and system reviews in a manner that detects an incident in the most economical manner. Projects are all risk derived exercises and if our profession can better manage and calculate risk, society will benefit.

Modeling the failure rate of systems and the propagation rate of an attack, allows us to calculate an expected number of hosts that are anticipated to have been compromised in the time between an audit given a specified survival function or threat. Past data and comparisons from similar systems (such as survival data from http://www.dshield.org/reports.html) allow for the modeling of alternative systems where a reported number of events have been reported against those deployed.

Dependence, variation, randomness, and frailty add to the risk toolset of multivariate failure event analysis. Using frailty theory to model information system risk allows us to better predict risk and to more effectively allocate scarce resources through selecting the most economically viable targets to defend as well as choosing the optimal detection strategies. The properties of censoring-handling and frailty modeling have turned multivariate survival analysis into an exceptional tool for the determination of system risk.

For decades, information security practitioners have engaged in qualitatively derived risk practices due to the lack of a scientifically valid quantitative risk model. This has led to both a misallocation of valuable resources with alternative uses and a corresponding decrease in the levels of protection for many systems. Using a combination of modern scientific approaches and the advanced data mining techniques that are now available provides the technologies and data to create a new approach to information systems risk and security.

The optimal distribution of economic resources across information system risk allocations can only lead to a combination of more secure systems for a lower overall cost. The reality is that, like all safety as an issue, information security is based on a set of competing trade-offs between economic constraints. The goals of any economically based quantitative process are to minimize cost and risk through the appropriate allocation of capital expenditure. To do this, the correct assignment of economic and legal liability to the parties best able to manage the risk (this is the lowest cost insurer) is essential and needs to be assessed. This will allow insurance firms to develop expert systems that can calculate risk management figures that can be associated with information risk. This will allow for the correct attribution of information security insurance products that can be provided businesses generally.

Externality or the quantitative and qualitative effects on parties that are affected by, but who are not directly involved in a transaction is likewise seldom quantified, but is an integral component of any risk strategy. The costs (negative) or benefits (positive) that apply to third parties are an oft overlooked feature of economics and risk calculations. For instance, network externality (a positive effect that can be related to Metcalfe's law; value of a network = 2 times the network's number of users) attributes positive costs to most organizations with little associated costs to themselves. In these calculations, the time-to-market and first-mover advantages are

DEFAUS_00112319

critical components of the overall economic function with security playing both positive and negative roles at all stages of the process.

The processes that can enable the creation and release of actuarially sound threat risk models that incorporate heterogeneous tendencies in variance across multidimensional determinants while maintaining parsimony already exist in rudimentary form. Extending these though a combination of Heteroscedastic predictors (GARCH/ARIMA etc) coupled with non-parametric survival models will make these tools more robust. Effort needs to be expended in the creation of models where the underlying hazard rate (rather than survival time) is a function of the independent variables (covariates). Cox's Proportional Hazard Model with Time-Dependent Covariates would be a starting point, with a number of non-parametric methods available where cost allows.

As we move further into the 21st century, it is time we as a profession started to model risk as a scientific process and move away from the art based cottage industry that exists right now. This paper has presented a number of methods that can be used to gauge the expected failure events in a system of computer hosts.

## References

1.  Annis, C. (2010) "Joint, Marginal, and Conditional Distributions" Retrieved October 11, 2011, from http://www.statisticalengineering.com/joint_marginal_conditional.htm
2.  Benveniste, A. and Jacod, J. (1973). Systèmes de Lévy des processus de Markov. *Invent. Math.* **21** 183--198. Mathematical Reviews
3.  Blanchard, B. and Fabrycky, W. (2006) "Systems Engineering and Analysis", 4th Ed. Prentice Hall International Series in Industrial and Systems Engineering, USA
4.  Brémaud, P. (1981). *Point Processes and Queues: Martingale Dynamics.* Springer, New York. Mathematical Reviews
5.  Chakrabarty, A. and Guo, X. (2007). A note on optimal stopping times with filtration expansion. Preprint, Univ. California, Berkeley.
6.  Corcuera, J. M., Imkeller, P., Kohatsu-Higa, A. and Nualart, D. (2004). Additional utility of insiders with imperfect dynamic information. *Finance and Stochastics* **8** 437--450.
7.  Dellacherie, C. and Meyer, P. A. (1982). *Probabilities and Potential. B.* North-Holland, Amsterdam.
8.  Dempster, A.P. and Laird, N.M. and Rubin, D.B. (1977).Maximum likelihood from incomplete data via the EM algorithm. Journal of the Royal Statistical Society, B39.
9.  Elliott, R. J., Jeanblanc, M. and Yor, M. (2000). On models of default risk. *Math. Finance* **10** 179--195.
10. Grandell, J. (1991) "Aspects of Risk Theory". Springer, New York
11. Guo, X., Jarrow, R. and Zeng, Y. (2005). Modeling the recovery rate in a reduced form model. Preprint, Cornell Univ.
12. He, S. W., Wang, J. G. and Yan, J. A. (1992). *Semimartingale Theory and Stochastic Calculus.* Science Press, Beijing.
13. Ikeda, N. and Watanabe, S. (1962). On some relations between the harmonic measure and the Lévy measure for a certain class of Markov processes. *J. Math. Kyoto Univ.* **2** 79--95.
14. *Internet Storm Center StormCast. Retrieved October 11, 2011, from* http://www.dshield.org

DEFAUS_00112920

15.  Jacod, J. (1975). Multivariate point processes: Predictable projection, Radon--Nikodým derivatives, representation of martingales. *Z. Wahrsch. Verw. Gebiete* **31** 235--253.
16.  Jeanblanc, M. and Valchev, S. (2005). Partial information and hazard process. *Int. J. Theor. Appl. Finance* **8** 807--838.
17.  Joyce, James, (2008) "Bayes' Theorem", *The Stanford Encyclopedia of Philosophy (Fall 2008 Edition)*, Edward N. Zalta (ed.), *Retrieved October 11, 2011,* from http://plato.stanford.edu/archives/fall2008/entries/bayes-theorem
18.  Kay, R. (1977), "Proportional Hazard Regression Models and the Analysis of Censored Survival Data"  *Journal of the Royal Statistical Society. Series C (Applied Statistics),* Vol. 26, No. 3 pp. 227-237 Blackwell Publishing.
19.  Marti, K. (2008) "Computation of probabilities of survival/failure of technical, economic systems/structures by means of piecewise linearization of the performance function",Structural and Multidisciplinary Optimization, Vol35/3, Pp 225 - 244.
20.  Newman, M.E.J., Strogatz, S.H., and Watts, D.J. (2001) "Random graphs with arbitrary degree distributions and their applications". Phys. Rev. E 64. paper 026118
21.  Revuz, D. and Yor, M. (1999). *Continuous Martingale and Brownian Motion,* 3rd ed. Springer, Berlin.
22.  Rogers, T. (1996) *"Type I and Type II Errors - Making Mistakes in the Justice System" Retrieved October 11, 2011, from* http://www.intuitor.com/statistics/T1T2Errors.html
23.  *Survival/Failure Time Analysis.* Retrieved October 11, 2011,from http://www.statsoft.com/textbook/survival-failure-time-analysis
24.  Therneau, T.; Sicks, J.; Bergstral, E. and Offord, J. (1994) "Expected Survival based on Hazard Rates", Technical Report No. 52, Mayo Foundation, *Retrieved October 11, 2011, from* http://mayoresearch.mayo.edu/biostat/upload/52.pdf
25.  Thomson, I. (2007) *"Google warns of web malware epidemic" Retrieved October 11, 2011, from* http://www.securecomputing.net.au/News/81027,google-warns-of-web-malware-epidemic.aspx
26.  Weisstein, Eric W. *"Bayes' Theorem" Retrieved October 11, 2011* from MathWorld--A Wolfram Web Resource. http://mathworld.wolfram.com/BayesTheorem.html
27.  Woller, J (1996) "The Basics of Monte Carlo Simulations" *Retrieved October 11, 2011,* from   http://www.chem.unl.edu/zeng/joy/mclab/mcintro.html
28.  Wright, C. (2007) *"The IT Regulatory and Standards Compliance Handbook: How to Survive Information Systems Audit and Assessments"* Syngress
29.  Wright, C. & Zia, T. (2011)"A Quantitative Analysis into the Economics of Correcting Software Bugs" CISIS Spain
30.  Zhu, H; Zhang, Y; Huo, Q & Greenwood, S; (2002)"Application of Hazard Analysis to Software Quality Modelling" Computer Software and Applications Conference, Annual International, p. 139, 26th Annual International Computer Software and Applications Conference

# Of Black Swans, Platypii and Bunyips. The outlier and normal incident in risk management. (academic track)

**Abstract.** To act rationally requires that we forecast the future with inadequate information using the past as a guide for all its flaws. We make decisions in the absence of knowledge. We state that black swans and bunyips do not exist. From time to time, we find that we have decided in error and black swans are found. However, for every black swan, there is a unicorn, dragon and Bunyip[1] that does not exist and of which we remain confident will never be found. Zero-day security vulnerabilities remain the fear of many security professionals. We present empirical evidence as to the rarity of these events as a source of system compromise. Instead, we demonstrate how common misconfigurations and old attacks are far more of a concern to the security professional. We show that predicting zero-day attacks is possible and that defending systems against common vulnerabilities significantly lowers the risk from the unexpected and "unpredictable". The inherent psychological biases that have developed in the information security profession have centered on the outlier effect. This has led to a dangerously skewed perspective of reality and an increase in the economic costs of security. This paper demonstrates that producing resilient systems for known events also minimizes the risk from black swans without the wasted effort of chasing myths.

**Keywords:** Information Security, Economics, Risk, Black swans.

## 1 Introduction

The fallacy of the black swan in risk has come full circle in information systems. Just as the deductive fallacy, "*a dicto secundum quid ad dictum simpliciter*" allowed false assertions that black swans could not exist when they do, we see assertions that risk cannot be modeled without knowing all of the 'black swans' that can exist. The falsity of the black swan argument derives from a deductive statement that "every swan I have seen is white, so it must be true that all swans are white". The problem is that which one has seen is a subset of the entire set. One cannot have seen all swans.

Likewise, the argument that not enough weight applies to zero-day vulnerabilities and that these are a major cause of system intrusions relies on the same reasoning. The assertion that more compromises occur because of zero-day vulnerabilities comes from a predisposition to remember the occurrence of a zero-day attack more often than one remembers a more frequently occurring incident. Whereas near eidetic recall comes

---

[1] A Bunyip is a mythical Australian creature that was thought to exist in the 18th and 19th centuries.

DEFAUS_00112922

from events that are unusual, common events are more often forgotten [23]. This leads to treating common events as if they matter less than they should.

Taleb [20] formulated the Black Swan Theory with the assertion that unpredictable events are much more common than people think and are the norm and not the exception. In this, he has fallen into the logical fallacy and trap against which he rails. This fallacy of arguing from a particular case to a general rule, without recognizing qualifying factors lead people, before the exploration of Australia, to state that black swans could not exist instead of stating that it is unlikely that they exist. When Australia was finally explored, Platypii and Bunyips where reported along with black swans. At first, many refused to believe that a creature such as the platypus could be possible. The scientific discovery and examination of these creatures was unlikely, but far from impossible as their existence demonstrated. The discoveries of such an unexpected creature lead others to believe that Bunyips could also exist. They tried to assert that the discovery of other unlikely creatures made the discovery of the Bunyips more likely.

Though it is still possible that this is or at least was the case, the existence of Bunyips remains incredibly unlikely. In fact, it is so unlikely that we could state that Bunyips do not exist with a reasonable level of certainty. Many people have spent large amounts of money searching for mythical creatures. At times in the past, some have been discovered true. The fact remains, more monsters exist in our minds than could ever exist in the world.

For many years, information security and risk management has been an art rather than a science. This has been detrimental to the economy as a whole as well as to the operations of many organizations. The result has been a reliance on experts whose methodologies and results can vary widely and which have led to the growth of fear, uncertainty and doubt within the community. Although many true experts do exist, some of whom exhibit an insightful vision and ability, for each true expert, many inexperienced technicians and auditors abound.

This failure to be able to expend resources in securing systems has created a misalignment of controls and a waste of scare resources with alternative uses. This paper aims to demonstrate that the common risk is the one against which to protect. Zero-day vulnerabilities and strange events are memorable, but this does not make them the target of an effective risk mitigation program. It also does not mean that they are the most likely event that will occur. Unusual and excepted events upset a number of models and methods that are common in many other areas of systems engineering, but which are only just starting to be used in the determination of information systems risk. This issue is not the one that should be considered. These processes can help both the inexperienced security professional as well as adding to the arsenal of tools available to the consummate expert. In place of searching for bunyips, we should implement systems that cover the majority of failures and prepare to act when unusual events emerge.

The standard systems reliability engineering processes are applicable to information systems risk. These formula and methods have been widely used in systems engineering, medicine and numerous other scientific fields for many years. The introduction of these methods into common use within risk and systems audit will allow the creation of more scientific processes that are repeatable and do not rely on the same individual for the delivery of the same results. Some failures will occur. A 99% confidence interval, though considered a good measure, brings a level of uncertainty, by definition. The issues are that it is unwise to discard the normal occurrences in favor of a black swan that may turn out to be something else again. By

assuming that all black swans lead to catastrophic and unpredictable failure, we are again destroying the exception.

## 2    An investigation into the causes of system compromise

In order to test the causes of system compromises, we configured 640 Windows XP Professional systems that were on virtual hosts. The placement of each of the hosts was on an IP address external to a network firewall. Three separate tests formed the foundation of the experiment. For this, we set the baseline security of the system as a CIS (Centre for Internet Security) score. The CIS Windows XP Professional Benchmark v.2.0.1 [24] formed the security test metric.

These are:
1. A base install of a Windows XP SP 2 system.
2. An increasing CIS score was configured on the hosts.
3. A snort IDS was used to separate worms and other automated malware from interactive attacks.

Network traffic monitors were used in order to determine if a system had been compromised. The hosts had no third party applications and initially had auto-updating disabled. A host, when compromised was reset and reconfigured for the next set of survival tests. The reset utilized the VMware 'snapshot' feature to take the system to a known good state [see 16,17,18].

In this paper, we have defined a zero-day attack as one that is generally unknown. Some authors [26] define a zero-day attack as a "flaw in software code is discovered and code exploiting the flaw appears before a fix or patch is available. Once a working exploit of the vulnerability has been released into the wild, users of the affected software will continue to be compromised until a software patch is available or some form of mitigation is taken by the user". For the purpose of this paper, we have defined a zero-day attack, as one that uses computer vulnerabilities that do not currently have a solution. This includes patching from the vendor, third party patches or workarounds. In this way, a vulnerability with a CVE number and third party protection (such as IPS filters or anti-malware updates that stop the attack) is not defined as a zero-day attack for the purpose of this paper.

This aligns with the definition of a "*zero-day exploit*" occurring *"when the exploit for the vulnerability is created before, or on the same day as the vulnerability is learned about by the vendor"* [23]. This is a superior definition of the term and should be used in place of the former. Many vulnerabilities remain unpatched for many months with user and vendor knowledge. These are commonly stopped using alternative approaches and work-arounds in place of vendor patches.

The reason for this lies in the ability to predict an attack. This paper seeks to measure the impact of controls that can be predicted and to compare these to attacks that have no known solution. A published attack with no official vendor patch may be mitigated and predicted. This type of an attack is not a 'black swan'. The unpredictable requires an attack that unknown or unpublished. A select few experts could know of this type of vulnerability. This does not allow the public to have knowledge of this issue. As such, this limited knowledge would not lead to a generally deployed work around.

**Modeling the impact of a single control**

The first test process separated the hosts into two classes. Those with the Windows XP Firewall enabled, and those with the firewall disabled. No third party products (including anti-malware software) were used on either class of system. With the release of Windows Vista and Windows 7, the analysis of the impact of the inclusion of a firewall in Windows XP may seem a little dated. However, the same use and deployment of this control applies to both Windows 7 and Windows Vista. In addition, many organizations still use Windows XP.



**Figure 1.**          Survival times with the Windows Firewall Disabled.

The histogram in Fig. 1 displays the distribution of survival times for the un-firewalled Windows XP hosts. The Conflicker worm that managed to compromise the un-firewalled hosts in quick succession skewed this result. The quickest time being 5.4 seconds from the network cable being connected to a scan occurred (this was in May 2009). This was an exception and hence an outlier. The mean time to compromise of the hosts was just over 18 hours, with only 25% of the sample compromised in less than 3 hours.

DEFAUS_00112925

When the results of the firewalled and un-firewalled hosts are compared, we can confidently assert that the Windows host firewall is a control that has a statistically significant effect when used. We say 'if', as this a control that is commonly overlooked or disabled. The results from enabling the Windows firewall are displayed in Fig 2 and a side-by-side box plot is displayed in Fig 3. With the firewall enabled, the mean survival time of the Windows XP SP2 systems increased to 336 days. No system with this control enabled was compromised in less than 108 days. With the maximum survival time for an unpatched and un-firewalled Windows XP system predominantly measured at less than 5 days and the minimum compromise time at 108 days with the enabling of the firewall and no additional patching, it is hard not to conclude that the Windows Firewall makes a statistically significant difference to the security of the system.



**Figure 2.**        Survival time for Windows XP classified by interactive attacks and Automated malware (Worms).

We used the Snort IDS for this exercise. This provided the details of the attacks allowing an analysis of worm (automated) compromises against manual (attacker, script kiddies etc). The IDS sat between the Internet connected router and the virtualized Windows XP hosts. Any outgoing traffic was investigated.

DEFAUS_00112926

In the results of the 640 hosts that were used for this experiment, no system was compromised with a zero-day attack. Many new and novel attacks against known vulnerabilities did occur, but not a single compromise was due to an unreported vulnerability. Further, no attack without a patch was used to compromise any of the systems. This means that if the systems had been patched, none of the attacks would have succeeded.



**Figure 3.**          Comparing the use of the Firewall to an unprotected XP system.

In a simple test of a single control, the enabling of this control had a marked effect on the survivability of the system.  We see that leaving the host running with the firewall enabled provided a good level of protection (without a user on the system). This does not reflect a true Windows XP system as any third party applications and user action have been introduced to confound the results. All connections to these hosts are from external sources (such as a server model) to the host and no users are browsing malware-infected sites. In general, a Windows XP system will have a user and will act as a client. This introduces aspects of browsing and retrieving external files (e.g. email). These aspects of the host's security will change the survival rates of a system, but we can see that there is a significant advantage from even a simple control.

TABLE I.          SUSVIVAL TIMES

| | Statistical Analysis of Survival times | |
|---|---|---|
| | *Windows Firewall Enabled* | *Windows Firewall Disabled* |
| Mean | 18.157 Hours | 8,064.640 Hours |
| | t = -170.75<br>df = 2272<br>p-value = 2.2 Exp -16 | |

DEFAUS_00112927

The regret is that in a sample of 136 home systems from corporate computers that have been tested and a sample of 231 systems inside various corporate networks, few systems ran a firewall. Of the hosts tested, 31.28% (or 23 systems) had the Windows XP Firewall or a commercial equivalent installed and running. Of the internal systems tested in this study, 6.1% had an internally (inside the corporate firewall) enabled firewall (14 hosts). The ability to enable IPSec and Group Policy within a corporate environment is a control that is generally overlooked or bypassed. The results of enabling (or rather not disabling) the Windows Firewall produce a pronounced benefit to the survivability of systems.



**Figure 4.**          Survival time for Windows XP classified by interactive attacks and Automated malware (Worms).

In this first experiment, we see marked benefits from a simple control without the worry of any black swan effect.

**Modeling system survival by attack class**

In the previous section, the results of a series of hazard modeling experiments on Windows XP was limited to a base install and the use or disabling of the firewall. We next altered the experiment to investigate the attacks in classes. In particular, comparing the systems that have been compromised by an automated process (Worms etc) against those which have at least some level of interaction.

Each of the systems was reset and configured with a varying level of controls. The CIS metrics where calculated using the automated tool. Systems were distributed evenly between the metrics in 5% intervals (that is, 32 systems were allocated to each

DEFAUS_00112928

5% bracket). The systems have been made either more secure or less secure by enabling and disabling controls until a complete spread of scores was created.

Fig. 4 and Fig. 5 display a significant difference in the patterns of compromise due to automated and interactive attacks. We can see from the plots that worms act faster against vulnerable systems and that interactive users (attackers) are more capable at compromising more secure systems. This is more easily seen on an overlay plot (Fig. 5). This displays a plot of the survival time against automated processes (green) overlaid with that of manual processes (red). The Loess fit for each is also incorporated into the plot.

What we see from other results is that the more secure a system is (in this case patched of known vulnerabilities), the more likely that a compromise is manually initiated. Likewise, less secure (or patched and vulnerable) systems are exposed to more automated attacks (e.g. Worms).

### System Modeling by CIS Metric

A selection of 48 Windows XP SP2 computers was used for a test that incorporated both 16 physical hosts and 32 virtual machines. This was conducted in order to examine the differences (if any) that may result with a virtualized host in place of a physical host. The tests were run over a 600 plus day period starting from November 2007. When a physical host was compromised, it was taken offline for 10 days. In this period, the host was rebuilt in a slightly different configuration. The 32 virtual hosts where built with differing levels of patching. These hosts have been reverted to a VM snapshot following a compromise. At this point, they would be re-patched and reassessed.

The same Snort IDS system used in the previous experiment was deployed to measure the attacks against the physical hosts. The 32 virtual hosts were configured on a single high-end Red Hat server running Snort. No filtering was conducted, but all attacks were logged. The survival time for the host is set as the time from when the host was placed as live on the network until a local compromise occurred. The 16 physical hosts where connected to a Cisco switch sitting behind a Redhat Linux host running Snort and acting as a forwarding router.

Each host in both the physical and virtual configuration was configured on a '/29' network. This was assigned an internal IP in the 10.x.y.z address ranges with the Redhat host being assigned the lower IP address and the upper to the host being tested. Static NAT was used to pass a real IP address to the host in the range of 203.X.Y.194 to 203.X.Y.242 with a netmask of 255.255.255.192. The full address is not reported at this time in order to minimize any impact on ongoing experiments.

The iptables configuration on the two Redhat systems was configured to allow any IPv4 traffic from the Internet and to block any IPv6 traffic. The Redhat host did not have a publically routable IP address. Internet hosts were allowed to connect to any system on any port. The only restriction was designed to block traffic to and from the Windows XP hosts to any other host on the same network. This allowed the host to be compromised from the Internet but a compromised host could not see another host on the same network. The Windows XP firewall was disabled for all CIS scores less than 90 and for some hosts with scores greater than 90 (although it is difficult to create a host with a score greater than 90 and the firewall disabled).

This was done to create a level of independence with attackers having to compromise systems from the same way and not being able to "hop" across systems (as occurs in real compromises). The goal of this experiment was to record initial compromises and not the subsequent process (that being the goal of a separate and

DEFAUS_00112929

ongoing experiment). The times and measures have all been recorded and analyzed. As before, no web browsing or other internal activity was conducted from the systems under test.

The scatterplot (Fig. 6) is the plot of the measures score using the CIS scoring system against the time that it took to compromise the host. We see that there was a significant benefit in achieving a score of 80+. Any score of less than 40 was compromised relatively quickly. A score of 46 was compromised within 24 hours. All scores of 60+ remained uncompromised for at least a week. One host with a score of 59 on the CIS scale remained uncompromised for 98 days.



**Figure 5.**        Automated vs Interactive attacks and survival times.

Similar results have been recorded for the hosts in the VM group (blue) and the physical group (red) in the scatter plot (Fig. 6). A Loess best fit has been applied to this scatter plot marking the expected survival time by CIS scoring. As the score increases, the variance also increases, but this can be seen as a function of increasing survival times. No statistically significant differences in survival times have been noted because of the host being virtualized or physical.

From these results, we can assert that automated systems are more likely to compromise poorly configured systems than well-configured ones. This result is no more than common knowledge; however, we also see that an interactive attacker is more likely to succeed in compromising a well-configured system when compared to an automated process. We also see that even the best-configured system fails in time.

Again, no system failed from an unknown attack. Of note was that several systems where compromised using new but known attacks. In the majority of attacks against a system with a CIS score of greater than 60 and with the Windows firewall enabled, the system was compromised between patch cycles. This involved the attack occurring

DEFAUS_00112930

against a new vulnerability before the scheduled patch release was due. We further note, that in all instances, these attacks involved systems that are not interactively managed. Work-around existed for all of the incidents that lead to compromise of the more secure systems. Further, more sophisticated anti-malware, firewall or other system security software would have stopped these attacks. This is why we have not classified these attacks as zero-days. The vendor did not have a public patch, but a work around or third party control existed in all instances.



**Figure 6.**          Survival for Physical vs Virtual hosts.

The issue comes to economic allocation of scarce resources. Numerous solutions could have stopped all of the attacks against the secured hosts. Some of these solutions would have cost less than implementing the controls that gave the Windows system a greater CIS score.

**Mapping survival time against vulnerabilities**

The next part of the experiment involved the configuration of 16 Windows XP SP2 hosts with a set and measured number of critical vulnerabilities. We left these hosts unpatched (ranging from 1 to 10 unpatched vulnerabilities per host) for a selected set of vulnerabilities. The experiment involved applying all other patches for newer vulnerabilities as they became available. The particular vulnerability was randomly selected on each host. Each vulnerability was selected from the SANS Top 20 vulnerability list [25].

DEFAUS_00112931

All of the hosts used virtualization with 'snapshots' enabled. A host that was compromised was reassigned with a new IP address and was reactivated 14 days later. Reactivation involved restoring the host to the snapshot and patching it. The host was left with the same number of critical vulnerabilities, but a different set of vulnerabilities was selected randomly from the SANS top 10 list.



Figure 7.          Mapping survival by critical vulnerabilities.

The results of the experiment provided a good model for predicting system survival. A system with a greater number of vulnerabilities is compromised quicker. This is a negative exponential relationship. Additional vulnerabilities exposed on a host increase the likelihood of compromise significantly. We can hence assert that the greater the number of vulnerabilities that a system has, the faster it is compromised. No system with six (6) or more unpatched network accessible vulnerabilities remained uncompromised for more than 15 days. A compromise occurred in as little as four (4) days on systems with two (2) vulnerabilities. A system with no critical vulnerabilities can be expected to survive for several months even without administrative interaction. Again, none of the attacks against these systems could be termed black swans. Each was known and predictable. In each case, known a work around existed.

**Attack time by CIS Score**

The time between the initial instigation of an attack until an attacker either moved on or compromised a host was analyzed for related systems. As we have no means to

DEFAUS_00112932

correlate between systems that an attacker may use, this value is lower in many cases than would be recorded if all the IP addresses used by a single attacker could be utilized. As such, this result is only indicative and does not take attacks from single attackers who use multiple addresses into account.

In Fig. 8, we see that there is an inflection point on the amount of time spent attacking a system. More secure systems (a high CIS metric) would appear to discourage attackers where unsecure systems (a low CIS metric) are quickly compromised. Some attackers are determined and will continue to attack a host for extended periods in time. Even when an attacker gets little or no positive feedback, many continue to test a system over time.



**CIS Metric x10 (i.e. 1 = 0-10, 2 = 11-20,... )**

**Figure 8.**        Attacker time by CIS metric.

This holds result even more strongly when the attack class is separated by automated and interactive attacks (Fig. 9). Automated attacks have a low amount of time on the system due to compromise. When a system is not compromised, they display little intelligence into the attack patterns deployed against a host. An interactive attack displays a marked drop in the time per host as the security metric increases. As the host exhibits fewer vulnerabilities, the attacker spends less time exploring the host. It must be noted that the attackers are random in this experiment. The distribution of attackers is unlikely to contain dedicated attackers who are targeting a particular site (such as many cyber criminals and 'hactivists' would do [13]). The hosts appear as

DEFAUS_00112933

normal corporate and home systems. No information was provided to the attacker that would enable them to associate the hosts with any particular organization.



**Figure 9.**          Attacker time by CIS metric and attack class.

# Discussion

User interactions affect survival times in the real world. This will of course change the models produced by this experiment. The modeling of complete interactive systems was outside the scope of the experiment, but user actions can be modeled [22] with more advanced techniques (such as clustering algorithms). The results of the experiments presented demonstrate that the focus on zero-day or black swan events is misplaced. These can cause damage, but they are no more likely to damage a system than an attack using a well-known vulnerability that has not been patched. As Anderson [1] notes, this is hard. The economic costs [2] of maintaining a system with all the required patches for all applications are frequently greater than the cost of purchasing and installing the software.

The problems with focusing on zero-day attacks are two-fold. First, the number of attacks that occur from true [6] zero-day events are minimal. These incidents also cause the same damage as an incident that has resulted from a known vulnerability. This is, a system compromise is a system compromise. The impact of this being a

DEFAUS_00112934

result of a previously unknown attack is minimal in comparison to the result of the compromise itself.

Next, and more importantly, the total number of negatives is too large. There are simply too many black swans. For every attack that can succeed, there are a near infinite number of possible attack vectors, most of which never occur and will never occur. One such example is the oft-recurring argument as to the possibility of an attack against a fax server running on an analogue line[2]. Much effort that could have been better applied to securing known issues has been applied to such Bunyips. Even where zero day events occur as a platypus (that is a completely unexpected event that few would have believed possible), the impact is rarely greater [3,4,6,7] than a compromise from an issue that was exposed but known.

As Carroll, 1872 [80] noted when parodying Victorian inventions, we change little and often give little thought to the economic allocation of funds to mitigate risk.

> *"I was wondering what the mouse-trap was for." said Alice. "It isn't very likely there would be any mice on the horse's back."*
>
> *"Not very likely, perhaps," said the Knight; "but, if they do come, I don't choose to have them running all about."*

A focus on the unknown at the expense of the basics is foolhardy at best. We can expend effort on addressing all possible and even unknown issues like Carroll's knight, but this will divert expenditure from those events with the greatest impact. By focusing on the unknown, we fail to address the issues that have the greatest impact [28]. The result of such an action is waste and loss [12]. By addressing the known issues, we also mitigate many of the unknown ones without trying.

Relative computer security can be measured using six factors [4]:

1. *What is the importance of the information or resource being protected?*
2. *What is the potential impact, if the security is breached?*
3. *Who is the attacker likely to be?*
4. *What are the skills and resources available to an attacker?*
5. *What constraints are imposed by legitimate usage?*
6. *What resources are available to implement security?*

In no event can we account for the unknown, but nor should we overly concern ourselves with it. Basic system hygiene and controls do more to counter black swan events in computer systems then does an effort to focus on the unknown. Of more concern is the limitation we place on responsibility. Focusing on software patches moves the responsibility from the user to the vendor. This makes it less likely [18] that the user will actively implement controls that can mitigate the issues that may occur through software bugs.

By limiting the scope of the user's responsibility, the user's incentive to protect their systems is also limited. That is the user does not have the requisite incentive to take the optimal level of precautions. Most breaches are not related to zero-day attacks [9]. Where patches have been created for known vulnerabilities that could lead to a breach, users will act in a manner (rational behavior) that they expect to minimize their costs. Whether risk seeking or risk adverse, the user aims to minimize the costs that they will experience. This leads to a wide range of behavior with risk adverse users taking additional precautions and risk neutral users can accept their risk by minimizing their upfront costs (which may lead to an increase in loss later).In any event, the software

---

[2] See the "Vulnerability testing in analog modem" thread on Security Basics (Securityfocus mailing list).

DEFAUS_00112935

vendor as the cause of a breach is not liable for any consequential damages. This places the appropriate incentives on the user to mitigate the risk. As is noted below, the vendor has the incentive to minimize the risk to their reputation [27].

The behavioral effect of *Loss Aversion* (defined as propensity of information security professionals to minimize the impact of loss even against risks that have expectation values of greater gain) should be explored in association with concepts of social capital and cognitive biases such as the endowment effect (for instance where an individual is "willing-to-reveal" at high price, "willing-to-protect" at low price). These issues will be appraises against psychological propensities for both anchoring and adjustment and the Status quo bias (the predisposition to resist changing an established behavior, unless incentive is overwhelmingly compelling). The open question is why are we more willing to blame vendors then to fix our systems and how can we align this to effect a more positive outcome?

The valence effect (as is associated with an individual's overestimation of the likelihood of favorable events being associated and impacting oneself) could be modeled in association to its impact and causal relationship with respect of information security and the feedback effect from rational ignorance and "Cold-Hot Empathy". The failure to be able to expend resources effectively in securing systems has created a misalignment of controls and a waste of scare resources with alternative uses. The creation of models and methods that are common in many other areas of systems engineering, but which are only just starting to be used in the determination of information systems risk is feasible.

## Conclusion

The optimal distribution of economic resources allocated against risks expressed across information systems in general can only lead to a combination of more secure systems for a lower overall cost. The reality is that, as with all safety issues, information security derives from a set of competing trade-offs between economic constraints. The goal of any economically based quantitative process should be to minimize cost and hence minimize risk through the appropriate allocation of capital expenditure. To do this, the correct assignment of economic and legal liability to the parties best able to manage the risk (this is the lowest cost insurer) is essential. This allocation is what requires assessment. This will allow insurance firms to develop expert systems that can calculate risk management figures that can be associated with information risk. This will allow for the correct attribution of information security insurance products. These, when provided to businesses generally, will provide for the black swan incident.

It is rare to find that the quantification of an externality or the quantitative and qualitative effects on those parties affected by, but who are not directly involved in a transaction, has occurred. This is despite this calculation forming an integral component of any risk strategy. The costs (negative) or benefits (positive) that apply to third parties are an oft-overlooked feature of economics and risk calculations. For instance, network externality[3]attributes positive costs to most organizations with little associated costs to themselves. In these calculations, the time-to-market and first-mover advantages are critical components of the overall economic function with security playing both positive and negative roles at all stages of the process.

---

[3] Metcalf's law refers to the positive effect that can be related to the value of a network and is expressed as equaling 2x the network's number of users.

The processes that can enable the creation and release of actuarially sound threat-risk models that incorporate heterogeneous tendencies in variance across multidimensional determinants while maintaining parsimony already exist in rudimentary form. Extending these though a combination of Heteroscedastic predictors (GARCH/ARIMA etc) coupled with non-parametric survival models will make these tools more robust. The expenditure of further effort in the creation of models where the underlying hazard rate (rather than survival time) is a function of the independent variables (covariates) provides opportunities for the development of quantitative systems that aid in the development of derivative and insurance products designed to spread risk.

In spreading the risk from outlier or black swan events, organizations can concentrate their efforts into obtaining the best return from their scarce resources. There are far more bunyips than black swans. If we expend excessive resources looking for bunyips and black swans, we will find these from time to time but we will then miss the white swans. Focus on outlier risk incidents is unlikely to decrease the risk faced by an organization in mitigating the black swan event whether a consequence of a zero-day vulnerability, or a new form of attack. This approach will divert resources away from known risks and make these more likely. This lowers the level of security applied to an organization whist still doing nothing to remove the discovery of an unexpected platypus from time to time. Conversely, good security practice, which leads to the minimization of risk through stopping known events, makes black swans incidents less likely. Good risk and security practice as expressed against known issues also minimizes the impact of zero-day and other outlier incidents.

## References

1. Anderson. R. (2001) "Why information security is hard – an economic perspective". In 17th Annual Computer Security Applications Conference, pp. 358–365.
2. Arora, A., Nandkumar, A., & Telang, R. (2006). "Does information security attack frequency increase with vulnerability disclosure? An empirical analysis". Information Systems Frontiers, (8:5), pp 350-362.
3. Arora, A., Telang, R., & Xu, H. (2004). "Optimal policy for software vulnerability disclosure". The 3rd annual workshop on economics and information security (WEIS04). University of Minnesota.
4. Aycock, J. "C omputer Viruses and Malware" Advances in Information Security, Vol. 22, Springer US
5. Bednarski, Greg M. and Branson, Jake; Carnegie Mellon University; "Information Warfare: Understanding Network Threats through Honeypot Deployment", March 2004
6. Bradley, T. "Zero Day Exploits, Holy Grail Of The Malicious Hacker" About.com Guide
7. Campbell, K., Gordon, L. A., Loeb M. P. & Zhou. L. (2003) "The economic cost of publicly announced information security breaches: empirical evidence from the stock market. In J. Comput. Secur. 11, 431.
8. Carroll, L. (1871) "Through the Looking-Glass And What Alice Found There" Macmillan, USA
9. Cohen, P. S. "Rational conduct and social life." Rationality and the Social Sciences: Contributions to the Philosophy and Methodology of the Social Sciences 1976
10. Devost Matthew G.."Hackers as a National Resource. Information Warfare – Cyberterrorism: Protecting Your Personal Security in the Electronic Age". WinnSchwartau (Ed). Second Trade Paperback Edition. New York: Thunder's Mouth Press, 1996.

DEFAUS_00112937

11. Fowler., C. A. & Nesbit.R. F. "Tactical Deception in Air-Land Warfare" .Journal of Electronic Defense. June 1995

12. Friedman, Milton. "The Methodology of Positive Economics." In his Essays in Positive Economics. Chicago and London: Chicago University Press, 1953.

13. Gordon, S. & Ford, R. "Cyberterrorism?" Symantec Security Response White Paper 2002.

14. Halderman, J. (2010) "To Strengthen Security, Change Developers' Incentives," IEEE Security and Privacy, vol. 8, no. 2, pp. 79-82.

15. Honeynet Project & Research Alliance, "Know your Enemy: Trend Analysis", 17th December 2004, http://www.honeynet.org/papers/trends/life-linux.pdf

16. Honeynet Project & Research Alliance, "Know Your Enemy: Honeynets in Universities - Deploying a Honeynet at an Academic Institution", 26th April 2004, http://www.honeynet.org/papers/edu/

17. Honeynet Project & Research Alliance, "Know your Enemy: Tracking Botnets - Using honeynets to learn more about Bots", 13th March 2005, http://www.honeynet.org/papers/bots/

18. Katz, M. L. & Shapiro. C. (1985) "Network externalities, competition, and compatibility". In The American Economic Review 75, 424.

19. Marti, K. (2008) "Computation of probabilities of survival/failure of technical, economic systems/structures by means of piecewise linearization of the performance function", Structural and Multidisciplinary Optimization, Vol35/3, Pp 225 - 244.

20. Nassim Nicholas Taleb. The Black Swan: The impact of the highly improbable. Random House: New York, 2007

21. Ozment, A.& Schechter. S. E. (2006) Bootstrapping the adoption of internet security protocols. In Fifth Workshop on the Economics of Information Security.

22. Ramesh Kumar Goplala Pillai, P. Ramakanth Kumar, "Simulation of Human Criminal Behavior Using Clustering Algorithm," iccima, vol. 4, pp.105-109, International Conference on Computational Intelligence and Multimedia Applications (ICCIMA 2007), 2007

23. Roese, N. J., & Olson, J. M. (2007). "Better, stronger, faster: Self-serving judgment, affect regulation, and the optimal vigilance hypothesis". Perspectives on Psychological Science, 2, 124-141.

24. Shawgo, J., Whitney, N., & Faber S., "CIS Windows XP Professional Benchmark v.2.0.1" http://cisecurity.org/en-us/?route=downloads.show.single.winxp.201

25. The SANS Institute, SANS Top 20, 2007, http://www.sans.org/top-cyber-security-risks/patching.php

26. The SANS Institute, SANS "Top Cyber Security Risks", http://www.sans.org/top-cyber-security-risks/zero-day.php The SANS Institute, "Survival Time History", 2005, The Internet Storm Centre, http://isc.sans.org/survivalhistory.php

27. Telang, R., & Wattal, S. (2005). "Impact of software vulnerability announcements on the market value of software vendors -an empirical investigation". The 4th Annual Workshop on Economics of Information Security (WEIS05). Harvard University.

28. Varian. H. (2004) "System reliability and free riding. In Economics of Information Security", L. J. Camp, S. Lewis, eds. (Kluwer Academic Publishers,), vol. 12 of Advances in Information Security, pp. 1-15

DEFAUS_00112938

Skip Navigation
Contact Us

 **Homeland Security**

**BAA Program**

DHS Broad Agency Announcements (BAA) Program Portal

**BAA Home**

- Basic Research Focus Areas
- High Priority Technology Areas
- Solicitations
  - Current Solicitations
    - Past Solicitations
  - Solicitation Awards
  - **Proposal Submission**
  - Awardee Portal
  - News And Events
  - S&T Directorate Events
  - ST Directorate SBIR Website
  - Privacy Policy
  - FAQs
  - Program Portal

# Registration Form

**Please do not register yourself MORE THAN ONCE!**

Fill in your registration information below. If there are errors on the registration form, you will be asked to re-enter the Company PIN and user password. **(Note: For security reason, this page will expire after 20 minutes of inactivity.)**

[ Re(g)ister ]   [ Back ]

**\* Required Information**

DEFAUS_00112939

## COMPANY INFORMATION

| | |
|---|---|
| *Company Name: | W&K INFO DEFENSE RESEARCH LLC |
| TIN: | **274997114** |
| *Address (Line 1): | 4371 Norhtlake Blvd #314 |
| Address (Line 2): | *E-mail us* if you need to modify the TIN. |
| *City: | Palm Beach |
| State: | **FL** |
| *ZIP+4: | 33410 - 6253   Need help for ZIP+4? |
| *Phone: | 561-310-8801 |
| Fax: | Company's Phone and Fax. Enter only numbers |
| *CEO/President's E-mail: | dave@davekleiman.com |
| DUNS + 4: | - What is DUNS?   9-digit Data Universal Number System plus a 4-digit suffix given by parent concern |
| CAGE Code: | How do I get a CAGE? |
| SIC: | What is a SIC? |
| FICE: | What is a FICE? |
| Company URL: | http://www.information-defense.com/   Provide Full URL (http://www.example.com) |
| *Year of Company Founded: | 2011 |
| *Company PIN: | ●●●●●●   Why do you need a PIN?   Should be all numeric; no blank spaces allowed. Length must be between 4-6 numbers. |
| *Confirm Company PIN: | ●●●●●● |

## COMPANY POINT OF CONTACT INFORMATION

| | |
|---|---|
| *Salutation: | Mr. |
| *First Name: | Craig |
| Middle Initial: | S |
| *Last Name: | Wright |
| *Title: | Lead Researcher |
| *Phone: | 61 (417) 683 914    Ext: |
| Fax: | Enter only numbers |
| *E-mail Address: | craig.wright@information-defense.c   **Important!** Fill out carefully |
| *Confirm E-mail Address: | craig.wright@information-defense.c   Re-enter E-mail Address |

## USER INFORMATION

☑ Check here if you are also the Company Point Of Contact. *(This will pre-populate your information.)*

| | |
|---|---|
| *Salutation: | Mr. |

| | | |
|---|---|---|
| **\*First Name:** | Craig | |
| **Middle Initial:** | S | |
| **\*Last Name:** | Wright | |
| **\*Title:** | Lead Researcher | |
| **\*Phone:** | 61 (417) 683 914 **Ext:** | Enter only numbers |
| **Fax:** | | |
| **\*E-mail Address:** | craig.wright@information-defense.c | **Important!** Fill out carefully |
| **\*Confirm E-mail Address:** | craig.wright@information-defense.c | Re-enter E-mail Address |
| **\*Username:** | CraigWright | Only alphanumeric characters and underscores are allowed. Username must be at least 8 characters. |
| **\*Password:** | •••••••••••••••••• | Your password must be at least 8 characters long and must have an upper case, a lower case, a number, and a special character. Your new password cannot repeat any of your 8 previous passwords. |
| **\*Confirm Password:** | •••••••••••••••••• | |

**PIN Contact:** ☑ **Check here if you want to list yourself as a contact for Company's PIN.**

**Additional Authentication (used if you forget your password)**

| | | |
|---|---|---|
| **\*Select your question:** | Who is your favorite person? | You will be prompted with this question and a new password will be issued automatically if your answer matches the one you give here |
| **\*Answer to above question:** | Myself | |

**\* Required Information**

| Re(g)ister | Back |
|---|---|

DHS Form 10025 (7/07)

- U.S. Department of Homeland Security
- Science & Technology
- S&T Directorate SBIR Website
- OSDBU
- SAFETY Act
- SECURE Program
- Contact Us

DEFAUS_00112941