**P-124**

Case No. 9:18-CV-89176-BB

## Craig S Wright

| | |
|---|---|
| **From:** | Ira K <clocktime2020@gmail.com> |
| **Sent:** | Tuesday, 18 February 2014 1:06 PM |
| **To:** | Craig S Wright |
| **Subject:** | Re: FW: AGMO COE in IPv6.pptx |

No problem, hopefully Dave's friends are trustworthy with their findings.

In terms of Dave's part of the estate in the company.  Could you possibly put it in both my name and my dad's,
but still leave me with primary authorization as to how it is managed?

My dad wasn't included in Dave's Will so he feels sad about that, especially since he gave him lots of money throughout the years.  They had a very rocky relationship, but my dad was always there for him whenever he needed help.  And I think Dave acknowledged it towards the end because he told my dad he loved him shortly before his passing.   This is something that never happened before.
It would be nice if my dad believed that Dave had planned to include him in this business trust.

Thank you,
Ira

On Mon, Feb 17, 2014 at 7:18 PM, Craig S Wright <craig@rcjbr.org> wrote:

I do not know.

I have though on this, and it was Dave who kept/got me out of trouble. This is an aspect of life I am far from good at. Code, fine. People...

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Tuesday, 18 February 2014 3:16 AM
**To:** Craig Wright
**Subject:** Re: FW: AGMO COE in IPv6.pptx

Hi Craig,

I would like to ask for your advice if I may.  After everything you have shared with me I feel like I can

completely trust you.

1

DEFHC_00001030

As mysterious and exciting as all this news is, I also feel nervous about making mistakes.

I very well could have already made some months ago by throwing away a bunch of Dave's papers

and formating drives that I couldn't access.

Patrick and his partner emailed me the other day and would like me to bring over his drives.

I haven't spoken with them about what would happen next if they did manage to access his

account.  And I assume that anything in it cannot be traced when there is a withdrawl?.

Being that I have only met Patrick a couple times in my life I was wondering if there any

safety measures you can recommend to me so I don't make another mistake?


Thanks,

Ira


On Mon, Feb 17, 2014 at 4:31 AM, Craig S Wright <craig.wright@information-defense.com> wrote:


**From:** Craig S Wright [mailto:craig.wright@information-defense.com]
**Sent:** Monday, 12 September 2011 3:28 PM
**To:** 'Craig S Wright'
**Subject:** AGMO COE in IPv6.pptx

DEFHC_00001031