| | |
|---|---|
| From: | Craig S Wright [A] |
| Sent: | 3/7/2014 9:50:39 AM |
| To: | 'Ira K' [clocktime2020@gmail.com] |
| Subject: | FW: RDPlan - Integyrs.doc |
| Attachments: | RDPlan - Integyrs.doc |

**From:** dave@davekleiman.com
**Sent:** Monday, 28 March 2011 8:06 AM
**To:** Craig S Wright
**Subject:** FW: RDPlan - Integyrs.doc

Are we ever going to get a wage on this? Just kidding I trust you.

You really need to try and have them understand. Look, I trust your vision Craig, but these guys are accountants. They will never come to understand money based on crypto. I know you have malware and security, but you need to detail more soon.

Dave

**From:** Craig S Wright [mailto:craig.wright@information-defense.com]
**Sent:** Monday, 28 March 2011 8:06 AM
**To:** dave@davekleiman.com
**Subject:** RDPlan - Integyrs.doc

Show whole dollars only

*Tab / shift tab between labels*

| | | Base Amount | | Claimable at 100% | | Claimable at 125% | | Claimable at 150% pre 8/96 | |
|---|---|---|---|---|---|---|---|---|---|
| 1 Contracted expenditure - RRA | A | 0 | B | 0 | C | 0 | D | 0 |
| 2 Salary expenditure | E | 16,000 | F | 0 | G | 16,000 | | |
| 3 Other R&D expenditure | H | 8,711 | I | 0 | J | 8,711 | K | 0 |
| 4 Contract - other | N | 9,750 | O | 0 | P | 9,750 | Q | 0 |
| 5 Plant leasing | R | 250,000 | S | 0 | T | 250,000 | U | 0 |
| 6 Eligible feedstock expenditure | V | 1,102 | W | 0 | X | 1,102 | | |
| 7 Plant/pilot plant deductions pre-29 Jan 2001 (including disposal losses) | A | 0 | B | 0 | C | 0 | D | 0 |
| 8 Less pre-29 Jan 2001 disposal profits | E | 0 | F | 0 | | | | |
| 9 Plant/depreciating assets post-29 Jan 2001 (decline in value) | H | 0 | I | 0 | J | 0 | | |
| 10 Post-29 Jan disposal losses | K | 0 | N | 0 | O | 0 | | |
| 11 Less post-29 Jan 2001 disposal profits | P | 0 | Q | 0 | R | 0 | | |
| 12 Core technology - deductible amount | S | 636,000 | T | 636,000 | | | | |
| 13 Interest or amounts in the nature of interest | U | 4,306 | V | 4,306 | | | | |
| 14 Residual feedstock expenditure | W | 0 | X | 0 | | | | |
| 15 Total of allocated base amounts | A | 925,869 | B | 640,306 | C | 285,563 | D | |
| 16 Claims including concession (base amount plus 0%, 25% or 50%) | | | E | 640,306 | F | 356,954 | G | |
| 17 Total claim (including concession): | | | | | | | L | 997,260 |

CONFIDENTIAL

DEFAUS_00115701



# Commercial in Confidence

## Project "Spyder"

Version 1.1

Prepared by

Craig S Wright

---

**Version 1.1**

Thursday, 15 March 2009

CONFIDENTIAL

DEFAUS_00115703

# Contents

Contents ........................................................................................................................... 3

Summary of Project Details ........................................................................................... 4

R&D Plan Authorisation ................................................................................................ 5

Projects............................................................................................................................. 6

R&D Project Plan ............................................................................................................ 7

Technical objectives ........................................................................................................ 9

Route to commercialisation/implementation .............................................................. 10

Scope of projects............................................................................................................ 11
    Forecast/budgeted project funding ........................................................................ 11

Personnel ....................................................................................................................... 12

Key researchers ............................................................................................................. 12

Plant and Facilities ....................................................................................................... 12

Project Activities .......................................................................................................... 13

Version Control

| Version | Author | Date | Changes Made |
|---|---|---|---|
| 1.0 | Craig S Wright | 1 March 2009 | Original |
| 1.1 | Craig S Wright | 15 March 2009 | Updates |
|  |  |  |  |

_____

**Version 1.1**

Thursday, 15 March 2009

## Summary of Project Details

**Organisation Integyrs**

| | |
|---|---|
| Type of organisation: | Algorithmic research |
| ACN | 137 033 535 |
| Profit: | Yes |
| GST Registered: | Yes |
| | |
| Contact Name: | Dr. Craig Wright |
| Email: | craig@integyrs.com |
| Phone: | 02 43621512 |
| | |
| Postal Address: | 51 Cowangarra Rd Bagnoo NSW 2446 |

---

Version 1.1

Thursday, 15 March 2009

# R&D Plan Authorisation

<u>Strategic Perspective</u>

**Current Status of Project:** Phase one completed but for further development and updating of existing project further funding is required.

**Intellectual Property:** The intellectual property remains wholly the property of Integyrs.

**Project Spyder – Overall Objective**

---
Version 1.1
Thursday, 15 March 2009

## Projects

| No | Project Title | Start Date | Finish Date | $ Forecast / budgeted |
|---|---|---|---|---|
| PR01 | Spyder | 23 Oct 2001 | 30 June 2003 | $750,000 |
| PR02 | Redback | 1 Feb 2002 | 30 June 2003 | $90,000 |
| PR03 | TripleS | 1 Nov 2001 | 30 June 2003 | $275,000 |
| PR04 | Black Net | 1 July 2002 | 30 June 2004 | $315,000 |
|  |  |  |  |  |
|  |  |  |  |  |
|  | TOTAL |  |  | 1,430,000 |

**Approval by the company for the responsible officers to undertake the above projects**

| R&D Plan Approval: | *[signature]* |
|---|---|
| Name of person giving approval: | Craig S Wright |
| Position of person: | CEO / Managing Director |
| Date: | 15 / Mar /2009 |

---

Version 1.1

Thursday, 15 March 2009

# R&D Project Plan

**R&D Project Plan for Project 1**

| Project Title: | Spyder |
|---|---|
| Project Manager: | Craig S Wright |
| Date prepared/updated: | 23 Oct 2001 |

**Background information**

- The Spyder project's objective will be to integrate a number of off the shelf products in a clever and unique way to develop a product that will provide Fire-walling, IPSEC VPN's, Intrusion Detection and Remote Performance Management. Once complete the Spyder appliance will provide organizations with alternatives when interconnecting their offices with one another. This alternative will use the Internet to provide this connectivity, instead of the widely accepted ISDN or DDS or ATM lines, which are much more expensive.

  In the typical deployment of a Spyder network environment, it is intended to show that the alternative Spyder deployment will cost less that 30% of an equivalent ISDN or DDS services, with little or no difference on performance and with the same or increased level of security.

**Description of preliminary work**

1. **Market Criteria**

   a. The market is looking for inexpensive and secure means of providing Wide Area Network connectivity between offices spread out across the county or world. Traditionally organizations have used ISDN, DDS or ATM links provided by the major carriers. Now ADSL has emerged as a cheap alternative in providing links via the Internet, and the Spyder appliance will provide the security necessary to ensure that these links remain secure.

   b. The project will help the industry become aware that there are much cheaper alternative ways to interconnect businesses or remote offices securely, without having to opt for the more expensive alternatives. The Spyder appliance uses a firewall module to enable secure B2B transactions. Not only will the Spyder appliance provide VPN and Fire-walling capabilities, but it is intended to make use of an existing intrusion Detection module (SNORT) to provide network intrusion detection. IN this way the Spyder appliance could be used for B2B connections and Internet connections at the same time.

   c. The Spyder project will most certainly generate a lot of interest amongst the eCommerce community as it is clever in the way it makes use of cheap alternatives to provide network connectivity in the B2B environment, and once other companies and vendors realize its potential there is certain to be a lot of

      effort put into other developing the ideas and competitive products.

   d. The broad benefits provided by the project are mainly cost related.  The Spyder appliance, used in conjunction with ADSL provides much cheaper alternatives to the normal ATM, IDSN and ATM services.  In addition to the above, it is also intended to build into the Spyder appliance, an inexpensive monitoring process that will enable the performance of the Spyder appliances to be monitored from a monitoring centre.  This can be seen as an attractive benefit to the market as it can be sold as a managed service.

   e. Once the project funding is complete it is envisaged that the product will be able to be sold commercially in the form it will have reached.  The consortium members will have provided the verification in the real world to vouch for the fact that the products really works and provides much reduced communication costs, without sacrificing any level of security.

   f. The plan to seek a high level of industry participation will be to offer the Spyder software to all interested hardware vendors in the market.  Hardware vendors will be able to value add to their products by providing their hardware with a Spyder module.  Current plans are to develop the Spyder modules on a Linux platform, but it will make sense to port the application to other hardware platforms (such as Sun Micro).  By making the software able to run on many different hardware platforms, ensures a high level of industry participation.

   g. The Spyder project does not duplicate any other initiatives in the market at the moment.  Although there are similar "appliance" type devices being manufactured by other vendors, none of them will provide the flexibility of being able to provide Intrusion Detection and centralized performance monitoring.

**2. Product Criteria**
   a. The Spyder project shows a high degree of innovation by building on and combining existing technologies to produce a unique product and managed service.  The existing technologies to be used will be Linux, SNORT and DeMarc.  It is the interesting way that these technologies will be integrated that will provide the unique solution to the market place.

   b. SME's are probably the organizations most in need of cheaper ways of being able to secure provide WAN communications for their remote offices and to their other business partners.  The Spyder appliance will deliver these cheaper communication benefits to SME's.  The likely cost to SME's will ultimately turn out to be anything from $500 to $1,500 per month per node depending on the modules and the SLA's selected by the end user.

   c. The Spyder project is based on open standards, namely standard Linux, SNORT and DeMarc.  The VPN's established by the Spyder appliance will be done using the IPSEC standard, which means that it will be able to interoperate with other VPN terminating devices that support IPSEC.

---

**Version 1.1**

Thursday, 15 March 2009

  d. The technical infrastructure, facilities and equipment that support the Spyder project includes Intel hardware platforms, ADSL Internet lines PC's to facilitate monitoring, SNORT and DeMarc software and Internet routers. Also required will be the appropriate office space and work benches together with networking equipment such as hubs and switches. A major cost in the Spyder project is going to be the development effort into integrating the various software modules and making the overall application robust.

  e. The Spyder appliance project has the potential to be deployed into many other sectors of the market. For instance, a mini version of the appliance could be deployed at thousands of points across the rail network in Australia at points where communication lines terminate and provide communications with the signalling equipment.

## Technical objectives

The Project Stages as defined in the budget are as follows:

**Stage 1 - Spyder Firewall and High Security Gateway Phase 1**
- IPSec VPN
- Tripwired
- Health Checks
- Stateful filters
- HTTP, FTP and SMTP Proxy

**Stage 2 - Spyder integrated alerting**
- HTTP, FTP Content filters
- SMTP with use of RBL anti-spam lists
- Basic IDS - Network functions

**Stage 3 - Final Phase** – Leads to Blacknet integration
- Real Time Alerting Functions - web configurable
- System monitoring health alerts
- Database integration and SQL Reports
- IDS Functions integrated to firewall alerting and filters

---

**Version 1.1**

Thursday, 15 March 2009

## Route to commercialisation/implementation

Currently there are little or no Australian designed, supported and funded security appliances. We seek to release a high security device that works as a true appliance (no hard-drive or moving parts to cause failure).

It is envisioned that this device would be marketable overseas as well as Australia.

This device would enable businesses to better implement NOIE's "Better practice guidelines" for the online economy in a secure fashion.

## Scope of projects

Start date: *23 Oct 2001*

Finish date: *June 2004*

Proposed Program of Activities

| No | Activity | Start Date | Finish Date | Milestones |
|---|---|---|---|---|
| 1 | Spyder Firewall and High Security Gateway Phase 1 | 23 Oct 2001 | Dec 2002 | VPN and Firewall Release |
| 2 | Spyder integrated alerting | Dec 2002 | Feb 2003 | IDS Release |
| 3 | Wireless testing - Redback | Dec 2002 | June 2003 | Wireless 802.11b integration |
| 4 | Final Phase – Leads to Blacknet integration | Feb 2003 | Mar 2003 | Spyder Host commercialisation |
| 5 | Triple S – Integration Testing | Nov 2001 | Jun 2003 | TripleS Commercialisation |
| 6 | Black Net Development |  | June 2004 | Release |

### Resources

**Forecast/budgeted project funding**

| Year | $ Forecast / budget funding |
|---|---|
| 2001/2002 | $602,000 |
| 2002/2003 | $608,000 |
| 2003/2004 | $220,000 |

**Version 1.1**

Thursday, 15 March 2009

## Personnel

<u>Project Managers:</u>  Mr Craig S Wright and Mr. Dave Dornbrack,

Consortia members & contact details:

1) Human Rights & Equal Opportunity Commission – testing of product
   Ron McLay   02 9284 9639
   Level 8, Piccadilly Tower
   133 Castlereagh Street
   Sydney, NSW 2000

2) Ridges Estate Pty. Ltd. - Funding
   Craig Wright  02 6587 1007 or 0417 683 914
   51 Cowangarra road
   Bagnoo, NSW 2446

3) Val Morgan Cinema Advertising - testing of product
   Adam Wrightson  02 9929 0388
   100 Arthur Street
   North Sydney, NSW 2060

4) DeMorgan Information Security Systems
   Lynn Wright  02 9929 0377 or 0407 498 911
   41 McLaren Street
   North Sydney, NSW 2060

## Key researchers

*1 Peter Robinson*

*2 Craig S Wright*

*3 Keith Yong*

*Other staff and contractors are allocated on an as needs basis.*

## Plant and Facilities

*See Attached Network Plan - 1.0 DeMorgan Network.doc*

---
Version 1.1

Thursday, 15 March 2009

CONFIDENTIAL                                                                 DEFAUS_00115713

## Project Activities

| Activities | Milestones | Performance Indicators |
|---|---|---|
| IPSEC VPN | | Check is encryption is working and is effective |
| Tripwired | | Integrate Tripwire to enhance security. System works when change is made and Tripwire responds. |
| Health Checks | | Institute performance management by using DeMarc. DeMarc to respond when threshold are reached and/or exceeded. |
| Stateful Filters | | Implement stateful filters. Examine logs to make sure that stateful filtering is working |
| Proxies | Completion of Stage 1. | Implement proxy modules for http, ftp and smtp. Check logs to make sure that this is taking place effectively. Measure performance degradation introduced by proxies. |
| `Content Filters | | Introduce http and ftp content filters. Test and examine logs for evidence that traffic is being rejected because if contect. |
| Anti-Spam | | Enhance the SMTP functionality by adding RBL anti-spam lists. Check for evidence in logs that this is working. |
| Intrusion Detection | Completion of Stage 2. | Introduce basic packet rejection based of SNORT IDS rules. Check for evidence in logs. Evaluate effectiveness of combining IDS and fire-walling. |
| Real Time Alerting | | Introduce real time web configurable alerting functions. Check if this works by attacking the device and observing if the device alerts within acceptable real time limits (5 minutes) |
| Health Alerts | | Further enhance the appliance's ability to alert a Network Monitoring Centre based on a self evaluation of it's own state of health. Test this by running rogue processes to purposefully degrade performance. |
| Database | Completion of Stage 3. | Introduce logging to databases where reports can be extracted by using standard SQL. Test and runs specific reports. |
| | | |
| | | |
| | | |