**From:** Craig Wright [Craig Wright <craig@rcjbr.org>]
**Sent:** 3/28/2014 10:27:52 PM
**To:** John Chesher; Ramona Watts; Andrew <asommer@claytonutz.com>
**Subject:** RE: L11000019904 - W&K INFO DEFENSE RESEARCH LLC

W&K will be reinstated today.

It was only listed as delinquent in Sept 2013. Hence why the court did not notice as it was active when the case was filed. This will be fixed today.

Craig

…

----- Forwarded message -----


From: OnlineWebRein@dos.state.fl.us [OnlineWebRein@dos.state.fl.us]
Sent: Friday, March 28, 2014 7:11 AM
To: Ut Ng
Subject: L11000019904 - W&K INFO DEFENSE RESEARCH LLC

Congratulations, the reinstatement you submitted for the business
entity listed above has been approved for processing.  No further
changes can be made to the reinstatement application.

To complete the reinstatement, "click" on the link below and
follow the prompts for payment of the filing fee.  Please do
not "click" on the link until you are ready to complete the payment
process.  Once you choose to pay either by credit card or by
check, you must complete the payment process or the reinstatement
will be abandoned.  If you exit the payment process page before
completing the transaction, the filing will be abandoned.

The reinstatement will post overnight if paid by credit card.
If payment is made by check it must be received within 30 days.
The reinstatement will post when the check is received and processed.


https://efile.sunbiz.org/scripts/reinst03.exe?mc=Y&rs=MUL&tn=200258356362


This is an automated "no response" email.  If you have filing
questions visit our website at www.sunbiz.org




@ItsWorkingFL: https://twitter.com/ItsWorkingFL
The Department of State is leading the commemoration of Florida's 500th anniversary in 2013. For more information, please go to www.fla500.com.
The Department of State is committed to excellence. Please take our Customer Satisfaction Survey:
http://survey.dos.state.fl.us/index.aspx?email=OnlineWebRein@dos.myflorida.com