Case 9:18-cv-80176-BB   Document 829-39   Entered on FLSD Docket 12/1...

P-146
Case No. 9:18-CV-89176-BB

| | |
|---|---|
| **From**: | Craig Wright [Craig Wright <craig@rcjbr.org>] |
| **Sent**: | 4/1/2014 9:31:43 PM |
| **To**: | John Chesher; Andrew <asommer@claytonutz.com> |
| **CC**: | Ramona Watts |
| **Subject**: | FW: CFS International Formations - Accountant. |
| **Attachments**: | image004.png; image003.jpg; image002.jpg; image001.jpg |

CFS do not care as:
- They are paid (and they are completely up to date).
- They are not responsible for anything incl. loss if it had occurred badly (i.e. we screwed up the payments and they sold it under us).
- Reserved companies transfer when they are paid in full (and they are). I have the keys etc.

So, Dave picked this in Oct 2012.
He did not pay it upfront, but all there was only came to a small amount in 2012 and he had not issued keys to anyone at that point.

As noted in the contracts, Dave mined. All I had was transferred in 2011 and Dave used this. What was in the other was all a result of WKID and the trusts Dave managed from his deathbed (by the end).

So, in any event, the Bitcoin here is mined O/S, stays O/S and is spent O/S. Thus never a supply in Au.

Regards,
…
**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org
Tel: + 612 8003 7553 | Mobile: + 61 417 683 914
http://www.rcjbr.org

---

**From:** cfs@cfsformations [mailto:cfs@cfsformations.com]
**Sent:** Monday, 31 March 2014 7:48 PM
**To:** 'Craig Wright'
**Subject:** Company: 08248988

Hi Craig,

Thank you for your email and information.

I am happy to confirm that I have looked into the outstanding yearly requirements for your company 08248988, please see information below:

- Annual Return due date, 1st February 2015
- Dormant Company Accounts, 30th June 2014

Please let me know if you require any further information, I will be happy to help.

Kind regards

Charlotte Binns
CFS International Formations Limited
Tel : +44 (01302) 729041
Web: www.cfsformations.com

---

**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** 28 March 2014 22:18
**To:** cfsformations
**Subject:** SPAM Server: RE: Check 2 (08248988) 2 of 2.

Hello Yasmin,
I am the client. Obtaining the company is not the issue. We have also updated Companies house with what should have been the case and tried to fix everything as it needs to be.

I just wanted to check if I have missed anything.

Dave as you can see from the email had looked to this as a shelf company in 2012. With his sickness and death there were some errors. I am attempting to make sure we fix all of these.

08248988 was setup as a trust company in 2012. We do now control it and thus have instigated what we know to ensure it is covered, but I wanted to ask is there anything you can see I have missed or need to have you guys do?

Regards,
…
**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914
http://www.rcjbr.org

----- Forwarded message -----
From: "cfs@cfsformations" <cfs@cfsformations.com>
To: "Craig S Wright" <craig.wright@hotwirepe.com>
Subject: Check 2 (08248988) 2 of 2.
Date: Fri, Mar 28, 2014 21:54

Hi Craig,

Further to my email.

I am so sorry to hear about your colleague.

Regarding your query from 2012, kindly be advised that the company 08260048 was purchased from us.

Please advise further as I am unsure how you wish me to assist you?

I look forward to hearing from you.

Kind Regards

Yasmin Dutton

CFS International Formations Limited
**Tel:** 00 44 (0)1302 729041
**Web:** www.cfsformations.com

---

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** 28 March 2014 05:11
**To:** cfs
**Subject:** SPAM Server: Check 2 (08248988) 2 of 2.

Hello,
This is the second email.

This is your page from 2012 where Dave noted the shelf company. What can I do to perfect this and clean it up.

We assigned assets to this company in 2012 and I cannot get any of Dave's notes. His estate has not been able to decrypt his laptop and he died in his late forties suddenly.

I am hoping that the changes I have made to the register are allowable (as they are backdated). If there is anything else I would need to do, please let me know.

Regards,
Craig

-----Original Message-----
From: dave@davekleiman.com
Sent: Saturday, 16 December 2012 15:28 PM
To: Craig S Wright
Subject: Re: Brits
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

No need. There are several others from October if we come into any issues, but we only need one. Your trust is in the Seychelles and you want to have noting known of mine in P, so it should all be good.

We only need one dormant and untraded company to sit as a owner of the bitcoin we are mining into them. I am assuming you do not want WKID to be a director, the brits do allow this.

Dave
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.17 (MingW32)

iQGcBAEBAgAGBQJTEsBkAAoJEAQV5sviP8wtetYMAKzl1FqA9m8TApIlEEUO5Vwc
B93d7dntvZUQWXROscPj8rpeyY6RcaHbZdIKHgrv1/eRtgX9jqdONnbIRBZ9BeQb
2obcl/yJ3KFhIqrkCqtI8/P1xy1TKaEeM7Va5O4YUh+sI6YbyEfm/ADYddHtyMQ4
NVJNyWtKeEdVvkQYdUiygzckeP8reLc6LwC2BFWDTU12ZO9B0OmV7hui2u6CPaBZ
7H5bz292b5xRD0VjFp3kb0xTGEqzLz5PKGsoOTEwgSwU82+JH0tHzOJB81IHqv67
0XVLFkCmIg/7G6vqcjfh7/0ULdppfIhVOtSAFb5zJgL/3rvimBynETJLGbFatAnm
FNwyBTLr9gXzyW7TAqcV5ahxj7P3MGPgmu0U05J24d572hnkgT+RzVVBBpiPFc+Z
pIKXYaSxg3+jtXsDdIBBzIamD0xC1OU/0ezlkotxE0E63Y713BaTN5UT9r74C3NI
wxn1V58JofF65xahsB8zSdo+B43YS5dnbYuh9ix3oA==
=xvHo

-----END PGP SIGNATURE-----


-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Saturday, 15 December 2012 1:02 PM
To: 'dave kleiman'
Subject: Brits

Dave,
We have 08248988 held and reserved at CFS. Should be grab another as a backup, at least hold or reserve one?

Craig

CONFIDENTIAL  DEF_01914165