P-147

Case No. 9:18-CV-89176-BB

**From**: Craig Wright [craig@rcjbr.org]
**Sent**: 4/1/2014 9:08:00 AM
**To**: John Chesher [john.chesher@hotwirepe.com]; Andrew [asommer@claytonutz.com]
**CC**: Ramona Watts [ramona.watts@hotwirepe.com]; Allan Pedersen [allan.pedersen@hotwirepe.com]
**Subject**: Code

Hello,

I am putting the code that I got from WKID together.

In the four projects, I have 26 packages excluding the casino software and the sports book software (incl. the Betfair.com source code).

These total 6,080,555. It is documented and has Unit tests and debugging.

The breakdown by language is as follows:

| Language | Lines | Percent |
|----------|-------|---------|
| C# | 2,321,655 | 38.18% |
| C++ | 1,454,400 | 23.92% |
| java | 851,123 | 14.00% |
| Perl | 754,958 | 12.42% |
| python | 355,220 | 5.84% |
| asm | 158,002 | 2.60% |
| Ansi C | 156,564 | 2.57% |
| awk | 11,452 | 0.19% |
| lex | 9,521 | 0.16% |
| tcl | 3,017 | 0.05% |
| yacc | 2,015 | 0.03% |
| sed | 1,526 | 0.03% |
| fortran | 1,102 | 0.02% |

Total   6,080,555

Allan, based on what our rates are and this level of code, can you use the COCOMO II estimates to value this please:

http://csse.usc.edu/tools/COCOMOII.php

The Four projects are able to be divided as follows by company:

**CloudCroft**

1.   SCADA                  1,328,504

2.   IPv6                      714,455

3.   CGA Crypto          1,214,564

CONFIDENTIAL

**Hotwire PE**

1.   Algorithms            575,601

2.   Network Mapping 892,348

3.   Sorting                652,465

4.   Search, GARCH        400,464

**Coin-Exch**

1.   Trading                215,158

2.   Derivatives            302,154

John, if the ATO want, they can come and see this as well. I will have it ready before Thursday. At 50-100 Source Lines of Code a day (SLOC) at my best documented, this is 166 years work at my best.

Regards,

…

**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914

http://www.rcjbr.org

<<…>>   <<…>>    <<…>>

CONFIDENTIAL