Case 9:18-cv-80176-BB   Document 829-43   Entered on FLSD Docket 12/1...

**P-156.1**
Case No. 9:18-CV-89176-BB

