## Properties

### Settings

Importance: Normal
Sensitivity: Normal

☐ Do not AutoArchive this item

### Security

☐ Encrypt message contents and attachments
☐ Add digital signature to outgoing message
☐ Request S/MIME receipt for this message

**P-157.1**
Case No. 9:18-CV-89176-BB

### Tracking options

☐ Request a delivery receipt for this message
☐ Request a read receipt for this message

### Delivery options

Have replies sent to:
☐ Expires after  None   12:00 AM

Contacts:
Categories: None

### Internet headers

```
Return-Path: <craig@rcjbr.org>
Received: from CraigASUS (CPE-58-160-32-123.phzl1.ken.bigpond.net.au.
[58.160.32.123])
    by mx.google.com with ESMTPSA id
bt1sm700376pbd.29.2014.04.23.01.14.52
    for <multiple recipients>
    (version=TLSv1 cipher=ECDHE-RSA-AES128-SHA bits=128/128);
```

[Close]