Case 9:18-cv-80176-BB   Document 829-47   Entered on FLSD Docket 12/...

P-160.1
Case No. 9:18-CV-89176-BB

