P-167

Case No. 9:18-CV-89176-BB

| | |
|---|---|
| **From:** | Ira K <clocktime2020@gmail.com> |
| **Sent:** | Tuesday, May 20, 2014 3:20 PM |
| **To:** | Craig S Wright |
| **Subject:** | Re: memory recall |

Thanks.  I guess the one he drew for me could have looked like that.

Wish I kept the card.

On Tue, May 20, 2014 at 3:25 AM, Craig S Wright <craig@rcjbr.org> wrote:

Neither of us were graphic artists ...

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Tuesday, 20 May 2014 5:03 PM
**To:** Craig Wright
**Subject:** Re: memory recall

i think the logo he drew for me only had only line going through the B, not two.

On Tue, May 20, 2014 at 3:01 AM, Craig Wright <craig@rcjbr.org> wrote:

We did partner ;)

The properties were not magnificent, but I loved them. In total I had a few cattle ranches and farm. Up in Port Macquarie. Wonderful beaches, but underdeveloped unlike Florida. In total about 550 acres.

I will have to see what I can dig up. The old Bitcoin logo we did is no longer used. I have a copy somewhere.

Some of the issues we still face come from how people assume making money must be counterfeit or otherwise illegal.

Craig

On 20/05/2014 4:53 pm, "Ira K" <clocktime2020@gmail.com> wrote:

I thought I would share this memory of Dave I had.

I don't recall him ever saying the word Bitcoin to me, but I do

KLEIMAN_00278108
KLEIMAN_00278108-1

have a memory where I think he told me he was working on it.

We were visiting at my Dad's house I think for Thanksgiving, and

I believe it was the first time he met my daughter Jiji.  We started

talking about how successful Facebook had become and I asked

him if he was working on anything interesting.  He told me he was

making his own money.  I was like what?  Are you making

counterfeit money?  I thought maybe he was up to something fishy.

And then he said it was digital money and opened his wallet to

show me something like a business card with a logo on it.

But he couldn't find it so I think he just scribbled it on the back

of a card, the B with lines through it.


He also said he was doing some work with a rich foreign guy.  I asked him

how rich is this guy? He said something like he's not super rich, but he owns

some properties. Then he said some other stuff about the foreign guy

that I don't remember.  I replied to him saying why don't you partner

with this guy.  With your brains and his money you guys could create

the next big thing like Facebook.  He gave me a blank look and was

silent, which I thought unusual for Dave to stop talking.  Maybe he

didn't want to directly come out and say you guys were already

partners.  Anyway, that's the only time I can recall where he mentioned

this stuff to me.


I was wondering if you were aware of any business cards ever being

printed with the Bitcoin logo on it.  I never found any in his belongings.

I wasn't sure if he was opening his wallet to show me a Bitcoin business

KLEIMAN_00278109
KLEIMAN_00278109-2

card or if he just wanted to grab an existing card to draw the logo on

the back of it.


Thanks,

Ira

KLEIMAN_00278110
KLEIMAN_00278110-3