| | |
|---|---|
| From: | lee1@iinet.net.au [lee1@iinet.net.au] |
| Sent: | 10/28/2014 4:34:16 PM |
| To: | Craig S Wright [craig.wright@hotwirepe.com] |
| Subject: | Re: Valuation |

Hello Craig,
Thank you for that. I will absorb the information tomorrow. It is probably a good idea to separate the valuations as CloudCroft, Hotwire PE and Coin-Exch. I will liaise with Alan regarding further information.

Kind regards

Lee

**From:** Craig S Wright
**Sent:** Tuesday, October 28, 2014 11:42 AM
**To:** lee1@iinet.net.au
**Cc:** Allan Pedersen ; Ramona Watts
**Subject:** RE: Valuation

Hello Lee,
Allan and other will ensure that you have all of the required documents.

Please feel free to request materials directly from him.

The software you are doing a cost valuation for is the W&K project we have been integrating into our group of companies.

As noted already, these four projects incorporates the following 26 packages excluding the casino software and the sports book software (incl. the Betfair.com source code).

These total 6,080,555 SLOC. The code is documented and has Unit tests and debugging.

The breakdown by language is as follows:

```
Language    Lines            Percent
C#          2,321,655         38.18%
C++         1,454,400         23.92%
java          851,123         14.00%
Perl          754,958         12.42%
python        355,220          5.84%
asm           158,002          2.60%
Ansi C        156,564          2.57%
Awk            11,452          0.19%
lex             9,521          0.16%
tcl             3,017          0.05%
yacc            2,015          0.03%
sed             1,526          0.03%
fortran         1,102           .02%

Total       6,080,555
```

The Four projects are able to be divided as follows by company:

CloudCroft
1. SCADA            1,328,504
2. IPv6             714,455
3. CGA Crypto       1,214,564

Hotwire PE
1. Algorithms       575,601
2. Network Mapping  892,348
3. Sorting          652,465
4. Search, GARCH    400,464

Coin-Exch
1. Trading          215,158
2. Derivatives      302,154

The code is optimised to run on a distributed CUDA based parallel system. We are creating a system that will extend

The primary uses are attached in the AusIndustry documents describing the research.

Thanks
Craig

---

**From:** lee1@iinet.net.au [mailto:lee1@iinet.net.au]
**Sent:** Tuesday, 28 October 2014 10:55 AM
**To:** Craig S Wright
**Subject:** Valuation

Hello Craig,
Please find attached the "Appointment To Act" and the initial invoice.

Kindest regards

# Lee Goldstein
Principal



33 Segrave Street
Gwelup, Western Australia 6018

Website: www.brv.com.au

**Phone**: **(08) 9204 1449**
E-mail: lee1@iinet.net.au

This transmission, or any part of it, is confidential, may contain privileged information and is intended only for the named addressee. The copying or distribution of this transmission (or any part of it) or any information that it contains by anyone other than the intended addressee is prohibited. If you have received this transmission in error, please advise the sender by return e-mail and delete the transmission.