**P-183**

Case No. 9:18-CV-89176-BB

**From**:     Ramona Watts [/O=MEX05/OU=EXCHANGE ADMINISTRATIVE GROUP
                   (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RAMONA.WATTSD87]
**Sent**:     6/24/2015 4:34:05 PM
**To**:     'craig.wright@hotwirepe.com' [craig.wright@hotwirepe.com]
**CC**:     Stefan Matthews [smatthews@sterling.ph]
**Subject**:     FW: Valuation
**Attachments**:     DeMorgan 1.pdf


Ramona Watts
**Chief People Officer**
**Hotwire Preemptive Intelligence (Group)**
Mobile:  + 61.423.912.994
ramona.watts@hotwirepe.com



**From:** lee1@iinet.net.au [mailto:lee1@iinet.net.au]
**Sent:** Saturday, 15 November 2014 10:51 AM

**Subject:** Valuation

Kind regards

Lee

DEFAUS_00714072



CLOUDCROFT



# COIN-EXCH



# Software Engineering Valuation

Effective Date of Valuation
13th November  2014

DEFAUS_00714073

DeMorgan Ltd

# Contents

Software Engineering Valuation ........................................................................................... 1
Contents ............................................................................................................................... 2
Certification and Conditions ................................................................................................ 3
Conditions & Assumptions ................................................................................................... 4
Purpose & Objective ............................................................................................................ 6
Fair Market Value ................................................................................................................ 6
Going Concern ...................................................................................................................... 6
The Business ......................................................................................................................... 7
Ownership & Capital Structure ........................................................................................... 7
Competitors .......................................................................................................................... 7
10. Valuation Approaches .................................................................................................... 8
11. Income Approach ............................................................................................................ 8
12. The Market Approach .................................................................................................... 11
13. Cost Based Approach .................................................................................................... 12
14. Software Size & Costing ............................................................................................... 12

    13.1     Metrics .................................................................................. 13
    13.2     Function Points (FP) ........................................................... 13
    13.3     Line of Code ........................................................................ 13
    13.4     COCOMO II ........................................................................ 14

15. The Companies ............................................................................................................. 15

    15.1     CLOUDCROFT ................................................................... 16
    15.2     HOTWIRE PE ..................................................................... 17
    15.3     COIN-EXCH ........................................................................ 18
    15.4     COIN .................................................................................. 19

16. Valuation ...................................................................................................................... 20

    16.1     CLOUDCROFT VALUATION ............................................. 21
    16.2     HOTWIRE PE VALUATION ............................................... 21
    16.3     COIN-EXCH VALUATION ................................................. 22
    16.4     COIN VALUATION ............................................................ 22
    16.5     COMBINED VALUATIONS ............................................... 23

17. Conclusion ................................................................................................................... 23
References: ......................................................................................................................... 24
Appendices: ........................................................................................................................ 25

    COCOMO II for C# ........................................................................ 25
    COCOMO II for C++ ...................................................................... 26
    COCOMO II for java ....................................................................... 27
    COCOMO II for Perl ....................................................................... 28
    COCOMO II for python ................................................................... 29
    COCOMO II for asm ....................................................................... 30
    COCOMO II for Ansi C ................................................................... 31
    COCOMO II for awk ....................................................................... 32
    COCOMO II for lex ........................................................................ 33
    COCOMO II for tcl ......................................................................... 34
    COCOMO II for yacc ...................................................................... 35
    COCOMO II for sed ........................................................................ 36
    COCOMO II for fortran ................................................................... 37

Curriculum Vitae - Lee Gordon Goldstein ........................................................................ 38
Selection of Recent Assignments ...................................................................................... 39

CONFIDENTIAL

DEFAUS_00714074

DeMorgan Ltd

## Certification and Conditions

Lee Goldstein of Business Reports & Values hereby certifies the following statements regarding this business valuation:

- I have not personally inspected the assets, properties, or business interests encompassed by this valuation.

- I have no present or prospective future interest in the assets, properties, or business interests that are the subject of this business valuation.

- I have no personal interest or bias with respect to the subject matter of this report or the parties involved.

- The consideration received for making the valuation is in no way contingent upon the value reported or upon any predetermined value.

- To the best of my knowledge and belief, the statements and facts contained in this report, upon which the analyses, conclusions, and opinions expressed herein are based, are true and correct.

- I have not performed a historical analysis of the business's financial statements. I assume that the financial and related information supplied reflect the normal operations of the business. To the extent this is not an accurate representation, the analysis and conclusions drawn are not valid and shall not be represented in any context that implicitly or explicitly suggests that Business Reports & Values and its representatives believe the business valuation to be accurate.

- I have made all the enquiries that I believe are desirable and appropriate and that no matters of significance that I regard as relevant have to my knowledge, been withheld.

CONFIDENTIAL

DEFAUS_00714075

DeMorgan Ltd

## Conditions & Assumptions

- This valuation is made subject to the following general contingent and limiting conditions:

- Neither the facts of any legal case nor the question of liability are within the scope of my report.  This report is solely concerned with addressing the limited terms of reference and should not be used for any other purpose.

- I have relied entirely upon the documentation and items provided for my examination together with discussions on relevant aspects.

- I assume no responsibility for the legal description or matters including legal or title considerations. Title to the subject assets, properties, or business interests is assumed to be good and marketable unless otherwise stated.

- The subject assets, properties, or business interests are valued free and clear of any or all liens or encumbrances unless otherwise stated.

- I assume responsible ownership and competent management with respect to the subject assets, properties, or business interests.

- The information furnished by Allan Pedersen and Craig Wright is believed to be reliable and I have not undertaken any audit procedures to verify its veracity. I therefore issue no warranty or other form of assurance regarding its accuracy.

- I reserve the right to amend this report in the light of further information.

- I assume that there is full compliance with all applicable federal, state, and local regulations and laws unless the lack of compliance is stated, defined, and considered in the valuation report.

- I assume that all required licenses, certificates, consents, or legislative or administrative authority from any local, state, or national government, or private entity or organisation have been or can be obtained or reviewed for any use on which the opinion contained in this report is based

- Unless otherwise stated in this report, I did not observe, and I have no knowledge of, the existence of hazardous materials with regard to the subject assets, properties, or business interests. However, I am not qualified to detect such substances. I assume no responsibility for such conditions or for any expertise required to cover them.

- Possession of this report does not carry with it the right of publication. It may not be used for any purpose by any person other than the client to whom it is addressed without my written consent and, in any event, only in its entirety.

- Neither all nor any part of the contents of this report shall be disseminated to the public through advertising, public relations, news, sales, or other media without my written consent and approval.

CONFIDENTIAL

DEFAUS_00714076

DeMorgan Ltd

- The analyses, opinions, and conclusions presented in this report apply to this engagement only and may not be used out of context presented herein.  This report is valid only for the effective date(s) specified herein and only for the purpose(s) specified herein.

- This report has been prepared with care and due diligence.  However, except for that responsibility which by law cannot be excluded, no responsibility arising in any way whatsoever for errors or omissions (including responsibility to any party for negligence) is assumed by the author, Business Reports and Values, its employees or consultants, for the preparation of this report.

- The conclusions contained in the valuation and the report will be subject to review upon presentation of data, which is undisclosed or not available at the date of this report.

- The Principal of Business Reports & Values Lee G. Goldstein has been involved in the valuing and sale of businesses since 1986. He holds a Post Graduate Diploma in Property (Valuation), a  Double Major Degree in Accounting and Finance , the Advanced Certificate of Business (Real Estate) and the Advanced International Certificate in Intellectual Property.  He has been the Triennial Certificate holder and Licensee of a business broking company since 1992.

CONFIDENTIAL                                                                        DEFAUS_00714077

DeMorgan Ltd

## Purpose & Objective

This report has been prepared for regulatory purposes.

## Fair Market Value

The mostly recognised and accepted standard of value is fair market value. The definition of fair market value is the cash, or cash equivalent, price for which property would change hands between a willing buyer and willing seller, neither being under any compulsion to buy or sell and both being adequately informed of the relevant facts.

## Going Concern

Our opinion of Fair Market Value relies on a "value in use" or going concern premise. This premise assumes that the business is an ongoing enterprise with management operating in a rational way with a goal of maximising the value of the business.

6

CONFIDENTIAL

DEFAUS_00714078

DeMorgan Ltd

## The Business

This valuation report is concerned with valuing the source code applicable to four separate company entities. These entities are :





## COIN-EXCH

## COIN

## Ownership & Capital Structure

The controlling entity for the above is DeMorgan Ltd, whose Directors are Craig Steven Wright and Ramona Watts.

## Competitors

There are no actual competitors, as the software engineering proposed  is unique.

CONFIDENTIAL

DEFAUS_00714079

DeMorgan Ltd

## 10. Valuation Approaches

There are three generally accepted approaches to valuations. These are the income approach, the asset based approach and the market approach. Within each approach are the methods used to estimate value. The approaches and methods used may or may not be applicable to a particular valuation. Sometimes the valuation will dictate the approach and method. With regard to this valuation report, when valuing intellectual property, the asset based approach is replaced with the cost approach, as detailed later.

## 11. Income Approach

The theory of the income approach is that the value of the business is the present value of the future economic benefits (income stream) it's expected to provide. The economic benefits can be determined from historical results or future projections. When using the discounted future cash flow method, forecasts are typically prepared for five years and then these economic benefits are converted to the present value using a discount rate. The discount rate is a rate of return required by an investor for the risk involved. This method is normally appropriate when economic benefits are not stable. Another method utilised for the income approach is the capitalisation method. This method capitalises a single income stream using a capitalisation rate. This rate is the discount rate minus the long-term sustainable growth rate. Generally the capitalisation method is used when a company's historical results are expected to continue in the future with a relatively stable growth rate.

To value the income stream, Discounted Cash Flow (DCF) is used.
Discounted Cash Flow  analysis is a method of valuing a project, company, or asset using the concepts of the time value of money. All future cash flows are estimated and discounted to give their present values (PVs) – the sum of all future cash flows, both incoming and outgoing, is the net present value (NPV), which is taken as the value or price of the cash flows in question.

CONFIDENTIAL

DEFAUS_00714080

DeMorgan Ltd

The discount rate used is generally the appropriate Weighted average cost of capital (WACC), that reflects the risk of the cashflows. The discount rate reflects two things:

1) The time value of money (risk-free rate) – according to the theory of time preference, investors would rather have cash immediately than having to wait and must therefore be compensated by paying for the delay. Typically in Australia the 10 year day Treasury Note is used as a risk-free rate.

2) A risk premium – reflects the extra return investors demand because they want to be compensated for the risk that the cash flow might not materialize after all.

| Category | Description | Risk Premium |
|---|---|---|
| 1 | Established businesses with a strong trade position, are well financed, have depth in management, whose past earnings have been stable and whose future is highly predictable | 6-15% |
| 2 | Established businesses in a more competitive industry that are well financed, have depth in management, have stable past earnings and whose future is fairly predictable. | 16-20% |
| 3 | Businesses in a highly competitive industry that require little capital to enter, no management depth, element of risk is high, although past record may be good. | 21-25% |
| 4 | Small businesses that depend upon the special skill of one or two people.  Larger established businesses that are highly cyclical in nature. In both cases, future earnings may be expected to deviate widely from projections | 26-30% |
| 5 | Small  business of a personal services nature where the transferability of the income stream is in question. There is little by way of tangible assets. | 31-35% |

The discounted cash flow formula is derived from the future value formula for calculating the time value of money and compounding returns.

CONFIDENTIAL

DEFAUS_00714081

DeMorgan Ltd

$$FV = DPV \cdot (1 + i)^n$$

Thus the discounted present value (for one cash flow in one future period) is expressed as:

$$DPV = \frac{FV}{(1 + i)^n} = FV(1 - d)^n$$

where:

DPV is the discounted present value of the future cash flow (FV), or FV adjusted for the delay in receipt;

FV is the nominal value of a cash flow amount in a future period;

i is the interest rate, which reflects the cost of tying up capital and may also allow for the risk that the payment may not be received in full;

d is the discount rate, which is i/(1+i), i.e. the interest rate expressed as a deduction at the beginning of the year instead of an addition at the end of the year; n is the time in years before the future cash flow occurs.

Where multiple cash flows in multiple time periods are discounted, it is necessary to sum them as follows:

$$DPV = \sum_{t=0}^{N} \frac{FV_t}{(1 + i)^t}$$

for each future cash flow (FV) at any time period (t) in years from the present time, summed over all time periods. The sum can then be used as a net present value figure. If the amount to be paid at time 0 (now) for all the future cash flows is known, then that amount can be substituted for DPV and the equation can be solved for i, that is the internal rate of return.

All the above assumes that the interest rate remains constant throughout the whole period.

CONFIDENTIAL

DeMorgan Ltd

## 12. The Market Approach

The market approach draws comparisons to publicly traded companies or private companies that are similar to the subject company. The market approach uses empirical evidence of value using databases for private businesses and companies.

This is the most common approach used when valuing SME's (small and medium enterprises). A return on investment (ROI) percentage is applied to the averaged three years adjusted profit figure derived from the adjusted net profit statement. The figure arrived at includes plant & equipment, stock and goodwill. All assets are deemed to be unencumbered. In determining the most appropriate rate at which to capitalise the adjusted profit, the following factors are considered:

❖ Demand for businesses .

❖ The type of business and industry in which it operates.

❖ The input of the owner

❖ The size and location of the business.

❖ The security of tenure of the business.

❖ The historical results of the business.

❖ The tangible assets of the business

❖ The trends in the Australian economy as a whole.

A major disadvantage with the market method is that it ends up comparing general information in the market, it is unable to consider specific factors leading to a specific transaction. For this reason, this approach is ignored.

CONFIDENTIAL

DEFAUS_00714083

DeMorgan Ltd

## 13. Cost Based Approach

The cost based approach values the IP by assessing the costs that the company incurred, or will incur in creating the IP. As the benefits deriving from the software will not be accessible for a number of years, this is the only valuation approach that can be used. The  method for assessing the cost of the software are discussed below

## 14. Software Size & Costing

When looking at the cost of producing software it is important to understand that the cost of producing the software project is in no way relevant to the value of that  software. Google's software cost $585,000,000. (Upbin 2011). Google now has a  Market Cap of 547.31 Billion (Yahoo finance2014) as at 13th November 2014.

Software operating systems  show no signs of becoming less complex. In fact, they are becoming more complex faster and faster. The total SLOC's estimated to be used by the entities in this valuation is 6.08 million lines of code.

 Microsoft Windows is a poster child for this trend to complexity.
Windows 3.1, released in 1992, had 3 million lines of code; Windows 95 has 15 million and Windows 98 has 18 million. The original Windows NT (also 1992) had 4 million lines of code; NT 4.0 (1996) has 16.5 million. In 1998, Windows NT 5.0 was estimated to have 20 million lines of code; by the time it was renamed Windows 2000 (in 1999) it had between 35 million and 60 million lines of code, depending on who you believe (Schneier 2000).

| Software | Lines of Code |
|---|---|
| Microsoft Windows  3.1 | 3,000,000 |
| Microsoft Windows  95 | 15,000,000 |
| Microsoft Windows  98 | 18,000,000 |
| Windows NT | 4,000,000 |
| Windows NT 4.0 | 16,500,000 |
| Windows NT 5.0 | 20,000,000 |
| Windows 2000 | 35,000,000 + |

Source Bruce Schneier

CONFIDENTIAL

DEFAUS_00714084

DeMorgan Ltd

It is evident that the more complex and secure a system is, the more lines of code it uses. Software costing should be carried out objectively with the aim of accurately predicting the cost of developing the software.

When costing lines of code, the industry standard is to calculate the time used to produce the code. This is referred to as "Person Months", being the amount of code a person can produce in a month. Once this calculation has been determined, (using COCOM II) the average cost of a software engineer, per month, is applied to the calculation to arrive at the total cost of the project. This cost is $9,558.00 at 2014 rates.

## 13.1   Metrics

Two primary metrics are used for estimating code size and effort: Function Points and Line-of-code (LOC) (Wiederhold).

## 13.2   Function Points (FP)

With FP, productivity is expressed as the number of function points that are implemented per person-month.  A function point is not a single characteristic but is computed by combining several different measurements or estimates. There are therefore wide variations in FP count depending on the estimator's judgement and the type of system being developed. Function points are said to be more of an objective metric which cannot be imagined as being a physical entity, it exists only in the logical space

## 13.3   Line of Code

Source lines of code (SLOC), also known as lines of code (LOC), is a software metric used to measure the size of a computer program by counting the number of lines in the text of the program's source code. SLOC is typically used to predict the amount of effort that will be required to develop a program, as well as to estimate programming productivity or maintainability once the software is produced.  Line of Code is a physical entity; manual counting effort can be easily eliminated by automating the counting process. Small utilities may be developed for counting the LOC in a program. However, a code counting utility developed for a specific language cannot be used for other languages due to the syntactical and structural differences among languages.

CONFIDENTIAL

DEFAUS_00714085

DeMorgan Ltd

An Intuitive Metric: Line of Code serves as an intuitive metric for measuring the size of software because it can be seen and the effect of it can be visualized .

LOCs are the most prevalently used metric for estimating effort and measuring earned value in the software industry.

### 13.4    COCOMO II

The Constructive Cost Model (COCOMO) is a model developed by Barry Boehm for estimating effort, cost and schedule for software project. It use a basic regression formula that uses parameters from current and historic project. COCOMO computes software effort as a function of the program size expressed in estimated lines of code (LOC). It applies to tree type of software projects such as organic project, semi-detached projects and embedded projects. It is a good estimate, the early-noted metric line of code strongly correlates to the end result the amount of effort to complete the software development. COCOMO II has some special features, which distinguish it from other models. The usage of this model is very wide and the results usually are accurate.

 LOC or Source Line-of-Code (SLOC's) and COCOMO II have been utilised  to value each component of this valuation report

CONFIDENTIAL

DEFAUS_00714086

DeMorgan Ltd

## 15. The Companies

Hotwire PE has purchased the WKID package as part of the business strategic direction with the objective of establishing a worldwide BitCoin banking system. It is fundamental to the Roadmap and Vision developed by Hotwire for the next 5 years and is part of the overall vision to provide technologies that drive innovation in the banking and finance industries.

The WKID software suite is comparable to complete banking software currently in use by major banks in Australia and worldwide. The systems are typically large and complex. The development cycle to develop and implement a banking software system similar to the WKID is 10 to 15 years. The development cycle is complex and risk exposure is extremely high. The development requires strong management of a very large highly qualified development team.

Purchasing the WKID software is a mitigating reason of the extreme high risk exposure associated with banking software and will allow the Hotwire business plan to be executed within the next 5 years.

No existing banking software providers  are able to provide a banking system based on Bitcoin principles and framework. Hotwire will be able to develop an internationally recognised Bitcoin banking system based on the WKID software.

CONFIDENTIAL

DEFAUS_00714087

DeMorgan Ltd

### 15.1 CLOUDCROFT

CLOUDCROFT

Cloudcroft is an Australian company specialising in developing and researching systems preventing cybercriminal attacks. Latest addition to the Cloudcroft product line is the development of high performing SDS Storages and Supercomputer.

The company has successfully delivered complete high speed digital security device solutions for the Digital Cinema industry and is currently engaged in the creation of an adaptive security protocol. Cloudcroft is researching and developing Reactive and Pre-emptive Security Systems that goes far beyond current traditional protection systems and concepts ( firewall, IDS, anti-virus and contents scanning protections). The Adaptive Security is created as an interactive Virtual Universe based on artificial intelligence agents, allowing an environment to analyse attackers behaviour, profile, systems, algorithms and methodologies.

Cloudcroft product line includes:

Hyper Croft Mark I – SDS Storage 5.8 PB/Rack

Hyper Croft Mark II – SDS Storage 7.2 PB/Rack

Hyper Croft Mark III – SDS Storage 10.2 PB/Rack

Super Croft - Supercomputer 798.3 TFlop/s

The Super Croft Supercomputer is being assessed against the TOP500 list.

Cloudcroft is offering leased large storage tailored to a client's needs and requirements.

W&K Source share: 46%

SCADA                   954,578

IPv6                      513,361

CGA Crypto              872,708

W&K Source will enable:  Research activities associated with Virtual Universe.

16

CONFIDENTIAL

DEFAUS_00714088

DeMorgan Ltd

15.2 HOTWIRE PE



HotwirePE accelerates early stage technological and scientific research programs, creating world-class solution platforms. The primary focus is on high leverage automated systems with the potential to change how the world operates on a day-to-day basis. Working with both government and commercial partners, the company seeks to leverage the opportunities of a globally interconnected cyberspace, thereby opening opportunities for commerce and trade.

HotwirePE is developing training platforms that goes beyond what is currently available. These platforms are scalable up to 100 million concurrent users (10.000+ courses) and is capable of operating with extreme big data sizes.

The company are focused on respecting the privacy, civil liberties, freedom of expression and innovation that have made cyberspace an integral part of the growing global economy. At the same time responsibly managing the intrinsic uncertainties that directly and drastically impact global trade, commerce and finance.

W&K Source share:  32%

- Algorithms                413,590
- Network Mapping           641,184
- Sorting                   468,819
- Search, GARCH             289,708

W&K Source will enable:  The creation of world-class solution platforms and support to research activities undertaken as part of Coin-Exch, C01N, and Cloudcroft.

CONFIDENTIAL

DEFAUS_00714089

DeMorgan Ltd

### 15.3    COIN-EXCH

# COIN-EXCH

Coin-Exch is a secure online currency exchange platform. Coin-Exch will offer exchanges and trades between Australian dollars and bitcoins. In the near future, Coin-Exch   will offer other trading products with the ability to exchange bitcoins with other national currencies, commodities and bitcoin derivatives. Coin-Exch will extend the full capability of the bitcoin payment network and its transactions, introducing smart contracts, empowering new forms of pay-as-you-go systems for multimedia and telecommunications industries. Coin-Exch is seeking to create into the Blockchain an exchange mechanism that is designed to facilitate the simple transfer of information in a completely secure and verifiable manner.

W&K Source share:  6%

| 1. | Trading | 154,599 |
|----|---------|---------|
| 2. | Derivatives | 217,108 |

W&K Source will enable:  The creating of a fast and stable trading platform to trade Bitcoin as fundamental currency to buy and sell traditional assets and securities.

CONFIDENTIAL                                                                                          DEFAUS_00714090

DeMorgan Ltd

15.4   COIN



Coin is offering an online scalable eWallet solution with secure vault technology for the Bitcoin market. The eWallet is easy to use, similar to current online banking facilities and is appealing to existing bank customers. The C01N eWallet is providing fast and secure transactions and can safely be used by anybody without prior knowledge of the Bitcoin currency. For peace of mind C01N will guarantee the safety of the company's customers Bitcoins in a secured cold storage vault, removing Internet risks and security concerns. Ultimately C01N will enable the customers to keep and use Bitcoins safely, bringing Bitcoins to mainstream financial activities. The C01N eWallet will standardize digital currency based exchange and banking solutions.

W&K Source share:  16%

| | | |
|---|---|---|
| 1. | Machine Learning | 300,899 |
| 2. | Graph Reduction | 24,834 |
| 3. | Fibonacci Retracements | 40,352 |
| 4. | CUDA compiler | 723,739 |
| 5. | Static Analyser | 361,342 |
| 6. | VRML Visualisation | 105,694 |

W&K Source will enable:  The development of transaction protocols and rule based algorithms to significantly reduce transaction times and design novel security protocols and encryption algorithms without compromising transaction times or scalability.

CONFIDENTIAL

DEFAUS_00714091

DeMorgan Ltd

## 16. Valuation

The total language SLOC's were entered into COCOM II  (each language result are displayed in the appendices)  and the following Drivers/ Conditions were applied with the following results:

| Language | SLOC | New | Reuse | Modified | D/C* | Person - Months | Cost $ |
|---|---|---|---|---|---|---|---|
| C# | 2,321,655 | 50% | 25% | 25% | 1 | 18,261.8 | 174,546,544 |
| C++ | 1,454.400 | 50% | 25% | 25% | 1 | 10,918.9 | 104,363,055 |
| Java | 851,123 | 50% | 25% | 25% | 1 | 6,057.4 | 57,897,053 |
| Perl | 754,958 | 25% | 50% | 25% | 3 | 937.7 | 8,942,973 |
| Python | 355,220 | 50% | 25% | 25% | 1 | 2,317.2 | 22,147,532 |
| asm | 158,002 | 25% | 50% | 25% | 2 | 346.6 | 3,312,576 |
| Ansi C | 156,564 | 50% | 25% | 25% | 2 | 735.3 | 7,028,069 |
| awk | 11,452 | 25% | 50% | 25% | 3 | 9.3 | 89,347 |
| lex | 9,521 | 25% | 50% | 25% | 3 | 7.6 | 72,918 |
| tcl | 3,017 | 25% | 50% | 25% | 3 | 2.2 | 20,599 |
| yacc | 2,015 | 25% | 50% | 25% | 3 | 4.1 | 39,188 |
| fortran | 1,102 | 25% | 50% | 25% | 3 | 0.7 | 6,821 |
| **TOTAL** | | | | | | **39,597.80** | **378,476,427** |

* D/C
Drivers /Conditions 1:

| | |
|---|---|
| Required Software Reliability | Very High |
| Data Base Size | Very High |
| Product Complexity | Extra High |
| Documentation Match to Lifecycle Needs | High |
| Analyst Capability | High |
| All Others | Nominal |

Drivers /Conditions 2:

| | |
|---|---|
| Required Software Reliability | Very High |
| Product Complexity | Extra High |
| Documentation Match to Lifecycle Needs | High |
| Analyst Capability | High |
| All Others | Nominal |

Drivers /Conditions 3:

| | |
|---|---|
| All | |

The valuation  is based on  the percentages of the software  being developed from new, as shown in the table above. The percentage of SLOC's used by each company follows.

CONFIDENTIAL

DEFAUS_00714092

DeMorgan Ltd

## 16.1 CLOUDCROFT VALUATION

| Language | Cloudcroft | Person Months | Rate | Cost |
|---|---|---|---|---|
| C# | 1,140,365 | 8,969.945 | 9,558.00 | 85,734,734 |
| C++ | 405,288 | 3,042.697 | 9,558.00 | 29,082,102 |
| java | 542,178 | 3,858.654 | 9,558.00 | 36,881,013 |
| Perl | 564,927 | 700.174 | 9,558.00 | 6,692,266 |
| python | 164,928 | 1,075.872 | 9,558.00 | 10,283,182 |
| asm | 4,535 | 9.948 | 9,558.00 | 95,085 |
| Ansi C | 3,062 | 14.381 | 9,558.00 | 137,450 |
| awk | 6,135 | 4.982 | 9,558.00 | 47,619 |
| lex | 3,404 | 2.717 | 9,558.00 | 25,971 |
| tcl | 1,620 | 1.181 | 9,558.00 | 11,291 |
| yacc | 36 | 0.073 | 9,558.00 | 700 |
| sed | 87 | 0.057 | 9,558.00 | 545 |
| fortran | 1,102 | 0.700 | 9,558.00 | 6,691 |
| TOTAL | 2,837,667 | 18,479.553 | | 168,998,649 |

## 16.2 HOTWIRE PE VALUATION

| Language | HWPE | Person Months | Rate | Cost |
|---|---|---|---|---|
| C# | 1,026,428 | 8,073.733 | 9,558.00 | 77,168,741 |
| C++ | 313,383 | 2,352.721 | 9,558.00 | 22,487,309 |
| java | 174,845 | 1,244.363 | 9,558.00 | 11,893,623 |
| Perl | 189,254 | 234.563 | 9,558.00 | 2,241,950 |
| python | 131,588 | 858.386 | 9,558.00 | 8,204,449 |
| asm | 73,673 | 161.612 | 9,558.00 | 1,544,690 |
| Ansi C | 8,524 | 40.033 | 9,558.00 | 382,634 |
| awk | 5,317 | 4.318 | 9,558.00 | 41,270 |
| lex | 2,951 | 2.356 | 9,558.00 | 22,515 |
| tcl | 1,397 | 1.019 | 9,558.00 | 9,737 |
| yacc | - | - | 9,558.00 | - |
| sed | 70 | 0.046 | 9,558.00 | 438 |
| fortran | - | - | 9,558.00 | - |
| TOTAL | 1,927,431 | 12,551.88 | | 123,997,356 |

CONFIDENTIAL

DeMorgan Ltd

### 16.3   COIN-EXCH VALUATION

| Language | Coin-Exch | Person Months | Rate | Cost |
|---|---|---|---|---|
| C# | 148,335 | 1,166.781 | 9,558.00 | 11,152,098 |
| C++ | 37,887 | 284.436 | 9,558.00 | 2,718,644 |
| java | 134,100 | 954.383 | 9,558.00 | 9,121,993 |
| Perl | 777 | 0.963 | 9,558.00 | 9,205 |
| python | 11,340 | 73.974 | 9,558.00 | 707,044 |
| asm | 2,044 | 4.484 | 9,558.00 | 42,856 |
| Ansi C | 26,347 | 123.738 | 9,558.00 | 1,182,690 |
| awk | - | - | 9,558.00 | - |
| lex | - | - | 9,558.00 | - |
| tcl | - | - | 9,558.00 | - |
| yacc | 32 | 0.065 | 9,558.00 | 622 |
| sed | 4 | 0.003 | 9,558.00 | 25 |
| fortran | - | - | 9,558.00 | - |
| TOTAL | 360,866 | 2,350.044 | | 24,935,176 |

### 16.4   COIN VALUATION

| Language | C01N | Person Months | Rate | Cost |
|---|---|---|---|---|
| C# | 6,528 | 51.348 | 9,558.00 | 490,787 |
| C++ | 697,841 | 5,239.037 | 9,558.00 | 50,074,720 |
| java | - | - | 9,558.00 | - |
| Perl | - | - | 9,558.00 | - |
| python | 47,363 | 308.962 | 9,558.00 | 2,953,060 |
| asm | 77,750 | 170.556 | 9,558.00 | 1,630,172 |
| Ansi C | 118,631 | 557.148 | 9,558.00 | 5,325,224 |
| awk | - | - | 9,558.00 | - |
| lex | 3,166 | 2.527 | 9,558.00 | 24,155 |
| tcl | - | - | 9,558.00 | - |
| yacc | 1,947 | 3.962 | 9,558.00 | 37,865 |
| sed | 1,365 | 0.894 | 9,558.00 | 8,550 |
| fortran | - | - | 9,558.00 | - |
| TOTAL | 954,592 | 6,216.527 | | 60,544,533 |

22

CONFIDENTIAL

DeMorgan Ltd

16.5    COMBINED VALUATIONS

| Language | SLOC | Person Months | Rate | Cost $ |
|----------|------|---------------|------|--------|
| Cloudcroft | 2,837,667 | 18,479.553 | 9,558.00 | 168,998,649 |
| Hotwire PE | 1,927,431 | 12,551.883 | 9,558.00 | 123,997,356 |
| Coin-Exch | 360,866 | 2,350.044 | 9,558.00 | 24,935,176 |
| Coin | 954,592 | 6,216.527 | 9,558.00 | 60,544,533 |
| Total | 6,080,556 | 39,597.967 | 9,558.00 | 378,475,713 |

It should be noted that there is a difference of $715 between the total on this page, 23 and the total on page 20. As this is due to rounding and amounts to 0.00018% it is disregarded.

In valuations anything below 5% is often regarded as immaterial.

# 17. Conclusion

This valuation report has valued the software engineering for the four companies controlled by DeMorgan Ltd, using the cost basis. This software has a value of $378,475,713.

Lee Goldstein

For Business Reports and Values

CONFIDENTIAL

DEFAUS_00714095

DeMorgan Ltd

# References:

http://www.forbes.com/sites/bruceupbin/2011/06/30/google-cost-585-million-to-build-or-what-rupert-paid-for-myspace/2/

https://au.finance.yahoo.com/q?p=finance.yahoo.com&d=t&s=GOOG

https://www.schneier.com/crypto-gram-0003.html#8

Gio Wiederhold: "What is your software worth?", *Comm, ACM,* Vol.49 No9, September 2006, p.65-75.

CONFIDENTIAL

DEFAUS_00714096

DeMorgan Ltd

# Appendices:

## COCOMO II for C#

CONFIDENTIAL

DEFAUS_00714097

DeMorgan Ltd

## COCOMO II for C++

2/4/2014                    COCOMO II - Constructive Cost Model

### COCOMO II - Constructive Cost Model

Model(s)
COCOMO

Monte Carlo Risk  Off

Auto Calculate  Off

**Software Size**     Sizing Method  Source Lines of Code

| | SLOC | % Design Modified | % Code Modified | % Integration Required | Assessment and Assimilation (0% - 8%) | Software Understanding (0% - 50%) | Unfamiliarity (0-1) |
|---|---|---|---|---|---|---|---|
| New | 727200 | | | | | | |
| Reused | 363600 | 0 | | 0 | | | |
| Modified | 363600 | | | | | | |

**Software Scale Drivers**

| | | | | | | |
|---|---|---|---|---|---|---|
| Precedentedness | Nominal | Architecture / Risk Resolution | Nominal | Process Maturity | Nominal |
| Development Flexibility | Nominal | Team Cohesion | Nominal | | |

**Software Cost Drivers**

**Product**

| Product | | Personnel | | Platform | |
|---|---|---|---|---|---|
| Required Software Reliability | Very High | Analyst Capability | High | Time Constraint | Nominal |
| Data Base Size | Very High | Programmer Capability | Nominal | Storage Constraint | Nominal |
| Product Complexity | Extra High | Personnel Continuity | Nominal | Platform Volatility | Nominal |
| Developed for Reusability | Nominal | Application Experience | Nominal | **Project** | |
| Documentation Match to Lifecycle Needs | High | Platform Experience | Nominal | Use of Software Tools | Nominal |
| | | Language and Toolset Experience | Nominal | Multisite Development | Nominal |
| | | | | Required Development Schedule | Nominal |

Maintenance  Off

**Software Labor Rates**

Cost per Person-Month (Dollars) 9558

Calculate

**Results**

**Software Development (Elaboration and Construction) Staffing Profile**

Effort = 10918.9 Person-months
Schedule = 78.9 Months
Cost = $104363055

Total Equivalent Size = 727200 SLOC

http://csse.usc.edu/tools/COCOMOII.php                    1/2

CONFIDENTIAL                    DEFAUS_00714098

DeMorgan Ltd

## COCOMO II for java



CONFIDENTIAL

DEFAUS_00714099

DeMorgan Ltd

## COCOMO II for Perl

2/4/2014      COCOMO II - Constructive Cost Model

**COCOMO II - Constructive Cost Model**

| Model(s) | |
| --- | --- |
| COCOMO | ▼ |
| Monte Carlo Risk | Off ▼ |
| Auto Calculate | Off ▼ |

**Software Size**    Sizing Method | Source Lines of Code ▼

| | SLOC | % Design Modified | % Code Modified | % Integration Required | Assessment and Assimilation (0% - 8%) | Software Understanding (0% - 50%) | Unfamiliarity (0-1) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| New | 188739.5 | | | | | | |
| Reused | 377479 | 0 | 0 | | | | |
| Modified | 188739.5 | | | | | | |

**Software Scale Drivers**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Precedentedness | Nominal ▼ | Architecture / Risk Resolution | Nominal ▼ | Process Maturity | Nominal ▼ |
| Development Flexibility | Nominal ▼ | Team Cohesion | Nominal ▼ | | |

**Software Cost Drivers**

| Product | | Personnel | | Platform | |
| --- | --- | --- | --- | --- | --- |
| Required Software Reliability | Nominal ▼ | Analyst Capability | Nominal ▼ | Time Constraint | Nominal ▼ |
| Data Base Size | Nominal ▼ | Programmer Capability | Nominal ▼ | Storage Constraint | Nominal ▼ |
| Product Complexity | Nominal ▼ | Personnel Continuity | Nominal ▼ | Platform Volatility | Nominal ▼ |
| Developed for Reusability | Nominal ▼ | Application Experience | Nominal ▼ | **Project** | |
| Documentation Match to Lifecycle Needs | Nominal ▼ | Platform Experience | Nominal ▼ | Use of Software Tools | Nominal ▼ |
| | | Language and Toolset Experience | Nominal ▼ | Multisite Development | Nominal ▼ |
| | | | | Required Development Schedule | Nominal ▼ |

Maintenance | Off ▼

**Software Labor Rates**

Cost per Person-Month (Dollars) 9556

[ Calculate ]

**Results**

**Software Development (Elaboration and Construction) Staffing Profile**

Effort = 935.7 Person-months
Schedule = 35.1 Months
Cost = $8942947

Total Equivalent Size = 188739 SLOC

http://csse.usc.edu/tools/COCOMOII.php     1/2

brv.com.au 13/11/2014

CONFIDENTIAL     DEFAUS_00714100

DeMorgan Ltd

## COCOMO II for python

2/4/2014           COCOMO II - Constructive Cost Model

### COCOMO II - Constructive Cost Model

Model(s)
COCOMO ▼
Monte Carlo Risk  Off ▼
Auto Calculate  Off ▼

**Software Size**

Sizing Method  Source Lines of Code ▼

| | SLOC | % Design Modified | % Code Modified | % Integration Required | Assessment and Assimilation (0% - 8%) | Software Understanding (0% - 50%) | Unfamiliarity (0-1) |
|---|---|---|---|---|---|---|---|
| New | 177610 | | | | | | |
| Reused | 88805 | 0 | | 0 | | | |
| Modified | 88805 | | | | | | |

**Software Scale Drivers**

| | | | | | | |
|---|---|---|---|---|---|---|
| Precedentedness | Nominal ▼ | Architecture / Risk Resolution | Nominal ▼ | Process Maturity | Nominal ▼ |
| Development Flexibility | Nominal ▼ | Team Cohesion | Nominal ▼ | | |

**Software Cost Drivers**

**Product**

| Required Software Reliability | Very High ▼ |
| Data Base Size | Very High ▼ |
| Product Complexity | Extra High ▼ |
| Developed for Reusability | Nominal ▼ |
| Documentation Match to Lifecycle Needs | High ▼ |

**Personnel**

| Analyst Capability | High ▼ |
| Programmer Capability | Nominal ▼ |
| Personnel Continuity | Nominal ▼ |
| Application Experience | Nominal ▼ |
| Platform Experience | Nominal ▼ |
| Language and Toolset Experience | Nominal ▼ |

**Platform**

| Time Constraint | Nominal ▼ |
| Storage Constraint | Nominal ▼ |
| Platform Volatility | Nominal ▼ |

**Project**

| Use of Software Tools | Nominal ▼ |
| Multisite Development | Nominal ▼ |
| Required Development Schedule | Nominal ▼ |

**Maintenance**  Off ▼

**Software Labor Rates**

Cost per Person-Month (Dollars) 9558

[ Calculate ]

**Results**

**Software Development (Elaboration and Construction) Staffing Profile**

Effort = 2317.2 Person-months
Schedule = 47.3 Months
Cost = $22147532

Total Equivalent Size = 177610 SLOC

http://csse.usc.edu/tools/COCOMOII.php      1/2

CONFIDENTIAL      DEFAUS_00714101

DeMorgan Ltd

COCOMO II for asm

2/4/2014                                COCOMO II - Constructive Cost Model

**COCOMO II - Constructive Cost Model**

Model(s)
COCOMO                  ▼
Monte Carlo Risk   Off ▼
Auto Calculate   Off ▼

Software Size      Sizing Method   Source Lines of Code ▼

| | SLOC | % Design Modified | % Code Modified | % Integration Required | Assessment and Assimilation (0% - 8%) | Software Understanding (0% - 50%) | Unfamiliarity (0-1) |
|---|---|---|---|---|---|---|---|
| New | 39500.5 | | | | | | |
| Reused | 79001 | 0 | | 0 | | | |
| Modified | 39500.5 | | | | | | |

**Software Scale Drivers**

| | | | | | | |
|---|---|---|---|---|---|---|
| Precedentedness | Nominal ▼ | Architecture / Risk Resolution | Nominal ▼ | Process Maturity | Nominal ▼ |
| Development Flexibility | Nominal ▼ | Team Cohesion | Nominal ▼ | | |

**Software Cost Drivers**

Product

| | | Personnel | | Platform | |
|---|---|---|---|---|---|
| Required Software Reliability | Very High ▼ | Analyst Capability | High ▼ | Time Constraint | Nominal ▼ |
| Data Base Size | Nominal ▼ | Programmer Capability | Nominal ▼ | Storage Constraint | Nominal ▼ |
| Product Complexity | Extra High ▼ | Personnel Continuity | Nominal ▼ | Platform Volatility | Nominal ▼ |
| Developed for Reusability | Nominal ▼ | Application Experience | Nominal ▼ | Project | |
| Documentation Match to Lifecycle Needs | High ▼ | Platform Experience | Nominal ▼ | Use of Software Tools | Nominal ▼ |
| | | Language and Toolset Experience | Nominal ▼ | Multisite Development | Nominal ▼ |
| | | | | Required Development Schedule | Nominal ▼ |

Maintenance   Off ▼

**Software Labor Rates**

Cost per Person-Month (Dollars) 9558

[ Calculate ]

**Results**

**Software Development (Elaboration and Construction) Staffing Profile**

Effort = 346.6 Person-months
Schedule = 25.3 Months
Cost = $3312530

Total Equivalent Size = 39500 SLOC

http://csse.usc.edu/tools/COCOMOII.php                                         1/2

CONFIDENTIAL

DEFAUS_00714102

DeMorgan Ltd
COCOMO II for Ansi C

2/4/2014                                COCOMO II - Constructive Cost Model

**COCOMO II - Constructive Cost Model**

Model(s)
COCOMO ▼
Monte Carlo Risk  Off ▼
Auto Calculate  Off ▼

**Software Size**     Sizing Method  Source Lines of Code ▼

| | SLOC | % Design Modified | % Code Modified | % Integration Required | Assessment and Assimilation (0% - 8%) | Software Understanding (0% - 50%) | Unfamiliarity (0-1) |
|---|---|---|---|---|---|---|---|
| New | 78282 | | | | | | |
| Reused | 39141 | 0 | 0 | | | | |
| Modified | 39141 | | | | | | |

**Software Scale Drivers**

| | | | | | | |
|---|---|---|---|---|---|---|
| Precedentedness | Nominal ▼ | Architecture / Risk Resolution | Nominal ▼ | Process Maturity | Nominal ▼ |
| Development Flexibility | Nominal ▼ | Team Cohesion | Nominal ▼ | | |

**Software Cost Drivers**

**Product**
| | | **Personnel** | | **Platform** | |
|---|---|---|---|---|---|
| Required Software Reliability | Very High ▼ | Analyst Capability | High ▼ | Time Constraint | Nominal ▼ |
| Data Base Size | Nominal ▼ | Programmer Capability | Nominal ▼ | Storage Constraint | Nominal ▼ |
| Product Complexity | Extra High ▼ | Personnel Continuity | Nominal ▼ | Platform Volatility | Nominal ▼ |
| Developed for Reusability | Nominal ▼ | Application Experience | Nominal ▼ | **Project** | |
| Documentation Match to Lifecycle Needs | High ▼ | Platform Experience | Nominal ▼ | Use of Software Tools | Nominal ▼ |
| | | Language and Toolset Experience | Nominal ▼ | Multisite Development | Nominal ▼ |
| | | | | Required Development Schedule | Nominal ▼ |

Maintenance  Off ▼

**Software Labor Rates**
Cost per Person-Month (Dollars) 9558
[ Calculate ]

**Results**

**Software Development (Elaboration and Construction) Staffing Profile**

Effort = 735.3 Person-months
Schedule = 32.4 Months
Cost = $7028069

Total Equivalent Size = 78282 SLOC

http://csse.usc.edu/tools/COCOMOII.php                                    1/2

31

CONFIDENTIAL                                                DEFAUS_00714103

DeMorgan Ltd
  COCOMO II for awk

2/4/2014                                    COCOMO II - Constructive Cost Model

**COCOMO II - Constructive Cost Model**

| Model(s) | |
|---|---|
| COCOMO | ▼ |
| Monte Carlo Risk | Off ▼ |
| Auto Calculate | Off ▼ |

**Software Size**     Sizing Method   Source Lines of Code ▼

| | SLOC | % Design Modified | % Code Modified | % Integration Required | Assessment and Assimilation (0% - 8%) | Software Understanding (0% - 50%) | Unfamiliarity (0-1) |
|---|---|---|---|---|---|---|---|
| New | 2863 | | | | | | |
| Reused | 5726 | 0 | 0 | | | | |
| Modified | 2863 | | | | | | |

**Software Scale Drivers**

| | | | | | |
|---|---|---|---|---|---|
| Precedentedness | Nominal ▼ | Architecture / Risk Resolution | Nominal ▼ | Process Maturity | Nominal ▼ |
| Development Flexibility | Nominal ▼ | Team Cohesion | Nominal ▼ | | |

**Software Cost Drivers**

| Product | | Personnel | | Platform | |
|---|---|---|---|---|---|
| Required Software Reliability | Nominal ▼ | Analyst Capability | Nominal ▼ | Time Constraint | Nominal ▼ |
| Data Base Size | Nominal ▼ | Programmer Capability | Nominal ▼ | Storage Constraint | Nominal ▼ |
| Product Complexity | Nominal ▼ | Personnel Continuity | Nominal ▼ | Platform Volatility | Nominal ▼ |
| Developed for Reusability | Nominal ▼ | Application Experience | Nominal ▼ | **Project** | |
| Documentation Match to Lifecycle Needs | Nominal ▼ | Platform Experience | Nominal ▼ | Use of Software Tools | Nominal ▼ |
| | | Language and Toolset Experience | Nominal ▼ | Multisite Development | Nominal ▼ |
| | | | | Required Development Schedule | Nominal ▼ |

Maintenance  Off ▼

**Software Labor Rates**

Cost per Person-Month (Dollars) 9558

[ Calculate ]

**Results**

**Software Development (Elaboration and Construction)**

Effort = 9.3 Person-months
Schedule = 7.7 Months
Cost = $89347

Total Equivalent Size = 2863 SLOC

**Staffing Profile**

Your project is too small to display a staffing profile due to truncation.

http://csse.usc.edu/tools/COCOMOII.php                                          1/2

CONFIDENTIAL                                                    DEFAUS_00714104

DeMorgan Ltd

COCOMO II for lex



CONFIDENTIAL

DeMorgan Ltd

## COCOMO II for tcl

2/4/2014                                    COCOMO II - Constructive Cost Model

### COCOMO II - Constructive Cost Model

Model(s)
COCOMO ▼
Monte Carlo Risk  Off ▼
Auto Calculate  Off ▼

**Software Size**      Sizing Method  Source Lines of Code ▼

| | SLOC | % Design Modified | % Code Modified | % Integration Required | Assessment and Assimilation (0% - 8%) | Software Understanding (0% - 50%) | Unfamiliarity (0-1) |
|---|---|---|---|---|---|---|---|
| New | 754.25 | | | | | | |
| Reused | 1508.5 | 0 | | 0 | | | |
| Modified | 754.25 | | | | | | |

**Software Scale Drivers**

| | | | | | |
|---|---|---|---|---|---|
| Precedentedness | Nominal ▼ | Architecture / Risk Resolution | Nominal ▼ | Process Maturity | Nominal ▼ |
| Development Flexibility | Nominal ▼ | Team Cohesion | Nominal ▼ | | |

**Software Cost Drivers**

| Product | | Personnel | | Platform | |
|---|---|---|---|---|---|
| Required Software Reliability | Nominal ▼ | Analyst Capability | Nominal ▼ | Time Constraint | Nominal ▼ |
| Data Base Size | Nominal ▼ | Programmer Capability | Nominal ▼ | Storage Constraint | Nominal ▼ |
| Product Complexity | Nominal ▼ | Personnel Continuity | Nominal ▼ | Platform Volatility | Nominal ▼ |
| Developed for Reusability | Nominal ▼ | Application Experience | Nominal ▼ | **Project** | |
| Documentation Match to Lifecycle Needs | Nominal ▼ | Platform Experience | Nominal ▼ | Use of Software Tools | Nominal ▼ |
| | | Language and Toolset Experience | Nominal ▼ | Multisite Development | Nominal ▼ |
| | | | | Required Development Schedule | Nominal ▼ |

Maintenance  Off ▼

**Software Labor Rates**
Cost per Person-Month (Dollars) 9558

[ Calculate ]

**Results**

**Software Development (Elaboration and Construction)**

Effort = 2.2 Person-months
Schedule = 4.7 Months
Cost = $20607

Total Equivalent Size = 754 SLOC

**Staffing Profile**

Your project is too small to display a staffing profile due to truncation.

http://csse.usc.edu/tools/COCOMOII.php                                    1/2

CONFIDENTIAL                                    DEFAUS_00714106

DeMorgan Ltd

## COCOMO II for yacc



CONFIDENTIAL

DEFAUS_00714107

DeMorgan Ltd

## COCOMO II for sed

2/4/2014                                   COCOMO II - Constructive Cost Model

**COCOMO II - Constructive Cost Model**

Model(s)
COCOMO
Monte Carlo Risk   Off ▾
Auto Calculate   Off ▾

**Software Size**     Sizing Method  Source Lines of Code ▾

| | SLOC | % Design Modified | % Code Modified | % Integration Required | Assessment and Assimilation (0% - 8%) | Software Understanding (0% - 50%) | Unfamiliarity (0-1) |
|---|---|---|---|---|---|---|---|
| New | 381.5 | | | | | | |
| Reused | 763 | 0 | 0 | | | | |
| Modified | 381.5 | | | | | | |

**Software Scale Drivers**

| | | | | | |
|---|---|---|---|---|---|
| Precedentedness | Nominal ▾ | Architecture / Risk Resolution | Nominal ▾ | Process Maturity | Nominal ▾ |
| Development Flexibility | Nominal ▾ | Team Cohesion | Nominal ▾ | | |

**Software Cost Drivers**

| Product | | Personnel | | Platform | |
|---|---|---|---|---|---|
| Required Software Reliability | Nominal ▾ | Analyst Capability | Nominal ▾ | Time Constraint | Nominal ▾ |
| Data Base Size | Nominal ▾ | Programmer Capability | Nominal ▾ | Storage Constraint | Nominal ▾ |
| Product Complexity | Nominal ▾ | Personnel Continuity | Nominal ▾ | Platform Volatility | Nominal ▾ |
| Developed for Reusability | Nominal ▾ | Application Experience | Nominal ▾ | Project | |
| Documentation Match to Lifecycle Needs | Nominal ▾ | Platform Experience | Nominal ▾ | Use of Software Tools | Nominal ▾ |
| | | Language and Toolset Experience | Nominal ▾ | Multisite Development | Nominal ▾ |
| | | | | Required Development Schedule | Nominal ▾ |

Maintenance  Off ▾

**Software Labor Rates**

Cost per Person-Month (Dollars) 9558

[ Calculate ]

**Results**

**Software Development (Elaboration and Construction)**

Effort = 1.0 Person-months
Schedule = 3.7 Months
Cost = $9738

Total Equivalent Size = 381 SLOC

**Staffing Profile**

Your project is too small to display a staffing profile due to truncation.

http://csse.usc.edu/tools/COCOMOII.php                                         1/2

CONFIDENTIAL                                                 DEFAUS_00714108

DeMorgan Ltd

## COCOMO II for fortran

2/4/2014                                    COCOMO II - Constructive Cost Model

**COCOMO II - Constructive Cost Model**

Model(s)
COCOMO ▼
Monte Carlo Risk  Off ▼
Auto Calculate  Off ▼

**Software Size**       Sizing Method  Source Lines of Code ▼

|  | SLOC | % Design Modified | % Code Modified | % Integration Required | Assessment and Assimilation (0% - 8%) | Software Understanding (0% - 50%) | Unfamiliarity (0-1) |
|---|---|---|---|---|---|---|---|
| New | 275.5 | | | | | | |
| Reused | 551 | 0 | 0 | | | | |
| Modified | 275.5 | | | | | | |

**Software Scale Drivers**

| Precedentedness | Nominal ▼ | Architecture / Risk Resolution | Nominal ▼ | Process Maturity | Nominal ▼ |
|---|---|---|---|---|---|
| Development Flexibility | Nominal ▼ | Team Cohesion | Nominal ▼ | | |

**Software Cost Drivers**

| Product | | Personnel | | Platform | |
|---|---|---|---|---|---|
| Required Software Reliability | Nominal ▼ | Analyst Capability | Nominal ▼ | Time Constraint | Nominal ▼ |
| Data Base Size | Nominal ▼ | Programmer Capability | Nominal ▼ | Storage Constraint | Nominal ▼ |
| Product Complexity | Nominal ▼ | Personnel Continuity | Nominal ▼ | Platform Volatility | Nominal ▼ |
| Developed for Reusability | Nominal ▼ | Application Experience | Nominal ▼ | **Project** | |
| Documentation Match to Lifecycle Needs | Nominal ▼ | Platform Experience | Nominal ▼ | Use of Software Tools | Nominal ▼ |
| | | Language and Toolset Experience | Nominal ▼ | Multisite Development | Nominal ▼ |
| | | | | Required Development Schedule | Nominal ▼ |

Maintenance  Off ▼

**Software Labor Rates**

Cost per Person-Month (Dollars) 9558

[Calculate]

**Results**

**Software Development (Elaboration and Construction)**

Effort = 0.7 Person-months
Schedule = 3.3 Months
Cost = $6807

Total Equivalent Size = 275 SLOC

**Staffing Profile**

Your project is too small to display a staffing profile due to truncation.

http://csse.usc.edu/tools/COCOMOII.php                                              1/2

brv.com.au 13/11/2014

CONFIDENTIAL

DEFAUS_00714109

DeMorgan Ltd

# Curriculum Vitae - Lee Gordon Goldstein

Professional Qualifications:

Advanced Certificate of Business

Advanced International Certificate of Intellectual Property

Double Major Degree in  Accounting and Finance

Graduate Diploma in Property (Valuation)


Key Expertise:

Business and Company valuations

Intellectual Property valuations.

Corporate strategy and advice, training of organisations. financial   investigations, insolvency issues, litigation support services and financial   analysis.


Relevant Career Specialisations:

28 years experience in business broking working predominately in the corporate area, specialising in mergers and acquisitions.  Commenced own business broking company in 1988. Employed 14 business brokers with responsibilities  for training and development, financial analysis and negotiation      skills.

Started BRV in 1992. BRV has produced over 200 valuations, covering  business and company valuations and  intellectual property valuations.


Over 30% of all valuations produced are for court proceedings, with requirements to act as expert witness numerous times, in the:

District Court

Supreme Court

Family  Court

CONFIDENTIAL

DEFAUS_00714110

DeMorgan Ltd

## Selection of Recent Assignments

| | | |
|---|---|---|
| Insurance claim against a furniture business | - | Supreme Court |
| Claim against a Council | - | Supreme Court |
| IP valuation of International company | - | Equity Participation |
| Valuation of radio station (Queensland) | - | Family Court |
| Valuation of food manufacturers (Victoria) | - | Supreme Court |
| Valuation of public company | - | ASX |
| Valuation of printing company (Canberra) | - | Public Trustees |
| Valuations of materials & waste business | - | ATO |
| Valuation of manufacturing business | - | Family Court |
| Valuation of Educational supplier | - | ATO |
| IP valuation of software | - | Family Court |
| Valuation of wholesale travel agent (NSW) | - | Family Court |
| IP valuation of management training tools | - | Acquisition |
| IP valuation of building materials (NSW) | - | Acquisition |
| Valuation of restaurant (Victoria) | - | Family Court |
| Valuation of consulting engineers | - | Equity Participation |
| Valuation of I.T. consultants | - | Equity Participation |
| Valuation of cafe | - | ATO |
| Valuation of theme park | - | Acquisition |
| Valuation of mining testing | - | Acquisition |
| Valuation of gaming business | - | Acquisition |

CONFIDENTIAL
DEFAUS_00714111