Case 9:18-cv-80176-BB   Document 829-54   Entered on FLSD Docket 12/1...

P-187
Case No. 9:18-CV-89176-BB

**From:** Craig S Wright
**Sent:** Wednesday, December 31, 2014 1:03 AM
**To:** 'Sommer, Andrew'
**CC:** Ramona Watts
**Subject:** Bitmessage

Bitmessage was launched on the 01st of Oct 2012. Dave and I started using it in Nov 2012.
The timestamp is based on the message being received, so it is a little later than when it is really sent. So it does not show when Dave sent the message but when I received it. As I maintain my connection, the dufference is trivial, but does mean that it is not the earlier time (at sending) but the later time (when I access it) that displays.
This is not really an issue as it makes the message as late as that date. It shows that the send was on or before the date.

CONFIDENTIAL                                                                                                                                    DEF_01896241

https://bitmessage.org/w/index.php?title=Main_Page&dir=prev&action=history

- (cur | prev) ○ ○ 18:12, 2 February 2013 Atheros (Talk | contribs) . . (1,854 bytes) (+95) . . (→Forum)
- (cur | prev) ○ ○ 22:48, 29 January 2013 Atheros (Talk | contribs) . . (1,759 bytes) (+4) . . (https)
- (cur | prev) ○ ○ 23:36, 28 January 2013 Atheros (Talk | contribs) . . (1,755 bytes) (-252)
- (cur | prev) ○ ○ 15:22, 28 January 2013 Atheros (Talk | contribs) . . (2,007 bytes) (-17)
- (cur | prev) ○ ○ 21:25, 27 January 2013 Atheros (Talk | contribs) . . (2,024 bytes) (+12) . . (→Source code)
- (cur | prev) ○ ○ 16:41, 25 January 2013 Atheros (Talk | contribs) . . (2,012 bytes) (-49)
- (cur | prev) ○ ○ 16:30, 25 January 2013 Atheros (Talk | contribs) . . (2,061 bytes) (-1)
- (cur | prev) ○ ○ 15:44, 25 January 2013 Atheros (Talk | contribs) . . (2,062 bytes) (0)
- (cur | prev) ○ ○ 15:34, 25 January 2013 Atheros (Talk | contribs) . . (2,062 bytes) (-2) . . (→Download)
- (cur | prev) ○ ○ 14:15, 23 January 2013 Atheros (Talk | contribs) . . (2,064 bytes) (+25) . . (→Security Warning)
- (cur | prev) ○ ○ 14:15, 23 January 2013 Atheros (Talk | contribs) . . (2,039 bytes) (-9) . . (→Security Warning)
- (cur | prev) ○ ○ 13:19, 16 January 2013 Atheros (Talk | contribs) . . (2,048 bytes) (-1)
- (cur | prev) ○ ○ 14:14, 11 January 2013 Atheros (Talk | contribs) . . (2,049 bytes) (-4)
- (cur | prev) ○ ○ 12:05, 27 December 2012 Atheros (Talk | contribs) . . (2,053 bytes) (+7)
- (cur | prev) ○ ○ 02:09, 18 December 2012 Atheros (Talk | contribs) . . (2,046 bytes) (+1)
- (cur | prev) ○ ○ 16:33, 10 December 2012 Atheros (Talk | contribs) m . . (2,045 bytes) (-1)
- (cur | prev) ○ ○ 16:32, 10 December 2012 Atheros (Talk | contribs) . . (2,046 bytes) (+10) . . (no table of contents)
- (cur | prev) ○ ○ 16:49, 6 December 2012 Atheros (Talk | contribs) . . (2,036 bytes) (-100) . . (→Download)
- (cur | prev) ○ ○ 16:49, 6 December 2012 Atheros (Talk | contribs) . . (2,136 bytes) (+242)
- (cur | prev) ○ ○ 12:55, 6 December 2012 Atheros (Talk | contribs) . . (1,894 bytes) (+65) . . (→Forum)
- (cur | prev) ○ ○ 10:16, 5 December 2012 Atheros (Talk | contribs) . . (1,829 bytes) (+82)
- (cur | prev) ○ ○ 00:55, 5 December 2012 Atheros (Talk | contribs) . . (1,747 bytes) (+45) . . (→Source code)
- (cur | prev) ○ ○ 00:53, 5 December 2012 Atheros (Talk | contribs) . . (1,702 bytes) (+22)
- (cur | prev) ○ ○ 00:47, 5 December 2012 Atheros (Talk | contribs) . . (1,680 bytes) (+344)
- (cur | prev) ○ ○ 18:17, 24 November 2012 Atheros (Talk | contribs) . . (1,336 bytes) (+5)
- (cur | prev) ○ ○ 03:41, 21 November 2012 Atheros (Talk | contribs) m . . (1,331 bytes) (0) . . (Protected "Main Page" ([edit=sysop] (indefinite)))
- (cur | prev) ○ ○ 23:46, 20 November 2012 Atheros (Talk | contribs) . . (1,331 bytes) (+3)
- (cur | prev) ○ ○ 14:58, 20 November 2012 Atheros (Talk | contribs) . . (1,328 bytes) (-7)
- (cur | prev) ○ ○ 14:00, 20 November 2012 Atheros (Talk | contribs) . . (1,335 bytes) (+108) . . (→View source code)
- (cur | prev) ○ ○ 13:02, 20 November 2012 Atheros (Talk | contribs) . . (1,227 bytes) (+128)
- (cur | prev) ○ ○ 13:00, 20 November 2012 Atheros (Talk | contribs) . . (1,099 bytes) (+223)
- (cur | prev) ○ ○ 12:46, 20 November 2012 Atheros (Talk | contribs) . . (876 bytes) (+46)
- (cur | prev) ○ ○ 12:43, 20 November 2012 Atheros (Talk | contribs) . . (830 bytes) (+108)
- (cur | prev) ○ ○ 12:29, 20 November 2012 Atheros (Talk | contribs) . . (722 bytes) (+656)
- (cur | prev) ○ ○ 21:01, 19 October 2012 Atheros (Talk | contribs) . . (66 bytes) (-357)
- (cur | prev) ○ ○ 14:50, 1 October 2012 MediaWiki default (Talk) . . (423 bytes) (+423)

[Compare selected revisions]

(newest | oldest) View (newer 50 | older 50) (20 | 50 | 100 | 250 | 500)

Privacy policy  About Bitmessage Wiki  Disclaimers

CONFIDENTIAL                                                                                                              DEF_01896242