**From**: Craig S Wright [Craig S Wright]
**Sent**: 2/4/2015 12:55:01 AM
**To**: Ramona Watts
**Subject**: FW: ATO Game
**Attachments**: image002.jpg

Email to Hardy

**From:** Craig S Wright
**Sent:** Monday, 27 January 2014 4:53 PM
**To:** Hardy, Michael
**Cc:** Sommer, Andrew; 'Ramona Watts'
**Subject:** ATO Game

Hello Michael,
Right now, it seems to me that there is a game at the ATO designed to drive me out. If a company I am involved with but not director of lodges a claim, it is withheld. If I lodge a claim, it is withheld. It does not make any difference that the times have been exceeded. I am treated differently from all the other BTC companies. There are several filing BAS returns and not a one has been audited or made to pay GST on Bitcoin.

The Bitcoin I control was mined in the US for a foreign trust and company that was setup following the Information Defense incident and prior to the reversal of the found-less "recklessness" claim made against me. All I had was transferred out of Australia when the ATO deemed it worthless in 2010.

I have a loan based on BTC from that entity into Australia. BTC has appreciated. That makes the loan and loss larger. If I just used this, I would not pay tax in this country ever again. This is not what I am trying to achieve.

What I have been seeking is to repatriate this and pay capital gains under the normal company rate. We have around 50 jobs that are at risk right now and this does not account for the plans to double that.

Right now, I am seeing fewer and fewer opportunities for continuing in Australia. I am trying to work to build a business and create employment in Australia. What I see resulting is a legal battle where the ATO will end up having to pay me but where I more everything overseas losing jobs and revenue for the country.

I will try and talk to you tomorrow.

Regards,

Dr. Craig S Wright GSE LLM
Chief Executive Officer
**Hotwire Preemptive Intelligence (Group)**
Mobile: + 61.417.683.914
craig.wright@hotwirepe.com


Hotwire PE
Hotwiring the World