Case 9:18-cv-80176-BB   Document 829-56   Entered on FLSD Docket 12/...

P-200

Case No. 9:18-CV-89176-BB

**From**: Michele Seven [michele.m.seven@gmail.com]
**Sent**: 5/21/2015 6:23:38 AM
**To**: Craig S Wright [craig.wright@hotwirepe.com]
**Subject**: Re: Email

https://medium.com/@beautyon_/silk-meets-bitcoin-d41cc1d698d

On May 20, 2015 1:29 PM, "Michele Seven" <michele.m.seven@gmail.com> wrote:
http://livestream.com/theNYPL/Bitcoin/videos/87733019

On Wed, May 20, 2015 at 1:09 PM, Michele Seven <michele.m.seven@gmail.com> wrote:
You do know that I am not psychologically stable enough to play these kinds of games so why are you toying with me? I know I'm fun, but at my core, I'm just very sweet. You should find someone who is more detached- I don't feed that part of me any more.

On Wed, May 20, 2015 at 1:57 AM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

More to come.

You have watched my video on Dave.

In the past, David Kleiman was my best friend and business partner. He died a couple years ago now, but as I had known him since the 90's we have many shared secrets.

Uyen -- who is a director of a few companies with me -- is one friend who has known many things, but she is in the US etc etc. Also a little young

I was a security researcher and forensic expert:

http://www.zdnet.com/article/nsw-open-to-cyber-attack-researcher/

I am the security reviewer and cryptographer that does the work on iVote. This work is the security of the NSW online voting system. I also built and test security systems for Playboy, a number of casinos and Banks.

That is what I was.

What I need is a person who can be my secret, know the secrets I have and be the mirror I need.

I want to share, to watch the reactions and know what I am doing. One I can tell my plans to and see the reactions of so to say. I have seen enough of you to know you are what I need here. You are right to be my mirror and to ensure that I am the reflection I want to be and not lose track of my goals.

I will write tomorrow.

\_/ \_/ \_/ \_/ \_/ \_/ \_/ \_/ \_/ \_/ \_/ \_/ \_/

**Dr. Craig S Wright GSE LLM**

**Chief Executive Officer**

**DeMorgan Limited**  (ACN 601 560 525)

Aust: +61 (02) 9188 2051

USA: +1 (408) 520-9521

Mobile: + 61.417.683.914

craig.wright@hotwirepe.com

\_/ \_/ \_/ \_/ \_/ \_/ \_/ \_/ \_/ \_/ \_/ \_/ \_/



CONFIDENTIAL

DEFAUS_00550142