Case 9:18-cv-80176-BB   Document 829-57   Entered on FLSD Docket 12...

P-210
Case No. 9:18-CV-89176-BB

**From**: c [c@wyno.ca]
**Sent**: 6/17/2015 8:52:10 AM
**To**: Stefan Matthews [smatthews@sterling.ph]; JLP [jlp@wyno.ca]
**CC**: Craig Wright [craig@rcjbr.org]
**Subject**: Re: FYI, skype transcript clip ...


I had a four day trip last week after you guys left related to real estate research.  I am back now and catching up.  Jim and I are meeting a lawyer tomorrow on the letter of intent.   Move ahead on everything you can.

C....

**From:** Stefan Matthews <smatthews@sterling.ph>
**Date:** Sunday, June 14, 2015 6:31 PM
**To:** C <c@wyno.ca>, Jim Philip <jlp@wyno.ca>
**Subject:** FYI, skype transcript clip ...

Grouping the companies as of today
[8:26:37 AM] Craig S Wright Wright: Finalizing the IP transfer
[8:38:59 AM] Craig S Wright Wright: Is C going to have the license and agreement done?
[8:39:08 AM] Craig S Wright Wright: It may be faster this way
[8:39:20 AM] Craig S Wright Wright: Then AS reviews
[8:54:18 AM] Craig S Wright Wright: With the money. The evidence us there. Andrew thinks that the ATO will collapse
[9:06:14 AM] Stefan Matthews: yes, I believe C will organize all this and AS review
[9:07:37 AM] Craig S Wright Wright: Great.
Andrew is structuring things to ensure that the r&d is simple
[9:07:49 AM] Stefan Matthews: k
[9:09:13 AM] Craig S Wright Wright: All will be finalised for DeMorgan by tomorrow
[9:09:30 AM] Craig S Wright Wright: The IP will all be grouped by 1 July
[9:09:45 AM] Craig S Wright Wright: 1 July to simplify tax
[9:11:20 AM] Stefan Matthews: that is very positive
[9:11:34 AM] Stefan Matthews: so, all IP will be grouped in one entity? is that what you are saying?
[9:21:39 AM] Craig S Wright Wright: Yes
[9:22:30 AM] Craig S Wright Wright: If we can get the deal finalised this week.  The lawyers can have a salvo off before 30 jun
[9:24:19 AM] Craig S Wright Wright: The lawyer will appoint an accountant for 30 jun
[9:24:28 AM] Craig S Wright Wright: Then it is privileged
[9:24:59 AM] Craig S Wright Wright: This way we can structure it all and for the ATO to pay