**From**: c [c@wyno.ca]
**Sent**: 6/18/2015 1:44:58 PM
**To**: Craig S Wright [craig@rcjbr.org]
**Subject**: Re: Letter of Intent

Hey…I am super maxed out just now…but pushing hard as I can on this.  We need to educate my lawyer a bit to get this done right.   I will be at this again tomorrow in the morning.

C…

---

**From:** Craig S Wright <craig@rcjbr.org>
**Date:** Wednesday, June 17, 2015 5:41 PM
**To:** C <c@wyno.ca>
**Cc:** Stefan Matthews <smatthews@sterling.ph>, Jim Philip <jlp@wyno.ca>, Catherine Hoffmann <hofmann@bernardllp.ca>
**Subject:** RE: Letter of Intent

Andrew is ready on this side (Lawyer).

For the escrow, we can have Bitcoin held in a joint vault.

We are ready to move on this end for Due Diligence. If we have the deal signed as a LoI we can start right now.

We moved a couple Bitcoin wallets out of the country into Singapore some time back. This was the ATO Tourist refund issue.

Stefan could come over to Sg, we validate the wallet and the keys, check the amounts etc on the public record and them move these into a bank safe deposit box.

This would be setup such that both sets of keys are required.

You and I (or our representatives) would need to be present.

---

**From:** c [mailto:c@wyno.ca]
**Sent:** Thursday, 18 June 2015 10:28 AM
**To:** Craig S Wright
**Cc:** Stefan Matthews; JLP; Catherine Hoffmann
**Subject:** Letter of Intent


Hi Craig…we are just back from the lawyers.  I need you to explain how we can secure our financing including the money we advance based on the agreed Letter of Intent for the lawyers to get the money from the tax department.  You mentioned you can put bitcoins in escrow in Singapore, but Catherine needs to understand this.

Also, do you have a lawyer on your side for this process.

Last…is 30 days enough from the LoI until we should have the final documents and due diligence done?

C...

CONFIDENTIAL
DEFAUS_01062647