**From:** Craig S Wright
**Sent:** Thursday, June 18, 2015 5:22 AM
**To:** Ut Ng
**CC:** Ramona Watts
**Subject:** RE: ATO request [DLM=Sensitive]

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

Dates

Chronology of Craig Wright (CSW) activities & transactions


2009 Craig Wright mines some bitcoins and attempts to incorporate IP into Integyrs

2010 ATO Rejects IP transaction and CSW retains IP

You meet CSW and Dave Kleiman.

2011 CSW sends Bitcoin overseas. Value at that stage AUD $0.02 Founds a company in USA with David Kleiman, a business associate from forensic & security related IT areas. Kleiman & Wright co-authored books on the subject and had fairly longstanding relationship.

Dave is ill and brings you in to help him. Dave likes young impressionable girls, you are persistent.

The established was W&K Info Defense. It was set up to further statistical and risk mitigating algorithms, to develop some ideas around CBT learning methodologies (CSW was by then lecturing regularly for Charles Sturt University and others) and to mine Bitcoin. This was done on behalf of entities in Belize (related to Kleiman) and entities in Singapore and the Seychelles (related to Wright). There is an agreement between CSW and W&K whereby CSW loans his Bitcoin and expertise to the company with payback and payment to be received in Bitcoin. In all, 1.1 million Bitcoin reverted to Sq and Seychelles accounts.

The quantity and how much reverted to Belize and Kleiman is not ATO business.

You started the Trust with Dave and others (This is NOT ATO business). You state that it occurred. You do not tell them any details other than it ends in 2020. You are one of several trustees.

2012 Dave Kleiman forms 2 UK trust companies (non trading) and owned through Seychelles.
Permanent Success & Design by Human

22 Oct 2012 Dave offered you a directorship and you accepted.

Plans from W&K develop to the point where there is imminent product in the eLearning space.

You are running W&K with Dave. CSW is not involved in the US company nor the day to day operations. Discussions progress. At the same time CSW is contemplating Bitcoin and its regulation.

You accept appointment as a director of the UK Co.s
Dave is to train you. He is ill and then dies.
You did not have any training as to the filing and other aspects of the companies.

The computer is started in 2012 and goes live in 2013 (Jan) – C01N


2013 Structural discussions progress to a plan and an agreement between W&K and CSW. There was a share sale agreement. There was a Strasan Agreement for software. This is done by early April 2013. David Kleiman dies shortly thereafter reportedly from infections related to injuries incurred earlier. He was wheelchair bound and had related circulatory issues. Per terms of the Agreement, CSW forms Hotwire Pre-emptive Intelligence Pty Ltd in Australia and continues the planned program. (June 2013) Acquires IP and software from Strasan and registers for R&D with AusIndustry. All prior to June 30. AusIndustry accepts his application and both AI and ATO do an audit. Hotwire passes AI audit but ATO audit drags on.

During the early 2013 period, CSW is pursuing Exchange and banking ideas with Bitcoin. At the same time he is a lecturer and a speaker at functions on topics around IT security and SCADA.

CSW agrees to buy a variety of things through MJF's company as agent. These include:
• Core banking software and source code from al Baraka
• Seimens automation software
• Exchange software - micropayments

The software and source code have all been delivered.

Emails, contracts and any correspondence has been provided both in court and to the ATO in support of the facts.

Return to early July 2013, CSW communicates with ATO and briefs them on his intention to do the MJF transaction including the offshore payment in Bitcoin. He states at that time his relative holding or control of considerable quantities of Bitcoin and a hope/intention of developing a regulated Bitcoin bank in Australia. He has actively pursued Private Rulings with ATO on many of his transactions and processes; forms a nucleus of companies for Research and Development of the eLearning opportunity and also eBanking.

Since that time, CSW has populated Hotwire with some top people to pursue both R&D projects. He has paid for all this through cashing in Bitcoin when and where possible and after a long struggle with the ATO receiving 1.45Million in R&D rebate from the 2013 tax return for Hotwire. He has spent about 550,000 BTC over that period, much of it at values less than $120.00 so there is no questioning his commitment to trying to do something positive in Australia.

DEF_00023319