**From:** Craig S Wright
**Sent:** Thursday, June 18, 2015 1:51 AM
**To:** 'c' <c@wyno.ca>
**CC:** 'JLP' <jlp@wyno.ca>; 'Stefan Matthews' <smatthews@sterling.ph>; Ramona Watts
**Subject:** RE: for 1:30 meeting
**Attachments:** 20140618_114709.jpg

SysUserProp: 88334F2CCA0D8E51C8530404366F9B82

We have the amount in a paper wallet so the process is just to have this held jointly.
I will go over the process of validating the amount with Stefan

**From:** c [mailto:c@wyno.ca]
**Sent:** Thursday, 18 June 2015 10:36 AM
**To:** Craig S Wright
**Cc:** JLP
**Subject:** Re: for 1:30 meeting

Good…help us with the escrow account info so we can get this moving.

C…

**From:** Craig S Wright <craig@rcjbr.org>
**Date:** Wednesday, June 17, 2015 5:34 PM
**To:** C <c@wyno.ca>
**Subject:** RE: for 1:30 meeting

OK
We still force the ATO with the 8 and have it all moving which is where it matters ☺

**From:** c [mailto:c@wyno.ca]
**Sent:** Thursday, 18 June 2015 10:30 AM
**To:** Craig S Wright
**Cc:** Stefan Matthews; JLP
**Subject:** Re: for 1:30 meeting

We simply can not move on this time line..we need to push this out to next year. Now I need to focus on the LoI and the agreements to get you going…we have enough money to do this without much help from the government as long as we can get this ramped up ASAP and show some strength and this is were we need the focus.

C…

CONFIDENTIAL                                                                                                                                                         DEF_00175405



CONFIDENTIAL

DEF_00175406