| | |
|---|---|
| **From**: | c [S] |
| **Sent**: | 6/20/2015 7:55:38 AM |
| **To**: | Craig Wright [craig@rcjbr.org] |
| **CC**: | 'Catherine Hoffmann' [hofmann@bernardllp.ca]; Stefan Matthews [smatthews@sterling.ph]; JLP [jlp@wyno.ca] |
| **Subject**: | Re: also can one of you guys give Catherine the full legal name of the Australian r&D parent company |

perfect

**From:** Craig S Wright <craig@rcjbr.org>
**Date:** Friday, June 19, 2015 2:54 PM
**To:** C <c@wyno.ca>
**Cc:** Catherine Hoffmann <hofmann@bernardllp.ca>, Stefan Matthews <smatthews@sterling.ph>, Jim Philip <jlp@wyno.ca>
**Subject:** RE: also can one of you guys give Catherine the full legal name of the Australian r&D parent company

The Australian parent company is:

DeMorgan Ltd
ABN     26 601 560 525

Suite 502
Level 5
32 Delhi Rd
North Ryde NSW 2113, Australia


ABN is the Australian Business Number


**From:** c [mailto:c@wyno.ca]
**Sent:** Saturday, 20 June 2015 7:07 AM
**To:** Craig S Wright
**Cc:** Catherine Hoffmann; Stefan Matthews; JLP
**Subject:** also can one of you guys give Catherine the full legal name of the Australian r&D parent company


As well as its address and maybe any other government ID numbers.

I am thinking this agreement is signed by Dr Craig personally, the new IP company he owns and the Aust R&D parent on the one side and myself (on behalf of Sterling group in Manila...My VC entity) and Ntrust on the other side.

C....