| | |
|---|---|
| From: | c [S] |
| Sent: | 6/20/2015 11:33:05 AM |
| To: | Craig Wright [craig@rcjbr.org] |
| CC: | JLP [jlp@wyno.ca]; Stefan Matthews [smatthews@sterling.ph] |
| Subject: | Re: OK...finished first cut of the LoI just now |

Thanks...we will help you clean this up.  We are good at this sort of thing.

C...

---

**From:** Craig S Wright <craig@rcjbr.org>
**Date:** Friday, June 19, 2015 at 6:18 PM
**To:** c <c@wyno.ca>
**Cc:** Jim Philip <jlp@wyno.ca>, Stefan Matthews <smatthews@sterling.ph>
**Subject:** RE: OK...finished first cut of the LoI just now

Explanations of other costs.

Pay out former director
- <!--[if !supportLists]--><!--[endif]-->We have a former director who is not a part of the group any more. He has back wages of $300,000
- <!--[if !supportLists]--><!--[endif]-->There are no timeframes, but he is under the R&D provisions as a carry forward cost
- <!--[if !supportLists]--><!--[endif]-->If we pay this, he will no longer be a shareholder and going forward it is all cleaner
- <!--[if !supportLists]--><!--[endif]-->The amount is already audited, but as he is an associate, we cannot claim the R&D amount until after he is paid.
- <!--[if !supportLists]--><!--[endif]-->The rebate for this would be 45% and this comes to $135,000 rebate.
- <!--[if !supportLists]--><!--[endif]-->So the overall is an upfront payment that removes him cleanly and has a longer term cost to us of $165,000

HWPE
- <!--[if !supportLists]--><!--[endif]-->The ATO have caused us pain and grief for several years now.
- <!--[if !supportLists]--><!--[endif]-->One of the earlier companies is in a deed of company arrangement.
- <!--[if !supportLists]--><!--[endif]-->By paying out any ongoing debt, we remove any challenges to the IP. Some was developed in this entity.

Accounting
- <!--[if !supportLists]--><!--[endif]-->We have around $10,000,000 more due for this year and the claim we are lodging in July 2015 for this current tax year
- <!--[if !supportLists]--><!--[endif]-->The lawyers would manage this so that any errors are fixed under privilege, leaving nothing that the ATO could use against us going forward.
- <!--[if !supportLists]--><!--[endif]-->It is not just to have the accounts audited, but also to have them cleaned up and structured in such a manner that the ATO cannot reasonably hold up anything going forth.
- <!--[if !supportLists]--><!--[endif]-->Basically this will be so we can obtain the funds and structure payments with some level of confidence going forward.
- <!--[if !supportLists]--><!--[endif]-->The $250,000 covers having the accounts cleaned going forth and also closed so that we can move on without going into all the deals I did to make this happen.

- <!--[if !supportLists]--><!--[endif]-->That is, we have the books spotless but from this point on. In getting to where I am now, I have dealt with organisations such as Liberty Reserve as there was nothing else a few years back that could move large amounts of value in Bitcoin.

Explanation of lawyer costs to come. Next email

So, what I am seeking to do is have the entity as clean and polished as I can before we start going forth. I do not want to have challenges to any IP later on when things start to get big.

I want to remove any ownership from former directors before they know what it could become, so they cannot challenge anything later.

If you need anything else explained, I am open and will answer honestly and completely.

**From:** c [mailto:c@wyno.ca]
**Sent:** Saturday, 20 June 2015 10:11 AM
**To:** Craig S Wright
**Cc:** JLP; Stefan Matthews
**Subject:** Re: OK...finished first cut of the LoI just now

Good.  Its a sunny Friday afternoon here so we will be heading out for dinner in a bit...but we are going to be here another hour or so and would like to see this spread sheet.

C....

**From:** Craig S Wright <craig@rcjbr.org>
**Date:** Friday, June 19, 2015 at 5:08 PM
**To:** c <c@wyno.ca>
**Cc:** Jim Philip <jlp@wyno.ca>, Stefan Matthews <smatthews@sterling.ph>
**Subject:** RE: OK...finished first cut of the LoI just now

Thanks,
I am doing up a spreadsheet now.

I will do min as well as what makes it move faster as separate lines.

**From:** c [mailto:c@wyno.ca]
**Sent:** Saturday, 20 June 2015 10:07 AM
**To:** Craig S Wright
**Cc:** JLP; Stefan Matthews
**Subject:** Re: OK...finished first cut of the LoI just now

LoI should be here in one hour.

C...

**From:** Craig S Wright <craig@rcjbr.org>
**Date:** Friday, June 19, 2015 at 5:04 PM
**To:** c <c@wyno.ca>
**Cc:** Jim Philip <jlp@wyno.ca>, Stefan Matthews <smatthews@sterling.ph>
**Subject:** RE: OK...finished first cut of the LoI just now

I will send it to you in 15 mins

I can make the tech work :)

That is the easy part.

CONFIDENTIAL

DEFAUS_01585293