**From:** Craig S Wright
**Sent:** Wednesday, June 24, 2015 9:45 AM
**To:** Ramona Watts; Stefan Matthews <smatthews@sterling.ph>
**Subject:** RE: Things to send to Stefan

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

I have more tomorrow. Too large basically.
The admission that we have the Software from the ATO is obtained from FOI request.

_____

**From:** Ramona Watts
**Sent:** Wednesday, 24 June 2015 5:01 PM
**To:** Craig S Wright
**Subject:** Things to send to Stefan
Documents and invoices relating to :
Siemens
Banking software
IP from W&K