**From:** Ramona Watts
**Sent:** Wednesday, July 8, 2015 6:29 AM
**To:** Stefan Matthews <smatthews@sterling.ph>
**Subject:** RE: Proposal

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

I am so pleased you have such a mature sense of humour....it really is getting silly though..
You sure you don't want to buy his shares for $6 mil? Special price for you...
Ramona Watts
Chief People Officer
Hotwire Preemptive Intelligence (Group)
Mobile: + 61.423.912.994
ramona.watts@hotwirepe.com



**From:** Stefan Matthews [mailto:smatthews@sterling.ph]
**Sent:** Wednesday, 8 July 2015 4:02 PM
**To:** Craig S Wright
**Cc:** Ramona Watts
**Subject:** Re: Proposal

I am laughing to myself and rehearsing responses I would suggest. Let's just sit on this and discuss tomorrow 

Regards,
Stefan R Matthews
Tel. +63 917 873 4082

On Jul 8, 2015, at 2:12 PM, Craig S Wright <craig@rcjbr.org> wrote:

> FYI
> **From:** Ira Kleiman [mailto:clocktime2020@gmail.com]
> **Sent:** Wednesday, 8 July 2015 1:56 PM
> **To:** Craig Wright; Ramona Watts
> **Subject:** Proposal
> I feel like I'm being pushed in a direction that leads toward legal action, but it's really not what I want. I don't want to cause anyone to get in trouble. As I told you from the start, I don't have the same risk tolerance as you and I don't think Dave did either. I am open to the idea of selling my shares at a fair valuation without putting anyone at risk.
> Let me know if you can find an investor this offer might interest.
> I will sell most of my shares, but would still like to retain a small portion as part of Dave's involvement. For 6 million USD I would sell 90% of my shares. One quarter paid upfront and the remaining 4.5 paid after the R&D money is approved. This limits exposure for each of us. I will then sign a confidentiality agreement and we are all left in a comfortable position. The R&D payments will more than recoup the investors outlay plus they have 90% of our share value.
> Regards,
> Ira



DEF_00022361