Case 9:18-cv-80176-BB   Document 829-67   Entered on FLSD Docket 12/...

P-248

Case No. 9:18-CV-89176-BB

**From**:        Stefan Matthews [Stefan Matthews]
**Sent**:        7/24/2015 5:42:45 AM
**To**:          Craig S Wright
**CC**:          Ramona Watts
**Subject**:     Hotwire
**Attachments**: Hotwire Preemptive Intelligence Pty Ltd.docx


Please review and comment, thks.

Case 9:18-cv-80176-BB   Document 829-67   Entered on FLSD Docket 12/1...

P-248
Case No. 9:18-CV-89176-BB

**Hotwire Preemptive Intelligence Pty Ltd**

**EXECUTIVE SUMMARY**

The company was formed 02 June 2013

| Directors | Craig Steven Wright<br>Ramona Watts | | |
|---|---|---|---|
| Shareholders | Denariuz SG<br>Craig Steven Wright<br>Robert Urquhart<br>Ramona Watts<br>Uyen Thuc Nguyen | 1,000,000<br>7,670,000<br>250,000<br>306,000<br>774,000 | 10.00%<br>76.70%<br>2.50%<br>3.06%<br>7.74% |

Hotwire entered into a Deed of Company Arrangement (DoCA) 24th June 2014. Hotwire has not (by law) traded since entering Administration. McGrathNicol, The Deed Administrator, advised that the DoCA has recently expired and they are seeking direction as to whether;

a. Enter into a new DoCA (unlikely to get creditor support)

b. Convene a meeting of creditors to vote on an "offer"

c. Place or make recommendation to place Hotwire into Liquidation

McGrathNicol indicated it most likely they would proceed and call a meeting of creditors to recommend liquidation in the event a proposal, including an offer, was not communicated to them by 31st July 2015.

Creditors (apart from Craig and related entities) are;

| • ATO | A$2,349,228 | GST payments and penalties |
|---|---|---|
| • Macquarie Telecom | A$1,919,546 | Hosting services. Clayton Utz advise that the "allowable" debt is around A$100,000. Macquarie have claimed "penalties" which would be disallowed under the Deed by a Court |
| • Sundry | A$155,833 | Total of 10 small creditors. Proof of Debt filed by 2 only at this stage. |
| • McGrathNicol<br>(Deed Administrator) | A$172,651 | Fees to complete (ie convene creditors meeting, process offer and exit Administration) estimated at A$25,000 |

Craig and related entities would be "exempted from voting" at a creditors meeting for consideration of an "offer". The Administrator advised that it is "unusual" for the ATO to vote at creditor's meeting, however, in this case he suspects the ATO might do so. In the event of a "hung" vote then McGrathNicol have the casting vote. By value the only votes that count are ATO and Macquarie, the others are irrelevant.

While McGrathNicol cannot provide advice, off the record, it was suggested that we accept ATO and Macquarie claims on face value and offer a settlement that we believe Macquarie would accept (ie something sensible in relation to their A$100,000 true entitlement). The Macquarie supporting vote is critical because a declining vote from the ATO would then go to a casting vote from the Administrator. Any arrangement on payment of the Administrator's fees is a private affair and outside a settle "offer" and negotiated separately.

At the meeting with McGrathNicol it was suggested that A$0.15 in the dollar cash offer with a second payment of A$0.20 if/when a R&D Incentive payment is received from the ATO would likely carry at a creditors meeting. Any proposal can be conditional, including on timing and/or amount received or % of amount received etc. in th eevent of an ATO settlement.

**[Reserve thoughts on this until Issues/Options/Recommendation sections.]**

Hotwire has entered into a number of Agreements, however, the most important (and those that carry risk) are the first two below (**Deed of Assignment, Intellectual Property License, IP Deed of Assignment**). It is these Agreements that expose core IP and potentially SN to any party "digging" to recoup against IP assets.

| | |
|---|---|
| **Deed of Assignment**<br>Assignment of Equitable Interests<br>Dated 01 July 2013<br><br>Between Craig Wright R&D (Assignor) and Hotwire (Assignee) | Equitable rights to 284,438 Bitcoin held in an overseas trust, the equitable interest being the right to call for Bitcoin.<br><br>Associated with the purchase of IP from The Wright Family Trust. Hotwire obtains all rights under the contract to facilitate R&D into Bitcoin technology. |
| **Intellectual Property License**<br>Dated 22 August 2013<br><br>Between Craig Wright R&D, for DeMorgan (Licensor) and Hotwire (Licensee) | Deed continues until terminated, no end date specified. Covers risk algorithms, Bitcoin contract system and escrow system source code, plus Training Systems Patent (defined as "in progress" and covered by R&D Incentive IR1300282)<br><br>License fee A$33,950,000. No assignment without consent |
| **IP Deed of Assignment**<br>Dated 15 September 2013<br><br>Between The Wright Family Trust, for DeMorgan (Assignor) and Hotwire (Assignee) | IP described as source code for Al Baraka (Banking Software), Siemens (SCADA software) and W&K (all the IP invented by Dave Kleiman and Craig Wright).<br><br>Exclusive, 4 year license becoming an irrevocable assignment on payment. |
| **Existing Agreement**<br>Dated 1 April 2014<br><br>Between HighSecured.com and Panopticrypt (as Trustee of the Wright Family Trust) | Supercomputer provisioning, hosting and support Expires 30 June 2017. |

|  |  |
| --- | --- |
| **Amending Agreement**<br>Dated 1 July 2017<br><br>Between HighSecured.com and Panopticrypt (as Trustee of the Wright Family Trust) | Extension of the "Existing Services Agreement" entered into 31 March 2013 and continues until 31 March 2019 |
| **Agency Deed**<br>Dated<br><br>Between Panopticrypt (as Trustee of the Wright Family Trust) and Hotwire | Relates to Hotwire right to access and use the supercomputer under the Iaas Master Agreement between Signia (Panama)and The Wright family Trust<br><br>Either party can terminate for non-payment or for any reason with 1 week's notice. |
| **Research & Development Services Agreement**<br>Dated 15 September 2013<br><br>Between Coin-Exch Pty Ltd and Hotwire | Provisioning of R&D project management and resource.<br><br>At the time, all staff were employed by Hotwire and "assigned" to projects owned by other entities. |

Originally, Hotwire was the entity that employed all staff and then contracted services to other related entities. When Hotwire entered DoCA staff were transferred to other entities. Hotwire, in addition to outsourced services, also undertook R&D in its own right;

- In FY ended Jun 2013 Hotwire received a R&D Incentive payment of A$1.4m against an eligible R&D investment of approx. A$3.3m

- In FY ended Jun 2014 Hotwire claimed a R&D Incentive payment of A$5.5m against an eligible R&D investment of approx. A12.4m

- There was also non-eligable R&D Incentive qualifying expenditure that created IP

From recieving documents from AusIndustry and R&D Tax Incentive Application and Registration of R&D Activities for 2013 and 2014 all of Hotwire's R&D was related to eLearning systems and directly related algorithms, content management systems, registry systems, adaptive delivery systems, control systems, student management systems, expert systems,

This is where Hotwire utilised WKID, Siemens (SCADA) software (IP Deed of Assignment). It is interesting to note that Hotwire worked in conjunction with Integyrz and Interconnected Research (DeMorgan entities) in some of this R&D. In particular, Integryz has performed ongoing R&D in this eLeanerning space sine Hotwire entered DoCA.

There is some confusion in some of the documentation, For example an independent Software Engineering Valuation was undertaken in November 2014. The report concluded that Hotwire had a software value of A$123m. The value was based on an analysis of the lines of code and the effort required to complete those lines of code.

The report states that the Hotwire code reviewed was based on the WKID package which Hotwire was using to establish a worldwide BitCoin banking system, described as *"fundamental to the roadmap and vision developed by Hotwire for the next 5 years and is part of the overall vision to provide technologies that drive innovation in the*

*banking and finance industries*". The report also states "*no existing banking software providers are able to provide a banking system based on BitCoin principles and framework*".

The same reporet (two pages later) says "**Hotwire is developing training platforms**" and "**creation of world-class solutions platforms and support research activities undertaken as part of Coin-Exch, Coin and Cloudcroft**". I think it is clear that IP associated with R&D in the banking, exchange, wallet and transaction processing space is actually in other entities and not Hotwire. Any newly created IP in Hotwire is exclusively eLearning IP.

The hotwire Balance Sheet as at 30 June 2014 (and corresponding Income Tax Return) shows Total Assets of A$60,123,359 of which A$54,652,147 is capitalized software assets (essentially R&D). *__I have been unable, at this time, to determine whether any of the WKID source code is capitalised on the Hotwire Balance Sheet__*.

In addition there is an **intercompany receivable** of A$5,488,427 from Coin-Exch, R&D services provided.

Net Assets of Hotwire are A$55,156,146 *(IP Assets acquired and/or developed IP)*.

**CORE ISSUES**

In the event of liquidation it is reasonable to assume that the capitalized software assets (A$54,652,147) and the receivable from Coin-Exch (A$5,488,427) would come under scrutiny and creditors (the ATO) would seek to determine the extent to which they are able to recover against these assets. ***This puts at risk software IP held by Hotwire and potentially software IP of Coin-Exch.*** I would only be concerned to the extent that these assets are NOT associated with the elearning systems. It is ***the WKIP source code that is a concern as it potentially exposes SN and core blockchain IP.***

Hotwire received a R&D Incentive amount of A$1,466,567 in respect to the YE 30 June 2013. There is a claim for A$5,585,159 which remains unpaid in respect to YE 30 June 2014.

From this chart, it can be seen that Hotwire is rather the linch-pin or foundation stone for much of the activity across other entities, lose control of Hotwire and a series of problem-issues start to unfold.

| Entity | IP | FYE Jun 2013 | Notes | FYE Jun 2014 | Notes | FYE Jun 2015 | Notes: |
|---|---|---|---|---|---|---|---|
| | | | ** | | | | ** Audited by ATO and Aus Industry |
| Cloudcroft | 3, 5, 6 | 369,134 | B | 14,729,781 | C  H  F | 500,000 | A  Prepared and filed by KPMG |
| Coin | 3 | 2,029,429 | A | 4,921,944 | D  H  F | 100,000 | B  Prepared and filed by Jamie Wilson (staff CPA) |
| Coin-Exch | 1, 3, 4 | 165,943 | B | 11,080,030 | C  G  E | 4,950,000 | C  Prepared and filed by Elite Business Partners (external accountant/tax agent) |
| Denariuz | 3 | | | 3,300,497 | C  F  G | 4,950,000 | D  Working papers prepared by KPMG, filing done by Elite Business Partners |
| Integyrz | 3 | | | 634,069 | C  F | 50,000 | E  Applied for an Advance Finding from Aus Industry and Advance Finding Ruling issued |
| Inter Connected Research | 3 | | | 377,549 | C  F | 75,000 | F  Applied for an Advance Finding from Aus Industry and in finalisation, not yet completed |
| Panopticrypt | 3 | 241,399 | B | 699,268 | C  F  H | 100,000 | G  Applied for a Core Technology Review from Aus Industry (evidencing valid expenditure) |
| Pholus | 3 | | | 295,737 | C  F | 50,000 | H  Aus Industry audit completed (evidencing correct claim) |
| Zuhl | 3 | | | 620,099 | C  F | 50,000 | |
| Misfit Games | 3 | | | | | 75,000 | |
| Chaos | 3 | | | | | 75,000 | |
| Daso | 3 | | | | | 100,000 | |
| Hotwire | 1, 2, 3, 4 | 1,466,567 | B | 5,438,000 | C  F  G | - | |
| | | 4,302,472 | ** | 58,666,992 | | 11,075,000 | |
| | | | | | | 55,969,444 | Total |
| | | | | | | 2,223,043 | Paid |
| | | | | | | 53,746,401 | Unpaid |

| | | | |
|---|---|---|---|
| | | | Transfer of Technology and IP from acquisition |
| | | 19,500,000 | 1  banking software |
| | | 5,000,000 | 2  siemens suite |
| | | 40,000,000 | 3  supercomputer, initially purchased by WFT, then assigned by assignment deed buy clayton utz |
| | | 56,000,000 | 4  W&K Information Defence software |
| | | | 5  Information Defence |
| | | | 6  Craig Stephen Wright |
| | | 120,500,000 | |
| | | 54,225,000 | 45% incentive |

CONFIDENTIAL                                                                                                                                                          DEF_01896724

**OPTIONS**

**Advise no interest and no proposal to be submitted;**

1. Allow the Deed Administrator to convene a meeting of creditors and recommend liquidation.

2. It is most likely McGrathNicol will be appointed Liquidator because of their familiarity with the entity, its history and assets.

**Submit a proposal;**

1. Make an "offer" to be put to creditors at a meeting convened by McGrathNicol in the next 2 weeks.

2. In putting an "offer" to creditors a proposal would also need to be given to McGrathNicol on settlement of their fees.

**RECOMMENDATION (to consider)**

- DeMorgan make an initial cash "offer" to creditors of A$0.05 in return for acquiring all of the IP assets of Hotwire.

- A secondary payment equivalent to 50% of any R&D incentive payment received from the ATO in final settlement of claims, capped at A$0.20.

- Write off all intercompany, shareholder and director loans.

- Terminate all Agreements related to Services and IP Assignment etc.

- Finally, wind this entity up.

The initial "cash" offer would be approx. A$221,230.

This results in A$95,977 for Macquarie Telecom and hopefully will be adequate to "secure" an acceptance vote from them at the creditors meeting.

I suggest an offer to McGrathNicol around A$125,000 flat fee for all services, including completion. Hopefully, this is would "secure" a casting vote in favor of the "offer" if the ATO does vote against.

The primary objective here is to protect the "core" assets of Hotwire as they relate to WKIP source code, SN and core blockchain IP. Banking and SCADA source code exists elsewhere and the eLearning source code exists elsewhere.

**The risk that requires mitigation is anybody pully apart the WKID assets and claims against Coin-Exch for unpayment of R&D services.**