**From**: Stefan Matthews [Stefan Matthews]
**Sent**: 8/28/2015 3:16:52 AM
**To**: craig@hwpe.com; Ramona Watts
**Subject**: RE: Communication

I wish I could suggest an arrangement for you, or at least discuss what one might look like, but until we sort out the ATO issues we just don't have any money to pay anyone. Unless we sort out the ATO we are in a very difficult position, however frustrating this is for you I can assure you it is even more frustrating for me.

---

**From:** Craig S Wright [craig@rcjbr.org]
**Sent:** Friday, 28 August 2015 1:12 PM
**To:** Stefan Matthews; Ramona Watts
**Subject:** FW: Communication



**From:** Ira Kleiman [mailto:clocktime2020@gmail.com]
**Sent:** Friday, 28 August 2015 1:11 PM
**To:** Craig Wright <craig@rcjbr.org>
**Subject:** Re: Communication

I wish I could believe that you have my best interest at heart as I was first led to believe in your early emails. But after the long delays of promised payments I was to receive each October and the strange offer to purchase my shares from a undisclosed investor, obviously I have doubts. It certainly seems like I am not wanted as part of this venture and at this point I am okay with it. Tell me what you believe is a reasonable settlement so I can just walk away. If we can't figure it out on our own then let my attorney speak with yours. Maybe they can arrange something that wil finally put my concerns to rest. Doing nothing is not a viable option for me any longer.

Regards,
Ira

On Thu, Aug 27, 2015 at 9:45 PM, Craig S Wright <craig@rcjbr.org> wrote:

> Andrew Sommer and Clayton Utz terminated their engagement, their decision, not ours and it was based on discussions and longstanding relationship that the firm has had with the ATO.
>
> The new law firm is strictly focused on getting stability in the communications with the ATO around GST and R&D claims and then negotiating a reasonable settlement. After that we can discuss your situation, but let me get these tax matters sorted first, because if we don't sort the ATO issues out the consequences for Coin-Exch are fairly serious. These are things I must sort out this end, however, at any time we believe your involvement or assistance will help you can be assured that I will be on the phone straight away. I am living this every day!
>
> **From:** Ira Kleiman [mailto:clocktime2020@gmail.com]
> **Sent:** Friday, 28 August 2015 10:42 AM
> **To:** Craig Wright <craig@rcjbr.org>
> **Subject:** Re: Communication
>
> I thought since you found new funding you would be able to continue with Andrew Sommer from Clayton Utz.

Can my attorney Joe Karp contact your representative at the new law firm? Andrew Sommer was supposed to provide him with information as discussed on our conference call.

Thank you,
Ira

On Wed, Aug 26, 2015 at 7:05 PM, Craig S Wright <craig@rcjbr.org> wrote:

Good morning Ira,

Right now it is fair to say that there is no new development being done in Coin-Exch. The 100% focus is to deal with the full examination of the records of Coin-Exch by AusIndustry and then to manage the issues associated with payment of our R&D Incentives claims with the ATO.

I am confident we can establish that the claims we have made are related to valid research activity and that payments has been recorded properly in our systems, however, as is always the case in audits there are going to be differences of views and interpretation. There is a significant amount of money involved here and the authorities are taking a very close look.

The outcome is unlikely to be totally black and white. We will probably end up in a negotiated settlement, but my goal is to ensure we don't get hit with penalties as they are typically 200% of the amount claimed if the ATO issue an assessment denying a claim or for an incorrect claim. We have also found that there was an error in invoicing, a genuine error, where we have over claimed about $4.9m in Coin-Exch.

FYI, our research related expenditure claim for 2014 was approximately $46m that relates directly to a refund in the order of $21m so the amount is worth fighting for and the consequences of the 200% penalties for alleged "reckless" claims are significant. That is why we are so focused on providing as much support to the AusIndustry examination of our activities and the ATO audits of our payments. I also want to assure you that we have always taken advice and have undertaken the intended and reported research etc. There has not been any wrongful intent or recklessness in anything we have done, Coin-Exch included.

I will keep you updated on any material changes but this will not be a quick process.

Craig

CONFIDENTIAL