Case 9:18-cv-80176-BB   Document 829-69   Entered on FLSD Docket 12/16...

P-257
Case No. 9:18-CV-89176-BB

**From**: Stefan Matthews [smatthews@sterling.ph]
**Sent**: 8/28/2015 5:54:14 PM
**To**: Craig S Wright [craig.wright@demorgan.com.au]
**CC**: Ramona Watts [ramona.watts@demorgan.com.au]
**Subject**: Re: coin-ex

Just ignore him now.

If we get a note in any form from his lawyer we will consider a response, but until then he can take a flying keap.

Interestingly there is no "investment" in any of the Aus entities 😀 only an advance to DeMorgan to fund legal and acquire IP, not the business.


On Aug 28, 2015, at 5:31 PM, Craig S Wright <craig.wright@demorgan.com.au> wrote:

> The signature is Dave's. It is signed using PGP.
>
> I can demonstrate how this is signed.



**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Sunday, 28 June 2015 10:01 AM
**To:** Craig Wright; Ramona Watts
**Subject:** coin-ex

I called my attorney this morning, but he was on a flight to New York and won't be back until Monday.

Your investor is still welcome to call me if they want. I'm open to hear what they have to say.

&lt;DK.RAR&gt;