**From**: Ramona Watts [ramona.watts@demorgan.com.au]
**Sent**: 9/10/2015 5:44:51 PM
**To**: Stefan Matthews [stefan.matthews@demorgan.com.au]
**Subject**: RE: Can further details be provided

WFT was established in August 2013 .  At that point Craig (CW R&D) had purchased software personally as well as had agreements (bitcoin rights) with overseas trusts WII and Tulip Trading.  (This information regarding the other two trusts has not been disclosed to the ATO)

CW R&D sold to WFT the software, bitcoin rights, W&K software, Albaraka, siemens etc .  The ATO are aware of this and have these invoices.

WFT then collated and distributed these from the overseas trusts and overseas entities to the local companies in Australia.

Craig and I are trustees of the WFT.

**From:** Stefan Matthews
**Sent:** Thursday, September 10, 2015 3:18 PM
**To:** Ramona Watts <ramona.watts@demorgan.com.au>
**Subject:** Can further details be provided

 regarding the entity "The Wright Family Trust DeMorgan" (ABN 72 433 066 448)?