**From**: Craig S Wright [craig.wright@demorgan.com.au]
**Sent**: 10/20/2015 3:54:59 PM
**To**: Allan Pedersen [allan.pedersen@demorgan.com.au]
**Subject**: FW: Proposal White Paper1
**Attachments**: Proposal White Paper1.docx


**From:** Craig S Wright [mailto:craig.wright@information-defense.com]
**Sent:** Wednesday, 2 March 2011 6:18 AM
**To:** craig.wright@Information-Defense.com
**Subject:** Proposal White Paper1

| | |
|---|---|
| **Proposal White Paper** | **(Type I)** |

| | |
|---|---|
| **BAA number**, • | BAA 11-02-TTA 01-0127-WP |
| **Title of proposal;** | Software Assurance through Economic Measures |
| **Name of offeror** | W&K INFO DEFENSE RESEARCH LLC |
| Administrative Contact: | Dave Kleiman |
| Company Name: | W&K INFO DEFENSE RESEARCH LLC |
| Mailing Address (Line 1): | 4371 Norhtlake Blvd #314 |
| Mailing Address (Line 2): | |
| City: | Palm Beach |
| State & Zip Code: | FL 33410 - 6253 |
| Phone: | 5613108801 |
| Fax: | NA |
| TIN: | 274997114 |
| Technical Contact: | Craig Wright |
| Company Name: | W&K INFO DEFENSE RESEARCH LLC |
| Mailing Address (Line 1): | 4371 Norhtlake Blvd #314 |
| Mailing Address (Line 2): | |
| City: | Palm Beach |
| State & Zip Code: | FL 33410 - 6253 |
| Phone: | +61 2 4362 1512 |
| Fax: | NA |
| TIN: | 274997114 |

W&K INFO DEFENSE RESEARCH LLC is a Joint Venture Company between a US Vet. Owned Enterprise and a Australian Research Company.

| | |
|---|---|
| Amount Requested (in dollars): | $650000.00 |
| Duration: | 36 months |
| Requested Starting Date: | 07/04/2011 |
| Business Type: | Small Business |

1 | Page

**Executive Summary**

The deficiency of published quantitative data on software development and systems design has been a major ground for software engineering's failure to ascertain a proper scientific foundation. Past studies into coding practice have focused on software vendors. These developers have many distinctions from in-house projects that are not incorporated into the practices and do not align well with in-house corporate code development. In the past, building software was the only option but as the industry developed, the build vs. buy argument has swung back towards in-house development with the uptake of Internet connected systems. In general, this has been targeted towards specialized web databases and online systems with office systems and mainstream commercial applications becoming a 'buy' decision.

As companies move more and more to using the web and as 'cloud applications' become accepted, in-house development is becoming more common. This paper uses an empirical study of in-house software coding practices in Australian companies to both demonstrate that there is an economic limit to how far testing should proceed as well as noting the deficiencies in the existing approaches.

1.1 Related Work

Other studies of coding processes and reliability have been conducted over the last few decades. The majority of these have been based either on studies of large systems and mainframe based operations or have analyzed software vendors. In the few cases where coding practices within individual organization have been quantitatively analyzed, the organizations have been nearly always large telecommunications firms or have focused on SCADA and other critical system providers.

Whilst these results are extremely valuable, they fail to reflect the state of affairs within the vast majority of organizations. With far more small to medium businesses coupled with comparatively few large organizations with highly focused and dedicated large scale development teams (as can be found in any software vendor), an analysis of in-house practice is critical to both security and the economics of in-house coding.

As the Internet comes to become all persuasive, internal coding functions are only likely to become more prevalent and hence more crucial to the security of the organization.

1.2 Our contribution

We intend to present an analysis using empirical studies to determine and model the cost of finding, testing and fixing software bugs. We model the discovery of bugs or vulnerabilities in using quantitative functions and calculate the defect rate per SLOC (source line of codes) using Bayesian calculations.

The end solution to the limited and sub-optimal markets that currently exist would be the creation of Hedge funds for software security. Sales in software security based derivatives could be created on forward contracts. One such solution is the issuing of paired contracts (such as

CONFIDENTIAL                                                                                                                                                                                                                                                       DEFAUS_00125710

exist in short sales of stocks ). The first contract would be taken by a user and would pay a fixed amount if the software has suffered from any unmitigated vulnerabilities on the (forward) date specified in the contract. The paired contract would cover the vendor. If the vendor creates software without flaws (or at least mitigates all easily determinable flaws prior to the inception of the contract) the contract pays them the same amount as the first contract.

This is in effect a 'bet' that the software will perform effectively. If a bug is discovered, the user is paid a predetermined amount. This amount can be determined by the user to cover the expected costs of patching and any consequential damages (if so desired). This allows the user to select their own risk position by purchasing more or less risk as suits both the risk tolerance and the nature of the user's systems.

Such a derivative (if an open market is allowed to exist) would indicate the consensus opinion as to the security of the software and the reputation of the vendor. Such an instrument would allow software vendors and users to hedge the risks faced by undiscovered software vulnerabilities. These instruments would also be in the interest of the software vendor's investors as the ability to manage risk in advance would allow for forward financial planning and limit the negative impact that vulnerability discovery has on the quoted prices of a vendors capital.

**Utility to Department of Homeland Security**

The game theoretic approach to this can be modeled looking at the incentives of the business and programming functions in the organization. Programmers are optimists. As Brooks noted, "the first assumption that underlies the scheduling of systems programming is that all will go well". Testing is rarely considered by the normal programmer as this would imply failure. However, the human inability to create perfection leads to the introductions of flaws at each stage of development.

This project will model the security of software coding practices in a manner that will lead to fewer economic externalities and a means of pricing security such that vendors and in-house developers could accept, offset or rectify predicted vulnerabilities.

### Technical Approach

This proposal will use a set of formalized research topics and PhD research to answer several issues with software security that exist today leading to fewer technical flaws and safer systems.

Just as car dealers buff the exterior and detail the upholstery of a used car, neglecting the work that should be done on the engine, software vendors add features. Most users are unlikely to use even a small fraction of these features, yet they buy the product that offers more features over the more secure product with fewer features. The issue here is that users buy the features over security. This is a less expensive option for the vendor to implement and provide.

The creation of a security and risk derivative should change this. The user would have an upfront estimate of the costs and this could be forced back to the software vendor. Where the derivative costs more than testing, the vendor would conduct more in-depth testing and reduce the levels of

CONFIDENTIAL                                                                                                                   DEFAUS_00125711

bugs. This would most likely lead to product differentiation (as occurred in the past with Windows 95/Windows NT). Those businesses will to pay for security could receive it. Those wanting features would get what they asked for.

It is argued that software developers characteristically do not correct all the security vulnerabilities and that known ones remain in the product after release. Whether this is due to a lack of resources or other reasons, this is unlikely to be the norm and would be rectified by the market. The cost of vendors in share price and reputational losses exceed the perceived gains from technical reasons where the fix might break existing applications. The application is already broken in the instance of a security vulnerability.

Users could still run older versions of software and have few if any bugs. The issue is that they would also gain no new features. It is clear that users want features. They could also choose to use only secure software, but the costs of doing so far outweigh the benefits and do not provide a guarantee against the security of a system being compromised. As such, the enforced legislation of security standards against software vendors is detrimental. A better approach would be to allow an open market based system where vendors can operate in reputational and derivative markets.

At the end of any analysis, security is a risk function and what is most important is not the creation of perfectly security systems, but the correct allocation of scarce resources. Systems need to be created that allow the end user to determine their own acceptable level of risk based on good information.

The goal of this research project is to create a series of quantitative models for information security that can be used to create a software security derivative and insurance market. Mathematical modeling techniques that can be used to model and predict information security risk will be developed using a combination of techniques including:

- Economic theory, and Econometrics
- Quantitative financial modeling,
- Behavioral Economics,
- Algorithmic game theory and
- Statistical hazard/survival models.

The models will account for heteroscedastic confounding variables and include appropriate transforms such that variance heterogeneity is assured in non-normal distributions. Process modeling for integrated Poisson continuous-time process for risk through hazard will be developed using a combination of:

- Business financial data (company accountancy and other records),
- Anti-Virus Industry data
- Legal databases for tortuous and regulatory costs and
- Insurance datasets.

4 | Page

**This work and research follows and continues that published as:**

    Wright, Craig S. and Zia, Tanveer A. (2010) T*he Economics of Developing Security Embedded Software*, Proceedings of the 8th Australian Information Security Management Conference, Edith Cowan University, Perth Western Australia, 30th November 2010

    Charles Sturt University

    http://ro.ecu.edu.au/cgi/viewcontent.cgi?article=1101&context=ism

and

    Wright, Craig S. (2010) *Software, Vendors and Reputation: an analysis of the dilemma in creating secure software*, Proceedings of InTrust 2010 The Second International Conference on Trusted Systems 13th – 15th December 2010 Beijing, P. R. China

    Charles Sturt University

and (forthcoming)

    Wright, Craig S. and Zia, Tanveer A (2011) *A Quantitative Analysis into the Economics of Testing Software Bugs*, Proceedings of 4th International Conference on Computational Intelligence in Security for Information Systems CISIS 2011 June 8-10th, 2011

    Wright, Craig S. and Zia, Tanveer A (2011) *A Rationally Opting for the Insecure Alternative: Negative Externalities and the Selection of Security Controls*, Proceedings of 4th International Conference on Computational Intelligence in Security for Information Systems CISIS 2011 June 8-10th, 2011

    **Personnel and Performer Qualifications and Experience**

Craig S Wright


Dave Kleiman


Bob Radovsky


Briefly describe the offeror's qualifications and experience in similar development efforts. Present the qualifications of the principal technical personnel. Submission shall include the identification of at least two key personnel who, if a resultant award is made, will be subject to any key personnel clauses included in the resultant award. Describe the extent of your team's past experience in working with or developing the technologies comprising your solution. For

CONFIDENTIAL
DEFAUS_00125713

submissions that include multiple organizations, all organizations must be identified. Include a description of what role each organization will play in the project,

identify appropriate technical personnel for each organization, and each team member's past experience in technical areas related to the white paper.

### Commercialization Capabilities and Plan

Provide a brief summary of the offeror's capabilities and experience in transitioning similar products to the marketplace, including previous business partnerships that can be leveraged. Describe the commercialization plan or other transition method for getting the technology into widespread use.

### Costs, Work, and Schedule

Amount Requested (in dollars):        $650,000.00

Duration:                             36 months

The funding request will provide full scholarships and positions for three (3) PhD candidates to aide in the research and investigation of software security issues and solution, the creation of economic models and the publication of an expected 20-30 papers in this field.

The period is set to three years which includes the completion of the PhD projects and the creation of the market, insurance and derivative models.

- PhD Funding              $240,000
- Supervision              $180,000
- Survey and data Analysis $230,000

The project will analyze a sample of at least 1,000 coding projects using existing static analysis tools, manual code review and related techniques. Where these methods are lacking, proposals and methods to integrate existing methods and to fill the gaps left will be created.

CONFIDENTIAL                                                                 DEFAUS_00125714

| | |
|---|---|
| **BAA Number:** BAA 11-02-TTA 01-0127-WP<br>**Offeror Name:** W&K INFO DEFENSE RESEARCH LLC<br>**Title** Software Assurance through Economic Measures<br>**Date:** 07/04/2010 | |
| Photograph or artist's concept:<br>Provide a simple but sufficiently detailed graphic that will convey the main idea of the final capability/use/system prototype demonstration in an operational environment , and its technological methodology. | **Operational Capability:**<br>The project will analyze a sample of at least 1,000 coding projects using existing static analysis tools, manual code review and related techniques. Where these methods are lacking, proposals and methods to integrate existing methods and to fill the gaps left will be created. |
| **Proposed Technical Approach:**<br>This project will address and provide measures and The analysis will measure the following coding errors:<br>• Format string errors<br>• Integer Overflows<br>• Buffer overruns<br>• SQL Injection<br>• Cross-Site scripting<br>• Race Conditions<br>• Command Injection.<br>Several published papers have been released (forthcoming include)<br><br>Wright, Craig S. and Zia, Tanveer A (2011) *A Quantitative Analysis into the Economics of Testing Software Bugs*, Proceedings of 4th International Conference on Computational Intelligence in Security for Information Systems CISIS 2011 June 8-10th, 2011<br><br>Wright, Craig S. and Zia, Tanveer A (2011) *A Rationally Opting for the Insecure Alternative: Negative Externalities and the Selection of Security Controls*, Proceedings of 4th International Conference on Computational Intelligence in Security for Information Systems CISIS 2011 June 8-10th, 2011 | **Schedule, Cost, Deliverables, & Contact Info:**<br>Provide any milestone decision points that will be required. Describe period of performance and total costs. Include the base performance period cost and length, and estimates of cost and lengths of possible option.<br>**Deliverables:**<br>20-30 published papers<br>3 PhD Thesis' in the field<br>A commercial model for software derivatives and insurance markets<br><br>A means to measure and predict the following coding errors is being developed<br>    Format string errors<br>    Integer Overflows<br>    Buffer overruns<br>    SQL Injection<br>    Cross-Site scripting<br>    Race Conditions<br>    Command Injection.<br><br>**Corporate Information:**<br>Dave Kleiman<br>W&K INFO DEFENSE RESEARCH LLC<br>4371 Norhtlake Blvd #314<br>Palm Beach<br>FL 33410 - 6253<br><br>Phone: 5613108801<br>Email: dave@davekleiman.com |

Authorized Representative:      Craig Wright

Signature:

7 | Page

CONFIDENTIAL
DEFAUS_00125715