**From:** Craig Wright
**Sent:** Monday, November 23, 2015 8:47 PM
**To:** Ramona Watts <ramona@rcjbr.org>; Stefan Matthews <stefan.matthews@demorgan.com.au>
**Subject:** Fwd: RE: Hey

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

Fyi

---------- Forwarded message ----------
From: "Patrick Paige" <patrick@computerforensicsllc.com>
Date: 24 Nov 2015 5:26 am
Subject: RE: Hey
To: "Craig Wright" <craig@rcjbr.org>
Cc:

No problem... I don't think it's about computers, he mentioned bitcoins in his message. Maybe they something about yours and Dave's bitcoin involvement. You want me to return his call and feel him out? Are you guys close to releasing any information on Dave's involvement in Bitcoins?


**Patrick Paige** EnCE SCERS

1880 North Congress Ave. Ste 333

Boynton Beach FL 33426

Office: 561.404.3074

www.computerforensicsllc.com


*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*


**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Thursday, November 19, 2015 1:06 PM
**To:** Patrick Paige <patrick@computerforensicsllc.com>
**Subject:** Re: Hey


Thanks for the heads up. Reporters are always troubling. They ignored the stuff Dave and I did when he was alive. I don't know what has started to interest them now.

The computer we are running made the top 20 within the top 500 supercomputer list so this may be new?

http://top500.org/

The first one was COIN in 2013 just before he died and the new one is Tulip.

Dave helped design the first one and as you know did a fair amount of research with me. Most yet to be completed and published.

A worry that they are starting to be nosey now.

Thanks again for the heads up.

On 20 Nov 2015 03:50, "Patrick Paige" <patrick@computerforensicsllc.com> wrote:

> Hi Craig… how goes it, just wanted to touch base with you. I got a call from a reporter who left a message asking about Dave and you. I don't plan to call him back, but Carter and I were curious if something is going on.
>
>
> **Patrick Paige** EnCE SCERS
>
> 1880 North Congress Ave. Ste 333

*Boynton Beach FL  33426*

*Office: 561.404.3074*

*www.computerforensicsllc.com*

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

CONFIDENTIAL

DEF_00046801