Case 9:18-cv-80176-BB   Document 829-74   Entered on FLSD Docket 12/1...

P-299
Case No. 9:18-CV-89176-BB

**From:** Craig Wright
**Sent:** Wednesday, December 2, 2015 10:24 PM
**To:** c; Robert MacGregor; stefan.matthews@demorgan.com.au; Ramona Watts; E
**Subject:** Re: Wired

Rob, Stefan,
I responded today saying I would get back to the wired journalist. From an unconnected email I stated the following:
"*I will discuss and consider your request and return shortly.*'

The reason is below. I have not made admissions. However, I think we need to plan a strategy on this. They know far more than they have stated earlier and I think if we do not do anything, they will come out.

There is an unknown person who has been collating evidence in this. Wired may hold off if we agree to work with them, but this is not something I would try and arrange.

The people at Wired have saved copies of everything before I deleted and cleaned up it seems from the email below.

He hints of/quotes my work from 2006 in modelling risk. Please advise as I do not think that Wired are going away. Given a choice, Wired exceed Gawker by a long stretch. I do not know who the "source" they are working with is, but we may be able to limit the exposure to a time that allows us to have the IP locked down.

Craig

"*Dr. Wright,*

*I hope we haven't gotten off on the wrong foot. I should explain: I was listing those pieces of evidence in particular because they seemed to show that you want to reveal yourself and take the credit you deserve for your work. I do have archives of these posts in several timestamped forms, and my editors and I do think they're enough for us to run a credible story, but it's absolutely not the story we want to run.*

*I also, I must admit, have access to more evidence than those blog posts. An independent investigator has been working on this for quite a long time and shared findings with me, as well as offering them to other media outlets. I know this must feel like a violation, and for that I apologize. But given that this third party isn't on Wired's staff, has shown a willingness to work with other media, and your identity can also been determined from publicly available clues, I'm afraid this isn't a genie I can put back in the bottle.*

*I want to suggest the best alternative: We want to introduce you to the world—with your cooperation—in an in-depth, long-form, potential cover story for the magazine, told from your perspective. This is the sort of editorial treatment that the revelation of someone with your remarkable career deserves. And this would be a story about Dr. Craig Steven Wright, not about the figment of Satoshi Nakamoto, who I've come to understand represents only a fraction of your work. All of Wired's editors, including the editor in chief, are very excited and invested in this idea.*

*I understand that you're no fan of media attention. I intend Wired's profile of you to be the sort of one-and-done story that, as much as possible, puts the matter to rest and avoids the need for reporters hounding you for interviews and followup articles. I'd like to leave no question that you are Bitcoin's inventor, and thus quash the sort of unresolved situation Newsweek created with its Dorian Nakamoto fiasco.*

*Unlike that story, I want to work with you on this piece to get it right. Beyond giving you the full credit you're due for your work and development of Bitcoin, I want to talk deeply about its innovation: starting from its origins to incorporating a risk modeling/cost-benefit approach and Grigg's triple-entry accounting idea to Dave Kleiman's help in editing the whitepaper and mining the first coins. (I hope this would be a nice chance to give Grigg and Kleiman long-due credit for their contributions, too.) I want to expose the hurdles you've faced from those who don't understand your ideas, and delve into your most recent work in supercomputing, as much as you're willing to share.*

*I've been interested in and optimistic about Bitcoin from early on; I wrote the first mainstream magazine story about Bitcoin in Forbes Magazine in 2011. (http://www.forbes.com/forbes/2011/0509/technology-psilocybin-bitcoins-gavin-andresen-crypto-currency.html) As for Wired, its earliest coverage of your cryptocurrency may not have fully understood its potential, but in the last two years or so (I joined Wired about 19 months ago) I hope you can see that outlook has changed.*

*Bitcoin is one of the most innovative and potentially transformative technologies of our age, and I'd suggest there's no better place for its creator to reveal himself than in a publication that has chronicled every key technological development of the last 20 years.*

*I hope you'll consider our request and let me know your thoughts just as soon as you have a chance. Thank you, and hope we'll have a chance to meet soon.*

*Andy*"

---

**From:** c
**Sent:** 02 December 2015 06:29
**To:** Craig Wright; Robert MacGregor; E; stefan.matthews@demorgan.com.au; Ramona Watts
**Subject:** Re: Wired
I agree...there is only one way to handle this and that is to ignore the media. Pretend they are not getting through to you...if you don't respond they can not be sure you are even seeing any inquiry.

I also agree that they will rally around once you do contact them. I like Robs plan for now.

C...

---

**From:** Craig Wright <cwright@tyche.co.uk>
**Date:** Wednesday, December 2, 2015 at 6:38 AM
**To:** Robert MacGregor <rmacgregor@tyche.co.uk>, Dr Errol Cort <e@wyno.ca>, c <c@wyno.ca>, "stefan.matthews@demorgan.com.au" <stefan.matthews@demorgan.com.au>, Ramona Watts <ramona.watts@demorgan.com.au>
**Subject:** Re: Wired

I will leave it in your hands.

---

**From:** Robert MacGregor
**Sent:** 02 December 2015 05:36
**To:** Craig Wright; E; c; stefan.matthews@demorgan.com.au; Ramona Watts
**Subject:** Re: Wired

Silence is golden. Everything will be clear and all forgiven by those that are ignored now once the announcement is complete.

---

**From:** Craig Wright <cwright@tyche.co.uk>
**Date:** Wednesday, 2 December 2015 at 09:51
**To:** Robert MacGregor <rmacgregor@tyche.co.uk>, E <e@wyno.ca>, Cal <c@wyno.ca>, "stefan.matthews@demorgan.com.au" <stefan.matthews@demorgan.com.au>, Ramona Watts <ramona.watts@demorgan.com.au>
**Subject:** Re: Wired

Agree.

The question is how we can try and keep this on the back burner for now.

---

**From:** Robert MacGregor
**Sent:** 02 December 2015 02:37
**To:** Craig Wright; E; c; stefan.matthews@demorgan.com.au; Ramona Watts
**Subject:** Re: Wired

We just need to hold the line.

Credible journalists like Andrew are going to quickly become an asset post-announcement. They will rally to the cause to substantiate the facts, and what seems today like a problem will be very useful corroboration. Without confirmation, the journalists will be forced to qualify and hedge in anything they publish in the interim.

Once we get you to London and the manuscript underway, we can probably leverage him. The sketch of a roll-out plan that I want to go through with you when you get here would have a teaser series with a publication such as Wired, where they could publish excerpts of the book in the run up to a formal announcement at TED or similar

---

**From:** Craig Wright <cwright@tyche.co.uk>
**Date:** Wednesday, 2 December 2015 at 07:31
**To:** E <e@wyno.ca>, Cal <c@wyno.ca>, Robert MacGregor <rmacgregor@tyche.co.uk>, "stefan.matthews@demorgan.com.au" <stefan.matthews@demorgan.com.au>, Ramona Watts <ramona.watts@demorgan.com.au>
**Subject:** Wired

Hello,
I have Andrew Greenberg of wired on my trail now.

I received an encrypted email from him today to an old PGP key. His statement is that certain things I had but now have removed make me "most likely candidate ever named for the position we're talking about."

"We have some very strong clues as to your pseudonymous work, including a late 2008 blog post noting an upcoming cryptocurrency paper (with a very interesting reference to Grigg's Triple Entry Accounting), a certain PGP public key you included on your "Entropy" post, and an early 2009 post about the launch of that cryptocurrency on the day of the launch"

I have removed anything, so they will have trouble with proof, I have even updated the Internet Archive to delete this and there is no old forensic history.

He seeks to meet in person. As much as he hedges, he is strongly guessing who I am. He will be digging. All my social media accounts are cleaned up. My worry remains ex staff.

Craig