Case 9:18-cv-80176-BB   Document 829-75   Entered on FLSD Docket 12...

P-301
Case No. 9:18-CV-89176-BB

**From:** c
**Sent:** Saturday, December 5, 2015 12:48 PM
**To:** craig.wright@demorgan.com.au; 'Stefan Matthews'
**CC:** ramona.watts@demorgan.com.au; Robert MacGregor
**Subject:** Re: any news?

:-)

---

**From:** Craig S Wright <craig.wright@demorgan.com.au>
**Organization:** DeMorgan Ltd
**Reply-To:** "craig.wright@demorgan.com.au" <craig.wright@demorgan.com.au>
**Date:** Friday, December 4, 2015 at 10:57 PM
**To:** 'Stefan Matthews' <stefan.matthews@demorgan.com.au>
**Cc:** "ramona.watts@demorgan.com.au" <ramona.watts@demorgan.com.au>, c <c@wyno.ca>, Robert MacGregor <rmacgregor@tyche.co.uk>
**Subject:** RE: any news?

I discovered this morning that Amazon now share data. When I started using Kindle this was not the case.
I have one follower, he is from Wired. I changed my privacy settings today, but I think they have downloaded my reading history already.
Maths, Economics, Crypto... Not a lot else.

**From:** Stefan Matthews [mailto:stefan.matthews@demorgan.com.au]
**Sent:** Saturday, 5 December 2015 10:00 AM
**To:** craig.wright@demorgan.com.au
**Cc:** ramona.watts@demorgan.com.au
**Subject:** Re: any news?

Park this until Monday ..... no need to respond ☐

Sent from my iPad

On 5 Dec 2015, at 09:23, Craig S Wright <craig.wright@demorgan.com.au> wrote:

> **From:** Ira Kleiman [mailto:clocktime2020@gmail.com]
> **Sent:** Saturday, 5 December 2015 6:47 AM
> **To:** Craig S Wright <craig.wright@demorgan.com.au>
> **Subject:** any news?
> Hi,
> I thought in November Coin-Exch would hold a meeting and I would finally receive some updates?
> Ira