**From:** Craig Wright
**Sent:** Tuesday, December 8, 2015 7:52 PM
**To:** c <c@wyno.ca>; Robert MacGregor <rmacgregor@tyche.co.uk>; Stefan Matthews <stefan.matthews@demorgan.com.au>; Ramona Watts <ramona@rcjbr.org>
**Subject:** Fwd: Difficult

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

The email to Patrick is attached below.

I said we mined, not that I was SN to Patrick.


---------- Forwarded message ----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Feb 12, 2014 at 9:20 PM
Subject: Difficult
To: carter@computerforensicsllc.com, Patrick Paige <patrick@computerforensicsllc.com>


Hello,

I know both of you knew Dave and trusted him.

Dave and I had a project in the US. He ran it there. We kept what we did secret.

The company he ran there mined Bitcoin. I do not believe there has been anything of this in the estate, but I also know his father is not IT literate. I would ask that if you know of any of his computers, that you help ensure that any wallet.dat files he has are saved. I know that is a long time, but I had thought Dave would have planned more for the end, but he did not always do that.

The amount DK mined is far too large to email. I know this is cryptic and I know I gave Dave the shits with this and some of the things we did in WK, but he was my best friend and I am not sure where else to contact.

I am not looking for anything, just that Dave's estate gets what was in it. I do not want any of it at all. Please note, I am not seeking anything in this, but I want his family taken care of.

Talk soon,

…

**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914

http://www.rcjbr.org

<<…>>   <<…>>   <<…>>