**From:** nCrypt Craig  
**Sent:** Wednesday, March 30, 2016 9:35 AM  
**To:** nCrypt Stefan  
**CC:** Victoria Brooks;Alan Edwards;Robert MacGregor;Kathrin Kauschmann;nicholas.caley@outside-org.co.uk;nCrypt Ramona  
**Subject:** Re: Coordination

The people working for Ethereum and Blockstream are the ones trying as hard as they can to ensure that Satoshi remains dead.

I really think the last thing we need to do is have them involved right now. Offering them a platform is a risk that I see no upside to.

Craig

On Wed, Mar 30, 2016 at 9:33 AM, nCrypt Craig <craig@ncrypt.com> wrote:
> I think Szabo is extremely risky at best.
>
> Nick works for Ethereum.
>
> To quote Nick:
> "Ethereum has a better smart contract language than bitcoin."
>
> His self interest is in not having SN = CSW. Best case, there is no upside for him. If I am SN, then all he has been doing for years means little.
>
> Craig
>
> On Wed, Mar 30, 2016 at 9:29 AM, nCrypt Stefan <stefan@ncrypt.com> wrote:
>> We also have a potential reveal with Nick Szabo that could involve Andrew.
>>
>> Sent from my iPhone
>>
>> On 30 Mar 2016, at 8:14 PM, Victoria Brooks <victoria@milkpublicity.com> wrote:
>>
>>> Absolutely, I will speak to the Prof on Friday.
>>>
>>>
>>> Sent from my iPhone
>>>
>>> On 30 Mar 2016, at 09:49, nCrypt Craig <craig@ncrypt.com> wrote:
>>>
>>>> Can I leave this with everyone to try and see what we can arrange between the various parties.
>>>>
>>>> Having Andrew witness at least one of these would be ideal and strengthen the piece.
>>>>
>>>> On Wed, Mar 30, 2016 at 8:21 AM, Alan Edwards <alan.edwards@outside-org.co.uk> wrote:
>>>>> Agree that if we can't move JM or GA we should look to move the Professor to give Andrew his piece of editorial - which we will make sure is aligned with the other media we have planned.
>>>>>
>>>>> Best
>>>>> Alan
>>>>>
>>>>>
>>>>> > On 30 Mar 2016, at 09:03, Victoria Brooks <victoria@milkpublicity.com> wrote:
>>>>> >
>>>>> > Hi Craig,
>>>>> >
>>>>> > I can ask the Prof to change his reveal date if we all think this is the best route. He is not back until Friday - so I can call him then if we agree on this date. I know that his preference was to be in the reveal session with either GA or JM.
>>>>> >
>>>>> > I can certainly find out if the 9th is an option and report back by EOP Friday.
>>>>> >
>>>>> > Best wishes,
>>>>> > Victoria
>>>>> >
>>>>> > Sent from my iPhone
>>>>> >
>>>>> > On 30 Mar 2016, at 08:45, nCrypt Craig <craig@ncrypt.com> wrote:
>>>>> >
>>>>> >> Do we move the LSE prof a couple days?
>>>>> >>
>>>>> >> On Wed, Mar 30, 2016 at 7:37 AM, nCrypt Stefan <stefan@ncrypt.com> wrote:

\>\> We can't change the date for Gavin, from memory, he is unlikely to have other dates in April.
\>\>
\>\> Sent from my iPhone
\>\>
\>\> > On 30 Mar 2016, at 6:22 PM, nCrypt Craig <craig@ncrypt.com> wrote:
\>\> >
\>\> > Good morning,
\>\> > I just heard that Andrew O'Hagan will be in France April 7 and 8 and that he will only be returning on the 9th.
\>\> >
\>\> > Yesterday we discussed the schedule and that I was to exhibit the proof package to Gavin and the LSE professor on these days.  Can you let me know if those dates are set in stone?
\>\> >
\>\> > Andrew is back in London on April 9 but this will be too late for the reveal.
\>\> >
\>\> > We discussed how the experience of the reveal and especially the impact on what Andrew is writing as the proof is demonstrated was important in the meeting yesterday.
\>\> >
\>\> > We do want to ensure that he will be able to write a good editorial.  We cannot recreate that moment.  How do we try and align this?
\>\> >
\>\> > Craig
\>\>