P-332

Case No. 9:18-CV-89176-BB

**From:** Craig Wright
**Sent:** Thursday, March 31, 2016 10:31 AM
**To:** Andrew O'Hagan <andrewohagan@me.com>
**CC:** Ramona Watts <ramona@rcjbr.org>
**Subject:** Re: Material
**Attachments:** Bitcoin (1).docx

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

I have completed the annotations as comments.

On Wed, Mar 30, 2016 at 5:34 PM, Andrew O'Hagan <andrewohagan@me.com> wrote:
> Thanks Craig. Please keep it coming -- all papers and emails and annotations that can help me build a profile of what you have done. The Dave stuff is practically non-existent on paper. I understand you wiped a lot, but a final trawl through your digital universe might give me something that connects the two of you unarguably to the invention.
>
> Sent from my iPhone
>
> On 30 Mar 2016, at 17:17, Craig Wright <craig@rcjbr.org> wrote:
>
>> Some reading...
>>
>> On Wed, Mar 30, 2016 at 4:17 PM, Craig Wright <craig@rcjbr.org> wrote:
>>> I have used the comment feature of word.
>>>
>>> The initial 15 pages of the 30 have been annotated, but I do appoligise in that I have not done more.
>>>
>>> You will have the completed document this week.
>>>
>>> More will come, both of this, and from other areas on a daily basis.
>>>
>>> Craig
>>>
>>> On Tue, Mar 29, 2016 at 9:10 PM, Andrew O'Hagan <andrewohagan@me.com> wrote:
>>>> Thanks Craig. I'm standing by for that tomorrow, and for ANYTHING you can put your hands on that links you and Craig to the invention in 2008. It will all help me. Best, Andrew
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On 29 Mar 2016, at 20:26, Craig Wright <craig@rcjbr.org> wrote:
>>>>
>>>>> You will receive the annotated document tomorrow.
>>>>>
>>>>> Craig

<20160126_AP_Selfish Miners Pt7.pdf>

<selfish miner fallacy explanation ss v3.pdf>

DEF_00046835

It's impossible to discuss new developments in money without thinking for a moment about what money is. The best place to start thinking about that is with money itself. Consider the UK's most common paper money, the five or ten or 20 quid note. On one side we have a famous dead person, Elizabeth Fry or Charles Dickens or Adam Smith depending on whether it's a five or ten or 20. On the other we have a picture of the Queen, and just above that the words 'I promise to pay the bearer on demand the sum of', and then the value of the note, and it's signed by the cashier of the Bank of England.

It's worth thinking about that promise to 'pay the bearer on demand the sum of ten pounds'. When we parse it, it's not clear what it means. Ten pounds of what? We've already got ten pounds. That's exactly what we're holding in our hand. It doesn't mean, pay the bearer on demand £10 worth of gold: the link between currency and gold was ended in 1971, and anyway, Gordon Brown sold off the Bank of England's gold reserves in the 1990s.

The fact is, there is no answer to the question, £10 of what? The £10 is the £10, and it's worth what it says it is because the state, in the form of the Bank of England, says so, and we choose to believe it. This is what students of currency call 'fiat' money, money whose value has been willed into being by the state. The value of fiat money is an act of faith. There are quirks to this. In the case of the pound coin, if we ask how much it's worth, the answer is obvious: a pound is worth a pound. It shouldn't be, though. According to the Royal Mint, who actually make the stuff, three per cent of all pound coins in circulation are fake. Allowing for that, we should discount the price of our pound coin, and mathematically assign it a value of 97p.

Of course, there's no need to do that, because the overwhelming probability is that you won't have any difficulty spending it for your fake pound for its full nominal value. (That's unless you're caught out by a coin slot which rejects your money. Most people attribute the annoying frequency with which this happens to

> **Comment [CSW1]:** I believe the real problem is not just that money is based on faith but rather the belief is that it is a common yardstick. Most people don't even realise that the money is not backed by gold or silver anymore. But more than that, they do not understand how the government inflates money by printing more. The term printing is not actually technically correct, I know the reality is that the government issues more credit to banks and banks use fractional reserve methodologies to inflate this further. So I say printing as this is the effect but rather it even simpler than that in that they need to only increase the monetary supply.
>
> That's a problem.
>
> The value you believe you have in your dollar or here in Britain pound comes down to an arbitrary amount that actually moves. If the value of a meter was to fluctuate we would notice it very quickly but when money fluctuates we have a system that hides it from us more than anything else this is what I hope to change.

DEF_00046836

a problem with coin slots; in reality it's a problem with the currency. The other time you'll have trouble with your fake coin is when got one of the mutant squishy ones which look like partially chewed fruit pastilles and are so badly forged they verge on being endearing.) They're worth what they claim to because we choose to believe in them. Your mathematically determined 97p of coin is worth a quid because we believe it's worth a quid. We trust it. That's the first main point about money. Its value rests on our belief in its value, underwritten by the authority of the state.

For the second main point about the nature of money, we need to travel to the Pacific Ocean. In Micronesia, about eighteen hundred miles north of the eastern corner of Australia, there's a group of islands there called Yap. It has a population of eleven thousand people and is largely unvisited except by divers, but it's a very popular place with economists talking about the nature of money, starting with a fascinating paper by Milton Friedman, 'The Island of Stone Money', published in 1991. There's a particularly good retelling of the story by Felix Martin in his 2013 book Money: An Unauthorised History.

Yap has no metal. There's nothing to make into coins. What the Yapese do instead is sail two hundred and fifty miles to an island called Pulau, where there's a particular kind of limestone not available on their home islands. They quarry the limestone, and then shape it into circular wheel-like forms with a hole in the middle, called 'fei'. Some of these fei stones are absolutely huge, fully twelve feet across. Then they sail the fei back to Yap, where they're used as money.

The great advantage about the fei being made of this particular stone is that they're impossible to counterfeit, because there's none of the limestone on Yap. The fei are rare and difficult to get by definition, so they hold their value well. You can't fake a fei. Just as you have to work to get money in a developed economy—so the money is a record of labour—the fei are an unfakable record of the labour that went into their creation. In addition, the big ones have the

Page 2 | 30

Comment [CSW2]: The problem here is authority.

We send this with the issue of the PGP response. Too many people take what they hear from authoritative sources and just trust that it is true. Personally, have seen this firsthand. I really don't know how to get around that but it is a problem. I don't know if we will ever find a means of getting people to actually validate the truth themselves but at least once we have a ledger and methodology but cannot be forged we have a step in the right direction.

Money underlies everything someone's we have truth and ownership, truth and property and truth and contracting we have a way of giving people the tools they need. We can't be sure that people will actually use those tools but at least they will have them.

Comment [CSW3]: The Fei are great analogy of an old system to bitcoin. I read Martin's book several years back when it came out. Like everything there are some minor errors but nothing that I would worry about.

Bitcoin differs from systems such as Etherium with a proof a stake, ripple with its group trust model and trust through central authority in that it creates a record of transactions. This ledger does not rely on anything other than a mathematical verification. It is a record computational power. At the end of the day, it remains feasible that that could be subverted. We still exist in a world where the entire bitcoin mining infrastructure can be recreated through a large investment through a multinational company or state player. This in particular is one of the reasons why bitcoin needs to become large.

The more computational power provided to bitcoin, the more difficult it is to attack.

The amount computational power really comes as a measure of the market utility bitcoin. Right we have a system that can handle five transactions a second due to arbitrary constraints.

This is a fraction of what is needed for global commerce. As utilisation of bitcoin increases, so will the price. As the price increases, so will the investment in mining. Mining does not drive the cost of bitcoin rather the value of bitcoin in the commun…

DEF_00046837

advantage that they're impossible to steal because they're just too big. By the same token, though, they're impossible to move, so what happens is that if you want to spend some of the money, you just agree that somebody else now owns the coin. A coin sitting outside somebody's house can transferred backwards and forwards as part of a series of transactions, and all that actually happens is that people change their minds about who now owns the coin. Everyone consents that the money has been transferred. The real money isn't the coins, but the idea of who owns the coins. The register of ownership, held in the community memory, is the money.

It has sometimes happened to the Yapese that their boats are hit by stormy weather on the way back from Pulau, and to save their own lives, the men have to chuck the big stones overboard. But then when they get back to Pulau they say what happened, and everyone accepts it, and the ownership of the stone is assigned to whoever quarried it, and the stone can still be used as a valid form of money because ownership can be exchanged backwards and forwards even though the actual stone is five miles down at the bottom of the Pacific Ocean.

That example seems bizarre, because the details are so vivid and exotic, but our money functions the same way. The register is the money. This is the second main point about the nature of money. We think of money as being the stuff in our wallets and purses; but most money isn't that.

It's not notes and coins. In 2006, for instance, the total amount of money in the world in terms of value was $473 trillion. That's a number so big it's actually very difficult to get your head round: about £45,000 per head for all seven billion people on the planet. Of that $473 trillion, less than a tenth, about $46 trillion, was cash in the form of banknotes and coins. More than ninety per cent of money isn't money in a physical sense. The number is even bigger in the UK, where only about four per cent of money is in the form of cash. What it is instead as entries on a ledger. It's numbers on your bank balance, the electronic records of debits and credits that are created every time we spend money.

**Comment [CSW4]:** It's true that money is currently mostly a ledger entry. There is a chance that bitcoin could change this even more. The big distinction however is that bitcoin mimics gold. The supplier is limited and reduces over time. Unlike gold, there are some major benefits past the electronic transfer. Gold fluctuated wildly with discoveries. As new mines were opened up, the amount of gold but could be supplied fluctuated over time.

This led to changes in prices and a series of inflation – deflation cycles.

Bitcoin at present seeds itself through early supply. In some ways, we are to phase that is very Miltonian. That is, it mimics the proposed set monetary increase touted by Milton Friedman. This is a decaying supply but one that will happen over many years. The reward is targeted towards early adopters.

This is actually very important. In time we want to limit the amount of bitcoin being created but for now it is important to grow the market very quickly. The faster the grows the more benefit can be attained. Importantly as the network grows it becomes more secure.

So yes bitcoin is an electronic ledger but the key distinction is that all past ledgers have been variable. They have allowed the authorities controlling them to alter them at a whim.

DEF_00046838

When we say we spend money, in fact what we're mainly doing is making entries on registers. Your work results in a weekly or monthly credit from your employer's account to your account, maybe with another transfer of PAYE tax to the government, also your pension contribution if you make one, any forms of insurance, then a chunk automatically going off to your landlord or mortgage provider, all heading in different directions to the financial system, all of them nothing other than movement between and among all these various ledgers and registers. This is what almost all of what we call money mainly is: numbers moving on registers. It's the same system that they have on Yap.

The third point is that money as it's evolved has a crucial relationship with technology. There are a number of technologies that are inexorably interwoven with the working of money. The first of them, probably the most important piece of technology in human history, is writing. This begins in ancient Sumer, about three millennia BC, with records of trade and inventory gradually evolving into other kinds of recorded script. But the next big invention, the next big piece of technology in the world of money, arrives in Renaissance Italy, with the invention of the balance sheet, and with that, of banks who become places where all the different transactions in a society, all the various credits and debits, are gathered together in a single register. The bank becomes the intermediary between creditors who have spare money to lend and borrowers who have reasons for needing it. Instead of a near infinite multiplicity of transactions between individuals, swapping credits and debits backwards and forwards as we exchange goods and services and IOUs, promises and debts and obligations, one-to-one, all the various transactions in all the various markets of a complex social environment, they're now all held on the books of one institution: the bank. The society has one register, and that register is run by the bank. Arguably the first really successful example, the first to deploy effectively the new technology of record keeping, was the Medici bank in Florence.

> **Comment [CSW5]:** Right now people see bitcoin as a monetary exchange ledger.
>
> To some extent this is true. It definitely is a monetary exchange. But it is so much more as well. Even our existing White papers and patents cover this area and in the following months we will be releasing a number of technologies that overlay bitcoin in the existing network. These will allow for the registry of goods services and more complex contracts.
>
> The ability to use bitcoin as a source of promises and controls over the truth is important. Many of the general task we delegate to lawyers and accountants can be automated with a complete trail. We can have this level of truth that is held between parties without them having to sacrifice security.

DEF_00046839

The final piece to this is the invention of the central bank, with the foundation of the Bank of England in 1694. In return for lending the sovereign a great deal of gold, in the first instance to build a navy to fight the French, the Bank of England acquired the right to print paper money. That paper money could then be used by ordinary people to pay their taxes. It's at that point that banks, money and the modern state become fused together. The money system and the banks and the state are all in effect aspects of each other: a triple-headed monster, like Cerberus.

Short historical digression: it took a while for this system to spread everywhere, especially in the United States, where arguments about the link between the banks and the state and the money system have been a recurring theme. In How Would You Like to Pay, a lucid short book on new money technologies, Bill Maurer points out that as recently as the 1860s, the United States had eight thousands private currencies in circulation, issued by 'banks, railroad companies, retail stores, and other entities'. There is an interesting discussion of US money in Edward Castronova's overview Wildcat Currency: he explains that states didn't have the right to issue currency themselves, but they did have the right to regulate the issuance of money on their territory. This was a system prone to unintended consequences. Several states

…permitted banks to issue money only in large denominations. This was done to force banks to retain adequate gold reserves. The theory was that holders of large denomination bills were more likely to return to the bank and exchange those bills for gold As a result banks would have to keep more gold on hand. A bank with more reserves is less likely to fail.

That was the theory. The practise: many of the new denomination notes were too big too use. As a result, there was a huge proliferation in private money, issued by everyone from farmers and merchants to hotels and restaurants and bars. An ordinary person's wallet might contain a dozen different currencies, all worth different amounts in different places, since a bar's money might trade at full value in the bar itself, but would be worth significantly less the second you stepped out

DEF_00046840

the door—and then less still as you moved further and further away. The government response, in 1851, was to create a three-cent coin, the trime. It was only after 1864, when Congress banned the issuance of metal coinage for money, that private money began to be driven out of the economy.

In time, even the US joined the system of state-backed money dispensed through a central bank. This is the system we still have everywhere in the developed world today. The reason a lot of people are excited about bitcoin and its associated technologies is that for the first time there is a genuine possibility of real change in this area. Money has evolved in jumps, from the invention of writing to the invention of the balance sheet and the bank to the creation of the central bank, and all of these changes are variations on the theme of money as a register of credits and debits. And we're now at a point when another jump is possible.

The simplest and biggest possibilities concern connectivity. We are more connected in more ways to more people than we ever have been at any point in human history. This is changing everything, and it would be deeply strange if it didn't change money too. There are many ways in which the impact could happen. For instance, a huge part of the money system is about intermediaries. It goes back to the Medici, to that central register where the debits and credits are all gathered together in one place. The bank is the intermediary between creditors and debtors. Obvious question: do we need that intermediary any more? I have money I'm not using, you need more credit than you have, to buy a house or start a business or buy a car or whatever. I lend you the money, and you pay me back. Easy-peasy. We have historically needed a bank to mediate that transaction, and to take a generous cut in the process. It's not at all obvious that we need it any more. We can find each other without the bank in the middle; thanks to the internet, we can locate each other without intermediaries. It seems very obvious to me that this area, that of P2P or peer-to-peer lending, is going to grow and grow. Why lend money to your bank for fuck-all interest when you can

**Comment [CSW6]:** Money has always been a measuring stick.

It is not as Marx promoted using a fallacious misrepresentation of Riccardian theory the value of labour but closer to an Austrian value of demand.

The proponents of regulation love to believe how we can promote control and ensure the smooth running of an economy. The problem however comes down to one of calculation. Any small macro economic calculation can show a limited supply in a given area. This does not mean that it scales. There is a common problem in physics known as the three bodies problem. Without going into the complexity of relativistic physics we can calculate a variety of movements of objects to an extremely accurate level using simple Newtonian physics.

The difficulty is not in the formula. We know them they are very simple by themselves. Yet, with the computational power at hand in the modern world we still cannot accurately determine the position of three bodies acting in gravitational force over time. The best we can do is an approximation.

This is the economic problem. Regulation cannot work long-term and must fail due to problems in calculation.

If we take any simple system, we can promote mathematical calculations based on that system and simulate a simple economy. A classic example is guns and butter. This seems simple in itself and the theory is right. We cannot have both without sacrificing something else. However, the problem is not as simple as it seems. It is not even butter. Butter has many substitutes. Some direct substitutes such as margarine are clearly obvious. However, we need to look at all direct uses of butter. This extends from sandwiches to cakes and beyond. Once we get to that point it becomes even more complex.

It is not just sandwiches. Instead of a sandwich I could have a taco or a pie for lunch. In substituting that sandwich for a meat pie I have substituted butter for grain and meat. So even in a simple lunch I have created an extremely complex scenario before I have even addressed the direct uses of the item.

DEF_00046841

go to Zopa, the UK's leading P2P site, and directly lend it to someone who needs it, for a return of five per cent? The answer at the moment is probably that the banks are old and have some deposit protection, whereas online lending is new and doesn't. But that answer is not writ in stone, and one lesson of the internet is that when customers' behaviour changes, it can change fast.

Connectivity has implications for other kinds of transfer too. Money is a way of transferring credit. New forms of directly doing that are now possible. The great trailblazers for this are in the developing world, especially Kenya, which has adopted a form of direct transfer called M-Pesa. This involves the transfer of credits not from bank account to bank account, but from one mobile phone to another. M-Pesa was introduced in 2007, and took off in popularity when violent chaos following the elections at the end of that year brought the regular banking system to a halt. That's an example of how chaos and uncertainty around traditional banking creates appetite for new services—not so different from the United States, where the Civil War made private money finally unviable. A few years after its adoption, M-Pesa is the conduit for half of Kenya's GDP. Credit goes from phone to phone, and that credit is a new form of money, making the kinds of facilities which you get from a bank account available to all sorts of people who don't have one. Then, once you have a record of successful payments on your phone, merchants and institutions will take that as a sign you can be extended other forms of credit, and you can start to move from the informal economy where the poor are trapped—where there are no records of their credit, no records of what they own—to the wider economy. That's huge.

The world's population is seven billion. Only two and a half billion adults have a bank account. Paul Vigna and Michael Casey's excellent book Cryptocurrency     <u>Comment [CSW7]:</u> explains what that means:

somewhere in the order of five billion people belong to the households that are cut off from a financial system that the rest of us take for granted. They can't start savings accounts. They don't have checking accounts. They can't get credit

DEF_00046842

cards. They live in places where banks don't want to go, and because of this, they remain effectively walled off from the global economy.

But there are six point eight billion mobile phone subscriptions in the world (more than the four and a half billion people who have access to a flush toilet). So twice as many people have a mobile phone as have access to a bank account. If your phone can give you access to the things you would need from a bank, well, you've just disinvented the need for banks, and fundamentally changed the operation of the money system, across whole swathes of the developing and emerging world.

The reason phones can do this is a case they embody a remarkably high level of trust. You can trust that the phone is the property of the person who owns it, because the combination of Sim card technology and pin numbers is very strong. Behind the user-friendly façade of chip and pin are cryptographic techniques of industrial strength. Indeed, the technology of pins and cashpoint machines was initially evolved as a question and response protocol to confirm nuclear weapon access codes. You can trust that this person who owns the phone is who they say they are: and that basic act of trust is fundamental to the operation of all money systems.

What's making this possible is cryptography. Cryptography is also central to one of the most interesting developments in the world of money, and that is bitcoin. I'm not sure whether bitcoin is likely to be the most consequential of all these developments—peer-to-peer lending, and non-bank payment systems of the M-Pesa type, seem to me at least as likely to change lives, especially the lives of the poor. But there's no denying that bitcoin is the best story.

Bitcoin is a new form of electronic money, launched in a paper published on 31 October 2008 by a pseudonymous person or persons calling himself, herself or themselves Satoshi Nakamoto. Note the date: this was shortly after the collapse of Lehmans on 15 September, and the near-death of the global financial system.

**Comment [CSW8]:** I enjoyed this book thoroughly.

The argument posed here reflects the reason again why we need to increase the size of the Blockchain. As blocks grow, more transactions are possible. We do not need to substitute transaction fees for other costs. The market will take this into account. But as we increase the use of bitcoin and make it simpler to obtain more people will be able to gain access.

This won't happen immediately, but all things take time. It is important to remember that. Each year, computational power increases and the cost associated with owning a device decreases. Computers become more efficient. They become smaller. They become more mobile. They hold more information.

In a few years, the cost of creating a computer terminal that can access a wealth of information around the globe will become so small that it may as well be negligible. We have a world where we still have beggars but where these beggars are clothed.

100 years ago this was not the case.

In just a couple decades even the poorest in society will have access to computer systems. A wealth of information that could not even be imagined when I was child. Each of these computer systems will have access to the Internet and the World Wide Web. As a consequence, through the growth of computational power even the illiterate and uneducated will be able to operate computer systems that are far more powerful than the corporate mainframes we see today. In this world, access to computing resources will not be a cost. I say will not be a cost because it will be so negligible as to be near background noise. For most of the world water is such a feature. For many this is inaccessible.

Water will be scarce good far longer than computational power. We will live in a world where water is unavailable to many and yet they have access to computers the can speak in their native tongue and open a world of banking and finance that none of us could have guessed may have been possible even two decades ago. Even I do not know the limits of this technology and it is beyond comprehension. The ability to [...]

DEF_00046843

Just as the civil war was the prompt for the United States to end private money, and the crisis of Kenyan democracy led to the explosive growth of M-Pesa, the global financial Crisis, seems to have been a crucial spur, if not to the development of bitcoin, then certainly to the timing of its launch.

Bitcoin's central and most exciting piece of technology is something called the blockchain. This is a register of all the bitcoin transactions that have ever happened. Every time something is bought or sold using bitcoin—remember, that means every time something moves from one place in the register to somewhere else—the new transaction is added to the blockchain and authenticated by a network of computers. The techniques are cryptographic. It's impossible to fake a new addition to the chain, but it's relatively easy (by relatively easy, I mean relatively easy for a huge assembled array of computing power) to verify a legitimate transaction. So: impossible to fake but simple to verify. The entities transferring the money are anonymous, and at the same time completely transparent: anyone can see the bitcoin addresses involved, but nobody knows to whom they belong.

This combination of features has extraordinary power. It means that you can trust the blockchain, while knowing nothing about anyone else attached to it. Bitcoin is in effect a register like the one kept in people's memory on Yap, but it's a register which anyone can see and to which everyone assents. For the first time in human history, we have a register which does not need to be underwritten by some form of authority or state power, other than itself—and, as I've argued, that register isn't some glossy add-on to the nature of money, it actually is how money works. A decentralised, anonymous, self-verifying and completely reliable register of this sort is the biggest potential change to the money system since the Medici. It's banking without banks, and money without money. The next 13 paragraphs give a short technical explanation of how bitcoin works; if you aren't interested, see you at the dropped letter.

**Comment [CSW9]:** It is not possible to fake a new addition to the bitcoin Blockchain, it is just computationally unlikely.

By unlikely what I mean is that there is a probabilistic chance due to quantum physics that we could walk through a wall. That the atoms would move aside throughout our body simultaneously in a manner that allowed us to walk unimpeded through a solid object.

The cryptographic process used within bitcoin can be subverted but the truth of the matter is that it is more likely that one of us will walk through a wall and this will happen. Like physics, bitcoin relies on statistical probability.

**Comment [CSW10]:** Pseudomomous.

In the early days of bitcoin mining with the right controls in place it was possible to maintain some level of anonymity. This is not really the case anymore. Although you cannot directly link every transaction, they are far from anonymous. Most importantly, parties engaged in an exchange are likely to know the identities of the other party. This is not completely necessary but there will always be methods of capturing and recording transactions that can lead to a loss of anonymity and it will become more and more difficult for many people over time to maintain this anonymity.

Bitcoin is more about privacy. This does not mean anonymity but rather the ability to protect your interests without the majority of people knowing them.

DEF_00046844

The profoundest mystery about the physical universe is that it is so intertwined with mathematics. Gravity is inversely proportional to the square of the distance between two objects. Why? Why does pi, essential in calculating the circumference of a circle, also prove essential to calculating the area of a circle: why is it an exact value, not just a rough guide or rule of thumb? Why does it also turn up in so many other places in mathematics? Why, for instance, is the probability that two random numbers have no common factor equal to 6/pi squared? Again, why is it exactly that, instead of roughly or sometimes that?

We don't know why maths reaches so deeply into the texture of physical reality. One of the hardest things to understand about cryptography is that it rests on something that is inexplicable, and that is it works. As Julian Assange has said, 'it just happens to be a fact about reality, such as that you can build atomic bombs, that there are math problems that you can create that even the strongest state cannot break…there is a property of the universe that is on the side of privacy, because some encryption algorithms are impossible for any government to break, ever.'

The effectiveness of cryptography in essence rests on a single truth about mathematics: that it is impossible to factor prime numbers. For any number, there is no way of working out if a smaller number divides into it, short of actually doing the calculation. This might sound like a small point, but it means that when you have very long numbers—numbers that are hundreds or thousands of digits long—there is no way of breaking them down into factors other than trying every smaller number and seeing if it fits. With very very big numbers, that process is, in practise, impossibly time consuming. This makes very long prime numbers into miraculously effective cryptographical entities; the basis for all contemporary codes. This is in turn a hard fact for civilians to swallow, notwithstanding that it underlies more or less everything we do, in business terms, on the internet. (Note that having secure codes is not the same as having secure computers. Breaking into people's computers is a completely different story from breaking their

DEF_00046845

codes—and once you've broken in, it often doesn't matter what the host is doing cryptographically.) To grasp bitcoin—or to believe in bitcoin—you do have to take this power on trust.

There are three main crypto-mathematical techniques at work in bitcoin. The first is the matching of a public address—that's the bitcoin address of any given user—with a private key which provides access to that address. Although the cryptography involved in this process is fearsome, drawing on those aforementioned properties of prime numbers, it is so widely used—every time you use a credit card, every time you use a PIN number—that we'll just take it for granted here. When you spend some bitcoin, all you're really doing is changing an entry on a digital register, from address a. to address b.: at that point, your transaction is broadcast to the network, where it takes its turn with other transactions waiting to be compiled into a ten-minute chunk of transactions, known as a 'block'.

This is where the miners come in. (Mining is a bad metaphor for what these computers do: it's more like clerking or verification. But mining is what it's called.) Miners take this ten-minute block of transactions, each of which combines the two addresses of the parties to the transaction, the quantity of bitcoin moved, and a time stamp, and they run them through a 'hash function'. These are cryptographical algorithms for encoding information: the one bitcoin uses is called SHA-256. The hash function takes a stream of information of any length and turns it into a unique set of letters and numbers, of a fixed length. So here is 'The cat sat on the mat' run through SHA-256:

3477c3b51645976ef4dd2840dd0dc48125519d374812760f205eaa6020a34f8f

And here for purposes of comparison is 'The cit sat on the mat':

a8727c0891cec28e10c03aa09c759d92fd628e131435b502c04e60d09ce4ef76

**Comment [CSW11]:** Have a read of my selfish miner paper.

It's actually more robust than people readily acknowledge. The arguments against bitcoin turn out to be false. The problem is of course that they can only be mathematically verified as such. I still haven't gotten around the problem of authority. If we take the PGP paper for instance it was a simple process to check that this was false and yet people chose the simple path of believing the authority rather than the mathematical proof.

At least with the validation being built into software we have some level of assurance but even then we have further to go before we are truly secure. Some of the work we are currently doing on software validation will add some level of validity to this but am afraid that getting people to actually check the truth remains a difficult problem.

The selfish miner attack that was proposed has been added on and used as a justification for many attacks against bitcoin.

This is why I find it so difficult to see why I have to come out and point out the flaws in this proposition. It has been around for years before I chose to look at it. Many qualified academics have read the paper but not one of them has clearly and accurately defined and validated the problem. They have not checked the math.

I find this incredibly surprising.

The proposition is actually so far from being valid that I cannot see how someone could come up with that in the first place. The response I have on the peer review process for this paper at present details the difficulty change. Every 2016 blocks bitcoin readjust the difficulty. The reviewers have commented on this and noted it to be a floor that I haven't actually included this in my calculation. The fact of the matter is that it is a simple addition that makes it less likely rather than more likely the miner would choose to undertak a dishonest strategy. The reason is quite simple it cannot be profitable.

DEF_00046846

As we can see, the output is entirely sensitive to any change in the input: alter so much as a single letter and the entire hash changes. Note that however long and complicated the input, the output is always 64 characters long. Just to make the point, here is SHA-256 hash of the entire text of <u>Ulysses</u>:

6ff1c1a80b68b5414423a7e2e061d5f2fc09f7c4e86c4987e573bebc4e4991dd

Put all this together, and you have a system which makes it very easy to check whether a given text has been hashed correctly—you just run it through the algorithm. At the same time it is impossible to guess the input from the output. There are just too many possibilities: it is mathematically impossible to land on the correct one. Anyone can check the hash function of <u>Ulysses</u> online in about ten seconds. Every computer in the world linked together could not reverse the encryption, and work out that the input behind the hash is Joyce's novel. This is just a glimpse of the magic power of encryption.

Miners take the transactions in the block, hash them, and add them to the hash of all the transactions that have ever happened in bitcoin. That's right: the blockchain is a register of every transaction, however small, which has ever happened in the currency. The miners then run the hash through a calculation, set up by Satoshi, which makes them come up with a solution that finds a fixed number of zeros at the start of the hash. That's a trick to ensure that the calculation is sufficiently difficult, for reasons I'll get to in a moment. There's no short cut to this process, dependent as it is on sheer brute mathematical force. This is what is called a 'proof of work', to show that the miners have been through the necessary work involved in finding a solution. The proof of work is the third piece of mathematical/cryptographic wizardry involved in bitcoin. The miners throw numbers at the problem until one of them sticks and a solution is found. (Hence the mining metaphor, the idea that they're digging for the money.) This solution is then broadcast to the entire network.

**Comment [CSW12]:** I have finally completed the mathematics behind this.

It is one of many things will be releasing in the next year, some of them sooner than others. From this, we can demonstrate that proof of stake is not a substitute for approval work solution. Any proof of stake system requires trust and leaves this in the same scenario that we are effectively in right now with banks and government.

I do not see the greater 50% problem as being a problem myself. In fact, I see it as a benefit.

We can argue that a colluding majority will be able to subvert features of the bitcoin infrastructure. However, to do this, what we need is a cartel. Many people judge that we need to have regulations to ensure that cartels do not succeed. The truth of the matter is that cartels succeed because of regulation. The perverse irony is that it is legislation and regulation that allows scenarios that protect cartels and allow them to grow.

The very few successful cartels around oil, diamonds and to some extent banking all rely heavily on regulation. Banking for instance was much more diverse even 50 years ago. The introduction of regulations and controls has made it more and more onerous and difficult for small players to enter.

**Comment [CSW13]:** These restricted markets allow for collusive controls that act against the benefit of the majority. They start with good intentions and they lead to a scenario where regulators are led by the regulated. The result is a creation of barriers to entry.

A global solution such as the Blockchain provides a possible solution. With the power to enter the market from anywhere we have a scenario where regulation and hence cartelisation may become economically infeasible.

DEF_00046847

At the point when the transaction is broadcast to the network, Satoshi did another clever thing. One of the problems faced by cryptocurrencies is the 'double spend' problem. A bitcoin is just a string of numbers: how can you tell that Joe, the customer in your coffee shop, hasn't just cut-and-pasted the numbers he's already used four times today? Bitcoin solves this by having the whole network check the entire register, every time a new block is added. When the winning miner broadcasts the block, the computers on the network run through it to check that all the transactions on it are legit, and that no bitcoin has been double-spent. They vote on the legitimacy of the transaction. Once 51 per cent of computers have voted, the transaction is accepted: it is stamped with the number of the block, and added to the blockchain. The miner who found the correct solution is compensated for their work in bitcoin: they are paid in the currency, for the work they do in validating transactions in the currency. This was another brilliant piece of design on the part of Satoshi, creating an incentive, inside the network, for people to take part in making the network run.

The mathematical sophistication of bitcoin brings with it a couple of compromises. One is what's known as the '51 per cent problem'. OK, so in principle nobody can double-spend, because the blockchain checks every transaction and votes on it. But what if the bad guys were to get control of 51 per cent of the computing power on the network at any given moment? Then they could validate any transaction they wanted. There would be no way of stopping them doing any bad thing they felt like doing with fake and double-spent coins. There's no real solution to the 51 per cent problem, other than the sheer size of the network—which is unreassuring, as if a bank were to say that the only thing which stops criminals emptying your bank account were not some absolute principle of safety, but just that doing so would be too much effort. That's essentially where the matter rests with the 51 per cent problem. This is a difficulty, one which stands out all the more given the sophistication with which Satoshi solved so many of the other conceptual problems of the new currency.

**Comment [CSW14]:** This is not technically correct.

To successfully attack the network, it will require more than 50% of computers or rather computational power to overturn the prior transaction. This is only the prior transaction. A double spend is actually possible. The solution is simply to broadcast the initial spend fast enough and to monitor long enough that you can be assured that there are no competing transactions. This does not actually require 51% of computers to vote, but it does require that they support the same protocol.

I understand what the author is trying to get towards but it is not technically correct.

**Comment [CSW15]:** Again, I do not see the 51% problem as it is touted to be a problem.

It is known in advance how much computational power is expressed in a particular location. Mining pools for instance are mapped and measured on a second by second basis. In a game theoretic analysis, we can see that competitors were too much influence or power are punished. Following some of the scenarios that occurred as mining pools obtained close to or even over 51% we see that individual mining consortiums in the bitcoin community self-regulate.

It is clear that any pool with close to a majority loses members very quickly. Pool mining is actually very effective in this way. The reason being that miners within a pool can move quickly between pools. It would actually be more problematic if mining was controlled by a single corporation or individual who had 50% or more. This would impact the validity of bitcoin. The reason is that miners within pools are individuals who bend together in a rough consensus. Corporations on the other hand do not disband due to community pressure. A pool miner on the other hand can quickly diversify and move to an alternate mining pool with little or no change to the overall network consensus. They can take their power and reassign it to a different control.

DEF_00046848

Another hard thing to ignore is the amount of energy used by miners. As bitcoin has got more popular—not civilian-popular, but nerd-popular and cutting-edge-capitalist popular—the mining process has had more and more computer power thrown at it. The process is wasteful, since most of the mining, most of the time, by definition is unsuccessful, because only one miner wins the race. As Vigna and Casey point out in Cryptocurrency, by the middle of 2014, the bitcoin network,

was then producing 88,000 trillion hashes every second, had a computing power six thousand times the combined power of the world's top five hundred supercomputers. And just two and a half months later, it had almost trebled to 252,000 trillion hashes. The world has seen nothing like this level of computational expansion. That's why some doomsayers are predicting that if bitcoin continues on its present path, the planet faces an environmental catastrophe.

That's because of the amount of energy used by the computers attached to the network. The environmental catastrophe caused by bitcoin is some way off, but there's no denying that the process of mining is inherently wasteful. Bitcoin miners have a preference for setting up in places where it's cold, to cut down on their air conditioning bills.

There will only ever be 21 million bitcoin: the finite nature of the currency was Satoshi way of making sure that, unlike the fiat currencies which governments are free to abuse, nobody could ever destroy the value of bitcoin by arbitrarily deciding to create more of it. The schedule is for these bitcoin to be created over the course of 130 years. As more computing power is added to the network, it becomes necessary to make the mathematical challenges harder, to slow down the miners' progress. That's where that string of zeros, at the start of the proof of work, comes in handy: changing the number of zeros immediately affects the difficulty of the calculation, to slow down the mining of the coins. But this does mean that an awful lot of energy is going to waste. It makes for an ugly side-effect to a system of great intellectual elegance.

**Comment [CSW16]:** I personally consume 36.8 GWhr a year of electricity. Then, the US consumes 4,110,000 GWhr of electricity.

At this level, we see that Bitcoin will be as large as 0.8% of the US electricity use by 2020.

A better comparison is of global energy. Of this, Bitcoin by 2020 will consume 0.0016% of the electricity pool and just 0.0000899% of the total energy consumed.

Then we can also compare this to something more cogent... companies.

Google alone uses 0.01% of global energy. That is 1,000 times to electricity of Denmark right now.

Amazon and Facebook are on the same scale.

Even the Bank of America uses more electricity than all of the projected use from Bitcoin globally.

Just to catch up with CitiBank, the electricity use of Bitcoin will need to be 10 times larger than it is predicted in 2020. ...

**Comment [CSW17]:** Again, it is not an ugly side effect. We have to compare different aspects of the economy and not treat them in isolation. Bitcoin can make the banking industry more efficient. For all the use of electricity that is touted as being ugly, bitcoin can be implemented and use fewer resources than the existing status quo.

How can we say something that is more efficient is wasteful?

Right now, we have a system based on trust that fails and is gamed on a weekly of not daily basis and yet we consider it not to be wasteful. How can we take a system that is more elegant, more efficient and more elegant than the existing banking system, one that uses less electricity, one that will use less electricity and yet return far more and call it inefficient?

I see the problem identified by Frederic Bastiat in the fallacy of the broken window. We need to consider not just the seen, but the unseen as well. We cannot address bitcoin based on its electricity use in isolation. Rather, what we need to do if we wish to be intellectually honest is compar ...

DEF_00046849

{dropped letter}

The result has been success for the currency, a much bigger success than most people who've never heard of it might suspect. The total value of all the bitcoin in circulation, as of today, is £4.24 billion. That number changes, often with disconcerting rapidity, since the price of bitcoin is sharply variable. This puts outsiders off, since one of the most basic functions of money is to store value; bitcoin is a lousy store of value, as many observers have pointed out. Bitcoin, however, already does an OK job with one of money's other main functions, as a medium of exchange. You can directly buy plane tickets, book hotel rooms, buy computer equipment, food, and pretty much anything else with bitcoin, which is now accepted by tens of thousands of businesses. Indeed, since you can buy gift cards with bitcoin, and use the cards at Amazon and other e-commerce sites, you can in effect buy anything you want using the cryptocurrency. There are even bitcoin cashpoint machines. I went to look at one the other day, in a café in Bermondsey. The 'SatoshiPoint' was at the back of the premises, past the blackboard where a Flat White was lablelled a 'Fat Wife', past the cats'-cradle of outstretched hipster legs and charging MacBook Airs, past the merchandise table of coffee mugs with the slogan 'Underneath your tattoos you're still a mainstream cunt'. The SatoshiPoint was broken. Tant pis, as Satoshi would say, if he/she/they were French, which he/she/they probably aren't. It doesn't alter the main point: bitcoin has done very well for a form of money only seven years only, with no entity backing it other than lines of code running on a network of computers.

The growing utility of the currency has attracted attention. Citizens of countries such as Argentina, whose governments have a near-perfect track record of debasing their own currency and destroying the savings of their citizenry, have shown signs of preferring bitcoin to their own state's money. One of the liveliest case studies in Nathaniel Popper's brilliant Digital Gold concerns Wences

Comment [CSW18]: Right now I'm not sure whether it is a long time or a short time. Seven years seems like a blink of the eye and eternity all in one. I didn't really expect bitcoin to be at the point it is now so early. I did hope it would grow but I thought it would grow slower.

I'm not complaining, the uptake has been remarkable. But if I'd known, that I would have done many things differently. I would have mined the way I did but the same time would have been more patient. I would have spent more time with my family and friends and may not be at the same place I am now. I certainly would not have a patent queue of 500 papers and more awaiting filing. Mostly, I would have protected myself a little bit more. Allowed to much hubris to get into what I was thinking and doing.

The bitcoin community has been a mixed blessing. Many of them have helped and overall they have propelled bitcoin forward. Unfortunately, it is also time to grow up and professionalise.

Tant pis.
My first wife was Canadian and French-Canadian that. So much the worse. In many ways the current situation is regrettable but it is not beyond repair or control. The bitcoin Blockchain can grow and needs to grow. It is regrettable that I've had to be reintroduced to public life in this manner but it is more than possible that I would have resulted in the same scenario in any event. My research demonstrates categorically that many of the security flaws associated with bitcoin are falsely attributed. We can show that the bitcoin Blockchain can grow in scale and remain decentralised. We can show that the selfish miner attack is a work of fiction and flawed mathematics derived from a fundamental misunderstanding of the bitcoin protocol.

I am partly to blame for that. Many academics have used the White Paper as a source of truth. On page 3 of the bitcoin White Paper it says how bitcoin uses the length of the Blockchain as a determinant of the security of the chain. That is the longer chain wins. Though technically correct for each difficulty point this is actually more complex than I have reported it. In reality, the chain that is selected happens to be the one that is most complex. An understanding of this can be obtained through an analysis of the code itself. Unfortunately, many who have ...

Casares, a highly sophisticated (and very successful) Argentine investor whose interest in bitcoin comes from a life's up-close-and-personal view of a broken fiat currency. Casares is a big investor in and evangelist for bitcoin, not (or not only) because it will make him rich, but because it seems to him genuinely preferable to state-backed fiat money. He's not the only one.

The mathematical sophistication and philosophical suggestiveness of bitcoin are not, however, the whole story. A completely anonymous, untraceable way of moving money: gee, hmmn, I wonder who'd be interested in that? It's no surprise that the first successful application of bitcoin came in the form of a criminal enterprise. Satoshi Nakamoto's paper was published in October 2008. The detailed workings of the new currency—the code which would operate it—were published on 3 January 2009. The first ever transaction made with bitcoin was a deliberately experimental, avant-garde purchase of a pizza, for 10,000 bitcoin, made on 22 May 2010. (The community marks the anniversary of the first transaction by celebrating Bitcoin Pizza Day. At current values, that pizza cost £2.77 million.) The first large-scale criminal application for bitcoin began life only months later, early in 2011.

> **Comment [CSW19]:** I need to inject here again. Bitcoin is not completely anonymous. It is not untraceable.
>
> The initial uses were not criminal either. My first transactions involved exchanges including Liberty in Costa Rica. The uses word not mainstream but were not illegal either. Primarily the initial uses were combinations of gambling and pornography. Not what everyone would desire but also not illegal.
>
> I may be illegal in some places but not where they were being used.

Silk Road was an online drug market, set up by a charming, handsome, 26-year old Texan called Ross Ulbricht. Ulbricht, who had an undergraduate degree in physics and a master's in materials science and engineering, was (is) a strange, very twenty-first century combination of driven and feckless. He was not the first and will not be the last person to be led astray by his dream of the internet start-up route to billions. While doing his second degree, Ulbricht had contracted a bad case of Austrian economics, and become convinced that government and taxation were essentially coercive systems. (This revelation occurred while he was attending Penn State, a publically funded university.) So—to fast-forwards slightly—he set up an online exchange where buyers and sellers could meet to trade anything that did not involve doing harm to others: what that meant in practise was no to child pornography, but a big yes to fake IDs, guns and,

DEF_00046851

especially, drugs. The exchange was accessible only via Tor, the wholly secure internet browser which hides the location of users on the network so successfully that it is a great favourite of terrorists and paedos. (You may be wondering: who could possibly have created such an evil piece of software? Answer: the US Navy. It invented and indeed maintains Tor as a means of communicating with spies and informants, and a tool for dissidents in totalitarian regimes. The next time you hear a securocrat talking about the need to expand internet surveillance, you may find yourself wondering why our allies invented, distributed and continue to support the single most effective web tool for terrorists, criminals and paedos. The answer is that the security classes think the usefulness of Tor outweighs the harm it causes—because the harm can be kept in perspective. Except that perspective often seems to escape our leaders when they're talking about the need to spy on us.)

Tor gives total anonymity and geographical non-locatability to all its users; bitcoin gave a totally anonymous, non-locatable way of transferring payment. The result for Silk Road, which combined the two, was explosive growth. Within two years, Silk Road was one of the most successful internet enterprises in the world, and had attracted a buyer willing to offer $1 billion. The man running it went by the pseudonym Dread Pirate Roberts—an attempt by Ulbricht to imply that the person behind the site had changed over time, since in The Princess Bride the identity of the DPR is handed down from one incumbent to another. Dread Pirate Roberts told a reporter in an encrypted internet chat that he now thought the site was worth ten or eleven figures. If his business had been legal, that estimate probably would have been accurate.

Ulbricht had, however, made a mistake. Once, and only once, in the early days of Silk Road, he had used his real email address in a forum discussion which clearly showed his involvement in running Silk Road. He realised and quickly deleted the post, but it had already been archived, and so when the Feds came looking, they found the email address, and then had a prime suspect for DPR. By

> **Comment [CSW20]:** This is not technically correct.
>
> The Tor network does provide a level of anonymity, but it is far from secure. It can be used in conjunction with other technologies. In particular, the entry and exit points remain far too easy to map.
>
> The use of VPN points, such as that provided by Anonymiser does make this more secure, but it is not perfect.
>
> In my case, I used a series of VPN points that exited in California and Malaysia for this.

DEF_00046852

now Silk Road was a flagrant, brazen taunting of the US legal system. 'Every single transaction is a victory,' announced DPR, over the 'thieving murderous' state. DPR had a book club. It featured lots of Austrian economics. He was in favour of a world in which 'the human spirit flourishes, unbridled, wild and free!' 'Once you've seen what's possible, how can you do otherwise? How can you plug yourself into the tax eating, life sucking, violent, sadistic, war mongering, oppressive machine ever again? How can you kneel when you've felt the power of your legs?' Elevated sentiments, but in reality Ulbricht was paranoid, terrified, and had even gone so far as to commission assassinations of potential informers. One of the would-be murderers was an FBI plant set out to entrap him. The other commissioned killing had an unknown outcome, because nobody seems to have been murdered: the most likely explanation is that somebody or bodies pretended to be hitmen in order to con Ulbricht out of money. (Neither case has come to trial.) Dread Pirate Roberts had completely lost his marbles.

That didn't make him any easier to catch. It's not that Ulbricht nearly got away with it: he didn't. He was nonetheless hard to pin down, because, even once the Feds knew who he was and what he was doing, that combination of Tor and bitcoin was still powerful. To convict him they would have to not just catch him at it, but grab the computer out of his hands while he was in the middle of criminal activity. Otherwise there would be no way to link Ulbricht with the activities on Silk Road: Tor and bitcoin would make it impossible. 'Put yourself in the hands of a prosecutor trying to build a case against you,' DPR said in an online chat. 'Realistically the only way for them to prove anything would be for them to watch you log in and do your work.'

Ulbricht had set up a system whereby simply closing his computer would permanently erase his hard drive. He could do the same just by hitting a couple of keys. They would have to literally snatch the machine out of his hands before he could so much as touch the keyboard. The Feds would have one chance and one chance only to catch him, and they would have to grab him at his computer

**Comment [CSW21]:** No, they would have an encrypted and not erased drive.

DEF_00046853

while he was logged in as DPR and running Silk Road. So that's what they did. On 1 October 2013 Ulbricht was sitting in a public library in San Francisco, logged into Silk Road via the library's wifi. He was in an online chat with an FBI agent whose job to make sure Ulbricht was still online when his colleagues swooped. Ulbricht was sat at a desk across from a slight young Asian woman when a couple of typical San Francisco street people began loudly arguing just behind him. He turned to look, and the young woman grabbed his laptop: she was an FBI agent. So were the street people. Nice one, the Feds. Ulbricht was logged into Silk Road under the account /Mastermind. Game over for Dread Pirate Roberts. Ross Ulbricht went on trial in 2015, was convicted, and is serving two life sentences without the possibility of parole.

There are several morals to this crazy, sad, fascinating story, brilliantly told in two long pieces of Wired reportage by Joshuah Bearman, and also in Digital Gold[1]. From the bitcoin point of view, Silk Road was evidence for the largely but not entirely true maxim that there is no such thing as bad publicity. The first thing many outsiders heard of bitcoin was the collapse of Silk Road. You might have thought that the connection between the new kind of money and the new kind of criminal enterprise was offputting, but it didn't work like that, mainly, I think, because the scandal/disaster of Silk Road contained a nugget of public relations magic for bitcoin: it showed that the currency has value. You could use bitcoin to buy and sell actual real world things that people want, stuff like cocaine and handguns and fake driver's licenses. If the money was good to buy those things, it would be good for other stuff too.

This speaks to the first and loudest and most persistent doubt most civilians have about bitcoin: why on earth it has any value at all. The truthful answer—which

> **Comment [CSW22]:** I know all too well from person experience that there can be bad publicity.

---

[1] Ulbricht's story may strike some readers as resonating with the Mr Chips-to-Scarface journey of Walter White. A detail from Wired's reporting: when the computer was snatched out of Ross Ulbricht's hands, he was, in addition to running Silk Road, simultaneously watching an interview with Vince Gilligan, creator of Breaking Bad.

concerns the arbitrary basis of all monetary value—tends not to reassure sceptics. What Silk Road provided was a proof which went beyond argument: it showed that it just does, OK? This point was all too convincing for some of the officials involved. In a twist which would seem too rich in a work of fiction, two of the agents who hunted DPR, Secret Service agent Shaun Bridges and FBI man Carl Force (!) turned out to have stolen bitcoin from DPR. They pled guilty to charges of money laundering and obstruction of justice. Force got 78 months, and Bridges 71. Even Federal agents fell victim to the siren call of the anonymous currency.

The FBI, in the processs of arresting Ulbricht and shutting down Silk Road, became one of the world's larger owners of bitcoin, because it seized the site's considerable assets: 144,000 bitcoin, worth £43.9 million at today's prices. It was a point of interest what they would do with them—and a point of danger, too, since it seemed possible that once the new currency had the attention of the authorities, they might conclude that this extra-governmental, anonymous, untraceable money was, in and of its own nature, illegal. Instead what the FBI did, after thinking for a bit, was what they do to other confiscated assets: they auctioned them off. The implicit point was not missed: the Feds say bitcoin is legal. It follows that bitcoin has legitimate uses. That was a strong message. Bitcoin emerged from Silk Road in better shape than ever.

The next big scandal to affect bitcoin could and arguably should have been more damaging. It concerned an online exchange, based in Japan, called Mt Gox. (The name comes from the site's previous existence as a trading forum for the nerd-beloved card game Magic: the Gathering. It means Magic: the Gathering Online Exchange.) Mt Gox came into being as the answer to the question, how can I get hold of some bitcoin, and/or how can I turn this bitcoin I have into real money? It was the place where you could buy bitcoin at whatever was the prevailing rate of exchange with whatever currency you held—a rate which has always been prone to wild fluctuations. It would store those bitcoin for you. As

DEF_00046855

and when you chose to exchange those bitcoin for cash, it would find a buyer. There were other places where you could do that, but Mt Gox was by far the biggest and best-known: by 2013, it was handling 70 per cent of all bitcoin transactions.

Mt Gox was located in Japan, and was run by a Frenchman called Mark Karpelès. He had the background characteristic of many cutting-edge computing types, combining advanced mathematical skills and a high degree of social isolation. The early bitcoin world was convivial, with many conferences and meet-ups, at which the community of early adopters, an evangelical crowd, would hang out together and exchange ideas. Everybody knew everybody. Karpelès didn't go to these gatherings. He had an unusually close relationship with his cat, Tibidane, whose health was not robust. Tibidane needed special injections which only Karpelès was able to give, and that made him unable to travel to meet-ups.

Karpelès was evidently bright in many respects, and had a clear vision of how important bitcoin could become: while running Mt Gox he was designing a point-of-sale machine, like a credit card reader, which would accept the currency; he was also working on a Bitcoin Café in Tokyo, which would be a showcase and proof of concept for the currency. But Karpelès, along with this skills and his ideas, had something else, too, a trait apparent in many star players from the digital world. He had very little sense of what he could not do. He didn't understand limits and practicalities. It is difficult to do ingenious new things with digital ones and zeros, and the people who have done so are correctly aware of how clever they are. But it is even more difficult to do clever things which are not digital. The digital stars dislike and resent the intractability of the non-digital world, full as it is of competing interests, resentful incumbents, and human challenges. Mark Zuckerberg at Facebook tells his employees to 'Move fast. Break things.' Those maxims are much more useful when you're dealing with digital bits than when you're dealing with people. The generation of digital 'disruptors' and

> **Comment [CSW23]:** And this is the point the community has lost.
>
> We need to be willing to take risks. For those who propose to support and implement libertarian ideals, they seem rather paternalistic when it comes to money.
>
> For Bitcoin to work, we need to be willing to take risks and to experiment.

DEF_00046856

innovators have a shared tendency to imagine that they have important insights into worlds that they don't in fact understand.

In the case of Mt Gox, the problem was basic: Karpelès couldn't run a company. Mt Gox's employees were on the second and third floor of a Tokyo office building. Karpelès's office was on the eighth floor. The employees often had no idea what their boss was doing, and since he kept a tight hold of the main functioning of the business, that meant nobody knew what the hell was going on. That mattered, because it became clear in 2013-14 that something was awry inside the world's main bitcoin exchange. Transactions were notoriously slow. Bitcoins being held on the exchange were worth $100 more than bitcoins elsewhere. That's because if you had money at Mt Gox, it took so long to get hold of it that it was easier to turn the dollars into bitcoin, and then transfer the bitcoin elsewhere: the mismatch between supply and demand drove up the price, as economics teaches us it will. There had always been problems with the Japanese bank who handled Mt Gox's transactions, but these difficulties seemed to go deeper. Except nobody really knew what was going on, apart from Karpelès, and he wasn't telling.

On 7 February 2014, Karpelès suddenly closed down all transactions on Mt Gox. He put out a statement blaming a flaw in the bitcoin protocol that allowed users to alter transaction codes in a manner that made it impossible to tell if the transaction had gone through. That would enable them to spend money twice— which was exactly one of the technical problems Satoshi had supposedly eliminated with the creation of the blockchain. There was a huge backlash from the bitcoin community at Karpelès's announcement, because it turned out this 'quirk' in the protocol was well known to developers, and all the other exchanges had developed ways of working around it. Hackers began using the newly-publicised flaw in the protocol to attack bitcoin exchanges.

The flaw was a red herring. The real problem facing Mt Gox was, quite simply and shockingly, that it had lost all its bitcoin. To understand how this can happen,

> **Comment [CSW24]:** We had been using Mt Gox for a while and it was our source of general payments for the company. Around November of 2013 we started to see a few problems. Taking money out of the account was becoming difficult and trying to get sufficient funds each month to make payroll was a challenge.
>
> Towards the end even taking bitcoin out the exchange became difficult.
>
> We saw the writing on the wall for Mt Gox well before the problem but there was little opportunity to use anyone else. A year before we had been using Liberty exchange in Costa Rica. This had worked for some time but when the US government closed Liberty and seized all the funds we were left with nothing but Mt Gox.
>
> Just before the collapse we were in negotiations with Falcon capital in an attempt to sell bitcoin. If we had another two months before the collapse then we may have been fine but unfortunately not everything works out the way you plan.

DEF_00046857

you need to grasp that when you own bitcoin, you don't own anything physical: what you own is an entry on the register. Your ownership is merely access to that entry on the register. As for 'you', in this context all you are is an address on the register: that's why bitcoin is anonymous. The address, which is nothing more than a string of numbers, could belong to anyone. To get access to it, you need its key: another string of numbers, cryptographically matched to that specific bitcoin address. So the address is one string of numbers, held publically on the register; the key is another string, held privately by the bitcoin's owner.

The analogy with a physical key, however, is not complete. Lose a house key and you can ask your neighbour for the spare you thoughtfully gave them, or call a locksmith, or break in through a side window. Lose a cryptographic key, and you have irrevocably lost access to your information. That string of numbers is unforgiving. The history of bitcoin has some happy surprises, such as the story of the Norwegian electrical engineer who bought $26.60 worth of bitcoin in 2009, then forgot all about them until he saw coverage about the cryptocurrency in 2013. He couldn't at first remember the password he had used to encrypt his private key—that must have been a sweaty few moments—but then he did and the coins were still there. They'd gone up a bit: to $886,000. He took a fifth of them and put down a deposit on a flat in a posh bit of Oslo. That's a happy ending. But the unforgiving power of the public address/private key combination has also seen 7,500 bitcoin lost under a landfill outside Newport in Wales, when an IT worker chucked out an old hard drive on which he had stored the private keys from his 2009-era bitcoin stash. Current value of loss: £2.1 million.

Satoshi's idea had been for people to keep their bitcoin keys in 'wallets', a private digital locker. You'd go online when you needed to spend something from the wallet, but otherwise it would be stored safely on your computer or mobile phone or whatever. The disconcerting power of the address/key combination, though, led people to want another solution to keep their keys safe—and it's that, ironically, which led them towards places such as Mt Gox, or indeed Cryptsy, the

DEF_00046858

roughly similar exchange which as of today (15 January) has just collapsed under very similar circumstances. By similar circumstances I mean: they lost a lot of bitcoin and don't know how. The bitcoin were supposedly in 'cold wallets', ie offline wallets, which ought to have meant they were safe. The proprietor of Cryptsy posted this message on the company blog:

A very interesting fact here, however, is that those Bitcoins have not moved once since this happened. This gives rise to the possibility they can be recovered. In fact, I'm offering a bounty of 1000 BTC for information which leads to the recovery of the stolen coins.

If you happen to be the perpetrator of this crime, and want to send the coins back no questions asked, then you can simply send them to this address: 1KNi4E4MTsF7gfuPKPNAbrZWQvtdQBTAAa

There's something sweet about asking someone who has stolen lots of money— 10,000 bitcoin, worth £2.8 million—to pretty please just give it back, and if they do you promise not to be cross. But there's something completely idiotic about it too. From the same blog post: 'Some may ask why we didn't report this to the authorities when this occurred, and the answer is that we just didn't know what happened, didn't want to cause panic, and were unsure who exactly we should be contacting.' The note of bafflement is embarrassing. It's as if it had never occurred to the masterminds at Cryptsy that a deregulated currency, explicitly constructed to be outside state control and policing, might tempt thieves, and might also have a problem getting help from the authorities. As for the precise particulars of what happened to Mt Gox's bitcoin, we'll probably have to wait for Mark Karpelès's trial to find out: in August 2015 he was arrested by the Japanese police and in October he was charged with embezzlement.

The two best books on bitcoin itself are Paul Vigna and Michael Casey's Cryptocurrency and Nathanael Popper's Digital Gold. Vigna and Casey are excellent on the technical background to the currency, the detail of how it works. They convincingly explain the trajectory of thinking most people go through when they hear about the currency, from Disdain through Scepticism, Curiosity,

**Comment [CSW25]:** Ways of protecting against this loss.

One of the difficulties is of course that it is still early on in code development for a system that is extremely complex. Some of the solutions to key recovery have been overly simplistic but as we go a long time there will be better escrow functions and more ways to derive keys.

We already have a paper concerning the derivation of hierarchical key pairs and derived keys. Coupled with a Shamir scheme we and up with a methodology of protecting a source key which then leads to a known derivation function. This extends into logistical applications, Internet of things, accounting and charts of accounts and more.

Looking long-term, all this is being documented and derived at the moment but won't be there for a long time. We have started the process that will lead to this and the technology has been developed in house but there remains a gap between the implementation to a standard that is acceptable to a public grouping.

DEF_00046859

Crystallisation and Acceptance. Their book leaves you thinking there is a bright future to this cryptocurrency lark. Popper's book is fascinating on the detailed history of what's happened with bitcoin, telling the stories of both the true believers and the early adopter-investors, but not sparing specifics on the many scandals and panics bitcoin has already gone through in its short life. The effect of reading both books in succession is to hear first the reasons why bitcoin is full of potential, and then the reasons why it is full of risks. One of the most offputting strands in Popper's book concerns the all-too-present threats of hacking, extortion and theft around the cryptocurrency. The Mt Gox scandal has been the worst of these so far, but won't necessarily be the last.

An example of the kind of risks involved in dealing with the currency happened In March 2014, when Satoshi's real identity was erroneously 'revealed' by Newsweek. Their mistake, hilariously, was to pick a real Japanese-American man called Satoshi Nakamoto, who called the currency 'bitcom' and told reporters, accurately, 'I got nothing to do with it'. He then offered an exclusive interview to the first person who would buy him lunch. It became rapidly and irrevocably clear that Satoshi wasn't, you know, Satoshi.

Before the mistake was exposed, though, many bitcoiners pointed out what a dangerous position the magazine might have put Satoshi in. If he were the cryptocurrency's creator, he would also be the owner of many early-minted bitcoin, including the 'genesis block', the first chunk of the digital currency ever made. His holdings would be worth well in the hundreds of millions of dollars. The key to those holdings would be kept somewhere—probably at his house. All a thief or extortionist would need to get hold of roughly half a billion dollars was that string of numbers. Bad men have been tempted to do bad things by much smaller incentives than that. This is one of those times when the people advocating for something end up being unwitting advocates for the other side of the argument. Wences Carceles, the Argentine investor described by Nathaniel Hopper, is an impressive advocate for bitcoin. And yet this detail stuck with me:

DEF_00046860

he and his co-investors store their bitcoin keys in an offline laptop stored in a safe deposit box. No other form of computer storage is sufficiently secure. If those are the lengths you have to go to do defend yourself from the crooks, what does that say about the stability of the cryptocurrency?

Comment [CSW26]:

This history of criminality, fraud and disaster might well, you'd have thought, add up to a story of failure. It hasn't. In parallel with the high-profile, front-pagey things which have gone wrong with bitcoin there has been a consistent trajectory of growth and increasing interest. For all the things which have gone wrong, the currency itself has not collapsed, and not been shown to be mathematically or conceptually flawed. The fact that the world is full of crooks, thieves, conmen and incompetents doesn't invalidate the use of other types of money, so why should it invalidate bitcoin, just because it has so many criminal-friendly features? That seems to be the thinking. In any case, this currency, which is based on nothing more than mathematical calculations, is now worth billion of dollars, and has moved a long way from the early-adopting internet libertarian fringe of its early supporters. The irony is that with success has come the most serious threats yet to the continuing existence of the cryptocurrency.

The first of these threats comes in the form of what nerds call 'forking'. The whole point of open source software, such as bitcoin, is that it is released into the wild, and users are allowed to amend and tweak it as they see fit. If a version is changed so that it becomes in some respects incompatible with other versions, that form of the software is said to be 'forked'. The software which runs Amazon's Kindle e-reader, for instance, is a forked version of Google's open-source Android operating system. (It is, to use one of my favourite tech terms, a 'forked Android'.) The open source nature of bitcoin has meant that the community can make changes to it, and that these changes are in effect voted on: bitcoiners either download and use the software, or they don't. It's a kind of ongoing plebiscite. When problems have arisen, they were adjudicated first by Satoshi him/her/it/themselves, and then after he/she/it/they quit the scene in 2011, by a

DEF_00046861

small group of five 'core developers', the lead one of whom was a computer scientist called Gavin Andresen.

What's happened now is that there is a split in the bitcoin community, and also among the core developers. The issue is a recondite one concerning the block size—the amount of data in those 10-minute blocks of transactions. Satoshi set a block limit of one megabyte, apparently with the intention of having it rise over time as the size of the network, number of transactions and power of ordinary computers grew. One part of the community thinks that limit is about to become a crisis for the currency, which will grind to a halt as transactions have to, in effect, queue to be added to the blockchain. At that point, the currency becomes useless. So a group of developers, including Gavin Andresen, in August 2015 launched Bitcoin XT, which is bitcoin as we know and love it but with a larger block size. Another group of developers disagrees: they think the change will take bitcoin too far in a corporate-friendly direction, and would prefer a smaller, slower, ideologically purer version of the cryptocurrency. The dispute has been acrimonious, and has seen a huge hacking attack launched against the XT network, and all mentions of XT censored from official bitcoin forums. So bitcoin is now forked. Mike Hearn, a prominent member of the bitcoin developer world and one of the people behind XT, quit the bitcoin world this January as a result of the split, and now regards the currency as a failed experiment. 'Despite knowing that Bitcoin could fail all along, the now inescapable conclusion that it *has* failed still saddens me greatly,' Hearn wrote in a strongly felt, strongly argued blog post. Bitcoin will either recover from this, or not.

It should also be said that some bitcoiners believe more in the technology than in its use as money. David Birch is the author of a fresh, original and fascinatingly wide-ranging short book about developments in the field, Identity is the New Money. His is the best book on general issues around new forms of money, and new possibilities generated by blockchain technology. You finish his book convinced that something is happening in which the register, and credit more

**Comment [CSW27]:** This was arguably my biggest mistake. After it had been implemented and well before it mattered I made the comment:

"It can be phased in, like:

if (blocknumber > 115000)
    maxblocksize = largerlimit"

The reality was that I should have a she just implemented this. Blocks size change was implemented without consulting anyone so I should've done the same here. The reason for the limit was a DoS based on spam at the time. This was small transactions that people are sending back and forth to themselves for no reason other than to increase the size of the Blockchain.

At that point in time it was important that the size of the Blockchain did not grow too rapidly. It would have been spelling the death of the system if it was allowed to. I did say that the size of the Blockchain needed to grow in the future but I left it to others to implement.

**Comment [CSW28]:** Both Mike and Gavin have been close to being burnt out from long time. The politics are unbelievable within the bitcoin community. I honestly feel for them and I do not know how they maintained their composure for so long. I know I could not have done this.

There were many technical flaws in the arguments against XT. For instance, it was argued that it was a censorship tool. One of the main arguments on this point was that Mike implemented a firewall feature within the code itself. This was designed to block nodes that were misbehaving.

I disagree with how we did this but for different reasons. It adds a level of complexity that was not needed. There is no additional censorship added as has

**Comment [CSW29]:** A quick review of the White papers and patents that we are filing will demonstrate that there is far more to this than simple money it is a new way of doing many things.

What we're doing is commoditising and packaging nearly anything. This can be accessed to using a road through micro payments or prepaid computations but at the end of the day there is very little that is not measured and recorded and cannot be so.

DEF_00046862

generally, and money, and banking, and identity, are all starting to blur together. That said, he's not sure about bitcoin the currency. 'I'm not convinced that money or payments is the optimum [use] of the technology,' Birch has said, in response to this latest kerfuffle. It's easy to see the force of that, given than even in bitcoin's pristine form, it takes 10 minutes for a transaction to be block of transactions to be compiled and sent to the network for verification and adding to the chain. There is something very unmoneylike about that inherent delay and inherent complication. Bitcoin may instead have most significance not as money but as a way of authenticating identities, exchanging contracts, and executing transactions. In January, the UK government's chief scientific advisor issued a report which said that 'Distributed ledger technologies have the potential to help governments to collect taxes, deliver benefits, issue passports, record land registries, assure the supply chain of goods and generally ensure the integrity of government records and services.' The possibility is that the blockchain could be adapted to do this with lower levels of friction, lower levels of cost, and higher levels of security, than any existing system. This may not be the blockchain in its original bitcoin form, but some other blockchain or blockchains, using subtly different versions of Satoshi's brilliant technology. It's this potential has attracted the attention of—cue music that indicates arrival of the bad guys—the banks.

Many people in the world of finance went through the bitcoin trajectory Vigna and Casey describe, from disdain through curiosity to acceptance. Their interest is mainly in blockchains. The banks have looked into the possibility of better, faster, cheaper systems powered by blockchains, and have concluded that its possible for this to be either a source of disruption and disintermediation of their business; or it's going to be another thing they own. They prefer the latter. A group of competing syndicates, funded and largely owned by the banks, are rushing to develop and patent proprietary, finance-friendly versions of blockchain technology. A consortium called R3Cev is backed by 42 financial companies, and seeks to develop what would in effect be a private blockchain; Goldman Sachs, which is one of the firms behind R3Cev, has also filed a patent for a private

**Comment [CSW30]:** This isn't exactly correct.

The correct way of looking at it would be that a settlement occurs following an average period of 10 minutes and that the settlement is fairly much irreversible no matter what after an hour.

It is possible to set up a transaction so that it can be broadcast and distributed within seconds. This is probabilistic in a risk factor needs to be added in that this is the scenario with credit cards right now. The difference in quick small payments is that the risk can actually be reduced far lower than a credit card payment can be and we can monitor and know about fraud in seconds.

**Comment [CSW31]:** The use of a derived key and a Shamir secret scheme allows us to have sub- identities.

We can have one protected key that can be split over multiple parties and we can derive subkeys that can be recalculated with a salt over and over without being stored in a secure manner.

All of this happens to be things we have already written White papers for.

At some point you should come in and have a look at some of these white papers.

**Comment [CSW32]:** It is not actually different versions but different types of transactions within the same Blockchain that I have been looking at.

We can actually take many of the functions including pre-for work and build that into a transaction itself.

**Comment [CSW33]:** The interest is in Blockchain's rather than bitcoin predominantly as they are not early adopters.

Bitcoin works because of scarcity. The coins and up with value and can be traded. The so-called value of what they want to do is to create something where they control the system. It would have been possible early on for them to do this but to do so would have meant coming to the party early which luckily they did not want to do.

DEF_00046863

blockchain-backed currency called SetlCoin (one wag at the FT has dubbed It 'the vampire's quid'); Digital Assets Holdings, another blockchain company, is run by Blythe Masters, the English former JP Morgan executive who did more than anybody else to pioneer the credit default swap, the dazzlingly ingenious new financial instrument which was a huge success until it nearly destroyed the global financial system. [2] This is just a tiny sample, and there are many other bitcoin related initiatives. One result is a great deal of confusion. Bitcoin was apparently a major topic of conversation at Davos, where there was evidently a great deal of blurring between bitcoin the currency, bitcoin the technology, cryptocurrency in general, the blockchain as in bitcoin, or the blockchain as in blockchains in general. The headline news is as follows: in the world of finance, the blockchain is definitely going to be A Thing.

> **Comment [CSW34]:** They have not seen anything yet.

Irony klaxon. The very first sentence of Satoshi's original paper reads as follows: 'A purely peer-to-peer version of electronic cash would allow online payments to be sent directly from one party to another without going through a financial institution.' It looks as if, on the contrary, those very same financial institutions are going to use this new technology to keep themselves right where they are: in the middle of every possible transaction network, extracting all the rent they can.

> **Comment [CSW35]:** They are attempting to do just this.
>
> If we enable the bitcoin transaction network the way I want to, then very shortly this will not be possible. But we need to grow the size of the Blockchain and we need to do that quickly.
>
> There will be value in financial institutions. I am never going to say that banks have no place but rather see banks and credit unions in the light of how they were in the previous century more than what they are now. Perversely, it is the introduction of regulation designed to stop the current scenarios that has led to the existing problems of banking.

Bitcoin true believers are annoyed that pretty much every discussion of the cryptocurrency ends with a rhapsody about the potential of blockchains. Bitcoiners reject that idea: for them, the blockchain will never succeed apart from the currency. The trouble is, though, that in internet terms, bitcoin has already been around for quite a while. January was seven years since the launch of Satoshi's original code. In seven years, Google, Facebook and Twitter had all become not just big companies, but fundamental parts of everyday life for

---

[2] Masters went on to be head of the commodities business at JP Morgan, but left after the bank paid a $410 million fine for its role in tricking California and Michigan into overpaying for energy. http://dealbook.nytimes.com/2013/07/18/jpmorgan-executive-may-escape-penalty/

DEF_00046864

hundreds of millions of people. They had become verbs. M-Pesa is about the same age as bitcoin, and handles half Kenya's GDP. Bitcoin is nowhere near that. It's time for the cryptocurrency to decide what it wants to be when it grows up. Blockchains could become nothing but a new technique to ensure the continuation of banking hegemony in its current form. That would be one of those final plot twists which leaves everybody thinking that although they enjoyed most of the show, the ending was so disappointing that they now wish they hadn't bothered. Or they could have an impact as great as the new kind of banking introduced in Renaissance Italy. That would be more fun.

**Comment [CSW36]:** Even this is thinking so so small.

DEF_00046865