**From:** Robert MacGregor
**Sent:** Thursday, March 31, 2016 11:51 AM
**To:** nCrypt Craig
**CC:** Stefan Matthews;nCrypt Ramona
**Subject:** Re: London

OK.

---

**From:** nCrypt Craig <craig@ncrypt.com>
**Date:** Thursday, 31 March 2016 at 13:46
**To:** Robert MacGregor <rmacgregor@theworkshop.com>
**Cc:** Stefan Matthews <srmatt@hushmail.com>, nCrypt Ramona <ramona@ncrypt.com>
**Subject:** Re: London

I stated more than that.

On Thu, Mar 31, 2016 at 12:45 PM, Robert MacGregor <RMacGregor@theworkshop.com> wrote:
> What you stated to the ATO was at the material time you didn't have control of the keys, and you demonstrably didn't

---

**From:** nCrypt Craig <craig@ncrypt.com>
**Date:** Thursday, 31 March 2016 at 09:57
**To:** Robert MacGregor <rmacgregor@theworkshop.com>
**Cc:** Stefan Matthews <srmatt@hushmail.com>, nCrypt Ramona <ramona@ncrypt.com>
**Subject:** Re: London

A signed message is definitive proof I control the keys completely. If it is copied, then there is no way to control it. Even deleting a file is not removing it. Files can be recovered and I doubt Gavin would allow us to wipe his machines.

As for original emails. There is little I maintained. As I have stated, it was never even a side plan to return. I know what we discussed in general, but it is over 5 years.

Worst case for me, gaol time. I stated that I could not control the keys without help to the government. This may have been done in their star chamber, but it holds.

Craig

On Thu, Mar 31, 2016 at 7:50 AM, Robert MacGregor <RMacGregor@theworkshop.com> wrote:
> Apologies – just getting back into email – in Zurich yesterday/tomorrow, so limited email access. I am boarding in about 15 minutes, but will be back in London in a few hours and back online
>
> IMHO, at some point, we're going to have to start trusting someone – even if that trust extends only to not having them breach their NDA.
>
> Can we not split the difference? Can we let him examine a signed message on his computer, but in a controlled environment? Were you able to find, Craig, the original email or other messages you exchanged with Gavin? I know the challenges with the ATO and the control of the keys question, but there are ways to contain it.
>
> His skepticism about seeing the keys on hardware he doesn't know hasn't been tampered with seems reasonable.
>
> Other than the historical email messages (I just don't know if those have been found), it seems that we're in a position to satisfy all of his evidentiary requirements. It's a question of containment, no?
>
> Would it be better to meet him somewhere neutral? Toronto?
>
> If we can get Gavin onside, this will be incredibly powerful, obviously
>
> I met with two investment banks yesterday to start laying the groundwork for the mid-term strategy and we're in great shape provided that we can get through the next three months.
>
> ATO issue aside for a moment (I have an idea, but better to discuss live), what is the worst-case scenario if Gavin sees a signed message. Even if it leaked, it would be a matter of weeks before the real story breaks anyway.
>
> Let me know. .
>
> R
>
> P.S. Any word from Phil?

---

**From:** Stefan Matthews <srmatt@hushmail.com>
**Date:** Wednesday, 30 March 2016 at 22:49
**To:** nCrypt Craig <craig@ncrypt.com>
**Cc:** "Victoria @Milk" <victoria@milkpublicity.com>, Alan Edwards <alan.edwards@outside-org.co.uk>, Robert MacGregor <rmacgregor@theworkshop.com>
**Subject:** Re: London

Craig, I would like to have a call with you today (my time), I have external meetings all morning, can we do a call around 10:30pm here, 09:30am LON tomorrow morning your time.

I will call you on your mobile.

Following our call I will reply to GA.

Thks

Sent from my iPhone

> On 31 Mar 2016, at 6:37 AM, nCrypt Craig <craig@ncrypt.com> wrote:
>
>> There is one thing here that could work and only one:
>>
>> *"A conversation about technical stuff, ideally via email, so I can see if it feels like the same person I communicated with in 2010."*
>>
>> As he states repeatedly, *"could have been hacked."*
>>
>> The sole thing I could have that is not able to be copied, stolen or otherwise replicated is my knowledge. This is in the form of white papers, the math and other publications. It will be in communications we can hold.
>>
>> Again, we need to ensure that the rumors being spread are shown to be ungrounded. The simplest of this is ensuring traction for the PGP paper when it is "released" this week. This is just the start. To make this happen, we need to ensure that the $100 million pool of funds that seeks to ensure that I am not back does not drown the message we are seeking to demonstrate. Stating that I have stolen keys will add weight to the Blockstream argument.
>>
>> These and the other issues need to be addressed and to do this we need to minimise the authority that Maxwell and others maintain.

CONFIDENTIAL                                                                                                          DEF_00052171

If we leave the opposing opinion until the final moment, we will simply end with an argument that leads to a pit of rumor and innuendo that does not end.

We are not just addressing those such as Ian and Uyen. Many are just as dogmatic but are also more cunning.

It is for this reason (as well as commercial ones) that I have sought to have a number of peer reviewed papers in indexed journals. This becomes a measure of authority and counters many of the claims in a way that cannot be simply argued as a theft or fraud.

One of the attacks that "demonstrated" how I could not be Satoshi was from the academics at Cornell.

See http://www.coinspeaker.com/2015/12/11/craig-wright-is-not-satoshi-nakamoto-says-cornell-universitys-professor/

Read the quote issued:
"Emin Gün Sirer, an associate professor at Cornell University, knows Craig Wright and insists that the whole story of him being Satoshi Nakamoto is a plot. Sirer is particularly interested in distributed and operating systems, and networking. He has published several research papers on the design and flaws of Bitcoin **and helped architect an alternative design for it, Bitcoin-NG,** aimed at making it able to serve many more users."

A few of the papers we have in the pipeline demonstrate the flaws in this argument. His statement to the press was based on his supposed superior knowledge of Bitcoin. He stated:

*"Most importantly, Craig hasn't thought at all about consensus protocols, and could not have told you much about what makes Nakamoto consensus work. Not only did he lack the content signature, he lacked the content wholesale""*

This is important. These papers mathematically demonstrate that I have the required level of knowledge and more importantly that in upholding this error, the Cornell personal have made an attack aimed at ensuring their own vested interest is promoted. When these papers are published, we have a means to remove this line of attack. Not that there are plans for a few papers, but that they are there to support the position.

As the paper demonstrates a series of major flaws in the understanding of how Bitcoin works it adds weight to our message. The Cornell personal have used a quote from page three of the original paper. This is a little erroneous and the code itself does not reflect the implementation. To understand this requires knowledge of both the academic aspects and the code in Bitcoin. The paper proves this position.

If we do not start addressing the attacks systematically, then any media event will simply fall into a series of accusations on how I have stolen the keys and/or emails. It will stop any hope of publications and leave us in a position worse than we are in now.

In order to ensure that this occurs successfully, we need to address each area one by one starting with the PGP paper Friday and gain some traction of our own.

Craig

On Wed, Mar 30, 2016 at 7:43 PM, Stefan Matthews <smatt@hushmail.com> wrote:
> Hi Craig,
>
> Please read this email from Gavin and then let's discuss what we can do to address his needs.
>
> Gavin is going to be a tough yardstick, but once convinced I think extremely strong and valuable.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Gavin Andresen <gavinandresen@gmail.com>
>> **Date:** 31 March 2016 at 3:44:19 AM GMT+11
>> **To:** Stefan Matthews <smatt@hushmail.com>
>> **Subject: Re: London**
>>
>> I'm seeing whispers that Craig Wright is the "real deal" (reddit https://www.reddit.com/r/Bitcoin/comments/4cdsna/craig_wright_nigerian_prince_and_other_unlikely/ and an independent query from a journalist).
>>
>> I'm extremely skeptical, and really don't want to fly all the way to London just to give somebody the opportunity to try to trick me in person.
>>
>> This is what I told the journalist (and is ALL I told the journallist, I did not mention you at all, and I realize the whispers may be nothing but an odd coincidence):
>>
>> It would take several pieces of evidence to convince me somebody was 'our Satoshi.'
>>
>> I'd want to personally verify on my computer:
>>
>> A message signed with the same PGP key Satoshi used back in 2010. (...but his computer could have been hacked)
>> or
>> A message signed with keys from early Bitcoin blocks (...but his wallet could have been stolen).
>>
>> "On my computer" because it would be easy to modify the pgp or bitcoin software to make it look like signed messages were verifying correctly.
>>
>> Other evidence that would help convince me:
>>
>> Email or private forum posts he sent to me in 2010 (... but email could have been hacked).
>>
>> A conversation about technical stuff, ideally via email, so I can see if it feels like the same person I communicated with in 2010.
>>
>> On Wed, Mar 30, 2016 at 7:11 PM, Stefan Matthews <smatt@hushmail.com> wrote:
>>> Hi Gavin,
>>>
>>> I wanted to provide you an update on plans for the 7th and 8th April.
>>>
>>> We have an afternoon session planned to allow you to review evidence and engage in direct discussion to ensure you have the benefit of satisfying yourself as to the authenticity of what you will shown etc. That evening we will have dinner and further discussion.
>>
>> If that evidence is limited to watching somebody else do things on another computer, and I am not given a USB stick with evidence that I can examine myself, at a time when I have not just got off a red-eye international flight, then the trip will be a waste of time.
>> I INSIST that I be given at least one partially convincing piece of evidence (a signed transaction, pgp-signed message, or private, previously-unpublished email messages) prior to flying to London-- pgp-encrypt it and send it to this email account. I am happy to sign an NDA if that helps, and will securely destroy any evidence whether or not I find it convincing.
>>
>> Again, until I have the ability to thoroughly examine some digital evidence on a computer controlled by me, I will assume that somebody is either trying to trick me to vouch for them or this is an elaborate scheme to waste my time instead of doing something productive.
>>
>> (If I was paranoid I might suspect all this to be an elaborate ruse to get me to travel outside the US where I might be more easily kidnapped or shot -- I'm not that paranoid, but given some of the personalities involved with Bitcoin sometimes I think I should be).
>>
>> --
>> --
>> Gavin Andresen

CONFIDENTIAL

DEF_00052172

> This email and any attachment to it are confidential. Unless you are the intended recipient, you may not use, copy or disclose either the message or any information contained in the message. If you are not the intended recipient, you should delete this email and notify the sender immediately. Any views or opinions expressed in this email are those of the sender only, unless otherwise stated. All copyright in any of the material in this email is reserved. All emails, incoming and outgoing, may be recorded and monitored for legitimate business purposes. We exclude all liability for any loss or damage arising or resulting from the receipt, use or transmission of this email to the fullest extent permitted by law.

This email and any attachment to it are confidential. Unless you are the intended recipient, you may not use, copy or disclose either the message or any information contained in the message. If you are not the intended recipient, you should delete this email and notify the sender immediately. Any views or opinions expressed in this email are those of the sender only, unless otherwise stated. All copyright in any of the material in this email is reserved. All emails, incoming and outgoing, may be recorded and monitored for legitimate business purposes. We exclude all liability for any loss or damage arising or resulting from the receipt, use or transmission of this email to the fullest extent permitted by law.

This email and any attachment to it are confidential. Unless you are the intended recipient, you may not use, copy or disclose either the message or any information contained in the message. If you are not the intended recipient, you should delete this email and notify the sender immediately. Any views or opinions expressed in this email are those of the sender only, unless otherwise stated. All copyright in any of the material in this email is reserved. All emails, incoming and outgoing, may be recorded and monitored for legitimate business purposes. We exclude all liability for any loss or damage arising or resulting from the receipt, use or transmission of this email to the fullest extent permitted by law.