**P-349**

Case No. 9:18-CV-89176-BB

| | |
|---|---|
| **From:** | nCrypt Craig <craig@ncrypt.com> |
| **Sent:** | Wednesday, April 6, 2016 7:53 PM |
| **To:** | Gavin Andresen |
| **Subject:** | Re: Some reading for the plane |

Ah, I would not take it the wrong way at all. Long term, that is what matters. If I could I would say how the truth comes out in time, but I am more of a realist these days. I will release papers as quietly as I can now, and if I can I will stay as low and away from attention as I can. Only time will tell, but I made some incredible mistakes.

I should have been publishing for years, but have been procrastinating on the release. Contrary to the commonly (right now) held opinion, the last thing I desire is for the world to become a part of my life. As a consequence, I have been collecting research results.

You understand well enough what the "*community*" are like. They are insane. We were not prepared in Dec. I had thought that I would not be uncovered. Hubris. Far too much.

The plans are to release my work over the next decade. Some of which I have been working on for a couple decades.

Do you know much regarding CGA++?

I have some interesting extensions planned for it.

"*History is littered with cranks who churned out reams of pseudo-science or pseudo-engineering.*"

And the majority of these are now working on BTC solutions ;)

"*I know nothing about your businesses...*"

That was a part of the idea. It was a front in some ways and a risk measure in others. One that was badly done. I have made some really stupid mistakes, but then, I was never really the business manager type. This has allowed me to become something else. My time is directing research now. The media thing has allowed me a means to become something other than CEO. I am not truly sure what I am, other than I do what I like.

The ones that matter remain hidden. The media has grabbed all of the shit and low hanging fruit and they have done no real investigation. Thank God for the laziness of human nature.

IF we can – and this remains an IF (though the media bloody screw-ups have been in my favour lately) I want to remain an enigma and out of the line light. The result of the Dec outing has been that I have a security detail and media teams – ARGH. I value my privacy and I have a team of people who follow me.

I stepped down as CEO last year and I am far happier as a consequence. Now I am this "guy" who does what the hell he likes, cannot be fired and who has finally learnt to delegate all he hates ☺

GAVIN_00001077

*"one question on my list of things to ask you:  Why lots of businesses if you have lots of coin already?"*

Bad decisions. I was advised about risk diversification in the early days.

Then, none of this is about money. My family are wonderful and we have managed to keep them out of this. So that is good. The real thing is doing what I love. That is research. I do not manage systems. I do not have code deadlines and SLOC quota to fulfil. I have computers that other people manage and do the grunt work for, I have people to manage the project works and I have access to systems that transfer more value and transactions a day than the existing BTC network does in a year.

You will likely then understand a part of what I do based on your response…

*I want to stay as close to the edge as I can without going over. Out on the edge you see all kinds of things you can't see from the center.*

*Control versus influence is a tricky thing.*

Pushing string.

Frustration (should) be my middle name. Here… well I have a plan that is likely to leave me more hated.

*"And if I had better people skills maybe the increase-the-block-size debate wouldn't have spiraled out of control like it did".*

I was worried. Now "I have learned to stop worrying and love the bomb". I have solutions to all of the issues already and I am just going to implement ☺

There is no need to come and dance to the tune of SN any more. This is something we can do on the merits alone. Chinese miners and all. Your mistake may have been the BTC foundation, mine was that bloody response to a DoS.

I am not allowed near code changes anymore and I have ensured that this will remain for all we do. My impetuosity. Things are different now to some extent. I am a (little" more on the patent side… a little.

" I have faith that competition and permissionless innovation and markets are the best way for great ideas to take root and grow."

It is a reason we are talking ☺

2

GAVIN_00001078

How much to say and at what rate….?

Some of all this is stranger than fiction. I know there is an NDA, but so much gets leaked. I have nobody to talk with who will say that I am speaking shit or that I am being bloody stupid anymore.

To end for now….

Why? That is always the question. Why not have a life of leisure? Why not a yacht? Yada Yada Yada…

My wife and I spend time in Antigua from time to time. We have friends who live there. It becomes a life draining vampiric exercise fast, I do not relax well. As for the boat – tried that. A whole in the water that you have to maintain and my wife gets seasick ☺

More seriously. I love what I do. I play with code and leave others to clean up my mess. I start papers and have others edit and correct the typos and errors and dull stuff.

For me, research is play.

"Why lots of businesses if you have lots of coin already?"

Lots is not the issue. Lots has allowed the media to focus in the wrong places. They have no idea of what the main business is. They even missed that we paid out Hotwire and that none really failed ☺ I would be bored shitless if I did not do what I love. This is a drive. I have been done thing since I was in my 20's and I am 45 now.

I could include other questions such as why am I enrolled in the University of London when I do have over 10 degrees… None of this is for my career, I became unemployable years ago.

It is my passion.

Have a good flight.

Craig

On Wed, Apr 6, 2016 at 5:57 PM, Gavin Andresen <gavinandresen@gmail.com> wrote:
> On Wed, Apr 6, 2016 at 5:01 AM, nCrypt Craig <craig@ncrypt.com> wrote:
>> Gavin,
>> I have attached a few of the around 900 papers we are in the process of finalising.
>
> Please don't take this the wrong way... but "hundreds of papers" sets off red flags in my brain. History is littered with cranks who churned out reams of pseudo-science or pseudo-engineering.

GAVIN_00001079

The papers you've sent me do NOT fit that pattern, but if I were you I wouldn't claim 900 papers in progress, even if it is completely true.

This year, we start to release them publicly. None of them have been filed with my name as yet. Lawyers. They have a use. So far they have enabled me to stay under the radar. I still retain this habit of pushing people to the limit and failing to engage with them when they cannot deliver what I need.

Control versus influence is a tricky thing. I hate controlling/pushing people, and I've frustrated a lot of people in the Bitcoin world by refusing to become a manager. I tell people that's the reason I don't have any gray hair at 49 years old...

Anyway, that personality trait makes me comfortable as more of a gardener rather than an watchmaker -- I have faith that competition and permissionless innovation and markets are the best way for great ideas to take root and grow.

In 2013/2014, I had 45 people working for my companies. Unlike you may have heard in the media, we paid all the creditors out after MtGox collapsed. The issue was that I used this as a means to get rid of a few under-preforming staff.

I know nothing about your businesses...  (one question on my list of things to ask you:  Why lots of businesses if you have lots of coin already?)

My people skills remain in need of improvement.

Mine too! Joining Charlie Shrem and Mark Karpeles to found the Bitcoin Foundation was probably the biggest mistake of my professional life.

And if I had better people skills maybe the increase-the-block-size debate wouldn't have spiraled out of control like it did.

Money and exchange was only ever the start. The system is far larger than this.

We can introduce information from external sources into transactions. Multiple keys and point addition/subtraction allows us to calculate an embedded variable from an external source. I know that you think this is not possible, but I cracked the maths for this years ago.

Hmm?  The tricky bit is trusting that the external source is honestly reporting the variable-- or if there are multiple external sources, that they're not colluding to lie and cheat.
  http://gavintech.blogspot.com/2014/06/bit-thereum.html

---------------

I just spent some time thinking about what I'd like to get out of the meetings tomorrow.  I'll be bringing my laptop and a brand-new USB stick, I'd like to see some or all of the following copied onto it so I can verify on my laptop:

PGP-signed message with the well-known key containing tomorrow's date and the phrase "So it goes" (I'm a Kurt Vonnegut fan)
One or more messages signed using keys from early bitcoin blocks (using bitcoind signmessage/verifymessage functionality)
Never-before-published private emails or forum posts to or from me, from 2010

GAVIN_00001080

\--
\--
Gavin Andresen

5

GAVIN_00001081