| | |
|---|---|
| **From:** | Gavin Andresen <gavinandresen@hush.com> |
| **Sent:** | Wednesday, April 20, 2016 8:00 PM |
| **To:** | Stefan Matthews |
| **Subject:** | Re: Media |

Draft blog post, edits/corrections/suggestions welcome (feel free to forward to Craig and media people):

Title: Satoshi

I believe Craig Steven Wright is the person who invented Bitcoin.

I was flown to London to meet Dr. Wright a couple of weeks ago, after an initial email conversation convinced me that there was a very good chance he was the same person I'd communicated with in 2010 and early 2011. After spending an afternoon with him I am convinced beyond a reasonable doubt: he is Satoshi.

Part of that afternoon involved the purchase of a new laptop computer, clean installation of software, and cryptographic verification of messages signed with keys that only Satoshi should possess. But even before I saw the keys signed and verified, I was reasonably certain I was sitting next to the Father of Bitcoin.

During our meeting, I saw the brilliant, sometime difficult, focused, generous, opinionated -- and privacy-seeking -- person that matches the Satoshi I knew six years ago. And he cleared up a lot of mysteries, including why he disappeared when he did and what he's been busy with since 2011. But I'm going to respect Dr. Wright's privacy, and let him decide how much of that story he is willing to share with the world.

We love to create heroes -- but also seem to love hating them down if they don't live up to some unattainable ideal. It would be better if Satoshi Nakamoto was the codename for an NSA project, or an artificial intelligence sent from the future to advance our primitive money. He is not, he is an imperfect human being just like the rest of us. I hope he manages to mostly ignore the storm that his announcement will create, and keep doing what he loves-- learning and research and innovating.

I am very happy to be able to say I shook his hand and thanked him for giving Bitcoin to the world.