| | |
|---|---|
| **From:** | nCrypt Craig <craig@ncrypt.com> |
| **Sent:** | Wednesday, April 27, 2016 8:29 PM |
| **To:** | Gavin Andresen; Jon Matonis |
| **Subject:** | And soon to Paris. |

Gavin, I can never really thank you enough. It is been a long road for me to learn to truly appreciate people and I still don't do well. Even now I am far from the easiest person to work with and I was worse back then.

Jon, I hate to admit it but you're right. Going forth things will not be as bad as I thought but for me the sacrifice remains great. I really do not know how I will be able to just attend a Blackhat or Sans conference ever again.

In the past I would joke with Dave before he died about being Bond villains. Starting a bitcoin company has meant dealing with so many people in the past that is made me feel that way. In some ways I'm relieved to feel the sunlight. The company and group is incredibly interesting. I'm glad that I can now bring you into it .

I'm glad to start to get know both of you.

On Friday I will be leaving the UK prior to the release.I have done my first and last interview. It is possible that I may talk on print media sources in the future but I'm never going to go on TV or anything else again.

This time, it is but a temporary reprieve. Unlike poor Dorian I have the resources to pick up and spend a bit a time wherever I want now. It's a very comforting feeling. I will be staying around 500 m away from the Eiffel Tower on the other side of the river directly opposing it. I wonder how long I can keep my other wallets secret. Soon it won't matter.

What I go back and after this all blows over I would like to talk about how we might form a protocol group. I'm not a leader but I have what it takes to make this work. I have the maths, the science and the research behind me. But most importantly, I have the capital. Bitcoin is minuscule right now. I intend to change that.

If I don't talk to you again before all this breaks Gavin, the need to say thank you again. It took all of this up with a passion and carried it forth and you held it and maintained it very little from me. It hasn't been in my nature to thank people properly but I'm trying to change.

Kindest regards,
Craig

GAVIN_00001007