**From:** Robert MacGregor
**Sent:** Wednesday, May 4, 2016 9:39 AM
**To:** nCrypt Craig
**CC:** nCrypt Ramona; Stefan nCrypt
**Subject:** Re: Hal

Is there any reason that you would not want to flag Dave in that context?

It looks like all or nearly all of the Hal emails were in Greenberg's possession, but I don't see the attachments anywhere online. Are they out there anywhere?

Was your only contact via email, or were there IRC chats (or whatever else was being used at the time)?

---

**From:** nCrypt Craig <craig@ncrypt.com>
**Date:** Wednesday, 4 May 2016 at 10:32
**To:** Robert MacGregor <r.s.macgregor@gmail.com>
**Subject:** Re: Hal

dave then hal

On Wed, May 4, 2016 at 10:30 AM, Robert MacGregor <r.s.macgregor@gmail.com> wrote:
> At the point Hal was running it, was he the first, or Dave?

---

**From:** nCrypt Craig <craig@ncrypt.com>
**Date:** Wednesday, 4 May 2016 at 10:21
**To:** Robert MacGregor <r.s.macgregor@gmail.com>
**Subject:** Re: Hal

yes
and Dave

On Wed, May 4, 2016 at 10:20 AM, Robert MacGregor <r.s.macgregor@gmail.com> wrote:
> Was he the first person other than you to run bitcoin?

This email and any attachment to it are confidential. Unless you are the intended recipient, you may not use, copy or disclose either the message or any information contained in the message. If you are not the intended recipient, you should delete this email and notify the sender immediately. Any views or opinions expressed in this email are those of the sender only, unless otherwise stated. All copyright in any of the material in this email is reserved. All emails, incoming and outgoing, may be recorded and monitored for legitimate business purposes. We exclude all liability for any loss or damage arising or resulting from the receipt, use or transmission of this email to the fullest extent permitted by law.