Case 9:18-cv-80176-BB   Document 829-85   Entered on FLSD Docket 12/...

P-392
Case No. 9:18-CV-89176-BB

| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Saturday, May 7, 2016 2:12 PM |
| **To:** | Gavin Andresen |
| **Subject:** | My appologies |

Gavin,

I have to apologise for all of this. What transpired was never my intention.

There are several issues with publically proving I am or was Satoshi. One day I shall let you know it all. I did not control the wireless and I did not arrange for the computer. They are not my people, I was in a position I did not know how to control. If I had signed, there remains a good probability that I would have been in gaol already. This would not have phased Rob, he would still have been able to complete the deal and sell the papers and work I started. He has over 70 completed patents from me. Once the deal had been completed, I could have been locked away to no issue. My proving my paternity of the code would have allowed the deal and also removed the issue, myself.

At no point did I lie to you nor deceive you, but it is better that I am a "hoaxer", I can still work and I do not need attribution. In a few days I shall have a new identity to use and shall start to release again. The thoughts the world holds regarding "Craig Wright" as it stands will not be an issue. My family are resilient and loving. There is nothing more one can ask.

In the following months, if this is a matter that is acceptable to you, you will start to receive research and work regarding a number of issues concerning Bitcoin and the Blockchain. It matters that it is used, but how is another matter and I am not going to be taking credit for it.

Very few people really know me, outside my wife and a couple others and it took those people years to be where they are. I would like to add you slowly to this list, but without having you vouch for me nor the next identify I use.

I do hope that you can understand and forgive me. It was never my intention to damage you or Jon. There were other ways, but nothing I could see at the time. Please do accept my sincerest regrets on how this ended.

I have papers and research to release. What the world does with it is up to the world.

Craig

+44 774 8 333 888

GAVIN_00000042