## POWER OF ATTORNEY

This power of attorney is made on 22nd August 2016 by Craig Steven Wright of 7 Oak Rd, Cobham, KT11 3AZ (**Principal**).

1. **APPOINTMENT AND POWERS**

   The Principal appoints nCrypt Limited, a company incorporated in England and Wales with company number 09823112 whose registered office is at Coddan Cpm, 3rd Floor, 120 Baker Street, London, England, W1U 6TU, and its substitutes as his attorney (**Attorney**) and in the Principal's name or otherwise and on his behalf in relation to any intellectual property devised by Principal but owned by or assigned to Attorney in accordance with Principal's contract of employment with Attorney (the "**Employee IP**"):

   a) to execute any such instrument, or do any such thing, and generally to use his name for the purpose of giving the Attorney the full benefit of the Employee IP.

   b) to represent the Principal in and with respect to all matters relating to the Employee IP to the extent permitted by applicable law, including but not limited to:

   i. representing the Principal vis-à-vis governmental authorities, patent offices and other intellectual property offices;

   ii. signing patent and other intellectual property applications, extensions and other related filings;

   iii. prosecuting and/or abandoning patents and other intellectual property rights on behalf of the Principal;

   iv. representing the Principal in matters of conflicts or disputes relating to intellectual property matters; and

   v. negotiating and entering into license and/or other agreements with respect to intellectual property matters; and

   c) to take any steps or do any thing which the Attorney in its absolute discretion considers desirable in connection with the Employee IP or any of the foregoing.

2. **DELEGATION**

   The Attorney may delegate one or more of the powers conferred on the Attorney by this power of attorney and may revoke such delegation.

1

CONFIDENTIAL

3. **RATIFICATION**

   The Principal undertakes to ratify and confirm whatever the Attorney does or purports to do in good faith in the exercise of any power conferred by this power of attorney as and when requested to do so by the Attorney.

4. **VALIDITY**

   The Principal declares that a person who deals with the Attorney in good faith may accept a written statement signed by that Attorney to the effect that this power of attorney shall supersede, void and replace all prior and existing powers with respect to the same subject matter as conclusive evidence of that fact.

5. **PREVIOUS POWERS**

   This power of attorney shall supersede, void and replace all prior and existing powers with respect to the same subject matter.

6. **GOVERNING LAW AND JURISDICTION**

   This power of attorney and any dispute or claim arising out of or in connection with it, its subject matter or its formation (including non-contractual disputes or claims) shall be governed by and construed in accordance with the law of England and Wales. Each party irrevocably agrees that the courts of England and Wales shall have exclusive jurisdiction to settle any dispute or claim arising out of or in connection with this power of attorney or its subject matter or formation (including non-contractual disputes or claims).

This document has been executed as a deed and is delivered and takes effect on the date stated at the beginning of it.

2

CONFIDENTIAL

DEF_01074242

Signed as a deed by Craig Steven Wright

..............................................
SIGNATURE OF PRINCIPAL

in the presence of:

..............................................
SIGNATURE OF WITNESS

ALLAN PEDERSEN
NAME

UNIT 59, 1
RIVERLIGHT
QUAY, VAUXHALL
ADDRESS

DIRECTOR OF PROGRAMS.
OCCUPATION


Signed on behalf of nCrypt Limited

..............................................

M. FARNWORTH
NAME



3