map out PR and communications strategy for the year (both proactive and reactive).  Ideal date would be March 23 or 24 if you can make it happen.

**Jimmy Nguyen** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Office: + 1 213-633-8643| Mobile: + 1 310-498-2379
Email: jimmynguyen@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.



**P-403**

Case No. 9:18-CV-89176-BB

---

**From:** Nguyen, Jimmy
**Sent:** Monday, January 23, 2017 8:11 PM
**To:** 'Jamie Diaferia'
**Subject:** RE: nChain Holdings Limited

Jamie – nChain Holdings Limited (which is a parent holding company of various subsidiaries) has been owned by The Workshop Holdings Limited.  There are a series of transactions that lead to the ultimate acquisition by the private equity fund (Pi High Tech & PE Fund Limited) of nChain Holdings Limited and all its groups/subsidiaries.

For reference, here is a description of the Fund from its test website – which also provides other key facts about the fund (http://pi-hightech-fund.com/test/index.html#):

π High Tech & PE Fund Ltd is a private equity fund based in the attractive European Union jurisdiction of the Republic of Malta. The investment objective of the π High Tech & PE Fund Ltd ("Fund") is to provide long-term capital appreciation via targeted investment exposure into high growth businesses enabled by their innovation and application of disruptive digital technology.

Also note that nChain Holdings Limited is formerly known as EITC Holdings.  [EITC Holdings has already been mentioned in some media articles about what Craig Wright is trying to do with patent applications; it is the listed owner of the currently-filed patent applications].

Below is a summary (as best I understand it now) of the transactions.  This provides more detail than we will ultimately want in a press release but good for you to know.  This can be difficult to follow until you are more familiar with the entities and structure – so I can get on the phone to walk you through it if needed.

**1) In 2016, nChain Holdings Limited acquired the "nTrust group" of companies (over 2 transactions).**
This comprised of 7 total entities:  a) nTrust Technology Solutions Corp, and then later b) NT International Holdings Corp (and 5 subsidiaries owned by it).  nTrust Technology Solutions Corp was part of the "nTrust group" but was the only subsidiary not directly owned by NT International Holdings Corp.

This adds the "nTrust group" of companies to nChain Holdings' portfolio – which also includes these entities:

- nChain Limited (UK)
- nChain Technology Limited (Antigua) and nChain Labs Limited (Antigua) [these two companies were more recently formed in September 2016]

**2) nChain Holdings sells nTrust Technology Solutions to NT International Holdings Corp**

(Previously, one of the nTrust group subsidiaries – nTrust Technology Solutions Corp - was not owned directly by NT International Holdings, which owned the other 5 subsidiaries.  As a result of this transaction, NT International Holdings now owns all 6 subsidiaries in the "nTrust group."   Together with NT International Holdings and the 6 subsidiaries, the "nTrust group" has 7 entities.

**3 Transactions for Pi High Tech & PE Fund to acquire the entirety of nChain Holdings Limited and its groups/subsidiaries**

**A) Pi High Tech & PE Fund acquires nChain Limited (UK) from nChain Holdings Limited**

**B) Pi High Tech & PE Fund acquires the "nTrust group" (NT International Holdings Corp + its now 6 subsidiaries) from nChain Holdings Limited**

As a result of the foregoing two transactions, nChain Holdings Limited is left with itself and its 2 Antiguan subsidiaries (nChain Technology Limited and nChain Labs Limited)

**C) FINAL TRANSACTION:  Pi High Tech & PE Fund acquires the remainder of nChain Holdings Limited (i.e., the parent company nChain Holdings Limited + 2 Antiguan subsidiaries nChain Technology Limited and nChain Labs Limited) from the ultimate owner The Workshop Holdings**

CONFIDENTIAL

NGUYEN 001404

The focus of the press release should be that Pi High Tech & PE Fund is pleased to announce its acquisition of nChain Holdings Limited – and all its subsidiaries entities, which consists of nChain entities (including nChain Limited (UK) focused on blockchain R&D) and the "nTrust group" of companies.

**Jimmy Nguyen** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Office: + 1 213-633-8643| Mobile: + 1 310-498-2379
Email: jimmynguyen@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.



---

**From:** Jamie Diaferia [mailto:Jamie@infiniteglobal.com]
**Sent:** Monday, January 23, 2017 4:44 AM
**To:** Nguyen, Jimmy
**Subject:** RE: nChain Holdings Limited

Jimmy, we will get started on a press release. I will let you know what we need. Thank you.

**Jamie Diaferia**
CEO

T: 212.838.0220
E: jamie@infiniteglobal.com
W: infiniteglobal.com

---

**From:** Nguyen, Jimmy [mailto:JimmyNguyen@dwt.com]
**Sent:** January 20, 2017 3:43 PM
**To:** Jamie Diaferia <Jamie@infiniteglobal.com>
**Subject:** nChain Holdings Limited

Hi Jamie – I am having a status update call on Sunday with the key leadership team for nChain Holdings (parent company) – an "Office of the CEO" group of 3 being formed which will include me.

But meanwhile, wanted to let you know about status of the private equity fund acquisition of nChain Holdings.  It's still in process.  Could be finished at end of January or early February at this point – though my sense is it will likely take at least another 3 weeks.

Meanwhile, we think it's wise to get started drafting a press release, so that things are not rushed, and your team and our team has time to review it properly.

What are steps to get started on that?  I can put down key points we should cover in a press release if that would help your team.

P.S.  My last day at DWT has now been set as February 10.

**Jimmy Nguyen** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Office: + 1 213-633-8643| Mobile: + 1 310-498-2379
Email: jimmynguyen@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

CONFIDENTIAL

NGUYEN 001405