| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Wednesday, May 3, 2017 5:58 PM |
| **To:** | Gavin Andresen |
| **Subject:** | Fwd: FW: Finalisation of Comprehensive Risk Review [DLM=Sensitive] |
| **Attachments:** | 20150825_Craig Wright_Letter out (Client)_Finalisation of CRR.pdf |

They left the audit open. It means that they can come back any time. They can reassess.

High Wealth Individuals are taxed differently. As I have over 100 million, they can assess Bitcoin as a ForEx bank holding.

This means under GaaP that I need to account for income on an annualised basis.

That means, I would need to pay tax in fiat on the gains at a rate of 51%.


**From:** Riordan, Sheena [mailto:Sheena.Riordan@ato.gov.au]
**Sent:** Tuesday, 25 August 2015 1:20 PM
**To:** Craig S Wright
**Cc:** Synnot, Arna ; Bagnato, Laura
**Subject:** Finalisation of Comprehensive Risk Review [DLM=Sensitive]


Dear Dr Wright,


Please find attached a letter relating to our review of your personal income tax affairs, as notified to you on 21 January 2015. I will forward the original in the post.


Please note that this finalisation letter relates purely to our review of your personal income tax affairs.


Kind regards,


**Sheena Riordan**

Compliance Officer | Engagement and Assurance Services

Private Groups & High Wealth Individuals

Australian Taxation Office

Phone: (08) 8208 2061

**ATO** | *Working for all Australians*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IMPORTANT
The information transmitted is for the use of the intended recipient only and may contain confidential and/or legally privileged material. Any review, re-transmission, disclosure, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited and may result in severe penalties. If you have received this e-mail in error please notify the Privacy Hotline of the Australian Taxation Office, telephone 1300 661 542 and delete all copies of this transmission together with any attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GAVIN_00000345

GPO Box 9990 IN YOUR CAPITAL CITY


Australian Government
Australian Taxation Office

Dr Craig Wright  
PO BOX 558  
GORDON  NSW  2072

Reply to: GPO Box 9977  
Adelaide SA 5001  
Our reference: 1-696PT0B  
Contact officer: Sheena Riordan  
Phone: (08) 8208 2061

25 August 2015

## Finalisation of Comprehensive risk review

Dear Dr Wright

We are writing to advise you that we are discontinuing the comprehensive risk review of your income tax affairs and those of your controlled entities for the 2012-13 income year. We have not reviewed the income tax returns and may recommence the review in future. We will advise you if this occurs.

**2014 income tax returns**  
Our records indicate that your 2013-14 income tax return is outstanding.

The 2013-14 income tax returns for the following associated entities are also outstanding:
- The Trustee for the Wright Family Trust
- The Trustee for the Wright Family Fidelity Trust

We remind you that the penalty for failing to lodge on time ranges from $110 to $900 and may be applied on each overdue document. The amount of the penalty will depend on the lodgment due date, the size of the entity and can increase depending on how long the document is overdue. In addition to the penalty for failing to lodge, an additional penalty of a maximum of 90% of any tax-related liability on a default assessment may also be applied.

**For more information**  
We want to work with you to resolve any issues as early as possible. If you are not satisfied with our handling of the review or you have any questions, phone **13 28 69** between 8.00am and 5.00pm, Monday to Friday, and ask for Sheena Riordan on extension **82061**.

If you can't resolve the issue with Sheena Riordan, you can contact Laura Bagnato, Team Leader, on extension **82073**.

Yours sincerely

Michael Cranston  
Deputy Commissioner of Taxation

73117-197566-09.2014

GAVIN_00000346