| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Wednesday, May 3, 2017 6:43 PM |
| **To:** | Gavin Andresen |
| **Subject:** | Re: Trolls |

Sorry.... I may change one day... Maybe :)

You know me. I always assume that others have more knowledge of most things.

They is part a few people (not all) in the tax office - years of hate. Also a few on the Bitcoin core side. Theymos for one.

On Wed, May 3, 2017 at 7:39 PM, Gavin Andresen <gavinandresen@gmail.com> wrote:
> On Wed, May 3, 2017 at 1:54 PM, Craig Wright <craig@rcjbr.org> wrote:
>> I am sorry for last year, but I cannot sign.
>
> OK. Don't worry about me, I'm enjoying semi-retirement and working on randomsanity.org. All the people I care about still love and respect me, and don't care that you bamboozled me (and you did, just not in the way most people think).
>
>> I have sufficient funds that they can force me to sell.
>
> I'm not sure I want to know... but who is "they" ? (you can be vague: former business partners? AUS government? somebody else?)  And sell to pay for what?
>
> --
> --
> Gavin Andresen

GAVIN_00000732