| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Wednesday, May 3, 2017 7:11 PM |
| **To:** | Gavin Andresen |
| **Subject:** | Re: FW: Finalisation of Comprehensive Risk Review [DLM=Sensitive] |

It is under ToFA. That is individuals with over 100 million net wealth.

That was the point of the trust. But it means that I cannot have control. Rob had these grand visions how he would ensure that it was ok... and then he did nothing. I had promises that he had contracts, that he had NDAs and much more. Then I started to see it was all BS. He wanted me to be Satoshi for the camera and make it something like Apple.

I am not a people person. Even if it was sorted tax wise, that cannot work. However, there was nothing in place and as I have informed them that I cannot control the keys, that could end worse than just a tax bill.

More, a forced sale of 400 million in BTC would be a mess. Esp mine.

400 million is too much. I am Antiguan now... So in a few years I will pay a lot less :)


ToFA


## 1.1  Taxation of Financial Arrangements (TOFA)

The TOFA rules in Division 230 of the ITAA 1997 provide for the tax treatment of gains and losses arising from "financial arrangements" in priority to other provisions of the Tax Acts (e.g. the trading stock provisions in Division 70 of the ITAA 1997).  In summary, the TOFA rules have the effect of bringing gains or losses (including unrealised gains or losses) from a financial arrangement to revenue account.

As a general proposition, the TOFA rules only have mandatory application to large taxpayers (e.g. taxpayers with "aggregated turnover" exceeding $100 m) and not to individuals. [1]   However, a taxpayer can elect that the TOFA rules apply to all its financial arrangements.

In and of itself, Bitcoin would not be a financial arrangement within the general meaning in TOFA rules, [2] as it is not an "arrangement" - although the underlying transactions in respect of which Bitcoin is utilised may involve a financial arrangement.  It is beyond the scope of this paper to consider any such underlying transactions from a TOFA perspective.

However, section 230-530 of the ITAA 1997 provides that the TOFA rules also apply to "foreign currency" as if the currency "were a right that constituted a financial arrangement".

This means that if Bitcoin falls within the meaning of "foreign currency" in section 995-1 of the ITAA 1997, Bitcoin will be deemed to be a "financial arrangement" and potentially subject to the TOFA rules depending upon the circumstances of the taxpayer.

Where applicable to a taxpayer, gains or losses from Bitcoin (i.e. as "foreign currency") would need to be calculated and included in assessable income in accordance with the TOFA rules (rather than the rules in Division

1

775 of the ITAA 1997) - this would be the case irrespective of whether or not the taxpayer is trading Bitcoin on a Bitcoin Exchange, and would include any unrealised gains or losses from holding Bitcoin.

[1] Section 230-5 of the ITAA 1997

[2] Section 230-45 of the ITAA 1997

On Wed, May 3, 2017 at 8:05 PM, Gavin Andresen <gavinandresen@gmail.com> wrote:
> On Wed, May 3, 2017 at 1:58 PM, Craig Wright <craig@rcjbr.org> wrote:
> ... That means, I would need to pay tax in fiat on the gains at a rate of 51%.
>
> Ah, I see. That IS nasty. Are you sure BTC is classified as forex? Seems like there would be a good argument it is NOT unless it is held on a foreign exchange.
>
> But my advice would be to pay it and move on; what is the use of being wealthy if you have to spend your time talking to lawyers and worrying about audits from the tax office or worrying about what your family will do if you die and leave them with a gazillion BTC and a big financial mess to try to clean up?
>
> I'm not saying that to try to convince you to sign; I actually think the identity of Satoshi remaining a mystery is better for Bitcoin. I've thought about trying to avoid the ~25% capital gains taxes on my bitcoin gains; it is painful to send big checks to the state and federal government, they'd be my last choice for who to give more money. But I'm willing to pay a lot for peace of mind.
>
> --
> --
> Gavin Andresen