| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Wednesday, May 3, 2017 5:55 PM |
| **To:** | Gavin Andresen |
| **Subject:** | Re: Trolls |

I am sorry for last year, but I cannot sign.

I have sufficient funds that they can force me to sell. Signing proves control. The stories from others, they cannot stop the government taking action.

Right now, it would mean dumping 400 million in coin to pay. I will not do that. Not for the money, but for what it will do.


(a)     **"Foreign currency" gains and losses**

Division 775 of the ITAA 1997 provides that a taxpayer's assessable income includes "forex realisation gains" and "forex realisation losses" arising from "forex realisation events". Forex realisation events include CGT event A1 in the context of "foreign currency" (forex realisation event 1) and cessation of rights and obligations to pay or receive "foreign currency" (forex realisation events 2 to 5).

The relevant forex realisation gain or forex realisation loss is described in the applicable forex realisation event. However such gain or loss is only made to the extent that it is attributable to a "currency exchange rate effect." [1]  Further, Division 775 does not provide for double taxation or double deductions.[2]

If Bitcoin is "foreign currency", then "realised" gains and losses would need to be included in assessable income of the taxpayer under Division 775 (or perhaps Division 230 of the ITAA 1997 - refer discussion below).

Prima facie, the forex realisation events in Division 775 would seem to have general application to all taxpayers using Bitcoin or accepting Bitcoin as payment - irrespective of whether or not they trade Bitcoin on a Bitcoin Exchange. However, the mere holding of Bitcoin in isolation of any transaction would not fall within a forex realisation event.

Given the volatility of Bitcoin rates against the Australian dollar (as a real world currency), there is potential for significant forex realisation gains or losses arising in respect of transactions undertaken using Bitcoin.

......................................................................

[1] As defined in section 775-105 of the ITAA 1997 - in short, being exchange rate fluctuations or differences between agreed or applicable exchange rates.

[2] Sections 775-15(4) and 775-30(4) of the ITAA 1997.


On Wed, May 3, 2017 at 6:50 PM, Gavin Andresen <gavinandresen@gmail.com> wrote:
> I guess I'm lucky, I haven't received any death threats or threats against my family (at least, I don't think I
> have-- I don't hesitate to block/mute trolls).

On Tue, May 2, 2017 at 8:58 AM, Craig Wright <craig@rcjbr.org> wrote:
If it was just trolls it would be bearable.

Trolls do not threaten to rape your kids...

What a world it has become.



--
--
Gavin Andresen

GAVIN_00001275