| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Wednesday, May 3, 2017 7:12 PM |
| **To:** | Gavin Andresen |
| **Subject:** | Re: FW: Finalisation of Comprehensive Risk Review [DLM=Sensitive] |

The trust is all cleaned up now. We have a registered fund and it is setup with no direct links. Lots of really expensive lawyers.

I am starting another degree as well.

On Wed, May 3, 2017 at 8:05 PM, Gavin Andresen <gavinandresen@gmail.com> wrote:
 On Wed, May 3, 2017 at 1:58 PM, Craig Wright <craig@rcjbr.org> wrote:
  ... That means, I would need to pay tax in fiat on the gains at a rate of 51%.

 Ah, I see. That IS nasty. Are you sure BTC is classified as forex? Seems like there would be a good argument it is NOT unless it is held on a foreign exchange.

 But my advice would be to pay it and move on; what is the use of being wealthy if you have to spend your time talking to lawyers and worrying about audits from the tax office or worrying about what your family will do if you die and leave them with a gazillion BTC and a big financial mess to try to clean up?

 I'm not saying that to try to convince you to sign; I actually think the identity of Satoshi remaining a mystery is better for Bitcoin. I've thought about trying to avoid the ~25% capital gains taxes on my bitcoin gains; it is painful to send big checks to the state and federal government, they'd be my last choice for who to give more money. But I'm willing to pay a lot for peace of mind.

 --
 --
 Gavin Andresen

GAVIN_00001482