| | |
|---|---|
| **From:** | dex561@aol.com |
| **Sent:** | Saturday, December 9, 2017 12:57 AM |
| **To:** | elmsap6@gmail.com |
| **Subject:** | Re: David |

Hi Angie,

I often think of David as well.  Actually it's hard not to think about him since Bitcoin has become so popular.  The mainstream media talks about it every day now.  Every time I hear that word it's like Arrrrggh!  I'm confilcted by it.  On one hand it's really cool that he helped invent it, but brutally sad if it was all stolen from him.  And why the heck didn't he tell us to buy some when it was selling for pennies.  Anyway, aside from that stuff, everything is good here.  I hope you and your family have a Merry Christmas.

-Ira


-----Original Message-----
From: Angie Ojea <elmsap6@gmail.com>
To: dex561 <dex561@aol.com>
Sent: Thu, Dec 7, 2017 9:42 pm
Subject: Re: David

Hey Ira! Was thinking of David today, as I always do especially at this time of year. It reminded me that I haven't talked to you in awhile and just wanted to check in on you and see how you and the family are doing.

Hope all is well.
Angie

On Tue, May 31, 2016 at 8:28 AM Angie Ojea <elmsap6@gmail.com> wrote:
> You're welcome! I'm always here for you just as I was for your brother and your dad. Your family was and always will be a huge part of my life.
>
> Angie


> On Saturday, May 28, 2016, <dex561@aol.com> wrote:
>> I agree, it's very possible some of the leaked info came from him.
>>
>> Thanks for the kind words and support.  :-)
>>
>> Ira
>>
>>
>> -----Original Message-----
>> From: Angie Ojea <elmsap6@gmail.com>
>> To: dex561 <dex561@aol.com>
>> Sent: Sat, May 28, 2016 9:05 pm
>> Subject: Re: David
>>
>> The timing seems very strange! I'm not liking this at all. Do you think it's possible that this "leaked" info they speak of in previous articles was possibly Craig himself? To cover his tracks for these so called contracts? It's too fishy.
>>
>> You know you don't only have to contact me about new developments. I'm here also as a friend. If you need anything, want to share a happy moment, please know I'm here.

KLEIMAN_00002287

Hugs!
Angie


On Saturday, May 28, 2016, <dex561@aol.com> wrote:
> Hi Angie,
>
> All is good here.  There hasn't been much news since Craig disappeared again.
> I have been talking with a few attorneys about litigation, but so far no action has been taken.
> The frustrating part is not really knowing what David wants me to do.  I wish I knew if the
> contracts he agreed to with Craig were truly voluntary or if they were fabracated as they
> appear to be.  I have this one contract dated April 2, 2013 where David transfers the assets
> in their company back to Craig and in exchange David was supposed to receive 50% of a
> new company to be created in Australia.  David died the same month as this contract.
> The timing sounds strange doesn't it?
>
> Have a good weekend.
> Ira
>
>
>
> -----Original Message-----
> From: Angie Ojea <elmsap6@gmail.com>
> To: dex561 <dex561@aol.com>
> Sent: Sat, May 28, 2016 1:30 pm
> Subject: Re: David
>
> Hey Ira. Just checking in on you and hoping you're doing well. Have a good weekend!
>
> On Monday, May 9, 2016, Angie Ojea <elmsap6@gmail.com> wrote:
>> You have to know, that is certainly not what I was hoping for, expecting or ever even considered. I appreciate your
>> thoughtfulness and hope that you would of course take care of you and yours first. I know that David was a loving and
>> generous man! Sometimes to a fault. But he did always want to take care of those he loved.
>>
>> I knew that Craig was trying to prove he was Satoshi, and that there were people proving him to be a fraud. I was
>> unaware that he came out apologizing for lack of "courage" to do it. This is crazy. Thank you for the updates.
>>
>> I hope you are getting some rest and remembering to take of yourself for the others in your life that love you and need
>> you.
>>
>> Angie
>>
>> On Saturday, May 7, 2016, <dex561@aol.com> wrote:
>>> That's why I'm fighting for David's rights in this crazy situation.  I know he would want you and some of his
>>> other close friends to be taken care of.  If it's true that part of the bitcoin fortune belongs to him and we
>>> are able to recover them, I don't think you'll ever have to worry about money again.
>>>
>>> The latest developments were about Craig attempting to publicly prove he is Satoshi and then failing.
>>> The next day he leaves a message apologizing to everyone and saying he doesn't have the courage to do it.
>>> I'll keep you updated when something new develops.
>>>
>>> Ira
>>>
>>>
>>> -----Original Message-----
>>> From: Angie Ojea <elmsap6@gmail.com>
>>> To: dex561 <dex561@aol.com>
>>> Sent: Sat, May 7, 2016 1:40 pm
>>> Subject: Re: David

2

KLEIMAN_00002288

Thank you Ira.

It's mostly achieving a work life balance. I've been a single mom for the past 3 years or so. I manage a Starbucks and it's a lot of work, and very early hours. My ex and I do not get along because he causes a lot of drama.

I have a full social schedule as well as a family and work schedule this past week and this one coming up. Birthdays, Graduations, School performances, friends coming in to town, Friends having surgeries....

By Wednesday, I should start to see things settle down. It's just been a lot to balance. And sleep eludes me.

I'm anxious to hear about the new developments, just wanted you to know why if it takes a day or 2 to respond.

Thanks.
Angie

On Saturday, May 7, 2016, <dex561@aol.com> wrote:
 Crazy days?  If there's anything you want to talk about I can be a good listener too.

 There have been a few new twists and turns in the story, but it can wait until
 whatever stuff your dealing with is cleared up.

 Ira


 -----Original Message-----
 From: Angie Ojea <elmsap6@gmail.com>
 To: dex561 <dex561@aol.com>
 Sent: Fri, May 6, 2016 4:23 pm
 Subject: Re: David

 I've had a few crazy days with a few more ahead of me. But thank you for your thoughts and insight. I know it was a crazy thought.

 Please keep me updated with any new developments.

 Thanks Ira.

 Angie

 On Tuesday, May 3, 2016, <dex561@aol.com> wrote:
  I never saw David program any software or figure out insanely difficult math equations so I don't believe he
  completely invented bitcoin.  He may have helped in the encryption and security areas as well as operating
  functions of the business.  I think he was also the primary person in charge of the company assets - being bitcoin.
  I can't really determine whether they co-invented bitcoin or were just very early bitcoin miners.

  There may be a few reason why Craig is coming out as Satoshi.
  1. Ego
  2. Wants to legitimize his claim of a Trust he setup that holds the bitcoins he transfered out of the company
  that was jointly owned by him and David.
  3. In the bitcoin community there are disputes about how bitcoin should evolve and perhaps he wants to
  take a leadership role to move things forward.




  -----Original Message-----
  From: Angie Ojea <elmsap6@gmail.com>
  To: dex561 <dex561@aol.com>
  Sent: Tue, May 3, 2016 9:17 am
  Subject: Re: David

3

KLEIMAN_00002289

Crazy thought....If Craig is lying about being Satoshi, why risk coming out and being found a fraud? Unless the person who IS can not discredit him because he has passed away.

IS THAT CRAZY TO THINK?


On Tuesday, May 3, 2016, Angie Ojea <elmsap6@gmail.com> wrote:
I read several stories, all of them pretty much the same with the exception that he IS, and that he is NOT. I don't know what to think.

On Monday, May 2, 2016, <dex561@aol.com> wrote:
Hi Angie,

Check out today's news about Craig.

Ira



-----Original Message-----
From: Angie Ojea <elmsap6@gmail.com>
To: dex561 <dex561@aol.com>
Sent: Fri, Apr 29, 2016 4:56 am
Subject: Re: David

I'm glad to hear your wife is supportive. That's huge to have that behind you. There is nothing like having people you can trust and share with. I'm one of those people.

Thank you for sharing. Yesterday was kind of a rough day for me, knowing what I now know and it being the anniversary of that dreaded call from your dad. I couldn't stop thinking about David. As hard as I tried.

And thank you for clarifying the conditions in which his home was found. That was troublesome to me. I didn't want to think that the story was true or that he had reached some level of desperation. Then I thought, after talking to you, that it was staged.

Please keep me posted as much as you can of any new developments. Stay strong, go with your gut, listen to your support system and know that I'm always here.

Thank you Ira. Thank you so much.

On Thursday, April 28, 2016, <dex561@aol.com> wrote:
I really appreciate you taking the time to listen and share your thoughts.  It's difficult finding people I can trust to talk with about this stuff.  My wife is supportive, and actually if I had followed her advice from the start and not trusted Craig at all, I probably would be in a better place.

David's autopsy didn't show any bullets or wounds.  At the time I don't think I checked his gun for missing bullets.  I simply figured it had to be from his gun.  The article that mentioned liquor bottles spread about all over was a bit of an exaggeration.  There was a bottle of wine with a nearly empty glass next to it, and one small opened liquor bottle on his bedroom dresser.   I'm not sure why his friend Patrick described things the way he did to reporters.

I assume the writer knows where Craig is.  I guess for now I'll just wait and see if he reveals any new information.

Ira

KLEIMAN_00002290

-----Original Message-----
From: Angie Ojea <elmsap6@gmail.com>
To: dex561 <dex561@aol.com>
Sent: Mon, Apr 25, 2016 6:13 pm
Subject: Re: David

Maybe Craig knows there's something on them, and knows you can't access the information. Maybe that's why he never took you up on the offer. Proof that he owes David SOMETHING. Your other theory of being impossible to decrypt would also make sense, seeing as David was a genius with security and encryption.

You said the autopsy revealed no bullet wounds? You saw the autopsy report? Was David's gun fully loaded? What are your thoughts on the foul play if there were no bullet wounds? Alcohol? The report said he was surrounded by empty liquor bottles. I know he drank, but that just seemed odd to me. Like how many bottles? Drugged?

I can understand there being some difficulty with finding an attorney to take this on. It is complicated, especially with like you said, recovering damages in Bitcoin.

From my understanding, Craig has disappeared, cashed out on businesses he was involved in and is maybe in England? Deleted Twitter, Facebook and other accounts. Something is certainly amiss. Any idea or news on whether he has been located? Obviously, someone knows where he is if he is planning on writing this story you spoke of. I think you were wise to decline to participate. Like you said, so many unanswered questions. Maybe, somehow, his "coming out" story might help your case somehow. Admissions and such. Thoughts on that?

Ira, I can't imagine the stress and grief you have endured during these last 3 years, and now with the passing of your dad. I'm sorry you are taking this on with no surrounding family. How is your wife with all of this? Is she supportive? I hope so. Honestly, it's none of my business, except concern for you being so bombarded with doing all of this alone.

Maybe one day soon we can have lunch or something. Sometimes just having a face across from you, to talk to, that you know loved your brother can be therapeutic. Let me know. In the mean time, I will continue to be here in whatever capacity you need. You're not alone.

Angie


On Sunday, April 24, 2016, <dex561@aol.com> wrote:
> Yes I have some of David's usb drives and for now I put them in a safe deposit box.  They are encrypted with
> a password so I don't have access to see what's on them.  But since Craig is the one who suggested there
> might be bitcoins on them, I don't put much weight in it.  When I first started talking with Craig, I actually did
> trust him and even offered to give him access to the drives so he could decrypt them.  He never took me up
> on the offer so I figure either he just wanted me to believe there was something on them( a device of
> distraction from other fraud), or he knows they are impossible to decrypt.
>
> I didn't keep the bullet casing.  At that time it never crossed my mind that anybody would shoot David.  I was
> thinking like you, maybe he shot himself and his police buddies were possibly trying to shield us from it.
>
> I have been talking to some attorneys about pursuing legal action against Craig for the stuff he
> promised David's estate as well as the fruadulent contracts I believe he made up after David passed
> away.  But it's been difficult finding attorney's that will take the case because it's so complicated, and being
> the value is stored mostly in bitcoin, they aren't sure how they would recover damages.
>
> About a month ago I was contacted by a writer that was handpicked by Craig to compose a story about all of
> this.  He wanted me to share insight about David..  I told him I like the idea of my brother getting the
> recognition he deserves, but I think it's too soon to be writing a story when there are still so many unanswered
> questions.  So I ended up declining to participate. There must be a reason why Craig wants to reveal the story
> now, and I'm afraid to be involved if it could end up helping him in some way.  The writer told me that Craig
> plans to reveal to the public that he has proof that he is "Satoshi Nakamoto", that's the alias both Craig and

5

KLEIMAN_00002291

David used online.  This might take place toward the end of this month or maybe early May.  I'll be surprised if it actually happens, but if it does I'm interested to see what's revealed.

Ira


-----Original Message-----
From: Angie Ojea <elmsap6@gmail.com>
To: dex561 <dex561@aol.com>
Sent: Sun, Apr 24, 2016 11:42 am
Subject: Re: David

Oh wow! That is a lot to absorb.

I had originally thought, too, that David was frustrated with his health, and I was somewhat aware of financial difficulties through conversations with your dad,  that maybe he took his own life. Your dad confided the same thing to me. When they wouldn't allow him to see the body, he questioned if it was because maybe it was suicide, and they were protecting him from knowing that.

After reading the article, and your last email, I began to think like you. Foul play.

The article stated there were no "wounds consistent with a bullet" or so I think it said.  I did read where the bullet hole was found in the mattress. You are in possession of the casing?

And it mentioned you may be in possession of a USB? Please be careful! If your theory is correct, this could wind up being a dangerous situation. No wonder you are not finding any comfort. I'm so sorry!

Are you pursuing anything? I would really love to talk to you more about it. If this Craig guy is involved in shady things, hit men and the like, what may you be risking? Consider your family in every decision.

Everything we discuss, it's between you and I only! I won't tell another living soul. For your protection as much as anything.


On Sunday, April 24, 2016, <dex561@aol.com> wrote:
  thanks Angie.

  I can give you more details on the phone sometime, but for now I'll try to provide
  a summary of what's been going on.

  About 10 months after David passed away I was contacted by this Australian guy
  named Craig Wright.  He tells me that he was David's partner in a secret business that
  nobody was aware of.  It was a bitcoin mining business.

  Bitcoins are a form of digital money and according to Craig, he and David invented
  this new form of currency.  They were the first people to mine it, meaning they used
  computers to generate lots of them.  Anway, Craig tells me that he wants to make
  sure David's estate receives something from the business.  Over the next two years he
  makes a bunch of promises to me and my dad, but none of them are ever kept.  During
  this time I do a lot of research about Craig, and discover he has done a lot of shady stuff.
  He certainly isn't the good guy he originally presented himself to be.  Although I question
  much of the story told by Craig, I know that some of it is true.  I know for a fact that David
  was somehow involved in this bitcoin business because of a conversation I had with him
  years ago.   In 2009 my daughter was born and it was David's first time meeting her for
  Thanksgiving at my dad's house.  I have photos of us from that day and vividly remember
  David telling me that he was creating his own money.  Facebook was in the news at the
  time and I remember asking him "why don't you create the next big internet business

6

KLEIMAN_00002292

like that Mark Zuckerberg kid, your as smart as him".  And then he tells me he is working on something better, he says "I'm creating my own money." And I was like "what, you're printing counterfeit money?"  And he  says "No, I'm making digital money".  I don't remember him calling it bitcoin back then, he just referred to it as "digital money".

Now the part that troubles me about David's death is when I question if foul play was involved.  You may have read from the online articles that they found a bullet hole in David's bed, but the article doesn't mention that there was also an empty bullet casing.  The cleanup crew I hired to go in his house found it and gave it to me.  At the time I thought maybe he was so frustrated with his condition of health he fired a round into his bed.  But what if there's more to it than that?  He was somehow controlling millions of dollars in bitcoin.

From what I understand, Craig and David were also in some capacity involved with Silk Road.  I don't know if you ever heard of it, but Silk Road was like a hidden website where people could buy and sell illegal services and products like drugs.  They would use untraceable bitcoins to make their purchases.  There are reports of the guy who headed Silk Road hiring hitmen to eliminate threats and such.  David's autopsy doesn't mention any wounds or bullets, but I can't help but think there still might be a connection.

I know that shortly before he died, David was having money problems and was asking my dad to help him with his house payments.  But if he had access to these millions in bitcoin, why wouldn't he just sell a few to pay some bills?   What if he had a falling out with Craig over a decision to sell some of them?  There are so many unanswered questions.

I hope that gives you a glimpse into what's been going on.
Please keep our conversations private.

Ira


-----Original Message-----
From: Angie Ojea <elmsap6@gmail.com>
To: dex561 <dex561@aol.com>
Sent: Sat, Apr 23, 2016 1:46 pm
Subject: Re: David

I actually googled it right after I responded to your last email.

I found in one of the stories that I read, my theory on his condition was correct. Or at least according to the article.

Listen, I loved your family, especially David. Even though we had moved on in our lives, I never truly got completely over him. I always wondered what could have been had we stayed together. Circumstances of young love I suppose.

Please know that if you ever want to talk, anything you share with me would be kept confidential. I'm a little confused as to the Bitcoin matter, but if you need help, I'm willing to give you any help you need. Even just an ear.

I'm so glad you reached out to me.
Thank you Ira.

On Saturday, April 23, 2016, <dex561@aol.com> wrote:
  If you google "Dave Kleiman bitcoin" there are many articles that will give you an idea

7

of what he was involved with.

Here is one:
http://gizmodo.com/the-strange-life-and-death-of-dave-kleiman-a-computer-1747092460

There is much more to the story than what has been published.  I can share some of it with you, but there is still a great deal that I am uncertain about.


-----Original Message-----
From: Angie Ojea <elmsap6@gmail.com>
To: dex561 <dex561@aol.com>
Sent: Sat, Apr 23, 2016 11:16 am
Subject: Re: Louis K

I'm so sorry to hear that. I know that David was struggling a lot with his stays at the VA. Although he tried to avoid talking to me about exactly why he was there. He never did share that with me. I have my theories on both his "illness" and his passing as well. It's hard to imagine that a man as stubborn, as strong willed as he was, would go out any other way than by natural causes, but, I feel as you. It's heart breaking.

I have not heard anything about Bitcoin. I'm curious now.

If you need me, I've been told I have a good ear. You are welcome to call. My number is 561-707-3734.

At least you have several ways to reach me should you ever feel the need.

On Saturday, April 23, 2016, <dex561@aol.com> wrote:
> Angie,
>
> To be honest, I haven't found comfort yet mostly surrounding David's passing.
> There's a lot of strange stuff that kind of fell in my lap after he passed away and
> I'm still trying to figure out how to deal with it.  Sometimes I feel like his death
> was not by natural causes.
>
> Did you ever read any articles about David's involvement with Bitcoin?
>
> Ira


-----Original Message-----
From: Angie Ojea <elmsap6@gmail.com>
To: dex561 <dex561@aol.com>
Sent: Sat, Apr 23, 2016 7:27 am
Subject: Re: Louis K

Hi Ira.

I'm doing well.

My hope is that you are doing well and that you have found comfort in your family considering the recent loss of your dad.

I ran into your dad one December not long after your mom passed away. We exchanged phone numbers and addresses and thus began our keeping in touch.

I miss him.

8

KLEIMAN_00002294

And that picture of David and I? How funny is that? We were 14,15 at best. I miss him terribly. We kept in touch, my children knew him, as well as my husband. He would come to the house on occasion and fix a computer and have dinner with us.

If you like, I'm on Facebook all the time. (I'm a junkie)  Angela Whittle Ojea,  Send me a request.

Thank you for reaching out and I pray you are doing ok.


On Friday, April 22, 2016, <dex561@aol.com> wrote:
> Hi Angie,
>
> How are you?  This is Ira.
>
> I rarely ever use Facebook, but I just happened to logon to my dads account today
> and noticed you left some messages.  I didn't realize that you stayed in touch with him.
> Thanks for the touching words you left.
>
> And I saw that photo of you and David.  Wow, you guys looked great.
> Ah, the good ol 80's.
>
> I hope all is well.
> Ira

KLEIMAN_00002295