P-446
Case No. 9:18-CV-89176-BB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.
_____/

## CRAIG WRIGHT'S NOTICE OF COMPLIANCE WITH COURT'S JANUARY 10, 2020 ORDER

      Dr. Craig Wright files this Notice of Compliance with this Court's Order dated January 10, 2020 [D.E. 373]. Specifically, Dr. Wright notifies the Court that a third party has provided the necessary information and key slice to unlock the encrypted file, and Dr. Wright has produced a list of his bitcoin holdings, as ordered by the Magistrate Judge, to plaintiffs today.

Dated: January 14, 2020

                                    **RIVERO MESTRE LLP**

                                    *Attorneys for Craig Wright*
                                    2525 Ponce de León Blvd., Suite 1000
                                    Miami, Florida 33134
                                    Telephone: (305) 445-2500
                                    Facsimile: (305) 445-2505
                                    E-mail: arivero@riveromestre.com
                                    E-mail: amcgovern@riveromestre.com
                                    E-mail: zmarkoe@riveromestre.com
                                    E-mail: zkass@riveromestre.com
                                    Secondary: receptionist@riveromestre.com

2

By: <u>s/ Andres Rivero</u><br>
ANDRES RIVERO<br>
Florida Bar NO. 613819<br>
AMANDA MCGOVERN<br>
Florida Bar No. 964263

## CERTIFICATE OF SERVICE

I certify that on January 14, 2020, I served this document on all counsel of record by email.

_ <u>/s/Amanda McGovern</u><br>
AMANDA MCGOVERN