Trust



Craig,
As you wanted, the trust will offer the loan to you. The process is defined as follows.

The keys are divided using the SSSS (Shamir's secret sharing scheme) scheme you had us work on. There are 15 key segments. It is divided with a threshold of 12.

I hold 3 keys.
Uyen holds 2 keys.
You have 9 keys. 5 of these are replicated in the other trust members. This leaves you will 4 keys that only you know. You cannot control the trust, but you do have veto. In this way, you need to get agreement in one of the following ways
- both Uyen and I sign, or
- Uyen and two others to transfer control, or
- Myself and one other signs.

Uyen and I cannot let you know who the others are. You do not know them personally as far as I am aware.

Please note that you have made me promise this against my wishes, but as you have set these conditions, you need to live with them. The paper wallets I returned to you will be included in the total for the loan. If you do anything on the Blockchain, please remember your promise. I do not want the publicity from this, you would suffer as well. Keep it quiet.

You funded the trust when Bitcoin was worth hardly anything, but we have all put all we have into this. So the gain is not yours, it remains with the trust and in time the foundation. Remember that.

The remainder of the trust will vest when the conditions are fulfilled.

As agreed.
Dave



CONFIDENTIAL                                                                                                                                        DEFHC_00000205