

**P-459**
Case No. 9:18-CV-89176-BB

| Name | Time | Date | Detail | |
|---|---|---|---|---|
| mjfservices | 11.20.21 | 2/23/2013 | hey mate remember me | |
| mjfservices | 11.20.45 | 2/23/2013 | met when you're speaking about mining conference. Usually a bunch of wankers but I had a meeting | |
| CSW | 11.20.59 | 2/23/2013 | which one was that | |
| CSW | 11.21.15 | 2/23/2013 | I speak at quite a few, in fact half my life seems to be at these things | |
| mjfservices | 11.21.47 | 2/23/2013 | the one you talk about control systems | |
| CraigSWright | 11.22.05 | 2/23/2013 | Yeah, what can I do for you? | |
| mjfservices | 11.22.27 | 2/23/2013 | I think it is what we can do together | |
| mjfservices | 11.22.39 | 2/23/2013 | you wanted so control packages | |
| CraigSWright | 11.23.42 | 2/23/2013 | oh yes, right | |
| CraigSWright | 11.24.18 | 2/23/2013 | sorry | |
| mjfservices | 11.24.36 | 2/23/2013 | you dont sound too excited | |
| CraigSWright | 11.24.50 | 2/23/2013 | sorry out of the blue | |
| CraigSWright | 11.25.03 | 2/23/2013 | I had forgotten who you were for a sec | |
| mjfservices | 11.25.20 | 2/23/2013 | Are you still looking at purchasing automation software? | |
| CraigSWright | 11.25.45 | 2/23/2013 | Just as anxious. I apologise it's been a long week already. You know how it can be | |
| mjfservices | 11.26.06 | 2/23/2013 | my partner Dave and I have been working on something of a while now. So I guess, how can you help me? | |
| mjfservices | 11.26.23 | 2/23/2013 | great buddy just wanted to check and see if you are serious | |
| CraigSWright | 11.26.30 | 2/23/2013 | I am can | |
| mjfservices | 11.26.48 | 2/23/2013 | alright I will call soon | |
| CraigSWright | 11.27.12 | 2/23/2013 | that number you game me rite | |
| CraigSWright | 11.27.19 | 2/23/2013 | Ah, which one | |
| mjfservices | 11.27.29 | 2/23/2013 | 0280037553 | |
| CraigSWright | 11.27.46 | 2/23/2013 | that's it | |
| mjfservices | 16.44.58 | 2/25/2013 | voice call | 18 min |
| mjfservices | 14.24.10 | 2/26/2013 | about | |
| mjfservices | 14.37.57 | 2/26/2013 | you around to answer | |
| CraigSWright | 14.42.39 | 2/26/2013 | Sorry. I have a few things and some matters I cannot get out of. So can you do what you we discussed last call? | |
| mjfservices | 14.42.02 | 2/26/2013 | MJF Mining Services WA is a multi-million dollar contractor. We are one of the largest suppliers to the gold mining mining industry | |
| mjfservices | 14.42.28 | 2/26/2013 | My dad is head of Ferrier, I am sure you have herd of him | |
| CraigSWright | 14.43.10 | 2/26/2013 | I know of Bri Ferrier | |
| mjfservices | 14.43.22 | 2/26/2013 | yep my father started it, so we have some serois backing | |
| CraigSWright | 14.32.55 | 2/26/2013 | I have no idea what your father has to do with mining | |
| mjfservices | 14.33.24 | 2/26/2013 | he is just a money man. He has run a few that come into trouble and I step in with the real expertise | |
| CraigSWright | 14.33.47 | 2/26/2013 | So you manage these? | |
| mjfservices | 14.34.01 | 2/26/2013 | No mate, I own them | |
| CraigSWright | 14.34.19 | 2/26/2013 | Sorry if I seem a little skeptical | |
| mjfservices | 14.34.23 | 2/26/2013 | what you are talking about is of interest to me, because automated services would be valuable within the mining industry | |
| CraigSWright | 14.34.54 | 2/26/2013 | Yes, that was what I have been saying for some time. Good to see these conferences are not a total waste | |
| mjfservices | 14.35.09 | 2/26/2013 | Oh they are. I never go, just had a meeting. It was your Icky day | |
| CraigSWright | 14.35.51 | 2/26/2013 | Ok. I am interested. What can you do? | |
| mjfservices | 14.36.13 | 2/26/2013 | let me get back to you and I will see what i can arrange | |
| CraigSWright | 14.36.25 | 2/26/2013 | OK. talk later | |
| mjfservices | 11.02.11 | 2/27/2013 | voice call | 3 min |
| mjfservices | 18.05.50 | 3/1/2013 | voice call | 5 mins |
| mjfservices | 18.30.03 | 3/3/2013 | voice call | 5 mins |
| mjfservices | 17.09.18 | 3/4/2013 | Gget that email | |
| mjfservices | 17.12.32 | 3/4/2013 | got it now | |
| CraigSWright | 17.13.48 | 3/4/2013 | Yes. I have thanks. I have just had a few things on these last few weeks. I am not avoiding you. | |
| mjfservices | 10.30.03 | 3/15/2013 | voice call | 4 mins |
| mjfservices | 10.07.40 | 3/28/2013 | voice call | 21 mins |
| CraigSWright | 11.25.45 | 4/5/2013 | What Dave and I want to do is the following. Sukuriputo okane (SO) seeks to create a completely open and malleable form of scriptable money. This is money that can be contracted in advance. We are seeking to explore ways to program a distributed contract using Bitcoin to form agreements with people via the block chain. These are agreements built into the coin itself. That is, money with conditions (such as you get paid if you pay your taxes or the house sells if the pest inspection comes back OK). Contracts solve common problems in a way that minimizes trust. Minimal trust often makes things more convenient by allowing human judgments to be taken out of the loop, thus allowing complete automation. We seek to create autonomous agents in the Bitcoin block. By building low trust protocols that interact with Bitcoin, entirely new products can be created: • Smart property is property that can be atomically traded and loaned via the block chain. • A Trust deed, shares, mutual funds and even property titles can be created using "smart property" • Transferable virtual property are digital items that can be traded but not duplicated. We seek to explore currency agents. Agents are autonomous programs that maintain their own BTC wallet, which they use to buy server time. It is expected that funds are to be obtained by the agent selling services. If demand exceeds supply the agents can spawn children that either survive or die depending on whether they can get enough business. Distributed mjfservicesets allow for a means to implement peer to peer bond and stock trading, allowing Bitcoin to be evolve into a full competitor to the international financial system if the issues are solved. While transactions are signed, the signature does not currently cover all the data in a transaction that is hashed to create the transaction hash. Thus while uncommon it is possible for a node on the network to change a transaction you send in such a way that the hash is invalidated. Note that this just changes the hash, the output of the transaction remains the same and the bitcoins will go to their intended recipient. However this does mean that, for instance, it is not safe to accept a chain of unconfirmed transactions under any circumstance because the latter transactions will depend on the hashes of the previous transactions, and those hashes can be changed until they are confirmed in a block. This leads to an issue where a transaction could be issued potentially even after a confirmation if the block chain is reorganized. We seek to solve this issue and also create a means to embed simple scripting into BTC. Currently in BTC, clients must always actively scan for transactions to them; assuming a txout exists because the client created it previously is unsafe. | |
| CraigSWright | 11.25.54 | 4/5/2013 | And we need something to test automation and more with this. | |
| CraigSWright | 11.26.03 | 4/5/2013 | I am in a course right now. But I will get back soon. | |
| mjfservices | 12.01.48 | 4/5/2013 | I donr reaLLY care why but if you can pay for it I will get it | |
| mjfservices | 08.23.44 | 4/10/2013 | mate | |
| mjfservices | 08.24.59 | 4/10/2013 | boat is back in the water | |
| mjfservices | 08.36.17 | 4/10/2013 | fuck that fisging shit you said I know what it si all for | |
| mjfservices | 08.42.20 | 4/10/2013 | should cum and join us the fairline fuken gets em wet | |
| CraigSWright | 08.46.08 | 4/10/2013 | I do as I said like boats but I am more interested in just completing what we talked about. If it all works, let us see | |
| mjfservices | 08.46.18 | 4/10/2013 | your fuckn loss | |
| CraigSWright | 08.46.37 | 4/10/2013 | My partner does not like the water | |
| mjfservices | 08.47.20 | 4/10/2013 | I thought he was in the states | |
| CraigSWright | 08.47.42 | 4/10/2013 | No, my partner, not my business partner Dave | |
| CraigSWright | 08.47.59 | 4/10/2013 | The one I live with | |
| mjfservices | 08.48.20 | 4/10/2013 | what you gay or soemrthing | |
| CraigSWright | 08.48.32 | 4/10/2013 | No, I mean the lady I am planning to marry and live with | |
| mjfservices | 08.48.46 | 4/10/2013 | Just tell her it is a business meeting the ass I get on the boat will have you not care | |
| CraigSWright | 08.48.55 | 4/10/2013 | Another time maybe | |
| CraigSWright | 08.49.09 | 4/10/2013 | Right now I just need to move on a few things we discussed. | |
| mjfservices | 08.49.38 | 4/10/2013 | Right but what about money | |
| CraigSWright | 08.49.54 | 4/10/2013 | please, just check what I showed you. Bitcoin IS money. | |
| mjfservices | 08.51.06 | 4/10/2013 | Look I will do you a favor and check this, but no promises. If I cannot seeII it for cash, you know money, then it is not money and you can dream all you like about this idea of yours | |
| CraigSWright | 08.51.41 | 4/10/2013 | As I said, it has value and I will make sure you are compensated if you come through | |
| mjfservices | 18.10.03 | 4/10/2013 | voice call | 7 mins |
| CraigSWright | 18.18.11 | 4/10/2013 | Talk later, I got you but the line was not clear. I teach in a sec | |
| CraigSWright | 08.36.21 | 4/16/2013 | I have lodg3ed the orders for the company Dave and I will be using. | |
| mjfservices | 09.42.00 | 4/16/2013 | grate mate | |
| CraigSWright | 09.43.46 | 4/16/2013 | I will let you know more soon | |
| mjfservices | 16.30.03 | 4/19/2013 | voice call | 8 mins |
| mjfservices | 11.00.25 | 4/21/2013 | voice call | 5 mins |
| mjfservices | 12.21.55 | 4/30/2013 | where the fuck have you disapered to | |
| mjfservices | 14.23.42 | 4/30/2013 | hey you going to answer | |
| CraigSWright | 14.28.41 | 4/30/2013 | Sorry. My best frined and business partner died a few days back and I am in a class right now | |
| mjfservices | 14.29.03 | 4/30/2013 | sorry to u I thoiught you wree a teacher | |
| CraigSWright | 14.29.57 | 4/30/2013 | ta | |
| mjfservices | 14.30.26 | 4/30/2013 | RIP mate | |
| mjfservices | 14.31.36 | 4/30/2013 | I just had a good friend die too | |
| CraigSWright | 14.32.27 | 4/30/2013 | I will call in a few | |
| mjfservices | 14.38.10 | 4/30/2013 | voice call | 15 mins |