Case 9:18-cv-80176-BB   Document 829-101   Entered on FLSD Docket 12...

P-514
Case No. 9:18-CV-89176-BB

| | |
|---|---|
| **From:** | Dave Kleiman |
| **To:** | Craig S Wright |
| **Subject:** | Requested attached. |
| **Date:** | Friday, 24 June 2011 12:04:57 PM |
| **Attachments:** | Tulip Trust.pdf.asc |
| | Tulip Trust.pdf.tar.asc |
| | Tulip Trust.pdf |
| **Importance:** | High |

Craig,
I think you are mad and this is risky, but I believe in what we are trying to do.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801