DEF_00013459.PDF.obj_2_0-2.CLEAN.txt

```
 1  2 0 obj
 2  <</Length 8753/Subtype/XML/Type/Metadata>>stream
 3  <?xpacket begin="ï»¿" id="W5M0MpCehiHzreSzNTczkc9d"?>
 4  <x:xmpmeta xmlns:x="adobe:ns:meta/" x:xmptk="Adobe XMP Core 5.4-c005 78.147326, 2012/08/23-13:03:03        ">
 5     <rdf:RDF xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#">
 6        <rdf:Description rdf:about=""
 7              xmlns:xmp="http://ns.adobe.com/xap/1.0/"
 8              xmlns:xmpMM="http://ns.adobe.com/xap/1.0/mm/"
 9              xmlns:dc="http://purl.org/dc/elements/1.1/"
10              xmlns:pdf="http://ns.adobe.com/pdf/1.3/"
11              xmlns:pdfx="http://ns.adobe.com/pdfx/1.3/">
12           <xmp:ModifyDate>2011-07-07T22:18:26+10:00</xmp:ModifyDate>
13           <xmp:CreateDate>2011-07-12T11:07:37+10:00</xmp:CreateDate>
14           <xmp:MetadataDate>2011-07-07T22:18:26+10:00</xmp:MetadataDate>
15           <xmp:CreatorTool>Acrobat PDFMaker 11 for Microsoft Outlook</xmp:CreatorTool>
16           <xmpMM:DocumentID>uuid:75d61eff-a590-4649-ba5c-b6bd9a047e2e</xmpMM:DocumentID>
17           <xmpMM:InstanceID>uuid:a6f4cc97-1e88-4c2a-a433-b0e062e2899d</xmpMM:InstanceID>
18           <dc:format>application/pdf</dc:format>
19           <pdf:Producer>Adobe PDF Library 11.0</pdf:Producer>
20           <pdfx:MailFrom>craig@panopticrypt.com Craig S Wright</pdfx:MailFrom>
21           <pdfx:MailTo>craig@panopticrypt.com Craig S Wright </pdfx:MailTo>
22           <pdfx:MailSubject>Requested attached.</pdfx:MailSubject>
23           <pdfx:MailDate>D:20141017120457+10'00'</pdfx:MailDate>
24           <pdfx:MailAttachments>Tulip Trust.pdf.asc Tulip Trust.pdf.tar.asc Tulip Trust.pdf </pdfx:MailAttachments>
25           <pdfx:MailTransportHeader>Received: from gate.forward.smtp.dfw1a.emailsrvr.com (172.26.0.1) by
26   ORD2HUB06.mex05.mlsrvr.com (172.26.1.36) with Microsoft SMTP Server (TLS) id
27   14.3.169.1; Thu, 16 Oct 2014 20:04:55 -0500
28  Return-Path: <craig@panopticrypt.com>
29  X-Spam-Threshold: 95
30  X-Spam-Score: 0
31  X-Spam-Flag: NO
32  X-Virus-Scanned: OK
33  X-MessageSniffer-Scan-Result: 0
34  X-MessageSniffer-Rules: 0-0-0-32767-c
35  X-CMAE-Scan-Result: 0
36  X-CNFS-Analysis: v=2.1 cv=ONUeg0qB c=1 sm=0 tr=0 a=P+kyaCzuFSVnoX5veNa8lw==:117 a=P+kyaCzuFSVnoX5veNa8lw==:17
```

DEF_00013459.PDF.obj_2_0-2.CLEAN.txt

```
        a=-c2TEdCOzZIA:10 a=b19_0ozNT-8A:10 a=Iw0mRYieAAAA:8 a=-NIMs_s3AAAA:8 a=DAwyPP_o2Byb1YXLmDAA:9 a=Zr7miEi8wWIA:10
        a=cKsnjEOsciEA:10 a=-SfOnzfJAAAA:8 a=Dc-6ZhxzAAAA:8 a=XV0-l5TfB1Ir0XCKltQA:9 a=QEXdDO2ut3YA:10 a=khSqDUQ0tsIA:10
        a=XfLXIGn4aOEA:10 a=G6kSJfQnHS4A:10 a=Zkkrt_-SZR8A:10 a=MTAdGLpmHjmSi_ba0hYA:9 a=2iaRoql5lGw5-sYh_kEA:9
 37  X-Orig-To: craig.wright@hotwirepe.com
 38  X-Originating-Ip: [162.222.225.44]
 39  Received: from [162.222.225.44] ([162.222.225.44:53199]
 40   helo=mailforward.mailhostbox.com)   by smtp64.gate.dfw1a.rsapps.net
 41   (envelope-from <craig@panopticrypt.com>) (ecelerity 2.2.3.49 r(42060/42061))
 42   with ESMTP id 19/6A-17055-53B60445; Thu, 16 Oct 2014 21:04:54 -0400
 43  Received: from mx1.mailhostbox.com (unknown [172.18.214.133]) by
 44   mailforward.mailhostbox.com (Postfix) with ESMTP id 99F3EC40EFB   for
 45   <craig.wright@hotwirepe.com>; Fri, 17 Oct 2014 01:04:53 +0000 (GMT)
 46  Received: from outbound.mailhostbox.com (outbound.mailhostbox.com
 47   [162.222.225.21])   by mx1.mailhostbox.com (Postfix) with ESMTP id 1241F547125
 48    for <craig@panopticrypt.com>; Fri, 17 Oct 2014 01:04:53 +0000 (GMT)
 49  Received: from PCCSW01 (unknown [14.1.18.30]) (Authenticated sender:
 50   craig@panopticrypt.com)   by outbound.mailhostbox.com (Postfix) with ESMTPA id
 51   C9757639AD1   for <craig@panopticrypt.com>; Fri, 17 Oct 2014 01:04:44 +0000
 52   (GMT)
 53  DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=panopticrypt.com;
 54    s=20110619; t=1413507892;
 55    bh=FocAr6e4AhYlY4kKeixYDQkP1iWoIBZ9RIIZc/RgyJA=;
 56    h=From:To:Subject:Date:Message-ID:MIME-Version:Content-Type;
 57    b=b/pZ27Oqs/db97sIT2O8DUzy0b7elj0l4mJugLCIyTh52ojubB9NG75ou7sF59+Jq
 58     QJ60ypOfGr01gJGzWFAuJO2XZLtWVy7lQIwTp1Y6zzwkobRuPUZvvdk7PAggW8PFEv
 59     dnnXMMTq/9bd7Y5KQlKBI+AgksQg4QlMlaOeQgpY=
 60  From: Craig S Wright <craig@panopticrypt.com>
 61  To: Craig S Wright <craig@panopticrypt.com>
 62  Subject: Requested attached.
 63  Date: Fri, 24 Jun 2011 12:04:38 +1000
 64  Organization: Panopticrypt
 65  Message-ID: <00d201cc3213$157c5920$40750b60$@panopticrypt.com>
 66  MIME-Version: 1.0
 67  Content-Type: multipart/mixed;
 68    boundary="----=_NextPart_000_00D3_01CC3266.E7289030"
 69  X-Priority: 1 (Highest)
```

DEF_00013459.PDF.obj_2_0-2.CLEAN.txt

```
 70  X-MSMail-Priority: High
 71  X-Mailer: Microsoft Outlook 15.0
 72  Thread-Index: Ac/ppg8rrYH2kxZETYC2YnRnXX7hWQ==
 73  Content-Language: en-au
 74  Importance: High
 75  X-CTCH-RefID: str=0001.0A020209.54406B34.01DF,ss=1,re=0.000,recu=0.000,reip=0.000,vtr=str,vl=0,cl=1,cld=1,fgs=0
 76  X-CTCH-VOD: Unknown
 77  X-CTCH-Spam: Unknown
 78  X-CTCH-Score: 0.000
 79  X-CTCH-Rules:
 80  X-CTCH-Flags: 0
 81  X-CTCH-ScoreCust: 0.000
 82  X-CTCH-SenderID: craig@panopticrypt.com
 83  X-CTCH-SenderID-TotalMessages: 1
 84  X-CTCH-SenderID-TotalSpam: 0
 85  X-CTCH-SenderID-TotalSuspected: 0
 86  X-CTCH-SenderID-TotalBulk: 0
 87  X-CTCH-SenderID-TotalConfirmed: 0
 88  X-CTCH-SenderID-TotalRecipients: 0
 89  X-CTCH-SenderID-TotalVirus: 0
 90  X-CTCH-SenderID-BlueWhiteFlag: 0
 91  X-Virus-Status: Clean
 92  X-CTCH-RefID: str=0001.0A020207.54406B35.01CB,ss=1,re=0.000,recu=0.000,reip=0.000,vtr=str,vl=0,cl=1,cld=1,fgs=0
 93  X-CTCH-VOD: Unknown
 94  X-CTCH-Spam: Unknown
 95  X-CTCH-Score: 0.000
 96  X-CTCH-Rules:
 97  X-CTCH-Flags: 0
 98  X-CTCH-ScoreCust: 0.000
 99  X-CTCH-SenderID: craig@panopticrypt.com
100  X-CTCH-SenderID-TotalMessages: 1
101  X-CTCH-SenderID-TotalSpam: 0
102  X-CTCH-SenderID-TotalSuspected: 0
103  X-CTCH-SenderID-TotalBulk: 0
104  X-CTCH-SenderID-TotalConfirmed: 0
105  X-CTCH-SenderID-TotalRecipients: 0
```

DEF_00013459.PDF.obj_2_0-2.CLEAN.txt

```
106 X-CTCH-SenderID-TotalVirus: 0
107 X-CTCH-SenderID-BlueWhiteFlag: 0
108 X-MS-Exchange-Organization-AuthSource: ORD2HUB06.mex05.mlsrvr.com
109 X-MS-Exchange-Organization-AuthAs: Anonymous
110 X-MS-Exchange-Organization-AVStamp-Mailbox: SMEXtG}w;1121500;0;This mail has
111  been scanned by Trend Micro ScanMail for Microsoft Exchange;
112 X-MS-Exchange-Organization-SCL: 0
113 </pdfx:MailTransportHeader>
114         <pdfx:MailFolder>Inbox</pdfx:MailFolder>
115      </rdf:Description>
116    </rdf:RDF>
117 </x:xmpmeta>
118
119
120
121
122
123
124
125
126
127
128
129
130
131
132
133
134
135
136
137
138
139 <?xpacket end="w"?>
140 endstream
141 endobj
```