6/15/2013 Case 9:18-cv-80176-BB   Document 829-108   Entered on FLSD Docket 12/... How to determine Outlook version information

P-518.7
Case No. 9:18-CV-89176-BB

# How to determine Outlook version information

Applies to: Microsoft Office Outlook 2007, Microsoft Office Outlook 2003

## INTRODUCTION

This article lists the different versions of Microsoft Outlook 2002, Microsoft Office Outlook 2003, Microsoft Office Outlook 2007, Microsoft Office Outlook 2010, and Microsoft Office Outlook 2013 and describes how you can determine the version that you have installed on your computer. Links are provided at the bottom of the article for Microsoft Outlook 97, and Outlook 2000 version information.

## More Information

To determine the version of Outlook that you use, follow these steps:

1. Start Outlook.
2. On the **Help** menu, click **About Microsoft Office Outlook**.
3. Verify the version information and the build number to determine the version of Outlook that is installed on your computer.

The following information lists the version information and the build numbers for the U.S. versions of Microsoft Outlook.

### Outlook 2013 version information

| Outlook 2013 version | Description |
| --- | --- |
| Outlook 2013 (15.0.4481.1510) | This is the original RTM release of Outlook 2013. |

### Outlook 2010 version information

| Outlook 2010 version | Description |
| --- | --- |
| Outlook 2010 (14.0.4763.1000) | This is the original RTM release of Outlook 2010. |

### Outlook 2007 version information

| Outlook 2007 version | Description |
| --- | --- |
| Outlook 2007 (12.4518.1014) | This is the original RTM release of Outlook 2007. |

### Outlook 2003 version information

| Outlook 2003 version | Description |
| --- | --- |

| | |
|---|---|
| Outlook 2003 (11.0.5608.5606) | The original release version of Outlook 2003 was released in October of 2003. |
| Outlook 2003 (11.0.5608.5703) | This is a Microsoft Office 2003 critical update that was released on November 4, 2003.<br><br>For more information about the Office critical update, click the following article number to view the article in the Microsoft Knowledge Base:<br><br>828041 Description of the Office 2003 critical update: November 4, 2003 |
| Outlook 2003 (11.6359.6360) | This is the Microsoft Office 2003 Service Pack 1 release version. |
| Outlook 2003 (11.6568.6568) | This is the Microsoft Office 2003 Service Pack 2 release version. |

Last Updated: May 20, 2019

**What's new**

Surface Pro 6
Surface Laptop 2
Surface Go
Xbox One X
Xbox One S
VR & mixed reality
Windows 10 apps
Office apps

**Microsoft Store**

Account profile
Download Center
Microsoft Store support
Returns
Order tracking
Store locations
Buy online, pick up in store

**Education**

Microsoft in education
Office for students
Office 365 for schools
Deals for students & parents
Microsoft Azure in education

**Enterprise**

Azure
AppSource
Automotive
Government
Healthcare
Manufacturing
Financial services
Retail

**Developer**

Microsoft Visual Studio
Windows Dev Center
Developer Network
TechNet
Microsoft developer program
Channel 9
Office Dev Center
Microsoft Garage

**Company**

Careers
About Microsoft
Company news
Privacy at Microsoft
Investors
Diversity and inclusion
Accessibility
Security

English (United States)   Contact us   Terms of use   Privacy and cookies   Trademarks   Safety & eco   © Microsoft 2019