P-521.7

Case No. 9:18-CV-89176-BB









