**From**: Craig S Wright [craig.wright@hotwirepe.com]
**Sent**: 10/17/2014 4:21:38 PM
**To**: Denis [denis@abacus-offshore.com]
**Subject**: RE: Aged Shelf Company
**Attachments**: NetBank - Transfer receipt Part 1.pdf


Hello,
Due to limits on the account for new international transfers, this will be completed in parts. It is too late to have the bank increase the limit before Monday sorry.

Payment one is attached. (USD 1650)

Payment 2 is scheduled for midnight tonight. (USD 1500)

Payment 3 is scheduled for midnight tomorrow (AEST). (USD 1500)

Invoice two will process on Monday.

Regards,
Craig

---

**From:** Denis [mailto:denis@abacus-offshore.com]
**Sent:** Friday, 17 October 2014 3:31 PM
**To:** Craig S Wright
**Subject:** RE: Aged Shelf Company

Dear Craig

Please find attached invoice and bank account details.

Please email us SWIFT details once available.

Best regards

Denis

---

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Friday, October 17, 2014 12:27 AM
**To:** Denis
**Subject:** RE: Aged Shelf Company

Sorry, I cannot see the bank details listed.

Also, please confirm 3 years at 600 a year plus 1850 for a total of USD 3650.

Thanks

**From:** Denis [mailto:denis@abacus-offshore.com]
**Sent:** Thursday, 16 October 2014 10:22 PM

**To:** Craig S Wright
**Subject:** RE: Aged Shelf Company

Dear Craig

Thanks. The company has been reserved for you.

Please fill the attached form and email me a signed scanned copy.

I have attached our bank account details for your reference. Kindly email us SWIFT/payment details once available.

I am available on SKYPE/telephone call to complete the form together if you need my help. Please see my contact details on my email signature below.

I look forward to hearing from you.

Regards

Denis


Denis Mayaka
Funds & Investment Services



Abacus (Seychelles) Limited
T: +248  4 610 780
F: +248  4 610 781
Email: denis@abacus-offshore.com
Website:  www.abacus-offshore.com
SKYPE ID: Denis_Abacus

Please consider the environment before printing this email
Disclaimer: The information in this email and any attachment is confidential and may be privileged. If you are not the intended recipient, please destroy this message, delete any copy held on your systems and notify the sender immediately. You should not retain copy or use this email for any purpose, nor disclose all or any part of its content to any other person. Abacus (Seychelles) Limited does not accept responsibility for changes made to this message after it was sent.


---

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Thursday, October 16, 2014 3:17 PM
**To:** Denis
**Subject:** RE: Aged Shelf Company

Yes. Please reserve it – how do I pay

**From:** Denis [mailto:denis@abacus-offshore.com]
**Sent:** Thursday, 16 October 2014 9:34 PM

**To:** Craig S Wright
**Subject:** RE: Aged Shelf Company

Dear Craig

One off fees USD 1,850.

Annual fees from second year onwards: USD 600

Does that work for you?

Regards

Denis

---

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Thursday, October 16, 2014 2:19 PM
**To:** Denis
**Subject:** RE: Aged Shelf Company

| Tulip Trading Limited | Jul-21-2011 | 93344 | Ordinary Registered Shares Only | USD | 100,000 |
|---|---|---|---|---|---|

**From:** Denis [mailto:denis@abacus-offshore.com]
**Sent:** Thursday, 16 October 2014 8:46 PM
**To:** Craig S Wright
**Subject:** Aged Shelf Company

Dear Craig

We trust you are well.

We received your message requesting for an aged shelf company.

Please find attached list of our shelf companies.

Kindly let us know which company you would like to take.

Additionally, once you identify the company, please fill the attached form and email it back to us.

We look forward to hearing from you.

Best regards

Denis


Denis Mayaka

CONFIDENTIAL                                                                                                                                   DEFAUS_00058792

**Funds & Investment Services**



**Abacus (Seychelles) Limited**
T: +248  4 610 780
F: +248  4 610 781
Email: denis@abacus-offshore.com
Website:  www.abacus-offshore.com
SKYPE ID: Denis_Abacus

Please consider the environment before printing this email
Disclaimer: The information in this email and any attachment is confidential and may be privileged. If you are not the intended recipient, please destroy this message, delete any copy held on your systems and notify the sender immediately. You should not retain copy or use this email for any purpose, nor disclose all or any part of its content to any other person. Abacus (Seychelles) Limited does not accept responsibility for changes made to this message after it was sent.


#VPM:HEB26/636:4#