**Subject:** Payment

**Start:** 10/18/2014 1:00 AM
**End:** 10/18/2014 1:30 AM
**Show Time As:** Busy

**Recurrence:** (none)

**Organizer:** Craig S Wright
**Required Attendees:** Craig S Wright

**Attachments:** RE: Scanned copy of Abacus Incorporation From; RE: Aged Shelf Company; RE: Aged Shelf Company

<<…>> <<…>> <<…>>

**From:** Denis
**Sent:** Friday, October 17, 2014 4:59 AM
**To:** Craig S Wright
**Subject:** RE: Scanned copy of Abacus Incorporation From

Dear Craig
Please find attached invoice for NOMINEE SHAREHOLDER service.
Best regards
Denis

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Friday, October 17, 2014 6:22 AM
**To:** Denis
**Subject:** FW: Scanned copy of Abacus Incorporation From
See attached.
I will send the other details in the next few days.
I would also like to have a nominee service.
Craig

**From:** Viveca Magnusson
**Sent:** Friday, 17 October 2014 1:18 PM
**To:** Craig S Wright
**Subject:** Scanned copy of Abacus Incorporation From
Here you go.
V

#VPM:HEB26/661:1#

CONFIDENTIAL
DEF_00046660

**Abacus (Seychelles) Limited**
PO Box 931
Mahe
Seychelles



# INVOICE

Bill to:
Mr. Craig S Wright
502. Level 5
32 Delhi Road
North Ryde, Nsw 2113
Australia

Company Details:
Tulip Trading Limited

Invoice Date: October 17, 2014

Invoice Number: 393889

| | |
|---|---:|
| Nominee shareholder service for 4 years  (USD 500*4) | 2,000 |
| **Total charges**                          US Dollar | **2,000** |

## TERMS AND CONDITIONS

- It is advisable to read to read the terms and conditions carefully.
- Please note that Bank charges are to be borne by the payer therefore our invoice is net of bank charges.  Kindly add USD 25 for intermediary bank charges.
- Payment must be made in full and in accordance with the given time limit.
- Payment is deemed to have been effectuated when cleared funds have been received in the correct amount and the required information regarding the payment has been conveyed via email.
- After payment has been remitted, an email must be sent to accounts@abacus-offshore.com with the following details: date, amount, invoice numbers and the name under which payment has been made.
- The conveyance of this information will ensure that the submitted funds are processed accordingly.
- In the event that payment cannot be traced due to lack of relevant information, Abacus will NOT incur any penalties that may arise.

**If any queries should arise do not hesitate to contact us.**

**From:** Denis
**Sent:** Friday, October 17, 2014 4:31 AM
**To:** Craig S Wright
**Subject:** RE: Aged Shelf Company
**Attachments:** Invoice_Tulip.pdf; USD Bank Details for Barclays Bank.pdf

Dear Craig
Please find attached invoice and bank account details.
Please email us SWIFT details once available.
Best regards

Denis

---

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Friday, October 17, 2014 12:27 AM
**To:** Denis
**Subject:** RE: Aged Shelf Company

Sorry, I cannot see the bank details listed.
Also, please confirm 3 years at 600 a year plus 1850 for a total of USD 3650.
Thanks

**From:** Denis [mailto:denis@abacus-offshore.com]
**Sent:** Thursday, 16 October 2014 10:22 PM
**To:** Craig S Wright
**Subject:** RE: Aged Shelf Company

Dear Craig
Thanks. The company has been reserved for you.
Please fill the attached form and email me a signed scanned copy.
I have attached our bank account details for your reference. Kindly email us SWIFT/payment details once available.
I am available on SKYPE/telephone call to complete the form together if you need my help. Please see my contact details on my email signature below.
I look forward to hearing from you.
Regards
Denis

**Denis Mayaka**
**Funds & Investment Services**



**Abacus (Seychelles) Limited**
T: +248 4 610 780
F: +248 4 610 781
Email: denis@abacus-offshore.com
Website: www.abacus-offshore.com
SKYPE ID: Denis_Abacus

Please consider the environment before printing this email
Disclaimer: The information in this email and any attachment is confidential and may be privileged. If you are not the intended recipient, please destroy this message, delete any copy held on your systems and notify the sender immediately. You should not retain copy or use this email for any purpose, nor disclose all or any part of its content to any other person. Abacus (Seychelles) Limited does not accept responsibility for changes made to this message after it was sent.

---

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Thursday, October 16, 2014 3:17 PM
**To:** Denis
**Subject:** RE: Aged Shelf Company

Yes. Please reserve it – how do I pay

**From:** Denis [mailto:denis@abacus-offshore.com]
**Sent:** Thursday, 16 October 2014 9:34 PM
**To:** Craig S Wright
**Subject:** RE: Aged Shelf Company

Dear Craig
One off fees USD 1,850.
Annual fees from second year onwards: USD 600
Does that work for you?
Regards
Denis

---

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Thursday, October 16, 2014 2:19 PM
**To:** Denis
**Subject:** RE: Aged Shelf Company

| Tulip Trading Limited | Jul-21-2011 | 93344 | Ordinary Registered Shares Only | USD | 100,000 |

**From:** Denis [mailto:denis@abacus-offshore.com]
**Sent:** Thursday, 16 October 2014 8:46 PM
**To:** Craig S Wright

**Subject:** Aged Shelf Company

Dear Craig

We trust you are well.

We received your message requesting for an aged shelf company.

Please find attached list of our shelf companies.

Kindly let us know which company you would like to take.

Additionally, once you identify the company, please fill the attached form and email it back to us.

We look forward to hearing from you.

Best regards

Denis

**Denis Mayaka**
**Funds & Investment Services**



**Abacus (Seychelles) Limited**
T: +248 4 610 780
F: +248 4 610 781
Email: denis@abacus-offshore.com
Website: www.abacus-offshore.com
SKYPE ID: Denis_Abacus

Please consider the environment before printing this email

Disclaimer: The information in this email and any attachment is confidential and may be privileged. If you are not the intended recipient, please destroy this message, delete any copy held on your systems and notify the sender immediately. You should not retain copy or use this email for any purpose, nor disclose all or any part of its content to any other person. Abacus (Seychelles) Limited does not accept responsibility for changes made to this message after it was sent.

#VPM:HEB26/636:4#

## Abacus (Seychelles) Limited
PO Box 931
Mahe
Seychelles



# INVOICE

Bill to:
Mr. Craig S Wright
502. Level 5
32 Delhi Road
North Ryde, Nsw 2113
Australia

Company Details:
Tulip Trading Limited

Invoice Date: October 17, 2014

Invoice Number: 393888

| | | |
|---|---|---:|
| Purchase of Seychelles 2011 shelf company | | 3,650 |
| **Total charges** | US Dollar | **3,650** |

### TERMS AND CONDITIONS

- It is advisable to read to read the terms and conditions carefully.
- Please note that Bank charges are to be borne by the payer therefore our invoice is net of bank charges. Kindly add USD 25 for intermediary bank charges.
- Payment must be made in full and in accordance with the given time limit.
- Payment is deemed to have been effectuated when cleared funds have been received in the correct amount and the required information regarding the payment has been conveyed via email.
- After payment has been remitted, an email must be sent to accounts@abacus-offshore.com with the following details: date, amount, invoice numbers and the name under which payment has been made.
- The conveyance of this information will ensure that the submitted funds are processed accordingly.
- In the event that payment cannot be traced due to lack of relevant information, Abacus will NOT incur any penalties that may arise.

**If any queries should arise do not hesitate to contact us.**

## Abacus (Seychelles) Limited

PO Box 931
Mahe
Seychelles



## Bank Details for Payments in US Dollars

| Bank Details USD Payments | Beneficiary Details |
|---|---|
| Name Of Account | Abacus (Seychelles) Limited |
| Account Number | ▇▇▇▇▇▇▇▇ |
| Name Of Beneficiary Bank | Barclays Bank Seychelles Limited |
| Bank Address | Independence Avenue |
|  | P.O.Box 167 |
|  | Victoria, Mahe |
|  | Seychelles |
| SWIFT CODE | BARCSCSC |
|  |  |
| Correspondent Bank | Barclays Bank PLC |
|  | 200, Park Avenue |
|  | New York, NY 10166 |
| Correspondent Bank Account Number | ▇▇▇▇▇▇▇▇ |
| SWIFT CODE | BARCUS33 |

CONFIDENTIAL                                                                                         DEF_00046665



DEF_00046666

**From:** Craig S Wright
**Sent:** Friday, October 17, 2014 5:22 AM
**To:** Denis <denis@abacus-offshore.com>
**Subject:** RE: Aged Shelf Company
**Attachments:** NetBank - Transfer receipt Part 1.pdf

Hello,
Due to limits on the account for new international transfers, this will be completed in parts. It is too late to have the bank increase the limit before Monday sorry.
Payment one is attached. (USD 1650)
Payment 2 is scheduled for midnight tonight. (USD 1500)
Payment 3 is scheduled for midnight tomorrow (AEST). (USD 1500)
Invoice two will process on Monday.
Regards,
Craig

**From:** Denis [mailto:denis@abacus-offshore.com]
**Sent:** Friday, 17 October 2014 3:31 PM
**To:** Craig S Wright
**Subject:** RE: Aged Shelf Company

Dear Craig
Please find attached invoice and bank account details.
Please email us SWIFT details once available.
Best regards
Denis

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Friday, October 17, 2014 12:27 AM
**To:** Denis
**Subject:** RE: Aged Shelf Company

Sorry, I cannot see the bank details listed.
Also, please confirm 3 years at 600 a year plus 1850 for a total of USD 3650.
Thanks

**From:** Denis [mailto:denis@abacus-offshore.com]
**Sent:** Thursday, 16 October 2014 10:22 PM
**To:** Craig S Wright
**Subject:** RE: Aged Shelf Company

Dear Craig
Thanks. The company has been reserved for you.
Please fill the attached form and email me a signed scanned copy.
I have attached our bank account details for your reference. Kindly email us SWIFT/payment details once available.
I am available on SKYPE/telephone call to complete the form together if you need my help. Please see my contact details on my email signature below.
I look forward to hearing from you.
Regards
Denis
**Denis Mayaka**
**Funds & Investment Services**



**Abacus (Seychelles) Limited**
T: +248 4 610 780
F: +248 4 610 781
Email: denis@abacus-offshore.com
Website: www.abacus-offshore.com
SKYPE ID: Denis_Abacus

Please consider the environment before printing this email
Disclaimer: The information in this email and any attachment is confidential and may be privileged. If you are not the intended recipient, please destroy this message, delete any copy held on your systems and notify the sender immediately. You should not retain copy or use this email for any purpose, nor disclose all or any part of its content to any other person. Abacus (Seychelles) Limited does not accept responsibility for changes made to this message after it was sent.

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Thursday, October 16, 2014 3:17 PM
**To:** Denis
**Subject:** RE: Aged Shelf Company
Yes. Please reserve it – how do I pay

**From:** Denis [mailto:denis@abacus-offshore.com]
**Sent:** Thursday, 16 October 2014 9:34 PM
**To:** Craig S Wright
**Subject:** RE: Aged Shelf Company
Dear Craig
One off fees USD 1,850.
Annual fees from second year onwards: USD 600
Does that work for you?

CONFIDENTIAL
DEF_00046667

Regards
Denis

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Thursday, October 16, 2014 2:19 PM
**To:** Denis
**Subject:** RE: Aged Shelf Company

| Tulip Trading Limited | Jul-21-2011 | 93344 | Ordinary Registered Shares Only | USD | 100,000 |

**From:** Denis [mailto:denis@abacus-offshore.com]
**Sent:** Thursday, 16 October 2014 8:46 PM
**To:** Craig S Wright
**Subject:** Aged Shelf Company

Dear Craig
We trust you are well.
We received your message requesting for an aged shelf company.
Please find attached list of our shelf companies.
Kindly let us know which company you would like to take.
Additionally, once you identify the company, please fill the attached form and email it back to us.
We look forward to hearing from you.
Best regards
Denis
Denis Mayaka
Funds & Investment Services



Abacus (Seychelles) Limited
T: +248 4 610 780
F: +248 4 610 781
Email: denis@abacus-offshore.com
Website: www.abacus-offshore.com
SKYPE ID: Denis_Abacus

Please consider the environment before printing this email
Disclaimer: The information in this email and any attachment is confidential and may be privileged. If you are not the intended recipient, please destroy this message, delete any copy held on your systems and notify the sender immediately. You should not retain copy or use this email for any purpose, nor disclose all or any part of its content to any other person. Abacus (Seychelles) Limited does not accept responsibility for changes made to this message after it was sent.

#VPM:HEB26/636:4#



DEF_00046669



# Transfer receipt

Your transfer has been submitted for processing.

**17 Oct 2014**  USD 1,650.00 sent to Abacus Seychelles Limited in UNITED STATES  **AUD 1,990.74**

4:15:12 PM Sydney/Melbourne Time

Receipt number  C290406034782
Status  Submitted

## Recipient's details

| You're transferring to | Abacus Seychelles Limited |
| | 200 Park Ave |
| | New York NY |
| | UNITED STATES |
| | 10166 |

| They bank with | BARCLAYS BANK PLC | SWIFT/BIC code |
| | 200 PARK AVENUE | BARCUS33XXX |
| | NEW YORK NY | Account number |

## My transfer details

| Transfer from | DeMorgan DeMorgan Expenses | |
| Transfer details | You sent | USD 1,650.00 |
| | Amount | AUD 1,968.74 |
| | Transfer fee | AUD 22.00 |
| | **Total amount** | **AUD 1,990.74** |
| | Exchange rate | 1 AUD = 0.8381 USD |
| Additional details | Reason for transfer | Supplier Invoice |
| | Message for recipient | |
| | Inv 393888 Part 1 | |

CONFIDENTIAL                                                                                      DEF_00046670