

P-538.2
Case No. 9:18-CV-89176-BB

# Epoch & Unix Timestamp Conversion Tools

The current Unix epoch time is  1564435613

## Convert epoch to human-readable date and vice versa

1351116096730   Timestamp to Human date   [batch convert]

Supports Unix timestamps in seconds, milliseconds and microseconds.

**Assuming that this timestamp is in milliseconds:**
**GMT**            : Wednesday, October 24, 2012 22:01:36.730
**Your time zone** : Wednesday, October 24, 2012 18:01:36.730 GMT-04:00 DST
**Relative**       : 7 years ago

| Yr | Mon | Day | Hr | Min | Sec | | |
|---|---|---|---|---|---|---|---|
| 2019 | 7 | 29 | 21 | 23 | 21 | GMT | Human date to Timestamp |



Only on amextra
Book Now
TERMS APPLY

Mon, 29 Jul 2019 21:23:21 GMT   Human date to Timestamp   [batch convert]

Input format: RFC 2822, D-M-Y, M/D/Y, Y-M-D, etc. Strip 'GMT' to convert to local time.



Prefer a 12-hour clock? Go to preferences.
Press `c` or click here to clear all forms.

## Epoch dates for the start and end of the year/month/day

Show start & end of  ○ year  ● month  ○ day

| Yr | Mon | Day | | |
|---|---|---|---|---|
| 2019 | 7 | 29 | GMT | Convert |  [list months & years]



## Convert seconds to days, hours and minutes

### Pages

Home •
Preferences
Toggle theme ☾

**Tools** ⌃
Epoch converter
Batch converter
Time zone converter
Epoch timestamp list
LDAP converter
WebKit/Chrome timestamp
Unix hex timestamp
Cocoa Core Data timestamp
Mac HFS+ timestamp
SAS timestamp
Seconds/days since year 0
Bin/Oct/Hex converter
Countdown in seconds
Epoch clock

**Date and Time** ⌃
Week numbers
Weeks by year
Day numbers
Days by year
Years/leap years
Calculate the difference between two dates

**Programming** ⌃

**More** ⌃
Comments & questions
Este sitio en Español
Charset Tools ⎘

| 90061 | Seconds to days, hours, minutes |

## What is epoch time?

The **Unix epoch** (or **Unix time** or **POSIX time** or **Unix timestamp**) is the number of seconds that have elapsed since January 1, 1970 (midnight UTC/GMT), not counting leap seconds (in ISO 8601: 1970-01-01T00:00:00Z). Literally speaking the epoch is Unix time 0 (midnight 1/1/1970), but 'epoch' is often used as a synonym for Unix time. Some systems store epoch dates as a signed 32-bit integer, which might cause problems on January 19, 2038 (known as the Year 2038 problem or Y2038). The converter on this page converts timestamps in seconds (10-digit), milliseconds (13-digit) and microseconds (16-digit) to readable dates.

| Human-readable time | Seconds |
|---|---:|
| 1 hour | 3600 seconds |
| 1 day | 86400 seconds |
| 1 week | 604800 seconds |
| 1 month (30.44 days) | 2629743 seconds |
| 1 year (365.24 days) | 31556926 seconds |

## How to get the current epoch time in ...

| | |
|---|---|
| PHP | `time()` More PHP |
| Python | `import time; time.time()` |
| Ruby | `Time.now` (or `Time.new`). To display the epoch: `Time.now.to_i` |
| Perl | `time` More Perl |
| Java | `long epoch = System.currentTimeMillis()/1000;` |
| C# | `DateTimeOffset.Now.ToUnixTimeSeconds()` (.NET Framework 4.6+/.NET Core), older versions: `var epoch = (DateTime.UtcNow - new DateTime(1970, 1, 1, 0, 0, 0, DateTimeKind.Utc)).TotalSeconds;` |
| Objective-C | `[[NSDate date] timeIntervalSince1970];` (returns double) or `NSString *currentTimestamp = [NSString stringWithFormat:@"%f", [[NSDate date] timeIntervalSince1970]];` |
| C++11 | `double now = std::chrono::duration_cast<std::chrono::seconds>(std::chrono::system_clock::now().time_since_epoch()).count();` |
| Lua | `epoch = os.time([date])` |
| VBScript/ASP | See the examples |
| AutoIT | `_DateDiff('s', "1970/01/01 00:00:00", _NowCalc())` |
| Delphi | `Epoch := DateTimetoUnix(Now);` Tested in Delphi 2010. |
| R | `as.numeric(Sys.time())` |
| Erlang/OTP | `erlang:system_time(seconds).` (version 18+), older versions: `calendar:datetime_to_gregorian_seconds(calendar:universal_time())-719528*24*3600.` |
| MySQL | `SELECT unix_timestamp(now())` More MySQL examples |
| PostgreSQL | `SELECT extract(epoch FROM now());` |
| SQLite | `SELECT strftime('%s', 'now');` |
| Oracle PL/SQL | `SELECT (CAST(SYS_EXTRACT_UTC(SYSTIMESTAMP) AS DATE) - TO_DATE('01/01/1970','DD/MM/YYYY')) * 24 * 60 * 60 FROM DUAL;` |
| SQL Server | `SELECT DATEDIFF(s, '1970-01-01 00:00:00', GETUTCDATE())` |
| IBM Informix | `SELECT dbinfo('utc_current') FROM sysmaster:sysdual;` |
| JavaScript | `Math.floor(new Date().getTime()/1000.0)` The getTime method returns the time in milliseconds. |
| Visual | `DATETIME() - {^1970/01/01 00:00:00}` Warning: time zones not handled correctly |

| | |
|---|---|
| FoxPro | |
| Go | `time.Now().Unix()` More Go ⧉ |
| Adobe ColdFusion | `<cfset epochTime = left(getTickcount(), 10)>` |
| Tcl/Tk | `clock seconds` |
| Unix/Linux Shell | `date +%s` |
| Solaris | `/usr/bin/nawk 'BEGIN {print srand()}'` Solaris doesn't support *date +%s*, but the default seed value for nawk's random-number generator is the number of seconds since the epoch. |
| PowerShell | `[int][double]::Parse((Get-Date (get-date).touniversaltime() -UFormat %s))` |
| Other OS's | Command line: `perl -e "print time"` (If Perl is installed on your system) |

## Convert from human-readable date to epoch

| | |
|---|---|
| PHP | `strtotime("15 November 2018")` (converts most English date texts) or: `date_create('11/15/2018')->format('U')` (using DateTime class) More PHP |
| Python | `import calendar, time; calendar.timegm(time.strptime('2000-01-01 12:34:00', '%Y-%m-%d %H:%M:%S'))` |
| Ruby | `Time.local(`*year*`, `*month*`, `*day*`, `*hour*`, `*minute*`, `*second*`, `*usec*` )` (or `Time.gm` for GMT/UTC input). To display add `.to_i` |
| Perl | Use the Perl Epoch routines |
| Java | `long epoch = new java.text.SimpleDateFormat("MM/dd/yyyy HH:mm:ss").parse("01/01/1970 01:00:00").getTime() / 1000;` |
| VBScript/ASP | `DateDiff("s", "01/01/1970 00:00:00", `*time field*`)` More ASP |
| AutoIT | `_DateDiff('s', "1970/01/01 00:00:00", "YYYY/MM/DD HH:MM:SS")` |
| Delphi | `Epoch := DateTimeToUnix(StrToDateTime(myString));` |
| C | Use the C Epoch Converter routines |
| R | `as.numeric(as.POSIXct("YYYY-MM-dd HH:mm:ss", tz = "GMT", origin="1970-01-01"))` The origin parameter is optional |
| Go | Example code ⧉ |
| Adobe ColdFusion | `int(parseDateTime(datetime).getTime()/1000);` |
| MySQL | `SELECT unix_timestamp(`*time*`)` Time format: YYYY-MM-DD HH:MM:SS or YYMMDD or YYYYMMDD<br>More on using Epoch timestamps with MySQL |
| PostgreSQL | `SELECT extract(epoch FROM date('2000-01-01 12:34'));`<br>With timestamp: `SELECT EXTRACT(EPOCH FROM TIMESTAMP WITH TIME ZONE '2018-02-16 20:38:40-08');`<br>With interval: `SELECT EXTRACT(EPOCH FROM INTERVAL '5 days 3 hours');` |
| SQLite | `SELECT strftime('%s',`*timestring*`);` |
| SQL Server | `SELECT DATEDIFF(s, '1970-01-01 00:00:00', `*time field*`)` |
| JavaScript | Use the JavaScript Date object |
| Unix/Linux Shell | `date +%s -d"Jan 1, 1980 00:00:01"` Replace '-d' with '-ud' to input in GMT/UTC time. |

## Convert from epoch to human-readable date

| | |
|---|---|
| PHP | `date(`*output format*`, `*epoch*`);` Output format example: 'r' = RFC 2822 date, more PHP examples |
| Python | `import time; time.strftime("%a, %d %b %Y %H:%M:%S +0000", time.localtime(`*epoch*`))` Replace time.localtime with time.gmtime for GMT time. Or using datetime: `import datetime;` |

| | |
|---|---|
| | `datetime.datetime.utcfromtimestamp(`*epoch*`).replace(tzinfo=datetime.timezone.utc)` |
| Ruby | `Time.at(`*epoch*`)` |
| C# | `private string epoch2string(int epoch) {`<br>`return new DateTime(1970, 1, 1, 0, 0, 0,`<br>`DateTimeKind.Utc).AddSeconds(epoch).ToShortDateString(); }` |
| Perl | Use the Perl Epoch routines |
| Java | `String date = new java.text.SimpleDateFormat("MM/dd/yyyy HH:mm:ss").format(new`<br>`java.util.Date (`*epoch*`*1000));` |
| Lua | `datestring = os.date([format[,epoch]])` |
| VBScript/ASP | `DateAdd("s",` *epoch*`, "01/01/1970 00:00:00")` More ASP |
| AutoIT | `_DateAdd("s", $EpochSeconds , "1970/01/01 00:00:00")` |
| Delphi | `myString := DateTimeToStr(UnixToDateTime(Epoch));` Where Epoch is a signed integer. |
| C | Use the C Epoch Converter routines |
| Objective-C | `NSDate * myDate = [NSDate dateWithTimeIntervalSince1970:`*epoch*`]; NSLog(@"%@", date);` |
| R | `as.POSIXct(epoch, origin="1970-01-01", tz="GMT")` |
| Go | Example code |
| Adobe ColdFusion | `DateAdd("s",epoch,"1/1/1970");` |
| MySQL | `FROM_UNIXTIME(`*epoch, optional output format*`)` Default output format is YYY-MM-DD HH:MM:SS. If you need support for negative timestamps: `DATE_FORMAT(DATE_ADD(FROM_UNIXTIME(0), interval -315619200 second),"%Y-%m-%d")` (replace -315619200 with epoch) More MySQL |
| PostgreSQL | PostgreSQL version 8.1 and higher: `SELECT to_timestamp(`*epoch*`);` Older versions: `SELECT TIMESTAMP WITH TIME ZONE 'epoch' +` *epoch* `* INTERVAL '1 second';` |
| SQLite | `SELECT datetime(`*epoch_to_convert*`, 'unixepoch');` or local timezone: `SELECT datetime(`*epoch_to_convert*`, 'unixepoch', 'localtime');` |
| Oracle PL/SQL | `SELECT to_date('01-JAN-1970','dd-mon-yyyy')+(1526357743/60/60/24) from dual` Replace 1526357743 with epoch. |
| SQL Server | `DATEADD(s,` *epoch*`, '1970-01-01 00:00:00')` |
| IBM Informix | `SELECT dbinfo('utc_to_datetime',`*epoch*`) FROM sysmaster:sysdual;` |
| Microsoft Excel / LibreOffice Calc | `=(A1 / 86400) + 25569` Format the result cell for date/time, the result will be in GMT time (A1 is the cell with the epoch number). For other time zones: `=((A1 +/-` time zone adjustment`) / 86400) + 25569`. |
| Crystal Reports | `DateAdd("s", {EpochTimeStampField}-14400, #1/1/1970 00:00:00#)` -14400 used for Eastern Standard Time. See Time Zones. |
| JavaScript | Use the JavaScript Date object |
| Tcl/Tk | `clock format 1325376000` |
| MATLAB | `datestr(719529+TimeInSeconds/86400,'dd-mmm-yyyy HH:MM:SS')` |
| IBM PureData System for Analytics | `select 996673954::int4::abstime::timestamp;` |
| Unix/Linux Shell | `date -d @1520000000` Replace 1520000000 with your epoch, needs recent version of 'date'. Replace '-d' with '-ud' for GMT/UTC time. |
| Mac OS X | `date -j -r 1520000000` |
| PowerShell | `Function get-epochDate ($epochDate) {`<br>`[timezone]::CurrentTimeZone.ToLocalTime(([datetime]'1/1/1970').AddSeconds($epochDate))`<br>`}`, then use: `get-epochDate 1520000000`. Works for Windows PowerShell v1 and v2 |
| Other OS's | Command line: `perl -e "print scalar(localtime(`*epoch*`))"` (If Perl is installed) Replace 'localtime' with 'gmtime' for GMT/UTC time. |

Thanks to everyone who sent me corrections and updates!

More date related programming examples: What's the current week number? - What's the current day number?

*Please note:* All tools on this page are based on the date & time settings of *your computer* and use JavaScript to convert times. Some browsers use the current DST (Daylight Saving Time) rules for all dates in history. JavaScript does not support leap seconds.

Home - Sitemap - Privacy - Disclaimer - Contact - 

© 2019 Epoch Converter by Misja.com