| | |
|---|---|
| From: | Craig S Wright [craig@rcjbr.org] |
| Sent: | 3/7/2014 9:47:12 AM |
| To: | 'Ira K' [clocktime2020@gmail.com] |
| Subject: | FW: 32 wipe falacy |

For your eyes only

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Saturday, 27 December 2008 9:17 PM
To: Craig S Wright
Subject: FW: 32 wipe falacy

Craig,
You always know I am there for you.

You changed a paradigm that was held for over a decade and destroyed the work of a couple academics. Do you really think they will just take this happily. I know you will not, but try not to take the comments to heart. Let the paper speak for itself.

Next time you need to get me a copy of the conference proceedings as well. You know it is not easy for me to travel.

Dave


-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Saturday, 27 December 2008 1:02 PM
To: 'dave kleiman'
Subject: FW: 32 wipe falacy

Dave
My wife will not be happy, but I am not going back to work. I need time to get my idea going. Allan told me they are trying to make people redundant and I will walk into it and use the funds to keep me going.

The peesentation was good and the paper is out. I am already getting shit from people and attacks on what we did. The bloody bastards are wrong and I friken showed it, they should stick to the science and piss off with their politicised crap.

I need your help. You edited my paper and now I need to have you aid me build this idea.

I will have time to play and enjoy the farm, but I also want to have a little time to sit, read economics papers and code. I have been on "vacation" and think I do not want to go back yet. Reading is audio book, so I can lay in the hammock and listem and take notes, and plan. So much to do.

It is off topic for my experience, but I have a few potential clients in gaming and banking. I figure I can work 10-15 hours a week and pretend to have a consultancy and use this to build and buy the machines I need.If I automate the code and monitoring, I can double the productivity and still offer more than others are doing.

I have some savings and a payout if I get made redundant. The racks are in place in Bagnoo and Lisarow. I figure we can have 100 cores a month setup and get to around 500. I need to have these bleeding edge, but if I donate them to charity, I do good for once as well as getting a tax writeoff. The bank has just refinanced the three properties and I own next to nothing any longer, but I have the capital to try this.

Talk soon,
CRaig

-----Original Message-----
From: Craig Wright
Sent: Friday, 7 December 2007 8:22 AM
To: 'dave kleiman'; 'Shyaam'

Subject: RE: 32 wipe falacy

For a STM - see
http://www.bsc.ustc.edu.cn/~jlyang/research/STMWebPage.html

My wife hates it, but I also keep buying lab equipment at auctions as well.
My last was a haematology lab. I not sure what I am going to do with it, but
I can run my own blood tests now ;)

Being slightly insane helps with being a researcher.

Regards,
Craig

-----Original Message-----
From: dave kleiman [mailto:dave@davekleiman.com]
Sent: Thursday, 6 December 2007 9:09 PM
To: Craig Wright; 'Shyaam'
Subject: RE: 32 wipe falacy

Very nice Craig, I am looking forward to the full results.

By the way, how is it you have a scanning electron microscope at your
disposal?

Oh...and the Guttmann theory is a 35 pass wipe.

Dave

>        -----Original Message-----
>        From: Craig Wright [mailto:Craig.Wright@bdo.com.au]
>        Sent: Monday, December 03, 2007 23:59
>        To: Shyaam; dave kleiman
>        Subject: 32 wipe falacy
>
>
>        Hi Dave,
>
>        Let me introduce you to Shyaam. He is helping me write a paper
> dismissing the
>        fallacy that data may be recovered from a hard disk platter using a
> scanning
>        electron microscope. Some of the data is attached in the word
> document. I
>        thought that you may be interested in this. Explanations will follow,
> but these are
>        the plots of the raw data.
>
>
>        From the data I can tell that a disk has been overwritten. I can even
> make the
>        occasional guess, but I think that this may put to death the idea that
> you can
>        recover data from even a single overwrite.
>
>
>        Although there are individual and distinct differences, they are all
> in the
>        expected range and there is thus no way to categorically determine the
> prior
>        write value.
>
>
>        Regards,
>
>        Dr Craig S Wright (GSE-Compliance)



>        Craig Wright
>        Manager of Information Systems

```
	Direct : +61 2 9286 5497
	Craig.Wright@bdo.com.au
	+61 417 683 914

	BDO Kendalls (NSW)
	Level 19, 2 Market Street Sydney NSW 2000
	GPO BOX 2551 Sydney NSW 2001
	Fax +61 2 9993 9497
	www.bdo.com.au <http://www.bdo.com.au/>

	Liability limited by a scheme approved under Professional Standards
Legislation
	in respect of matters arising within those States and Territories of
Australia
	where such legislation exists.

	The information in this email and any attachments is confidential.  If
you are not
	the named addressee you must not read, print, copy, distribute, or use
in any
	way this transmission or any information it contains.  If you have
received this
	message in error, please notify the sender by return email, destroy
all copies
	and delete it from your system.

	Any views expressed in this message are those of the individual sender
and not
	necessarily endorsed by BDO Kendalls.  You may not rely on this
message as
	advice unless subsequently confirmed by fax or letter signed by a
Partner or
	Director of BDO Kendalls.  It is your responsibility to scan this
communication
	and any files attached for computer viruses and other defects.  BDO
Kendalls
	does not accept liability for any loss or damage however caused which
may
	result from this communication or any files attached.  A full version
of the BDO
	Kendalls disclaimer, and our Privacy statement, can be found on the
BDO
	Kendalls website at http://www.bdo.com.au <http://www.bdo.com.au/>  or
by
	emailing administrator@bdo.com.au <mailto:administrator@bdo.com.au> .

	BDO Kendalls is a national association of separate partnerships and
entities.
```

CONFIDENTIAL

DEFAUS_00115581