**From:** Craig S Wright
**Sent:** Saturday, March 1, 2014 5:42 AM
**To:** 'Craig Wright' <craig@rcjbr.org>
**Subject:** RE: IFIP-WG11.9 CFP
**Attachments:** image001.jpg; image002.jpg; image003.jpg

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

Your eyes only - to discuss.

**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Wednesday, 10 October 2012 4:55 PM
**To:** Dave Kleiman [mailto:dave@davekleiman.com]
**Subject:** FW: IFIP-WG11.9 CFP

We need to discuss the trsut and work out what the fuck we are doing with it all.
So, a good tax deductible way to have a visit and also write a paper.
…
Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA

# RCJBR.org

Tel: + 612 8003 7553 | Mobile: + 61 417 683 914
http://www.rcjbr.org



---

**From:** Dave Kleiman [mailto:dave@davekleiman.com]
**Sent:** Wednesday, 10 October 2012 4:48 PM
**To:** Craig Wright <craigswright@acm.org>
**Subject:** FW: IFIP-WG11.9 CFP

What do you think?
------ Forwarded Message
> CALL FOR PAPERS
>
> Ninth Annual IFIP WG 11.9 International Conference on Digital
> Forensics
>
> National Center for Forensic Science
> University of Central Florida
> Orlando, Florida , USA
> January 28-30, 2013
>
> ===========================================
>
> The IFIP Working Group 11.9 on Digital Forensics (www.ifip119.org) is
> an active international community of scientists, engineers and
> practitioners dedicated to advancing the state of the art of research
> and practice in digital forensics. The Ninth Annual IFIP WG 11.9
> International Conference on Digital Forensics will provide a forum for
> presenting original, unpublished research results and innovative ideas related to the extraction, analysis and
> preservation of all forms of electronic evidence. Papers and panel proposals
> are solicited.  All submissions will be refereed by a program
> committee comprising members of the Working Group. Papers and panel
> submissions will be selected based on their technical merit and
> relevance to IFIP WG 11.9. The conference will be limited to
> approximately sixty participants to facilitate interactions between
> researchers and intense discussions of critical research issues.
> **Keynote presentations, revised papers and details of panel discussions**
> **will be published as an edited volume  the ninth in the series entitled Research Advances in Digital Forensics (Springer)**
> **in the summer of 2013.** Revised and/or extended versions of selected papers
> from the conference will be published in special issues of one or more
> international journals.
>
> Technical papers are solicited in all areas related to the theory and
> practice of digital forensics. Areas of special interest include, but
> are not limited
> to:
>
> Theories, techniques and tools for extracting, analyzing and
> preserving digital evidence
> Network and cloud forensics
>  Embedded device forensics
> Digital forensic processes and workflow models
> Digital forensic case studies
>  Legal, ethical and policy issues related to digital forensics
>
>
> ===========================================
>

> Conference Deadlines
>
> Paper/Panel Submission: October 15, 2012
>
> Notification of Acceptance: November 15, 2012
>
> ================================================
>
> Instructions for Authors
>
> Technical Papers: All technical paper submissions (in .pdf format)
> should be submitted using the EasyChair System
> (www.easychair.org/account/signin.cgi?conf=ifipwg1192013).
> Manuscripts should be in English and not longer than 20 pages (typed
> double-spaced format in a 12-point font) or equivalent. Each
> submission should have a cover page with the titles, names and
> addresses (including e-mail addresses) of authors, an abstract of
> approximately 200 words, and a list of keywords. Please contact the
> program co-chair (Gilbert.Peterson[at]afit.edu) in case of questions and clarifications.
>
> Panels: Proposals for panels (in .pdf format) should be emailed to
> the program co-chair (sujeet[at]utulsa.edu). Panel proposals should
> include a one-page description of the topic, along with the name and
> address (including e-mail address) of the organizer, and a list of proposed panelists.
>
> ================================================
>
> General Chair: Mark Pollitt (Daytona State College, USA)
>
> Program Chairs: Gilbert Peterson (Air Force Institute of Technology,
> USA); Sujeet Shenoi (University of Tulsa, USA)
>
> Technical Committee:
> Nicole Beebe, University of Texas San Antonio; Jonathan Butts, Air
> Force Institute of Technology; KP Chow, The University of Hong Kong;
> Philip Craiger, Daytona State University; Fred Cohen, California
> Sciences Institute; Mark Davis; Stephen Flowerday, University of Fort
> Hare; Yong Guan, Iowa State; Patrick Juola, Duquesne University; Gary
> Kessler, Embry-Riddle Aeronautical University; Jigang Liu,
> Metropolitan State University; Michael Losavio, University of
> Louisville; Martin Olivier, University of Pretoria; Vassil Roussev,
> University of New Orleans; Bradley Schatz, Schatz Forensics; Hein
> Venter, University of Pretoria;
>
> ================================================
>
> [Apologies for multiple postings]
>
------ End of Forwarded Message