| | |
|---|---|
| **From:** | Craig S Wright <craig.wright@hotwirepe.com> |
| **Sent:** | Friday, February 28, 2014 5:56 AM |
| **To:** | Ira K |
| **Subject:** | FW: Design by… |

3 of 3

**From:** Craig S Wright [mailto:craig@rcjbr.org]
**Sent:** Monday, 10 December 2012 1:20 AM
**To:** 'Craig Wright'
**Subject:** Design by…
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1


Craig,
We have now a company in the UK.

There is a shelf company - Design by Human (08248988) that I like the name of. I know you want to start DACs, but remember, Skynet is not here yet and you have not replaced us all with code. That exo frame would be good, but that still has a human inside and not the code you want us to be.

You want to see a rational world, but remember you are still human. Change later if you like, but leave the shelf dormant for now and leave it all off and vacant. I know you are a little (lot) paranoid about this, but the trust is separate and interfering with a shelf manager of a dormant trust with no knowledge of what we are doing will just make it harder to get to what you are trying to achieve. He can be a director of a firm without us telling him just how big the trust could become.

Slowly. I know what you want and I know how impatient you can be, but really, we need to do this right. If you fail you can start again. That is the real beauty of what you have.

You cannot keep attacking people Craig. Yes, the tax office there is likely like here and a little slow to grasp things, but you cannot just expect them to change to accept your way. YES, you could be right. Yes, I know you are following the law, but they also have to understand what you are doing. So try and be a little more personable. Stop attacking them for doing their job. I know this is tough, but find somebody to help you. Get back to the technical aspects of this and do what you love. Let others fight for you if you need to fight.

I love you like a brother Craig, but you are a really difficult person to be close to. You need people. Stop pushing them away. You have over one million bitcoin now in the trust. Start doing something for yourself and this family you have.

Are you ever going to marry that lady of yours? Next, when are you coming to visit? I have been sending some conferences. It has been a while. Remember human contact.

Dave
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.16 (MingW32)

KLEIMAN_00278248

iQGcBAEBAgAGBQJTECNMAAoJEAQV5sviP8wtr1sMAJSIg8l3y3R/QPPP6eI93ctg
OrU3LfvmVd84z639oR/MPZtO9PFCl+41UsMzJKmOWWprvT3I7cvWTXMGe1eMJvP1
+Reqa//YGz/7bNOZ2zs0KbZuBg2tGxkeT7jekytKEKtANKVJylaNq74KK+uO3FZH
pxTXXM5O1JInLlNnedN842//faQfNyBEcQz8ei2x/fSQxCzE/3UT+Dm6VCvy8hmb
JCBT1T1R48UdwwzQUfm6sCd0VQYwWYlUVkPHztpAuphGv4n+M40Y1TyntWqVcb9+
68+fJ6ub7nePx4jCtWDC0NL3LL2auPqvS5/y4rsUb19wgXM13D2a9z1/gMrQPOFn
JwHci1q/YvmfvCT3kyFuxhr6i1IY6YpM8vVozIpV/B+zEZqjKSPlbd6M0tbQE6WP
fuLTviHyMFz7cAJl1bMtFKe51LehH1K1gvWqjlfo2yEbrjf1B+aTKtFHrCcNp2Y8
JBQOyzIDz/+a6hMAPZ04gWY166GMyQin1qhmAzMxJg==
=OpMG
-----END PGP SIGNATURE-----

2