| | |
|---|---|
| From: | Stefan Matthews [stefan.matthews@demorgan.com.au] |
| Sent: | 11/25/2015 11:33:42 AM |
| To: | Craig S Wright [craig.wright@demorgan.com.au] |
| CC: | Ramona Watts [ramona.watts@demorgan.com.au] |
| Subject: | Re: Hey |

**P-636**

Case No. 9:18-CV-89176-BB

Let's talk on Monday about exactly what Dave's involvement was to ensure no conflicting views on this come out later.

Sent from my iPhone

On 25 Nov 2015, at 8:25 AM, Craig S Wright <craig.wright@demorgan.com.au> wrote:

> Add Patrick to the list of knows.
> From what is below, it is clear that Dave had discussed with him.
>
> At least for now he also seems to be willing to not talk. But as Dave's friend he will want to ensure that Dave is outed one day.
>
> **From:** Patrick Paige [mailto:patrick@computerforensicsllc.com]
> **Sent:** Wednesday, 25 November 2015 2:10 AM
> **To:** Craig Wright <craig@rcjbr.org>
> **Subject:** RE: Hey
>
> OK, that sounds good... I think we both know Dave was a genius when it came to computers and I sure would like Dave to get recognition for his part if any in the development of bitcoins. I realize there is a lot of things to consider releasing this information but my question is when?
>
> *Patrick Paige* EnCE SCERS
> *1880 North Congress Ave. Ste 333*
> *Boynton Beach FL 33426*
> *Office: 561.404.3074*
> **www.computerforensicsllc.com**
>
> *Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*
>
> **From:** Craig Wright [mailto:craig@rcjbr.org]
> **Sent:** Monday, November 23, 2015 3:49 PM
> **To:** Patrick Paige <patrick@computerforensicsllc.com>
> **Subject:** RE: Hey
>
>
> Not yet.
>
> We are in the process of finalising some of the research. I was hoping we could be at the point of release before the reporters started sniffing.
>
> Craig

On 24 Nov 2015 5:26 am, "Patrick Paige" <patrick@computerforensicsllc.com> wrote:

> No problem... I don't think it's about computers, he mentioned bitcoins in his message. Maybe they something about yours and Dave's bitcoin involvement. You want me to return his call and feel him out? Are you guys close to releasing any information on Dave's involvement in Bitcoins?
>
> **Patrick Paige** EnCE SCERS
> 1880 North Congress Ave. Ste 333
> Boynton Beach FL 33426
> Office: 561.404.3074
> www.computerforensicsllc.com
>
> *Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*
>
> **From:** Craig Wright [mailto:craig@rcjbr.org]
> **Sent:** Thursday, November 19, 2015 1:06 PM
> **To:** Patrick Paige <patrick@computerforensicsllc.com>
> **Subject:** Re: Hey
>
>
> Thanks for the heads up. Reporters are always troubling. They ignored the stuff Dave and I did when he was alive. I don't know what has started to interest them now.
>
> The computer we are running made the top 20 within the top 500 supercomputer list so this may be new?
>
> http://top500.org/
>
> The first one was COIN in 2013 just before he died and the new one is Tulip.
>
> Dave helped design the first one and as you know did a fair amount of research with me. Most yet to be completed and published.
>
> A worry that they are starting to be nosey now.
>
> Thanks again for the heads up.
>
> On 20 Nov 2015 03:50, "Patrick Paige" <patrick@computerforensicsllc.com> wrote:
>
>> Hi Craig… how goes it, just wanted to touch base with you. I got a call from a reporter who left a message asking about Dave and you. I don't plan to call him back, but Carter and I were curious if something is going on.
>>
>> **Patrick Paige** EnCE SCERS
>> 1880 North Congress Ave. Ste 333
>> Boynton Beach FL 33426
>> Office: 561.404.3074
>> www.computerforensicsllc.com
>>
>> *Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

CONFIDENTIAL                                                                                                                                  DEF_00065751

CONFIDENTIAL

DEF_00065752