**From:** Craig S Wright
**Sent:** Friday, February 28, 2014 5:14 AM
**To:** John Chesher; Sommer, Andrew <asommer@claytonutz.com>
**CC:** Ramona Watts
**Subject:** External Companies

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

First a lesson on PGP:
http://pgp.mit.edu:11371/pks/lookup?op=vindex&search=0x0415E6CBE23FCC2D
http://pgp.mit.edu:11371/pks/lookup?op=get&search=0x0415E6CBE23FCC2D
http://pgp.mit.edu:11371/pks/lookup?op=get&search=0x072D2A9F05C3389D
http://pgp.mit.edu:11371/pks/lookup?op=vindex&search=0x072D2A9F05C3389D
These are Dave's public keys.
Some emails will follow.
Regards,

Dr. Craig S Wright GSE LLM
Chief Executive Officer
Hotwire Preemptive Intelligence (Group)
Mobile: + 61.417.683.914
craig.wright@hotwirepe.com



P-664
Case No. 9:18-CV-89176-BB