

**P-709**

Case No. 9:18-CV-89176-BB

**File Closed**



F0000FWO4C

File Number: **2013/00245661-1**

Case Title: Craig Steven Wright v W & K Info Defense Research LLC

Jurisdiction: Supreme Court - Civil

Location: Supreme Court Sydney

Division/List: Common Law General (default)

CAUSE OF ACTION

| DATE | CORAM | APPEARANCES | RESULTS OR ORDERS MADE |
|---|---|---|---|
| ① 30/10/13 | *Reg Bradford* | | |
| ② *6/11/13* | *Reg Kemea* | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

KLEIMAN_00561024

**CONTINUATION SHEET**

| DATE | CORAM | APPEARANCES | RESULTS OR ORDERS MADE |
|------|-------|-------------|------------------------|
| COMPLETED ACTION DONE | | | |

CONFIDENTIAL

KLEIMAN_00561025

## SUPREME COURT OF NSW

## RECORD OF PROCEEDINGS

Date:               06 November 2013                          Reference no.

Coram:              Acting Registrar R Kenna

Listing:            Directions (Common Law Registrar)

Case Details:       **Craig Steven Wright v W & K Info Defense Research LLC**
                    **2013/00245661**

Appearance(s)       _Wright in person._

_____        _____

**Listed for hearing on _____ at 10am. Estimate of hearing _____**

Please indicate the following listing type/s below:

☐ Directions (Common Law Registrar) at 9am

☐ Argument at 9.30am (Defamation List before Defamation Judge)

☐ Defamation matter - Election for Trial by Jury made by _____
**Registry to issue an invoice for Requisition for Trial by Jury.**

☐ Directions Common Law at 10am (Duty Judge's list.)

☐ Directions (Possession Judge) at 9.30am.

☐ Directions Professional Negligence Judge at 9am (1st Friday of each month)

☐ Status Review at 9am before Common Law Registrar.

☐ Rule 13.6 letter to be issued. (Notice of listing - No appearance)

**(Please tick below appropriately)**

| | |
|---|---|
| ☐ Jury | ☐Overseas witness   ☐ Interstate witness   ☐ Country witness |
| ☐ Non-jury | ☐Not Reached Once |
| ☐ Assessment only | ☐Not Reached Twice |
| ☐ Liability only | ☐New Trial Ordered |
| ☐ Interlocutory/Motion | ☐ Expedited |
| ☐ Defamation - s 7A | ☐Reduced Life Expectancy |
| ☐ Defamation - Final | ☐Other priority reasons (please specify) |

_(see Aff in 2013/225983) (/P transferred)_

**Other orders or directions:**

_Orders 1 - 3 of c/orders_

_____please turn over ...

## COMMON LAW REGISTRAR'S CASE MANAGEMENT ORDERS

☐ **1**. Make orders to enable Expert evidence to be given concurrently.

☐ **2**. The Plaintiff to file and serve an Evidentiary Statement by _____

☐ **3**. The Defendant/ Defendants to file and serve a Statement of Issues in Dispute within 28 days of receipt of the Plaintiffs Evidentiary Statement.

☐ **4**. Each Defendant to notify the plaintiff within 28 days of receipt of the evidentiary statement of those parts of the statement, which the Defendant requires to be given orally.

☐ **5**. The Plaintiff is to serve on each party within 14 days of the receipt of the Statement of Issues in Dispute a statement identifying those issues, which are agreed and not agreed.

☐ **6**. The Plaintiff is to file and serve a Statement of Damages by _____

☐ **7**. The Defendant/Defendants is/are to file and serve a Statement of Damages by _____

☐ **8**. Experts in their respective areas of expertise are to confer and provide a report on matters agreed and disagreed setting out the reasons for their disagreement. Such conference is to take place by _____

☐ **9**. The report from the Experts is to issue by _____

☐ **10**. Pursuant R31.4 UCPR I direct that the Plaintiff is to serve on each active party a written statement or statements of the oral evidence that the Plaintiff or any other witness on the Plaintiff's behalf intends to adduce in chief on all questions of fact to be decided at the hearing, on or before _____

☐ **11**. Pursuant to R31.4 UCPR I direct that the Defendant /Cross Claimant is to serve on each active party a written statement or statements of the oral evidence that the defendant /cross claimant or any other witness on behalf of the Defendant/Cross Claimant intends to adduce in chief on all questions of fact to be decided at the hearing, on or before _____

☐ **12**. I direct that all parties serve, pursuant to R31.4 UCPR statements except for the above statements on each other active party, containing all statements of the oral evidence which the parties intend to adduce in chief on all questions of fact at the hearing on or before _____

☐ **13**. Parties to advise within _____ days of receipt of the witness statements of those parts of the statements they require to be given orally.

☐ **14**. Parties to file and serve a Final Joint Memorandum of Issues in Dispute by _____

☐ **15**. List the matter for a Telephone Conference on _____

_____

_____

_____

KLEIMAN_00561027

# SUPREME COURT OF NSW

# RECORD OF PROCEEDINGS

Date:                30 October 2013                          Reference no. _____

Coram:               Registrar C Bradford

Listing:             Directions (Common Law Registrar)

Case Details:        **Craig Steven Wright v W & K Info Defense Research LLC**
                     **2013/00245661**

Appearance(s)        _____          _____

                     _____          _____

**Listed for hearing on _____ at 10am. Estimate of hearing _____**

Please indicate the following listing type/s below:

☐ Directions (Common Law Registrar) at 9am

☐ Argument at 9.30am (Defamation List before Defamation Judge)

☐ Defamation matter - Election for Trial by Jury made by _____
   **Registry to issue an invoice for Requisition for Trial by Jury.**

☐ Directions Common Law at 10am (Duty Judge's list.)

☐ Directions (Possession Judge) at 9.30am.

☐ Directions Professional Negligence Judge at 9am (1st Friday of each month)

☐ Status Review at 9am before Common Law Registrar.

☐ Rule 13.6 letter to be issued. (Notice of listing - No appearance)

**(Please tick below appropriately)**

| | |
|---|---|
| ☐ Jury | ☐Overseas witness   ☐ Interstate witness   ☐ Country witness |
| ☐ Non-jury | ☐Not Reached Once |
| ☐ Assessment only | ☐Not Reached Twice |
| ☐ Liability only | ☐New Trial Ordered |
| ☐ Interlocutory/Motion | ☐ Expedited |
| ☐ Defamation - s 7A | ☐Reduced Life Expectancy |
| ☐ Defamation - Final | ☐Other priority reasons (please specify) _____ |

**Other orders or directions:**

SO    6·11·13

_____ please turn over …

                                                    KLEIMAN_00561028

# COMMON LAW REGISTRAR'S CASE MANAGEMENT ORDERS

☐ **1**. Make orders to enable Expert evidence to be given concurrently.

☐ **2**. The Plaintiff to file and serve an Evidentiary Statement by _____

☐ **3**. The Defendant/ Defendants to file and serve a Statement of Issues in Dispute within 28 days of receipt of the Plaintiffs Evidentiary Statement.

☐ **4**. Each Defendant to notify the plaintiff within 28 days of receipt of the evidentiary statement of those parts of the statement, which the Defendant requires to be given orally.

☐ **5**. The Plaintiff is to serve on each party within 14 days of the receipt of the Statement of Issues in Dispute a statement identifying those issues, which are agreed and not agreed.

☐ **6**. The Plaintiff is to file and serve a Statement of Damages by _____

☐ **7**. The Defendant/Defendants is/are to file and serve a Statement of Damages by _____

☐ **8**. Experts in their respective areas of expertise are to confer and provide a report on matters agreed and disagreed setting out the reasons for their disagreement. Such conference is to take place by _____

☐ **9**. The report from the Experts is to issue by _____

☐ **10**. Pursuant R31.4 UCPR I direct that the Plaintiff is to serve on each active party a written statement or statements of the oral evidence that the Plaintiff or any other witness on the Plaintiff's behalf intends to adduce in chief on all questions of fact to be decided at the hearing, on or before _____

☐ **11**. Pursuant to R31.4 UCPR I direct that the Defendant /Cross Claimant is to serve on each active party a written statement or statements of the oral evidence that the defendant /cross claimant or any other witness on behalf of the Defendant/Cross Claimant intends to adduce in chief on all questions of fact to be decided at the hearing, on or before _____

☐ **12**. I direct that all parties serve, pursuant to R31.4 UCPR statements except for the above statements on each other active party, containing all statements of the oral evidence which the parties intend to adduce in chief on all questions of fact at the hearing on or before _____

☐ **13**. Parties to advise within _____ days of receipt of the witness statements of those parts of the statements they require to be given orally.

☐ **14**. Parties to file and serve a Final Joint Memorandum of Issues in Dispute by _____

☐ **15**. List the matter for a Telephone Conference on _____

_____

_____

_____

*[handwritten: T/A – message — Jette as call — call back + will provide more info]*

## Bronwyn Evans

| | |
|---|---|
| **From:** | Nguyen, Alain <alain.nguyen@nortonrosefulbright.com> |
| **Sent:** | Wednesday, 26 July 2017 2:00 PM |
| **To:** | SCO - File Access (Shared Mailbox) |
| **Cc:** | Bronwyn Evans; Bowden, Peter; Scott, Jenna |
| **Subject:** | Application for access to Court files: Craig White v W&K Info Defense Research LLC (2843340)[NRF-APAC.FID1667212] |
| **Attachments:** | Application for access to Court files (with supporting documents) - July....pdf |
| | |
| **Sensitivity:** | Confidential |

**Craig White v W&K Info Defense Research LLC**
**NSW Supreme Court Proceedings: 2013/225983 and 2013/245661**

Dear Sir/Madam,

We are assisting LUBELL & ROSEN, LLC (a USA law firm) who acts for Ira Kleiman who is the executor of the deceased estate of David Kleiman, a former authorised representative and member of the Defendant in the above proceedings.

We write to request access to the court docket and all documents filed in connection with the following two claims, filed by Craig Wright against W&K Info Defense Research LLC in the NSW Supreme Court:

- 2013/225983 (Statement of claim for $ 28,254,666)
- 2013/245661 (Statement of claim for $ 28,534,049.79)

We note that we have received a response from the Registrar regarding our first application, and that the Registrar has granted access to only the Statement of Claim and the Acknowledgement of Liquidated Claim. However, we require access to the complete file and all documents which have been filed in connection with the above claims.

We would be grateful if you could please review our application and grant us access to the complete court files. *[handwritten: ?]*

Please see **attached** the following documents for your consideration: *[handwritten: T/A + reg'd - why needed? - Confirm: entitlement on Dave.]*

- Application for Access to a Court file;
- Letter of Authorisation authorising Norton Rose Fulbright to access the court files;
- Letter of Administration that appoints Ira Kleiman as the executor of the deceased estate of David Kleiman;
- Company search of W&K Info Defense Research LLC with confirmation that David Kleiman was a former authorised representative and member of the Defendant in the above proceedings. *[handwritten: - /OK with Reps y Dave entitled. (Reps)]*

Thank you very much for your assistance.

We look forward to hearing from you.

Kind regards,

**Alain Nguyen** | Lawyer
Norton Rose Fulbright Australia
Level 18, Grosvenor Place, 225 George Street, Sydney, Australia
Tel +61 2 9330 8745 | Mob +61 409 153 126 | Fax +61 2 9330 8111
alain.nguyen@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

1

CONFIDENTIAL

**Norton Rose Fulbright and Henry Davis York**
**A powerful combination for Australia**

*Law around the world*
nortonrosefulbright.com

CONFIDENTIALITY NOTICE: This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright Australia and its affiliates reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia is a law firm as defined in the legal profession legislation of the Australian states in which it practises.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

We collect personal information in the course of providing our legal services. For further information please see our Australian privacy collection notice which is available at http://www.nortonrosefulbright.com/au/privacy-collection-notice/

CONFIDENTIAL

KLEIMAN_00561031



**Supreme Court**
of New South Wales

# Application to access a court file

Please complete this form if you require access to a Supreme Court File.

The court will contact you when the file is available for inspection. Please do not attend the Court unless you are advised that the file is available for inspection. You may inspect the file at the Subpoena Section of the Supreme Court. Files are kept for a period of one week only.

A fee of $80.00 is payable for file retrieval (for some finalised files). This fee is payable at the time of lodging this form (if lodged in person), or at the time of viewing the court file (if lodged by email).

Please email your completed application and any enquiries relating to the progress of your application to supremecourt.fileaccess@courts.nsw.gov.au

### Court file details

| | |
|---|---|
| Case number: 2013/225983 <br><br> 2013/245661 | Division: Civil |

Plaintiff / Appellant name: Craig White

Defendant / Respondent name: W and K Info Defense Research LLC

### Applicant's details

| | |
|---|---|
| Name: Alain Nguyen | Solicitor Firm: Norton Rose Fulbright |
| Contact number: 9330 8745 | Email address: alain.nguyen@nortonrosefulbright.com |

Address: Level 18, 225 George Street, Sydney NSW 2000

### Access entitlement

✓ appropriate box

Access to material in any proceedings is restricted to parties, except with the leave of the Court. (Practice Note No. SC Gen 2).

| | |
|---|---|
| | The solicitor on record <br> (Identification is required i.e. Law Society Card) |
| | A person duly authorised by the solicitor on record <br> (A letter of authorisation is required from the solicitor on record) |
| | The litigant in person <br> (Identification showing current address is required i.e. driver's licence or other photo identification) |
| ✓ | A non-party to the proceedings <br> (Complete the Application by a Non-Party For Access section below) |
| | If you require a file from another court to uplift documents and prepare appeal books, tick this box and enter the lower court file number here: |

CONFIDENTIAL

KLEIMAN_00561032

**Application by a non-party for access to material held by the court**

**Do not complete this section if you are the solicitor on record, a person duly authorised by the solicitor on record or the litigant in person.**

I apply for leave to inspect the documents described below:

We request access to the complete court file, and all documents filed in relation to the following claims:

- 2013/225983
- 2013/245661

I submit that access to the documents should be granted because (state reasons):

We are assisting LUBELL & ROSEN, LLC (a USA law firm) who acts for <u>Ira Kleiman</u> who is the executor of the deceased estate of David Kleiman, a former authorised representative and member of the Defendant in the above proceedings.

Please see **attached** the following documents:

1. Letter of Administration that appoints Ira Kleiman as the executor of the deceased estate of David Kleiman;
2. An engagement/authorisation letter authorising Norton Rose Fulbright to access the court files;
3. Company search of W&K Info Defense Research LLC with confirmation that David Kleiman was a former authorised representative and member of the Defendant in the above proceedings.

We request access to the complete court file, and all documents which have been filed in relation to the following proceedings:

- 2013/225983
- 2013/245661

*Att'd :*
*8585 EMAIL 31/7/17*
*for reasons to inspect*

**Registrar Use Only** — *Completed file —.*

Application by non-party for access ~~approved~~/ refused.

*Access to whole file approved for this applicant (except ~~ASOT~~ to any previous application to Access file)*

Access is restricted to

Access is refused due to

Signed: *Jm SDR.*     Dated: *1/8/17*

**Undertaking**

I the applicant agree that I will not remove or tamper with any document on this file during inspection, nor will I remove the file from the registry inspection area.

I further undertake to return the file to the viewing room counter immediately upon completion of inspection.

Page 2 of 2

CONFIDENTIAL

KLEIMAN_00561033

| Signed: | Dated: 26/7/17 |
| --- | --- |

CONFIDENTIAL

KLEIMAN_00561034

IN THE CIRCUIT COURT FOR PALM BEACH
COUNTY, FLORIDA                     PROBATE DIVISION

IN RE: ESTATE OF

DAVID ALAN KLEIMAN               File No.
                                 502013CP005060XXXXNB

        Deceased.                Division III

LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, David Alan Kleiman, a resident of Palm Beach County, Florida, died on
April 26, 2013, owning assets in the State of Florida, and

WHEREAS, Ira Steven Kleiman has been appointed personal representative of the estate
of the decedent and has performed all acts prerequisite to issuance of Letters of Administration
in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Ira Steven Kleiman duly
qualified under the laws of the State of Florida to act as personal representative of the estate of
David Alan Kleiman, deceased, with full power to administer the estate according to law; to ask,
demand, sue for, recover and receive the property of the decedent; to pay the debts of the
decedent as far as the assets of the estate will permit and the law directs; and to make distribution
of the estate according to law.

ORDERED on _____, 2016.

_____
Circuit Judge

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a
true copy as recorded in my office and
the same is in full force and effect.
THIS ___ DAY OF _____ 20__
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK

**LETTER OF AUTHORIZATION**

To whom it may concern,

Please accept this letter as authorization to provide Peter Bowden or associates of the Norton Rose Fulbright law firm with any court documents related to the following case files:

2013/**225983**
2013/**245661**

As personal representative, I have the authority to exercise all of David Kleiman's rights as a Member of the W&K company and, thusly, have the right to represent the company to the extent of Mr. Kleiman's interest in the limited liability company.

Norton Rose Fulbright can provide evidence of my Letter of Administration.

Under Florida law I have the authority to represent David Kleiman's interest (Florida Statute §605.0504 attached).
http://www.leg.state.fl.us/statutes/index.cfm?App_mode=Display_Statute&URL=0600-0699/0605/Sections/0605.0504.html

Kind regards,

*Ira Kleiman*
Ira Kleiman

KLEIMAN_00561036

## Detail by Entity Name

Florida Limited Liability Company
W&K INFO DEFENSE RESEARCH LLC

### Filing Information

| | |
|---|---|
| Document Number | L11000019904 |
| FEI/EIN Number | N/A |
| Date Filed | 02/16/2011 |
| Effective Date | 02/14/2011 |
| State | FL |
| Status | INACTIVE |
| Last Event | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| Event Date Filed | 09/23/2016 |
| Event Effective Date | NONE |

### Principal Address

3128 MERCED AVE, EL MONTE
EL MONTE
PALM BEACH GARDENS, CA 91733

Changed: 03/28/2014

### Mailing Address

3128 MERCED AVE, EL MONTE
EL MONTE
PALM BEACH GARDENS, CA 91733

Changed: 03/28/2014

### Registered Agent Name & Address

NGUYEN, UYEN T
4371 NORTHLAKE BLVD #314
PALM BEACH GARDENS, FL 33410

Name Changed: 03/28/2014

Address Changed: 03/28/2014

### Authorized Person(s) Detail

Name & Address

Title MS

NGUYEN, UYEN T, MS
4371 NORTHLAKE BLVD #314
PALM BEACH GARDENS, FL 33410

Title DR

COIN-EXCH PTY LTD
502 / 32 DELHI RD
NORTH RYDE, NS 02113 AU

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2013 | 03/28/2014 |
| 2014 | 03/28/2014 |
| 2015 | 04/22/2015 |

### Document Images

| | |
|---|---|
| 04/22/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/28/2014 -- REINSTATEMENT | View image in PDF format |
| 02/16/2011 -- Florida Limited Liability | View image in PDF format |

CONFIDENTIAL

KLEIMAN_00561037

## 2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L11000019904

Entity Name: W&K INFO DEFENSE RESEARCH LLC

**FILED**
**Apr 22, 2015**
**Secretary of State**
**CC0951473007**

Current Principal Place of Business:

3128 MERCED AVE, EL MONTE
EL MONTE
PALM BEACH GARDENS, CA 91733

Current Mailing Address:

3128 MERCED AVE, EL MONTE
EL MONTE
PALM BEACH GARDENS, CA 91733 US

FEI Number: NOT APPLICABLE

Certificate of Status Desired: No

Name and Address of Current Registered Agent:

NGUYEN, UYEN T
4371 NORTHLAKE BLVD #314
PALM BEACH GARDENS, FL 33410 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

| | |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | MS | | Title | DR |
|---|---|---|---|---|
| Name | NGUYEN, UYEN T MS | | Name | COIN-EXCH PTY LTD |
| Address | 4371 NORTHLAKE BLVD #314 | | Address | 502 / 32 DELHI RD |
| City-State-Zip: | PALM BEACH GARDENS FL 33410 | | City-State-Zip: | NORTH RYDE NS 02113 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: UYEN NGUYEN                     MS                     04/22/2015

| | | |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

CONFIDENTIAL

## 2014 LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT# L11000019904

Entity Name:  W&K INFO DEFENSE RESEARCH LLC

**FILED**
Mar 28, 2014
Secretary of State

| | |
|---|---|
| **Current Principal Place of Business:** | **New Principal Place of Business:** |
| 3119 CONTEGO LANE<br>PALM BEACH GARDENS, FL 33418    US | 3128 MERCED AVE, EL MONTE<br>EL MONTE<br>PALM BEACH GARDENS, CA 91733    US |
| **Current Mailing Address:** | **New Mailing Address:** |
| 4371 NORTHLAKE BLVD #314<br>PALM BEACH GARDENS, FL 33410    US | 3128 MERCED AVE, EL MONTE<br>EL MONTE<br>PALM BEACH GARDENS, CA 91733    US |

FEI Number:            FEI Number Applied For ( )      FEI Number Not Applicable (X)      Certificate of Status Desired (X)

| | |
|---|---|
| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
| KLEIMAN, DAVID A<br>3119 CONTEGO LANE<br>PALM BEACH GARDENS, FL 33410    US | NGUYEN, UYEN T<br>4371 NORTHLAKE BLVD #314<br>PALM BEACH GARDENS, FL 33410    US |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:  UYEN NGUYEN                                          03/28/2014
_____    _____
Electronic Signature of Registered Agent                          Date

**AUTHORIZED PERSONS:**

Title:        MS
Name:        NGUYEN, UYEN T MS
Address:      4371 NORTHLAKE BLVD #314
City-St-Zip:   PALM BEACH GARDENS, FL 33410 US

Title:        DR
Name:        COIN-EXCH PTY LTD
Address:      502 / 32 DELHI RD
City-St-Zip:   NORTH RYDE, NS 02113 AU

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am authorized to execute this report as required by Chapter 605, Florida Statues

SIGNATURE:  UYEN NGUYEN                      MS                03/28/2014
_____    _____
Electronic Signature of Authorized Person                         Date

CONFIDENTIAL

KLEIMAN_00561039

## Electronic Articles of Organization
### For
## Florida Limited Liability Company

L11000019904
FILED 8:00 AM
February 16, 2011
Sec. Of State
tcline

### Article I
The name of the Limited Liability Company is:

W&K INFO DEFENSE RESEARCH LLC

### Article II
The street address of the principal office of the Limited Liability Company is:

3119 CONTEGO LANE
PALM BEACH GARDENS, FL. US 33418

The mailing address of the Limited Liability Company is:

4371 NORTHLAKE BLVD #314
PALM BEACH GARDENS, FL. US 33410

### Article III
The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

### Article IV
The name and Florida street address of the registered agent is:

DAVID A KLEIMAN
3119 CONTEGO LANE
PALM BEACH GARDENS, FL. 33410

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: DAVE KLEIMAN

KLEIMAN_00561040

**Jennifer Hedge**

| | |
|---|---|
| **From:** | Bronwyn Evans |
| **Sent:** | Wednesday, 26 July 2017 2:05 PM |
| **To:** | Jennifer Hedge |
| **Subject:** | FW: Application for access to Court files: Craig White v W&K Info Defense Research LLC (2843340)[NRF-APAC.FID1667212] |
| **Attachments:** | Application for access to Court files (with supporting documents) - July....pdf |
| | |
| **Sensitivity:** | Confidential |

Hi Jennifer,

Please see email below asking for you to reconsider their application.

I will bring the files back up to you when I get the chance.

Regards
Bronwyn.

**Bronwyn Evans | Chief Clerk – Senior Client Service| Supreme Court of New South Wales**
Law Courts Building, Queens Square, 184 Phillip Street, Sydney NSW 2000
GPO Box 3 Sydney NSW 2001 | Tel: 1300 679 272
Email: **Bronwyn-Evans@courts.nsw.gov.au**

---

**From:** Nguyen, Alain [mailto:alain.nguyen@nortonrosefulbright.com]
**Sent:** Wednesday, 26 July 2017 2:00 PM
**To:** SCO - File Access (Shared Mailbox)
**Cc:** Bronwyn Evans; Bowden, Peter; Scott, Jenna
**Subject:** Application for access to Court files: Craig White v W&K Info Defense Research LLC (2843340)[NRF-APAC.FID1667212]
**Sensitivity:** Confidential

**Craig White v W&K Info Defense Research LLC**
**NSW Supreme Court Proceedings: 2013/225983 and 2013/245661**

Dear Sir/Madam,

We are assisting LUBELL & ROSEN, LLC (a USA law firm) who acts for Ira Kleiman who is the executor of the deceased estate of David Kleiman, a former authorised representative and member of the Defendant in the above proceedings.

We write to request access to the court docket and all documents filed in connection with the following two claims, filed by Craig Wright against W&K Info Defense Research LLC in the NSW Supreme Court:

- 2013/225983 (Statement of claim for $ 28,254,666)
- 2013/245661 (Statement of claim for $ 28,534,049.79)

We note that we have received a response from the Registrar regarding our first application, and that the Registrar has granted access to only the Statement of Claim and the Acknowledgement of Liquidated Claim. However, we require access to the complete file and all documents which have been filed in connection with the above claims.

We would be grateful if you could please review our application and grant us access to the complete court files.

Please see **attached** the following documents for your consideration:

- Application for Access to a Court file;
- Letter of Authorisation authorising Norton Rose Fulbright to access the court files;

1

KLEIMAN_00561041

- Letter of Administration that appoints Ira Kleiman as the executor of the deceased estate of David Kleiman;
- Company search of W&K Info Defense Research LLC with confirmation that David Kleiman was a former authorised representative and member of the Defendant in the above proceedings.

Thank you very much for your assistance.

We look forward to hearing from you.

Kind regards,

**Alain Nguyen** | Lawyer
Norton Rose Fulbright Australia
Level 18, Grosvenor Place, 225 George Street, Sydney, Australia
Tel +61 2 9330 8745 | Mob +61 409 153 126 | Fax +61 2 9330 8111
alain.nguyen@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT



*Law around the world*
nortonrosefulbright.com

CONFIDENTIALITY NOTICE:  This email, including any attachments, is confidential and may be privileged.  If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person.  Norton Rose Fulbright Australia and its affiliates reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia is a law firm as defined in the legal profession legislation of the Australian states in which it practises.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

We collect personal information in the course of providing our legal services. For further information please see our Australian privacy collection notice which is available at http://www.nortonrosefulbright.com/au/privacy-collection-notice/

2

KLEIMAN_00561042

**Jennifer Hedge**

---

| | |
|---|---|
| **From:** | Nguyen, Alain <alain.nguyen@nortonrosefulbright.com> |
| **Sent:** | Monday, 31 July 2017 11:07 AM |
| **To:** | Jennifer Hedge; SCO - File Access (Shared Mailbox) |
| **Cc:** | Bowden, Peter; Scott, Jenna |
| **Subject:** | RE: Application for access to Court files: Craig White v W&K Info Defense Research LLC (2843340)[NRF-APAC.FID1667212] |

| | |
|---|---|
| **Sensitivity:** | Confidential |

**Craig White v W&K Info Defense Research LLC**
**NSW Supreme Court Proceedings: 2013/225983 and 2013/245661**

Dear Registrar Hedge,

We refer to the above matter and our telephone conversation on 27 July 2017.

We write to request access to the court docket and all documents filed in connection with the following two claims, filed by Craig Wright against W&K Info Defense Research LLC in the NSW Supreme Court:

- 2013/225983 (Statement of claim for $ 28,254,666)
- 2013/245661 (Statement of claim for $ 28,534,049.79)

We would be grateful if you could please review our application and grant us access to the complete court files as we are currently investigating:

1. Potential frauds in relation to the consent order; and
2. Whether the party that executed on behalf of W&K Info Defense Research LLC both had the authority and did in fact execute on behalf of the company.

Thank you very much for your assistance.

We look forward to hearing from you.

Kind regards,

**Alain Nguyen** | Lawyer
Norton Rose Fulbright Australia
Level 18, Grosvenor Place, 225 George Street, Sydney, Australia
Tel +61 2 9330 8745 | Mob +61 409 153 126 | Fax +61 2 9330 8111
alain.nguyen@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT



*Law around the world*
nortonrosefulbright.com

---

**From:** Nguyen, Alain
**Sent:** Wednesday, 26 July 2017 2:00 PM
**To:** 'supremecourt.fileaccess@courts.nsw.gov.au'

CONFIDENTIAL                                                    KLEIMAN_00561043

**Cc:** 'Bronwyn Evans'; Bowden, Peter; Scott, Jenna
**Subject:** Application for access to Court files: Craig White v W&K Info Defense Research LLC (2843340)[NRF-APAC.FID1667212]
**Sensitivity:** Confidential

**Craig White v W&K Info Defense Research LLC**
**NSW Supreme Court Proceedings: 2013/225983 and 2013/245661**

Dear Sir/Madam,

We are assisting LUBELL & ROSEN, LLC (a USA law firm) who acts for Ira Kleiman who is the executor of the deceased estate of David Kleiman, a former authorised representative and member of the Defendant in the above proceedings.

We write to request access to the court docket and all documents filed in connection with the following two claims, filed by Craig Wright against W&K Info Defense Research LLC in the NSW Supreme Court:

- 2013/225983 (Statement of claim for $ 28,254,666)
- 2013/245661 (Statement of claim for $ 28,534,049.79)

We note that we have received a response from the Registrar regarding our first application, and that the Registrar has granted access to only the Statement of Claim and the Acknowledgement of Liquidated Claim. However, we require access to the complete file and all documents which have been filed in connection with the above claims.

We would be grateful if you could please review our application and grant us access to the complete court files.

Please see **attached** the following documents for your consideration:

- Application for Access to a Court file;
- Letter of Authorisation authorising Norton Rose Fulbright to access the court files;
- Letter of Administration that appoints Ira Kleiman as the executor of the deceased estate of David Kleiman;
- Company search of W&K Info Defense Research LLC with confirmation that David Kleiman was a former authorised representative and member of the Defendant in the above proceedings.

Thank you very much for your assistance.

We look forward to hearing from you.

Kind regards,

**Alain Nguyen** | Lawyer
Norton Rose Fulbright Australia
Level 18, Grosvenor Place, 225 George Street, Sydney, Australia
Tel +61 2 9330 8745 | Mob +61 409 153 126 | Fax +61 2 9330 8111
alain.nguyen@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT



*Law around the world*
nortonrosefulbright.com

CONFIDENTIALITY NOTICE:  This email, including any attachments, is confidential and may be privileged.  If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person.  Norton Rose Fulbright Australia and its affiliates reserve the right to monitor all email communications through their networks.

2

*This application is from the client (usa)*



**Supreme Court**
of New South Wales

# Application to access a court file

Please complete this form if you require access to a Supreme Court File.

The court will contact you when the file is available for inspection.  Please do not attend the Court unless you are advised that the file is available for inspection.  You may inspect the file at the Subpoena Section of the Supreme Court.  Files are kept for a period of one week only.

A fee of $80.00 is payable for file retrieval (for some finalised files).  This fee is payable at the time of lodging this form (if lodged in person), or at the time of viewing the court file (if lodged by email).

Please email your completed application and any enquiries relating to the progress of your application to supremecourt.fileaccess@courts.nsw.gov.au

| Court file details | |
|---|---|
| Case number: **225983 & 245661** | Division: Common Law |
| Plaintiff / Appellant name: Craig Steven Wright | |
| Defendant / Respondent name: W&K Info Defense Research LLC | |

| Applicant's details | |
|---|---|
| Name: Ira Kleiman | Solicitor Firm: |
| Contact number: 1-561-232-3244 | Email address: legalcase88@gmail.com |
| Address: 155 Bent Tree Drive, Palm Beach Gardens, FL. 33418 USA | |

| Access entitlement | | |
|---|---|---|
| ✓ appropriate box | | |
| Access to material in any proceedings is restricted to parties, except with the leave of the Court. (Practice Note No. SC Gen 2). | | |
| | The solicitor on record (Identification is required i.e. Law Society Card) | |
| | A person duly authorised by the solicitor on record (A letter of authorisation is required from the solicitor on record) | |
| | The litigant in person (Identification showing current address is required i.e. driver's licence or other photo identification) | |
| X | A non-party to the proceedings (Complete the Application by a Non-Party For Access section below) | |

Page 1 of 2

CONFIDENTIAL

KLEIMAN_00561045

| | If you require a file from another court to uplift documents and prepare appeal books, tick this box and enter the lower court file number here: |
|---|---|

**Application by a non-party for access to material held by the court**

**Do not complete this section if you are the solicitor on record, a person duly authorised by the solicitor on record or the litigant in person.**

I apply for leave to inspect the documents described below:

Case numbers: **225983 & 245661**

I submit that access to the documents should be granted because (state reasons):

As Personal Representative of David Kleiman's Estate, Ira Kleiman has the authority to exercise all of David Kleiman's rights as a Member of W&K Info Defense Research LLC (defendant) and, thusly, has the right to represent the company to the extent of Mr. Kleiman's interest in the limited liability company.

A Letter of Administration can be provided as evidence of Ira Kleiman's role as Personal Representative for David Kleiman's Estate.

Under Florida law Ira Kleiman has the authority to represent David Kleiman's interest (Florida Statute §605.0504 attached).
http://www.leg.state.fl.us/statutes/index.cfm?App_mode=Display_Statute&URL=0600-0699/0605/Sections/0605.0504.html

*query interest?*

**Registrar Use Only**

Application by non-party for access approved / refused

Access is restricted to

Access is refused due to

*Separate. as Approval given to Mathew Rose Pollony to inspect file behalf of IRA Kleiman.*

Signed: *AM SDR.*   Dated: *1/8/17*

**Undertaking**

I the applicant agree that I will not remove or tamper with any document on this file during inspection, nor will I remove the file from the registry inspection area.

I further undertake to return the file to the viewing room counter immediately upon completion of inspection.

Page 2 of 2

CONFIDENTIAL

| Signed: Ira S. Kleiman | Dated: July 26, 2017 |

Page 3 of 2

CONFIDENTIAL

KLEIMAN_00561047



## View Outcome Text

Listing Details

Heard at: 06/11/2013 — by: Acting Registrar R Kenna;
Supreme Court Sydney
Supreme Court - Civil

2013/00245661-001 Acting Registrar R Kenna Directions (Common Law Registrar) Craig Steven Wright v W & K Info Defense Research LLC 09:00 AM 5 MINUTES

Date of Listing: 06 Nov 2013 before Acting Registrar R Kenna at Supreme Court - Civil, Supreme Court Sydney

Appearances:
W & K Info Defense Research LLC, Defendant , No Appearance
Wright, Craig Steven, Plaintiff , No Appearance

2013/00245661-001 / Statement of Claim: Craig Steven Wright v W & K Info Defense Research LLC /

BY CONSENT
Orders/Judgment:
1. Judgment in the sum of $28,534,049.79 in favour of the plaintiff.
2. No order as to costs.
3. The court notes the agreement of the parties that the plaintiff will accept the transfer of Intellectual property held by the plaintiff in full and final satisfaction of the judgment.
(ID 25837259)

Record Outcome   Edit Outcome   Close

CONFIDENTIAL

KLEIMAN_00561048

Form 44 (version 2)
UCPR 36.1A

# CONSENT ORDER

FILED

2 8 AUG 2013

(SUPREME COURT OF NEW SOUTH WALES seal)

NFL

## COURT DETAILS

| | |
|---|---|
| Court | NSW Supreme Court |
| Division | General Division Common Law |
| List | General |
| Registry | Sydney |
| Case number | 2013 / 245661 |

## TITLE OF PROCEEDINGS

| | |
|---|---|
| Plaintiff | **Craig Steven Wright (ABN 97 481 146 384)** |
| Defendant | **W&K INFO DEFENSE RESEARCH LLC** |

## PREPARATION DETAILS

| | |
|---|---|
| Filed for | **Craig S Wright** |
| | Plaintiff |
| Contact name and telephone | Craig S Wright |
| | 0417 683 914 |
| Contact email | Craig S Wright (craigswright@acm.org) |

## TERMS OF ORDER MADE BY THE COURT BY CONSENT

Orders/Judgment:

1.  Judgment in the sum of $28,534,049.79 in favour of the plaintiff.

2.  No order as to costs.

3.  The court notes the agreement of the parties that the plaintiff will accept the transfer of Intellectual property held by the plaintiff in full and final satisfaction of the judgment.

## SIGNATURES

**Plaintiff**
The plaintiff consents.
Signature of plaintiff

Craig S Wright

Capacity                           Plaintiff

KLEIMAN_00561049

Date of signature                28th Aug 2013

**Defendant**

The defendant consents.

Signature of or on behalf of party
if not legally represented

Capacity                         Authorised officer

Date of signature               28th Aug 2013

_____J Wilson_____ consents.

**SEAL AND SIGNATURE**

Court seal

Signature                        _____

Capacity

Date made or given

Date entered

**NOTICE**

Subject to limited exceptions, no variation of a judgment or order can occur except on application made within 14 days after entry of the judgment or order.

CONFIDENTIAL                                              KLEIMAN_00561050

FILED

1 3 AUG 2013

VO

Form 3B (version 4)
UCPR 6.2

# STATEMENT OF CLAIM

## COURT DETAILS

| | |
|---|---|
| Court | NSW Supreme Court |
| Division | General division / Common Law |
| List | General |
| Registry | Sydney |
| Case number | 2013 | 245661 |

## TITLE OF PROCEEDINGS

| | |
|---|---|
| Plaintiff | **Craig Steven Wright (ABN 97 481 146 384)** |
| Defendant | **W&K INFO DEFENSE RESEARCH LLC** |

## FILING DETAILS

| | |
|---|---|
| Filed for | **Craig S Wright** |
| | Plaintiff |
| Contact name and telephone | Craig S Wright |
| | 0417 683 914 |
| Contact email | Craig S Wright (craigswright@acm.org) |

## TYPE OF CLAIM

Mercantile Law - Sale of Goods and Services – Contractual Dispute

~~Mercantile Law – Other – Money Lent~~

KLEIMAN_00561051

## RELIEF CLAIMED

1    That the defendant pay the plaintiff the total amount claimed below.

| | |
|---|---|
| Amount of claim | $ $28,533,016.79 |
| Interest | $ 0 |
| Filing fees | $ 999.00 |
| Service fees | $ 34.00 |
| Solicitors fees | $ 0.00 |
| **TOTAL** | **$ $28,534,049.79** |

## PLEADINGS AND PARTICULARS

1    Between 2011 and 2013 the plaintiff provided contract labour services to the defendant. The plaintiff loaned money to the defendant to the defendant at a set interest rate with a commercial expectation that the said monies would be repaid in full when a project was completed.

2    This was issued in Bitcoin. The value at the current date is $13,917,775.

3    The Software and SDK developed under this project is guaranteed against the amounts of this claim.

4    The defendant is a company that operates from Palm Beach, FL, USA and does research in homeland security research.

5    By contract dated 8 January 2009, the Defendant agreed to pay the Plaintiff for property and consulting services to complete research. The contract was bonded against the intellectual property of the defendant.

6    The material terms of the purchase contract were:

    a.  The Plaintiff was the contractor and financier

    b.  The Defendant was the Vendor

    c.  Completion was to take place on 30 June 2013.

    d.  Time was of the essence of the contract.

    e.  That in the event that the Purchaser breached the contract, the Seller could either affirm or terminate the contract with a full return of value.

7    The plaintiff conducted a project for the development of a Bitcoin SDK and exchange.

CONFIDENTIAL

KLEIMAN_00561052

3

8       The contract was executed with an agreement that all created Intellectual property reverts to the ownership of the plaintiff with interest if the project concludes without assignment of shares in the defendant.

9       The contract set the interest rate at 12% calculated annually.

10      The exchange rate was contracted with a formula to be $1.12 at the point of breach.

11      The funding was supplied using Bitcoin and Gold bonds.

12      A bond of Au $20,000,000.00 was provided to cover funding aspects of the research and for the provision of ASC hardware as a pooled amount with a depreciated capitals value of $8,828,571.29 with straight line depreciation which has 5 years remaining.

13      The contract stated that a breach would lead to liquidated damages to the amounts stated as the project limits. If the liquidated amount is not paid all IP and systems returns to the sole ownership of the plaintiff.

14      The IP is software and code used in the creation of a Bitcoin system.

15      The defendant is unable to complete its responsibilities due to the death of its director, Mr Kleiman.

16      The total debt after depreciation of the hardware comes to $22,746,346.29 in Australian dollars. The Interest on this amount is calculated at $AU 5,786,670.50.

17      The plaintiff claims:

        Debt of $ $28,533,016.79.

        Interest pursuant to section 100 Civil Procedure Act 2005 from 01 July 2013 to judgement.

## SIGNATURE

I acknowledge that court fees may be payable during these proceedings.  These fees may include a hearing allocation fee.

Signature

Capacity                    Plaintiff

Date of signature           1 2 Aug 13

**NOTICE TO DEFENDANT**

**If you do not file a defence within 28 days of being served with this statement of claim:**

- **You will be in default in these proceedings.**
- **The court may enter judgment against you without any further notice to you.**

The judgment may be for the relief claimed in the statement of claim and for the plaintiff's costs of bringing these proceedings. The court may provide third parties with details of any default judgment entered against you.

**HOW TO RESPOND**

**Please read this statement of claim very carefully. If you have any trouble understanding it or require assistance on how to respond to the claim you should get legal advice as soon as possible.**

You can get further information about what you need to do to respond to the claim from:

- A legal practitioner.
- LawAccess NSW on 1300 888 529 or at www.lawaccess.nsw.gov.au.
- The court registry for limited procedural information.

You can respond in one of the following ways:

1    **If you intend to dispute the claim or part of the claim,** by filing a defence and/or making a cross-claim.

2    **If money is claimed, and you believe you owe the money claimed,** by:

- Paying the plaintiff all of the money and interest claimed.  If you file a notice of payment under UCPR 6.17 further proceedings against you will be stayed unless the court otherwise orders.
- Filing an acknowledgement of the claim.
- Applying to the court for further time to pay the claim.

3    **If money is claimed, and you believe you owe part of the money claimed,** by:

- Paying the plaintiff that part of the money that is claimed.
- Filing a defence in relation to the part that you do not believe is owed.

Court forms are available on the UCPR website at www.lawlink.nsw.gov.au/ucpr or at any NSW court registry.

**REGISTRY ADDRESS**

| | |
|---|---|
| Street address | 184 Phillip St, Sydney NSW 2000 |
| Postal address | Supreme Court of NSW, GPO Box 3, Sydney NSW 2001 Australia  2000 |
| Telephone | (02) 9377 5840 |

KLEIMAN_00561054

5

## #AFFIDAVIT VERIFYING

| | |
|---|---|
| Name | Craig Steven Wright |
| Address | 43 St Johns Ave Gordon NSW 2072 |
| Occupation | Lecturer/Director |
| Date | 12 Aug2013 |

I say on oath:

1      I am the plaintiff.

2      I believe that the allegations of fact in the statement of claim are true.

SWORN at                    Gordon

Signature of deponent

Name of witness         ~~Craig Steven Wright~~

Address of witness 818 Pacific Hwy
Gordon NSW 2072

CHRISTIAN HOFMANN
Reg. No 195484
Justice of the Peace in and for
the State of New South Wales

Capacity of witness         Justice of the peace

And as a witness, I certify the following matters concerning the person who made this affidavit (the **deponent**):

1      #I saw the face of the deponent. [OR, delete whichever option is inapplicable]
       ~~#I did not see the face of the deponent because the deponent was wearing a face covering, but I am~~
       ~~satisfied that the deponent had a special justification for not removing the covering.*~~

2      ~~#I have known the deponent for at least 12 months. [OR, delete whichever option is inapplicable]~~
       #I have confirmed the deponent's identity using the following identification document:

NSW Driver Licence
Identification document relied on (may be original or certified copy) †

Signature of witness

Note:  The deponent and witness must sign each page of the affidavit.  See UCPR 35.7B.

---

[* The only "special justification" for not removing a face covering is a legitimate medical reason (at April 2012).]

[†"Identification documents" include current driver licence, proof of age card, Medicare card, credit card, Centrelink pension card, Veterans Affairs entitlement card, student identity card, citizenship certificate, birth certificate, passport or see Oaths Regulation 2011.]

CONFIDENTIAL

## #PARTY DETAILS

**PARTIES TO THE PROCEEDINGS**

| **Plaintiff** | **Defendant** |
|---|---|
| Craig Steven Wright | W&K INFO DEFENSE RESEARCH LLC |
| | 4371 Norhtlake Blvd #314 |
| | Palm Beach |
| | FL 33410 - 6253 [Defendant] |

### FURTHER DETAILS ABOUT PLAINTIFF[S]

**Plaintiff**

| Name | Craig Steven Wright |
|---|---|
| Address | 43 St Johns Ave |
| | Gordon NSW 2072 |

**Contact details for plaintiff acting in person or by authorised officer**

| Address for service | as above |
|---|---|
| Telephone | 0417 683 914 |
| Email | craigswright@acm.org |

### DETAILS ABOUT DEFENDANT

**Defendant**

| Name | W&K INFO DEFENSE RESEARCH LLC |
|---|---|
| Address | 4371 Norhtlake Blvd #314 |
| | Palm Beach |
| | FL 33410 - 6253 |

CONFIDENTIAL

KLEIMAN_00561056

51

FILED

1 9 AUG 2013




CL Reg
30/10

Form 35 (version 2)
UCPR 20.34

# ACKNOWLEDGEMENT OF LIQUIDATED CLAIM

## COURT DETAILS

| | |
|---|---|
| Court | NSW Supreme Court |
| Division | General Division Common Law |
| List | General |
| Registry | Sydney |
| Case number | 2013 / 245661 |

## TITLE OF PROCEEDINGS

| | |
|---|---|
| Plaintiff | **Craig Steven Wright (ABN 97 481 146 384)** |
| Defendant | **W&K INFO DEFENSE RESEARCH LLC** |

## FILING DETAILS

| | |
|---|---|
| Filed for | Defendant |
| Contact name and telephone | Dr C Wright, 02 8003 7553 |

## ACKNOWLEDGEMENT

1      I am the legal agent and representative for the defendant.

2      I acknowledge the whole of the amount being claimed by the plaintiff.

## SIGNATURE

| | |
|---|---|
| Signature | |
| Capacity | Defendant |
| Date of signature | 19th August 2013 |

CONFIDENTIAL

KLEIMAN_00561057

2

| **FURTHER DETAILS ABOUT FILING PARTY** |

[Include your contact details if you have not previously given this information to the court.  Do not include the contact details for any other parties.]

**Filing party**

| Name | W&K INFO DEFENSE RESEARCH LLC | *51 Cowangarra Rd* |
| Address | Bagnoo NSW 2446 | |

**Contact details for filing party acting in person or by authorised officer**

Name of authorised officer

Capacity to act for filing party          Director / Australian Agent

Address for service                       as above
[The filing party must give an address for
service.  This must be an address in
NSW unless the exceptions listed in
UCPR 4.5(3) apply.  State "as above" if
the filing party's address for service is
the same as the filing party's address
stated above.]

Telephone                                 02 8003 7553

Email                                     craig@integys.com



CONFIDENTIAL

KLEIMAN_00561058

| | | |
|---|---|---|
| **Valentina Ortakovska/SCO/NSW_AG** | To | craigswright@acm.org |
| 03/09/2013 03:17 PM | cc | |
| | bcc | |
| | Subject | Re: proceedings number 2013/245661 |

Dear Mr Wright,

Please be advised that the Consent Order filed on 28/8/2013 was not dealt by Registrar in chamber. The matter is now listed on  30/10/2013 at 9am by Registrar's request and all parties needs to be present in court on that day.


Regards
Valentina Ortakovska
Senior Client Service Office
Supreme Court of NSW

CONFIDENTIAL



Law Courts Building, Queens Square   Level 5 184  Phillip Street SYDNEY
NSW 2000
General Post Office Box 3 SYDNEY NSW 2001
DX 829, Sydney

Telephone: 1300 679 272
Facsimile:
TTY Phone: (02) 9230 8011

Email: supremecourt.enquiries@courts.nsw.gov.au
Website: www.lawlink.nsw.gov.au/sc

ABN: 77 057 165 500

# Supreme Court
of New South Wales

COPY

Craig Steven Wright
43  St Johns Avenue
GORDON NSW 2072



D0000FGTI1

Your Ref:                                                          3 September 2013

## NOTICE OF LISTING

Case number    2013/00245661
Case title        Craig Steven Wright v W & K Info Defense Research LLC

The matter is listed for Directions (Common Law Registrar) on 30/10/2013 at 09:00
AM, Supreme Court - Civil, Supreme Court Sydney Court 9C Queens Square Sydney

If you do not appear at Court, this matter may be dealt with in your absence.

### Listing Inquiries

Judicial Officers and Court Rooms are generally not allocated to cases until the day
before the case is listed.

Listing details for cases are:
- published on the internet at http:\\www.lawlink.nsw.gov.au on the
  afternoon before the case is listed;
- published in the Sydney Morning Herald in the Law Notices section on the
  morning of the case (for Supreme Court and Sydney District Court only);
- available on notice boards in the foyer of the Court each morning.

Principal Registrar

vortak2                                                              1 of 1

CONFIDENTIAL                                                    KLEIMAN_00561060



Law Courts Building, Queens Square   Level 5 184  Phillip Street SYDNEY
NSW 2000
General Post Office Box 3 SYDNEY NSW 2001
DX 829, Sydney

Telephone: 1300 679 272
Facsimile:
TTY Phone: (02) 9230 8011

Email: supremecourt.enquiries@courts.nsw.gov.au
Website: www.lawlink.nsw.gov.au/sc

ABN: 77 057 165 500

# Supreme Court
of New South Wales

W & K Info Defense Research LLC
4371 Norhtlake Blvd 314
Palm Beach
FL 33410 - 6253
United States of America

COPY

D0000FGTI2

Your Ref:                                                     3 September 2013

## NOTICE OF LISTING

Case number      2013/00245661
Case title       Craig Steven Wright v W & K Info Defense Research LLC

___

The matter is listed for Directions (Common Law Registrar) on 30/10/2013 at 09:00 AM, Supreme Court - Civil, Supreme Court Sydney Court 9C Queens Square Sydney

If you do not appear at Court, this matter may be dealt with in your absence.

### Listing Inquiries

Judicial Officers and Court Rooms are generally not allocated to cases until the day before the case is listed.

Listing details for cases are:
- published on the internet at http:\\www.lawlink.nsw.gov.au on the afternoon before the case is listed;
- published in the Sydney Morning Herald in the Law Notices section on the morning of the case (for Supreme Court and Sydney District Court only);
- available on notice boards in the foyer of the Court each morning.

Principal Registrar

vortak2                                                          1 of 1

CONFIDENTIAL                                                    KLEIMAN_00561061