Message

| | |
|---|---|
| **From**: | Craig Wright <craig@rcjbr.org> [Craig Wright <craig@rcjbr.org>] |
| **Sent**: | 3/17/2014 7:52:13 PM |
| **To**: | Patrick Paige |
| **Subject**: | Re: Update |

Dave and.
Not one person.

On 18/03/2014 5:36 am, "Patrick Paige" <patrick@computerforensicsllc.com> wrote:

Hi Craig, hope all is well…In reading some recent articles from Newsweek I see that the " real" creator of BC recently posted " I am not Dorian Nakamoto" , how can this be if this was supposed to be Dave?


**Patrick Paige** EnCE SCERS

*1880 North Congress Ave. Ste 333*

*Boynton Beach FL 33426*

Office: 561.404.3074

Cell: 561.818.9208

*www.computerforensicsllc.com*

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*