| | |
|---|---|
| **From:** | Craig S Wright <craig.wright@hotwirepe.com> |
| **Sent:** | Sunday, March 2, 2014 4:18 AM |
| **To:** | Ira K |
| **Subject:** | RE: Bond villains |

I will send some during the week going back the decade.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Sunday, 2 March 2014 9:13 AM
**To:** Craig S Wright
**Subject:** Re: Bond villains

Sure I can do a letter, but Craig if we don't recover anything from the drives it's not necessary to give us any Bitcoins of your own. You are already being more than generous. And I really appreciate that you are even sharing some insight about your friendship with Dave to me.

If you have any other email exchanges between you guys that you wouldn't mind sharing, that would be cool to read.

Thanks,
Ira

On Sat, Mar 1, 2014 at 2:59 PM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

> Ok. Can I have you do a letter. I will send details on what is required. Just for the legals. I will send details of the companies.
>
> No. All the Bitcoin Dave has are Dave's
>
> I am not asking for any. If we recover nothing, I will give something of my own.
>
> Sent from my HTC
>
> ----- Reply message -----
> From: "Ira K" <clocktime2020@gmail.com>
> To: "Craig S Wright" <craig.wright@hotwirepe.com>
> Subject: Bond villains
> Date: Sun, Mar 2, 2014 01:23
>
> Can you allocate 20% to my dad and 80% to myself?

CONFIDENTIAL                                                                                   KLEIMAN_00004797

So if I understand correctly, you have the rights to the remaining portion of Bitcoins stored on one of Dave's drives here? If that's true we just need to figure out how to decrypt the drives.

Ira


On Friday, February 28, 2014, Craig S Wright <craig.wright@hotwirepe.com> wrote:

The trust Dave setup should have around 300,000

We moved everything offshore as a result of my early fight with the Tax office. This was back in 2011. The BTC would be on a server or hard drive, just the rights are overseas.

The price is displayed in the diagram below.



I do not know what was going on with Dave before he died, or if he was taking notice – he seemed distant and we did not talk much in April other than a couple company matters. In the couple months before the end, it finally started to be worth something. Then it crashed just before he died, then it recovered.

I need to allocate shares to Dave's estate. You need to tell me how.

CONFIDENTIAL              KLEIMAN_00004798

Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Saturday, 1 March 2014 12:53 PM
**To:** Craig S Wright
**Subject:** Re: FW: Bond villains

Hi Craig,

I was just noticing the sentence where Dave mentioned Bitcoins were not worth much at the time.

That must be why he never cashed any in.

Do you still have a million bitcoins in the trust he setup? And do you think there is a chance of finding the bank holding them? If I can be of help just let me know what you need. Since Dave setup the trust, perhaps my identification is needed in order to gain access?

Do you know how the bitcoins are stored in the trust? Are they on a hard drive?

I don't quite understand why it was necessary to keep them in these offshore places.

And are there two seperate trusts?

1.) GICSR Trust in Belize.

2.) Design by Human in Seychelles.

Sorry if I sound a bit confused... it's because I am.  :-)

Ira

CONFIDENTIAL                                                                                                                   KLEIMAN_00004799

On Fri, Feb 28, 2014 at 12:54 AM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

Just some emails from Dave.

**From:** Craig S Wright
**Sent:** Monday, 25 January 2010 2:15 PM
**To:** 'Craig Wright'
**Subject:** Bond Villains

-----BEGIN PGP SIGNED MESSAGE-----

Hash: SHA1

Craig,

How does the following sound?

*I very much wanted to find some way to include a short message, but the problem is, the whole world would be able to see the message. As much as you may keep reminding people that the message is completely non-private, it would be an accident waiting to happen.*

Look up Wotty - it is not a mistake.

Are you really sure you want to know nothing of the Panama fund? I know you are having tax problems, but Bitcoins are not worth enough to be a bother. They are a wonderful idea, but you need to get some others involved and actually accept help from somebody other than me one day. I am not going to be here for you forever you know.

Worse, if you send yourself bankrupt it will not help anyone. I know you are a stubborn bastard mate (I can be an Ozzie too), I have helped you in many of the fights you get into online and more, but you need to know when to stop. Leave the government for now. Stop or they will really do some damage to you.

4

Dave

PS, thanks for making me a part of this.

5

CONFIDENTIAL  KLEIMAN_00004801