P-731

Case No. 9:18-CV-89176-BB

| From: | Ira Kleiman <clocktime2020@gmail.com> |
|---|---|
| Sent: | Saturday, July 4, 2015 1:45 AM |
| To: | backclock1999@gmail.com |
| Subject: | Fwd: Questions |
| Attachments: | Coin-Exch Pty Ltd - Balance Sheet.pdf |

# Forwarded conversation
Subject: **Questions**
-----------------------

From: **Craig S Wright** <craig@rcjbr.org>
Date: Tue, Apr 15, 2014 at 8:13 PM
To: Ira K <clocktime2020@gmail.com>
Cc: Andrew <asommer@claytonutz.com>


Ira,

Andrew can help if you want to answer the questions.

He can either formulate a response for you, check yours or at the same time, you can decide not to answer. You are not an Australian Tax resident, so they cannot force you to answer.

I would appreciate if you do, but do remember, they cannot make you pay anything. It does not stop everyone being against what Dave and I did.

Even the banks are starting to attack BTC now:

http://www.smh.com.au/it-pro/business-it/nab-severs-ties-with-bitcoin-vendors-20140410-zqt3b.html

Thanks Craig


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Tue, Apr 15, 2014 at 8:42 PM
To: Craig S Wright <craig@rcjbr.org>


Sure,

Andrew can formulate whatever response you are comfortable with and I will send it to them.

Yeah, I have read how Australia and China aren't too bitcoin friendly.  With the various governments putting restrictions on BTC do you feel Coin-Exch can still be successful?

CONFIDENTIAL

KLEIMAN_00005025

Thanks,
Ira


----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Tue, Apr 15, 2014 at 8:48 PM
To: Ira K <clocktime2020@gmail.com>
Cc: Andrew <asommer@claytonutz.com>


Hi Andrew,

Can you help Ira with this please.


It is hostile everywhere right now. That stated, Dave and I have put far too much blood sweat and tears into this to allow it to fail.


It will be successful, it is just going to take time. So, are you still sure you do not want to be a director of the companies as was offered? You can put up with all this fun day to day ;)


Thanks

Craig


**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 16 April 2014 10:42 AM
**To:** Craig S Wright
**Subject:** Re: Questions


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Tue, Apr 15, 2014 at 9:16 PM
To: Craig S Wright <craig@rcjbr.org>


Honestly I don't know.  I'm not sure what obligations must be met as a director?
If it jallows me to follow what's going on in the business, that would be interesting.
But if you feel it's in my best interest not to be involved with it because it might expose
me to legal liablilities, then I will certainly understand.

Thanks,

CONFIDENTIAL

KLEIMAN_00005026

Ira


----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Tue, Apr 15, 2014 at 9:28 PM
To: Ira K <clocktime2020@gmail.com>


I would love you to be involved.


How about we add you once we get the tax audit out of the way and also get directors insurance for you?


**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 16 April 2014 11:17 AM


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Tue, Apr 15, 2014 at 9:41 PM
To: Craig S Wright <craig@rcjbr.org>


Sure, that sounds good to me.

Thanks.

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Tue, Apr 22, 2014 at 9:49 PM
To: Craig S Wright <craig@rcjbr.org>


Craig,

Just as Dave believed in your vision and abilities, I share that
same belief.   There is no doubt in my mind that you are capable of
achieving the goals you have set.  And I am still in awe of your brilliance.

However, since receiving the documents from the ATO and spending more time
reviewing them, I feel like there are questionable discrepancies in the
contracts between you and W&K such as Dave's signatures, his resignation,
transfer of all accountable value, Uyen's role of Director, BAA projects, etc.
No need to go into details.

I can understand how you may have felt pressured to take actions to secure

3

CONFIDENTIAL

KLEIMAN_00005027

the business you and Dave started.  And the last thing I want to do is
stifle the growth of it.  But I do believe we need to remedy the lopsided
contractual exchange.

As the Executor for the Estate of the Director at W&K I propose we
reach an agreement that Dave himself would approve.

Good sir, my request equates to peace and prosperity for all:
1. Return 17% of the 323k bitcoins to Dave's estate.
2. Retain only half our current holdings in Coin-Exch.
3. Remain friends that avoid all taxing troubles henceforth.

And I would still welcome you to attempt gaining access to Dave's drives.
If you are able to find his bitcoin files I would gladly give you half
and invest Dave's other half into your new business.

Sincerely,
Ira

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Tue, Apr 22, 2014 at 11:02 PM
To: Ira K <clocktime2020@gmail.com>
Cc: Andrew <asommer@claytonutz.com>


Ira,

I do not know what you have been told, but I think there is a need to go into detail.


Andrew (CC'd) is a tax partner with Clayton Utz. I am happy for you to ask him anything. This is permission for that. I am
sure he will give better truth than the tax office. At least more of it and without filtering things.


Dave signed electronically. I have not ever stated that these are his. If I had wanted to do that I would have dug up
copies from the old company filings. The ATO and the court had the digitally signed documents. There is a wrapper as
the signature.


Dave held his BTC, not me for him.


I do not know what Dave's resignation is. You mention a resignation, I do not know of one. I know what we planned –
I  not know all of what was occurring in WK.

4

KLEIMAN_00005028

Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 11:49 AM

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Tue, Apr 22, 2014 at 11:07 PM
To: Ira K <clocktime2020@gmail.com>

Ira, what is a number I can call on?

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 11:49 AM

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Tue, Apr 22, 2014 at 11:18 PM
To: Ira K <clocktime2020@gmail.com>
Cc: Andrew <asommer@claytonutz.com>

Ira,

Please call me on

+61 490 447 629

I would really like to know what you have been told.

I DO know things are messy, but I do not think you have been given everything either.

CONFIDENTIAL

KLEIMAN_00005029

Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 11:49 AM

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Tue, Apr 22, 2014 at 11:22 PM
To: Ira K <clocktime2020@gmail.com>
Cc: Andrew <asommer@claytonutz.com>

I also think you should know what the software and amounts in the company are.

You said you are interested in knowing more, well, I am more than happy to go though it with you.

Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 11:49 AM

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Tue, Apr 22, 2014 at 11:37 PM
To: Craig S Wright <craig@rcjbr.org>

Craig,

The information I have to work with is what you have told me and the documents from the ATO office. From those documents it appears clear to see a systematic transfer of assets out of W&K back to you.

Up until April 15 I was a complete believer in what you were telling me. But you never mentioned any of the actions you were taking against W&K prior to contacting us.

We could start by going step by step through the questionaire the ATO sent me. But I really didn't think you would want to get into those details. I thought you appreciated Dave's contribution. Helping you get the government funding to start it all, etc.

If you have more information that I'm missing you are more than welcome to email it to me.

Regards,

6

CONFIDENTIAL

KLEIMAN_00005030

Ira

\-\-\-\-\-\-\-\-\-\-
From: **Craig S Wright** <craig@rcjbr.org>
Date: Tue, Apr 22, 2014 at 11:48 PM
To: Ira K <clocktime2020@gmail.com>
Cc: Andrew <asommer@claytonutz.com>

Ira,

Dave died. I did the actions to make sure that the court signed off on what Dave and I planned.

The reason for the transfer is to use the R&D tax credit on the value of the software Dave and I developed.

"I thought you appreciated Dave's contribution. "

More than I could express. This was not about screwing Dave or his estate, it was ensuring that we had something solid as Dave died. I did that action as accountants etc advised it was necessary.

I think they have mislead you as to what this is about. There is no GST (tax) on the software Dave transferred, but it is being used by the ATO as an excuse to try and not pay other amounts that are owed.

Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 1:37 PM

\-\-\-\-\-\-\-\-\-\-
From: **Craig S Wright** <craig@rcjbr.org>
Date: Tue, Apr 22, 2014 at 11:52 PM
To: Ira K <clocktime2020@gmail.com>
Cc: Andrew <asommer@claytonutz.com>

CONFIDENTIAL

KLEIMAN_00005031

I think I should get a conference call with yourself and Andrew to let you know all that they have not told you and make sure you do not think that this was about screwing anyone.

I think you have been fed a small amount of information out of the entirety to make it seem like I was trying to screw Dave.

That is and was far from the truth.

Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 1:37 PM

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Tue, Apr 22, 2014 at 11:58 PM
To: Craig S Wright <craig@rcjbr.org>

Craig,

It's not about information that they fed me.  It's about contracts that you signed and agreements that don't seem logical.

I don't understand why Dave would make that agreement with you for a business divorce.  Why would a successful
partnership suddenly seperate and leave one partner with everything of accountable value and the other(Dave) with
only 10% in a future venture and a undisclosed amount of Bitcoins?  And the contract (CEWK01 and CEWK03) is
signed the same month of his death and without his real signature.  Nor do I believe it to be a digital signature.
It doesn't even come close to his handwriting  That is obviously a females signature.   Things just don't make sense.

Ira

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:05 AM
To: Ira K <clocktime2020@gmail.com>
Cc: Andrew <asommer@claytonutz.com>

8

CONFIDENTIAL

KLEIMAN_00005032

The document was signed using PGP. That is the digital signature. The other was a PDF thing that gets applied. It was and never was handwritten. The signature is the PGP signing.

Dave's interest is in founder shares in Coin-Exch.

The sale of the software and its use leads to an Research & Development refund into the company. Coin-Exch receives the moved the software and uses it for an R&D claim. That is why it was done. This is 45% of the expense.

That is what is obtained from this. That is what the ATO do not like.

Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 1:59 PM

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:10 AM
To: Craig S Wright <craig@rcjbr.org>

Are you saying that the signature was just computer generated, a type font?

Ira

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:13 AM
To: Ira K <clocktime2020@gmail.com>

Yes.

The PGP key is the signature.

The PDF just adds it.

CONFIDENTIAL

KLEIMAN_00005033

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:10 PM

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:15 AM
To: Craig S Wright <craig@rcjbr.org>

It doesn't look like a type font.

There are 2 seperate contracts with the same style handwriting, but with slight variations.

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:15 AM
To: Ira K <clocktime2020@gmail.com>
Cc: Andrew <asommer@claytonutz.com>

The ATO has the PGP signed copy by the way. They had also been told that the PDF adds the text.

I assume they did not mention this to you?

The PGP used is for the email dave@davekleiman.com.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:10 PM

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:23 AM
To: Craig S Wright <craig@rcjbr.org>

I understand PDF signatures.  I used it to sign our share agreement.

But the signatures on those contracts have differences.  It's not a type font.

I really didn't think you would want to go back and forth about this.stuff.
I have so many more discrepancies.  Can't we avoid all this?

10

CONFIDENTIAL

KLEIMAN_00005034

Was Dave worth half of the company, a third?  an eigth?
How much do you value him at?

And if your initial intentions of helping us recover bitcoins from his
drives are in fact true, then why do you seem defensive about my
request.  We might yet recover all his bitcoins of which I said I would
invest all into your new ventures.

Ira

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:23 AM
To: Ira K <clocktime2020@gmail.com>
Cc: Andrew <asommer@claytonutz.com>

I will need to dig through old emails and documents, but I can show it is a PDF type font.

http://www.adobe.com/content/dam/Adobe/en/products/acrobat/pdfs/adobe-acrobat-xi-esign-pdf-file-tutorial-ue.pdf

That will take time and I will need to look up what font was in there when Dave did this. I will also dig up the PGP
signature for you. Dave's public key is out there on the web if you want to validate it.

I assume you know that Dave would not give ANYONE his private key – that includes me.

Andrew is a partner at Clayton Utz. I do not believe he will lie- for all people say about lawyers (sorry Andrew). Ask him –
he has received the PGP singed versions.

http://www.claytonutz.com/

I will put all this together for you by the weekend. I will show the font (as noted I need to check what it was as I do not
know what Dave's system defaulted to. I am really sorry you have been lead to believe this is something more than it
was, but will this help?

Craig

CONFIDENTIAL

KLEIMAN_00005035

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:15 PM


----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:26 AM
To: Ira K <clocktime2020@gmail.com>


"And if your initial intentions of helping us recover bitcoins from his..."


I do, but I also want to have this sorted. I do not want to have anything seen as negative. I will, but timing is always key.


"Was Dave worth half of the company, a third?  "

Dave was worth more than anything, but I cannot bring him back.


As his estate, you have half of his founder shares


**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:23 PM


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:29 AM
To: Craig S Wright <craig@rcjbr.org>


founder shares could = Zero

I don't think he would agree to such a contract.

And what kind of legal business operates like that without a record of all assets?

10% of a New business and undisclosed bitcoins?  Come on.


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:30 AM

12

KLEIMAN_00005036

To: Craig S Wright <craig@rcjbr.org>

It doesn't matter if you create a new font from scratch that looks exactly like the one on the contract.

Each contract has signatures with variations.  It is crystal clear to see.

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:32 AM
To: Craig S Wright <craig@rcjbr.org>

Legally speaking what was his value in the company?

Were you 50/50 partners?

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:33 AM
To: Ira K <clocktime2020@gmail.com>

Check:

- Otto

- Otto Maurer

It is the font

Mine is an image

All that makes it a signature is PGP

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:30 PM

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:35 AM

13

CONFIDENTIAL

KLEIMAN_00005037

To: Craig S Wright <craig@rcjbr.org>

Like I said, that is just one issue.. there are so many more.

----------
**From: Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:36 AM
To: Ira K <clocktime2020@gmail.com>
Cc: Andrew <asommer@claytonutz.com>

We have a record of assets.

This is the balance sheet for the company.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:30 PM

----------
**From: Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:38 AM
To: Craig S Wright <craig@rcjbr.org>

I'm not talking about Coin-Exch assets.  Only W&K.  Undisclosed amount of bitcons that Dave allegedly agreed to keep.

----------
**From: Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:38 AM
To: Ira K <clocktime2020@gmail.com>

One issue that you have been fed half-truths on.

And yes, there is a lot that is messy from the time. I had no idea Dave was as sick as he was. He told me he was on top of it all. I believed him.

He said it was just a small operation and he would be up again soon, that we would present a paper in June that year. So, yes, lots that was missed.

14

CONFIDENTIAL

KLEIMAN_00005038

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:35 PM


----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:39 AM
To: Ira K <clocktime2020@gmail.com>


As for W&K, Dave died – and I have no idea what is where


So many things are missing and messy it is not funny


**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:38 PM


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:41 AM
To: Craig S Wright <craig@rcjbr.org>


I understand, but that is water under the bridge.  We can't do anything about that now.
But we can provide his estate with fair compensation for his assistance.  If he was
50% partner, or even 33% partner.. he would deserve more than 10% in a unproven
business and undisclosed coins.

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:42 AM
To: Ira K <clocktime2020@gmail.com>


And if you keep the drives, we will go through them – but BTC do not disappear when they are not used. So if there are
some there – they sta..


Right now. Breaking Daves systems will take more time than we have. Each year makes more likely as new ways to
access come about.


**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:38 PM

CONFIDENTIAL                                                                                      KLEIMAN_00005039

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:42 AM
To: Craig S Wright <craig@rcjbr.org>


And that is why in a court of law, things would get messy as well
and I thought you would want to avoid that.

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:43 AM
To: Craig S Wright <craig@rcjbr.org>


That is fine and well and I mentioned in my proposal that I welcomed it.

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:43 AM
To: Ira K <clocktime2020@gmail.com>


Ira – look at the balance sheet – you have 40% of the total worth in it


Do you get that?


NOT 10%


**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:41 PM


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:44 AM
To: Craig S Wright <craig@rcjbr.org>


It wouldn't matter if I had 100%.  What if the business doesn't fly?

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:46 AM

16

KLEIMAN_00005040

To: Craig S Wright <craig@rcjbr.org>

There could be a new alternate crypto-currency that comes out and steals the thunder from Bitcoin and the new business goes bankrupt.

\----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:46 AM
To: Ira K <clocktime2020@gmail.com>

Coin-Exch            Total Equity **61,446,256.43**

There is a series of R&D claims we have – 3 years

These are 10 million a year in value.

IF the business does not work – the worst case is we have to liquidate and divide this.

That is at least 4 million value to yourself when this occurs.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:43 PM

\----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:46 AM
To: Craig S Wright <craig@rcjbr.org>

Dave would prefer to lock in secured gains that have already been made.

\----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:48 AM
To: Ira K <clocktime2020@gmail.com>

This is WHY wed the software transfer!

17

CONFIDENTIAL

KLEIMAN_00005041

It locked in payments starting in Oct this year of 10 million a year for 3 years – get it now!


That was Dave – his idea


We turn the BTC into R&D grants as cash!


YOU ARE his estate – I have added you!


**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:47 PM


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:48 AM
To: Craig S Wright <craig@rcjbr.org>


Let's see...  Together Craig & Dave have 1 Million bitcoins, but Dave prefers to gamble his stake
and possibly walk away with only 4 million.   Doesn't sound logical.

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:50 AM
To: Craig S Wright <craig@rcjbr.org>


I am open to arranging distribution of 10 million a year for 3 years,
but not through a new untested business that you just stated "worst
case scenarios 4 million".

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:50 AM
To: Ira K <clocktime2020@gmail.com>


When we did this – it was $15 a BTC


We locked in 60 million in software for Core Banking and $30 million in cash over three years

CONFIDENTIAL

KLEIMAN_00005042

So yes, we locked in a smaller value – neither of us saw the value going up when it did.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:49 PM

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:52 AM
To: Ira K <clocktime2020@gmail.com>

Then I will do a deal for your shares.

You have the 40% of the refunds – I get any upside.

I am serious here.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:51 PM

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:52 AM
To: Craig S Wright <craig@rcjbr.org>

I don't see why his share in the business is all left to risk.  He should have cashed out amount just as you must have.

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:53 AM
To: Ira K <clocktime2020@gmail.com>

You agree to that – I will have the lawyers draft something for you to have reviewed

I have NOT cashed out

CONFIDENTIAL

KLEIMAN_00005043

I will not

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:51 PM


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:54 AM
To: Craig S Wright <craig@rcjbr.org>


Why not take some off the table?

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 12:54 AM
To: Ira K <clocktime2020@gmail.com>


In 10 years I believe this will be 100 times bigger.



But I am serious, if you want to cash out, I will arrange something on the cash




**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:54 PM


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 12:55 AM
To: Craig S Wright <craig@rcjbr.org>


"You have the 40% of the refunds – I get any upside."

Can you explain that to me?

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:01 AM
To: Ira K <clocktime2020@gmail.com>

CONFIDENTIAL

KLEIMAN_00005044

We plan to list the company within two years. You can wait, this being a gamble, or I will arrange a deal now based on cash.

Yes, the R&D credits are around 30 million over the next 3 years.

That is locked in. The software has value as an asset, but what it would sell for?

We have approval, advanced funding findings etc all completed.

As for what Dave would do, well it was his idea that we crystallise some of it. The earliest being in Oct this year. This is a return of 10 million – if you think I did not want him  to be a part of this you have no idea how much I cared for Dave.

If you want to not be a part of it, then so be it, you are Dave's brother, not Dave and I would have liked to have a Dave proxy, but you are not Dave and NOBODY can take his place.

That stated, the returns will get you $4 million a year for the next three years if this is all you want – this is NO matter what occurs in the BTC world

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:56 PM

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:04 AM
To: Ira K <clocktime2020@gmail.com>

Would you prefer to know what you own or to argue it

You want assets list, balance sheets etc, then ask. You ARE a major shareholder.

You want to be a director and know it intimately – ask I have offered

21

KLEIMAN_00005045

You want to pull out – then do so and I will pay you out based on what Dave and I had been arranging.

If you want to stay, then do so and come to know more of what Dave and I did.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 2:56 PM

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:05 AM
To: Craig S Wright <craig@rcjbr.org>

Being that you don't want to cash out anything I take it you didn't want Dave to either.
I find it hard to believe that he didn't want to when he needed the cash so desperately.

I don't want to fall on the same sword and hold on forever waiting for trillions.
We don't need that much?  It's not worth it.  Don't you want to enjoy some of the good life with Ramon now?

----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:06 AM
To: Ira K <clocktime2020@gmail.com>

He would have this year

----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:06 AM
To: Ira K <clocktime2020@gmail.com>

October is the first payment

On 23/04/2014 3:05 pm, "Ira K" <clocktime2020@gmail.com> wrote:

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:09 AM

22

KLEIMAN_00005046

To: Craig S Wright <craig@rcjbr.org>

I simply want the fair share that Dave earned.
You told me you guys had 1 million bitcoins between you.

I was only asking for 54,910. and you could keep all
his drives which may contain more.

----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:09 AM
To: Ira K <clocktime2020@gmail.com>

Dave would be on a salary.

He did not tell me of his cash issues

On 23/04/2014 3:05 pm, "Ira K" <clocktime2020@gmail.com> wrote:

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:11 AM
To: Craig Wright <craig@rcjbr.org>

I honestly feel Dave is worth more than than Coin-Exch. agreement.
Like I said, he is worth atleast 54,000 btc.

----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:11 AM
To: Ira K <clocktime2020@gmail.com>

We locked them into cash payment s

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:12 AM
To: Craig Wright <craig@rcjbr.org>

Look where it got Dave by holding on for too long.
Timing is Everything.

----------
From: **Ira K** <clocktime2020@gmail.com>

23

CONFIDENTIAL

KLEIMAN_00005047

Date: Wed, Apr 23, 2014 at 1:14 AM
To: Craig Wright <craig@rcjbr.org>


I'm not saying I don't believe in what your doing with Coin-Exch.  It may very well be
tremendously successful.  Would I like to be a part of it?  Absolutely.  But do I believe
that was all he was worth to this creation. No.  He deserves to cash out something
and retain a little something of it's future.

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:15 AM
To: Craig Wright <craig@rcjbr.org>


54,000 coins and 5% of Coin-Exch.  avoids all future tax problems

----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:16 AM
To: Ira K <clocktime2020@gmail.com>


Then take the 12 million and go


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:17 AM
To: Craig Wright <craig@rcjbr.org>


He is worth more than that.

----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:18 AM
To: Ira K <clocktime2020@gmail.com>


Then have faith


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:19 AM
To: Craig Wright <craig@rcjbr.org>


I told you, I don't want to end up on the same sword as Dave.
He had faith.  It doesn't always pan out.

CONFIDENTIAL

KLEIMAN_00005048

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:20 AM
To: Craig Wright <craig@rcjbr.org>


I don't understand your hesitancy.  You know he was worth the amount I am asking.

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:24 AM
To: Craig Wright <craig@rcjbr.org>


54k of coins could be mined in a few months with your operation if you still have it running. Or your new venture's success will recoup this payment.

----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:24 AM
To: Ira K <clocktime2020@gmail.com>


I will explain later ok


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:24 AM
To: Craig Wright <craig@rcjbr.org>


ok

----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:27 AM
To: Ira K <clocktime2020@gmail.com>


You have no idea how long it takes to mine btc


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:28 AM
To: Craig Wright <craig@rcjbr.org>


The contract stated 12,000 btc were being mined per month.

CONFIDENTIAL

KLEIMAN_00005049

----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:28 AM
To: Ira K <clocktime2020@gmail.com>


Before you go off on rash paths.... Try ans understand what. Is therre


----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:30 AM
To: Ira K <clocktime2020@gmail.com>


In 2010


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:31 AM
To: Craig Wright <craig@rcjbr.org>


I am trying.  But from what I understand so far, you are placing his value
in a gambled situation and worst case scenario, 12 million?

----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:31 AM
To: Ira K <clocktime2020@gmail.com>


Same hardware is now 50 a month


----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:33 AM
To: Ira K <clocktime2020@gmail.com>


How about you learn what we are doing. Then decide?


----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:33 AM
To: Ira K <clocktime2020@gmail.com>

CONFIDENTIAL

KLEIMAN_00005050

And yes. Worst case


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:34 AM
To: Craig Wright <craig@rcjbr.org>


I don't know Craig, it sounds like the greed bug has bitten you
and you don't want to sell anything until you have reached  King
status.  What is your end game goal?   How much is enough?

If Dave was here I assure you he wouldn't want to be riding
everything into a new venture without enjoying atleast some of it.

----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 1:35 AM
To: Ira K <clocktime2020@gmail.com>


Learn what it is first


----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:37 AM
To: Craig Wright <craig@rcjbr.org>


It's not a matter of not believing in your abilities.  I absolutely do.

But that doesn't mean something shouldn't be taken off the table.
Just like trading stocks, you have to know when to take a profit
and let the rest ride.  No need for all eggs in one basket.

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 1:38 AM
To: Craig Wright <craig@rcjbr.org>


Please explain to me what is stopping you from selling some?
Just because you think it will be worth trillions?

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 3:12 AM
To: Craig Wright <craig@rcjbr.org>

CONFIDENTIAL

KLEIMAN_00005051

I am trying to look at the facts as told to me from you:

1. Dave was an equal partner with Craig in W&K
2. Between the two partners 1 million btc were generated.
3. Dave died.
4. All assets of partnership transfered back to Craig.
5. Dave's estate retains 10% in a future venture, but no disclosed bitcoins.
6. If venture doesn't work, worst case scenario is a $12 million payment to Dave's Estate.

According to the figures above:

Dave's worth valued at $12 million.
Craig's worth valued at $500 million

This does not sound like an equal partnership.

Please explain to me what information about this partnership I am missing?
Why are the values so vastly different?  I will concede that you probably
deserve a larger share, but by this much?

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 3:13 AM
To: Ira K <clocktime2020@gmail.com>

I am writing it now

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 5:13 PM
**To:** Craig Wright
**Subject:** Re: Questions

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 4:14 AM
To: Ira K <clocktime2020@gmail.com>
Cc: Andrew <asommer@claytonutz.com>

Ira,

I have sold all the BTC that I plan to sell for now. In doing what we wanted to do, Dave and I arranged for the sale or around 500,000 BTC so that we could have access to Core Banking software. The rest that I hold are in trust. The terms of that trust are not met as yet and hence if I was to break it, I would also cause the tax liability to fall and that would

CONFIDENTIAL

KLEIMAN_00005052

result in over 50% of the total being owed in taxes – a result that would drop the price to about nothing and leave nothing. I will not do that. I will not collapse years of work for anyone or anything.

Dave  and I decided to start Coin-Exch so that we could lock in some of the value. When we started planning this, it was late 2012. We locked in the value of the software based on the price of BTC then, which was less than now and if it was a year later we would have been smarter, but we took the option to cash out. That was Dave. If we had waited even 3 months the value would have been 5 times more.

No, I am not doing this as I think it is going to make me a trillionaire. I am working to make a system that is fraud resistant. One that does not allow printing money and fractional reserve banking. No inflation and no federal reserve BS.

If you read the terms of the Judgement from the court, I did not receive Dave's Bitcoin. I accepted the software Dave was developing for me. We had already exchanged this before he died. It is software that I started working on in 2003. Dave completed it for me after we split things up. He did this contracting other people.

I locked in the R&D amounts based on Dave's convincing me that was best. I am willing to take risks far more than him, but to me, this will work or I will die trying.

I thought Dave just wanted to have some time to work less. That he was planning on taking some time off and doing some relaxing and travel. He told me repeatedly that he was fine. He said the VA Hospital was covered as he was a vet. He said that he was all good. He wanted some cash to be able to do some other things he planned and we did talk about the exoframe idea. I convinced him that we could make it to Oct 2014 when if he needed we could take some of the R&D money that comes as a rebate on what has been expended and we could both spend a little time on us time.

I told him again and again that the wait is worth it. I gave him the figures and stated that he could have sold the amount I would leave him with. I wanted the software. That is what this is and always was about for me. With it, I can complete what I have worked on for 11 years now.

My eggs are not all in one basket. They are now tied to the Research funding as well.

I did the court action to ensure that the value was accepted. Not to force you, the estate etc into giving me anything, but to ensure I had a value against the software that I had received already.

I assume you know nothing of how Dave funded W&K?

CONFIDENTIAL

KLEIMAN_00005053

I sell myself to gaming companies. I am a security professional, cryptographer and programmer. I wrote software and designed systems that created and became Lasseter's OnLine Casino. I worked with Playboy Casino. I did coding for Centrebet, Sporting Bet, BetLife etc.

In 2010 I gave the source code for a good number of online casinos to Dave. Hence Panama. I put him in contact with the people at Playboy. He used this code to fund the work, research etc.

I have files of Dave's that I cannot access now. These are TrueCrypt partitions. We held backups for the other, but no passwords. I cannot access these. If I cannot finds a key or a password on these, I do not believe that I can on yours. Dave was smarter than I was in some ways. He broke his wallets into many 50BTC sized addresses. I left several large addresses that are not easy to move without making the world notice.

Dave estate is only worth 12 million IF you want to cash out right now.

IF you stay, you get the value AND the shares.

I will list these in coming years and THEN they are worth more.

"Craig's worth valued at $500 million"

There is a trust as I noted. Less than 200,000 Bitcoin remain. We need 100,000 to make the bank idea work. I cannot touch these yet even if I want to. And right now, I do. That stated, I will not move more now in any event. Dave held more and MtGox held some. I see both those sources as lost. Dave's drives are a one day possible. Each year, it is possible to crack more than double the key length that was previously possible. What I know of Dave's passwords places them at around 80 bits. We can expect them to be worth trying to crack in 10-12 years. Spending the next 5 years on this is going to cover 5-10% of the possibilities at a large cost. This is how crypto works.

What company owns right now is:

- Software – incl source code and perpetual licenses valued at over $50 million.

- Intellectual Property, design, codes etc

- Research claims

CONFIDENTIAL

KLEIMAN_00005054

If we reinvest the Research rebates, we get 45% back in the following year. The program has been approved for three years and locked in using an advance finding. This means, if we take the existing spend, we will get the following each October:

- 2014      $12 million base

- 2015      $12 million base plus the 45% from 2014 reinvested = 17.4 million

- 2016      $12 million base plus 45 % of the 17.4 Million (prior year reinvested) = $20 Million

That comes to around $50 million cash over three years. Of this, I will drive 30 million back into the company and leave the last return as a wait and see if this all fails.

In 2016, Dave's estate gets 8 Million PLUS still has a share of the company.

IF you want, I will arrange that you can pull out. In this case, the following occurs:

- 2014      $12 million base – 4 million to Dave's Estate  after costs plus 4 million from share sale (well I will try).

- 2015      $12 million base plus the 45% from 2014 remaining million reinvested = 17.4 million and 4 million to Dave's Estate  after costs.

- 2016      $12 million base plus 45 % of the 17.4 Million (prior year reinvested) = $20 Million with 4 million to Dave's Estate  after costs.

Here, in 2014, 2015 and 2016 the estate gets $4 million a year, but that is it.

If you do the latter option – I will raise funds to cover the shortfall using your shares, so I end in the same position expenditure wise.

You can be a part of it and get paid. I offered this already.

You are talking of greed to me. Right now, I have told you that you can cash out at 4 million a year for three years or see where this goes and have a payment of over 8 million plus a large share of what will be a listed company. That is with risk. 12 Million without.

W&K used my software to fund everything.

CONFIDENTIAL

KLEIMAN_00005055

If you think I will give up the software I have received from this and pull what Dave and I have worked years to put together you are mad. I will make this open source before I end it. If that happens, nobody makes anything. Not me, not you , no one.

I am working on this no matter what. The amounts are locked in ONLY because of Dave. He wanted certainty. He wanted to make sure we had something now. I did this and have structured it so that we have this money now. We did this early and the increase in BTC has been a loss really.

The software (including banking software) has cost over 50 million alone. When I contracted for it, it was when BTC was worth $116.

IF Dave and I did not start this when we did and waited 6 months (not that Dave could have) we could have used 10% of the Bitcoin we held to do this. So, NO I will not move more now. If you get access to Dave's drives, then you can move those. I am not in a rush. In the next few months, the company will get money in AUD$ and I will STILL not be taking it other than to repay bills used in this process.

When Dave and I planned this, the ENTIRE holding, his, mine and that in trust was worth 20 million.

What Craig is worth in 10 years is up in the air, but I WILL drive 99% of this (my share) back into the project. What you do is your choice. I will negotiate this, I will allow you to work with it as Dave's heir, but I WILL NOT give it up.

So Ira, the simple thing is do you want to be a part of it or to be paid out. I have spent the money. If you want, fight me and have a copy of software that will be of little use without the parts we have completed since.

ALL I have is in this. EVERYTHING. If you want to not be a part, then I will provide Dave's estate with its due. If you want to be a small part, then be a small part, if you want to be all in, then work as if you are.

There are no other options. Unless you can access Dave's drive, then the BTC Dave held remain locked away. The ones I spent in doing this are spent and there is NO way to unspend them. The ones in trust are there for a purpose and I selected a jurisdiction that cannot be forced to give them over. Not even if the US government tries to make me.

CONFIDENTIAL

KLEIMAN_00005056

So, as I have been saying, do you want to be a part of this? This is either as a silent shareholder or as a director. I have offered both. Or do you want to argue the point? There is no more to get and if you know my history, I will make sure that everything ends up completely worthless before I lose what I am doing.

Ave did not want to ta $4million a year from this. He wanted something to live on. He never asked for more. I am not taking that much, but that is YOUR choice. There are options, but one thing I will not do is give over the software or end this.

Dave bullshitted me about how he was doing and worked himself ragged. He lied to me about what he needed. There is NO WAY that I am stopping this now. I owe this to Dave and I will NOT give it up even to make Ramona's life simpler and I love her.

So, do you wan to know more and be involved or do you want to argue it and I will end up making it completely open source if I lose and then in place of the share I agreed with Dave you can have 100% of $0.

Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 3:38 PM
**To:** Craig Wright
**Subject:** Re: Questions

Please explain to me what is stopping you from selling some?

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 4:32 AM
To: Craig S Wright <craig@rcjbr.org>

I'm certainly not going to do anything to stifle the growth of the business you and he worked so hard at.

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 4:35 AM
To: Craig S Wright <craig@rcjbr.org>

CONFIDENTIAL

KLEIMAN_00005057

Why was Dave part of the Coin-Exch business and not the other branches of Hotwirepe?

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 4:40 AM
To: Ira K <clocktime2020@gmail.com>

Hotwire is doing an E-learning program. Dave never got involved with that side of what I do.

Coin-Exch is the banking and Bitcoin arm.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 6:36 PM

…

[Message clipped]
----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 4:43 AM
To: Ira K <clocktime2020@gmail.com>

Ira,

I do not know what you have been led to believe. But I am not trying to take anything from Dave's estate.

The eLearning program is to create a new form of MooC. The idea is to have large scale adaptive learning to the world. Nearly free.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 6:32 PM

…

[Message clipped]
----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 4:44 AM
To: Craig S Wright <craig@rcjbr.org>

and Denariuz?

34

CONFIDENTIAL

KLEIMAN_00005058

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 4:46 AM
To: Ira K <clocktime2020@gmail.com>


Denariuz will license from Coin-Exch.


The license will be paid is shares and the company will be owned by Coin-Exch over time. Trying to do it in a manner that is internationally tax advantageous.


Basically, I am not avoiding tax, but trying to make sure that we create a structure like Google uses to make the amount we pay as small as possible.


**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 6:45 PM

…

[Message clipped]
----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 4:50 AM
To: Ira K <clocktime2020@gmail.com>


Look, you are a part of Dave. I know that may not gel to you, but I loved Dave. I do want to have you as a part of this. I want to have you take a risk, and still come out with something.


Now as for greedy, is having a large sum of money even if this is a complete fuck up so bad? The worst case scenarios all have around 10 million plus in them. That is, we make the company fail miserably and still come out with money.


Yet if it works, we change the world.


I even sold Dave on this. I do want to Dave something of Dave still. I know you are not him, but I want to have that part of his life in this.

CONFIDENTIAL

KLEIMAN_00005059

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 6:36 PM

...

[Message clipped]
----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 4:51 AM
To: Craig S Wright <craig@rcjbr.org>


Why did you choose to let him hold a seperate bitcoin wallet that you didn't have access to?
I thought all these assets belonged to W&K.

CONFIDENTIAL

KLEIMAN_00005060

governments putting restrictions on BTC do you feel Coin-Exch can still be successful?

Thanks,

Ira

On Tue, Apr 15, 2014 at 8:13 PM, Craig S Wright <craig@rcjbr.org> wrote:

Ira,

Andrew can help if you want to answer the questions.

He can either formulate a response for you, check yours or at the same time, you can decide not to answer. You are not an Australian Tax resident, so they cannot force you to answer.

I would appreciate if you do, but do remember, they cannot make you pay anything. It does not stop everyone being against what Dave and I did.

Even the banks are starting to attack BTC now:

http://www.smh.com.au/it-pro/business-it/nab-severs-ties-with-bitcoin-vendors-20140410-zqt3b.html

CONFIDENTIAL

KLEIMAN_00005061

Thanks Craig

CONFIDENTIAL

KLEIMAN_00005062

----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 4:53 AM
To: Craig S Wright <craig@rcjbr.org>

Could you please explain to me what Coin-Exch will do?

...

[Message clipped]

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 4:57 AM
To: Ira K <clocktime2020@gmail.com>

I will send you the R&D information tomorrow if this is OK.

Basically, a completely fraud free bank, exchange and means to transact.

Unlike MtGox, you will have complete control over your funds. You will be able to manage money anywhere anytime. No fractional reserve, no inflation etc

And no credit card fraud either.

Coin-Exch will own a set of International banks and exchanges.

CONFIDENTIAL

KLEIMAN_00005063

So you want to send money to the UK from the US…

US$ - BTC

BTC transferred (in seconds to minutes)

BTC – GBP

International trade for 0.01% transaction fees.

Instant

Anywhere

An invoice on the blockchain securely FOREVER

**From:** Ira K [mailto:clocktime2020@gmail.com]

…

[Message clipped]
----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 4:58 AM
To: Ira K <clocktime2020@gmail.com>

He ran W&K

Uyen only started to help in Dec 2012 and we never completed moving things.

I moved everything in 2011 to Dave as I needed the development to be at "arms length". I could not be directly involved in it

I thought Dave would live forever. I know, a bad error.

CONFIDENTIAL                                                     KLEIMAN_00005064

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 6:52 PM

...

[Message clipped]
----------
From: **Ira K** <clocktime2020@gmail.com>
Date: Wed, Apr 23, 2014 at 5:04 AM
To: Craig S Wright <craig@rcjbr.org>

If I stay the course Dave's estate is guaranteed 8 million in 2016?

or is that with risk?

...

[Message clipped]

----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 5:13 AM
To: Ira K <clocktime2020@gmail.com>

Risk, I get hit by a truck and have nobody to keep going with the R&D.

No idea what liquidation would bring. Less.

Mitigation. Others who want to make this happen. There are some people, I do need more.

As a worst case, pulling this apart now would lead to a return of 4 million plus whatever the assets sell for, and that would be difficult at this stage.

I do not plan to offer dividends before 2016. I want to drive money back into the company.

By 2016 we will have listed the company. At that point, there will also be a market value for the shares. The upside potential is more than I think of.

CONFIDENTIAL

KLEIMAN_00005065

But yes, we have the Research approved as an advance finding. So they have to return 45% of what we spend in the prior year. If by 2016 I cannot see any future in this, then we can take what we have and distribute it. That would be the 8 million.

I see a future. Dave and Ramona were / are more risk adverse and made me add that as a backup strategy.

It is, if all fails, at least our lives were not in vain totally.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 7:05 PM

…

[Message clipped]
----------
From: **Craig S Wright** <craig@rcjbr.org>
Date: Wed, Apr 23, 2014 at 5:15 AM
To: Ira K <clocktime2020@gmail.com>

And if it does work (and I believe it will) we change the world in a manner that has not been seen for a long time – even more than the Internet

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 23 April 2014 7:05 PM

…

[Message clipped]

CONFIDENTIAL

KLEIMAN_00005066

# Balance Sheet

## Coin-Exch Pty Ltd
## As at 30 April 2014

| | 30 Apr 2014 | 30 Apr 2013 |
|---|---|---|
| **Assets** | | |
| **Bank** | | |
| Bitcoin Wallet CSW XBT | (1,930) ⁱ | - |
| Coin-Exch Savings CommBank | 104 | - |
| **Total Bank** | **(1,825)** | **-** |
| **Current Assets** | | |
| Bitcoin Assignment Wallet | 63,293,153 | - |
| Coin-Exch Expenses | 620 | - |
| Electronic Clearing Account | (55,200) | - |
| Petty Cash | 100 | 100 |
| Research and Development Tax Incentive | (825) | - |
| **Total Current Assets** | **63,237,848** | **100** |
| **Fixed Assets** | | |
| Less Accumulated Depreciation on Office Equipment | (165) | - |
| R&D Capital Account (DISS SOFTWARE Pool) | 2,020,232 | - |
| Research and Development (2014) Accm Dep (M) | (1,330,144) | - |
| Research and Development (Computer Hardware) | 174,560 | - |
| Research and Development Software Pool (2014) | 12,949,500 | - |
| Research and Development Software Pool (2015) | 24,750,000 | - |
| Vehicles - at Cost | (113,500) | - |
| **Total Fixed Assets** | **38,450,483** | **-** |
| **Total Assets** | **101,686,506** | **100** |
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable (Trade Creditors) | 19,695,428 | - |
| Equitable interest Assignment - Bitcoin | 21,793,153 | - |
| GST Liabilities | (3,788,902) | - |
| **Total Current Liabilities** | **37,699,680** | **-** |
| **Non-Current Liabilities** | | |
| CSW Capital and R&D | 2,540,570 | - |
| **Total Non-Current Liabilities** | **2,540,570** | **-** |
| **Total Liabilities** | **40,240,250** | **-** |
| **Net Assets** | **61,446,256** | **100** |
| **Equity** | | |
| Current Year Earnings | 100,000 | - |
| Current Year Earnings | 20,374,193 | - |
| Founders Shares | 21,500,000 | - |
| Ordinary Shares | 20,000,100 | 100 |
| Retained Earnings | (528,037) | - |

CONFIDENTIAL

KLEIMAN_00005067

# Balance Sheet

| | 30 Apr 2014 | 30 Apr 2013 |
|---|---|---|
| **Total Equity** | **61,446,256** | **100** |

Notes

1
Figures converted into Australian Dollar using the following rate:
80.1779 XPF CFP Franc per AUD. Rate provided by XE.com on 23 Apr 2014.

CONFIDENTIAL

KLEIMAN_00005068