**From:** Craig Wright [A]
**Sent:** 2/16/2014 1:04:56 PM
**To:** Ira K [clocktime2020@gmail.com]
**Subject:** FW: R&D
**Attachments:** Sukuriputo okane.docx

**P-744**
Case No. 9:18-CV-89176-BB

What Dave was involved with creating.

...
Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA
RCJBR.org
Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914
http://www.rcjbr.org

CONFIDENTIAL                                                                                                                                        DEFAUS_00112889

Sukuriputo okane (SO) seeks to create a completely open and malleable form of scriptable money.

This is money that can be contracted in advance.

We are seeking to explore ways to program a distributed contract using Bitcoin to form agreements with people via the block chain. These are agreements built into the coin itself. That is, money with conditions (such as you get paid if you pay your taxes or the house sells if the pest inspection comes back OK).

Contracts solve common problems in a way that minimizes trust. Minimal trust often makes things more convenient by allowing human judgments to be taken out of the loop, thus allowing complete automation. We seek to create autonomous agents in the Bitcoin block.

By building low trust protocols that interact with Bitcoin, entirely new products can be created:

- Smart property is property that can be atomically traded and loaned via the block chain.
- A Trust deed, shares, mutual funds and even property titles can be created using "smart property"
- Transferable virtual property are digital items that can be traded but not duplicated.

We seek to explore currency agents. Agents are autonomous programs that maintain their own BTC wallet, which they use to buy server time. It is expected that funds are to be obtained by the agent selling services. If demand exceeds supply the agents can spawn children that either survive or die depending on whether they can get enough business.

Distributed markets allow for a means to implement peer to peer bond and stock trading, allowing Bitcoin to be evolve into a full competitor to the international financial system if the issues are solved.

While transactions are signed, the signature does not currently cover all the data in a transaction that is hashed to create the transaction hash. Thus while uncommon it is possible for a node on the network to change a transaction you send in such a way that the hash is invalidated. Note that this just changes the hash, the output of the transaction remains the same and the bitcoins will go to their intended recipient. However this does mean that, for instance, it is not safe to accept a chain of unconfirmed transactions under any circumstance because the latter transactions will depend on the hashes of the previous transactions, and those hashes can be changed until they are confirmed in a block.

This leads to an issue where a transaction could be issued potentially even after a confirmation if the block chain is reorganized. We seek to solve this issue and also create a means to embed simple scripting into BTC.

Currently in BTC, clients must always actively scan for transactions to them; assuming a txout exists because the client created it previously is unsafe.

CONFIDENTIAL