| | |
|---|---|
| **From:** | Miller, Andrew <andrew.miller@ato.gov.au> |
| **Sent:** | Tuesday, April 29, 2014 4:23 AM |
| **To:** | Ira K |
| **Subject:** | RE: Request for Information [DLM=Sensitive] |
| **Attachments:** | CoinExch Shareholdings.pdf |

Ira,

I just thought I would contact you to see how you are going with our request for information.

With the documents we have provided, I trust the research requested of you is not too strenuous. If you have responses to all but a few of our questions, there is no issue in you providing a partial response now and updating us with the additional responses at a later date.

I have also attached a document which has been lodged with the 'Australian Securities and Investments Commission' (ASIC) recently, by Craig Wright. It suggests that you acquired $10,500,000 worth of shares in an Australian Company 'Coin-Exch Pty Ltd'. Were you aware of this, and if so, in what form did you pay this share capital?

I would be appreciative of any response you can provide in relation to this, and if I can be of any further assistance in this process, please let me know.

Thanks and regards,

**Andrew Miller**
Auditor | Indirect Tax
Australian Taxation Office
Phone: (02) 9354 6379 | Mobile: 0401 684 338
Facsimile: (02) 6225 0929
ATO | *Working for all Australians*


**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Tuesday, 22 April 2014 9:42 AM
**To:** Miller, Andrew
**Subject:** Re: Request for Information [DLM=Sensitive]

Thank you sir.  I am researching the matter and will respond as soon as possible.

Regards,
Ira Kleiman


On Mon, Apr 21, 2014 at 6:23 PM, Miller, Andrew <Andrew.Miller@ato.gov.au> wrote:

Ira,



I have not set a date for the request at this point. I would ask that you respond at your earliest convenience.

CONFIDENTIAL                                                                                                                    KLEIMAN_00004923

If you have any further questions, please feel free to contact me.

Thanks and regards,

**Andrew Miller**
Auditor | Indirect Tax
Australian Taxation Office
Phone: (02) 9354 6379 | Mobile: 0401 684 338
Facsimile: (02) 6225 0929
ATO | *Working for all Australians*

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Tuesday, 22 April 2014 3:10 AM
**To:** Miller, Andrew
**Subject:** Re: Request for Information [DLM=Sensitive]

Dear Mr. Miller,

I am currently reviewing all the documents that you sent to me.

Is there a fixed date that I must respond by?

Thank you,

Ira S. Kleiman

On Tue, Apr 15, 2014 at 2:19 AM, Miller, Andrew <Andrew.Miller@ato.gov.au> wrote:

To the Executor of the Estate for Dave Kleiman,

The Australian Taxation Office is conducting third-party enquiries in relation to ongoing compliance activities.

2

We would appreciate your assistance in responding to the attached request for information. Your details have been provided to us by a former colleague of Mr Kleiman. We have also provided documents to you (in your capacity as Executor for the Director of W&K Info Defense Research LLC) to assist you in answering our queries.

If you have any questions in relation to our request, please do not hesitate to contact us.

Thanks and regards,

Andrew Miller
Auditor | Indirect Tax
Australian Taxation Office
Phone: (02) 9354 6379 | Mobile: 0401 684 338
Facsimile: (02) 6225 0929
ATO | Working for all Australians

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IMPORTANT
    The information transmitted is for the use of the intended recipient only and may contain confidential and/or legally privileged material. Any review, re-transmission, disclosure, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited and may result in severe penalties. If you have received this e-mail in error please notify the Privacy Hotline of the Australian Taxation Office, telephone 13 2869 and delete all copies of this transmission together with any attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IMPORTANT
    The information transmitted is for the use of the intended recipient only and may contain confidential and/or legally privileged material. Any review, re-transmission, disclosure, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited and may result in severe penalties. If you have received this e-mail in error please notify the Privacy Hotline of the Australian Taxation Office, telephone 13 2869 and delete all copies of this transmission together with any attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL                                                                                                   KLEIMAN_00004925

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IMPORTANT

The information transmitted is for the use of the intended recipient only and may contain confidential and/or legally privileged material. Any review, re-transmission, disclosure, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited and may result in severe penalties. If you have received this e-mail in error please notify the Privacy Hotline of the Australian Taxation Office, telephone 13 2869 and delete all copies of this transmission together with any attachments.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL

KLEIMAN_00004926

| Australian Securities & Investments Commission | Electronic Lodgement<br>Document No. **7E6001329**<br>Lodgement date/time: 24-04-2014 08:00:18<br>Reference Id: 89036109 |
|---|---|

**Form 484**
Corporations Act 2001

# Change to company details

**Company details**  Company name
**COIN-EXCH PTY. LTD.**
Australian Company Number (ACN)
**163 338 467**

**Lodgement details**  Who should ASIC contact if there is a query about this form?

Name
**Craig Steven WRIGHT**

**Signature**
This form must be signed by a current officeholder of the company.

I certify that the information in this form is true and complete
Name
**Craig Steven WRIGHT**
Capacity
**Director**
Signature

Date signed
**24-04-2014**

Form 484 - Change to company details
COIN-EXCH PTY. LTD.ACN163 338 467

## C4 Changes to the register of members

| The changes apply to members whose shareholding has changed | Changes to member's register details |
|---|---|
| | **Member details** |
| | Given names    CRAIG STEVEN |
| | Family name    WRIGHT |
| | Address    43 ST JOHNS AVENUE GORDON NSW 2072 |
| | Earliest date of change    30-03-2014 |

The changes are

| Share class code | Shares Increased by | Share Decreased by | Total number now held | Total $ paid | Total $ unpaid | Fully paid | Beneficially held | Top 20 member |
|---|---|---|---|---|---|---|---|---|
| FOU | | -10500000 | 11000000 | 11000000 | 0 | Y | N | Y |

| The changes apply to members whose shareholding has changed | Changes to member's register details |
|---|---|
| | **Member details** |
| | Given names    Ira |
| | Family name    KLEIMAN |
| | Address    5104 Robino Circle West Palm Beach FL 33417 United States |
| | Earliest date of change    30-03-2014 |

The changes are

| Share class code | Shares Increased by | Share Decreased by | Total number now held | Total $ paid | Total $ unpaid | Fully paid | Beneficially held | Top 20 member |
|---|---|---|---|---|---|---|---|---|
| FOU | 10500000 | | 10500000 | 10500000 | 0 | Y | N | |

| | Date of entry of member's name in register | 30-03-2014 |
|---|---|---|