| | |
|---|---|
| **From:** | Kimon Andreou [kimon@andreou.org] |
| on behalf of | Kimon Andreou <kimon@andreou.org> [kimon@andreou.org] |
| **Sent:** | 5/17/2016 2:49:18 PM |
| **To:** | Ira Private [iradavid2009@gmail.com] |
| **Subject:** | Re: bitcoin drive |



P-767

Case No. 9:18-CV-89176-BB

That is a very good point but, then again, perhaps Dave felt he had given Craig the clues needed to figure out the key and just proceeded. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The email you linked to does seem to be in the manner that Dave would write texts and emails.

I think that whether Craig is a "good guy" or not is besides the point. I have never met Craig personally but Dave would always speak very highly of him.

If all the documents are authentic, then with the addition of the anecdotal information we have from discussions with Dave, all point to Dave and Craig indeed being behind Bitcoin ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

At the end of the day, all these emails and documents and conversations mean nothing if access to the bitcoins held in trust cannot be accessed. It all goes back to Dave's "super secret squirrily" (as he used to say) passphrase.

I am convinced Craig and Dave are the co-creators of Bitcoin. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
I am further convinced that there is a significant amount of money at stake here which Craig cannot access and is trying to.

"Wotty" must mean something but, I don't know what. Dave would *NEVER* misspell something so, the tagline in the PGP key may also mean something.


On Tue, May 17, 2016 at 10:27 AM, Ira Private <iradavid2009@gmail.com> wrote:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ After he died, Craig had to sue W&K in Australian courts in order to get the IP from the company back under his control.

I still thinkCraig's motives are questionable when I look at the evidence and his pattern of behavior.  I believe I have proof that he lied about emails Dave supposedly sent him.  He back-dated company related information that the ATO pointed out in a document I have.  Also his employees have made comments about his character, suggesting that he is a fraud.

Here is another document that Dave supposedly wrote that locks up bitcoin in a trust.
https://www.documentcloud.org/documents/2644014-Tulip-Trust-Redacted.html

Ira

On Mon, May 16, 2016 at 11:13 PM, Kimon Andreou <kimon@andreou.org> wrote:
Ira

The thought occurs to me that if Dave had indeed signed that contract (and there is no evidence to dispute that), Craig would be the last person to want any harm to come to him. He needed the key and it was in Dave's head.

█████████████████████████████████████

Kimon

On May 16, 2016, at 21:13, Ira Private <iradavid2009@gmail.com> wrote:

> When I first started talking with Craig he mentioned something about a trust in Belize that controlled Dave's bitcoins. He gave me the following:
>
> I do not have a lot to give you. These may help:
>
> - W&K Info Defense Research LLC
> - GICSR Trust
> - Belize
>
> He said Dave didn't provide him with all the details about it.
> Do you think the key could exist inside the trust?
>
> The only candidate password I had was that key phrase about "wotty".
> Why would Dave type that email saying "Look up Wotty - it is not a mistake."
>
> I think you can view the configuration to Craig's super-computer here:
> http://imgur.com/h8jSn8Z
> I believe last year it was ranked 15th in the world.
>
> Thanks,
> Ira
>
>
>
> On Mon, May 16, 2016 at 8:35 PM, Kimon Andreou <kimon@andreou.org> wrote:
>> His passphrase would never have been that simple. He always added special characters to his passwords, either as filler or to replace characters such as using a "0" instead of an "o".
>>
>> The email seems to indicate that Dave was involved but, I don't know if we can authenticate that the message actually came from him. I don't think I have Dave's PGP key, I'll have to search for it.
>>
>> Interesting side note: the reference to Panama. Especially in light of the recent "Panama Papers" disclosure.
>>
>> On Mon, May 16, 2016 at 8:10 PM, Ira Private <iradavid2009@gmail.com> wrote:
>>> Kimon,

The only clue I could find for possibly accessing the drive was an email Dave supposedly sent to Craig.

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Craig,
How does the following sound?
*I very much wanted to find some way to include a short message, but the problem is, the whole world would be able to see the message. As much as you may keep reminding people that the message is completely non-private, it would be an accident waiting to happen.*

Look up Wotty - it is not a mistake.

Are you really sure you want to know nothing of the Panama fund? I know you are having tax problems, but Bitcoins are not worth enough to be a bother. They are a wonderful idea, but you need to get some others involved and actually accept help from somebody other than me one day. I am not going to be here for you forever you know.

Worse, if you send yourself bankrupt it will not help anyone. I know you are a stubborn bastard mate (I can be an Ozzie too), I have helped you in many of the fights you get into online and more, but you need to know when to stop. Leave the government for now. Stop or they will really do some damage to you.

Dave
--------------------------------

Then on this website they mention Dave's key with a note attached.
http://motherboard.vice.com/read/satoshis-pgp-keys-are-probably-backdated-and-point-to-a-hoax

One of Kleiman's alleged keys has a note that reads **"Bitcoin so we neer have to wotty about infaltion and easing."**

Do you think that note could be the key?
I have tried entering it various ways, with/without the correct spelling, with/without spaces, but none seem to work.

Ira