P-807
Case No. 9:18-CV-89176-BB

| | |
|---|---|
| From: | Dave Klieman |
| To: | Uyen Nguyen (uyen.nguyent@yahoo.com) |
| Subject: | Apppointment letter |
| Date: | Thursday, 20 December 2012 8:19:03 AM |

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

UT
Craig speaks highly of you.

I am going to need and ask for your help. You know Craig well and I am an enigma. I have been unwell and in the VA far too much. I need a person who can run around. Craig is too far away and we need him to remain off of this.

I will ask you to be a director with me in W&K Information Defense Research LLC. We are setting up a company in Australia and will move the assets back from Panama once this is complete. We placed them there to protect Craig.

At the time, the Australian IRS valued the IP at nothing, now it is ok, but one day it could be worth more than anything we can imagine. For this reason, we need to work to stop it being seen in the wrong light.

Craig is a great guy, but too volatile. He also does not know when to accept that rules get broken by others far too much. Unless I hear otherwise, I will assume you are coming on-board. I will work out a time to meet with you in May if my health improves. Do not let Craig badger you too much.

Dave
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.19 (MingW32)

```
iQEcBAEBAgAGBQJTH+uQAAoJELiFsXrEW+0bCacH/3KruseVIurwbAVr3b2ckSiv
YXX5IMkwsBXTVfkxm/at1nvCwrzYNroiv1Ee5jLlOhFZhr7mqpqAQ7yYURUPtNl9
U3Eh+tXaH20eLrXayUaFvEKzS6N0cA+W+8DWLt/VmIycxdYojxAoHXDM2UAp6RFl
w5T8yZ6Z1acAUgmvaX+sTm8tQ1P0U2BYC7T0cpTZ2mX+dhYCuJDyhFo2loeHlhs7
D7ruF+/QepxDDySN70qi3lstNOkMNyc4H3Kw9rbEizy0y3xtM7FjcNtOPW1t4/Ge
ePFclnXZaHk/Aw5RT6F1lFBjTaCZ58WQnxgiehDTvGNatTGsszBHjM9lwoMs0YU=
=7JsV
```
-----END PGP SIGNATURE-----

CONFIDENTIAL                                                                                                                              DEF_00027287