P-807.1

Case No. 9:18-CV-89176-BB

DEF_00027287.PDF.obj_1.txt

```
 1  1 0 obj
 2  <</Length 3320/Subtype/XML/Type/Metadata>>stream
 3  <?xpacket begin="ï»¿" id="W5M0MpCehiHzreSzNTczkc9d"?>
 4  <x:xmpmeta xmlns:x="adobe:ns:meta/" x:xmptk="Adobe XMP Core 5.4-c005 78.147326,
    2012/08/23-13:03:03        ">
 5     <rdf:RDF xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#">
 6        <rdf:Description rdf:about=""
 7              xmlns:xmp="http://ns.adobe.com/xap/1.0/"
 8              xmlns:xmpMM="http://ns.adobe.com/xap/1.0/mm/"
 9              xmlns:dc="http://purl.org/dc/elements/1.1/"
10              xmlns:pdf="http://ns.adobe.com/pdf/1.3/">
11           <xmp:ModifyDate>2014-04-17T08:28:01+10:00</xmp:ModifyDate>
12           <xmp:CreateDate>2014-04-17T08:23:41+10:00</xmp:CreateDate>
13           <xmp:MetadataDate>2014-04-17T08:28:01+10:00</xmp:MetadataDate>
14           <xmp:CreatorTool>Acrobat PDFMaker 11 for Microsoft Outlook</xmp:CreatorTool>
15           <xmpMM:DocumentID>uuid:6a5e8226-043f-4de4-8879-3f41e143b0c3</xmpMM:DocumentID>
16           <xmpMM:InstanceID>uuid:42c69e4f-6d06-4166-bcff-52c26160a0e9</xmpMM:InstanceID>
17           <dc:format>application/pdf</dc:format>
18           <dc:title>
19              <rdf:Alt>
20                 <rdf:li xml:lang="x-default"/>
21              </rdf:Alt>
22           </dc:title>
23           <pdf:Producer>Adobe PDF Library 11.0</pdf:Producer>
24        </rdf:Description>
25     </rdf:RDF>
26  </x:xmpmeta>
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48  <?xpacket end="w"?>
49  endstream
50  endobj
```