```
 1 /CS0 cs 1  scn
 2 72 54 450.75 732.75 re
 3 f
 4 0.502  scn
 5 78 731.25 440.25 -1.5 re
 6 f
 7 q
 8 1 0 0 1 78.0003 731.25 cm
 9 0 0 m
10 0.75 -0.75 l
11 439.5 -0.75 l
12 440.249 0 l
13 h
14 f
15 Q
16 q
17 1 0 0 1 78.75 730.5003 cm
18 0 0 m
19 -0.75 -0.751 l
20 439.5 -0.751 l
21 438.75 0 l
22 h
23 f
24 Q
25 q
26 1 0 0 1 78.0003 729.7497 cm
27 0 0 m
28 0.75 0.751 l
29 0 1.5 l
30 h
31 f
32 Q
33 q
34 1 0 0 1 517.5 730.5003 cm
35 0 0 m
36 0.75 -0.751 l
37 0.75 0.75 l
38 h
39 f
40 Q
41 BT
42 0  scn
43 /TT0 1 Tf
44 7.5 0 0 7.5 79.5 771.75 Tm
45 (From:)Tj
46 0 -1.4 TD
47 (To:)Tj
48 T*
49 (Subject:)Tj
50 T*
51 (Date:)Tj
52 ET
53 /TouchUp_TextEdit MP
54 BT
55 /CS1 cs 0 0 1  scn
56 /C2_0 7.5 Tf
57 155.85 771.598 Td
58 <00270044005900480003002E004F004C0048005000440051>Tj
59 0 -10.5 TD
```

DEF_00027287.PDF.obj_13.decoded_stream.txt

```
 60  <0038005C004800510003003100A0058005C004800510003000B0058005C004800510011005100A0058005
 60  C004800510057002300C0044004B0052005200510011004600520050000C>Tj
 61  /CS0 cs 0  scn
 62  /TT1 7.5 Tf
 63  T*
 64  (Apppointment letter)Tj
 65  T*
 66  (Thursday, )Tj
 67  /C2_0 7.5 Tf
 68  35.226 0 Td
 69  <00150013>Tj
 70  /TT1 7.5 Tf
 71  ( )Tj
 72  /C2_0 7.5 Tf
 73  <0027004800460048005000450048005500055>Tj
 74  /TT1 7.5 Tf
 75  44.07 0 Td
 76  ( 201)Tj
 77  /C2_0 7.5 Tf
 78  14.626 0 Td
 79  <0015>Tj
 80  /TT1 7.5 Tf
 81  ( 8:19:03 AM)Tj
 82  ET
 83  /CS1 CS 0 0 1  SCN
 84  0.75 w
 85  q
 86  2.7216187 0 0 1 160.9530945 761.7111511 cm
 87  0 0 m
 88  47.886 0 l
 89  h
 90  S
 91  Q
 92  q
 93  0.8763733 0 0 1 157.4934387 772.2111511 cm
 94  0 0 m
 95  47.886 0 l
 96  h
 97  S
 98  /TouchUp_TextEdit MP
 99  Q
100  BT
101  /CS1 cs 0.122 0.286 0.49  scn
102  /TT2 1 Tf
103  11.25 0 0 11.25 78 711.75 Tm
104  (-----BEGIN PGP SIGNED MESSAGE-----)Tj
105  0 -1.333 TD
106  (Hash: SHA1)Tj
107  ET
108  /Span <</ActualText (þÿ. )>>BDC
109  EMC
110  BT
111  11.25 0 0 11.25 78 666.7613 Tm
112  (UT)Tj
113  T*
114  (Craig speaks highly of you.)Tj
115  ET
116  /Span <</ActualText (þÿ. )>>BDC
117  EMC
```

DEF_00027287.PDF.obj_13.decoded_stream.txt

```
118  BT
119  11.25 0 0 11.25 78 621.7725 Tm
120  (I am going to need and ask for your help. You know Craig well and I am a\
121  n enigma. I have been)Tj
122  T*
123  ( unwell and in the VA far too much. I need a person who can run around. \
124  Craig is too far away)Tj
125  T*
126  ( and we need him to remain off of this.)Tj
127  ET
128  /Span <</ActualText (þÿ. )>>BDC
129  EMC
130  BT
131  11.25 0 0 11.25 78 561.7875 Tm
132  (I will ask you to be a director with me in W&K Information Defense Resea\
133  rch LLC. We are setting)Tj
134  T*
135  ( up a company in Australia and will move the assets back from Panama onc\
136  e this is complete. We)Tj
137  T*
138  ( placed them there to protect Craig.)Tj
139  ET
140  /Span <</ActualText (þÿ. )>>BDC
141  EMC
142  BT
143  11.25 0 0 11.25 78 501.8025 Tm
144  (At the time, the Australian IRS valued the IP at nothing, now it is ok, \
145  but one day it could be)Tj
146  T*
147  ( worth more than anything we can imagine. For this reason, we need to wo\
148  rk to stop it being)Tj
149  T*
150  ( seen in the wrong light.)Tj
151  ET
152  /Span <</ActualText (þÿ. )>>BDC
153  EMC
154  BT
155  11.25 0 0 11.25 78 441.8175 Tm
156  (Craig is a great guy, but too volatile. He also does not know when to ac\
157  cept that rules get broken)Tj
158  T*
159  ( by others far too much. Unless I hear otherwise, I will assume you are \
160  coming on-board. I will)Tj
161  T*
162  ( work out a time to meet with you in May if my health improves. Do not l\
163  et Craig badger you too)Tj
164  T*
165  ( much.)Tj
166  ET
167  /Span <</ActualText (þÿ. )>>BDC
168  EMC
169  BT
170  11.25 0 0 11.25 78 366.8363 Tm
171  (Dave)Tj
172  T*
173  (-----BEGIN PGP SIGNATURE-----)Tj
174  T*
175  (Version: GnuPG v2.0.19 \(MingW32\))Tj
176  ET
```

DEF_00027287.PDF.obj_13.decoded_stream.txt

```
177  /Span <</ActualText (þÿ. )>>BDC
178  EMC
179  BT
180  11.25 0 0 11.25 78 306.8513 Tm
181  (iQEcBAEBAgAGBQJTH+uQAAoJELiFsXrEW+0bCacH/3KruseVIurwbAVr3b2ckSiv)Tj
182  T*
183  (YXX5lMkwsBXTVfkxm/at1nvCwrzYNroiv1Ee5jLIOhFZhr7mqpqAQ7yYURUPtNl9)Tj
184  T*
185  (U3Eh+tXaH20eLrXayUaFvEKzS6N0cA+W+8DWLt/VmlycxdYojxAoHXDM2UAp6RFl)Tj
186  T*
187  (w5T8yZ6Z1acAUgmvaX+sTm8tQ1P0U2BYC7T0cpTZ2mX+dhYCuJDyhFo2IoeHlhs7)Tj
188  T*
189  (D7ruF+/QepxDDySN70qi3lstNOkMNyc4H3Kw9rbEizy0y3xtM7FjcNtOPW1t4/Ge)Tj
190  T*
191  (ePFclnXZaHk/Aw5RT6F1lFBjTaCZ58WQnxgiehDTvGNatTGsszBHjM9lwoMs0YU=)Tj
192  T*
193  (=7JsV)Tj
194  T*
195  (-----END PGP SIGNATURE-----)Tj
196  ET
```