```
 1  >gpg --version
 2  gpg (GnuPG) 2.0.26 (Gpg4win 2.2.3)
 3  libgcrypt 1.6.2
 4  Copyright (C) 2013 Free Software Foundation, Inc.
 5  License GPLv3+: GNU GPL version 3 or later <http://gnu.org/licenses/gpl.html>
 6  This is free software: you are free to change and redistribute it.
 7  There is NO WARRANTY, to the extent permitted by law.
 8
 9  Home: C:/Users/medman/AppData/Roaming/gnupg
10  Supported algorithms:
11  Pubkey: RSA, RSA, RSA, ELG, DSA
12  Cipher: IDEA, 3DES, CAST5, BLOWFISH, AES, AES192, AES256, TWOFISH,
13          CAMELLIA128, CAMELLIA192, CAMELLIA256
14  Hash: MD5, SHA1, RIPEMD160, SHA256, SHA384, SHA512, SHA224
15  Compression: Uncompressed, ZIP, ZLIB, BZIP2
16
17  >gpg -vv --verify DEF_00027287.PDF.txt
18  gpg: armor: BEGIN PGP SIGNED MESSAGE
19  gpg: armor header: Hash: SHA1
20  :packet 63: length 11 - gpg control packet
21
22  gpg: armor: BEGIN PGP SIGNATURE
23  gpg: armor header: Version: GnuPG v2.0.19 (MingW32)
24  :literal data packet:
25          mode t (74), created 0, name="",
26          raw data: unknown length
27
28  gpg: original file name=''
29  :signature packet: algo 1, keyid B885B17AC45BED1B
30          version 4, created 1394600848, md5len 0, sigclass 0x01
31          digest algo 2, begin of digest 09 a7
32          hashed subpkt 2 len 4 (sig created 2014-03-12)
33          subpkt 16 len 8 (issuer key ID B885B17AC45BED1B)
34          data: [2047 bits]
35  gpg: Signature made 03/12/14 01:07:28 Eastern Daylight Time using RSA key ID C45BED1B
36  gpg: NOTE: signature key C45BED1B expired 11/30/14 20:00:00 Eastern Standard Time
37  gpg: NOTE: signature key C45BED1B expired 11/30/14 20:00:00 Eastern Standard Time
38  gpg: NOTE: signature key C45BED1B expired 11/30/14 20:00:00 Eastern Standard Time
39  gpg: using PGP trust model
40  gpg: Good signature from "Dave Kleiman (www.davekleiman.com) <dave@davekleiman.com>"
40  [expired]
41  gpg: Note: This key has expired!
42  Primary key fingerprint: ECD1 A7B7 D9D3 B3BC B366  E765 B885 B17A C45B ED1B
43  gpg: textmode signature, digest algorithm SHA1
```