**P-808**
Case No. 9:18-CV-89176-BB

| | |
|---|---|
| **From:** | Dave Klieman |
| **To:** | Uyen Nguyen (uyen.nguyent@yahoo.com) |
| **Subject:** | Apppointment letter |
| **Date:** | Thursday, 20 December 2012 9:11:14 AM |

Uyen

I am glad you will accept being a director of W&K.

As soon as I am out of the VA I will get all of the paperwork fixed for the company. We will make sure it is maintained, as I am a little behind. Nothing too bad, but old illnesses. I will be back soon.

The process will be one where I instruct you and you strart to act more and more for me as you become the director and we start moving assets back into Australia.

When Craig first moved these in 2011 following a discussion and plans in late 2010, the value was close to nothing. We did use Craig's source code with his permission to gain a large amount of funding, so this is a part fo where the value is from, the rest is in the use of bitcoin.

Dave

CONFIDENTIAL