DEF_00027288.PDF.obj_17.decoded_stream.txt

```
 1  /CS0 cs 1  scn
 2  72 54 450.75 732.75 re
 3  f
 4  0.502  scn
 5  78 731.25 440.25 -1.5 re
 6  f
 7  q
 8  1 0 0 1 78.0003 731.25 cm
 9  0 0 m
10  0.75 -0.75 l
11  439.5 -0.75 l
12  440.249 0 l
13  h
14  f
15  Q
16  q
17  1 0 0 1 78.75 730.5003 cm
18  0 0 m
19  -0.75 -0.751 l
20  439.5 -0.751 l
21  438.75 0 l
22  h
23  f
24  Q
25  q
26  1 0 0 1 78.0003 729.7497 cm
27  0 0 m
28  0.75 0.751 l
29  0 1.5 l
30  h
31  f
32  Q
33  q
34  1 0 0 1 517.5 730.5003 cm
35  0 0 m
36  0.75 -0.751 l
37  0.75 0.75 l
38  h
39  f
40  Q
41  BT
42  0  scn
43  /TT0 1 Tf
44  7.5 0 0 7.5 79.5 771.75 Tm
45  (From:)Tj
46  0 -1.4 TD
47  (To:)Tj
48  T*
49  (Subject:)Tj
50  T*
51  (Date:)Tj
52  ET
53  /TouchUp_TextEdit MP
54  BT
55  /CS1 cs 0 0 1  scn
56  /C2_0 7.5 Tf
57  155.85 771.598 Td
58  <0027004400590048000300 2E004F004C004800500044 0051>Tj
59  0 -10.5 TD
```

DEF_00027288.PDF.obj_17.decoded_stream.txt

```
 60  <0038005C0048005100030031004A0058005C004800510003000B0058005C004800510011005100 4A0058005
 60  C0048005100570023005C0044004B005200520011004600520050000C>Tj
 61  /C2_1 7.5 Tf
 62  140.533 0 Td
 63  <0003>Tj
 64  /CS0 cs 0  scn
 65  /TT1 7.5 Tf
 66  -140.533 -10.5 Td
 67  (Apppointment letter)Tj
 68  -0.009 Tw T*
 69  (Thursday, )Tj
 70  /C2_0 7.5 Tf
 71  0 Tw 1 0 0 1 191.076 740.098 Tm
 72  <00150013>Tj
 73  /TT1 7.5 Tf
 74  ( )Tj
 75  /C2_0 7.5 Tf
 76  <00270048004600480050004500480055>Tj
 77  /TT1 7.5 Tf
 78  0.008 Tw 44.07 0 Td
 79  ( 201)Tj
 80  /C2_0 7.5 Tf
 81  0 Tw 14.626 0 Td
 82  <0015>Tj
 83  /TT1 7.5 Tf
 84  ( )Tj
 85  /C2_1 7.5 Tf
 86  <001C>Tj
 87  /TT1 7.5 Tf
 88  (:1)Tj
 89  /C2_1 7.5 Tf
 90  17.278 0 Td
 91  <0014>Tj
 92  /TT1 7.5 Tf
 93  (:)Tj
 94  /C2_1 7.5 Tf
 95  <00140017>Tj
 96  /TT1 7.5 Tf
 97  ( AM)Tj
 98  ET
 99  /CS1 CS 0 0 1   SCN
100  0.75 w
101  q
102  2.7216187 0 0 1 160.9530945 761.7111511 cm
103  0 0 m
104  47.886 0 l
105  h
106  S
107  Q
108  q
109  0.8763733 0 0 1 157.4934387 772.2111511 cm
110  0 0 m
111  47.886 0 l
112  h
113  S
114  /TouchUp_TextEdit MP
115  Q
116  /Span <</ActualText (þÿ. )>>BDC
117  EMC
```

DEF_00027288.PDF.obj_17.decoded_stream.txt

```
118  BT
119  /CS1 cs 0.122 0.286 0.49  scn
120  /TT2 11.25 Tf
121  79.657 709.074 Td
122  (U)Tj
123  /C2_2 11.25 Tf
124  <01C7011E0176>Tj
125  0 -14.996 TD
126  <002F0003010201750003015001 6F0102011A000301C7017D01B5000301C1015D016F016F000301020110011
126  0011E0189019A0003010F011E015D01760150000301020003011A015D018C011E0110019A017D018C0003017
126  D0128000300740398003C03580003>Tj
127  0 -29.992 TD
128  <00040190000301900017D017D0176000301020190000300 2F0003010201750003017D01B5019A0003017D012
128  80003019A015A011E000300 73000400030 02F000301C1015D016F016F00030150011E019A00030102016F016
128  F0003017D01280003019A015A011E0003018901020189011E018C01C1017D018C016C00030128015D01C6011
128  E011A00030128017D018C0003019A015A011E00030110017D017501890102017601C703580003007401 1E000
128  301C1015D016F016F000301750102016C011E0003>Tj
129  0 -14.996 TD
130  <019001B5018C011E0003015D019A0003015D019000030175 0102015D0176019A0102015D0176011E011A035
130  5000301020190000300 2F0003010201750003010 20003016F015D019A019A016F011E0003010F011E015A015
130  D0176011A035800030045017D019A015A015D0176015000 03019A017D017D0003010F0102011A0355000301 0
130  F01B5019A0003017D016F011A0003015D016F016F0176011E01900019 0011E019003580003002F000301C101 5
130  D016F016F0003010F011E0003010F01020110016C0003>Tj
131  T*
132  <0190017D017D01760358>Tj
133  0 -29.992 TD
134  <0064015A011E00030189018C017D0110011E01900019000 0301C1015D016F016F0003010F011E0003017D017
134  6011E000301C1015A011E018C011E0003002F0003015D01760190019A018C01B5011 0019A000301C7017D01B
134  5000301020176011A000301C7017D01B5000301900019A018C0102018C019A0003019A017D000301020110019
134  A000030175017D018C011E000301020176011A0003017 5017D018C011E00030128017D018C00030175011E00 0
134  301020190000301C7017D01B50003>Tj
135  0 -14.996 TD
136  <010F011E0110017D0175011E0003019A015A011E0003011A0 15D018C011E0110019A017D018C00030102017
136  6011A000301C1011E00030190019A0102018C019A00030175017D01C 0015D01760150000301 02019001900190 011
136  E019A01900019000030 10F0102 0110016C0003015D0176019A017 D0003000401B50190 0019A018C0102016F015D010
136  20358>Tj
137  0 -29.992 TD
138  <0074015A011E0176000300 12018C0102015D0150000301 28015D018C0190019A000 30175017D01C0011E011
138  A0003019A015A011E0190011E0003015D0176000303EE03EC03ED000301 28017D016F016F017D01C1015
138  D017601500003010201 5D0190011001 1001B5019001900 15D017D0176000301 020176011A00030189016
138  F01020176011 9000030150 01760003016F0102019A011E000303EE03EC03ED03EC0355 0003019A015A011E00 0
138  301C00102016F01B5011E0003>Tj
139  0 -14.996 TD
140  <01C1010201 9000030110016F017D019001 1E000 3019A017D00030176017D019A015A015D017 601500 035800 0
140  300740 11E0003011A 015D011A000301B5019001 1E000300 12018C0102015D015003 9601 90000 3019001 7D01B
140  5018C0110011E00030110017D011A011E00 0301C1015D019A015A0003015A015D019 000030189011E018C017
140  5015D0190019001 90015D017D0003019A017 D000301500102015D017 60003019A015A 0003016F0102018C0150011
140  E000301020175017D01B50176019A0003>Tj
141  0 -14.996 TD
142  <017D01280003012801B50176011A015D01760 1500355000301 90017D0003019A015 A015D019000030 15D019
142  0000301020003018901020 18C019A000301 28017D000301C101 5A011E018C011E0003019A015A011E000301C
142  00102016F01B5011E0003015D019000030128018C017D01750355 0003019A015A011E0003018C011E019001 9
142  A0003015D019000030 15D017 60003019A015A011E000301B50190011E0003017D0128000301 0F015D019A011
142  0017D015D01760358>Tj
143  0 -29.992 TD
144  <0018010201C0011E>Tj
145  ET
146  /Span <</ActualText (þÿ. )>>BDC
147  EMC
```

DEF_00027288.PDF.obj_17.decoded_stream.txt

```
148  /Span <</ActualText (þÿ. )>>BDC
149  EMC
150  /Span <</ActualText (þÿ. )>>BDC
151  EMC
152  /Span <</ActualText (þÿ. )>>BDC
153  EMC
154  /Span <</ActualText (þÿ. )>>BDC
155  EMC
156  /Span <</ActualText (þÿ. )>>BDC
157  EMC
```