Case 9:18-cv-80176-BB   Document 829-155   Entered on FLSD Docket 12/...

P-823.1
Case No. 9:18-CV-89176-BB

DEF_00027303.PDF.obj_5_0-1.txt

```
 1  5 0 obj
 2  <</Length 3416/Subtype/XML/Type/Metadata>>stream
 3  <?xpacket begin="..." id="W5M0MpCehiHzreSzNTczkc9d"?>
 4  <x:xmpmeta xmlns:x="adobe:ns:meta/" x:xmptk="Adobe XMP Core 5.4-c005 78.147326,
 4  2012/08/23-13:03:03        ">
 5     <rdf:RDF xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#">
 6        <rdf:Description rdf:about=""
 7              xmlns:pdf="http://ns.adobe.com/pdf/1.3/"
 8              xmlns:xmp="http://ns.adobe.com/xap/1.0/"
 9              xmlns:dc="http://purl.org/dc/elements/1.1/"
10              xmlns:xmpMM="http://ns.adobe.com/xap/1.0/mm/">
11           <pdf:Producer>Acrobat Distiller 11.0 (Windows)</pdf:Producer>
12           <xmp:CreatorTool>PScript5.dll Version 5.2.2</xmp:CreatorTool>
13           <xmp:ModifyDate>2014-03-26T13:18:55+11:00</xmp:ModifyDate>
14           <xmp:CreateDate>2014-03-26T13:18:55+11:00</xmp:CreateDate>
15           <dc:format>application/pdf</dc:format>
16           <dc:title>
17              <rdf:Alt>
18                 <rdf:li xml:lang="x-default">Microsoft Outlook - Memo Style</rdf:li>
19              </rdf:Alt>
20           </dc:title>
21           <dc:creator>
22              <rdf:Seq>
23                 <rdf:li>Craig Wright</rdf:li>
24              </rdf:Seq>
25           </dc:creator>
26           <xmpMM:DocumentID>uuid:42cbf44a-f828-44fd-89a3-0a6ae3af4c05</xmpMM:DocumentID>
27           <xmpMM:InstanceID>uuid:ecdf66c8-d7a1-4a60-8de2-bb418ba418b4</xmpMM:InstanceID>
28        </rdf:Description>
29     </rdf:RDF>
30  </x:xmpmeta>
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52  <?xpacket end="w"?>
53  endstream
54  endobj
```