P-823.3

Case No. 9:18-CV-89176-BB

DEF_00027303.PDF - GPG Output.txt

```
 1  >gpg --version
 2  gpg (GnuPG) 2.0.26 (Gpg4win 2.2.3)
 3  libgcrypt 1.6.2
 4  Copyright (C) 2013 Free Software Foundation, Inc.
 5  License GPLv3+: GNU GPL version 3 or later <http://gnu.org/licenses/gpl.html>
 6  This is free software: you are free to change and redistribute it.
 7  There is NO WARRANTY, to the extent permitted by law.
 8
 9  Home: C:/Users/medman/AppData/Roaming/gnupg
10  Supported algorithms:
11  Pubkey: RSA, RSA, RSA, ELG, DSA
12  Cipher: IDEA, 3DES, CAST5, BLOWFISH, AES, AES192, AES256, TWOFISH,
13         CAMELLIA128, CAMELLIA192, CAMELLIA256
14  Hash: MD5, SHA1, RIPEMD160, SHA256, SHA384, SHA512, SHA224
15  Compression: Uncompressed, ZIP, ZLIB, BZIP2
16
17  >gpg -vv --verify DEF_00027303.PDF.txt
18  gpg: armor: BEGIN PGP SIGNED MESSAGE
19  gpg: armor header: Hash: SHA1
20  :packet 63: length 11 - gpg control packet
21
22  gpg: armor: BEGIN PGP SIGNATURE
23  gpg: armor header: Version: GnuPG v2.0.16 (MingW32)
24  :literal data packet:
25         mode t (74), created 0, name="",
26         raw data: unknown length
27
28  gpg: original file name=''
29  :signature packet: algo 1, keyid 0415E6CBE23FCC2D
30         version 4, created 1393566540, md5len 0, sigclass 0x01
31         digest algo 2, begin of digest af 5b
32         hashed subpkt 2 len 4 (sig created 2014-02-28)
33         subpkt 16 len 8 (issuer key ID 0415E6CBE23FCC2D)
34         data: [3072 bits]
35  gpg: Signature made 02/28/14 00:49:00 Eastern Standard Time using RSA key ID E23FCC2D
36  gpg: using PGP trust model
37  gpg: Good signature from "Dave Kleiman (Bitcoin so we neer have to wotty about infaltion
37  and easing) <dave@davekleiman.com>" [unknown]
38  gpg: WARNING: This key is not certified with a trusted signature!
39  gpg:          There is no indication that the signature belongs to the owner.
40  Primary key fingerprint: 036A 7C16 5FDF D5F1 FA53  9075 0415 E6CB E23F CC2D
41  gpg: textmode signature, digest algorithm SHA1
```