| | |
|---|---|
| From: | Craig S Wright [craig@rcjbr.org] |
| Sent: | 2/28/2014 4:15:26 PM |
| To: | 'Craig Wright' [craig@rcjbr.org] |
| Subject: | D |

**P-824**

Case No. 9:18-CV-89176-BB

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Craig,
We have now a company in the UK.

There is a shelf company - Design by Human (08248988) that I like the name of. I know you want to start DACs, but remember, Skynet is not here yet and you have not replaced us all with code. That exo frame would be good, but that still has a human inside and not the code you want us to be.

You want to see a rational world, but remember you are still human. Change later if you like, but leave the shelf dormant for now and leave it all off and vacant. I know you are a little (lot) paranoid about this, but the trust is separate and a shelf manager of a dormant trust with no knowledge of what we are doing will just make it harder to get to what you are trying to achieve. He can be a director of a firm without us telling him just how big the trust could become.

Slowly. I know what you want and I know how impatient you can be, but really, we need to do this right. If you fail you can start again. That is the real beauty of what you have.

You cannot keep attacking people Craig. Yes, the tax office there is likely like here and a little slow to grasp things, but you cannot just expect them to change to accept your way. YES, you could be right. Yes, I know you are following the law, but they also have to understand what you are doing. So try and be a little more personable. Stop attacking them for doing their job. I know this is tough, but find somebody to help you. Get back to the technical aspects of this and do what you love. Let others fight for you if you need to fight.

I love you live a brother Craig, but you are a really difficult person to be close to. You need people. Stop pushing them away. You have over one million bitcoin now in the trust. Start doing something for yourself and this family you have.

Are you ever going to marry that lady of yours? Next, when are you coming to visit? I have been sending some conferences. It has been a while. Remember human contact.

Dave

-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.15 (MingW32)

iQGcBAEBAgAGBQJTEBtSAAoJEAQV5sviP8wtENcL/0tQPePL+ndSxvHJz0KsKUzN
IF5oJBklMqwv0ffN9yWJr26K11ZUKD8LY0cGT32JBETKnDHd7SEK85GnpJ3DJ/xo
Rk88s/eIYn/HD+CUoFrUZk/1MnBkiYOFIOegJKy3JDy9qD0dbj/JibANTN2goD0P
q2Rx8Uao7qC9heD7RnI/flEkVEONXYEt34EokqHaozUWLE+Ll8rLedDfX7AWr8mq
ZNg0+bQQ93waBHOorone9jjd+49DCxBRihMbKQCJ5zcc1QUxE0isB9xbJw9sE8FC
dFP+E3sp6Rfqa/2VSq+ZUzOCPrErBLgPMlumTQGnNFMLkmogDW8p8c4BtEIN08OJ
dZRkMkbyWu9IMTZ1i9A1/dldTG1hJlBuOraikY9ucDqKkTdPFATKRAxRK3A2tMsA
JIKbElaiV7C1sqv6BlzGBvuKX8twjGRXj967SvQ1py4OzBKsDcT+W2AJwNOZldGW
uTkN06ybBAJ3jIddJcVAk26a/XEvPbMH5JPgOp0wxQ==
=lQDP
-----END PGP SIGNATURE-----

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Craig,
How does the following sound?
I very much wanted to find some way to include a short message, but the problem is, the whole world would be able to see the message. As much as you may keep reminding people that the message is completely non-private, it would be an accident waiting to happen.

Look up Wotty - it is not a mistake.

Are you really sure you want to know nothing of the Panama fund? I know you are having tax problems, but Bitcoins are not worth enough to be a bother. They are a wonderful idea, but you need to get some others involved and actually accept help from somebody other than me one day. I am not going to be here for you forever you know.

Worse, if you send yourself bankrupt it will not help anyone. I know you are a stubborn bastard mate (I can be an Ozzie too), I have helped you in many of the fights you get into online and more, but you need to know when to stop. Leave the government for now. Stop or they will really do some damage to you.

You have started seeing this new lady, fixate of her and get over your divorce. It happens. It did for me, you are not the only one. You need to code and just do what you love for a while.

The trust is setup in the Seychelles. I will arrange a shelf company to manage it in the UK as we discussed later. There is no rush there. I will leave you and myself off for now and leave it as non-trading. Just listen to some advice for once Craig and trust me to be your friend.

Dave

PS, thanks for making me a part of this.
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.11 (MingW32)

iQGcBAEBAgAGBQJTEBbtAAoJEAQV5sviP8wt9VcL/Ah8SQ3/C3fLnoW1+llQz9Qm
yjSnTt2fCrJfnqnkGicdCliKO4lxpjtRJz8Z1Z2hmSYHpF1W3pRVHucpRNr3lcFt
BsxDpdFZWtmnqeG0HKnnfG4yhKtTNTG6vvO6Ub2wrstB8NB0jhEMY4SQ7PXi1DTx
Q+e8JO6MQ0dpY744gncI5jZ3wYYTQIUjFsE5fMYlG8CqVYKQudMFpas5rRqDKqtX
jXsNn3BzjVsOhzIIUmOX/Welr0ISWVMN0IU0p9juGgtbtLwD2vaDiO5nuH+y1K2g
VwIrJ5j5TAO7a84r/jWmxfAT5s0ywdHDaxrevFlqBFnriYP/Q7qWOs7l53Wyq6Gd
5qhL1WOP0EHU2JzuB9HQA/uy5dW/qNxYPLA0mfSH8DGRuUzez9UH7kR9HV4hXayg
5A5zHXeCcxGFKjLMoDSEZy0In6ecDCQ/wqEQ8S9UIGa5MJOKV4NG0L5mC3lANv0I
hy3TZME8sqF1NVt+RLNoSZxV4qvvZ6Cyy2ul1qD/QQ==
=rAiX
-----END PGP SIGNATURE-----

CONFIDENTIAL

DEF_00068507