UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.

Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    defendant.

_____/

**CORRECTED[1] CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE**

I, Andres Rivero, as counsel for the defendant, Dr. Craig Wright, hereby certify the following:

Check the applicable sections:

☐ ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

☒ EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

P434, P511, P512, and D173.

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature: _____/s/Andres Rivero_____   Date: __12/17/21_____

---

[1] On December 16, 2021, Dr. Wright filed a certificate of compliance at D.E. 830. Dr. Wright files this corrected certificate of compliance to state that the exhibits that were included in plaintiffs' motion to seal [D.E. 824], and which the Court granted at D.E. 825, do not appear to have been filed on the docket. Those exhibits are D091 through D102, D1020, and D1021.