| | |
|---|---|
| From: | Dave K2 <davek2140@gmail.com> |
| Sent: | Friday, December 4, 2015 6:18 PM |
| To: | Andy Cush |
| Subject: | story |

At the moment I just don't see much of an upside for participating in your story aside from satisfying my own curiousity about the information you have on my brother.

I can only see downsides such as unwanted media coverage resulting in a upheaval of my family's life. I need you to assure me that there is nothing published suggesting that I may contain drives with bitcoin on them. That's the kind of public information that concerns me. News like that could draw the wrong kind of attention.

Did you read the article last month about the Taiwanese guy kidnapped and held for bitcoin ransom? I don't care to put my family at risk of being abducted for bitcoins that likely don't even exist. If Craig wasn't already able to access the bitcoin wallets that he shared with David, he would have asked to see the drives I have, but he didn't. I believe whatever hidden bitcoins exist out there are in Craig's possession. It is likely that some of them have been used to build his various companies and supercomputers.

If my brother had bitcoin of any value he wouldn't have died with only debts. He was in and out of the VA hospital for about 2 years before he passed away so he didn't have a steady income. And shortly before he died I learned that his house was in foreclosure. If David owned a great number of bitcoin, why wouldn't he sell a few to help pay off his bills? There are a lot of missing pieces. I want to learn the truth about it all just as much as you, but I don't think I'm ready to meet with you right now. If you want to corroborate some things, you can ask me online and I'll do what I can.

Ira

Dr. Wright Ex.
D489

KLEIMAN_00179300