MY SUBREDDITS    POPULAR - ALL - RANDOM - USERS | ASKREDDIT - NEWS - FUNNY - GAMING - PICS - TODAYILEARNED - WORLDNEWS  MORE

**CRYPTOGRAPHY**  comments

Want to join? Log in or sign up in seconds. | English

**Where a community about your favorite things is waiting for you.**

BECOME A REDDITOR

2  **[RSA] Given two different messages and two different public keys, can an attacker determine which key was used on which message?** (self.cryptography)
submitted 6 years ago by atheros

this post was submitted on 05 Oct 2012
**2** points (75% upvoted)

shortlink: `https://redd.it/1101n`

I've emailed a former professor who wasn't completely sure but helped me formalize the problem into this title.

Is the answer to this question different for RSA and ECC? (and other public key algorithms?)

2 comments   share   save   hide   report

all 2 comments
sorted by: **best**



**Want to add to the discussion?**
Post a comment!

CREATE AN ACCOUNT

Submit a new link

Submit a new text post

[–] **johnpaulsmith**  2 points 6 years ago

RSA: this is just in theory, but in extraordinarily rare cases, where there was some difference between the size of the 'n' values for the two keys, and one key just happened to map a plain-text value into a cipher-text value that was out of the range of the other key's 'n' value, it would be possible to tell which key encrypted which message. However, it is exceedingly unlikely that this would happen in practice.

Get an ad-free experience with special benefits, and directly support Reddit.

Get Reddit Premium

**cryptography**
[join] 23,985 readers
17 users here now



Joint Exhibit

**J024**

Other than that, I don't believe there is any way to determine which key was used for which message.

permalink   embed   save

> [–] **atheros** [S] 1 point 6 years ago
>
> Excellent! Thank you very much!
>
> permalink   embed   save   parent

From Greek κρύπτω krýpto "hidden" and the verb γράφω gráfo "to write" or λέγειν legein "to speak".

Cryptography is the practice of establishing a secure connection between two parties in the presence of a third party whom you don't want to be able to read your messages.

Cryptographers design algorithms and protocols, which do exactly this (and many other things). They also use a lot of time looking for security holes in existing protocols to make sure they can still be trusted. This is called *cryptanalysis*.

If you want a formal introduction to cryptography, you should read An Introduction to Mathematical Cryptography. Moderators also approve of the Udacity course Applied Cryptography - A Science of Secrets.

We have a very important rule on this subreddit, **we won't solve your ciphers unless you provide us with an algorithm**. If anyone sends you a code or a cipher without telling you how they encrypted, don't bother posting it on this subreddit - your post **will get deleted**. We redirect you to /r/breakmycode or /r/codes. Thank you for your understanding and for following the rules.

Related Subreddits:

- /r/intelligence
- /r/crypto
- /r/privacy
- /r/Bitcoin - The Bitcoin protocol is a cryptographic protocol.
- /r/compsci - Cryptography is technically a subdisclipline of computer science.
- /r/math (modern cryptography is very, very reliant on math)

a community for 11 years



Feed them like family with natural BLUE foods. Save 20% with Subscribe&Save. Shop now. amazon

MODERATORS                    message the moderators

downdiagonal
nigborg
ryco117

about moderation team »

< >  discussions in r/cryptography     X

Encrypted One Time Secret Sharing

### about
blog
about
advertising
careers

### help
site rules
Reddit help center
wiki
reddiquette
mod guidelines
contact us

### apps & tools
Reddit for iPhone
Reddit for Android
mobile website

### <3
**reddit premium**
**reddit coins**
redditgifts

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2019 reddit inc. All rights reserved. REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π