

**P-853.1**
Case No. 9:18-CV-89176-BB

Google Chrome
80.0.3987.163
3:48:34 PM 4/8/2020
Windows 10 Enterprise 64-bit Build 17134
https://app.slack.com/client/T5131H9JR/CA420L9V4/thread/C5131HKFX-1535636852.000100