P-853.2
Case No. 9:18-CV-80176-BB

Thread
#bitcoin-general

**CSW** Jul 15th, 2019 at 2:39 AM
Bitcoin **is not** censorship proof.
👍 2

105 replies

**CSW** 9 months ago
It does not stop government. It helps keep government honest, but does not remove it.

**CSW** 9 months ago
BTC can be censored easily.

**CSW** 9 months ago
F2pool, chinese
Btc.com, chinese
Poolin, chinese
Antpool, chinese
🇨🇳 2

**CSW** 9 months ago
60%

**CSW** 9 months ago
Add BTC.TOP and you get to 70%

**CSW** 9 months ago
That is a court in ONE country

**CSW** 9 months ago
Every pool member in China is covered by 1 court order

**CSW** 9 months ago
https://uk.practicallaw.thomsonreuters.com/8-619-0132?transitionType=Default&contextData=(sc.Default)&firstPage=true&bhcp=1

**CSW** 9 months ago
Europe, US and China.

Have a court order in 3 countries, you have a means to force miners to change the UTXO

**CSW** 9 months ago
There is an extremely high likelihood that Ira Kleiman's funders will be able to do this for 300k bitcoin. Not mine, Dave's.
😮 7

**Jerry David** 9 months ago
what is the 300k bitcoin from?

**rt121212121** 9 months ago
the devtopian dreams being crushed one by one
😂 1

**CSW** 9 months ago
Dave

**CSW** 9 months ago
He started mining in March 2009

**Jerry David** 9 months ago
ah. got it. phrasing.

**Jerry David** 9 months ago
that would be a great precedence set

**BB** 9 months ago
How will they know Daves addresses?

**BB** 9 months ago
And, do you know who Ira';s funders are?

**CSW** 9 months ago
From me

**CSW** 9 months ago
Yes, but I can not discuss this
👍 11

**mpapec** 9 months ago
hypothetical question, can my family postmortem claim my utxo via court if they have proof it was mine?
🤔 1

**mpapec** 9 months ago
(and how the proof should look like)

**BB** 9 months ago
All seems clear in the court docs. Dave never gave Ira access

**Jerry David** 9 months ago
@mpapec dude, make a will.

**mpapec** 9 months ago
yes sure, but in case there are no pvt keys..

**mpapec** 9 months ago
can court in such case enforce transfer of utxo? (edited)

**Jerry David** 9 months ago
it would be hard to get courts to enforce a forced repossession of your UTXOs. They can just enforce a freeze or an effective BURN of coins. They can't make miners do something that they cannot technically do, IE give your family access to private keys which you have lost and not passed onto them.

**mpapec** 9 months ago
yes, that is also how it looks to me, but maybe Craig knows something I don't 🙂

**Jerry David** 9 months ago
I like to think in analogies. This would be analogous to you not leaving a last will and testament, and then having your family sue the authorities and central bank to issue new money (inflation) to compensate them for the money that you secretly burned with you when you were cremated. (edited)

**Jerry David** 9 months ago
uh, no. I would not support this in any way as it breaks law.

**Jerry David** 9 months ago
but that's just my moral/ethics talking. I am not a lawyer. 😉
👍 1

**rt121212121** 9 months ago
If miners are legally required with enough consensus to move coins without the signatures, but with legal direction, then that is my interpretation of how Ira (and backers) gets Dave's coins
💯 2

**BB** 9 months ago
"After seeing Dr. Wright's email, Plaintiff searched for what he hoped was a fortune in bitcoins on his brother's hard drives, only to find that any possible fortune was inaccessible because Dave Kleiman, an encryption specialist, had failed to leave the passcodes the estate needed to access his encrypted hard drives. Unable to access Dave Kleiman's bitcoins, Ira Kleiman trained his sights on Dr. Wright's bitcoins. He then mined internet tabloids for the raw materials needed to cook up his stew of contradictory, absurd, and legally insufficient allegations" from the motion to dismiss. (edited)

**rt121212121** 9 months ago
Consensus being enough jurisdictions forcing the miners to do it

**Jerry David** 9 months ago
miners cannot move coins, irregardless of consensus or law. they can stop validating, they can censor. they cannot move coins. I think that is the leap in logic that isn't substantiated here.

**Jerry David** 9 months ago
MAYBE they can be coerced to roll back the blockchain, but that still wouldn't achieve 'movement of coins without the required unlocking script'

**Jerry David** 9 months ago
to do so would break the only thing which makes bitcoin an immutable ledger! (edited)

**rt121212121** 9 months ago
Why do you think they cannot move coins?

**Jerry David** 9 months ago
how would they do that? technically?
🤔 1

**rt121212121** 9 months ago
Change code, make explicit validation exceptions for court mandated tx that otherwise lack signatures?
👍 1

**Jerry David** 9 months ago
ok. I guess they could do that. it would likely crash the coin price to zero, but I guess theoretically they could.

**Jerry David** 9 months ago
as that would be breaking the protocol.

**BB** 9 months ago
Would be done on BSV too I suppose, as the bitcoin is unsplit

**rt121212121** 9 months ago
If it is an accepted premise that law comes before code, then I don't think it's necessarily a given price would crash if these exceptions were legally solid

**Jerry David** 9 months ago
IF the output to be spent is XYZ then use this special one-off rule that says as long as the outputs is ABC then return true in validation.

**rt121212121** 9 months ago
The system should engender trust, and if the system includes legal recourse, then no crash should ensue

**rt121212121** 9 months ago
It's all visible, if miners do this for tx that are not court published, then that is different from doing it those that are

**CSW** 9 months ago
No.
A court cannot enforce a burn

[illegible]

**CSW** 9 months ago
What breaks law... miners not reallocating. It does not change the amount. It stays at 21 million.

The same as if you lose a gold certificate. A new one is issued

**BB** 9 months ago
Code is law could be a deterministic hell. No way to correct wrongs

**CSW** 9 months ago
Miners can move coins. That is in the rules

**rt121212121** 9 months ago
Doesn't seem that hard to explain as a concept really, and when explained makes the whole system seem more legit

**CSW** 9 months ago
There IS cause, you have a court order

**Jerry David** 9 months ago
perhaps, but it would certainly spawn more forks ;-/

**Jerry David** 9 months ago
I suppose as long as you stick with the legal chain... then ok.

**CSW** 9 months ago
Each fork would have to do the sane or be deemed criminal

**CSW** 9 months ago
You cannot trade a criminal coin

**Jerry David** 9 months ago
so which is the criminal fork... ETH or ETC?

**CSW** 9 months ago
You cannot use a criminal coin

**rt121212121** 9 months ago
Why would businesses stick with the chain that rewards crime over the one that follows the courts

**CSW** 9 months ago
ETH was devs

Not court

**CSW** 9 months ago
ETH needed to leave it to the law. They took law into their own hands

**R3K** 9 months ago
So if Dave's coins are stuck in his wallet with no accessible key, Ira could get a court order to enforce against miners to transfer Dave's coins to a wallet he controls? (edited)

**CSW** 9 months ago
Yes, then he would go to court in China and EU and seek enforcement orders.

Multiple court cases
✅ 2

**CSW** 9 months ago
This is something common in law. Large addresses are at risk. Private ownership requires that you have coins in small amounts.

Now, I would say under 10 bitcoin per UTXO

**CSW** 9 months ago
And, multiple legal entities

**R3K** 9 months ago
Interesting, would like to read more on that

**CSW** 9 months ago
A case, enforced in 4 jurisdictions is likely to cost 20 million USD, so this is only something large holdings will care about
🙏 1 ✅ 2

**R3K** 9 months ago
Presumably Ira still needs to identify Dave's addresses (of the 300k) and sufficiently convince the court that they were Dave's and thus in his estate... (edited)

**R3K** 9 months ago
Or perhaps Ira need not identify them at all. Another might... 😉 And the court just needs to be sufficiently convinced

**CSW** 9 months ago
Yes, as long as you have sufficient evidence

**CSW** 9 months ago
And, keys are not the only evidence

**R3K** 9 months ago
wow ok. So if a certain defendant had such information that would be gold for achieving a settlement

**CSW** 9 months ago
Drug coins, dark web etc... are incredibly easy to seize.

**CSW** 9 months ago
Bitcoin was ***never*** designed to bypass the law. It is not anti bank. It is not a system that funds the deep dark web.
✅ 2

**R3K** 9 months ago
😜

**CSW** 9 months ago
China is big here. But the US and China have a reciprocal treaty

**R3K** 9 months ago
Very insightful conversation this thread...
So if the case gets dropped or dismissed, with no other options, anyone able to identify Dave's addresses has significantly increased leverage for which they could demand more favorable terms. On the other hand if things go pear shaped there's the prospect of private settlement.

**R3K** 9 months ago
Unless by some quirk of law a court can force someone to hand over such information (if they know about it or if they claim they have it or some other reason) without any compensation, etc (edited)

**CSW** 9 months ago
The US can force discovery

**CSW** 9 months ago
But, not everywhere and only to involved parties

**R3K** 9 months ago
Interesting... If i knew the location of an old and now dead business partner's treasure chest. And their family accused me of misdoings, sued me for my own treasure, required me to travel across the globe to their land and courts not related to my own, and then demanded I disclose its location... I should think justice and decency would allow some kind of reasonable compensation for my troubles. (edited)

**CSW** 9 months ago
Then, they cannot sue for your money. They would need to prove that your money is theirs.

**CSW** 9 months ago
To force you to hand over details, they will need to sue you in your home jurisdiction

**CSW** 9 months ago
Then enforce it in other countries

**R3K** 9 months ago
Makes sense 👍

**mboyd** 9 months ago
so for privacy and keeping it too expensive to go after in court, under 10 bitcoins per address?
what about very large holders of legally obtained coins, would they be better off having the law on their side with everything unspent under 1 address so they can use the courts if needed to recover?

**CSW** 9 months ago
No. A list of addresses

**Jerry David** 9 months ago
remember using ONE address leaks your privacy.

**Jerry David** 9 months ago
And really gains you nothing in terms of legal security.

**Perica** 9 months ago
Right.
Miners can execute the order by mining a tx which spends outputs designated in the court order, by inputs for example of the form:

> push "US Federal Court ...."
> push "Order No ...."
> push "From ../../...."
> ...

which spends to pub keys (addresses) which are dictated by the court order. (edited)

**Perica** 9 months ago
The trail is on chain.
Everything is marked, transparent and verifiable.

**Perica** 9 months ago
But this will be expensive and rare. Only for significant sums of money, as doc said.
More often it will be used for addresses *"ceased"* by a government because of illicit activity.

Reply...

Google Chrome
80.0.3987.163
3:47:43 PM 4/8/2020
Windows 10 Enterprise 64-bit Build 17134
https://app.slack.com/client/T5131H9JR/CA420L9V4/thread/C5131HKFX-1563172750.492800