```
 1  Received: from mail-pd0-f176.google.com (209.85.192.176) by
 2   itmserver2.ITM.local (192.168.1.22) with Microsoft SMTP Server (TLS) id
 3   14.2.347.0; Thu, 17 Apr 2014 08:22:04 +1000
 4  Received: by mail-pd0-f176.google.com with SMTP id r10so11175464pdi.7
 5          for <Craig.Wright@itmasters.edu.au>; Wed, 16 Apr 2014 15:22:02 -0700
 6   (PDT)
 7  X-Gm-Message-State:
 7  ALoCoQnYUa8r1sKzpv59T/MAT2wVxtkMuTPWaCZUhMtDz850IpOyRgIR2nFiqw34DLSdiK1KXAy7SFIK+afTQ2BA
 7  uRMEF1kQHdxVgK4N8iOCRGcHJQw6AGRCoK1p15roLhClU9s2iYek
 8  X-Received: by 10.66.149.7 with SMTP id tw7mr11440521pab.72.1397686922062;
 9          Wed, 16 Apr 2014 15:22:02 -0700 (PDT)
10  X-Received: by 10.66.149.7 with SMTP id tw7mr11440472pab.72.1397686921453;
11          Wed, 16 Apr 2014 15:22:01 -0700 (PDT)
12  Return-Path: <craig.wright@hotwirepe.com>
13  Received: from psmtp.com (na3sys010amx178.postini.com [74.125.245.178])
14          by mx.google.com with SMTP id qf4si13447196pbb.309.2014.04.16.15.22.00
15          for <Craig.Wright@itmasters.edu.au>;        Wed, 16 Apr 2014 15:22:01
16   -0700 (PDT)
17  Received-SPF: None (ITMserver2.ITM.local: craig.wright@hotwirepe.com does
18   not designate permitted sender hosts)
19  Received-SPF: pass (google.com: domain of craig.wright@hotwirepe.com designates
19  173.203.6.146 as permitted sender) client-ip=173.203.6.146;
20  Authentication-Results: mx.google.com;
21         spf=pass (google.com: domain of craig.wright@hotwirepe.com designates
21         173.203.6.146 as permitted sender) smtp.mail=craig.wright@hotwirepe.com
22  Received: from smtp146.ord.emailsrvr.com ([173.203.6.146]) (using TLSv1) by
23   na3sys010amx178.postini.com ([74.125.244.11]) with SMTP; Wed, 16 Apr 2014
24   15:22:00 PDT
25  Received: from smtp19.relay.ord1a.emailsrvr.com (localhost.localdomain
26   [127.0.0.1]) by smtp19.relay.ord1a.emailsrvr.com (SMTP Server) with ESMTP id
27   F18DE3B0674  for <Craig.Wright@itmasters.edu.au>; Wed, 16 Apr 2014 18:21:58
28   -0400 (EDT)
29  X-SMTPDoctor-Processed: csmtpprox beta
30  Received: from localhost (localhost.localdomain [127.0.0.1])  by
31   smtp19.relay.ord1a.emailsrvr.com (SMTP Server) with ESMTP id EB2223B04E0 for
32   <Craig.Wright@itmasters.edu.au>; Wed, 16 Apr 2014 18:21:58 -0400 (EDT)
33  X-Virus-Scanned: OK
34  Received: from smtp192.mex05.mlsrvr.com (unknown [184.106.31.85]) by
35   smtp19.relay.ord1a.emailsrvr.com (SMTP Server) with ESMTPS id B24083B0674  for
36   <Craig.Wright@itmasters.edu.au>; Wed, 16 Apr 2014 18:21:58 -0400 (EDT)
37  Received: from ORD2MBX02B.mex05.mlsrvr.com ([fe80::92e2:baff:fe11:e98c]) by
38   ORD2HUB31.mex05.mlsrvr.com ([::1]) with mapi id 14.03.0169.001; Wed, 16 Apr
39   2014 17:21:58 -0500
40  From: Craig S Wright <craig.wright@hotwirepe.com>
41  To: Craig Wright <Craig.Wright@itmasters.edu.au>
42  Subject: Apppointment letter
43  Thread-Topic: Apppointment letter
44  Thread-Index: Ac9ZwdnWoz2JVmHtSM6FIwb+XqgK2gAAGGCA
45  Date: Wed, 16 Apr 2014 22:21:58 +0000
46  Message-ID: <FAD3632B7F0E824E883EC75DD091D260010E9C12@ORD2MBX02B.mex05.mlsrvr.com>
47  Accept-Language: en-AU, en-US
48  Content-Language: en-US
49  X-MS-Has-Attach:
50  X-MS-TNEF-Correlator:
51  x-originating-ip: [58.160.32.123]
52  Content-Type: multipart/alternative;
53    boundary="_000_FAD3632B7F0E824E883EC75DD091D260010E9C12ORD2MBX02Bmex05_"
54  X-pstn-dkim: 0 skipped:not-enabled
55  X-pstn-nxpr: disp=neutral, envrcpt=Craig.Wright@itmasters.edu.au
```

DEF_00030487.msg.headers.txt

```
56  X-pstn-nxp: bodyHash=e6277be267672298017d6de5c58428990ce35083,
56  headerHash=7da51f56670f48b6baa17b93d6806124b373ab50, keyName=4,
56  rcptHash=3eede1e89d45b31bec3603e4be7c2c53c3c7605a, sourceip=173.203.6.146, version=1
57  X-pstn-nxpr: disp=neutral, envrcpt=Craig.Wright@itmasters.edu.au
58  X-pstn-nxp: bodyHash=e6277be267672298017d6de5c58428990ce35083,
58  headerHash=7da51f56670f48b6baa17b93d6806124b373ab50, keyName=4,
58  rcptHash=3eede1e89d45b31bec3603e4be7c2c53c3c7605a, sourceip=173.203.6.146, version=1
59  X-MS-Exchange-Organization-AuthSource: ITMserver2.ITM.local
60  X-MS-Exchange-Organization-AuthAs: Anonymous
61  X-MS-Exchange-Organization-PRD: hotwirepe.com
62  X-MS-Exchange-Organization-SenderIdResult: None
63  MIME-Version: 1.0
64
```