

# GeoIP2 Precision Lookup Form

Show Sidebar

## GeoIP2 Precision: City Results

| IP Address | Country Code | Location | Network | Postal Code | Approximate Coordinates* | Accuracy Radius (km) | ISP | Organization | Dor |
|---|---|---|---|---|---|---|---|---|---|
| 58.160.32.123 | AU | Wooloowin, Queensland, Australia, Oceania | 58.160.32.123/32 | 4030 | -27.4219, 153.0428 | 5 | Telstra Internet | Telstra Internet | |

Service

Insights (11428 lookups available) ▼

IP Addresses

Please enter one IPv4 or IPv6 address per line. You may enter a maximum of 50 addresses on this page. (Please use GeoIP2 Precision Batch Lookup to process more addresses at once.)

58.160.32.123

Submit



MaxMind, GeoIP, minFraud, and related trademarks belong to MaxMind, Inc.



### PRODUCTS

minFraud Services

GeoIP2 Anonymous IP Database

GeoIP2 Enterprise Database

GeoIP2 Precision Web Services

GeoIP2 Databases

GeoLite2 Databases

### SUPPORT

Support Center

System Status

Frequently Asked Questions

GeoIP Data Correction Request

### DEVELOPERS

Dev Center

minFraud

GeoIP

Frequently Asked Questions

## COMPANY

About MaxMind

Working at MaxMind

Commitment to Security

Charitable Giving

Contact Us

Terms of Use  |  Privacy Policy

/