IN THE CIRCUIT COURT FOR PALM BEACH
COUNTY, FLORIDA

PROBATE DIVISION

IN RE: ESTATE OF

DAVID ALAN KLEIMAN

Deceased.

File No.
502013CP005060XXXXNB

Division IH

**P-863**

Case No. 9:18-CV-89176-BB

FILED

2016 FEB -4 AM 9:47

SHARON R. BOCK, CLERK
PALM BEACH COUNTY
NORTH COUNTY BRANCH

## LETTERS OF ADMINISTRATION
### (single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, David Alan Kleiman, a resident of Palm Beach County, Florida, died on
April 26, 2013, owning assets in the State of Florida, and

WHEREAS, Ira Steven Kleiman has been appointed personal representative of the estate
of the decedent and has performed all acts prerequisite to issuance of Letters of Administration
in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Ira Steven Kleiman duly
qualified under the laws of the State of Florida to act as personal representative of the estate of
David Alan Kleiman, deceased, with full power to administer the estate according to law; to ask,
demand, sue for, recover and receive the property of the decedent; to pay the debts of the
decedent as far as the assets of the estate will permit and the law directs; and to make distribution
of the estate according to law.

ORDERED on _____2-4-_____, 2016.

_____
Circuit Judge

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a
true copy as recorded in my office and
the same is in full force and effect.
THIS 4 DAY OF Feb, 2016
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK