The Wayback Machine - https://web.archive.org/web/20151124011302/http://gse-compliance.blogspot.com/2013_04_28_archive.html

# Cracked, inSecure and Generally Broken

*The ravings of a SANS/GIAC GSE (Compliance & Malware) Security, Digital Forensics Statistics and Data Mining. I mined Bitcoin in the past and write code.*

**P-865**

Case No. 9:18-CV-89176-BB

## The Charity I Support

**Uniting Care Burnside**

**Their Vision**
A just and safe society for all children young people and families - because children matter.

**What I do**
Each year I donate a christmas party for the families in the NSW Hastings region supported by Burnside.

We have been doing this for a while now.

On top of this I recycle computers. To do this I take 1.5 to 2 year old corporate lease computers and refurbish them so that they can run the most current programs.

The question is - what do you do to help?

If you do not have the time, have you though about a donation?

This blog has been monetarised. This is where the money goes. By clicking and purchasing on this site, you help Burnside and Hackers for Charity. All monies earned here are split 50/50 between these two charities.

## Archive of Former Posts

► 2015 (2)
► 2014 (1)
▼ 2013 (37)
  ► July 28 - August 4 (3)
  ► May 26 - June 2 (1)
  ► May 19 - May 26 (3)
  ► May 12 - May 19 (2)

FRIDAY, 3 MAY 2013

## For the CSG opposition

You do realize that...

Dairy cattle produce around 450 L of methane per day [1]. In a standard farm, the quantities of methane, the main CSG gas at issue. A darling downs dairy farm can have up to 10,000 cattle. For the most part, smaller farms have 500-1,000 head. A standard is generally keep 2 livestock units/ha (conservative with some managing 2.5 lu/ha).

We will look at a 1,000 head. In a standard operation, there is a concentrated 450,000L of methane produced in dairy farming a day. This is concentrated at the milking shed.

There is generally fewer than one well for each of several farms of this size. For this exercise, we will just review the single one with a well against that farm. This is the worst case scenario and hence the one most likely to be used in argument.

Taking the high values (which are uneconomical, unsustainable and not supported) of leakage, we have a figure in the order of 75,000L/Yr loss from a well based on standard figures of production rates. Although this figure is high and could be termed a cause for alarm by those opposing CSG, it is in itself on the high estimate of reality in a situation where a complete loss of pipe integrity occurs.

Extrapolated, the CSG production accounts for 0.046% of the methane produced in a 1,000 head dairy farm.

So, if CSG gas is an issue from gas leakage, then we have to remember that cows actually do more damage and are less safe. In fact, the cattle are resulting in 21.93 times more release of the so called toxic substances.

The simple answer is property rights. Yes, some people are silly and will stop you using the land. Others who are not so risk adverse (and foolish) will take the money and allow mining.

The answer, property rights should be supported and we all win.

[1] http://www.ncbi.nlm.nih.gov/pubmed/8567486

[2] http://www.aplng.com.au/pdf/factsheets/Coal_seam_gas_production_and_the_Great_Artesian_Basin.pdf

Posted by Craig Wright at Friday, May 03, 2013    0 comments

# 404 Not Found

nginx/1.19.10

► May 5 - May 12 (6)
▼ April 28 - May 5 (5)
   For the CSG opposition
   Today's manifesto...
   Dave Kleiman
   Is Bitcoin volatile?
   Why Bitcoins?
► April 21 - April 28 (3)
► April 14 - April 21 (4)
► April 7 - April 14 (10)
► 2012 (96)
► 2011 (178)
► 2010 (37)
► 2009 (77)
► 2008 (262)
► 2007 (74)

## Who I am...or what...



**CRAIG WRIGHT**

View my complete profile

## Visitor locations



THURSDAY, 2 MAY 2013

## Today's manifesto...

I AM going to innovate and CREATE like it or not.

I will produce.

I do not care that you are afraid of change, that you fear new things and that you see a future that you cannot understand as bad.

I will make a solution to problems you have not even thought of and I will do it without YOUR or any state's permission! I will create things that make your ideas fail as I will not refuse to stop producing. I will not live off or accept welfare and I will not offer you violence. You will have to use violence against me to make me stop however.

I will create and make the world better whether or not you try and stop me and those like me.

I am producer. I build, I create and I trade. I do not take handouts. I do not beg. I learn, I contract and I do all I can to better the society I am in.

I am producer. I bare the weight of society and create the wealth that all others live on. I am not equal, for nobody is. I know I will never be as good as others in all things, I know I cannot beat other's in all things, but I also know I can do something others cannot. That is my specialty, whatever this is and it will change month to month, year to year as all around me changes forcing me to work!

I am producer, the only alternative is parasitic and I will not accept this.

Posted by Craig Wright at Thursday, May 02, 2013    0 comments

# 404 Not Found

---

nginx/1.19.10

TUESDAY, 30 APRIL 2013

## Dave Kleiman

Last night a good friend of mine passed away. He is a friend to many people.

Dave Kleiman was more than a friend. For the last decade or so we've sparred verbally as friends about many topics in security and digital forensics. Dave tempered many of my wacky ideas and provided the grounding to make them come to fruition.

We did many things that people would consider out there. It was with Dave that I took an electron microscope and tested the theory of whether you could recover data from an overwritten hard drive. This was long and time-consuming project that ate 18 months of my life. It was Dave's support that allowed me to finish it. Dave was my sounding board and in some ways my muse. Whenever I became stuck Dave would help me step through the issues until we came up with a solution.

Dave was my person on the ground for DoD research contracts.

Dave shared many of my secrets and I some of his. He knew me better than most people, better than nearly any other.

Mostly and most importantly Dave was my friend.

When I thought that my cancer had come back it was Dave who offered me strength. When my marriage broke down, it was Dave who offered a shoulder. Dave and I are a long way apart physically but I was always close to him and he always had a part of my heart.

We helped fund long-distance communications with our talks that would go for hours. We discussed anonymity and ways to both forensically recover data as well as means to ensure non-recovery.

The world was a better place with Dave in it. Every time I came back injured I remember Dave's strength. Dave was a remarkable man.

Whenever I was in pain I would think of him. There are few people who would hop out of their wheelchair , board a plane and skydive. That was the type of man Dave was.

He was a man. He was a Vet and knew what it means to serve.

Dave was strong, Dave is resilient and Dave had a large heart. In the decade and a half I've known Dave I've come to love him.

Anyone who knew Dave, knew a friend.

Dave will be sorely missed.

Posted by Craig Wright at Tuesday, April 30, 2013    2 comments

MONDAY, 29 APRIL 2013

<u>Is Bitcoin volatile?</u>

Well yes, it is a small new currency right now. But this does not mean that it has no value.

Let us look at Gold and the $US. Not actually Bitcoin, but it is what we see as value like it or not.



We can see the massive drop in value. Some may not understand this, but Gold does have a value more than those who claim all it comes form is being a "goldbug".

Remember we also have the cash settlement rates to consider.



Or even the rates, taking this makes the dollar seem a little out there.



So, yes, the price and purchase power of Bitcoin varies. There is a mean and a value that can be shown over time, but in this, some actions and the detractors will attack it allowing for arbitrage opportunities.

These attacks on it make opportunities for the supporters and cost the people seeking to devalue it. So, simple answer, it is just as good as the dollar but getting better every day.

Posted by Craig Wright at Monday, April 29, 2013    0 comments

SUNDAY, 28 APRIL 2013

## Why Bitcoins?

The question for today is why do we need a fixed supply monetary standard like gold. Gold would be the ideal in some ways excepting that physical quantities of gold can easily be seized by government. This is the reason for Bitcoin. Bitcoin is modeled on a gold-based system and not in interventionist gold a system. It mirrors Murray Rothbard's 100% gold standard but in a manner that is technologically superior and provides the required system for the coming technological changes.

We are entering an era of intellectual property. As I've written previously there will be predominately intellectual property in our economy. The

basis of manufacturing and life as we know it will become one based on the transfer of data.

Their are many detractors on gold as a standard. What most of them do agree is that gold remains one of the best forms of currency in international transactions. This remains one of its primary uses. Again, the difficulty comes from the necessary requirements and moving gold and the ability of sovereign governments to manipulate these movements.

Bitcoin is an ideal international currency transaction medium. It mirrors gold but also alleviates many of the primary issues associated with gold.

The world of the future will be one of hyper globalism. A small scale programmer in Kenya with limited capital resources will be able to compete for market share with the largest international corporations. The only way to do this is to have a decentralized fixed currency system.

This is what Bitcoin is.

Posted by Craig Wright at Sunday, April 28, 2013    0 comments

Newer Posts                              Home                              Older Posts

Subscribe to: Posts (Atom)

## The CV of a GSE-Compliance and GSE-Malware

In an effort to maintain the majority of what I am working on in a manageable format - as well as to actually have some means of actually distributing all of the information.
Verify my SANS/GIAC status by entering my name in the following link:
http://www.giac.org/certified-professional/craig-wright/107335

## ©2007-11 Craig Wright

Copyright. The material on this blog and all pages is copyrighted by Craig Wright. All rights are reserved. Non-commercial use is allowed with referencing/accreditation.