| | |
|---|---|
| **From:** | Patrick Paige <patrick@computerforensicsllc.com> |
| **Sent:** | Thursday, February 13, 2014 2:10 AM |
| **To:** | Dex |
| **Subject:** | RE: what's up |
| **Flag Status:** | Flagged |

**P-867**

Case No. 9:18-CV-89176-BB

I got an email from a friend of Dave that said... (see below) I want to discuss this with you.

I know both of you knew Dave and trusted him.

Dave and I had a project in the US. He ran it there. We kept what we did secret.

The company he ran there mined Bitcoin. I do not believe there has been anything of this in the estate, but I also know his father is not IT literate. I would ask that if you know of any of his computers, that you help ensure that any wallet.dat files he has are saved. I know that is a long time, but I had thought Dave would have planned more for the end, but he did not always do that.

The amount DK mined is far too large to email. I know this is cryptic and I know I gave Dave the shits with this and some of the things we did in WK, but he was my best friend and I am not sure where else to contact.

I am not looking for anything, just that Dave's estate gets what was in it. I do not want any of it at all. Please note, I am not seeking anything in this, but I want his family taken care of.


*Patrick Paige SCERS EnCE*
*Computer Forensics LLC*
*1880 North Congress Ave Suite 333*
*Boynton Beach FL 33426*
*561.818.9208 Cell*
*www.ComputerForensicsLLC.com*

**From:** Dex [mailto:dex561@yahoo.com]
**Sent:** Wednesday, February 12, 2014 9:03 PM
**To:** Patrick Paige
**Subject:** what's up

Hey Patrick,

Just got your voice messages this evening.  What's going on?

Ira

1

KLEIMAN_00035345