## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.

                                                            **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.

_____/

### SECOND CORRECTED[1] CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE

I, Andres Rivero, as counsel for the defendant, Dr. Craig Wright, hereby certify the following:

Check the applicable sections:

☒   ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

☒   EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

_____

P434, P511, P512, D091, D092, D093, D094, D095, D096, D097, D098, D099, D100, D101, D102, D173, D1020, and D1021.

_____

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals.  Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial.  Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature:      _____/s/Andres Rivero_____     Date:    __12/17/21_____

_____

[1] Dr. Wright files this second corrected certificate of compliance because the docket now reflects that the exhibits identified in footnote one of his corrected certificate of compliance [D.E. 831] have been filed with the Court. *See* D.E. 834. Additionally, a number of exhibits that were inadvertently not included in the original joint filings [D.E. 828, 829] have now been filed on the docket at D.E. 835. Accordingly, all trial exhibits have now been filed.