```
 1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                        WEST PALM BEACH DIVISION
                         CASE NO. 9:18-cv-80176-BB
 3
      IRA KLEIMAN, as the personal representative
 4    of the Estate of David Kleiman, and W&K Info
      Defense Research, LLC,
 5
              Plaintiffs,                  November 1, 2021
 6                                         9:01 a.m.
              vs.
 7
      CRAIG WRIGHT,
 8
              Defendant.                   Pages 1 THROUGH 273
 9    _____

10                    TRANSCRIPT OF TRIAL DAY 1
                   BEFORE THE HONORABLE BETH BLOOM
11                   UNITED STATES DISTRICT JUDGE
                        And a Jury of 10
12
      Appearances:
13    FOR THE PLAINTIFF:   ROCHE FREEDMAN, LLP
                           DEVIN FREEDMAN, ESQ.
14                         KYLE ROCHE, ESQ.
                           200 South Biscayne, Suite 5500
15                         Miami, Florida 33131

16                         BOIES SCHILLER & FLEXNER
                           ANDREW BRENNER, ESQ.
17                         STEPHEN N. ZACK, ESQ.
                           100 Southeast 2nd Street, Suite 2800
18                         Miami, Florida 33131

19    FOR THE DEFENDANT:   RIVERO MESTRE, LLP
                           ANDRES RIVERO, ESQ.
20                         JORGE MESTRE, ESQ.
                           AMANDA M. MCGOVERN, ESQ.
21                         MICHAEL A. FERNANDEZ, ESQ.
                           2525 Ponce de Leon Boulevard, Suite 1000
22                         Coral Gables, Florida 33134

23    COURT REPORTER:      Yvette Hernandez
                           U.S. District Court
24                         400 North Miami Avenue, Room 10-2
                           Miami, Florida 33128
25                         yvette_hernandez@flsd.uscourts.gov
```

1                              I N D E X

2    Certificate .................................... 273
     Voir Dire ......................................  18
3    Jury sworn ..................................... 172
     Preliminary jury instructions .................. 173
4    Plaintiff opening statement .................... 183
     Defense opening statement ...................... 212

5


6


7                      W I T N E S S


8    ON BEHALF OF THE PLAINTIFF:                        PAGE
     ANDREAS M. ANTONOPOULOS
9    DIRECT EXAMINATION BY MR. ROCHE                    239

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1          (Call to order of the Court, 9:01 a.m.)
 2               THE COURT:  All right.  Let's go ahead and call the
 3     case and we can get started.
 4               COURTROOM DEPUTY:  Calling Civil Case Number 18-80176,
 5     Ira Kleiman v. Craig Wright.
 6               Counsel, please state your appearances for the record,
 7     starting with Plaintiffs' counsel.
 8               MR. FREEDMAN:  Good morning, Your Honor.  Vel Freedman
 9     for the Plaintiffs.
10               THE COURT:  Hi.  Good morning.
11               MR. BRENNER:  Good morning, Your Honor.  Andrew
12     Brenner for the Plaintiffs.
13               THE COURT:  Good morning.
14               MR. ROCHE:  Good morning, Your Honor.  Kyle Roche for
15     the Plaintiffs.
16               THE COURT:  Good morning.
17               MR. ZACK:  Good morning, Your Honor.  Steven Zack for
18     the Plaintiffs.
19               THE COURT:  Good morning.
20               MR. BRENNER:  Your Honor, we have with us Tibor Nagy,
21     who is going to help with this part of the process, and Steve
22     Patterson.
23               THE COURT:  All right.  Good morning to each of you.
24               Are we waiting for anyone else on behalf of the
25     Plaintiffs?
```

```
 1              MR. FREEDMAN:  No, Your Honor.

 2              THE COURT:  All right.

 3              On behalf of the Defendants.

 4              MR. RIVERO:  Good morning, Your Honor.  Andres Rivero

 5    for Dr. Wright.

 6              THE COURT:  Good morning.

 7              MS. MCGOVERN:  Good morning, Your Honor.  Amanda

 8    McGovern for Dr. Wright.

 9              THE COURT:  Good morning.

10              MR. MESTRE:  Good morning, your Honor.  Jorge Mestre

11    for Dr. Wright.

12              THE COURT:  Good morning.

13              MR. FERNANDEZ:  Good morning, Your Honor.  Michael

14    Fernandez for Dr. Wright.

15              THE COURT:  Good morning.

16              MR. RIVERO:  And Judge, with us we have Mark Gerard

17    and Mark Linder, who will be assisting in jury selection.

18              THE COURT:  All right.  Good morning to each of you.

19              As you had requested through the courtroom deputy, we

20    did remove the Plexiglas.  We are going to stress that we are

21    following CDC guidelines.

22              And as I stated to the attorneys previously, let me

23    restate on the record that if you are fully vaccinated and you

24    feel comfortable, you are permitted to take your mask off while

25    you are addressing the Court, while you are addressing the
```

1    jurors, or while you are addressing a witness.

2         With regard to the jurors, as you have learned, in

3    order to improve our opportunity to select a jury of 10, I have

4    elected to make use of the jury box.  And that is, as you can

5    see from the blue Xs, that we have measured three feet to

6    maintain social distancing.

7         We will have 20 in the gallery.  And we will have 10

8    prospective jurors in the jury box.  We will have 10 remaining

9    that will be on the fifth floor in the jury room in the event

10   that we need those additional 10 jurors.

11        As you may be aware, there is an overflow media room

12   located on the 8th floor in South 48 for audio only.  I know

13   the courtroom deputy did stress to you that the microphones are

14   always hot until you activate the button and ensure that it is

15   turned off if you are having discussions.

16        With regard to comfort, let me stress comfort.  We

17   have two restrooms.  And I know those of you that had a tour of

18   the jury room, note that there are two restrooms right outside

19   adjacent to the jury room.  We also have two restrooms across

20   the hall.

21        I would suggest that when we take breaks that the

22   jurors, since we obviously have many more jurors -- that the

23   jurors assemble outside and use those bathrooms.  And then when

24   we take a break, the court security officer, Officer Campbell,

25   will assist you to use the restrooms here.

1          As well, during the course of the trial, I bring in

2     coffee or tea and I have water.  I want you to feel

3     comfortable.  If you want to bring in something to drink, you

4     can certainly do so.

5          Let me also state that we will take a break in the

6     morning.  We will always take a one-hour recess for lunch.  And

7     we will take a break in the afternoon.  And because we have so

8     many individuals, our break will be 15 minutes to allow

9     everyone to have a sufficient comfort break.

10          The jurors will be given bags and the bags will

11     include a disposable microphone cover.  Each of you have a

12     disposable microphone cover.  And I would ask that at the

13     conclusion of the day, since we will have matters to attend to

14     in the mornings from 9:00 to 10:00, that you just take the

15     microphone cover and just discard of the cover.

16          As well, as we talked about, the jurors will also have

17     the masks that are clear for their use.  A lot of this will

18     depend upon the jurors' vaccination status and their comfort.

19     But if they feel comfortable, just so that you're able to see

20     their face completely while you're questioning them, I will ask

21     them if they feel comfortable to take off their cloth mask and

22     use this mask during the proceeding.

23          I know that your proposed jury instructions did

24     include note-taking.  I think someone actually suggested that

25     there be no note-taking.

1          So let me state that I am going to permit the jurors

2     to take notes.  And I will give them the appropriate cautionary

3     instruction with regard to the weight to be given.

4          As well, since this is a civil case, unless there is

5     an objection, I believe that the jurors should have the

6     opportunity to question each of the witnesses after the

7     attorneys have concluded.

8               Is there any objection to that?

9          MR. FREEDMAN:  No objection, Your Honor.

10         MR. RIVERO:  No, Your Honor.

11         THE COURT:  At the time that I do introduce you, that

12    is, that the attorneys will now have an opportunity to

13    introduce themselves, I would like you to have the opportunity

14    to introduce yourselves and your team.

15              So I'll turn, if that's appropriate, to Mr. Freedman,

16    and to Mr. Rivero.  And then each of you can introduce your

17    respective members of your team.

18              As well, I am going to let the jury know the witnesses

19    that may testify at this trial.  So I'm going to, again, turn

20    to you, Mr. Freedman, and then to Mr. Rivero.  So if you will

21    be prepared to have the list of witnesses and a brief

22    background in terms of where they may be working or where

23    they're located so that if it's a common name, the jurors have

24    the opportunity to associate whether they have any familiarity.

25              As well, with regard to your joint stipulated facts,

8

1  which is ECF 616, as we get into the trial, if you will let me

2  know when you would like those to be read.

3       I believe that I have addressed each of the issues.

4       I also do want to advise you, we have two courtroom

5  deputies this morning, we have Liz Gariazzo, as you have met,

6  and we have Alex Rodriguez that will also be assisting us.

7       We are waiting for the jurors to complete their

8  questionnaires.  You will be given a copy of the answers of the

9  12 questions.  I will certainly ask them some preliminary

10  questions.  And then, as we discussed, I will turn the

11  questioning over to the attorneys.

12       Are there any issues that we need to address before we

13  get started?

14       MR. BRENNER:  Just a couple housekeeping matters.

15       One, we were asked to report to Your Honor about the

16  vaccination status of Mr. Kleiman, and he is, in fact -- we

17  have been told he's had his second vaccine.

18       THE COURT:  And where is Mr. Kleiman?

19       MR. BRENNER:  He'll be here for openings.

20       THE COURT:  So do we need to wait for him?

21       MR. BRENNER:  To do voir dire, we do not.  Just so I'm

22  clear -- I think I'm clear, but I'll ask it to remove all

23  doubt -- we're going to be questioning the panel as if it's a

24  panel of 30?  I mean, the whole panel's going to be questioned

25  at the same time?

```
1              COURTROOM DEPUTY:  That correct.

2              MR. BRENNER:  Okay.  And -- okay.  So I guess the

3   lawyers will be free to be in this well, turn that way and that

4   way?

5              THE COURT:  So let's talk about the podium.  Because

6   the podium is tied to the electrical outlet.  So there's not

7   much movement of that podium.  With that said, I'm going to

8   give you the flexibility to be in the well and to move about.

9   You have the lavaliers for your use.

10             MR. BRENNER:  Yes.

11             THE COURT:  So I would suggest that if you want to sit

12  at your table, because you're taking notes, you can certainly

13  do so.  And I'll let the jurors know not to be offended, the 10

14  in the box, that the attorneys will be questioning all of the

15  jurors.  You have the seating charts.

16             And let me state again, to my right, looking out, will

17  be 1 through 12; to the left of the gallery will be 13 through

18  20; and then we will have jurors 21 to 30 that will be seated

19  in the box.  And that will be the placement of the jurors once

20  we select our 10.

21             MR. BRENNER:  And the ones in the box, the numbering,

22  which is closest to you?

23             THE COURT:  20 -- and you should -- Liz, did we give

24  the -- you should have a seating chart for your use.  All

25  right.  So it would be 21 to 30.  So the 21 would be on the
```

1    first row closest to you.

2              MR. BRENNER:  Oh, closest to us.

3              THE COURT:  30 would be on the second row closest to

4    me.

5              MR. BRENNER:  Okay.

6              MR. RIVERO:  I'm sorry, Judge.  Just to avoid

7    confusion for me, 12 through 1 would be in this area?

8              THE COURT:  So -- that's right.  That's -- to my right

9    is 1 to 12.  And if you can see, the benches have been marked

10   and the extra chair.  We have skipped a row.  As you've

11   requested, we skipped the first row so that you can place your

12   items.

13             Let me also state that, since we will be together for

14   quite some time, we have given you each of the conference rooms

15   and you can place your items in there, in the -- during the

16   course of the day and at night.  They will be locked and

17   secure.

18             Let me also emphasize that during this month, we will

19   have other matters that we'll need to attend to and that will

20   also include some criminal matters and there will be defendants

21   that will be coming through, along with members of the US

22   Marshals Service.

23             So I would suggest that if there are items that you

24   don't want to have placed where you're not comfortable, that

25   you can use that first row, if they're large items, or, once

1  again, you can place them in the conference room so that they

2  can be secure.

3          But I would ask at the end of the day, since each day,

4  with the exception of today, we will be meeting at 10:00, that

5  you make sure, particularly on this side, but certainly on our

6  criminal cases we'll have several prosecutors and agents over

7  on this side, so if you'll just move the items.

8          Do we have any issues with regard to the electronics?

9  Is everyone all hooked up?  We have any issues beforehand?

10         MR. BRENNER:  Your Honor, the Plaintiffs -- your court

11  staff accommodated us.  We came in and we think we know what

12  we're doing with the electronics, so I think we're good for

13  now.

14         THE COURT:  All right, then.

15         With regard to the schedule, I will advise the jurors

16  that the case will take three weeks to try, that we anticipate

17  that we will be done on the Tuesday before the Thanksgiving

18  holiday.  I will say that because I want to address any great

19  personal hardships.

20         As we know, this trial may take longer.  And once we

21  have secured our 10, then, to the extent that we proceed after

22  that Tuesday, which is November 23rd, then we will have a

23  further discussion with regard to a schedule.

24         And let me make sure that -- does everyone have the

25  randomized list of the 30 jurors?

```
 1            MR. FREEDMAN:  I don't think so, Your Honor.

 2            MR. RIVERO:  No, Your Honor.  We have not received a

 3    list, that we know of.

 4            THE COURT:  Okay.  Scott, I'm not sure -- is Liz

 5    outside?  Can we have Liz or Alex give a copy of the randomized

 6    list to the attorneys?

 7            MR. BRENNER:  Your Honor, is it okay, since the vast

 8    majority of the jury is here, if we move the furniture over

 9    here for voir dire?

10            THE COURT:  Yeah.  Why don't you go ahead and turn

11    your chairs, if you feel more comfortable, so that you're

12    facing the gallery.

13            Tal, can we make copies for the attorneys of this

14    list?  Do we have an extra list?

15            THE COURT:  Hold on one second.

16        (Pause in proceedings.)

17            THE COURT:  Yes -- back on the record.

18            Yes, Mr. Brenner?

19            MR. BRENNER:  So we had discussed with the Court and

20    agreed that we would have three strikes for a panel of 20.  And

21    now we have a panel of 30.  What's --

22            THE COURT:  You have three strikes for a panel of 30.

23            MR. BRENNER:  Okay.

24            THE COURT:  I mean, unless you're advising,

25    Mr. Brenner, that your respective clients are not aligned, but
```

1    it would appear that the two Plaintiffs are aligned in this

2    case.

3             MR. BRENNER:  No.  That was not the issue at all.  So

4    we're still aligned.

5             THE COURT:  All right.  Thank you.

6        (Pause in proceedings.)

7             THE COURT:  Okay.

8             All right.  Let me address -- back on the record.

9             As I was hoping would not be the case, we do have at

10   least one juror that is not vaccinated, one -- and you will be

11   receiving the answers to the questionnaires, but as I advised,

12   the jury pool has asked the jurors whether they are fully

13   vaccinated.  And at this point, there are -- there are five

14   that are unvaccinated.  One has refused to answer because of

15   medical privacy.

16            So with that understanding, we are going to require

17   that the jurors wear their masks at all times, they maintain

18   social distancing, but I want to make sure that you are

19   comfortable that we do have unvaccinated individuals as part of

20   the panel.

21            MR. RIVERO:  Judge, may I ask, is that five of the 30?

22            THE COURT:  I can advise you -- and you'll receive a

23   copy, but just for your purposes, Juror Number 1, Juror

24   Number 9, Juror Number 13, Juror Number 23, Juror Number 26,

25   and Juror Number 28.

```
 1            MR. RIVERO:  Judge, may I inquire which one is the
 2    refuse to answer?
 3            THE COURT:  Juror Number 28.
 4            MR. RIVERO:  Thank you, Judge.
 5            MR. BRENNER:  Judge, on behalf of the --
 6            THE COURT:  If you can just be close to the microphone
 7    or put it on -- yes.
 8            MR. BRENNER:  If I get close to this, should I just
 9    turn this one off or it doesn't matter?  I don't want to get
10    feedback.
11            I was trying to catch up, Judge, to what you were
12    saying.  I think, on behalf of the Plaintiffs, we would -- we
13    prefer not to have unvaccinated people in the pool.  If Your
14    Honor is asking if we object, that's our preference, but that's
15    our position.
16            I don't know the legal reason for this.  This is all
17    new to all of us, but it's five or six, right?  It's five plus
18    one, five plus one not answering?
19            THE COURT:  That's correct.
20            MR. BRENNER:  So I think with 24 jurors, we will have
21    enough to seat a panel, seat a jury, but that's the Plaintiff's
22    position.
23            MR. RIVERO:  Judge, our position is that that's not a
24    basis.
25            THE COURT:  Okay.  I need the attorneys to get the
```

```
1    questionnaires.  Are we making copies?
2              All right.  So then with regard to having them in the
3    pool, they're going to be in the pool.  The question is how we
4    accommodate the attorneys.  Because I did advise if you feel
5    comfortable, you're permitted to take your mask off.  And I
6    don't know if your comfort level has been diminished because of
7    that.
8              So I share that with you, it's obviously reflected on
9    the questionnaires, and you just need to act accordingly with
10   regard to --
11             MR. BRENNER:  Sure.
12             THE COURT:  -- social distancing and masking and
13   protecting yourselves.
14             With regard to your decision relating to keeping them
15   on as jurors to be sworn, I think we should see where we are.
16             MR. BRENNER:  Thank you.
17             MR. RIVERO:  Judge, just to state our position.  We
18   don't agree they should be automatically excluded.  I hope the
19   Court can understand me through the mask.  But we don't agree
20   they should be automatically excluded.  And we'll see -- I
21   understand what the Court's ruling is.
22             THE COURT:  Let's see where we are with regard to
23   selection.
24             MR. BRENNER:  Sure.  Thank you.
25             MR. RIVERO:  Your Honor, may I ask -- because I think
```

```
1    the court reporter was having difficulty understanding me, and

2    I think you are too.  So I'm not sure if this is close enough.

3              Is it better if this is closer?

4              THE COURT:  Yes.  Much better.

5              MR. RIVERO:  Thank you.

6              THE COURT:  As you know, the most important part of

7    this trial is an accurate record.  And Yvette Hernandez is our

8    court reporter; she will let you know if you are speaking too

9    fast.  She will also communicate whether she's not able to hear

10   you, whether it's because of the mask or your microphone is not

11   turned on.  So just make sure that when you are speaking that

12   you are close to a microphone.

13        (Pause in proceedings.)

14             MR. BRENNER:  Judge, do I have a minute for a quick

15   comfort break?

16             THE COURT:  Yes, of course.  But I would suggest that

17   if you are going to take a comfort break, since we are bringing

18   up the jurors, that you use the restroom back here.

19             Do we have the court security officer?

20             Tal, can you do me a favor?  Can you ask Scott to

21   escort Mr. Brenner to -- or do you want to just show him where

22   the restroom is?

23             Thank you.

24        (Pause in proceedings.)

25             MR. ROCHE:  Your Honor, do we have any extra of the
```

```
 1   jury packets, of the questionnaire?
 2             THE COURT:  Do we have additional questionnaires?
 3             MS. MCGOVERN:  If I could ask for one as well.
 4             Thank you.
 5             THE COURT:  Okay.  Perfect.  If you could provide one
 6   to Ms. McGovern and one to Mr. Roche.
 7             MR. ROCHE:  Can you hear me better now if I turn on
 8   the mic?
 9             COURT REPORTER:  Yes.  Thank you.
10             MR. ROCHE:  Okay.  Got it.  I'll make sure I do that.
11        (Pause in proceedings.)
12             COURT SECURITY OFFICER:  Judge, the jury's lined up
13   and ready to come in.
14             THE COURT:  All right.  Do the attorneys need a few
15   more moments or are we ready to proceed?
16             MR. BRENNER:  The Plaintiffs are ready, Your Honor.
17             MR. RIVERO:  We're ready, Judge.
18        (Pause in proceedings.)
19             THE COURT:  All right.  And just for the record, there
20   were two individuals -- I'm not certain if they were affiliated
21   with the media.  But let me state that the courtroom will
22   remain open at all times.  However, we are in the midst of a
23   pandemic and as we can see, we have approximately, just given
24   the size of the courtroom, 24 seats that are available.  It
25   will be on a first come, first served basis since we do have an
```

```
1    overflow for the media with audio only.
2           However, because we are selecting the jury, and we
3    need to use the entire courtroom, my courtroom deputy is
4    advising that temporarily we will need all of the seats.  So I
5    do wish to advise you of that fact.  But the courtroom will
6    remain open at all times for the public.
7           All right.  If the parties are ready to proceed, Liz,
8    we can bring them in as they are lined up.
9           COURTROOM DEPUTY:  Are we ready?
10          THE COURT:  We are.
11       (Before the panel, 9:38 a.m.)
12          THE COURT:  Hi.  Good morning to everyone.
13          Liz, are we ready to swear in the jurors?
14       (Pause in proceedings.)
15          COURTROOM DEPUTY:  Give me one second, Judge.
16          THE COURT:  All right.  Certainly.
17       (Pause in proceedings.)
18          COURTROOM DEPUTY:  If all the jurors would please
19    rise.  Will you raise your right hand for me.
20       (Panel sworn.)
21          THE COURT:  All right.  Thank you, Liz.  All answering
22    in the affirmative.
23          Go ahead and have a seat.
24          Good morning, Ladies and Gentlemen.  It's good to see
25    each of you.  And I thank you for your patience.  I know that
```

1    some of you were here very early this morning.

2         You were given a goody bag and let me just orient you

3    to the goody bag.  There is a disposable microphone cover for

4    your use.  If you are answering questions, I would ask that you

5    use the microphone cover and then discard it at the conclusion

6    of the jury selection process.

7         My name is Beth Bloom.  I am a district judge of the

8    United States District Court for the Southern District of

9    Florida.  And on behalf of all of the judges, I want to welcome

10   you to the Wilkie D. Ferguson Jr. Federal Courthouse.

11        I appreciate your presence, especially during this

12   pandemic.  And we are fully aware that many of you have

13   personal and professional matters to attend to that you had to

14   put aside to serve as a juror here in federal court.

15        Jury service is not always convenient, but I hope that

16   you realize, other than military service, service on a jury is

17   the most important service that you can provide to your

18   country.

19        At this time, I would like to recognize and ask that

20   you stand, those individuals that are serving or have served in

21   our military and have served us on behalf of our country.

22        Mike Cassidy, Alden Barnett, Pedro Cabrera, Michael

23   Weber, and Berry Sampson.  If you will stand to be recognized.

24   Thank you for your service.

25        The right to a trial by jury is one of our most

```
1    cherished constitutional rights.  And whether it's a criminal

2    case, where one is accused of committing a crime, or a civil

3    case, in which there is a dispute between the parties, we each

4    have a right to have the case heard and decided by a completely

5    impartial group of our fellow citizens serving on a jury.  The

6    duty is just as sacred when the trial is a civil case as the

7    one here today.

8           I hope that when you do finish your term of service,

9    if you are selected, that that term will be interesting,

10   challenging, and informative, as well as a satisfaction that

11   will come from a job well done.

12          So let me give you a brief overview of the jury

13   selection process.  And just with a show of hands, how many of

14   you have served on a jury before, whether a grand jury, federal

15   or state court?

16          Okay.  So some of you have, so you know the experience

17   and you know the process.  So let me just explain it once

18   again.

19          Each of you have been found to have the requisite

20   qualifications to serve as a juror of this court.  No one

21   should avoid fulfilling this obligation, except for the most

22   pressing circumstances and a great personal hardship.  The

23   demand on your time for this jury duty will not be unreasonable

24   or unduly prolonged and every effort will be made to see that

25   your time is not wasted.
```

 1          You have been placed in random order.  And there are

 2     30 of you that are here; 20 of you in the gallery, 10 of you

 3     here in the jury box.  And we have made sure that we have

 4     maintained the requisite social distancing.

 5          And let me state that we are following CDC guidelines.

 6     So to the extent that you are fully vaccinated, and you feel

 7     comfortable, you are permitted to take your mask off in

 8     answering a question that I may have or the attorneys may have.

 9     And I would ask that you maintain your masks at all other

10     times.

11          You have been placed under oath.  And I will ask those

12     of you that have already been placed under oath -- and all of

13     you have -- a series of questions as to your qualifications to

14     serve as jurors in this particular case.

15          Voir dire, or voir dire as it is sometimes called,

16     means to speak the truth.  And under your oath as a prospective

17     juror, you have agreed to truthfully answer questions

18     concerning your qualifications.

19          I want you to understand that this questioning is not

20     for the purpose of prying into your personal affairs.  It is

21     only for the purpose of determining if your decision in this

22     case would in any way be influenced by opinions which you now

23     hold or by some personal experience or special knowledge that

24     you may have concerning the subject matter to be tried.

25          The object is to obtain a jury that will impartially

1    try the issues of this case upon the evidence and the law

2    presented in this courtroom without being influenced by any

3    other factors.

4          Now, let me state that there may be a question that is

5    asked that is a little too personal.  And -- because we're

6    asking about each of you, all you need to do is just raise your

7    hand, let me know, and when we take a break, we will take your

8    response outside the presence of your fellow prospective jurors

9    and just with the attorneys and myself.

10         The purpose of this questioning is to make sure that

11   those who are finally selected to sit on this jury are the most

12   impartial persons available in relation to the issues being

13   tried in this case.

14         And when I finish my questioning, the attorneys will

15   be allowed to follow up with their questions.  And when the

16   questioning is completed, the attorneys will be given a chance

17   to review their notes and we will then take a short recess so

18   that, together with the attorneys, we can have a discussion and

19   the jurors are selected.  If you are not selected, please don't

20   take it personally; it's part of the jury selection process.

21         Now, if you are selected and seated on this jury, you

22   will normally be expected to be here by 9:30 in the morning.

23   We will take one break in the morning, a one-hour lunch break,

24   and one break in the afternoon.  And I anticipate that we will

25   conclude by 5:00 p.m.

 1          An exception to that may occur if we're in the middle

 2   of a witness's testimony, or the case is finished during the

 3   afternoon and you are asked to retire to deliberate upon a

 4   verdict.

 5          We anticipate that this trial will last approximately

 6   three weeks.  It will conclude by the Tuesday before

 7   Thanksgiving, by November 23rd.

 8          Now, does the schedule that I have given you present a

 9   great personal hardship for anyone?

10          If so, please raise your hand.

11          All right.  And this is Juror Number -- we'll begin

12   over here.  Juror Number 2, Mr. Cassidy.

13          Yes, sir.

14          PROSPECTIVE JUROR:  I have a docket that I manage for

15   the US Government and three weeks would kill me.

16          THE COURT:  All right.  And -- sir, but you are

17   employed by the US Government?

18          PROSPECTIVE JUROR:  Yeah. I'm a DHS ICE employee.  I'm

19   a deportation officer.

20          THE COURT:  All right, sir.  And I understand that we

21   all have jobs that are important, and it is hard to juggle that

22   time, but you are employed by the US Government.

23          PROSPECTIVE JUROR:  Correct, yeah.

24          THE COURT:  We'll be starting later in the morning and

25   there will be an opportunity during the Veterans holiday -- we

1    will not be in session, and as I stated, we will conclude by

2    the Tuesday before Thanksgiving.

3          So I do recognize that your job is an important one

4    and one where you need to be at work, but as I stated -- and

5    you know as a member of the military -- that this call to jury

6    duty is one of our most sacred constitutional rights.

7          So I appreciate you bringing that to the Court's

8    attention, Mr. Cassidy.

9          PROSPECTIVE JUROR:  Thank you.

10         THE COURT:  Is there anyone else that has a great

11   personal hardship that may affect you for serving on this jury?

12         And I believe -- is that Mr. Horne?

13         PROSPECTIVE JUROR:  Yes.

14         THE COURT:  Yes, Mr. Horne.

15         PROSPECTIVE JUROR:  Yes.  I do -- I do freelance

16   marketing.  Basically, I work for myself.  So yeah, three weeks

17   would be kind of long.

18         THE COURT:  Yes.  And Mr. Horne, could you freelance

19   during the morning while we're not in session and in the

20   evening and during the holiday periods?

21         PROSPECTIVE JUROR:  No.  With the particular client I

22   have right now, I have to basically be on site.

23         THE COURT:  And when you say that you're working for

24   yourself, you're self-employed, you pay yourself or are you --

25         PROSPECTIVE JUROR:  I work for clients.  The

 1   particular client I have right now is in the Doral area.  And

 2   like I said, I work on site.

 3          THE COURT:  All right.  And can you advise the Court,

 4   during the next three-week period, are you required to be on

 5   site?

 6          PROSPECTIVE JUROR:  Yes.

 7          THE COURT:  And are you able to delay that on-site

 8   appearance?

 9          PROSPECTIVE JUROR:  I wouldn't get paid, basically.

10          THE COURT:  I understand.

11          All right.  Thank you, Mr. Horne.

12          Is there anyone else, Ladies and Gentlemen, that has a

13   great personal hardship?  And we'll first start over to my

14   right in the gallery.

15          Anyone else?

16          All right.  Then we're going to go to my left.

17          All right.  And no one over to the left.

18          All right.  And now we're over in the jury box, and we

19   have Mr. Escobedo.

20          Yes, sir.

21          PROSPECTIVE JUROR:  Good morning.

22          THE COURT:  Good morning.

23          PROSPECTIVE JUROR:  I am a critical employee for

24   airlines.  And my company was even harassing me on weekends

25   because I was supposed to operate a flight at midnight today.

```
 1   So they gave me five days and they say in five days check with

 2   them.  So three weeks I think is ...

 3             THE COURT:  And is this -- what's the name of the

 4   security --

 5             PROSPECTIVE JUROR:  It's not.  It's an airline.  It's

 6   called Coletta Airline.  It's based out of Michigan.

 7             THE COURT:  All right.  And do you receive a salary

 8   through Coletta?

 9             PROSPECTIVE JUROR:  I receive a salary.

10             THE COURT:  Are there more than 10 employees with

11   Coletta?

12             PROSPECTIVE JUROR:  Oh, yes.

13             THE COURT:  All right, sir.  And did you advise that

14   you received a summons?

15             PROSPECTIVE JUROR:  I advised them September 29.  They

16   say:  "Okay.  Okay."

17             First, they assigned me on a trip 4:00 this morning,

18   and I kept calling on weekend.  It was a very stressful time

19   for me.  Because they kept saying:  "No.  No.  As soon as you

20   find out, let us know."

21             And I said:  "I cannot do that, because by the time I

22   find out, it's too late for me to go over to Cincinnati.  So

23   you got to remove me out of the trip."

24             And then they finally did it, but they told me that I

25   have to call this morning through the HR and the chief pilot's
```

```
 1   office.  First I called the scheduling department and I told
 2   them:  "Do you still want me to call HR?  Because I will talk
 3   to the Judge."
 4           They said:  "No.  No.  We give you by Friday.  By
 5   Friday, you have to be back."
 6           THE COURT:  Okay.  And Mr. Escobedo, just so that you
 7   know -- and I'm not just saying this to you, but anyone else
 8   for --
 9           PROSPECTIVE JUROR:  I understand.
10           THE COURT:  I will make sure that you receive from my
11   office a letter advising, if you are selected to serve --
12           PROSPECTIVE JUROR:  Okay.
13           THE COURT:  -- that you have been selected.
14           PROSPECTIVE JUROR:  That's all.
15           THE COURT:  Of course.  And your benefits, your
16   rights, and your salary will be protected.  Thank you, sir.
17           PROSPECTIVE JUROR:  Thank you, ma'am.
18           THE COURT:  Is there anyone else that has a great
19   personal hardship?
20           We're here in the jury box.
21           Mr. Sampson?
22           PROSPECTIVE JUROR:  Yes.  I'm not sure if this
23   qualifies, but I've been living in Tampa for the past two
24   months and I just received like a couple of bags of mail.  And
25   apparently even today -- I have got more than one --
```

```
 1          THE COURT:  All right.  So you now live in Tampa,
 2   Florida, sir?
 3          PROSPECTIVE JUROR:  Yes.
 4          THE COURT:  All right.  And when did you move to
 5   Tampa?
 6          PROSPECTIVE JUROR:  It was in September.
 7          THE COURT:  All right.  Thank you, sir.
 8          Is there anyone else that has a great personal
 9   hardship with the schedule that I have given?
10          All right.  Ladies and Gentlemen, each of you were
11   kind enough to complete a juror questionnaire.  At this time,
12   I'm going to ask that you take out the questionnaire and review
13   the questions and answers once again.
14          Copies of your completed questionnaires have been
15   provided to the attorneys.  I have a copy as well.  And we will
16   each be relying upon your true and complete answers.  So please
17   take the time to review the question and your answer and raise
18   your hand if there are any changes that you would like to make
19   to the questionnaire.
20          And if there are any changes, if you will raise your
21   hand and we'll make note of those changes.
22          Is there anyone that would like to add, alter, amend,
23   make any changes whatsoever to the answers that you have given
24   now rereading the questions?
25          (Pause in proceedings.)
```

```
 1              THE COURT:  Giving a few more minutes, if you will
 2    raise your hand.
 3              Seeing no hands raised.
 4              In order that you will know the court personnel with
 5    whom you'll be working and their respective duties, I'd like to
 6    introduce them to you at this time.
 7              The courtroom deputy is Elizabeth Gariazzo.  The
 8    courtroom deputy serves as the Court's administrator in the
 9    courtroom.
10              The court reporter is Yvette Hernandez.  She
11    transcribes and takes down everything that is said in the
12    courtroom, including the statements I am now making, the
13    questions that will be asked of you, the answers, and all other
14    matters in this case.  So it's important that you respond not
15    with a nod or a shake of the head, but with your voice, so that
16    Ms. Hernandez is able to ensure that we have an accurate
17    record.
18              And our official court security officer is Officer
19    Scott Campbell.  He enforces the Court's orders and is in
20    charge of you, the jury, while we are away from the courtroom.
21              If at any time you want to ask about any matters
22    touching upon your personal welfare, apart from the case that's
23    being tried, you should speak to Officer Campbell.  The court
24    security officer will, if necessary, arrange for me to hear you
25    on that matter.
```

```
1              Do any of you know me or any of the court personnel?

2              If so, please raise your hand.

3              Seeing no hands raised.

4              I would like to officially call this case.  As I

5    stated, this is a civil case and it is styled Ira Kleiman, as

6    personal representative of the estate of David Kleiman, and W&K

7    Info Defense Research, LLC, Plaintiffs, v. Craig Wright,

8    Defendant.

9              At this time, I'd like the attorneys to introduce

10   themselves and their respective clients.

11             We'll begin first on behalf of the Plaintiffs.

12             MR. FREEDMAN:  Good morning, Ladies and Gentlemen.  My

13   name is Vel Freedman.  With me at counsel's table is Andrew

14   Brenner, Kyle Roche, Steve Patterson, Steven Zack, and Tibor

15   Nagy.  And we represent the Plaintiffs in this action.

16             THE COURT:  And are the Plaintiffs ready to proceed to

17   trial?

18             MR. FREEDMAN:  We are, Your Honor.

19             THE COURT:  Thank you.

20             On behalf of the Defendant.

21             MR. RIVERO:  Good morning, Ladies and Gentlemen.  My

22   name is Andres Rivero.  And together with Amanda McGovern,

23   Jorge Mestre, and Michael Fernandez, we will be representing

24   Dr. Craig Wright.  And we have present with us at counsel table

25   Mark Gerard and Mark Linder.
```

```
1              THE COURT:  Thank you, Mr. Rivero.

2              And is the Defendant ready to proceed to trial?

3              MR. RIVERO:  Yes, we are, Your Honor.

4              THE COURT:  Thank you, sir.

5              Now, Ladies and Gentlemen, do any of you know the

6    attorneys or any of the parties in this action?

7              If so, please raise your hand.

8              Seeing no hands raised.

9              I will now read a summary of the case.  Please listen

10   carefully.

11             "The Plaintiffs in this case are Ira Kleiman, as the

12   personal representative of the estate of David Kleiman, and W&K

13   Info Defense Research, LLC.  The Defendant is Craig Wright.

14             "The Plaintiffs allege that David Kleiman and Craig

15   Wright entered into a partnership to develop and release the

16   original Bitcoin protocol to mine Bitcoin and develop

17   blockchain-related intellectual property.

18             "Plaintiffs allege further that after David Kleiman

19   died, Craig Wright wrongfully took David Kleiman's share of the

20   partnership's Bitcoin and blockchain-related intellectual

21   property and has refused to provide it to his estate.

22             "Plaintiffs seek to recover those assets in this

23   lawsuit.

24             "Plaintiffs further allege that W&K, which David

25   Kleiman was the owner of, developed blockchain-related
```

1    intellectual property.  They allege that after David Kleiman

2    died, the Defendant initiated proceedings in Australia through

3    which he gained control over all of W&K's intellectual

4    property.

5            "Plaintiffs allege that Craig Wright has likewise

6    refused to return that intellectual property to W&K.  And W&K

7    seeks return of its intellectual property.

8            "Craig Wright denies that he had a partnership with

9    David Kleiman to create or mine Bitcoin or to develop

10   Bitcoin-related intellectual property.

11           "Craig Wright further denies that he wrongfully took

12   or stole Bitcoins or intellectual property that belonged to

13   either Plaintiff.

14           "Craig Wright has raised affirmative defenses based on

15   the allegation that Plaintiffs' claims were filed too late."

16           Now, Ladies and Gentlemen, do any of you know anything

17   about this case, either through your own personal knowledge or

18   by discussion with anyone else or by reading or hearing about

19   it in any of the news media?

20           If so, please raise your hand.

21           Seeing no hands raised.

22           Ladies and Gentlemen, is there anything about the

23   nature of this case that would in any way prevent you from

24   serving as a fair and impartial juror?

25           If so, please raise your hand.

1              Seeing no hands raised.

2              Now we will turn to the possible witnesses in this

3     trial.  And I will ask the attorneys to read to you the names

4     and a brief background of possible witnesses who may testify in

5     this case.

6              If you know or think you know any of these individuals

7     in any capacity, I'm going to ask that you hold raising your

8     hand until all of the names are given to you and then advise

9     whether you have any familiarity with any of the witnesses.

10             We'll first start on behalf of the Plaintiff.

11             Mr. Freedman.

12             MR. FREEDMAN:  In this action, the Plaintiffs may call

13    the following witnesses:  Gavin Andresen.  Gavin Andresen

14    resides in Amherst, Massachusetts, and is a software developer.

15    He is currently an entrepreneur in residence at the University

16    of Massachusetts in data sciences department.  He was the chief

17    scientist of the Bitcoin Foundation for several years.

18             Plaintiffs may also call Deborah Kobza.  Deborah Kobza

19    resides in St. Augustine, Florida.  She was the founder of the

20    Global Institute of Cybersecurity + Research, otherwise known

21    as GICSR.  She's also been employed by the National Credit

22    Union and the International Association of Certified ISAOs.

23             Plaintiffs may also call Jimmy Nguyen.  Jimmy Nguyen

24    resides in Seattle, Washington.  Mr. Nguyen is currently the

25    president of the Bitcoin Association.  He is a former officer

1    of nChain Group and Mr. Nguyen is also an attorney that has

2    practiced law at several law firms in California.  He also

3    started a company called New Win Digital in West Hollywood,

4    California, and has served as a board member of Centbee and

5    TAAL Distributed Information Technologies.

6         Plaintiffs may also call Andrew O'Hagan, who resides

7    in London in the United Kingdom.  He is a Scottish novelist and

8    author as well as an editor-at-large of the London Review of

9    Books and Esquire Magazine.  He's currently the visiting

10   professor of writing at King's College London.

11        Plaintiffs may also call Patrick Paige.  Patrick Paige

12   resides in West Palm Beach, Florida.  He is an owner and

13   operator of Computer Forensics, LLC, a Florida limited

14   liability company, which was formed in 2012 with Carter Conrad

15   and David Kleiman.

16        Plaintiffs may also call Robert Radvanovsky.

17   Mr. Radvanovsky resides in Chicago.  He is a cybersecurity

18   researcher and he owns and operates an organization called

19   Infracritical.

20        Plaintiffs may also call Brendan Sullivan, who resides

21   in New York.  He is a journalist for Modern Consensus.

22        May also call Jonathan Warren, who resides in

23   Brooklyn, New York.  He's the creator of an app called

24   Bitmessage.  Mr. Warren is one of the founders of a company

25   called High Side, Incorporated, and was previously employed by

1    Coin Apex and BitInstant.

2              Plaintiffs may also call Jimmy Wilson -- Jamie Wilson.

3    Jaime Wilson resides in Australia.  He is the founder of Your

4    Digital File and was formerly involved with Hotwire Preemptive

5    Intelligence Propriety Limited and Coin-Exch. Propriety Limited

6    in Australia.

7              Plaintiffs may also call some experts in this case.

8    Those experts would be Andreas Antonopoulos.  Mr. Antonopoulos

9    resides in Wyoming.  He has worked in Bitcoin and open

10   blockchains since 2012 and Mr. Antonopoulos is a teaching

11   fellow at the University of Nicosia and works for the Chicago

12   Mercantile Exchange.

13             Another expert Plaintiffs may call is Stefan Boedeker.

14   Mr. Boedeker resides in California and is a managing director

15   at Berkeley Research Group where he focuses on the application

16   of economic statistical and financial models.

17             Plaintiffs may also call Dr. Matthew Edman.  Dr. Edman

18   is the director in the cybersecurity and investigations

19   practice at Berkeley Research Group in New York.  Prior to

20   joining Berkeley Research Group, he was the lead cybersecurity

21   engineer at the MITRE Corporation.

22             Finally, Plaintiffs may also call Dr. Robert Leonard.

23   Dr. Leonard resides in New York.  He is a professor of

24   linguistics at Hofstra University in New York.

25             THE COURT:  Thank you, Mr. Freedman.

1          On behalf of the Defendant.

2          Ms. McGovern.

3          MS. MCGOVERN:  Good morning.  Dr. Craig Steven Wright

4    may call the following witnesses at trial:  First, Dr. Wright

5    will call Dr. Craig Steven Wright.  Dr. Wright is -- was born

6    in Australia and currently resides in the United Kingdom.

7    Dr. Wright is the inventor of Bitcoin.

8          Dr. Wright will also call Ira Kleiman.  Ira Kleiman is

9    the Plaintiff in this action.  He is also the brother of David

10   Kleiman.

11         Dr. Wright will also call Dr. Ami Klin.  Dr. Ami Klin

12   is the director of the Center of Autism, the Marcus Center of

13   Autism, in Atlanta.

14         Dr. Wright may also call Conrad -- Carter Conrad.

15   Carter Conrad resides in West Palm Beach.  He is the owner of a

16   company called Computer Forensics.  He is the former partner of

17   David Kleiman.

18         Dr. Wright may also call Mr. Joseph Karp.  Mr. Joseph

19   Karp was Dave Kleiman's family friend and trusted estates

20   lawyer.  Mr. Karp resides in Palm Beach Gardens, Florida.

21         Dr. Wright may also call David Kuharcik.  David

22   Kuharcik is David Kleiman's former accountant.  He has offices

23   located in North Palm Beach, Florida.

24         Dr. Wright may also call Donald Lyman.  Donald Lyman

25   resides in Victoria, Australia and is Dr. Wright's uncle.

1          Dr. Wright may also call the corporate representative

2     or the records custodian of the VA hospital, the Veterans

3     hospital in Miami where Dave Kleiman was hospitalized for

4     nearly the last two years of his life.

5          Dr. Wright may also call Lynn Wright.  Lynn Wright is

6     Dr.  Wright's former wife.  She also resides in Australia.

7          Dr. Wright may also call Ramona Watts.  Ramona Watts

8     is Dr. Wright's current wife.  She's originally from Singapore

9     and she resides with Dr. Wright in the United Kingdom.

10         Dr. Wright may also call the following expert

11    witnesses in addition to Dr. Ami Klin:

12         Nicholas Chambers.  Nicholas Chambers is a senior vice

13    president in the Investigations, Disputes & Risk practice at

14    AlixPartners in Washington, DC.

15         Dr. Wright may also call William Choi, C-H-O-I.

16    William Choi is the managing director at AlixPartners in

17    San Francisco, California.

18         Dr. Wright may also call Dr. Stewart MacIntyre.

19    Dr. MacIntyre is the director of medicine who works at Mercy

20    Hospital in Miami, Florida.

21         Dr. Wright may also call Kevin Madura.  Kevin Madura

22    is the senior vice president at Global Cybersecurity Practice

23    Group in AlixPartners.

24         And finally, Dr. Wright may call William Nicholson.

25    Mr. Nicholson is the principal partner and chief compliance

```
 1    officer of Heritage Capital Group in Jacksonville, Florida.

 2              THE COURT:  All right.  Thank you, Ms. McGovern.

 3              Ladies and Gentlemen, you have heard the list and a

 4    brief background of the possible witnesses.  Do any of you know

 5    any of them?

 6              If so, please raise your hand.

 7              Seeing no hands raised.

 8              Ladies and Gentlemen, there are 30 of you here today.

 9    Do any of you know anyone else on the prospective panel?

10              If so, please raise your hand.

11              Seeing no hands raised.

12              Do any of you have any physical impairment that we

13    will need to accommodate if you are selected as a juror, such

14    as a hearing or sight difficulty or a specific medical

15    condition?

16              If so, please raise your hand.

17              Seeing no hands raised.

18              Is there anyone that does have a medical condition

19    that may affect you for sitting for longer than a 30-minute

20    period?

21              If so, please raise your hand.

22              Seeing no hands raised.

23              Is there anyone who is now taking medication that may

24    make you sleepy or groggy?

25              If so, please raise your hand.
```

1          Seeing no hands raised.

2          Is there anyone who lives outside of the Southern

3    District of Florida?  The Southern District of Florida extends

4    from Fort Pierce to Key West.

5          Is there anyone that has lived here but has moved over

6    the past year and you no longer live in the Southern District

7    of Florida?

8          And I know, Mr. Sampson, you advised that you live in

9    Tampa.

10          Is there anyone else that has moved outside of the

11    Southern District of Florida?

12          If so, please raise your hand.

13          Seeing no hands raised.

14          Is there anyone who has been convicted of a felony

15    offense and your civil rights have not been restored?

16          If so, please raise your hand.

17          Seeing no hands raised.

18          All of the evidence you will consider in this case

19    will come from this courtroom.  And one of the things that that

20    means is that during the course of the trial, you cannot

21    discuss this case among yourselves until the very end, but you

22    also cannot discuss what is going on in court with anyone else.

23          During the trial, you must not conduct any independent

24    research about this case, the matters in the case, and the

25    individuals or corporations involved in the case.  In other

words, you should not consult dictionaries, reference

materials, search the Internet, websites, blogs, or any other

electronic means in order to obtain outside information.

Many of you have Smartphones, tablets, or other

electronic devices, which you use to communicate with every

day.  You also must not talk to anyone about this case or use

those tools to communicate electronically with anyone in this

case.  That includes your family and friends.  You may not

communicate with anyone about the case on your cell phone,

through email, text message, Twitter or through blogging or any

chat rooms.

You should not communicate with anyone through any

social networking websites.  And if you do, the case will have

to be retried.  It's a serious violation.

Is there anyone who knows themselves and just cannot

go through this trial without using social media to discuss the

case?

If so, please raise your hand.  You're in the best

position to know yourself.  Is there anyone that feels that

they would be compelled to talk about this case either in

person or through any electronic means?

Seeing no hands raised.

Is there anyone who is not willing to abide by the

Court's instructions and not discuss this case until you go

into the jury room to begin your deliberations?

```
 1            If so, please raise your hand if you are not willing
 2    to follow that instruction.
 3            Seeing no hands raised.
 4            We have discussed the anticipated schedule.  Given the
 5    anticipated length of the trial -- I know that I have asked you
 6    about great personal hardships.  Is there any other reason why
 7    you believe that you could not serve?  For example, if you have
 8    scheduled vacations within that time frame or you have a
 9    pre-planned work assignment.  Now's the time to tell me.
10    Sometimes I'll ask and there's no response until after the
11    juror is selected.  So now is the time to speak up.
12            Is there anyone that has plans that you have already
13    made that you cannot set aside?
14            All right.  We'll start over here to my right.
15            And that is Ms. Coffie.
16            PROSPECTIVE JUROR:  Yes.  I have a son with autism and
17    I have to take him back and forth to school.  And I have
18    another son who just had surgery; his appointment is Wednesday.
19    I have to take him to his doctor's appointment.  He had his
20    naval restored.  So ...
21            THE COURT:  All right.  And let's first talk about
22    your first child.
23            When do you need to bring him to school?  What time in
24    the morning?
25            PROSPECTIVE JUROR:  He has to be there at 9:00.
```

```
 1            THE COURT:  All right.  So would that prevent you from

 2     being here, say, by 9:30, 10:00, the latest?

 3            PROSPECTIVE JUROR:  I stay in Miami Gardens.  Miami

 4     Gardens.  So that's going to be about a 30-minute commute.

 5            THE COURT:  All right.  So taking your son to school

 6     the time that he's required to be there, would that prevent you

 7     from being here, say, 9:30 or 10:00?

 8            PROSPECTIVE JUROR:  Yes.

 9            THE COURT:  Well, how long would it take you to get

10     from the school here to the courthouse?

11            PROSPECTIVE JUROR:  It takes me about 30 minutes.

12            THE COURT:  All right.  So you could be here by 10:00.

13            PROSPECTIVE JUROR:  Yeah.

14            THE COURT:  Okay.  All right.  And let's talk about

15     the Wednesday appointment.  What time is the Wednesday

16     appointment?

17            PROSPECTIVE JUROR:  It's at 4:00.

18            THE COURT:  All right.  4:00 p.m.  So if we were to

19     accommodate that time, would you otherwise be able to serve?

20            PROSPECTIVE JUROR:  Yes.

21            THE COURT:  Okay.  Thank you, Ms. Coffie.

22            Is there anyone else that has a vacation or something

23     that has been scheduled that you're not able to get around

24     and -- let's talk about it.

25            All right.  And that's on the -- to my left.  In the
```

```
1    gallery.  And that is -- is that Mr. Garcia?

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  Yes, sir.

4              PROSPECTIVE JUROR:  Hi.  Good morning.  Next weekend,

5    I have a vacation planned already like two months ago, for

6    memorial -- Veterans weekend.

7              THE COURT:  All right.  So when would you be leaving?

8              PROSPECTIVE JUROR:  The Thursday.

9              THE COURT:  All right.  So we would not be in session

10   on Veterans Day.  So that would --

11             PROSPECTIVE JUROR:  I know.  But I'm talking about

12   Friday; it's a long weekend.

13             THE COURT:  Right.

14             All right.  So you're leaving on Thursday, the 11th,

15   and then you'll be gone for that long weekend?

16             PROSPECTIVE JUROR:  Yes.

17             THE COURT:  All right.  Would you be able to serve on

18   Monday, the 15th?

19             PROSPECTIVE JUROR:  Oh, yeah.

20             THE COURT:  Okay.  All right.  So that vacation, if we

21   were to not have court for Veterans Day, or the day after, then

22   that would not pose a problem, right?

23             PROSPECTIVE JUROR:  Oh, okay.  Yeah.

24             THE COURT:  Okay.  Thank you, sir.

25             Is there anyone else?
```

```
 1              THE COURT:  And that is Ms. Painter?
 2              PROSPECTIVE JUROR:  Correct.
 3              So I have a vacation that's already booked and paid.
 4    And it's the last week of November, so it would affect that
 5    Monday and Tuesday, the 22nd and 23rd, I believe.
 6              THE COURT:  So the 22nd and 23rd?
 7              PROSPECTIVE JUROR:  Right.
 8              THE COURT:  So you're on vacation that -- and it
 9    starts the 22nd?
10              PROSPECTIVE JUROR:  Well, we will be heading up that
11    weekend before.  But, yeah.
12              THE COURT:  Oh, you would be heading up the weekend
13    before, so the 21st.
14              PROSPECTIVE JUROR:  Right.
15              THE COURT:  And are you driving?
16              PROSPECTIVE JUROR:  Yeah.
17              THE COURT:  All right.  So when you speak of the
18    vacation, would you be able to perhaps delay the vacation until
19    after the 23rd?
20              PROSPECTIVE JUROR:  Possibly.
21              THE COURT:  Okay.  All right.  Thank you, Ms. Painter.
22              And just let me just make sure the record's clear.
23    Where would you be driving to?
24              PROSPECTIVE JUROR:  Orlando.
25              THE COURT:  All right.  Thank you.  Appreciate it.
```

```
 1              Is there anyone else?

 2              And we -- we're now moving over to the jury box.

 3              And yes, Mr. Sampson.

 4              PROSPECTIVE JUROR:  Tampa.  Me living in Tampa back

 5    and forth would cause an issue.

 6              THE COURT:  Thank you, sir.  Appreciate that.

 7              Anyone else?

 8              And that's Ms. Jones?

 9              PROSPECTIVE JUROR:  You said vacations.  Did you say

10    anything about appointments?

11              THE COURT:  Yes.  What appointments do you have?

12              PROSPECTIVE JUROR:  I have two appointments this

13    afternoon scheduled.

14              THE COURT:  And what time are they scheduled?

15              PROSPECTIVE JUROR:  One at 2:00 and one at 3:00.

16              THE COURT:  Are those work-related appointments?

17              PROSPECTIVE JUROR:  No.  Doctor's appointments.

18              THE COURT:  Doctor's appointments.

19              All right.  Would that be -- the only hardship would

20    be this afternoon at 2:00 and 3:00?

21              PROSPECTIVE JUROR:  And I have one appointment on the

22    12th in the morning.

23              THE COURT:  All right.  And we would not be in session

24    on the 12th.

25              All right.  Thank you.  Thank you, Ms. Jones.
```

```
 1            Anyone else?

 2            THE COURT:  All right.  Ms. McCrimmon.

 3            PROSPECTIVE JUROR:  Hi, Your Honor.  Good morning,

 4    Your Honor.  Good morning.  I am a substitute teacher,

 5    employed.  And I just wanted to know if I will be compensated

 6    for my time if selected.

 7            THE COURT:  You're employed by Miami-Dade County?

 8            PROSPECTIVE JUROR:  Uh-huh.  Yes.

 9            THE COURT:  All right.  Yes.  We'll give you a letter

10    that you can provide to the principal.

11            PROSPECTIVE JUROR:  Thank you.

12            THE COURT:  Okay.  Did we -- oh, we have one

13    gentleman.  Mr. Escobedo.

14            Hold on, sir.  Let's wait for the microphone.

15            PROSPECTIVE JUROR:  You say that the 11th you'll be

16    off.  That's --

17            THE COURT:  That's correct.  That's a court holiday.

18            PROSPECTIVE JUROR:  Okay.

19            THE COURT:  Okay.  Anyone else?

20            Are we back to Mr. Garcia?

21            PROSPECTIVE JUROR:  Yes.  I forget telling you.  I

22    working for Miami-Dade County.  And they require also the

23    letter from --

24            THE COURT:  All right.  And if you are selected, we

25    will certainly provide you a letter to your employer.
```

```
1            Anyone else?

2            And Ladies and Gentlemen, is there any reason that you

3   have not given to the Court why you could not give this case

4   your undivided attention and render a fair and impartial

5   verdict?

6            If so, please raise your hand.

7            I want to refer back to your questionnaire.  Some of

8   you answered Question 12, which asks:  "Is there anything in

9   your background or personal feelings that might affect your

10  ability to be fair and impartial to both sides?"

11           And we will first start with Juror Number 2,

12  Mr. Cassidy.

13           Mr. Cassidy, you stated:  "Federal law enforcement

14  officer." Do you believe that that would have an effect on your

15  ability to serve as a fair and impartial juror?

16           PROSPECTIVE JUROR:  No, ma'am.  I just wanted to let

17  them know.

18           THE COURT:  Of course.  Thank you, sir.  Appreciate

19  that.

20           And then continuing with Juror Number 8, Garrett

21  Horne.

22           Mr. Horne, you stated you worked as a probation

23  officer for DJJ, the Department of Juvenile Justice.

24           Do you believe that would have an effect on your

25  ability to serve as a fair and impartial juror in this case?
```

```
 1              PROSPECTIVE JUROR:  No.  I just put that there to let

 2      the Court know that I have worked with several attorneys and

 3      judges -- none in this courtroom.  But, you know, it did come

 4      up when I was a juror for county court.

 5              THE COURT:  Now, would that have an effect on your

 6      ability to work with these attorneys and this judge?

 7              PROSPECTIVE JUROR:  No.  As I said, I don't know any

 8      of these guys.  But in county court, I knew some of the judges,

 9      some of the attorneys and the judge.

10              THE COURT:  All right.  Thank you, sir.

11              Juror Number 12.  And that is Elizabeth Fabelo.

12              Ms. Fabelo, you stated:  "It depends."

13              Is there anything within your background or personal

14      feelings that would affect your ability to be fair and

15      impartial?

16              PROSPECTIVE JUROR:  I just put that because it had to

17      do with something with a person or somebody getting hurt or

18      killed, I would have a problem with that.

19              THE COURT:  All right.  And that is not this type of a

20      case.  The Court did read a summary of the case.  Would it have

21      any effect on your ability to serve as a fair and impartial

22      juror?

23              PROSPECTIVE JUROR:  (No verbal response.)

24              THE COURT:  Ms. Fabelo, I didn't hear your answer.

25              PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  All right.  Thank you.

 2          And Juror Number 26.  And that is Mr. Francois.

 3          Mr. Francois, you stated:  "No, but I am just an

 4      emotional -- that can affect my ability."

 5          I just want to make sure:  Is there anything about

 6      this case that would have an effect on your ability to serve as

 7      a fair and impartial juror?

 8              PROSPECTIVE JUROR:  No.  I just thought it was a

 9      criminal case.  So that's why.

10              THE COURT:  All right.

11          So is there anything in your background or personal

12      feelings that would affect your ability to serve as a fair and

13      impartial juror in this case?

14              PROSPECTIVE JUROR:  No.  But can I talk to you in

15      private?

16              THE COURT:  You want to talk in private?  Certainly,

17      sir.  When we take a recess, then we'll certainly do that,

18      Mr. Francois.

19              All right.  And then, finally, Juror Number 30,

20      Mr. Sampson.  And I think you have answered the question.

21              All right.  Now, I have very specific questions that I

22      would like to ask each of you.  And that is:  Please raise your

23      right hand if you have ever worked in computer forensics.

24              PROSPECTIVE JUROR:  Yeah.  Good morning.  I work for

25      Marriott international hotels.
```

```
1              THE COURT:  Let me make sure.  This is Mr. Lemus?

2              PROSPECTIVE JUROR:  Correct.

3              THE COURT:  Yes, sir.

4              PROSPECTIVE JUROR:  Correct.  So I work with Marriott

5   international hotels and I work in computers.  And we do a

6   little bit of forensics.  For example, when an employee leaves,

7   we need to get their email or certain things.  I have to work

8   on that.

9              THE COURT:  All right, sir.  Thank you.

10             Is there anyone else?

11             Is there anyone that has ever been in a business

12  partnership?

13             If so, please raise your hand.

14             Okay.  We'll first start to my right.

15             And I just want to make sure -- is that Ms. Rozansky?

16             PROSPECTIVE JUROR:  Yes.

17             THE COURT:  Yes.

18             PROSPECTIVE JUROR:  Hi.  So can you hear me?

19             THE COURT:  Yes.

20             PROSPECTIVE JUROR:  So I had a media platform, food

21  and beverage, with a partner.  It was a limited liability and

22  we ended up parting ways and I bought her out, but I did have a

23  business partnership.

24             THE COURT:  And how long ago did you part ways?

25             PROSPECTIVE JUROR:  About six years.
```

```
 1              THE COURT:  And was the parting of ways amicable?

 2              PROSPECTIVE JUROR:  Yes.

 3              THE COURT:  Is there anything else that you would like

 4     to share about the partnership?  How long was the partnership?

 5              PROSPECTIVE JUROR:  The partnership was probably three

 6     years.

 7              THE COURT:  And can you tell me the nature of the

 8     business?

 9              PROSPECTIVE JUROR:  Yeah.  It's actually a food blog.

10     So website, social media.  But that includes partnerships with

11     brands, with spirits, with all types of, you know, restaurant

12     groups and things of that nature.

13              THE COURT:  Thank you, Ms. Rozansky.

14              Is there anyone else that has ever been in a business

15     partnership?

16              If so, please raise your hand.

17              And we're moving from the right over to the left.

18              And that is Mr. Weber?

19              PROSPECTIVE JUROR:  Yes, ma'am.

20              Yeah, in 2014, my partner and I sold our cold storage

21     warehouse business.

22              THE COURT:  Was your parting amicable?

23              PROSPECTIVE JUROR:  Yes, ma'am.

24              THE COURT:  All right.  And for how long a time did

25     you have this partnership?
```

```
1                PROSPECTIVE JUROR:  About 10 years.

2                THE COURT:  All right.  Thank you, sir.

3                Is there anyone else?

4                THE COURT:  I believe Ms. Bruguez.

5                Yes.

6                PROSPECTIVE JUROR:  Yes, ma'am.  I still have it.  So

7       I'm currently in a partnership.

8                THE COURT:  And what type of business is it?

9                PROSPECTIVE JUROR:  It's a cleaning company.  We do

10      commercial cleaning for hotels.

11               THE COURT:  And for how long a period of time have you

12      had this partnership?

13               PROSPECTIVE JUROR:  Been around five years --

14               THE COURT:  Okay.

15               PROSPECTIVE JUROR:  -- more or less.

16               THE COURT:  Thank you, Ms. Bruguez.

17               PROSPECTIVE JUROR:  You're welcome.

18               THE COURT:  Is there anyone else?

19               Is there anyone that has had any formal education or

20      special training in the areas of either law, computer science,

21      computer or Internet security, mathematics, engineering,

22      cryptography, or business partnerships?

23               If so, please raise your hand.

24               THE COURT:  Yes.  And that's Juror Number 1,

25      Mr. Matherne.
```

```
 1              PROSPECTIVE JUROR:  Yes.  I have experience in
 2    manufacturing engineering.  That's all.  Nothing computer
 3    related.
 4              THE COURT:  All right.  Thank you, sir.
 5              And we're over to the left.  And that is Mr. Lemus.
 6              PROSPECTIVE JUROR:  Yeah.  Computer science.  And I
 7    have a little bit of training in forensics and that kind of
 8    stuff.
 9              THE COURT:  All right.  Thank you, sir.
10              Is there anyone else?
11              Still on the left.
12              And is that Mr. Lopez-Loyola?
13              PROSPECTIVE JUROR:  Yes.  How you doing?
14              I work as a network administrator for Miami-Dade
15    Public Schools.  I take care of two schools.  I have a middle
16    school and elementary and I also rotate on a needed basis.  But
17    I usually take care of the whole infrastructure and whatever is
18    needed for software and hardware base.
19              THE COURT:  Thank you, sir.
20              Anyone else?
21              THE COURT:  And we're over to the jury box.
22              And that is Ms. McCrimmon?
23              PROSPECTIVE JUROR:  Yes.  Hello, Your Honor.
24              I -- in like, it was about -- like a paid internship.
25    I basically learned under Attorney Andrew Sherman, Dean of Law
```

1    for California School of Law.  It was a very -- very

2    interesting experience, but I realized the field is not for me.

3    I commend people who are in the field very much so.

4              THE COURT:  Thank you, Ms. McCrimmon.

5              PROSPECTIVE JUROR:  Thank you.

6              THE COURT:  Is there anyone else?

7              Over here in the jury box?

8              All right.  Please raise your hand if you have any

9    familiarity or experience with cryptocurrencies or digital

10   cash, such as Bitcoin, Ethereum, Ripple, Litecoin, or any

11   cryptocurrency.

12             If so, please raise your hand.

13             THE COURT:  And we're over here to the left and that

14   is -- let me make sure that -- this is Mr. Lopez-Loyola?

15             PROSPECTIVE JUROR:  Yes.

16             THE COURT:  Yes, sir.

17             PROSPECTIVE JUROR:  Now, by the question, do you mean

18   if I ever -- for example, because I have bought and I have sold

19   before.  Is that what the question includes too?

20             THE COURT:  Well, I asked for familiarity or

21   experience.  But does your experience include the buying or

22   selling?

23             PROSPECTIVE JUROR:  Yeah.  I currently hold a few of

24   the crypto coins.  I mean, I don't think they're really any --

25   I don't think they're a really good investment.  But yeah, I do

```
 1   hold a few of them.

 2            THE COURT:  So you hold crypto coins?

 3            PROSPECTIVE JUROR:  Yes.  I had -- I sold and I bought

 4   before.

 5            THE COURT:  Is that the cryptocurrency; it's called

 6   crypto coins?

 7            PROSPECTIVE JUROR:  I had Bitcoins and I had Ethereum

 8   before.  And I also had some of the more fewer -- like not some

 9   of the more popular ones.

10            THE COURT:  What do you have now, sir?

11            PROSPECTIVE JUROR:  Right now I have -- I have to see

12   my -- but I have Bitcoins.  A few, not much.  And I have the

13   new one, which is one of the popular ones that are going up.

14            THE COURT:  All right.  Now, as I read to you this

15   morning, sir, this case involves an allegation that there was a

16   partnership that involves the Bitcoin protocol --

17            PROSPECTIVE JUROR:  Uh-huh.

18            THE COURT:  -- and Bitcoin.

19            PROSPECTIVE JUROR:  Yes.

20            THE COURT:  Would your ownership or involvement in

21   different cryptocurrencies, including Bitcoin, have any effect

22   on your ability to serve as a fair and impartial juror?

23            PROSPECTIVE JUROR:  It shouldn't.  But I mean, to tell

24   you the truth, I think most of the cryptocurrencies are kind of

25   like a scam anyway.  So I don't think they have any value
```

1    anyway.  I mean, I hold it because there's money to be made on

2    it --

3         THE COURT:  So do you believe that your opinion may

4    have an effect on your ability to serve as a fair and impartial

5    juror in this case?

6         PROSPECTIVE JUROR:  Probably.  But I don't know.  I

7    don't know.  It depends on what it -- whatever the case goes

8    through.

9         THE COURT:  All right.  But do you have some

10   hesitation, Mr. Lopez-Loyola?

11        PROSPECTIVE JUROR:  Yeah.

12        THE COURT:  All right.  Thank you, sir.

13        PROSPECTIVE JUROR:  Regarding the matter, yeah.

14        THE COURT:  Thank you, sir.

15        PROSPECTIVE JUROR:  Thank you.

16        THE COURT:  Is there anyone else that has any

17   familiarity or experience, and that would include the buying or

18   selling?

19        And we are over to -- I just want to start -- make

20   sure we have everybody over to the right.  And that's

21   Mr. Horne?

22        PROSPECTIVE JUROR:  Yeah.  I just want a

23   clarification, really.  I've invested in companies that deal

24   with Bitcoin, like Tesla and SI, silver investments.  Is

25   that -- I don't know -- relevant or whatever?

```
 1              THE COURT:  Well, when you ask:  "Is that relevant,"

 2     let me ask you, Mr. Horne.  I did advise you of what the issues

 3     are in this case.  Do you believe that it would be relevant to

 4     the extent that it may have an effect on your ability to be

 5     fair and impartial?

 6              PROSPECTIVE JUROR:  No.  For me, it was just an

 7     investment.

 8              THE COURT:  All right, sir.

 9              PROSPECTIVE JUROR:  You know, I mean, no.  It wouldn't

10     affect me.

11              THE COURT:  All right.  Thank you, Mr. Horne.

12              Is there anyone else over here to the right and then

13     we'll move over to the left?

14              And I think -- all right.  We have Mr. Lemus.

15              PROSPECTIVE JUROR:  Yes.  I have a very close friend

16     that is very, very involved in that.  I mean, he constantly

17     talks about it, buying the Bitcoin and doing that mining and

18     all that stuff.  I'm not very familiar with it, but I just

19     wanted to share it.

20              THE COURT:  And would your relationship with your

21     close friend and the knowledge that you have gained from your

22     close friend have any effect on your ability to serve as a fair

23     and impartial juror in this case?

24              PROSPECTIVE JUROR:  I wouldn't think so, but -- yeah,

25     I wouldn't think so, no.
```

```
 1              THE COURT:  And when you say:  "I wouldn't think so,"
 2     I just want to share with everyone an example -- because we as
 3     human beings -- we speak in conditional terms.  If you were to
 4     board a plane at the Miami International Airport, and you saw
 5     the pilot as you were walking in, and you said hello to her,
 6     and you said:  "Can you get me safely to Miami," and her
 7     response was:  "I think so," you would not have a lot of
 8     confidence in that pilot.
 9              So let me ask the question again, Mr. Lemus, because
10     we do speak in conditional terms as human beings, but our goal
11     is to select fair and impartial jurors.  And if your
12     relationship with your close friend, who's actively involved in
13     the world of buying or selling or just the experience with
14     regard to cryptocurrency -- we need to know.
15              So would it have any effect on your ability to serve
16     as a fair and impartial juror in this case?
17              PROSPECTIVE JUROR:  I'm going to answer no, in that
18     case.
19              THE COURT:  All right.  Is there any hesitation on
20     your part, Mr. Lemus?
21              PROSPECTIVE JUROR:  I mean, hesitation, yes, for sure.
22     Otherwise, I wouldn't be bringing it to your attention.  But I
23     want to be smart and say I wouldn't let that affect my
24     judgment.
25              THE COURT:  Do you have any hesitation, sir?
```

```
1              PROSPECTIVE JUROR:  No.

2              THE COURT:  All right.  Thank you, sir.

3              COURT SECURITY OFFICER:  One more back here, Judge.

4              THE COURT:  And I just want to make sure.  This is

5    Ms. Painter?

6              PROSPECTIVE JUROR:  Correct.

7              THE COURT:  Yes.

8              PROSPECTIVE JUROR:  I just wanted to mention my

9    husband purchased -- has Bitcoin.  So I also work at a

10   financial planning firm and it's discussed.  But I don't think

11   it would impair my judgment.

12             THE COURT:  All right.  So your husband purchased,

13   which I'm assuming that you own as well?

14             PROSPECTIVE JUROR:  I guess in a way.

15             THE COURT:  Well, are you still married?

16             PROSPECTIVE JUROR:  Yes.

17             THE COURT:  All right.  So do you believe that your

18   husband's purchase and your ownership of Bitcoin would have any

19   effect on your ability to serve as a fair and impartial juror

20   in this case?

21             PROSPECTIVE JUROR:  No.

22             THE COURT:  Is there any hesitation on your part,

23   Ms. Painter?

24             PROSPECTIVE JUROR:  No.

25             THE COURT:  All right.  Thank you.
```

```
1              COURT SECURITY OFFICER:  One more, Judge.

2              PROSPECTIVE JUROR:  I would like to share.

3              THE COURT:  Mr. Garcia?

4              PROSPECTIVE JUROR:  Yes.

5              THE COURT:  Yes, sir.

6              PROSPECTIVE JUROR:  Also, my brother, we are very

7      close and he buy and selling Bitcoins.

8              THE COURT:  And sir, would that have -- your brother

9      buying and selling Bitcoin, would that have an effect on your

10     ability to serve as --

11             PROSPECTIVE JUROR:  I don't think so.

12             THE COURT:  Let me just ask the question.  I

13     apologize.  It's my fault.

14             Would the fact that your brother buys and sells

15     Bitcoin -- would that have any effect on your ability to serve

16     as a fair and impartial juror?

17             PROSPECTIVE JUROR:  No.

18             THE COURT:  Thank you, sir.

19             All right.  Now we're moving over to the jury box.

20             THE COURT:  And that is Mr. Escobedo.

21             PROSPECTIVE JUROR:  Yes.  I read about it.  I don't

22     know any Bitcoins.  I have friends that own the Bitcoins.  I

23     think it's a scam and it's used by a lot of shady people.  So I

24     feel like I have a hard time kind of participating and being

25     impartial in this.
```

```
1              THE COURT:  All right.  So you have strong feelings.
2       And do you believe those feelings would have an effect on your
3       ability to serve as a fair and impartial juror in this case?
4              PROSPECTIVE JUROR:  Yes, ma'am.
5              THE COURT:  All right.  Thank you, sir.
6              Is there anyone else here in the jury box?
7              THE COURT:  Yes, Mr. -- and let me make sure -- is it
8       Mr. Moder?
9              PROSPECTIVE JUROR:  Yes.
10             THE COURT:  Yes, sir.
11             PROSPECTIVE JUROR:  Yeah.  About six years ago, my
12      neighbor talked to me about buying a Bitcoin machine with him.
13      And we did, and we mined a couple of them and that was about
14      the extent of it.
15             THE COURT:  Do you still own the Bitcoin?
16             PROSPECTIVE JUROR:  No.
17             THE COURT:  Do you believe that that experience would
18      have an effect on your ability to serve as a fair and impartial
19      juror in this case, sir?
20             PROSPECTIVE JUROR:  No.
21             THE COURT:  All right.  Thank you.
22             Is there any hesitation on your part?
23             PROSPECTIVE JUROR:  No.
24             THE COURT:  All right.  Thank you, sir.
25             All right.  And that's Ms. Gallian Oubrar?
```

```
1              PROSPECTIVE JUROR:  Yes.
2              I just wanted to mention I have a small investment in
3     the stock market in a cryptocurrency, not Bitcoin.
4              THE COURT:  Would that investment have any effect on
5     your ability to serve as a fair and impartial juror in this
6     case?
7              PROSPECTIVE JUROR:  No, it would not.
8              THE COURT:  All right.  Thank you.
9              Okay.  And we -- Ms. -- yes, Ms. Charles?
10             PROSPECTIVE JUROR:  My husband has a company that --
11    funding account.  And I think I have somebody -- about
12    US-something.  Like, I don't remember the full name of the
13    thing, but I know he's doing -- a couple of those like
14    businesses.
15             THE COURT:  He has a company that has a funding
16    account?
17             PROSPECTIVE JUROR:  Yes.
18             THE COURT:  All right.  So is the funding account
19    involved in --
20             PROSPECTIVE JUROR:  Yes.
21             THE COURT:  -- in Bitcoin or other cryptocurrency?
22             PROSPECTIVE JUROR:  Yes.
23             THE COURT:  Do you own any of that?
24             PROSPECTIVE JUROR:  I think I have something.
25    Robinhood, something like that.  My daughter download it.
```

```
1              THE COURT:  All right.

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  Now, do you believe that that ownership

4    would have an effect on your ability to serve as a fair and

5    impartial juror in this case?

6              PROSPECTIVE JUROR:  I don't know yet.

7              THE COURT:  Okay.  Well, this would be the time to

8    know, Ms. Charles.  In other words, you have some ownership

9    because of your husband.  Your husband has a company, and you

10   believe that there is some ownership because of your husband.

11             Do you believe that that ownership would affect you in

12   this case?  Would it have any effect on your ability to be fair

13   and impartial?

14             PROSPECTIVE JUROR:  Yes.

15             THE COURT:  All right.  And I thank you for your

16   candor.

17             Ladies and Gentlemen, there are no right or wrong

18   answers.  The only answer is the honest answer based on your

19   feeling, your experience, in the particular area.

20             So I appreciate that, Ms. Charles.

21             Ms. -- and this is Ms. McCrimmon?

22             PROSPECTIVE JUROR:  Yes, Your Honor.

23             Hi.  Just to keep it transparent and honest, I do have

24   a friend who likes to invest in cryptocurrency very much so.

25   That would not affect my impartiality in the case.  However, I
```

1    do want to say I do have strong feelings against digital

2    currency.

3            THE COURT:  You have strong feelings against digital

4    currency?

5            PROSPECTIVE JUROR:  Correct.

6            THE COURT:  And do you believe that that feeling would

7    be part of this case or would you be able to set aside that

8    feeling?

9            PROSPECTIVE JUROR:  I could set it aside.  I just want

10   to say everything.  I want to be completely transparent.  Yeah.

11           THE COURT:  Right.  So you have a strong feeling

12   against digital currency.  And I just want to make sure that I

13   explore that a little bit.

14           Would you be able to set aside that strong feeling and

15   render a decision based solely on the facts as you find them to

16   be and the law that I instruct you on?

17           PROSPECTIVE JUROR:  Absolutely.

18           THE COURT:  Would that feeling have any effect at all

19   on your ability to serve as a fair and impartial juror?

20           PROSPECTIVE JUROR:  No.  The reason I mention it is

21   because I do express myself on social media very much so

22   against it.  I just want to be transparent.

23           THE COURT:  Thank you, Ms. McCrimmon.  I appreciate

24   that.

25           Is there anyone else, Ladies and Gentlemen?

```
1              Is there anyone here that's been part of the creation
2      of any type of intellectual property?
3              If so, please raise your hand.
4              Seeing no hands raised --
5              COURT SECURITY OFFICER:  Right here, Judge.
6              THE COURT:  Oh.  My apologies.
7              Yes.  Ms. McCrimmon?
8              PROSPECTIVE JUROR:  Hello, Your Honor.  I'm a local
9      artist.  So I do consider my work intellectual property.
10             THE COURT:  All right.  Thank you.  Of course.  Thank
11     you.
12             PROSPECTIVE JUROR:  No LLC yet or anything, but ...
13             THE COURT:  But you are a local artist.  I appreciate
14     that.
15             PROSPECTIVE JUROR:  Thank you.
16        (Pause in proceedings.)
17             THE COURT:  All right.  Ladies and Gentlemen, I'm
18     going to turn the questioning over to counsel.  But so that we
19     do not interrupt the attorneys' questioning, I think it may be
20     appropriate at this time for us to take a comfort break.
21             So since we are taking a comfort break, let me just
22     advise you of the following:  You're not to discuss the facts
23     of this case with anyone.  You're not to speak either directly
24     or indirectly.
25             I'm going to ask that you come back into the courtroom
```

 1  lined up in the same manner that you came in before.  So please

 2  remember the person in front of you and behind you.

 3          We are going to take a 15-minute recess.  If everyone

 4  will look at their watch, that means that at 11:00 I do hope

 5  that you will come back into the courtroom.

 6          There are two restrooms across the hall.  There's also

 7  restrooms on each of the floors.  So we'll see you back here at

 8  11:00.  And if you'll be lined up outside because we cannot get

 9  started unless all of you are back.  All right?

10      (Panel not present, 10:44 a.m.)

11          THE COURT:  All right.  Before we recess, can you

12  remind me, did we agree on 60 minutes for opening statement or

13  60 minutes on the voir dire?

14          MR. BRENNER:  Your Honor, we agreed to 60 minutes for

15  voir dire, 45 for opening.

16          THE COURT:  All right.  Let us hope that the attorneys

17  will conclude their questioning of the jurors by -- if you need

18  an hour, then that's going to take us -- I'd like to not break

19  up -- I'll keep the jury here until we conclude the

20  questioning.

21          If you would be agreeable to 45 minutes each, then we

22  could take a lunch break earlier, and then use a portion of the

23  lunch break to select the jury.

24          Would that be amenable to both sides, since I have

25  asked some of the questions that you have proposed?

```
 1            MR. BRENNER:  Your Honor, I will commit to the Court

 2    that I will try.  If it were just 20, I would have just said

 3    yes.  But now we have 30, it's -- but I will commit to -- I

 4    don't want to waste the jury's time and Your Honor did ask a

 5    bunch of questions that I think both sides had proposed.

 6            THE COURT:  I don't think you need to spend any time

 7    with Berry Sampson because he is not in this district.  So he's

 8    not qualified to serve as a juror in the Southern District.

 9            MR. BRENNER:  Your Honor, can I raise one other really

10    brief issue?

11            When -- when we were introducing the witnesses and

12    Defendant got up to introduce the witnesses, the first words

13    out of Ms. McGovern's mouth were -- she -- that they may call

14    Craig Wright.  And she identified him, quote, as "the inventor

15    of Bitcoin."

16            It's an interesting way to introduce the witness,

17    since it's the central issue in the case that we claim he's a

18    co-inventor of Bitcoin.

19            THE COURT:  All right.  I don't want to get into the

20    intricacies of this case.

21            MR. BRENNER:  Okay.

22            THE COURT:  The trial hasn't even started.  So at this

23    point, I recognize that that was the introduction and there's

24    no need to go back.

25            Anything further?
```

```
1              MR. BRENNER:  Nothing further from the Plaintiffs.

2              THE COURT:  All right.  Then I'll see you back here at

3    11:00.

4              Anything further from the Defendant?

5              MR. RIVERO:  No, Your Honor.

6              THE COURT:  All right.

7         (Recess from 10:47 a.m. to 11:00 a.m.)

8              THE COURT:  All right.  Welcome back.  Let's wait for

9    everyone to come into the courtroom.

10        (Pause in proceedings.)

11             COURT SECURITY OFFICER:  Ready to bring in the jury,

12   Judge?

13             THE COURT:  Both sides ready to proceed?

14             MR. RIVERO:  Yes, Your Honor.

15             MR. BRENNER:  Yes, Your Honor.

16             THE COURT:  Okay.

17        (Before the panel, 11:01 a.m.)

18             THE COURT:  All right.  Welcome back, Ladies and

19   Gentlemen.  Please be seated.

20             Thank you for your patience and cooperation.

21             We will now begin questioning by the attorneys.

22             First, on behalf of the Plaintiffs.

23             MR. BRENNER:  Thank you, Your Honor.

24             Thank you, Your Honor.  May it please the Court,

25   counsel.
```

1    Hello.  My name is Andrew Brenner.  And with my

2    colleagues we represent the Plaintiffs in this case, which are

3    the estate of Dave Kleiman and W&K -- you'll hear W&K Info

4    Defense Research.  You'll hear it referred to as W&K.

5        I'm going to try to be efficient with your time.  The

6    Judge covered a lot of the topic areas that I was going to.

7    And I'm just going to follow up on some things.

8        Let me first just amplify a couple things the Judge

9    talked about.  The process we're about to engage in is called

10    voir dire.  I apologize.  I'll have my back to you-all

11    sometimes as I'm addressing them and vice versa, okay?  And I

12    mean no disrespect by that.

13        As the Judge said, the process of voir dire is

14    translated to speak the truth.  And as the Judge says, there's

15    only one right answer and that right answer is always the truth

16    and there's no wrong answer.

17        And I would just say the only other wrong answer is --

18    other than not being the truth, is just not answering at all.

19    Because Mr. Rivero will be asking questions, I believe, and I'm

20    asking questions.  And we just want to know about you.

21        I promise you, there is nothing you will say that is

22    going to offend us, make us feel bad.  If you say -- you're one

23    of these people:  "I don't like lawyers," I've heard it before.

24    No big deal.  But if we don't know, if we don't hear from you,

25    we're not able to get a fair and impartial jury, and that's

1    what all of us want and that's what the Court wants.

2          The Judge told you, and I'll just repeat, if I ask you

3    anything that requires you or you think may require you to talk

4    about something you don't feel like talking about in front of a

5    group full of people you haven't met, then just raise your hand

6    and the Judge said she will accommodate that at another time.

7          So I'm going to ask a series of group questions.  And

8    then I'll follow up with some folks individually.  And there

9    will be times when I ask you to raise your hand.  If you would

10   just keep them up long enough that I can get my notes and my

11   team can help me and then we can make sure we get to everyone.

12         Let me start with this one:  How many people, when

13   they got the summons, immediately started calling their

14   friends, telling their wives, their husbands, their sons, their

15   daughters:  "I got the greatest news today.  I get to go serve

16   on a federal jury"?

17         Raise your hands.

18         Yes.  Excellent.  I'm going to try to get your names

19   on my map.

20         You are -- am I pronouncing this -- Tercero.  Did I

21   get that right?

22         PROSPECTIVE JUROR:  Yes.

23         MR. BRENNER:  All right.  So you were excited about

24   that?

25         PROSPECTIVE JUROR:  Yeah.

```
 1            MR. BRENNER:  What about it?
 2            PROSPECTIVE JUROR:  I've always wanted to serve on a
 3    jury.  So I got pretty excited that I finally got called to
 4    jury duty.
 5            MR. BRENNER:  Well, I've asked that question to a lot
 6    of juries and I think you're my first to raise their hand and
 7    say they're excited.  I know I appreciate it.  I'm sure
 8    Dr. Wright's counsel appreciates it.  I'm sure the Court
 9    appreciates it.
10            THE COURT:  I do.
11            MR. BRENNER:  So that's fantastic.
12            Now, the rest of you, all right, you weren't super
13    excited about it.  I get it.  But you showed up.  Okay?  And
14    unfortunately, a lot of folks don't.  They come up with
15    excuses.  And we live in a great country and our country
16    doesn't ask that much of us.  But one of the things it asks of
17    us is to serve on juries.
18            And in a criminal case, which this is not -- and I'm
19    going to talk a little bit about the difference in the burden
20    of proof.  In a criminal case, a man or woman's liberty is at
21    stake often and it's critically important -- our founding
22    fathers said that it's critically important that they be judged
23    by a jury of their peers.  But in civil cases, the constitution
24    does the same thing.
25            And we have to have an ability to solve all disputes
```

1    civilly.  And you guys are the bulwark for that.  You and you

2    alone, I believe the Judge will tell you this at the end of the

3    case for those of you who get to serve -- and I say "get to

4    serve" because I do think, although you may not know it now, it

5    will be a rewarding experience and you will feel good about

6    yourselves.

7         But you will be the judges of facts.  You will judge

8    the case.  And we trust you to do that.  So I think the Judge

9    started with it and I'll say it again.  Just simply thank you.

10   Thank you for coming.  Thank you for participating in this

11   process.  Thank you for being forthright with me, which I'm

12   sure you will do, and also with Mr. Rivero.  It's very

13   important.

14        Now, I mentioned a criminal and civil trial.  One of

15   the differences in a civil trial is the burden of proof is

16   different.  So in a criminal trial, when someone's liberty is

17   at stake, the state or the government -- in this case, in the

18   federal courthouse, the United States Government has to prove

19   their case beyond a reasonable doubt.  Is everyone familiar

20   with that from TV shows or otherwise?

21        Yes?

22        Okay.  In a civil case, it's different.  It's a

23   different standard.  And it's -- I don't want to get into the

24   legal terms, but it's, essentially, is one side more

25   believable, is one side more persuasive.

73

```
 1              Does everyone understand the difference in the burden
 2       of proof in a criminal case and in a civil case?
 3              Everyone?
 4              Everyone?
 5              No?
 6              Okay.  You are Mr. Moder.  Did I pronounce that right?
 7              PROSPECTIVE JUROR:  Moder.
 8              MR. BRENNER:  Moder.  Thank you.
 9              Okay.  Sir, from my explanation, was it confusing to
10       you?
11              PROSPECTIVE JUROR:  I just -- I didn't hear it very
12       clearly because you're facing that way.
13              MR. BRENNER:  Sure.  Sure.  Thank you.
14              By the way, if I do that, which I will, because I'll
15       be talking in two different directions, if you don't hear me,
16       just give me a holler or raise your hand.
17              The burden of proof in a civil case is a preponderance
18       of the evidence.  It's which side weighted the scale a little
19       more than the other.  And in criminal cases, because someone's
20       liberty is at stake, it's a much higher standard.
21              Do you understand that now?
22              PROSPECTIVE JUROR:  Yes.
23              MR. BRENNER:  Is anyone here going to have difficulty
24       applying whatever standard -- the standard of proof the Judge
25       instructs you on?  Anyone?
```

1    The Judge talked about "fair and impartial" and I want

2    to talk about that a bit.  So who here is an unfair person?

3    No one?

4    Of course not.  Of course not.  We all think we're

5    fair.  And we all are fair.  We all try to be fair in our

6    personal lives, our professional lives.  But we're not all

7    impartial, right?  Because impartial is something different.

8    We all come into this courtroom with our own

9    upbringing, our own education, our own cultural preferences,

10   all sorts of things, and it's impossible to just check all that

11   at the door.

12   Now, some of the stuff won't affect your evaluation of

13   the case and some might, and the Judge has asked you a little

14   bit about that.  But let me see if I can give you an example of

15   what I mean.  I'm going to pick on Mr. Cabrera.

16   Where is Mr. Cabrera?

17   PROSPECTIVE JUROR:  Yes, sir.

18   MR. BRENNER:  How are you, sir?

19   PROSPECTIVE JUROR:  Good.  Yourself?

20   MR. BRENNER:  I have never been better.

21   So let me ask you this:  On your questionnaire, you

22   told us that -- I think it's when you list your hobbies, you

23   said:  "Watching Boston teams."

24   PROSPECTIVE JUROR:  I omitted -- I'm sorry.  I meant

25   sports teams.  So --

```
 1              MR. BRENNER:  You meant sports teams.  You know, I

 2      thought that.  I was going to ask you that.  So you like Boston

 3      sports.  You're a Patriots fan?

 4              PROSPECTIVE JUROR:  Yes.  Absolutely.

 5              MR. BRENNER:  It's been a tough road.  It's tough to

 6      be a Patriots fan these last 20 years, I'm sure.

 7              PROSPECTIVE JUROR:  You know, I still can be happy

 8      with the six rings that they got.  So I'll be happy with that.

 9              MR. BRENNER:  Great win yesterday for the Patriots.

10      So you love the Patriots.  Love the Celtics too?  I know

11      Celtics fans are hardcore.

12              PROSPECTIVE JUROR:  All the teams.  All the Boston

13      teams.

14              MR. BRENNER:  All the teams.  Okay.

15              Did you grow up in Boston?

16              PROSPECTIVE JUROR:  I was actually born up there.  I

17      lived in Methuen, which is about 45 minutes north of Boston.

18              MR. BRENNER:  How long have you been down in South

19      Florida?

20              PROSPECTIVE JUROR:  Since about '89.

21              MR. BRENNER:  Okay.  So if -- let's just pick on

22      someone else.  We'll just make it up.  If you knew that

23      Mr. Adams -- where is Mr. Adams?  If you knew that Mr. Adams --

24      that's okay.  I'm going to talk to Mr. Cabrera.  I'm just

25      picking on Mr. Adams.
```

```
 1              If you knew that Mr. Adams was a lifelong Dolphin

 2    fan -- I am not saying he is, but if you knew that he is.  He

 3    also happened to be a referee.  He told me he's fair already.

 4    Would you be fine -- is he the right guy to referee the

 5    Dolphin-Patriot game?

 6              PROSPECTIVE JUROR:  If he's a referee?

 7              MR. BRENNER:  Yeah.

 8              PROSPECTIVE JUROR:  Yeah, he has to be, you know --

 9              MR. BRENNER:  Right.  But he -- would the NFL probably

10    assign him to a game that doesn't involve the Dolphins if he's

11    a lifelong Dolphin fan?

12              Would you be happy if you knew -- would you be

13    comfortable if you knew that all of the referees on the field

14    that day were lifelong fans of the team your team was playing

15    or would you say:  "You know what?  Let's get some that don't

16    root for either team"?

17              PROSPECTIVE JUROR:  Oh, absolutely.  Definitely a

18    neutral referee.  That's the best type of referee you could

19    have.

20              MR. BRENNER:  Right.  And that's what we're looking

21    for here.  We're looking for neutral referees because only if

22    we have that does the system work.

23              It wouldn't be fair to my clients and it wouldn't be

24    fair to Dr. Wright if either side went in and the people were

25    already predisposed to the other side, not because they are not
```

```
 1   fair, but that they have something in their background which

 2   causes them to be like that.

 3         So could everyone commit to me that if at any point

 4   during the questioning today -- and you did it with the Judge,

 5   if you just think:  "God, the subject matter makes me a little

 6   bit more in favor of Dr. Wright or a little bit more in favor

 7   of the estate of Mr. Kleiman," will you promise to let us know?

 8         MR. BRENNER:  Yes?

 9         Yes, sir.  Let me get your name for the record.  This

10   is Mr. Cassidy, Juror Number 2.

11         Thank you, sir.

12         PROSPECTIVE JUROR:  You mentioned Mr. Kleiman's

13   brother passed in the VA hospital?

14         MR. BRENNER:  I don't -- I'm not supposed to answer

15   facts of the case, but Mr. Kleiman's brother was in a VA

16   hospital and he actually did not pass in the hospital.

17         PROSPECTIVE JUROR:  That will one hundred percent lean

18   me your way.

19         MR. BRENNER:  Okay.  And why is that, sir?

20         PROSPECTIVE JUROR:  Just because of my military

21   background and involvement in the VA.  My son's in the military

22   currently.

23         MR. BRENNER:  Okay.

24         PROSPECTIVE JUROR:  That's 100 percent.  I will not be

25   biased -- I mean, I will be biased in your direction just
```

```
 1    because of that.  And I'm just being honest.
 2              MR. BRENNER:  No.  No.  I appreciate your honesty.
 3              Again, there's no right answer -- or there's no wrong
 4    answer.  So if that's your personal belief, I appreciate you
 5    sharing it with me.  Thank you.
 6              PROSPECTIVE JUROR:  Yeah.
 7              MR. BRENNER:  Can everyone commit to me that if -- for
 8    example, that came up in Mr. Cassidy's mind -- that if
 9    something comes up that causes you to think you may be
10    biased -- and again, bias is not unfair -- that you'll share it
11    with us or you'll share it with the Court?
12              Yes?  I have everyone's commitment for that?
13              Okay.  Thank you.
14              So one of the issues that Her Honor started with was
15    she asked about computers and computer software.  I want to ask
16    a little bit more specific question.  And that is with the term
17    "coding" as it relates to computers and computer software.  Is
18    anyone here familiar with the term "coding," C-O-D-I-N-G, as it
19    relates to computers and computer software?
20              Can you just raise your hands and I'll get a hand
21    count?  And then I promise I'm going to talk to all of you.
22              So we got Juror Number 1, Juror Number 2.  We got
23    Juror Number -- Mr. Horne; is that right?
24              PROSPECTIVE JUROR:  Yes, sir.
25              MR. BRENNER:  Juror Number 8.  Thank you, sir.
```

1          Juror Number 15; is that right?

2          PROSPECTIVE JUROR:  Yes, sir.

3          MR. BRENNER:  Okay.  Lopez-Loyola.

4          And 18.  Okay.

5          And on this side?

6          PROSPECTIVE JUROR:  I'm sorry.  You asked if we were

7   familiar with the term of "coding"?

8          MR. BRENNER:  With the term of "coding," yes.

9          PROSPECTIVE JUROR:  Yes, I am.

10         MR. BRENNER:  Okay.  Thank you, sir.

11         And we have Jurors Number 24 and 25, and we have Juror

12  Number 28, and we have Juror Number 21.  Did I get those right?

13         And I should have said this -- I'm not sure if they

14  said it in the jury room -- I don't have a mask on because I'm

15  speaking to you.  You can see all the lawyers have masks on

16  when they are not speaking.  If I'm making anyone feel

17  uncomfortable, I'll put a mask on.

18         Is anyone uncomfortable with me not having a mask on?

19         You're not comfortable?  Okay.  I will put a mask on.

20         Oh, everyone is comfortable?

21         Okay.  I -- probably a bad question.  Is anyone

22  uncomfortable with the fact that I don't have a mask on?

23         Okay.  You'll let me know if that changes, because I'm

24  happy to do it.

25         So Juror Number 1, Mr. should I try it -- Mr.

```
 1    Matherne?

 2            PROSPECTIVE JUROR:  Matherne.

 3            MR. BRENNER:  Matherne?

 4            PROSPECTIVE JUROR:  Yeah.

 5            MR. BRENNER:  So we pronounce the T-H.

 6            PROSPECTIVE JUROR:  Louisiana native.

 7            MR. BRENNER:  Louisiana native.  Okay.  Good.  Good.

 8            So tell me about your experience or your knowledge

 9    about coding.

10            PROSPECTIVE JUROR:  Basically, just knowing that it's

11    programming, computer programming.  I mean -- as an engineer, I

12    started Fortran programming when I was in college.  And then I

13    learned basic programming on my own after college, and I'm

14    going to learn some more programming languages.  That's it.

15            MR. BRENNER:  Let me ask you a couple questions, if I

16    could.  I think you said you studied Fortran when you were in

17    college.

18            PROSPECTIVE JUROR:  Yes.

19            MR. BRENNER:  You did -- did you study another coding

20    language --

21            PROSPECTIVE JUROR:  Yeah.  Basic programming.

22            MR. BRENNER:  Basic programming, okay.

23            And then you said your plan is to --

24            PROSPECTIVE JUROR:  To learn some more.

25            MR. BRENNER:  I'm sorry?
```

1           PROSPECTIVE JUROR:  Yeah.  Learn some more languages

2    like Python, C++.  I want to learn those.

3           MR. BRENNER:  C++.  Okay.

4           And these are stuff you don't know now.  But you want

5    to learn it because professionally you want to do it or just a

6    passion or hobby for you?

7           PROSPECTIVE JUROR:  No.  No.  Hobby.  It's like just

8    dealing with -- I do some computer graphics, so C++ programming

9    and Python would be useful for my graphics.

10           MR. BRENNER:  Got it.  In your professional life --

11    well, tell me what you do.  Tell me what you do.

12           PROSPECTIVE JUROR:  I was a manufacturing engineer.

13    I'm retired now, but ...

14           MR. BRENNER:  Oh, congratulations.

15           PROSPECTIVE JUROR:  Yeah.  Thank you.

16           MR. BRENNER:  And you have a lot of time to study

17    coding.

18           PROSPECTIVE JUROR:  Yeah.

19           MR. BRENNER:  I'd rather watch football.  But you

20    know, to each his own, right?

21           How long have you been retired?

22           PROSPECTIVE JUROR:  About a month.

23           MR. BRENNER:  Oh.

24           PROSPECTIVE JUROR:  Yeah.  I turned 62 recently.  So,

25    boom.

```
 1              MR. BRENNER:  So I've asked this question before and
 2     I'll ask you:  So is it what you thought it would be?
 3              PROSPECTIVE JUROR:  Oh, yes.  Definitely.
 4              MR. BRENNER:  Right.  I bet -- you're busy, I bet
 5     right?
 6              PROSPECTIVE JUROR:  What's that?
 7              MR. BRENNER:  Are you busy?
 8              PROSPECTIVE JUROR:  Oh, yeah.  I'm busy working on
 9     things that I'd been wanting to work on forever.
10              MR. BRENNER:  That's what I've always been told, that
11     people get more busy when they retire, but you just do stuff
12     that you want to do.
13              When you were working, tell me what you did.  What did
14     your job entail?
15              PROSPECTIVE JUROR:  I was a manufacturing engineer,
16     working with Lockheed Martin on the Space Shuttle program when
17     I used to be in New Orleans, in Louisiana.
18              And then I came to Miami about 11 years ago and I
19     worked at an elevator manufacturing company, and then at an
20     aviation tooling company as an engineer, manufacturing
21     engineer.
22              MR. BRENNER:  Let me ask you a question.  If I said to
23     you:  "Sir, can you explain what 'coding' is," what would you
24     say?
25              PROSPECTIVE JUROR:  I would just say it's computer
```

1    programming, giving lists of instructions on, you know, how to

2    do things.

3         MR. BRENNER:  You told me what you studied in college

4    and a little after.  In your professional life, did you do

5    computer coding?

6         PROSPECTIVE JUROR:  No.  I never used it.

7         MR. BRENNER:  Okay.  And you want to dedicate some of

8    your retirement to learning about that?

9         PROSPECTIVE JUROR:  Yeah.  Because like I said, it

10   will work with some things that I'm planning on creating with

11   computer graphics.

12        MR. BRENNER:  Right.  I wish you luck with that.

13        PROSPECTIVE JUROR:  Thank you.

14        MR. BRENNER:  Thank you.

15        I want to talk to Mr. Horne.  You also answered about

16   coding.

17        PROSPECTIVE JUROR:  Yes.

18        MR. BRENNER:  Tell me what you know.

19        PROSPECTIVE JUROR:  Again, I'm in marketing.  So HTML,

20   CSS, basically for web design.

21        MR. BRENNER:  Okay.  Do you do your own coding ever?

22        PROSPECTIVE JUROR:  Yes.

23        MR. BRENNER:  Okay.  For -- as part of the business,

24   do you do it?

25        PROSPECTIVE JUROR:  With clients, I mostly update

```
 1    websites.  I don't build them.  I just provide context.  But I
 2    do know coding HTML, CSS, a few others.
 3               MR. BRENNER:  Do you do it in your spare time?  Is
 4    this a hobby, too, or just related to your work?
 5               PROSPECTIVE JUROR:  I have my own website I, you know,
 6    periodically update.  I guess you could say -- I don't know --
 7    probably 30, 40 hours a year I spend coding, doing websites.
 8               MR. BRENNER:  Thanks for sharing.
 9               PROSPECTIVE JUROR:  Mostly updating, like I said.  Not
10    creating, but just updating.
11               MR. BRENNER:  So let me ask this:  How did you learn
12    how to do it?
13               PROSPECTIVE JUROR:  Which one, HTML?
14               MR. BRENNER:  Any.  Any.
15               PROSPECTIVE JUROR:  HTML, CSS I learned in grad
16    school.  A few others I picked up along the way.
17               MR. BRENNER:  What were you studying in grad school?
18               PROSPECTIVE JUROR:  Advertising.
19               MR. BRENNER:  Okay.  I would say -- when were you in
20    grad school?
21               PROSPECTIVE JUROR:  I started 2013.  I finished 2015.
22               MR. BRENNER:  Okay.  Great.
23               And did you -- where did you go to school for that?
24               PROSPECTIVE JUROR:  Academy of Art in San Francisco.
25               MR. BRENNER:  In San Francisco?
```

```
 1              And how long have you been down here?

 2              PROSPECTIVE JUROR:  I was born here.  I went there to

 3    work in grad school.  I came back 2015.

 4              MR. BRENNER:  Okay.  Great.  Well, welcome back.

 5              Let me ask you this:  In your questionnaire, I believe

 6    you said that you were a plaintiff in a lawsuit.  Did I get

 7    that right?

 8              PROSPECTIVE JUROR:  Yes.  2008.

 9              MR. BRENNER:  2008.  Is that something you're okay

10    talking about?

11              PROSPECTIVE JUROR:  Yeah.

12              MR. BRENNER:  Okay.  Then I'm going to ask you.

13              PROSPECTIVE JUROR:  I'm sorry?

14              MR. BRENNER:  I said:  "Then I'm going to ask you."

15    What was that about?

16              PROSPECTIVE JUROR:  Basically, it was a car -- moving

17    violation or whatever.  The driver, the other driver cut in

18    front of me.  Basically, the officer who wrote the police

19    report basically knew the other guy was at fault.  But he said,

20    you know, he couldn't decide or whatever.

21              So I had to take him to court to give -- you know, for

22    my deductible and damage to my vehicle.

23              MR. BRENNER:  Okay.  And that experience, was it in

24    the state court system or the federal court system?

25              PROSPECTIVE JUROR:  It was in civil court.
```

1          MR. BRENNER:  Civil court down the street?

2          PROSPECTIVE JUROR:  At the South Dade Civic Center.

3          MR. BRENNER:  Okay.  That experience of being a

4   plaintiff in a lawsuit, has that influenced your view

5   positively or negatively about lawsuits?

6          PROSPECTIVE JUROR:  No.

7          MR. BRENNER:  Okay.  Thank you.

8          There was someone earlier, I just need to look at my

9   notes, who said they would have a problem if this was an injury

10  lawsuit.  Who was that?

11         You.  Yes.  Thank you.

12         That's Ms. Fabelo.  Did I get that right?

13         PROSPECTIVE JUROR:  Yes.

14         MR. BRENNER:  So what do you mean by that?

15         PROSPECTIVE JUROR:  Well, I probably have problems

16  with people driving drunk.  So that's one of the -- I would not

17  be able to serve on anything like that.

18         MR. BRENNER:  So that's a perfect example.  If this

19  were a case with a drunk driver -- and it's not -- if it were,

20  you would have raised your hand and told the Judge or told me:

21  "This is not the right case for me"?

22         PROSPECTIVE JUROR:  Yes.

23         MR. BRENNER:  So just what about lawsuits in general

24  and -- so this -- you know, it's a civil lawsuit.  I said that

25  the criminal lawsuits have to do with money -- and excuse me --

```
 1    with liberty.  And civil lawsuits, generally speaking, it's a
 2    case for money damages.
 3            Is that something that you have strong feelings about
 4    one way or the other?
 5            PROSPECTIVE JUROR:  (No verbal response.)
 6            MR. BRENNER:  Okay.  You could be fair and impartial
 7    in a case like that?
 8            PROSPECTIVE JUROR:  Correct.
 9            MR. BRENNER:  Thank you.
10            Let's go to Mr. Lemus.  Did I get that right?
11            PROSPECTIVE JUROR:  Yes.
12            MR. BRENNER:  How are you, sir?
13            PROSPECTIVE JUROR:  Good.  Thank you.
14            MR. RIVERO:  So you have a background in computers,
15    correct?
16            PROSPECTIVE JUROR:  Yeah.  I went to college for a
17    computer engineer.  I been working all my life in computers.
18    Work for Marriott International with all the systems we have in
19    the hotels.  I learned coding at school, at college, a little
20    bit ancient languages, computer languages --
21            MR. BRENNER:  Did you say "ancient"?
22            PROSPECTIVE JUROR:  Ancient, yeah.  Because they don't
23    exist anymore.  COBOL and a lot of languages that are obsolete
24    already.  Right now, I don't do coding anymore.  I mean,
25    it's --
```

```
 1          MR. BRENNER:  So in college -- excuse me.  In college,

 2   you learned coding, what you called ancient languages.  Did you

 3   do any coding after college?  Yourself do it?

 4          PROSPECTIVE JUROR:  No, not really.

 5          MR. BRENNER:  None of your jobs ever required you to

 6   do any coding?

 7          PROSPECTIVE JUROR:  I didn't like it very much.  And

 8   that's why.

 9          MR. BRENNER:  What didn't you like about it?

10          PROSPECTIVE JUROR:  I'm more in the engineering part,

11   the hardware, the physical parts of the computers and all that

12   stuff, than coding, I mean, doing -- sitting down doing that.

13          MR. BRENNER:  Right.  Did you study engineering in

14   college?

15          PROSPECTIVE JUROR:  Correct.

16          MR. BRENNER:  What kind of engineering?

17          PROSPECTIVE JUROR:  Computer engineering.

18          MR. BRENNER:  Oh, computer engineering.

19          PROSPECTIVE JUROR:  Yeah.

20          MR. BRENNER:  But you're more a hardware guy.

21          PROSPECTIVE JUROR:  Correct.  Exactly.

22          MR. BRENNER:  And then for Marriott, I know you said

23   it a couple times and I'm just not totally grasping what you do

24   for them.

25          PROSPECTIVE JUROR:  I'm management level now.  But I
```

```
 1    manage a group of computer guys.  We set up all the computers,

 2    all the systems in the different hotels.

 3              MR. BRENNER:  Got it.

 4              PROSPECTIVE JUROR:  Everything that has to do with the

 5    service for the guests.

 6              MR. BRENNER:  So I think you had a -- I'm pretty sure

 7    you had a conversation with the Judge answering questions where

 8    you were hesitant and you were not hesitant, and -- is that

 9    right?

10              PROSPECTIVE JUROR:  Well, yeah, I mentioned my best

11    friend is into Bitcoin.

12              MR. BRENNER:  What does he do?

13              PROSPECTIVE JUROR:  I mean, he just invest a lot of

14    money on that.  And he's doing that data mining and all that

15    stuff.  So he's been -- he kind of picks my brain because I'm

16    in the field, in technology field, and he's trying to get me

17    involved in it.  But just --

18              MR. BRENNER:  So you have a big smile on your face,

19    which doesn't show up on the record.  So let me ask you

20    something, someone says -- you're saying to me:  "My friend

21    does a lot of this Bitcoin investing and mining."  And now you

22    tell me, what do you think about your friend doing that?

23              PROSPECTIVE JUROR:  What do I think?

24              MR. BRENNER:  Yeah.

25              PROSPECTIVE JUROR:  He's a young guy and he's smart.
```

1   And I see people making a lot of money with this kind of

2   technology and these kind of investments.  And I've seen a lot

3   of other people that lose a lot of money, so I'm just not into

4   it.

5           MR. BRENNER:  So do you stay away from it because of

6   the risk involved?

7           PROSPECTIVE JUROR:  Because I consider myself an

8   ignorant on it and don't get into reading and getting involved

9   in that.  That's why.

10          MR. BRENNER:  Okay.  Thank you.

11          I'm going to turn around to this side of the room.

12          Mr. Moder, right?  I think I've got to wait for your

13  microphone.

14          All right.  How are you, sir?

15          PROSPECTIVE JUROR:  Good.

16          MR. BRENNER:  So when you were answering questions

17  from Judge Bloom, you said that you for a brief time had a --

18  if I get it wrong, you'll tell me, right -- what I wrote down

19  in handwriting that I can no longer read, you wrote down that

20  you had a partnership with a friend that involved mining

21  Bitcoin.

22          PROSPECTIVE JUROR:  I don't know if you would call it

23  a "partnership."  He was buying a -- it was a black box.  It

24  was a few grand.  And he asked me -- I know he knew a lot about

25  computers.  I really don't.  And he's a smart guy, so I did it

1    with him.  We did it for like eight months and then we sold the

2    machines.

3         MR. BRENNER:  Okay.  So let me ask you just a couple

4    of questions -- maybe a few.

5         The friend, good friend?  Close friend?  Not close

6    friend?  Business associate?  What was he?

7         PROSPECTIVE JUROR:  He bought the house across the

8    street from me.  And I now work for him.

9         MR. BRENNER:  Did you either then or now have a social

10   relationship outside of work?

11        PROSPECTIVE JUROR:  Yeah.

12        MR. BRENNER:  Okay.  Started as a neighbor and became

13   a friend?

14        PROSPECTIVE JUROR:  Yes.

15        MR. BRENNER:  Okay.  Good.

16        Then -- now I remember exactly what you said.  You

17   said that:  "We bought" -- I think then you called it a

18   "Bitcoin machine" when you were talking to Judge Bloom.

19        PROSPECTIVE JUROR:  Yeah.  A miner.

20        MR. BRENNER:  So it was a few thousand bucks, would

21   you say?

22        PROSPECTIVE JUROR:  Yes.

23        MR. BRENNER:  And who paid for that?

24        PROSPECTIVE JUROR:  I paid for mine; he paid for his.

25        MR. BRENNER:  Okay.  So you each paid for a machine.

```
1          And was it your understanding that whatever -- if your

2   machine -- why don't you explain just really briefly what

3   Bitcoin mining is.  Because it sounds like you know what it is.

4   Or not really?

5          PROSPECTIVE JUROR:  Alls I know about it -- like I

6   said, he know more about it and we were going to split whatever

7   happened.  So he had the knowledge and I had -- wanted to go

8   ahead and give it a shot.

9          MR. BRENNER:  Okay.

10         PROSPECTIVE JUROR:  From my understanding at the time

11  and now is it's a computer that does crunching of calculations

12  and you get paid for that.

13         MR. BRENNER:  You get paid in Bitcoin?

14         PROSPECTIVE JUROR:  Yeah.

15         MR. BRENNER:  Okay.  So you had this business with a

16  friend, partnership with a friend.  You guys each put money in

17  to buy a machine, what you called a Bitcoin machine, and you

18  guys -- if your machine hit, he was going to split the Bitcoin?

19  If his machine hit, you were going to split the Bitcoin?

20         PROSPECTIVE JUROR:  I think they were tied together.

21         MR. BRENNER:  They were tied together.  So whatever --

22  meaning it wasn't your Bitcoin or his Bitcoin; it was our

23  Bitcoin, right?

24         PROSPECTIVE JUROR:  Yes.

25         MR. BRENNER:  Did you have -- and ultimately after
```

1    eight months, you sold the machine and stopped doing that?

2              PROSPECTIVE JUROR:  Yeah.  He told me that the

3    Bitcoin -- it was going to become exponentially harder to get

4    Bitcoins and the machines that we had were going to very

5    quickly lose value.  So before that happened, we sold them.

6              MR. BRENNER:  And about what year was this?

7              PROSPECTIVE JUROR:  I would say six years ago, seven

8    years ago.

9              MR. BRENNER:  Okay.  And did you have a written

10   agreement with him or was it just a handshake deal?

11             PROSPECTIVE JUROR:  No.  We trusted each other.

12             MR. BRENNER:  You trusted each other and when you

13   ultimately decided to -- I don't want to put words in your

14   mouth -- you ultimately decided to stop the partnership, was

15   there any problems or you just both honored the deal?

16             PROSPECTIVE JUROR:  Yeah.  I mean, we held onto the

17   Bitcoin.  I just kind of just forgot about it and he had them.

18             MR. BRENNER:  But do you have part of those?  Did you

19   take part of them?

20             PROSPECTIVE JUROR:  I sold mine.

21             MR. BRENNER:  You sold yours.  Got it.

22             And then the machines you sold and split the proceeds?

23             PROSPECTIVE JUROR:  We -- I sold them on eBay.

24             MR. BRENNER:  Okay.  And you guys split them?

25             PROSPECTIVE JUROR:  Yeah.

```
 1              MR. BRENNER:  Okay.  Great.

 2              So anything about that experience, or about Bitcoin

 3    generally, caused you to have any hesitation about serving on a

 4    case that has to do with some of those issues that the Judge

 5    talked about?

 6              PROSPECTIVE JUROR:  No.

 7              MR. BRENNER:  Great.  Thank you.

 8              Anyone else ever have a -- I don't -- just a business

 9    with someone that you did by agreement with a friend or

10    colleague?  Anyone ever do that?

11              Yes, ma'am.  Let me just get your name for the record.

12    Maria Pinillos.

13              PROSPECTIVE JUROR:  Maria Pinillos.  Yes.

14              MR. BRENNER:  Thank you.  How are you?

15              PROSPECTIVE JUROR:  Fine.  Thank you.

16              And you?

17              MR. BRENNER:  Great.  I'm doing great.  So tell me

18    about that.

19              PROSPECTIVE JUROR:  As a composer and author

20    of songs -- I'm a songwriter -- of course, I have made

21    contracts with my partner, that I did the company records and

22    editorial.  And I know about the case, not because I know

23    exactly about computers, something like that, but you know, the

24    partnership with the company.

25              MR. BRENNER:  When you say you know about the case,
```

1   what do you mean by that?

2          PROSPECTIVE JUROR:  No.  The coins.  What you talking

3   about, the coin, the Bitcoins.

4          MR. BRENNER:  Okay.

5          PROSPECTIVE JUROR:  I don't know nothing about

6   Bitcoin, but partnership with the -- my companies of records.

7          MR. BRENNER:  Sure.

8          So you heard the Court talk about this is a case where

9   one side was saying there's a partnership and the other side

10  was saying there's not.  Did you hear that when she read you a

11  brief summary of the case?

12         PROSPECTIVE JUROR:  No.

13         MR. BRENNER:  Oh, you did not?  Okay.

14         Do you have any thoughts about that, generally, about

15  partnerships?

16         PROSPECTIVE JUROR:  Yeah.  About, generally, yeah.

17  Maybe I talk because when the -- we talk about if you have --

18  somebody have partnership with somebody else, I have my songs,

19  my company records.  And you know.

20         MR. BRENNER:  Do you -- do you have any -- do you

21  believe that the -- because you keep talking about company

22  records.  I just want to make sure I understand.

23         Do you believe that in order for there to be a

24  partnership you have to have records or can you have a

25  partnership --

```
 1          PROSPECTIVE JUROR:  No.  But the songs, because when
 2   we signed the song, for example, with the editorial, they have
 3   50 percent/50 percent --
 4          MR. BRENNER:  Uh-huh.
 5          PROSPECTIVE JUROR:  -- you know.  And they are
 6   partners.  They are going to put my music in the market and --
 7          MR. BRENNER:  Got it.
 8          PROSPECTIVE JUROR:  -- you know.
 9          MR. BRENNER:  Okay.  Got it.
10          Thank you.
11          Okay.  So Juror Number 24.  I'm going to --
12   Ms. Gallian Doubrar [sic]?
13          PROSPECTIVE JUROR:  Oubrar.
14          MR. BRENNER:  I'm sorry.  Can you say it again?
15          PROSPECTIVE JUROR:  Gallian Oubrar.
16          MR. BRENNER:  Oubrar.  Oubrar.  Okay.
17          PROSPECTIVE JUROR:  Yes.
18          MR. BRENNER:  How are you today?
19          PROSPECTIVE JUROR:  Fine.  Thank you.
20          MR. BRENNER:  So do you have any experience with -- I
21   don't want to use the word "partnership" -- just being in
22   business with someone else?
23          PROSPECTIVE JUROR:  No, I do not.
24          MR. BRENNER:  You do not.
25          What -- do you work for a living now?
```

```
1              PROSPECTIVE JUROR:  Yes.

2              MR. BRENNER:  And what do you do?

3              PROSPECTIVE JUROR:  I work for Florida International

4    University.  I'm a lab safety officer.

5              MR. BRENNER:  Tell me a little bit about what that --

6              PROSPECTIVE JUROR:  I have a biological background.

7    Right now, what I'm doing is basically inspecting our labs for

8    safety.

9              MR. BRENNER:  Okay.

10             PROSPECTIVE JUROR:  Making sure they're compliant.

11             MR. BRENNER:  And what's your educational background?

12             PROSPECTIVE JUROR:  Biology.  Bachelor's degree.

13             MR. BRENNER:  A master's degree?

14             PROSPECTIVE JUROR:  Bachelor's.

15             MR. BRENNER:  Oh, bachelor's.

16             Where did you go to school?

17             PROSPECTIVE JUROR:  University of Miami.

18             MR. BRENNER:  Any experience in any way with any

19   cryptocurrency or Bitcoin?

20             PROSPECTIVE JUROR:  I just have a son who seems to

21   like it and encouraged me to invest in the stock market a

22   little bit, in a very cheap one.

23             MR. BRENNER:  Okay.  Let me -- how old is your son?

24             PROSPECTIVE JUROR:  He's 32.

25             MR. BRENNER:  Okay.  And does he invest in --
```

1          PROSPECTIVE JUROR:  He invests in several areas and he

2    does like cryptocurrencies.

3          MR. RIVERO:  And he said:  "Mom, I got a great

4    investment for you"?  Is that how it went?

5          PROSPECTIVE JUROR:  We had a little bit of a

6    conversation because I really didn't know much about it.  And

7    he said he found one for 25 cents a share.  So I said:  "Hey,

8    okay."

9          MR. BRENNER:  How bad could it be, right?

10         PROSPECTIVE JUROR:  Yeah.

11         MR. BRENNER:  I'm not going to ask you at all about

12   the amount of money you invested.  It's none of my business.

13         But can I ask you this:  As far as it relates to your

14   other investments, how significant is your investment in crypto

15   or Bitcoin, in particular?

16         PROSPECTIVE JUROR:  Very small.

17         MR. BRENNER:  Very small.

18         And what about your son, same?

19         PROSPECTIVE JUROR:  Yeah.

20         MR. BRENNER:  What does he do for a living?

21         PROSPECTIVE JUROR:  He works actually here downtown

22   and in building management.

23         MR. BRENNER:  Okay.  What are your thoughts about

24   investing in Bitcoin?  I'm using Bitcoin as sort of a holder

25   for --

1          PROSPECTIVE JUROR:  I don't know a lot about it.  But,

2     I mean, it's interesting.  Like I said, I've heard both sides.

3     But for me, it was just a way to get into the stock market to

4     invest some money.  But I'm kind of neutral.

5          MR. BRENNER:  Okay.  Thank you.

6          So someone said earlier that they thought Bitcoin was

7     a scam.  Who thinks Bitcoin is a scam?  Anyone over on my

8     right?  Does anyone over here think Bitcoin is a scam?

9          How about on the left?

10          I think you said it, right?  And what did you mean by

11     that?

12          PROSPECTIVE JUROR:  Obviously, this is my own opinion,

13     and it doesn't reflect anybody else.  But -- and it doesn't

14     include just Bitcoin.  I'm just talking in general,

15     cryptocurrency, all in general.

16          I mean, usually when you have people in social media

17     and they can just say something and everyone just rallies into

18     it.  And then after it dies out, it just goes down again.

19          MR. BRENNER:  Okay.

20          PROSPECTIVE JUROR:  When you have something so

21     unstable that doesn't really -- is not really backed up by

22     anything else -- like it's not a company you can see -- you

23     know, you can see money at the end of the quarter or anything

24     like that.  There's not really anything.  There's not even a

25     physical place for most of these.

```
1              Cryptocurrencies, most of them come from other

2     countries.  And as soon as they come in, they just go away

3     because they usually just go around on social medias and videos

4     and people just promote it.  And then when they get what they

5     want, you know, it just goes down and everybody loses.

6              I mean, people obviously make money because --

7              MR. BRENNER:  Okay.  So it could be a bubble.

8              PROSPECTIVE JUROR:  Yeah.

9              MR. BRENNER:  Thank you so much, sir.

10             Anyone on this side of the room -- the same question I

11    asked to Ms. Gallian Oubrar -- think that Bitcoin is sort of

12    the currency of the future or cryptocurrencies -- digital

13    currencies are the currencies of the future?  Does anyone over

14    on the right side of the room think that.

15             No?

16             Okay.  How about on the left side of the room?

17             Okay.  Thank you.

18             And how about in the actual jury box?  Anyone feel

19    that way about Bitcoin?

20             You do?  Yes.  Let me get your name for the record.  I

21    know the Judge spoke with you a few times.  But to keep our

22    record clear, you're Ms. McCrimmon?

23             PROSPECTIVE JUROR:  Yes.

24             Hello.  Yeah.

25             MR. BRENNER:  Yes.
```

1           PROSPECTIVE JUROR:  Hello.

2           MR. BRENNER:  Hello.  How are you?

3           PROSPECTIVE JUROR:  I'm well.  How are you?

4           MR. BRENNER:  Great.  Thank you.

5           Tell me about that.  You think it's the -- Bitcoin is

6    the wave of the future or the currency of the future?

7           PROSPECTIVE JUROR:  I believe that cryptocurrency in

8    general, digital money, is going to be the future.  I

9    personally -- my personal opinion is I don't like that.

10          MR. BRENNER:  Okay.

11          PROSPECTIVE JUROR:  I wish we could go back to trade

12   and barter and artisan, you know, type things.  Respect to you

13   guys.  I personally just don't like it.  I'm like an old lady

14   in a millennial's body.

15          MR. BRENNER:  Got it.  I got it.

16          PROSPECTIVE JUROR:  So just being transparent.

17          MR. BRENNER:  So I would be remiss and upset with

18   myself if I didn't ask you what -- you do art, right?

19          PROSPECTIVE JUROR:  Yes.

20          MR. BRENNER:  So what kind of art do you do?

21          PROSPECTIVE JUROR:  3D mixed media art.  Very

22   Bohemian.

23          MR. BRENNER:  Oh.  Oh.

24          PROSPECTIVE JUROR:  Yes.

25          MR. BRENNER:  Fantastic.

| | |
|---|---|
| 1 | PROSPECTIVE JUROR:  Yes.  But I'm very happy to have |
| 2 | friends who are well-versed in Bitcoin and crypto, just in case |
| 3 | need be in the future. |
| 4 | MR. BRENNER:  Right.  Right. |
| 5 | Thank you. |
| 6 | PROSPECTIVE JUROR:  Thank you. |
| 7 | MR. BRENNER:  Thank you so much. |
| 8 | Anyone else on that question? |
| 9 | How about the opposite?  Anyone here think that |
| 10 | cryptocurrency or Bitcoin is just a wave and it's going to |
| 11 | disappear one day?  Anyone on the right side of the room |
| 12 | believe that?  Think that? |
| 13 | No? |
| 14 | Okay.  Anyone on the left side of the room think that? |
| 15 | Okay.  And what about back here? |
| 16 | PROSPECTIVE JUROR:  What's the question? |
| 17 | MR. BRENNER:  Anyone think that -- you know, sort of |
| 18 | the opposite of what I asked before, that Bitcoin's like the -- |
| 19 | it's just going to go away, it's a fake.  It's going to |
| 20 | disappear. |
| 21 | Let me get your name for the record, sir.  You are |
| 22 | Mr. Escobedo? |
| 23 | PROSPECTIVE JUROR:  Yes. |
| 24 | MR. BRENNER:  Thank you, sir. |
| 25 | You think it may just go away? |

1    PROSPECTIVE JUROR:  It's not that it's going to go

2  away.  But if you read the news, there's several countries that

3  are trying to ban the use of the cryptocurrency.  And the fact

4  is that most of the illegal activities hide behind that type of

5  currency.  So unless it gets some regulations on it, I don't

6  think they have a future on it.

7    MR. BRENNER:  Okay.  Great.  Thank you.

8    PROSPECTIVE JUROR:  That's why it's so valuable now

9  because it's on the shady side of the market.

10    MR. BRENNER:  Thank you, sir.  Thank you for sharing

11  that.

12    I'm now going to call on some people individually.  I

13  want to start with Ms. Rozansky.

14    I'll wait for you to get the mic, so I don't get

15  reprimanded again.

16    Okay.  How are you today?

17    PROSPECTIVE JUROR:  Good.  How are you?

18    MR. BRENNER:  I'm great.

19    So when you were talking to Judge Bloom, you mentioned

20  that you were in a food blog partnership.  I think you called

21  it an LLC.

22    PROSPECTIVE JUROR:  Yes.

23    MR. BRENNER:  And that LLC is a limited liability

24  company.

25    PROSPECTIVE JUROR:  Yeah.

```
 1              MR. BRENNER:  Okay.  How many other people were owners
 2      of that company -- owners of that business?
 3              PROSPECTIVE JUROR:  Just two of us.
 4              MR. BRENNER:  And the other person, was it a man or a
 5      woman?
 6              PROSPECTIVE JUROR:  A woman.
 7              MR. BRENNER:  And was she a friend or you met her in
 8      business?  What was her relationship?
 9              PROSPECTIVE JUROR:  A colleague who became a friend.
10              MR. BRENNER:  Colleague who became a friend.  Still a
11      friend?
12              PROSPECTIVE JUROR:  Yeah.
13              MR. BRENNER:  Okay.  Great.
14              Now, is that the only time you've been in a business
15      with another person?
16              PROSPECTIVE JUROR:  I have another business now.  I'm
17      the only person who owns it, but I do have contractors.
18              MR. BRENNER:  Okay.  What's the business you have now?
19              PROSPECTIVE JUROR:  It's a marketing consulting firm.
20              MR. BRENNER:  Okay.  What kind of marketing consulting
21      firm?
22              PROSPECTIVE JUROR:  PR, social media, influencer
23      marketing, all that.
24              MR. BRENNER:  Okay.  On that, do you see a lot of
25      stuff about -- on social media, do you see a lot of stuff about
```

```
 1   digital currencies?
 2          PROSPECTIVE JUROR:  I really don't.  I play more in
 3   the social media space.  I hear about it, but I'm not
 4   well-educated on the topic.
 5          MR. BRENNER:  You said it was an LLC.  Did that go out
 6   of business?  What happened?
 7          PROSPECTIVE JUROR:  No.  It's still -- I run both
 8   businesses.  So the food blog is an LLC.  The other is an S
 9   corp.
10          MR. BRENNER:  Did you have an LLC or written agreement
11   with your partner in the food blog business?
12          PROSPECTIVE JUROR:  She's no longer my partner.  But
13   yes, we did.
14          MR. BRENNER:  You did.  And tell me how detailed that
15   was.  Did it cover everything that could come up or was it one
16   of these sort of got a form and you guys both figured it out?
17          PROSPECTIVE JUROR:  It was probably somewhere in the
18   middle.  I mean, I have people who I trust in my corner who are
19   well-versed or better versed than I am.  So I've probably
20   checked most of the boxes, not all of them --
21          MR. BRENNER:  Okay.
22          PROSPECTIVE JUROR:  -- especially given that it's more
23   on social media.  So if people are a little bit more old school
24   on how they go about it, they may not understand all the social
25   things that could come up.
```

```
 1              MR. BRENNER:  Right.  And what happened when things
 2       came up that were not in the written LLC agreement?  Did you
 3       guys just work it out or what happened?
 4              PROSPECTIVE JUROR:  Yeah.  I mean, everything sort of
 5       worked out until she moved.  So it was an amicable split.  I
 6       ended up buying her out.  We got that in writing as well and it
 7       was all fine.
 8              MR. BRENNER:  So let me ask you about that.  So there
 9       came a time where your friend needed to move and you guys
10       decided to split, to part ways?
11              PROSPECTIVE JUROR:  Yeah.
12              MR. BRENNER:  And you wanted to buy -- you bought her
13       out.  Did you -- the amount of the buyout, I don't want to know
14       the amount, but just the concept of it.
15              PROSPECTIVE JUROR:  Sure.
16              MR. BRENNER:  Was that something that you two had to
17       later work out because it wasn't in the original agreement?
18              PROSPECTIVE JUROR:  Yes.
19              MR. BRENNER:  Right.  So things came up that are not
20       in the original agreement, maybe the company got bigger or she
21       had to move, and then you guys -- did it work out, you think,
22       because you trusted each other?
23              PROSPECTIVE JUROR:  Yeah.  I think there was mutual
24       respect.  I think it was very much circumstantial and I don't
25       think any of us wanted to do wrong by the other.  So that's
```

```
 1   why.
 2          MR. BRENNER:  If she were here today, and I asked her
 3   the same questions, do you think she would say the same thing?
 4          PROSPECTIVE JUROR:  Yeah, I do.
 5          MR. BRENNER:  That's fantastic.  That's fantastic.
 6   Thank you for sharing that with me.
 7          I'm just checking my notes.
 8          Ms. Bruguez.
 9          PROSPECTIVE JUROR:  Bruguez.
10          MR. BRENNER:  Bruguez.  Bruguez.  Bruguez.
11          How are you today?
12          PROSPECTIVE JUROR:  I'm doing well.  Thank you.  How
13   are you?
14          MR. BRENNER:  I'm doing great.  Thank you.
15          So I think you said you have had a partnership or a
16   business with someone.
17          PROSPECTIVE JUROR:  I have one currently, yeah.
18          MR. BRENNER:  I'm sorry.  I couldn't hear you.
19          PROSPECTIVE JUROR:  I currently have one, yes.
20          MR. BRENNER:  What kind of business is that?
21          PROSPECTIVE JUROR:  It's a cleaning company, so we do
22   commercial cleaning for hotels.
23          MR. BRENNER:  Right.  You said that.  I apologize.
24   For hotels, I think.
25          PROSPECTIVE JUROR:  Okay.  Yeah.
```

1          MR. BRENNER:  So to make sure that I understand it, is

2   it one of those things where a hotel or a hotel chain would

3   hire your business and you would supply the cleaning staff for

4   the hotel or --

5          PROSPECTIVE JUROR:  Yes.  That's correct.

6          MR. BRENNER:  That's how it works?

7          How did that hold up under COVID?  Was it bad?

8          PROSPECTIVE JUROR:  We had a couple that closed.  But

9   there were others that were open.  So the way that we worked is

10  they paid us right until COVID hit and then everybody just

11  stayed out, and if they had any debt they would recover now.

12         MR. BRENNER:  Okay.  Good.  I'm glad to hear that.

13         Did -- you have more than one partner in the business?

14         PROSPECTIVE JUROR:  It's me and a family friend.

15         MR. BRENNER:  Family friend.

16         So how long had you known this family friend before

17  you went into business together?

18         PROSPECTIVE JUROR:  For a while.  She's been working

19  with my mom for about 12 years.

20         MR. BRENNER:  Is she your mom's age?

21         PROSPECTIVE JUROR:  Yeah.

22         MR. BRENNER:  Okay.  And the company, is it a

23  corporation?  What is it as far as lawyer talk?

24         PROSPECTIVE JUROR:  It's more like a corporation,

25  yeah.  It's an Inc.

```
 1              MR. BRENNER:  It's a what?

 2              PROSPECTIVE JUROR:  Inc.

 3              MR. BRENNER:  It's an Inc.  An incorporated.  Great.

 4         Do you -- how do you guys decide how you're going to,

 5    God forbid -- losses or gains, how do you guys deal with that?

 6              PROSPECTIVE JUROR:  Everything is 50/50.  So we're

 7    both basically -- on every document that has to be, we're both

 8    together on it.  So it's just not her, it's not just me.

 9    It's --

10              MR. BRENNER:  So you both sign checks --

11              PROSPECTIVE JUROR:  Yeah.

12              MR. BRENNER:  Okay.  Great.

13         And how did that come to be?  Is that just an

14    agreement that you guys had with each other?

15              PROSPECTIVE JUROR:  Yeah.  I mean, it's just to make

16    sure we're both covered in case of anything.

17              MR. BRENNER:  I'm sorry.  I cut you off.

18              PROSPECTIVE JUROR:  It's okay.

19              MR. BRENNER:  And do you have a piece of paper that

20    says:  "We're 50/50 partners," or that's just how you guys have

21    treated the business?

22              PROSPECTIVE JUROR:  It's just an agreement.  It's how

23    we treated it.

24              MR. BRENNER:  It's an oral agreement?

25              PROSPECTIVE JUROR:  Uh-huh.
```

1          MR. BRENNER:  Do you trust her?

2          PROSPECTIVE JUROR:  I do.

3          MR. BRENNER:  You know what I'm going to say, if she

4     were here, and I would ask her, what would she say?

5          PROSPECTIVE JUROR:  She would say she does.

6          MR. BRENNER:  How long have you guys been doing that

7     together?

8          PROSPECTIVE JUROR:  It's been about five years.

9          MR. BRENNER:  And have you guys maintained also a

10    friendship through that?

11         PROSPECTIVE JUROR:  Yes.

12         MR. BRENNER:  Well, that's fantastic.

13    Congratulations.

14         PROSPECTIVE JUROR:  Thank you.

15         THE COURT:  Just a few minutes more, sir.

16         MR. BRENNER:  Thank you, Your Honor.

17         Mr. Weber.  Mr. Weber, how are you?

18         PROSPECTIVE JUROR:  I'm fine.  Thank you.

19         MR. BRENNER:  You told us -- or you told the Judge,

20    but I was listening, so I'll say it's us -- that you had a --

21    was it a cold storage business?

22         PROSPECTIVE JUROR:  A cold storage.

23         MR. BRENNER:  What is that?

24         PROSPECTIVE JUROR:  It's a warehouse that's

25    refrigerated.

```
 1                 MR. BRENNER:  You store food and stuff like that?

 2                 PROSPECTIVE JUROR:  Mostly food items, yes.

 3                 MR. BRENNER:  And how was that business formed,

 4      meaning, is it a --

 5                 PROSPECTIVE JUROR:  C corp.

 6                 MR. BRENNER:  It's a C corp.

 7                 PROSPECTIVE JUROR:  Yeah.

 8                 MR. BRENNER:  Did you have more than one shareholder

 9      in that?

10                 PROSPECTIVE JUROR:  There were three of us.

11                 MR. BRENNER:  Okay.  And how did you guys divide

12      either profits or losses?

13                 PROSPECTIVE JUROR:  We had a 10 percent partner, we

14      had a 45 percent, and a 45 percent, and everything was split

15      that way.

16                 MR. BRENNER:  And how was that -- how was that

17      accomplished, meaning that split?

18                 PROSPECTIVE JUROR:  Because that's how we purchased

19      it.  We each put in that much into the purchase of the --

20                 MR. BRENNER:  Okay.  Did you have a written document

21      that said:  "I get" -- I don't know if you are 45 or 10, but

22      I'll just -- whatever it is, it's not important.  But did you

23      have an agreement that said:  "I'm 45, Johnny's 45, and Sally's

24      10," or it's just the way you guys invested and you just --

25                 PROSPECTIVE JUROR:  Yeah.  It's just the way it was
```

1    invested and that's how we sold it.

2         MR. BRENNER:  Okay.  And so as far as you know -- and

3    I'm sure you do know -- did everyone honor that agreement along

4    the way?

5         PROSPECTIVE JUROR:  Oh, yes.

6         MR. BRENNER:  And when it came time to sell, did it

7    ever dawn on you that either of the other two folks would not

8    honor it?

9         PROSPECTIVE JUROR:  No.

10        MR. BRENNER:  And you yourself, I assume, were going

11   to honor it too?

12        PROSPECTIVE JUROR:  Yes.  Everything was --

13        MR. BRENNER:  And why did you guys sell?

14        PROSPECTIVE JUROR:  I was getting to my retirement age

15   and my business partner, one of them, was looking to have a

16   more lucrative employment.

17        MR. BRENNER:  Okay.  And the two folks that you were

18   in business with, do you still have a social or a relationship

19   with them at all?

20        PROSPECTIVE JUROR:  Oh, yes.

21        MR. BRENNER:  Okay.  Everyone parted ways and they're

22   still friends?

23        PROSPECTIVE JUROR:  Still friends.

24        MR. BRENNER:  Okay.  Your Honor, if I could just check

25   my notes for 30 seconds.

```
 1              THE COURT:  Certainly.

 2              MR. BRENNER:  Thank you.

 3         (Pause in proceedings.)

 4              THE COURT:  Mr. Brenner?

 5              MR. BRENNER:  Yes.

 6              THE COURT:  Anything further, sir?

 7              MR. BRENNER:  Yes.  One group question and then I'll

 8    be done, Your Honor.

 9              THE COURT:  All right.

10              MR. BRENNER:  Thank you.

11              So you just heard the discussion with a few folks

12    about partnership agreements and written.

13              Is there anyone here who says:  "I don't care if I --

14    I know -- I believe that in order for there to be a

15    partnership, there must be a written agreement"?

16              Anyone on the right side?

17              Okay.  Thank you.  That's just -- for the record,

18    that's Juror Number 10.

19              And you have that belief coming in and that's

20    something that would guide you in this case, correct?

21              PROSPECTIVE JUROR:  Yes.

22              MR. BRENNER:  And that's just something you believe

23    based on your own experience, correct?

24              PROSPECTIVE JUROR:  On a personal note, I wouldn't

25    consider a partnership without a written agreement.  It doesn't
```

1    mean that I don't respect other people's partnerships, that

2    they have trust.

3            MR. BRENNER:  Oh, you believe others could have it.

4            PROSPECTIVE JUROR:  Others could have it on a personal

5    note --

6            MR. BRENNER:  Got it.  Thank you for the

7    clarification.

8            Anyone on the left side of the room, the left side of

9    the back part of the room?  Does anyone here think that in

10   order for there to be a partnership you have to have a written

11   agreement or you could just have one because people trust each

12   other?  Does anyone think you need a written agreement in order

13   for there to be a partnership?

14           Nobody?  Thank you.

15           And in the jury box, same question:  Is there anyone

16   here that thinks:  "Well, just based on my experience and my

17   beliefs, in order for there to be a partnership, you have to

18   have a written agreement"?  Does anyone believe that?

19           Okay.  So we have -- thank you.  I'm just going to

20   note for the record.  We have Mr. Sampson.  Thank you, sir.

21           Ms. McCrimmon, we've talked a lot.

22           And Mr. Escobedo, thank you, sir.  I appreciate that.

23           Anyone else?  Anyone else believe that?

24           Oh, I'm sorry.  We have one more.  Yes.  Thank you.

25           Ms. Coffie?  Yes.

1          PROSPECTIVE JUROR:  Yes.  I feel like it should be a

2     written agreement in whatever you decide.  Me, personally, I

3     feel like I would need things being agreed with an attorney --

4          MR. BRENNER:  Okay.

5          PROSPECTIVE JUROR:  -- that I have gone through.

6          MR. BRENNER:  And that's a belief you come into this

7     courtroom with and you feel strongly about?

8          PROSPECTIVE JUROR:  Yes.

9          MR. BRENNER:  Okay.  Thank you.

10          THE COURT:  All right.  Thank You, Mr. Brenner.

11          On behalf of the Defendant.

12          MR. RIVERO:  Thank you, Your Honor, counsel, Ladies

13     and Gentlemen of the Jury.

14          Good morning.

15          As long and as complicated as this trial may be, it

16     boils down to one simple question:  Was there a business

17     partnership between Dr. Craig Wright, sitting there, and David

18     Kleiman to invent and mine Bitcoin?

19          Now, ladies and Gentlemen, just by way of

20     reintroduction, my name is Andres Rivero.  I'll be trying this

21     case on behalf of Dr. Wright with Amanda McGovern and Jorge

22     Mestre.

23          And you'll notice that I'm the third one to go.  So I

24     know that you have already heard a lot of questions.  I know

25     you've already been put on the spot a bunch, and I'm sorry,

1    I've got a bunch more.  So I hope you will indulge me and give

2    me a chance to -- because I want to make sure, and I echo what

3    Mr. Brenner has said, and of course Judge Bloom has told you --

4         (Court reporter interruption.)

5         MR. RIVERO:  Oh, I'm sorry.  Sorry about that.  I'll

6    put this on.

7         Is that better, ma'am?

8         COURT REPORTER:  Much better.

9         MR. RIVERO:  Thank you so much.

10        Usually, I don't have a problem being heard, but I'm

11   glad to do that.

12        So Ladies and Gentlemen, before I get to that, though,

13   I just want to echo what Mr. Brenner said.  It is really

14   important that we get a fair and impartial jury.  I know that

15   all the lawyers here believe very strongly in our system.  It's

16   been described as a flawed system, but better than others.  And

17   I share that belief and I believe the lawyers here do, and we

18   couldn't do what we do without you-all and without doing this

19   voir dire process, which you have already been told is to speak

20   the truth.

21        So I ask you, just like Mr. Brenner did, just to let

22   me know -- there's one thing I want to talk to you about, is a

23   lot of folks aren't so comfortable either sharing stuff in

24   public or speaking in public.  I'm sure you-all know that some

25   people are afraid of public speaking.  And I think all of us,

```
1    though, have just gone through two years where we were somewhat
2    isolated.  We're all wearing masks, except for me and Judge
3    Bloom, because she's the Judge and because she's speaking.  So
4    I think all of us understand that our social interactions
5    haven't been the same during the time period.  So if anything
6    I'm asking you is putting you on the spot or making you feel
7    uncomfortable, please let me know.  That's the last thing I
8    want to do.  So please, if you would.
9            So with that, I want to turn to the core issues in the
10   case.  And by the way, Ladies and Gentlemen, I'm going to be
11   turning one way or another.  So if I'm talking to you-all, I
12   hope Mr. Sampson, who's far in the back corner, can hear me.
13           Thank you, sir.
14           And if I'm talking to you-all, I hope Ms. -- I think
15   it's Ms. Bustamante, back in the farthest corner, can hear me.
16           All right.  Great.
17           So please let me know if you can't hear me.
18           Let me go back.  And I know some of you have already
19   raised this, but I just want to make sure I've got it down.
20   And I think I know who has been involved in a business
21   relationship, but let me ask you by a show of hands, if you
22   would -- I know Ms. Bruguez, and as well as you, sir, next to
23   Ms. Bruguez, who -- I'm sorry.  I don't remember all your names
24   right away -- but Mr. Weber, I know you have been in business,
25   Ms. Rozansky.  But can you by a show of hands -- if you have
```

```
 1    been in a business relationship, can you raise your hands?
 2              Ms. Rozansky, Ms. Bruguez, Mr. Weber, Mr. Moder -- am
 3    I pronouncing that right, sir?  Thank you.
 4              Anybody else?
 5              Okay.  Now, do any of you have -- other than those who
 6    just raised your hands, any of you have close friends or
 7    relatives who are in business relationships with other folks?
 8    Husbands?  Spouses?
 9              Oh.  Okay, Mr. Escobedo.  You -- and I'm sorry, ma'am,
10    I don't have your name at the very tip of my tongue.  Ms. Fons?
11              Yeah.
12              Mr. Garcia also.  Thank you, sir.
13              Anybody else?
14              Okay.  Let me talk to the folks -- I'm going to come
15    back to you-all definitely who have already spoken about this,
16    but Ms. Fons, let me start with you.
17              Who is it -- if you don't mind me asking, who is it
18    that you're close to who has a business relationship with
19    somebody?
20              PROSPECTIVE JUROR:  My husband's an attorney.
21              MR. RIVERO:  Okay.  Is he on his own or is he in a law
22    firm?
23              PROSPECTIVE JUROR:  In a law firm with a partner.
24              MR. RIVERO:  With one partner?
25              PROSPECTIVE JUROR:  Uh-huh.
```

```
 1              MR. RIVERO:  And how long -- if you know, how long has

 2     he been with that law partner?

 3              PROSPECTIVE JUROR:  I'd say eight years.

 4              MR. RIVERO:  Eight years.  Okay.

 5              And I'm going to stay with you just because of the

 6     question of the microphone, not ignoring Mr. Escobedo.

 7              Ma'am, he's been in the firm for eight years.  Does he

 8     talk with you about his business?

 9              PROSPECTIVE JUROR:  Yeah.

10              MR. RIVERO:  Is it sometimes more than you want to

11     hear?

12              PROSPECTIVE JUROR:  No.  I mean, we have been together

13     since we were 18.  So I feel like I went to law school with

14     him.

15              MR. RIVERO:  All right.  So you know the name of his

16     partner, right?

17              PROSPECTIVE JUROR:  Yes.

18              MR. RIVERO:  Okay.  And I assume that you know

19     something about his business arrangements?

20              PROSPECTIVE JUROR:  Uh-huh.

21              MR. RIVERO:  Do you know, does he have an agreement

22     with his partner about how they share expenses?

23              PROSPECTIVE JUROR:  They do verbally.  They don't have

24     like an actual contract in place.

25              MR. RIVERO:  But they have some kind of agreement
```

1    about how to pay for things?

2            PROSPECTIVE JUROR:  Yes.

3            MR. RIVERO:  Without asking you -- I don't want to ask

4    the specifics, that wouldn't be right, but is it like a

5    percentage basis?

6            PROSPECTIVE JUROR:  My husband does more civil.  And

7    he does criminal, his partner.  So it's driven by criminal and

8    civil.

9            MR. RIVERO:  Let me just -- so how they split the

10   profits or the revenue, how they split -- again, not the exact

11   numbers, but is it like by percentage or by if the criminal

12   cases come in the partner gets it?

13           PROSPECTIVE JUROR:  Based on the amount of revenue

14   that each -- that each part brings in.

15           MR. RIVERO:  Okay.

16           PROSPECTIVE JUROR:  So they put part of it into the

17   firm and then whatever is left over they split based on who

18   brought in the business.  They also have associates under them.

19           MR. RIVERO:  But they have a clear understanding of --

20           PROSPECTIVE JUROR:  Yeah.

21           MR. RIVERO:  -- who gets what, right?

22           PROSPECTIVE JUROR:  Correct.

23           MR. RIVERO:  Does it work the same way every year or

24   have they changed?

25           PROSPECTIVE JUROR:  It's the same way every year.

```
 1          MR. RIVERO:  Okay.  And do they file tax returns for

 2    the business?

 3          PROSPECTIVE JUROR:  They do.

 4          MR. RIVERO:  Okay.  Do you know if they have a

 5    bookkeeper?

 6          PROSPECTIVE JUROR:  They do.

 7          MR. RIVERO:  All right.  And it's gone fine for eight

 8    years?

 9          PROSPECTIVE JUROR:  Yes.

10          MR. RIVERO:  Which is great.

11          PROSPECTIVE JUROR:  Yes.

12          MR. RIVERO:  Thank you, ma'am.

13          Let me come back to you, but let me just --

14    Mr. Escobedo, I think you referred to somebody that you know

15    having a business.

16          PROSPECTIVE JUROR:  Yes.  I had a cousin that was -- I

17    have a cousin that was in business.  And he had partners and he

18    was the guy that produced the music and write the songs, but he

19    was not so much in the business and the partners took him to

20    the cleaners.

21          MR. RIVERO:  Okay.  So your cousin was the creative

22    person.

23          PROSPECTIVE JUROR:  The creative person, but he's not

24    a businessman.  I always keep telling him:  "Don't get into

25    business with anybody because you're not a businessman.  Just
```

```
 1    look for a lawyer first and then write the paperwork."

 2              MR. RIVERO:  Was it more than one person?

 3              PROSPECTIVE JUROR:  There were three partners.

 4              MR. RIVERO:   Three partners?

 5              PROSPECTIVE JUROR:  Yeah.  He and two others.

 6              MR. RIVERO:  The other people were the business types.

 7              PROSPECTIVE JUROR:  Yeah.  They were the money guy and

 8    the guy that handled the promotions.  And when everything fell

 9    apart, my cousin stayed holding the bag with no profits.

10              MR. RIVERO:  Let me ask you a question:  Do you know,

11    did they make a written agreement?

12              PROSPECTIVE JUROR:  That was the problem.  There was

13    not a specific written agreement.  And the other guys were

14    doing things that they shouldn't be doing and my cousin was the

15    one that was blamed for it.

16              MR. RIVERO:  Okay.  So has he recovered from that,

17    Mr. Escobedo?

18              PROSPECTIVE JUROR:  Relative, not like he should be,

19    but he's living, still, life.

20              MR. RIVERO:  Let me ask you a question:  He's the

21    creative person.  Did he keep the rights to his songs?

22              PROSPECTIVE JUROR:  Yeah, the rights to the songs was

23    all his because that was all under his name.  That was the only

24    thing he was able to keep.

25              MR. RIVERO:  But he had in some way registered that he
```

1    was the songwriter and --

2           PROSPECTIVE JUROR:  Yes.  Correct.  And the producer

3    of the songs.

4           MR. RIVERO:  I think, Mr. Garcia, you had raised your

5    hand as well.

6           PROSPECTIVE JUROR:  Yeah.

7           MR. RIVERO:  Who is it, Mr. Garcia?

8           PROSPECTIVE JUROR:  My brother have a partnership with

9    two friend of him.

10          MR. RIVERO:  And what kind of partnership do they

11   have?

12          PROSPECTIVE JUROR:  To be honest with you, I'm not

13   hundred percent sure.  But we have lunch last Saturday, and he

14   bring to me the issue.

15          MR. RIVERO:  Oh, there was an issue.  He had an issue?

16          PROSPECTIVE JUROR:  Yeah.  Two of them are in the same

17   boat, but the third person, no.

18          MR. RIVERO:  When you say:  "They're in the same

19   boat," could you explain that to me?  They have some

20   disagreement, is what I'm understanding.

21          PROSPECTIVE JUROR:  Of course, yeah.

22          MR. RIVERO:  Did they have a written agreement?

23          PROSPECTIVE JUROR:  I believe, yes.

24          MR. RIVERO:  You believe they do --

25          PROSPECTIVE JUROR:  Everything, yeah.

1          MR. RIVERO:  But he worried that it might become some

2     separation between them, some difference?

3          PROSPECTIVE JUROR:  I tried to understand him, but I

4     believe, yes.  He don't give me a lot of details.

5          MR. RIVERO:  He's mentioned to you that he has

6     partners, right?

7          PROSPECTIVE JUROR:  Yes.

8          MR. RIVERO:  Okay.  And do you know what kind of

9     business your brother's in?

10          PROSPECTIVE JUROR:  It's a pharmaceutical.

11          MR. RIVERO:  So he told you about it?

12          PROSPECTIVE JUROR:  Oh, yeah.

13          MR. RIVERO:  Has he told you the partners' names?

14          PROSPECTIVE JUROR:  Huh?

15          MR. RIVERO:  Has he told you the partners' names?

16          PROSPECTIVE JUROR:  Yes.  I know the guys.

17          MR. RIVERO:  Thank you, Mr. Garcia.

18          And I want to go back to Ms. Fons for a moment.  And,

19     I'm sorry, Mr. Marshal.

20          Ms. Fons, you did tell me that you know your husband's

21     law partner's name, I assume, right?

22          PROSPECTIVE JUROR:  Yes.

23          MR. RIVERO:  And you know they are in the law

24     business, right?

25          PROSPECTIVE JUROR:  Yeah.  We're actually really good

1    friends.

2              MR. RIVERO:  Okay.  And that's fine.

3              And, Mr. Escobedo, do you know -- as to your cousin,

4    do you know the other partners' names?

5              PROSPECTIVE JUROR:  I knew them, but I was never

6    involved with them.  I knew them personally.  You know, we

7    party together and --

8              MR. RIVERO:  You partied together.

9              Even though you didn't know too much about your

10   cousin's business, you had actually -- you knew who they were

11   and you knew that they were in the music business?

12             PROSPECTIVE JUROR:  Yes.  Yes.

13             MR. RIVERO:  Okay.

14             Now, Ms. Rozansky, I know you already spoke to

15   Mr. Brenner about having had two different businesses.  And you

16   spoke about some of what it was, the platform relating to food

17   and beverage and the rest.

18             You were asked a question about written agreements.

19   What I understand is it's your preference when you're in

20   business to have a written agreement; is that right?

21             PROSPECTIVE JUROR:  Yeah.  It's my personal

22   preference.

23             MR. RIVERO:  If the Judge instructed you that in our

24   law it's permissible to have an oral agreement, could you

25   follow that instruction?

```
 1              PROSPECTIVE JUROR:  Yes.

 2              MR. RIVERO:  And Ms. Rozansky, do you believe it's

 3     important to have a written agreement in order so that things

 4     are clear?  Is that why you do -- why do you want a written

 5     agreement?

 6              PROSPECTIVE JUROR:  So that things are clear and so

 7     that I feel protected and --

 8              MR. RIVERO:  And you have had two different businesses

 9     with partners.  Can I ask you:  Did you work out with those

10     partners who would have what responsibilities in the business?

11              PROSPECTIVE JUROR:  Yes.  So one of the businesses was

12     with a partner and the other is an S corp, which is just me and

13     contractors.

14              MR. RIVERO:  Got it.  Got it.

15              PROSPECTIVE JUROR:  So yes, it was clear what rules --

16     you know, our rules were defined.  What was not clear was the

17     split or the buyout, or how that was going to work monetarily.

18              MR. RIVERO:  Did you have an agreement about

19     distribution of profit while the business was going?

20              PROSPECTIVE JUROR:  It was 50/50.

21              MR. RIVERO:  And in your case, that was written down?

22              PROSPECTIVE JUROR:  Yes.

23              MR. RIVERO:  And did you also have an agreement --

24     well, did your companies do things like keep books?

25              PROSPECTIVE JUROR:  Yes.
```

```
 1              MR. RIVERO:  And file tax returns?

 2              PROSPECTIVE JUROR:  Yes.

 3              MR. RIVERO:  Did you have an accountant who was

 4    involved?

 5              PROSPECTIVE JUROR:  Yes.

 6              MR. RIVERO:  All right.  Okay.

 7              And let me, Ms. Rozansky, ask over with Ms. Bruguez --

 8    I know you told us about the cleaning company.  And

 9    Ms. Bruguez, I know it's with a friend of your mom's, right?

10              PROSPECTIVE JUROR:  Yes.

11              MR. RIVERO:  So there's a personal relationship,

12    right?

13              PROSPECTIVE JUROR:  Yes.

14              MR. RIVERO:  Did you-all make an agreement in any

15    event about who has which job in the company, who has to do

16    what?

17              PROSPECTIVE JUROR:  Yes.  So basically, she takes care

18    of everything that has to do with the accounting, ADP, paying

19    the employees, and we take care of anything where it comes --

20    from purchasing the products, taking them into the hotels,

21    making sure that everything is running smoothly.

22              MR. RIVERO:  Okay.  And so there is an accountant who

23    helps?

24              PROSPECTIVE JUROR:  Yes.

25              MR. RIVERO:  Okay.  And by the way, do you and your
```

```
 1    business partner -- do you mind my asking her age?

 2              PROSPECTIVE JUROR:  She's, I think -- I hope she can't

 3    hear this, though.  She's probably in her 60s, late 50s, early

 4    60s.

 5              MR. RIVERO:  How do you-all communicate about your

 6    business?

 7              PROSPECTIVE JUROR:  We do it in person.

 8              MR. RIVERO:  Everything is in person?

 9              PROSPECTIVE JUROR:  Mainly, yeah.

10              MR. RIVERO:  Do you all text at all or email?

11              PROSPECTIVE JUROR:  Email sometimes, but it's mainly

12    just in person.

13              MR. RIVERO:  Okay.  All right.  Thank you.  Thank you.

14    I really appreciate it.  Thank you.

15              Mr. Weber, when you had the cold storage, as I

16    understand, it was with three total, right?

17              PROSPECTIVE JUROR:  Yes.

18              MR. RIVERO:  So you-all were shareholders in a C

19    corporation, if I understood what you said, right?

20              PROSPECTIVE JUROR:  Yes.

21              MR. RIVERO:  And you are an accountant, also; is that

22    right?

23              PROSPECTIVE JUROR:  Yeah.  That's right.

24              MR. RIVERO:  So a C corporation's one kind of

25    corporation, right?
```

1              PROSPECTIVE JUROR:  Yes.

2              MR. RIVERO:  Now, did you-all have articles of

3     incorporation?

4              PROSPECTIVE JUROR:  Yes.

5              MR. RIVERO:  And that's a writing, isn't it?

6              PROSPECTIVE JUROR:  Yes.

7              MR. RIVERO:  And did you have an operating agreement?

8              PROSPECTIVE JUROR:  Not that I recall.

9              MR. RIVERO:  Okay.  I didn't understand for sure.  I

10    understood that one shareholder put in 45, another one put in

11    45, and another one put in 10 at the beginning, right?

12             PROSPECTIVE JUROR:  Yes.

13             MR. RIVERO:  Okay.  Was there a discussion about that,

14    about how that was going to go?

15             PROSPECTIVE JUROR:  When we purchased the business,

16    there was a price for the business.  And everybody decided how

17    much they were going to put in and that's how it came out.

18             MR. RIVERO:  So if you needed to come up with a

19    hundred dollars, one person said:  "I can put up 45," the other

20    one said:  "I'll put up 45," and the other one said:  "10

21    sounds good to me"?

22             PROSPECTIVE JUROR:  Exactly.

23             MR. RIVERO:  Right.  But that was discussed, I assume,

24    right?

25             PROSPECTIVE JUROR:  Yes.

```
 1              MR. RIVERO:  Now, when you sold, you sold it on the
 2    same basis as you bought it?
 3              PROSPECTIVE JUROR:  Yes.
 4              MR. RIVERO:  Now, did you-all -- how long did you have
 5    the cold storage?
 6              PROSPECTIVE JUROR:  Just about 10 years.
 7              MR. RIVERO:  And was that your principal business at
 8    that time?
 9              PROSPECTIVE JUROR:  Yes.
10              MR. RIVERO:  Okay.  Did you maintain an office?
11              PROSPECTIVE JUROR:  Yes.
12              MR. RIVERO:  And was anything put down in writing
13    about what you were doing?
14              PROSPECTIVE JUROR:  I don't recall exactly.  But
15    periodically you had distributions and the distributions were
16    always 45, 45, 10.
17              MR. RIVERO:  So every year -- that was your agreement
18    at the beginning?
19              PROSPECTIVE JUROR:  Yes.
20              MR. RIVERO:  And you had a course or a pattern of the
21    way you did it, a course of conduct or a pattern of conduct,
22    right?
23              PROSPECTIVE JUROR:  Yes.  Exactly.
24              MR. RIVERO:  And you always did it that way so it
25    would be reflected in the books?
```

```
 1              PROSPECTIVE JUROR:  Always, yes.
 2              MR. RIVERO:  So even if you didn't have it written
 3    down specifically that the distributions were going to be based
 4    on your original investment, you were doing that along the way,
 5    right?
 6              PROSPECTIVE JUROR:  Yes.
 7              MR. RIVERO:  Now, Mr. Weber, did you discuss your
 8    business with any of your close friends or family?
 9              PROSPECTIVE JUROR:  Oh, I'm sure we did, yeah.
10              MR. RIVERO:  Did you ever mention that you had
11    partners to anyone in your family or your friends?
12              PROSPECTIVE JUROR:  It was pretty much well-known what
13    we were doing.
14              MR. RIVERO:  Yeah.  I mean, I assume that you had
15    talked about with your friends and family you had a cold
16    storage business and people might have asked what that was,
17    right?
18              PROSPECTIVE JUROR:  Sure.
19              MR. RIVERO:  Thank you, sir.  I appreciate it.
20              Ms. Bruguez, if I can come back on that same question.
21    Does your family know you have a cleaning business?
22              PROSPECTIVE JUROR:  Yes.
23              MR. RIVERO:  And do your friends know you have a
24    cleaning business?
25              PROSPECTIVE JUROR:  Some, yes.
```

```
 1              MR. RIVERO:  So close ones, have you mentioned that
 2    you have this partner who's your mom's friend --
 3              PROSPECTIVE JUROR:  Yeah.
 4              MR. RIVERO:  -- who might be a certain age?
 5              Okay.  Thank you, ma'am.
 6              And I'm going to go back to Ms. Rozansky on that last
 7    thing too.
 8              Ms. Rozansky, I think you wrote on your form that
 9    you're an entrepreneur.  So you are really into business.  I
10    assume that you are not shy about telling your family or your
11    friends that you do these kinds of businesses, right?
12              PROSPECTIVE JUROR:  Right.
13              MR. RIVERO:  Okay.  And did you mention your partner's
14    name at any time to anybody?
15              PROSPECTIVE JUROR:  Yeah.
16              MR. RIVERO:  Would it be natural to do that?
17              PROSPECTIVE JUROR:  Yes.
18              MR. RIVERO:  Okay.  And I want to go to -- thank you,
19    Ms. Rozansky.  I appreciate it.  I want to go to a slightly
20    different subject.
21              Ms. Coffie, you were -- when there was a question
22    about a written agreement, I understood you to say that you
23    personally would want to have a written agreement, right?
24              PROSPECTIVE JUROR:  Yes.
25              MR. RIVERO:  But again, if the Judge told you that our
```

1    law is -- if the Judge told you that our law is that you can

2    have a verbal agreement, would you be able to follow what she

3    tells you the law is?

4            PROSPECTIVE JUROR:  Yes.

5            MR. RIVERO:  Okay.  So -- but your preference is to

6    have -- if you were in such a situation, your preference would

7    be to have it in writing.  And why is that, ma'am?

8            PROSPECTIVE JUROR:  Because me, personally, I would

9    like to have a paper trail.  Just in case something may happen,

10   I would always like to have something.  That paper makes a

11   difference.  So ...

12           MR. RIVERO:  Would that be to make sure that

13   everybody's clear on what --

14           PROSPECTIVE JUROR:  On what the decision is, yes.

15           MR. RIVERO:  -- everybody's clear on what the

16   decisions were; is that --

17           PROSPECTIVE JUROR:  Yes.

18           MR. RIVERO:  Thank you, ma'am.

19           You know, while I'm talking to you, Ms. Coffie, I'm

20   going to jump out of this topic for a minute.  I'll come back

21   to some of the stuff, but you mentioned something that I want

22   to ask you about.

23           Because in the case, Ladies and Gentlemen, there will

24   be some evidence that Dr. Wright has been -- has been diagnosed

25   as being on the autism spectrum.

```
 1            And Ms. Coffie, I understood -- and, Ms. Coffie, if

 2     there's anything I'm asking you that is too sensitive or

 3     embarrassing, you'll let me know right away, right?

 4            PROSPECTIVE JUROR:  Correct.

 5            MR. RIVERO:  Okay.  I understand that you have a

 6     17-year-old boy, if I got it -- you have two boys?

 7            PROSPECTIVE JUROR:  I have two kids.

 8            MR. RIVERO:  I have two boys.  Good for you.

 9            So -- but one -- your 17-year-old has autism and you

10     need to get him to a certain place by a certain hour of the

11     day; is that right?

12            PROSPECTIVE JUROR:  Yes.  He's in school.

13            MR. RIVERO:  He's in school.  Do you mind if I ask his

14     name?

15            PROSPECTIVE JUROR:  Darien.

16            MR. RIVERO:  Darien?

17            PROSPECTIVE JUROR:  Yes.

18            MR. RIVERO:  How is Darien doing these days?  How is

19     his social interaction now at 17?

20            PROSPECTIVE JUROR:  He has behavior problems.  He has

21     a lot of issues.  He has issues, so it's difficult.

22            MR. RIVERO:  Yes, ma'am.  Yes, ma'am.

23            Did you -- has Darien gotten professional help?

24            PROSPECTIVE JUROR:  Oh, he has gotten some help, but

25     it was -- it was hard.  Me being a teacher, you know, a lot of
```

```
 1    things I did not know.  So a lot of things was not presented to
 2    me at certain times, but it was hard for me to get --
 3         MR. RIVERO:  Yeah.  I know it's hard.  And again,
 4    please stop me if I'm getting too personal.
 5         When Darien was a little boy, did he have behaviors
 6    like acting out and that kind of thing?
 7         PROSPECTIVE JUROR:  He didn't start till about nine
 8    years old.
 9         MR. RIVERO:  Okay.  So he didn't have -- you didn't
10    observe these behaviors until about nine?
11         PROSPECTIVE JUROR:  Yes.
12         MR. RIVERO:  And when you did observe the behaviors,
13    do you mind sharing with us what the behaviors were that you
14    started to observe?
15         PROSPECTIVE JUROR:  More yelling.  He was physical.
16    He would hit -- you know, get very aggressive, throw things.
17    Then when time went on, once he got older, it got worse.
18         MR. RIVERO:  Does Darien maintain any friendships?
19         PROSPECTIVE JUROR:  He's friendly.  Yes.  He's
20    friendly.
21         MR. RIVERO:  I'm sorry, but I'm going to press you on
22    that one.
23         I understand he's friendly, but does he have friends
24    who he has friendships like --
25         PROSPECTIVE JUROR:  No.  No.
```

```
 1              MR. RIVERO:  Okay.  And has that professional help --
 2       did that help?
 3              PROSPECTIVE JUROR:  To a certain extent.  Basically, I
 4       had to really work with my child in order to get the help that
 5       I really need.
 6              MR. RIVERO:  Good luck to you and to Darien.
 7              PROSPECTIVE JUROR:  Thank you.
 8              MR. RIVERO:  I appreciate your sharing with us.
 9              Ladies and Gentlemen, I'm going to ask on the same
10       basis -- and, again, please let me know.  I don't want to
11       embarrass or put anybody on the spot -- does anybody have any
12       close family or friends who have -- either have autism or are
13       on the autism spectrum or --
14              I have -- I see a couple now.  Okay.  I see a few.
15              So let me just start, if I can -- Ms. Yera?  Yeah.
16              Ms. Yera, who is it in your life who has some kind of
17       diagnosis in this area?
18              PROSPECTIVE JUROR:  Hello.
19              MR. RIVERO:  Hi.
20              PROSPECTIVE JUROR:  My grandson is autistic
21       non-verbal.
22              MR. RIVERO:  How old is your grandson?
23              PROSPECTIVE JUROR:  He is six.
24              MR. RIVERO:  Non-verbal?
25              PROSPECTIVE JUROR:  Non-verbal.
```

```
1              MR. RIVERO:  And Ms. Yera, how's he doing right now?

2       Is he getting help right now?

3              PROSPECTIVE JUROR:  He goes to a school where there is

4       a special program.  They live in Key West, so they don't really

5       have a lot of great programs, but he is going to school and in

6       a special program.

7              MR. RIVERO:  And is he starting to develop some verbal

8       ability?

9              PROSPECTIVE JUROR:  Not really.  He'll like make

10      sounds, but not put any words together.

11             MR. RIVERO:  Sounds like a hard situation.

12             How does that affect his making friends with the other

13      boys and girls?

14             PROSPECTIVE JUROR:  It's difficult.  It's very

15      difficult.

16             MR. RIVERO:  Ms. Yera, I'm really looking forward to

17      being a grandparent and I feel for you about your -- about

18      your -- is it a grandson?

19             PROSPECTIVE JUROR:  It's a grandson.  I have three.  I

20      have two that are very --

21             MR. RIVERO:  Well, I'm jealous that you have

22      grandchildren.  But good luck with your boy.

23             Mr. Moder.  Mr. Moder, thank you.

24             Mr. Moder, same question, sir.  Again, I don't want to

25      put you on the spot, but who is it in your life that's got some
```

```
 1   kind of autism diagnosis?
 2            PROSPECTIVE JUROR:  Well, it's my understanding that
 3   Asperger's is a -- is on the spectrum.
 4            MR. RIVERO:  Yes, sir.  Yes, sir.
 5            PROSPECTIVE JUROR:  My daughter, she's 25 now, and
 6   she's highly functional.  She got her master's degree in
 7   architecture and just started a job today in Boston.
 8            MR. RIVERO:  Mr. Moder, so you just said something
 9   that might be helpful for some of these other parents,
10   grandparents.  There are distinctions.  There's high
11   functioning and lower functioning.  And also people can go from
12   low functioning to higher functioning.
13            You know all that, right?
14            PROSPECTIVE JUROR:  Yes.
15            MR. RIVERO:  So your daughter is in the
16   higher-functioning category?
17            PROSPECTIVE JUROR:  Yes.
18            MR. RIVERO:  How did the Asperger's -- pardon me --
19   how did it display itself when she was a child?
20            PROSPECTIVE JUROR:  Well, she had a combination of a
21   central auditory processing disorder.  So she had difficulty
22   processing words.  And loud noises bothered her.  She had
23   sensory deprivation.
24            But fortunately, my wife got on top of it very
25   quickly.  And through a lot of help and, you know, making the
```

```
 1    public school systems do what they're supposed to, we kept her

 2    in the mainstream and got her help and she's very smart.

 3            MR. RIVERO:  Would you agree with me that

 4    professionals have really developed a lot in this area and they

 5    know a lot more and can help nowadays?  Isn't that right?

 6            PROSPECTIVE JUROR:  Yeah.  I mean, they can definitely

 7    help.  And the earlier you get the intervention, the farther

 8    they can -- or much more they can benefit from it.

 9            MR. RIVERO:  I don't want to make assumptions, but

10    your daughter, does she have certain areas that she really like

11    focuses in on?

12            Yeah.

13            PROSPECTIVE JUROR:  Architecture.

14            MR. RIVERO:  Architecture.

15            PROSPECTIVE JUROR:  And socially, she's very low

16    functioning.

17            MR. RIVERO:  Okay.

18            PROSPECTIVE JUROR:  She prefers like -- you know, if

19    it was up to her, she'd just spend the majority of the time by

20    herself.  But she has friends and she can interact.  She just

21    likes to -- prefers to be on her own.  And that's --

22    architecture is a good field for that.

23            MR. RIVERO:  And is she really outstanding in her

24    architectural area?

25            PROSPECTIVE JUROR:  Very.  Graduated with honors.
```

```
1   So ...

2         MR. RIVERO:  Well, congratulations that she's moved

3   along that way.  And thank you so much for sharing.  I really

4   appreciate it.

5         Ms. McCrimmon, who do you know?  Who is in your

6   life --

7         PROSPECTIVE JUROR:  Well, I'm a licensed speech

8   language pathologist assistant.  So I've worked with kids on

9   the spectrum all my life.  I also personally have a couple of

10  friends that are on the spectrum.  A very close friend from

11  high school, he's incredible.  He an ABA and extremely

12  successful.  And I believe that people on the spectrum actually

13  go on -- especially the tech giants, go on to be more

14  successful than most of us.

15        MR. RIVERO:  And when you say that, is it -- and you

16  have had a little bit of training -- would you agree it's that

17  really specific focus in on something that maybe the rest of us

18  can't do?

19        PROSPECTIVE JUROR:  Hyperfocus.  Absolutely.  I tend

20  to hyperfocus on different areas and I'm not diagnosed.  So

21  it's definitely a wave.  But I could tell you that I find it

22  very rewarding working with humans on the spectrum and being

23  friends with them.

24        I had one friend who was very interested in plane

25  spotting.  And his mother would get very frustrated with that.
```

1    And I told him that there was nothing wrong with that.  We can

2    go watch planes, get some food.  I was a little bored

3    sometimes, but I appreciated the friendship because I knew he

4    was very straightforward and he was never going to backstab me.

5         MR. RIVERO:  And Ms. McCrimmon, one thing you said

6    there caught my ear is if a person who has these sorts of

7    conditions has that hyperfocus, they don't necessarily have an

8    interest in other stuff, right?

9         PROSPECTIVE JUROR:  They could.  Like he'll go to

10   Comic-Con with me and we'll talk about Star Trek and he will

11   have -- he'll be multi-facetted.

12         But there are certain areas -- like I have a friend in

13   the tech world that he may be on the spectrum, I'm not sure,

14   but he can code for hours and that's why I raised my hand and I

15   let you guys know I know what coding is.  I haven't coded

16   personally myself.  But I'm aware that it's the language of

17   computers, just like legalese is the language of lawyers.  So

18   yes.

19         Sorry.  I lost my train of thought.

20         MR. RIVERO:  Thank you very much, Ms. McCrimmon.

21         PROSPECTIVE JUROR:  Have a great day.

22         MR. RIVERO:  Ladies and Gentlemen, I want to address a

23   different subject entirely, and I do have things -- I'm not

24   sure I'll cover everything.  But you're going to hear that

25   David Kleiman -- it's already been mentioned.  I know it was

1    important for Mr. Cassidy -- and a number of you are veterans.

2    Mr. Kleiman was a Veteran.  He was also a very close friend of

3    Mr. Wright.

4          You heard in the list we're going to bring a couple of

5    his close friends, so you'll hear about Mr. Kleiman.  We're

6    going to bring his lawyer, we're going to bring his

7    accountant -- our side is.

8          My point is you're going to learn that Mr. Kleiman, he

9    was soldier of the year.  He was a police officer.  He had a

10   terrible motorcycle accident; he was disabled.  He was very

11   skilled in computer forensics and he spent the last couple of

12   years of his life in the VA hospital and he passed and it was a

13   pretty sad ending.  You're going to hear all that.

14         And I've just been asking you about autism, which is

15   also a subject that can evoke sympathetic reactions, you know,

16   empathy, I think, among many people.  But I need to talk with

17   you-all about this.  At the end of the day when this case gets

18   decided, we're all human beings.  We all have feelings about

19   things.

20         But does everybody here understand that the Judge is

21   going to tell you that you-all are the judges of the facts?

22         Let me first ask:  Is there anybody that doesn't

23   understand that?  Your role in our system is to decide what

24   happened.  And I'm sure you've noticed that -- if you haven't,

25   you're going to notice it.  Every time you walk in here, all of

1    us are going to out of respect stand up for you just like we

2    stand up for the Judge.

3           So you're really like the judges.  But that means you

4    have this particular responsibility, which is you have got to

5    decide on the evidence, as Judge Bloom decides -- you know, it

6    comes before you.  And then you've got to apply the law to

7    those facts.

8           And Ladies and Gentlemen, emotion is -- feeling is not

9    at the end of the day what it's about.  Can I ask everybody

10   over in this section:  Is there anybody who's going to have a

11   problem when we come to the end and we're talking about what

12   the facts and the evidence have shown in this case and what the

13   law is -- is there anybody who's going to have a problem to do

14   their job, to apply that law that the Judge is going to tell

15   you about to the facts of the case?

16          All right.  Thank you.

17          And I'm going to do that with you-all too, this

18   section.  Anybody have a problem saying at the end:  "You know,

19   I may have a lot of sympathy over Mr. Kleiman's ending or may

20   have empathy over Dr. Wright's autism, but I'm going to call

21   this one on what the facts were that came before me"?

22          Can you-all commit to do that?

23          Thank you.  Thank you.

24          And in the box, Ladies and Gentlemen, same thing.  Can

25   you-all commit to decide this not on sympathy for one side or

1   the other, but instead on what comes back in terms of evidence

2   and law?

3           Thank you.  Thanks very much.

4           Let me -- Your Honor, if I may have just one moment

5   with my co-counsel?

6           THE COURT:  Certainly.

7        (Pause in proceedings.)

8           MR. RIVERO:  I have to remember we have hot mics so

9   you may hear us when we're whispering.

10          Ladies and Gentlemen, let me go to a completely

11  different subject.

12          How many of you at this point do not use computers at

13  all?  Is there anybody in this courtroom that doesn't use some

14  kind of digital device?  A phone?  A tablet?  A laptop?

15          Okay.  We've all -- it's -- I'm from the paper

16  generation, but I guess that's over with.  So we're all on

17  computers.

18          Has anybody here had the experience when one of your

19  devices has updated, your cell phone -- this happens to me.

20  When it updates, and sometimes that happens automatically, that

21  you have lost information or lost functionality on your device.

22          Has that happened to anybody?

23          Okay.  You don't have that experience.

24          Have any of you had the experience, those of you who

25  work in offices or otherwise work with computers, of going from

1    one computer to another and finding that there were changes to

2    information or a document because you're working with a

3    different computer?  Anybody have that?

4          Ms. Fons, you had that experience?  There are a bunch

5    of people, so I'll ask.  Ms. Fons, you've seen that?

6          PROSPECTIVE JUROR:  (No verbal response.)

7          MR. RIVERO:  Have you ever seen -- I've seen a pop-up

8    screen sometimes, and I'm not that computer literate, that will

9    say:  "Your formatting may have changed" or something like

10   that.  Have you ever seen anything like that?

11         PROSPECTIVE JUROR:  Yeah.  I actually just got a new

12   laptop for work.  So everything was completely wiped out and I

13   had to reformat everything to how I wanted it.

14         MR. RIVERO:  Could you explain that?  So you had --

15   where was your information before?

16         PROSPECTIVE JUROR:  On One Drive, but it didn't

17   transfer correctly.  So I held onto my Surface.  I had to

18   reupload everything and then upload it into the One Drive on

19   the new laptop.

20         MR. RIVERO:  Okay.  So -- and you-all bear with me --

21   but you had a Microsoft Surface?

22         PROSPECTIVE JUROR:  Correct.

23         MR. RIVERO:  And you kept your information there.  But

24   it was on One Drive, which is like a shared server thing,

25   right?  And it was supposed to transfer over automatically, but

```
 1    it didn't.  Am I getting the story?

 2            PROSPECTIVE JUROR:  Right.

 3            MR. RIVERO:  But you fortunately had kept the

 4    information on the Surface and you were able to recreate it?

 5            PROSPECTIVE JUROR:  That's correct.

 6            MR. RIVERO:  Okay.  Thank you, ma'am.

 7            There were other folks who raised their hands.  I

 8    couldn't see everybody who was.

 9            Mr. Moder.

10            PROSPECTIVE JUROR:  Well, yeah, it's like, you know,

11    when you get a new computer and it has a new operating system,

12    you have to load all the different programs that you use on

13    that computer.  So that's basically why I raised my hand.

14            MR. RIVERO:  Okay.  So you've done that.

15            Ever have any issue that formats change or documents

16    look different, information changes?

17            PROSPECTIVE JUROR:  It can happen if you are not

18    running the right programs.  I mean, everybody -- you know,

19    every five years you go through it and you get a new computer.

20    You'd rather cut off your arm than to go through it, but you

21    have to.

22            MR. RIVERO:  I feel you, Mr. Moder.

23            Anybody else have this experience and think -- Yes.

24    Yes, Mr. -- it's Raidel Lopez.

25            Yes, sir.
```

```
 1              PROSPECTIVE JUROR:  Yeah.

 2              MR. RIVERO:  Yes, sir.  What was your experience,

 3    Mr. Lopez?

 4              PROSPECTIVE JUROR:  I was just going to say since I

 5    work as a network administrator and I -- actually, I take care

 6    of pretty much all the teachers and all the administration on

 7    the building.  Sometimes when you do move on from one device to

 8    another one, some people do experience losses of files and

 9    stuff because it all depends on when you save it.

10              And sometimes I usually recommend to -- for the user

11    to actually use a service like One Drive, which the district

12    actually provides.  But most people like to use their own USB

13    drive.  And sometimes they have a file that they load from the

14    USB drive and they don't realize it, and the other one -- the

15    One Drive doesn't share the same data on it and then they don't

16    transfer as well.

17              MR. RIVERO:  So this can happen accidently; is that

18    right?

19              PROSPECTIVE JUROR:  Oh, yeah.  Yeah.

20              MR. RIVERO:  And it can happen -- it can happen

21    automatically and -- just when you use one device versus the

22    other?

23              PROSPECTIVE JUROR:  Yeah.  I mean, sometimes people

24    don't realize it.  Sometimes instead of actually loading the

25    file from the One Drive, you load the one you that have in the
```

```
 1   USB drive.  And then when you take the jump drive out, and you
 2   go look for the old drive file, then you notice that it's not
 3   the same one because obviously you were loading from a
 4   different one.
 5        And sometimes people don't realize it because -- I
 6   usually try to tell them just to keep one central way of
 7   actually backing up all the stuff.  But I mean, it's just --
 8   it's different because it's hard for some people to just -- I
 9   mean, you try to teach them, but it just ...
10        MR. RIVERO:  Thank you, Mr. Lopez.
11        PROSPECTIVE JUROR:  You're welcome.
12        MR. RIVERO:  Anybody else raise their hand?  I just
13   want to make sure I -- okay.  Let me switch because I will --
14        Oh, Mr. Horne.
15        PROSPECTIVE JUROR:  Yeah.
16        MR. RIVERO:  Yeah.  You've experienced this kind of
17   thing, Mr. Horne?
18        PROSPECTIVE JUROR:  Yeah.
19        MR. RIVERO:  I know you are a little more tech savvy
20   perhaps than I am.
21        PROSPECTIVE JUROR:  Actually, it's not really tech.  I
22   have a client who had a bootleg copy of Adobe.  And when you go
23   from one computer to the next, you know, you may not have the
24   same font or, you know, something like that.  So it causes a
25   glitch.
```

```
 1              MR. RIVERO:  Yeah.  Now, you just mentioned something
 2       that's interesting.  You said:  Because it's a different
 3       version -- and you said bootleg, but whatever -- it could
 4       change the font.
 5              PROSPECTIVE JUROR:  Well, I'm saying you may be on one
 6       font on this computer, but it's not available -- you know, if
 7       you take -- like if you put it on a thumb drive, then go to
 8       another computer, that font may not be available.
 9              MR. RIVERO:  And I'm saying this as a layperson, I'm
10       not the computer person here, but sometimes when I've done
11       this, Mr. Horne, sometimes it will be like the indentations all
12       change.  It doesn't look the same.
13              PROSPECTIVE JUROR:  Right.  Yeah.  That too, and it
14       could be -- I don't even know the -- but in some sort of font
15       where it's not even words, it's like Xs or boxes or whatever.
16              MR. RIVERO:  Right.  Has anybody seen that where it
17       just comes up with some really weird-looking symbols?
18              Yeah.
19              Okay.  Thank you, Mr. Horne.  I appreciate it.
20              Let me keep moving.  If I may ask, Your Honor, I
21       believe I still have about 20 minutes.  Is that --
22              THE COURT:  No.  You have five minutes, sir.
23              MR. RIVERO:  Five minutes?  Oh, that's -- I talked a
24       lot, Judge.
25              THE COURT:  Yes, sir.
```

1          (Pause in proceedings.)

2          MR. RIVERO:  Mr. Moder, when you talked about the

3    mining, were you using an Applied -- try to get the right

4    terminology.  Do you know if you were using an Applied Specific

5    Integrated Circuit, an ASIC machine?

6          PROSPECTIVE JUROR:  I don't remember the type of

7    machine.  It was just a black box and it was set up to do

8    specifically the mining.  My neighbor would have been able to

9    answer your question.

10         MR. RIVERO:  And let me ask you:  Did you ever hear

11   the term "private key" in the course -- and "public key" in the

12   course of this, to do with this mining?

13         PROSPECTIVE JUROR:  I don't recall.

14         MR. RIVERO:  Okay.  Thank you, sir.

15         Has anybody here heard of a "private key" or a "public

16   key" in relation to cryptocurrency?

17         Mr. Lopez, I see you shaking your head.  You have

18   heard of that?

19         PROSPECTIVE JUROR:  (No verbal response.)

20         MR. RIVERO:  Sir, do you understand -- what do you

21   understand a "private key" to be?

22         PROSPECTIVE JUROR:  I'm not really versed on it, but I

23   have heard the term before.  I mean, I believe the private key

24   is the key that resides on one side of the server.  And then a

25   public key is just something that it uses to communicate back

 1    and forth.

 2              MR. RIVERO:  Thank you, sir.

 3              I'm going to ask Mr. Lemus.

 4              Mr. Lemus, I know you're also a computer person, like

 5    Mr. Lopez, and that you have folks who are into this.  Have you

 6    heard of a private key?

 7              PROSPECTIVE JUROR:  Yes.  Yes.

 8              MR. RIVERO:  Okay.  Is the private key something like

 9    a complicated PIN number?

10              PROSPECTIVE JUROR:  Yeah.  It's a digital signature.

11              MR. RIVERO:  How do you know about that?

12              PROSPECTIVE JUROR:  Well, because we use it.  In the

13    company, the company uses private keys -- for example, nowadays

14    you can go and have your room key on your phone so you don't

15    have to go and stop in the front desk and get your room key.

16    You can go directly to your room, put your phone, and that will

17    open the door for you.

18              So we send that via private key in the mobile app and

19    that's how they communicate between those two devices, so yeah.

20              MR. RIVERO:  And, sir, if a private key gets shared,

21    it's not private anymore, right?

22              PROSPECTIVE JUROR:  Correct.

23              MR. RIVERO:  That would be like sharing your PIN

24    number.

25              PROSPECTIVE JUROR:  Correct.

```
 1            MR. RIVERO:  And sir, have you ever heard the

 2    phrase -- well, I don't know because I think you have some

 3    folks who have something to do with cryptocurrencies.  Have you

 4    ever heard the phrase "not your key, not your coin"?

 5            Have you ever heard anything like that?

 6            PROSPECTIVE JUROR:  I never heard about that.

 7            MR. RIVERO:  Does it make sense to you?

 8            PROSPECTIVE JUROR:  "Not your key, not your coin," it

 9    makes sense, yeah.  I mean, if it's not your digital signature,

10    it shouldn't belong to you.

11            MR. RIVERO:  Got it. Let me -- Mr. Lemus, I'm sorry.

12    I'm rushing now because I'm running out of time, which happens

13    to me, but I'm going to ask just a couple of general questions.

14            Social media.  How many of you-all are on any kind of

15    social media from Facebook on?

16            Okay.  I see a good number of hands, not absolutely

17    everyone.

18            But for you-all who are on social media, anybody --

19    does everybody agree that people on social media tend to put

20    their best foot forward?  Any disagreement on that?  Has

21    anybody seen on social media where people send photographs

22    where they have bad hair days or they don't look good?  That's

23    not the kind of stuff that people share on social media.

24            Has anybody had an experience -- anybody made an

25    online friend?
```

```
 1            Any of you?

 2            Ms. McCrimmon.

 3            Anybody else?

 4            Okay.  And has anybody had the experience, whether

 5   online or in real regular life, of having a friend and then

 6   finding out something that you had no idea about about a

 7   friend?  Has anybody had that experience?

 8            Ms. McCrimmon, you're willing to say.

 9            What was the experience?  What did you learn?

10            PROSPECTIVE JUROR:  My apologies.  Actually, I was

11   just scammed.  I thought it was a friend and I thought I was

12   going to be able to adopt a very adorable rabbit, and they were

13   just trying to get my CashApp information.

14            MR. RIVERO:  Ah.  Okay.  Sorry to hear about that.

15            Ladies and Gentlemen, is there anybody who disagrees

16   that just because you know someone online doesn't mean that you

17   know everything about them?

18            Is that a proposition that anybody has an issue about?

19            All right.  I'm going to just at least touch a couple

20   more topics before my time runs out.

21            THE COURT:  Three more minutes.

22            MR. RIVERO:  Thank you.

23            Wealth.  You know, this -- I think someone

24   mentioned -- and I'm not going to be able to put my hands on

25   it -- that the value of these cryptocurrencies can be very
```

1    volatile and go way up and down.

2         Yeah.  I thought it was you, Mr. Lopez.

3         Is there anybody here who would have a problem being

4    fair to a person who was wealthy, whether it was on paper,

5    whether it was in cryptocurrency, whether it was in gold?

6         Is there anybody here who would say:  "I can't be

7    impartial about that and I think the person who has more money

8    should pay the person who has less money"?

9         Anybody have that idea?

10        Okay.  And no one here thinks that something -- it

11   would be fair to decide a case based on the relative wealth of

12   the two sides.

13        No?  Nobody thinks that?

14        One moment, Judge.

15     (Pause in proceedings.)

16        MR. RIVERO:  Ladies and Gentlemen, I've covered a lot

17   with you-all, and I really appreciate your listening to my

18   questions and going through -- now it's been probably two and a

19   half hours of questions.

20        But the critical thing that I want to ask you here as

21   a last question before I sit down is:  At the end of this case,

22   whoever's going to argue for the Plaintiffs -- and I'll be

23   doing the closing for Dr. Wright -- I'm going to ask you to

24   remember the commitment you made at the beginning of this case

25   in this voir dire.

1          Is there anybody here and now who just feels they

2     could not be fair and impartial based on what you have heard of

3     the allegations, based on any of these subjects we've talked

4     about?  And I'm just going to go -- because it is going to be

5     really important at the end.

6          Is there anybody here in this section who feels like

7     they won't be able to perform that duty as a juror that's so

8     important?

9          Thank you.

10          How about in this group?  Can you-all do your duty as

11     a juror at the end to be fair and impartial based on what you

12     have already heard so far?

13          All right.  And in the box, same question for you

14     Ladies and Gentlemen:  Would you be able to do your job and

15     fulfill your duties as an American citizen and as a juror?

16          Thank you.  That's all I can ask.  Thank you so much.

17          THE COURT:  Thank you, Mr. Rivero.

18          Ladies and Gentlemen, after listening to the

19     questioning, do any of you have any feelings towards one of the

20     parties or the attorneys which might affect your ability to

21     serve as a fair and impartial juror?

22          If so, please raise your hand.

23          Seeing no hands raised.

24          Is there anyone that's formed an opinion on the merits

25     of the case?

```
 1              If so, please raise your hand.

 2              Seeing no hands raised.

 3              It's been a long morning, Ladies and Gentlemen.  We

 4    are going to take a recess for lunch.

 5              I would ask that you be back in approximately one

 6    hour.  That is at 1:45.  With the exception of Mr. Francois.  I

 7    know you wanted to speak with us privately, so I'm going to ask

 8    that you remain.

 9              The rest of you, I'm going to remind you of several

10    things.  And that is not to talk to anyone either directly or

11    indirectly about the facts of the case.  Do not allow anyone to

12    ask questions of you.  Do not conduct any independent research.

13    Everything learned about the case is learned within the four

14    walls of this courtroom.

15              And a reminder to return promptly; that is, we cannot

16    get back to work unless all of you are here.

17              Have a pleasant lunch and I'll see you back here at

18    1:45.

19              Mr. Francois, if you'll remain, sir.

20         (Panel not present, 12:39 p.m.)

21              THE COURT:  And, Mr. Francois, you can come down here,

22    sir.

23              Thank you.

24         (Pause in proceedings.)

25              THE COURT:  All right.  Please be seated.
```

1        Mr. Francois, thank you for staying in the courtroom.

2   And you can go ahead and have a seat.

3        Mr. Francois, you did advise the Court that you wanted

4   to speak privately with the Court and the attorneys.  So I did

5   want to give you that opportunity, sir.

6        PROSPECTIVE JUROR:  Yes.  I just want to say that I am

7   an immigrant.  I'm learning English, right?  So I think this

8   case is about some rough words, I mean, high-level English that

9   I'm not familiar with.  So I think I won't be able like to

10   understand everything.

11        THE COURT:  And Mr. Francois, let me ask again because

12   I know you were asked in the jury room, but do you have some

13   difficulty with the English language such that you feel you

14   could not effectively serve as a juror or is it because you are

15   concerned that there may be some technical terms?

16        PROSPECTIVE JUROR:  Exactly.

17        THE COURT:  All right.  And again, if there are

18   technical terms, then hopefully the attorneys through the

19   testimony will be able to explain those technical terms.

20        But if that is your concern, as opposed to

21   understanding the English language, then perhaps I should ask

22   whether you have a concern with regard to your service.

23        Do you believe that that concern would have an effect

24   on your ability to serve as a juror in this case?

25        PROSPECTIVE JUROR:  As they were asking, I think they

```
 1    want someone to be fair.  So if -- I think if I don't

 2    understand everything, I won't be able to be -- to be fair.

 3              THE COURT:  And let me ask, Mr. Francois, so that I

 4    understand:  Do you fully understand the English language?

 5              PROSPECTIVE JUROR:  The basic, yes.

 6              THE COURT:  All right.  Are there some words that you

 7    don't -- and I just want to make sure I understand with regard

 8    to the basic.

 9              Do you believe that you can converse and you are

10    comfortable with the English language and that you could

11    converse with your fellow jurors during the deliberation?

12              PROSPECTIVE JUROR:  I got my limits, you know.  I

13    think I'm -- yeah, I'm limited in English.  So ...

14              THE COURT:  So would you feel comfortable serving on

15    this jury?

16              PROSPECTIVE JUROR:  I think we are dealing with like

17    people with knowledge of a lot of things that I'm not.  So

18    that's my concern.

19              THE COURT:  All right.  You stated on your

20    questionnaire:  "I am just emotional.  That can affect my

21    ability."

22              So you're speaking of a comfort level with regard to

23    certain technical terms.  Is there anything else that we should

24    know that may affect your ability to serve as a fair and

25    impartial juror?
```

```
1              PROSPECTIVE JUROR:  No.

2              THE COURT:  All right.  So with regard to your

3    response:  "I am just emotional," do you believe that that

4    would have an effect on your ability to serve?

5              PROSPECTIVE JUROR:  No.  As I said, no.

6              THE COURT:  Okay.  So you just have a little bit of

7    concern with regard to some technical terms?

8              PROSPECTIVE JUROR:  Exactly.

9              THE COURT:  All right.  Is there anything else, sir?

10             PROSPECTIVE JUROR:  No.

11             THE COURT:  All right.  Thank you, Mr. Francois.

12             Have a pleasant lunch, sir.

13             PROSPECTIVE JUROR:  Thank you.

14        (Panel member exits the courtroom.)

15             THE COURT:  All right.  Go ahead and have a seat for

16   just a moment.  I do want to give you an appropriate lunch

17   recess and also an opportunity to confer.

18             I would like to start the jury selection.  Would 45

19   minutes be sufficient for a lunch break?  And then we can come

20   back at 1:30, and then we'll begin to select our jury.

21             Is that acceptable to both sides?

22             MR. BRENNER:  It is for the Plaintiffs.

23             MR. RIVERO:  Yes, Your Honor.

24             THE COURT:  All right, then.  Have a pleasant lunch.

25   You're free to remain in the courtroom or the conference room.
```

```
1    Certainly I don't want to limit you on where you can go for

2    your lunch break, but I'll see you back here at 1:30.  Have a

3    pleasant lunch.

4        (Recess from 12:44 p.m. to 1:30 p.m.)

5             THE COURT:  We're a few minutes early.

6             Welcome back.  Go ahead and have a seat.

7             All right.  Please let me know when both sides are

8    ready to proceed.

9             MR. RIVERO:  Judge, we just need a moment.

10   Ms. McGovern's in the restroom.

11            THE COURT:  Certainly.

12            MR. RIVERO:  Mr. Brenner and I had some questions --

13       (Court reporter interruption.)

14            MR. RIVERO:  Sorry.

15            Your Honor, may I ask the court reporter -- I just

16   want to make sure that I have been speaking loudly enough and

17   not too fast.

18            MR. RIVERO:  Oh, little too fast.

19            THE COURT:  All right.  Let's proceed.

20            MR. BRENNER:  Oh, Judge, I think we just wanted to

21   make sure we're all on the same page and understand how we're

22   going to proceed on the --

23            THE COURT:  All right.  Let's discuss the jury

24   selection process.  As we know, we are selecting 10 jurors.  I

25   will address the panel as a whole, that is all 30, and address
```

1    any for-cause challenges.  Then we will proceed with the first

2    10, and we will alternate with peremptory challenges.

3           As the Plaintiff has agreed -- the Plaintiffs are

4    aligned -- the Plaintiff will have three peremptory challenges,

5    the Defendant will have three and then we will begin to select

6    our jury.

7           So let us proceed at this time.

8           Are there any for-cause challenges, looking at the

9    panel as a whole?  On behalf of the Plaintiff?

10          And you can go through all of the for-cause challenges

11   and then we'll turn to the Defendant.

12          And let me state that, Mr. Brenner, once you state the

13   for-cause challenge, if there is no objection by the other

14   side, then there's no need to proceed with argument.  And that

15   will work as well when the Defendant presents his for-cause

16   challenges.

17          MR. BRENNER:  Okay.  I hope that -- I'm going to have

18   to go back to other notes.  If I -- well, the first Plaintiffs'

19   cause challenge as far as lowest to number order is Number 15,

20   Mr. Lopez-Loyola.

21          THE COURT:  Is there any objection?

22          MR. RIVERO:  One moment, Your Honor.

23      (Pause in proceedings.)

24          MR. RIVERO:  We agree.

25          THE COURT:  The juror is stricken for cause.

```
1              MR. BRENNER:  The next one, Judge, is Juror Number 21.

2              MR. RIVERO:  Is that Mr. Escobedo?

3              MR. BRENNER:  Yes.

4              THE COURT:  Is there any objection?

5              MR. RIVERO:  No, Your Honor.

6              THE COURT:  The juror is stricken for cause.

7              MR. BRENNER:  Thank you, Your Honor.

8              The next is Juror Number 23, Lynda Charles.

9              THE COURT:  Any objection?

10             MR. RIVERO:  Yes, Judge.

11             THE COURT:  And the basis, Mr. Brenner?

12             MR. BRENNER:  I believe under questioning from the

13    Court she said that she --

14             MS. MCGOVERN:  No objection.

15             MR. RIVERO:  I apologize, Your Honor.  I'm corrected

16    that we do not have an objection to that strike.  I apologize.

17             THE COURT:  The juror is stricken.

18             MR. BRENNER:  And then the only other one the

19    Plaintiff had for cause, Your Honor, is Number 30, who I think

20    is not qualified to serve.

21             MR. RIVERO:  We agree, Judge.

22             THE COURT:  The juror is stricken.

23             On behalf of the Defendant.

24             MR. RIVERO:  One moment, Your Honor.

25             THE COURT:  And if you feel more comfortable, you can
```

```
1    certainly sit at counsel table, since you might be conferring

2    with --

3              MR. RIVERO:  Thank you, Judge.  That will be --

4              THE COURT:  Yes.  You don't need to be tied to the

5    podium.

6         (Pause in proceedings.)

7              MR. RIVERO:  Yes, Judge.  We have two.  It would be

8    Mr. Cassidy, Number 2.

9              THE COURT:  Any objection?

10             MR. BRENNER:  No objection, Your Honor.

11             THE COURT:  The juror is stricken.

12             MR. RIVERO:  And Judge, we would have also

13   Ms. McCrimmon.  And I'm trying to find the number.

14             Number 28.

15             MR. BRENNER:  28.

16             THE COURT:  Any objection?

17             MR. BRENNER:  No objection.

18             THE COURT:  The juror is stricken.

19             Is that the extent of the for-cause challenges by both

20   sides?

21             MR. RIVERO:  Just consulting, Your Honor.

22        (Pause in proceedings.)

23             MR. RIVERO:  Yes, Your Honor.

24             THE COURT:  All right.  Then we'll proceed with the

25   first 10:  Matherne, Adams, Coffie, Pinillos, Nixon,
```

```
1    Bustamante, Horne, Barnett, Rozansky, and Cabrera.

2              Are there any peremptory challenges on behalf of the

3    Plaintiffs?

4              MR. BRENNER:  Your Honor, if we both pass, do we have

5    a jury or is there a chance to backstrike?

6              THE COURT:  You can pass.  We're going to go back

7    until either both sides agree or you have exhausted your

8    peremptory challenges.

9              MR. BRENNER:  Okay.  So we'll pass.

10             THE COURT:  On behalf of the Defendant?

11             MR. RIVERO:  Judge, just to I'm sorry -- to make sure

12   I understand, if I were to pass, game over, right?

13             THE COURT:  Well, no.  It's not game over.  I'm going

14   to go back to the -- at some point, you've got to look at these

15   10 and make a decision.

16             And let me advise both sides -- and I do want to

17   remind you that with regard to Carlotta Coffie that she has a

18   doctor's appointment on -- I believe she said a 4:00 p.m. and

19   5:00 p.m. today.  She has a -- with regard to her son, we would

20   most likely need to start every day at 10:00 a.m.  There

21   wouldn't be the option for 9:00.  I'm not -- I'm just bringing

22   that to your attention.

23             MR. RIVERO:  Your Honor, I just want to make sure,

24   because I have -- from recollection -- but I'll ask my team to

25   correct me and the Plaintiffs correct me -- my recollection is
```

1    that Ms. Sheneka Jones has a 4:00 p.m. and a 5:00 p.m., but

2    that Charlotte [sic] Coffie has an issue that her son has a

3    special needs every morning at 9:00 a.m. --

4              THE COURT:  I'm sorry.  Jones is what number, please?

5              MR. RIVERO:  That would be, Judge -- and this is from

6    recollection, Judge, from speaking to them --

7              THE COURT:  What number, please?

8              MR. RIVERO:  27, Judge.  That's my recollection of who

9    has the appointments today.

10             THE COURT:  And you are correct.  She has 2:00 and

11   3:00 this afternoon.  It was Ms. Coffie that had the son that

12   she needed to take to the doctor and also another child to

13   school.

14             MR. RIVERO:  That's right, Judge.

15             Just to be clear on the record, she has to drop the

16   special-needs boy off at 9:00 a.m. in Miami Gardens.

17             THE COURT:  Right.  So with that understanding, we

18   would certainly need to adjust for her schedule.

19             All right.  On behalf of the Defendant.

20             MR. RIVERO:  Not at this point, Judge.

21             THE COURT:  Okay.  On behalf of the Plaintiff, do you

22   accept this panel?

23             MR. BRENNER:  Your Honor, the Plaintiff will exercise

24   its first peremptory strike on Juror Number 10, Ms. Rozansky.

25             PROSPECTIVE JUROR:  All right.  Bringing Pedro Cabrera

1    as a member of the panel.

2            On behalf of the Defendant?

3            MR. RIVERO:  Your Honor, we would exercise a

4    peremptory as to Mr. Horne, who is Number 8.

5            THE COURT:  Elizabeth Fabelo becomes a member of the

6    prospective panel.

7            On behalf of the Plaintiff?

8            MR. BRENNER:  Your Honor, I'm just catching up.  You

9    were up to?

10           THE COURT:  Fabelo.  Juror Number 12.

11           MR. BRENNER:  Juror Number 12.  Thank you, Your Honor.

12           THE COURT:  Actually, my apologies, because you have

13   exercised two.  We have Bruguez who is now a member of the

14   panel.

15           MR. BRENNER:  Right.

16           THE COURT:  Cassidy, Horne, and Rozansky are stricken.

17           MR. BRENNER:  Accept, Your Honor.

18           THE COURT:  On behalf of the Defendant?

19           MR. RIVERO:  Yes, Your Honor.  At this stage, accept.

20           THE COURT:  Does the Plaintiff -- or Plaintiffs tender

21   this panel?

22           MR. BRENNER:  The Plaintiffs will exercise its second

23   peremptory on Juror Number 1.

24           THE COURT:  Michael Weber joins the panel.

25           On behalf of the Defendant?

```
 1              MR. RIVERO:  No peremptories at this point, Your

 2      Honor.

 3              THE COURT:  Does the Plaintiff tender?

 4              MR. BRENNER:  Your Honor, we're up to Juror Weber,

 5      correct?

 6              THE COURT:  Yes.  That's correct.

 7              MR. BRENNER:  The Plaintiffs will exercise their third

 8      strike on Juror Number 14.

 9              THE COURT:  Arlene Yera joins the panel.

10              Does the Defendant tender this panel?

11              MR. RIVERO:  One moment, Your Honor.

12         (Pause in proceedings.)

13              MR. RIVERO:  We tender, Judge.

14              THE COURT:  All right.

15              Then the panel will consist of the following

16      individuals:  Timothy Adams, Carlotta Coffie, Maria Pinillos,

17      Rosalina Nixon, Michelle Bustamante, Alden Barnett, Pedro

18      Cabrera, Elizabeth Fabelo, Marisleydis Bruguez, and Arlene

19      Yera.

20              Do both sides accept and tender this panel?

21              MR. BRENNER:  Plaintiff does, Your Honor.

22              MR. RIVERO:  Yes, Your Honor.

23              THE COURT:  All right, then.

24              Then let's look at the accommodation.  And as I

25      stated, we do need to accommodate Ms. Coffie.  So I was going
```

1  to suggest tomorrow, since we did have a criminal matter

2  cancel -- but we'll begin tomorrow at 10:00 a.m.  And as the

3  written trial schedule reflects, we'll begin each morning at

4  10:00 a.m.

5        I would suggest at this point, once we bring the

6  jurors back in, that the 10 will be sworn.  We will excuse the

7  rest of the members.  The panel will be seated.  I will give

8  them some preliminary instructions and then we will proceed

9  with opening statements.

10        I would suggest that by that time, there may not be

11  enough time to present any testimony, but I leave that to the

12  Plaintiffs.

13        Is there any testimony that can be presented following

14  the opening statements today?

15        MR. ROCHE:  Your Honor, we have a witness that will

16  take quite a long time.  We prefer to start in the morning, if

17  it's okay with the Court.

18        THE COURT:  All right.  And since -- and each side has

19  asked for 60 minutes; is that correct?

20        MR. ROCHE:  45, Your Honor.

21        THE COURT:  Well, is there any reason why we can't

22  start with -- is there a witness here today if we only need an

23  hour and a half?

24        MR. ROCHE:  Yes, Your Honor.  Except the witness's

25  testimony is complex.  He's explaining a lot of interrelating

```
1    parts to Bitcoin.  To break up that testimony I do think would
2    be problematic.  So --
3              THE COURT:  Well, we would be done by 3:30 today.  So
4    I'm suggesting that we can -- if both sides are asking for the
5    45 minutes, then that would literally take us to about 3:30.
6              Is there any reason we couldn't use at least an hour
7    with the testimony?
8              MR. ROCHE:  We would prefer not to.  Again, because I
9    think what will happen is we'll end right in the middle of him
10   explaining the technology behind Bitcoin.
11             If you don't think that's a reason enough, we're
12   prepared to go forward.  He's here.  He's ready to testify.
13   But I would strongly prefer us wait until tomorrow morning to
14   begin with the first witness.
15             THE COURT:  On behalf of the Defendant?
16             MR. RIVERO:  Your Honor, I think that we were planning
17   to go until 5:00 p.m.  That's what the Court instructed us.
18   We're prepared to proceed.
19             THE COURT:  And I agree.  I think it's inevitable that
20   there will be days where testimony will need to be broken up
21   and short of a witness who is not able to return the following
22   day.  And that's why I did caution that there may be days that
23   we would go past 5:00.  I'd like to make full use of the time
24   that we have together.
25             Okay.  Are there any other issues that we need to
```

```
 1    address?
 2           MR. BRENNER:  None for the Plaintiff, Your Honor.
 3           MR. RIVERO:  Not for the Defendant, Judge.
 4       (Pause in proceedings.)
 5           MR. RIVERO:  Your Honor, we have a request for a
 6    further restroom break.  Is that acceptable?
 7           THE COURT:  Certainly.  Why don't you go ahead and use
 8    the restroom here.  And then let us know when we're ready to
 9    proceed.
10           MR. BRENNER:  I thought we were going to get one of
11    our Florida classic backstrikes.
12           THE COURT:  I'm sorry?
13           MR. BRENNER:  I thought we were going to get one of
14    our Florida classic backstrikes, but bathroom is no objection.
15           THE COURT:  Let me know before the jury is sworn.
16           COURT SECURITY OFFICER:  We're missing one.
17       (Pause in proceedings.)
18           COURT SECURITY OFFICER:  We're ready, Judge.  They're
19    all here.
20           THE COURT:  Let me just make sure the attorneys have
21    returned from their -- are both sides ready to proceed?
22           MR. RIVERO:  Yes.
23           MR. ROCHE:  Yes.
24           THE COURT:  All right.  Let's bring in the jury.
25       (Before the panel, 1:48 p.m.)
```

1            THE COURT:  Yes.  Let me ask that you return to the

2      seat where you started this morning.

3            Thank you.  Not a problem.  Not a problem.

4        (Pause in proceedings.)

5            THE COURT:  All right.  Welcome back, Ladies and

6      Gentlemen.  Please be seated.

7            Thank you for being so prompt.  I trust that everyone

8      had a pleasant lunch and ready to get back to work.

9            I have some good news, and that is we have selected a

10     jury to try the case of Ira Kleiman as personal representative

11     of the estate of Dave Kleiman and W&K Info Defense Research,

12     LLC v. Craig Wright.

13            I'm going to ask the following individuals, who have

14     been selected, to make your way right here to the middle of the

15     courtroom, so that you can be sworn in collectively as Members

16     of the Jury:

17            Timothy J. Adams, Carlotta Coffie, Maria Pinillos,

18     Rosalina Nixon, Alden Wayne Barnett, Pedro Cabrera, Elizabeth

19     Fabelo, Marisleydis Bruguez, and Arlene Mesa Yera.

20        (Pause in proceedings.)

21            COURTROOM DEPUTY:  Can you all --

22            THE COURT:  Wait.  Hold on.  Hold on.  Let me just

23     make sure.  One, two, three, four, five -- where is our --

24     we're missing -- if you'll just raise your right hand:  Timothy

25     J. Adams -- you can put your hands down and just raise your

```
1   hands, so I know you're here.  Timothy Adams, Carlotta Coffie,

2   Maria Pinillos, Rosalina Nixon, Michelle Bustamante -- ah,

3   Ms. Bustamante.  And it's my error, but please come join us.

4   There is our Number 10.

5           All right.  Alden Barnett, Pedro Cabrera, Elizabeth

6   Fabelo, Marisleydis Bruguez, and Arlene Yera.

7           All right.  Thanks, Liz.

8           COURTROOM DEPUTY:  Please raise your right hand.

9       (Jury sworn, 1:52 p.m.)

10          THE COURT:  All answering in the affirmative.

11          With the exception of the members that have been

12  sworn, I'm going to ask that you just step to the side, because

13  you will allow the other individuals who have taken the time --

14  and I thank each of you for giving us the opportunity to get to

15  know you a little bit better.

16          I wish I could say you can go home now, but I'm going

17  to ask that you report back to the fifth floor to the jury pool

18  and they will give you further instructions.

19          Have a pleasant afternoon.

20      (Pause in proceedings.)

21          THE COURT:  And let me ask that our sworn members make

22  your way into our jury box.  And there are no assigned seats.

23  Wherever you feel most comfortable.

24          UNIDENTIFIED JUROR:  Can I go back and get my brown

25  bag?
```

```
 1            THE COURT:  Yes.  Of course.  Is it here in the
 2   courtroom?
 3            PROSPECTIVE JUROR:  It's right there.
 4            THE COURT:  Thank you, sir.
 5            The first X is on the blue seat, sir.  If I can just
 6   ask that you just make your way down so we can maintain social
 7   distancing.
 8       (Pause in proceedings.)
 9            THE COURT:  Please be seated.
10            Members of the Jury:
11            Now that you have been sworn, I do need to explain
12   some basic principles about a civil trial and your duty as
13   jurors.  These are preliminary instructions.  I will give you
14   more detailed instructions at the end of the trial.
15            It is your duty to listen to the evidence, decide what
16   happened, and apply the law to the facts.  It is my job to
17   provide you with the law that you must apply.  And you must
18   follow the law, even if you disagree with it.
19            You must decide the case only on the evidence
20   presented in the courtroom.  Evidence comes in many forms.  It
21   can be testimony about what someone saw, heard, or smelled.  It
22   can be an exhibit or a photograph.  It can be someone's
23   opinion.
24            Some evidence may prove a fact indirectly.  Let's say
25   a witness saw wet grass outside and people walking into the
```

1    courthouse carrying wet umbrellas.  This might be indirect

2    evidence that it rained, even though the witness did not

3    personally see it rain.  Indirect evidence like this is also

4    called circumstantial evidence.  Simply, a chain or a set of

5    circumstances that tends to prove a fact.

6           As far as the law is concerned, it makes no difference

7    whether evidence is direct or indirect.  You may choose to

8    believe or disbelieve either kind.  Your job is to give each

9    piece of evidence whatever weight you think it deserves.

10          During the trial, you'll hear certain things that are

11   not evidence and you must not consider them.

12          First, the lawyers' statements and arguments are not

13   evidence.  In their opening statements and closing arguments,

14   the lawyers will discuss the case.  Their remarks may help you

15   follow each side's arguments and presentation of evidence.  But

16   the remarks themselves are not evidence and should not play a

17   role in your deliberations.

18          Second, the lawyers' questions and objections are not

19   evidence.  Only the witnesses' answers are evidence.

20          Do not decide that something is true just because a

21   lawyer's questions suggests it is.  For example, a lawyer may

22   ask a witness:  "You saw Mr. Jones hit his sister, didn't you?"

23   That question is not evidence of what the witness saw or what

24   Mr. Jones did, unless the witness agrees with it.

25          There are rules of evidence that control what the

```
1    Court can receive into evidence.

2           When a lawyer asks a witness a question or presents an

3    exhibit, the opposing lawyer may object if he or she thinks the

4    Rules of Evidence do not permit it.  If I overrule the

5    objection, then the witness may answer the question or the

6    Court may receive the exhibit.  If I sustain the objection,

7    then the witness cannot answer the question and the Court

8    cannot receive the exhibit.

9           When I sustain an objection to a question, you must

10   ignore the question and not guess what the answer might have

11   been.

12          Sometimes I may disallow evidence -- this is also

13   called striking the evidence -- and order that you disregard or

14   ignore it.  That means that you must not consider that evidence

15   when you are deciding the case.

16          I may allow some evidence for only a limited purpose.

17   When I instruct you that I have admitted an item of evidence

18   for a limited purpose, you must consider it only for that

19   purpose and no other.

20          To reach a verdict, you may have to decide which

21   testimony to believe and what testimony not to believe.  You

22   may believe everything a witness said, part of it, or none of

23   it.

24          When considering a witness's testimony, you may take

25   into account the witness's opportunity and ability to see,
```

1   hear, or know the things the witness is testifying about, the

2   witness's memory, the witness's manner while testifying,

3   including limitations with regard to that testimony, any

4   interest the witness may have in the outcome of the case, and

5   any bias or prejudice the witness may have, any other evidence

6   that contradicts the witness's testimony, the reasonableness of

7   the witness's testimony in light of all the evidence and any

8   other factor affecting believability.

9         At the end of the trial, I will give you additional

10   guidelines for determining a witness's credibility.

11         As I stated to you earlier -- and let me further

12   state, that the Plaintiffs in this case are Ira Kleiman, as the

13   personal representative of the estate of David Kleiman, which I

14   will refer to as "the estate of David Kleiman," and W&K Info

15   Defense Research, LLC, which I will refer to as "W&K."

16         The Defendant in this case is Craig Wright.

17   Plaintiffs allege that David Kleiman and Craig Wright entered

18   into a partnership to develop and release the original Bitcoin

19   protocol to mine Bitcoin and to develop blockchain-related

20   intellectual property.

21         Plaintiffs also allege that after David Kleiman died,

22   the Defendant wrongfully took the partnership's assets, namely,

23   Bitcoin and blockchain-related intellectual property, and David

24   Kleiman [sic] kept them for himself.

25         The estate of David Kleiman seeks to recover their

1    share of the assets in this lawsuit.

2         Plaintiffs further allege that the Defendant

3    wrongfully seized control of a Florida company owned by David

4    Kleiman, W&K, and wrongfully took its assets after David

5    Kleiman died, including intellectual property.

6         Craig Wright, the Defendant in this case, denies that

7    he had a partnership with David Kleiman and further denies that

8    he wrongfully took assets belonging to W&K.

9         The Defendant has raised legal defenses to some of the

10   Plaintiffs' claims, which the Court will explain later in this

11   trial.

12        While serving on a jury, you are not to talk with

13   anyone about anything related to the case.  You may tell people

14   that you are a juror and give them information about when you

15   must be in court, but you must not discuss anything about the

16   case with anyone.

17        You should not even talk about the case with each

18   other until you begin your deliberations.  You want to make

19   sure that you have heard everything, all the evidence, the

20   lawyers' closing arguments, and my instructions on the law,

21   before you begin deliberating.

22        You should keep an open mind until the end of the

23   trial.  Premature discussions may lead to a premature decision.

24        In this age of technology, I want to emphasize that in

25   addition to not talking face-to-face with anyone about the

case, you must not communicate with anyone about the case by

any other means.  That includes emails, text messages, phone

calls and the Internet, including social networking websites

and apps, such as Facebook, Instagram, Snapchat, YouTube, or

Twitter.

You may not use any similar technology of social media

even if I have not specifically mentioned it here.

You must not provide any information about the case to

anyone by any means whatsoever.  And that includes posting

information about the case or what you are doing in the case on

any device or Internet site, including blogs, chat rooms,

social websites, or other means.

You should not Google or search online or offline for

any information about the case, the parties, or the law.

Do not read or listen to the news about this case,

visit any places related to this case or research any fact,

issue, or law related to the case.

The law forbids jurors to talk with anyone about the

case and forbids anyone else to talk to you, the jurors.

It is very important that you understand why these

rules exist and why they are so important.

You must base your decision only on the testimony and

other evidence presented in the courtroom.  It is not fair to

the parties if you base your decision in any way on information

you acquire outside of the courtroom.

1           The law often uses words and phrases in special ways.

2       So it's important that any definition you hear come only from

3       me and not from any other source.

4           Only you as jurors can decide a verdict in this case.

5       The law sees only you as fair and only you have promised to be

6       fair.  No one else is so qualified.

7           Now, you have been provided a notepad and pen for your

8       use if you do wish to take notes to help you remember what the

9       witnesses said.  If you do take notes, please do not share them

10      with anyone until you go to the jury room to decide the case.

11      Do not let note-taking distract you from carefully listening to

12      and observing the witnesses.

13          When you leave the courtroom, you should leave your

14      notes hidden in view in the jury room and the jury room will be

15      locked.

16          Whether or not you take notes, you should rely on your

17      own memory of the testimony.  Your notes are there only to help

18      your memory.  They are not entitled to greater weight than your

19      memory or impression about the testimony.

20          Let us walk through the trial at this time.

21          First, each side will make an opening statement, but

22      they don't have to.  Remember, an opening statement is not

23      evidence.  It's not supposed to be argumentative.  It's just an

24      outline of what the party intends to prove.

25          Next, the Plaintiffs, the estate of David Kleiman and

1    W&K, will present their witnesses and ask them questions.

2    After they question the witnesses, the Defendant may ask the

3    witness questions.  That's called cross-examining the witness.

4    And then the Defendant will present his witnesses and the

5    Plaintiffs may cross-examine them.

6           You should base your decision on all the evidence,

7    regardless of which party presented it.

8           After all the evidence is presented, the parties,

9    through their lawyers, will make a closing argument to

10   summarize and interpret the evidence for you.  And then I will

11   give you instructions on the law.  You will then go to the jury

12   room to deliberate.

13          Now, let me remind you that reports about this trial

14   may appear in the media.  The reporters have not heard all the

15   testimony as you have and may be getting information from

16   people who are not under oath and subject to cross-examination.

17   And they may emphasize an unimportant point or something that

18   is simply wrong.

19          You must not read, listen to, or watch anything about

20   this trial.  It would violate your oath as a juror to decide

21   this case on anything other than the evidence presented at

22   trial and your own common sense.  You must decide this case

23   exclusively on the evidence you receive here in court.

24          Ladies and Gentlemen, at this point in time, we will

25   proceed with opening statements, first on behalf of the

1    Plaintiffs, and then on behalf of the Defendant.

2         MR. ROCHE:  Your Honor, we're just going to grab an

3    easel and whiteboard to write a few things on during opening

4    statement.

5         THE COURT:  Yes, of course.

6         And, Ladies and Gentlemen, when a piece of evidence

7    has been admitted, you have monitors in front of you, and I

8    would ask that you make sure that those monitors are on at the

9    appropriate time so that you may view the evidence.

10   (Pause in proceedings.)

11        MR. ROCHE:  Why don't we put it over here so that

12   defense counsel can see it.

13        Your Honor, do you mind so that Defense counsel can

14   see it, I'll put it here?  If you need to see it, I can turn

15   it.

16        THE COURT:  That's fine.

17        And before we proceed with the opening, as agreed to

18   by the -- both sides, let me advise you, Ladies and Gentlemen,

19   that during the trial you may submit questions to a witness

20   after the lawyers have finished their own questioning once we

21   begin the testimony of the witnesses.

22        And here is how the procedure will work:  After each

23   witness has testified, and the lawyers have asked all of their

24   questions, I will ask if any of you have questions.  If you

25   have a question, write it down and give it to the court

```
1   security officer.

2         You may submit a question for a witness only to

3   clarify an answer or to help you understand the evidence.  Our

4   experience with juror questions indicate that jurors rarely

5   have more than a few questions for any one witness and there

6   may be no questions at all for some witnesses.

7         If you do submit a question, the court staff will give

8   it to me and I will share your question with the lawyers in the

9   case.  If the Rules of Evidence allow your question to be

10  asked, then I will read your question to the witness.

11        I may modify the form or phrasing of a question so

12  that it is allowed under the Rules of Evidence.

13        Sometimes I may not allow the question to be read to

14  the witness, either because the law does not allow it or

15  because another witness is in a better position to answer the

16  question.

17        If I do not allow the witness to answer the question,

18  you must not draw any conclusion from that fact or speculate on

19  what the answer might have been.

20        And here are some important things to keep in mind

21  about your questions for the witnesses.  First, you must submit

22  all questions in writing.  Please do not answer -- or ask any

23  questions aloud.

24        Second, the Court cannot recall witnesses to the stand

25  for additional juror questions.  So if you have a question for
```

1    a particular witness, you must submit it when I ask.

2         And finally, because you should remain neutral and

3    open-minded throughout the trial, you should phrase your

4    question in such a way that doesn't express an opinion about

5    the case or a witness.  You must keep an open mind until you've

6    heard all the evidence, the closing arguments, and my final

7    instructions on the law.

8         Let's proceed with opening statements, please.

9         MR. ROCHE:  April 29th, 2013, Craig Wright wakes up to

10   tragedy --

11        COURT REPORTER:  Your mic is not on.  Sorry.

12        MR. ROCHE:  Oh.

13        Good?

14        COURT REPORTER:  Yes, now.

15        MR. ROCHE:  -- and he checks his email, he learns that

16   his best friend and business partner, David Kleiman, is found

17   dead at his home in Florida.

18        This news confronts Craig Wright with a very important

19   decision:  Does he reach out to Dave's family and tell them

20   about the secret fortune they jointly created together or does

21   he keep the secret and try to keep that fortune all for

22   himself?

23        See, five years before Dave died, in 2008, Dave and

24   Craig, computer experts and best friends, would create a

25   partnership that would change the world.  Working together,

1    they created a new form of digital money that we've all heard

2    today and this morning called Bitcoin.

3            Over the life of that partnership and up until Dave's

4    death, they jointly mined over 1.1 million Bitcoin, a trove

5    that is worth more than $60 billion today.

6            When Craig learns that Dave is gone, he knows Dave's

7    family knows nothing about the partnership.  He knows this

8    because Dave promised him that he would keep the partnership

9    secret.  And Craig knows that Dave kept that secret because

10   that's the kind of man Dave was.

11           So Craig's got a choice:  Does he reach out to the

12   family, offer up condolences and try to work out a plan to make

13   sure that the estate gets its fair share?  Or does he say

14   nothing, transfer all the assets into his own name and hope

15   that no one ever catches him?

16           We are here today in this courtroom because that man,

17   Craig Wright, chose to steal from his dead best friend and

18   business partner.

19           Over the coming weeks, you're going to hear of Craig

20   Wright's fraudulent scheme to steal from his dead best friend

21   Dave's share of the partnership's Bitcoin and the intellectual

22   property they jointly developed together.

23           You're going to hear from Craig's CFO that shortly

24   after Dave died, all of a sudden Craig had money to spend.

25   You're going to see emails and contracts that Craig forged in

1    his dead best friend's name, including asset transfers that

2    never really happened.

3         You're going to see the tangled web of lies that Craig

4    Wright has spun for years, including lies he told to Dave's

5    grieving family.

6         Ladies and Gentlemen of the Jury, my name is Kyle

7    Roche and I want to thank you all for being here today, this

8    afternoon, and for serving as jurors over the coming weeks.

9         I'm joined today by my co-counsel, Vel Freedman and

10   Andrew Brenner, and together we represent the estate of Dave

11   Kleiman.

12        Joined with us at Plaintiffs' table is Dave's brother,

13   Ira Kleiman, who Dave appointed to be the personal

14   representative of Dave's estate.

15        Also with us is Dorian Vela.  Dorian's going to help

16   make sure that we have the courtroom technology figured out and

17   everything running smoothly.

18        I want to begin or continue this morning -- or

19   afternoon by addressing three topics:  First, I'd like to

20   preview with you-all the evidence you're going to see in this

21   case.

22        The evidence can be broken down into roughly three

23   distinct time periods:  First, from 2008 to April 2013.  That's

24   the period in time that Dave and Craig partnered to develop the

25   Bitcoin protocol and to jointly mine over 1.1 million Bitcoin.

1        The next time period is from April 2013 up until when

2   this lawsuit is filed on February 2018.  This is when Craig

3   executes his fraudulent scheme to steal Dave's share of the

4   partnership's assets.  It is also during this time that Craig

5   admits that he partnered with Dave.  He just claims that Dave

6   transferred everything to him shortly before he passed away.

7        The last time period is from 2018 to today.  This is

8   when, after the estate files its lawsuit, Craig is confronted

9   with the evidence of his fraudulent scheme.  It's also the

10  period in time when Craig realizes he has to change his story

11  and they were no longer partners.  And as you preview the

12  evidence this morning and you see the evidence over the coming

13  weeks, that's something I want you to pay close attention to:

14  What Craig says before this lawsuit was filed, and what he says

15  afterwards.

16       After we go through these time periods, I want to

17  spend a brief -- a few minutes talking about the witnesses

18  you're going to hear from in this case.

19       And the last topic we'll discuss this morning is, at

20  the conclusion of this trial, you will be asked to weigh the

21  documents and all the evidence you see in this case and weigh

22  in on a few key issues.  And I want to spend a few minutes at

23  the conclusion discussing each of those key issues.

24       So before we move into the three time periods, I want

25  to spend a minute discussing who Dave Kleiman was.

```
 1            Dave was a self-taught computer programmer.  He also
 2    served in the Army as a helicopter technician.  You heard this
 3    morning that in the early '90s he was involved in a motorcycle
 4    accident that left him paralyzed from the waist down.
 5            And it was after this accident that his interest in
 6    computers intensified, and you're going to hear that he was
 7    published, authored numerous articles and books in the computer
 8    science space and that he also received a number of
 9    certifications as well.
10            And it's this interest in computers as to how Dave and
11    Craig first met online.  So this moves us into Time Period
12    Number 1, 2008 to 2013.
13            Dorian, if we could put the first slide up on the
14    screen and once -- and you'll see as we talk through some of
15    the evidence today, you'll have the exhibits I'm talking about
16    in front of you.
17            And does the jury have --
18            THE COURT:  Ladies and Gentlemen, your screens should
19    be turned on.
20            All right.  Can you raise your right hand if your
21    screen is not on?
22            All right.  All the screens are on.  We should have
23    the screens in the gallery as well.
24            MR. ROCHE:  Okay.  So to orient ourselves again, we're
25    starting off in Time Period Number 1.  And this is an email
```

1   that Craig sends to Dave on March 12th, 2008.

2          He writes -- and I'll start at the top before the

3   highlights -- "I need your help editing a paper I'm going to

4   release later this year.  I have been working on a new form of

5   electronic money, BitCash, Bitcoin.  You are always there for

6   me, Dave.  I want you to be part of it all.  I cannot release

7   it as me.  I need your help and I need a version of me to make

8   this work that is better than me."

9          About six months after this email was written on

10  Halloween, just a day ago, 2008, Satoshi Nakamoto -- the

11  Bitcoin Whitepaper is published under the alias Satoshi

12  Nakamoto.

13          Dorian, if you could go to that slide.

14          This is the whitepaper that first releases the concept

15  of Bitcoin to the world.  "Whitepaper" is a technical term used

16  to -- by authors to introduce new concepts and this is the

17  first whitepaper or document of any kind to outline the Bitcoin

18  protocol.

19          About a year after this whitepaper was released, on

20  Thanksgiving Day 2009, Dave and Ira are having a conversation

21  about his involvement in Bitcoin.  And we'll get to that

22  conversation in a bit.

23          But it's during this conversation that Dave pulls out

24  a business card out of his pocket, he flips it over and he

25  draws the "B" for the Bitcoin logo on the back of the business

1    card and he asks Ira for his input on the logo.

2          Years later, when Ira tells Dr. Wright about this

3    story, Craig Wright confirms that him and Dave had developed

4    Bitcoin, they were partners together, and he even shares with

5    him some of the early logos.

6          You're also going to hear from Bob Radvanovsky.

7    Remember when I told you earlier that they kept their

8    partnership secret?  Bob Radvanovsky's the only person -- one

9    of the only people we know of to have heard Dave and Craig talk

10    about Bitcoin.

11          In early 2009, he was on a number of phone calls with

12    them where they discussed their partnership to develop and

13    create Bitcoin-related intellectual property.

14          Now, Dr. Wright's lawyers will tell you that a

15    partnership between Dave and Craig never existed.  They're

16    going to point to the absence of a written agreement.  But the

17    law does not require a written agreement in order for a

18    partnership to be formed.

19          And, in fact, Craig Wright admitted to having a

20    partnership between him and Dave.  He admitted they jointly

21    mined over 1.1 million Bitcoin.  And he admitted that they

22    jointly developed intellectual property that is very, very

23    valuable today.

24          So this leads us into the second time period:  2013 to

25    2018.  And speaking of those admissions, we've developed a

190

1    timeline to help walk through some of the ones that you will

2    see presented in this case.

3           So do you-all have the timeline in front of you?  If

4    we can go to the first entry on that timeline, April 26th,

5    2013.  This is when Dave is found dead at his home in Palm

6    Beach County, Florida.

7           We can go to the next entry, please.

8           April 30th, 2013 -- we can click into that slide --

9    Craig sends a message to a business associate of his in

10   Australia named Mark Ferrier.  You'll hear about this

11   Mark Ferrier later on in this case.

12          And there he writes:  "Sorry.  My best friend and

13   business partner died a few days back and I'm in a class right

14   now."

15          Back to the timeline.  May 23rd, 2013.  Click into

16   that.

17          This is Craig writing that same Australian

18   businessman, Mark Ferrier.  He writes -- I'm going to read the

19   highlighted text -- "I had Dave mine the Bitcoin overseas.  I

20   never touched the Bitcoin we created in the offshore trust."

21          If we can go to the next time.

22          January 28th, 2014, Craig's writing to a friend of his

23   and he says:  "Dave Kleiman and I started mining in 2009.  So

24   it's a shame Dave died last year before fruition, but all is

25   moving ahead."

1           We can go back to the timeline.

2           February 12th, 2014.  This is around the time period

3   when Craig first reaches out to the family and we'll discuss

4   that in a bit.  But February 12, 2014, Craig writes to Carter

5   Conrad and Patrick Paige, two of Dave's friends from here in

6   Florida.

7           He writes:  "Dave and I had a project in the US.  He

8   ran it there and we kept what we did secret.  The company he

9   ran there mined Bitcoin."

10          Now, you're going to see a number of documents in this

11  case discussing mining Bitcoin.  I think we discussed it a bit

12  this morning.  You're also going to hear a number of other

13  technical terms in this case.  And we're going to present an

14  expert who's going to help explain some of the key terms.

15          But as we go through the presentation this morning,

16  mining Bitcoin is essentially one way that you can get new

17  Bitcoin.  So when you hear that term, just think it's one way

18  people, a person, or a group of people can get new Bitcoin.

19          Dorian, if we can go back to the timeline.

20          March 7th, 2014.  This is one of the first set of

21  communications between Craig Wright, the Defendant in this

22  case, and Dave's brother, Ira Kleiman.

23          Craig writes:  "I had math skills and some coding" --

24  remember coding we discussed this morning -- "that, frankly,

25  was crud, better than some, but, really, Dave could edit his

1    way through hell and back.  I'm not a team player.  I'm a

2    terrible boss and slave driver, but with Dave, I was far more.

3    Satoshi" -- remember the alias from the whitepaper -- "Satoshi

4    was a team.  Without the other part of the team, Satoshi died."

5          And later on, a little later in the day, Craig writes:

6    "I had an idea, but it would never have been executed without

7    Dave."

8          Dorian, if we can go back.

9          April 2nd, 2014.  If we can click into this.  Yes.

10         So this is an email that Craig Wright sends to his

11   accountant, John Chesher; his lawyer, Andrew Sommer; and his

12   wife, Ramona Watts.

13         If we read the highlighted text, he states:  "Dave

14   mined" -- remember, that's how you get Bitcoin -- "Dave mined

15   all of this outside Australia.  I was not the one doing the

16   mining, Dave was."

17         Next slide, please.

18         April 24th, 2014.  So this is another email between

19   Craig and Ira.  Craig writes:  "Dave took the two million lines

20   of code that we had in 2010 and transformed these into a

21   documented set of over six million lines of code.  I have sent

22   the software analysis to you already" -- meaning he sent the

23   analysis to Ira.

24         This is where -- and we will get to more documents

25   that will talk about the code being discussed here, but this is

1    the intellectual property.  There was the mining of the

2    Bitcoin.  And then there was the development of the

3    intellectual property.

4          Dorian, if we can go to the next -- oh, so this is

5    another communication that I mentioned earlier, May 20th, 2014.

6    We'll discuss the full context of this email in a second.

7          But this is in response to Ira telling Craig and

8    sharing with Craig that Thanksgiving story where he -- Dave

9    wrote the "B."  And in response to that email that we'll read

10   in full later, Craig writes:  "We did partner."

11         And go to the next slide, please.

12         August 11th, 2014.  Craig tells the Australian Tax

13   Office -- we'll get into some more of these documents in a

14   second -- quote:  There was a trust set up to put a number of

15   Bitcoin that Dave was mining and everything like that into.

16         And Dorian, if we can just go a little slower after I

17   read the email.

18         So September -- no.  We can go back.

19         September 22nd, 2014.  So here, Craig is giving a

20   witness statement to the police department in Australia.  And

21   he writes -- he's talking about this concept of a Bitcoin

22   exchange, and he writes:  "This is an idea that I had developed

23   with my business partner, David Kleiman, for a period of over a

24   decade."

25         Dorian, if we could go to the next -- May 20th, 2015.

1   Let's click into that slide.

2           So here, Dr. Wright is writing to a -- this is a year

3   later.  We're into 2015 now.  Here, Craig is writing to another

4   Bitcoin enthusiast, not related to any of the parties in this

5   case.  And he writes:  "In the past, David Kleiman was my best

6   friend and business partner.  He died a couple of years ago

7   now, but as I had known him since the '90s, we have many shared

8   secrets."

9           And, finally, June 30th, 2016, a year later after that

10  last email exchange we looked at, Craig Wright is interviewing

11  with somebody who was hired to write an article about him and

12  about the creation of Bitcoin.  And in that interview, he

13  writes that his and Kleiman's Bitcoin mining activity had led

14  to a complicated trust.  This is what Craig in 2016 tells to

15  Andrew O'Hagan, who you'll hear testify later in this trial.

16          Dorian, we can take the timeline down.

17          Thank you.

18          So if Craig admitted that they were partners, admitted

19  that Dave was -- not only there was a partnership to mine

20  Bitcoin, but that Dave was the one doing it, and admitted that

21  they were jointly developed intellectual property, why does he

22  justify not giving the estate its fair share?

23          The evidence you're going to see is going to show that

24  Craig forged documents and contracts to show that Dave

25  transferred everything shortly before he died.

1          So what did Craig do right after Dave died?  Did he

2     contact the family?  No.  Instead, the evidence is going to

3     show that Craig Wright knew how to contact the family, but what

4     he did instead is he --

5          Dorian, if you can put on the next slide.

6          -- three months after Dave dies, Craig files a lawsuit

7     in Australia against that company we've talked a little bit

8     about this morning called -- and if you see it, it's on the

9     bottom of the page there as the Defendant -- W&K Info Defense

10    Research, LLC.

11         W&K -- and I'm going to call it "W&K" moving forward.

12    W&K is a company that was founded right here in Florida in 2011

13    by Dave Kleiman to hold some of the partnership's assets.

14         And some of you might have already figured this out,

15    but the "W" in "W&K" stands for "Wright" and the "K" stands for

16    "Kleiman," the two best friends and business partners.

17         So why did Craig sue W&K after Dave died?  Because he

18    wanted to transfer all of W&K's assets in Florida to him and

19    his companies halfway around the world in Australia.  That

20    explains why Craig never served the lawsuit on W&K or Dave's

21    family.

22         Dorian, if we can go to the next slide, please.

23         Instead, he tricked the Australian courts into

24    believing that W&K had been served.  He pretended that one of

25    his employees, Jamie Wilson, was an authorized author -- that's

1   what's highlighted on the top there -- and then he had

2   Mr. Wilson sign documents purporting to accept service on

3   behalf of W&K.

4            In other words, Ladies and Gentlemen, the lawsuits

5   were a total sham.  And Dr. Wright used these lawsuits filed in

6   Australia to steal W&K's assets without alerting Dave's estate

7   or giving them the chance to respond.

8            You're going to hear from Jamie Wilson in this case.

9   Jamie Wilson is going to testify that right around this time,

10  about a couple months after Dave died, all of a sudden Craig

11  had money.  His lifestyle drastically changed.

12           So having gotten this far, taking the assets from the

13  company in Florida, family not knowing, how did he get caught?

14  The simple answer is:  He got greedy.

15           As part of these sham lawsuits, Craig claimed that he

16  paid W&K millions of dollars for that intellectual property.

17  But Dave never got millions of dollars.  So why lie about this?

18  Because he was trying to claim tax rebates in front of the ATO.

19  And the ATO is going to be a term you're going to hear a lot in

20  this case.  It stands for Australian Taxation Office.  It's

21  essentially the Australian version of the IRS.

22           So this money grab turned out to be a critical misstep

23  in his scheme as it triggered the ATO to open audits into both

24  him and his companies.

25           To defend himself in those lawsuits, he relied on his

1  partnership with Dave and claimed that he had paid Dave for

2  these assets.  But as soon as he told the ATO this, he knew he

3  had a problem.  He knew the ATO was going to reach out to

4  Dave's family to see if this was all true.  So Craig had to get

5  to them first.

6           So about nine months after -- more than nine months

7  after Dave passes away, Craig reaches out to Dave and Ira's

8  father, Louis Kleiman.

9           Dorian, if we can -- thank you.

10          In this email -- this is February on the top,

11  February 11th, 2014.  Craig writes:  "Your son, Dave, and I are

12  two of the three key people behind Bitcoin."

13          Later on:  "Know also that Dave was a key part of an

14  invention that will revolutionize the world.  When I can, I

15  will let you know much more of Dave.  I will also help you

16  recover what Dave owned."

17          As you'll see throughout this trial, there were -- his

18  reference to "three people," there was only two people that

19  were part of the partnership that created Bitcoin:  Dave and

20  Craig.

21          Shortly after Dave -- excuse me -- Louis Kleiman

22  received this email, Ira took over the communications between

23  Craig and the family.  Ira is going to testify that when he

24  heard that his brother was involved in the creation of Bitcoin,

25  he was shocked.  He's also going to testify that, at first, he

1    trusted Craig Wright, the man who said he wanted nothing from

2    the estate.  He was even excited to talk about his brother.

3          A couple weeks -- I think like a couple -- eight weeks

4    after Craig first makes contact with the family, Ira writes to

5    Craig this email -- I highlighted some parts, but I'm going to

6    read the whole thing.  It's dated May 20th.  The date's

7    backwards because of the Australian convention.  And Ira writes

8    and says:  "I thought I would share this memory of Dave that I

9    had.  I don't recall him ever saying the word 'Bitcoin' to me.

10   But I do have a memory where I think he told me he was working

11   on it.  We were visiting at my dad's house, I think for

12   Thanksgiving, and I believe it was the first time he met my

13   daughter, Jiji.

14         "We started talking about how successful Facebook had

15   become.  And I asked him if he was working on anything

16   interesting.  He told me he was making his own money.  I was

17   like:  'What?  Are you making counterfeit money?'  I thought he

18   might be up to something fishy.

19         "And then he said it was digital money.  And he opened

20   up his wallet to show me something like a business card with a

21   logo on it.  But he couldn't find it so he just scribbled on

22   the back of the card the 'B' with the line through it.

23         "He also said he was doing some work with a rich

24   foreign guy.  I replied to him saying:  'Why don't you partner

25   with the guy.  With your brains and his money, you guys could

1    create the next big thing like Facebook.'

2            "He gave me a blank look and was silent, which I

3    thought was unusual for Dave to stop talking.  Maybe he didn't

4    want to come out and directly say that you guys were already

5    partners.

6            "Anyway, that's the only time I recall where he

7    mentioned this stuff to me."

8            And, Dorian, if we can go to the next slide, please.

9            Craig responds later that day:  "We did partner."

10           Later on in this email, he also writes in response to

11   Ira's memory about the logo:  "I will have to see what I can

12   dig up.  The old Bitcoin logo we did is no longer used.  I have

13   a copy of it somewhere."

14           And you'll see these emails presented in the case and

15   you'll hear both Craig and Ira talk about them.

16           So shortly after this email was sent, though, the

17   relationship between Ira and Craig Wright began to sour.  Why?

18   Ira began to grow suspicious of Craig.

19           Right around this time, Ira gets a letter from the

20   ATO, the one Dr. Wright knew was coming.  The ATO then starts

21   to ask Ira some very alarming questions.  They ask him whether

22   he knew that Dave had received $40 million from Craig Wright,

23   whether Ira knew that Craig sued this company called W&K, and

24   whether Ira knew that Craig got a judgment against W&K

25   transferring all of its intellectual property to Craig and his

1    company.

2           Ira was alarmed.  Craig never told him about W&K.  He

3    never told him about those lawsuits.  And so Ira -- and he

4    certainly never told Ira about $40 million.  And this is when

5    Ira begins to press Craig, starts to ask him questions about

6    the story that Craig is telling him.

7           This is also when Craig's story starts to change.

8    When Ira isn't buying it, he even brings in his wife, Ramona,

9    to assure him that everything's above board, that there's

10   nothing wrong.

11          This went on for about a year until all communications

12   between Craig Wright and Ira ceased roughly around the middle

13   of 2015.  And so what was Craig Wright up to in 2015?  He was

14   working to cover up his theft of W&K's intellectual property.

15          You're going to see documents showing the beginning of

16   this scheme, documents like this one.  So this is an email from

17   Craig dated June 19th, 2015.  It's between him and a number of

18   his business associates who he wanted to do a big deal with as

19   part of this intellectual property.

20          And Craig writes:  "So what I'm seeking to do is have

21   the entity as clean and polished as I can before we start going

22   forth.  I do not want to have any challenges to the IP later on

23   when things start to get big.  I want to remove any ownership

24   from former directors before they know what it could become, so

25   they cannot challenge anything later."

1    So with this plan to transfer all the IP into the new

2    entity, his lawyers started working on the paperwork, but even

3    they had a few questions about this asset transfer from W&K to

4    Craig and his companies.

5    We're going to see documents like this one identifying

6    red-flag third-party issues.  These are the Australian

7    judgments and the asset transfer going from W&K to Craig's

8    companies.

9    But ultimately, despite these red flags, the deal got

10   done.  And after that, well, Craig Wright's company started

11   filing for hundreds of patents based on this intellectual

12   property that he had taken from W&K and formed into this new

13   entity despite the red-flag issues.

14   So in 2016, with this deal closed, the IP free and

15   clear, and his problems with Ira and the family seemingly long

16   behind him, Craig was finally ready to out himself as the

17   creator of Bitcoin.  And since then, Craig has bragged about

18   his riches to anyone who would listen.  But he's never paid the

19   estate or anyone in Dave's family a single penny, let alone the

20   full value of the partnership assets that he took from Dave

21   after he died.

22   So this brings us up until 2018, when the lawsuit is

23   filed.  February 14th, 2018, Ira files this lawsuit convinced

24   that Dr. Wright stole from the estate and tarnished his

25   brother's legacy as one of the co-creators of Bitcoin.

1    When Craig is confronted with this evidence, Craig's

2  story starts to change.  Suddenly him and Dave were never

3  really partners.  Him and Dave never mined Bitcoin.  In fact,

4  when asked about his feelings about partnerships a year into

5  the case, this is what Craig had to say.

6    (Video played.)

7    "Do you recall any of the emails Dave Kleiman used to

8  receive communications about Bitcoin blockchain or Timechain

9  technology from 2010 through 2013?

10    "I can't answer what Dave received anything on.  Dave

11  is an independent person.  He was never my partner.  I've never

12  had any relationship that way with him.  He was just a friend.

13  I have never formed a partnership.  I will never form a

14  partnership.  I hate the whole concept of partnership.  I will

15  never be a partner.  I will never have a partner.  The only

16  partner I have is my wife.  That is the formal partnership I'm

17  in.

18    "I have never been in a partnership.  I don't want to

19  know what other people do.  I don't care what other people do.

20  I don't ask what other people do.  I don't ever go into any

21  details of what other people do."

22    (End of video.)

23    Now, ask yourself:  What do each of you think

24  triggered Craig's sudden hatred for partnerships?  So it's also

25  this period of time that the estate during this case starts to

```
 1    learn of the full extent of Craig's fraud.

 2          You're going to see a number of the emails that we

 3    will show Craig forged, emails like this one and there's a lot

 4    of text on this page so I'm going to try to walk you through

 5    what this is showing.

 6          There's two exhibits being shown here, one on the left

 7    and one on the right.  On the left-hand side, you will see an

 8    email that Craig Wright sent from himself to himself -- you'll

 9    see that on the top left -- on February 28th, 2014.  In this

10    email, he's drafting out --

11          MR. RIVERO:  Objection, Your Honor.

12          THE COURT:  And the basis?

13          MR. RIVERO:  Demonstratives were supposed to be shown

14    to both sides.  This is a demonstrative that has not been shown

15    to the Defense.

16          MR. ROCHE:  Your Honor, this is two exhibits and we're

17    highlighting the text in the two exhibits.  I don't think this

18    is a demonstrative.

19          THE COURT:  We spent some time reviewing the

20    demonstratives.  And I understand that this is what the

21    Plaintiffs expect the evidence to show.

22          But in fairness, since this email was not provided at

23    the time that we reviewed the demonstrative, the objection is

24    sustained.

25          Let's move on to the next one.
```

 1              MR. ROCHE:  No problem, Your Honor.  Thank you.

 2              Dorian, if you can take that down for now.

 3              So you remember that company, W&K, that Dr. Wright

 4     sued in Australia?  After the lawsuit was filed, Dr. Wright

 5     said he didn't have any connection to W&K.  In 2013, though, in

 6     front of the Australian Tax Office, he said that he was a

 7     50-percent shareholder in W&K.  But you'll see that he swore to

 8     this Court that he was never a shareholder of W&K after this

 9     lawsuit was filed.  In front of the Australian courts, he swore

10     that he was an authorized representative of W&K.  But when this

11     lawsuit was filed, he swore that he never exercised authority

12     over W&K.

13              So Ladies and Gentlemen of the Jury, it is up to you

14     to decide which version of Craig you will believe.  Is it the

15     version of Craig and his statements that he made prior to this

16     lawsuit being filed?  Or is it the version of Craig that -- and

17     the statements he made after this lawsuit was filed, after the

18     estate uncovered the theft of Dave's partnership assets?

19              So moving on to the second topic, the witnesses you're

20     likely to hear from.  I want to briefly discuss a few of the

21     witnesses you're going to hear from.  Later today, Plaintiffs

22     will call their first witness, Mr. Andreas Antonopoulos.

23     Andreas Antonopoulos is a world-renowned Bitcoin expert.  And

24     he's been in this space since 2012.  In 2014, he wrote

25     "Mastering Bitcoin," which is the world's most cited book on

1    Bitcoin.  Mr. Antonopoulos is going to help you understand some

2    of the high-level concepts that you're going to need to know

3    about Bitcoin in this case.

4           He's going to tell you about this thing called the

5    blockchain and how it works, how people can acquire Bitcoin

6    through the process called mining, and he'll also provide a

7    brief history of the development of the Bitcoin protocol.  And

8    remember, mining is the process on how the partnership acquired

9    the 1.1 million Bitcoin.

10          After Mr. Antonopoulos, you'll hear from a number of

11   witnesses who will testify that between 2013 and 2018, that

12   second time period, Craig told them that he was partners with

13   Dave.  These -- the people you will hear testifying include

14   Dave's business associates, Craig's business associates, one of

15   the early developers on the Bitcoin protocol, and that author

16   who was hired to publish an article on Dr. Wright.

17          You will also hear in this case from Dave's brother,

18   Ira.  Ira's going to tell you about that Thanksgiving Day story

19   where he talked with his brother about his work and developing

20   a new form of money and where he drew that Bitcoin logo in

21   Thanksgiving 2009.  He's also going to tell you about the

22   initial outreach from Craig in 2014, nine and a half months

23   after his brother, Dave, died, his initial enthusiasm for Craig

24   and the stories Craig told him about his brother, Dave, and

25   their eventual falling-out.

1          Finally, you're going to hear from two witnesses in

2    this case, Dr. Craig Wright himself, and Dr. Matthew Edman.

3    When Dr. Wright takes the stand, I fully expect him to come up

4    with a number of excuses for the statements he made before this

5    lawsuit was filed.  First, I'm sure he's going to deny that he

6    ever took Dave's share of the partnership's Bitcoin.  He's

7    likely to claim that Dave kept his share of the partnership's

8    Bitcoin on a number of devices that Dave had with him or Dave

9    owned around the time of his death.

10         And, Dorian -- devices like these.

11         They're likely going to show you these drives and

12   they're likely going to hold up a device like this and they're

13   going to tell you that Dave's share of the Bitcoin is on either

14   one of these devices or something that looks about this big.

15   But this story makes no sense.  If Dave's share of the

16   partnership's Bitcoin were really on these devices, why did

17   Craig wait more than nine and a half months to reach out to his

18   family to tell them that there was a digital trove on these

19   devices?

20         You're also going to hear that Ira offered numerous

21   times to Craig to examine these devices.  Craig never took him

22   up on that offer.  Why didn't he help?  Because he already had

23   access to Dave's share of the Bitcoin.  You're going to see in

24   the emails, he admitted as much.  He admitted to his wife,

25   Ramona, for example, that he had -- him and Dave jointly shared

1    access to the Bitcoin.

2              You're probably also going to hear Dr. Wright and his

3    team say that Dave couldn't have had a trove of Bitcoin,

4    because when Dave died, he was struggling to pay some of his

5    bills.  But you're also going to hear that when Dave was alive,

6    him and Craig promised each other never to touch the Bitcoin.

7    And you're going to hear people in this trial testify that if

8    Dave promised somebody to keep -- to not touch something, he

9    would keep that promise, no matter the difficulty.

10             Next, you're going to hear, as was previewed this

11   morning, that Craig Wright has been diagnosed with autism and

12   that, because of his disorder, sometimes people misinterpret

13   what he says.  You heard Mr. Andres Rivero discuss that

14   diagnosis this morning during the voir dire.

15             But what Mr. Rivero didn't tell you is that, prior to

16   this lawsuit, Craig Wright was never diagnosed with autism.

17   The first time he was diagnosed with autism was by an expert

18   that was retained by Craig Wright's lawyers in this case, that

19   that expert diagnosed Craig Wright with autism during a phone

20   call that lasted less than three hours, that that expert had

21   never even met Craig Wright before issuing his diagnosis.

22             Ultimately, each of you will have to decide whether or

23   not that diagnosis in Craig's testimony explains away his

24   previous admissions about the partnership; previous admissions

25   about jointly mining Bitcoin with Dave; and his admissions

1    about the intellectual property.

2            Finally, you're going to see emails like the emails I

3    tried to show you guys earlier, but you'll see those later in

4    this case.  There's a number of emails and contracts that the

5    evidence will show were faked and forged by Craig Wright after

6    Dave died.  Craig is likely going to testify that he didn't

7    write those emails, that they were placed on his computer by a

8    hacker.  But at the end of Plaintiffs' case, you're going to

9    hear from Dr. Matthew Edman.  Dr. Edman is a director in the

10   cybersecurity and investigations practice at Berkeley Research

11   Group.  His work is relied on by large institutions and

12   government entities, entities like the FBI.

13           Dr. Edman is going to testify that those -- many of

14   those emails that appear to be sent by Dave are forgeries; that

15   they were actually created after Dave died; that they were

16   created on a computer that was in Australia; and that the name

17   of that computer is CSW.  CSW is Craig Wright's initials.

18           Ladies and Gentlemen of the Jury, you've been very

19   patient with me this morning and I want to thank you for your

20   time not only today, but over the coming weeks.  We know your

21   time is important.  And we're all going to do our best to make

22   sure that this trial is presented efficiently and that our time

23   is used well.

24           I want to conclude my opening statement this morning

25   by previewing the key issues that each of you will be asked to

```
1    decide after this case is over.

2          The two key issues are:  One, did Craig and Dave

3    partner to create the Bitcoin protocol, mine a substantial

4    number of Bitcoin, and develop intellectual property; and, two,

5    after Dave died, did Craig take the partnership's assets

6    wrongfully from Dave's estate.

7          The evidence that you're going to see over the coming

8    weeks is going to show you that the answer to both of those

9    questions is yes.

10          Now, when I sit down here in a moment, Craig Wright's

11   attorney is going to come up and give Craig's opening

12   statement.  And I'm sure she's going to poke holes in the

13   claims that the estate has brought against Craig Wright.  But

14   when you hear Craig Wright and his team testify and say today,

15   what I want you to do is compare it to Craig Wright's actions

16   before this lawsuit was filed; compare it to what Craig said

17   before Ira grew suspicious of him.

18          When you make and consider -- when you consider that

19   evidence, it will be up to each of you to decide who is telling

20   the truth.

21          Thank you very much.

22          THE COURT:  All right.  Thank you, Mr. Roche.

23          Ladies and Gentlemen, do we need to take a recess or

24   are we ready continue?  Does anyone need to take a recess?

25          All right.  Then let's go ahead and take a 20-minute
```

1      comfort break.  The court security officer will take you into

2      the jury room.  We have two restrooms in the back.  And I'll

3      see you back here in 20 minutes, at 3:15, please.

4          (Jury not present, 2:57 p.m.)

5              THE COURT:  All right.  I'll see you back here at

6      3:15.

7              MR. RIVERO:  Your Honor, may I raise one issue before

8      the break?

9              THE COURT:  Yes, sir.

10             MR. RIVERO:  Yes.  Thank you, Judge.  I did not object

11     other than on the specific demonstrative issue.

12             THE COURT:  You can go ahead and have a seat, counsel.

13             MR. RIVERO:  Although I believe much of the opening

14     went far beyond what is ordinary in an opening, we didn't raise

15     that issue.

16          But Judge, the Plaintiffs have squarely injected the

17     relationship between Ira Kleiman and his deceased brother,

18     including the sharing of a memory -- "I want to share a memory

19     about my dead brother" and the Thanksgiving Day story, which

20     there was a ruling by the Court that we could not comment on

21     the relationship between the brothers.

22          But Judge, I think, frankly, this is only the opening

23     saga.  Their intention is -- and I think the Court will see

24     already, their intention is to build up that relationship to

25     increase the credibility of Ira Kleiman as to the only evidence

1    during David Kleiman's lifetime that he ever said anything to

2    anyone about this supposed partnership.

3           My request to the Court is that we should be permitted

4    to comment on and bring out evidence about the credibility of

5    that relationship and those statements.

6           MR. ROCHE:  Your Honor, may I respond?

7           THE COURT:  Mr. Roche?

8           MR. ROCHE:  I don't have Your Honor's motion in limine

9    ruling in front of me, but I've read it many times.  Your

10   ruling stated that what was excluded was everything that

11   happened after the Thanksgiving dinner.

12          I was very careful in my opening to only reference

13   Dave, the individual, and that Thanksgiving dinner.  We did not

14   open the door to anything discussing Ira and Dave's

15   relationship.  Certainly nothing after 2009.

16          THE COURT:  All right.  Well, let me state what's

17   elementary, and that is this is an opening statement.  This is

18   not the evidence in the case.  I'm certainly not going to

19   address any anticipated intentions.

20          With regard to opening the door, we will address it at

21   the time that the door is actually opened.

22          MR. RIVERO:  Thank you, Your Honor.

23          THE COURT:  I'll see you back here at 3:15.

24       (Recess from 3:00 p.m. to 3:13 p.m.)

25          THE COURT:  All right.  Welcome back.

1        Is there anything we need to address before we bring

2   the jurors back?

3        On behalf of the Plaintiffs?

4        MR. ROCHE:  No, Your Honor.

5        THE COURT:  The Defendant?

6        MR. RIVERO:  No, Your Honor.

7     (Before the jury, 3:13 p.m.)

8        THE COURT:  All right.  Welcome back, Ladies and

9   Gentlemen of the Jury.

10        Please be seated.

11        We'll proceed with the Defendant's opening statement.

12        MS. MCGOVERN:  Thank you, Your Honor.

13        May it please the Court.  And you, Ladies and

14   Gentlemen of the Jury.

15        In this case, you are going to meet a genius.  He's

16   not a genius in all things, in all areas of his life, but he is

17   a genius in one.  He created something that changed the world:

18   The invention of Bitcoin.  To the world, the inventor of

19   Bitcoin is known as Satoshi Nakamoto.  In fact, that man is

20   Dr. Craig Steven Wright and he's sitting right here.

21        You might discover in this trial and, in fact, I

22   believe Plaintiffs' counsel has even suggested, that sometimes

23   geniuses can be difficult to get along with and to understand.

24   Their speech patterns, their behaviors, their outlooks in life

25   may same strange to us, different from us.

1          You will discover -- you will hear Dr. Wright.  You

2     will hear him testify.  You'll observe him.  He may be

3     perceived as rigid or rude because he tends to understand the

4     question that you're asking as he believes the question to be,

5     as he interprets the question, in a manner particular to him.

6     But to properly decide this case, Ladies and Gentlemen, a jury

7     must first understand this man.  And it will be my job to help

8     you understand this man.

9          You will hear expert testimony from Dr. Ami Klin

10    explain his observations of Dr. Wright's behavior, what the

11    autism spectrum disorder is, and how it impacts the

12    interpersonal skills of a highly intelligent person like

13    Dr. Wright.

14         You will hear in this trial that autism is not an

15    excuse for anything.  That is not the position Dr. Wright is

16    taking in this case, contrary to what you have just heard.

17    Understanding autism will help you be objective in assessing

18    the facts of this case, putting aside any subjective

19    perceptions that you may have of Dr. Wright's mannerisms or the

20    way he portrays himself.

21         Every single case is a story.  And we must wait for

22    the whole story before we can form a conclusion on what

23    actually happened.  This story, Ladies and Gentlemen,

24    represents the difference between friendship and partnership.

25    Pay attention to Plaintiffs' theory of this case, which was

1  right here, and certain exhibits that they showed you.  Pay

2  attention to the evidence in this case.

3        The very first entry of the timeline --

4        Mr. Shah, could you bring that up.

5        The very first entry of the timeline in this case, the

6  beginning of the story in this case, is the death of

7  Dr. Wright's best friend, Dave Kleiman, on April 26th, 2013.

8  According to Plaintiffs, that's when this case begins.  There

9  was an easel with some written time frames.  One was 2008 till

10  2013.  One was 2013 to 2018.  And another 2018 to today.

11        What matters in this case is what happened during Dave

12  Kleiman's life from 2 -- actually before 2008.  They don't even

13  talk about before 2008.

14        Ladies and Gentlemen of the Jury, there will be

15  nothing you will hear in this case and nothing that you saw on

16  the whole timeline that represents a conversation between

17  Dr. Wright and Dave Kleiman to form a partnership to invent

18  Bitcoin and mine Bitcoin.

19        There is nothing you will see in this case that

20  demonstrates Dave Kleiman's contribution to the invention of

21  Bitcoin intellectually or financially.  And there's nothing you

22  will hear in this case and nothing on Plaintiffs' timeline --

23  and this is probably the most important thing to think about

24  for the next couple weeks -- that even remotely suggests that

25  David Kleiman -- David Kleiman, not Ira Kleiman -- David

1   Kleiman, during his lifetime, said one negative thing about his

2   friend, Dr. Wright, made one accusation against Dr. Wright,

3   claimed that he was a liar, a thief, a forger.  Not once, Jamas

4   en la vida, remember that, Ladies and Gentlemen, to anyone for

5   anything.

6          Let's talk about the second category of the case that

7   was read here on the easel, the witnesses:  Patrick Paige,

8   David Kleiman's best friend and business partner; Carter

9   Conrad, business partner and best friend; Kimon Andreou, best

10  friend, saw him every day in the hospital.  Not once, to anyone

11  ever.

12         Instead, Ladies and Gentlemen, the evidence will show

13  this is a case that Ira Kleiman built after Dave Kleiman died.

14  You will hear that Dr. Wright and Dave Kleiman formed a special

15  friendship, even though it was for the most part a virtual or

16  online one.

17         The evidence will demonstrate, however, that David

18  Kleiman never claimed something that he was not, in fact,

19  entitled to claim as his own.  He was proud.  He was honest.

20  They were friends.

21         And the evidence is undisputed, Ladies and Gentlemen,

22  that Dave Kleiman never even suggested, not once, that he had a

23  partnership with Dr. Wright to invent Bitcoin and to mine

24  Bitcoin.  That is a marker in this case.  That's a marker in

25  this case.  It will not come forward as evidence.  You saw the

1    line on the easel.  This is a case about time frames,

2    witnesses, and evidence.  There will be no evidence that Dave

3    Kleiman during his lifetime claimed he had a partnership with

4    Dr. Wright to invent Bitcoin and to mine Bitcoin.

5         What's the full story behind Dr. Wright and Bitcoin?

6    To understand Dr. Wright's relationship with David Kleiman, you

7    will first need to hear from Dr. Wright.  He will describe his

8    childhood.  He will tell you that he grew up in a very

9    dysfunctional home.  He was deeply lonely.  He was considered

10   strange, even by his own sister.  No one understood him except

11   for his grandfather, who was very much like him.

12        He had few friends growing up.  And except for his

13   wife, he has few friends now.  He's been -- at 13, he wore a

14   Ninja outfit to a playground and all the other kids called him

15   a freak.  And he's been treated much like a freak virtually to

16   this day.

17        You'll hear him testify that his primary refuge was

18   mathematics, which became an intellectual obsession.  Almost no

19   one could understand what his obsession was and certainly very

20   few could tolerate it.  Not just in serious parts of

21   Dr. Wright's life, like this trial, but in all situations.  It

22   is difficult for Dr. Wright to interact with other people the

23   way we do.

24        You will hear in this trial that this man does not

25   have the skill of moderation in intensity or concentration.  He

1    comes across as wanting to be the most -- the smartest man in

2    the room.

3           He will testify that he is devastated and hurt by Ira

4    Kleiman's allegations against him.  Allegations of betrayal by

5    Dr. Wright of one of the few friends he was able to keep, David

6    Kleiman, however strange that friendship might seem to us.

7           Dr. Wright will explain his invention, why it remains

8    his obsession.  You will hear Dr. Wright explain that much like

9    the inventor himself, his invention is misunderstood.  You will

10   hear Dr. Wright talk about the devastating impact of Silk Road

11   and how, to this day, Bitcoin being misunderstood as a tool to

12   protect the anonymity of the party using Bitcoin to engage in

13   illegal acts like money laundering and child pornography,

14   something very near and dear to Dr. Wright's heart, and you

15   will hear about that.

16          You will, of course, need to know more about

17   Dr. Wright than his emotional life.  You will need to hear

18   about Dr. Wright's invention that changed the world and how he

19   invented it.  Dr. Wright will testify that the invention began

20   with his obsession over transaction fees, the enormous

21   transaction fees that are incurred in sending even a small

22   amount of money.  Imagine that you are not close to your bank

23   and you need to take money out of an ATM.  It can cost up to $3

24   just to take out 20.  That's 15 percent of your money just to

25   get it out of the bank.

1          This invention changed all that.  It is a profound

2     revolution in that sense for all people, all over the world.

3     It's an invention, as you will hear Dr. Wright tell you, that

4     comes from years of studying of seemingly disconnected

5     concepts, like math, game theory, economics, law, philosophy,

6     theology and accounting.  And it creates a publicly available

7     platform to transact business on the smallest scale for less

8     than one cent.

9          The evidence will show that Dr. Wright pursued with

10    passion the study of all of these areas and that Dave Kleiman

11    did not.  The Bitcoin blockchain is an open platform on the

12    Internet for all to see, that uses digital cash to transact

13    business in amounts as small as one cent for less than one

14    cent.

15         Imagine you're at the Dollar Store, and some -- and a

16    loved one wants to buy that perfect purple blanket.  You can do

17    that with Bitcoin without large fees.

18         It's revolutionary because this invention allows

19    everyone, corporate giants, small businesses, wealthy

20    individuals and people who struggle on less than five dollars a

21    day, to send digital cash without expensive bank fees, without

22    traditional limitation on minimum amounts, but most of all,

23    with complete transparency right on the Internet.

24         The evidence will show that this invention is a form

25    of transparent accounting.  Anyone can go on the Internet and

1    see a transaction in near real-time.  And trustworthy.  The

2    entire premise of the invention is that competition in the use

3    of the blockchain keeps accounting honest.

4         Bitcoin is grounded in the system that requires a

5    proof of work for each coin mined.  At the root is effort.

6    It's like a math exam when the teacher takes off points if the

7    proof of work is not demonstrated.  All transactions have to be

8    one hundred percent accurate in order to create or earn a coin.

9         Dr. Wright will explain that the Bitcoin blockchain

10   does just that.  And he will testify that the blockchain in its

11   simplest form is a publicly viewable ledger or record.  If a

12   single Bitcoin moves or is transacted, you can see it.  Even if

13   a fraction of a Bitcoin moves, you can see it.

14        All you need to do is go on the Internet, load any

15   Bitcoin blockchain, explore, and you can see every single

16   public address, every single transaction, every single

17   transportation ID.  You can trace all mining transactions and

18   movement of Bitcoin.  Indeed, you cannot send or transact a

19   Bitcoin without leaving a trace.

20        Transactions are confirmed by nodes or miners to

21   ensure there's no double-spending of coins.  Imagine someone

22   writing a bad check.  On the blockchain, the person writing

23   that bad check is known.  Everyone knows the check is bad right

24   away.

25        These protocols are intended to create a system of

1    transactions that's open and secure.  The blockchain does not

2    typically show who made the transaction or who owns or controls

3    the Bitcoins, but the parties to the transactions are aware of

4    one another, which means that the Bitcoin transactions are not,

5    in fact, anonymous.  Dr. Wright will further explain that when

6    the Bitcoin blockchain was publicly released in 2009, January

7    2009, every single one of the 21 million Bitcoins that exist

8    were created.

9              Dr. Wright could have kept a bunch of Bitcoin for

10   himself then, but he didn't.  Instead, he ensured that those

11   who helped keep the blockchain running and accurate would

12   receive an incentive for their work.

13             It's called mining.  It's -- the true genius of the

14   invention of Bitcoin is the use of mining to maintain the

15   blockchain.  Bitcoin mining is the use of computer power to

16   solve mathematical equations and keep the blockchain running.

17             In the beginning, the miner that first solved the

18   equation was paid with 50 Bitcoins for its success in keeping

19   the blockchain running.

20             One thing that miners do is they bring the 21 million

21   Bitcoin out into the light a few at a time.  The payment is the

22   distribution of mined Bitcoin.

23             Now, let's talk about nodes.  A node is a computer or

24   a group of computers that runs the Bitcoin software and helps

25   to keep Bitcoin running by participating in the relay of

1    information and confirming the transaction, confirming it's

2    valid.

3           At the beginning of Bitcoin, you could run a node.

4    Anyone could run a node.  All you needed to do was download the

5    Bitcoin software for free and leave a certain port open.  The

6    drawback is that it consumed energy and computer memory storage

7    space.  Even to this day, nodes spread Bitcoin transactions

8    around the network and miners run nodes.

9           How do they mine?  By confirming all the transactions

10   and competing to solve a mathematical puzzle.  That is part of

11   the Bitcoin program.  The first miner to solve the puzzle

12   announces its victory to the rest of the network.  All the

13   other miners immediately stop work on that block, confirm the

14   proof of work and solving the puzzle was accurate and start

15   trying to figure out the mystery for the next one.  Mining was

16   essential to the implementation of Bitcoin.

17          After Dr. Wright invented Bitcoin, he mined Bitcoin on

18   behalf of one of his companies in Australia.  And Dr. Wright

19   asked everyone he could to mine.  He asked his uncle; his

20   sister; his church; his friend, Hal Finney.

21          In stark contrast, the evidence will demonstrate that

22   Dave Kleiman never asked anyone to mine, ever.  In fact, the

23   evidence will demonstrate that David Kleiman never even talked

24   about mining Bitcoin to anyone.

25          You will recognize from Dr. Wright's explanation of

1    what Bitcoin is, and how it was designed, that only a genius

2    could invent it.  Dr. Wright will testify that this concept for

3    the Bitcoin blockchain was first laid out in what is called the

4    Bitcoin Whitepaper.  Dr. Wright wrote the Bitcoin Whitepaper

5    summarizing his invention of Bitcoin.  Then you know what he

6    did?  He distributed it to the world for free.

7         You heard Plaintiffs' counsel refer to the

8    distribution of the Bitcoin Whitepaper on October 31st, 2008.

9    Dr. Wright distributed the Bitcoin Whitepaper on October 31st,

10   2008 to the world for free.

11        Pay attention to the evidence in this case.  There is

12   not a single communication between Dr. Wright and David Kleiman

13   that reflects a partnership between them on the invention of

14   Bitcoin, on the Bitcoin Whitepaper, or on the distribution of

15   the Bitcoin Whitepaper to the world.

16        Where is the partnership agreement?  Where is the

17   evidence that shows the terms of the partnership between them?

18   There's not a shred of evidence, not a single piece of paper

19   outlining the terms of a partnership.

20        Now, the second vital element of the invention of

21   Bitcoin is the Bitcoin code.  You will hear testimony that the

22   Bitcoin code was largely written before the whitepaper was

23   distributed on October 31st, 2008.  Dr. Wright developed the

24   Bitcoin code.  Again, what did he do?  In January 2009,

25   Dr. Wright distributed the Bitcoin code to the world for free.

1    Think about that.  The invention that has caused us to be here

2    today was distributed to the world by Dr. Wright.

3         Again, on the timeline, Ira Kleiman has not included a

4    single communication between Dr. Wright and David Kleiman that

5    reflects any work by Dave Kleiman on the code before its

6    distribution to the world in January 2009.

7         There's not a single communication between Dr. Wright

8    and Dave Kleiman that reflects a partnership between them on

9    the Bitcoin code.  No partnership agreement, not a single piece

10   of paper outlining the terms of a partnership.

11        In this trial, you will hear Dr. Wright talk about the

12   origin of this invention, how he worked on it tirelessly for

13   years, how it is his obsession and, yes, as Plaintiffs allude

14   to, how he became entangled in the Australian Tax Office, which

15   is like the IRS here in the United States.

16        You will see that the Australian Tax Office hated his

17   invention, tried to crush it with punitive tax measures, and

18   how Dr. Wright's friend, David Kleiman, supported Dr. Wright

19   and cheered him on when no one else would.

20        At the heart of this case is a single theory.  Ira

21   Kleiman comes to you in the shoes of David Kleiman asking for

22   an award against Dave Kleiman's friend, Dr. Wright, based on

23   the claim that Dr. Wright referred to Dave Kleiman as his

24   partner.  That's it.  Calling Dave Kleiman partner.

25        In the words of Abraham Lincoln, one of my favorite

1    quotes of all time -- I use it all the time with my children --

2    "Calling a tail a leg doesn't make it a leg."  The dog still

3    has four legs.

4        Calling someone your partner doesn't necessarily make

5    them a legal partner for all purposes.  What we call each other

6    doesn't mean all things for all purposes.  We call each other

7    lots of things, mi socio, hermano, bro, in lots of different

8    contexts and for lots of different reasons without concern that

9    one day someone will use those words to create a legal

10   obligation beyond the context in which they were meant.  The

11   term "partner" will have many different meanings, depending on

12   the circumstances in which this is used.

13       Dr. Wright will explain each and every one of those

14   statements that Plaintiff chooses to put on his timeline.

15   There's no written partnership between Dr. Wright and Dave

16   Kleiman for the invention of Bitcoin, for the mining of

17   Bitcoin.  There are no communications between them during the

18   critical period of time coming up with the invention, writing

19   the invention, working on the code, distributing both of them.

20   Nothing.  Nada.

21       There are two exceptions.  There are two exceptions

22   that we'll show.  In February 2011, over two years after

23   Dr. Wright invented Bitcoin, distributed the whitepaper and the

24   code to the world, Dave Kleiman created a Florida limited

25   liability company called W&K.  In February 2011, Dave Kleiman

1    created that entity with Dr. Wright's former wife, Lynn Wright,

2    in one of Dr. Wright's Australian entities called Information

3    Defense Party Limited.

4           The corporate mission was to do work with the

5    Department of Homeland Security.  You'll hear Lynn Wright

6    testify.  She was there.  She will testify regarding the

7    creation of W&K.  She will explain that she worked with Dave

8    Kleiman on creating the entity and the name.  And contrary to

9    Plaintiffs' counsel's statement earlier today, the "W" stood

10   for Lynn Wright the "K" stood for Dave Kleiman, and Information

11   Research Defense stood for Information Defense Party Limited,

12   the Australian entity.

13          When Dr. Wright referred to Dave Kleiman as his

14   business partner in 2013, 2013 --

15          Mr. Shah, could you pull up that second entry on the

16   timeline.

17          -- Dr. Wright will explain -- 2013.  So David Kleiman

18   dies on April 26th, 2013.  That's the first entry in their

19   case.  That's when it all begins.  And you know why it all --

20   you know what breathes air into that hot balloon?  This one:

21   "My best friend and business partner died a few days back."

22          Pay attention to the evidence, Ladies and Gentlemen.

23   This is a case that Ira built.  Ira Kleiman is going to tell

24   you what he believes Dr. Wright meant by that statement.

25   Dr. Wright is going to testify what he meant by that statement.

1          But let's go back to the historical facts of the case.

2     Dr. Wright will explain that when he is referring to the work

3     he tried to do through one of his Australian entities with W&K,

4     and later in an Australian entity in which David Kleiman was to

5     have a role called Coin-Exch., in both instances, Dr. Wright

6     referred to Dave Kleiman as his business partner, had documents

7     drawn up establishing a formal business relationship and acted

8     accordingly.

9          There's a difference in this case with respect to that

10    partnership, that business relationship and the business

11    partnership Ira Kleiman asks you to draft today for the

12    invention of Bitcoin and mining of Bitcoin.  Big difference.

13    And it's going to depend on conflating, confusing,

14    bait-switching, the use of the term "partner" and what

15    Dr. Wright meant.

16         The evidence will show that W&K, contrary to

17    Plaintiffs' statement earlier today regarding the intellectual

18    property of W&K, stating without reference or evidence that

19    that intellectual property has tremendous value -- the evidence

20    is not going to show that.  Unfortunately, the evidence is not

21    going to show that.  Dr. Wright would be no happier if

22    Coin-Exch. had taken off like a hot balloon, but it didn't.  It

23    didn't launch.  The evidence will show that W&K was not able to

24    accomplish its corporate mission because Dr. Wright was very

25    busy and Dave Kleiman was very sick, very sick.  We're going to

1     be asking Ira Kleiman about that.

2          Nonetheless, Dr. Wright did -- even though W&K did not

3     amount to anything of value, Dr. Wright did what a partner in a

4     partnership would do.  He turned the shares of Coin-Exch. to

5     Dave Kleiman's family after Dave Kleiman died.

6          We're going to go into all of those communications

7     between Dr. Wright and Ira Kleiman, where Dr. Wright tirelessly

8     tried to convey what he wanted to convey of Dave Kleiman's in

9     Coin-Exch. to his brother, Ira Kleiman.  And you will learn why

10    that never came to fruition, but it was not at the fault of

11    Dr. Wright.

12         We will get into all of those communications, but I'd

13    like that communication and that evidence to come to you, not

14    through any argument, but to come to you through evidence.

15    Needless to say, the evidence will show Dr. Wright and

16    Dr. Wright's wife, Ramona Watts -- you will see her testify.

17    She'll be here in court.  She, too, will explain the efforts

18    they took to try to convey the interest of Dave to Ira Kleiman,

19    who was not interested because he didn't want to have to pay

20    tax.

21         Note the evidence well.  Throughout the time that

22    Dr. Wright knew Dave Kleiman, through the creation of Bitcoin,

23    the distribution of the Bitcoin Whitepaper, and the Bitcoin

24    code, and Dr. Wright's mining of Bitcoin, the behavior of

25    Dr. Wright and Dave Kleiman, that first entry, 2008 to 2013,

1   you will see the communications between Dr. Wright and Dave

2   Kleiman.  There will be no question in your mind what they

3   were, in fact, doing and what, in fact, they were not doing

4   together.  Pay attention to those communications, Ladies and

5   Gentlemen.

6           Significantly, the evidence will show that in forming

7   W&K in 2011, there was no effort by Dave Kleiman to include any

8   reference to any other partnership the two of them may have had

9   before that.  None.

10          The evidence will show that Dave Kleiman died without

11  ever bragging to anyone, boasting to anyone or even celebrating

12  with anyone that he was, in fact, entitled to anything from

13  Dr. Wright.

14          The way Dr. Wright felt about Dave Kleiman cannot be

15  overlooked in understanding the friendship between the two of

16  them.  Dr. Wright will testify about what David Kleiman meant

17  to him during his life and to this day.  And Dr. Wright will

18  utter no harsh words nor make any demeaning remarks about his

19  friend, Dave Kleiman.  Dr. Wright loved Dave Kleiman.  Probably

20  more than Dave Kleiman ever knew.

21          The evidence will also demonstrate that Dave Kleiman

22  was in awe of Dr. Wright, perhaps more than Dr. Wright ever

23  appreciated.

24          You will hear Dr. Klin testify that the emotional

25  appeal of Dave Kleiman for Dr. Wright eliminated, in large

1    part, the difficult part of Dr. Wright's life, the inability to

2    relate to ordinary people face-to-face.

3          Pay close attention, Ladies and Gentlemen, to what

4    evidence you do not hear or see in this case.  Pay close

5    attention to what Dave Kleiman did not say, did not do during

6    his lifetime.  Dave Kleiman's statements and actions during his

7    lifetime will never support the claims that Ira Kleiman's

8    brother -- that David Kleiman's brother makes against

9    Dr. Wright after Dave Kleiman's death.

10         You will not hear Dave Kleiman during his lifetime

11   ever say a negative word about Dr. Wright to anyone, not to his

12   trust and estates lawyer.  He had a trust and estates lawyer.

13   Not once did he ever say anything to his family friend and

14   trust and estates lawyer, Joseph Karp -- anything about

15   Dr. Wright owing him, having a partnership with him, being

16   entitled to assets that Dr. Wright had.  His trust and estates

17   lawyer.

18         Not to his accountant.  His accountant will testify

19   that David Kleiman never said one thing in connection with

20   preparing the tax returns about the partnership to invent

21   Bitcoin, to mine Bitcoin and the incredibly valuable

22   intellectual property assets that apparently they had in

23   partnership, his accountant, the same accountant that was the

24   accountant for the business that he had with two of his

25   friends, not once, ever, to anyone.

1          The evidence will show that during his life Dave

2     Kleiman's friendship with Dr. Wright was free of argument, free

3     of accusation, and free of claim of theft or fraud.

4          It's ironic, really, what can happen after death.

5     Dave Kleiman is not here to defend or deny Ira Kleiman's

6     attacks of theft against Dr. Wright, a man Dave Kleiman

7     referred to as his Google, his genius.

8          Even though David Kleiman is not here, there will be

9     no evidence that David Kleiman ever made the allegations

10    against Dr. Wright that Ira Kleiman is making here.

11          Dr. Wright will testify how important this case is to

12    him.  It's not important to him simply because the Plaintiffs

13    are asking for half of every single effort Dr. Wright -- every

14    single thing he's achieved, every single idea he's had in his

15    life.  Dr. Wright will testify that this case is important to

16    him because it is about his friend, Dave Kleiman.  It's

17    important to him because Ira Kleiman is asking to speak for

18    Dave Kleiman against Dr. Wright.

19          You will hear from the evidence that Dr. Wright's not

20    the only person Ira Kleiman has sued in Dave Kleiman's name.

21    You will hear -- the evidence will show that Ira Kleiman also

22    sued Dave Kleiman's other two friends, Carter Conrad and

23    Patrick Paige, in his quest for Bitcoin.  Ira Kleiman now

24    accuses Dr. Wright of stealing from Dave Kleiman, his best

25    friend.

1        I ask you to keep in mind in this trial as you hear

2   the testimony of Dr. Wright speak about his friend, Dave

3   Kleiman, whether the evidence supports Ira Kleiman's claim that

4   Dr. Wright stole from Dave Kleiman.

5        We've seen it today and you're going to hear it over

6   the course of this trial.  The Plaintiffs are going to spend a

7   lot of time presenting evidence that will distract and hide

8   from the key question in this case about partnership.  Their

9   evidence will focus on alleged allegations of documents, of

10  forgeries, of alterations, and insinuate, if not flat-out

11  accuse Dr. Wright, of being a forger and a thief because of

12  statements and actions that Dr. Wright took with the Australian

13  Tax Office.

14       The evidence will not show that Dr. Wright and David

15  Kleiman formed a partnership to invent and mine Bitcoin, which

16  is the claim we are here on today to decide.

17       Dr. Wright, you will learn, focuses on his work like

18  an obsession.  You will also learn that Dr. Wright is very

19  literal in ways that might seem absurd.  As his wife will

20  explain, if she asks him to help with a household task like

21  turning on the oven, he'll say:  "Sure, yes."  And then later

22  if you ask him:  "Why didn't you turn on the oven," he'll say:

23  "Well, you asked me if I could turn on the oven, not whether I

24  did."

25       It can be infuriating that the question that you ask

1    is not necessarily or fully understood by Dr. Wright to be the

2    question you are asking.  Dr. Wright's literalness can lead to

3    misunderstandings that typical people probably would not have.

4    But as you will learn, Dr. Wright is not doing this

5    contemptuously.  He's not doing it on purpose.  The behavior,

6    in fact, is common in obsessive people on the autistic

7    spectrum.

8          It's important to remember that this case must be

9    decided on the facts, what happened during Dave Kleiman's

10   lifetime, what Dave Kleiman never said about Dr. Wright to

11   anyone.  The case cannot be decided or judged, as Plaintiffs

12   hope you will do -- it cannot be judged on the man, this man,

13   the man who invented Bitcoin, because of the way he might come

14   across, because of the way he answers questions.  Look at the

15   story, the actual story based on the historical facts during

16   Dave Kleiman's lifetime.

17         Dave Kleiman.  The evidence will show that Dave

18   Kleiman and Dr. Wright met online through emailing and lists

19   and chat rooms in which they were both participants.  They

20   shared many interests.  You will hear Dr. Wright testify that

21   he couldn't believe a guy like Dave Kleiman, whom everyone

22   liked, liked him.  They developed a friendship where they would

23   speak online through chats or Skypes or Skypes or video calls.

24         Sometimes they would speak three or four times a week,

25   but sometimes they would go three or four months without

1    talking because Dr. Wright was busy and Dave Kleiman was sick.

2           Dr. Wright was hot tempered and Dave Kleiman was not.

3    They balanced each other out.  When no one else believed in

4    Dr. Wright's vision, Dave Kleiman did.  And when no one else

5    tried to understand Dr. Wright, Dave Kleiman did.  But

6    Dr. Wright didn't know much about Dave Kleiman's personal life.

7    And you will hear about why that is so.  There are nefarious

8    things that Plaintiffs' counsel is trying to infuse in the

9    absence of that understanding of Dave Kleiman's life, but it

10   was real simple:  Dave Kleiman never talked about it.

11   Dr. Wright will testify that after Dave Kleiman died, one of

12   Dr. Wright's employees tracked down an email address to Dave

13   Kleiman's father.  You saw the email.

14          Dr. Wright will testify that he contacted Dave

15   Kleiman's father, letting him know how important Dave

16   Kleiman -- how important his emotional support had been to him

17   in the development of Bitcoin.

18          THE COURT:  Two more minutes, Ms. McGovern.

19          MS. MCGOVERN:  You will also learn that Dave Kleiman

20   helped Dave Kleiman -- that Dave Kleiman helped Dr. Wright --

21   helped Dr. Wright through the very stressful period of the

22   Australian Tax Office.

23          One thing with respect to theft that we must keep in

24   mind:  Ira Kleiman claims that Dr. Wright stole from Dave

25   Kleiman after Dave Kleiman died.  The evidence will show,

1  however, that if anyone acted improperly or recklessly after

2  Dave Kleiman's death, it was Ira Kleiman.

3       The evidence will show that shortly after Dave

4  Kleiman's death, Ira Kleiman threw out all of Dave Kleiman's

5  work papers because they were seemingly meaningless.  The

6  evidence will also show that after Dave Kleiman died, Ira

7  Kleiman found electronic devices in Dave Kleiman's home.

8       These electronic devices -- you saw a picture of them

9  very briefly and it was taken down -- are very important for

10  two reasons:  First, Dave Kleiman worked in computer forensics.

11  It's only logical that Dave Kleiman kept information about his

12  life and his work on those electronic devices.

13       What did Ira Kleiman do after he received those

14  electronic devices?  The evidence will show that Ira Kleiman

15  wiped clean data on Dave Kleiman's hard drives by reformatting

16  them.  And then continued to overwrite data by using the

17  devices for his own use for well over a year after he filed

18  this lawsuit.  Think about that.  Dave Kleiman's life wiped out

19  just like that.

20       The evidence will show that Dr. Wright warned Dave

21  Kleiman's father in February of 2014 to maintain Dave Kleiman's

22  devices because they may contain important information, not in

23  a partnership, but what Dave Kleiman might have had

24  individually.  You will learn that Dr. Wright told Dave

25  Kleiman's father what type of file to look for, wallet.dat.

1   Think about that, Ladies and Gentlemen.  Is that what a thief

2   would do?

3          I only have a few more minutes, so I'd like to just

4   summarize, if I may, if Your Honor can indulge me for one

5   second.

6          Keep an open mind when you hear the questions

7   Plaintiffs ask Dr. Wright.  The questions being asked will be a

8   distraction from what you will never see in this case.

9          There will be no evidence that David Kleiman

10  contributed to the development of Bitcoin.

11         There will be no evidence that David Kleiman formed a

12  partnership with Dr. Wright for the purpose of creating or

13  developing Bitcoin.

14         There will be no evidence that David Kleiman made a

15  single financial contribution to the invention of Bitcoin.

16         There will be no evidence that Dave Kleiman during his

17  lifetime ever claimed entitlement to anything that Dr. Wright

18  invented, developed or Bitcoin that Dr. Wright invented,

19  developed or Bitcoin that Dr. Wright mined through companies.

20  Not to anyone ever.

21         THE COURT:  That's time, Ms. McGovern.

22         MS. MCGOVERN:  Thank you, Ladies and Gentlemen.

23         THE COURT:  Ladies and Gentlemen, before we begin the

24  testimony, let me set forth the claims and defenses in a brief

25  overview of the burden of proof that the parties have.

1         The Plaintiff, Ira Kleiman, on behalf of the estate of

2    David Kleiman, alleges the following claims for relief against

3    the Defendant, Mr. Wright:  Breach of fiduciary duty, breach of

4    partnership, civil theft, conversion, unjust enrichment, fraud,

5    and constructive fraud.

6         Plaintiff W&K alleges the following claims against the

7    Defendant, Mr. Wright:  Breach of fiduciary duty, civil theft,

8    conversion, unjust enrichment, fraud, and constructive fraud.

9         As I stated, Dr. Wright denies the allegations and he

10   has asserted the affirmative defenses of the statute of

11   limitations and latches.

12        The Court will be instructing you on the law as we get

13   to the end of the trial.  However, it is important that you

14   know that as to most of their claims, the Plaintiffs have the

15   burden of proving their case by what the law calls a

16   preponderance of the evidence.

17        That means that they must prove that in light of all

18   the evidence, what they claim is more likely true than not.

19        So if you could put the evidence favoring the

20   Plaintiffs and the evidence favoring the Defendant on opposite

21   sides of balancing scales, the Plaintiffs need to make the

22   scales tip to their side.  If the Plaintiffs fail to meet this

23   burden, you must find in favor of the Defendant.

24        The Plaintiffs also bring claims for civil theft.

25   Those claims require a higher burden of proof that I will

1    instruct you later.

2         To decide whether any fact has been proved by a

3    preponderance of the evidence, you may, unless I instruct you

4    otherwise, consider the testimony of all witnesses regardless

5    of who called them, and all exhibits that the Court allowed

6    regardless of who produced them.

7         After considering the evidence, if you decide a claim

8    or a fact is more likely true than not, then the claim or fact

9    has been proved by a preponderance of the evidence.

10        As I stated, sometimes a party has the burden of

11   proving a claim by clear and convincing evidence.  This is a

12   higher standard of proof than proof by a preponderance of the

13   evidence.  It means the evidence must persuade you that the

14   claim is highly probable or reasonably certain.  This is the

15   standard that applies to Plaintiffs' civil theft claims.  The

16   preponderance of the evidence standard applies to the

17   Plaintiffs' other claims.

18        On the affirmative defenses, the Defendant has the

19   burden of proving the elements of the affirmative defenses by a

20   preponderance of the evidence, and I will instruct you at the

21   end of the trial the elements that the Defendant must prove for

22   the affirmative defenses.

23        After considering all of the evidence, if you decide

24   that the Defendant has successfully proven the required facts

25   that are more likely true than not, then the affirmative

1    defense has been proven.

2         Ladies and Gentlemen, at this point in time, we will

3    continue and we will begin the testimony in this case.

4         On behalf of the Plaintiffs.

5         MR. ROCHE:  Your Honor, Plaintiffs would like to call

6    their first witness, Mr. Andreas Antonopoulos.

7         THE COURT:  Good afternoon, sir.

8       (Pause in proceedings.)

9         THE COURT:  Sir, I'm going to ask that you remain

10   standing, raise your right hand to be placed under oath.

11     ANDREAS M. ANTONOPOULOS, PLAINTIFF WITNESS, SWORN

12         COURTROOM DEPUTY:  Thank you.

13       Would you please state your name and also spell it for

14   the record.

15         THE WITNESS:  My name is Andreas M. Antonopoulos.

16   A-N-D-R-E-A-S, middle initial M, A-N-T-O-N-O-P-O-U-L-O-S.

17         COURTROOM DEPUTY:  Thank you.

18         THE COURT:  Before we proceed, Mr. Antonopoulos, let

19   me advise that we are following CDC guidelines.  So to the

20   extent that you are fully vaccinated and you feel comfortable,

21   you are permitted to take your mask off as you are testifying.

22         We do have a disposable microphone cover that I would

23   ask at the conclusion of your testimony that you just discard.

24         THE WITNESS:  Thank you, Your Honor.

25                          DIRECT EXAMINATION

1    BY MR. ROCHE:

2    Q.  Good afternoon, Mr. Antonopoulos.

3    A.  Good afternoon.

4    Q.  Would you please state your name and where you live, where

5    you reside for the record.

6    A.  My name is Andreas M. Antonopoulos.  Good afternoon.  I'm a

7    resident of Wyoming.

8    Q.  Were you retained by Plaintiffs for this case?

9    A.  That's correct.

10   Q.  And are you charging for your services?

11   A.  Yes, I am.

12   Q.  At what rate do you charge for your services?

13   A.  I charge $500 per hour for my services.  And a lower rate

14   for my associates and administrators.

15   Q.  And what is your field of expertise?

16   A.  I'm an expert in Bitcoin and open blockchains.

17   Q.  And how long have you been in the Bitcoin and open

18   blockchain space?

19   A.  Since the middle of 2012.

20   Q.  And can you describe for the jury what you were asked to do

21   in this case?

22   A.  I was asked to explain the technology of Bitcoin, describe

23   some of the historical events, the history of Bitcoin, and some

24   of the component technologies, such as keys, addresses,

25   transactions, blocks, the process of mining, and Bitcoin forks.

1    Q.  And can you tell the jury what your educational background

2    is?

3    A.  I hold a degree in computer science from the University of

4    London, specifically University College London.  And I earned

5    my master's degree in data communications, networks, and

6    distributed systems, the technologies of the Internet,

7    essentially.

8    Q.  Do you do any teaching related to Bitcoin and blockchain?

9    A.  Yes.  Since 2014, I have been a teaching fellow at the

10   University of Nicosia where I helped found and teach the open

11   course for their master's degree in digital currency, which, as

12   far as we know, is the first master's degree in digital

13   currency in the world.

14   Q.  And can you tell the jury if you do anything else for a

15   living?

16   A.  Yes.  I focus most of my work on producing educational

17   content, so teaching people about Bitcoin.  I do that through

18   books.  I've written a book called "Mastering Bitcoin," which I

19   wrote in 2014, the first and most quoted book in the industry

20   that explains how Bitcoin works.  It's a college-level

21   textbook.

22       I've written a number of other books as well.  I produce

23   educational videos.  I teach workshops and seminars.  I speak

24   at conferences and I provide expert testimony and consulting

25   services.

1  Q.  And have you provided any testimony on Bitcoin or

2  cryptocurrencies before?

3  A.  Yes.  I testified in front of the Canadian Senate,

4  specifically the banking and commerce committee of the Canadian

5  Senate as an expert witness, and I've also testified in front

6  of the Australian Senate to a similar senator committee.

7  Q.  And do you serve on any boards or have any advisory roles?

8  A.  Yes, I do.  I'm a director and board member of the

9  Cryptocurrency Certification Consortium.  This is a

10  professional accreditation and certification company.  It's a

11  non-profit out of Canada.  And we help professionals prove that

12  they know how to do this stuff with certifications like

13  certified Bitcoin professional, certified security auditor, et

14  cetera.

15      I also serve on the oversight committee of the Chicago

16  Mercantile Exchange Bitcoin Reference Rate where we design the

17  process and enforce the process by which the Chicago Mercantile

18  Exchange produces the Bitcoin Reference Rates and Bitcoin

19  Real-time Index price quotes that are published.

20      And I also work as an advisor and consultant on the

21  advisory boards of a number of start-ups in our industry,

22  helping them with Bitcoin strategy.

23  Q.  You mentioned the Chicago Mercantile Exchange.  Can you

24  explain at a high level what the Chicago Mercantile Exchange

25  is?

1    A.   Sure.   The Chicago Mercantile Exchange is one of the

2    nation's oldest stock markets.   They specialize in commodities.

3    So probably because all of the rail services converge there.

4         So if you buy and sell oil, corn, pork, soybeans, stuff

5    like that, that's all traded on the Chicago Mercantile Exchange

6    and they're also responsible for publishing the prices of

7    commodities that are used in contracts.

8         So they decided to start publishing a price for Bitcoin

9    that could be relied upon by institutions and companies.   So if

10   they, for example, want to do a contract and say:   "I'm going

11   to buy Bitcoin at some time in the future," the two parties can

12   agree and say:   "Well, the price we will use is the price

13   quoted by the Chicago Mercantile Exchange."

14   Q.   And have you prepared any demonstratives to assist you with

15   your testimony to the jury today?

16   A.   I have.   I have prepared a presentation sourced mostly from

17   the kind of material that I use in workshops and seminars when

18   I teach Bitcoin around the world.

19        MR. ROCHE:   Dorian, can you please publish the

20   presentation.

21        MR. RIVERO:   Your Honor, we have an unaddressed

22   objection about this demonstrative.   We had raised it with the

23   Court at the time that we discussed demonstratives and the

24   Court deferred until the time that the demonstrative was to be

25   used.

1   THE COURT:  All right.  Come sidebar.  Bring the

2   demonstrative so I may see it.

3      (At sidebar on the record.)

4      THE COURT:  What's the objection?

5      MR. RIVERO:  Under Rule 26, as the Court is aware,

6   there's a requirement to disclose any exhibits that would be

7   used to support -- summarize or support an expert's testimony.

8      So there was supposed to have been a review --

9      THE COURT:  Is this listed as an exhibit?

10     MR. ROCHE:  It is not an exhibit.

11     THE COURT:  You're just using it for a demonstrative

12  purpose?

13     MR. ROCHE:  For Mr. Antonopoulos to talk the jury

14  through the high-level technology.

15     THE COURT:  Was this previously disclosed to the

16  Defense?

17     MR. ROCHE:  This was disclosed when the

18  demonstrative -- can I finish, please?

19     It was disclosed when the demonstrative deadline was

20  due.  We changed around some of the order of some of the sites,

21  some of the font, but it's in sum and substance the same

22  exact --

23     THE COURT:  All right.  What's the --

24     MR. RIVERO:  Judge, Rule 26 requires that any exhibits

25  that are used to summarize or support an expert opinion be

1   disclosed at the time of the expert report, which would have

2   been about 18 months ago.

3        COURT REPORTER:  I can't hear you, Mr. Rivero.

4        THE COURT:  We had already addressed this and you

5   stated that I deferred.  So what's the specific issue with

6   this?

7        MR. RIVERO:  You didn't rule on that specific

8   question, which was under Rule 26, they would have had to

9   disclose this 18 months ago.

10        THE COURT:  But it's since been provided to you.

11        MR. RIVERO:  On October 1st, yes.

12        THE COURT:  All right.  So what's the procedural

13   prejudice?

14        MR. RIVERO:  Well, Judge, the fact that we did not

15   have time before that to -- for example, the deadline for

16   exhibits was prior to that time, the deadline for expert

17   disclosures was prior to that time.

18        There are many things we would have done had we known

19   about this in the 16 months between the time the reports were

20   due and the time this demonstrative was produced a month before

21   trial.

22        THE COURT:  You stated the Court deferred a month

23   before trial.  So you've had this for a month.  So how would

24   you have prepared differently for the trial?

25        MR. RIVERO:  Judge, there's all kinds of things we

1    could have done.

2          THE COURT:  Tell me -- show me something --

3          COURT REPORTER:  Mr. Rivero?

4          MR. RIVERO:  Yes.

5          COURT REPORTER:  You're on top of --

6          THE COURT:  You're on top of the --

7          MR. RIVERO:  Oh.

8          THE COURT:  All right.  Well, show me the page.

9          MR. RIVERO:  Yeah.  Judge, I'll give you an example.

10   This was long after the close of discovery.

11         MR. ROCHE:  What page?

12         MR. RIVERO:  There's a chart, Judge, about prices --

13         THE COURT:  Is it Page 19?

14         MR. RIVERO:  Judge, let me see it.

15         MR. ROCHE:  The pricing is on -- if it's the pricing,

16   it's on Page 26 and on Page 23.

17         THE COURT:  Okay.

18         MR. RIVERO:  Is that the historical --

19         THE COURT:  How would you have prepared differently?

20         COURT REPORTER:  The papers are all on the --

21         THE COURT:  Yeah.  The papers are on the mic.

22         MR. RIVERO:  May I have a moment?  Because I need to

23   find my glasses.

24         THE COURT:  All right.  So looking specifically at

25   Page 26, what's the issue?

```
 1          MR. RIVERO:  Judge, we didn't get a chance to take

 2   discovery on this.  We didn't get a chance to depose him about

 3   this.  We didn't get a chance to put an expert on this question

 4   of the prices of forks.

 5          There's substantial doubt.  And, of course, it will be

 6   subject to examination.  But these prices are volatile.

 7   There's no -- we had no opportunity to develop any evidence

 8   and -- can I please finish?

 9          MR. ROCHE:  I haven't said anything.

10          MR. RIVERO:  So that's -- there's also --

11          COURT REPORTER:  I can't hear you, Mr. Rivero.

12          MR. RIVERO:  Oh, sorry.

13          This is on Page 23, that I'm also referring to -- Your

14   Honor, on Page 26 on historical prices of the forks, it's the

15   same thing again, Judge.  These prices are some kind of spot

16   market valuation.

17          THE COURT:  Okay.

18          MR. RIVERO:  We didn't have a chance to develop this

19   with our expert.  We didn't have a chance to examine --

20          THE COURT:  Okay.  But these are the pricings.  So as

21   soon as Mr. Roche establishes the pricing, this is testimony

22   based on that.

23          What's the response?

24          MR. ROCHE:  Your Honor, this is disclosed in the

25   report on Page 19, Paragraph --
```

```
1                THE COURT:  May I see it?

2                MR. ROCHE:  Of course we didn't have the pricing, the

3     current pricing --

4                THE COURT:  Well, you wouldn't have pricing for

5     October 30th, obviously.

6                MR. ROCHE:  And we also expressly reserved our right

7     to --

8                COURT REPORTER:  I can't hear you.  I can't hear you.

9                THE COURT:  All right.  Listen, we're going to spend a

10    lot of time together.  You have your mics.  Just speak into

11    your respective microphone.  Here's mine.  Here's yours.

12    Here's yours.

13               All right.  So the only issue is the October 30th and

14    October 20th?

15               MR. ROCHE:  It says:  "I will be prepared to update

16    these values" --

17               COURT REPORTER:  I still can't hear you.

18               MR. ROCHE:  -- "including but not limited to at the

19    time of my testimony at trial."  That's what we're doing.  They

20    deposed him on it.  They had the pricing information.  They had

21    the fork information.

22               THE COURT:  The objection is overruled.  Lay the

23    appropriate foundation.  You'll have the opportunity to

24    cross-examine.  Let's continue.

25          (End of discussion at sidebar.)
```

1   BY MR. ROCHE:

2   Q.  I think before we took a break there, you were --

3        MR. ROCHE:  Oh, Dorian, can we publish the

4   demonstrative?

5        COURTROOM DEPUTY:  Counsel, is this only for the

6   witness right now?

7        MR. ROCHE:  Your Honor, can we publish the

8   demonstrative?

9        THE COURT:  We're using it for demonstrative purposes

10  so why don't you establish its use with this witness.

11       MR. ROCHE:  Sure.

12  BY MR. ROCHE:

13  Q.  Mr. Antonopoulos, have you prepared any demonstratives to

14  help assist you with your testimony explaining Bitcoin today?

15  A.  Yes.  I've used many of the materials that I use to teach

16  Bitcoin and to explain the specific concepts and technologies

17  that you asked me to explain.

18       MR. ROCHE:  Dorian, if we can publish.

19  BY MR. ROCHE:

20  Q.  Does this look like the demonstrative that you prepared to

21  assist you with your testimony today?

22  A.  Yes, it does.

23       MR. ROCHE:  And, Your Honor, at this point, can we

24  publish this to the jury, the demonstrative?

25       THE COURT:  You may use it as a demonstrative aid to

1    explain the witness's testimony.  So yes, if you want to place

2    it on the screen for that purpose, you may certainly do so.

3            MR. ROCHE:  Yes.

4            Can you guys see the demonstrative?

5            Thank you.

6    BY MR. ROCHE:

7    Q.  Now, you were asked to provide a brief history of Bitcoin?

8    A.  Yes.

9            MR. ROCHE:  Dorian, if we could go to the next slide.

10   BY MR. ROCHE:

11   Q.  Okay.  What are we looking at on this page of your

12   demonstrative?

13   A.  Now, on the --

14           MR. RIVERO:  Your Honor, we're not getting it on this

15   screen.  I'm not sure why.

16           THE COURT:  Liz, can we make sure?

17           Yvette, can we turn on the screens in the gallery and

18   also the counsels' screens?

19           COURTROOM DEPUTY:  Gallery.

20           MR. RIVERO:  It's being displayed there, Judge, and

21   there, but it's not being displayed in front of us.

22           THE COURT:  It should be displayed on their screens as

23   well.

24       (Pause in proceedings.)

25           THE COURT:  I see it on your screen.  It's still not

1   on your screen, Mr. Rivero?

2            MR. RIVERO:  No, Your Honor.

3            THE COURT:  And, Mr. Freedman, is it on your screen?

4            MR. FREEDMAN:  It is, Your Honor.

5            THE COURT:  It is.  So it's just that one screen.  And

6   is it displaying on the screen in front of Dr. Wright?

7            All right.  We'll call IT and perhaps if you can just

8   observe either the screen in the gallery or the one before

9   Dr. Wright so we may continue.

10            MR. ROCHE:  Thank you, Your Honor.

11   BY MR. ROCHE:

12   Q.  Mr. Antonopoulos, can you please tell the jury what this

13   demonstrative shows?

14   A.  Yes.  You're looking at, on the right-hand side, the front

15   page or the top of something colloquially called the "Bitcoin

16   Whitepaper."

17       It's an academic-style publication with title "Bitcoin, a

18   peer-to-peer electronic cash system" with the byline Satoshi

19   Nakamoto, and an email address, satoshin@gmx.com.

20       This paper appeared on October 31st, 2008 as a post on a

21   mailing list called a cryptography mailing list, sent from an

22   email address satoshi@vistomail.com.

23       Essentially, this is the public announcement of Bitcoin to

24   the world.  It's a nine-page paper, it describes what Bitcoin

25   is and, in broad terms, how it will work and presents it to the

1   world.

2   Q.  And what is the significance of the Bitcoin Whitepaper?

3   A.  This is a very significant publication.  It creates kind of

4   a new era in digital money.  It's a groundbreaking innovation

5   that appears for the first time on this mailing list and it

6   launches a new era for digital money.

7   Q.  Had digital money existed prior to October 31st, 2008 when

8   the whitepaper is published?

9   A.  Yes, it had.  In fact, I studied and was quite interested

10  in digital money when I was at university in the early 1990s.

11      Digital money has been studied for more than 30 years now.

12  And there had been many attempts to build digital money

13  systems; however, the reason this is groundbreaking is because

14  it is a significantly different approach to digital money.

15      All previous forms of digital money in order to solve a

16  specific problem called the double-spend problem, were highly

17  centralized.  They had a central element to them.  The

18  groundbreaking innovation in Bitcoin is to enable digital money

19  in a decentralized manner, meaning without a central point.

20  Q.  And you mentioned -- so there's two things you said in that

21  last answer:  It mattered that it was decentralization and it

22  mattered that it solved the double-spend problem.

23      Why did it matter that Bitcoin was decentralized?

24  A.  Well, digital money obviously is different from traditional

25  forms of money like paper money.  And if you hold, let's say, a

1    $20 bill, it's very expensive, very complicated, very difficult

2    to create a copy of it.

3        And if you think about having a file on your computer, a

4    picture or a document on your computer, it's not expensive;

5    it's completely free to make a copy of it.  It's not difficult;

6    it's one click.  And more importantly, the copy you will make

7    is identical in every way to the original.  It's

8    indistinguishable.  So a digital copy is cheap, easy, quick to

9    make, indistinguishable from the original.

10       So if you have a $20 bill, but it's a digital file, what

11   stops you from simply making a perfect copy of it and then

12   spending the copy and the original and probably making some

13   more copies while you're at it.

14       So to solve that -- that would be called the double-spend

15   problem.  The idea that you could make a perfect digital copy

16   and spend it twice.  To solve this problem, previous forms of

17   digital money relied on two things:  First, that all of the

18   money was issued through some central organization or

19   institution so that someone controlled how the money was

20   issued, when the money was issued, how much of the money was

21   issued.

22       And then, secondly, the transactions, the spending of money

23   would flow through that same central organization to make sure

24   that what you were trying to spend is a real piece of money and

25   not something you've made a copy of and trying to spend twice.

1      The groundbreaking innovation in Bitcoin is being able to

2   do that without a central location to both issue money that is

3   not copyable and also to control double-spending without having

4   anything with a central position in the system that has to look

5   at all of the transactions and control them; instead, that

6   function happens through many computers participating together

7   in a network.

8   Q.  I think we'll talk about some of these concepts in a

9   moment.

10      But just to simplify it for a second, if I had one Bitcoin,

11   and I want to send that one Bitcoin to Vel, and then a day

12   later I want to send that same one Bitcoin to Andrew, can I do

13   that with Bitcoin?

14   A.  No, you can't.  It will prevent you from double-spending.

15   Q.  Okay.

16         MR. ROCHE:  Dorian, if we could go to the next slide,

17   please.

18   BY MR. ROCHE:

19   Q.  So -- all right.  October 31st, 2008, the whitepaper was

20   published.

21      When was the first -- when did Bitcoin actually get

22   implemented for the first time?

23   A.  So what you're seeing on your screen here is called the

24   Genesis Block, which is the first block created, the first

25   block of Bitcoin created.  And you could think of a block as a

1    container of transactions and where Bitcoin first is born, and

2    this is the first of those.

3        On the bottom of the screen, you'll see:  "50BTC."  That

4    means 50 Bitcoin.  So this is the first 50 Bitcoin that is

5    created and enters into circulation.

6        Interestingly, in this block, there's a message embedded in

7    the block and that message is part of the block's authenticated

8    fingerprint, which means we know that that message was in that

9    block.  That's the only way it could be created.  And that

10   message says:  "The Times, 3rd January 2009, Chancellor on

11   brink of second bailout for banks."

12       The Times is a newspaper in England in the United Kingdom.

13   It's the Times of London.  The Chancellor is the equivalent of

14   our treasury secretary in the US.

15       And this is a headline that appeared above the folds on the

16   3rd of January on that newspaper.  This headline essentially

17   forms a proof that this block could not have existed, could not

18   have been created before that date, because you wouldn't know

19   what the headline is, like holding up a newspaper in front of a

20   video camera.  It's a simple concept.

21       And what this tells us is that this block was created on

22   the 3rd of January or shortly after the 3rd of January, 2009.

23           MR. ROCHE:  Dorian, if we could go to the next slide,

24   please.

25

BY MR. ROCHE:

Q.   Okay.  So October 31st, whitepaper; January 3rd, the first Bitcoin come into existence.

When's the first time somebody sends Bitcoin to somebody else?

A.   So the first time someone sends Bitcoin is a transaction that -- from a publication by cryptogapher Hal Finney, we know was sent to Hal Finney.  This was 10 Bitcoin that originated from Satoshi, the creator or creators of Bitcoin, using the alias "Satoshi."  And that 10 Bitcoin was embedded in Block 170 that you see here.

Q.   Okay.  And so we discussed Satoshi Nakamoto, the alias. Did he make any posts after October 31st, 2008?

A.   Yes.  So using both the email addresses that appeared in the cryptography mailing lists and other online Internet forum aliases, Satoshi posted quite prolifically explaining Bitcoin, answering questions.  A lot of people were like:  "What is this?  How does it work?  You know, the normal questions you would get when you announce something that is an important new technology.

And Satoshi was involved in the development, involved in the conversation and, of course, answering those questions.

MR. ROCHE:  Dorian, if we could go to the next slide.

BY MR. ROCHE:

Q.   Did there ever come a time when Satoshi Nakamoto stopped

1    posting?

2    A.   Yes.   On December 12th, 2010, the last public post by

3    Satoshi on the known aliases that had been used until that time

4    was made.

5         MR. ROCHE:   Dorian, can we go to the next slide.

6    BY MR. ROCHE:

7    Q.   We covered a brief history of the beginning of Bitcoin.

8    Did you prepare any demonstratives to help explain to the jury

9    how Bitcoin can be used as a currency?

10   A.   Yes, I did.

11        MR. ROCHE:   Dorian, could we go to the next slide.

12   BY MR. ROCHE:

13   Q.   So I see on this slide three circles.   I want to start with

14   the first two on the left.   They both say:   "Bitcoin," but one

15   is upper case.

16        Can you explain the difference?

17   A.   Yeah.   You will hear the word "Bitcoin" many times.   And we

18   use the word "Bitcoin" to actually refer to a few different

19   things.   So I'm trying to help clarify that a bit here.

20        The first use of Bitcoin refers to the currency and that's

21   the orange circle in the middle where I've written "Bitcoin"

22   with a lower b, a small b, and just like if I was saying:

23   "I'll give you $20," I would write the d in dollars with a

24   small d.   If I say:   "I'll give you one Bitcoin," I'll write it

25   with a small b.   So that's the unit of currency; that's the

1    piece of money.  And whenever we're referring to the currency,

2    by convention, we tend to use a lowercase b just to keep things

3    consistent.

4        Bitcoin, on the other hand, of course, also means the

5    system as a whole, the collections of -- the collection of

6    technologies that make this system possible.  So that is a

7    proper noun so we would capitalize that.  That's the name of

8    the system.

9        Capital B, Bitcoin, on the left, in blue, is the name of

10   the system.  That includes the Bitcoin network, the Bitcoin

11   protocol, which is how the computers communicate, the language

12   they use.

13       The Bitcoin consensus rules, the Bitcoin blockchain, all of

14   these are components of the technology that make up the Bitcoin

15   system.

16   Q.  I think at the end there you said:  "Blockchain," which I

17   see is also the third circle.

18       What is the blockchain?

19   A.  So you have also maybe heard the word "blockchain."  It's

20   become a very popular word in technology over the past 12

21   years.  It's a word that was effectively coined by Bitcoin.

22       And a blockchain is a public ledger of accounts.  So just

23   like if you had a shop and you're doing accounting for the

24   transactions that are happening in your shop or you have a bank

25   account and you're looking at a statement, money in/money out,

1    a blockchain is a ledger like that.  And it keeps track of all

2    of the transactions that have been recorded on the Bitcoin

3    system.

4        And essentially this is stored as a computer database.

5    It's stored on a computer as a database.  Importantly, it's not

6    one database.  This is the major innovation of Bitcoin.

7        There are tens of thousands of copies of this.  And they

8    sit on computers all around the world.  My computer at home has

9    a copy of the Bitcoin blockchain.  And they're all kept

10   synchronized through the Bitcoin system.

11   Q.  So does the blockchain work as a ledger of all the

12   transactions that happen in Bitcoin?

13   A.  Yes.  And importantly, it's a public ledger.  I can -- like

14   the previous slides I showed where I showed you the transaction

15   paying Hal Finney in Block 170, we can just -- that's actually

16   from my own copy of the blockchain from my own computer at home

17   presented as a web page.

18       We can ask the Bitcoin software to give us a specific

19   block, a specific transaction.  And it can show that out of the

20   blockchain database.  So all transactions that are recorded in

21   Bitcoin are recorded in this blockchain.  And many of us have a

22   copy of it that we run on our own computers.

23   Q.  Did you prepare any demonstratives to help explain how

24   somebody can spend their Bitcoin?

25   A.  Yes, I did.

```
 1          MR. ROCHE:  Dorian, could we go to the next slide.
 2   BY MR. ROCHE:
 3   Q.  So I've got a Bitcoin.  I want to spend it.  How do I do
 4   it?
 5   A.  Well, this is where things get a bit more complicated.  The
 6   word cryptocurrency that we use to refer to Bitcoin, the
 7   digital money, means the currency that uses cryptography as the
 8   basis of its security, meaning that it's secured by this branch
 9   of mathematics -- applied mathematics called cryptography.
10          And this is math that involves very big numbers and some
11   clever functions that ensure that you can spend your Bitcoin
12   and no one else can.  That's the basic idea.
13          But to break it down and make it a bit more approachable, I
14   often use an analogy.  And the analogy is to think of a series
15   of lockboxes just like storage lockers that you might see in a
16   train station and a public space.
17          So imagine a wall of lockboxes and they look kind of like
18   you see on this slide.  And each one of them has a PIN keypad.
19   So if you set a PIN number on one of these lockboxes, once
20   you've set it, now only you can open it with a PIN number
21   because only you have that PIN number.  So that PIN number, the
22   corresponding concept in Bitcoin is called a private key, and
23   it's a number.  It's a very long PIN number.
24          At the same time, these lockboxes have a little slot, if
25   you can imagine, at the top.  So someone can walk up to a
```

1   lockbox in this bank of boxes in a train station and put money

2   through the slot.  Once that money's in the box, they can't get

3   it out anymore because they don't necessarily have the PIN and

4   you can, so that gives you access to that money.

5        And then the third concept is:  Well, how do you know which

6   box belongs to the person you want to send the money?  If I

7   wanted you to put money into my lockbox, how would I tell you?

8   And on the front there, you may see, it's a bit dark, has a

9   number 2 etched on the box.  That's a Bitcoin address.  So the

10  concept of a Bitcoin address is a public identifier.  It's,

11  again, a number that identifies which lockbox you want to

12  receive money.

13       So I can give that to someone, I would give that -- or

14  perhaps Vel would give it to you, Kyle.  Once you have Vel's

15  Bitcoin address, you can then essentially deposit money into

16  the lockbox identified by that Bitcoin address.  And

17  presumably, Vel has the PIN number and can unlock it and access

18  that money.

19  Q.  So if Vel gives me his Bitcoin address, though, can I go up

20  and unlock the lockbox?

21  A.  No.  Because to open it, you need the PIN number.  So all

22  it allows you to do is identify the correct lockbox to deposit

23  money into.

24  Q.  Okay.

25            MR. ROCHE:  Dorian, could we go to the next slide,

1   please.

2   BY MR. ROCHE:

3   Q.  So we've talked about the Bitcoin address, which is the

4   number on the lockbox.  We've talked about the private key,

5   which is the PIN.

6       In Bitcoin, is there a relationship between the private key

7   and the Bitcoin address?

8   A.  Yes.  So that's where the analogy of the lockboxes does

9   break down a tiny bit because these are not real boxes and so

10  there isn't a sequence of them or a specific number identifying

11  them.  Instead, the number is derived or produced from the

12  private key.  So when you set the PIN, when your computer, your

13  Bitcoin wallet, sets the PIN, the private key, it then also

14  generates a Bitcoin address, a number that identifies how to

15  send you money from that private key.

16      Now at this point, you're thinking:  "Well, if you can go

17  from the private key to the address, that doesn't sound very

18  secure.  Why can't you go the other way?"  And this is where

19  the fancy math functions come in that say:  "This only works

20  one way."

21      So there's a function there called a one-way function where

22  you can put the private key in and get a Bitcoin address, but

23  then you can't go the opposite way.  So now I can give my

24  Bitcoin address to someone.  They can't work backwards to

25  figure out what my PIN is, and, therefore, I'm secure.

 1    Q.  So -- okay.  If I can't reverse engineer it, could I just

 2    walk up to Vel's lockbox and guess the private key a bunch of

 3    times?  Is it possible to guess somebody's private key?

 4    A.  In theory, it is.  The guessing process we'd call brute

 5    force.  And the problem, however, is that these PINs are so

 6    long that in every practical sense it is impossible.  So we say

 7    practically impossible in order to describe a situation where

 8    you could walk up and start typing PIN numbers.  And given

 9    almost infinite amounts of time and patience and almost

10    infinite number of attempts, you might guess it, but in every

11    practical sense, you don't have that kind of time.

12    Q.  Okay.  So have you prepared any demonstratives to help

13    explain -- let me ask one -- before we go there, how many

14    digits long is a private key?

15    A.  A private key, if you were to write it using a normal

16    keypad, zero through nine numbers, would have 77 digits.  So if

17    you think of your bank card having four and you can just try

18    all possible combinations, that's still 10,000 combinations.

19         This has 77 digits.  And I would like to say that's this

20    many combinations, but we don't actually have a word for a

21    number like that because it never comes up in any of our

22    physical experience.  There is nothing in nature that we can

23    quite describe with a number like that.  So we don't have words

24    for numbers that big.

25    Q.  Okay.  Well, let's -- did you prepare any demonstratives to

1    help us try to describe how big that number is?

2    A.  Sure.

3    Q.  Okay.  I'm looking at, it looks like, a desert with a bunch

4    of sand.

5        Can you explain what this demonstrative is showing?

6    A.  Yeah.  In order to really start approaching these numbers,

7    we have to start talking about very small things that exist in

8    very large quantities.  And so let's start with a grain of

9    sand.

10       A single grain of sand, pretty small thing.  And then let's

11   take a large quantity of this.  The Sahara desert.  How many

12   grains of sand are there in the Sahara desert.  Literally

13   mountains of sand hundreds of feet high, for tens of thousands

14   of acres of sand.  That number isn't close to 77 digits.  In

15   fact, if you took all of the sand that exists on every desert,

16   on every beach, on the ocean floor, every grain of sand on this

17   planet, and you wrote that down as a number, it is estimated to

18   be a 23-digit number.

19       And so we're not even close to describing -- even just --

20   pick any grain of sand from all of the beaches and all of the

21   sand that exists on this planet, we're still not close to

22   describing this number.

23   Q.  Okay.  So -- well, have you prepared a demonstrative to try

24   to help us get close to 77 digits?

25   A.  Yes, I have.

1        MR. ROCHE:  Dorian, could we go to the next slide.

2   BY MR. ROCHE:

3   Q.  Okay.  What is this slide showing?

4   A.  Well, this is a picture of the observable universe from the

5   Hubble Telescope.  It's not the whole of it, it's just a small

6   fraction of the sky.

7        But in order to explain this number, we have to go to even

8   smaller things that exist in even larger quantities.  So

9   instead of a grain of sand, let's talk about atoms.  The

10  smallest constituent of matter in classical physics.  I'm made

11  of atoms.  You're made of atoms.  Everything's made of atoms,

12  including the grain of sand.

13       Now, let's talk about how many atoms exist everywhere.  Not

14  just this planet, every planet in our solar system, hundred

15  billion stars in the Milky Way galaxy, a hundred billion

16  galaxies in the universe, the entire universe that we can

17  observe.  And that number has actually been calculated.

18       It's called the Eddington number because a cosmologist

19  named Eddington calculated that number.  That number is 79

20  digits long.  That is the number of atoms.  Everything that's

21  made up of matter in the entire observable universe is 79

22  digits long and a Bitcoin private key is 77 digits long.

23       We don't have a name for that number, other than the name

24  of its inventor or discoverer, but that's as close as we can

25  get to understanding the concept.

1    Q.  So are you telling the jury it's practically impossible to

2    guess somebody's private key?

3    A.  In cryptography, we use a more precise term, which is

4    "infeasible" to describe something like this.  And when we say:

5    "Guess," I want to be clear here.  We're not talking simply

6    about me as a person walking up and making my finger sore while

7    I type in PIN numbers.  We're talking about using computers to

8    do the guessing.  In fact, we're talking about using all of the

9    computers that exist in the world and they can't even count

10   this many numbers.  So this is an absolutely infeasible task.

11   Q.  Thank you.

12          MR. ROCHE:  Dorian, if we could go to the next slide,

13   please.

14   BY MR. ROCHE:

15   Q.  Okay.  So I have a private key, some Bitcoin.  How do I

16   send Bitcoin to somebody else?

17   A.  So what you're seeing on your screen is simplification of a

18   Bitcoin transaction.  And I described in physical terms what

19   lockboxes might look -- to give us an idea of how this might

20   work.

21       In this example, we have Alice and Alice is buying

22   something from Bob, let's say a flat-screen TV, and wants to

23   pay Bob with Bitcoin.  Alice knows Bob's Bitcoin address and

24   Alice already has some Bitcoin that's controlled by her chosen

25   private key.  It's in her lockbox.

1       In the physical world, she would type in the PIN, open the

2   lockbox, take the money out, walk over to the lockbox

3   identified by Bob, put the money in.  In Bitcoin, this looks

4   like a transaction that has two parts.  The left part we call

5   "inputs."  And this is a list of places where the money is

6   coming from.  This is unlocking lockboxes that you're going to

7   use to spend in this transaction.

8           And on the right-hand side, we have "outputs."  And

9   these are effectively Bitcoin addresses where the money is

10  going.  So a Bitcoin transaction says:  "It comes from here.

11  It goes there."

12          And in essence, on the left side, the inputs require

13  Alice to prove her knowledge of the private key in order for

14  this transaction to work.  And on the right side, all she needs

15  is to know Bob's Bitcoin address.

16  Q.  Okay.

17          MR. ROCHE:  Dorian, can we go to the next slide,

18  please.

19  BY MR. ROCHE:

20  Q.  So what if instead of sending and performing a transaction,

21  I just gave Bob my -- Bob or Vel or you, my private key.

22      What's the difference between doing a transaction and just

23  giving somebody my private key?

24  A.  Well, you could.  If you give me your private key, I can

25  then essentially walk up to the lockbox and type it in and get

1    its contents.  But you can also still do that because you also

2    still know the private key.  We both can at any time.  And

3    there's no really -- there's no way, really, to tell who spent

4    from that lockbox, if it's open and the money's gone.

5        Essentially, we have shared ownership.  So that's different

6    from a transaction in one critical way.  When Alice constructs

7    a transaction to Bob, she achieves two things:  The first is

8    she makes the money available to Bob, yes.  But the other thing

9    is, that transaction also makes it unavailable to Alice.  It's

10   already spent from Alice's lockbox.  So it gives it to Bob, but

11   it also takes it away from Alice; whereas, sharing a private

12   key potentially gives it to Bob, but never takes away that

13   access from Alice.  They both have it as shared control.

14   Q.  Okay.

15       MR. ROCHE:  Dorian, can we go to the next slide,

16   please.

17   BY MR. ROCHE:

18   Q.  So -- okay.  So we've talked about how Alice and Bob have

19   sent their Bitcoin back and forth, spend their Bitcoin.

20       But how did Satoshi Nakamoto get the very first Bitcoin?

21   A.  So the very first Bitcoin was created, as you saw in Block

22   0 and the Genesis Block 50 Bitcoin.  And all new Bitcoin

23   originates like that in a new block.

24       So every time a new block is recorded on the blockchain, it

25   contains brand-new Bitcoin.  If you were to follow transactions

1    backwards, you would eventually land at the creation of

2    brand-new Bitcoin that's being introduced into the economy

3    through a new block, and this process of creating and recording

4    blocks on the blockchain is called "mining."

5    Q.   Okay.  And how many Bitcoin did Satoshi Nakamoto get when

6    he mined the first block?

7    A.   50 Bitcoin.

8    Q.   Okay.

9         MR. ROCHE:  And Dorian, if we could go to the next

10   slide.

11   BY MR. ROCHE

12   Q.   Does every block have 50 new Bitcoin in it?

13   A.   No.  The amount of Bitcoin that is created in a new block

14   diminishes over time.  So what we see here is essentially the

15   process of issuing Bitcoin happens in these eras, these time

16   periods that last approximately four years.  Specifically, they

17   last 210,000 blocks.  Each block is about 10 minutes.  210,000

18   blocks is approximately four years on average.

19        2009, first block comes out with 50 Bitcoin.  The second

20   block, 50 Bitcoin.  The third block, 50 Bitcoin.  The first

21   210,000 blocks, 50 Bitcoin each.  And then something happens,

22   which we call the halving or halving.  I can never pronounce

23   that word comfortably.  It's cut in half.  And this happens

24   because all of the participating computers in the network count

25   blocks.  They see the 210,000 blocks have elapsed, and then

1    they say:  "Well, that era is over.  The next block, 210,001,

2    should not contain 50.  It should contain no more than 25."  So

3    it cuts the amount by half.

4        And that's exactly what happened in 2012 with the first

5    halving.  And then 210,000 blocks after that it happened again

6    in 2016.  And we went from 25 to 12 and a half Bitcoin entering

7    the third era.  That continued until recently.  July of 2021,

8    we had our third halving and into the fourth era.

9        And today, if you look at a block that's coming out right

10   now since I've been sitting here, it will contain six and a

11   quarter Bitcoin in it.  This process doesn't stop.  It will

12   continue with halvings regularly over time.

13           MR. ROCHE:  Your Honor, when I looked at the clock

14   earlier, the shadow cut me off.  We're getting into the part of

15   examination that I think is going to have a lot of interrelated

16   parts.

17           THE COURT:  Is this a good time to stop, Mr. Roche?

18           MR. ROCHE:  Yes.  Exactly.

19           THE COURT:  All right.  Certainly.

20           Ladies and Gentlemen, this may be a good time for us

21   to recess for the evening.

22           Let me advise that as we recess and you go about your

23   private affairs, let me remind you:  You're not to discuss this

24   case with anyone.  You're not to permit anyone to discuss this

25   case with you.  You're not to conduct any independent research.

1    Everything learned about the case is learned within this

2    courtroom.

3         I know that some of you have taken some notes.  I

4    would ask that you just take your juror notebook, place it on

5    the table and the court security officer will make sure that

6    the area is secure and locked.

7         Now, tomorrow morning, as I stated, we are going to

8    accommodate -- I know that some of you have some matters in the

9    morning, so we will begin precisely at 10:00 tomorrow morning.

10        I would ask that you be here by between -- 9:45, ready

11   to come into the courtroom at 10:00.  And Liz Gariazzo, the

12   courtroom deputy, has shown you to come in through the

13   vestibule.  The door will be open for you.  As you come in

14   through the vestibule, you can certainly just lounge or you can

15   wait until everyone is seated in the jury room and we'll bring

16   you in together.

17        Please remember that we cannot get started unless all

18   ten of you are here, so please be prompt.  I believe we've

19   taken down some information and we will also give you a direct

20   number in the event there is an eventual delay, but please make

21   arrangements so that we can get started tomorrow.

22        Have a pleasant evening and I'll see you tomorrow at

23   10:00.

24      (Jury not present, 4:52.)

25        THE COURT:  All right.  Go ahead and have a seat.

```
 1              Recall that one of the jurors does have an issue with
 2    Wednesday.  I will ask the courtroom deputy to just ask for the
 3    specifics as to when we need to recess for the day on
 4    Wednesday.
 5              Are there any issues that we need to address at this
 6    time on behalf of the Plaintiffs?
 7              MR. FREEDMAN:  No, Your Honor.
 8              THE COURT:  On behalf of the Defendant?
 9              MR. RIVERO:  No, Your Honor.
10              THE COURT:  All right.  And once again, let me remind
11    you that your items can be placed in the conference room.  They
12    will be secured.  And I would ask that you just move your items
13    so that we can use the tables tomorrow morning.
14              The courtroom will be open.  It will be open for use
15    before 9:00 a.m., but we'll be ready to go at 10:00 a.m.
16              And if there's nothing further, let me ask the
17    attorneys:  Is there any objection to the Court providing the
18    written trial schedule to the jurors, since we do have some
19    different time periods where we will be concluding and then
20    there will be a couple days where we won't be in session
21    because of the Court holiday?
22              MR. FREEDMAN:  No, Your Honor.
23              MR. RIVERO:  None from us, Judge.
24              I do have just a logistical question.  How much time
25    do we have to clear out before the courtroom gets locked?
```

1           THE COURT:  Oh, for tonight?  Take the time that you

2    need.  We'll be here.  So don't feel that you need to rush.

3    The court security officer will be here until you have

4    finished.

5           MR. RIVERO:  Thanks, Your Honor.

6           THE COURT:  Okay.  All right.

7           Have a pleasant evening.  I'll see you tomorrow

8    morning.

9           Mr. Antonopoulos, you are still on the stand and you

10   are free to go.  Let me advise you, sir, that you are not to

11   discuss your anticipated testimony.  Since you are an expert,

12   you may certainly consult with the attorneys, but other than

13   consulting with the attorneys, you are still on the witness

14   stand and you are not to discuss your testimony with any

15   individual.

16           Is that understood?

17           THE WITNESS:  Yes, Your Honor.

18           THE COURT:  We'll see you tomorrow morning at

19   10:00 a.m.

20           And you are free to go, sir.

21      (Proceedings adjourned at 4:54 p.m.)

22

23

24

25

```
 1   UNITED STATES OF AMERICA      )

 2   ss:

 3   SOUTHERN DISTRICT OF FLORIDA  )

 4                    C E R T I F I C A T E

 5          I, Yvette Hernandez, Certified Shorthand Reporter in

 6   and for the United States District Court for the Southern

 7   District of Florida, do hereby certify that I was present at

 8   and reported in machine shorthand the proceedings had the 1st

 9   day of November, 2021, in the above-mentioned court; and that

10   the foregoing transcript is a true, correct, and complete

11   transcript of my stenographic notes.

12          I further certify that this transcript contains pages

13   1 - 273.

14          IN WITNESS WHEREOF, I have hereunto set my hand at

15   Miami, Florida this 10th day of November, 2021.

16

17                         /s/Yvette Hernandez
                           Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                         400 North Miami Avenue, 10-2
                           Miami, Florida 33128
19                         (305) 523-5698
                           yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```

**COURT REPORTER:**
**[11]**   17/9 116/8
183/11 183/14
244/3 245/3 245/5
245/20 246/11
247/8 247/17
**COURT SECURITY**
**OFFICER: [7]**
17/12 59/3 60/1
65/5 68/11 170/16
170/18
**COURTROOM DEPUTY:**
**[11]**   3/4 9/1 18/9
18/15 18/18 171/21
172/8 238/12
238/17 248/5
249/19
**MR. BRENNER: [286]**

**MR. FERNANDEZ: [1]**
 4/13
**MR. FREEDMAN: [10]**
 3/8 4/1 7/9 12/1
30/12 30/18 33/12
250/4 271/7 271/22
**MR. MESTRE: [1]**
4/10
**MR. RIVERO: [256]**
4/4 4/16 7/10 10/6
12/2 13/21 14/1
14/4 14/23 15/17
15/25 16/5 17/17
30/21 31/3 68/5
68/14 87/14 98/3
115/12 116/5 116/9
118/21 118/24
119/1 119/4 119/10
119/15 119/18
119/21 119/25
120/3 120/9 120/15
120/19 120/21
120/23 121/1 121/4

121/7 121/10
121/12 121/21
122/2 122/4 122/6
122/10 122/16
122/20 122/25
123/4 123/7 123/10
123/15 123/18
123/22 123/24
124/1 124/5 124/8
124/11 124/13
124/15 124/17
124/23 125/2 125/8
125/13 125/23
126/2 126/8 126/14
126/18 126/21
126/23 127/1 127/3
127/6 127/11
127/14 127/22
127/25 128/5 128/8
128/10 128/13
128/18 128/21
128/24 129/2 129/5
129/7 129/9 129/13
129/18 129/23
130/1 130/4 130/7
130/10 130/12
130/17 130/20
130/24 131/2 131/7
131/10 131/14
131/19 131/23
132/1 132/4 132/13
132/16 132/18
132/25 133/5
133/12 133/15
133/18 134/5 134/8
134/13 134/16
134/18 134/22
135/3 135/9 135/12
135/18 135/21
136/1 136/6 136/8
136/19 136/22
136/24 137/1 137/7
137/11 137/16
137/21 138/4 138/8

138/15 138/18
139/3 139/9 139/14
139/17 139/23
140/2 140/15 141/5
141/20 141/22
144/8 145/7 145/14
145/20 145/23
146/3 146/6 146/14
146/22 147/2
147/17 147/20
148/10 148/12
148/16 148/19
149/1 149/9 149/16
149/23 150/2
150/10 150/14
150/20 151/2 151/8
151/11 151/20
151/23 152/1 152/7
152/11 153/14
153/22 154/16
159/23 160/9
160/12 160/14
160/18 161/22
161/24 162/2 162/5
162/10 162/15
162/21 162/24
163/3 163/7 163/12
163/21 163/23
164/11 164/23
165/5 165/8 165/14
165/20 166/3
166/19 167/1
167/11 167/13
167/22 169/16
170/3 170/5 170/22
203/11 203/13
210/7 210/10
210/13 211/22
212/6 242/21 243/5
243/24 244/7
244/11 244/14
244/25 245/4 245/7
245/9 245/12
245/14 245/18

272/17

**MR. RIVERO:...**
**[11]** 245/22 246/1
246/10 246/12
246/18 249/14
249/20 250/2 271/9
271/23 272/5
**MR. ROCHE: [55]**
3/14 16/25 17/7
17/10 168/15
168/20 168/24
169/8 170/23 181/2
181/11 183/9
183/12 183/15
187/24 203/16
204/1 211/6 211/8
212/4 238/5 242/19
243/10 243/13
243/17 245/11
245/15 246/9
246/24 247/2 247/6
247/15 247/18
248/3 248/7 248/11
248/18 248/23
249/3 249/9 250/10
253/16 254/23
255/23 256/5
256/11 259/1
260/25 264/1
265/12 266/17
267/15 268/9
269/13 269/18
**MR. ZACK: [1]**
3/17
**MS. MCGOVERN: [7]**
4/7 17/3 36/3
162/14 212/12
233/19 235/22
**PROSPECTIVE JUROR:**
**[549]**
**THE COURT: [363]**
**THE WITNESS: [3]**
238/15 238/24

**UNIDENTIFIED**
**JUROR: [1]** 172/24

## $

**$20 [3]** 252/1
252/10 256/23
**$3 [1]** 217/23
**$40 [2]** 199/22
200/4
**$500 [1]** 239/13
**$60 [1]** 184/5

## '

**'89 [1]** 75/20
**'90s [2]** 187/3
194/7
**'B' [1]** 198/22
**'Bitcoin' [1]**
198/9
**'coding' [1]** 82/23
**'What [1]** 198/17
**'Why [1]** 198/24

## /

**/s/Yvette [1]**
273/17

## 1

**1.1 million [4]**
184/4 185/25
189/21 205/9
**10 [29]** 1/11 5/3
5/7 5/8 5/10 9/13
9/20 11/21 21/2
26/10 52/1 111/13
111/21 111/24
113/18 129/11
129/20 130/6
130/16 160/24
161/2 163/25
164/15 165/24
168/6 172/4 255/8
255/10 268/17
**10,000 [1]** 262/18

273/18
**100 [2]** 1/17 77/24
**1000 [1]** 1/21
**10:00 [12]** 6/14
11/4 42/2 42/7
42/12 164/20 168/2
168/4 270/9 270/11
270/23 271/15
**10:00 a.m [1]**
272/19
**10:44 [1]** 66/10
**10:47 [1]** 68/7
**10th [1]** 273/15
**11 [1]** 82/18
**11:00 [4]** 66/4
66/8 68/3 68/7
**11:01 [1]** 68/17
**11th [4]** 43/14
46/15 193/12
197/11
**12 [12]** 8/9 9/17
10/7 10/9 47/8
48/11 108/19
166/10 166/11
191/4 257/20 269/6
**12:39 [1]** 156/20
**12:44 [1]** 160/4
**12th [5]** 45/22
45/24 188/1 191/2
256/2
**13 [3]** 9/17 13/24
216/13
**14 [1]** 167/8
**14th [1]** 201/23
**15 [4]** 6/8 79/1
161/19 217/24
**15-minute [1]** 66/3
**15th [1]** 43/18
**16 [1]** 244/19
**17 [1]** 134/19
**17-year-old [2]**
134/6 134/9
**170 [2]** 255/10

# 1

**170... [1]** 258/15
**172 [1]** 2/3
**173 [1]** 2/3
**18 [5]** 2/2 79/4
119/13 244/2 244/9
**18-80176 [1]** 3/4
**183 [1]** 2/4
**19 [2]** 245/13
246/25
**1990s [1]** 251/10
**19th [1]** 200/17
**1:30 [3]** 159/20
160/2 160/4
**1:45 [2]** 156/6
156/18
**1:48 [1]** 170/25
**1:52 [1]** 172/9
**1st [2]** 244/11
273/8

# 2

**20 [10]** 5/7 9/18
9/23 12/20 21/2
67/2 75/6 149/21
210/3 217/24
**20-minute [1]**
209/25
**200 [1]** 1/14
**2008 [18]** 85/8
85/9 183/23 185/23
187/12 188/1
188/10 214/9
214/12 214/13
222/8 222/10
222/23 227/25
250/20 251/7
253/19 255/13
**2009 [12]** 188/20
189/11 190/23
205/21 211/15
220/6 220/7 222/24
223/6 254/10
254/22 268/19

**2010 [3]** 192/20
202/9 256/2
**2011 [4]** 195/12
224/22 224/25
228/7
**2012 [5]** 34/14
35/10 204/24
239/19 269/4
**2013 [20]** 84/21
183/9 185/23 186/1
187/12 189/24
190/5 190/8 190/15
202/9 204/5 205/11
214/7 214/10
214/10 225/14
225/14 225/17
225/18 227/25
**2014 [17]** 51/20
190/22 191/2 191/4
191/20 192/9
192/14 193/5
193/12 193/19
197/11 203/9
204/24 205/22
234/21 240/9
240/19
**2015 [7]** 84/21
85/3 193/25 194/3
200/13 200/13
200/17
**2016 [4]** 194/9
194/14 201/14
269/6
**2018 [8]** 186/2
186/7 189/25
201/22 201/23
205/11 214/10
214/10
**2021 [4]** 1/5 269/7
273/9 273/15
**20th [4]** 193/5
193/25 198/6
247/14
**21 [7]** 9/18 9/25

220/7 220/20
**210,000 [5]** 268/17
268/17 268/21
268/25 269/5
**210,001 [1]** 269/1
**212 [1]** 2/4
**21st [1]** 44/13
**22nd [4]** 44/5 44/6
44/9 193/19
**23 [4]** 13/24 162/8
245/16 246/13
**23-digit [1]**
263/18
**239 [1]** 2/9
**23rd [6]** 11/22
23/7 44/5 44/6
44/19 190/15
**24 [4]** 14/20 17/24
79/11 96/11
**24th [1]** 192/18
**25 [5]** 79/11 98/7
138/5 269/2 269/6
**2525 [1]** 1/21
**26 [8]** 13/24 49/2
243/5 243/24 244/8
245/16 245/25
246/14
**26th [3]** 190/4
214/7 225/18
**27 [1]** 165/8
**273 [3]** 1/8 2/2
273/13
**28 [5]** 13/25 14/3
79/12 163/14
163/15
**2800 [1]** 1/17
**28th [2]** 190/22
203/9
**29 [1]** 26/15
**29th [1]** 183/9
**2:00 [3]** 45/15
45/20 165/10
**2:57 [1]** 210/4

273/18

**2nd [2]**   1/17 192/9

**3**

**30 [18]**   8/24 9/18
9/25 10/3 11/25
12/21 12/22 13/21
21/2 38/8 42/11
49/19 67/3 84/7
112/25 160/25
162/19 251/11
**30-minute [2]**
38/19 42/4
**305 [1]**   273/19
**30th [4]**   190/8
194/9 247/5 247/13
**31st [8]**   222/8
222/9 222/23
250/20 251/7
253/19 255/2
255/13
**32 [1]**   97/24
**33128 [2]**   1/24
273/18
**33131 [2]**   1/15
1/18
**33134 [1]**   1/22
**3:00 [4]**   45/15
45/20 165/11
211/24
**3:13 [2]**   211/24
212/7
**3:15 [3]**   210/3
210/6 211/23
**3:30 [2]**   169/3
169/5
**3D [1]**   101/21
**3rd [5]**   254/10
254/16 254/22
254/22 255/2

**4**

**40 [1]**   84/7
**400 [2]**   1/24

**45 [17]**   66/15
66/21 75/17 111/14
111/14 111/21
111/23 111/23
129/10 129/11
129/19 129/20
130/16 130/16
159/18 168/20
169/5
**48 [1]**   5/12
**4:00 [5]**   26/17
42/17 42/18 164/18
165/1
**4:52 [1]**   270/24
**4:54 [1]**   272/21

**5**

**50 [16]**   96/3 96/3
109/6 109/20
126/20 220/18
254/4 254/4 267/22
268/7 268/12
268/19 268/20
268/20 268/21
269/2
**50-percent [1]**
204/7
**50/50 [3]**   109/6
109/20 126/20
**50BTC [1]**   254/3
**50s [1]**   128/3
**523-5698 [1]**
273/19
**5500 [1]**   1/14
**5698 [1]**   273/19
**5:00 [5]**   22/25
164/19 165/1
169/17 169/23

**6**

**60 [4]**   66/12 66/13
66/14 168/19
**60s [2]**   128/3

**616 [1]**   8/1
**62 [1]**   81/24

**7**

**77 [5]**   262/16
262/19 263/14
263/24 264/22
**79 [2]**   264/19
264/21
**7th [1]**   191/20

**8**

**80176 [1]**   3/4
**8th [1]**   5/12

**9**

**9:00 [6]**   6/14
41/25 164/21 165/3
165/16 271/15
**9:01 [2]**   1/6 3/1
**9:18-cv-80176-BB
[1]**   1/2
**9:30 [3]**   22/22
42/2 42/7
**9:38 [1]**   18/11
**9:45 [1]**   270/10

**A**

**a.m [15]**   1/6 3/1
18/11 66/10 68/7
68/7 68/17 164/20
165/3 165/16 168/2
168/4 271/15
271/15 272/19
**ABA [1]**   140/11
**abide [1]**   40/23
**ability [31]**   47/10
47/15 47/25 48/6
48/14 48/21 49/4
49/6 49/12 55/22
56/4 57/4 57/22
58/15 59/19 60/10
60/15 61/3 61/18
62/5 63/4 63/12

**A**

**ability...** **[9]**
64/19 71/25 137/8
155/20 157/24
158/21 158/24
159/4 175/25

**able [27]** 6/19
16/9 25/7 29/16
42/19 42/23 43/17
44/18 64/7 64/14
69/25 86/17 122/24
133/2 146/4 150/8
153/12 153/24
155/7 155/14 157/9
157/19 158/2
169/21 217/5
226/23 253/1

**about [270]** 6/16
8/15 9/5 9/8 22/6
29/21 32/17 32/18
32/22 39/24 40/6
40/9 40/20 41/6
41/21 42/4 42/11
42/14 42/24 43/11
45/10 49/5 50/25
51/4 52/1 53/24
57/17 60/21 61/11
61/12 61/13 62/11
69/9 69/9 69/20
70/4 70/4 70/23
71/1 71/13 71/19
72/5 74/1 74/2
74/14 75/17 75/20
78/15 80/8 80/9
81/22 82/18 83/8
83/15 85/10 85/15
86/5 86/23 87/3
88/9 89/22 90/24
92/5 92/6 93/6
93/17 94/2 94/2
94/3 94/5 94/18
94/22 94/23 94/25
95/3 95/5 95/8

95/14 95/14 95/16
95/17 95/21 97/5
98/6 98/11 98/18
98/23 99/1 99/9
100/16 100/18
100/19 101/5 102/9
102/15 104/25
104/25 105/3
105/24 106/8
108/19 110/8
113/12 115/7 116/5
116/22 118/15
119/8 119/19
119/22 120/1
124/11 125/9
125/15 125/16
125/18 126/18
127/8 127/15 128/5
129/13 129/14
130/6 130/13
131/15 132/10
132/22 133/22
135/7 135/10
137/17 137/17
141/10 142/5
142/14 142/17
142/18 143/9
143/11 143/15
149/21 150/2
151/11 152/6 153/6
153/6 153/14
153/17 153/18
154/7 155/4 155/10
156/11 156/13
157/8 169/5 173/12
173/21 176/1
177/13 177/14
177/15 177/17
177/25 178/1 178/8
178/10 178/14
178/15 178/18
179/19 180/13
180/19 182/21
183/4 183/20 184/7

186/17 187/15
188/9 188/19
188/21 189/2
189/10 190/10
192/25 193/21
194/11 194/12
195/8 196/10
196/17 197/6 198/2
198/14 199/11
199/15 200/2 200/3
200/4 200/5 200/11
201/3 201/17 202/4
202/4 202/8 205/3
205/4 205/18
205/19 205/21
205/24 206/14
207/24 207/25
208/1 210/19 211/2
211/4 214/13
214/23 215/1 215/6
216/1 217/10
217/15 217/16
217/18 220/23
221/24 223/1
223/11 227/1
228/14 228/16
228/18 229/11
229/14 229/20
230/16 231/2 231/8
232/10 233/6 233/7
233/10 234/11
234/18 235/1
240/17 242/22
244/2 244/19
245/12 246/2 252/3
253/8 261/3 261/4
263/7 264/9 264/13
265/6 265/7 265/8
267/18 268/17
269/22 270/1

**about what [1]**
97/5

**above [3]** 200/9
254/15 273/9

**A**

**above-mentioned [1]**
273/9
**Abraham [1]** 223/25
**absence [2]** 189/16
233/9
**absolutely [6]**
64/17 75/4 76/17
140/19 152/16
265/10
**absurd [1]** 231/19
**academic [1]**
250/17
**academic-style [1]**
250/17
**Academy [1]** 84/24
**accept [5]** 165/22
166/17 166/19
167/20 196/2
**acceptable [2]**
159/21 170/6
**access [5]** 206/23
207/1 260/4 260/17
267/13
**accident [3]**
142/10 187/4 187/5
**accidently [1]**
147/17
**accommodate [6]**
15/4 38/13 42/19
70/6 167/25 270/8
**accommodated [1]**
11/11
**accommodation [1]**
167/24
**accomplish [1]**
226/24
**accomplished [1]**
111/17
**According [1]**
214/8
**accordingly [2]**
15/9 226/8

**account [5]** 62/1
62/16 62/18 175/25
257/25
**accountant [11]**
36/22 127/3 127/22
128/21 142/7
192/11 229/18
229/18 229/23
229/23 229/24
**accounting [5]**
127/18 218/6
218/25 219/3
257/23
**accounts [1]**
257/22
**accreditation [1]**
241/10
**accurate [5]** 16/7
29/16 219/8 220/11
221/14
**accusation [2]**
215/2 230/3
**accuse [1]** 231/11
**accused [1]** 20/2
**accuses [1]** 230/24
**achieved [1]**
230/14
**achieves [1]** 267/7
**acquire [2]** 178/25
205/5
**acquired [1]** 205/8
**acres [1]** 263/14
**across [5]** 5/19
66/6 91/7 217/1
232/14
**act [1]** 15/9
**acted [2]** 226/7
234/1
**acting [1]** 135/6
**action [4]** 30/15
31/6 33/12 36/9
**actions [3]** 209/15
229/6 231/12
**activate [1]** 5/14

**actively [1]** 58/12
**activities [1]**
103/4
**activity [1]**
194/13
**acts [1]** 217/13
**actual [3]** 100/18
119/24 232/15
**actually [26]** 6/24
51/9 75/16 77/16
98/21 124/25
125/10 140/12
145/11 147/5
147/11 147/12
147/24 148/7
148/21 153/10
166/12 208/15
211/21 213/23
214/12 253/21
256/18 258/15
262/20 264/17
**Adams [10]** 75/23
75/23 75/23 75/25
76/1 163/25 167/16
171/17 171/25
172/1
**add [1]** 28/22
**addition [2]** 37/11
177/25
**additional [4]**
5/10 17/2 176/9
182/25
**address [28]** 8/12
11/18 13/8 141/22
160/25 160/25
170/1 211/19
211/20 212/1
219/16 233/12
250/19 250/22
260/9 260/10
260/15 260/16
260/19 261/3 261/7
261/14 261/17
261/22 261/24

**A**

**address... [3]**
265/23 266/15
271/5
**addressed [2]** 8/3
244/4
**addresses [3]**
239/24 255/14
266/9
**addressing [5]**
4/25 4/25 5/1
69/11 185/19
**adjacent [1]** 5/19
**adjourned [1]**
272/21
**adjust [1]** 165/18
**administration [1]**
147/6
**administrator [3]**
29/8 53/14 147/5
**administrators [1]**
239/14
**admissions [4]**
189/25 207/24
207/24 207/25
**admits [1]** 186/5
**admitted [10]**
175/17 181/7
189/19 189/20
189/21 194/18
194/18 194/20
206/24 206/24
**Adobe [1]** 148/22
**adopt [1]** 153/12
**adorable [1]**
153/12
**ADP [1]** 127/18
**Advertising [1]**
84/18
**advise [16]** 8/4
11/15 13/22 15/4
18/5 25/3 26/13
33/8 57/2 65/22

181/18 238/19
269/22 272/10
**advised [3]** 13/11
26/15 39/8
**advising [3]** 12/24
18/4 27/11
**advisor [1]** 241/20
**advisory [2]** 241/7
241/21
**affairs [2]** 21/20
269/23
**affect [16]** 24/11
38/19 44/4 47/9
48/14 49/4 49/12
57/10 58/23 63/11
63/25 74/12 137/12
155/20 158/20
158/24
**affecting [1]**
176/8
**affiliated [1]**
17/20
**affirmative [8]**
18/22 32/14 172/10
236/10 237/18
237/19 237/22
237/25
**afraid [1]** 116/25
**after [69]** 7/6
11/21 31/18 32/1
41/10 43/21 44/19
80/13 83/4 88/3
92/25 99/18 155/18
176/21 177/4 180/2
180/8 181/20
181/22 184/24
186/8 186/16 187/5
188/9 188/19
193/16 194/9 195/1
195/6 195/17
196/10 197/6 197/7
197/21 198/4
199/16 201/10

204/17 204/17
205/10 205/23
208/5 208/15 209/1
209/5 211/11
211/15 215/13
221/17 224/22
227/5 229/9 230/4
233/11 233/25
234/1 234/3 234/6
234/13 234/17
237/7 237/23
245/10 254/22
255/13 269/5
**afternoon [13]** 6/7
22/24 23/3 45/13
45/20 165/11
172/19 185/8
185/19 238/7 239/2
239/3 239/6
**afterwards [1]**
186/15
**again [28]** 7/19
9/16 11/1 20/18
28/13 58/9 72/9
78/3 78/10 83/19
96/14 99/18 103/15
120/10 132/25
135/3 136/10
137/24 157/11
157/17 169/8
187/24 222/24
223/3 246/15
260/11 269/5
271/10
**against [16]** 64/1
64/3 64/12 64/22
195/7 199/24
209/13 215/2 217/4
223/22 229/8 230/6
230/10 230/18
236/2 236/6
**age [5]** 108/20
112/14 128/1 132/4

**A**

**age... [1]**   177/24
**agents [1]**   11/6
**aggressive [1]**
135/16
**ago [10]**   43/5
50/24 61/11 82/18
93/7 93/8 188/10
194/6 244/2 244/9
**agree [11]**   15/18
15/19 66/12 139/3
140/16 152/19
161/24 162/21
164/7 169/19
242/12
**agreeable [1]**
66/21
**agreed [6]**   12/20
21/17 66/14 115/3
161/3 181/17
**agreement [38]**
93/10 94/9 105/10
106/2 106/17
106/20 109/14
109/22 109/24
111/23 112/3
113/15 113/25
114/11 114/12
114/18 115/2
119/21 119/25
122/11 122/13
123/22 125/20
125/24 126/3 126/5
126/18 126/23
127/14 129/7
130/17 132/22
132/23 133/2
189/16 189/17
222/16 223/9
**agreements [2]**
113/12 125/18
**agrees [1]**   174/24
**ah [2]**   153/14

**ahead [12]**   3/2
12/10 18/23 92/8
157/2 159/15 160/6
170/7 190/25
209/25 210/12
270/25
**aid [1]**   248/25
**air [1]**   225/20
**airline [2]**   26/5
26/6
**airlines [1]**   25/24
**Airport [1]**   58/4
**alarmed [1]**   200/2
**alarming [1]**
199/21
**Alden [4]**   19/22
167/17 171/18
172/5
**alerting [1]**   196/6
**Alex [2]**   8/6 12/5
**alias [4]**   188/11
192/3 255/10
255/12
**aliases [2]**   255/16
256/3
**Alice [10]**   265/21
265/21 265/23
265/24 266/13
267/6 267/9 267/11
267/13 267/18
**Alice's [1]**   267/10
**aligned [4]**   12/25
13/1 13/4 161/4
**alive [1]**   207/5
**AlixPartners [3]**
37/14 37/16 37/23
**all [340]**
**allegation [2]**
32/15 55/15
**allegations [6]**
155/3 217/4 217/4
230/9 231/9 236/9
**allege [8]**   31/14

32/5 176/17 176/21
177/2
**alleged [1]**   231/9
**alleges [2]**   236/2
236/6
**allow [8]**   6/8
156/11 172/13
175/16 182/9
182/13 182/14
182/17
**allowed [3]**   22/15
182/12 237/5
**allows [2]**   218/18
260/22
**Alls [1]**   92/5
**allude [1]**   223/13
**almost [3]**   216/18
262/9 262/9
**alone [2]**   72/2
201/19
**along [6]**   10/21
84/16 112/3 131/4
140/3 212/23
**aloud [1]**   182/23
**already [23]**   21/12
41/12 43/5 44/3
76/3 76/25 87/24
115/24 115/25
116/19 117/18
118/15 125/14
141/25 155/12
192/22 195/14
199/4 206/22
210/24 244/4
265/24 267/10
**also [110]**   5/19
6/5 6/16 8/4 8/6
10/13 10/18 10/20
16/9 33/18 33/21
33/23 34/1 34/2
34/6 34/11 34/16
34/20 34/22 35/2
35/7 35/17 35/22

**A**

**also... [87]** 36/8
36/9 36/11 36/14
36/18 36/21 36/24
37/1 37/5 37/6
37/7 37/10 37/15
37/18 37/21 39/22
40/6 46/22 53/16
55/8 59/9 60/6
66/6 72/12 76/3
83/15 110/9 118/12
120/18 126/23
128/21 138/11
140/9 142/2 142/15
151/4 159/17
163/12 165/12
174/3 175/12
176/21 185/15
186/4 186/9 187/1
187/8 189/6 191/12
197/13 197/15
197/25 198/23
199/10 200/7
202/24 205/6
205/17 205/21
206/20 207/2 207/5
228/21 230/21
231/18 233/19
234/6 236/24
238/13 241/5
241/15 241/20
242/6 246/10
246/13 247/6
249/18 253/3 257/4
257/17 257/19
261/13 267/1 267/1
267/9 267/11
270/19
**alter [1]** 28/22
**alterations [1]**
231/10
**alternate [1]**
161/2

**although [2]** 73/4
210/13
**always [12]** 5/14
6/6 19/15 69/15
71/2 82/10 121/24
130/16 130/24
131/1 133/10 188/5
**am [18]** 7/1 7/18
19/7 25/23 29/12
46/4 49/3 70/20
76/2 79/9 105/19
118/2 146/1 148/20
157/6 158/20 159/3
239/11
**AMANDA [4]** 1/20
4/7 30/22 115/21
**amenable [1]** 66/24
**amend [1]** 28/22
**AMERICA [1]** 273/1
**American [1]**
155/15
**Amherst [1]** 33/14
**Ami [4]** 36/11
36/11 37/11 213/9
**amicable [3]** 51/1
51/22 106/5
**among [2]** 39/21
142/16
**amount [8]** 98/12
106/13 106/14
120/13 217/22
227/3 268/13 269/3
**amounts [3]** 218/13
218/22 262/9
**amplify [1]** 69/8
**analogy [3]** 259/14
259/14 261/8
**analysis [2]**
192/22 192/23
**ancient [4]** 87/20
87/21 87/22 88/2
**ANDREAS [8]** 2/8
35/8 204/22 204/23
238/6 238/11

**Andreou [1]** 215/9
**ANDRES [5]** 1/19
4/4 30/22 115/20
207/13
**Andresen [2]** 33/13
33/13
**ANDREW [10]** 1/16
3/11 30/13 34/6
53/25 69/1 185/10
192/11 194/15
253/12
**announce [1]**
255/19
**announcement [1]**
250/23
**announces [1]**
221/12
**anonymity [1]**
217/12
**anonymous [1]**
220/5
**another [19]** 35/13
41/18 70/6 80/19
104/15 104/16
117/11 129/10
129/11 145/1 147/8
149/8 165/12
182/15 192/18
193/5 194/3 214/10
220/4
**answer [28]** 13/14
14/2 21/17 28/17
48/24 58/17 63/18
63/18 69/15 69/15
69/16 69/17 77/14
78/3 78/4 150/9
175/5 175/7 175/10
182/3 182/15
182/17 182/19
182/22 196/14
202/10 209/8
251/21
**answered [3]** 47/8

**A**

**answered... [2]**
49/20 83/15
**answering [10]**
14/18 18/21 19/4
21/8 69/18 89/7
90/16 172/10
255/17 255/22
**answers [9]** 8/8
13/11 28/13 28/16
28/23 29/13 63/18
174/19 232/14
**anticipate [3]**
11/16 22/24 23/5
**anticipated [4]**
41/4 41/5 211/19
272/11
**ANTONOPOULOS [18]**
2/8 35/8 35/8
35/10 204/22
204/23 205/1
205/10 238/6
238/11 238/15
238/18 239/2 239/6
243/13 248/13
250/12 272/9
**any [163]** 7/8 7/24
8/12 11/8 11/9
11/18 16/25 21/22
22/2 28/18 28/20
28/23 29/21 29/21
30/1 30/1 31/5
31/6 32/16 32/19
32/23 33/6 33/7
33/9 33/9 38/4
38/5 38/9 38/12
38/12 39/23 40/2
40/10 40/12 40/21
41/6 47/2 48/7
48/21 52/19 54/8
54/10 54/24 55/21
55/25 56/16 57/22
58/15 58/19 58/25

59/18 59/22 60/15
60/22 61/22 62/4
62/23 63/12 64/18
65/2 67/6 77/3
84/14 84/14 88/3
88/6 93/15 94/3
95/14 95/20 96/20
97/18 97/18 97/18
106/25 108/11
118/5 118/6 127/14
131/8 132/14
135/18 136/11
137/10 144/24
146/15 152/14
152/20 153/1 155/3
155/19 155/19
156/12 161/1 161/8
161/21 162/4 162/9
163/9 163/16 164/2
168/11 168/13
168/21 169/6
169/25 176/3 176/5
176/5 176/7 178/2
178/6 178/8 178/9
178/11 178/14
178/16 178/16
178/24 179/2 179/3
181/24 182/5
182/18 182/22
188/17 194/4
200/22 200/23
202/7 202/12
202/20 204/5
211/19 213/18
219/14 223/5
227/14 228/7 228/8
228/18 237/2 240/8
241/1 241/7 241/7
242/14 243/6
243/24 246/7
248/13 255/13
256/8 258/23
262/12 262/21
262/25 263/20

267/8 269/25 271/5
271/17 272/14
**anybody [33]** 99/13
118/4 118/13
121/25 132/14
136/11 136/11
142/22 143/10
143/13 143/18
144/13 144/18
144/22 145/3
146/23 148/12
149/16 150/15
152/18 152/21
152/24 152/24
153/3 153/4 153/7
153/15 153/18
154/3 154/6 154/9
155/1 155/6
**anymore [4]** 87/23
87/24 151/21 260/3
**anyone [107]** 3/24
23/9 24/10 25/12
25/15 27/7 27/18
28/8 28/22 32/18
38/9 38/18 38/23
39/2 39/5 39/10
39/14 39/22 40/6
40/7 40/9 40/12
40/15 40/19 40/23
41/12 42/22 43/25
45/1 45/7 46/1
46/19 47/1 50/10
50/11 51/14 52/3
52/18 52/19 53/10
53/20 54/6 56/16
57/12 61/6 64/25
65/1 65/23 73/23
73/25 78/18 79/16
79/18 79/21 94/8
94/10 99/7 99/8
100/10 100/13
100/18 102/8 102/9
102/11 102/14
102/17 113/13

**A**

**anyone... [40]**
113/16 114/8 114/9
114/12 114/15
114/18 114/23
114/23 131/11
155/24 156/10
156/11 177/13
177/16 177/25
178/1 178/9 178/18
178/19 179/10
201/18 201/19
209/24 211/2 215/4
215/10 218/25
221/4 221/22
221/24 228/11
228/11 228/12
229/11 229/25
232/11 234/1
235/20 269/24
269/24

**anything [47]**
32/16 32/22 45/10
47/8 48/13 49/5
49/11 51/3 65/12
67/25 68/4 70/3
86/17 94/2 99/22
99/23 99/24 109/16
113/6 117/5 127/19
130/12 134/2
145/10 152/5
158/23 159/9
177/13 177/15
180/19 180/21
198/15 200/25
202/10 211/1
211/14 212/1
213/15 215/5 227/3
228/12 229/13
229/14 235/17
240/14 246/9 253/4

**anyway [3]**  55/25
56/1 199/6

**apart [2]**   29/23
122/9

**Apex [1]**   35/1

**apologies [3]**   65/6
153/10 166/12

**apologize [5]**
60/13 69/10 107/23
162/15 162/16

**app [2]**   34/23
151/18

**apparently [2]**
27/25 229/22

**appeal [1]**   228/25

**appear [3]**   13/1
180/14 208/14

**appearance [1]**
25/8

**appearances [2]**
1/12 3/6

**appeared [3]**
250/20 254/15
255/14

**appears [1]**   251/5

**application [1]**
35/15

**applied [3]**   150/3
150/4 259/9

**applies [2]**   237/15
237/16

**apply [4]**   143/6
143/14 173/16
173/17

**applying [1]**   73/24

**appointed [1]**
185/13

**appointment [6]**
41/18 41/19 42/15
42/16 45/21 164/18

**appointments [7]**
45/10 45/11 45/12
45/16 45/17 45/18
165/9

**appreciate [19]**
19/11 24/7 44/25

45/5 60/17 62/20
64/23 65/13 71/7
78/2 78/4 114/22
128/14 131/19
132/19 136/8 140/4
149/19 154/17

**appreciated [2]**
141/3 228/23

**appreciates [2]**
71/8 71/9

**approach [1]**
251/14

**approachable [1]**
259/13

**approaching [1]**
263/6

**appropriate [6]**
7/2 7/15 65/20
159/16 181/9
247/23

**approximately [5]**
17/23 23/5 156/5
268/16 268/18

**apps [1]**   178/4

**April [9]**   183/9
185/23 186/1 190/4
190/8 192/9 192/18
214/7 225/18

**architectural [1]**
139/24

**architecture [4]**
138/7 139/13
139/14 139/22

**are [249]**   3/24
4/20 4/20 4/23
4/24 4/25 4/25 5/1
5/13 5/15 5/18
6/17 8/7 8/12
10/23 12/25 13/1
13/12 13/13 13/13
13/14 13/16 13/18
15/1 15/15 15/22
16/2 16/8 16/11
16/12 16/17 16/17

**are... [217]**   17/15
17/16 17/22 17/24
18/2 18/7 18/8
18/9 18/10 18/13
19/4 19/12 19/20
20/9 21/1 21/2
21/5 21/6 21/7
22/11 22/11 22/19
22/19 22/21 23/3
23/16 23/21 23/22
24/24 25/4 25/7
26/10 27/11 28/18
28/20 29/20 30/16
30/18 31/3 31/11
33/8 38/8 38/13
41/1 44/15 45/14
45/16 46/20 46/24
54/3 55/13 55/24
56/19 57/3 59/15
60/6 63/17 65/13
65/21 66/3 66/6
66/9 69/2 70/20
72/1 73/6 74/5
74/18 75/11 76/25
79/16 81/4 82/7
87/12 87/23 90/14
94/14 96/5 96/6
96/18 98/23 100/13
101/2 101/3 102/2
102/21 103/3
103/16 103/17
105/18 105/23
106/19 107/11
107/13 110/17
111/21 116/25
118/7 123/16
124/23 126/4 126/6
128/21 132/9
132/10 136/12
137/20 138/10
140/10 141/12
142/1 142/21 143/1

145/4 146/17
148/19 151/5
152/14 152/18
156/4 156/16
157/14 157/17
158/6 158/9 158/16
160/7 160/24 161/3
161/8 164/2 165/10
166/16 169/4
169/25 170/21
172/22 173/13
174/10 174/12
174/16 174/18
174/19 174/25
175/15 176/12
177/12 177/14
178/10 178/21
179/17 179/18
180/16 181/8
182/20 184/16
187/22 188/5
188/20 197/11
198/17 201/6
208/14 209/2
209/24 212/15
217/21 217/22
219/20 219/25
220/3 220/4 224/17
224/21 224/21
230/13 231/6
231/16 232/2 233/7
234/9 237/25
238/19 238/20
238/21 238/21
239/10 241/19
242/7 243/25
244/18 245/20
245/21 246/6
246/15 246/20
249/11 257/14
257/24 258/7
258/20 258/21
261/9 262/5 263/12
265/1 266/9 270/7

272/10 272/10
272/11 272/13
272/14 272/20
**area [7]**   10/7 25/1
63/19 136/17 139/4
139/24 270/6
**areas [8]**   52/20
69/6 98/1 139/10
140/20 141/12
212/16 218/10
**aren't [1]**   116/23
**argue [1]**   154/22
**argument [4]**
161/14 180/9
227/14 230/2
**argumentative [1]**
179/23
**arguments [5]**
174/12 174/13
174/15 177/20
183/6
**Arlene [4]**   167/9
167/18 171/19
172/6
**arm [1]**   146/20
**Army [1]**   187/2
**around [14]**   42/23
52/13 90/11 100/3
191/2 195/19 196/9
199/19 200/12
206/9 221/8 242/18
243/20 258/8
**arrange [1]**   29/24
**arrangements [2]**
119/19 270/21
**art [4]**   84/24
101/18 101/20
101/21
**article [2]**   194/11
205/16
**articles [2]**   129/2
187/7
**artisan [1]**   101/12

**A**

**artist [2]**   65/9
65/13

**as [236]**   1/3 4/19
4/22 5/2 5/4 5/11
6/1 6/16 6/16 7/4
7/18 7/25 8/1 8/5
8/10 8/23 10/10
11/20 13/9 13/11
13/19 15/15 16/6
17/3 17/23 18/8
19/14 20/6 20/6
20/10 20/10 20/20
21/13 21/14 21/15
21/16 24/1 24/4
24/5 26/19 26/19
28/15 29/8 30/4
30/5 31/11 32/24
33/21 34/4 34/8
34/8 38/13 38/14
47/15 47/22 47/25
48/7 48/21 49/6
49/12 53/14 54/10
55/14 55/22 56/4
57/22 58/2 58/5
58/10 58/16 59/13
59/19 60/10 60/16
61/3 61/18 62/5
63/4 64/15 64/19
67/8 67/14 69/4
69/11 69/13 69/14
78/17 78/18 80/11
82/20 83/23 91/12
94/19 98/13 98/13
98/24 100/2 100/2
106/6 108/23
108/23 112/2 112/2
115/15 115/15
115/15 116/16
117/22 117/22
123/5 125/3 128/15
130/2 133/25 143/5
147/5 147/16 149/9

154/20 155/5
155/10 155/15
155/15 155/21
157/14 157/20
157/24 157/25
158/24 159/5
160/24 160/25
161/3 161/9 161/15
161/19 161/19
166/1 166/4 167/24
168/2 171/10
171/15 173/12
174/6 174/6 176/11
176/12 176/14
176/15 178/4 179/4
179/5 180/15
180/20 181/17
185/8 186/11 187/2
187/9 187/10
187/14 187/23
188/7 191/15 194/7
195/9 196/15
196/23 197/2 197/2
197/17 200/18
200/21 200/21
201/16 201/25
206/24 207/10
210/25 212/19
213/3 213/4 213/5
215/19 215/25
217/1 217/11 218/3
218/13 218/13
223/13 223/23
225/13 226/6 230/7
231/1 231/19 232/4
232/11 236/9
236/12 236/14
237/10 238/21
239/24 240/11
240/12 240/22
241/5 241/20 243/5
243/9 246/20
246/21 248/25
249/22 250/20

258/4 258/5 258/11
258/17 259/7
263/17 264/24
264/24 265/6
267/13 267/21
269/22 270/7
270/13 271/3

**as sort [1]**   98/24
**ASIC [1]**   150/5
**aside [6]**   19/14
41/13 64/7 64/9
64/14 213/18
**ask [106]**   6/12
6/20 8/9 8/22 11/3
13/21 15/25 16/20
17/3 19/4 19/19
21/9 21/11 28/12
29/21 33/3 33/7
41/10 49/22 57/1
57/2 58/9 60/12
65/25 67/4 70/2
70/7 70/9 71/16
74/21 75/2 78/15
80/15 82/2 82/22
84/11 85/5 85/12
85/14 89/19 91/3
98/11 98/13 101/18
106/8 110/4 116/21
117/21 120/3
122/10 122/20
126/9 127/7 133/22
134/13 136/9
142/22 143/9 145/5
149/20 150/10
151/3 152/13
154/20 154/23
155/16 156/5 156/7
156/12 157/11
157/21 158/3
160/15 164/24
171/1 171/13
172/12 172/17
172/21 173/6

# A

**ask... [26]** 174/22
180/1 180/2 181/8
181/24 182/22
183/1 199/21
199/21 200/5
202/20 202/23
231/1 231/22
231/25 235/7 238/9
238/23 258/18
262/13 270/4
270/10 271/2 271/2
271/12 271/16

**asked [36]** 8/15
13/12 22/5 23/3
29/13 41/5 54/20
66/25 71/5 74/13
78/15 79/6 82/1
90/24 100/11
102/18 107/2
125/18 131/16
157/12 168/19
181/23 182/10
186/20 198/15
202/4 208/25
221/19 221/19
221/22 231/23
235/7 239/20
239/22 248/17
249/7

**asking [18]** 14/14
22/6 69/19 69/20
117/6 118/17 120/3
128/1 134/2 142/14
157/25 169/4 213/4
223/21 227/1
230/13 230/17
232/2

**asks [6]** 47/8
71/16 175/2 189/1
226/11 231/20

**Asperger's [2]**
138/3 138/18

**assemble [1]** 5/23

**asserted [1]**
236/10

**assessing [1]**
213/17

**asset [3]** 185/1
201/3 201/7

**assets [17]** 31/22
176/22 177/1 177/4
177/8 184/14 186/4
195/13 195/18
196/6 196/12 197/2
201/20 204/18
209/5 229/16
229/22

**assign [1]** 76/10

**assigned [2]** 26/17
172/22

**assignment [1]**
41/9

**assist [4]** 5/25
242/14 248/14
248/21

**assistant [1]**
140/8

**assisting [2]** 4/17
8/6

**associate [3]** 7/24
91/6 190/9

**associates [5]**
120/18 200/18
205/14 205/14
239/14

**Association [2]**
33/22 33/25

**assume [6]** 112/10
119/18 124/21
129/23 131/14
132/10

**assuming [1]** 59/13

**assumptions [1]**
139/9

**assure [1]** 200/9

**Atlanta [1]** 36/13

**ATM [1]** 217/23

**ATO [7]** 196/18
196/19 196/23
197/2 197/3 199/20
199/20

**atoms [6]** 264/9
264/11 264/11
264/11 264/13
264/20

**attacks [1]** 230/6

**attempts [2]**
251/12 262/10

**attend [3]** 6/13
10/19 19/13

**attention [12]**
24/8 47/4 58/22
164/22 186/13
213/25 214/2
222/11 225/22
228/4 229/3 229/5

**attorney [5]** 34/1
53/25 115/3 118/20
209/11

**attorneys [31]**
4/22 7/7 7/12 8/11
9/14 12/6 12/13
14/25 15/4 17/14
21/8 22/9 22/14
22/16 22/18 28/15
30/9 31/6 33/3
48/2 48/6 48/9
66/16 68/21 155/20
157/4 157/18
170/20 271/17
272/12 272/13

**attorneys' [1]**
65/19

**audio [2]** 5/12
18/1

**auditor [1]** 241/13

**auditory [1]**
138/21

**audits [1]** 196/23

**August [1]** 193/12

## A

**Augustine [1]**
33/19
**Australia [15]**
32/2 35/3 35/6
36/6 36/25 37/6
190/10 192/15
193/20 195/7
195/19 196/6 204/4
208/16 221/18
**Australian [18]**
190/17 193/12
195/23 196/20
196/21 198/7 201/6
204/6 204/9 223/14
223/16 225/2
225/12 226/3 226/4
231/12 233/22
241/6
**authenticated [1]**
254/7
**author [4]**  34/8
94/19 195/25
205/15
**authored [1]**  187/7
**authority [1]**
204/11
**authorized [2]**
195/25 204/10
**authors [1]**  188/16
**autism [17]**  36/12
36/13 41/16 133/25
134/9 136/12
136/13 138/1
142/14 143/20
207/11 207/16
207/17 207/19
213/11 213/14
213/17
**autistic [2]**
136/20 232/6
**automatically [5]**
15/18 15/20 144/20

**available [6]**
17/24 22/12 149/6
149/8 218/6 267/8
**Avenue [2]**  1/24
273/18
**average [1]**  268/18
**aviation [1]**  82/20
**avoid [2]**  10/6
20/21
**award [1]**  223/22
**aware [5]**  5/11
19/12 141/16 220/3
243/5
**away [14]**  29/20
90/5 100/2 102/19
102/25 103/2
117/24 134/3 186/6
197/7 207/23
219/24 267/11
267/12
**awe [1]**  228/22

## B

**bachelor's [3]**
97/12 97/14 97/15
**back [67]**  12/17
13/8 16/18 27/5
41/17 45/4 46/20
47/7 59/3 65/25
66/5 66/7 66/9
67/24 68/2 68/8
68/18 69/10 85/3
85/4 101/11 102/15
114/9 117/12
117/15 117/18
118/15 121/13
124/18 131/20
132/6 133/20 144/1
150/25 156/5
156/16 156/17
159/20 160/2 160/6
161/18 164/6
164/14 168/6 171/5

172/24 188/25
190/13 190/15
191/1 191/19 192/1
192/8 193/18
198/22 210/2 210/3
210/5 211/23
211/25 212/2 212/8
225/21 226/1
267/19
**back to [1]**  164/14
**backed [1]**  99/21
**background [12]**
7/22 33/4 38/4
47/9 48/13 49/11
77/1 77/21 87/14
97/6 97/11 240/1
**backing [1]**  148/7
**backstab [1]**  141/4
**backstrike [1]**
164/5
**backstrikes [2]**
170/11 170/14
**backwards [3]**
198/7 261/24 268/1
**bad [8]**  69/22
79/21 98/9 108/7
152/22 219/22
219/23 219/23
**bag [4]**  19/2 19/3
122/9 172/25
**bags [3]**  6/10 6/10
27/24
**bailout [1]**  254/11
**bait [1]**  226/14
**bait-switching [1]**
226/14
**balanced [1]**  233/3
**balancing [1]**
236/21
**balloon [2]**  225/20
226/22
**ban [1]**  103/3
**bank [6]**  217/22

**B**

**bank... [5]**   217/25
218/21 257/24
260/1 262/17
**banking [1]**   241/4
**banks [1]**   254/11
**Barnett [5]**   19/22
164/1 167/17
171/18 172/5
**barter [1]**   101/12
**base [4]**   53/18
178/22 178/24
180/6
**based [17]**   26/6
32/14 63/18 64/15
113/23 114/16
120/13 120/17
131/3 154/11 155/2
155/3 155/11
201/11 223/22
232/15 246/22
**basic [7]**   80/13
80/21 80/22 158/5
158/8 173/12
259/12
**basically [14]**
24/16 24/22 25/9
53/25 80/10 83/20
85/16 85/18 85/19
97/7 109/7 127/17
136/3 146/13
**basis [9]**   14/24
17/25 53/16 120/5
130/2 136/10
162/11 203/12
259/8
**bathroom [1]**
170/14
**bathrooms [1]**   5/23
**BB [1]**   1/2
**be [298]**
**beach [7]**   1/2
34/12 36/15 36/20

**beaches [1]**   263/20
**bear [1]**   145/20
**became [5]**   91/12
104/9 104/10
216/18 223/14
**because [122]**   6/7
9/5 9/12 11/18
13/14 15/4 15/6
15/25 16/10 18/2
22/5 25/25 26/19
26/21 27/2 48/16
54/18 56/1 58/2
58/9 63/9 63/10
64/21 66/8 67/7
69/19 72/4 73/12
73/14 73/19 74/7
76/21 76/25 77/20
78/1 79/14 79/23
81/5 83/9 87/22
89/15 90/5 90/7
92/3 94/22 95/17
95/21 96/1 98/6
100/3 100/6 103/9
106/17 106/22
111/18 114/11
116/2 117/3 117/3
119/5 121/25
122/23 133/8
133/23 141/3 145/2
147/9 148/3 148/5
148/8 148/13 149/2
151/12 152/2
152/12 153/16
155/4 157/11
157/14 164/24
166/12 169/8
172/12 174/20
182/14 182/15
183/2 184/8 184/9
184/16 195/17
196/18 198/7
206/22 207/4
207/12 213/3

227/19 230/12
230/16 230/17
231/11 232/13
232/14 233/1 234/5
234/22 242/3
245/22 251/13
254/18 259/21
260/3 260/21 261/9
262/21 264/18
267/1 268/24
271/21
**become [5]**   93/3
124/1 198/15
200/24 257/20
**becomes [1]**   166/5
**been [82]**   8/17
10/9 15/6 20/19
21/1 21/11 21/12
27/13 27/23 28/14
33/21 39/14 39/15
42/23 50/11 51/14
52/13 65/1 74/20
75/5 75/18 81/21
82/9 82/10 85/1
87/17 89/15 104/14
108/18 110/6 110/8
115/25 116/16
116/19 117/5
117/20 117/24
118/1 119/2 119/7
119/12 133/24
133/24 141/25
142/14 150/8
154/18 156/3
160/16 171/14
172/11 173/11
175/11 179/7 181/7
182/19 188/4 192/6
195/24 202/18
203/14 204/24
207/11 208/18
216/13 216/15
233/16 237/2 237/9

**B**

**been... [13]** 238/1 239/17 240/9 243/8 244/2 244/10 251/11 251/12 254/18 256/3 258/2 264/17 269/10

**before [65]** 1/10 8/12 11/17 18/11 20/14 23/6 24/2 44/11 44/13 54/19 55/4 55/8 66/1 66/11 68/17 69/23 82/1 93/5 102/18 108/16 116/12 143/6 143/21 145/15 150/23 153/20 154/21 170/15 170/25 177/21 181/17 183/23 186/6 186/14 186/24 188/2 190/24 194/25 200/21 200/24 206/4 207/21 209/16 209/17 210/7 212/1 212/7 213/22 214/12 214/13 222/22 223/5 228/9 235/23 238/18 241/2 244/15 244/20 244/23 248/2 250/8 254/18 262/13 271/15 271/25

**beforehand [1]** 11/9

**began [3]** 199/17 199/18 217/19

**begin [16]** 23/11 30/11 40/25 68/21 159/20 161/5 168/2 177/18 177/21 181/21 185/18 235/23 238/3 270/9

**beginning [8]** 129/11 130/18 154/24 200/15 214/6 220/17 221/3 256/7

**begins [3]** 200/5 214/8 225/19

**behalf [34]** 2/8 3/24 4/3 14/5 14/12 19/9 19/21 30/11 30/20 33/10 36/1 68/22 115/11 115/21 161/9 162/23 164/2 164/10 165/19 165/21 166/2 166/7 166/18 166/25 169/15 180/25 181/1 196/3 212/3 221/18 236/1 238/4 271/6 271/8

**behavior [4]** 134/20 213/10 227/24 232/5

**behaviors [5]** 135/5 135/10 135/12 135/13 212/24

**behind [6]** 66/2 103/4 169/10 197/12 201/16 216/5

**being [32]** 22/2 22/12 29/23 42/2 42/7 60/24 69/18 72/11 78/1 86/3 96/21 101/16 115/3 116/10 133/25 134/25 137/17 140/22 154/3 171/7 204/16 217/11 229/15 231/11 235/7 249/20 249/21 253/1 268/2

**beings [3]** 58/3 58/10 142/18

**belief [4]** 78/4 113/19 115/6 116/17

**beliefs [1]** 114/17

**believability [1]** 176/8

**believable [1]** 72/25

**believe [53]** 7/5 8/3 24/12 41/7 44/5 47/14 47/24 52/4 56/3 57/3 59/17 61/2 61/17 63/3 63/10 63/11 64/6 69/19 72/2 85/5 95/21 95/23 101/7 102/12 113/14 113/22 114/3 114/18 114/23 116/15 116/17 123/23 123/24 124/4 126/2 140/12 149/21 150/23 157/23 158/9 159/3 162/12 164/18 174/8 175/21 175/21 175/22 198/12 204/14 210/13 212/22 232/21 270/18

**believed [1]** 233/3

**believes [2]** 213/4 225/24

**believing [1]** 195/24

**belong [1]** 152/10

**B**

**belonged [1]** 32/12

**belonging [1]**
177/8

**belongs [1]** 260/6

**benches [1]** 10/9

**benefit [1]** 139/8

**benefits [1]** 27/15

**Berkeley [4]** 35/15
35/19 35/20 208/10

**Berry [2]** 19/23
67/7

**best [19]** 40/18
76/18 89/10 152/20
183/16 183/24
184/17 184/20
185/1 190/12 194/5
195/16 208/21
214/7 215/8 215/9
215/9 225/21
230/24

**bet [2]** 82/4 82/4

**BETH [2]** 1/10 19/7

**betrayal [1]** 217/4

**better [12]** 16/3
16/4 17/7 74/20
105/19 116/7 116/8
116/16 172/15
182/15 188/8
191/25

**between [32]** 20/3
115/17 124/2
151/19 189/15
189/20 191/21
192/18 197/22
199/17 200/12
200/17 205/11
210/17 210/21
213/24 214/16
222/12 222/13
222/17 223/4 223/7
223/8 224/15
224/17 227/7 228/1

261/6 266/22
270/10

**beverage [2]** 50/21
125/17

**beyond [3]** 72/19
210/14 224/10

**bias [2]** 78/10
176/5

**biased [3]** 77/25
77/25 78/10

**big [10]** 69/24
89/18 199/1 200/18
200/23 206/14
226/12 259/10
262/24 263/1

**bigger [1]** 106/20

**bill [2]** 252/1
252/10

**billion [3]** 184/5
264/15 264/15

**bills [1]** 207/5

**biological [1]**
97/6

**Biology [1]** 97/12

**Biscayne [1]** 1/14

**bit [26]** 50/6 53/7
64/13 71/19 74/2
74/14 77/6 77/6
78/16 87/20 97/5
97/22 98/5 105/23
140/16 159/6
172/15 188/22
191/4 191/11 195/7
256/19 259/5
259/13 260/8 261/9

**BitCash [1]** 188/5

**Bitcoin [307]**

**Bitcoin's [1]**
102/18

**Bitcoin-related [2]**
32/10 189/13

**Bitcoins [11]**
32/12 55/7 55/12

93/4 95/3 220/3
220/7 220/18

**BitInstant [1]**
35/1

**Bitmessage [1]**
34/24

**black [2]** 90/23
150/7

**blamed [1]** 122/15

**blank [1]** 199/2

**blanket [1]** 218/16

**block [27]** 221/13
253/24 253/24
253/25 253/25
254/6 254/7 254/9
254/17 254/21
255/10 258/15
258/19 267/21
267/22 267/23
267/24 268/3 268/6
268/12 268/13
268/17 268/19
268/20 268/20
269/1 269/9

**block's [1]** 254/7

**blockchain [35]**
31/17 31/20 31/25
176/19 176/23
202/8 205/5 218/11
219/3 219/9 219/10
219/15 219/22
220/1 220/6 220/11
220/15 220/16
220/19 222/3
239/18 240/8
257/13 257/16
257/18 257/19
257/22 258/1 258/9
258/11 258/16
258/20 258/21
267/24 268/4

**blockchain-related**
**[5]** 31/17 31/20

**B**

**blockchain-related.**
**.. [3]**   31/25
176/19 176/23
**blockchains [2]**
35/10 239/16
**blocks [8]**   239/25
268/4 268/17
268/18 268/21
268/25 268/25
269/5
**blog [4]**   51/9
103/20 105/8
105/11
**blogging [1]**   40/10
**blogs [2]**   40/2
178/11
**BLOOM [8]**   1/10
19/7 90/17 91/18
103/19 116/3 117/3
143/5
**blue [3]**   5/5 173/5
257/9
**board [4]**   34/4
58/4 200/9 241/8
**boards [2]**   241/7
241/21
**boasting [1]**
228/11
**boat [2]**   123/17
123/19
**Bob [12]**   189/6
189/8 265/22
265/23 266/3
266/21 266/21
267/7 267/8 267/10
267/12 267/18
**Bob's [2]**   265/23
266/15
**body [1]**   101/14
**Boedeker [2]**   35/13
35/14
**Bohemian [1]**

**BOIES [1]**   1/16
**boils [1]**   115/16
**book [3]**   204/25
240/18 240/19
**booked [1]**   44/3
**bookkeeper [1]**
121/5
**books [6]**   34/9
126/24 130/25
187/7 240/18
240/22
**boom [1]**   81/25
**bootleg [2]**   148/22
149/3
**bored [1]**   141/2
**born [4]**   36/5
75/16 85/2 254/1
**boss [1]**   192/2
**Boston [6]**   74/23
75/2 75/12 75/15
75/17 138/7
**both [34]**   47/10
66/24 67/5 68/13
93/15 99/2 105/7
105/16 109/7 109/7
109/10 109/16
159/21 160/7
163/19 164/4 164/7
164/16 167/20
169/4 170/21
181/18 196/23
199/15 203/14
209/8 224/19 226/5
232/19 253/2
255/14 256/14
267/2 267/13
**bothered [1]**
138/22
**bottom [2]**   195/9
254/3
**bought [7]**   50/22
54/18 55/3 91/7
91/17 106/12 130/2

**Boulevard [1]**   1/21
**box [23]**   5/4 5/8
9/14 9/19 9/21
21/3 25/18 27/20
45/2 53/21 54/7
60/19 61/6 90/23
100/18 114/15
143/24 150/7
155/13 172/22
260/2 260/6 260/9
**boxes [4]**   105/20
149/15 260/1 261/9
**boy [4]**   134/6
135/5 137/22
165/16
**boys [3]**   134/6
134/8 137/13
**bragged [1]**   201/17
**bragging [1]**
228/11
**brain [1]**   89/15
**brains [1]**   198/25
**branch [1]**   259/8
**brand [2]**   267/25
268/2
**brand-new [2]**
267/25 268/2
**brands [1]**   51/11
**breach [3]**   236/3
236/3 236/7
**break [25]**   5/24
6/5 6/7 6/8 6/9
16/15 16/17 22/7
22/23 22/23 22/24
65/20 65/21 66/18
66/22 66/23 159/19
160/2 169/1 170/6
210/1 210/8 248/2
259/13 261/9
**breaks [1]**   5/21
**breathes [1]**
225/20
**Brendan [1]**   34/20
**BRENNER [17]**   1/16

**B**

**BRENNER... [16]**
3/12 12/18 12/25
16/21 30/14 69/1
113/4 115/10 116/3
116/13 116/21
125/15 160/12
161/12 162/11
185/10
**brief [12]**   7/21
20/12 33/4 38/4
67/10 90/17 95/11
186/17 205/7
235/24 249/7 256/7
**briefly [3]**   92/2
204/20 234/9
**bring [18]**   6/1 6/3
18/8 41/23 68/11
123/14 142/4 142/6
142/6 168/5 170/24
211/4 212/1 214/4
220/20 236/24
243/1 270/15
**bringing [5]**   16/17
24/7 58/22 164/21
165/25
**brings [3]**   120/14
200/8 201/22
**brink [1]**   254/11
**bro [1]**   224/7
**broad [1]**   250/25
**broken [2]**   169/20
185/22
**Brooklyn [1]**   34/23
**brother [20]**   36/9
60/6 60/8 60/14
77/13 77/15 123/8
185/12 191/22
197/24 198/2
205/17 205/19
205/23 205/24
210/17 210/19
227/9 229/8 229/8

**brother's [2]**
124/9 201/25
**brothers [1]**
210/21
**brought [2]**   120/18
209/13
**brown [1]**   172/24
**Bruguez [17]**   52/4
52/16 107/8 107/9
107/10 107/10
107/10 117/22
117/23 118/2 127/7
127/9 131/20
166/13 167/18
171/19 172/6
**brute [1]**   262/4
**bubble [1]**   100/7
**bucks [1]**   91/20
**build [3]**   84/1
210/24 251/12
**building [2]**   98/22
147/7
**built [2]**   215/13
225/23
**bulwark [1]**   72/1
**bunch [7]**   67/5
115/25 116/1 145/4
220/9 262/2 263/3
**burden [10]**   71/19
72/15 73/1 73/17
235/25 236/15
236/23 236/25
237/10 237/19
**business [86]**
50/11 50/23 51/8
51/14 51/21 52/8
52/22 83/23 91/6
92/15 94/8 96/22
98/12 104/2 104/8
104/14 104/16
104/18 105/6
105/11 107/16
107/20 108/3
108/13 108/17

111/3 112/15
112/18 115/16
117/20 117/24
118/1 118/7 118/18
119/8 119/19
120/18 121/2
121/15 121/17
121/19 121/25
122/6 124/9 124/24
125/10 125/11
125/20 126/10
126/19 128/1 128/6
129/15 129/16
130/7 131/8 131/16
131/21 131/24
132/9 183/16
184/18 188/24
188/25 190/9
190/13 193/23
194/6 195/16
198/20 200/18
205/14 205/14
215/8 215/9 218/7
218/13 225/14
225/21 226/6 226/7
226/10 226/10
229/24
**businesses [7]**
62/14 105/8 125/15
126/8 126/11
132/11 218/19
**businessman [3]**
121/24 121/25
190/18
**Bustamante [5]**
117/15 164/1
167/17 172/2 172/3
**busy [6]**   82/4 82/7
82/8 82/11 226/25
233/1
**button [1]**   5/14
**buy [6]**   60/7 92/17
106/12 218/16

**B**

**buy... [2]** 242/4
242/11
**buying [10]** 54/21
56/17 57/17 58/13
60/9 61/12 90/23
106/6 200/8 265/21
**buyout [2]** 106/13
126/17
**buys [1]** 60/14
**byline [1]** 250/18

**C**

**C-H-O-I [1]** 37/15
**C-O-D-I-N-G [1]**
78/18
**Cabrera [9]** 19/22
74/15 74/16 75/24
164/1 165/25
167/18 171/18
172/5
**calculated [2]**
264/17 264/19
**calculations [1]**
92/11
**California [5]**
34/2 34/4 35/14
37/17 54/1
**call [49]** 3/1 3/2
24/5 26/25 27/2
30/4 33/12 33/18
33/23 34/6 34/11
34/16 34/20 34/22
35/2 35/7 35/13
35/17 35/22 36/4
36/5 36/8 36/11
36/14 36/18 36/21
36/24 37/1 37/5
37/7 37/10 37/15
37/18 37/21 37/24
67/13 90/22 103/12
143/20 195/11
204/22 207/20
224/5 224/6 238/5

250/7 262/4 266/4
268/22
**called [41]** 21/15
26/6 27/1 34/3
34/18 34/23 34/25
36/16 55/5 69/9
71/3 88/2 91/17
92/17 103/20 174/4
175/13 180/3 184/2
195/8 199/23 205/4
205/6 216/14
220/13 222/3
224/25 225/2 226/5
237/5 240/18
250/15 250/21
251/16 252/14
253/23 259/9
259/22 261/21
264/18 268/4
**calling [6]** 3/4
26/18 70/13 223/24
224/2 224/4
**calls [4]** 178/3
189/11 232/23
236/15
**came [12]** 11/11
66/1 78/8 82/18
85/3 106/2 106/9
106/19 112/6
129/17 143/21
227/10
**camera [1]** 254/20
**Campbell [3]** 5/24
29/19 29/23
**can [198]** 3/3 5/4
6/4 7/16 9/12 10/9
10/11 10/15 10/25
11/1 11/2 12/5
12/13 13/22 14/6
15/19 16/20 16/20
17/7 17/23 18/8
19/17 22/18 25/3
46/10 49/4 49/14
50/18 51/7 58/6

69/11 67/16 70/10
70/11 70/11 74/14
75/7 78/7 78/20
79/15 82/23 90/19
95/24 96/14 98/13
99/17 99/22 99/23
117/12 117/15
117/25 118/1 126/9
129/19 131/20
133/1 136/15
138/11 139/5 139/6
139/8 139/8 139/20
141/1 141/14
142/15 143/9
143/22 143/24
146/17 147/17
147/20 147/20
151/14 151/16
153/25 155/10
155/16 156/21
157/2 158/9 158/20
159/19 160/1
161/10 162/25
164/6 168/13 169/4
171/15 171/21
171/25 172/16
172/24 173/5 173/6
173/21 173/22
173/22 175/1 179/4
181/12 181/13
181/14 185/22
187/20 190/4 190/7
190/8 190/21 191/1
191/16 191/18
191/19 192/8 192/9
193/4 193/16
193/18 194/16
195/5 195/22 197/9
197/14 199/8
199/11 200/21
204/2 205/5 210/12
212/23 213/22
217/23 218/16
218/25 219/12

**C.**

**can... [62]** 219/13
219/15 219/17
230/4 231/25 232/2
235/4 239/20 240/1
240/14 241/23
242/11 242/19
243/18 246/8 248/3
248/7 248/18
248/23 249/4
249/16 249/17
250/7 250/12
253/12 256/5 256/9
256/16 258/13
258/15 258/18
258/19 258/24
259/11 259/12
259/20 259/25
259/25 260/4
260/13 260/15
260/17 260/19
261/16 261/22
261/23 262/17
262/22 263/5
264/16 264/24
266/17 266/24
267/1 267/2 267/15
268/22 270/14
270/14 270/21
271/11 271/13
**can't [18]** 117/17
128/2 140/18 154/6
168/21 202/10
244/3 246/11 247/8
247/8 247/17
253/14 260/2
261/18 261/23
261/24 262/1 265/9
**Canada [1]** 241/11
**Canadian [2]** 241/3
241/4
**cancel [1]** 168/2
**candor [1]** 63/16

**cannot [17]** 26/21
39/20 39/22 40/15
41/13 66/8 156/15
175/7 175/8 182/24
188/6 200/25
219/18 228/14
232/11 232/12
270/17
**capacity [1]** 33/7
**Capital [2]** 38/1
257/9
**capitalize [1]**
257/7
**car [1]** 85/16
**card [5]** 188/24
189/1 198/20
198/22 262/17
**care [7]** 53/15
53/17 113/13
127/17 127/19
147/5 202/19
**careful [1]** 211/12
**carefully [2]**
31/10 179/11
**Carlotta [4]**
164/17 167/16
171/17 172/1
**carrying [1]** 174/1
**Carter [6]** 34/14
36/14 36/15 191/4
215/8 230/22
**case [193]** 1/2 3/3
3/4 7/4 11/16 13/2
13/9 20/2 20/3
20/4 20/6 21/14
21/22 22/1 22/13
23/2 29/14 29/22
30/4 30/5 31/9
31/11 32/17 32/23
33/5 35/7 39/18
39/21 39/24 39/24
39/25 40/6 40/8
40/9 40/13 40/17
40/20 40/24 47/3

48/20 48/20 48/20
49/6 49/9 49/13
55/15 56/5 56/7
57/3 57/23 58/16
58/18 59/20 61/3
61/19 62/6 63/5
63/12 63/25 64/7
65/23 67/17 67/20
69/2 71/18 71/20
72/3 72/8 72/17
72/19 72/22 73/2
73/2 73/17 74/13
77/15 86/19 86/21
87/2 87/7 94/4
94/22 94/25 95/8
95/11 102/2 109/16
113/20 115/21
117/10 126/21
133/9 133/23
142/17 143/12
143/15 154/11
154/21 154/24
155/25 156/11
156/13 157/8
157/24 171/10
173/19 174/14
175/15 176/4
176/12 176/16
177/6 177/13
177/16 177/17
178/1 178/1 178/8
178/10 178/10
178/14 178/15
178/16 178/17
178/19 179/4
179/10 180/21
180/22 182/9 183/5
185/21 186/18
186/21 190/2
190/11 191/11
191/13 191/22
194/5 196/8 196/20
199/14 202/5
202/25 205/3

**C.**

**case... [47]**
205/17 206/2
207/18 208/4 208/8
209/1 211/18
212/15 213/6
213/16 213/18
213/21 213/25
214/2 214/5 214/6
214/8 214/11
214/15 214/19
214/22 215/6
215/13 215/24
215/25 216/1
222/11 223/20
225/19 225/23
226/1 226/9 229/4
230/11 230/15
231/8 232/8 232/11
235/8 236/15 238/3
239/8 239/21
256/15 269/24
269/25 270/1
**cases [4]** 11/6
71/23 73/19 120/12
**cash [4]** 54/10
218/12 218/21
250/18
**CashApp [1]** 153/13
**Cassidy [9]** 19/22
23/12 24/8 47/12
47/13 77/10 142/1
163/8 166/16
**Cassidy's [1]** 78/8
**catch [1]** 14/11
**catches [1]** 184/15
**catching [1]** 166/8
**category [2]**
138/16 215/6
**caught [2]** 141/6
196/13
**cause [11]** 45/5
161/1 161/8 161/10

161/12 161/15
161/19 161/25
162/6 162/19
163/19
**caused [2]** 94/3
223/1
**causes [3]** 77/2
78/9 148/24
**caution [1]** 169/22
**cautionary [1]** 7/2
**CDC [3]** 4/21 21/5
238/19
**ceased [1]** 200/12
**celebrating [1]**
228/11
**cell [2]** 40/9
144/19
**Celtics [2]** 75/10
75/11
**cent [3]** 218/8
218/13 218/14
**Centbee [1]** 34/4
**Center [3]** 36/12
36/12 86/2
**central [9]** 67/17
138/21 148/6
251/17 251/19
252/18 252/23
253/2 253/4
**centralized [1]**
251/17
**cents [1]** 98/7
**certain [14]** 17/20
50/7 132/4 134/10
134/10 135/2 136/3
139/10 141/12
158/23 174/10
214/1 221/5 237/14
**certainly [23]** 6/4
8/9 9/12 11/5
18/16 46/25 49/16
49/17 113/1 144/6
160/1 160/11 163/1
165/18 170/7 200/4

216/19 249/2
269/19 270/14
272/12
**Certificate [1]**
2/2
**certification [2]**
241/9 241/10
**certifications [2]**
187/9 241/12
**certified [4]**
33/22 241/13
241/13 273/5
**certify [2]** 273/7
273/12
**cetera [1]** 241/14
**CFO [1]** 184/23
**chain [2]** 108/2
174/4
**chair [1]** 10/10
**chairs [1]** 12/11
**challenge [3]**
161/13 161/19
200/25
**challenges [10]**
161/1 161/2 161/4
161/8 161/10
161/16 163/19
164/2 164/8 200/22
**challenging [1]**
20/10
**Chambers [2]** 37/12
37/12
**chance [9]** 22/16
116/2 164/5 196/7
246/1 246/2 246/3
246/18 246/19
**Chancellor [2]**
254/10 254/13
**change [7]** 146/15
149/4 149/12
183/25 186/10
200/7 202/2
**changed [7]** 120/24

**C.**

**changed... [6]**
145/9 196/11
212/17 217/18
218/1 243/20
**changes [7]**   28/18
28/20 28/21 28/23
79/23 145/1 146/16
**charge [3]**   29/20
239/12 239/13
**charging [1]**
239/10
**Charles [4]**   62/9
63/8 63/20 162/8
**Charlotte [1]**
165/2
**chart [2]**   9/24
245/12
**charts [1]**   9/15
**chat [3]**   40/11
178/11 232/19
**chats [1]**   232/23
**cheap [2]**   97/22
252/8
**check [6]**   26/1
74/10 112/24
219/22 219/23
219/23
**checked [1]**   105/20
**checking [1]**   107/7
**checks [2]**   109/10
183/15
**cheered [1]**   223/19
**cherished [1]**   20/1
**Chesher [1]**   192/11
**Chicago [9]**   34/17
35/11 241/15
241/17 241/23
241/24 242/1 242/5
242/13
**chief [3]**   26/25
33/16 37/25
**child [5]**   41/22

165/12 217/13
**childhood [1]**
216/8
**children [1]**   224/1
**Choi [2]**   37/15
37/16
**choice [1]**   184/11
**choose [1]**   174/7
**chooses [1]**   224/14
**chose [1]**   184/17
**chosen [1]**   265/24
**church [1]**   221/20
**Cincinnati [1]**
26/22
**circle [2]**   256/21
257/17
**circles [1]**   256/13
**Circuit [1]**   150/5
**circulation [1]**
254/5
**circumstances [3]**
20/22 174/5 224/12
**circumstantial [2]**
106/24 174/4
**cited [1]**   204/25
**citizen [1]**   155/15
**citizens [1]**   20/5
**Civic [1]**   86/2
**civil [23]**   3/4 7/4
20/2 20/6 30/5
39/15 71/23 72/14
72/15 72/22 73/2
73/17 85/25 86/1
86/24 87/1 120/6
120/8 173/12 236/4
236/7 236/24
237/15
**civilly [1]**   72/1
**claim [13]**   67/17
196/18 206/7
215/19 223/23
230/3 231/3 231/16
236/18 237/7 237/8

**claimed [6]**   196/15
197/1 215/3 215/18
216/3 235/17
**claims [14]**   32/15
177/10 186/5
209/13 229/7
233/24 235/24
236/2 236/6 236/14
236/24 236/25
237/15 237/17
**clarification [2]**
56/23 114/7
**clarify [2]**   182/3
256/19
**class [1]**   190/13
**classic [2]**   170/11
170/14
**classical [1]**
264/10
**clean [2]**   200/21
234/15
**cleaners [1]**
121/20
**cleaning [8]**   52/9
52/10 107/21
107/22 108/3 127/8
131/21 131/24
**clear [17]**   6/17
8/22 8/22 44/22
100/22 120/19
126/4 126/6 126/15
126/16 133/13
133/15 165/15
201/15 237/11
265/5 271/25
**clearly [1]**   73/12
**clever [1]**   259/11
**click [5]**   190/8
190/15 192/9 194/1
252/6
**client [3]**   24/21
25/1 148/22
**clients [5]**   12/25

**C.**

**clients... [4]**
24/25 30/10 76/23
83/25
**clock [1]** 269/13
**close [29]** 14/6
14/8 16/2 16/12
57/15 57/21 57/22
58/12 60/7 91/5
91/5 118/6 118/18
131/8 132/1 136/12
140/10 142/2 142/5
186/13 217/22
229/3 229/4 245/10
263/14 263/19
263/21 263/24
264/24
**closed [2]** 108/8
201/14
**closer [1]** 16/3
**closest [4]** 9/22
10/1 10/2 10/3
**closing [5]** 154/23
174/13 177/20
180/9 183/6
**cloth [1]** 6/21
**CLR [1]** 273/17
**co [4]** 67/18 144/5
185/9 201/25
**co-counsel [2]**
144/5 185/9
**co-creators [1]**
201/25
**co-inventor [1]**
67/18
**COBOL [1]** 87/23
**code [13]** 141/14
192/20 192/21
192/25 222/21
222/22 222/24
222/25 223/5 223/9
224/19 224/24
227/24

**coded [1]** 141/15
**coding [21]** 78/17
78/18 79/7 79/8
80/9 80/19 81/17
83/5 83/16 83/21
84/2 84/7 87/19
87/24 88/2 88/3
88/6 88/12 141/15
191/23 191/24
**coffee [1]** 6/2
**Coffie [15]** 41/15
42/21 114/25
132/21 133/19
134/1 134/1 163/25
164/17 165/2
165/11 167/16
167/25 171/17
172/1
**coin [11]** 35/1
35/5 95/3 152/4
152/8 219/5 219/8
226/5 226/22 227/4
227/9
**Coin-Exch [5]** 35/5
226/5 226/22 227/4
227/9
**coined [1]** 257/21
**coins [5]** 54/24
55/2 55/6 95/2
219/21
**cold [6]** 51/20
110/21 110/22
128/15 130/5
131/15
**Coletta [3]** 26/6
26/8 26/11
**colleague [3]**
94/10 104/9 104/10
**colleagues [1]**
69/2
**collection [1]**
257/5
**collections [1]**
257/5

**collectively [1]**
171/15
**college [13]** 34/10
80/12 80/13 80/17
83/3 87/16 87/19
88/1 88/1 88/3
88/14 240/4 240/20
**college-level [1]**
240/20
**colloquially [1]**
250/15
**combination [1]**
138/20
**combinations [3]**
262/18 262/18
262/20
**come [41]** 17/13
17/25 20/11 39/19
48/3 65/25 66/5
68/9 71/14 74/8
100/1 100/2 105/15
105/25 109/13
115/6 118/14
120/12 121/13
129/18 131/20
133/20 143/11
156/21 159/19
172/3 179/2 199/4
206/3 209/11
215/25 227/13
227/14 232/13
243/1 255/3 255/25
261/19 270/11
270/12 270/13
**comes [12]** 78/9
127/19 143/6 144/1
149/17 173/20
217/1 218/4 223/21
262/21 266/10
268/19
**comfort [11]** 5/16
5/16 6/9 6/18 15/6
16/15 16/17 65/20
65/21 158/22 210/1

**C.**

**comfortable [18]**
4/24 6/3 6/19 6/21
10/24 12/11 13/19
15/5 21/7 76/13
79/19 79/20 116/23
158/10 158/14
162/25 172/23
238/20
**comfortably [1]**
268/23
**Comic [1]** 141/10
**Comic-Con [1]**
141/10
**coming [12]** 10/21
72/10 113/19
184/19 185/8
186/12 199/20
208/20 209/7
224/18 266/6 269/9
**commend [1]** 54/3
**comment [2]** 210/20
211/4
**commerce [1]** 241/4
**commercial [2]**
52/10 107/22
**commit [6]** 67/1
67/3 77/3 78/7
143/22 143/25
**commitment [2]**
78/12 154/24
**committee [3]**
241/4 241/6 241/15
**committing [1]**
20/2
**commodities [2]**
242/2 242/7
**common [3]** 7/23
180/22 232/6
**communicate [10]**
16/9 40/5 40/7
40/9 40/12 128/5
150/25 151/19

178/1 257/11

**communication [5]**
193/5 222/12 223/4
223/7 227/13
**communications [10]**
191/21 197/22
200/11 202/8
224/17 227/6
227/12 228/1 228/4
240/5
**commute [1]** 42/4
**companies [10]**
56/23 95/6 126/24
195/19 196/24
201/4 201/8 221/18
235/19 242/9
**company [36]** 25/24
34/3 34/14 34/24
36/16 52/9 62/10
62/15 63/9 82/19
82/20 94/21 94/24
95/19 95/21 99/22
103/24 104/2
106/20 107/21
108/22 127/8
127/15 151/13
151/13 177/3 191/8
195/7 195/12
196/13 199/23
200/1 201/10 204/3
224/25 241/10
**compare [2]** 209/15
209/16
**compelled [1]**
40/20
**compensated [1]**
46/5
**competing [1]**
221/10
**competition [1]**
219/2
**complete [5]** 8/7
28/11 28/16 218/23
273/10

**completed [2]**
22/16 28/14
**completely [6]**
6/20 20/4 64/10
144/10 145/12
252/5
**complex [1]** 168/25
**compliance [1]**
37/25
**compliant [1]**
97/10
**complicated [5]**
115/15 151/9
194/14 252/1 259/5
**component [1]**
239/24
**components [1]**
257/14
**composer [1]** 94/19
**computer [51]**
34/13 36/16 49/23
52/20 52/21 53/2
53/6 78/15 78/17
78/19 80/11 81/8
82/25 83/5 83/11
87/17 87/20 88/17
88/18 89/1 92/11
142/11 145/1 145/3
145/8 146/11
146/13 146/19
148/23 149/6 149/8
149/10 151/4
183/24 187/1 187/7
208/7 208/16
208/17 220/15
220/23 221/6
234/10 240/3 252/3
252/4 258/4 258/5
258/8 258/16
261/12
**computers [24]**
50/5 78/15 78/17
78/19 87/14 87/17
88/11 89/1 90/25

**C.**

**computers... [15]**
94/23 141/17
144/12 144/17
144/25 187/6
187/10 220/24
253/6 257/11 258/8
258/22 265/7 265/9
268/24
**Con [1]** 141/10
**concentration [1]**
216/25
**concept [10]**
106/14 188/14
193/21 202/14
222/2 254/20
259/22 260/5
260/10 264/25
**concepts [5]**
188/16 205/2 218/5
248/16 253/8
**concern [6]** 157/20
157/22 157/23
158/18 159/7 224/8
**concerned [2]**
157/15 174/6
**concerning [2]**
21/18 21/24
**conclude [6]** 22/25
23/6 24/1 66/17
66/19 208/24
**concluded [1]** 7/7
**concluding [1]**
271/19
**conclusion [7]**
6/13 19/5 182/18
186/20 186/23
213/22 238/23
**condition [2]**
38/15 38/18
**conditional [2]**
58/3 58/10
**conditions [1]**

141/7
**condolences [1]**
184/12
**conduct [5]** 39/23
130/21 130/21
156/12 269/25
**confer [1]** 159/17
**conference [4]**
10/14 11/1 159/25
271/11
**conferences [1]**
240/24
**conferring [1]**
163/1
**confidence [1]**
58/8
**confirm [1]** 221/13
**confirmed [1]**
219/20
**confirming [3]**
221/1 221/1 221/9
**confirms [1]** 189/3
**conflating [1]**
226/13
**confronted [2]**
186/8 202/1
**confronts [1]**
183/18
**confusing [2]** 73/9
226/13
**confusion [1]** 10/7
**congratulations [3]**
81/14 110/13
140/2
**connection [2]**
204/5 229/19
**Conrad [7]** 34/14
36/14 36/14 36/15
191/5 215/9 230/22
**consensus [2]**
34/21 257/13
**consider [10]**
39/18 65/9 90/7
113/25 174/11

209/18 209/18
237/4
**considered [1]**
216/9
**considering [3]**
175/24 237/7
237/23
**consist [1]** 167/15
**consistent [1]**
257/3
**Consortium [1]**
241/9
**constantly [1]**
57/16
**constituent [1]**
264/10
**constitution [1]**
71/23
**constitutional [2]**
20/1 24/6
**constructive [2]**
236/5 236/8
**constructs [1]**
267/6
**consult [2]** 40/1
272/12
**consultant [1]**
241/20
**consulting [5]**
104/19 104/20
163/21 240/24
272/13
**consumed [1]** 221/6
**contact [3]** 195/2
195/3 198/4
**contacted [1]**
233/14
**contain [4]** 234/22
269/2 269/2 269/10
**container [1]**
254/1
**contains [2]**
267/25 273/12

**C.**

contemptuously [1]
 232/5
content [1]   240/17
contents [1]   267/1
context [3]   84/1
 193/6 224/10
contexts [1]   224/8
continue [6]
 185/18 209/24
 238/3 247/24 250/9
 269/12
continued [2]
 234/16 269/7
continuing [1]
 47/20
contract [2]
 119/24 242/10
contractors [2]
 104/17 126/13
contracts [5]
 94/21 184/25
 194/24 208/4 242/7
contradicts [1]
 176/6
contrary [3]
 213/16 225/8
 226/16
contrast [1]
 221/21
contributed [1]
 235/10
contribution [2]
 214/20 235/15
control [6]   32/3
 174/25 177/3 253/3
 253/5 267/13
controlled [2]
 252/19 265/24
controls [1]   220/2
convenient [1]
 19/15
convention [2]

converge [1]   242/3
conversation [7]
 89/7 98/6 188/20
 188/22 188/23
 214/16 255/22
converse [2]   158/9
 158/11
conversion [2]
 236/4 236/8
convey [3]   227/8
 227/8 227/18
convicted [1]
 39/14
convinced [1]
 201/23
convincing [1]
 237/11
cooperation [1]
 68/20
copies [5]   12/13
 15/1 28/14 252/13
 258/7
copy [17]   8/8 12/5
 13/23 28/15 148/22
 199/13 252/2 252/5
 252/6 252/8 252/11
 252/12 252/15
 252/25 258/9
 258/16 258/22
copyable [1]   253/3
Coral [1]   1/22
core [1]   117/9
corn [1]   242/4
corner [3]   105/18
 117/12 117/15
corp [4]   105/9
 111/5 111/6 126/12
corporate [4]   37/1
 218/19 225/4
 226/24
corporation [5]
 35/21 108/23
 108/24 128/19

corporation's [1]
 128/24
corporations [1]
 39/25
correct [32]   9/1
 14/19 23/23 44/2
 46/17 50/2 50/4
 59/6 64/5 87/8
 87/15 88/15 88/21
 108/5 113/20
 113/23 120/22
 123/2 134/4 145/22
 146/5 151/22
 151/25 164/25
 164/25 165/10
 167/5 167/6 168/19
 239/9 260/22
 273/10
corrected [1]
 162/15
correctly [1]
 145/17
corresponding [1]
 259/22
cosmologist [1]
 264/18
cost [1]   217/23
could [71]   17/3
 17/5 24/18 41/7
 42/12 47/3 64/9
 66/22 76/18 77/3
 80/16 84/6 87/6
 98/9 100/7 101/11
 105/15 105/25
 112/24 114/3 114/4
 114/11 123/19
 125/24 140/21
 141/9 145/14 149/3
 149/14 155/2
 157/14 158/10
 172/16 187/13
 188/13 191/25
 193/25 198/25

C.

**could... [33]**
200/24 210/20
214/4 216/19
216/20 220/9 221/3
221/4 221/19 222/2
225/15 231/23
236/19 242/9 245/1
249/9 252/15
253/16 253/25
254/9 254/17
254/17 254/23
255/23 256/11
259/1 260/25 262/1
262/8 264/1 265/12
266/24 268/9
**couldn't [8]** 85/20
107/18 116/18
146/8 169/6 198/21
207/3 232/21
**counsel [17]** 3/6
3/7 30/24 65/18
68/25 71/8 115/12
144/5 163/1 181/12
181/13 185/9
210/12 212/22
222/7 233/8 248/5
**counsel's [2]**
30/13 225/9
**counsels' [1]**
249/18
**count [3]** 78/21
265/9 268/24
**counterfeit [1]**
198/17
**countries [2]**
100/2 103/2
**country [4]** 19/18
19/21 71/15 71/15
**county [5]** 46/7
46/22 48/4 48/8
190/6
**couple [21]** 8/14

27/24 61/13 62/13
69/8 80/15 88/23
91/3 108/8 136/14
140/9 142/4 142/11
152/13 153/19
194/6 196/10 198/3
198/3 214/24
271/20
**course [25]** 6/1
10/16 16/16 27/15
39/20 47/18 65/10
74/4 74/4 94/20
116/3 123/21
130/20 130/21
150/11 150/12
173/1 181/5 217/16
231/6 240/11 246/5
247/2 255/22 257/4
**court [77]** 1/1
1/23 1/23 3/1 4/25
5/24 11/10 12/19
15/19 16/1 16/8
16/19 19/8 19/14
20/15 20/20 25/3
29/4 29/10 29/18
29/23 30/1 39/22
43/21 46/17 47/3
48/2 48/4 48/8
48/20 67/1 68/24
70/1 71/8 78/11
85/21 85/24 85/24
85/25 86/1 95/8
116/4 157/3 157/4
160/13 160/15
162/13 168/17
169/17 175/1 175/6
175/7 177/10
177/15 180/23
181/25 182/7
182/24 204/8 210/1
210/20 210/23
211/3 212/13
227/17 236/12
237/5 242/23

244/22 270/5
271/17 271/21
272/3 273/6 273/9
**Court she [1]**
162/13
**Court's [5]** 15/21
24/7 29/8 29/19
40/24
**courthouse [4]**
19/10 42/10 72/18
174/1
**courtroom [40]**
4/19 5/13 8/4
17/21 17/24 18/3
18/3 18/5 22/2
29/7 29/8 29/9
29/12 29/20 39/19
48/3 65/25 66/5
68/9 74/8 115/7
144/13 156/14
157/1 159/14
159/25 171/15
173/2 173/20
178/23 178/25
179/13 184/16
185/16 270/2
270/11 270/12
271/2 271/14
271/25
**courts [2]** 195/23
204/9
**cousin [6]** 121/16
121/17 121/21
122/9 122/14 125/3
**cousin's [1]**
125/10
**cover [10]** 6/11
6/12 6/15 6/15
19/3 19/5 105/15
141/24 200/14
238/22
**covered [4]** 69/6
109/16 154/16

**C**

**covered... [1]**
256/7
**COVID [2]**   108/7
108/10
**CRAIG [127]**   1/7
3/5 30/7 30/24
31/13 31/14 31/19
32/5 32/8 32/11
32/14 36/3 36/5
67/14 115/17
171/12 176/16
176/17 177/6 183/9
183/18 183/24
184/6 184/9 184/17
184/19 184/24
184/25 185/3
185/24 186/2 186/4
186/8 186/10
186/14 187/11
188/1 189/3 189/9
189/15 189/19
190/9 190/17 191/3
191/4 191/21
191/23 192/5
192/10 192/19
192/19 193/7 193/8
193/10 193/12
193/19 194/3
194/10 194/14
194/18 194/24
195/1 195/3 195/6
195/17 195/20
196/10 196/15
197/4 197/7 197/11
197/20 197/23
198/1 198/4 198/5
199/9 199/15
199/17 199/18
199/22 199/23
199/24 199/25
200/2 200/5 200/6
200/12 200/13
200/17 200/20
201/4 201/10
201/16 201/17
202/1 202/5 203/3
203/8 204/14
204/15 204/16
205/12 205/22
205/23 205/24
206/2 206/17
206/21 206/21
207/6 207/11
207/16 207/18
207/19 207/21
208/5 208/6 208/17
209/2 209/5 209/10
209/13 209/14
209/15 209/16
212/20
**Craig's [11]**
184/11 184/23
190/22 200/7 201/7
202/1 202/24 203/1
205/14 207/23
209/11
**create [9]**   32/9
183/24 189/13
199/1 209/3 219/8
219/25 224/9 252/2
**created [18]**
183/20 184/1
190/20 197/19
208/15 208/16
212/17 220/8
224/24 225/1
253/24 253/25
254/5 254/9 254/18
254/21 267/21
268/13
**creates [2]**   218/6
251/3
**creating [5]**   83/10
84/10 225/8 235/12
268/3
**creation [6]**   65/1
225/7 227/22 268/1
**creative [3]**
121/21 121/23
122/21
**creator [3]**   34/23
201/17 255/9
**creators [2]**
201/25 255/9
**credibility [3]**
176/10 210/25
211/4
**Credit [1]**   33/21
**crime [1]**   20/2
**criminal [15]**
10/20 11/6 20/1
49/9 71/18 71/20
72/14 72/16 73/2
73/19 86/25 120/7
120/7 120/11 168/1
**critical [5]**   25/23
154/20 196/22
224/18 267/6
**critically [2]**
71/21 71/22
**cross [4]**   180/3
180/5 180/16
247/24
**cross-examination
[1]**   180/16
**cross-examine [2]**
180/5 247/24
**cross-examining [1]**
180/3
**CRR [1]**   273/17
**crud [1]**   191/25
**crunching [1]**
92/11
**crush [1]**   223/17
**crypto [5]**   54/24
55/2 55/6 98/14
102/2
**cryptocurrencies
[9]**   54/9 55/21

cryptocurrencies... **[7]** 55/24 98/2 100/1 100/12 152/3 153/25 241/2

**cryptocurrency [15]** 54/11 55/5 58/14 62/3 62/21 63/24 97/19 99/15 101/7 102/10 103/3 150/16 154/5 241/9 259/6

**cryptogapher [1]** 255/7

**cryptography [6]** 52/22 250/21 255/15 259/7 259/9 265/3

**CSR [1]** 273/17

**CSS [3]** 83/20 84/2 84/15

**CSW [2]** 208/17 208/17

**cultural [1]** 74/9

**currencies [3]** 100/13 100/13 105/1

**currency [13]** 64/2 64/4 64/12 100/12 101/6 103/5 240/11 240/13 256/9 256/20 256/25 257/1 259/7

**current [2]** 37/8 247/3

**currently [9]** 33/15 33/24 34/9 36/6 52/7 54/23 77/22 107/17 107/19

**custodian [1]** 37/2

**cut [5]** 85/17 109/17 146/20

cuts **[1]** 269/3

**cv [1]** 1/2

**cybersecurity [6]** 33/20 34/17 35/18 35/20 37/22 208/10

**D**

**dad's [1]** 198/11

**Dade [4]** 46/7 46/22 53/14 86/2

**damage [1]** 85/22

**damages [1]** 87/2

**Darien [7]** 134/15 134/16 134/18 134/23 135/5 135/18 136/6

**dark [1]** 260/8

**data [6]** 33/16 89/14 147/15 234/15 234/16 240/5

**database [4]** 258/4 258/5 258/6 258/20

**date [1]** 254/18

**date's [1]** 198/6

**dated [2]** 198/6 200/17

**daughter [5]** 62/25 138/5 138/15 139/10 198/13

**daughters [1]** 70/15

**Dave [175]** 36/19 37/3 69/3 171/11 183/23 183/23 184/6 184/8 184/9 184/10 184/24 185/10 185/13 185/24 186/5 186/5 186/25 187/1 187/10 188/1 188/6 188/20 188/23 189/3 189/9 189/15

190/19 190/23 190/24 191/7 191/25 192/2 192/7 192/13 192/14 192/16 192/19 193/8 193/15 194/19 194/20 194/24 195/1 195/6 195/13 195/17 196/10 196/17 197/1 197/1 197/7 197/7 197/11 197/13 197/15 197/16 197/19 197/21 198/8 199/3 199/22 201/20 202/2 202/3 202/7 202/10 202/10 205/13 205/23 205/24 206/7 206/8 206/8 206/25 207/3 207/4 207/5 207/8 207/25 208/6 208/14 208/15 209/2 209/5 211/13 214/7 214/11 214/17 214/20 215/13 215/14 215/22 216/2 218/10 221/22 223/5 223/8 223/22 223/23 223/24 224/15 224/24 224/25 225/7 225/10 225/13 226/6 226/25 227/5 227/5 227/8 227/18 227/22 227/25 228/1 228/7 228/10 228/14 228/19 228/19 228/20 228/21 228/25 229/5 229/6 229/9

**Dave... [47]**
229/10 230/1 230/5
230/6 230/16
230/18 230/20
230/22 230/24
231/2 231/4 232/9
232/10 232/16
232/17 232/17
232/21 233/1 233/2
233/4 233/5 233/6
233/9 233/10
233/11 233/12
233/14 233/15
233/19 233/20
233/20 233/24
233/25 234/2 234/3
234/4 234/6 234/7
234/10 234/11
234/15 234/18
234/20 234/21
234/23 234/24
235/16
**Dave's [23]**  183/19
184/3 184/6 184/21
185/4 185/12
185/14 186/3 191/5
191/22 195/20
196/6 197/4 201/19
204/18 205/14
205/17 206/6
206/13 206/15
206/23 209/6
211/14
**David [55]**  1/4
30/6 31/12 31/14
31/18 31/19 31/24
32/1 32/9 34/15
36/9 36/17 36/21
36/21 36/22 115/17
141/25 176/13
176/14 176/17
176/21 176/23

176/25 177/3 177/4
177/7 179/25
183/16 193/23
194/5 211/1 214/25
214/25 214/25
215/8 215/17 216/6
217/5 221/23
222/12 223/4
223/18 223/21
225/17 226/4
228/16 229/8
229/19 230/8 230/9
231/14 235/9
235/11 235/14
236/2
**dawn [1]**  112/7
**day [34]**  1/10 6/13
10/16 11/3 11/3
40/6 43/10 43/21
43/21 76/14 102/11
134/11 141/21
142/17 143/9
164/20 169/22
188/10 188/20
192/5 199/9 205/18
210/19 215/10
216/16 217/11
218/21 221/7 224/9
228/17 253/11
271/3 273/9 273/15
**days [9]**  26/1 26/1
134/18 152/22
169/20 169/22
190/13 225/21
271/20
**DC [1]**  37/14
**de [1]**  1/21
**dead [6]**  183/17
184/17 184/20
185/1 190/5 210/19
**deadline [3]**
243/19 244/15
244/16
**deal [8]**  56/23

109/5 200/18 201/9
201/14
**dealing [2]**  81/8
158/16
**Dean [1]**  53/25
**dear [1]**  217/14
**death [7]**  184/4
206/9 214/6 229/9
230/4 234/2 234/4
**Deborah [2]**  33/18
33/18
**debt [1]**  108/11
**decade [1]**  193/24
**deceased [1]**
210/17
**December [1]**  256/2
**decentralization
[1]**  251/21
**decentralized [2]**
251/19 251/23
**decide [24]**  85/20
109/4 115/2 142/23
143/5 143/25
154/11 173/15
173/19 174/20
175/20 179/4
179/10 180/20
180/22 204/14
207/22 209/1
209/19 213/6
231/16 237/2 237/7
237/23
**decided [9]**  20/4
93/13 93/14 106/10
129/16 142/18
232/9 232/11 242/8
**decides [1]**  143/5
**deciding [1]**
175/15
**decision [10]**
15/14 21/21 64/15
133/14 164/15
177/23 178/22

**D**

decision... [3]
178/24 180/6
183/19
decisions [1]
133/16
dedicate [1] 83/7
deductible [1]
85/22
deeply [1] 216/9
defend [2] 196/25
230/5
Defendant [42] 1/8
1/19 30/8 30/20
31/2 31/13 32/2
36/1 67/12 68/4
115/11 161/5
161/11 161/15
162/23 164/10
165/19 166/2
166/18 166/25
167/10 169/15
170/3 176/16
176/22 177/2 177/6
177/9 180/2 180/4
181/1 191/21 195/9
212/5 236/3 236/7
236/20 236/23
237/18 237/21
237/24 271/8
Defendant's [1]
212/11
defendants [2] 4/3
10/20
defense [16] 1/4
2/4 30/7 31/13
69/4 171/11 176/15
181/12 181/13
195/9 203/15 225/3
225/11 225/11
238/1 243/16
defenses [7] 32/14
177/9 235/24

237/19 237/22
deferred [3]
242/24 244/5
244/22
defined [1] 126/16
definitely [5]
76/17 82/3 118/15
139/6 140/21
definition [1]
179/2
degree [7] 97/12
97/13 138/6 240/3
240/5 240/11
240/12
delay [3] 25/7
44/18 270/20
deliberate [2]
23/3 180/12
deliberating [1]
177/21
deliberation [1]
158/11
deliberations [3]
40/25 174/17
177/18
demand [1] 20/23
demeaning [1]
228/18
demonstrate [4]
215/17 221/21
221/23 228/21
demonstrated [1]
219/7
demonstrates [1]
214/20
demonstrative [22]
203/14 203/18
203/23 210/11
242/22 242/24
243/2 243/11
243/18 243/19
244/20 248/4 248/8
248/9 248/20

249/4 249/12
250/13 263/5
263/23
demonstratives [9]
203/13 203/20
242/14 242/23
248/13 256/8
258/23 262/12
262/25
denies [5] 32/8
32/11 177/6 177/7
236/9
deny [2] 206/5
230/5
department [5]
27/1 33/16 47/23
193/20 225/5
depend [2] 6/18
226/13
depending [1]
224/11
depends [3] 48/12
56/7 147/9
deportation [1]
23/19
depose [1] 246/2
deposed [1] 247/20
deposit [2] 260/15
260/22
deprivation [1]
138/23
deputies [1] 8/5
deputy [7] 4/19
5/13 18/3 29/7
29/8 270/12 271/2
derived [1] 261/11
describe [7] 216/7
239/20 239/22
262/7 262/23 263/1
265/4
described [2]
116/16 265/18
describes [1]

**D**

describes... [1]
  250/24
describing [2]
  263/19 263/22
desert [4]   263/3
  263/11 263/12
  263/15
deserves [1]   174/9
design [2]   83/20
  241/16
designed [1]   222/1
desk [1]   151/15
despite [2]   201/9
  201/13
detailed [2]
  105/14 173/14
details [2]   124/4
  202/21
determining [2]
  21/21 176/10
devastated [1]
  217/3
devastating [1]
  217/10
develop [11]   31/15
  31/16 32/9 137/7
  176/18 176/19
  185/24 189/12
  209/4 246/7 246/18
developed [12]
  31/25 139/4 184/22
  189/3 189/22
  189/25 193/22
  194/21 222/23
  232/22 235/18
  235/19
developer [1]
  33/14
developers [1]
  205/15
developing [2]
  205/19 235/13

development [5]
  193/2 205/7 233/17
  235/10 255/21
device [6]   144/14
  144/21 147/7
  147/21 178/11
  206/12
devices [15]   40/5
  144/19 151/19
  206/8 206/10
  206/14 206/16
  206/19 206/21
  234/7 234/8 234/12
  234/14 234/17
  234/22
DEVIN [1]   1/13
DHS [1]   23/18
diagnosed [6]
  133/24 140/20
  207/11 207/16
  207/17 207/19
diagnosis [5]
  136/17 138/1
  207/14 207/21
  207/23
dictionaries [1]
  40/1
did [145]   4/20
  5/13 6/23 9/23
  15/4 26/13 26/24
  28/4 45/9 46/12
  48/3 48/20 50/22
  50/24 51/24 57/2
  61/13 66/12 67/4
  70/20 73/6 75/15
  77/4 77/16 79/12
  80/19 80/19 82/13
  82/13 83/4 84/11
  84/23 84/23 85/6
  86/12 87/10 87/21
  88/2 88/13 90/25
  91/1 91/9 92/25
  93/9 93/18 94/9
  94/21 95/10 95/13

  105/10 105/13
  105/14 105/15
  106/2 106/13
  106/21 108/7
  108/13 109/13
  111/8 111/11
  111/20 111/22
  112/3 112/6 112/13
  116/21 122/11
  122/21 123/22
  124/20 126/9
  126/18 126/23
  126/24 127/3
  127/14 129/2 129/7
  130/4 130/4 130/10
  130/21 130/24
  131/7 131/9 131/10
  132/13 134/23
  135/1 135/5 135/12
  136/2 138/18
  138/19 150/10
  153/9 157/3 157/4
  168/1 169/22 174/2
  174/24 191/8
  193/10 195/1 195/1
  195/4 195/17
  196/13 199/9
  199/12 206/16
  209/2 209/5 210/10
  211/13 218/11
  222/6 222/24 227/2
  227/2 227/3 229/5
  229/5 229/13
  231/24 233/4 233/5
  234/13 244/14
  251/23 253/21
  255/13 255/25
  256/8 256/10
  258/23 258/25
  262/25 267/20
  268/5
didn't [34]   48/24
  73/11 88/7 88/9

**D**

**didn't... [30]**
98/6 101/18 125/9
129/9 131/2 135/7
135/9 135/9 145/16
146/1 174/22 199/3
204/5 206/22
207/15 208/6
210/14 220/10
226/22 226/23
227/19 231/22
233/6 244/7 246/1
246/2 246/3 246/18
246/19 247/2

**died [27]**   31/19
32/2 176/21 177/5
183/23 184/24
190/13 190/24
192/4 194/6 194/25
195/1 195/17
196/10 201/21
205/23 207/4 208/6
208/15 209/5
215/13 225/21
227/5 228/10
233/11 233/25
234/6

**dies [3]**   99/18
195/6 225/18

**difference [10]**
71/19 73/1 124/2
133/11 174/6
213/24 226/9
226/12 256/16
266/22

**differences [1]**
72/15

**different [28]**
55/21 72/16 72/22
72/23 73/15 74/7
89/2 125/15 126/8
132/20 140/20
141/23 144/11

145/3 146/12
146/16 148/4 148/8
149/2 212/25 224/7
224/8 224/11
251/14 251/24
256/18 267/5
271/19

**differently [2]**
244/24 245/19

**difficult [8]**
134/21 137/14
137/15 212/23
216/22 229/1 252/1
252/5

**difficulty [6]**
16/1 38/14 73/23
138/21 157/13
207/9

**dig [1]**   199/12

**digit [1]**   263/18

**digital [34]**   34/3
35/4 54/9 64/1
64/3 64/12 100/12
101/8 105/1 144/14
151/10 152/9 184/1
198/19 206/18
218/12 218/21
240/11 240/12
251/4 251/6 251/7
251/10 251/11
251/12 251/14
251/15 251/18
251/24 252/8
252/10 252/15
252/17 259/7

**digits [8]**   262/14
262/16 262/19
263/14 263/24
264/20 264/22
264/22

**diminished [1]**
15/6

**diminishes [1]**
268/14

**dinner [2]**   211/11
211/13

**dire [12]**   2/2 8/21
12/9 21/15 21/15
66/13 66/15 69/10
69/13 116/19
154/25 207/14

**direct [4]**   2/9
174/7 238/25
270/19

**direction [1]**
77/25

**directions [1]**
73/15

**directly [4]**   65/23
151/16 156/10
199/4

**director [7]**   35/14
35/18 36/12 37/16
37/19 208/9 241/8

**directors [1]**
200/24

**disabled [1]**
142/10

**disagree [1]**
173/18

**disagreement [2]**
123/20 152/20

**disagrees [1]**
153/15

**disallow [1]**
175/12

**disappear [2]**
102/11 102/20

**disbelieve [1]**
174/8

**discard [3]**   6/15
19/5 238/23

**disclose [2]**   243/6
244/9

**disclosed [5]**
243/15 243/17
243/19 244/1
246/24

**D**

**disclosures [1]**
244/17

**disclosures was [1]**
244/17

**disconnected [1]**
218/4

**discover [2]**
212/21 213/1

**discoverer [1]**
264/24

**discovery [2]**
245/10 246/2

**discuss [18]** 39/21
39/22 40/16 40/24
65/22 131/7 160/23
174/14 177/15
186/19 191/3 193/6
204/20 207/13
269/23 269/24
272/11 272/14

**discussed [11]**
8/10 12/19 41/4
59/10 129/23
189/12 191/11
191/24 192/25
242/23 255/12

**discussing [4]**
186/23 186/25
191/11 211/14

**discussion [6]**
11/23 22/18 32/18
113/11 129/13
247/25

**discussions [2]**
5/15 177/23

**disorder [3]**
138/21 207/12
213/11

**display [1]** 138/19

**displayed [3]**
249/20 249/21
249/22

**displaying [1]**
250/6

**disposable [4]**
6/11 6/12 19/3
238/22

**dispute [1]** 20/3

**disputes [2]** 37/13
71/25

**disregard [1]**
175/13

**disrespect [1]**
69/12

**distancing [5]** 5/6
13/18 15/12 21/4
173/7

**distinct [1]**
185/23

**distinctions [1]**
138/10

**distract [2]**
179/11 231/7

**distraction [1]**
235/8

**distributed [8]**
34/5 222/6 222/9
222/23 222/25
223/2 224/23 240/6

**distributing [1]**
224/19

**distribution [6]**
126/19 220/22
222/8 222/14 223/6
227/23

**distributions [3]**
130/15 130/15
131/3

**district [17]** 1/1
1/1 1/11 1/23 19/7
19/8 19/8 39/3
39/3 39/6 39/11
67/7 67/8 147/11
273/3 273/6 273/7

**divide [1]** 111/11

**DIVISION [1]** 1/2

**DJJ [1]** 47/23

**do [273]** 6/4 7/11
8/4 8/20 8/21 8/21
9/13 11/8 12/14
13/9 13/19 16/14
16/19 16/20 16/21
16/25 17/2 17/10
17/14 17/25 18/5
20/8 22/6 24/3
24/15 24/15 26/7
26/21 27/2 30/1
31/5 32/16 38/4
38/9 38/12 40/13
41/23 45/11 47/14
47/24 48/17 49/17
50/5 52/9 54/17
54/25 55/10 56/3
56/9 57/3 58/10
58/25 59/17 61/2
61/15 61/17 62/23
63/3 63/11 63/23
64/1 64/1 64/6
64/21 65/9 65/19
66/4 71/10 72/4
72/8 72/12 73/14
73/21 79/24 81/5
81/8 81/11 81/11
82/11 82/12 83/2
83/4 83/21 83/21
83/24 83/24 84/2
84/3 84/3 84/12
86/14 86/25 87/24
88/3 88/3 88/6
88/23 89/4 89/12
89/22 89/23 90/5
93/18 94/4 94/10
95/1 95/14 95/20
95/20 95/20 95/23
96/20 96/23 96/24
96/25 97/2 97/2
98/20 100/20
101/18 101/20
101/20 104/17
104/24 104/25

**D**

**do... [148]**   106/25
107/3 107/4 107/21
109/4 109/4 109/5
109/19 110/1 110/2
112/3 112/18
116/11 116/17
116/18 116/18
117/8 118/5 119/21
119/23 121/1 121/3
121/4 121/6 122/10
123/10 123/24
124/8 125/3 125/4
126/2 126/4 126/4
126/24 127/15
127/18 127/25
128/1 128/5 128/7
128/10 131/23
132/11 132/16
134/13 135/13
139/1 140/5 140/18
141/23 143/13
143/17 143/22
144/12 147/7 147/8
150/4 150/7 150/12
150/20 150/20
151/11 152/3
155/10 155/14
155/19 156/11
156/12 157/12
157/23 158/4 158/9
159/3 159/16
162/16 164/4
164/16 165/21
167/20 167/25
169/1 173/11
174/20 175/4
178/15 179/8 179/9
179/9 179/11
181/13 182/7
182/17 182/22
190/3 195/1 198/10
200/18 200/20

202/19 202/19
202/20 202/21
202/23 208/21
209/15 209/23
216/23 218/16
219/14 220/20
221/4 221/9 222/24
225/4 226/3 227/4
229/4 229/5 232/12
234/13 235/2
238/22 239/12
239/20 240/8 240/8
240/14 240/17
241/7 241/8 241/12
242/10 249/2 253/2
253/12 259/3 259/3
260/5 260/22 265/8
265/15 267/1
271/18 271/24
271/25 273/7
**docket [1]**   23/14
**doctor [1]**   165/12
**doctor's [4]**   41/19
45/17 45/18 164/18
**document [5]**   109/7
111/20 145/2
188/17 252/4
**documented [1]**
192/21
**documents [12]**
146/15 186/21
191/10 192/24
193/13 194/24
196/2 200/15
200/16 201/5 226/6
231/9
**does [56]**   11/24
23/8 38/18 54/21
71/24 73/1 76/22
89/12 89/21 92/11
97/25 98/2 98/20
99/8 100/13 110/5
114/9 114/12

119/21 120/6 120/7
120/23 131/21
135/18 135/23
136/11 137/12
139/10 142/20
152/7 152/19
166/20 167/3
167/10 167/21
182/14 183/19
183/20 184/11
184/13 187/17
189/17 194/21
209/24 216/24
219/10 220/1
248/20 248/22
255/18 258/11
261/8 268/12 271/1
**doesn't [19]**   14/9
71/16 76/10 89/19
99/13 99/13 99/21
113/25 142/22
144/13 147/15
149/12 153/16
183/4 224/2 224/4
224/6 261/17
269/11
**dog [1]**   224/2
**doing [35]**   11/12
53/13 57/17 62/13
84/7 88/12 88/12
89/14 89/22 93/1
94/17 97/7 107/12
107/14 110/6
116/18 122/14
122/14 130/13
131/4 131/13
134/18 137/1
154/23 178/10
192/15 194/20
198/23 228/3 228/3
232/4 232/5 247/19
257/23 266/22
**Dollar [1]**   218/15

**D**

**dollars [5]** 129/19
196/16 196/17
218/20 256/23
**Dolphin [3]** 76/1
76/5 76/11
**Dolphin-Patriot [1]**
76/5
**Dolphins [1]** 76/10
**don't [108]** 10/24
12/1 12/10 14/9
14/16 15/6 15/18
15/19 22/19 48/7
54/24 54/25 55/25
56/6 56/7 56/25
59/10 60/11 60/21
62/12 63/6 67/4
67/6 67/19 69/23
69/24 69/24 70/4
71/14 72/23 73/15
76/15 77/14 79/14
79/22 81/4 84/1
84/6 87/22 87/24
90/8 90/22 90/25
92/2 93/13 94/8
95/5 96/21 99/1
101/9 101/13 103/5
103/14 105/2
106/13 106/24
111/21 113/13
114/1 116/10
117/23 118/10
118/17 119/23
120/3 121/24 124/4
130/14 136/10
137/4 137/24 139/9
141/7 144/23
147/14 147/15
147/24 148/5
149/14 150/6
150/13 151/14
152/2 152/22 158/1
158/7 160/1 163/4

179/11 170/7
179/22 181/11
198/9 198/24
202/18 202/19
202/20 202/20
203/17 211/8
214/12 248/10
260/3 262/11
262/20 262/23
264/23 272/2
**Donald [2]** 36/24
36/24
**done [9]** 11/17
20/11 113/8 146/14
149/10 169/3
201/10 244/18
245/1
**door [6]** 74/11
151/17 211/14
211/20 211/21
270/13
**Doral [1]** 25/1
**Dorian [31]** 185/15
187/13 188/13
191/19 192/8 193/4
193/16 193/25
194/16 195/5
195/22 197/9 199/8
204/2 206/10
242/19 248/3
248/18 249/9
253/16 254/23
255/23 256/5
256/11 259/1
260/25 264/1
265/12 266/17
267/15 268/9
**Dorian's [1]**
185/15
**double [6]** 219/21
251/16 251/22
252/14 253/3
253/14
**double-spend [3]**

251/16 251/22
252/14
**double-spending [3]**
219/21 253/3
253/14
**Doubrar [1]** 96/12
**doubt [3]** 8/23
72/19 246/5
**down [31]** 29/11
75/18 85/1 86/1
88/12 90/18 90/19
99/18 100/5 115/16
117/19 126/21
130/12 131/3 154/1
154/21 156/21
171/25 173/6
181/25 185/22
187/4 194/16 204/2
209/10 233/12
234/9 259/13 261/9
263/17 270/19
**download [2]** 62/25
221/4
**downtown [1]** 98/21
**Dr [6]** 4/8 36/24
37/6 37/18 216/7
230/10
**Dr. [186]** 4/5 4/11
4/14 30/24 35/17
35/17 35/22 35/23
36/3 36/4 36/5
36/5 36/7 36/8
36/11 36/11 36/11
36/14 36/18 36/21
36/25 37/1 37/5
37/7 37/8 37/9
37/10 37/11 37/15
37/18 37/19 37/21
37/24 71/8 76/24
77/6 115/17 115/21
133/24 143/20
154/23 189/2
189/14 194/2 196/5
199/20 201/24

**Dr.... [139]** 204/3
204/4 205/16 206/2
206/2 206/3 207/2
208/9 208/9 208/13
212/20 213/1 213/9
213/10 213/13
213/15 213/19
214/7 214/17 215/2
215/2 215/14
215/23 216/4 216/5
216/6 216/21
216/22 217/5 217/7
217/8 217/10
217/14 217/17
217/18 217/19
218/3 218/9 219/9
220/5 220/9 221/17
221/18 221/25
222/2 222/4 222/9
222/12 222/23
222/25 223/2 223/4
223/7 223/11
223/18 223/18
223/22 223/23
224/13 224/15
224/23 225/1 225/2
225/13 225/17
225/24 225/25
226/2 226/5 226/15
226/21 226/24
227/2 227/3 227/7
227/7 227/11
227/15 227/16
227/22 227/24
227/25 228/1
228/13 228/14
228/16 228/17
228/19 228/22
228/22 228/24
228/25 229/1 229/9
229/11 229/15
229/16 230/2 230/6

230/15 230/18
230/19 230/24
231/2 231/4 231/11
231/12 231/14
231/17 231/18
232/1 232/2 232/4
232/10 232/18
232/20 233/1 233/2
233/4 233/5 233/6
233/11 233/12
233/14 233/20
233/21 233/24
234/20 234/24
235/7 235/12
235/17 235/18
235/19 236/9 250/6
250/9
**Dr. Ami [4]** 36/11
36/11 37/11 213/9
**Dr. Craig [6]**
30/24 36/3 36/5
115/17 206/2
212/20
**Dr. Edman [3]**
35/17 208/9 208/13
**Dr. Klin [1]**
228/24
**Dr. Leonard [1]**
35/23
**Dr. MacIntyre [1]**
37/19
**Dr. Matthew [3]**
35/17 206/2 208/9
**Dr. Robert [1]**
35/22
**Dr. Wright [143]**
4/5 4/11 4/14 36/4
36/5 36/7 36/8
36/11 36/14 36/18
36/21 37/1 37/5
37/7 37/9 37/10
37/15 37/18 37/21
37/24 76/24 77/6

154/23 189/2 194/2
196/5 199/20
201/24 204/3 204/4
205/16 206/3 207/2
213/1 213/13
213/15 214/17
215/2 215/2 215/14
215/23 216/4 216/5
216/22 217/5 217/7
217/8 217/10
217/17 217/19
218/3 218/9 219/9
220/5 220/9 221/17
221/18 222/2 222/4
222/9 222/12
222/23 222/25
223/2 223/4 223/7
223/11 223/18
223/22 223/23
224/13 224/15
224/23 225/13
225/17 225/24
225/25 226/2 226/5
226/15 226/21
226/24 227/2 227/3
227/7 227/7 227/11
227/15 227/22
227/25 228/1
228/13 228/14
228/16 228/17
228/19 228/22
228/22 228/25
229/9 229/11
229/15 229/16
230/2 230/6 230/11
230/13 230/15
230/18 230/24
231/2 231/4 231/11
231/12 231/14
231/17 231/18
232/1 232/4 232/10
232/18 232/20
233/1 233/2 233/5

**D**

**Dr. Wright... [16]**
233/6 233/11
233/14 233/20
233/21 233/24
234/20 234/24
235/7 235/12
235/17 235/18
235/19 236/9 250/6
250/9
**Dr. Wright's [23]**
36/25 37/8 71/8
143/20 189/14
213/10 213/19
214/7 216/6 216/21
217/14 217/18
221/25 223/18
225/1 225/2 227/16
227/24 229/1
230/19 232/2 233/4
233/12
**draft [1]** 226/11
**drafting [1]**
203/10
**drastically [1]**
196/11
**draw [1]** 182/18
**drawback [1]** 221/6
**drawn [1]** 226/7
**draws [1]** 188/25
**drew [1]** 205/20
**drink [1]** 6/3
**drive [12]** 145/16
145/18 145/24
147/11 147/13
147/14 147/15
147/25 148/1 148/1
148/2 149/7
**driven [1]** 120/7
**driver [4]** 85/17
85/17 86/19 192/2
**drives [2]** 206/11
234/15

**driving [3]** 44/15
44/23 86/16
**drop [1]** 165/15
**drunk [2]** 86/16
86/19
**due [2]** 243/20
244/20
**during [36]** 6/1
6/22 10/15 10/18
19/11 23/2 23/25
24/19 24/20 25/4
39/20 39/23 77/4
117/5 158/11
174/10 181/3
181/19 186/4
188/23 202/25
207/14 207/19
211/1 214/11 215/1
216/3 224/17
228/17 229/5 229/6
229/10 230/1 232/9
232/15 235/16
**duties [2]** 29/5
155/15
**duty [10]** 20/6
20/23 24/6 71/4
155/7 155/10
173/12 173/15
236/3 236/7
**dysfunctional [1]**
216/9

**E**

**each [50]** 3/23
4/18 6/11 7/6 7/16
8/3 10/14 11/3
18/25 20/3 20/19
22/6 28/10 28/16
49/22 66/7 66/21
81/20 91/25 92/16
93/11 93/12 106/22
109/14 111/19
114/11 120/14
120/14 168/3

174/8 174/15
177/17 179/21
181/22 186/23
202/23 207/6
207/22 208/25
209/19 219/5 224/5
224/6 224/13 233/3
259/18 268/17
268/21
**ear [1]** 141/6
**earlier [11]** 66/22
86/8 99/6 139/7
176/11 189/7 193/5
208/3 225/9 226/17
269/14
**early [8]** 19/1
128/3 160/5 187/3
189/5 189/11
205/15 251/10
**earn [1]** 219/8
**earned [1]** 240/4
**easel [4]** 181/3
214/9 215/7 216/1
**easy [1]** 252/8
**eBay [1]** 93/23
**ECF [1]** 8/1
**echo [2]** 116/2
116/13
**economic [1]** 35/16
**economics [1]**
218/5
**economy [1]** 268/2
**Eddington [2]**
264/18 264/19
**edit [1]** 191/25
**editing [1]** 188/3
**editor [1]** 34/8
**editorial [2]**
94/22 96/2
**Edman [6]** 35/17
35/17 206/2 208/9
208/9 208/13
**educated [1]** 105/4

**E.**

**education [2]**
52/19 74/9
**educational [4]**
97/11 240/1 240/16
240/23
**effect [21]** 47/14
47/24 48/5 48/21
49/6 55/21 56/4
57/4 57/22 58/15
59/19 60/9 60/15
61/2 61/18 62/4
63/4 63/12 64/18
157/23 159/4
**effectively [3]**
157/14 257/21
266/9
**efficient [1]** 69/5
**efficiently [1]**
208/22
**effort [4]** 20/24
219/5 228/7 230/13
**efforts [1]** 227/17
**eight [7]** 91/1
93/1 119/3 119/4
119/7 121/3 198/3
**either [18]** 32/13
32/17 40/20 52/20
65/23 76/16 76/24
91/9 111/12 112/7
116/23 136/12
156/10 164/7 174/8
182/14 206/13
250/8
**elapsed [1]** 268/25
**elected [1]** 5/4
**electrical [1]** 9/6
**electronic [9]**
40/3 40/5 40/21
188/5 234/7 234/8
234/12 234/14
250/18
**electronically [1]**

**electronics [2]**
11/8 11/12
**element [2]** 222/20
251/17
**elementary [2]**
53/16 211/17
**elements [2]**
237/19 237/21
**elevator [1]** 82/19
**eliminated [1]**
228/25
**Elizabeth [6]** 29/7
48/11 166/5 167/18
171/18 172/5
**else [55]** 3/24
24/10 25/12 25/15
27/7 27/18 28/8
32/18 38/9 39/10
39/22 42/22 43/25
45/1 45/7 46/1
46/19 47/1 50/10
51/3 51/14 52/3
52/18 53/10 53/20
54/6 56/16 57/12
61/6 64/25 75/22
94/8 95/18 96/22
99/13 99/22 102/8
114/23 114/23
118/4 118/13
146/23 148/12
153/3 158/23 159/9
178/19 179/6
223/19 233/3 233/4
240/14 255/5
259/12 265/16
**email [27]** 40/10
50/7 128/10 128/11
183/15 187/25
188/9 192/10
192/18 193/6 193/9
193/17 194/10
197/10 197/22
198/5 199/10

203/8 203/10
203/22 233/12
233/13 250/19
250/22 255/14
**emailing [1]**
232/18
**emails [12]** 178/2
184/25 199/14
202/7 203/2 203/3
206/24 208/2 208/2
208/4 208/7 208/14
**embarrass [1]**
136/11
**embarrassing [1]**
134/3
**embedded [2]** 254/6
255/10
**emotion [1]** 143/8
**emotional [6]** 49/4
158/20 159/3
217/17 228/24
233/16
**empathy [2]** 142/16
143/20
**emphasize [3]**
10/18 177/24
180/17
**employed [7]** 23/17
23/22 24/24 33/21
34/25 46/5 46/7
**employee [3]** 23/18
25/23 50/6
**employees [4]**
26/10 127/19
195/25 233/12
**employer [1]** 46/25
**employment [1]**
112/16
**en [1]** 215/4
**enable [1]** 251/18
**encouraged [1]**
97/21
**end [21]** 11/3

**E**

**end... [20]** 39/21
72/2 99/23 142/17
143/9 143/11
143/18 154/21
155/5 155/11 169/9
173/14 176/9
177/22 202/22
208/8 236/13
237/21 247/25
257/16
**ended [2]** 50/22
106/6
**ending [2]** 142/13
143/19
**energy [1]** 221/6
**enforce [1]** 241/17
**enforcement [1]**
47/13
**enforces [1]** 29/19
**engage [2]** 69/9
217/12
**engineer [8]** 35/21
80/11 81/12 82/15
82/20 82/21 87/17
262/1
**engineering [7]**
52/21 53/2 88/10
88/13 88/16 88/17
88/18
**England [1]** 254/12
**English [7]** 157/7
157/8 157/13
157/21 158/4
158/10 158/13
**enormous [1]**
217/20
**enough [7]** 14/21
16/2 28/11 70/10
160/16 168/11
169/11
**enrichment [2]**
236/4 236/8

**ensure [4]** 5/14
29/16 219/21
259/11
**ensured [1]** 220/10
**entail [1]** 82/14
**entangled [1]**
223/14
**entered [2]** 31/15
176/17
**entering [1]** 269/6
**enters [1]** 254/5
**enthusiasm [1]**
205/23
**enthusiast [1]**
194/4
**entire [4]** 18/3
219/2 264/16
264/21
**entirely [1]**
141/23
**entities [4]**
208/12 208/12
225/2 226/3
**entitled [4]**
179/18 215/19
228/12 229/16
**entitlement [1]**
235/17
**entity [7]** 200/21
201/2 201/13 225/1
225/8 225/12 226/4
**entrepreneur [2]**
33/15 132/9
**entry [7]** 190/4
190/7 214/3 214/5
225/15 225/18
227/25
**equation [1]**
220/18
**equations [1]**
220/16
**equivalent [1]**
254/13
**era [5]** 251/4

251/6 269/1 269/7
269/8
**eras [1]** 268/15
**error [1]** 172/3
**Escobedo [12]**
25/19 27/6 46/13
60/20 102/22
114/22 118/9 119/6
121/14 122/17
125/3 162/2
**escort [1]** 16/21
**especially [3]**
19/11 105/22
140/13
**ESQ [8]** 1/13 1/14
1/16 1/17 1/19
1/20 1/20 1/21
**Esquire [1]** 34/9
**essence [1]** 266/12
**essential [1]**
221/16
**essentially [11]**
72/24 191/16
196/21 240/7
250/23 254/16
258/4 260/15
266/25 267/5
268/14
**establish [1]**
248/10
**establishes [1]**
246/21
**establishing [1]**
226/7
**estate [25]** 1/4
30/6 31/12 31/21
69/3 77/7 171/11
176/13 176/14
176/25 179/25
184/13 185/10
185/14 186/8
194/22 196/6 198/2
201/19 201/24
202/25 204/18

**E**

**estate... [3]**
209/6 209/13 236/1
**estates [5]** 36/19
229/12 229/12
229/14 229/16
**estimated [1]**
263/17
**et [1]** 241/13
**etched [1]** 260/9
**Ethereum [2]** 54/10
55/7
**evaluation [1]**
74/12
**even [35]** 25/24
27/25 67/22 99/24
125/9 131/2 149/14
149/15 173/18
174/2 177/17 178/7
189/4 198/2 200/8
201/2 207/21
212/22 214/12
214/24 215/15
215/22 216/10
217/21 219/12
221/7 221/23 227/2
228/11 230/8
263/19 263/19
264/7 264/8 265/9
**even know [1]**
149/14
**evening [4]** 24/20
269/21 270/22
272/7
**event [3]** 5/9
127/15 270/20
**events [1]** 239/23
**eventual [2]**
205/25 270/20
**eventually [1]**
268/1
**ever [34]** 49/23
50/11 51/14 54/18

83/21 88/5 94/8
94/10 112/7 131/10
145/7 145/10
146/15 150/10
152/1 152/4 152/5
184/15 198/9
202/20 206/6 211/1
215/11 221/22
228/11 228/20
228/22 229/11
229/13 229/25
230/9 235/17
235/20 255/25
**every [29]** 20/24
40/5 109/7 120/23
120/25 130/17
142/25 146/19
164/20 165/3
213/21 215/10
219/15 219/16
219/16 220/7
224/13 230/13
230/13 230/14
252/7 262/6 262/10
263/15 263/16
263/16 264/14
267/24 268/12
**everybody [9]**
56/20 100/5 108/10
129/16 142/20
143/9 146/8 146/18
152/19
**everybody's [2]**
133/13 133/15
**everyone [25]** 6/9
11/9 11/24 18/12
58/2 66/3 68/9
70/11 72/19 73/1
73/3 73/4 77/3
78/7 79/20 99/17
112/3 112/21
152/17 171/7
218/19 219/23
221/19 232/21

**everyone's [1]**
78/12
**everything [30]**
29/11 64/10 89/4
105/15 106/4 109/6
111/14 112/12
122/8 123/25
127/18 127/21
128/8 141/24
145/12 145/13
145/18 153/17
156/13 157/10
158/2 175/22
177/19 185/17
186/6 193/15
194/25 211/10
264/20 270/1
**Everything was [1]**
112/12
**everything's [2]**
200/9 264/11
**everywhere [1]**
264/13
**evidence [124]**
22/1 39/18 73/18
133/24 143/5
143/12 144/1
173/15 173/19
173/20 173/24
174/2 174/3 174/4
174/7 174/9 174/11
174/13 174/15
174/16 174/19
174/19 174/23
174/25 175/1 175/4
175/12 175/13
175/14 175/16
175/17 176/5 176/7
177/19 178/23
179/23 180/6 180/8
180/10 180/21
180/23 181/6 181/9
182/3 182/9 182/12

**E**

**evidence... [78]**
183/6 185/20
185/22 186/9
186/12 186/12
186/21 187/15
194/23 195/2 202/1
203/21 208/5 209/7
209/19 210/25
211/4 211/18 214/2
215/12 215/17
215/21 215/25
216/2 216/2 218/9
218/24 221/21
221/23 222/11
222/17 222/18
225/22 226/16
226/18 226/19
226/20 226/23
227/13 227/14
227/15 227/21
228/6 228/10
228/21 229/4 230/1
230/9 230/19
230/21 231/3 231/7
231/9 231/14
232/17 233/25
234/3 234/6 234/14
234/20 235/9
235/11 235/14
235/16 236/16
236/18 236/19
236/20 237/3 237/7
237/9 237/11
237/13 237/13
237/16 237/20
237/23 246/7
**evoke [1]** 142/15
**exact [2]** 120/10
243/22
**exactly [10]** 88/21
91/16 94/23 129/22
130/14 130/23

269/18
**exam [1]** 219/6
**examination [5]**
2/9 180/16 238/25
246/6 269/15
**examine [4]** 180/5
206/21 246/19
247/24
**examining [1]**
180/3
**example [15]** 41/7
50/6 54/18 58/2
74/14 78/8 86/18
96/2 151/13 174/21
206/25 242/10
244/15 245/9
265/21
**Excellent [1]**
70/18
**except [5]** 20/21
117/2 168/24
216/10 216/12
**exception [4]** 11/4
23/1 156/6 172/11
**exceptions [2]**
224/21 224/21
**Exch [5]** 35/5
226/5 226/22 227/4
227/9
**exchange [10]**
35/12 193/22
194/10 241/16
241/18 241/23
241/24 242/1 242/5
242/13
**excited [5]** 70/23
71/3 71/7 71/13
198/2
**excluded [3]** 15/18
15/20 211/10
**exclusively [1]**
180/23
**excuse [5]** 86/25

213/15
**excuses [2]** 71/15
206/4
**executed [1]** 192/6
**executes [1]** 186/3
**exercise [4]**
165/23 166/3
166/22 167/7
**exercised [2]**
166/13 204/11
**exhausted [1]**
164/7
**exhibit [6]** 173/22
175/3 175/6 175/8
243/9 243/10
**exhibits [9]**
187/15 203/6
203/16 203/17
214/1 237/5 243/6
243/24 244/16
**exist [7]** 87/23
178/21 220/7 263/7
264/8 264/13 265/9
**existed [3]** 189/15
251/7 254/17
**existence [1]**
255/3
**exists [2]** 263/15
263/21
**exits [1]** 159/14
**expect [2]** 203/21
206/3
**expected [1]** 22/22
**expenses [1]**
119/22
**expensive [3]**
218/21 252/1 252/4
**experience [33]**
20/16 21/23 53/1
54/2 54/9 54/21
54/21 56/17 58/13
61/17 63/19 72/5
80/8 85/23 86/3

**E**

**experience... [18]**
94/2 96/20 97/18
113/23 114/16
144/18 144/23
144/24 145/4
146/23 147/2 147/8
152/24 153/4 153/7
153/9 182/4 262/22
**experienced [1]**
148/16
**expert [17]** 35/13
37/10 191/14
204/23 207/17
207/19 207/20
213/9 239/16
240/24 241/5
243/25 244/1
244/16 246/3
246/19 272/11
**expert's [1]** 243/7
**expertise [1]**
239/15
**experts [3]** 35/7
35/8 183/24
**explain [31]** 20/17
82/23 92/2 123/19
145/14 157/19
173/11 177/10
191/14 213/10
217/7 217/8 219/9
220/5 224/13 225/7
225/17 226/2
227/17 231/20
239/22 241/24
248/16 248/17
249/1 256/8 256/16
258/23 262/13
263/5 264/7
**explaining [4]**
168/25 169/10
248/14 255/16
**explains [3]**

195/20 207/23
240/20
**explanation [2]**
73/9 221/25
**explore [2]** 64/13
219/15
**exponentially [1]**
93/3
**express [2]** 64/21
183/4
**expressly [1]**
247/6
**extends [1]** 39/3
**extent [8]** 11/21
21/6 57/4 61/14
136/3 163/19 203/1
238/20
**extra [3]** 10/10
12/14 16/25
**extremely [1]**
140/11

**F**

**Fabelo [9]** 48/11
48/12 48/24 86/12
166/5 166/10
167/18 171/19
172/6
**face [6]** 6/20
89/18 177/25
177/25 229/2 229/2
**Facebook [3]**
152/15 178/4
198/14
**Facebook.' [1]**
199/1
**facetted [1]**
141/11
**facing [2]** 12/12
73/12
**fact [27]** 8/16
18/5 60/14 79/22
103/3 173/24 174/5
178/16 182/18

199/12 202/3
212/19 212/21
215/18 220/5
221/22 228/3 228/3
228/12 232/6 237/2
237/8 237/8 244/14
251/9 263/15 265/8
**factor [1]** 176/8
**factors [1]** 22/3
**facts [17]** 7/25
64/15 65/22 72/7
77/15 142/21 143/7
143/12 143/15
143/21 156/11
173/16 213/18
226/1 232/9 232/15
237/24
**fail [1]** 236/22
**fair [47]** 32/24
47/4 47/10 47/15
47/25 48/14 48/21
49/7 49/12 55/22
56/4 57/5 57/22
58/11 58/16 59/19
60/16 61/3 61/18
62/5 63/4 63/12
64/19 69/25 74/1
74/5 74/5 74/5
76/3 76/23 76/24
77/1 87/6 116/14
154/4 154/11 155/2
155/11 155/21
158/1 158/2 158/24
178/23 179/5 179/6
184/13 194/22
**fairness [1]**
203/22
**fake [1]** 102/19
**faked [1]** 208/5
**falling [1]** 205/25
**falling-out [1]**
205/25
**familiar [5]** 57/18
72/19 78/18 79/7

**F**

**familiar... [1]**
157/9

**familiarity [5]**
7/24 33/9 54/9
54/20 56/17

**family [28]** 36/19
40/8 108/14 108/15
108/16 131/8
131/11 131/15
131/21 132/10
136/12 183/19
184/7 184/12 185/5
191/3 195/2 195/3
195/21 196/13
197/4 197/23 198/4
201/15 201/19
206/18 227/5
229/13

**fan [4]** 75/3 75/6
76/2 76/11

**fancy [1]** 261/19

**fans [2]** 75/11
76/14

**fantastic [5]**
71/11 101/25 107/5
107/5 110/12

**far [11]** 98/13
108/23 112/2
117/12 155/12
161/19 174/6 192/2
196/12 210/14
240/12

**farther [1]** 139/7

**farthest [1]**
117/15

**fast [3]** 16/9
160/17 160/18

**father [5]** 197/8
233/13 233/15
234/21 234/25

**fathers [1]** 71/22

**fault [3]** 60/13

**favor [4]** 16/20
77/6 77/6 236/23

**favoring [2]**
236/19 236/20

**favorite [1]**
223/25

**FBI [1]** 208/12

**February [10]**
186/2 191/2 191/4
197/10 197/11
201/23 203/9
224/22 224/25
234/21

**February 11th [1]**
197/11

**February 12 [1]**
191/4

**February 12th [1]**
191/2

**February 14th [1]**
201/23

**February 2011 [1]**
224/22

**February 2018 [1]**
186/2

**February 28th [1]**
203/9

**February of [1]**
234/21

**February on [1]**
197/10

**federal [7]** 19/10
19/14 20/14 47/13
70/16 72/18 85/24

**feedback [1]** 14/10

**feel [27]** 4/24 6/2
6/19 6/21 12/11
15/4 21/6 60/24
69/22 70/4 72/5
79/16 100/18 115/1
115/3 115/7 117/6
119/13 126/7
137/17 146/22

162/25 172/23
238/20 272/2

**feeling [7]** 63/19
64/6 64/8 64/11
64/14 64/18 143/8

**feelings [11]** 47/9
48/14 49/12 61/1
61/2 64/1 64/3
87/3 142/18 155/19
202/4

**feels [3]** 40/19
155/1 155/6

**fees [4]** 217/20
217/21 218/17
218/21

**feet [2]** 5/5
263/13

**fell [1]** 122/8

**fellow [5]** 20/5
22/8 35/11 158/11
240/9

**felony [1]** 39/14

**felt [1]** 228/14

**Ferguson [1]** 19/10

**FERNANDEZ [3]** 1/21
4/14 30/23

**Ferrier [3]** 190/10
190/11 190/18

**few [31]** 17/14
29/1 54/23 55/1
55/12 84/2 84/16
90/24 91/4 91/20
100/21 110/15
113/11 136/14
160/5 181/3 182/5
186/17 186/22
186/22 190/13
201/3 204/20
216/12 216/13
216/20 217/5
220/21 225/21
235/3 256/18

**fewer [1]** 55/8

**F**

**fiduciary [2]**
236/3 236/7
**field [7]** 54/2
54/3 76/13 89/16
89/16 139/22
239/15
**fifth [2]** 5/9
172/17
**figure [2]** 221/15
261/25
**figured [3]** 105/16
185/16 195/14
**file [9]** 35/4
121/1 127/1 147/13
147/25 148/2
234/25 252/3
252/10
**filed [13]** 32/15
186/2 186/14 196/5
201/23 204/4 204/9
204/11 204/16
204/17 206/5
209/16 234/17
**files [4]** 147/8
186/8 195/6 201/23
**filing [1]** 201/11
**final [1]** 183/6
**finally [11]** 22/11
26/24 35/22 37/24
49/19 71/3 183/2
194/9 201/16 206/1
208/2
**financial [3]**
35/16 59/10 235/15
**financially [1]**
214/21
**find [8]** 26/20
26/22 64/15 140/21
163/13 198/21
236/23 245/23
**finding [2]** 145/1
153/6

**fine [8]** 76/14
94/15 96/19 106/7
110/18 121/7 125/2
181/16
**finger [1]** 265/6
**fingerprint [1]**
254/8
**finish [4]** 20/8
22/14 243/18 246/8
**finished [4]** 23/2
84/21 181/20 272/4
**Finney [4]** 221/20
255/7 255/8 258/15
**firm [7]** 59/10
104/19 104/21
118/22 118/23
119/7 120/17
**firms [1]** 34/2
**first [81]** 10/1
10/11 10/25 17/25
17/25 25/13 26/17
27/1 30/11 33/10
36/4 41/21 41/22
47/11 50/14 67/12
68/22 69/8 71/6
122/1 142/22 161/1
161/18 163/25
165/24 169/14
173/5 174/12
179/21 180/25
182/21 185/19
185/23 187/11
187/13 188/14
188/17 190/4 191/3
191/20 197/5
197/25 198/4
198/12 204/22
206/5 207/17 213/7
214/3 214/5 216/7
220/17 221/11
222/3 225/18
227/25 234/10
238/6 240/12
240/19 251/5

253/12 253/21
253/22 253/24
253/24 254/1 254/2
254/4 255/2 255/4
255/6 256/14
256/20 267/7
267/20 267/21
268/6 268/19
268/23 269/4
**fishy [1]** 198/18
**five [15]** 13/13
13/21 14/17 14/17
14/18 26/1 26/1
52/13 110/8 146/19
149/22 149/23
171/23 183/23
218/20
**flag [2]** 201/6
201/13
**flags [1]** 201/9
**flat [2]** 231/10
265/22
**flat-out [1]**
231/10
**flat-screen [1]**
265/22
**flawed [1]** 116/16
**flexibility [1]**
9/8
**FLEXNER [1]** 1/16
**flight [1]** 25/25
**flips [1]** 188/24
**floor [4]** 5/9 5/12
172/17 263/16
**floors [1]** 66/7
**FLORIDA [34]** 1/1
1/15 1/18 1/22
1/24 19/9 28/2
33/19 34/12 34/13
36/20 36/23 37/20
38/1 39/3 39/3
39/7 39/11 75/19
97/3 170/11 170/14
177/3 183/17 190/6

**F**

**FLORIDA... [9]**
191/6 195/12
195/18 196/13
224/24 273/3 273/7
273/15 273/18
**flow [1]** 252/23
**flsd.uscourts.gov**
**[2]** 1/25 273/19
**focus [3]** 140/17
231/9 240/16
**focuses [3]** 35/15
139/11 231/17
**folds [1]** 254/15
**folks [11]** 70/8
71/14 112/7 112/17
113/11 116/23
118/7 118/14 146/7
151/5 152/3
**follow [9]** 22/15
41/2 69/7 70/8
125/25 133/2
173/18 174/15
267/25
**following [13]**
4/21 21/5 33/13
36/4 37/10 65/22
167/15 168/13
169/21 171/13
236/2 236/6 238/19
**Fons [6]** 118/10
118/16 124/18
124/20 145/4 145/5
**font [6]** 148/24
149/4 149/6 149/8
149/14 243/21
**food [9]** 50/20
51/9 103/20 105/8
105/11 111/1 111/2
125/16 141/2
**foot [1]** 152/20
**football [1]** 81/19
**forbid [1]** 109/5

**forbids [2]** 179/18
178/19
**force [1]** 262/5
**foregoing [1]**
273/10
**foreign [1]** 198/24
**forensics [7]**
34/13 36/16 49/23
50/6 53/7 142/11
234/10
**forever [1]** 82/9
**forged [4]** 184/25
194/24 203/3 208/5
**forger [2]** 215/3
231/11
**forgeries [2]**
208/14 231/10
**forget [1]** 46/21
**forgot [1]** 93/17
**fork [1]** 247/21
**forks [3]** 239/25
246/4 246/14
**form [11]** 105/16
132/8 182/11 184/1
188/4 202/13
205/20 213/22
214/17 218/24
219/11
**form and [1]**
105/16
**formal [3]** 52/19
202/16 226/7
**formats [1]** 146/15
**formatting [1]**
145/9
**formed [9]** 34/14
111/3 155/24
189/18 201/12
202/13 215/14
231/15 235/11
**former [6]** 33/25
36/16 36/22 37/6
200/24 225/1
**formerly [1]** 35/4

**forming [1]** 228/6
**forms [5]** 173/20
251/15 251/25
252/16 254/17
**Fort [1]** 39/4
**forth [6]** 41/17
45/5 151/1 200/22
235/24 267/19
**forthright [1]**
72/11
**Fortran [2]** 80/12
80/16
**fortunately [2]**
138/24 146/3
**fortune [2]** 183/20
183/21
**forum [1]** 255/15
**forward [5]** 137/16
152/20 169/12
195/11 215/25
**found [6]** 20/19
98/7 183/16 190/5
234/7 240/10
**foundation [2]**
33/17 247/23
**founded [1]** 195/12
**founder [2]** 33/19
35/3
**founders [1]** 34/24
**founding [1]** 71/21
**four [8]** 156/13
171/23 224/3
232/24 232/25
262/17 268/16
268/18
**fourth [1]** 269/8
**fraction [2]**
219/13 264/6
**frame [1]** 41/8
**frames [2]** 214/9
216/1
**Francisco [3]**
37/17 84/24 84/25
**Francois [11]** 49/2

**F**

**Francois... [10]**
49/3 49/18 156/6
156/19 156/21
157/1 157/3 157/11
158/3 159/11
**frankly [2]**   191/24
210/22
**fraud [6]**   203/1
230/3 236/4 236/5
236/8 236/8
**fraudulent [3]**
184/20 186/3 186/9
**freak [2]**   216/15
216/15
**free [13]**   9/3
159/25 201/14
221/5 222/6 222/10
222/25 230/2 230/2
230/3 252/5 272/10
272/20
**FREEDMAN [10]**   1/13
1/13 3/8 7/15 7/20
30/13 33/11 35/25
185/9 250/3
**freelance [2]**
24/15 24/18
**Friday [3]**   27/4
27/5 43/12
**friend [58]**   36/19
57/15 57/21 57/22
58/12 63/24 89/11
89/20 89/22 90/20
91/5 91/5 91/5
91/6 91/13 92/16
92/16 94/9 104/7
104/9 104/10
104/11 106/9
108/14 108/15
108/16 123/9 127/9
132/2 140/10
140/24 141/12
142/2 152/25 153/5

153/7 153/11
183/16 184/17
184/20 190/12
190/22 194/6
202/12 214/7 215/2
215/8 215/9 215/10
221/20 223/18
223/22 225/21
228/19 229/13
230/16 230/25
231/2
**friend's [1]**   185/1
**friendly [3]**
135/19 135/20
135/23
**friends [29]**   40/8
60/22 70/14 102/2
112/22 112/23
118/6 125/1 131/8
131/11 131/15
131/23 132/11
135/23 136/12
137/12 139/20
140/10 140/23
142/5 183/24 191/5
195/16 215/20
216/12 216/13
217/5 229/25
230/22
**friendship [8]**
110/10 141/3
213/24 215/15
217/6 228/15 230/2
232/22
**friendships [2]**
135/18 135/24
**front [18]**   66/2
70/4 85/18 151/15
181/7 187/16 190/3
196/18 204/6 204/9
211/9 241/3 241/5
249/21 250/6
250/14 254/19
260/8

**fruition [2]**
190/24 227/10
**frustrated [1]**
140/25
**fulfill [1]**   155/15
**fulfilling [1]**
20/21
**full [8]**   62/12
70/5 169/23 193/6
193/10 201/20
203/1 216/5
**fully [8]**   4/23
13/12 19/12 21/6
158/4 206/3 232/1
238/20
**function [3]**   253/6
261/21 261/21
**functional [1]**
138/6
**functionality [1]**
144/21
**functioning [6]**
138/11 138/11
138/12 138/12
138/16 139/16
**functions [2]**
259/11 261/19
**funding [3]**   62/11
62/15 62/18
**furniture [1]**   12/8
**further [16]**   11/23
31/18 31/24 32/11
67/25 68/1 68/4
113/6 170/6 172/18
176/11 177/2 177/7
220/5 271/16
273/12
**future [8]**   100/12
100/13 101/6 101/6
101/8 102/3 103/6
242/11

**G**

**Gables [1]**   1/22

# G

**gained [2]** 32/3
57/21
**gains [1]** 109/5
**galaxies [1]**
264/16
**galaxy [1]** 264/15
**gallery [10]** 5/7
9/17 12/12 21/2
25/14 43/1 187/23
249/17 249/19
250/8
**Gallian [4]** 61/25
96/12 96/15 100/11
**game [5]** 76/5
76/10 164/12
164/13 218/5
**Garcia [7]** 43/1
46/20 60/3 118/12
123/4 123/7 124/17
**Gardens [4]** 36/20
42/3 42/4 165/16
**Gariazzo [3]** 8/5
29/7 270/11
**Garrett [1]** 47/20
**gave [3]** 26/1
199/2 266/21
**Gavin [2]** 33/13
33/13
**general [5]** 86/23
99/14 99/15 101/8
152/13
**generally [4]** 87/1
94/3 95/14 95/16
**generates [1]**
261/14
**generation [1]**
144/16
**Genesis [2]** 253/24
267/22
**genius [6]** 212/15
212/16 212/17
220/13 222/1 230/7

**geniuses [1]**
212/23
**gentleman [1]**
46/13
**Gentlemen [56]**
18/24 25/12 28/10
30/12 30/21 31/5
32/16 32/22 38/3
38/8 47/2 63/17
64/25 65/17 68/19
115/13 115/19
116/12 117/10
133/23 136/9
141/22 143/8
143/24 144/10
153/15 154/16
155/14 155/18
156/3 171/6 180/24
181/6 181/18 185/6
187/18 196/4
204/13 208/18
209/23 212/9
212/14 213/6
213/23 214/14
215/4 215/12
215/21 225/22
228/5 229/3 235/1
235/22 235/23
238/2 269/20
**Gerard [2]** 4/16
30/25
**get [94]** 3/3 8/1
8/13 14/8 14/9
14/25 25/9 42/9
42/23 50/7 58/6
66/8 67/19 69/25
70/10 70/11 70/15
70/18 70/21 71/13
72/3 72/3 72/23
76/15 77/9 78/20
79/12 82/11 85/6
86/12 87/10 89/16
90/8 90/18 92/12
92/13 93/3 94/11

100/4 100/20
102/21 103/14
103/14 111/21
116/12 116/14
121/24 134/10
135/2 135/16 136/4
139/7 140/25 141/2
146/11 146/19
150/3 151/15
153/13 156/16
170/10 170/13
171/8 172/14
172/24 188/21
191/16 191/18
192/14 192/24
193/13 196/13
197/4 200/23
212/23 217/25
227/12 236/12
246/1 246/2 246/3
253/21 255/19
259/5 260/2 261/22
263/24 264/25
266/25 267/20
268/5 270/17
270/21
**gets [8]** 103/5
120/12 120/21
142/17 151/20
184/13 199/19
271/25
**getting [9]** 48/17
90/8 112/14 135/4
137/2 146/1 180/15
249/14 269/14
**giants [2]** 140/13
218/19
**GICSR [1]** 33/21
**girls [1]** 137/13
**give [38]** 7/2 9/8
9/23 12/5 18/15
20/12 27/4 46/9
47/3 73/16 74/14
85/21 92/8 116/1

**G**

**give... [24]** 124/4
157/5 159/16 168/7
172/18 173/13
174/8 176/9 177/14
180/11 181/25
182/7 209/11 245/9
256/23 256/24
258/18 260/13
260/13 260/14
261/23 265/19
266/24 270/19

**given [15]** 6/10
7/3 8/8 10/14
17/23 19/2 22/16
23/8 28/9 28/23
33/8 41/4 47/3
105/22 262/8

**gives [4]** 260/4
260/19 267/10
267/12

**giving [7]** 29/1
83/1 172/14 193/19
194/22 196/7
266/23

**glad [2]** 108/12
116/11

**glasses [1]** 245/23
**glitch [1]** 148/25
**Global [2]** 33/20
37/22

**gmx.com [1]** 250/19
**go [108]** 3/2 12/10
18/23 25/16 26/22
40/16 40/24 67/24
70/15 84/23 87/10
92/7 97/16 100/2
100/3 101/11
102/19 102/25
103/1 105/5 105/24
115/23 117/18
124/18 129/14
132/6 132/18

132/18 138/11
140/13 140/13
141/2 141/9 144/10
146/19 146/20
148/2 148/22 149/7
151/14 151/15
151/16 154/1 155/4
157/2 159/15 160/1
160/6 161/10
161/18 164/6
164/14 169/12
169/17 169/23
170/7 172/16
172/24 179/10
180/11 186/16
188/13 190/4 190/7
190/21 191/1
191/15 191/19
192/8 193/4 193/11
193/16 193/18
193/25 195/22
199/8 202/20
209/25 210/12
218/25 219/14
226/1 227/6 232/25
249/9 253/16
254/23 255/23
256/5 256/11 259/1
260/19 260/25
261/16 261/18
261/23 262/13
264/1 264/7 265/12
266/17 267/15
268/9 269/22
270/25 271/15
272/10 272/20

**goal [1]** 58/10
**God [2]** 77/5 109/5
**goes [5]** 56/7
99/18 100/5 137/3
266/11

**going [188]** 3/21
4/20 7/1 7/18 7/19
8/23 8/24 9/7

9/15 15/3 16/17
25/16 28/12 33/7
39/22 42/4 55/13
58/17 65/18 65/25
66/3 66/18 69/5
69/6 69/7 69/22
70/7 70/18 71/19
73/23 74/15 75/2
75/24 78/21 80/14
85/12 85/14 90/11
92/6 92/18 92/19
93/3 93/4 96/6
96/11 98/11 101/8
102/10 102/19
102/19 103/1
103/12 109/4 110/3
112/10 114/19
117/10 118/14
119/5 126/17
126/19 129/14
129/17 131/3 132/6
133/20 135/21
136/9 137/5 141/4
141/24 142/4 142/6
142/6 142/8 142/13
142/21 142/25
143/1 143/10
143/13 143/14
143/17 143/20
144/25 147/4 151/3
152/13 153/12
153/19 153/24
154/18 154/22
154/23 155/4 155/4
156/4 156/7 156/9
160/22 161/17
164/6 164/13
167/25 170/10
170/13 171/13
172/12 172/16
181/2 184/19
184/23 184/25
185/3 185/15
185/20 186/18

## G

**going... [71]**
187/6 188/3 189/6
189/16 190/18
191/10 191/12
191/13 191/14
194/23 194/23
195/2 195/11 196/8
196/9 196/19
196/19 197/3
197/23 197/25
198/5 200/15
200/21 201/5 201/7
203/2 203/4 204/21
205/1 205/2 205/4
205/18 205/21
206/1 206/5 206/11
206/12 206/13
206/20 206/23
207/2 207/5 207/7
207/10 208/2 208/6
208/8 208/13
208/21 209/7 209/8
209/11 209/12
211/18 212/15
225/23 225/25
226/13 226/20
226/21 226/25
227/6 231/5 231/6
238/9 242/10 247/9
266/6 266/10
269/15 270/7
**gold [1]**   154/5
**gone [6]**   43/15
115/5 117/1 121/7
184/6 267/4
**good [59]**   3/8 3/10
3/11 3/13 3/14
3/16 3/17 3/19
3/23 4/4 4/6 4/7
4/9 4/10 4/12 4/13
4/15 4/18 11/12
18/12 18/24 18/24

25/21 25/22 30/12
30/21 36/3 43/4
46/3 46/4 49/24
54/25 72/5 74/19
80/7 80/7 87/13
90/15 91/5 91/15
103/17 108/12
115/14 124/25
129/21 134/8 136/6
137/22 139/22
152/16 152/22
171/9 183/13 238/7
239/2 239/3 239/6
269/17 269/20
**goody [2]**   19/2
19/3
**Google [2]**   178/13
230/7
**got [47]**   17/10
26/23 27/25 67/12
70/13 70/15 71/3
71/3 75/8 78/22
78/22 81/10 89/3
90/12 93/21 96/7
96/9 98/3 101/15
101/15 105/16
106/6 106/20 114/6
116/1 117/19
126/14 126/14
134/6 135/17
135/17 137/25
138/6 138/24 139/2
143/4 143/6 145/11
152/11 158/12
164/14 184/11
196/14 196/17
199/24 201/9 259/3
**got a [1]**   98/3
**gotten [3]**   134/23
134/24 196/12
**government [6]**
23/15 23/17 23/22
72/17 72/18 208/12
**grab [2]**   181/2

**grad [4]**   84/15
84/17 84/20 85/3
**Graduated [1]**
139/25
**grain [6]**   263/8
263/10 263/16
263/20 264/9
264/12
**grains [1]**   263/12
**grand [2]**   20/14
90/24
**grandchildren [1]**
137/22
**grandfather [1]**
216/11
**grandparent [1]**
137/17
**grandparents [1]**
138/10
**grandson [4]**
136/20 136/22
137/18 137/19
**graphics [3]**   81/8
81/9 83/11
**grasping [1]**   88/23
**grass [1]**   173/25
**great [28]**   11/18
20/22 23/9 24/10
25/13 27/18 28/8
41/6 71/15 75/9
84/22 85/4 94/1
94/7 94/17 94/17
98/3 101/4 103/7
103/18 104/13
107/14 109/3
109/12 117/16
121/10 137/5
141/21
**greater [1]**   179/18
**greatest [1]**   70/15
**greedy [1]**   196/14
**grew [2]**   209/17
216/8

**G**

**grieving [1]** 185/5
**groggy [1]** 38/24
**groundbreaking [4]**
251/4 251/13
251/18 253/1
**grounded [1]** 219/4
**group [15]** 20/5
34/1 35/15 35/19
35/20 37/23 38/1
70/5 70/7 89/1
113/7 155/10
191/18 208/11
220/24
**groups [1]** 51/12
**grow [2]** 75/15
199/18
**growing [1]** 216/12
**guess [10]** 9/2
59/14 84/6 144/16
175/10 262/2 262/3
262/10 265/2 265/5
**guessing [2]** 262/4
265/8
**guests [1]** 89/5
**guide [1]** 113/20
**guidelines [4]**
4/21 21/5 176/10
238/19
**guy [11]** 76/4
85/19 88/20 89/25
90/25 121/18 122/7
122/8 198/24
198/25 232/21
**guys [27]** 48/8
72/1 89/1 92/16
92/18 93/24 101/13
105/16 106/3 106/9
106/21 109/4 109/5
109/14 109/20
110/6 110/9 111/11
111/24 112/13
122/13 124/16

147/15 198/25
199/4 208/3 249/4

**H**

**hacker [1]** 208/8
**had [135]** 4/19
5/17 8/17 12/19
19/13 32/8 41/18
41/19 48/16 50/20
52/12 52/19 55/3
55/7 55/7 55/8
67/5 85/21 89/6
89/7 90/17 90/20
92/7 92/7 92/15
93/4 93/17 98/5
106/16 106/21
107/15 108/8
108/11 108/16
109/14 110/20
111/13 111/14
121/16 121/17
122/25 123/4
123/15 125/10
125/15 126/8
128/15 130/15
130/20 131/10
131/14 131/15
136/4 138/20
138/21 138/22
140/16 140/24
142/9 144/18
144/24 145/4
145/13 145/14
145/17 145/21
146/3 148/22
152/24 153/4 153/6
153/7 160/12
162/19 165/11
171/8 177/7 184/24
189/3 190/19 191/7
191/23 192/6
192/20 193/22
194/7 194/13
195/24 196/1

197/4 198/9 198/14
199/22 201/3
201/12 202/5
202/12 206/8
206/22 206/25
207/3 207/20
215/22 216/3
216/12 226/6
226/22 228/8
229/12 229/16
229/22 229/24
230/14 233/16
234/23 242/22
244/4 244/8 244/18
244/23 246/7
247/20 247/20
251/7 251/9 251/12
251/17 253/10
256/3 257/23 269/8
273/8
**hair [1]** 152/22
**Hal [4]** 221/20
255/7 255/8 258/15
**half [8]** 154/19
168/23 205/22
206/17 230/13
268/23 269/3 269/6
**halfway [1]** 195/19
**hall [2]** 5/20 66/6
**Halloween [1]**
188/10
**halving [4]** 268/22
268/22 269/5 269/8
**halvings [1]**
269/12
**hand [49]** 18/19
22/7 23/10 28/18
28/21 29/2 30/2
31/7 32/20 32/25
33/8 38/6 38/10
38/16 38/21 38/25
39/12 39/16 40/18
41/1 47/6 49/23

**H**

**hand... [27]** 50/13
51/16 52/23 54/8
54/12 65/3 70/5
70/9 71/6 73/16
78/20 86/20 123/5
141/14 146/13
148/12 155/22
156/1 171/24 172/8
187/20 203/7
238/10 250/14
257/4 266/8 273/14
**handled [1]** 122/8
**hands [29]** 20/13
29/3 30/3 31/8
32/21 33/1 38/7
38/11 38/17 38/22
39/1 39/13 39/17
40/22 41/3 65/4
70/17 78/20 117/21
117/25 118/1 118/6
146/7 152/16
153/24 155/23
156/2 171/25 172/1
**handshake [1]**
93/10
**handwriting [1]**
90/19
**happen [8]** 133/9
146/17 147/17
147/20 147/20
169/9 230/4 258/12
**happened [16]** 76/3
92/7 93/5 105/6
106/1 106/3 142/24
144/22 173/16
185/2 211/11
213/23 214/11
232/9 269/4 269/5
**happening [1]**
257/24
**happens [7]** 144/19
144/20 152/12

253/6 268/15
268/21 268/23
**happier [1]** 226/21
**happy [5]** 75/7
75/8 76/12 79/24
102/1
**harassing [1]**
25/24
**hard [8]** 23/21
60/24 134/25 135/2
135/3 137/11 148/8
234/15
**hardcore [1]** 75/11
**harder [1]** 93/3
**hardship [7]** 20/22
23/9 24/11 25/13
27/19 28/9 45/19
**hardships [2]**
11/13 41/6
**hardware [3]** 53/18
88/11 88/20
**harsh [1]** 228/18
**has [121]** 13/12
13/14 15/6 24/10
25/12 27/18 28/8
31/21 32/5 32/14
34/1 34/4 35/9
36/22 39/5 39/5
39/10 39/14 41/12
41/25 42/22 42/23
50/11 51/14 52/19
56/16 59/9 62/10
62/15 62/15 63/9
72/18 74/13 76/8
86/4 89/4 94/4
109/7 116/3 116/3
117/20 118/18
119/1 122/16 124/5
124/13 124/15
127/15 127/15
127/18 133/24
133/24 134/9
134/20 134/20
134/21 134/23

136/1 136/16
139/20 141/6 141/7
144/18 144/19
144/22 146/11
149/16 150/15
152/20 152/24
153/4 153/7 153/18
154/7 154/8 161/3
164/17 164/19
165/1 165/2 165/2
165/9 165/10
165/15 168/18
177/9 181/7 181/23
185/4 186/10
201/17 203/14
207/11 209/13
212/22 216/13
223/1 223/3 224/3
226/19 230/20
236/10 237/2 237/9
237/10 237/18
237/24 238/1
251/11 253/4 258/8
259/18 260/8
260/17 262/19
264/17 265/24
266/4 270/12
**has Bitcoin [1]**
59/9
**hasn't [1]** 67/22
**hate [1]** 202/14
**hated [1]** 223/16
**hatred [1]** 202/24
**have [552]**
**have prepared [1]**
244/24
**haven't [5]** 70/5
117/5 141/15
142/24 246/9
**having [14]** 5/15
15/2 16/1 79/18
121/15 125/15
153/5 188/20

**having... [6]**
189/19 196/12
229/15 252/3 253/3
262/17
**he [298]**
**he'll [7]**   8/19
137/9 141/9 141/11
205/6 231/21
231/22
**he's [47]**   8/17
34/9 34/23 42/6
62/13 67/7 67/17
76/3 76/6 76/10
89/14 89/15 89/16
89/25 89/25 90/25
97/24 119/7 121/23
122/19 122/20
124/5 134/12
134/13 135/19
135/19 135/23
140/11 168/25
169/12 169/12
193/21 197/25
201/18 203/10
204/24 205/4
205/21 206/5 206/6
212/15 212/20
216/13 216/15
230/14 230/14
232/5
**head [2]**   29/15
150/17
**heading [2]**   44/10
44/12
**headline [3]**
254/15 254/16
254/19
**hear [87]**   16/9
17/7 29/24 48/24
50/18 69/3 69/4
69/24 73/11 73/15
95/10 105/3 107/18

108/12 117/13
117/15 117/17
119/11 128/3
141/24 142/5
142/13 144/9
150/10 153/14
174/10 176/1 179/2
184/19 184/23
186/18 187/6 189/6
190/10 191/12
191/17 194/15
196/8 196/19
199/15 204/20
204/21 205/10
205/13 205/17
206/1 206/20 207/2
207/5 207/7 207/10
208/9 209/14 213/1
213/2 213/9 213/14
214/15 214/22
215/14 216/7
216/17 216/24
217/8 217/10
217/15 217/17
218/3 222/21
223/11 225/5
228/24 229/4
229/10 230/19
230/21 231/1 231/5
232/20 233/7 235/6
244/3 246/11 247/8
247/8 247/17
256/17
**heard [31]**   20/4
38/3 69/23 95/8
99/2 113/11 115/24
116/10 142/4
150/15 150/18
150/23 151/6 152/1
152/4 152/5 152/6
155/2 155/12
173/21 177/19
180/14 183/6 184/1
187/2 189/9 197/24

222/7 257/19
**hearing [2]**   32/18
38/14
**heart [2]**   217/14
223/20
**held [2]**   93/16
145/17
**helicopter [1]**
187/2
**hell [1]**   192/1
**hello [8]**   53/23
58/5 65/8 69/1
100/24 101/1 101/2
136/18
**help [35]**   3/21
70/11 134/23
134/24 136/1 136/2
136/4 137/2 138/25
139/2 139/5 139/7
174/14 179/8
179/17 182/3
185/15 188/3 188/7
190/1 191/14
197/15 205/1
206/22 213/7
213/17 231/20
241/11 248/14
256/8 256/19
258/23 262/12
263/1 263/24
**helped [5]**   220/11
233/20 233/20
233/21 240/10
**helpful [1]**   138/9
**helping [1]**   241/22
**helps [2]**   127/23
220/24
**her [28]**   50/22
58/5 58/6 78/14
104/7 104/8 106/6
106/12 107/2 109/8
110/1 110/4 128/1
128/3 138/6 138/22

**H**

**her... [12]**   139/1
139/2 139/19
139/21 139/23
164/19 165/2
165/18 227/16
265/24 265/25
266/13

**here [109]**   5/25
8/19 12/8 12/9
16/18 19/1 19/14
20/7 21/2 21/3
22/22 23/12 27/20
38/8 39/5 41/14
42/2 42/7 42/10
42/12 54/7 54/13
57/12 59/3 61/6
65/1 65/5 66/7
66/19 68/2 73/23
74/2 76/21 78/18
85/1 85/2 98/21
99/8 102/9 102/15
107/2 110/4 113/13
114/9 114/16
116/15 116/17
142/20 142/25
144/18 149/10
150/15 154/3 154/6
154/10 154/20
155/1 155/6 156/16
156/17 156/21
160/2 168/22
169/12 170/8
170/19 171/14
172/1 173/1 178/7
180/23 181/11
181/14 181/22
182/20 184/16
185/7 191/5 192/25
193/19 194/2 194/3
195/12 203/6
209/10 210/3 210/5
211/23 212/20

214/1 215/7 223/1
223/15 227/17
230/5 230/8 230/10
231/16 253/23
255/11 256/19
265/5 266/10
268/14 269/10
270/10 270/18
272/2 272/3

**Here's [3]**   247/11
247/11 247/12

**hereby [1]**   273/7

**hereunto [1]**
273/14

**Heritage [1]**   38/1

**hermano [1]**   224/7

**hernandez [9]**   1/23
1/25 16/7 29/10
29/16 273/5 273/17
273/17 273/19

**herself [1]**   139/20

**hesitant [2]**   89/8
89/8

**hesitation [7]**
56/10 58/19 58/21
58/25 59/22 61/22
94/3

**Hey [1]**   98/7

**Hi [7]**   3/10 18/12
43/4 46/3 50/18
63/23 136/19

**hidden [1]**   179/14

**hide [2]**   103/4
231/7

**high [8]**   34/25
138/10 140/11
157/8 205/2 241/24
243/14 263/13

**high-level [3]**
157/8 205/2 243/14

**higher [5]**   73/20
138/12 138/16
236/25 237/12

**higher-functioning
[1]**   138/16

**highlighted [4]**
190/19 192/13
196/1 198/5

**highlighting [1]**
203/17

**highlights [1]**
188/3

**highly [4]**   138/6
213/12 237/14
251/16

**him [76]**   8/20
16/21 41/17 41/19
41/23 61/12 67/14
76/10 85/21 91/1
91/8 93/10 119/14
121/19 121/24
123/9 124/3 134/10
141/1 169/9 184/8
184/15 186/6 187/4
189/3 189/5 189/20
194/7 194/11
195/18 196/24
198/9 198/15
198/24 199/21
200/2 200/3 200/5
200/6 200/9 200/17
201/16 202/2 202/3
202/12 205/24
206/3 206/8 206/21
206/25 207/6
209/17 213/2 213/2
213/5 215/10
216/10 216/11
216/14 216/17
217/4 223/19
228/17 229/15
229/15 230/12
230/12 230/16
230/17 231/20
231/22 232/22
233/15 233/16
246/2 247/20

**himself [10]**
176/24 183/22

**H**

**himself... [8]**
196/25 201/16
203/8 203/8 206/2
213/20 217/9
220/10
**hire [1]**  108/3
**hired [2]**  194/11
205/16
**his [153]**  8/17
31/21 37/4 41/18
41/19 41/19 81/20
91/24 92/19 92/22
118/21 119/8
119/15 119/19
119/22 120/7
122/21 122/23
122/23 134/13
134/19 137/12
140/25 142/5 142/6
142/6 142/12
161/15 174/22
180/4 183/15
183/16 183/17
184/14 184/17
184/20 185/1 186/3
186/9 186/10 187/5
188/21 188/24
189/1 190/5 190/9
190/22 191/25
192/10 192/11
192/11 194/13
195/19 195/25
196/11 196/23
196/24 196/25
197/17 197/24
198/2 198/16
198/20 198/25
199/25 200/8
200/14 200/18
201/2 201/4 201/15
201/18 201/24
202/4 204/15

205/18 205/19
205/23 205/23
205/24 206/7 206/9
206/17 206/24
207/2 207/4 207/12
207/21 207/23
207/25 208/7
208/11 209/14
210/17 212/16
213/10 215/1 215/1
215/19 216/3 216/7
216/10 216/11
216/12 216/17
216/19 217/7 217/8
217/9 217/17
217/20 221/18
221/19 221/19
221/20 221/20
222/5 223/13
223/16 223/23
224/14 225/13
226/3 226/6 227/9
228/17 228/18
229/6 229/6 229/10
229/11 229/13
229/16 229/18
229/18 229/23
229/24 230/1 230/7
230/7 230/14
230/16 230/23
230/24 231/2
231/17 231/19
233/16 234/11
234/12 234/17
235/16 260/19
**historical [5]**
226/1 232/15
239/23 245/18
246/14
**history [4]**  205/7
239/23 249/7 256/7
**hit [5]**  92/18
92/19 108/10
135/16 174/22

**hobbies [1]**  74/23
**hobby [3]**  81/6
81/7 84/4
**Hofstra [1]**  35/24
**hold [15]**  12/15
21/23 33/7 46/14
54/23 55/1 55/2
56/1 108/7 171/22
171/22 195/13
206/12 240/3
251/25
**holder [1]**  98/24
**holding [2]**  122/9
254/19
**holes [1]**  209/12
**holiday [5]**  11/18
23/25 24/20 46/17
271/21
**holler [1]**  73/16
**Hollywood [1]**  34/3
**home [7]**  172/16
183/17 190/5 216/9
234/7 258/8 258/16
**Homeland [1]**  225/5
**honest [6]**  63/18
63/23 78/1 123/12
215/19 219/3
**honesty [1]**  78/2
**honor [106]**  3/8
3/11 3/14 3/17
3/20 4/1 4/4 4/7
4/10 4/13 7/9 7/10
8/15 11/10 12/1
12/2 12/7 14/14
15/25 16/25 17/16
30/18 31/3 46/3
46/4 53/23 63/22
65/8 66/14 67/1
67/4 67/9 68/5
68/14 68/15 68/23
68/24 78/14 110/16
112/3 112/8 112/11
112/24 113/8
115/12 144/4

# H

**honor... [60]**
149/20 159/23
160/15 161/22
162/5 162/7 162/15
162/19 162/24
163/10 163/21
163/23 164/4
164/23 165/23
166/3 166/8 166/11
166/17 166/19
167/2 167/4 167/11
167/21 167/22
168/15 168/20
168/24 169/16
170/2 170/5 181/2
181/13 203/11
203/16 204/1 210/7
211/6 211/22 212/4
212/6 212/12 235/4
238/5 238/24
242/21 246/14
246/24 248/7
248/23 249/14
250/2 250/4 250/10
269/13 271/7 271/9
271/22 272/5
272/17

**Honor's [1]**  211/8
**HONORABLE [1]**  1/10
**honored [1]**  93/15
**honors [1]**  139/25
**hooked [1]**  11/9
**hope [12]**  15/18
19/15 20/8 66/4
66/16 116/1 117/12
117/14 128/2
161/17 184/14
232/12

**hopefully [1]**
157/18
**hoping [1]**  13/9
**Horne [18]**  24/12

47/21 47/22 56/21
57/2 57/11 78/23
83/15 148/14
148/17 149/11
149/19 164/1 166/4
166/16
**hospital [8]**  37/2
37/3 37/20 77/13
77/16 77/16 142/12
215/10
**hospitalized [1]**
37/3
**hot [5]**  5/14 144/8
225/20 226/22
233/2
**hotel [3]**  108/2
108/2 108/4
**hotels [8]**  49/25
50/5 52/10 87/19
89/2 107/22 107/24
127/20
**Hotwire [1]**  35/4
**hour [8]**  6/6 22/23
66/18 134/10 156/6
168/23 169/6
239/13
**hours [4]**  84/7
141/14 154/19
207/20
**house [2]**  91/7
198/11
**household [1]**
231/20
**housekeeping [1]**
8/14
**how [126]**  15/3
20/13 42/9 50/24
51/4 51/24 52/11
53/13 70/12 74/18
75/18 81/21 83/1
84/11 84/12 85/1
87/12 90/14 94/14
96/18 97/23 98/4

100/16 100/18
101/2 101/3 102/9
103/16 103/17
104/1 105/14
105/24 107/11
107/12 108/6 108/7
108/16 109/4 109/4
109/5 109/13
109/20 109/22
110/6 110/17 111/3
111/11 111/16
111/16 111/18
112/1 119/1 119/1
119/22 120/1 120/9
120/10 126/17
128/5 129/14
129/16 129/17
130/4 134/18
134/18 136/22
137/12 138/18
138/19 144/12
145/13 151/11
151/19 152/14
155/10 160/21
181/22 187/10
192/14 195/3
196/13 198/14
205/5 205/5 205/8
213/11 217/11
217/18 221/9 222/1
223/12 223/13
223/14 223/18
230/11 233/15
233/16 239/17
240/20 241/12
244/23 245/19
250/25 252/19
252/20 255/18
256/9 257/11
258/23 259/3 260/5
260/7 261/14
262/13 263/1
263/11 264/13

**H**

**how... [6]** 265/15
265/19 267/18
267/20 268/5
271/24
**how's [1]** 137/1
**however [9]** 17/22
18/2 63/25 215/17
217/6 234/1 236/13
251/13 262/5
**HR [2]** 26/25 27/2
**HTML [4]** 83/19
84/2 84/13 84/15
**Hubble [1]** 264/5
**huh [7]** 46/8 55/17
96/4 109/25 118/25
119/20 124/14
**human [3]** 58/3
58/10 142/18
**humans [1]** 140/22
**hundred [6]** 77/17
123/13 129/19
219/8 264/14
264/15
**hundreds [2]**
201/11 263/13
**hurt [2]** 48/17
217/3
**husband [7]** 59/9
59/12 62/10 63/9
63/9 63/10 120/6
**husband's [3]**
59/18 118/20
124/20
**husbands [2]** 70/14
118/8
**hyperfocus [3]**
140/19 140/20
141/7

**I**

**I ever [1]** 54/18
**I'd [10]** 29/5 30/9
66/18 81/19 82/9

119/3 160/23
185/19 227/12
235/3
**I'll [41]** 7/15
8/22 9/13 17/10
41/10 66/19 68/2
69/10 70/2 70/8
72/9 73/14 75/8
78/20 79/17 82/2
103/14 110/20
111/22 113/7
115/20 116/5
129/20 133/20
141/24 145/5
154/22 156/17
160/2 164/24
181/14 188/2 210/2
210/5 211/23 245/9
256/23 256/24
256/24 270/22
272/7
**I'm [187]** 7/19
8/21 8/22 9/7 10/6
12/4 16/2 17/20
23/18 23/18 27/7
27/22 28/12 33/7
43/11 52/7 57/18
58/17 59/13 65/8
65/17 65/25 69/5
69/7 69/11 69/19
70/7 70/18 71/7
71/8 71/18 72/11
74/15 74/24 75/6
75/24 75/24 77/14
78/1 78/21 79/6
79/13 79/14 79/16
79/23 80/13 80/25
81/13 82/8 83/10
83/19 85/12 85/13
85/14 88/10 88/23
88/25 89/6 89/15
90/3 90/11 94/17
94/20 96/11 96/14
97/4 97/7 98/11

100/24 100/14 100/14
101/3 101/13 102/1
103/12 103/18
104/16 105/3 107/7
107/12 107/14
107/18 108/12
109/17 110/3
110/18 111/23
112/3 114/19
114/24 115/23
115/25 116/5
116/10 116/24
117/6 117/10
117/11 117/14
117/23 118/9
118/14 119/5
123/12 123/20
124/19 131/9 132/6
133/19 133/19
134/2 135/4 135/21
135/21 136/9
137/16 137/21
140/7 140/20
141/13 141/16
141/23 142/24
143/17 143/20
144/15 145/8 149/5
149/9 149/9 150/22
151/3 152/11
152/12 152/12
152/13 153/19
153/24 154/23
155/4 156/7 156/9
157/7 157/9 158/13
158/13 158/17
161/17 162/15
163/13 164/11
164/13 164/21
164/21 165/4 166/8
169/4 170/12
171/13 172/12
172/16 185/9
187/15 188/3
190/13 190/18

**I'm... [21]** 192/1
192/1 195/11 198/5
200/20 202/16
203/4 206/5 209/12
211/18 238/9 239/6
239/16 241/8
242/10 246/13
249/15 256/19
261/25 263/3
264/10

**I've [27]** 27/23
56/23 69/23 71/2
71/5 82/1 82/10
90/2 90/12 99/2
105/19 116/1
117/19 140/8
142/14 145/7
149/10 154/16
202/11 211/9
240/18 240/22
241/5 248/15
256/21 259/3
269/10

**ICE [1]** 23/18
**ID [1]** 219/17
**idea [8]** 153/6
154/9 192/6 193/22
230/14 252/15
259/12 265/19

**identical [1]**
252/7
**identified [3]**
67/14 260/16 266/3
**identifier [1]**
260/10
**identifies [2]**
260/11 261/14
**identify [1]**
260/22
**identifying [2]**
201/5 261/10
**ignorant [1]** 90/8

**ignore [2]** 175/10
175/14
**ignoring [1]** 119/6
**illegal [2]** 103/4
217/13
**imagine [5]** 217/22
218/15 219/21
259/17 259/25
**immediately [2]**
70/13 221/13
**immigrant [1]**
157/7
**impact [1]** 217/10
**impacts [1]** 213/11
**impair [1]** 59/11
**impairment [1]**
38/12
**impartial [37]**
20/5 22/12 32/24
47/4 47/10 47/15
47/25 48/15 48/21
49/7 49/13 55/22
56/4 57/5 57/23
58/11 58/16 59/19
60/16 60/25 61/3
61/18 62/5 63/5
63/13 64/19 69/25
74/1 74/7 74/7
87/6 116/14 154/7
155/2 155/11
155/21 158/25
**impartiality [1]**
63/25
**impartially [1]**
21/25
**implementation [1]**
221/16
**implemented [1]**
253/22
**important [32]**
16/6 19/17 23/21
24/3 29/14 71/21
71/22 72/13 111/22
116/14 126/3 142/1

178/21 179/2
182/20 183/18
208/21 214/23
230/11 230/12
230/15 230/17
232/8 233/15
233/16 234/9
234/22 236/13
255/19
**importantly [3]**
252/6 258/5 258/13
**impossible [4]**
74/10 262/6 262/7
265/1
**impression [1]**
179/19
**improperly [1]**
234/1
**improve [1]** 5/3
**inability [1]**
229/1
**Inc [3]** 108/25
109/2 109/3
**incentive [1]**
220/12
**include [8]** 6/11
6/24 10/20 54/21
56/17 99/14 205/13
228/7
**included [1]** 223/3
**includes [6]** 40/8
51/10 54/19 178/2
178/9 257/10
**including [11]**
29/12 55/21 176/3
177/5 178/3 178/11
185/1 185/4 210/18
247/18 264/12
**incorporated [2]**
34/25 109/3
**incorporation [1]**
129/3
**increase [1]**

**increase... [1]**
210/25

**incredible [1]**
140/11

**incredibly [1]**
229/21

**incurred [1]**
217/21

**Indeed [1]** 219/18

**indentations [1]**
149/11

**independent [4]**
39/23 156/12
202/11 269/25

**Index [1]** 241/19

**indicate [1]** 182/4

**indirect [3]** 174/1
174/3 174/7

**indirectly [3]**
65/24 156/11
173/24

**indistinguishable
[2]** 252/8 252/9

**individual [2]**
211/13 272/15

**individually [3]**
70/8 103/12 234/24

**individuals [10]**
6/8 13/19 17/20
19/20 33/6 39/25
167/16 171/13
172/13 218/20

**indulge [2]** 116/1
235/4

**industry [2]**
240/19 241/21

**inevitable [1]**
169/19

**infeasible [2]**
265/4 265/10

**infinite [2]** 262/9
262/10

**influenced [1]**
21/22 22/2 86/4

**influencer [1]**
104/22

**Info [7]** 1/4 30/7
31/13 69/3 171/11
176/14 195/9

**information [24]**
34/5 40/3 144/21
145/2 145/15
145/23 146/4
146/16 153/13
177/14 178/8
178/10 178/14
178/24 180/15
221/1 225/2 225/10
225/11 234/11
234/22 247/20
247/21 270/19

**informative [1]**
20/10

**Infracritical [1]**
34/19

**infrastructure [1]**
53/17

**infuriating [1]**
231/25

**infuse [1]** 233/8

**initial [3]** 205/22
205/23 238/16

**initials [1]**
208/17

**initiated [1]** 32/2

**injected [1]**
210/16

**injury [1]** 86/9

**innovation [4]**
251/4 251/18 253/1
258/6

**input [1]** 189/1

**inputs [2]** 266/5
266/12

**inquire [1]** 14/1

**insinuate [1]**

**inspecting [1]**
97/7

**Instagram [1]**
178/4

**instances [1]**
226/5

**instead [11]** 144/1
147/24 195/2 195/4
195/23 215/12
220/10 253/5
261/11 264/9
266/20

**Institute [1]**
33/20

**institution [1]**
252/19

**institutions [2]**
208/11 242/9

**instruct [5]** 64/16
175/17 237/1 237/3
237/20

**instructed [2]**
125/23 169/17

**instructing [1]**
236/12

**instruction [3]**
7/3 41/2 125/25

**instructions [11]**
2/3 6/23 40/24
83/1 168/8 172/18
173/13 173/14
177/20 180/11
183/7

**instructs [1]**
73/25

**Integrated [1]**
150/5

**intellectual [30]**
31/17 31/20 32/1
32/3 32/6 32/7
32/10 32/12 65/2
65/9 176/20 176/23
177/5 184/21

**intellectual...**
**[16]**   189/13
189/22 193/1 193/3
194/21 196/16
199/25 200/14
200/19 201/11
208/1 209/4 216/18
226/17 226/19
229/22
**intellectually [1]**
214/21
**Intelligence [1]**
35/5
**intelligent [1]**
213/12
**intended [1]**
219/25
**intends [1]**   179/24
**intensified [1]**
187/6
**intensity [1]**
216/25
**intention [2]**
210/23 210/24
**intentions [1]**
211/19
**interact [2]**
139/20 216/22
**interaction [1]**
134/19
**interactions [1]**
117/4
**interest [5]**   141/8
176/4 187/5 187/10
227/18
**interested [3]**
140/24 227/19
251/9
**interesting [6]**
20/9 54/2 67/16
99/2 149/2 198/16
**Interestingly [1]**

**interests [1]**
232/20
**international [6]**
33/22 49/25 50/5
58/4 87/18 97/3
**Internet [10]**   40/2
52/21 178/3 178/11
218/12 218/23
218/25 219/14
240/6 255/15
**internship [1]**
53/24
**interpersonal [1]**
213/12
**interpret [1]**
180/10
**interprets [1]**
213/5
**interrelated [1]**
269/15
**interrelating [1]**
168/25
**interrupt [1]**
65/19
**interruption [2]**
116/4 160/13
**intervention [1]**
139/7
**interview [1]**
194/12
**interviewing [1]**
194/10
**intricacies [1]**
67/20
**introduce [9]**   7/11
7/13 7/14 7/16
29/6 30/9 67/12
67/16 188/16
**introduced [1]**
268/2
**introducing [1]**
67/11
**introduction [1]**

**invent [7]**   115/18
214/17 215/23
216/4 222/2 229/20
231/15
**invented [6]**
217/19 221/17
224/23 232/13
235/18 235/18
**invention [24]**
197/14 212/18
214/20 217/7 217/9
217/18 217/19
218/1 218/3 218/18
218/24 219/2
220/14 222/5
222/13 222/20
223/1 223/12
223/17 224/16
224/18 224/19
226/12 235/15
**inventor [6]**   36/7
67/14 67/18 212/18
217/9 264/24
**invest [5]**   63/24
89/13 97/21 97/25
99/4
**invest in [1]**
97/25
**invested [4]**   56/23
98/12 111/24 112/1
**invested and [1]**
111/24
**investigations [3]**
35/18 37/13 208/10
**investing [2]**
89/21 98/24
**investment [7]**
54/25 57/7 62/2
62/4 98/4 98/14
131/4
**investments [3]**
56/24 90/2 98/14
**invests [1]**   98/1

**involve [1]** 76/10
**involved [16]** 35/4
39/25 57/16 58/12
62/19 89/17 90/6
90/8 90/20 117/20
125/6 127/4 187/3
197/24 255/21
255/21
**involvement [3]**
55/20 77/21 188/21
**involves [3]** 55/15
55/16 259/10
**IP [3]** 200/22
201/1 201/14
**IRA [68]** 1/3 3/5
30/5 31/11 36/8
36/8 171/10 176/12
185/13 188/20
189/1 189/2 191/22
192/19 192/23
193/7 197/22
197/23 198/4 198/7
199/15 199/17
199/18 199/19
199/21 199/23
199/24 200/2 200/3
200/4 200/5 200/8
200/12 201/15
201/23 205/18
206/20 209/17
210/17 210/25
211/14 214/25
215/13 217/3 223/3
223/20 225/23
225/23 226/11
227/1 227/7 227/9
227/18 229/7 230/5
230/10 230/17
230/20 230/21
230/23 231/3
233/24 234/2 234/4
234/6 234/13

**Ira's [3]** 197/7
199/11 205/18
**ironic [1]** 230/4
**IRS [2]** 196/21
223/15
**is [731]**
**ISAOs [1]** 33/22
**isn't [5]** 129/5
139/5 200/8 261/10
263/14
**isolated [1]** 117/2
**issue [19]** 13/3
45/5 67/10 67/17
123/14 123/15
123/15 146/15
153/18 165/2
178/17 210/7
210/11 210/15
244/5 245/25
247/13 253/2 271/1
**issued [4]** 252/18
252/20 252/20
252/21
**issues [20]** 8/3
8/12 11/8 11/9
22/1 22/12 57/2
78/14 94/4 117/9
134/21 134/21
169/25 186/22
186/23 201/6
201/13 208/25
209/2 271/5
**issuing [2]** 207/21
268/15
**it [510]**
**it's [197]** 7/23
8/23 14/17 14/17
15/8 16/10 18/24
20/1 22/20 26/5
26/5 26/5 26/6
26/22 29/14 40/14
42/17 43/12 44/4
51/9 52/9 55/5

60/23 67/3 67/16
67/17 71/21 71/22
72/12 72/22 72/22
72/23 72/24 73/18
73/20 74/10 74/22
75/5 75/5 80/10
81/7 82/25 86/19
86/24 87/1 87/25
92/11 98/12 99/2
99/22 101/5 102/10
102/19 102/19
102/19 103/1 103/1
103/8 103/9 104/19
105/7 105/22
107/21 108/14
108/24 108/25
109/1 109/3 109/8
109/8 109/9 109/15
109/18 109/22
109/22 109/24
110/8 110/20
110/24 111/6
111/22 111/24
111/25 116/15
117/15 120/7
120/25 121/7
124/10 125/19
125/21 125/24
126/2 127/9 128/11
134/21 135/3
137/14 137/14
137/19 138/2
140/16 140/21
141/16 141/25
143/9 144/15
146/10 146/24
148/2 148/7 148/8
148/8 148/21 149/2
149/6 149/15
149/15 151/10
151/21 152/9
154/18 156/3
164/13 168/17

**it's... [69]**
169/19 172/3 173/3
179/2 179/23
179/23 186/9
187/10 188/23
190/24 191/17
195/8 196/20 198/6
200/17 202/24
218/3 218/18 219/6
220/13 220/13
221/1 226/13 230/4
230/12 230/16
232/8 234/11
240/20 241/10
243/21 244/10
245/15 245/16
246/14 249/20
249/21 249/25
250/5 250/17
250/24 251/4 252/1
252/4 252/5 252/5
252/6 252/7 252/10
254/13 254/20
257/19 257/21
258/5 258/5 258/13
259/8 259/23
259/23 260/8
260/10 264/5 264/5
264/18 265/1
265/25 267/4 267/9
268/23
**item [1]**   175/17
**items [8]**   10/12
10/15 10/23 10/25
11/7 111/2 271/11
271/12
**its [17]**   32/7
165/24 166/22
177/4 184/13 186/8
194/22 199/25
219/10 220/18
221/12 223/5

259/8 264/24 267/1
**itself [1]**   138/19

**J**

**Jacksonville [1]**
38/1
**Jaime [1]**   35/3
**Jamas [1]**   215/3
**Jamie [4]**   35/2
195/25 196/8 196/9
**January [9]**   190/22
220/6 222/24 223/6
254/10 254/16
254/22 254/22
255/2
**jealous [1]**   137/21
**Jiji [1]**   198/13
**Jimmy [3]**   33/23
33/23 35/2
**job [10]**   20/11
24/3 82/14 127/15
138/7 143/14
155/14 173/16
174/8 213/7
**jobs [2]**   23/21
88/5
**John [1]**   192/11
**Johnny's [1]**
111/23
**join [1]**   172/3
**joined [2]**   185/9
185/12
**joining [1]**   35/20
**joins [2]**   166/24
167/9
**joint [1]**   7/25
**jointly [9]**   183/20
184/4 184/22
185/25 189/20
189/22 194/21
206/25 207/25
**Jonathan [1]**   34/22
**Jones [6]**   45/8

174/22 174/24
**JORGE [4]**   1/20
4/10 30/23 115/21
**Joseph [3]**   36/18
36/18 229/14
**journalist [1]**
34/21
**Jr [1]**   19/10
**judge [85]**   1/11
4/16 10/6 13/21
14/1 14/4 14/5
14/11 14/23 15/17
16/14 17/12 17/17
18/15 19/7 27/3
48/6 48/9 59/3
60/1 65/5 68/12
69/6 69/8 69/13
69/14 70/2 70/6
72/2 72/7 72/8
73/24 74/1 74/13
77/4 86/20 89/7
90/17 91/18 94/4
100/21 103/19
110/19 116/3 117/2
117/3 125/23
132/25 133/1
142/20 143/2 143/5
143/14 149/24
154/14 160/9
160/20 162/1
162/10 162/21
163/3 163/7 163/12
164/11 165/5 165/6
165/8 165/14
165/20 167/13
170/3 170/18
210/10 210/16
210/22 243/24
244/14 244/25
245/9 245/12
245/14 246/1
246/15 249/20
271/23

**judged [3]**   71/22
232/11 232/12
**judges [6]**   19/9
48/3 48/8 72/7
142/21 143/3
**judgment [3]**   58/24
59/11 199/24
**judgments [1]**
201/7
**juggle [1]**   23/21
**July [1]**   269/7
**jump [2]**   133/20
148/1
**June [2]**   194/9
200/17
**juries [2]**   71/6
71/17
**juror [78]**   13/10
13/23 13/23 13/24
13/24 13/24 13/25
14/3 19/14 20/20
21/17 23/11 23/12
28/11 32/24 38/13
41/11 47/11 47/15
47/20 47/25 48/4
48/11 48/22 49/2
49/7 49/13 49/19
52/24 55/22 56/5
57/23 58/16 59/19
60/16 61/3 61/19
62/5 63/5 64/19
67/8 77/10 78/22
78/22 78/23 78/25
79/1 79/11 79/12
79/25 96/11 113/18
155/7 155/11
155/15 155/21
157/14 157/24
158/25 161/25
162/1 162/6 162/8
162/17 162/22
163/11 163/18

165/24 166/10
166/11 166/23
167/4 167/8 177/14
180/20 182/4
182/25 270/4
**jurors [44]**   5/1
5/2 5/8 5/10 5/22
5/22 5/23 6/10
6/16 7/1 7/5 7/23
8/7 9/13 9/15 9/18
9/19 11/15 11/25
13/12 13/17 14/20
15/15 16/18 18/13
18/18 21/14 22/8
22/19 58/11 66/17
79/11 158/11
160/24 168/6
173/13 178/18
178/19 179/4 182/4
185/8 212/2 271/1
271/18
**jurors' [1]**   6/18
**jury [97]**   1/11 2/3
2/3 4/17 5/3 5/4
5/8 5/9 5/18 5/19
6/23 7/18 12/8
13/12 14/21 17/1
18/2 19/6 19/15
19/16 19/25 20/5
20/12 20/14 20/14
20/23 21/3 21/25
22/11 22/20 22/21
24/5 24/11 25/18
27/20 29/20 40/25
45/2 53/21 54/7
60/19 61/6 66/19
66/23 68/11 69/25
70/16 71/3 71/4
71/23 79/14 100/18
114/15 115/13
116/14 157/12
158/15 159/18
159/20 160/23
161/6 164/5 170/15

171/16 172/9
172/17 172/22
173/10 177/12
179/10 179/14
179/14 180/11
185/6 187/17
204/13 208/18
210/2 210/4 212/7
212/9 212/14 213/6
214/14 239/20
240/1 240/14
242/15 243/13
248/24 250/12
256/8 265/1 270/15
270/24
**jury's [2]**   17/12
67/4
**just [242]**   6/14
6/15 6/19 8/14
8/21 10/6 11/7
13/23 14/6 14/8
15/9 15/17 16/11
16/21 17/19 17/23
19/2 20/6 20/13
20/17 22/6 22/9
27/6 27/7 27/24
40/15 41/18 44/22
44/22 46/5 47/16
48/1 48/16 49/3
49/5 49/8 50/15
56/19 56/22 57/6
57/18 58/2 58/13
59/4 59/8 60/12
62/2 63/23 64/9
64/12 64/22 65/21
67/2 67/2 69/7
69/8 69/17 69/18
69/20 70/2 70/5
70/10 72/9 73/11
73/16 74/10 75/21
75/22 75/24 77/5
77/20 77/25 78/1
78/20 80/10 81/5

**just... [166]** 81/7
82/11 82/25 84/1
84/4 84/10 86/8
86/23 88/23 89/13
89/17 90/3 91/3
92/2 93/10 93/15
93/17 93/17 94/8
94/11 95/22 96/21
97/20 99/3 99/14
99/14 99/17 99/17
99/18 100/2 100/3
100/4 100/5 101/13
101/16 102/2
102/10 102/19
102/25 104/3 106/3
106/14 107/7
108/10 109/8 109/8
109/13 109/15
109/20 109/22
110/15 111/22
111/24 111/24
111/25 112/24
113/11 113/17
113/22 114/11
114/16 114/19
115/19 116/13
116/21 116/21
117/1 117/19 118/6
119/5 120/9 121/13
121/25 126/12
128/12 130/6 133/9
136/15 138/7 138/8
139/19 139/20
141/17 142/14
143/1 144/4 145/11
147/4 147/21 148/6
148/7 148/8 148/9
148/12 149/1
149/17 150/7
150/25 152/13
153/11 153/13
153/16 153/19

155/1 155/4 157/6
158/7 158/20 159/3
159/6 159/16 160/9
160/15 160/20
163/21 164/11
164/21 164/23
165/15 166/8
170/20 171/22
171/24 171/25
172/12 173/5 173/6
174/20 179/23
181/2 186/5 188/10
191/17 193/16
198/21 202/12
213/16 216/20
217/24 217/24
219/10 234/19
235/3 238/23
243/11 247/10
250/5 250/7 253/10
256/22 257/2
257/22 258/15
259/15 262/1
262/17 263/19
264/5 264/14
266/21 266/22
270/4 270/14 271/2
271/12 271/24
**Justice [1]** 47/23
**justify [1]** 194/22
**Juvenile [1]** 47/23

## K

**K's [4]** 32/3
195/18 196/6
200/14
**Karp [4]** 36/18
36/19 36/20 229/14
**keep [27]** 63/23
66/19 70/10 95/21
100/21 121/24
122/21 122/24
126/24 148/6
149/20 177/22

183/21 183/21
184/8 207/8 207/9
217/5 220/11
220/16 220/25
231/1 233/23 235/6
257/2
**keeping [2]** 15/14
220/18
**keeps [2]** 219/3
258/1
**kept [13]** 26/18
26/19 139/1 145/23
146/3 176/24 184/9
189/7 191/8 206/7
220/9 234/11 258/9
**Kevin [2]** 37/21
37/21
**key [48]** 39/4
137/4 150/11
150/11 150/15
150/16 150/21
150/23 150/24
150/25 151/6 151/8
151/14 151/15
151/18 151/20
152/4 152/8 186/22
186/23 191/14
197/12 197/13
208/25 209/2 231/8
259/22 261/4 261/6
261/12 261/13
261/15 261/17
261/22 262/2 262/3
262/14 262/15
264/22 265/2
265/15 265/25
266/13 266/21
266/23 266/24
267/2 267/12
**keypad [2]** 259/18
262/16
**keys [2]** 151/13
239/24

**K**

**kids [3]**   134/7
140/8 216/14
**kill [1]**   23/15
**killed [1]**   48/18
**Kimon [1]**   215/9
**kind [33]**   24/17
28/11 53/7 55/24
60/24 88/16 89/15
90/1 90/2 93/17
99/4 101/20 104/20
107/20 119/25
123/10 124/8
128/24 135/6
136/16 138/1
144/14 148/16
152/14 152/23
174/8 184/10
188/17 242/17
246/15 251/3
259/17 262/11
**kinds [2]**   132/11
244/25
**King's [1]**   34/10
**Kingdom [4]**   34/7
36/6 37/9 254/12
**KLEIMAN [161]**   1/3
1/4 3/5 8/16 8/18
30/5 30/6 31/11
31/12 31/14 31/18
31/25 32/1 32/9
34/15 36/8 36/8
36/10 36/17 37/3
69/3 77/7 115/18
141/25 142/2 142/5
142/8 171/10
171/11 176/12
176/13 176/14
176/17 176/21
176/24 176/25
177/4 177/5 177/7
179/25 183/16
185/11 185/13

186/25 190/23
191/22 193/23
194/5 195/13
195/16 197/8
197/21 202/7
210/17 210/25
214/7 214/17
214/25 214/25
214/25 215/1
215/13 215/13
215/14 215/18
215/22 216/3 216/6
217/6 218/10
221/22 221/23
222/12 223/3 223/4
223/5 223/8 223/18
223/21 223/21
223/23 223/24
224/16 224/24
224/25 225/8
225/10 225/13
225/17 225/23
226/4 226/6 226/11
226/25 227/1 227/5
227/7 227/9 227/18
227/22 227/25
228/2 228/7 228/10
228/14 228/16
228/19 228/19
228/20 228/21
228/25 229/5
229/10 229/19
230/5 230/6 230/8
230/9 230/10
230/16 230/17
230/18 230/20
230/21 230/23
230/24 231/3 231/4
231/15 232/10
232/17 232/18
232/21 233/1 233/2
233/4 233/5 233/10
233/11 233/16
233/19 233/20

233/25 233/25
234/2 234/4 234/6
234/7 234/10
234/11 234/13
234/14 234/23
235/9 235/11
235/14 235/16
236/1 236/2
**Kleiman's [39]**
31/19 36/19 36/22
77/12 77/15 143/19
194/13 211/1
214/12 214/20
215/8 217/4 223/22
227/5 227/8 229/6
229/7 229/8 229/9
230/2 230/5 230/20
230/22 231/3 232/9
232/16 233/6 233/9
233/13 233/15
234/2 234/4 234/4
234/7 234/15
234/18 234/21
234/21 234/25
**Klin [5]**   36/11
36/11 37/11 213/9
228/24
**knew [23]**   48/8
75/22 75/23 76/1
76/2 76/12 76/13
85/19 90/24 125/5
125/6 125/10
125/11 141/3 195/3
197/2 197/3 199/20
199/22 199/23
199/24 227/22
228/20
**know [195]**   5/12
5/17 6/23 7/18 8/2
9/13 11/11 11/20
12/3 14/16 15/6
16/6 16/8 18/25
20/16 20/17 22/7

## K

**know... [178]**  24/5
26/20 27/7 29/4
30/1 31/5 32/16
33/6 33/6 38/4
38/9 39/8 40/19
41/5 43/11 46/5
47/17 48/2 48/3
48/7 51/11 56/6
56/7 56/25 57/9
58/14 60/22 62/13
63/6 63/8 69/20
69/24 71/7 72/4
75/1 75/7 75/10
76/8 76/15 77/7
79/23 81/4 81/20
83/1 83/18 84/2
84/5 84/6 85/20
85/21 86/24 88/22
90/22 90/24 92/3
92/5 92/6 94/22
94/22 94/23 94/25
95/5 95/19 96/5
96/8 98/6 99/1
99/23 100/5 100/21
101/12 102/17
106/13 110/3
111/21 112/2 112/3
113/14 115/24
115/24 116/14
116/22 116/24
117/7 117/17
117/18 117/20
117/22 117/24
119/1 119/15
119/18 119/21
121/4 121/14
122/10 124/8
124/16 124/20
124/23 125/3 125/4
125/6 125/9 125/14
126/16 127/8 127/9
131/21 131/23

133/18 134/3
134/25 135/1 135/3
135/16 136/10
138/13 138/25
139/5 139/18 140/5
141/15 141/15
141/25 142/15
143/5 143/18
146/10 146/18
148/19 148/23
148/24 149/6
149/14 150/4 151/4
151/11 152/2
153/16 153/17
153/23 156/7
157/12 158/12
158/24 160/7
160/24 170/8
170/15 172/1
172/15 176/1 189/9
197/13 197/15
200/24 202/19
205/2 208/20
217/16 222/5
225/19 225/20
233/6 233/15
236/14 240/12
241/12 254/8
254/18 255/7
255/18 260/5
266/15 267/2 270/3
270/8

**knowing [2]**  80/10
196/13

**knowledge [7]**
21/23 32/17 57/21
80/8 92/7 158/17
266/13

**known [8]**  33/20
108/16 131/12
194/7 212/19
219/23 244/18
256/3

**knows [7]**  40/15

184/9 219/23
265/23

**Kobza [2]**  33/18
33/18

**Kuharcik [2]**  36/21
36/22

**KYLE [5]**  1/14 3/14
30/14 185/6 260/14

## L

**la [1]**  215/4
**lab [1]**  97/4
**labs [1]**  97/7
**ladies [56]**  18/24
25/12 28/10 30/12
30/21 31/5 32/16
32/22 38/3 38/8
47/2 63/17 64/25
65/17 68/18 115/12
115/19 116/12
117/10 133/23
136/9 141/22 143/8
143/24 144/10
153/15 154/16
155/14 155/18
156/3 171/5 180/24
181/6 181/18 185/6
187/18 196/4
204/13 208/18
209/23 212/8
212/13 213/6
213/23 214/14
215/4 215/12
215/21 225/22
228/4 229/3 235/1
235/22 235/23
238/2 269/20

**lady [1]**  101/13
**laid [1]**  222/3
**land [1]**  268/1
**language [9]**  80/20
140/8 141/16
141/17 157/13

**language... [4]**
157/21 158/4
158/10 257/11
**languages [6]**
80/14 81/1 87/20
87/20 87/23 88/2
**laptop [3]** 144/14
145/12 145/19
**large [7]** 10/25
34/8 208/11 218/17
228/25 263/8
263/11
**largely [1]** 222/22
**larger [1]** 264/8
**last [17]** 23/5
37/4 44/4 75/6
117/7 123/13 132/6
142/11 154/21
186/7 186/19
190/24 194/10
251/21 256/2
268/16 268/17
**last 20 [1]** 75/6
**lasted [1]** 207/20
**latches [1]** 236/11
**late [3]** 26/22
32/15 128/3
**later [23]** 23/24
106/17 177/10
188/4 189/2 190/11
192/5 192/5 193/10
194/3 194/9 194/15
197/13 199/9
199/10 200/22
200/25 204/21
208/3 226/4 231/21
237/1 253/12
**latest [1]** 42/2
**launch [1]** 226/23
**launches [1]** 251/6
**laundering [1]**
217/13

**lavaliers [1]** 9/9
**law [39]** 22/1 34/2
34/2 47/13 52/20
53/25 54/1 64/16
118/21 118/23
119/2 119/13
124/21 124/23
125/24 133/1 133/1
133/3 143/6 143/13
143/14 144/2
173/16 173/17
173/18 174/6
177/20 178/14
178/17 178/18
179/1 179/5 180/11
182/14 183/7
189/17 218/5
236/12 236/15
**lawsuit [22]** 31/23
85/6 86/4 86/10
86/24 177/1 186/2
186/8 186/14 195/6
195/20 201/22
201/23 204/4 204/9
204/11 204/16
204/17 206/5
207/16 209/16
234/18
**lawsuits [9]** 86/5
86/23 86/25 87/1
196/4 196/5 196/15
196/25 200/3
**lawyer [12]** 36/20
108/23 122/1 142/6
174/21 175/2 175/3
192/11 229/12
229/12 229/14
229/17
**lawyer's [1]**
174/21
**lawyers [14]** 9/3
69/23 79/15 116/15
116/17 141/17
174/14 180/9

181/20 181/22
182/8 189/14 201/2
207/18
**lawyers' [3]**
174/12 174/18
177/20
**Lay [1]** 247/22
**layperson [1]**
149/9
**lead [3]** 35/20
177/23 232/2
**leads [1]** 189/24
**lean [1]** 77/17
**learn [15]** 80/14
80/24 81/1 81/2
81/5 84/11 142/8
153/9 203/1 227/9
231/17 231/18
232/4 233/19
234/24
**learned [10]** 5/2
53/25 80/13 84/15
87/19 88/2 156/13
156/13 270/1 270/1
**learning [2]** 83/8
157/7
**learns [2]** 183/15
184/6
**least [3]** 13/10
153/19 169/6
**leave [4]** 168/11
179/13 179/13
221/5
**leaves [1]** 50/6
**leaving [3]** 43/7
43/14 219/19
**led [1]** 194/13
**ledger [5]** 219/11
257/22 258/1
258/11 258/13
**left [23]** 9/17
25/16 25/17 42/25
51/17 53/5 53/11
54/13 57/13 99/9

**left... [13]**
100/16 102/14
114/8 114/8 120/17
187/4 203/6 203/7
203/9 256/14 257/9
266/4 266/12
**left-hand [1]**
203/7
**leg [2]**   224/2
224/2
**legacy [1]**   201/25
**legal [5]**   14/16
72/24 177/9 224/5
224/9
**legalese [1]**
141/17
**legs [1]**   224/3
**Lemus [9]**   50/1
53/5 57/14 58/9
58/20 87/10 151/3
151/4 152/11
**length [1]**   41/5
**Leon [1]**   1/21
**Leonard [2]**   35/22
35/23
**less [6]**   52/15
154/8 207/20 218/7
218/13 218/20
**let [104]**   4/22
5/16 6/5 7/1 7/18
8/1 9/13 9/16
10/13 10/18 11/24
13/8 16/8 17/21
19/2 20/12 20/17
21/5 22/4 22/7
26/20 44/22 47/16
48/1 50/1 54/14
57/2 58/9 58/23
60/12 61/7 65/21
66/16 69/8 70/12
74/14 74/21 77/7
77/9 79/23 80/15

87/22 84/11 85/5
89/19 91/3 94/11
97/23 100/20
102/21 106/8
116/21 117/7
117/17 117/18
117/21 118/14
118/16 120/9
121/13 121/13
122/10 122/20
127/7 134/3 136/10
136/15 141/15
142/22 144/4
144/10 148/13
149/20 150/10
152/11 157/11
158/3 160/7 161/7
161/12 164/16
170/8 170/15
170/20 171/1
171/12 172/21
176/11 179/11
179/20 180/13
181/18 197/15
201/19 211/16
235/24 238/18
245/14 262/13
269/22 269/23
271/10 271/16
272/10
**let's [31]**   3/2 9/5
15/22 41/21 42/14
42/24 46/14 68/8
75/21 76/15 87/10
160/19 160/23
167/24 170/24
173/24 183/8 194/1
203/25 209/25
215/6 220/23 226/1
247/24 251/25
262/25 263/8
263/10 264/9
264/13 265/22
**letter [5]**   27/11

199/19
**letting [1]**   233/15
**level [8]**   15/6
88/25 157/8 158/22
205/2 240/20
241/24 243/14
**liability [4]**
34/14 50/21 103/23
224/25
**liar [1]**   215/3
**liberty [4]**   71/20
72/16 73/20 87/1
**licensed [1]**   140/7
**lie [1]**   196/17
**lies [2]**   185/3
185/4
**life [25]**   37/4
81/10 83/4 87/17
122/19 136/16
137/25 140/6 140/9
142/12 153/5 184/3
212/16 212/24
214/12 216/21
217/17 228/17
229/1 230/1 230/15
233/6 233/9 234/12
234/18
**lifelong [3]**   76/1
76/11 76/14
**lifestyle [1]**
196/11
**lifetime [9]**   211/1
215/1 216/3 229/6
229/7 229/10
232/10 232/16
235/17
**light [3]**   176/7
220/21 236/17
**like [142]**   7/13
8/2 19/19 25/2
27/24 28/18 28/22
29/5 30/4 30/9
43/5 49/22 51/3

**like... [129]**
53/24 53/24 55/8
55/25 56/24 60/2
60/24 62/12 62/13
62/25 66/18 69/23
70/4 75/2 77/2
81/2 81/7 83/9
84/9 86/17 87/7
88/7 88/9 91/1
92/3 92/5 94/23
97/21 98/2 99/2
99/22 99/24 101/9
101/13 101/13
102/18 108/24
111/1 115/1 115/3
116/21 119/13
119/24 120/4
120/11 122/18
126/24 133/9
133/10 135/6
135/24 137/9
137/11 139/10
139/18 141/9
141/12 141/17
143/1 143/3 145/9
145/10 145/24
146/10 147/11
147/12 148/24
149/7 149/11
149/15 151/4 151/8
151/23 152/5 155/6
157/9 158/16
159/18 169/23
174/3 185/19
193/15 198/3
198/17 198/20
199/1 200/16 201/5
203/3 206/10
206/12 208/2
208/12 213/12
216/11 216/15
216/21 217/8
217/12 218/19 219/6
223/15 226/22
227/13 231/17
231/20 232/21
234/19 235/3 238/5
241/12 242/5
248/20 251/25
254/19 255/17
256/22 257/23
258/1 258/13
259/15 259/17
262/19 262/21
262/23 263/3 265/4
266/4 267/23
**liked [2]** 232/22
232/22
**likely [9]** 164/20
204/20 206/7
206/11 206/12
208/6 236/18 237/8
237/25
**likes [2]** 63/24
139/21
**likewise [1]** 32/5
**limine [1]** 211/8
**limit [1]** 160/1
**limitation [1]**
218/22
**limitations [2]**
176/3 236/11
**limited [12]** 34/13
35/5 35/5 50/21
103/23 158/13
175/16 175/18
224/24 225/3
225/11 247/18
**limits [1]** 158/12
**Lincoln [1]** 223/25
**Linder [2]** 4/17
30/25
**line [2]** 198/22
216/1
**lined [4]** 17/12
18/8 66/1 66/8

**lines [2]** 192/19
192/21
**linguistics [1]**
35/24
**list [13]** 7/21
11/25 12/3 12/6
12/14 12/14 38/3
74/22 142/4 250/21
250/21 251/5 266/5
**listed [1]** 243/9
**listen [6]** 31/9
173/15 178/15
180/19 201/18
247/9
**listening [4]**
110/20 154/17
155/18 179/11
**lists [3]** 83/1
232/18 255/15
**Litecoin [1]** 54/10
**literal [1]** 231/19
**literally [2]**
169/5 263/12
**literalness [1]**
232/2
**literate [1]** 145/8
**little [27]** 22/5
50/6 53/7 64/13
71/19 73/18 74/13
77/5 77/6 78/16
83/4 87/19 97/5
97/22 98/5 105/23
135/5 140/16 141/2
148/19 159/6
160/18 172/15
192/5 193/16 195/7
259/24
**live [6]** 28/1 39/6
39/8 71/15 137/4
239/4
**lived [2]** 39/5
75/17
**lives [3]** 39/2
74/6 74/6

271/24

**living [6]** 27/23
45/4 96/25 98/20
122/19 240/15
**Liz [10]** 8/5 9/23
12/4 12/5 18/7
18/13 18/21 172/7
249/16 270/11
**LLC [14]** 1/4 30/7
31/13 34/13 65/12
103/21 103/23
105/5 105/8 105/10
106/2 171/12
176/15 195/10
**LLP [2]** 1/13 1/19
**load [4]** 146/12
147/13 147/25
219/14
**loading [2]** 147/24
148/3
**local [2]** 65/8
65/13
**located [3]** 5/12
7/23 36/23
**location [1]** 253/2
**lockbox [14]** 260/1
260/7 260/11
260/16 260/20
260/22 261/4 262/2
265/25 266/2 266/2
266/25 267/4
267/10
**lockboxes [7]**
259/15 259/17
259/19 259/24
261/8 265/19 266/6
**locked [4]** 10/16
179/15 270/6
271/25
**lockers [1]** 259/15
**Lockheed [1]** 82/16
**logical [1]** 234/11
**logistical [1]**

**logo [6]** 188/25
189/1 198/21
199/11 199/12
205/20
**logos [1]** 189/5
**London [6]** 34/7
34/8 34/10 240/4
240/4 254/13
**lonely [1]** 216/9
**long [29]** 24/17
42/9 43/12 43/15
50/24 51/4 51/24
52/11 70/10 75/18
81/21 85/1 108/16
110/6 115/15 119/1
119/1 130/4 156/3
168/16 201/15
239/17 245/10
259/23 262/6
262/14 264/20
264/22 264/22
**longer [7]** 11/20
38/19 39/6 90/19
105/12 186/11
199/12
**look [17]** 66/4
86/8 122/1 146/16
148/2 149/12
152/22 164/14
167/24 199/2
232/14 234/25
248/20 253/4
259/17 265/19
269/9
**looked [2]** 194/10
269/13
**looking [12]** 9/16
76/20 76/21 112/15
137/16 149/17
161/8 245/24
249/11 250/14
257/25 263/3
**looks [3]** 206/14

**Lopez [11]** 53/12
54/14 56/10 79/3
146/24 147/3
148/10 150/17
151/5 154/2 161/20
**Lopez-Loyola [1]**
79/3
**lose [2]** 90/3 93/5
**loses [1]** 100/5
**losses [3]** 109/5
111/12 147/8
**lost [3]** 141/19
144/21 144/21
**lot [39]** 6/17 58/7
60/23 69/6 71/5
71/14 81/16 87/23
89/13 89/21 90/1
90/2 90/3 90/24
99/1 104/24 104/25
114/21 115/24
116/23 124/4
134/21 134/25
135/1 137/5 138/25
139/4 139/5 143/19
149/24 154/16
158/17 168/25
196/19 203/3 231/7
247/10 255/17
269/15
**lots [3]** 224/7
224/7 224/8
**loud [1]** 138/22
**loudly [1]** 160/16
**Louis [2]** 197/8
197/21
**Louisiana [3]** 80/6
80/7 82/17
**lounge [1]** 270/14
**love [2]** 75/10
75/10
**loved [2]** 218/16
228/19
**low [2]** 138/12

**low... [1]**   139/15
**lower [3]**   138/11
239/13 256/22
**lowercase [1]**
257/2
**lowest [1]**   161/19
**Loyola [5]**   53/12
54/14 56/10 79/3
161/20
**luck [3]**   83/12
136/6 137/22
**lucrative [1]**
112/16
**lunch [14]**   6/6
22/23 66/22 66/23
123/13 156/4
156/17 159/12
159/16 159/19
159/24 160/2 160/3
171/8
**Lyman [2]**   36/24
36/24
**Lynda [1]**   162/8
**Lynn [5]**   37/5 37/5
225/1 225/5 225/10

**M**

**ma'am [17]**   27/17
47/16 51/19 51/23
52/6 61/4 94/11
116/7 118/9 119/7
121/12 132/5 133/7
133/18 134/22
134/22 146/6
**machine [12]**   61/12
91/18 91/25 92/2
92/17 92/17 92/18
92/19 93/1 150/5
150/7 273/8
**machines [3]**   91/2
93/4 93/22
**MacIntyre [2]**
37/18 37/19

**made [20]**   20/24
21/3 41/13 56/1
94/20 152/24
154/24 204/15
204/17 206/4 215/2
220/2 230/9 235/14
252/25 256/4
264/10 264/11
264/11 264/21
**Madura [2]**   37/21
37/21
**Magazine [1]**   34/9
**mail [1]**   27/24
**mailing [4]**   250/21
250/21 251/5
255/15
**mainly [2]**   128/9
128/11
**mainstream [1]**
139/2
**maintain [8]**   5/6
13/17 21/9 130/10
135/18 173/6
220/14 234/21
**maintained [2]**
21/4 110/9
**major [1]**   258/6
**majority [2]**   12/8
139/19
**make [75]**   5/4 11/5
11/24 12/13 13/18
16/11 17/10 22/10
27/10 28/18 28/21
28/23 38/24 44/22
49/5 50/1 50/15
54/14 56/19 59/4
61/7 64/12 69/22
70/11 75/22 95/22
100/6 108/1 109/15
116/2 117/19
122/11 127/14
133/12 137/9 139/9
148/13 152/7 158/7
160/16 160/21

164/23 169/23
170/20 171/14
171/23 172/21
173/6 177/18
179/21 180/9 181/8
184/12 185/16
188/7 208/21
209/18 224/2 224/4
228/18 236/21
249/16 252/5 252/6
252/9 252/15
252/23 255/13
257/6 257/14
259/13 270/5
270/20
**makes [9]**   77/5
133/10 152/9 174/6
198/4 206/15 229/8
267/2 267/9
**making [15]**   15/1
29/12 79/16 90/1
97/10 117/6 127/21
137/12 138/25
198/16 198/17
230/10 252/11
252/12 265/6
**man [14]**   71/20
104/4 184/10
184/16 198/1
212/19 213/7 213/8
216/24 217/1 230/6
232/12 232/12
232/13
**manage [2]**   23/14
89/1
**management [2]**
88/25 98/22
**managing [2]**   35/14
37/16
**manner [4]**   66/1
176/2 213/5 251/19
**mannerisms [1]**
213/19

**M**

**manufacturing [5]**
53/2 81/12 82/15
82/19 82/20
**many [28]** 5/22 6/8
19/12 20/13 40/4
70/12 104/1 142/16
144/12 152/14
173/20 194/7
208/13 211/9
224/11 232/20
244/18 248/15
251/12 253/6
256/17 258/21
262/13 262/20
263/11 264/13
265/10 268/5
**map [1]** 70/19
**March [2]** 188/1
191/20
**Marcus [1]** 36/12
**Maria [5]** 94/12
94/13 167/16
171/17 172/2
**Marisleydis [3]**
167/18 171/19
172/6
**Mark [7]** 4/16 4/17
30/25 30/25 190/10
190/11 190/18
**Mark Ferrier [3]**
190/10 190/11
190/18
**marked [1]** 10/9
**marker [2]** 215/24
215/24
**market [6]** 62/3
96/6 97/21 99/3
103/9 246/16
**marketing [5]**
24/16 83/19 104/19
104/20 104/23
**markets [1]** 242/2

**married [1]** 58/15
**Marriott [4]** 49/25
50/4 87/18 88/22
**Marshal [1]** 124/19
**Marshals [1]** 10/22
**Martin [1]** 82/16
**mask [13]** 4/24
6/21 6/22 15/5
15/19 16/10 21/7
79/14 79/17 79/18
79/19 79/22 238/21
**masking [1]** 15/12
**masks [5]** 6/17
13/17 21/9 79/15
117/2
**Massachusetts [2]**
33/14 33/16
**master's [5]** 97/13
138/6 240/5 240/11
240/12
**Mastering [2]**
204/25 240/18
**material [1]**
242/17
**materials [2]** 40/2
248/15
**math [5]** 191/23
218/5 219/6 259/10
261/19
**mathematical [2]**
220/16 221/10
**mathematics [4]**
52/21 216/18 259/9
259/9
**Matherne [5]** 52/25
80/1 80/2 80/3
163/25
**matter [10]** 14/9
21/24 29/25 56/13
77/5 168/1 207/9
251/23 264/10
264/21
**mattered [2]**
251/21 251/22

**matters [10]** 6/13
8/14 10/19 10/20
19/13 29/14 29/21
39/24 214/11 270/8
**Matthew [3]** 35/17
206/2 208/9
**may [121]** 5/11
7/19 7/22 11/20
13/21 14/1 15/25
21/8 21/8 21/24
22/4 23/1 24/11
33/4 33/12 33/18
33/23 34/6 34/11
34/16 34/20 34/22
35/2 35/7 35/13
35/17 35/22 36/4
36/14 36/18 36/21
36/24 37/1 37/5
37/7 37/10 37/15
37/18 37/21 37/24
38/19 38/23 40/8
56/3 57/4 65/19
67/13 68/24 70/3
72/4 78/9 102/25
105/24 115/15
133/9 141/13
143/19 143/19
144/4 144/9 145/9
148/23 149/5 149/8
149/20 157/15
158/24 160/15
168/10 169/22
173/24 174/7
174/14 174/21
175/3 175/5 175/6
175/12 175/16
175/20 175/22
175/24 176/4 176/5
177/13 177/23
178/6 180/2 180/5
180/14 180/15
180/17 181/9
181/19 182/2 182/6
182/11 182/13

**M**

**may... [23]** 190/15
193/5 193/25 198/6
210/7 211/6 212/13
212/25 213/2
213/19 228/8
234/22 235/4 237/3
243/2 245/22 247/1
248/25 249/2 250/9
260/8 269/20
272/12

**May 20th [3]** 193/5
193/25 198/6

**May 23rd [1]**
190/15

**maybe [6]** 91/4
95/17 106/20
140/17 199/3
257/19

**McCrimmon [14]**
46/2 53/22 54/4
63/21 64/23 65/7
100/22 114/21
140/5 141/5 141/20
153/2 153/8 163/13

**MCGOVERN [9]** 1/20
4/8 17/6 30/22
36/2 38/2 115/21
233/18 235/21

**McGovern's [2]**
67/13 160/10

**me [211]** 4/22 5/16
6/5 7/1 8/1 9/16
10/4 10/7 10/13
10/18 11/24 13/8
15/19 16/1 16/20
17/7 17/21 18/15
18/19 19/2 20/12
20/17 21/5 22/4
22/7 23/15 25/24
26/1 26/17 26/19
26/22 26/23 26/24
27/2 29/24 30/1

39/13 41/9 43/11
44/22 45/4 50/1
50/18 51/7 54/2
54/14 57/2 57/6
57/10 58/6 58/9
60/12 61/7 61/12
65/21 66/12 69/8
70/11 70/12 72/11
73/15 73/16 74/14
74/21 76/3 77/3
77/5 77/9 77/18
78/5 78/7 79/18
79/23 80/8 80/15
81/11 81/11 82/13
82/22 83/3 83/18
84/11 85/5 85/18
86/20 86/21 86/25
88/1 89/16 89/19
89/20 89/22 90/18
90/24 91/3 91/8
93/2 94/11 94/17
97/5 97/21 97/23
99/3 100/20 101/5
102/21 105/14
106/8 107/6 108/14
109/8 115/2 116/1
116/2 116/22 117/2
117/7 117/12
117/15 117/17
117/17 117/18
117/21 118/14
118/16 118/17
120/9 121/13
121/13 122/10
122/20 123/14
123/19 124/4
124/20 126/12
127/7 129/21 133/8
134/3 134/25 135/2
135/2 135/4 136/10
136/15 138/18
139/3 141/4 141/10
142/22 143/21
144/4 144/10

148/13 149/20
150/10 152/11
152/13 157/11
158/3 160/7 161/12
164/16 164/25
164/25 170/15
170/20 171/1
171/22 172/21
176/11 179/3
180/13 181/18
182/8 188/6 188/7
188/7 188/8 197/21
198/9 198/10
198/16 198/20
199/2 199/7 208/19
211/9 211/16
231/23 235/4
235/24 238/19
245/2 245/2 245/8
245/14 248/17
260/19 262/13
265/6 266/24
269/14 269/22
269/23 271/10
271/16 272/10

**mean [39]** 8/24
12/24 54/17 54/24
55/23 56/1 57/9
57/16 58/21 69/12
74/15 77/25 80/11
86/14 87/24 88/12
89/13 93/16 95/1
99/2 99/10 99/16
100/6 105/18 106/4
109/15 114/1
119/12 131/14
139/6 146/18
147/23 148/7 148/9
150/23 152/9
153/16 157/8 224/6

**meaning [6]** 92/22
111/4 111/17
192/22 251/19

**M**

**meaning... [1]**
259/8

**meaningless [1]**
234/5

**meanings [1]**
224/11

**means [17]**   21/16
39/20 40/3 40/21
66/4 143/3 175/14
178/2 178/9 178/12
220/4 236/17
237/13 254/17 254/8
257/4 259/7

**meant [7]**   74/24
75/1 224/10 225/24
225/25 226/15
228/16

**measured [1]**   5/5

**measures [1]**
223/17

**media [22]**   5/11
17/21 18/1 32/19
40/16 50/20 51/10
64/21 99/16 101/21
104/22 104/25
105/3 105/23
152/14 152/15
152/18 152/19
152/21 152/23
178/6 180/14

**medias [1]**   100/3

**medical [3]**   13/15
38/14 38/18

**medication [1]**
38/23

**medicine [1]**   37/19

**meet [2]**   212/15
236/22

**meeting [1]**   11/4

**member [7]**   24/5
34/4 159/14 166/1
166/5 166/13 241/8

**members [7]**   7/17
10/21 168/7 171/15
172/11 172/21
173/10

**memorial [1]**   43/6

**memory [10]**   176/2
179/17 179/18
179/19 198/8
198/10 199/11
210/18 210/18
221/6

**mention [5]**   59/8
62/2 64/20 131/10
132/13

**mentioned [16]**
72/14 77/12 89/10
103/19 124/5 132/1
133/21 141/25
149/1 153/24 178/7
193/5 199/7 241/23
251/20 273/9

**Mercantile [8]**
35/12 241/16
241/17 241/23
241/24 242/1 242/5
242/13

**Mercy [1]**   37/19

**merits [1]**   155/24

**Mesa [1]**   171/19

**message [6]**   40/10
190/9 254/6 254/7
254/8 254/10

**messages [1]**   178/2

**MESTRE [5]**   1/19
1/20 4/10 30/23
115/22

**met [7]**   8/5 70/5
104/7 187/11
198/12 207/21
232/18

**Methuen [1]**   75/17

**mi [1]**   224/7

**Miami [19]**   1/15
1/18 1/24 1/24

37/6 37/20 42/3
42/3 46/7 46/22
53/14 58/4 58/6
82/18 97/17 165/16
273/15 273/18
273/18

**Miami-Dade [3]**
46/7 46/22 53/14

**mic [4]**   17/8
103/14 183/11
245/21

**MICHAEL [5]**   1/21
4/13 19/22 30/23
166/24

**Michelle [2]**
167/17 172/2

**Michigan [1]**   26/6

**microphone [13]**
6/11 6/12 6/15
14/6 16/10 16/12
19/3 19/5 46/14
90/13 119/6 238/22
247/11

**microphones [1]**
5/13

**Microsoft [1]**
145/21

**mics [2]**   144/8
247/10

**middle [9]**   23/1
53/15 105/18 169/9
171/14 200/12
238/16 239/19
256/21

**midnight [1]**   25/25

**midst [1]**   17/22

**might [22]**   47/9
74/13 124/1 131/16
132/4 138/9 155/20
163/1 174/1 175/10
182/19 195/14
198/18 212/21
217/6 231/19
232/13 234/23

**might... [4]**
259/15 262/10
265/19 265/19
**Mike [1]** 19/22
**military [5]** 19/16
19/21 24/5 77/20
77/21
**Milky [1]** 264/15
**millennial's [1]**
101/14
**million [10]** 184/4
185/25 189/21
192/19 192/21
199/22 200/4 205/9
220/7 220/20
**millions [2]**
196/16 196/17
**mind [13]** 78/8
118/17 128/1
134/13 135/13
177/22 181/13
182/20 183/5 228/2
231/1 233/24 235/6
**minded [1]** 183/3
**mine [19]** 31/16
32/9 91/24 93/20
115/18 176/19
185/25 190/19
194/19 209/3
214/18 215/23
216/4 221/9 221/19
221/22 229/21
231/15 247/11
**mined [12]** 61/13
184/4 189/21 191/9
192/14 192/14
202/3 219/5 220/22
221/17 235/19
268/6
**miner [3]** 91/19
220/17 221/11
**miners [4]** 219/20

220/20 221/8
221/13
**minimum [1]** 218/22
**mining [29]** 57/17
89/14 89/21 90/20
92/3 150/3 150/8
150/12 190/23
191/11 191/16
192/16 193/1
193/15 194/13
205/6 205/8 207/25
219/17 220/13
220/14 220/15
221/15 221/24
224/16 226/12
227/24 239/25
268/4
**minute [7]** 16/14
38/19 42/4 66/3
133/20 186/25
209/25
**minutes [23]** 6/8
29/1 42/11 66/12
66/13 66/14 66/21
75/17 110/15
149/21 149/22
149/23 153/21
159/19 160/5
168/19 169/5
186/17 186/22
210/3 233/18 235/3
268/17
**misinterpret [1]**
207/12
**missing [2]** 170/16
171/24
**mission [2]** 225/4
226/24
**misstep [1]** 196/22
**misunderstandings
[1]** 232/3
**misunderstood [2]**
217/9 217/11
**MITRE [1]** 35/21

**mixed [1]** 195/21
**mobile [1]** 151/18
**models [1]** 35/16
**Moder [13]** 61/8
73/6 73/7 73/8
90/12 118/2 137/23
137/23 137/24
138/8 146/9 146/22
150/2
**moderation [1]**
216/25
**Modern [1]** 34/21
**modify [1]** 182/11
**mom [2]** 98/3
108/19
**mom's [3]** 108/20
127/9 132/2
**moment [11]** 124/18
144/4 154/14
159/16 160/9
161/22 162/24
167/11 209/10
245/22 253/9
**moments [1]** 17/15
**Monday [2]** 43/18
44/5
**monetarily [1]**
126/17
**money [67]** 56/1
86/25 87/2 89/14
90/1 90/3 92/16
98/12 99/4 99/23
100/6 101/8 122/7
154/7 154/8 184/1
184/24 188/5
196/11 196/22
198/16 198/17
198/19 198/25
205/20 217/13
217/22 217/23
217/24 251/4 251/6
251/7 251/10
251/11 251/12
251/14 251/15

**M**

**money... [30]**
251/18 251/24
251/25 251/25
252/17 252/18
252/19 252/20
252/20 252/22
252/24 253/2 257/1
257/25 257/25
259/7 260/1 260/4
260/6 260/7 260/12
260/15 260/18
260/23 261/15
266/2 266/3 266/5
266/9 267/8
**money's [2]**   260/2
267/4
**monitors [2]**   181/7
181/8
**month [5]**   10/18
81/22 244/20
244/22 244/23
**months [15]**   27/24
43/5 91/1 93/1
188/9 195/6 196/10
197/6 197/6 205/22
206/17 232/25
244/2 244/9 244/19
**more [70]**   5/22
12/11 17/15 26/10
27/25 29/1 52/15
55/8 55/9 59/3
60/1 72/24 72/25
73/19 77/6 77/6
78/16 80/14 80/24
81/1 82/11 88/10
88/20 92/6 105/2
105/22 105/23
108/13 108/24
110/15 111/8
112/16 114/24
116/1 119/10 120/6
122/2 135/15 139/5

148/19 153/20
153/21 154/7
162/25 173/14
182/5 184/5 192/2
192/24 193/13
197/6 197/15
206/17 217/16
228/20 228/22
233/18 235/3
236/18 237/8
237/25 251/11
252/6 252/13 259/5
259/13 265/3 269/2
**morning [67]**   3/8
3/10 3/11 3/13
3/14 3/16 3/17
3/19 3/23 4/4 4/6
4/7 4/9 4/10 4/12
4/13 4/15 4/18 6/6
8/5 18/12 18/24
19/1 22/22 22/23
23/24 24/19 25/21
25/22 26/17 26/25
30/12 30/21 36/3
41/24 43/4 45/22
46/3 46/4 49/24
55/15 115/14 156/3
165/3 168/3 168/16
169/13 171/2 184/2
185/18 186/12
186/19 187/3
191/12 191/15
191/24 195/8
207/11 207/14
208/19 208/24
270/7 270/9 270/9
271/13 272/8
272/18
**mornings [1]**   6/14
**most [23]**   16/6
19/17 19/25 20/21
22/11 24/6 55/24
99/25 100/1 103/4

147/12 164/20
172/23 204/25
214/23 215/15
217/1 218/22
236/14 240/16
240/19
**mostly [4]**   83/25
84/9 111/2 242/16
**mother [1]**   140/25
**motion [1]**   211/8
**motorcycle [2]**
142/10 187/3
**mountains [1]**
263/13
**mouth [2]**   67/13
93/14
**move [11]**   9/8 11/7
12/8 28/4 57/13
106/9 106/21 147/7
186/24 203/25
271/12
**moved [4]**   39/5
39/10 106/5 140/2
**movement [2]**   9/7
219/18
**moves [3]**   187/11
219/12 219/13
**moving [8]**   45/2
51/17 60/19 85/16
149/20 190/25
195/11 204/19
**MR [15]**   2/9 35/10
61/7 79/25 79/25
87/10 116/3 118/9
146/24 152/11
156/21 160/12
244/3 245/3 246/11
**Mr. [167]**   7/15
7/16 7/20 7/20
8/16 8/18 12/18
12/25 16/21 17/6
23/12 24/8 24/12
24/14 24/18 25/11

**M**

**Mr. . . . . [151]**   25/19
27/6 27/21 31/1
33/11 33/24 34/1
34/17 34/24 35/8
35/14 35/25 36/18
36/18 36/20 37/25
39/8 43/1 45/3
46/13 46/20 47/12
47/13 47/22 49/2
49/3 49/18 49/20
50/1 51/18 52/25
53/5 53/12 54/14
56/10 56/21 57/2
57/11 57/14 58/9
58/20 60/3 60/20
61/8 69/19 72/12
73/6 74/15 74/16
75/23 75/23 75/23
75/24 75/25 76/1
77/7 77/10 77/12
77/15 78/8 78/23
83/15 90/12 102/22
110/17 110/17
113/4 114/20
114/22 115/10
116/13 116/21
117/12 117/24
118/2 118/2 118/12
119/6 121/14
122/17 123/4 123/7
124/17 124/19
125/3 125/15
128/15 131/7
137/23 137/23
137/24 138/8 142/1
142/2 142/3 142/5
142/8 143/19 146/9
146/22 147/3
148/10 148/14
148/17 149/11
149/19 150/2
150/17 151/3 151/4

151/5 154/2 155/17
156/6 156/19 157/1
157/3 157/11 158/3
159/11 161/12
161/20 162/2
162/11 163/8 166/4
174/22 174/24
196/2 204/22 205/1
205/10 207/13
207/15 209/22
211/7 214/4 225/15
236/3 236/7 238/6
238/18 239/2
243/13 246/21
248/13 250/1 250/3
250/12 269/17
272/9

**Mr. Adams [5]**
75/23 75/23 75/23
75/25 76/1

**Mr. Andreas [2]**
204/22 238/6

**Mr. Andres [1]**
207/13

**Mr. Antonopoulos
[9]**   35/8 205/1
205/10 238/18
239/2 243/13
248/13 250/12
272/9

**Mr. Boedeker [1]**
35/14

**Mr. Brenner [10]**
12/18 12/25 16/21
113/4 115/10
116/13 116/21
125/15 161/12
162/11

**Mr. Cabrera [3]**
74/15 74/16 75/24

**Mr. Cassidy [7]**
23/12 24/8 47/12
47/13 77/10 142/1
163/8

**Mr. Cassidy's [1]**
78/8

**Mr. Escobedo [11]**
25/19 27/6 46/13
60/20 102/22
114/22 119/6
121/14 122/17
125/3 162/2

**Mr. Francois [10]**
49/2 49/3 49/18
156/6 156/19 157/1
157/3 157/11 158/3
159/11

**Mr. Freedman [5]**
7/15 7/20 33/11
35/25 250/3

**Mr. Garcia [7]**
43/1 46/20 60/3
118/12 123/4 123/7
124/17

**Mr. Horne [15]**
24/12 24/14 24/18
25/11 47/22 56/21
57/2 57/11 78/23
83/15 148/14
148/17 149/11
149/19 166/4

**Mr. Jones [2]**
174/22 174/24

**Mr. Joseph [2]**
36/18 36/18

**Mr. Karp [1]**   36/20

**Mr. Kleiman [6]**
8/16 8/18 77/7
142/2 142/5 142/8

**Mr. Kleiman's [3]**
77/12 77/15 143/19

**Mr. Lemus [7]**   50/1
53/5 57/14 58/9
58/20 151/3 151/4

**Mr. Lopez [5]**
147/3 148/10
150/17 151/5 154/2

**Mr. Lopez-Loyola
[4]**   53/12 54/14

**M**

**Mr. Lopez-Loyola...
[2]**   56/10 161/20
**Mr. Marshal [1]**
124/19
**Mr. Matherne [1]**
52/25
**Mr. Moder [11]**
61/8 73/6 90/12
118/2 137/23
137/23 137/24
138/8 146/9 146/22
150/2
**Mr. Nguyen [2]**
33/24 34/1
**Mr. Nicholson [1]**
37/25
**Mr. Radvanovsky [1]**
34/17
**Mr. Rivero [8]**
7/16 7/20 31/1
69/19 72/12 155/17
207/15 250/1
**Mr. Roche [5]**   17/6
209/22 211/7
246/21 269/17
**Mr. Sampson [6]**
27/21 39/8 45/3
49/20 114/20
117/12
**Mr. Shah [2]**   214/4
225/15
**Mr. Warren [1]**
34/24
**Mr. Weber [7]**
51/18 110/17
110/17 117/24
118/2 128/15 131/7
**Mr. Wilson [1]**
196/2
**Mr. Wright [3]**
142/3 236/3 236/7
**Ms [13]**   38/2 62/9

63/8 63/21 100/22
114/21 117/14
117/15 127/7 140/5
141/5 153/2 153/8
**Ms. [70]**   17/6
29/16 36/2 41/15
42/21 44/1 44/21
45/8 45/25 46/2
48/12 48/24 50/15
51/13 52/4 52/16
53/22 54/4 59/5
59/23 61/25 62/9
63/20 63/21 64/23
65/7 67/13 86/12
96/12 100/11
103/13 107/8
114/25 117/22
117/23 117/25
118/2 118/2 118/10
118/16 124/18
124/20 125/14
126/2 127/7 127/9
131/20 132/6 132/8
132/19 132/21
133/19 134/1 134/1
136/15 136/16
137/1 137/16
141/20 145/4 145/5
160/10 163/13
165/1 165/11
165/24 167/25
172/3 233/18
235/21
**Ms. Bruguez [8]**
52/4 52/16 107/8
117/22 117/23
118/2 127/9 131/20
**Ms. Bustamante [1]**
172/3
**Ms. Charles [2]**
62/9 63/20
**Ms. Coffie [9]**
41/15 42/21 114/25
132/21 133/19

134/1 134/1 165/11
167/25
**Ms. Fabelo [3]**
48/12 48/24 86/12
**Ms. Fons [6]**
118/10 118/16
124/18 124/20
145/4 145/5
**Ms. Gallian [3]**
61/25 96/12 100/11
**Ms. Hernandez [1]**
29/16
**Ms. Jones [2]**   45/8
45/25
**Ms. McCrimmon [8]**
46/2 53/22 54/4
63/21 64/23 65/7
141/20 163/13
**Ms. McGovern [4]**
17/6 36/2 233/18
235/21
**Ms. McGovern's [2]**
67/13 160/10
**Ms. Painter [4]**
44/1 44/21 59/5
59/23
**Ms. Rozansky [12]**
50/15 51/13 103/13
117/25 118/2
125/14 126/2 127/7
132/6 132/8 132/19
165/24
**Ms. Sheneka [1]**
165/1
**Ms. Yera [4]**
136/15 136/16
137/1 137/16
**much [36]**   9/7 16/4
54/3 55/12 63/24
64/21 71/16 73/20
88/7 98/6 100/9
102/7 106/24
111/19 116/8 116/9
121/19 125/9

**much... [18]**
129/17 131/12
139/8 140/3 141/20
144/3 147/6 155/16
197/15 206/24
209/21 210/13
216/11 216/15
217/8 233/6 252/20
271/24
**multi [1]**  141/11
**multi-facetted [1]**
141/11
**music [3]**  96/6
121/18 125/11
**must [29]**  39/23
40/6 113/15 173/17
173/17 173/19
174/11 175/9
175/14 175/18
177/15 177/15
178/1 178/8 178/22
180/19 180/22
182/18 182/21
183/1 183/5 213/7
213/21 232/8
233/23 236/17
236/23 237/13
237/21
**mutual [1]**  106/23
**my [146]**  9/16 10/8
18/3 19/7 22/14
25/13 25/16 25/24
27/10 30/12 30/21
41/14 42/25 46/6
49/4 50/14 51/20
55/12 58/23 59/8
59/11 60/6 60/13
61/11 62/10 62/25
63/25 65/6 65/9
69/1 69/1 69/10
70/10 70/10 70/19
71/6 73/9 76/23

81/9 84/5 85/22
85/22 86/8 87/17
89/10 89/15 89/20
92/10 94/21 95/6
95/18 95/19 96/6
98/12 99/7 99/12
101/9 105/12
105/18 107/7
108/19 112/14
112/15 112/25
114/16 114/16
115/20 118/10
118/20 120/6 122/9
122/14 123/8
125/21 128/1 136/4
136/20 138/2 138/5
138/24 140/9 141/6
141/14 141/19
142/8 144/5 145/17
146/13 150/8
153/10 153/13
153/20 153/24
154/17 158/12
158/18 158/20
164/24 164/25
165/8 166/12 172/3
172/24 173/16
177/20 183/6 185/6
185/9 190/12
193/23 194/5
198/11 198/12
202/11 202/16
208/24 210/19
211/3 211/12 213/7
223/25 224/1
225/21 238/15
239/6 239/13
239/14 240/5
240/16 245/23
247/19 258/8
258/16 258/16
260/7 261/23
261/25 265/6

266/23 273/11
273/14
**myself [6]**  22/9
24/16 64/21 90/7
101/18 141/16
**mystery [1]**  221/15

# N

**Nada [1]**  224/20
**Nagy [2]**  3/20
30/15
**Nakamoto [8]**
188/10 188/12
212/19 250/19
255/12 255/25
267/20 268/5
**name [32]**  7/23
19/7 26/3 30/13
30/22 62/12 69/1
77/9 94/11 100/20
102/21 115/20
118/10 119/15
122/23 124/21
132/14 134/14
184/14 185/1 185/6
208/16 225/8
230/20 238/13
238/15 239/4 239/6
257/7 257/9 264/23
264/23
**named [2]**  190/10
264/19
**namely [1]**  176/22
**names [7]**  33/3
33/8 70/18 117/23
124/13 124/15
125/4
**nation's [1]**  242/2
**National [1]**  33/21
**native [2]**  80/6
80/7
**natural [1]**  132/16
**nature [4]**  32/23

**N**

**nature... [3]** 51/7
51/12 262/22
**naval [1]** 41/20
**nChain [1]** 34/1
**near [2]** 217/14
219/1
**nearly [1]** 37/4
**necessarily [4]**
141/7 224/4 232/1
260/3
**necessary [1]**
29/24
**need [55]** 5/10
8/12 8/20 10/19
14/25 15/9 17/14
18/3 18/4 22/6
24/4 38/13 41/23
50/7 58/14 66/17
67/6 67/24 86/8
102/3 114/12 115/3
134/10 136/5
142/16 160/9
161/14 163/4
164/20 165/18
167/25 168/22
169/20 169/25
173/11 181/14
188/3 188/7 188/7
205/2 209/23
209/24 212/1 216/7
217/16 217/17
217/23 219/14
236/21 245/22
260/21 271/3 271/5
272/2 272/2
**needed [6]** 53/16
53/18 106/9 129/18
165/12 221/4
**Needless [1]**
227/15
**needs [3]** 165/3
165/16 266/14

**nefarious [1]**
233/7
**negative [2]** 215/1
229/11
**negatively [1]**
86/5
**neighbor [3]** 61/12
91/12 150/8
**network [7]** 53/14
147/5 221/8 221/12
253/7 257/10
268/24
**networking [2]**
40/13 178/3
**networks [1]** 240/5
**neutral [4]** 76/18
76/21 99/4 183/2
**never [43]** 74/20
83/6 125/5 141/4
152/6 185/2 189/15
190/20 192/6
195/20 196/17
200/2 200/3 200/4
201/18 202/2 202/3
202/11 202/11
202/13 202/13
202/15 202/15
202/18 204/8
204/11 206/21
207/6 207/16
207/21 215/18
215/22 221/22
221/23 227/10
229/7 229/19
232/10 233/10
235/8 262/21
267/12 268/22
**new [33]** 14/17
34/3 34/21 34/23
35/19 35/23 35/24
55/13 82/17 145/11
145/19 146/11
146/11 146/19
184/1 188/4 188/16

201/1 201/12
205/20 251/4 251/6
255/19 267/22
267/23 267/24
267/25 268/2 268/3
268/12 268/13
**news [6]** 32/19
70/15 103/2 171/9
178/15 183/18
**newspaper [3]**
254/12 254/16
254/19
**next [36]** 25/4
43/4 117/22 148/23
162/1 162/8 179/25
186/1 190/7 190/21
192/17 193/4
193/11 193/25
195/5 195/22 199/1
199/8 203/25
207/10 214/24
221/15 249/9
253/16 254/23
255/23 256/5
256/11 259/1
260/25 264/1
265/12 266/17
267/15 268/9 269/1
**NFL [1]** 76/9
**Nguyen [4]** 33/23
33/23 33/24 34/1
**Nicholas [2]** 37/12
37/12
**Nicholson [2]**
37/24 37/25
**Nicosia [2]** 35/11
240/10
**night [1]** 10/16
**nine [8]** 135/7
135/10 197/6 197/6
205/22 206/17
250/24 262/16
**nine-page [1]**

**N**

**nine-page... [1]**
250/24
**Ninja [1]** 216/14
**Nixon [4]** 163/25
167/17 171/18
172/2

**no [157]** 1/2 4/1
6/25 7/9 7/10 12/2
13/3 20/20 24/21
25/17 26/19 26/19
27/4 27/4 29/3
30/3 31/8 32/21
33/1 38/7 38/11
38/17 38/22 39/1
39/6 39/13 39/17
40/22 41/3 41/10
45/17 47/16 48/1
48/7 48/23 48/25
49/3 49/8 49/14
57/6 57/9 57/25
58/17 59/1 59/21
59/24 60/17 61/16
61/20 61/23 62/7
63/17 64/20 65/4
65/12 67/24 68/5
69/12 69/16 69/24
73/5 74/3 78/2
78/2 78/3 78/3
81/7 81/7 83/6
86/6 87/5 88/4
90/19 93/11 94/6
95/2 95/12 96/1
96/23 100/15
102/13 105/7
105/12 112/9
119/12 122/9
123/17 135/25
135/25 145/6
149/22 150/19
153/6 154/10
154/13 155/23
156/2 159/1 159/5
161/13 161/14
162/5 162/14
163/10 163/17
164/13 167/1
170/14 172/22
174/6 175/19 179/6
182/6 184/15
186/11 193/18
195/2 199/12 204/1
206/15 207/9 212/4
212/6 216/2 216/10
216/18 219/21
223/9 223/19
224/15 224/17
226/21 228/2 228/7
228/18 230/9 233/3
233/4 235/9 235/11
235/14 235/16
246/7 246/7 250/2
253/14 259/12
260/21 267/3 267/3
268/13 269/2 271/7
271/9 271/22

**Nobody [2]** 114/14
154/13
**nod [1]** 29/15
**node [3]** 220/23
221/3 221/4
**nodes [4]** 219/20
220/23 221/7 221/8
**noises [1]** 138/22
**non [4]** 136/21
136/24 136/25
241/11
**non-profit [1]**
241/11
**non-verbal [3]**
136/21 136/24
136/25
**none [7]** 48/3 88/5
98/12 170/2 175/22
228/9 271/23
**Nonetheless [1]**

**normal [2]** 255/18
262/15
**normally [1]** 22/22
**north [4]** 1/24
36/23 75/17 273/18
**not [312]**
**note [9]** 5/18 6/24
6/25 28/21 113/24
114/5 114/20
179/11 227/21
**note-taking [3]**
6/24 6/25 179/11
**notebook [1]** 270/4
**notepad [1]** 179/7
**notes [15]** 7/2
9/12 22/17 70/10
86/9 107/7 112/25
161/18 179/8 179/9
179/14 179/16
179/17 270/3
273/11
**nothing [18]** 53/2
68/1 69/21 95/5
141/1 184/7 184/14
198/1 200/10
211/15 214/15
214/15 214/19
214/21 214/22
224/20 262/22
271/16
**notice [3]** 115/23
142/25 148/2
**noticed [1]** 142/24
**noticed that [1]**
142/24
**noun [1]** 257/7
**novelist [1]** 34/7
**November [6]** 1/5
11/22 23/7 44/4
273/9 273/15
**now [97]** 7/12
11/13 12/21 17/7
21/22 22/4 22/21

# N

**now... [90]**   23/8
24/22 25/1 25/18
28/1 28/24 29/12
31/5 31/9 32/16
33/2 38/23 41/11
45/2 48/5 49/21
54/17 55/10 55/11
55/14 60/19 63/3
67/3 68/21 71/12
72/4 72/14 73/21
74/12 81/4 81/13
87/24 88/25 89/21
91/8 91/9 91/16
92/11 96/25 97/7
103/8 103/12
104/14 104/16
104/18 108/11
115/19 118/5
125/14 129/2 130/1
130/4 131/7 134/19
136/14 137/1 137/2
138/5 149/1 152/12
154/18 155/1
166/13 172/16
173/11 179/7
180/13 183/14
189/14 190/14
191/10 194/3 194/7
202/23 204/2
209/10 216/13
220/23 222/20
230/23 248/6 249/7
249/13 251/11
259/20 261/16
261/23 264/13
269/10 270/7
**Now's [1]**   41/9
**nowadays [2]**   139/5
151/13
**number [95]**   3/4
13/23 13/24 13/24
13/24 13/24 13/25
14/3 14/4 14/11 14/12
47/11 47/20 48/11
49/2 49/19 52/24
77/10 78/22 78/22
78/23 78/25 79/1
79/11 79/12 79/12
79/25 96/11 113/18
142/1 151/9 151/24
152/16 161/19
161/19 162/1 162/8
162/19 163/8
163/13 163/14
165/4 165/7 165/24
166/4 166/10
166/11 166/23
167/8 172/4 187/8
187/12 187/25
189/11 191/10
191/12 193/14
200/17 203/2
205/10 206/4 206/8
208/4 209/4 240/22
241/21 259/19
259/20 259/21
259/21 259/23
259/23 260/9
260/11 260/17
260/21 261/4
261/10 261/11
261/14 262/10
262/21 262/23
263/1 263/14
263/17 263/18
263/22 264/7
264/17 264/18
264/19 264/19
264/20 264/23
270/20
**Number 9 [1]**   13/24
**numbering [1]**   9/21
**numbers [8]**   120/11
259/10 262/8
262/16 262/24
263/6 265/7 265/10
**numerous [2]**   187/7
206/20

# O

**O'Hagan [2]**   34/6
194/15
**oath [6]**   21/11
21/12 21/16 180/16
180/20 238/10
**object [4]**   14/14
21/25 175/3 210/10
**objection [23]**   7/5
7/8 7/9 161/13
161/21 162/4 162/9
162/14 162/16
163/9 163/10
163/16 163/17
170/14 175/5 175/6
175/9 203/11
203/23 242/22
243/4 247/22
271/17
**objections [1]**
174/18
**objective [1]**
213/17
**obligation [2]**
20/21 224/10
**observable [2]**
264/4 264/21
**observations [1]**
213/10
**observe [6]**   135/10
135/12 135/14
213/2 250/8 264/17
**observing [1]**
179/12
**obsession [6]**
216/18 216/19
217/8 217/20
223/13 231/18
**obsessive [1]**
232/6
**obsolete [1]**   87/23

**Q**

**obtain [2]** 21/25
40/3
**obviously [7]** 5/22
15/8 99/12 100/6
148/3 247/5 251/24
**occur [1]** 23/1
**ocean [1]** 263/16
**October [12]** 222/8
222/9 222/23
244/11 247/5
247/13 247/14
250/20 251/7
253/19 255/2
255/13
**October 1st [1]**
244/11
**October 30th [1]**
247/5
**October 31st [3]**
222/8 222/9 222/23
**off [15]** 4/24 5/15
6/21 14/9 15/5
21/7 46/16 109/17
146/20 165/16
187/25 219/6
226/22 238/21
269/14
**offend [1]** 69/22
**offended [1]** 9/13
**offense [1]** 39/15
**offer [2]** 184/12
206/22
**offered [1]** 206/20
**office [10]** 27/1
27/11 130/10
193/13 196/20
204/6 223/14
223/16 231/13
233/22
**officer [19]** 5/24
5/24 16/19 23/19
29/18 29/18 29/23

47/14 47/23 85/18
97/4 142/9 182/1
210/1 270/5 272/3
**offices [2]** 36/22
144/25
**official [1]** 29/18
**officially [1]**
30/4
**offline [1]** 178/13
**offshore [1]**
190/20
**often [3]** 71/21
179/1 259/14
**oh [39]** 10/2 26/12
43/19 43/23 44/12
46/12 65/6 76/17
79/20 81/14 81/23
82/3 82/8 88/18
95/13 97/15 101/23
101/23 112/5
112/20 114/3
114/24 116/5 118/9
123/15 124/12
131/9 134/24
147/19 148/14
149/23 160/18
160/20 183/12
193/4 245/7 246/12
248/3 272/1
**oil [1]** 242/4
**okay [184]** 9/2 9/2
10/5 12/4 12/7
12/23 13/7 14/25
17/5 17/10 20/16
26/16 26/16 27/6
27/12 42/14 42/21
43/20 43/23 43/24
44/21 46/12 46/18
46/19 50/14 52/14
62/9 63/7 67/21
68/16 69/11 71/13
72/22 73/6 73/9
75/14 75/21 75/24

79/3 79/4 79/10
79/19 79/21 79/23
80/7 80/22 81/3
83/7 83/21 83/23
84/19 84/22 85/4
85/9 85/12 85/23
86/3 86/7 87/6
90/10 91/3 91/12
91/15 91/25 92/9
92/15 93/9 93/24
94/1 95/4 95/13
96/9 96/11 96/16
97/9 97/23 97/25
98/8 98/23 99/5
99/19 100/7 100/16
100/17 101/10
102/14 102/15
103/7 103/16 104/1
104/13 104/18
104/20 104/24
105/21 107/25
108/12 108/22
109/12 109/18
111/11 111/20
112/2 112/17
112/21 112/24
113/17 114/19
115/4 115/9 118/5
118/9 118/14
118/21 119/4
119/18 120/15
121/1 121/4 121/21
122/16 124/8 125/2
125/13 127/6
127/22 127/25
128/13 129/9
129/13 130/10
132/5 132/13
132/18 133/5 134/5
135/9 136/1 136/14
139/17 144/15
144/23 145/20
146/6 146/14

**okay... [36]**
148/13 149/19
150/14 151/8
152/16 153/4
153/14 154/10
159/6 161/17 164/9
165/21 168/17
169/25 187/24
245/17 246/17
246/20 249/11
253/15 255/2
255/12 260/24
262/1 262/12
262/25 263/3
263/23 264/3
265/15 266/16
267/14 267/18
268/5 268/8 272/6
**old [9]** 97/23
101/13 105/23
134/6 134/9 135/8
136/22 148/2
199/12
**older [1]** 135/17
**oldest [1]** 242/2
**omitted [1]** 74/24
**once [19]** 9/19
10/25 11/20 20/17
28/13 135/17
161/12 168/5
181/20 187/14
215/3 215/10
215/22 229/13
229/25 259/19
260/2 260/14
271/10
**one [190]** 6/6 8/15
12/15 13/10 13/10
13/14 14/1 14/9
14/18 14/18 17/3
17/5 17/6 18/15
19/25 20/2 20/7

22/24 24/3 24/4
24/6 25/17 27/25
34/24 39/19 45/15
45/15 45/21 46/12
55/13 55/13 59/3
60/1 67/9 69/15
69/22 70/12 71/16
72/14 72/24 72/25
74/3 77/17 78/14
84/13 86/16 87/4
95/9 97/22 98/7
102/11 105/15
107/17 107/19
108/2 108/13 111/8
112/15 113/7
114/11 114/24
115/16 115/23
116/22 117/11
118/24 122/2
122/15 126/11
128/24 129/10
129/10 129/11
129/19 129/20
129/20 134/9
135/22 140/24
141/5 143/21
143/25 144/4
144/18 145/1
145/16 145/18
145/24 147/7 147/8
147/11 147/14
147/15 147/21
147/25 147/25
148/3 148/4 148/6
148/23 149/5
150/24 154/10
154/14 155/19
156/5 161/22 162/1
162/18 162/24
167/11 170/10
170/13 170/16
171/23 179/6 182/5
184/15 189/8

191/20 192/15
194/20 195/24
199/20 200/16
201/5 201/25 203/3
203/6 203/7 203/25
205/14 206/14
209/2 210/7 212/17
214/9 214/10 215/1
215/2 215/16
216/10 216/19
217/5 218/8 218/13
218/13 218/16
219/8 220/4 220/7
220/20 221/15
221/18 223/19
223/25 224/9
224/13 225/2
225/20 226/3
229/19 233/3 233/4
233/11 233/23
235/4 242/1 250/5
250/8 252/6 253/10
253/11 253/12
256/14 256/24
258/6 259/12
259/18 259/19
261/20 261/21
262/13 267/6 271/1
**one-hour [2]** 6/6
22/23
**one-way [1]** 261/21
**ones [5]** 9/21 55/9
55/13 132/1 190/1
**online [9]** 152/25
153/5 153/16
178/13 187/11
215/16 232/18
232/23 255/15
**only [44]** 5/12
18/1 21/21 45/19
63/18 69/15 69/17
76/21 104/14
104/17 122/23

**O**

**only... [33]**
162/18 168/22
173/19 174/19
175/16 175/18
178/22 179/2 179/4
179/5 179/5 179/17
182/2 189/8 189/9
194/19 197/18
199/6 202/15
208/20 210/22
210/25 211/12
222/1 230/20
234/11 235/3
247/13 248/5 254/9
259/20 259/21
261/19
**open [24]**   17/22
18/6 35/9 108/9
151/17 177/22
183/3 183/5 196/23
211/14 218/11
220/1 221/5 235/6
239/16 239/17
240/10 259/20
260/21 266/1 267/4
270/13 271/14
271/14
**open-minded [1]**
183/3
**opened [2]**   198/19
211/21
**opening [22]**   2/4
2/4 66/12 66/15
168/9 168/14
174/13 179/21
179/22 180/25
181/3 181/17 183/8
208/24 209/11
210/13 210/14
210/22 211/12
211/17 211/20
212/11

**openings [1]**   8/18
**operate [1]**   25/25
**operates [1]**   34/18
**operating [2]**
129/7 146/11
**operator [1]**   34/13
**opinion [7]**   56/3
99/12 101/9 155/24
173/23 183/4
243/25
**opinions [1]**   21/22
**opportunity [12]**
5/3 7/6 7/12 7/13
7/24 23/25 157/5
159/17 172/14
175/25 246/7
247/23
**opposed [1]**   157/20
**opposing [1]**   175/3
**opposite [4]**   102/9
102/18 236/20
261/23
**option [1]**   164/21
**oral [2]**   109/24
125/24
**orange [1]**   256/21
**order [22]**   3/1 5/3
21/1 29/4 40/3
95/23 113/14
114/10 114/12
114/17 126/3 136/4
161/19 175/13
189/17 219/8
243/20 251/15
262/7 263/6 264/7
266/13
**orders [1]**   29/19
**ordinary [2]**
210/14 229/2
**organization [3]**
34/18 252/18
252/23
**orient [2]**   19/2
187/24

**origin... [1]**   223/18
**original [8]**   31/16
106/17 106/20
131/4 176/18 252/7
252/9 252/12
**originally [1]**
37/8
**originated [1]**
255/8
**originates [1]**
267/23
**Orlando [1]**   44/24
**Orleans [1]**   82/17
**other [88]**   10/19
19/16 21/9 22/3
29/13 39/25 40/2
40/4 41/6 62/21
63/8 67/9 69/17
69/18 73/19 76/25
85/17 85/19 87/4
90/3 93/11 93/12
95/9 98/14 100/1
104/1 104/4 105/8
106/22 106/25
109/14 112/7 114/1
114/12 118/5 118/7
122/6 122/13 125/4
126/12 129/19
129/20 137/12
138/9 141/8 144/1
146/7 147/14
147/22 161/13
161/18 162/18
169/25 172/13
175/19 176/5 176/8
177/18 178/2
178/12 178/23
179/3 180/21
191/12 192/4 196/4
202/19 202/19
202/20 202/21
207/6 210/11
216/14 216/22
221/13 224/5 224/6

**other... [11]**
228/8 230/22 233/3
237/17 240/22
255/15 257/4
261/18 264/23
267/8 272/12
**others [7]** 84/2
84/16 108/9 114/3
114/4 116/16 122/5
**otherwise [6]**
33/20 42/19 58/22
72/20 144/25 237/4
**Oubrar [6]** 61/25
96/13 96/15 96/16
96/16 100/11
**our [55]** 5/3 6/8
9/20 11/5 11/21
14/14 14/15 14/23
15/17 16/7 19/21
19/21 19/25 20/5
24/6 29/18 51/20
58/10 71/15 71/21
74/5 74/6 74/8
74/9 74/9 92/22
97/7 100/21 116/15
117/4 125/23
126/16 132/25
133/1 142/7 142/23
159/20 161/6
170/11 170/14
171/23 172/4
172/21 172/22
182/3 208/21
208/22 241/21
246/19 247/6
254/14 258/22
262/21 264/14
269/8
**ourselves [1]**
187/24
**out [64]** 9/16 26/6
26/20 26/22 26/23

99/18 105/5 105/16
106/3 106/5 106/6
106/13 106/17
106/21 108/11
126/9 129/17
133/20 135/6 143/1
145/12 148/1
152/12 153/6
153/20 183/19
184/11 184/12
185/16 188/23
188/24 191/3
195/14 196/22
197/3 197/7 199/4
201/16 203/10
205/25 206/17
211/4 217/23
217/24 217/25
220/21 221/15
222/3 231/10 233/3
234/4 234/18
241/11 257/25
258/19 260/3
261/25 266/2
268/19 269/9
271/25
**outcome [1]** 176/4
**outfit [1]** 216/14
**outlet [1]** 9/6
**outline [2]** 179/24
188/17
**outlining [2]**
222/19 223/10
**outlooks [1]**
212/24
**outputs [1]** 266/8
**outreach [1]**
205/22
**outside [12]** 5/18
5/23 12/5 22/8
39/2 39/10 40/3
66/8 91/10 173/25
178/25 192/15

**outstanding [1]**
139/23
**oven [3]** 231/21
231/22 231/23
**over [61]** 8/11
11/6 12/8 23/12
25/13 25/17 25/18
26/22 32/3 39/5
41/14 45/2 51/17
53/5 53/21 54/7
54/13 56/19 56/20
57/12 57/13 60/19
65/18 99/7 99/8
100/13 120/17
127/7 143/10
143/19 143/20
144/16 145/25
164/12 164/13
181/11 184/3 184/4
184/19 185/8
185/25 186/12
188/24 189/21
192/21 193/23
197/22 204/12
208/20 209/1 209/7
217/20 218/2
224/22 231/5
234/17 257/20
266/2 268/14 269/1
269/12
**overflow [2]** 5/11
18/1
**overlooked [1]**
228/15
**overrule [1]** 175/4
**overruled [1]**
247/22
**overseas [1]**
190/19
**oversight [1]**
241/15
**overview [2]** 20/12
235/25
**overwrite [1]**

**overwrite... [1]**
234/16
**owing [1]** 229/15
**own [28]** 32/17
59/13 60/22 61/15
62/23 74/8 74/9
74/9 80/13 81/20
83/21 84/5 99/12
113/23 118/21
139/21 147/12
179/17 180/22
181/20 184/14
198/16 215/19
216/10 234/17
258/16 258/16
258/22
**owned [3]** 177/3
197/16 206/9
**owner [3]** 31/25
34/12 36/15
**owners [2]** 104/1
104/2
**ownership [8]**
55/20 59/18 63/3
63/8 63/10 63/11
200/23 267/5
**owns [3]** 34/18
104/17 220/2

**P**

**p.m [17]** 22/25
42/18 156/20 160/4
160/4 164/18
164/19 165/1 165/1
169/17 170/25
172/9 210/4 211/24
211/24 212/7
272/21
**packets [1]** 17/1
**page [17]** 2/8
160/21 195/9 203/4
245/8 245/11
245/13 245/16

245/16 245/25
246/13 246/14
246/25 249/11
250/15 250/24
258/17
**pages [2]** 1/8
273/12
**paid [14]** 25/9
44/3 53/24 91/23
91/24 91/24 91/25
92/12 92/13 108/10
196/16 197/1
201/18 220/18
**Paige [5]** 34/11
34/11 191/5 215/7
230/23
**Painter [4]** 44/1
44/21 59/5 59/23
**PALM [6]** 1/2 34/12
36/15 36/20 36/23
190/5
**pandemic [2]** 17/23
19/12
**panel [28]** 8/23
8/24 12/20 12/21
12/22 13/20 14/21
18/11 18/20 38/9
66/10 68/17 156/20
159/14 160/25
161/9 165/22 166/1
166/6 166/14
166/21 166/24
167/9 167/10
167/15 167/20
168/7 170/25
**panel's [1]** 8/24
**paper [11]** 109/19
133/9 133/10
144/15 154/4 188/3
222/18 223/10
250/20 250/24
251/25
**papers [3]** 234/5
245/20 245/21

**paperwork [2]**
122/1 201/2
**Paragraph [1]**
246/25
**paralyzed [1]**
187/4
**pardon [1]** 138/18
**parents [1]** 138/9
**part [32]** 3/21
13/19 16/6 22/20
50/24 58/20 59/22
61/22 64/7 65/1
83/23 88/10 93/18
93/19 106/10 114/9
120/14 120/16
175/22 188/6 192/4
196/15 197/13
197/19 200/19
215/15 221/10
229/1 229/1 254/7
266/4 269/14
**parted [1]** 112/21
**participants [1]**
232/19
**participating [5]**
60/24 72/10 220/25
253/6 268/24
**particular [8]**
21/14 24/21 25/1
63/19 98/15 143/4
183/1 213/5
**particularly [1]**
11/5
**partied [1]** 125/8
**parties [11]** 18/7
20/3 31/6 155/20
178/14 178/24
180/8 194/4 220/3
235/25 242/11
**parting [3]** 50/22
51/1 51/22
**partner [45]** 36/16
37/25 50/21 51/20
94/21 105/11

**P**

**partner... [39]**
105/12 108/13
111/13 112/15
118/23 118/24
119/2 119/16
119/22 120/7
120/12 126/12
128/1 132/2 183/16
184/18 190/13
193/10 193/23
194/6 198/24 199/9
202/11 202/15
202/15 202/16
209/3 215/8 215/9
223/24 223/24
224/4 224/5 224/11
225/14 225/21
226/6 226/14 227/3
**partner's [2]**
124/21 132/13
**partnered [2]**
185/24 186/5
**partners [17]** 96/6
109/20 121/17
121/19 122/3 122/4
124/6 126/9 126/10
131/11 186/11
189/4 194/18
195/16 199/5 202/3
205/12
**partners' [3]**
124/13 124/15
125/4
**partnership [82]**
31/15 32/8 50/12
50/23 51/4 51/4
51/5 51/15 51/25
52/7 52/12 55/16
90/20 90/23 92/16
93/14 94/24 95/6
95/9 95/18 95/24
95/25 96/21 103/20
113/15 113/25
114/10 114/13
114/17 115/17
123/8 123/10
176/18 177/7
183/25 184/3 184/7
184/8 189/8 189/12
189/15 189/18
189/20 194/19
197/1 197/19
201/20 202/13
202/14 202/14
202/16 202/18
204/18 205/8
207/24 211/2
213/24 214/17
215/23 216/3
222/13 222/16
222/17 222/19
223/8 223/9 223/10
224/15 226/10
226/11 227/4 228/8
229/15 229/20
229/23 231/8
231/15 234/23
235/12 236/4
**partnership's [9]**
31/20 176/22
184/21 186/4
195/13 206/6 206/7
206/16 209/5
**partnerships [6]**
51/10 52/22 95/15
114/1 202/4 202/24
**parts [6]** 88/11
169/1 198/5 216/20
266/4 269/16
**party [8]** 125/7
179/24 180/7 201/6
217/12 225/3
225/11 237/10
**pass [5]** 77/16
164/4 164/6 164/9
**passed [3]** 77/13
142/12 186/6
**passes [1]** 197/7
**passion [2]** 81/6
218/10
**past [5]** 27/23
39/6 169/23 194/5
257/20
**patents [1]** 201/11
**pathologist [1]**
140/8
**patience [3]** 18/25
68/20 262/9
**patient [1]** 208/19
**Patrick [5]** 34/11
34/11 191/5 215/7
230/23
**Patriot [1]** 76/5
**Patriots [4]** 75/3
75/6 75/9 75/10
**pattern [2]** 130/20
130/21
**patterns [1]**
212/24
**Patterson [2]** 3/22
30/14
**Pause [29]** 12/16
13/6 16/13 16/24
17/11 17/18 18/14
18/17 28/25 65/16
68/10 113/3 144/7
150/1 154/15
156/24 161/23
163/6 163/22
167/12 170/4
170/17 171/4
171/20 172/20
173/8 181/10 238/8
249/24
**pay [14]** 24/24
120/1 154/8 186/13
207/4 213/25 214/1
222/11 225/22

**P**

**pay... [5]** 227/19
228/4 229/3 229/4
265/23
**paying [2]** 127/18
258/15
**payment [1]** 220/21
**Pedro [5]** 19/22
165/25 167/17
171/18 172/5
**peer [2]** 250/18
250/18
**peers [1]** 71/23
**pen [1]** 179/7
**penny [1]** 201/19
**people [60]** 14/13
54/3 60/23 69/23
70/5 70/12 76/24
82/11 86/16 90/1
90/3 99/16 100/4
100/6 103/12 104/1
105/18 105/23
114/11 116/25
122/6 131/16
138/11 140/12
142/16 145/5 147/8
147/12 147/23
148/5 148/8 152/19
152/21 152/23
158/17 173/25
177/13 180/16
189/9 191/18
191/18 197/12
197/18 197/18
202/19 202/19
202/20 202/21
205/5 205/13 207/7
207/12 216/22
218/2 218/20 229/2
232/3 232/6 240/17
255/17
**people's [1]** 114/1
**per [1]** 239/13

**perceived [1]**
213/3
**percent [11]** 77/17
77/24 96/3 96/3
111/13 111/14
111/14 123/13
204/7 217/24 219/8
**percent/50 [1]**
96/3
**percentage [2]**
120/5 120/11
**perceptions [1]**
213/19
**peremptories [1]**
167/1
**peremptory [7]**
161/2 161/4 164/2
164/8 165/24 166/4
166/23
**perfect [5]** 17/5
86/18 218/16
252/11 252/15
**perform [1]** 155/7
**performing [1]**
266/20
**perhaps [6]** 44/18
148/20 157/21
228/22 250/7
260/14
**period [17]** 25/4
38/20 52/11 117/5
185/24 186/1 186/7
186/10 187/11
187/25 189/24
191/2 193/23
202/25 205/12
224/18 233/21
**periodically [2]**
84/6 130/15
**periods [6]** 24/20
185/23 186/16
186/24 268/16
271/19
**permissible [1]**

**permit [3]** 7/1
175/4 269/24
**permitted [5]** 4/24
15/5 21/7 211/3
238/21
**person [30]** 40/21
48/17 66/2 74/2
104/4 104/15
104/17 121/22
121/23 122/2
122/21 123/17
128/7 128/8 128/12
129/19 141/6
149/10 151/4 154/4
154/7 154/8 189/8
191/18 202/11
213/12 219/22
230/20 260/6 265/6
**personal [32]** 1/3
11/19 19/13 20/22
21/20 21/23 22/5
23/9 24/11 25/13
27/19 28/8 29/22
30/6 31/12 32/17
41/6 47/9 48/13
49/11 74/6 78/4
101/9 113/24 114/4
125/21 127/11
135/4 171/10
176/13 185/13
233/6
**personally [10]**
22/20 101/9 101/13
115/2 125/6 132/23
133/8 140/9 141/16
174/3
**personnel [2]** 29/4
30/1
**persons [1]** 22/12
**persuade [1]**
237/13
**persuasive [1]**
72/25

**pharmaceutical [1]**
124/10
**philosophy [1]**
218/5
**phone [8]** 40/9
144/14 144/19
151/14 151/16
178/2 189/11
207/19
**photograph [1]**
173/22
**photographs [1]**
152/21
**phrase [3]** 152/2
152/4 183/3
**phrases [1]** 179/1
**phrasing [1]**
182/11
**physical [7]** 38/12
88/11 99/25 135/15
262/22 265/18
266/1
**physics [1]** 264/10
**pick [3]** 74/15
75/21 263/20
**picked [1]** 84/16
**picking [1]** 75/25
**picks [1]** 89/15
**picture [3]** 234/8
252/4 264/4
**piece [7]** 109/19
174/9 181/6 222/18
223/9 252/24 257/1
**Pierce [1]** 39/4
**pilot [2]** 58/5
58/8
**pilot's [1]** 26/25
**PIN [18]** 151/9
151/23 259/18
259/19 259/20
259/21 259/21
259/23 260/3

260/17 260/21
261/5 261/12
261/13 261/25
262/8 265/7 266/1
**Pinillos [6]** 94/12
94/13 163/25
167/16 171/17
172/2
**PINs [1]** 262/5
**place [8]** 10/11
10/15 11/1 99/25
119/24 134/10
249/1 270/4
**placed [7]** 10/24
21/1 21/11 21/12
208/7 238/10
271/11
**placement [1]** 9/19
**places [2]** 178/16
266/5
**plaintiff [23]**
1/13 2/4 2/8 32/13
33/10 36/9 85/6
86/4 161/3 161/4
161/9 162/19
165/21 165/23
166/7 166/20 167/3
167/21 170/2
224/14 236/1 236/6
238/11
**Plaintiff's [1]**
14/21
**Plaintiffs [70]**
1/5 3/9 3/12 3/15
3/18 3/25 11/10
13/1 14/12 17/16
30/7 30/11 30/15
30/16 31/11 31/14
31/18 31/22 31/24
32/5 33/12 33/18
33/23 34/6 34/11
34/16 34/20 35/2
35/7 35/13 35/17
35/22 68/1 68/22

154/22 159/8
161/3 164/3 164/25
166/20 166/22
167/7 168/12
176/12 176/17
176/21 177/2
179/25 180/5 181/1
203/21 204/21
210/16 212/3 214/8
223/13 230/12
231/6 232/11 235/7
236/14 236/20
236/21 236/22
236/24 238/4 238/5
239/8 271/6
**Plaintiffs' [15]**
3/7 32/15 161/18
177/10 185/12
208/8 212/22
213/25 214/22
222/7 225/9 226/17
233/8 237/15
237/17
**plan [3]** 80/23
184/12 201/1
**plane [2]** 58/4
140/24
**planes [1]** 141/2
**planet [4]** 263/17
263/21 264/14
264/14
**planned [2]** 41/9
43/5
**planning [3]** 59/10
83/10 169/16
**plans [1]** 41/12
**platform [4]** 50/20
125/16 218/7
218/11
**play [2]** 105/2
174/16
**played [1]** 202/6
**player [1]** 192/1
**playground [1]**

**P**

**playground... [1]**
216/14
**playing [1]**   76/14
**pleasant [8]**
156/17 159/12
159/24 160/3 171/8
172/19 270/22
272/7
**please [71]**   3/6
18/18 22/19 23/10
28/16 30/2 31/7
31/9 32/20 32/25
38/6 38/10 38/16
38/21 38/25 39/12
39/16 40/18 41/1
47/6 49/22 50/13
51/16 52/23 54/8
54/12 65/3 66/1
68/19 68/24 117/7
117/8 117/17 135/4
136/10 155/22
156/1 156/25 160/7
165/4 165/7 171/6
172/3 172/8 173/9
179/9 182/22 183/8
190/7 192/17
193/11 195/22
199/8 210/3 212/10
212/13 238/13
239/4 242/19
243/18 246/8
250/12 253/17
254/24 261/1
265/13 266/18
267/16 270/17
270/18 270/20
**Plexiglas [1]**   4/20
**plus [2]**   14/17
14/18
**pocket [1]**   188/24
**podium [4]**   9/5 9/6
9/7 163/5

**point [16]**   13/3
67/23 77/3 142/8
144/12 164/14
165/20 167/1 168/5
180/17 180/24
189/16 238/2
248/23 251/19
261/16
**points [1]**   219/6
**poke [1]**   209/12
**police [3]**   85/18
142/9 193/20
**polished [1]**
200/21
**Ponce [1]**   1/21
**pool [5]**   13/12
14/13 15/3 15/3
172/17
**pop [1]**   145/7
**pop-up [1]**   145/7
**popular [3]**   55/9
55/13 257/20
**pork [1]**   242/4
**pornography [1]**
217/13
**port [1]**   221/5
**portion [1]**   66/22
**portrays [1]**
213/20
**pose [1]**   43/22
**position [8]**   14/15
14/22 14/23 15/17
40/19 182/15
213/15 253/4
**positively [1]**
86/5
**possible [6]**   33/2
33/4 38/4 257/6
262/3 262/18
**Possibly [1]**   44/20
**post [2]**   250/20
256/2
**posted [1]**   255/16
**posting [2]**   178/9

**posts [1]**   255/13
**potentially [1]**
267/12
**power [1]**   220/15
**PR [1]**   104/22
**practical [2]**
262/6 262/11
**practically [2]**
262/7 265/1
**practice [4]**   35/19
37/13 37/22 208/10
**practiced [1]**   34/2
**pre [1]**   41/9
**pre-planned [1]**
41/9
**precise [1]**   265/3
**precisely [1]**
270/9
**predisposed [1]**
76/25
**Preemptive [1]**
35/4
**prefer [4]**   14/13
168/16 169/8
169/13
**preference [5]**
14/14 125/19
125/22 133/5 133/6
**preference is [1]**
133/5
**preferences [1]**
74/9
**prefers [2]**   139/18
139/21
**prejudice [2]**
176/5 244/13
**preliminary [4]**
2/3 8/9 168/8
173/13
**premature [2]**
177/23 177/23
**premise [1]**   219/2
**prepare [3]**   256/8

**P**

**prepare... [2]**
258/23 262/25
**prepared [12]** 7/21
169/12 169/18
242/14 242/16
244/24 245/19
247/15 248/13
248/20 262/12
263/23
**preparing [1]**
229/20
**preponderance [7]**
73/17 236/16 237/3
237/9 237/12
237/16 237/20
**presence [2]** 19/11
22/8
**present [11]** 23/8
30/24 66/10 156/20
168/11 180/1 180/4
191/13 210/4
270/24 273/7
**presentation [4]**
174/15 191/15
242/16 242/20
**presented [12]**
22/2 135/1 168/13
173/20 178/23
180/7 180/8 180/21
190/2 199/14
208/22 258/17
**presenting [1]**
231/7
**presents [3]**
161/15 175/2
250/25
**president [3]**
33/25 37/13 37/22
**press [2]** 135/21
200/5
**pressing [1]** 20/22
**presumably [1]**

**pretended [1]**
195/24
**pretty [6]** 71/3
89/6 131/12 142/13
147/6 263/10
**prevent [4]** 32/23
42/1 42/6 253/14
**preview [2]** 185/20
186/11
**previewed [1]**
207/10
**previewing [1]**
208/25
**previous [5]**
207/24 207/24
251/15 252/16
258/14
**previously [3]**
4/22 34/25 243/15
**price [5]** 129/16
241/19 242/8
242/12 242/12
**prices [6]** 242/6
245/12 246/4 246/6
246/14 246/15
**pricing [7]** 245/15
245/15 246/21
247/2 247/3 247/4
247/20
**pricings [1]**
246/20
**primary [1]** 216/17
**principal [3]**
37/25 46/10 130/7
**principles [1]**
173/12
**prior [6]** 35/19
204/15 207/15
244/16 244/17
251/7
**privacy [1]** 13/15
**private [35]** 49/15
49/16 150/11

150/23 151/6 151/8
151/13 151/18
151/20 151/21
259/22 261/4 261/6
261/12 261/13
261/15 261/17
261/21 262/2 262/3
262/14 262/15
264/22 265/2
265/15 265/25
266/13 266/21
266/23 266/24
267/2 267/11
269/23
**privately [2]**
156/7 157/4
**probable [1]**
237/14
**probably [16]** 51/5
56/6 76/9 79/21
84/7 86/15 105/17
105/19 128/3
154/18 207/2
214/23 228/19
232/3 242/3 252/12
**probation [1]**
47/22
**problem [19]** 43/22
48/18 86/9 116/10
122/12 143/11
143/13 143/18
154/3 171/3 171/3
197/3 204/1 251/16
251/16 251/22
252/15 252/16
262/5
**problematic [1]**
169/2
**problems [4]** 86/15
93/15 134/20
201/15
**procedural [1]**
244/12

**P**

**procedure [1]**
181/22

**proceed [22]**   11/21
17/15 18/7 30/16
31/2 68/13 160/8
160/19 160/22
161/1 161/7 161/14
163/24 168/8
169/18 170/9
170/21 180/25
181/17 183/8
212/11 238/18

**proceeding [1]**
6/22

**proceedings [32]**
12/16 13/6 16/13
16/24 17/11 17/18
18/14 18/17 28/25
32/2 65/16 68/10
113/3 144/7 150/1
154/15 156/24
161/23 163/6
163/22 167/12
170/4 170/17 171/4
171/20 172/20
173/8 181/10 238/8
249/24 272/21
273/8

**proceeds [1]**   93/22

**process [19]**   3/21
19/6 20/13 20/17
22/20 69/9 69/13
72/11 116/19
160/24 205/6 205/8
239/25 241/17
241/17 262/4 268/3
268/15 269/11

**processing [2]**
138/21 138/22

**produce [1]**   240/22

**produced [4]**
121/18 237/6

**producer [1]**   123/2

**produces [1]**
241/18

**producing [1]**
240/16

**products [1]**
127/20

**professional [8]**
19/13 74/6 81/10
83/4 134/23 136/1
241/10 241/13

**professionally [1]**
81/5

**professionals [2]**
139/4 241/11

**professor [2]**
34/10 35/23

**profit [2]**   126/19
241/11

**profits [3]**   111/12
120/10 122/9

**profound [1]**   218/1

**program [4]**   82/16
137/4 137/6 221/11

**programmer [1]**
187/1

**programming [9]**
80/11 80/11 80/12
80/13 80/14 80/21
80/22 81/8 83/1

**programs [3]**   137/5
146/12 146/18

**project [1]**   191/7

**prolifically [1]**
255/16

**prolonged [1]**
20/24

**promise [4]**   69/21
77/7 78/21 207/9

**promised [4]**   179/5
184/8 207/6 207/8

**promote [1]**   100/4

**promotions [1]**

**prompt [2]**   171/7
270/18

**promptly [1]**
156/15

**pronounce [3]**   73/6
80/5 268/22

**pronouncing [2]**
70/20 118/3

**proof [13]**   71/20
72/15 73/2 73/17
73/24 219/5 219/7
221/14 235/25
236/25 237/12
237/12 254/17

**proper [1]**   257/7

**properly [1]**   213/6

**property [29]**
31/17 31/21 32/1
32/4 32/6 32/7
32/10 32/12 65/2
65/9 176/20 176/23
177/5 184/22
189/13 189/22
193/1 193/3 194/21
196/16 199/25
200/14 200/19
201/12 208/1 209/4
226/18 226/19
229/22

**proposed [3]**   6/23
66/25 67/5

**proposition [1]**
153/18

**Propriety [2]**   35/5
35/5

**prosecutors [1]**
11/6

**prospective [5]**
5/8 21/16 22/8
38/9 166/6

**protect [1]**   217/12

**protected [2]**
27/16 126/7

**P**

**protecting [1]**
15/13
**protocol [9]**  31/16
55/16 176/19
185/25 188/18
205/7 205/15 209/3
257/11
**protocols [1]**
219/25
**proud [1]**  215/19
**prove [8]**  72/18
173/24 174/5
179/24 236/17
237/21 241/11
266/13
**proved [2]**  237/2
237/9
**proven [2]**  237/24
238/1
**provide [11]**  17/5
19/17 31/21 46/10
46/25 84/1 173/17
178/8 205/6 240/24
249/7
**provided [5]**  28/15
179/7 203/22 241/1
244/10
**provides [1]**
147/12
**providing [1]**
271/17
**proving [3]**  236/15
237/11 237/19
**prying [1]**  21/20
**public [16]**  18/6
53/15 116/24
116/24 116/25
139/1 150/11
150/15 150/25
219/16 250/23
256/2 257/22
258/13 259/16

**publication [3]**
250/17 251/3 255/7
**publicly [3]**  218/6
219/11 220/6
**publish [6]**  205/16
242/19 248/3 248/7
248/18 248/24
**published [5]**
187/7 188/11
241/19 251/8
253/20
**publishing [2]**
242/6 242/8
**pull [1]**  225/15
**pulls [1]**  188/23
**punitive [1]**
223/17
**purchase [2]**  59/18
111/19
**purchased [4]**  59/9
59/12 111/18
129/15
**purchasing [1]**
127/20
**purple [1]**  218/16
**purporting [1]**
196/2
**purpose [10]**  21/20
21/21 22/10 175/16
175/18 175/19
232/5 235/12
243/12 249/2
**purposes [4]**  13/23
224/5 224/6 248/9
**pursued [1]**  218/9
**put [40]**  14/7
19/14 48/1 48/16
79/17 79/19 92/16
93/13 96/6 111/19
115/25 116/6
120/16 129/10
129/10 129/11
129/17 129/19

136/11 137/10
137/25 149/7
151/16 152/19
153/24 171/25
181/11 181/14
187/13 193/14
195/5 224/14
236/19 246/3 260/1
260/7 261/22 266/3
**putting [2]**  117/6
213/18
**puzzle [3]**  221/10
221/11 221/14
**Python [2]**  81/2
81/9

**Q**

**qualifications [3]**
20/20 21/13 21/18
**qualified [3]**  67/8
162/20 179/6
**qualifies [1]**
27/23
**quantities [2]**
263/8 264/8
**quantity [1]**
263/11
**quarter [2]**  99/23
269/11
**quest [1]**  230/23
**question [61]**  7/6
15/3 21/8 22/4
28/17 47/8 49/20
54/17 54/19 58/9
60/12 71/5 78/16
79/21 82/1 82/22
100/10 102/8
102/16 113/7
114/15 115/16
119/6 122/10
122/20 125/18
131/20 132/21
137/24 150/9

# Q

**question... [31]**
154/21 155/13
174/23 175/2 175/5
175/7 175/9 175/10
180/2 181/25 182/2
182/7 182/8 182/9
182/10 182/11
182/13 182/16
182/17 182/25
183/4 213/4 213/4
213/5 228/2 231/8
231/25 232/2 244/8
246/3 271/24

**questioned [1]**
8/24

**questioning [17]**
6/20 8/11 8/23
9/14 21/19 22/10
22/14 22/16 65/18
65/19 66/17 66/20
68/21 77/4 155/19
162/12 181/20

**questionnaire [8]**
17/1 28/11 28/12
28/19 47/7 74/21
85/5 158/20

**questionnaires [6]**
8/8 13/11 15/1
15/9 17/2 28/14

**questions [50]** 8/9
8/10 19/4 21/13
21/17 22/15 28/13
28/24 29/13 49/21
66/25 67/5 69/19
69/20 70/7 80/15
89/7 90/16 91/4
107/3 115/24
152/13 154/18
154/19 156/12
160/12 174/18
174/21 180/1 180/3
181/19 181/24

181/24 182/4 182/5
182/6 182/21
182/22 182/23
182/25 199/21
200/5 201/3 209/9
232/14 235/6 235/7
255/17 255/18
255/22

**quick [2]** 16/14
252/8

**quickly [2]** 93/5
138/25

**quite [5]** 10/14
168/16 251/9
255/16 262/23

**quote [2]** 67/14
193/14

**quoted [2]** 240/19
242/13

**quotes [2]** 224/1
241/19

# R

**rabbit [1]** 153/12
**Radvanovsky [3]**
34/16 34/17 189/6
**Radvanovsky's [1]**
189/8
**Raidel [1]** 146/24
**rail [1]** 242/3
**rain [1]** 174/3
**rained [1]** 174/2
**raise [45]** 18/19
22/6 23/10 28/17
28/20 29/2 30/2
31/7 32/20 32/25
38/6 38/10 38/16
38/21 38/25 39/12
39/16 40/18 41/1
47/6 49/22 50/13
51/16 52/23 54/8
54/12 65/3 67/9
70/5 70/9 70/17
71/6 73/16 78/20

155/22 156/1
171/24 171/25
172/8 187/20 210/7
210/14 238/10

**raised [27]** 29/3
30/3 31/8 32/14
32/21 33/1 38/7
38/11 38/17 38/22
39/1 39/13 39/17
40/22 41/3 65/4
86/20 117/19 118/6
123/4 141/14 146/7
146/13 155/23
156/2 177/9 242/22

**raising [1]** 33/7
**rallies [1]** 99/17
**Ramona [6]** 37/7
37/7 192/12 200/8
206/25 227/16

**ran [2]** 191/8
191/9

**random [1]** 21/1
**randomized [2]**
11/25 12/5

**rarely [1]** 182/4
**rate [3]** 239/12
239/13 241/16

**Rates [1]** 241/18
**rather [2]** 81/19
146/20

**reach [5]** 175/20
183/19 184/11
197/3 206/17

**reaches [2]** 191/3
197/7

**reactions [1]**
142/15

**read [20]** 8/2 31/9
33/3 48/20 55/14
60/21 90/19 95/10
103/2 178/15
180/19 182/10
182/13 190/18

**R**

**read... [6]** 192/13
193/9 193/17 198/6
211/9 215/7
**reading [2]** 32/18
90/8
**ready [21]** 17/13
17/15 17/16 17/17
18/7 18/9 18/13
30/16 31/2 68/11
68/13 160/8 169/12
170/8 170/18
170/21 171/18
201/16 209/24
270/10 271/15
**real [6]** 153/5
219/1 233/10
241/19 252/24
261/9
**real-time [2]**
219/1 241/19
**realize [4]** 19/16
147/14 147/24
148/5
**realized [1]** 54/2
**realizes [1]**
186/10
**really [41]** 54/24
54/25 56/23 67/9
88/4 90/25 92/2
92/4 98/6 99/21
99/21 99/24 105/2
116/13 124/25
128/14 132/9 136/4
136/5 137/4 137/9
137/16 139/4
139/10 139/23
140/3 140/17 143/3
148/21 149/17
150/22 154/17
155/5 185/2 191/25
202/3 206/16 230/4
263/6 267/3 267/3

**reason [8]** 14/16
41/6 47/2 64/20
168/21 169/6
169/11 251/13
**reasonable [1]**
72/19
**reasonableness [1]**
176/6
**reasonably [1]**
237/14
**reasons [2]** 224/8
234/10
**rebates [1]** 196/18
**recall [8]** 129/8
130/14 150/13
182/24 198/9 199/6
202/7 271/1
**receive [11]** 13/22
26/7 26/9 27/10
175/1 175/6 175/8
180/23 202/8
220/12 260/12
**received [8]** 12/2
26/14 27/24 187/8
197/22 199/22
202/10 234/13
**receiving [1]**
13/11
**recently [2]** 81/24
269/7
**recess [15]** 6/6
22/17 49/17 66/3
66/11 68/7 156/4
159/17 160/4
209/23 209/24
211/24 269/21
269/22 271/3
**recklessly [1]**
234/1
**recognize [4]**
19/19 24/3 67/23
221/25
**recognized [1]**
19/23

**recollection [4]**
164/24 164/25
165/6 165/8
**recommend [1]**
147/10
**record [20]** 3/6
4/23 12/17 13/8
16/7 17/19 29/17
77/9 89/19 94/11
100/20 100/22
102/21 113/17
114/20 165/15
219/11 238/14
239/5 243/3
**record's [1]** 44/22
**recorded [4]** 258/2
258/20 258/21
267/24
**recording [1]**
268/3
**records [6]** 37/2
94/21 95/6 95/19
95/22 95/24
**recover [4]** 31/22
108/11 176/25
197/16
**recovered [1]**
122/16
**recreate [1]** 146/4
**red [3]** 201/6
201/9 201/13
**red-flag [2]** 201/6
201/13
**refer [6]** 47/7
176/14 176/15
222/7 256/18 259/6
**referee [5]** 76/3
76/4 76/6 76/18
76/18
**referees [2]** 76/13
76/21
**reference [7]** 40/1
197/18 211/12
226/18 228/8

**R**

**reference... [2]**
241/16 241/18
**referred [6]** 69/4
121/14 223/23
225/13 226/6 230/7
**referring [3]**
226/2 246/13 257/1
**refers [1]** 256/20
**reflect [1]** 99/13
**reflected [2]** 15/8
130/25
**reflects [4]** 168/3
222/13 223/5 223/8
**reformat [1]**
145/13
**reformatting [1]**
234/15
**refrigerated [1]**
110/25
**refuge [1]** 216/17
**refuse [1]** 14/2
**refused [3]** 13/14
31/21 32/6
**regard [21]** 5/2
5/16 7/3 7/25 11/8
11/15 11/23 15/2
15/10 15/14 15/22
58/14 157/22 158/7
158/22 159/2 159/7
164/17 164/19
176/3 211/20
**regarding [3]**
56/13 225/6 226/17
**regardless [3]**
180/7 237/4 237/6
**registered [1]**
122/25
**regular [1]** 153/5
**regularly [1]**
269/12
**regulations [1]**
103/5

**reintroduction [1]**
115/20
**relate [1]** 229/2
**related [15]** 31/17
31/20 31/25 32/10
45/16 53/3 84/4
176/19 176/23
177/13 178/16
178/17 189/13
194/4 240/8
**relates [3]** 78/17
78/19 98/13
**relating [2]** 15/14
125/16
**relation [2]** 22/12
150/16
**relationship [20]**
57/20 58/12 91/10
104/8 112/18
117/21 118/1
118/18 127/11
199/17 202/12
210/17 210/21
210/24 211/5
211/15 216/6 226/7
226/10 261/6
**relationships [1]**
118/7
**relative [2]**
122/18 154/11
**relatives [1]**
118/7
**relay [1]** 220/25
**release [4]** 31/15
176/18 188/4 188/6
**released [2]**
188/19 220/6
**releases [1]**
188/14
**relevant [3]** 56/25
57/1 57/3
**relied [4]** 196/25
208/11 242/9
252/17

**relied... [1]** 226/2
**rely [1]** 179/16
**relying [1]** 28/16
**remain [7]** 17/22
18/6 156/8 156/19
159/25 183/2 238/9
**remaining [1]** 5/8
**remains [1]** 217/7
**remarks [3]** 174/14
174/16 228/18
**remember [18]**
62/12 66/2 91/16
117/23 144/8 150/6
154/24 179/8
179/22 189/7
191/24 192/3
192/14 204/3 205/8
215/4 232/8 270/17
**remind [6]** 66/12
156/9 164/17
180/13 269/23
271/10
**reminder [1]**
156/15
**remiss [1]** 101/17
**remotely [1]**
214/24
**remove [4]** 4/20
8/22 26/23 200/23
**render [2]** 47/4
64/15
**renowned [1]**
204/23
**repeat [1]** 70/2
**replied [1]** 198/24
**report [5]** 8/15
85/19 172/17 244/1
246/25
**reported [1]** 273/8
**reporter [8]** 1/23
16/1 16/8 29/10
116/4 160/13
160/15 273/5
**reporters [1]**

**R**

reporters... [1]
180/14

reports [2]   180/13
244/19

represent [3]
30/15 69/2 185/10

representative [8]
1/3 30/6 31/12
37/1 171/10 176/13
185/14 204/10

representing [1]
30/23

represents [2]
213/24 214/16

reprimanded [1]
103/15

request [2]   170/5
211/3

requested [2]   4/19
10/11

require [6]   13/16
46/22 70/3 189/17
236/25 266/12

required [4]   25/4
42/6 88/5 237/24

requirement [1]
243/6

requires [3]   70/3
219/4 243/24

requisite [2]
20/19 21/4

rereading [1]
28/24

research [17]   1/4
30/7 31/13 33/20
35/15 35/19 35/20
39/24 69/4 156/12
171/11 176/15
178/16 195/10
208/10 225/11
269/25

researcher [1]

reserved [1]   247/6

reside [1]   239/5

residence [1]
33/15

resident [1]   239/7

resides [19]   33/14
33/19 33/24 34/6
34/12 34/17 34/20
34/22 35/3 35/9
35/14 35/23 36/6
36/15 36/20 36/25
37/6 37/9 150/24

respect [6]   101/12
106/24 114/1 143/1
226/9 233/23

respective [5]
7/17 12/25 29/5
30/10 247/11

respond [3]   29/14
196/7 211/6

responds [1]   199/9

response [12]   22/8
41/10 48/23 58/7
87/5 145/6 150/19
159/3 193/7 193/9
199/10 246/23

responsibilities
[1]   126/10

responsibility [1]
143/4

responsible [1]
242/6

rest [6]   71/12
125/17 140/17
156/9 168/7 221/12

restate [1]   4/23

restaurant [1]
51/11

restored [2]   39/15
41/20

restroom [5]   16/18
16/22 160/10 170/6
170/8

restrooms [7]   5/17
5/18 5/19 5/25
66/6 66/7 210/2

retained [2]
207/18 239/8

retire [2]   23/3
82/11

retired [2]   81/13
81/21

retirement [2]
83/8 112/14

retried [1]   40/14

return [5]   32/6
32/7 156/15 169/21
171/1

returned [1]
170/21

returns [3]   121/1
127/1 229/20

reupload [1]
145/18

revenue [2]   120/10
120/13

reverse [1]   262/1

review [5]   22/17
28/12 28/17 34/8
243/8

reviewed [1]
203/23

reviewing [1]
203/19

revolution [1]
218/2

revolutionary [1]
218/18

revolutionize [1]
197/14

rewarding [2]   72/5
140/22

rich [1]   198/23

riches [1]   201/18

right [284]

right-hand [2]
250/14 266/8

**rights [6]**   20/1 24/6 27/16 39/15 122/21 122/22
**rigid [1]**   213/3
**rings [1]**   75/8
**Ripple [1]**   54/10
**rise [1]**   18/19
**risk [2]**   37/13 90/6
**RIVERO [17]**   1/19 1/19 4/4 7/16 7/20 30/22 31/1 69/19 72/12 115/20 155/17 207/13 207/15 244/3 245/3 246/11 250/1
**RMR [1]**   273/17
**road [2]**   75/5 217/10
**Robert [2]**   34/16 35/22
**Robinhood [1]** 62/25
**ROCHE [11]**   1/13 1/14 2/9 3/14 17/6 30/14 185/7 209/22 211/7 246/21 269/17
**Rodriguez [1]**   8/6
**role [3]**   142/23 174/17 226/5
**roles [1]**   241/7
**room [29]**   1/24 5/9 5/11 5/18 5/19 11/1 40/25 79/14 90/11 100/10 100/14 100/16 102/11 102/14 114/8 114/9 151/14 151/15 151/16 157/12 159/25 179/10 179/14

210/2 217/2 270/15 271/11
**rooms [4]**   10/14 40/11 178/11 232/19
**root [2]**   76/16 219/5
**Rosalina [3]** 167/17 171/18 172/2
**rotate [1]**   53/16
**rough [1]**   157/8
**roughly [2]**   185/22 200/12
**row [5]**   10/1 10/3 10/10 10/11 10/25
**Rozansky [14]** 50/15 51/13 103/13 117/25 118/2 125/14 126/2 127/7 132/6 132/8 132/19 164/1 165/24 166/16
**RPR [1]**   273/17
**rude [1]**   213/3
**rule [4]**   243/5 243/24 244/7 244/8
**rules [8]**   126/15 126/16 174/25 175/4 178/21 182/9 182/12 257/13
**ruling [4]**   15/21 210/20 211/9 211/10
**run [5]**   105/7 221/3 221/4 221/8 258/22
**running [8]**   127/21 146/18 152/12 185/17 220/11 220/16 220/19 220/25
**runs [2]**   153/20

**rush [1]**   272/2
**rushing [1]**   152/12

## S

**sacred [2]**   20/6 24/6
**sad [1]**   142/13
**safely [1]**   58/6
**safety [2]**   97/4 97/8
**saga [1]**   210/23
**Sahara [2]**   263/11 263/12
**said [70]**   9/7 25/2 26/21 27/4 29/11 45/9 48/7 58/5 58/6 67/2 69/13 70/6 71/22 74/23 79/13 79/14 80/16 80/23 82/22 83/9 84/9 85/6 85/14 85/19 86/9 86/24 88/22 90/17 91/16 91/17 92/6 98/3 98/7 98/7 99/2 99/6 99/10 105/5 107/15 107/23 111/21 111/23 116/3 116/13 128/19 129/19 129/20 129/20 138/8 141/5 149/2 149/3 159/5 162/13 164/18 175/22 179/9 198/1 198/19 198/23 204/5 204/6 209/16 211/1 215/1 229/19 232/10 246/9 251/20 257/16
**salary [3]**   26/7 26/9 27/16
**Sally's [1]**   111/23

# S

**same [32]**   8/25
66/1 71/24 98/18
100/10 107/3 107/3
114/15 117/5
120/23 120/25
123/16 123/18
130/2 131/20 136/9
137/24 143/24
147/15 148/3
148/24 149/12
155/13 160/21
190/17 212/25
229/23 243/21
246/15 252/23
253/12 259/24
**Sampson [8]**   19/23
27/21 39/8 45/3
49/20 67/7 114/20
117/12
**San [3]**   37/17
84/24 84/25
**San Francisco [1]**
37/17
**sand [12]**   263/4
263/9 263/10
263/12 263/13
263/14 263/15
263/16 263/20
263/21 264/9
264/12
**satisfaction [1]**
20/10
**satoshi [17]**
188/10 188/11
192/3 192/3 192/4
212/19 250/18
250/22 255/9
255/10 255/12
255/16 255/21
255/25 256/3
267/20 268/5
**satoshin [1]**

**Saturday [1]**
123/13
**save [1]**   147/9
**savvy [1]**   148/19
**saw [11]**   58/4
173/21 173/25
174/22 174/23
214/15 215/10
215/25 233/13
234/8 267/21
**say [67]**   11/18
24/23 26/1 26/16
42/2 42/7 45/9
46/15 58/1 58/23
64/1 64/10 69/17
69/21 69/22 71/7
72/3 72/9 76/15
82/24 82/25 84/6
84/19 87/21 91/21
93/7 94/25 96/14
99/17 107/3 110/3
110/4 110/5 110/20
119/3 123/18
132/22 140/15
145/9 147/4 153/8
154/6 157/6 172/16
173/24 184/13
199/4 202/5 207/3
209/14 227/15
229/5 229/11
229/13 231/21
231/22 242/10
242/12 251/25
256/14 256/24
261/19 262/6
262/19 265/4
265/22 269/1
**saying [13]**   14/12
26/19 27/7 76/2
89/20 95/9 95/10
143/18 149/5 149/9
198/9 198/24
256/22

**says [12]**   68/14
89/20 109/20
113/13 186/14
186/14 190/23
198/8 207/13
247/15 254/10
266/10
**scale [2]**   73/18
218/7
**scales [2]**   236/21
236/22
**scam [5]**   55/25
60/23 99/7 99/7
99/8
**scammed [1]**   153/11
**schedule [8]**   11/15
11/23 23/8 28/9
41/4 165/18 168/3
271/18
**scheduled [4]**   41/8
42/23 45/13 45/14
**scheduling [1]**
27/1
**scheme [5]**   184/20
186/3 186/9 196/23
200/16
**SCHILLER [1]**   1/16
**school [22]**   41/17
41/23 42/5 42/10
53/16 54/1 84/16
84/17 84/20 84/23
85/3 87/19 97/16
105/23 119/13
134/12 134/13
137/3 137/5 139/1
140/11 165/13
**schools [2]**   53/15
53/15
**science [4]**   52/20
53/6 187/8 240/3
**sciences [1]**   33/16
**scientist [1]**
33/17
**Scott [3]**   12/4

**S**

Scott... **[2]**   16/20
29/19
Scottish **[1]**   34/7
screen **[15]**   145/8
187/14 187/21
249/2 249/15
249/25 250/1 250/3
250/5 250/6 250/8
253/23 254/3
265/17 265/22
screens **[6]**   187/18
187/22 187/23
249/17 249/18
249/22
scribbled **[1]**
198/21
search **[2]**   40/2
178/13
seat **[10]**   14/21
14/21 18/23 157/2
159/15 160/6 171/2
173/5 210/12
270/25
seated **[9]**   9/18
22/21 68/19 156/25
168/7 171/6 173/9
212/10 270/15
seating **[2]**   9/15
9/24
seats **[3]**   17/24
18/4 172/22
Seattle **[1]**   33/24
second **[19]**   8/17
10/3 12/15 18/15
166/22 174/18
182/24 189/24
193/6 193/14
204/19 205/12
215/6 222/20
225/15 235/5
253/10 254/11
268/19

secondly **[1]**
252/22
seconds **[1]**   112/25
secret **[6]**   183/20
183/21 184/9 184/9
189/8 191/8
secretary **[1]**
254/14
secrets **[1]**   194/8
section **[3]**   143/10
143/18 155/6
secure **[6]**   10/17
11/2 220/1 261/18
261/25 270/6
secured **[3]**   11/21
259/8 271/12
security **[13]**   5/24
16/19 26/4 29/18
29/24 52/21 182/1
210/1 225/5 241/13
259/8 270/5 272/3
see **[88]**   5/5 6/19
10/9 15/15 15/20
15/22 17/23 18/24
20/24 55/11 66/7
68/2 74/14 79/15
90/1 99/22 99/23
104/24 104/25
136/14 136/14
146/8 150/17
152/16 156/17
160/2 174/3 175/25
181/12 181/14
181/14 183/23
184/25 185/3
185/20 186/12
186/21 187/14
190/2 191/10
194/23 195/8 197/4
197/17 199/11
199/14 200/15
201/5 203/2 203/7
203/9 204/7 206/23
208/2 208/3 209/7

211/23 214/19
218/12 219/1
219/12 219/13
219/15 223/16
227/16 228/1 229/4
235/8 243/2 245/14
247/1 249/4 249/25
254/3 255/11
256/13 257/17
259/15 259/18
260/8 268/14
268/25 270/22
272/7 272/18
see a **[1]**   104/24
seeing **[19]**   29/3
30/3 31/8 32/21
33/1 38/7 38/11
38/17 38/22 39/1
39/13 39/17 40/22
41/3 65/4 155/23
156/2 253/23
265/17
seek **[1]**   31/22
seeking **[1]**   200/20
seeks **[2]**   32/7
176/25
seem **[2]**   217/6
231/19
seemingly **[3]**
201/15 218/4 234/5
seems **[1]**   97/20
seen **[8]**   90/2
145/5 145/7 145/7
145/10 149/16
152/21 231/5
sees **[1]**   179/5
seized **[1]**   177/3
select **[6]**   5/3
9/20 58/11 66/23
159/20 161/5
selected **[13]**   20/9
22/11 22/19 22/19
22/21 27/11 27/13

**S**

**selected... [6]**
38/13 41/11 46/6
46/24 171/9 171/14
**selecting [2]** 18/2
160/24
**selection [7]** 4/17
15/23 19/6 20/13
22/20 159/18
160/24
**self [2]** 24/24
187/1
**self-employed [1]**
24/24
**self-taught [1]**
187/1
**sell [3]** 112/6
112/13 242/4
**selling [5]** 54/22
56/18 58/13 60/7
60/9
**sells [1]** 60/14
**seminars [2]**
240/23 242/17
**Senate [3]** 241/3
241/5 241/6
**senator [1]** 241/6
**send [9]** 151/18
152/21 218/21
219/18 253/11
253/12 260/6
261/15 265/16
**sending [2]** 217/21
266/20
**sends [5]** 188/1
190/9 192/10 255/4
255/6
**senior [2]** 37/12
37/22
**sense [7]** 152/7
152/9 180/22
206/15 218/2 262/6
262/11

**sensitive [1]**
134/2
**sensory [1]** 138/23
**sent [8]** 192/21
192/22 199/16
203/8 208/14
250/21 255/8
267/19
**separation [1]**
124/2
**September [4]**
26/15 28/6 193/18
193/19
**sequence [1]**
261/10
**series [3]** 21/13
70/7 259/14
**serious [2]** 40/14
216/20
**serve [39]** 19/14
20/20 21/14 27/11
41/7 42/19 43/17
47/15 47/25 48/21
49/6 49/12 55/22
56/4 57/22 58/15
59/19 60/10 60/15
61/3 61/18 62/5
63/4 64/19 67/8
70/15 71/2 71/17
72/3 72/4 86/17
155/21 157/14
157/24 158/24
159/4 162/20 241/7
241/15
**served [8]** 17/25
19/20 19/21 20/14
34/4 187/2 195/20
195/24
**server [2]** 145/24
150/24
**serves [1]** 29/8
**service [11]** 10/22
19/15 19/16 19/16
19/17 19/24 20/8

196/2
**services [5]**
239/10 239/12
239/13 240/25
242/3
**serving [8]** 19/20
20/5 24/11 32/24
94/3 158/14 177/12
185/8
**session [5]** 24/1
24/19 43/9 45/23
271/20
**set [15]** 41/13
64/7 64/9 64/14
89/1 150/7 174/4
191/20 192/21
193/14 235/24
259/19 259/20
261/12 273/14
**sets [1]** 261/13
**seven [1]** 93/7
**several [7]** 11/6
33/17 34/2 48/2
98/1 103/2 156/9
**shadow [1]** 269/14
**shady [2]** 60/23
103/9
**Shah [2]** 214/4
225/15
**shake [1]** 29/15
**shaking [1]** 150/17
**sham [2]** 196/5
196/15
**shame [1]** 190/24
**share [27]** 15/8
31/19 51/4 57/19
58/2 60/2 78/10
78/11 98/7 116/17
119/22 147/15
152/23 177/1 179/9
182/8 184/13
184/21 186/3
194/22 198/8 206/6

**S**

**share... [5]** 206/7
 206/13 206/15
 206/23 210/18
**shared [7]** 145/24
 151/20 194/7
 206/25 232/20
 267/5 267/13
**shareholder [4]**
 111/8 129/10 204/7
 204/8
**shareholders [1]**
 128/18
**shares [2]** 189/4
 227/4
**sharing [12]** 78/5
 84/8 103/10 107/6
 116/23 135/13
 136/8 140/3 151/23
 193/8 210/18
 267/11
**she [55]** 16/8 16/9
 29/10 33/19 37/6
 37/9 67/13 67/14
 70/6 78/15 95/10
 104/7 106/5 106/20
 107/2 107/3 108/20
 110/3 110/4 110/5
 110/5 127/17 128/2
 133/2 138/6 138/19
 138/20 138/21
 138/22 139/10
 139/10 139/18
 139/20 139/20
 139/20 139/23
 162/13 162/13
 164/17 164/18
 164/19 165/10
 165/12 165/15
 175/3 225/6 225/6
 225/7 225/7 227/17
 231/20 266/1
 266/14 267/7 267/8

**she'd [1]** 138/19
**She'll [1]** 227/17
**she's [15]** 16/9
 33/21 37/8 105/12
 108/18 117/3 117/3
 128/2 128/3 138/5
 138/6 139/2 139/15
 140/2 209/12
**Sheneka [1]** 165/1
**Sherman [1]** 53/25
**shocked [1]** 197/25
**shoes [1]** 223/21
**shop [2]** 257/23
 257/24
**short [2]** 22/17
 169/21
**shorthand [2]**
 273/5 273/8
**shortly [7]** 184/23
 186/6 194/25
 197/12 199/16
 234/3 254/22
**shot [1]** 92/8
**should [33]** 7/5
 9/23 9/24 14/8
 15/15 15/18 15/20
 20/21 29/23 40/1
 40/12 79/13 79/25
 115/1 122/18 154/8
 157/21 158/23
 174/16 177/17
 177/22 178/13
 179/13 179/16
 180/6 183/2 183/3
 187/18 187/22
 211/3 249/22 269/2
 269/2
**shouldn't [3]**
 55/23 122/14
 152/10
**show [39]** 16/21
 20/13 89/19 117/21
 117/25 194/23
 194/24 195/3

 203/21 206/11
 208/3 208/5 209/8
 215/12 218/9
 218/24 220/2
 224/22 226/16
 226/20 226/21
 226/23 227/15
 228/6 228/10 230/1
 230/21 231/14
 232/17 233/25
 234/3 234/6 234/14
 234/20 245/2 245/8
 258/19
**showed [4]** 71/13
 214/1 258/14
 258/14
**showing [4]** 200/15
 203/5 263/5 264/3
**shown [5]** 143/12
 203/6 203/13
 203/14 270/12
**shows [3]** 72/20
 222/17 250/13
**shred [1]** 222/18
**Shuttle [1]** 82/16
**shy [1]** 132/10
**SI [1]** 56/24
**sic [3]** 96/12
 165/2 176/24
**sick [3]** 226/25
 226/25 233/1
**side [34]** 11/5
 11/7 34/25 72/24
 72/25 73/18 76/24
 76/25 79/5 90/11
 95/9 95/9 100/10
 100/14 100/16
 102/11 102/14
 103/9 113/16 114/8
 114/8 142/7 143/25
 150/24 161/14
 168/18 172/12
 179/21 203/7

**side... [5]** 236/22
250/14 266/8
266/12 266/14
**side's [1]** 174/15
**sidebar [3]** 243/1
243/3 247/25
**sides [17]** 47/10
66/24 67/5 68/13
99/2 154/12 159/21
160/7 163/20 164/7
164/16 167/20
169/4 170/21
181/18 203/14
236/21
**sight [1]** 38/14
**sign [2]** 109/10
196/2
**signature [2]**
151/10 152/9
**signed [1]** 96/2
**significance [1]**
251/2
**significant [2]**
98/14 251/3
**significantly [2]**
228/6 251/14
**silent [1]** 199/2
**Silk [1]** 217/10
**silver [1]** 56/24
**similar [2]** 178/6
241/6
**simple [4]** 115/16
196/14 233/10
254/20
**simplest [1]**
219/11
**simplification [1]**
265/17
**simplify [1]**
253/10
**simply [6]** 72/9
174/4 180/18

230/12 252/11
265/5
**since [28]** 5/22
6/13 7/4 10/13
11/3 12/7 16/17
17/25 35/10 65/21
66/24 67/17 75/20
119/13 147/4 163/1
168/1 168/18 194/7
201/17 203/22
204/24 239/19
240/9 244/10
269/10 271/18
272/11
**Singapore [1]** 37/8
**single [18]** 201/19
213/21 219/12
219/15 219/16
219/16 220/7
222/12 222/18
223/4 223/7 223/9
223/20 230/13
230/14 230/14
235/15 263/10
**sir [87]** 23/13
23/16 23/20 25/20
26/13 27/16 28/2
28/7 31/4 43/3
43/24 45/6 46/14
47/18 48/10 49/17
50/3 50/9 52/2
53/4 53/9 53/19
54/16 55/10 55/15
56/12 56/14 57/8
58/25 59/2 60/5
60/8 60/18 61/5
61/10 61/19 61/24
73/9 74/17 74/18
77/9 77/11 77/19
78/24 78/25 79/2
79/10 82/23 87/12
90/14 100/9 102/21
102/24 103/10
110/15 113/6

117/13 117/22
118/3 118/12
131/19 137/24
138/4 138/4 146/25
147/2 149/22
149/25 150/14
150/20 151/2
151/20 152/1
156/19 156/22
157/5 159/9 159/12
173/4 173/5 210/9
238/7 238/9 272/10
272/20
**sister [3]** 174/22
216/10 221/20
**sit [6]** 9/11 22/11
154/21 163/1
209/10 258/8
**site [5]** 24/22
25/2 25/5 25/7
178/11
**sites [1]** 243/20
**sitting [5]** 38/19
88/12 115/17
212/20 269/10
**situation [3]**
133/6 137/11 262/7
**situations [1]**
216/21
**six [9]** 14/17
50/25 61/11 75/8
93/7 136/23 188/9
192/21 269/10
**size [1]** 17/24
**skill [1]** 216/25
**skilled [1]** 142/11
**skills [2]** 191/23
213/12
**skipped [2]** 10/10
10/11
**sky [1]** 264/6
**Skypes [2]** 232/23
232/23

**S**

**slave [1]** 192/2

**sleepy [1]** 38/24

**slide [25]** 187/13
188/13 190/8
192/17 193/11
194/1 195/5 195/22
199/8 249/9 253/16
254/23 255/23
256/5 256/11
256/13 259/1
259/18 260/25
264/1 264/3 265/12
266/17 267/15
268/10

**slides [1]** 258/14

**slightly [1]**
132/19

**slot [2]** 259/24
260/2

**slower [1]** 193/16

**small [12]** 62/2
98/16 98/17 217/21
218/13 218/19
256/22 256/24
256/25 263/7
263/10 264/5

**smaller [1]** 264/8

**smallest [2]** 218/7
264/10

**smart [4]** 58/23
89/25 90/25 139/2

**smartest [1]** 217/1

**Smartphones [1]**
40/4

**smelled [1]** 173/21

**smile [1]** 89/18

**smoothly [2]**
127/21 185/17

**Snapchat [1]** 178/4

**so [443]**

**social [29]** 5/6
13/18 15/12 21/4

64/21 91/9 99/16
100/3 104/22
104/25 105/3
105/23 105/24
112/18 117/4
134/19 152/14
152/15 152/18
152/19 152/21
152/23 173/6 178/3
178/6 178/12

**socially [1]**
139/15

**socio [1]** 224/7

**software [9]** 33/14
53/18 78/15 78/17
78/19 192/22
220/24 221/5
258/18

**solar [1]** 264/14

**sold [13]** 51/20
54/18 55/3 91/1
93/1 93/5 93/20
93/21 93/22 93/23
112/1 130/1 130/1

**soldier [1]** 142/9

**solely [1]** 64/15

**solve [7]** 71/25
220/16 221/10
221/11 251/15
252/14 252/16

**solved [2]** 220/17
251/22

**solving [1]** 221/14

**some [105]** 8/9
10/14 10/20 19/1
20/16 21/23 35/7
47/7 48/8 48/9
55/8 55/8 56/9
63/8 63/10 66/25
69/7 70/8 74/12
74/13 76/15 80/14
80/24 81/1 81/8
83/7 83/10 94/4

116/24 117/18
119/25 122/25
123/19 124/1 124/2
125/16 131/25
133/21 133/24
134/24 136/16
137/7 137/25 138/9
141/2 144/13 147/8
148/8 149/14
149/17 152/2 157/8
157/12 157/15
158/6 159/7 160/12
164/14 168/8 171/9
173/12 173/24
175/16 177/9 182/6
182/20 187/14
189/5 190/1 191/14
191/23 191/25
193/13 195/13
195/14 198/5
198/23 199/21
203/19 205/1 207/4
214/9 218/15
239/23 239/23
242/11 243/20
243/20 243/21
246/15 252/12
252/18 253/8
259/10 265/15
265/24 270/3 270/3
270/8 270/8 270/19
271/18

**somebody [13]**
48/17 62/11 95/18
95/18 118/19
121/14 194/11
207/8 255/4 255/4
258/24 265/16
266/23

**somebody's [2]**
262/3 265/2

**someone [20]** 6/24
75/22 86/8 89/20

**S**

**someone... [16]**
94/9 96/22 99/6
107/16 153/16
153/23 158/1
173/21 219/21
224/4 224/9 252/19
255/6 259/25
260/13 261/24
**someone's [3]**
72/16 73/19 173/22
**something [50]** 6/3
42/22 48/17 62/12
62/24 62/25 70/4
74/7 77/1 78/9
85/9 87/3 89/20
94/23 99/17 99/20
106/16 113/20
113/22 119/19
133/9 133/10
133/21 138/8
140/17 145/9
148/24 149/1
150/25 151/8 152/3
153/6 154/10
174/20 180/17
186/13 198/18
198/20 206/14
207/8 212/17
215/18 217/14
245/2 250/15
252/25 255/19
265/4 265/22
268/21
**sometimes [23]**
21/15 41/16 69/11
119/10 128/11
141/3 144/20 145/8
147/7 147/10
147/13 147/23
147/24 148/5
149/10 149/11
175/12 182/13

232/24 232/25
237/10
**somewhat [1]** 117/1
**somewhere [2]**
105/17 199/13
**Sommer [1]** 192/11
**son [10]** 41/16
41/18 42/5 97/20
97/23 98/18 164/19
165/2 165/11
197/11
**son's [1]** 77/21
**song [1]** 96/2
**songs [7]** 94/20
95/18 96/1 121/18
122/21 122/22
123/3
**songwriter [2]**
94/20 123/1
**sons [1]** 70/14
**soon [4]** 26/19
100/2 197/2 246/21
**sore [1]** 265/6
**sorry [26]** 10/6
74/24 79/6 80/25
85/13 96/14 107/18
109/17 114/24
115/25 116/5 116/5
117/23 118/9
124/19 135/21
141/19 152/11
153/14 160/14
164/11 165/4
170/12 183/11
190/12 246/12
**sort [6]** 98/24
100/11 102/17
105/16 106/4
149/14
**sorts [2]** 74/10
141/6
**sound [1]** 261/17
**sounds [4]** 92/3

137/11
**sour [1]** 199/17
**source [1]** 179/3
**sourced [1]** 242/16
**South [4]** 1/14
5/12 75/18 86/2
**Southeast [1]** 1/17
**SOUTHERN [9]** 1/1
19/8 39/2 39/3
39/6 39/11 67/8
273/3 273/6
**soybeans [1]** 242/4
**space [7]** 82/16
105/3 187/8 204/24
221/7 239/18
259/16
**spare [1]** 84/3
**speak [17]** 21/16
29/23 41/11 44/17
58/3 58/10 65/23
69/14 116/19 156/7
157/4 230/17 231/2
232/23 232/24
240/23 247/10
**speaking [12]** 16/8
16/11 79/15 79/16
87/1 116/24 116/25
117/3 158/22
160/16 165/6
189/25
**special [8]** 21/23
52/20 137/4 137/6
165/3 165/16 179/1
215/14
**special-needs [1]**
165/16
**specialize [1]**
242/2
**specific [14]**
38/14 49/21 78/16
122/13 140/17
150/4 210/11 244/5
244/7 248/16

**S**

**specific... [4]**
251/16 258/18
258/19 261/10
**specifically [7]**
131/3 150/8 178/7
240/4 241/4 245/24
268/16
**specifics [2]**
120/4 271/3
**spectrum [10]**
133/25 136/13
138/3 140/9 140/10
140/12 140/22
141/13 213/11
232/7
**speculate [1]**
182/18
**speech [2]**   140/7
212/24
**spell [1]**   238/13
**spend [20]**   67/6
84/7 139/19 184/24
186/17 186/22
186/25 231/6 247/9
251/16 251/22
252/14 252/16
252/24 252/25
258/24 259/3
259/11 266/7
267/19
**spending [5]**
219/21 252/12
252/22 253/3
253/14
**spent [4]**   142/11
203/19 267/3
267/10
**spirits [1]**   51/11
**split [13]**   92/6
92/18 92/19 93/22
93/24 106/5 106/10
111/14 111/17

120/17 126/17
**spoke [3]**   100/21
125/14 125/16
**spoken [1]**   118/15
**sports [3]**   74/25
75/1 75/3
**spot [5]**   115/25
117/6 136/11
137/25 246/15
**spotting [1]**
140/25
**Spouses [1]**   118/8
**spread [1]**   221/7
**spun [1]**   185/4
**squarely [1]**
210/16
**ss [1]**   273/2
**St [1]**   33/19
**staff [3]**   11/11
108/3 182/7
**stage [1]**   166/19
**stake [3]**   71/21
72/17 73/20
**stand [8]**   19/20
19/23 143/1 143/2
182/24 206/3 272/9
272/14
**standard [7]**   72/23
73/20 73/24 73/24
237/12 237/15
237/16
**standing [1]**
238/10
**stands [3]**   195/15
195/15 196/20
**Star [1]**   141/10
**stark [1]**   221/21
**stars [1]**   264/15
**start [26]**   25/13
33/10 41/14 47/11
50/14 56/19 70/12
103/13 118/16
135/7 136/15

168/16 168/22
188/2 200/21
200/23 221/14
241/21 242/8
256/13 262/8 263/6
263/7 263/8
**start-ups [1]**
241/21
**started [20]**   3/3
8/13 34/3 66/9
67/22 70/13 72/9
78/14 80/12 84/21
91/12 135/14 138/7
171/2 190/23
198/14 201/2
201/10 270/17
270/21
**starting [4]**   3/7
23/24 137/7 187/25
**starts [6]**   44/9
199/20 200/5 200/7
202/2 202/25
**state [18]**   3/6 6/5
7/1 9/16 10/13
15/17 17/21 20/15
21/5 22/4 72/17
85/24 161/12
161/12 176/12
211/16 238/13
239/4
**stated [17]**   4/22
24/1 24/4 30/5
47/13 47/22 48/12
49/3 158/19 167/25
176/11 211/10
236/9 237/10 244/5
244/22 270/7
**statement [16]**   2/4
2/4 66/12 179/21
179/22 181/4
193/20 208/24
209/12 211/17
212/11 225/9

**S**

statement... **[4]**
225/24 225/25
226/17 257/25
statements **[14]**
29/12 168/9 168/14
174/12 174/13
180/25 183/8
204/15 204/17
206/4 211/5 224/14
229/6 231/12
states **[8]**   1/1
1/11 19/8 72/18
192/13 223/15
273/1 273/6
stating **[1]**   226/18
station **[2]**   259/16
260/1
statistical **[1]**
35/16
status **[2]**   6/18
8/16
statute **[1]**   236/10
stay **[3]**   42/3 90/5
119/5
stayed **[2]**   108/11
122/9
staying **[1]**   157/1
steal **[4]**   184/17
184/20 186/3 196/6
stealing **[1]**
230/24
Stefan **[1]**   35/13
stenographic **[1]**
273/11
step **[1]**   172/12
STEPHEN **[1]**   1/17
Steve **[2]**   3/21
30/14
Steven **[5]**   3/17
30/14 36/3 36/5
212/20
Stewart **[1]**   37/18

still **[23]**   13/4
27/2 52/6 53/11
59/15 61/15 75/7
104/10 105/7
112/18 112/22
112/23 122/19
149/21 224/2
247/17 249/25
262/18 263/21
267/1 267/2 272/9
272/13
stipulated **[1]**
7/25
stock **[4]**   62/3
97/21 99/3 242/2
stole **[4]**   32/12
201/24 231/4
233/24
stood **[3]**   225/9
225/10 225/11
stop **[7]**   93/14
135/4 151/15 199/3
221/13 269/11
269/17
stopped **[2]**   93/1
255/25
stops **[1]**   252/11
storage **[8]**   51/20
110/21 110/22
128/15 130/5
131/16 221/6
259/15
store **[2]**   111/1
218/15
stored **[2]**   258/4
258/5
stories **[1]**   205/24
story **[17]**   146/1
186/10 189/3 193/8
200/6 200/7 202/2
205/18 206/15
210/19 213/21
213/22 213/23
214/6 216/5 232/15

straightforward **[1]**
141/4
strange **[3]**   212/25
216/10 217/6
strategy **[1]**
241/22
street **[3]**   1/17
86/1 91/8
stress **[3]**   4/20
5/13 5/16
stressful **[2]**
26/18 233/21
stricken **[7]**
161/25 162/6
162/17 162/22
163/11 163/18
166/16
strike **[3]**   162/16
165/24 167/8
strikes **[2]**   12/20
12/22
striking **[1]**
175/13
strong **[6]**   61/1
64/1 64/3 64/11
64/14 87/3
strongly **[3]**   115/7
116/15 169/13
struggle **[1]**
218/20
struggling **[1]**
207/4
studied **[4]**   80/16
83/3 251/9 251/11
study **[4]**   80/19
81/16 88/13 218/10
studying **[2]**   84/17
218/4
stuff **[19]**   53/8
57/18 74/12 81/4
82/11 88/12 89/15
104/25 104/25
111/1 116/23

**S**

stuff... [8]
133/21 141/8 147/9
148/7 152/23 199/7
241/12 242/4
style [1]  250/17
styled [1]  30/5
subject [8]  21/24
77/5 132/20 141/23
142/15 144/11
180/16 246/6
subjective [1]
213/18
subjects [1]  155/3
submit [5]  181/19
182/2 182/7 182/21
183/1
substance [1]
243/21
substantial [2]
209/3 246/5
substitute [1]
46/4
success [1]  220/18
successful [3]
140/12 140/14
198/14
successfully [1]
237/24
such [7]  38/13
54/10 133/6 157/13
178/4 183/4 239/24
sudden [3]  184/24
196/10 202/24
Suddenly [1]  202/2
sue [1]  195/17
sued [4]  199/23
204/4 230/20
230/22
sufficient [2]  6/9
159/19
suggest [7]  5/21
9/11 10/23 16/16

suggested [3]  6/24
212/22 215/22
suggesting [1]
169/4
suggests [2]
174/21 214/24
Suite [3]  1/14
1/17 1/21
Sullivan [1]  34/20
sum [1]  243/21
summarize [4]
180/10 235/4 243/7
243/25
summarizing [1]
222/5
summary [3]  31/9
48/20 95/11
summons [2]  26/14
70/13
super [1]  71/12
supply [1]  108/3
support [5]  229/7
233/16 243/7 243/7
243/25
supported [1]
223/18
supports [1]  231/3
supposed [8]  25/25
77/14 139/1 145/25
179/23 203/13
211/2 243/8
sure [74]  11/5
11/24 12/4 13/18
15/11 15/24 16/2
16/11 17/10 21/3
22/10 27/10 27/22
44/22 49/5 50/1
50/15 54/14 56/20
58/21 59/4 61/7
64/12 70/11 71/7
71/8 72/12 73/13
73/13 75/6 79/13
89/6 95/7 95/22

109/16 112/3 116/2
116/24 117/19
123/13 127/21
129/9 131/9 131/18
133/12 141/13
141/24 142/24
148/13 158/7
160/16 160/21
164/11 164/23
170/20 171/23
177/19 181/8
184/13 185/16
206/5 208/22
209/12 231/21
242/1 248/11
249/15 249/16
252/23 263/2 270/5
Surface [3]  145/17
145/21 146/4
surgery [1]  41/18
suspicious [2]
199/18 209/17
sustain [2]  175/6
175/9
sustained [1]
203/24
swear [1]  18/13
switch [1]  148/13
switching [1]
226/14
swore [3]  204/7
204/9 204/11
sworn [11]  2/3
15/15 18/20 168/6
170/15 171/15
172/9 172/12
172/21 173/11
238/11
symbols [1]  149/17
sympathetic [1]
142/15
sympathy [2]
143/19 143/25

**S**

**synchronized [1]**
258/10
**system [19]**   76/22
85/24 85/24 116/15
116/16 142/23
146/11 219/4
219/25 250/18
253/4 257/5 257/6
257/8 257/10
257/15 258/3
258/10 264/14
**systems [5]**   87/18
89/2 139/1 240/6
251/13

**T**

**T-H [1]**   80/5
**TAAL [1]**   34/5
**table [6]**   9/12
30/13 30/24 163/1
185/12 270/5
**tables [1]**   271/13
**tablet [1]**   144/14
**tablets [1]**   40/4
**tail [1]**   224/2
**take [60]**   4/24
5/21 5/24 6/5 6/6
6/7 6/14 6/21 7/2
11/16 11/20 15/5
16/17 21/7 22/7
22/7 22/17 22/20
22/3 28/12 28/17
41/17 41/19 42/9
49/17 53/15 53/17
65/20 66/3 66/18
66/22 85/21 93/19
127/19 147/5 148/1
149/7 156/4 165/12
168/16 169/5
175/24 179/8 179/9
179/16 194/16
204/2 209/5 209/23
209/24 209/25

210/1 217/23
217/24 238/21
246/1 263/11 266/2
270/4 272/1
**taken [6]**   172/13
201/12 226/22
234/9 270/3 270/19
**takes [7]**   29/11
42/11 127/17 206/3
219/6 267/11
267/12
**taking [10]**   6/24
6/25 9/12 38/23
42/5 65/21 127/20
179/11 196/12
213/16
**Tal [2]**   12/13
16/20
**talk [43]**   9/5 27/2
40/6 40/20 41/21
42/14 42/24 49/14
49/16 70/3 71/19
74/2 75/24 78/21
83/15 95/8 95/17
95/17 108/23
116/22 118/14
119/8 141/10
142/16 156/10
177/12 177/17
178/18 178/19
187/14 189/9
192/25 198/2
199/15 214/13
215/6 217/10
220/23 223/11
243/13 253/8 264/9
264/13
**talked [17]**   6/16
61/12 69/9 74/1
94/5 114/21 131/15
149/23 150/2 155/3
195/7 205/19
221/23 233/10
261/3 261/4 267/18

**talking [24]**   43/17
70/4 73/15 85/10
91/18 95/2 95/21
99/14 103/19
117/11 117/14
133/19 143/11
177/25 186/17
187/15 193/21
198/14 199/3 233/1
263/7 265/5 265/7
265/8
**talks [1]**   57/17
**Tampa [6]**   27/23
28/1 28/5 39/9
45/4 45/4
**tangled [1]**   185/3
**tarnished [1]**
201/24
**task [2]**   231/20
265/10
**taught [1]**   187/1
**tax [12]**   121/1
127/1 193/12
196/18 204/6
223/14 223/16
223/17 227/20
229/20 231/13
233/22
**Taxation [1]**
196/20
**tea [1]**   6/2
**teach [5]**   148/9
240/10 240/23
242/18 248/15
**teacher [3]**   46/4
134/25 219/6
**teachers [1]**   147/6
**teaching [4]**   35/10
240/8 240/9 240/17
**team [12]**   7/14
7/17 70/11 76/14
76/14 76/16 164/24
192/1 192/4 192/4
207/3 209/14

**teams [6]** 74/23
74/25 75/1 75/12
75/13 75/14
**tech [4]** 140/13
141/13 148/19
148/21
**technical [7]**
157/15 157/18
157/19 158/23
159/7 188/15
191/13
**technician [1]**
187/2
**technologies [5]**
34/5 239/24 240/6
248/16 257/6
**technology [12]**
89/16 90/2 169/10
177/24 178/6
185/16 202/9
239/22 243/14
255/20 257/14
257/20
**Telescope [1]**
264/5
**tell [38]** 41/9
51/7 55/23 72/2
80/8 81/11 81/11
82/13 83/18 89/22
90/18 94/17 97/5
101/5 105/14
124/20 140/21
142/21 143/14
148/6 177/13
183/19 189/14
205/4 205/18
205/21 206/13
206/18 207/15
216/8 218/3 225/23
240/1 240/14 245/2
250/12 260/7 267/3
**telling [8]** 46/21

132/10 193/7 200/6
209/19 265/1
**tells [5]** 133/3
189/2 193/12
194/14 254/21
**tempered [1]** 233/2
**temporarily [1]**
18/4
**ten [1]** 270/18
**tend [3]** 140/19
152/19 257/2
**tender [5]** 166/20
167/3 167/10
167/13 167/20
**tends [2]** 174/5
213/3
**tens [2]** 258/7
263/13
**Tercero [1]** 70/20
**term [14]** 20/8
20/9 78/16 78/18
79/7 79/8 150/11
150/23 188/15
191/17 196/19
224/11 226/14
265/3
**terminology [1]**
150/4
**terms [17]** 7/22
58/3 58/10 72/24
144/1 157/15
157/18 157/19
158/23 159/7
191/13 191/14
222/17 222/19
223/10 250/25
265/18
**terrible [2]**
142/10 192/2
**Tesla [1]** 56/24
**testified [3]**
181/23 241/3 241/5
**testify [30]** 7/19

196/9 197/23
197/25 205/11
207/7 208/6 208/13
209/14 213/2
216/17 217/3
217/19 219/10
222/2 225/6 225/6
225/25 227/16
228/16 228/24
229/18 230/11
230/15 232/20
233/11 233/14
**testifying [4]**
176/1 176/2 205/13
238/21
**testimony [39]**
23/2 157/19 168/11
168/13 168/25
169/1 169/7 169/20
173/21 175/21
175/21 175/24
176/3 176/6 176/7
178/22 179/17
179/19 180/15
181/21 207/23
213/9 222/21 231/2
235/24 237/4 238/3
238/23 240/24
241/1 242/15 243/7
246/24 247/19
248/14 248/21
249/1 272/11
272/14
**text [7]** 40/10
128/10 178/2
190/19 192/13
203/4 203/17
**textbook [1]**
240/21
**than [41]** 19/16
26/10 27/25 38/19
69/18 73/19 88/12
105/19 108/13

**than... [32]** 111/8
116/16 118/5
119/10 122/2
140/14 146/20
148/20 179/18
180/21 182/5 184/5
188/8 191/25 197/6
206/17 207/20
210/11 217/17
218/8 218/13
218/20 228/20
228/22 236/18
237/8 237/12
237/25 251/11
264/23 269/2
272/12
**than one [1]** 27/25
**thank [172]** 13/5
14/4 15/16 15/24
16/5 16/23 17/4
17/9 18/21 18/25
19/24 24/9 25/11
27/16 27/17 28/7
30/19 31/1 31/4
35/25 38/2 42/21
43/24 44/21 44/25
45/6 45/25 45/25
46/11 47/18 48/10
49/1 50/9 51/13
52/2 52/16 53/4
53/9 53/19 54/4
54/5 56/12 56/14
56/15 57/11 59/2
59/25 60/18 61/5
61/21 61/24 62/8
63/15 64/23 65/10
65/10 65/15 68/20
68/23 68/24 72/9
72/10 72/10 72/11
73/8 73/13 77/11
78/5 78/13 78/25
79/10 81/15 83/13

87/9 87/13 90/10
94/7 94/14 94/15
96/10 96/19 99/5
100/9 100/17 101/4
102/5 102/6 102/7
102/24 103/7
103/10 103/10
107/6 107/12
107/14 110/14
110/16 110/18
113/2 113/10
113/17 114/6
114/14 114/19
114/20 114/22
114/24 115/9
115/10 115/12
116/9 117/13 118/3
118/12 121/12
124/17 128/13
128/13 128/14
131/19 132/5
132/18 133/18
136/7 137/23 140/3
141/20 143/16
143/23 143/23
144/3 146/6 148/10
149/19 150/14
151/2 153/22 155/9
155/16 155/16
155/17 156/23
157/1 159/11
159/13 162/7 163/3
166/11 171/3 171/7
172/14 173/4 185/7
194/17 197/9 204/1
208/19 209/21
209/22 210/10
211/22 212/12
235/22 238/12
238/17 238/24
249/5 250/10
265/11
**Thanks [4]** 84/8

**Thanksgiving [11]**
11/17 23/7 24/2
188/20 193/8
198/12 205/18
205/21 210/19
211/11 211/13
**that [1313]**
**that's [118]** 7/15
10/8 10/8 14/14
14/14 14/19 14/21
14/23 27/14 29/22
42/4 42/25 44/3
45/8 46/16 46/17
46/17 49/9 52/24
53/2 56/20 61/25
65/1 66/18 69/25
70/1 71/11 75/24
76/18 76/20 77/24
78/4 80/14 82/10
86/12 86/16 86/18
88/8 90/9 103/8
106/25 107/5 107/5
108/5 108/6 109/20
110/12 110/24
111/18 112/1
113/17 113/18
113/19 113/22
115/6 117/7 125/2
128/23 129/5
129/17 137/25
139/21 141/14
144/16 146/5
146/13 149/2
149/23 151/19
152/22 155/7
155/16 155/24
158/18 165/8
165/14 167/6
169/11 169/17
169/22 180/3
181/16 184/10
185/23 186/13
192/14 195/25

**that's... [31]**
199/6 214/8 215/24
217/24 220/1
223/24 225/18
225/19 235/21
239/9 242/5 246/10
247/19 254/9
256/20 256/25
256/25 257/7
258/15 259/12
260/9 261/8 262/18
262/19 264/20
264/24 265/24
267/5 268/2 269/4
269/9

**theft [9]**  200/14
204/18 230/3 230/6
233/23 236/4 236/7
236/24 237/15

**their [57]**  6/17
6/18 6/20 6/21 8/7
13/17 22/15 22/17
29/5 30/10 50/7
66/4 66/17 70/13
70/14 70/14 70/14
70/14 71/6 71/23
72/19 77/1 143/14
146/7 147/12
148/12 152/20
167/7 170/21
174/13 174/14
176/25 180/1 180/9
181/20 181/23
189/7 189/12
204/22 205/25
210/23 210/24
212/24 212/24
212/24 220/12
225/18 231/8
236/14 236/15
236/22 238/6
240/11 249/22

258/24 267/19
267/19

**them [75]**  6/20
6/21 7/2 8/9 11/1
15/2 15/14 18/8
26/2 26/15 27/2
29/6 38/5 47/17
55/1 61/13 64/15
69/11 70/10 77/2
84/1 88/24 93/5
93/17 93/19 93/23
93/24 100/1 105/20
112/15 112/19
120/18 123/16
124/2 125/5 125/6
125/6 127/20
140/23 148/6 148/9
153/17 165/6 168/8
174/11 176/24
177/14 179/9 180/1
180/5 183/19
189/12 196/7 197/5
199/15 205/12
206/18 222/13
222/17 223/8 224/5
224/17 224/19
228/8 228/16 234/8
234/16 237/5 237/6
241/22 251/17
253/5 259/18
261/10 261/11

**themselves [4]**
7/13 30/10 40/15
174/16

**then [105]**  5/23
7/16 7/20 8/10
9/18 11/14 11/21
11/22 15/2 19/5
22/17 25/16 26/24
33/8 43/15 43/21
47/20 49/17 49/19
57/12 66/18 66/21
66/22 68/2 70/5
70/8 70/11 78/21

82/19 85/12 85/14
88/22 91/1 91/9
91/16 91/17 93/22
99/18 100/4 106/21
108/10 113/7
120/17 122/1
135/17 143/6
145/18 147/15
148/1 148/2 149/7
150/24 153/5
157/18 157/21
159/19 159/20
159/24 161/1 161/5
161/11 161/14
162/18 163/24
167/15 167/23
167/24 168/8 169/5
170/8 175/5 175/7
180/4 180/10
180/11 181/1
182/10 193/2 196/1
198/19 199/20
201/17 209/25
220/10 222/5
231/21 234/16
237/8 237/25
252/11 252/22
253/11 260/5
260/15 261/13
261/23 263/10
266/25 268/21
268/25 269/5
271/19

**theology [1]**  218/6
**theory [4]**  213/25
218/5 223/20 262/4
**there [197]**  5/11
5/18 6/25 7/4 7/8
8/12 10/15 10/20
10/23 13/13 13/13
17/19 19/3 20/3
21/1 22/4 23/25
24/10 25/12 26/10

**there... [177]**
27/18 28/8 28/18
28/20 28/22 32/22
38/8 38/18 38/23
39/2 39/5 39/10
39/14 40/15 40/19
40/23 41/6 41/12
41/25 42/6 42/22
43/25 45/1 47/2
47/8 48/1 48/13
49/5 49/11 50/10
50/11 51/3 51/14
52/3 52/18 52/19
53/10 54/6 55/15
56/16 57/12 58/19
59/22 61/6 61/22
63/10 63/17 64/25
65/1 66/6 69/21
70/8 75/16 85/2
86/8 93/15 95/23
106/8 106/23 108/9
111/10 113/13
113/14 113/15
114/10 114/13
114/15 114/17
115/16 115/17
122/3 122/12
123/15 127/22
129/13 129/16
132/21 133/23
137/3 138/10 141/1
141/6 141/12
142/22 143/10
143/13 144/13
145/1 145/4 145/23
146/7 153/15 154/3
154/6 155/1 155/6
155/24 157/15
157/17 158/6
158/23 159/9 161/8
161/13 161/21
162/4 164/2 164/5

168/13 168/21
168/22 169/6
169/20 169/22
169/25 172/4
172/22 173/3
174/25 179/17
182/5 188/5 190/12
191/8 191/9 193/1
193/2 193/14
194/19 195/9 196/1
197/17 197/18
206/18 210/20
212/1 214/8 214/14
214/19 216/2
222/11 224/17
224/21 224/21
225/6 228/2 228/7
230/8 233/7 235/9
235/11 235/14
235/16 242/3 243/8
244/18 248/2
249/20 249/21
251/12 255/25
257/16 258/7 260/8
261/6 261/10
261/21 262/13
262/22 263/12
266/11 270/20
271/5 271/17
271/20

**there's [41]**   9/6
41/10 56/1 66/6
67/23 69/14 69/16
78/3 78/3 95/9
95/10 99/24 99/24
103/2 116/22
127/11 134/2
138/10 161/14
200/9 203/3 203/6
208/4 214/21
219/21 222/18
223/7 224/15 226/9
243/6 244/25

246/10 251/20
254/6 261/21 267/3
267/3 271/16

**therefore [1]**
261/25

**these [52]**   33/6
48/6 48/8 69/23
75/6 81/4 90/2
99/25 105/16
132/11 134/18
135/10 138/9 141/6
153/25 155/3
164/14 173/13
178/20 186/16
192/20 193/13
196/5 196/15 197/2
199/14 201/6 201/9
205/13 206/10
206/11 206/14
206/16 206/18
206/21 218/10
219/25 234/8 246/6
246/15 246/20
247/16 253/8
257/14 259/19
259/24 261/9 262/5
263/6 266/9 268/15
268/15

**they [170]**   6/19
6/21 7/22 7/24
10/16 11/1 13/12
13/17 15/18 15/20
17/20 18/8 26/1
26/1 26/15 26/17
26/19 26/24 26/24
27/4 32/1 40/20
45/14 46/22 55/25
67/13 70/13 71/14
71/22 75/8 76/25
77/1 79/13 79/16
82/11 86/9 87/22
92/20 92/21 96/2
96/5 96/6 99/6

**they... [127]**
99/17 100/2 100/2
100/3 100/4 100/4
103/6 105/24
105/24 108/10
108/11 108/11
114/2 119/22
119/23 119/23
119/25 120/9
120/10 120/16
120/17 120/18
120/19 120/24
121/1 121/3 121/4
121/6 122/7 122/11
122/14 123/10
123/19 123/22
123/24 124/23
125/10 125/11
129/17 137/4 137/4
139/4 139/6 139/8
139/8 141/7 141/9
147/13 147/13
147/14 147/15
151/19 152/22
152/22 153/12
155/1 155/7 157/25
157/25 172/18
178/21 179/18
179/22 180/2
180/17 183/20
184/1 184/4 184/22
186/11 189/4 189/7
189/12 189/20
189/21 194/18
194/21 199/21
200/24 200/25
201/3 208/7 208/15
208/15 214/1
214/12 215/20
220/20 221/9
224/10 227/18
228/2 228/3 229/22

232/18 232/19
232/22 232/22
232/24 232/25
233/3 234/5 234/22
236/17 236/18
241/12 242/2 242/8
242/10 244/8
247/19 247/20
247/20 251/17
256/14 257/12
258/7 259/17 260/2
260/3 261/24 265/9
267/13 268/16
268/25 269/1
271/11

**they're [17]**   7/23
10/25 15/3 54/24
54/25 71/7 97/10
112/21 123/18
139/1 170/18
189/15 206/11
206/12 206/12
242/6 258/9

**thief [3]**   215/3
231/11 235/1

**thing [25]**   62/13
71/24 107/3 116/22
117/7 122/24 132/7
135/6 141/5 143/24
145/24 148/17
154/20 198/6 199/1
205/4 214/23 215/1
220/20 229/19
230/14 233/23
246/15 263/10
267/8

**things [47]**   39/19
50/7 51/12 69/7
69/8 71/16 74/10
82/9 83/2 83/10
101/12 105/25
106/1 106/19 108/2
115/3 120/1 122/14
126/3 126/6 126/24

141/23 142/19
156/10 158/17
174/10 176/1 181/3
182/20 200/23
212/16 224/6 224/7
233/8 244/18
244/25 251/20
252/17 256/19
257/2 259/5 263/7
264/8 267/7

**think [114]**   6/24
8/22 11/11 11/12
12/1 14/12 14/20
15/15 15/25 16/2
26/2 33/6 49/20
54/24 54/25 55/24
55/25 57/14 57/24
57/25 58/1 58/7
59/10 60/11 60/23
62/11 62/24 65/19
67/5 67/6 70/3
71/6 72/4 72/8
74/4 74/22 77/5
78/9 80/16 89/6
89/22 89/23 90/12
91/17 92/20 99/8
99/10 100/11
100/14 101/5 102/9
102/12 102/14
102/17 102/25
103/6 103/20
106/21 106/23
106/24 106/25
107/3 107/15
107/24 114/9
114/12 116/25
117/4 117/14
117/20 121/14
123/4 128/2 132/8
142/16 146/23
152/2 153/23 154/7
157/7 157/9 157/25
158/1 158/13

**think... [30]**
158/16 160/20
162/19 169/1 169/9
169/11 169/16
169/19 174/9
191/11 191/17
198/3 198/10
198/11 202/23
203/17 210/22
210/23 214/23
223/1 234/18 235/1
248/2 252/3 253/8
253/25 257/16
259/14 262/17
269/15
**think I'm [1]**
158/13
**think that [1]**
102/17
**thinking [1]**
261/16
**thinks [5]** 99/7
114/16 154/10
154/13 175/3
**third [9]** 115/23
123/17 167/7 201/6
257/17 260/5
268/20 269/7 269/8
**third-party [1]**
201/6
**this [497]**
**those [48]** 5/10
5/17 5/23 8/2
19/20 21/11 22/11
28/21 31/22 35/8
40/7 45/16 61/2
62/13 72/3 79/12
81/2 93/18 94/4
108/2 118/5 126/9
143/7 144/24
151/19 157/19
181/8 186/23

200/3 208/3 208/7
208/13 208/14
209/8 211/5 220/10
224/9 224/13 227/6
227/12 228/4
234/12 234/13
236/25 254/2
255/22
**though [11]** 116/12
117/1 125/9 128/3
174/2 199/16 204/5
215/15 227/2 230/8
260/19
**thought [13]** 49/8
75/2 82/2 99/6
141/19 153/11
153/11 154/2
170/10 170/13
198/8 198/17 199/3
**thoughts [2]** 95/14
98/23
**thousand [1]** 91/20
**thousands [2]**
258/7 263/13
**three [29]** 5/5
11/16 12/20 12/22
23/6 23/15 24/16
25/4 26/2 51/5
111/10 122/3 122/4
128/16 137/19
153/21 161/4 161/5
171/23 185/19
185/22 186/24
195/6 197/12
197/18 207/20
232/24 232/25
256/13
**three-week [1]**
25/4
**threw [1]** 234/4
**through [56]** 1/8
4/19 9/17 9/17
10/7 10/21 15/19

32/17 40/10 40/10
40/12 40/16 40/21
56/8 110/10 115/5
117/1 138/25
146/19 146/20
154/18 157/18
161/10 179/20
180/9 186/16
187/14 190/1
191/15 192/1
198/22 202/9 203/4
205/6 226/3 227/14
227/14 227/22
232/18 232/23
233/21 235/19
240/17 243/14
252/18 252/23
253/6 258/10 260/2
262/16 268/3
270/12 270/14
**throughout [3]**
183/3 197/17
227/21
**throw [1]** 135/16
**thumb [1]** 149/7
**Thursday [2]** 43/8
43/14
**Tibor [2]** 3/20
30/14
**tied [4]** 9/6 92/20
92/21 163/4
**till [2]** 135/7
214/9
**time [126]** 7/11
8/25 10/14 19/19
20/23 20/25 23/22
26/18 26/21 28/11
28/17 29/6 29/21
30/9 41/8 41/9
41/11 41/23 42/6
42/15 42/19 45/14
46/6 51/24 52/11
60/24 63/7 65/20

**T**

time... **[98]**   67/4
67/6 69/5 70/6
81/16 84/3 90/17
92/10 104/14 106/9
112/6 117/5 130/8
132/14 135/17
139/19 142/25
152/12 153/20
161/7 168/10
168/11 168/16
169/23 172/13
179/20 180/24
181/9 185/23
185/24 186/1 186/4
186/7 186/10
186/16 186/24
187/11 187/25
189/24 190/21
191/2 196/9 198/12
199/6 199/19
202/25 203/19
203/23 205/12
206/9 207/17
208/20 208/21
208/22 211/21
214/9 216/1 219/1
220/21 224/1 224/1
224/18 227/21
231/7 235/21 238/2
241/19 242/11
242/23 242/24
244/1 244/15
244/16 244/17
244/19 244/20
247/10 247/19
251/5 253/22 255/4
255/6 255/25 256/3
259/24 262/9
262/11 267/2
267/24 268/14
268/15 269/12
269/17 269/20

271/6 271/19
271/24 272/1

time went **[1]**
135/17

Timechain **[1]**
202/8

timeline **[14]**
190/1 190/3 190/4
190/15 191/1
191/19 194/16
214/3 214/5 214/16
214/22 223/3
224/14 225/16

times **[16]**   13/17
17/22 18/6 21/10
70/9 88/23 100/21
135/2 206/21 211/9
232/24 254/10
254/12 254/13
256/17 262/3

Timothy **[4]**   167/16
171/17 171/24
172/1

tiny **[1]**   261/9

tip **[2]**   118/10
236/22

tirelessly **[2]**
223/12 227/7

title **[1]**   250/17

today **[39]**   11/4
20/7 25/25 27/25
38/6 70/15 77/4
96/18 103/16 107/2
107/11 138/7
164/19 165/9
168/14 168/22
169/3 184/2 184/5
184/16 185/7 185/9
186/7 187/15
189/23 204/21
208/20 209/14
214/10 223/2 225/9
226/11 226/17
231/5 231/16

248/21 269/9

together **[22]**
10/13 22/18 30/22
92/20 92/21 108/17
109/8 110/7 119/12
125/7 125/8 137/10
169/24 183/20
183/25 184/22
185/10 189/4 228/4
247/10 253/6
270/16

told **[33]**   8/17
26/24 27/1 70/2
74/22 76/3 82/10
83/3 86/20 86/20
93/2 110/19 110/19
116/3 116/19
124/11 124/13
124/15 127/8
132/25 133/1 141/1
185/4 189/7 197/2
198/10 198/16
200/2 200/3 200/4
205/12 205/24
234/24

tolerate **[1]**
216/20

tomorrow **[10]**
168/1 168/2 169/13
270/7 270/9 270/21
270/22 271/13
272/7 272/18

tongue **[1]**   118/10

tonight **[1]**   272/1

too **[18]**   16/2 16/8
22/5 26/22 32/15
54/19 75/10 84/4
112/11 125/9 132/7
134/2 135/4 143/17
149/13 160/17
160/18 227/17

took **[15]**   31/19
32/11 121/19

**took... [12]**
176/22 177/4 177/8
192/19 197/22
201/20 206/6
206/21 227/18
231/12 248/2
263/15
**tool [1]**   217/11
**tooling [1]**   82/20
**tools [1]**   40/7
**top [9]**   138/24
188/2 196/1 197/10
203/9 245/5 245/6
250/15 259/25
**topic [5]**   69/6
105/4 133/20
186/19 204/19
**topics [2]**   153/20
185/19
**total [2]**   128/16
196/5
**totally [1]**   88/23
**touch [3]**   153/19
207/6 207/8
**touched [1]**   190/20
**touching [1]**   29/22
**tough [2]**   75/5
75/5
**tour [1]**   5/17
**towards [1]**   155/19
**trace [2]**   219/17
219/19
**track [1]**   258/1
**tracked [1]**   233/12
**trade [1]**   101/11
**traded [1]**   242/5
**traditional [2]**
218/22 251/24
**tragedy [1]**   183/10
**trail [1]**   133/9
**train [3]**   141/19
259/16 260/1

**transact [3]**   218/7
218/12 219/18
**transacted [1]**
219/12
**transaction [19]**
217/20 217/21
219/1 219/16 220/2
221/1 255/6 258/14
258/19 265/18
266/4 266/7 266/10
266/14 266/20
266/22 267/6 267/7
267/9
**transactions [17]**
219/7 219/17
219/20 220/1 220/3
220/4 221/7 221/9
239/25 252/22
253/5 254/1 257/24
258/2 258/12
258/20 267/25
**transcribes [1]**
29/11
**transcript [4]**
1/10 273/10 273/11
273/12
**transfer [8]**
145/17 145/25
147/16 184/14
195/18 201/1 201/3
201/7
**transferred [2]**
186/6 194/25
**transferring [1]**
199/25
**transfers [1]**
185/1
**transformed [1]**
192/20
**translated [1]**
69/14
**transparency [1]**

**transparent [5]**
63/23 64/10 64/22
101/16 218/25
**transportation [1]**
219/17
**treasury [1]**
254/14
**treated [3]**   109/21
109/23 216/15
**Trek [1]**   141/10
**tremendous [1]**
226/19
**trial [54]**   1/10
6/1 7/19 8/1 11/20
16/7 19/25 20/6
23/5 30/17 31/2
33/3 36/4 39/20
39/23 40/16 41/5
67/22 72/14 72/15
72/16 115/15 168/3
173/12 173/14
174/10 176/9
177/11 177/23
179/20 180/13
180/20 180/22
181/19 183/3
186/20 194/15
197/17 207/7
208/22 212/21
213/14 216/21
216/24 223/11
231/1 231/6 236/13
237/21 244/21
244/23 244/24
247/19 271/18
**tricked [1]**   195/23
**tried [9]**   21/24
22/13 29/23 124/3
208/3 223/17 226/3
227/8 233/5
**triggered [2]**
196/23 202/24
**trip [2]**   26/17

**T**

**trip... [1]**   26/23
**trove [3]**   184/4
 206/18 207/3
**true [8]**   28/16
 174/20 197/4
 220/13 236/18
 237/8 237/25
 273/10
**trust [13]**   72/8
 105/18 110/1 114/2
 114/11 171/7
 190/20 193/14
 194/14 229/12
 229/12 229/14
 229/16
**trusted [5]**   36/19
 93/11 93/12 106/22
 198/1
**trustworthy [1]**
 219/1
**truth [7]**   21/16
 55/24 69/14 69/15
 69/18 116/20
 209/20
**truthfully [1]**
 21/17
**try [18]**   11/16
 22/1 67/2 69/5
 70/18 74/5 79/25
 148/6 148/9 150/3
 171/10 183/21
 184/12 203/4
 227/18 262/17
 263/1 263/23
**trying [12]**   14/11
 89/16 103/3 115/20
 153/13 163/13
 196/18 221/15
 233/8 252/24
 252/25 256/19
**Tuesday [5]**   11/17
 11/22 23/6 24/2

**turn [16]**   7/15
 7/19 8/10 9/3
 12/10 14/9 17/7
 33/2 65/18 90/11
 117/9 161/11
 181/14 231/22
 231/23 249/17
**turned [6]**   5/15
 16/11 81/24 187/19
 196/22 227/4
**turning [2]**   117/11
 231/21
**TV [2]**   72/20
 265/22
**twice [2]**   252/16
 252/25
**Twitter [2]**   40/10
 178/5
**two [60]**   5/17 5/18
 5/19 8/4 13/1
 17/20 27/23 37/4
 43/5 45/12 53/15
 66/6 73/15 104/3
 106/16 112/7
 112/17 117/1 122/5
 123/9 123/16
 125/15 126/8 134/6
 134/7 134/8 137/20
 151/19 154/12
 154/18 163/7
 166/13 171/23
 191/5 192/19
 195/16 197/12
 197/18 203/6
 203/16 203/17
 206/1 209/2 209/4
 210/2 224/21
 224/21 224/22
 228/8 228/15
 229/24 230/22
 233/18 234/10
 242/11 251/20
 252/17 256/14

**type [11]**   48/19
 52/8 65/2 76/18
 101/12 103/4 150/6
 234/25 265/7 266/1
 266/25
**types [2]**   51/11
 122/6
**typical [1]**   232/3
**typically [1]**
 220/2
**typing [1]**   262/8

**U**

**U.S [1]**   1/23
**Uh [6]**   46/8 55/17
 96/4 109/25 118/25
 119/20
**Uh-huh [6]**   46/8
 55/17 96/4 109/25
 118/25 119/20
**ultimately [5]**
 92/25 93/13 93/14
 201/9 207/22
**umbrellas [1]**
 174/1
**unaddressed [1]**
 242/21
**unavailable [1]**
 267/9
**uncle [2]**   36/25
 221/19
**uncomfortable [4]**
 79/17 79/18 79/22
 117/7
**uncovered [1]**
 204/18
**under [14]**   21/11
 21/12 21/16 53/25
 108/7 120/18
 122/23 162/12
 180/16 182/12
 188/11 238/10
 243/5 244/8

# U

**understand [40]**
15/19 15/21 21/19
23/20 25/10 27/9
73/1 73/21 95/22
105/24 108/1 117/4
124/3 125/19
128/16 129/9 134/5
135/23 142/20
142/23 150/20
150/21 157/10
158/2 158/4 158/4
158/7 160/21
164/12 178/20
182/3 203/20 205/1
212/23 213/3 213/7
213/8 216/6 216/19
233/5

**understanding [13]**
13/16 16/1 92/1
92/10 120/19
123/20 138/2
157/21 165/17
213/17 228/15
233/9 264/25

**understood [7]**
128/19 129/10
132/22 134/1
216/10 232/1
272/16

**undisputed [1]**
215/21

**undivided [1]**  47/4

**unduly [1]**  20/24

**unfair [2]**  74/2
78/10

**unfortunately [2]**
71/14 226/20

**unimportant [1]**
180/17

**Union [1]**  33/22

**unit [1]**  256/25

**UNITED [11]**  1/1

17/1 19/8 34/7
36/6 37/9 72/18
223/15 254/12
272/22 273/6

**universe [4]**  264/4
264/16 264/16
264/21

**university [9]**
33/15 35/11 35/24
97/4 97/17 240/3
240/4 240/10
251/10

**unjust [2]**  236/4
236/8

**unless [8]**  7/4
12/24 66/9 103/5
156/16 174/24
237/3 270/17

**unlock [2]**  260/17
260/20

**unlocking [1]**
266/6

**unreasonable [1]**
20/23

**unstable [1]**  99/21

**until [26]**  5/14
33/8 39/21 40/24
41/10 44/18 66/19
106/5 108/10
135/10 164/7
169/13 169/17
177/18 177/22
179/10 183/5 184/3
186/1 200/11
201/22 242/24
256/3 269/7 270/15
272/3

**unusual [1]**  199/3

**unvaccinated [3]**
13/14 13/19 14/13

**up [88]**  11/9 14/11
16/18 17/12 18/8
22/15 41/11 44/10
44/12 48/4 50/22

66/19 67/12 69/7
70/8 70/10 71/13
71/14 75/15 75/16
75/22 78/8 78/9
84/16 89/1 89/19
99/21 105/15
105/25 106/2 106/6
106/19 108/7
129/18 129/19
129/20 139/19
143/1 143/2 145/7
148/7 149/17 150/7
154/1 166/8 166/9
167/4 169/1 169/20
183/9 184/3 184/12
186/1 187/13
193/14 198/18
198/20 199/12
200/13 200/14
201/22 204/13
206/3 206/12
206/22 209/11
209/19 210/24
214/4 216/8 216/12
217/23 224/18
225/15 226/7
254/19 257/14
259/25 260/19
262/2 262/8 262/21
264/21 265/6
266/25

**upbringing [1]**
74/9

**update [3]**  83/25
84/6 247/15

**updated [1]**  144/19

**updates [1]**  144/20

**updating [2]**  84/9
84/10

**upload [1]**  145/18

**upon [6]**  6/18 22/1
23/3 28/16 29/22
242/9

# U

**upper [1]**   256/15
**ups [1]**   241/21
**upset [1]**   101/17
**us [69]**   3/20 4/16
8/6 10/2 10/21
11/11 14/17 19/21
23/15 23/17 23/22
26/20 30/24 62/12
65/20 66/16 66/18
69/22 69/22 70/1
71/16 71/17 74/22
77/7 78/11 104/21
106/25 108/10
110/19 110/20
111/10 116/25
117/4 127/8 135/13
136/8 140/14
140/17 143/1 144/9
156/7 161/7 169/5
169/13 169/17
170/8 172/3 172/14
179/20 185/12
185/15 187/11
189/24 191/7
201/22 212/25
212/25 217/6 223/1
249/21 254/14
254/21 258/18
258/21 263/1
263/24 265/19
269/20 271/23
**US-something [1]**
62/12
**USB [3]**   147/12
147/14 148/1
**use [51]**   5/4 5/23
5/25 6/17 6/22 9/9
9/24 10/25 16/18
18/3 19/4 19/5
40/5 40/6 66/22
96/21 103/3 144/12
144/13 146/12
147/11 147/12
147/21 151/12
169/6 169/23 170/7
178/6 179/8 219/2
220/14 220/15
224/1 224/9 226/14
234/17 242/12
242/17 248/10
248/15 248/25
256/18 256/20
257/2 257/12 259/6
259/14 265/3 266/7
271/13 271/14
**used [16]**   60/23
82/17 83/6 188/15
196/5 199/12 202/7
208/23 224/12
242/7 242/25 243/7
243/25 248/15
256/3 256/9
**useful [1]**   81/9
**user [1]**   147/10
**uses [5]**   150/25
151/13 179/1
218/12 259/7
**using [13]**   40/16
98/24 150/3 150/4
217/12 234/16
243/11 248/9 255/9
255/14 262/15
265/7 265/8
**usually [6]**   53/17
99/16 100/3 116/10
147/10 148/6
**utter [1]**   228/18

# V

**VA [5]**   37/2 77/13
77/15 77/21 142/12
**vacation [7]**   42/22
43/5 43/20 44/3
44/8 44/18 44/18
**vacations [2]**   41/8
45/9
**vaccinated [5]**
4/23 13/10 13/13
21/6 238/20
**vaccination [2]**
6/18 8/16
**vaccine [1]**   8/17
**valid [1]**   221/2
**valuable [3]**   103/8
189/23 229/21
**valuation [1]**
246/16
**value [6]**   55/25
93/5 153/25 201/20
226/19 227/3
**values [1]**   247/16
**vast [1]**   12/7
**vehicle [1]**   85/22
**Vel [8]**   3/8 30/13
185/9 253/11
260/14 260/17
260/19 266/21
**Vel's [2]**   260/14
262/2
**Vela [1]**   185/15
**verbal [9]**   48/23
87/5 133/2 136/21
136/24 136/25
137/7 145/6 150/19
**verbally [1]**
119/23
**verdict [4]**   23/4
47/5 175/20 179/4
**versa [1]**   69/11
**versed [4]**   102/2
105/19 105/19
150/22
**version [6]**   149/3
188/7 196/21
204/14 204/15
204/16
**versus [1]**   147/21
**very [77]**   19/1
26/18 39/21 49/21
54/1 54/1 54/3

# V

**very... [70]** 57/15
57/16 57/16 57/18
60/6 63/24 64/21
72/12 73/11 88/7
93/4 97/22 98/16
98/17 101/21 102/1
106/24 116/15
118/10 135/16
137/14 137/20
138/24 139/2
139/15 139/25
140/10 140/22
140/24 140/25
141/4 141/20 142/2
142/10 144/3
153/12 153/25
178/20 183/18
189/22 189/22
199/21 208/18
209/21 211/12
214/3 214/5 216/8
216/11 216/19
217/14 226/24
226/25 226/25
231/18 233/21
234/9 234/9 251/3
252/1 252/1 252/1
257/20 259/10
259/23 261/17
263/7 263/8 267/20
267/21
**vestibule [2]**
270/13 270/14
**Veteran [1]** 142/2
**veterans [6]** 23/25
37/2 43/6 43/10
43/21 142/1
**via [1]** 151/18
**vice [3]** 37/12
37/22 69/11
**Victoria [1]** 36/25
**victory [1]** 221/12

**vida [1]** 215/4
**video [4]** 202/6
202/22 232/23
254/20
**videos [2]** 100/3
240/23
**view [3]** 86/4
179/14 181/9
**viewable [1]**
219/11
**violate [1]** 180/20
**violation [2]**
40/14 85/17
**virtual [1]** 215/15
**virtually [1]**
216/15
**vision [1]** 233/4
**visit [1]** 178/16
**visiting [2]** 34/9
198/11
**vistomail.com [1]**
250/22
**vital [1]** 222/20
**voice [1]** 29/15
**voir [12]** 2/2 8/21
12/9 21/15 21/15
66/13 66/15 69/10
69/13 116/19
154/25 207/14
**volatile [2]** 154/1
246/6
**vs [1]** 1/6

# W

**waist [1]** 187/4
**wait [10]** 8/20
46/14 68/8 90/12
103/14 169/13
171/22 206/17
213/21 270/15
**waiting [2]** 3/24
8/7
**wakes [1]** 183/9
**walk [9]** 142/25

259/25 262/2 262/8
266/2 266/25
**walking [3]** 58/5
173/25 265/6
**wall [1]** 259/17
**wallet [2]** 198/20
261/13
**wallet.dat [1]**
234/25
**walls [1]** 156/14
**want [103]** 6/2 6/3
8/4 9/11 10/24
11/18 13/18 14/9
16/21 19/9 21/19
27/2 29/21 47/7
49/5 49/16 50/15
56/19 56/22 58/2
58/23 59/4 64/1
64/9 64/10 64/12
64/22 67/4 67/19
69/20 70/1 72/23
74/1 78/15 81/2
81/4 81/5 82/12
83/7 83/15 93/13
95/22 96/21 100/5
103/13 106/13
116/2 116/13
116/22 117/8 117/9
117/19 119/10
120/3 124/18 126/4
132/18 132/19
132/23 133/21
136/10 137/24
139/9 141/22
148/13 154/20
157/5 157/6 158/1
158/7 159/16 160/1
160/16 164/16
164/23 177/18
177/24 185/7
185/18 186/13
186/16 186/22
186/24 188/6 199/4

**W**

**want... [18]**
200/22 200/23
202/18 204/20
208/19 208/24
209/15 210/18
227/19 242/10
249/1 253/11
253/12 256/13
259/3 260/6 260/11
265/5

**wanted [18]**  46/5
47/16 57/19 59/8
62/2 71/2 92/7
106/12 106/25
145/13 156/7 157/3
160/20 195/18
198/1 200/18 227/8
260/7

**wanting [2]**  82/9
217/1

**wants [3]**  70/1
218/16 265/22

**warehouse [2]**
51/21 110/24

**warned [1]**  234/20

**Warren [2]**  34/22
34/24

**was [326]**

**Washington [2]**
33/24 37/14

**wasn't [2]**  92/22
106/17

**waste [1]**  67/4

**wasted [1]**  20/25

**watch [4]**  66/4
81/19 141/2 180/19

**Watching [1]**  74/23

**water [1]**  6/2

**Watts [4]**  37/7
37/7 192/12 227/16

**wave [3]**  101/6
102/10 140/21

**way [55]**  9/3 9/4
21/22 32/23 59/14
67/16 73/12 73/14
77/18 84/16 87/4
97/18 99/3 100/19
108/9 111/15
111/24 111/25
112/4 115/19
117/10 117/11
120/23 120/25
122/25 127/25
130/21 130/24
131/4 140/3 148/6
154/1 171/14
172/22 173/6
178/24 183/4
191/16 191/17
192/1 202/12
213/20 216/23
228/14 232/13
232/14 252/7 254/9
261/18 261/20
261/21 261/23
264/15 267/3 267/6

**Wayne [1]**  171/18

**ways [7]**  50/22
50/24 51/1 106/10
112/21 179/1
231/19

**we [442]**

**we'd [1]**  262/4

**we'll [38]**  10/19
11/6 15/20 23/11
23/24 25/13 28/21
30/11 33/10 41/14
46/9 49/17 50/14
57/13 66/7 75/22
141/10 159/20
161/11 163/24
164/9 168/2 168/3
169/9 186/19
188/21 191/3 193/6
193/9 193/13
212/11 224/22

**we're [67]**  8/23
11/12 11/12 13/4
17/17 22/5 23/1
24/19 25/16 25/18
27/20 45/2 51/17
53/5 53/21 54/13
60/19 69/9 69/25
74/4 74/6 76/20
76/21 109/6 109/7
109/16 109/20
117/2 124/25 142/4
142/5 142/6 142/18
143/11 144/9
144/16 160/5
160/21 160/21
164/6 167/4 169/11
169/18 170/8
170/16 170/18
171/24 181/2
187/24 191/13
194/3 201/5 203/16
208/21 226/25
227/6 247/9 247/19
248/9 249/14 257/1
263/19 263/21
265/5 265/7 265/8
269/14

**we've [11]**  114/21
144/15 155/3 184/1
189/25 195/7 231/5
261/3 261/4 267/18
270/18

**wealth [2]**  153/23
154/11

**wealthy [2]**  154/4
218/19

**wear [1]**  13/17

**wearing [1]**  117/2

**web [3]**  83/20
185/3 258/17

**Weber [10]**  19/23

**W**

**Weber... [9]**  51/18
110/17 110/17
117/24 118/2
128/15 131/7
166/24 167/4

**website [2]**  51/10
84/5

**websites [6]**  40/2
40/13 84/1 84/7
178/3 178/12

**Wednesday [5]**
41/18 42/15 42/15
271/2 271/4

**week [3]**  25/4 44/4
232/24

**weekend [7]**  26/18
43/4 43/6 43/12
43/15 44/11 44/12

**weekends [1]**  25/24

**weeks [13]**  11/16
23/6 23/15 24/16
26/2 184/19 185/8
186/13 198/3 198/3
208/20 209/8
214/24

**weigh [2]**  186/20
186/21

**weight [3]**  7/3
174/9 179/18

**weighted [1]**  73/18

**weird [1]**  149/17

**weird-looking [1]**
149/17

**welcome [10]**  19/9
52/17 68/8 68/18
85/4 148/11 160/6
171/5 211/25 212/8

**welfare [1]**  29/22

**well [74]**  6/1 6/16
7/4 7/18 7/25 9/3
9/8 17/3 20/10
20/11 28/15 34/8

42/9 44/10 54/20
57/1 59/13 59/15
63/7 71/5 81/11
85/4 86/15 89/10
101/3 102/2 105/4
105/19 106/6
107/12 110/12
114/16 117/22
123/5 126/24
131/12 137/21
138/2 138/20 140/2
140/7 146/10
147/16 149/5
151/12 152/2
161/15 161/18
164/13 168/21
169/3 187/9 187/23
201/10 208/23
211/16 227/21
231/23 234/17
240/22 242/12
244/14 245/8 247/4
249/23 251/24
259/5 260/5 261/16
262/25 263/23
264/4 266/24 269/1

**well-educated [1]**
105/4

**well-known [1]**
131/12

**well-versed [2]**
102/2 105/19

**went [10]**  76/24
85/2 87/16 98/4
108/17 119/13
135/17 200/11
210/14 269/6

**were [115]**  8/15
14/11 17/20 17/20
19/1 19/2 28/10
32/15 42/18 43/21
58/3 58/5 67/2
67/11 67/13 70/23
76/14 76/24 79/6

84/19 85/6 86/19
86/19 89/8 89/8
90/16 91/18 92/6
92/19 92/20 92/21
93/4 103/19 103/20
104/1 106/2 107/2
108/9 108/9 110/4
111/10 112/10
112/17 117/1
119/13 122/3 122/6
122/7 122/13
125/10 125/11
125/18 126/16
128/18 129/17
130/13 130/15
131/3 131/4 131/13
132/21 133/6
133/16 135/13
143/21 145/1 146/4
146/7 148/3 150/3
150/4 153/12
157/12 157/25
164/12 166/9
169/16 170/10
170/13 186/11
189/4 194/18
194/21 196/5
197/17 197/19
198/11 199/4 202/2
203/13 206/16
208/5 208/7 208/15
208/15 215/20
220/8 224/10 228/3
228/3 232/19 234/5
239/8 239/20
244/19 248/2 249/7
251/16 252/24
255/17 262/15
267/25

**weren't [1]**  71/12

**WEST [6]**  1/2 34/3
34/12 36/15 39/4
137/4

**W**

**wet [2]** 173/25
174/1

**what [208]** 11/11
14/11 15/21 39/22
41/23 42/15 45/11
45/14 52/8 54/19
55/10 56/7 57/2
70/1 70/1 71/1
74/15 76/15 76/20
81/11 81/11 82/2
82/10 82/13 82/13
82/23 82/23 83/3
83/18 84/17 85/15
86/14 86/23 88/2
88/9 88/16 88/23
89/12 89/22 89/23
90/18 91/6 91/16
92/2 92/3 92/17
93/6 95/1 95/2
96/25 97/2 97/5
97/7 98/18 98/20
98/23 99/10 100/4
101/18 101/20
102/15 102/18
104/8 104/20 105/6
106/1 106/3 107/20
108/23 109/1 110/3
110/4 110/23 116/2
116/13 116/18
120/21 123/10
123/20 124/8
125/16 125/19
126/10 126/15
126/16 127/16
128/19 130/13
131/12 131/16
133/2 133/13
133/14 133/15
135/13 139/1
141/15 142/23
143/9 143/11
143/12 143/21
153/9 153/9 155/2
155/11 165/4 165/7
169/9 169/17
173/15 173/21
174/23 174/23
174/25 175/10
175/21 178/10
179/8 179/24
182/19 186/14
186/14 191/8
194/14 195/1 195/3
197/16 199/11
200/13 200/20
200/24 202/5
202/10 202/19
202/19 202/20
202/21 202/23
203/5 203/20
207/13 207/15
209/15 209/16
210/14 211/10
213/10 213/16
213/22 214/11
214/11 216/19
222/1 222/3 222/5
222/24 224/5
225/20 225/24
225/25 226/14
227/3 227/8 228/2
228/3 228/16 229/3
229/5 230/4 232/9
232/20 234/13
234/23 234/25
235/1 235/8 236/15
236/18 239/12
239/15 239/20
240/1 241/24
245/11 247/19
249/11 250/12
250/24 251/2
252/10 252/24
253/23 254/19
254/21 255/17
263/5 264/3 265/17
265/18 266/20
268/14 269/4

**what's [16]** 12/21
26/3 82/6 97/11
102/16 104/18
196/1 211/16 216/5
243/4 243/23 244/5
244/12 245/25
246/23 266/22

**whatever [15]**
53/17 56/7 56/25
73/24 85/17 85/20
92/1 92/6 92/21
111/22 115/2
120/17 149/3
149/15 174/9

**whatsoever [2]**
28/23 178/9

**when [136]** 5/21
5/23 8/2 16/11
20/6 20/8 22/7
22/14 22/15 24/23
28/4 41/23 43/7
44/17 48/4 49/17
50/6 57/1 58/1
67/11 67/11 70/9
70/12 72/16 74/22
79/16 80/12 80/16
82/11 82/13 82/16
84/19 90/16 91/18
93/12 94/25 95/10
95/17 96/1 99/16
99/20 100/4 103/19
106/1 112/6 122/8
123/18 125/19
128/15 129/15
130/1 132/21 135/5
135/12 135/17
138/19 140/15
142/17 143/11
144/9 144/18
144/20 146/11

**W**

**when... [73]** 147/7
147/9 147/21 148/1
148/22 149/10
150/2 160/7 161/15
170/8 175/2 175/9
175/15 175/17
175/24 177/14
179/13 181/6 183/1
184/6 186/1 186/2
186/8 186/10 189/2
189/7 190/5 191/3
191/17 197/14
197/23 200/4 200/7
200/8 200/23
201/22 202/1 202/4
204/10 206/3 207/4
207/5 209/10
209/14 209/18
209/18 214/8 219/6
220/5 223/19
225/13 225/19
226/2 233/3 233/4
235/6 242/17
243/17 243/19
251/7 251/10
252/20 253/21
253/21 255/19
255/25 261/12
261/12 265/4 267/6
268/5 269/13 271/3
**when Dave [1]**
207/4
**When's [1]** 255/4
**whenever [1]** 257/1
**where [59]** 7/22
7/22 8/18 10/24
15/15 15/22 16/21
20/2 24/4 35/15
37/3 44/23 74/16
75/23 84/23 89/7
95/8 97/16 106/9
108/2 117/1 127/19

137/3 145/15
149/15 149/16
152/21 152/22
160/1 169/20 171/2
171/23 189/12
192/24 193/8
198/10 199/6
205/19 205/20
222/16 222/16
227/7 232/22 239/4
239/4 240/10
241/16 254/1
256/21 258/14
259/5 261/8 261/18
261/21 262/7 266/5
266/9 271/19
271/20
**whereas [1]** 267/11
**WHEREOF [1]** 273/14
**Wherever [1]**
172/23
**whether [21]** 7/24
13/12 16/9 16/10
20/1 20/14 33/9
153/4 154/4 154/5
154/5 157/22 174/7
179/16 199/21
199/23 199/24
207/22 231/3
231/23 237/2
**which [65]** 8/1
9/22 11/22 14/1
20/3 21/22 31/24
32/3 34/14 40/5
47/8 55/13 59/13
69/2 71/18 72/11
73/14 73/18 75/17
77/1 84/13 89/19
116/19 121/10
126/12 127/15
142/14 143/4
145/24 147/11
152/12 155/20
175/20 176/13

177/19 177/19
180/7 199/2 204/14
204/25 210/19
213/25 216/18
220/4 223/14
224/10 224/12
226/4 231/15
232/19 240/11
240/18 241/17
244/1 244/8 253/24
254/8 257/11
257/16 260/5
260/11 261/3 261/5
265/3 268/22
**while [13]** 4/24
4/25 5/1 6/20
24/19 29/20 108/18
126/19 133/19
176/2 177/12
252/13 265/6
**whispering [1]**
144/9
**whiteboard [1]**
181/3
**whitepaper [20]**
188/11 188/14
188/15 188/17
188/19 192/3 222/4
222/4 222/8 222/9
222/14 222/15
222/22 224/23
227/23 250/16
251/2 251/8 253/19
255/2
**who [101]** 3/21
4/17 22/11 33/4
34/6 34/20 34/22
37/19 38/23 39/2
39/14 40/15 40/23
41/18 54/3 63/24
72/3 74/2 85/18
86/9 86/10 91/23
97/20 99/7 102/2
104/9 104/10

**W**

**who... [74]**   104/17
105/18 105/18
113/13 117/20
117/23 118/5 118/7
118/15 118/17
118/17 118/18
120/17 120/21
123/7 125/10
126/10 127/3
127/15 127/15
127/22 132/4
135/24 136/12
136/16 136/16
137/25 140/5 140/5
140/24 141/6
144/24 146/7 146/8
148/22 151/5 152/3
152/18 153/15
154/3 154/4 154/6
154/7 154/8 155/1
155/6 162/19 165/8
166/4 166/13
169/21 171/13
172/13 180/16
185/13 186/25
194/11 194/15
198/1 200/18
201/18 205/11
205/16 209/19
216/11 218/20
220/2 220/2 220/11
227/19 232/13
237/5 237/6 267/3
**who's [6]**   58/12
117/12 132/2
143/10 143/13
191/14
**whoever's [1]**
154/22
**whole [10]**   8/24
53/17 160/25 161/9
198/6 202/14

213/22 214/16
257/5 264/5
**whom [2]**   29/5
232/21
**why [38]**   12/10
41/6 47/3 49/9
77/19 88/8 90/9
92/2 103/8 107/1
112/13 126/4 126/4
133/7 141/14
146/13 168/21
169/22 170/7
178/20 178/21
181/11 194/21
195/17 195/20
196/17 199/17
206/16 206/22
217/7 225/19 227/9
231/22 233/7
248/10 249/15
251/23 261/18
**wife [11]**   37/6
37/8 138/24 192/12
200/8 202/16
206/24 216/13
225/1 227/16
231/19
**Wilkie [1]**   19/10
**will [319]**
**William [3]**   37/15
37/16 37/24
**willing [3]**   40/23
41/1 153/8
**Wilson [7]**   35/2
35/2 35/3 195/25
196/2 196/8 196/9
**win [2]**   34/3 75/9
**wiped [3]**   145/12
234/15 234/18
**wish [5]**   18/5
83/12 101/11
172/16 179/8
**within [4]**   41/8
48/13 156/13 270/1

**without [20]**   23/18
40/16 113/25
116/18 116/18
120/3 192/4 192/6
196/6 218/17
218/21 218/21
219/19 224/8
226/18 228/10
232/25 251/19
253/2 253/3
**witness [39]**   5/1
67/16 168/15
168/22 169/14
169/21 173/25
174/2 174/22
174/23 174/24
175/2 175/5 175/7
175/22 176/1 176/4
176/5 180/3 180/3
181/19 181/23
182/2 182/5 182/10
182/14 182/15
182/17 183/1 183/5
193/20 204/22
238/6 238/11 241/5
248/6 248/10
272/13 273/14
**witness's [10]**
23/2 168/24 175/24
175/25 176/2 176/2
176/6 176/7 176/10
249/1
**witnesses [29]**   7/6
7/18 7/21 33/2
33/4 33/9 33/13
36/4 37/11 38/4
67/11 67/12 179/9
179/12 180/1 180/2
180/4 181/21 182/6
182/21 182/24
186/17 204/19
204/21 205/11
206/1 215/7 216/2
237/4

**W**

**witnesses' [1]**
174/19
**wives [1]**   70/14
**woman [2]**   104/5
104/6
**woman's [1]**   71/20
**won't [5]**   74/12
155/7 157/9 158/2
271/20
**word [11]**   96/21
198/9 229/11
256/17 256/18
257/19 257/20
257/21 259/6
262/20 268/23
**words [15]**   40/1
63/8 67/12 93/13
137/10 138/22
149/15 157/8 158/6
179/1 196/4 223/25
224/9 228/18
262/23
**wore [1]**   216/13
**work [63]**   24/4
24/16 24/25 25/2
41/9 45/16 48/6
49/24 50/4 50/5
50/7 53/14 59/9
65/9 76/22 82/9
83/10 84/4 85/3
87/18 91/8 91/10
96/25 97/3 106/3
106/17 106/21
120/23 126/9
126/17 136/4
144/25 144/25
145/12 147/5
156/16 161/15
171/8 181/22
184/12 188/8
198/23 205/19
208/11 219/5 219/7

220/12 221/13
221/14 223/5 225/4
226/2 231/17 234/5
234/12 240/16
241/20 250/25
255/18 258/11
261/24 265/20
266/14
**work-related [1]**
45/16
**worked [11]**   35/9
47/22 48/2 49/23
82/19 106/5 108/9
140/8 223/12 225/7
234/10
**working [18]**   7/22
24/23 29/5 46/22
82/8 82/13 82/16
87/17 108/18
140/22 145/2
183/25 188/4
198/10 198/15
200/14 201/2
224/19
**works [7]**   35/11
37/19 98/21 108/6
205/5 240/20
261/19
**workshops [2]**
240/23 242/17
**world [25]**   58/13
141/13 183/25
188/15 195/19
197/14 204/23
212/17 212/18
217/18 218/2 222/6
222/10 222/15
222/25 223/2 223/6
224/24 240/13
242/18 250/24
251/1 258/8 265/9
266/1
**world's [1]**   204/25
**world-renowned [1]**

**worried [1]**   124/1
**worse [1]**   135/17
**worth [1]**   184/5
**would [198]**   5/21
6/12 7/13 8/2 9/11
9/25 9/25 10/3
10/7 10/23 11/3
12/20 13/1 13/9
14/12 16/16 18/18
19/4 19/19 21/9
21/22 23/15 24/17
28/18 28/22 30/4
32/23 35/8 40/20
42/1 42/6 42/9
42/19 43/7 43/9
43/10 43/17 43/22
44/4 44/12 44/18
44/23 45/5 45/19
45/19 45/23 47/14
47/24 48/5 48/14
48/18 48/20 49/6
49/12 49/22 51/3
55/20 56/17 57/3
57/20 58/7 58/15
59/11 59/18 60/2
60/8 60/9 60/14
60/15 61/2 61/17
62/4 62/7 63/4
63/7 63/11 63/12
63/25 64/6 64/7
64/14 64/18 66/21
66/24 67/2 69/17
70/9 76/4 76/9
76/12 76/12 76/15
81/9 82/2 82/23
82/25 84/19 86/9
86/16 86/20 90/22
91/20 93/7 101/17
107/3 108/2 108/3
108/11 110/4 110/4
110/5 112/7 113/20
115/3 117/8 117/22
126/10 130/25

**W**

**would... [80]**
132/16 132/23
133/2 133/6 133/8
133/10 133/12
135/16 139/3
140/16 140/25
150/8 151/23 154/3
154/6 154/11
155/14 156/5
157/23 158/14
159/4 159/18
159/18 163/7
163/12 164/19
165/5 165/18 166/3
168/5 168/10 169/1
169/3 169/5 169/8
169/13 169/23
180/20 181/8
183/24 183/25
184/8 192/6 198/8
201/18 207/9
220/11 223/19
226/21 227/4 232/3
232/22 232/24
232/25 235/2 238/5
238/13 238/22
239/4 243/6 244/1
244/8 244/18
244/23 245/19
252/14 252/23
255/19 256/23
257/7 260/7 260/13
260/14 262/16
262/19 266/1 268/1
270/4 270/10
271/12

**would say [1]**
84/19

**wouldn't [14]**   25/9
57/9 57/24 57/25
58/1 58/22 58/23
76/23 76/23 113/24

254/18

**WRIGHT [200]**   1/7
3/5 4/5 4/8 4/11
4/14 30/7 30/24
31/13 31/15 31/19
32/5 32/8 32/11
32/14 36/3 36/4
36/5 36/5 36/7
36/8 36/11 36/14
36/18 36/21 36/24
37/1 37/5 37/5
37/5 37/7 37/9
37/10 37/15 37/18
37/21 37/24 67/14
76/24 77/6 115/17
115/21 133/24
142/3 154/23
171/12 176/16
176/17 177/6 183/9
183/18 184/17
185/4 189/2 189/3
189/19 191/21
192/10 194/2
194/10 195/3
195/15 196/5 198/1
199/17 199/20
199/22 200/12
200/13 201/24
203/8 204/3 204/4
205/16 206/2 206/3
207/2 207/11
207/16 207/19
207/21 208/5
209/13 209/14
212/20 213/1
213/13 213/15
214/17 215/2 215/2
215/14 215/23
216/4 216/5 216/7
216/22 217/5 217/7
217/8 217/10
217/17 217/19
218/3 218/9 219/9

221/18 222/2 222/4
222/9 222/12
222/23 222/25
223/2 223/4 223/7
223/11 223/18
223/22 223/23
224/13 224/15
224/23 225/1 225/5
225/10 225/13
225/17 225/24
225/25 226/2 226/5
226/15 226/21
226/24 227/2 227/3
227/7 227/7 227/11
227/15 227/22
227/25 228/1
228/13 228/14
228/16 228/17
228/19 228/22
228/22 228/25
229/9 229/11
229/15 229/16
230/2 230/6 230/10
230/11 230/13
230/15 230/18
230/24 231/2 231/4
231/11 231/12
231/14 231/17
231/18 232/1 232/4
232/10 232/18
232/20 233/1 233/2
233/5 233/6 233/11
233/14 233/20
233/21 233/24
234/20 234/24
235/7 235/12
235/17 235/18
235/19 236/3 236/7
236/9 250/6 250/9

**Wright's [30]**
36/25 37/6 37/8
71/8 143/20 184/20
189/14 201/10

**W**

**Wright's... [22]**
207/18 208/17
209/10 209/15
213/10 213/19
214/7 216/6 216/21
217/14 217/18
221/25 223/18
225/1 225/2 227/16
227/24 229/1
230/19 232/2 233/4
233/12

**write [9]** 121/18
122/1 181/3 181/25
194/11 208/7
256/23 256/24
262/15

**writes [18]** 188/2
190/12 190/18
191/4 191/7 191/23
192/5 192/19
193/10 193/21
193/22 194/5
194/13 197/11
198/4 198/7 199/10
200/20

**writing [13]** 34/10
106/6 129/5 130/12
133/7 182/22
190/17 190/22
194/2 194/3 219/22
219/22 224/18

**written [33]** 93/9
105/10 106/2
111/20 113/12
113/15 113/25
114/10 114/12
114/18 115/2
122/11 122/13
123/22 125/18
125/20 126/3 126/4
126/21 131/2
132/22 132/23

168/3 188/9 189/16
189/17 214/9
222/22 224/15
240/18 240/22
256/21 271/18

**wrong [9]** 63/17
69/16 69/17 78/3
90/18 106/25 141/1
180/16 200/10

**wrongfully [7]**
31/19 32/11 176/22
177/3 177/4 177/8
209/6

**wrote [9]** 85/18
90/18 90/19 132/8
193/9 204/24 222/4
240/19 263/17

**Wyoming [2]** 35/9
239/7

---

**X**

**Xs [2]** 5/5 149/15

**Y**

**yeah [109]** 12/10
23/18 23/23 24/16
42/13 43/19 43/23
44/11 44/16 49/24
51/9 51/20 53/6
54/23 54/25 56/11
56/13 56/22 57/24
61/11 64/10 70/25
76/7 76/8 78/6
80/4 80/21 81/1
81/15 81/18 81/24
82/8 83/9 85/11
87/16 87/22 88/19
89/10 89/24 91/11
91/19 92/14 93/2
93/16 93/25 95/16
95/16 98/10 98/19
100/8 100/24
103/25 104/12
106/4 106/11

107/17 107/25
108/21 108/25
109/11 109/15
111/7 111/25
118/11 119/9
120/20 122/5 122/7
122/22 123/6
123/16 123/21
123/25 124/12
124/25 125/21
128/9 128/23 131/9
131/14 132/3
132/15 135/3
136/15 139/6
139/12 145/11
146/10 147/1
147/19 147/19
147/23 148/15
148/16 148/18
149/1 149/13
149/18 151/10
151/19 152/9 154/2
158/13 245/9
245/21 256/17
263/6

**year [17]** 39/6
84/7 93/6 120/23
120/25 130/17
134/6 134/9 142/9
188/4 188/19
190/24 194/2 194/9
200/11 202/4
234/17

**years [33]** 33/17
37/4 50/25 51/6
52/1 52/13 61/11
75/6 82/18 93/7
93/8 108/19 110/8
117/1 119/3 119/4
119/7 121/8 130/6
135/8 142/12
146/19 183/23
185/4 189/2 194/6

**Y**

**years... [7]**   218/4
223/13 224/22
251/11 257/21
268/16 268/18
**yelling [1]**   135/15
**Yera [8]**   136/15
136/16 137/1
137/16 167/9
167/19 171/19
172/6
**yes [233]**   9/10
12/17 12/18 14/7
16/4 16/16 17/9
23/13 24/13 24/14
24/15 24/18 25/6
25/20 26/12 27/22
28/3 31/3 41/16
42/8 42/20 43/2
43/3 43/16 45/3
45/11 46/8 46/9
46/21 50/3 50/16
50/17 50/19 51/2
51/19 51/23 52/5
52/6 52/24 53/1
53/13 53/23 54/15
54/16 55/3 55/19
57/15 58/21 59/7
59/16 60/4 60/5
60/21 61/4 61/7
61/9 61/10 62/1
62/9 62/17 62/20
62/22 63/2 63/14
63/22 65/7 67/3
68/14 68/15 70/18
70/22 72/21 73/22
74/17 75/4 77/8
77/9 78/12 78/24
79/2 79/8 79/9
80/18 82/3 83/17
83/22 85/8 86/11
86/13 86/22 87/11
91/14 91/22 92/24

94/1 96/17
97/1 100/20 100/23
100/25 101/19
101/24 102/1
102/23 103/22
105/13 106/18
107/19 108/5
110/11 110/2 112/5
112/12 112/20
113/5 113/7 113/21
114/24 114/25
115/1 115/8 119/17
120/2 121/9 121/11
121/16 123/2
123/23 124/4 124/7
124/16 124/22
125/12 125/12
126/1 126/11
126/15 126/22
126/25 127/2 127/5
127/10 127/13
127/17 127/24
128/17 128/20
129/1 129/4 129/6
129/12 129/25
130/3 130/9 130/11
130/19 130/23
131/1 131/6 131/22
131/25 132/17
132/24 133/4
133/14 133/17
134/12 134/17
134/22 134/22
135/11 135/19
138/4 138/4 138/14
138/17 141/18
146/23 146/24
146/25 147/2
149/25 151/7 151/7
157/6 158/5 159/23
162/3 162/10 163/4
163/7 163/23
166/19 167/6
167/22 168/24

171/1 173/1 181/5
183/14 192/9 209/9
210/9 210/10
223/13 231/21
239/11 240/9
240/16 241/3 241/8
244/11 245/4
248/15 248/22
249/1 249/3 249/8
250/14 251/9
255/14 256/2
256/10 258/13
258/25 261/8
263/25 267/8
269/18 272/17
**yesterday [1]**   75/9
**yet [2]**   63/6 65/12
**York [5]**   34/21
34/23 35/19 35/23
35/24
**you [1550]**
**You'd [1]**   146/20
**you'll [34]**   11/7
13/22 29/5 43/15
46/15 66/8 69/3
69/4 78/10 78/11
79/23 90/18 115/23
134/3 142/5 156/19
171/24 174/10
187/14 187/15
190/10 194/15
197/17 199/14
199/15 203/8 204/7
205/10 208/3 213/2
216/17 225/5
247/23 254/3
**you're [90]**   6/19
6/20 9/12 10/24
12/11 12/24 15/5
24/23 24/24 40/18
42/23 43/14 44/8
46/7 52/17 65/22
65/23 69/22 71/6

**Y**

128/5 128/18 129/2
130/4 142/17

**you're... [71]**
73/12 75/3 79/19
82/4 85/9 88/20
89/20 100/22 109/4
118/18 121/25
125/19 132/9
141/24 142/8
142/13 142/25
143/3 145/2 148/11
151/4 153/8 158/22
159/25 172/1
184/19 184/23
184/25 185/3
185/20 186/18
187/6 189/6 191/10
191/12 194/23
196/8 196/19
200/15 203/2
204/19 204/21
205/2 206/1 206/20
206/23 207/2 207/5
207/7 207/10 208/2
208/8 209/7 213/4
218/15 231/5
243/11 245/5 245/6
250/14 252/13
253/23 257/23
257/25 261/16
264/11 265/17
266/6 269/23
269/24 269/25

**you've [14]**   10/10
104/14 115/25
142/24 143/6 145/5
146/14 148/16
164/14 183/5
208/18 244/23
252/25 259/20

**you-all [23]**   69/10
116/18 116/24
117/11 117/14
118/15 127/14

142/21 143/17
143/22 143/25
145/20 152/14
152/18 154/17
155/10 185/20
190/3

**young [1]**   89/25
**your [452]**
**yours [3]**   93/21
247/11 247/12
**yourself [7]**   24/24
24/24 40/19 74/19
88/3 112/10 202/23
**yourselves [4]**
7/14 15/13 39/21
72/6
**YouTube [1]**   178/4
**yvette [9]**   1/23
1/25 16/7 29/10
249/17 273/5
273/17 273/17
273/19

**Z**

**ZACK [3]**   1/17 3/17
30/14
**zero [1]**   262/16