```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                      WEST PALM BEACH DIVISION
                       CASE NO. 9:18-cv-80176-BB
 3
      IRA KLEIMAN, as the personal representative
 4    of the Estate of David Kleiman, and W&K Info
      Defense Research, LLC,
 5
               Plaintiffs,                 November 4, 2021
 6                                         9:43 a.m.
           vs.
 7
      CRAIG WRIGHT,
 8
               Defendant.                  Pages 1 THROUGH 293
 9    _____
                       TRANSCRIPT OF TRIAL DAY 4
10                  BEFORE THE HONORABLE BETH BLOOM
                     UNITED STATES DISTRICT JUDGE
11                       And a Jury of 10
      Appearances:
12    FOR THE PLAINTIFF:   ROCHE FREEDMAN, LLP
                           DEVIN FREEDMAN, ESQ.
13                         KYLE ROCHE, ESQ.
                           200 South Biscayne, Suite 5500
14                         Miami, Florida 33131

15                         BOIES SCHILLER & FLEXNER
                           ANDREW BRENNER, ESQ.
16                         STEPHEN N. ZACK, ESQ.
                           SAMANTHA LICATA, ESQ.
17                         100 Southeast 2nd Street, Suite 2800
                           Miami, Florida 33131
18
      FOR THE DEFENDANT:   RIVERO MESTRE, LLP
19                         ANDRES RIVERO, ESQ.
                           JORGE MESTRE, ESQ.
20                         AMANDA M. MCGOVERN, ESQ.
                           ZALMAN KASS, ESQ.
21                         2525 Ponce de Leon Boulevard, Suite 1000
                           Coral Gables, Florida 33134
22
      COURT REPORTER:      Yvette Hernandez
23                         U.S. District Court
                           400 North Miami Avenue, Room 10-2
24                         Miami, Florida 33128
                           yvette_hernandez@flsd.uscourts.gov
25
```

```
1                          I N D E X

2    Certificate...................................    293

3                      W I T N E S S

4    ON BEHALF OF THE PLAINTIFF:                       PAGE

5    IRA KLEIMAN
     CONTINUED CROSS-EXAMINATION BY MR. RIVERO         15
6

7                      E X H I B I T S
     EX. NO.:                           OFFERED   ADMITTED
8    Plaintiffs' 420                       35        35
     Defendant's  18                       64        65
9    Defendant's  19                       72        72
     Defendant's 301                       79        79
10   Defendant's 302                       83        83
     Defendant's 303                       85        85
11   Defendant's 481                       92        92
     Defendant's 396                       92        93
12   Defendant's  58                       95        95
     Defendant's  15                       97        97
13   Defendant's 257                      101       101
     Joint       103                      106       107
14   Defendant's 284                      108       109
     Defendant's 489                      116       116
15   Joint        31                      119       119
     Plaintiffs'   2                      121       122
16   Defendant's 161                      129       130
     Defendant's  10                      137       137
17   Joint         1                      139       140
     Defendant's  11                      142       142
18   Plaintiffs' 424                      148       149
     Defendant's  67                      152       153
19   Defendant's 252                      165       165
     Joint        21                      168       168
20   Defendant's   8                      171       172
     Defendant's 256                      205       206
21   Defendant's  40                      210       210
     Joint        99                      212       212
22   Joint        98                      219       219
     Joint        97                      221       222
23   Defendant's 357                      238       239
     Defendant's 359                      242       242
24   Defendant's 360                      243       244
     Plaintiffs' 157                      247       248
25
```

**E X H I B I T S** (Continued)

| EX. NO.: | | OFFERED | ADMITTED |
|---|---|---|---|
| Joint | 48 | 253 | 253 |
| Defendant's | 289 | 254 | 254 |
| Joint | 49 | 255 | 255 |
| Defendant's | 45 | 256 | 257 |
| Joint | 31 | 257 | 257 |
| Defendant's | 46 | 263 | 263 |
| Defendant's | 488 | 270 | 270 |

```
1          (Jury not present, 9:43 a.m.)

2               THE COURT:  Good morning to everyone.

3               MR. BRENNER:  Good morning, Judge.

4               THE COURT:  Good morning.

5               MR. BRENNER:  I think it was my turn --

6               THE COURT:  If I could -- let me just, before we

7     proceed, I just want the case to be called.

8               MR. BRENNER:  Okay.

9               COURTROOM DEPUTY:  Calling Case Number 18-cv-80176,

10    Kleiman v. Wright.

11              Counsel, please state your appearances beginning with

12    the Plaintiff.

13              MR. BRENNER:  Good morning, Your Honor.  Andrew

14    Brenner on behalf of the Plaintiffs.

15              MR. FREEDMAN:  Good morning, Your Honor.  Vel Freedman

16    on behalf of the Plaintiffs.

17              MR. ROCHE:  Good morning, Your Honor.  Kyle Roche on

18    behalf of the Plaintiffs.

19              MR. ZACK:  Steve Zack on behalf of the Plaintiffs.

20              MS. LICATA:  Samantha Licata on behalf of the

21    Plaintiffs.

22              MR. BRENNER:  And at counsel table, Your Honor, is

23    Ira Kleiman, as personal representative of the estate of Dave

24    Kleiman.  And Dorian Vela, who is helping us with graphics.

25              THE COURT:  Good morning.
```

1          MR. RIVERO:  Good morning, Your Honor.  Andres Rivero

2     for Dr. Wright.  Dr. Wright is present.

3          And also sitting with us will be Amit Shah and Sarah

4     Gonzalez, a paralegal, Your Honor.

5          THE COURT:  All right.  Good morning to each of you as

6     well.

7          MS. MCGOVERN:  Good morning, Your Honor.  Amanda

8     McGovern for Dr. Wright.

9          MR. KASS:  Good morning, Your Honor.  Zalman Kass on

10    behalf of Dr. Wright.

11         MR. MESTRE:  Jorge Mestre on behalf of Dr. Wright.

12    Good morning, Your Honor.

13         THE COURT:  Hi.  Good morning, once again.  Please be

14    seated.

15         Are there items that we need to address this morning?

16         MR. BRENNER:  Yes, Your Honor.  At the conclusion of

17    court yesterday, you'll recall -- let me step back five minutes

18    from the conclusion of court.

19         During the cross-examination of Mr. Kleiman,

20    Mr. Rivero asked if he had ever had conversations with any of

21    Dave's friends, something to that effect, about whether Dave

22    was the co-creator of Bitcoin.

23         And Ira Kleiman told him that, yes, he had, and that

24    he had an email with a friend.  And he describes the email as

25    follows:  He says:  "It was first a telephone conversation" --

1   and I'm reading from the rough transcript, Your Honor.  "And

2   then he followed it up with an email where he said that he,

3   based upon the discussions with -- that he had with Dave --

4   that he believed he had with -- Dave and Craig were the

5   co-creators of Bitcoin."

6          And he follows -- he also adds that it had to do with

7   him telling him about the Thanksgiving dinner -- Ira telling

8   the witness -- the person.

9          So you asked us -- you asked me at the end of court

10  what it was and I -- as I always do with due candor, I said I

11  didn't know what he was talking about.  And so you asked me to

12  investigate and report back to the Court, which I'm doing now.

13         So Mr. Kleiman was referring to -- would you like a

14  hard copy or should I put it up on the screen?

15         THE COURT:  Is it the exhibit that is already in

16  evidence?

17         MR. BRENNER:  No -- yes, it's a different exhibit.

18         THE COURT:  All right.  Then, yes, I would.

19         And has Mr. Rivero been provided a hard copy?

20         MR. BRENNER:  Yes.

21         THE COURT:  Well, he's shaking his head no.

22         MR. BRENNER:  Well, it was emailed to him last night.

23         MR. RIVERO:  Judge, I am really from the paper

24  generation, Judge.  I'll have to look at my email.

25         MR. BRENNER:  No.  I emailed him last night, as Your

1    Honor instructed us to do.

2            THE COURT:  All right.  Could you get a copy for me?

3        So this has not been provided in discovery?

4            MR. BRENNER:  No.  If I could, I'll explain.

5            THE COURT:  All right.

6            MR. BRENNER:  So this is -- I'll wait till Your Honor

7    has it.

8        (Pause in proceedings.)

9            MR. RIVERO:  I apologize, Your Honor.  I believe that

10   what Mr. Brenner is saying -- but we're looking for such an

11   email, but don't know of it right now.  So we're seeing the

12   document right now.

13           MR. BRENNER:  Your Honor, that's just --

14           THE COURT:  Right.  Hard copy or email, were you

15   provided the document?

16           MR. BRENNER:  Your Honor, I think this --

17           THE COURT:  Mr. Rivero, were you provided the document

18   previously?

19           MR. RIVERO:  Judge, this was produced.  What I'm

20   looking for is to know -- I just right now learned what it is

21   that they claimed what he was referring to.

22           THE COURT:  I'm sorry.  What's identified as an email

23   from May 17th, 2016, were you provided this last night?

24           MR. RIVERO:  Not that I know of right now, Judge.  And

25   Ms. McGovern is saying she didn't see it -- and Mr. Kass is

```
 1    saying.  I'll confirm that in a moment.

 2              MR. BRENNER:  Okay.  Your Honor, I have an email to

 3    both of them at --

 4              THE COURT:  All right.  Well, you may have sent the

 5    email.  Perhaps they didn't receive it.

 6              MR. BRENNER:  Okay.

 7              THE COURT:  But for what it's worth, it's here now.

 8              MR. BRENNER:  Okay.  It's here now.  It was sent to

 9    them -- I think it's 8:00 exactly when I found out -- 9:00,

10    whatever it is.  It's an email to both of them.  And if I need

11    to be sending emails to someone else other than the two lead

12    counsel that will see it, then I'm happy to do it, but that's

13    who I sent it to.

14              So it's P767, which, first of all, tells you it's on

15    the exhibit list.  It's an email from Mr. Andreou -- Andreou --

16    I don't know how to pronounce it correctly -- which is someone

17    that the Defendant has promised they are bringing in as a

18    witness in the case.

19              Mr. Andreou, Your Honor will learn if he testifies,

20    is -- was a long-time friend of Dave Kleiman.  In the

21    testimony, there was a reference to Dave working at Security

22    Lock [sic] in the early 2000s.  I believe that's where he meets

23    Mr. Andreou.  They work together and they become very close

24    friends.  So that's who Mr. Andreou is.

25              This is an email.  It's P767.  It was produced in the
```

1    case twice.  It was produced by Kimon, and that's the Bates

2    stamp that's on our trial list.  It was also produced by

3    Mr. Kleiman or by us.

4           So no question it was produced.  No question it's on

5    the trial exhibit list.  So -- and then as far as the content

6    of it, it's exactly what Mr. Kleiman described.

7           THE COURT:  All right.  Then that's the end of the

8    issue.

9           MR. BRENNER:  Well, I think it ends the issue.  But

10   from my perspective at least -- and lawyers perceive things

11   differently than jurors -- but from my perspective -- from my

12   perspective, there was a strong insinuation made in front of

13   the jury that one of two things happened:  Either he made this

14   up, the email, or that we had it and hid it from them, neither

15   of which is true.  And so I don't know how to remedy that.

16          THE COURT:  Well, you have an opportunity to redirect

17   your own witness.

18          MR. BRENNER:  I will do that, Your Honor.

19          THE COURT:  All right.

20          So Mr. Kleiman, come on forward, sir.

21          Do we have the jury ready to go?

22          Can you advise -- Liz, did we call the jurors?

23      (Pause in proceedings.)

24          THE COURT:  Mr. Kleiman, go ahead and have a seat,

25   sir.

```
 1              I'm rushing, thinking we're going to begin now.

 2              All right.  We're still waiting for two jurors.  My

 3     apologies.

 4          (Pause in proceedings.)

 5          THE COURT:  All right.  With regard to the witnesses

 6     that are expected to testify today after Mr. Kleiman, who else

 7     is the Plaintiff calling?

 8          MR. BRENNER:  So someone -- depending on the length of

 9     the cross-examination, but the only other possible live witness

10     is Dr. Wright.

11              The other potential witnesses, it's two videos.  One

12     is Andrew O'Hagan.  He's the author of the London article.

13     Jonathan Warren, I don't think you've heard too much about

14     him --

15          (Court reporter interruption.)

16          MR. BRENNER:  Jonathan Warren, he's -- Mr. O'Hagan's

17     about an hour, I think, maybe slightly less.  Jonathan Warren I

18     think, about 25 minutes.  I think.

19              And then we have a read of a deposition.  And that's

20     of Ramona Watts, who is Dr. Wright's wife.  Best estimation on

21     that, Your Honor, is about 80, 8-0.

22              So I think if we go with Mr. Kleiman until lunch, it's

23     highly likely that we then fill up the rest of the afternoon

24     with two and a half hours of that stuff.

25          THE COURT:  All right.  And are there any issues with
```

```
 1   regard to any of the anticipated witnesses?

 2           MR. RIVERO:  Not from our perspective, Your Honor.

 3           MR. FREEDMAN:  Your Honor, just one last matter, which

 4   is the Plaintiffs would like to move into evidence the exhibits

 5   referenced in the depositions that have played to date.

 6           THE COURT:  All right.  I'm going to need to have a

 7   list of those precise exhibits.

 8           MR. FREEDMAN:  How would you like -- I have a list

 9   here, Your Honor, but how would you like me -- what's the best

10   way to get it to you?

11           THE COURT:  Well, there were several witnesses that

12   testified by video.  So if you can -- with regard to each of

13   the witnesses and the corresponding exhibit number on either

14   the Plaintiffs' exhibit list, the Defendant's exhibit list, or

15   the joint exhibit list.

16           MR. FREEDMAN:  I've got that all here.  It's on paper.

17   It includes some of the witnesses that have not yet played.

18   It's just a list of all the exhibits referenced in the

19   depositions.  Happy to give that to the Court or I can prepare

20   a separate, you know, filing for the Court.

21           THE COURT:  Has that been provided to Ms. McGovern?

22           MR. FREEDMAN:  The list that I --

23           MS. MCGOVERN:  No, Your Honor.

24           MR. FREEDMAN:  The list that I was handed this morning

25   by my associate hasn't been provided to Ms. McGovern.  But
```

```
1    Ms. McGovern has a list of all the exhibits because they're

2    referenced in the --

3          THE COURT:  All right.  Well, you're not resting your

4    case now.  So why don't you provide it to Ms. McGovern so she

5    can review it so that we can have an opportunity, if we need

6    to, to address any issues with regard to those exhibits.

7          MS. MCGOVERN:  Thank you, Your Honor.

8          MR. FREEDMAN:  Yes, Your Honor.  We'd like them ruled

9    on prior to the -- sorry.  We'd like them ruled on prior to the

10   cross-examination of Dr. Wright.

11         THE COURT:  To your direct examination or to the

12   cross-examination in the Defendant's case?

13         MR. FREEDMAN:  To the direct examination of a hostile

14   witness, Your Honor.

15         THE COURT:  All right.  Then may I have a copy of

16   what's being provided to Ms. McGovern so that I can review each

17   of the exhibits?

18         MS. MCGOVERN:  Your Honor, I advised Plaintiffs'

19   counsel that we would look at this as soon as we possibly can

20   and review any objections to the exhibits referenced in the

21   depo clips.  We're doing it as quickly as we can.  We would

22   just like a little time because I'm just getting this now.

23         THE COURT:  Yes, of course.

24         MS. MCGOVERN:  Thanks.

25         THE COURT:  That's understandable and that's fair.
```

1        MR. BRENNER:  Your Honor, since it's still a couple

2   minutes before 10:00, and I don't want to waste the jury's

3   time, on P767, which is what we had up before, there are parts

4   of the email that would need to be redacted because they

5   violate one of Your Honor's rulings on a motion in limine.

6   So --

7        THE COURT:  Do you have a redacted copy that you can

8   show?

9        MR. BRENNER:  I'm going to do it right now and I'll

10  hand it to them.  So they can --

11       THE COURT:  All right.  Just let me know at the

12  appropriate time.

13       Let me suggest that either -- well, depending upon

14  where we are, but I want to make sure that we're consistent in

15  terms of our breaks so that the jury can appreciate when it's

16  time for a break.

17       So approximately 11:25.  We would then break at

18  approximately 1:00 for an hour.  And then in the afternoon at

19  approximately 3:15, 3:30.

20       MR. BRENNER:  Yeah.  I'll propose redactions to them

21  and I'm sure -- I don't think we're going to have a

22  disagreement on it.

23       THE COURT:  All right.  Then the two items that I do

24  need now -- or first is I do need the list of exhibits you're

25  seeking to introduce through the video depositions.  And then

1   once you have the redacted P767, if you'll provide that to the

2   Court as well.

3             MR. BRENNER:  Yeah.  Let me work with counsel.

4             MR. FREEDMAN:  Your Honor, and I just explained to the

5   courtroom deputy that this is a list of all exhibits that are

6   in any video deposition.  But the ones that have not yet been

7   played or presented to the jury are annotated and the ones that

8   are circled are the ones we need rulings on.

9             THE COURT:  Okay.  All right, then.  How we doing with

10  our --

11            COURT SECURITY OFFICER:  Last time I checked, we --

12            THE COURT:  One more.

13       (Pause in proceedings.)

14            THE COURT:  Are both sides ready to proceed?

15            MR. FREEDMAN:  Yes, Your Honor.

16            I'm sorry.  Just the list I handed up, can you just

17  confirm with me that next to Ms. Kobza's name it says:  "Not

18  played yet"?  I believe it does, but I saw a copy that was

19  missing that handwritten annotation.

20            THE COURT:  Yes.  It says:  "Not played yet."

21            MR. FREEDMAN:  Okay.  I have an extra copy if the

22  Court would like a second copy.

23            THE COURT:  I only need one.

24            MR. FREEDMAN:  Okay.

25            THE COURT:  All right.  Both sides ready to proceed?

```
 1              MR. RIVERO:  Yes, Your Honor.

 2              THE COURT:  On behalf of the Plaintiffs?

 3              MR. BRENNER:  Yes, Your Honor.

 4              THE COURT:  All right, then.  Let's bring in the jury.

 5         (Before the Jury, 9:56 a.m.)

 6              THE COURT:  Good morning, Members of the Jury.  Please

 7    be seated.  It's good to see each of you.  You are so

 8    conscientious and you were here early, that we're able to start

 9    early.

10              So we're ready to get to work.  Mr. Kleiman is back on

11    the witness stand.

12              Let me remind you, sir, you were previously placed

13    under oath and we will continue with the direct examination

14    [sic].

15                   CROSS-EXAMINATION [CONTINUED]

16    BY MR. RIVERO:

17    Q.  Good morning, Mr. Kleiman.

18    A.  Good morning.

19    Q.  You saw the opening statement, correct?

20    A.  Yes.

21    Q.  Your lawyer wrote this up as a time frame that was relevant

22    for the case, correct?

23    A.  Yes.

24    Q.  I'd like to make sure that we have the correct time frames

25    in the case, sir.
```

```
1        Your complaint alleges that Dr. Craig Wright invited

2    David Kleiman to participate in a project having to do with

3    Bitcoin, BitCash, et cetera, on March 12, 2008; isn't that

4    right?

5    A.  I don't recall exactly how the complaint was written.  That

6    was done by my lawyers.

7             MR. RIVERO:  Mr. Shah, if you could show -- if you

8    could show the -- Paragraph 30 of the second amended complaint.

9    And I'd like this to be shown to the jury as well.

10            And I'm sorry.  I have the wrong paragraph.

11            Mr. Shah, if you could show Paragraph 55 of the second

12   amended complaint.

13   BY MR. RIVERO:

14   Q.  Does this refresh your recollection that you allege that in

15   March of 2008 Craig Wright emailed Dave saying:  "I need your

16   help editing a paper," et cetera, as it's stated there?  Do you

17   remember that?

18   A.  Yes.  I remember seeing that email.

19   Q.  Yeah.  You've seen the email as well, right?

20   A.  Yes.

21   Q.  And from recollection, do you recall that it's on March 12,

22   2008?

23   A.  It looks right.

24   Q.  Okay.  So sir, nonetheless, March 2008 is the first date

25   that your complaint says that Wright communicates with Kleiman
```

```
 1   about Bitcoin, right?

 2   A.  Okay.

 3   Q.  Well, sir, you see it in front of you, don't you?

 4   A.  Yes.  This is what my attorneys drafted, yes.

 5   Q.  All right.  Your attorneys represent you, don't they?

 6   A.  Yes.

 7   Q.  You've read the complaint, have you not?

 8   A.  I suppose at some time I did, yes.

 9   Q.  Okay, sir.  Then there's a second date that's critical --

10   and this case is helpful because the dates tend to coincide

11   with dates we can remember.  The second date that's critical is

12   February 14, Valentine's Day, 2011.  And that's the day that

13   W&K Info Defense, LLC is formed as a corporation in Florida,

14   right?

15   A.  Yes.

16   Q.  Okay.  Now, then, of course, we know that David Kleiman

17   dies in April 2013, correct, Mr. Kleiman?

18   A.  Yes.  That's correct.

19   Q.  But regrettably, we don't know exactly what day

20   David Kleiman died, correct?

21   A.  I didn't hear that.

22   Q.  We don't know exactly what day David Kleiman died, do we?

23   A.  That's correct.

24   Q.  All right.  We use the 26th because that's the day he was

25   found, correct?
```

```
1    A.  Right.

2    Q.  So I'll just put 26th for working purposes.

3        Now, then, after that, from that date, the next date that

4    your lawyer referred to, which I do think is an important date,

5    is February -- and I'm going to get the exact date -- 2018,

6    right?  That's when you filed the lawsuit in this case?

7    A.  Yes.  That's correct.

8            MR. RIVERO:  Judge, one moment.

9        (Pause in proceedings.)

10   BY MR. RIVERO:

11   Q.  Subject to a correction from you or anyone else,

12   Mr. Kleiman, isn't it the case it's February 18, 2018 that you

13   filed this lawsuit?

14   A.  Yes.  That sounds right.

15   Q.  All right.  So what's missing in this timeline, would you

16   agree with me, is that there's no -- this timeline that your

17   lawyers showed just shows 2008 to 2013 straight through, right?

18   A.  Uh-huh.  Yes.

19   Q.  But there's -- this is a -- we're just going to -- this is

20   a Craig Wright email.

21       This is W&K.

22       This is Dave Kleiman's death.

23       And this is the lawsuit, correct?

24   A.  Yes.

25   Q.  All right.  Now --
```

1          MR. BRENNER:  Your Honor, may I just come around and

2    see that?

3    BY MR. RIVERO:

4    Q.  I want to go back to the logo.  He pulled a business card

5    out and he drew a "B" with a single line through it like this

6    or something like this, right?

7    A.  Yes.  That's what I recall.

8    Q.  But your testimony is he just showed it and he didn't speak

9    about it; he just showed you the card, right?

10   A.  I -- when did I testify to that?

11   Q.  Yesterday.

12   A.  No.  Do you remember, I drew the "B" on the card for you?

13   Q.  Correct.  My question is --

14   A.  Is that not part of my testimony?

15   Q.  Right.  When he showed it to you, he didn't say anything

16   about it, he just showed it to you?

17   A.  Oh, yes.  That's correct.  Yes.

18   Q.  And -- but what he was telling you was that he was

19   inventing money.  And then when you said:  "Counterfeit," he

20   said:  "Digital currency."  Right?

21   A.  Right.

22   Q.  Sir, but this doesn't say:  "M" for "money," does it?

23   A.  No.

24   Q.  It doesn't say:  "DC" for "digital currency."  Right?

25   A.  No.

1   Q.  And you didn't ask him what the "B" was for?

2   A.  I don't believe I did, no.

3   Q.  Yeah.  It was legibly a "B" that you could see.

4   A.  Yes.

5   Q.  I want to make sure I understand this story.  Your brother

6   says he's doing something bigger than that kid Zuckerberg,

7   right?

8   A.  Uh-huh.

9   Q.  He's going to do something bigger than Facebook, right?

10  A.  Yes.

11  Q.  2009, Facebook's already a big deal, right?

12  A.  Yes.

13  Q.  And he draws that for you, you don't ask, and he doesn't

14  say anything about it?

15  A.  It was a very quick conversation, you know.  And yes,

16  that's all he showed me.  It just looked like he was working on

17  a logo for this project.

18  Q.  But you tell the jury that:  "Oh, I thought since I do

19  graphic design and he had sometimes consulted with me about

20  logos, that he intended for me to consult with him on the

21  logo."  That's what you said yesterday.

22  A.  Yeah.  It looked like a potential new project.

23  Q.  But you never, that day or later, talked to him and gave

24  him any opinion about this "B" with a line through it, right?

25  A.  No, I didn't.

1    Q.  You didn't advise him and say:  "I like it," or:  "Here's

2    something better," right?

3    A.  No.

4    Q.  Okay.  Now, are you aware that the logo you're talking

5    about was actually not in use until later in 2010?  Do you know

6    that?

7    A.  Um --

8    Q.  It's a "yes" or "no," sir.

9    A.  Yeah.  I'm trying to remember.  I think I -- after like

10    looking at the "B" and the line through it, I think I did some

11    research online to try to find out like the history of the

12    logo.

13    Q.  And -- okay.  I'm glad to hear that, sir.

14    A.  So I do recall something in 2010.

15    Q.  Yeah.  So you know the history of this?

16    A.  I remember reading something on a forum, I believe.

17    Q.  Right.  Because there's a lot of public -- this Bitcoin

18    thing got a lot of online attention and people --

19    A.  Right.

20    Q.  -- would comment about it.  These things were happening out

21    there.  The logo wasn't a secret, right?

22    A.  Right.

23    Q.  And what happened -- isn't it the case that on February 5,

24    2010 -- that's months after this conversation -- this story?

25    A.  Yeah, like three months.  Yes.

1    Q.  Yeah.  A fellow named -- or I should say an individual who

2    goes by New Liberty, February 5, 2010, proposed to the world --

3    he said:  "Hey, what we're using now isn't very distinctive.

4    Why don't we use a 'B' with a line through it like the Thai

5    baht?"

6    A.  Yes.

7    Q.  Isn't that right?

8    A.  That is right.

9    Q.  Did that stick with -- your wife's from Thailand?

10   A.  That's correct.

11   Q.  So you know what a baht is.  That's the currency in

12   Thailand?

13   A.  Yes.

14   Q.  Right.  So to be clear, you know that the person who came

15   up with the new logo, this logo, did so months after the

16   Thanksgiving -- the Turkey Day talk, right?

17   A.  I think it was just proposed as a potential logo for

18   Bitcoin.

19   Q.  But it wasn't proposed by your brother?

20   A.  That -- I mean, that, I don't -- I can just tell you what

21   he drew for me.  And then I don't believe my brother ever

22   posted any communications on the forum.  It's only other

23   people.  You know, he used the anonymous Satoshi Nakamoto

24   email.  So ...

25   Q.  You're not claiming he's New Liberty, are you?

1    A.   No.   I know that --

2    Q.   You know it was New Liberty who proposed --

3         MR. BRENNER:   He's trying to answer the question --

4    objection.   The witness is trying to --

5         THE COURT:   Give the witness an opportunity to answer

6    the question, please.

7         THE WITNESS:   I know who the New Liberty person is,

8    yes.

9    BY MR. RIVERO:

10   Q.   You know the person who proposed this was New Liberty?

11   A.   I mean, now I know of him, yes.

12   Q.   Right.

13        The last time you spoke to David Kleiman in life was in

14   2009, right?

15   A.   Correct -- well, no, no.   Actually, I shouldn't say that.

16   Q.   I said that the wrong way.

17   A.   That's the last time I recall seeing him.

18   Q.   Are you finished, Mr. Kleiman?

19   A.   Yes.

20   Q.   Let me restate the question.

21        The last time you saw your brother in person was in 2009?

22        MR. BRENNER:   Your Honor, just renew the objection

23   from yesterday on this issue.

24        THE COURT:   I'm sorry.   The objection is?

25        MR. BRENNER:   It violates an order of the Court.

```
1            THE COURT:  Sustained.
2    BY MR. RIVERO:
3    Q.  Now, sir, I want to be very clear about some testimony you
4    gave yesterday.  There isn't any email anywhere from a friend
5    of David Kleiman's that says that they had any conversation
6    like the one you had with David Kleiman, the turkey-talk; isn't
7    that right?
8    A.  Did you receive the new email that they produced to you
9    last night?
10   Q.  Oh, I have it, sir, but I want to be real clear.  Nobody
11   says they had such a conversation with David Kleiman except for
12   you?
13   A.  I don't agree with that.
14   Q.  All right, sir.  Do you understand that Patrick Paige has
15   already testified here?
16   A.  Yes.
17   Q.  And you know that Patrick Paige testified that he never
18   talked with David Kleiman about Bitcoin or anything to do with
19   it?
20   A.  That's also not correct.
21   Q.  Okay.  So then that's your testimony.
22   A.  No.  I can show the email where Patrick says that Dave did
23   discuss Bitcoin with him.
24   Q.  Sir, we're going to -- I want to -- we've already heard
25   from Patrick Paige.  I don't need -- I'm not asking you your
```

```
 1   opinion of what Patrick Paige said.

 2   A.  It's not my opinion.  It's a fact.

 3   Q.  Okay.  Sir, do you understand that we're calling Kimon

 4   Andreou and he's going to be in this courtroom?

 5   A.  Yes.

 6   Q.  And your testimony is that you heard Kimon Andreou tell

 7   you:  "I had a conversation with David Kleiman when he was

 8   alive," like that one you say you had on Thanksgiving, November

 9   26th, 2009.

10   A.  It's not the exact conversation.  But he said something

11   like:  "Dave told me something similar.  And I chalked it up to

12   that he was just mining Bitcoin."

13   Q.  All right, sir.  So I guess we'll see what Mr. Andreou has

14   to say about that.

15       Now, nonetheless, based on your personal knowledge, your --

16   you don't have a single statement by David Kleiman in writing

17   during his lifetime that -- that is consistent with your -- in

18   any writing, with your turkey talk?

19   A.  No.  As I said yesterday, this was supposed to be a

20   secretive project.

21   Q.  And your claim, separate from -- in the conversation, the

22   only discussion was that he was inventing money and that he was

23   going to make a digital currency and he was working with a

24   foreigner, right?

25   A.  Yes.
```

1    Q.  Not a word about a business partnership?

2    A.  I think I brought it up to him.  I said:  "Why don't you

3    partner with this guy?  With his money and your brains, you

4    could be like the next Facebook," or something like that.

5    Q.  To which you say he didn't respond?

6    A.  That's correct.

7    Q.  Okay.  So there's not a single text, there's not a single

8    email, there's not a single written document that supports

9    this, isn't that right, during David's life?

10   A.  Yes.  That's correct.

11   Q.  Now, I think I asked you yesterday:  You concluded early on

12   that there was no precious treasure to be found, right?

13   A.  Are you talking about on his drives or ...

14   Q.  In the possession of the estate.

15         MR. BRENNER:  Objection.  Misstates the testimony,

16   Your Honor.

17         THE COURT:  Sustained.

18         Rephrase, please.

19   BY MR. RIVERO:

20   Q.  Early on, you concluded that there was no treasure to be

21   had in David Kleiman's devices or his estate, did you not?

22   A.  There was no verifiable information that led me to believe

23   that there was any value located on his drives.

24         MR. RIVERO:  Your Honor, may I have one moment --

25         THE COURT:  Certainly.

1          MR. RIVERO:  -- just to locate ...

2       (Pause in proceedings.)

3   BY MR. RIVERO:

4   Q.  Sir, let's talk about David Kleiman's -- his -- his

5   background to participate in a project like Bitcoin.  Do you

6   understand that Bitcoin involves -- the creation of Bitcoin

7   involved a number of complicated disciplines?

8   A.  I -- I don't understand the specifics.

9   Q.  You know it involved computer science, right?

10  A.  Not really.

11  Q.  Okay.

12  A.  I've heard it involves like cryptography and maybe

13  encryption.  A lot of mathematics and --

14  Q.  Math?

15  A.  Right.

16  Q.  Computing, right?

17  A.  Uh-huh.

18  Q.  Law; isn't that right?

19  A.  I'm not sure about that.

20  Q.  All right.  Economics, sir?  Do you know that it involves

21  economics?

22  A.  I would imagine, yeah.

23  Q.  Do you understand that the system involves statistics?

24  A.  Statistics?  I don't know.

25  Q.  You don't know.

1       Information security, I think you've referred to that?

2    A.  Okay.

3    Q.  Involves project management, does it not?

4    A.  I suppose.

5    Q.  Do you know whether or not it involves engineering?

6    A.  I don't know.  I don't have any personal knowledge of

7    what's involved in creating Bitcoin.

8    Q.  Finance?

9    A.  If it involves -- yeah, it's money, so yes.

10   Q.  Game theory?

11   A.  I don't know.

12   Q.  All right.  You don't know what a Merkle tree is?

13   A.  No.

14   Q.  Now, sir, in the case of David Kleiman, I think you and I

15   can agree, he didn't have formal education beyond high school,

16   correct?

17   A.  I believe he did attend college.  I don't think he

18   graduated.  But yes, I believe he attended a college.

19   Q.  Let's make sure that we're in agreement.  He didn't have a

20   bachelor's, a master's, or a Ph.D. in math, correct?

21   A.  No.  I don't believe so.

22   Q.  He didn't have a bachelor's, a master's, or a Ph.D. in

23   computing, correct?

24   A.  No.

25   Q.  He didn't have a bachelor's, master's, or a Ph.D. in law?

```
 1   A.  No.
 2   Q.  He didn't have a master's -- a bachelor's, a master's, or a
 3   Ph.D. in economics?
 4   A.  No.
 5   Q.  He didn't have a bachelor's, a master's, or a Ph.D. in
 6   statistics?
 7   A.  No.
 8   Q.  He didn't have any of those degrees as to information
 9   security, correct?
10   A.  Not to my knowledge.
11   Q.  He didn't have any of those degrees as to project
12   management, correct?
13   A.  Correct.
14   Q.  Didn't have a bachelor's, master's, or Ph.D. in
15   engineering?
16   A.  No.
17   Q.  And he did not have a bachelor's, a master's, or a Ph.D. in
18   finance?
19   A.  No.
20   Q.  Or in game theory, right?
21   A.  Not to my knowledge.
22   Q.  And in your personal knowledge, you don't know which of
23   these subjects Mr. -- Dr. Wright has studied to either a
24   college, a master's, or a doctorate level.  You don't know that
25   on your personal knowledge, do you?
```

1    A.  I recall looking at his resume at one time.  Yeah, I

2    noticed he did have a lot of degrees.

3    Q.  Do you know that he has a master's in law?

4    A.  Yeah.  I think I read something like that, yes.

5    Q.  Okay.

6            THE COURT:  Mr. Kleiman, if you can just speak up a

7    little bit, sir, just so we can hear you.  Thank you.

8            THE WITNESS:  Okay.  I'm sorry.

9    BY MR. RIVERO:

10   Q.  And you know he has a number of degrees?

11   A.  Yes, I do.

12   Q.  Now, do you remember commenting that you don't know how to

13   do any programming, and to be honest, you didn't know if David

14   did either?

15   A.  That's correct.

16   Q.  In fact, you believe that if he was involved in any kind of

17   significant coding, that it might have been outsourced work,

18   right?

19   A.  Yes.  At first, I did believe that.

20   Q.  I'm sorry, sir.  I can't hear you.  Did you say:  "At

21   first"?

22   A.  Yes.  I did believe that.

23   Q.  And I think you testified on direct.  But in any event, you

24   first heard about David Kleiman's involvement in Bitcoin from

25   Craig Wright -- perhaps through Patrick Paige, but after

1    David Kleiman had died?

2    A.  Yes.

3    Q.  And that was in February 2014, 10 months after

4    David Kleiman had died?

5    A.  Correct.

6    Q.  Before that, you had zero information?

7    A.  About Dr. Wright?  Yes.

8    Q.  Well, and about Bitcoin, other than the Thanksgiving Day

9    story?

10   A.  Right.  Yes.

11   Q.  Now, yesterday, you told me that he had never asked you to

12   mine Bitcoin.  Do you understand, sir, that to get the Bitcoin

13   system going and to maintain it, people have to do an activity

14   called "mining"?

15   A.  Yes.  I understand that.

16   Q.  I won't get too technical.  That's not your testimony.  But

17   you understand that your expert testified that it's absolutely

18   essential to get people to mine and to keep them mining to make

19   the system work, right?

20   A.  Yes.

21   Q.  And do you understand that at the very beginning very few

22   people were mining?

23   A.  Yes.  That's my understanding.

24   Q.  And that's in January of 2009, right?

25   A.  Right.

1    Q.  And do you know -- did Dr. Wright ever tell you that he was

2    running racks of servers at the beginning of the process to get

3    the system going?

4    A.  He never told me that, no.

5    Q.  Right.  Well -- and you certainly don't know that your

6    brother -- you never saw racks of servers in your brother's

7    garage, did you?

8    A.  No, I didn't.  But I have seen emails where I believe they

9    remotely used a data center in Florida for Bitcoin mining.

10   Q.  Okay.  Sir, you believe you've seen an email about remote

11   data centers in Florida; isn't that right?

12   A.  That is correct.

13   Q.  Yeah.  And sir, why don't you tell us where it is in

14   Florida you thought that that remote center for mining was

15   located.

16   A.  I think that the name of the company was like DSL, I think,

17   in Tampa, Florida.

18   Q.  In Tampa, Florida.  Do you know that Tampa, Florida is not

19   located in the Southern District of Florida?

20   A.  No.

21   Q.  Do you know you alleged in this complaint before this

22   Judge -- you alleged that David Kleiman's activities occurred

23   in the Southern District of Florida, did you not?

24   A.  Well, it's just a honest mistake, perhaps.

25   Q.  It's just an honest mistake, perhaps?

1   A.   Yeah.   Tampa is still -- it's in Florida.

2   Q.   Okay.   Sir, you don't have -- this is now what you have to

3   say about whether any kind of activity happened here in the

4   Southern District of Florida where this Court sits?

5   A.   I don't know.   I mean, I don't have all the -- I'm just

6   telling you what I've seen.

7   Q.   Right.   Other than some document you've seen, you never

8   discussed it with your brother?

9   A.   I believe --

10  Q.   Right?

11  A.   No.   But this document, I believe, was produced by you.

12  Q.   Sir, my question is:   You never had a conversation with

13  your brother about racks of servers anywhere inside or outside

14  the Southern District of Florida, did you?

15  A.   No.

16  Q.   And you never -- in 2014, you certainly had no idea that he

17  might have had such a thing, right?

18  A.   That's correct.

19  Q.   Now -- and he never asked you to do any mining; isn't that

20  right?

21  A.   No.   He never did.

22  Q.   Do you know whether Dr. Wright asked everybody he knew to

23  mine?

24  A.   No.

25  Q.   Do you know one way or another?

 1   A.  I believe there's also an email provided by you where Craig

 2   says he's providing like access to the mining equipment to

 3   Dave.

 4   Q.  So, Mr. Kleiman, I want to make sure -- I'm not asking you

 5   to guess from memory.  It's not some -- I'm not asking you to

 6   guess from memory about -- so that you can relate emails to the

 7   jury.  My question is:  Do you know whether Dr. Wright asked

 8   people to mine?

 9   A.  No.  I don't have any personal knowledge.  No.

10   Q.  Okay.  And again, he never asked -- he never told you to

11   purchase Bitcoin when it was selling for pennies?

12   A.  No.

13   Q.  In fact, later, you were really -- you wondered -- you

14   said:  "Why wouldn't he tell me to buy that when it was really

15   cheap?"

16       You said that, didn't you?

17   A.  Yes.  Like I said, this must have been a very secretive

18   project.  They just didn't want it getting out.

19   Q.  Well, sir, or he didn't want you to have any?

20            MR. BRENNER:  Objection.  Argumentative.

21   BY MR. RIVERO:

22   Q.  Is that possible?  If we're going to speculate, is that

23   possible?

24            THE COURT:  Sustained.

25            THE WITNESS:  Anything is possible.

```
 1              Rephrase, please.

 2              MR. RIVERO:  All right.  I'd like to show Exhibit P420

 3    to the witness.

 4    BY MR. RIVERO:

 5    Q.  This is an email from you to a person named Angie Ojea in

 6    December of 2017; isn't that right?

 7    A.  Yes.

 8              MR. RIVERO:  Judge, I'd move the admission of -- it's

 9    actually Plaintiffs' 420.

10              THE COURT:  Any objection?

11              MR. BRENNER:  Can you just scroll to the next page,

12    please.

13              THE COURT:  This is on the Plaintiffs' witness --

14    exhibit list?

15              MR. BRENNER:  I have no objection to this exhibit,

16    Your Honor.

17              THE COURT:  Admitted into evidence.

18         (Plaintiffs' Exhibit 420 received into evidence.)

19              MR. RIVERO:  Mr. Shah, if you would look at the

20    first -- the last email, but the first one at the top right.

21    BY MR. RIVERO:

22    Q.  And you say here -- this is an exhibit from the Plaintiffs,

23    from you -- you say:  "I often think of David as well.

24    Actually, it's hard not to think about him since Bitcoin has

25    become so popular.  The mainstream media talks about it every
```

1    day now.  Every time I hear that word, it's" -- can you read

2    that for -- what do you mean when you say:  "Every time I hear

3    that word, it's" --

4    A.  "It's like 'Argh.'"

5    Q.  Like great frustration, sir?

6    A.  Yeah.  A little bit irritating, yes.

7    Q.  Yeah.  You're conflicted by it.  You say:  "On the one

8    hand, it's really cool that he helped invent it, but brutally

9    sad if it was all stolen from him."

10        But then you say:  "And why the heck didn't he tell us to

11   buy some when it was selling for pennies?"  Right?

12   A.  Yes.

13   Q.  Right.  You don't believe your brother was a stingy man, do

14   you?

15   A.  No, not at all.

16   Q.  To the contrary, he was quite generous --

17   A.  Yes.

18   Q.  -- when he had money, wasn't he?

19   A.  Yes, he was.

20   Q.  Right.  And he helped his friends out when he had money,

21   right?

22   A.  That is correct.

23   Q.  Right.  And there's no reason that he would have held back

24   not to help you, is there?

25   A.  No.  But like I said, it was a secret project and he just

```
1    didn't want the word to get out.

2    Q.  Well, sir, those are two different things.  I'm not asking

3    you whether he held back about saying:  "I'm inventing digital

4    money."  We already know about that, don't we?  We already know

5    what he said about that, right?

6    A.  Yes.

7    Q.  I'm asking you if he said -- like he said to you as to

8    Twitter or as to Apple:  "Hey, Ira, you might want to look at

9    the Bitcoin stuff.  I think it might blow up."

10        He didn't do anything like that?

11   A.  No.

12   Q.  Now, I'm not sure -- and pardon me because I don't think I

13   did ask you about these things.

14        After David Kleiman died, you're the one who went through

15   his possessions to determine what to keep and what to discard,

16   right?

17   A.  Yes, I did.

18   Q.  And when you looked through his things, you found a number

19   of computer drives and papers.  We did talk about that, right?

20   A.  Yes.

21   Q.  You found security-related certificates, right?

22   A.  Yes, a lot of certificates that he earned in the

23   computer-work field.

24   Q.  Your brother had an impressive number of certificates,

25   which he would list behind his name with all the alphabet soup,
```

1   with the initials for the certificates, right?

2   A.   Correct.

3   Q.   And you found those?

4   A.   Yes.

5   Q.   And these were in the computer security area, for the most

6   part, because that was his area, right?

7   A.   Yes.

8   Q.   And you read his papers at least briefly, right?

9   A.   I don't think I ever read like any of his books or papers,

10  no.  I wouldn't understand most of it.

11  Q.   None of it seemed important to you?

12  A.   It seems cool.  I was interested that he was actually

13  publishing things.  But as far as me taking time to read it and

14  try to understand it, no, I didn't do that.

15  Q.   I'm not talking about his work.  I'm talking about his

16  papers.  You didn't -- when you looked at the papers, you

17  didn't think any of it was important, right?

18  A.   What kind of papers are you talking about?

19  Q.   When David Kleiman died, you went into his house and he had

20  papers in his house, right?

21  A.   Yeah.  I mean, I'm talking just like general papers that

22  you leave around the house, like it could be stuff you bring in

23  from the mail or newspaper stuff or --

24  Q.   Sir, whatever he was doing, whatever he was receiving,

25  whatever he was producing, to the extent he had it on paper,

1    the papers were there, right?

2    A.   Yes.

3    Q.   Okay.  But you didn't see anything you thought was

4    important, did you?

5    A.   No.

6    Q.   And you didn't -- in fact, what you did was you looked at

7    it -- this is after -- okay.  Let me just be clear.  I want to

8    be clear.  This is after he told you he's inventing something

9    bigger than Facebook, right?

10   A.   Yeah.  This is 2013.  So yeah, many years later.  Yes.

11   Q.   Okay.  And after he told you that it was going to be bigger

12   than Facebook -- right?

13   A.   Right.

14   Q.   -- you decided that you -- well, you thought that you were

15   looking at things that were not relevant to keeping, right?

16   A.   Yeah.  Anything that didn't look relevant, yeah, I would

17   discard.

18   Q.   And that is to say, other than his security certificates

19   and I think you mentioned some books, you threw away all the

20   papers?

21   A.   I don't -- I don't remember exactly what I, you know, kept

22   and threw away, but -- I don't believe I discarded anything of

23   extreme value.  He wouldn't have been keeping like paper --

24   Bitcoin wallets just laying around the house.  He's a security

25   expert.

```
 1   Q.  All right.  Sir, do you remember seeing anything like --

 2           MR. RIVERO:  What I'll do is I'll ask you to show

 3   Defendant's 145 to the witness and to counsel.

 4   BY MR. RIVERO:

 5   Q.  Sir, do you remember seeing anything, any handwritten notes

 6   that looked anything like this?

 7   A.  No.

 8           MR. RIVERO:  Your Honor, I'm not moving the admission

 9   of D145 at this moment, but may I just hold it up so the jury

10   can see the form?  They wouldn't be able to read it.

11           Is that acceptable?

12           THE COURT:  No, it's not.  It's not in evidence, sir.

13           MR. RIVERO:  Judge, I want to use it as a

14   demonstrative.

15           THE COURT:  Well, I don't know how the witness's last

16   answer would be helpful to explaining his testimony.  So --

17           MR. RIVERO:  Judge, what I want to ask is if he saw

18   anything like this, but I want the jury to understand what he

19   didn't see.

20           THE COURT:  You can describe it without showing it to

21   the jury.

22           MR. RIVERO:  Thank you, Your Honor.

23   BY MR. RIVERO:

24   Q.  Mr. Kleiman, I'm showing you -- for now, I'm showing you

25   what's Defendant's 145.  I believe it will be in evidence at
```

1    some point.  It's a bunch of handwritten notes, right?

2    A.  It appears to be, yes.

3    Q.  And on lined paper, right?

4    A.  Yes.

5    Q.  And for some -- well, you have never seen these notes, I

6    assume?

7    A.  I don't believe so.

8    Q.  Right.

9         MR. RIVERO:  And actually, if you don't mind, if you

10   would show the following pages, just the form of them,

11   Mr. Shah.

12        MR. BRENNER:  Your Honor, maybe I misunderstood.  I

13   thought you did not allow it to be shown.  The witness has no

14   idea what he's looking at.

15        THE COURT:  I can't understand what you said.

16        MR. BRENNER:  It's being shown just to the witness?

17   Is that what's happening?

18        THE COURT:  It's being shown just to the witness.

19        MR. BRENNER:  Okay.  Thank you.

20   BY MR. RIVERO:

21   Q.  Sir, do you see that it's just a series of pages of

22   handwritten notes?  Right?

23   A.  Yes.

24   Q.  And there's some kind of symbolic writing.  Sir, do you

25   understand the symbols?

1    A.  No, I don't.

2    Q.  Okay.  And if you just look further back, do you see a

3    number of equations?

4    A.  Yes.

5    Q.  Okay.  Did you see anything like that kind of notes in your

6    brother's papers?

7    A.  No.

8    Q.  And, in fact, you didn't see anything that looked like

9    research papers?

10   A.  No.  I don't believe so, no.

11   Q.  And you never came across work papers when you were looking

12   at his papers?

13   A.  I think I only recall seeing some like really old papers,

14   like when he was still a police officer or he was maybe like

15   writing off the -- traffic tickets or something.

16       But yeah, aside from that -- oh, and also Security Doc,

17   some papers related to that company.

18   Q.  Just to get the time frame correct, he left the police

19   department in what year?

20   A.  Yeah.  It was many years ago, like in the '90s, I think.

21   Q.  Right.  And the Security Doc company, I believe you said,

22   was in the very early 2000s, right?

23   A.  That's correct.

24   Q.  Now, I do want to show you -- I'm sorry -- second amended

25   complaint, Paragraph 5, sir.

1          MR. RIVERO:  If we can -- and that, we can show to the

2     jury.  Paragraph 5.

3     BY MR. RIVERO:

4     Q.  Do you see, sir, that you actually said to the Court that

5     if you look --

6          MR. RIVERO:  Mr. Shah, if you would highlight:  "The

7     mining of a substantial amount of Bitcoin," starting there.

8     BY MR. RIVERO:

9     Q.  You actually said to the Court that you had a good-faith

10    basis to allege that:  "There was the mining of a substantial

11    amount of Bitcoins through the use of computer equipment

12    located within this district."

13         MR. BRENNER:  Your Honor, under the rule of

14    completeness, can counsel read the rest of the sentence since

15    it's two and/ors?

16         THE COURT:  Yes.  If you'll do so.  That's

17    appropriate.

18         MR. RIVERO:  Judge, it's published to the jury.

19    BY MR. RIVERO:

20    Q.  And sir, you don't have any evidence that there was any

21    Bitcoin mining equipment in this district, in -- let me just be

22    clear so that -- from Key West to Fort Pierce.  You don't have

23    any evidence there was anything here?

24    A.  I just have what Craig stated, that Dave did the mining.

25    Q.  All right.  Now, you say you don't know of any device

```
1    David Kleiman mined or stored Bitcoin or any cryptocurrency on,
2    do you not?
3    A.  Can you repeat that, please.
4    Q.  Yeah.  You don't know of any device that David Kleiman
5    mined or stored Bitcoin or any other cryptocurrency on?  You
6    don't have any knowledge?
7    A.  No.
8    Q.  You don't know of any devices that David Kleiman used to
9    develop or store any intellectual property, right?
10   A.  No.
11   Q.  You never saw David Kleiman mine any Bitcoin?
12   A.  No.
13   Q.  He never told you he mined Bitcoin?
14   A.  No.
15   Q.  He never told you he mined Bitcoin at the Veterans
16   Administration hospital here in Miami?
17   A.  That's correct.
18   Q.  You didn't see his devices at the Veterans Administration
19   hospital in Miami?
20   A.  (No verbal response.)
21   Q.  You personally didn't see them?
22   A.  No, I didn't.
23   Q.  Yeah.
24       Now turning to another subject, sir.  This is not the first
25   time that you make -- file a lawsuit-- this case, that you have
```

1  put now to this jury, this is not the first time that you go to

2  a court to allege that somebody has wrongful possession of your

3  brother's Bitcoin, right?

4  A.  That's somewhat correct, yes.

5  Q.  No, sir.  It's not "somewhat correct."  Isn't it true that

6  before you brought this lawsuit, you brought another lawsuit

7  where you said that other people had possession of the Bitcoin?

8  A.  I think that may have been like an amended complaint.  But

9  my initial complaint was just to retrieve my brother's domain

10 name, just to get davekleiman.com back.

11 Q.  All right, sir.  You know we're on a second amended

12 complaint in this case, right?

13 A.  Yes, I believe so.

14 Q.  Do you understand the last thing you say is what you're

15 saying in the court?  You understand that?

16 A.  Okay.  That's fine, yes.

17 Q.  All right.  So I didn't ask you amended or not.  You made

18 allegations in a lawsuit that others had wrongfully taken and

19 kept David Kleiman's Bitcoin, did you not?

20 A.  Yes.  We were provided an email that appeared as if that

21 could have taken place, yes.

22 Q.  All right, sir.  And then you -- let's make it clear before

23 I go into the details.  You're the only living beneficiary of

24 your brother's estate, aren't you?

25 A.  Yes.

1    Q.  And if there is a treasure to be found, if there's a

2    precious treasure to be found, you believe you would get it

3    all?

4    A.  According to his will, yes.

5    Q.  Well, I want to look at his will, sir, but I'm asking about

6    your belief.  You believe you get it all.  That any precious

7    pot of gold, it goes to you?

8    A.  From what I've been told, yes.  That's -- I'm not a lawyer.

9    I can only tell you what my attorneys tell me.  They say that

10   I'm the sole beneficiary.  So then, yes, I believe.

11   Q.  Sir, I'm sorry.  I didn't ask you what your lawyers said.

12   I'm not allowed to ask you what your lawyers said.  I asked you

13   what you believe.

14   A.  I believe --

15   Q.  You believe -- let me finish the question, make sure you

16   understand it.  You believe if there's a precious pot of gold

17   to be had, you're getting it?

18   A.  Based upon what my counsel tells me, that's what I'm

19   supposed to believe.

20   Q.  Now, sir, you are the executor of the will, right?

21   A.  Yes.

22   Q.  Okay.  And as executor of the will, that's a little bit

23   different than an heir, right?  The executor is different from

24   the heir?

25   A.  Actually, I'm not -- I don't know.

1    Q.  Do you understand the word "executor"?  Do you understand

2    contained in it is the idea of executing something?

3    A.  Okay.

4    Q.  Do you understand that?

5    A.  Yes.

6    Q.  You're supposed to carry out the will, aren't you?

7    A.  Yes.

8    Q.  Do you understand -- and you say you have counsel or

9    lawyers -- that you're supposed to do your brother's intent?

10   A.  Right.

11   Q.  Okay.  Now, sir --

12          MR. RIVERO:  If we can look at the document -- pardon

13   me, Judge.

14      (Pause in proceedings.)

15          MR. RIVERO:  -- Joint Exhibit 22, Your Honor.  So I'll

16   just ask for publication to the jury of the will.  It's been

17   shown to them before.

18   BY MR. RIVERO:

19   Q.  Now, sir --

20          MR. RIVERO:  Mr. Shah, if you would show the jury.

21   BY MR. RIVERO:

22   Q.  This is -- let me just ask you about the front page.  This

23   is a will for David Alan Kleiman, right?

24   A.  Yes, it is.

25   Q.  By the way, how much older than you was David Kleiman?

1    A.  He was about four years older.

2    Q.  Okay.  And how old was he when he died?

3    A.  I think 46.

4    Q.  Okay.  Now, and this will, as you recall, was prepared in

5    2003, right?

6    A.  Yes.

7    Q.  And you know what an amendment is.  You've already told the

8    jury you know what an amendment is, right?

9    A.  Yes.

10   Q.  And this was not amended after 2003?

11   A.  Not to my knowledge.

12   Q.  Well, that would be -- I mean, not to your knowledge.

13   You're the executor?

14   A.  Yes.

15   Q.  Right.  There's not another will that you know of?

16   A.  Not that I know of, yes.

17   Q.  Right.  This is the one you're trying to carry out?

18   A.  Yes, it is.

19   Q.  Okay.

20        MR. RIVERO:  Let's look at Page 2.

21   BY MR. RIVERO:

22   Q.  Now, you'll see that the fifth item says --

23        MR. RIVERO:  If you would highlight the fifth item,

24   Mr. Shah.

25

1   BY MR. RIVERO:

2   Q.  The fifth item says -- it's important.  We're looking to

3   see what it is your brother wanted to do.  That's what you

4   should be looking to do; isn't that right?

5   A.  Yes.

6           MS. MCGOVERN:  Andres, you need to publish --

7           MR. RIVERO:  Oh, I'm sorry.

8           Is it being shown to the jury?  I asked that it

9   published.

10          THE COURT:  It's in evidence.

11          MR. RIVERO:  Yeah.  Judge, I had said --

12          THE COURT:  22?  Yes.  If we could show that to the

13  jury.

14          MR. RIVERO:  Yeah.  I'm not sure if it was, Judge.

15          MS. MCGOVERN:  It wasn't.

16          MR. RIVERO:  Okay.  Judge, just one moment.

17          THE COURT:  Ladies and Gentlemen, is it on everyone's

18  screen?

19          All right.  Thank you.

20          MR. RIVERO:  Excuse me, Judge.

21      (Pause in proceedings.)

22          MR. RIVERO:  Judge, I'm just wanting to make sure that

23  I know when it's to the jury, so we understand the system.  And

24  I'm sorry that I --

25          THE COURT:  Not a problem.  If you'll just communicate

1    that you want it to be shown, and I'll just confirm it's into

2    evidence and then it will be published.

3          MR. RIVERO:  Thank you.  And I apologize.

4    BY MR. RIVERO:

5    Q.  All right.  So what your brother intended to do was to give

6    to you:  "All of the rest, residue, and remainder of my

7    estate." Right?

8    A.  Yes.  That's what I see on this.

9    Q.  Right.  The residue is after anything else that has to come

10   out, right?

11   A.  Yes.

12   Q.  Okay.  So it's not just straight-up give everything to Ira,

13   right?

14   A.  Like I said, I'm not an attorney.  I don't know.

15         MR. RIVERO:  Let's look -- if we can go back to the

16   page before, Mr. Shah.

17   BY MR. RIVERO:

18   Q.  And if we look --

19         MR. RIVERO:  I'm sorry.  I think it's the next page.

20   I apologize.

21         Yeah.  If you could highlight the first sentence of

22   number -- of the second.

23   BY MR. RIVERO:

24   Q.  Now, do you see that your brother signed a will prepared by

25   the trusted family lawyer, Joseph Karp?  Right?

```
 1            MR. RIVERO:  Let's just stop -- Mr. Shah, if you'll

 2    just leave it there and we'll continue on.

 3    BY MR. RIVERO:

 4    Q.  "In the event that at the time of my death, I am the owner

 5    or co-owner of any real estate, insurance settlement, bank

 6    account, government bond or security, or instrument of

 7    indebtedness" -- and then it says:  "Issued by anybody which is

 8    registered or issued in the name of myself and another person

 9    or persons, as tenant by the entirety or as joint tenants with

10    right of survivorship or which is registered or issued in my

11    name, but is payable to -- or apparently payable to a named

12    beneficiary on my death."

13        You see all that, right?

14    A.  Yes.  I see it.

15    Q.  All right.  Then he goes on to say that:  "I declare it to

16    be my intention" --

17            MR. RIVERO:  If you would then highlight the next

18    part.

19    BY MR. RIVERO:

20    Q.  "I declare it to be my intention that all my right, title,

21    and interest in such property shall immediately pass to the

22    joint owner, co-owner" -- and then it goes on about

23    beneficiaries and the rest.  The jury can look at that.

24        But what I want to ask you, sir, is:  What efforts have you

25    made to determine if there are, for example, securities that
```

```
 1   were co-owned between your brother and another person in order

 2   to make sure that those co-owned items, the co-owned property,

 3   goes to the co-owner?  What have you done?

 4            MR. BRENNER:  Your Honor, objection.  He's asking the

 5   witness to speculate about something.  He has to lay a

 6   foundation if he knows.

 7            MR. RIVERO:  Judge --

 8            THE COURT:  The objection is overruled.  It's proper.

 9            THE WITNESS:  I don't have any knowledge of any

10   co-owners of his property.

11   BY MR. RIVERO:

12   Q.  I can't hear you.

13   A.  Can you repeat the question?

14   Q.  Okay.  I want to know -- you as executor, carrying out your

15   brother's will --

16   A.  Yes.

17   Q.  -- his wishes, right -- have you -- what efforts have you

18   taken to see if -- to find out if there are any co-owners of

19   property, as stated here --

20   A.  I --

21   Q.  Now I have to finish the question.

22       -- to try to give it to them?

23   A.  Yeah.  I don't have any knowledge of there being any

24   co-owners.  I just know, you know, what my attorney told me.

25   He presented me this will.  He said I'm the sole beneficiary,
```

1   and we -- I believe he may have done some investigation to see

2   if --

3          MR. RIVERO:  Judge, I'm not eliciting this -- what

4   he's just given as legal advice, I didn't elicit it.  I want to

5   be clear.  So Judge, there's no objection, so I'm going to

6   continue.

7          MR. BRENNER:  Well, I'm trying not to interrupt.

8          THE COURT:  Mr. Brenner, is there an objection?

9          MR. BRENNER:  No.  There's no objection.  I was just

10   asking to be able to give my client instruction regarding his

11   privilege rights.

12          MR. RIVERO:  Your Honor, if there's not an objection,

13   I'm moving on.

14          THE COURT:  All right.  Let's continue.  There's no

15   objection.  Let's continue.

16          MR. RIVERO:  Right.

17   BY MR. RIVERO:

18   Q.  So you and your lawyer are just going full speed ahead and

19   you're not going to look for anyone else.  This precious

20   treasure goes to you, right?

21   A.  I don't know where else we would try to look.  I mean, we

22   only know -- we only knew of Dave's business, the Computer

23   Forensics, LLC company.  Aside from that, we just didn't know

24   of him doing anything else.

25   Q.  Well, okay.  Let's go back to the lawsuit because we can

```
 1    show --
 2           MR. RIVERO:  I believe we have the lawsuit.  I believe
 3    it's Defendant's Exhibit 5.
 4           And I'd like to show it, Your Honor, at this point,
 5    just to Plaintiffs' counsel and to the witness.
 6           Yeah.  That's it.
 7    BY MR. RIVERO:
 8    Q.  Sir, do you recognize this is a -- do you recognize this
 9    lawsuit that's styled -- it says:  "Ira Kleiman, individually
10    and as personal representative of the estate of Dave Kleiman,
11    Plaintiff," and then continues.  Do you recognize that?
12    A.  Yes, I do.
13           MR. RIVERO:  Judge, I move the admission of
14    Defendant's 5.
15           MR. BRENNER:  Your Honor, I believe it's already in.
16           THE COURT:  Well, it's not entered because the Court
17    recognized yesterday that ordinarily pleadings are not admitted
18    into evidence.
19           If there's no objection --
20           MR. BRENNER:  No, Your Honor, excuse me.  I believe --
21           THE COURT:  This is D5, correct?
22           MR. RIVERO:  Judge, I'm sorry.  This is the lawsuit --
23    this is not this lawsuit.  It's a different lawsuit.  I'm sorry
24    about that.
25           THE COURT:  Oh, okay.  I'm sorry.
```

```
1              MR. BRENNER:  I think my recollection is it may have
2     been admitted over objection during Mr. Paige's testimony, but
3     I'm not --
4              THE COURT:  Well, it was being used to refresh the
5     witness's recollection.  And then, without objection, it was
6     shown to the jury so the jury could follow along.
7              So what exhibit now are you seeking to introduce?
8              MR. RIVERO:  Defendant's 5, Your Honor.
9              THE COURT:  Yeah.  I'm noting that at that point it
10    was admitted into evidence.
11             MR. RIVERO:  Thank you, Judge.  Then I'd like to have
12    it published to the jury.
13             THE COURT:  Well, what -- and again, are you asking
14    for a particular provision that you're asking --
15             MR. RIVERO:  I'm going to show --
16             THE COURT:  -- him to follow along?
17             MR. RIVERO:  Oh, yeah.  Definitely, Judge.  Yeah.
18             But first I'm just going to establish, Judge,
19    that the -- I'm first establishing that -- if we can look,
20    Mr. Shah, can we -- well, first of all, we can see right at the
21    top that it says -- the line at the very, very top, Mr. Shah,
22    if you would highlight "Filing Number."  Right?
23             MR. BRENNER:  Your Honor, I'm admittedly a bit lost.
24    I don't know --
25             THE COURT:  I can't hear you, sir.
```

1        MR. BRENNER:  I'm admittedly a bit lost.  Is this

2   being shown to the jury or --

3        MR. RIVERO:  I asked that it be published.  Judge, I

4   asked that it be published.

5        THE COURT:  Once again, my record shows that the first

6   amended complaint, Defendant's Exhibit Number 5, that we had

7   addressed this yesterday, and I had stated that ordinarily the

8   pleadings do not come into evidence.  This was then shown to

9   the jury.  And without an objection, it was shown at portions

10  to the jury so the jury could read along.

11       MR. RIVERO:  Judge, I'm sorry.  I think that there's

12  some confusion.  The document we were talking about yesterday,

13  which the Judge made that ruling and direction, which we

14  followed consistently, was as to the second amended complaint

15  in this case.

16       This, Judge, is a different lawsuit entirely, which is

17  not this case.  So I'm seeking the admission of the other

18  lawsuit, which is highly relevant to the conduct of the

19  Plaintiff.

20       THE COURT:  But you're seeking to introduce the

21  pleading itself.

22       MR. RIVERO:  Yes, Your Honor.

23       MR. BRENNER:  And Your Honor, my notes say that it was

24  actually admitted during Mr. Paige's testimony.

25       THE COURT:  All right.  Then let's continue.

```
 1           MR. RIVERO:  But Judge, our notes are consistent, Your
 2    Honor.  So -- sorry.
 3           THE COURT:  The record will bear out that during
 4    Mr. Paige's testimony this was admitted.  Correct, Mr. Brenner?
 5           MR. BRENNER:  That is what our notes reflect, Your
 6    Honor.
 7           THE COURT:  All right.  Then let's continue.
 8           MR. RIVERO:  May we publish it to the jury?
 9           Thank you.
10           All right, sir.  Would you please highlight the very
11    top line.
12    BY MR. RIVERO:
13    Q.  That says, Mr. Kleiman --
14           MR. RIVERO:  All the away across, Mr. Shah.
15    BY MR. RIVERO:
16    Q.  -- that it was eFiled, it was electronically filed on
17    September 18th, 2017, correct?
18    A.  Yes.
19    Q.  And what you did in this lawsuit was --
20           MR. RIVERO:  If we can flip to Paragraph -- oh, I'm
21    sorry?  Let me just --
22    BY MR. RIVERO:
23    Q.  What you filed -- this is the first amended complaint,
24    right?
25    A.  I think so.
```

1    Q.  You see the title?

2    A.  Yes.

3    Q.  That's the last complaint you had in the case.  That's the

4    one that was -- this is it, right?

5    A.  Okay.  Yes.

6    Q.  You were the Plaintiff, right?

7    A.  Yes.

8    Q.  And what you did was you sued Computer Forensics, LLC,

9    right?

10   A.  Yes.

11   Q.  You did this individually, right?

12   A.  If that's the way my attorney drafted it, yes.

13   Q.  Well, sir, let's look at it.  It says right here -- it

14   says:  "Ira Kleiman, individually."

15       You see that?

16   A.  Yes.

17   Q.  And then also:  "As the personal representative of the

18   estate of David Kleiman."  Right?

19   A.  Right.

20   Q.  And you were suing individually to get whatever it is

21   you're looking for, for you, right?

22   A.  Yes.  I was trying to retrieve my brother's domain name,

23   yes.

24   Q.  Yeah.  That's not all you were doing, right, Mr. Kleiman?

25   A.  Yes, after --

```
1    Q.  That's not all you remember doing, Mr. Kleiman.  Please
2    listen to the question.
3        Do you agree?
4    A.  After they produced an email, yes, it appeared that they
5    may be holding some of Dave's Bitcoin --
6    Q.  So what you did was --
7        MR. RIVERO:  If we can look at Paragraph 32.
8    BY MR. RIVERO:
9    Q.  What you actually said was:  "As a course of its
10   dealing" --
11       MR. RIVERO:  Mr. Shah, if you would highlight it.
12   BY MR. RIVERO:
13   Q.  -- "with David Kleiman, Defendant, Computer Forensics has
14   taken illegal possession of the property of David Kleiman."
15       Right?
16   A.  Yes.
17   Q.  Okay.  And then --
18       MR. BRENNER:  Your Honor, in the Rule of Completeness,
19   can we read the rest of the sentence?  There's a comment there.
20       THE COURT:  All right.  The jury is being shown -- it
21   can be highlighted without highlighting the entire portion.
22       You may continue.
23       MR. RIVERO:  Thank you, Your Honor.
24   BY MR. RIVERO:
25   Q.  You talk about websites and you talk about -- you talk
```

1    about different websites, but you finish by saying:  "Further,

2    upon information and belief, David Kleiman created and

3    maintained Bitcoin wallets, which were his personal property

4    during the time he was a member of Computer Forensics."

5        Did you not say that?

6    A.  Yes.  That's what my attorney wrote, yes.

7    Q.  And sir, at Paragraph 35 --

8            MR. RIVERO:  Thank you, Mr. Shah.

9    BY MR. RIVERO:

10   Q.  -- you said:  "Beginning" --

11           MR. RIVERO:  I'll ask Mr. Shah to highlight the second

12   sentence, but I'll comment on the first.

13   BY MR. RIVERO:

14   Q.  You asked absolutely that he be enjoined as to -- that

15   "they" be enjoined as to websites.  But you also said that:

16   "As to Bitcoin wallets" -- to the extent they were there -- "As

17   to Bitcoin wallets, Computer Forensics should be enjoined from

18   monetizing, transferring, or otherwise converting such Bitcoin

19   to its use of the use of its principals or third parties."

20   Right?

21   A.  Yes.  That's what I see.

22   Q.  Okay.  And sir, you didn't -- this was in -- if -- we just

23   looked at it -- September of 2017, right?

24   A.  Yes.

25   Q.  You didn't finish that lawsuit -- you didn't drop that

```
 1    lawsuit in December of 2017, right?

 2    A.  I don't remember when it was dropped.

 3    Q.  The lawsuit was still going in January of 2018, wasn't it?

 4    A.  I don't know.

 5    Q.  The lawsuit was still going -- you don't remember the

 6    lawsuit was still on when this lawsuit got filed?

 7    A.  Yeah.  I don't remember when it -- they stopped it.

 8    Q.  Okay.

 9            MR. RIVERO:  One moment, Judge.

10            THE COURT:  Certainly.

11        (Pause in proceedings.)

12    BY MR. RIVERO:

13    Q.  All right.  Sir, isn't it the fact that there's a period of

14    time all during 2018 where you're -- in the West Palm Beach

15    court, you're suing Patrick Paige, Carter Conrad, and Computer

16    Forensics for the Bitcoin at the same time that you are suing

17    Craig Wright for the Bitcoin in this case?

18    A.  Yes.

19    Q.  Isn't that true?

20    A.  Like I said, I don't recall when this case ceased.

21    Q.  I'm going to get the date.

22        But you don't remember, sir -- first of all, let me ask you

23    a question, sir:  The word "illegally took possession" -- the

24    words "illegally took possession of," you saw them there,

25    right?  You saw them in the allegation?
```

1    A.  Yes.

2    Q.  I assume you don't go around making that kind of allegation

3    lightly, do you, sir?

4    A.  Like I said, this was written by my attorney.  And we had a

5    belief that they had found some of Dave's Bitcoin, so we were

6    just requesting the return of it.

7    Q.  Let me go back to the question.  And sir, do you work

8    for -- let me start over.  Do you work for your lawyers or do

9    your lawyers work for you?

10          MR. BRENNER:  Argumentative.

11          THE COURT:  Sustained.

12   BY MR. RIVERO:

13   Q.  Sir, you, as a Plaintiff individually, were maintaining a

14   lawsuit for Dave's Bitcoin against Patrick Paige and Carter

15   Conrad and Computer Forensics at the very same time you filed

16   this lawsuit in this court saying Craig Wright had David

17   Kleiman's Bitcoin; isn't that true?

18   A.  It might be.

19   Q.  And sir, you know that Patrick Paige was a very, very dear

20   friend of David Kleiman's, right?

21   A.  Yes, he was.

22   Q.  And you know that Carter Conrad was a very dear friend of

23   David Kleiman?

24   A.  Yes.

25   Q.  And you know that Craig Wright says that he -- at least he

```
 1   felt that he was a very close friend of your brother's, right?

 2   A.  Yes.

 3   Q.  So you were suing three of his best friends and his company

 4   at the same time for Bitcoin?

 5   A.  Yes.

 6   Q.  And sir, did you forget Kimon Andreou?

 7   A.  What do you mean?

 8   Q.  Sir, the other close friend your brother had was Kimon

 9   Andreou, right?

10   A.  Correct.

11   Q.  And you didn't file a lawsuit against Kimon?

12   A.  No.

13   Q.  Did you forget him?

14           MR. BRENNER:  Objection, Your Honor.  Argumentative.

15           THE COURT:  Sustained.

16   BY MR. RIVERO:

17   Q.  Sir, you didn't drop the lawsuit against Carter and Patrick

18   until April 29, 2019.  Isn't that true?

19   A.  Like I said, I don't remember when that case stopped.  But

20   my -- my primary purpose was just to recover my brother's

21   domain name.

22   Q.  Sir, I'm going to get the order of dismissal.

23       But isn't it true that for at least more than 14 months.

24   You were simultaneously suing three of his best friends and his

25   company?
```

```
 1            MR. BRENNER:  Objection.  Asked and answered, Your
 2    Honor.
 3            THE COURT:  Sustained.
 4        (Pause in proceedings.)
 5    BY MR. RIVERO:
 6    Q.  Now, let's talk for -- let's shift, sir, to David Kleiman's
 7    finances.
 8    A.  Okay.
 9    Q.  You know his finances were, in fact, very poor at the end
10    of his life because you were the person who was executing
11    the -- or the personal representative for the estate?
12    A.  Yes.
13    Q.  Now, I think you've already told us -- the jury -- that
14    David Kleiman didn't talk to you about his finances?
15    A.  He would, you know, like briefly, but not in great detail.
16    Q.  But as executor, as the personal representative, you have
17    his tax returns, do you not?
18    A.  We may have recovered them.
19    Q.  All right.  Sir, I'm going to ask you be shown Defendant's
20    Exhibit 18.
21        And do you see, Mr. Kleiman, Defendant's Exhibit 18 is the
22    1040 US Individual Income Tax Return in 2010 for Dave Kleiman?
23    A.  Yes.  I see it.
24            MR. RIVERO:  Your Honor, I move the admission of
25    Defendant's 18.
```

```
 1                THE COURT:  Is there any objection?

 2                MR. BRENNER:  No.  No objection.

 3                THE COURT:  All right.  I am going to allow the

 4     admission, but I would like this exhibit that is going to be a

 5     public record to have the Social Security number redacted from

 6     the exhibit.

 7                MR. RIVERO:  Judge, should we do that -- is it okay to

 8     proceed at this point or --

 9                THE COURT:  Yes.  At this point, certainly.

10                MR. RIVERO:  Thank you.  Thank you.  We'll do that.

11     We'll make sure to do that, Your Honor.

12          (Defendant's Exhibit 18 received into evidence.)

13                MR. RIVERO:  And could we publish?

14                Yes.  It's shown to the jury.

15     BY MR. RIVERO:

16     Q.  Now, sir, we can -- please just look along.  You see the

17     first page, right?

18     A.  Yes.

19                MR. RIVERO:  If you can show it, Mr. Shah.

20     BY MR. RIVERO:

21     Q.  You can see the second page.

22          Now, sir, by the way, on the second page, the third-party

23     designee is a guy named David Scott Kuharcik, right?

24     A.  Yes.

25     Q.  And he's the preparer, if you see it at the bottom?
```

1    A.  Yes.  I see it.

2    Q.  Yeah.

3         MR. RIVERO:  And then let's see Page 3, Mr. Shah.

4    BY MR. RIVERO:

5    Q.  This is Profit -- this is a schedule to the tax return

6    called Schedule C.  It says on the top it's:  "Profit or Loss

7    from business."  Right?

8    A.  Yes.

9    Q.  Okay.  And then what Mr. -- what Mr. David Kleiman reported

10   was that he was a forensic computer consultant, right?

11   A.  Yes.

12   Q.  And he reported certain income for that work, right?

13   A.  Yes.

14        MR. RIVERO:  Can we show Page 4.

15   BY MR. RIVERO:

16   Q.  And sir, you see here that there's questions about -- you

17   know, there's questions that you have to do to establish like

18   for a business what the -- what the income is.  You have to

19   show the expenses that you had in the business, right?

20   A.  Yes.

21   Q.  And you understand that -- you have a business, right?

22   A.  No.  I just do like freelance work.

23   Q.  Okay.  But you have to -- you file a tax return?

24   A.  Yes.

25   Q.  Right.  You do the freelance yourself, right?

1    A.  Yes.

2    Q.  And you understand that if you have expenses related to

3    your work, like your website design, if you have to buy

4    something for your work, it's a benefit for you to report it on

5    your tax return so you can get that off of your income.  You do

6    understand that, right?

7    A.  Yes.

8    Q.  Okay.  So do you see here on the Line 36:  "Purchases less

9    cost of items withdrawn for personal use"?

10        You see that?

11   A.  Yes.

12   Q.  And he doesn't report anything that he had bought to do

13   business.

14            MR. BRENNER:  Objection.  Misstates the document.

15            THE COURT:  Is the objection on grounds of

16   misstatement?

17            MR. BRENNER:  Yes.  Misstating what the document says,

18   yes.

19            THE COURT:  All right.  The document does speak for

20   itself.  If you want to refer specifically to a line?

21            MR. BRENNER:  Sure.  He read it as:  "Cost used for

22   business use," and it says:  "Personal use."

23            THE COURT:  That's correct.  The objection is

24   sustained.  Let's clarify it, please.

25

1    BY MR. RIVERO:

2    Q.  Okay.  Let me -- the line says -- first of all, this is

3    under Part 3:  "Cost of goods sold, right?

4    A.  Yes.

5    Q.  And it says -- on Number 36, it says:  "Purchases less the

6    cost of items withdrawn for personal use."  Right?

7    A.  Right.

8    Q.  So the idea is if you bought a computer, but you use it

9    partly for your personal use, 25 percent, you're only supposed

10   to report 75 percent, right?

11   A.  Yes.

12   Q.  Okay.  So what he reports for business is he put "0."

13   Right?

14   A.  Yes.

15   Q.  Well, I'm sorry.  It's not a zero.  He leaves a blank.

16   A.  Okay.

17   Q.  All right.  Sir, do you know if racks of servers have a

18   cost to them?

19   A.  I would imagine so.

20   Q.  Looking at Line 38, "Materials and Supplies," that's for

21   cost of goods sold, right?

22   A.  Yes.

23   Q.  And sir, if you don't know, please, it's perfectly fine.

24   But do you understand that you have a right as an American

25   taxpayer -- if you have to buy a material or a supply to make

```
 1   your income, you're allowed to take off how much it costs to do
 2   it.  You understand that, right?
 3   A.  Yes.
 4   Q.  Your brother put -- left a blank for "Cost of materials and
 5   supplies."  Right?
 6   A.  Yes.
 7   Q.  Okay.  Now, let's --
 8           MR. RIVERO:  Mr. Shah, if you would go -- let's just
 9   scroll through -- Mr. -- if we can look at Page 5.
10   BY MR. RIVERO:
11   Q.  That's a self-employment tax.
12           MR. RIVERO:  Page 6.
13   BY MR. RIVERO:
14   Q.  Okay.  This is "Depreciation and Amortization." Right?  Do
15   you see that?
16   A.  Yes.
17   Q.  Okay.  Now, do you see that he lists -- between Lines 6 and
18   7, he puts a price for an item that he had his bookkeeper put
19   in, "Computer Equipment" -- I'm sorry.  I don't want to
20   misstate the document -- "Computer Equip"?  Right?
21   A.  Yes.
22   Q.  Will you understand with me that it's very likely he meant
23   "computer equipment."  Right?
24   A.  Right, yes.
25   Q.  And so what he said -- that the cost for business use only
```

```
1    was $4,370, right?

2    A.  Yes.

3    Q.  Yeah.  Okay.  You don't think that $4,370 would buy you

4    racks and racks of super-fast computers, do you?

5    A.  No.  But I think in the early days of Bitcoin mining, you

6    could still accomplish it with just a fast personal computer.

7    Q.  Okay.  So that's -- okay.  Let me keep going.

8         MR. RIVERO:  Let's go down -- let's look at the page,

9    the whole page, sir.

10        Okay.  And let's go to the next page.

11   BY MR. RIVERO:

12   Q.  Sir, you don't see any reference to anything to do with

13   Bitcoin, do you, anywhere that we've seen so far?

14   A.  No.

15        MR. RIVERO:  Let's look at Page 8.

16   BY MR. RIVERO:

17   Q.  This is "making work pay credit."  I'm not sure.  But do

18   you see anything that refers to or says anything about Bitcoin?

19   A.  No.

20        MR. RIVERO:  Page 9.

21   BY MR. RIVERO:

22   Q.  That's an extension, right, sir?

23   A.  Yes.

24        MR. RIVERO:  Page 10.

25
```

```
1    BY MR. RIVERO:

2    Q.  And that's something called Section 179, Property Statement

3    that shows a computer cost of $1,200 and a software cost of

4    $4,922, right?

5    A.  Yes.

6    Q.  Okay.  That's 2010?

7         MR. RIVERO:  Let's look at -- Mr. Shah, if you would

8    show Defendant's 2019 to Mr. Kleiman and to counsel.

9         THE COURT:  I'm sorry.  What is the number?

10        MR. RIVERO:  I'm sorry.  Defendant's 19, Your Honor.

11        Okay.  So I think we're going to need to show

12   Mr. Kleiman at least the next page.

13        Thank you, Mr. Shah.

14   BY MR. RIVERO:

15   Q.  Sir, this is David Kleiman's 1040 for 2011, right?

16   A.  Yes.

17   Q.  And by the way, these were obtained from his accountant,

18   David Kuharcik; isn't that right?

19   A.  Yes.

20   Q.  And sir, that's what was able to be obtained in the case,

21   right?  These two returns I've shown you, correct?

22   A.  Yes.

23   Q.  All right.  You understand Mr. Kuharcik said he didn't have

24   2009 or '12 or '13.  You understand that?

25   A.  No.  I'm not familiar with that.
```

```
1    Q.  Okay.  Now, is this -- I think I asked you a foundational

2    question.  This is Dave Kleiman's tax return for 2011, correct?

3    A.  Yes.

4         MR. RIVERO:  Your Honor, I'd move the admission of

5    Defendant's 19.

6         MR. BRENNER:  No objection.

7    BY MR. RIVERO:

8    Q.  All right, sir --

9         THE COURT:  Admitted into evidence, with the same

10   proviso to remove the identifying information.

11       (Defendant's Exhibit 19 received into evidence.)

12       MR. RIVERO:  Yes, Your Honor.

13       Actually, and for some reason, it doesn't have the

14   Social Security number on the first page.  But Judge, we'll

15   make sure to -- wherever it does appear, to put it down.

16       THE COURT:  Thank you.

17   BY MR. RIVERO:

18   Q.  We're going to look later, sir, about -- we're going to

19   look at a -- we're going to look at a tax transcript.  So I'm

20   just showing the tax returns right now.

21     What it says is that -- on the first page, it says in

22   2011 --

23       MR. RIVERO:  I'm sorry about that, Mr. Shah.  I mean

24   the second page, which is the first page of the return.

25       That's it.
```

1    BY MR. RIVERO:

2    Q.  It says that he had in 2011 a business income of $6,303,

3    right?

4    A.  Yes.

5    Q.  We'll see later he had had a significant reverse in his

6    income in the last years of his life, right?

7    A.  Yes.

8    Q.  And that was because for much of the time he was unable to

9    earn because he wasn't able to work?

10   A.  I suppose so.

11   Q.  All right.

12          MR. RIVERO:  Let's look at the next page.

13   BY MR. RIVERO:

14   Q.  Sir, I'll invite you to look at it and tell me on any of

15   these pages if you see anything relevant to Bitcoin.  If you

16   look at Number -- tell me if you need more time --

17   A.  No.  I don't think you'll find anything related to Bitcoin

18   on his tax returns.

19   Q.  Let's make sure to look at it, Mr. Kleiman, so that the

20   jury knows as well.

21          MR. RIVERO:  If we can look at Page 4.

22   BY MR. RIVERO:

23   Q.  The net profit for the business, this is where he

24   specifically reflects that he is a forensic computer consultant

25   and he made $6,303, right?

```
 1    A.  Yes.

 2    Q.  That's tough to live on, right?

 3    A.  Yes, it is.

 4         MR. RIVERO:  Okay.  Let's go to the next page.

 5    BY MR. RIVERO:

 6    Q.  Self-employment tax.  He reports the same business income

 7    number, correct?

 8    A.  Yes.

 9         MR. RIVERO:  Page 6, Mr. Shah.

10    BY MR. RIVERO:

11    Q.  That's the earned income tax credit.

12        We'll move on.

13         MR. RIVERO:  Page 7.

14    BY MR. RIVERO:

15    Q.  This is still -- he didn't have children, right?

16    A.  No, he didn't.

17         MR. RIVERO:  Okay.  Page 8.

18    BY MR. RIVERO:

19    Q.  This is still about child care and the rest.

20         MR. RIVERO:  Page 9.

21    BY MR. RIVERO:

22    Q.  That's an extension, correct?

23    A.  Yes.

24         MR. RIVERO:  Page 10.

25         Page 11.
```

```
1    BY MR. RIVERO:

2    Q.  Sir, do you know -- do you happen to know that Agile Risk

3    Management was a company that had hired your brother on some

4    kind of 1099 basis to do some work for them?

5    A.  No.  I didn't know that.

6    Q.  All right.

7            MR. RIVERO:  Let's go to the next page.

8    BY MR. RIVERO:

9    Q.  Apparently, he had done work for the Law Offices of David

10   Jerome in Michigan, correct?

11   A.  It appears so, yes.

12   Q.  And he made a thousand dollars working for them?

13   A.  Yes.

14           MR. RIVERO:  Next page, Mr. Shah.

15   BY MR. RIVERO:

16   Q.  Miscellaneous income.  He shows non-employee compensation

17   of $6,000, right?

18   A.  Yes.

19   Q.  And then let's see the -- that's the last page.

20       So nothing on either of these two returns has any reference

21   to Bitcoin, right?

22   A.  Right.

23   Q.  And neither return has any major expense for the purpose of

24   business costs, correct?

25   A.  Correct.
```

```
1    Q.  All right.
2          MR. RIVERO:  Now, Your Honor, whenever -- this is a
3    good time for a break or I could go further.  It's up to --
4          THE COURT:  We have a little bit more time.
5          MR. RIVERO:  Oh, I can keep going.  Yes.  Good.
6    BY MR. RIVERO:
7    Q.  You know, sir, there were no W&K tax returns filed at all?
8    A.  Yeah.  I don't believe there was, yes.
9    Q.  Okay.  So whatever activity there was in W&K, that wasn't
10   reported to the IRS.  You agree, right?
11   A.  I suppose not.  I don't -- I don't know the details of what
12   was going on with W&K.
13   Q.  Well, sir, let's go back to this timeline.
14         MR. RIVERO:  And I'm sorry to the jury about my
15   scrawled handwriting.
16   BY MR. RIVERO:
17   Q.  But W&K was formed on Valentine's Day 2011, right?
18   A.  I think so, yes.
19   Q.  And you have told the jury a whole bunch of things about
20   your view that it was Craig Wright and David Kleiman.  You said
21   that, right?
22   A.  That's what I've been told by Craig, yes.
23   Q.  Well, sir, you took control of W&K and reinstated it on
24   your own after you filed this lawsuit, didn't you?
25   A.  Yes.
```

1    Q.  So you're W&K right now, aren't you?

2    A.  I suppose, technically.

3    Q.  Sir, technically, a corporation is just run by whoever it

4    is who is the shareholder, director, et cetera.  And that's

5    you, right?

6    A.  Right.

7    Q.  You have access -- you could go to the IRS and get any tax

8    records you want about W&K, can't you?

9    A.  I suppose so.

10   Q.  Yeah.  And you know we asked for them in this case, right?

11   A.  I think so, yes.

12   Q.  And you haven't given us a tax return for W&K, have you?

13   A.  I don't -- I don't know.  I mean --

14   Q.  Sir --

15   A.  That's all done, you know, by my lawyers.

16   Q.  Standing in the shoes of W&K, as being the sole person in

17   control --

18   A.  Uh-huh.

19   Q.  -- isn't it true that, as far as you know, W&K never filed

20   a tax return?

21   A.  If -- I don't know.  Like I said, if my -- the lawyers

22   tried to get those records, and if it shows that there weren't

23   any filed, then I guess that's the case.

24   Q.  Yeah.  Now, sir, if there were -- let's talk about it for a

25   second.  Let's just think about it, what you say, if there were

78

```
1    some really active business, active servers in Tampa,

2    et cetera, whatever it is you say went on, you're W&K --

3    wouldn't W&K want to take advantage of the expenses on a tax

4    return?

5        You're W&K.  Wouldn't you want to take advantage of

6    expenses on a tax return?

7            MR. BRENNER:  Objection.  Calls for him to speculate

8    what W&K would have done.

9            THE COURT:  Sustained.

10   BY MR. RIVERO:

11   Q.  Sir, do you understand that there's a loss carried forward

12   and W&K today could claim expenses?  Do you understand that?

13   A.  Okay.

14   Q.  You haven't done that, have you?

15   A.  No.

16   Q.  You haven't filed a return for W&K?

17   A.  No.

18   Q.  Now, if we go back, though, in 2009 -- and just remember,

19   2009 -- again, we don't have the records for 2008,

20   unfortunately.

21       2009 is after the release of the whitepaper and after the

22   system goes operational on January 3rd, 2009.  You know we have

23   the tax transcript -- you understand that -- for David Kleiman,

24   for 2009?

25   A.  You have the tax transcript for what?
```

```
 1    Q.  For David for 2009.  Do you know that?

 2    A.  No.  I wasn't aware.

 3    Q.  All right.  Isn't it true --

 4           MR. RIVERO:  And I would ask that the witness be shown

 5    Defendant's 301.

 6    BY MR. RIVERO:

 7    Q.  Sir, do you see that this is an IRS account transcript

 8    for --

 9           MR. RIVERO:  And Judge, the taxpayer ID number is

10    partly -- is partly -- oh.  We just took it off.  Okay.  We

11    have a way to do it.

12           Okay.  This is for David Kleiman.  Judge, the wonders

13    of technology.  I can't believe right before my eyes they took

14    the number out.

15    BY MR. RIVERO:

16    Q.  Do you see that?

17    A.  Yes, I do.

18           MR. RIVERO:  Judge, I'd move the admission of this IRS

19    official tax transcript for David Kleiman --

20           THE COURT:  Any objection?

21           MR. BRENNER:  No objection, Your Honor.

22           THE COURT:  All right.  Defendant's 301 into evidence.

23       (Defendant's Exhibit 301 received into evidence.)

24    BY MR. RIVERO:

25    Q.  All right, sir --
```

```
 1              MR. RIVERO:  Let's show the jury, if we could publish
 2    that.
 3              Thank you, Liz.
 4    BY MR. RIVERO:
 5    Q.  So now we're going to get a snapshot of what was going on
 6    with Dave Kleiman in some of this time period, in addition
 7    to -- because we got a partial look.
 8        In 2009 --
 9              MR. RIVERO:  Let's go to the bottom first, Mr. --
10    yeah, Mr. Shah.
11              Okay.  Let me just go right into -- do you see here
12    where it says -- it starts:  "Information from the return or as
13    adjusted," and I want to go to the "adjusted gross income."
14              Can you highlight that, Mr. Shah?
15    BY MR. RIVERO:
16    Q.  Okay.  His adjusted gross income -- it's not an accounting
17    quiz, but you see the number is $70,125.  Do you see that?
18    A.  Yes.  I see it.
19    Q.  If I understand your testimony, sir, you really don't know
20    how much money your brother was making at any particular time,
21    right?
22    A.  That's correct.
23    Q.  Okay.  You don't know what he made in 2008?
24    A.  No.
25    Q.  And you don't know if it was more or less in terms of
```

1    adjusted gross income than this 70,000-plus number, do you?

2    A.  That's correct.

3    Q.  All right.  But you do see that that's what was reported to

4    the IRS, which they capture in -- they maintain an account on

5    us.  Do you understand, sir?

6    A.  Yes.

7    Q.  And that's what apparently was reported on the return, if

8    you see at the top:  "Information from the return"?

9    A.  Yes.

10        MR. RIVERO:  Okay.  Now, let's go to the top,

11   Mr. Shah.

12   BY MR. RIVERO:

13   Q.  But he also had -- he had here -- any minus sign shown

14   below signifies a credit amount.  Do you understand that?

15   A.  Yes.

16   Q.  Okay.  So if it doesn't have a minus, this is what you owe

17   the IRS.  You understand that?

18   A.  Yes.

19   Q.  Okay.  And do you see that the -- between -- there was an

20   account balance.  It's the IRS.  We're talking about federal

21   taxes, right?

22   A.  Right.

23   Q.  The account balance, they mean what he owed in taxes.  Then

24   you look at the next line, plus the accrued interest, plus the

25   accrued penalties, came to an account balance, plus accruals

1    that he owed to the IRS at this time, $17,678, right?

2    A.  Yes.

3    Q.  Did you know that your brother was running a -- you know, a

4    sizable debt with the IRS?

5    A.  No.

6    Q.  You did know, though -- you know your brother -- you knew

7    his character?

8    A.  Yes.  I knew his character.

9    Q.  And he was a person who would -- when he made money, he

10   would spend it, right?

11   A.  Yes.

12   Q.  Okay.  Let's look the -- if we can look now at -- and you

13   agree with me, he wasn't a saver, was he?

14   A.  Not really.

15   Q.  And if he had money, he would spend it, right?

16   A.  Yes.

17          MR. RIVERO:  Let's look at the next year, 2010.  And

18   that's Defendant's 302.

19   BY MR. RIVERO:

20   Q.  And you see it's the same kind of document, Mr. Kleiman?

21   A.  Yes.  I see it.

22          MR. RIVERO:  Oh, Judge, I wasn't meaning to publish to

23   the jury on 302, because it's not in evidence.

24          THE COURT:  302 is not in evidence.

25          MR. RIVERO:  But Judge, I --

```
 1    BY MR. RIVERO:

 2    Q.  So sir, do you see that this is David Kleiman's account

 3    transcript?

 4    A.  Yes.

 5    Q.  And this is an IRS official document, sir?

 6    A.  Yes.

 7             MR. RIVERO:  Judge, I move the admission of

 8    Defendant's 302.

 9             MR. BRENNER:  No objection, Your Honor.

10             THE COURT:  Admitted into evidence.

11       (Defendant's Exhibit 302 received into evidence.)

12             MR. RIVERO:  Mr. Shah, the same process.  If you would

13    show the jury the bottom part, which is going to show the

14    adjusted gross income.

15    BY MR. RIVERO:

16    Q.  And we had kind of seen this when you saw the tax return

17    which reported for 2011, is a adjusted gross income of $13,105,

18    right?

19    A.  Yes.

20    Q.  That's a really serious drop in the gross income, right?

21    A.  Yes.

22    Q.  Yeah.  By this time, he was hospitalized?

23    A.  What was the date again?

24    Q.  Well, it's the 2011 return.

25    A.  Oh, okay.  Yes.  I believe he was, yes.
```

1    Q.  You never saw him in the hospital?

2    A.  No.

3    Q.  But you know he was in the hospital?

4    A.  Yes.  I continued a lot of communications through email and

5    through telephone.

6    Q.  Now, you live in Palm Beach, right?

7    A.  Palm Beach Gardens, yes.

8    Q.  Palm Beach Gardens, okay.

9         So his income really dropped off, right?

10   A.  Yes.

11        MR. RIVERO:  Can we go to the top and look at this

12   other section.

13   BY MR. RIVERO:

14   Q.  But it looks like he had managed to pay down some of the

15   debt to the IRS and it was -- he was -- gotten it down to

16   $3,246.10, right?

17   A.  Yes.

18        MR. RIVERO:  Okay.  Let's look at Defendant's 303.

19   BY MR. RIVERO:

20   Q.  I may have said -- you know, this is the tax period --

21        MR. RIVERO:  I may have said that wrong, Your Honor,

22   if I said -- I may have referred, just to clarify for the jury

23   and the Court -- if I said as to the previous one it was

24   2000 -- anything other than 2010, I meant 2010.

25        Now we'll talk about 2011.

1   BY MR. RIVERO:

2   Q.  Do you see that, Mr. Kleiman?

3   A.  Yes.

4   Q.  And do you see that it's, again, for your brother?  Right?

5   A.  Yes.

6   Q.  It's the account transcript?

7   A.  Yes.

8           COURTROOM DEPUTY:  I'm sorry, Mr. Rivero.  Is this

9   being published as well?

10          THE COURT:  This is not in evidence.

11          MR. RIVERO:  No.  I'm moving the admission right now

12  of 303, Judge.

13          THE COURT:  Is there any objection?

14          MR. BRENNER:  No objection, Your Honor.

15          THE COURT:  Admitted into evidence.

16      (Defendant's Exhibit 303 received into evidence.)

17          MR. RIVERO:  Thank you, Liz.  If you could publish.

18          All right.  And the same process, Mr. Shah.  If we

19  could show the bottom part that shows the gross income.

20  BY MR. RIVERO:

21  Q.  This is 2012, sir.  This is the year before he dies, the

22  first third of the next year, right?

23  A.  Yes.

24  Q.  So again, he's in the hospital, right?

25  A.  I believe so, yes.

1    Q.  And -- but his adjusted gross income goes up somewhat to

2    almost $25,000, right?

3    A.  Yes.

4    Q.  And -- but not back to where he had been in 2009?  You see

5    that?

6    A.  Yeah.  Correct.

7         MR. RIVERO:  Let's look at the tax due and owing.

8    BY MR. RIVERO:

9    Q.  That increases to $9,169.04, right?

10   A.  Yes.

11   Q.  Okay.

12        MR. RIVERO:  Judge, again, whenever the Court -- this

13   is a good natural --

14        THE COURT:  All right.  If this is a good point.  So

15   let's take a 20-minute recess and I'll see you back in

16   20 minutes.

17      (Jury not present, 11:20 a.m.)

18        THE COURT:  All right.  Let me just -- Mr. Kleiman, if

19   I -- you are very soft-spoken and one of our jurors is in need

20   of just a little bit more amplification.  So I would ask that

21   you just speak right into the microphone, sir.

22        All right.  I'll see you back here in 20 minutes.

23      (Recess from  11:21 a.m. to 11:40 a.m.)

24        THE COURT:  All right.  Welcome back.

25        Before we bring the jury in, is there anything we need

```
 1    to address?

 2              MR. RIVERO:  Not from the Defense, Your Honor.

 3              THE COURT:  All right.  Let me stress that I know Alex

 4    Fernández, one of the courtroom deputies, did advise it's

 5    extremely important that you alert the Court as to the next

 6    exhibit to be shown -- I'm actually referring to the individual

 7    that is helping you, as well as on the Plaintiffs' side --

 8    before it is displayed.  Because the clerk does not know unless

 9    you communicate.

10              MR. RIVERO:  And Judge, what I'm trying to do, and I

11    may not be doing it consistently enough -- but I'm trying to

12    say:  "Show it to the witness and Plaintiffs' counsel," meaning

13    don't publish to the jury.

14              But if that --

15              THE COURT:  Right.  So it's important when you say:

16    "Let's show the next exhibit," that you articulate:  "Only to

17    the witness and to counsel".

18              MR. RIVERO:  I'm trying to do that, Judge.

19              THE COURT:  So that the clerk will turn over the

20    screens for the jurors.

21              Okay.  All right.  Let's continue.

22              MS. MCGOVERN:  Your Honor, may I ask a favor?

23              THE COURT:  Yes.  Ms. McGovern?

24              MS. MCGOVERN:  We need IT again for this screen.  It's

25    not coming on.  But I didn't want to interrupt the flow.
```

```
 1              THE COURT:  All right.  Yeah.  Let's go ahead and call
 2      IT.  I apologize for that.
 3              MS. MCGOVERN:  No problem.
 4              THE COURT:  We'll make sure they come in right away.
 5              Ms. McGovern, can you use the other screen until they
 6      come in?
 7              MS. MCGOVERN:  Yes.  Yes.
 8              THE COURT:  Thank you.
 9              MR. BRENNER:  Your Honor --
10              THE COURT:  Mr. Brenner?
11              MR. BRENNER:  Yeah.  If Mr. Rivero -- he's had the
12      demonstrative up the length of his entire examination.  I'm not
13      sure why that is.
14         (Court reporter interruption.)
15              MR. BRENNER:  If Mr. Rivero is done with the devices
16      demonstrative, which he hasn't talked about in about three
17      hours, I would ask that it be taken down.
18              MR. RIVERO:  Judge, I'm going to use it in my
19      examination.
20              THE COURT:  All right.
21         (Before the Jury, 11:42 a.m.)
22              THE COURT:  All right.  Welcome back.  Please be
23      seated and we'll continue with the cross-examination.
24                   CROSS-EXAMINATION [CONTINUED]
25
```

```
 1    BY MR. RIVERO:

 2    Q.  Mr. Kleiman, I want to correct a date that I had misstated

 3    and put up incorrectly.

 4              MR. RIVERO:  So I'm going to ask Mr. Shah to show just

 5    you and Plaintiffs' counsel and the Court, of course, the

 6    original complaint in this case.

 7    BY MR. RIVERO:

 8    Q.  And sir, showing that to you, does that refresh your

 9    recollection that this lawsuit was filed on February 14, 2018?

10    A.  Yes.  That's correct.

11    Q.  All right.  And Mr. Kleiman, I had mistakenly said

12    February 18 -- I'm just going to take this in red and write

13    February 14.  So the dates continue to cooperate.  It was a

14    Valentine's Day filing, right?

15    A.  Yes.

16    Q.  Okay.  Thank you.

17        Now, going back to the subject of your brother's -- your

18    brother's finances.  He was the kind of person who would get

19    into debt and then stay in debt; isn't that right?

20    A.  I knew that there were times, yes, where he would be in

21    debt, yes.

22    Q.  There was a circumstance at one point where your father and

23    the family lawyer, Joseph Karp, managed to get him out of debt

24    and then he promptly went out and bought a motorcycle that he

25    really couldn't afford?
```

1   A.  Yes.

2   Q.  And his finances were very bad by 2012?

3   A.  By when?

4   Q.  By 2012.

5   A.  I -- yes.  I think so.

6   Q.  Before he passed away, he was starting to borrow money from

7   friends and family; isn't that right?

8   A.  I don't know about what he borrowed from friends.  But yes,

9   I do recall him borrowing some money from my dad.

10  Q.  He borrowed money from your elderly father before he died?

11  A.  Yes.

12  Q.  He didn't borrow money from you?

13  A.  He didn't borrow money from me.  But I do recall in 2012 we

14  inherited some money from my oldest brother and I gave him my

15  share of it because I had heard that, you know, he could use

16  the money.

17  Q.  He was in mortgage foreclosure before he passed away,

18  wasn't he?

19  A.  Say that again.

20  Q.  He was -- he was in -- he was in mortgage foreclosure

21  before he passed away?

22  A.  Before he passed -- yeah, I believe I learned of that after

23  he passed away, yes.

24  Q.  Right.  I'm not suggesting -- you didn't know his finances

25  in life, correct?

```
 1    A.  Not too much of them, no.
 2    Q.  But you learned a whole bunch when you took over the
 3    estate, right?
 4    A.  Yes.  I learned some, yes.
 5    Q.  And one of the things you learned was his house was in
 6    foreclosure when he passed away?
 7    A.  Yes.
 8    Q.  And you gave instructions to get his TransUnion credit
 9    report, didn't you?
10    A.  Trans -- you mean like during the litigation --
11    Q.  No.
12    A.  -- or --
13    Q.  No.  In 2014.
14    A.  2014.
15             MR. RIVERO:  Let me show you --
16             THE WITNESS:  Possibly.
17             MR. RIVERO:  -- what's been marked as Defendant's 481.
18    BY MR. RIVERO:
19    Q.  Sir, do you recognize that document?
20    A.  I don't remember it.  But I suppose my attorney, yeah,
21    filed this.
22    Q.  Okay.  And let me -- this is -- I guess this is Page 101.
23    This was a request that you made to the -- of the consumer
24    credit information, correct?
25    A.  It appears to be.
```

```
1            MR. RIVERO:  Judge, I would move the admission of
2    Defendant's 481.
3            MR. BRENNER:  No objection, Your Honor.
4            THE COURT:  Admitted into evidence.
5        (Defendant's Exhibit 481 received into evidence.)
6            MR. RIVERO:  If you could publish now to the jury.
7            Thank you.
8    BY MR. RIVERO:
9    Q.  This was -- on May 21, 2013 you asked for his credit
10   report, right.
11   A.  Yes.
12   Q.  And actually, I want to show you also Defendant's 396 --
13           MR. RIVERO:  Only to the witness, the Court, and
14   Plaintiffs' counsel.
15   BY MR. RIVERO:
16   Q.  Can you see that, Mr. Kleiman?
17   A.  Yes.  I see it.
18   Q.  And this is something that you saw as the executor of the
19   estate, did you not?
20   A.  I believe so.
21   Q.  Yeah.  And this is --
22           MR. RIVERO:  Judge, I would move the admission of this
23   document, Defendant's 396.
24           MR. BRENNER:  I'm sorry.  No objection, Judge.
25           THE COURT:  Without objection.  Admitted into
```

```
1   evidence.

2       (Defendant's Exhibit 396 received into evidence.)

3           MR. RIVERO:  I'd ask it be published to the jury.

4   BY MR. RIVERO:

5   Q.  By happenstance, sir -- I believe it was by happenstance --

6   the bank, Wells Fargo Bank, dismissed a lis pendens on

7   April 26th, 2013, right?

8   A.  I don't know what that is.

9   Q.  Okay.

10          MR. RIVERO:  Can we see Page 2.

11  BY MR. RIVERO:

12  Q.  Okay.  By the way, I see here that it has a bunch of

13  things.  If you see the service list here on this document, do

14  you see that it says:  "David A. Kleiman, 3119 Contego Lane"?

15  Right?

16  A.  Yes.

17  Q.  Was that his house?

18  A.  Yes.  That's where he lived.

19  Q.  All right.

20          MR. RIVERO:  If we go back to the first one.

21  BY MR. RIVERO:

22  Q.  You do know that there was a lawsuit from Wells Fargo Bank,

23  as trustee for Option One Mortgage Loan Trust -- and there's a

24  bunch of numbers -- versus David A. Kleiman, right?

25  A.  I'm not sure I was aware of it.
```

```
 1   Q.  I'm saying you saw it after the fact?

 2   A.  I may have.

 3   Q.  All right.  Now, let me ask you to --

 4          MR. RIVERO:  If we can show just Mr. Kleiman, the

 5   Court, and Plaintiffs' counsel D58.  Defendant's 58.

 6          MR. BRENNER:  Can I ask to just see the second page,

 7   please.

 8          MR. RIVERO:  Can we show the second page?

 9          All right.  And let's return to the -- Plaintiffs'

10   counsel have seen it.  Return to the first page.

11          MR. BRENNER:  I've seen it.  Thank you.

12          MR. RIVERO:  And, Judge --

13   BY MR. RIVERO:

14   Q.  Mr. Kleiman, this is -- this email reflects it was mailed

15   from David Kleiman to David Kleiman on June 30, 2018, right?

16   A.  Yeah, it appears to be.

17   Q.  Yeah.  Isn't what happened is that -- obviously David

18   Kleiman was not alive on June 30, 2018, right?

19   A.  No.  No.

20   Q.  You took this email and emailed it from David Kleiman's

21   email to David Kleiman's email, right?

22   A.  That, I don't remember.

23   Q.  Well, sir, let me ask you:  After your brother passed in

24   2018, was there anybody else who was in control of your

25   brother's email addresses?
```

1    A.  Well, I have to figure out what time Patrick returned the

2    domain name back to me.

3    Q.  All right.  In any event, sir, do you take any issue with

4    the contents of the email?

5    A.  Is this the entire contents, what I'm seeing now?

6    Q.  No.  You have to see the --

7              MR. RIVERO:  If we could show the entire thing.

8              THE WITNESS:  Can you like zoom in so I can like see

9    it?

10             MR. RIVERO:  Okay.  Let's show -- Mr. Shah, if you

11   show -- the relevant part starts with "David."

12             If you can make that bigger.

13             Yeah.  Thank you.

14   BY MR. RIVERO:

15   Q.  Sir, do you remember seeing this?

16   A.  No, I don't.

17             MR. RIVERO:  Judge, I move the admission of this as --

18   let me just see if you can -- come out, sir.

19             This is -- Judge, I move the admission of

20   Defendant's 58.

21             MR. BRENNER:  No objection, Your Honor.

22             THE COURT:  Admitted into evidence.

23       (Defendant's Exhibit 58 received into evidence.)

24   BY MR. RIVERO:

25   Q.  Sir, you're aware, of course, your side produced this to

1    us.  Do you see at the bottom "Kleiman" with a number?

2    A.  Yes.

3    Q.  Okay.  Sir, what this --

4            MR. RIVERO:  Mr. Shah, if we can show it to the jury,

5    and then can you go back and blow up the part that says

6    "David."

7            Right.  And if you would just highlight:  "We're

8    notifying you that as of April 11, 2013 your Capital One Visa

9    business account balance is $2,081.67."

10   BY MR. RIVERO:

11   Q.  Do you see that?

12   A.  Yes.

13   Q.  Now, were you aware that that's what was in his business

14   just a matter of a couple of weeks before his passing?

15   A.  I don't remember.

16   Q.  Okay.  Let me show you what's been marked -- just you, the

17   Court, and Plaintiffs' counsel, what's been marked as D15.

18       You remember that you made a request through Mr. Karp for

19   David Kleiman's credit report in May of 2014.  You recall that,

20   right?

21   A.  We may have.

22   Q.  Okay.  Well, you saw the request?

23   A.  Yes.

24   Q.  All right.  And then do you see this says at the bottom:

25   "Karp 00096"?  You see that?

```
 1    A.  Yes.  I see it.

 2    Q.  Okay.  And do you see that this is a --

 3          MR. RIVERO:  Judge, I take note that there is a Social

 4    Security number and I assume that the appropriate thing would

 5    be to take that off.

 6    BY MR. RIVERO:

 7    Q.  Do you see it's a TransUnion consumer credit report?

 8    A.  Yes.  I see that.

 9    Q.  And do you see the subscriber was Karp Law?

10    A.  Yes.

11          MR. RIVERO:  Judge, I move the admission of what's

12    been marked as Defendant's 15.

13          THE COURT:  Subject to its redaction, is there any

14    objection?

15          MR. BRENNER:  No objection, Your Honor.

16          THE COURT:  Admitted into evidence.

17      (Defendant's Exhibit 15 received into evidence.)

18    BY MR. RIVERO:

19    Q.  All right, sir.  Now, this was a credit report --

20          MR. RIVERO:  If we can show it to the jury.

21          Thank you.

22    BY MR. RIVERO:

23    Q.  -- that you and Mr. Karp obtained about David Kleiman,

24    dated May 21, 2013, correct?

25    A.  Yes.
```

```
 1   Q.  That's a matter of weeks after David's death, right?

 2   A.  Right.

 3   Q.  And then this shows --

 4          MR. RIVERO:  It's a little bit hard to read, but if we

 5   could move it up, Mr. Shah.

 6          A little bit hard to understand.

 7          Keep going up.

 8          And I may need help interpreting this myself.  Judge,

 9   may I have one moment to consult with my --

10          THE COURT:  Certainly.

11          MR. RIVERO:  Thank you.

12      (Pause in proceedings.)

13          MR. RIVERO:  On the second page, Mr. Shah, if you

14   would show that -- I'm sorry -- the last page.

15          And -- yeah, not that.

16   BY MR. RIVERO:

17   Q.  I'll indicate to you -- do you see where it says --

18   Mr. Kleiman, do you see where it says in the -- just above the

19   middle of the page:  "On 5 of 5"?

20          MR. RIVERO:  If you would pull out "Inquiries."

21   BY MR. RIVERO:

22   Q.  You see that?

23   A.  Yes.

24   Q.  Do you see that the inquiries that had been made as to your

25   brother were obviously on May 21st, 2013.  His and your lawyer,
```

1    Mr. Karp, asked for his credit information?  Right?

2    A.  Yes.

3    Q.  And that's why we're seeing it here, right?

4    A.  I suppose so.

5    Q.  Then you see that on April 22nd, 2013 there's a -- it's

6    called a "pull."  There's an inquiry by Springleaf Financial.

7    Do you see that?

8    A.  Yes.  I see it.

9    Q.  Do you understand that very shortly before his death, David

10   Kleiman had gone to a -- sort of a lender of last resort,

11   Springleaf Financial, to try to get some credit?

12   A.  Okay.

13   Q.  Do you see that?

14   A.  Yes.  I see it.

15   Q.  All right.

16         MR. RIVERO:  And while we're at it, if we can go back,

17   Mr. Shah, and show the first and second pages, just somewhat

18   slowly.

19   BY MR. RIVERO:

20   Q.  Do you see, sir, that you -- that there's a --

21         MR. RIVERO:  Let's do Page 2, Mr. Shah.

22   BY MR. RIVERO:

23   Q.  -- that there are a number of items that show past due

24   amounts?

25         MR. RIVERO:  The first entry on Page 2, the third

| | |
|---|---|
| 1 | entry on Page 2 -- if you can go up a little bit more -- the |
| 2 | fourth entry on Page 2. |
| 3 | BY MR. RIVERO: |
| 4 | Q.  Do you see those? |
| 5 | A.  Yes.  I see it. |
| 6 | MR. RIVERO:  Continuing down. |
| 7 | All right.  And if you can go to Page 3. |
| 8 | Page 4. |
| 9 | Okay.  And Page 5, just so the jury can see it. |
| 10 | BY MR. RIVERO: |
| 11 | Q.  All right.  Now, you, in fact, knew what he had because you |
| 12 | started liquidating everything very shortly after his death, |
| 13 | no? |
| 14 | A.  Could you repeat that, please. |
| 15 | Q.  You knew what he had because you started liquidating |
| 16 | everything after his death as the executor of the will, right? |
| 17 | A.  I knew what he had?  That's -- |
| 18 | Q.  In other words, sir, you knew what his possessions were? |
| 19 | A.  Yes.  His personal possessions inside his home I knew of, |
| 20 | yes. |
| 21 | Q.  Right.  Okay.  So you -- for example, you sold the home AC |
| 22 | units in August of 2013, right? |
| 23 | A.  My dad had purchased it like shortly before he passed.  And |
| 24 | he asked me if I could sell it and return the cash to him, yes. |
| 25 | Q.  You put his wheelchair up for a quickie sale, you called |

1    it, in July of 2013, right?

2    A.  I think we did list it on Craigslist, but we just ended up

3    leaving it in his home.  It was never sold.

4    Q.  Okay.  You attempted.

5    A.  We were thinking about selling it, but we didn't.

6    Q.  Let me show you Defendant's D257.

7         MR. RIVERO:  Only to the witness, the Court, and

8    Plaintiffs' counsel.

9    BY MR. RIVERO:

10   Q.  Was this -- this is something you posted, Mr. Kleiman, as

11   the executor of David Kleiman's estate?

12   A.  Yes.  It probably was.

13   Q.  Yeah.  And it's a post --

14        MR. RIVERO:  Judge, I would move the admission of

15   Defendant's 257.

16        MR. BRENNER:  No objection, Your Honor.

17        THE COURT:  Admitted into evidence.

18     (Defendant's Exhibit 257 received into evidence.)

19   BY MR. RIVERO:

20   Q.  And so you sought to list on Craigslist a Quickie Triumph

21   wheelchair, right, for sale?

22   A.  Yeah.  We weren't sure what to do with all of his things.

23   So we were thinking about putting some of it for sale on

24   Craigslist.

25   Q.  Okay.  Now, you certainly weren't sitting on this.  You

```
1    were trying to get to it and get it -- just get the possessions

2    disposed of, right?

3    A.  Certain things, yes.

4    Q.  Now, leaving aside how you dealt with his estate, you agree

5    with me that your brother was a person who would spend money as

6    he got it and that he was not a saver?

7    A.  I couldn't hear you there.

8    Q.  I'm sorry.  I'm sorry.  Leaving aside how you dealt with

9    his estate, would you agree with me that your brother was a

10   person who would spend money as he got it?  He was not a saver?

11   A.  Yes.  He was not a saver.

12   Q.  Okay.

13   A.  I wouldn't -- couldn't call him a saver, yes.

14   Q.  You, when you were looking at this circumstance, could not

15   understand how he would not have cashed in Bitcoin if he had

16   them to pay his home mortgage; isn't that right?

17   A.  Yes.  I thought it was strange.

18   Q.  In fact, you told --

19        MR. RIVERO:  And I'd like to show Joint Exhibit 103 to

20   everyone.

21        MR. BRENNER:  Your Honor, that's not -- listed as

22   D283.  I don't know what's being shown.

23        MR. RIVERO:  Oh, I'm sorry.  It's Joint Exhibit 103,

24   unless I'm mistaken, in which case please take it down.  Please

25   take it down.
```

```
 1              Judge, let me just make sure I'm not making an error.
 2         (Pause in proceedings.)
 3              MR. RIVERO:  Judge, in the meantime, while that's
 4    being looked for, I'd like to have just Mr. Kleiman look at
 5    Defendant's 283, if it can be shown to counsel and to
 6    Mr. Kleiman.
 7              MR. BRENNER:  I would just ask that he scroll through
 8    the exhibit so we can see it.
 9         (Pause in proceedings.)
10              MR. RIVERO:  Judge, I'm sorry.  I don't think there
11    was confusion.
12              THE COURT:  Yeah.  283 was withdrawn.  So what is
13    the --
14              MR. RIVERO:  It's Joint Exhibit 103.
15              Okay.  So Judge, I would like to show Joint Exhibit
16    103.  If Mr. Shah would show it and it could be published to
17    the jury.
18              THE COURT:  All right.
19              MR. RIVERO:  And what I'd like to do is, Mr. Shah, if
20    you would move to the February 14 email from Ira Kleiman to
21    Craig Wright.  Should be perhaps on Page 2.
22              Page 2.
23              COURTROOM DEPUTY:  This is the correct one?
24              MR. RIVERO:  Yes, it is.
25              Mr. Shah, could you just show -- I don't know how many
```

```
 1    pages this is.  It's a February 14 email.  If you could scroll.

 2              Keep scrolling down.

 3              Can you scroll to the next page.

 4              And the next page -- I'm sorry for the confusion, Your

 5    Honor.  May I have one moment to straighten this out?  I

 6    apologize.

 7              THE COURT:  All right.

 8         (Pause in proceedings.)

 9              MR. RIVERO:  All right.  I'm sorry.  I'm sorry for the

10    confusion.

11              Mr. Shah, please go to Page 1.

12    BY MR. RIVERO:

13    Q.  And that's actually -- sir, if you would look at not the

14    top email, but the one below it on 15/02/2014 at 3:47 p.m.,

15    "Ira Kleiman." Do you see that?

16    A.  Yes.  I see it.

17    Q.  Now, Mr. Kleiman, I can't help but notice, a lot of these

18    emails that you produced in this case -- you produced that

19    email, right?

20    A.  I believe so.

21    Q.  A lot of those don't look like my emails, Mr. Kleiman.  Do

22    you know why they don't have the To/From on each entry?

23    A.  I don't know.  Maybe this is a forwarded message.

24    Q.  Well, sir, you produced the email.  And I'm asking you:  Do

25    you know why all these emails that you're -- that you have
```

1    given us don't have the To/From line?

2    A.  I don't know.

3    Q.  Okay.  But you see that this doesn't -- it doesn't reflect

4    From, Sent, To, Subject at this point, right?

5    A.  This one doesn't appear to be --

6    Q.  Right.  And a lot of the emails that you have produced and

7    that have been shown in this case from your production don't

8    have that, do they?

9    A.  Well, I know that we definitely do have those, but I don't

10   know what -- I'm not in charge of what's produced to you.

11   Q.  You believe you have the emails with the standard From,

12   Sent, To, Subject lines, like normal emails?

13   A.  Yeah, definitely.

14   Q.  Okay.  Sir, the email you list -- you used here was

15   "clocktime," right?

16   A.  Yes.

17   Q.  That's one you use a lot?

18   A.  With Craig, I believed, yes.

19   Q.  But you also have one that's Dex, right?

20   A.  I have many, many email addresses.

21   Q.  You have more than 30 email addresses?

22   A.  Yes.  Lots of them, yes.

23   Q.  Some of them are like in the name -- some have like David

24   Kleiman's name in there, right?

25   A.  When this litigation stuff started, I think I did set up

1    some, you know, because it was related to Dave.  So that's why

2    I put his name in there.

3    Q.  Is that a "yes"?

4    A.  Yeah.  That's a "yes."

5    Q.  You have email addresses with David Kleiman's name in them,

6    right?

7    A.  I have possession of his domain name.  So yes, I do.

8    Q.  You've used some where you held yourself out as emailing on

9    behalf of David Kleiman; isn't that true?

10   A.  Yes.  Sometimes I'll send myself an email from his

11   address --

12   Q.  Okay.

13   A.  -- on my birthday, because that's what he would do --

14            MR. RIVERO:  Let's do this:  Let's publish --

15            MR. BRENNER:  The witness is still finishing his

16   answer.

17            THE COURT:  Yes.  The witness will be allowed to

18   finish his answer.

19            MR. RIVERO:  I apologize.

20            THE WITNESS:  I would send myself like a birthday

21   message from his email address because that's what he would do

22   every year.

23            MR. RIVERO:  Okay.  Now, I'd like to publish what I

24   believe is Joint Exhibit 103, if I'm not mistaken, to the jury.

25            THE COURT:  All right.  You want to introduce it into

1  evidence?

2          MR. RIVERO:  Yes, Your Honor.

3          THE COURT:  All right.

4          Any objection -- it's a joint exhibit.  So that will

5  be in evidence.

6      (Joint Exhibit 103 received into evidence.)

7          MR. RIVERO:  So Joint Exhibit 103 is now in front of

8  the jury.

9  BY MR. RIVERO:

10 Q.  The highlighted part is this -- is the indication of a new

11 email in our production of emails, right?

12 A.  Could you repeat that, please.

13 Q.  Sir, the way that you have given us this email, the fact

14 that it has this little line, that is what means there's a

15 separation between the email before and the next one, right?

16 A.  I suppose so.

17 Q.  Well, is the text that follows the yellow highlights --

18 that's from you?

19 A.  Yes, that is.

20 Q.  And so you're writing to Craig Wright on February 15, 2014,

21 right?

22 A.  Yes.

23 Q.  And what you say is, at the bottom:  "I still don't

24 understand why Dave didn't cash in these Bitcoins if they were

25 of any value.  His house was in foreclosure and he certainly

1    could have used the money."

2        Right?

3    A.  Yes.

4    Q.  Okay.  And that's what you thought?

5    A.  Yes.  That's what I thought.

6    Q.  And then, sir, it was your view that if there was anything

7    of value in his account, he would have liquidated it because he

8    was hard up for money?

9    A.  Yeah.  That seemed like the logical thing to do.

10   Q.  Let's look at --

11           MR. RIVERO:  I'd like to show just the witness,

12   Plaintiffs' counsel, and the Court Defendant's 284.

13   BY MR. RIVERO:

14   Q.  And sir, I'm going to direct your attention to the first

15   email.  This is an email from you to Craig Wright, copying the

16   person named Uyen Nguyen; is that right?

17           MR. BRENNER:  I would ask -- could we just see the

18   exhibit.  Just scroll through the exhibit.

19           THE COURT:  Is it on your screen, Mr. Brenner?

20           MR. BRENNER:  Yeah, but only the first page is

21   showing.  Now I have all four.

22           Thank you.

23           THE COURT:  All right.

24           MR. BRENNER:  Thank you.

25           MR. RIVERO:  Judge, move the admission of

1    Defendant's 284.

2            THE COURT:  Is there any objection?

3            MR. BRENNER:  No objection.

4            THE COURT:  Admitted into evidence.

5        (Defendant's Exhibit 284 received into evidence.)

6    BY MR. RIVERO:

7    Q.  Sir, let's see what you say on February 15.

8        You say -- saying:  "I guess what I'm saying is since Dave

9    never took the time to cash the Bitcoins in, do you believe

10   there's enough value in trying to decrypt drives to find the

11   keys?  He was hard up for money and if he didn't cash them in,

12   I find it hard to believe there's anything of worth in his

13   account."

14       Is that right?

15   A.  Yes.  I wrote that.

16   Q.  Okay.  And that's what you believed at the time?

17   A.  Yes.

18   Q.  All right.  Now, in your view, that --

19           MR. RIVERO:  If we can show the witness and counsel

20   and the Court P156.

21   BY MR. RIVERO:

22   Q.  Your belief is that -- well, let me just ask you:  Is this

23   an email from Craig Wright -- an exchange that you had with

24   Craig Wright?

25   A.  Yes, it is.

```
 1              MR. RIVERO:  Mr. Shah, could you show the exhibit so
 2      that counsel can see it.  In other words, if you could scroll.
 3          (Pause in proceedings.)
 4              MR. BRENNER:  Your Honor, he doesn't need to scroll
 5      this one.  It's already in evidence by my ...
 6              MR. RIVERO:  I'm sorry?
 7              MR. BRENNER:  Yeah.  I believe this is already in
 8      evidence.  I don't need him to scroll.
 9              MR. RIVERO:  Oh, perfect.
10              All right.  Let's publish it to the jury, if you
11      would.
12              Going back, Mr. Shah, to the first email.
13      BY MR. RIVERO:
14      Q.  That's from Craig to you, correct?
15      A.  Yes, it is.
16      Q.  Okay.
17              MR. RIVERO:  And let's go to -- if we could go down to
18      the statement -- if you can go to the next page, sir.
19              And the next.
20      BY MR. RIVERO:
21      Q.  So in your discussion, who says this, Mr. Kleiman?  Because
22      sometimes it's hard to understand.  Do you see on Page --
23              MR. RIVERO:  Mr. Shah, is there a page number at the
24      bottom of this?
25              No?
```

```
1    BY MR. RIVERO:

2    Q.  Okay.  This ends in identifier 871.  Do you see that,

3    Mr. Kleiman, at the bottom?

4    A.  Yes.  I see it, yes.

5    Q.  So it looks like from Ira Kleiman mailed to --

6            MR. RIVERO:  If you can highlight that.

7            Yeah.  Right there.

8    BY MR. RIVERO:

9    Q.  It looks like from you and then there's is a split.  I see

10   now.  There's a split in the From, Sent, To, Subjects?

11   A.  Yes.  I see that.

12   Q.  Do you know why that happened?

13   A.  No.

14   Q.  Does that happen -- I mean, that doesn't happen

15   automatically on my computer.  Does it happen automatically on

16   yours?

17   A.  I don't recall noticing.  I don't know.

18   Q.  Okay.  So -- but what you said was:  "Dave would prefer to

19   lock in secured gains that have already been made."

20   A.  Yes.

21   Q.  And that's -- that was your description of what you

22   believed your brother would have done, right?

23   A.  Yes.

24   Q.  Okay.  You also stated --

25           MR. RIVERO:  And I'll just show you Defendant's 285.
```

```
 1    And we have to find -- Mr. Shah, this is going to be an entry

 2    for February 15 from Ira Kleiman.

 3             Okay.  Can we see the next page?

 4    BY MR. RIVERO:

 5    Q.  Do you recognize this, Mr. Kleiman?

 6    A.  Yes, I do.

 7             MR. RIVERO:  Your Honor, I'd move the admission of

 8    285.

 9             THE COURT:  It's in evidence, sir.

10             MR. BRENNER:  Can I have them scroll through the

11    remainder of the document?

12             THE COURT:  Defendant's 285 is in evidence already.

13             MR. BRENNER:  Yeah, I think -- yes.

14             MR. RIVERO:  Oh, it is in evidence.

15             Thank you, Judge.

16             One moment, Judge.

17        (Pause in proceedings.)

18             MR. RIVERO:  Judge, I think I made the warning that

19    I'm not necessarily the most tech-savvy person.  So I apologize

20    for any kind of breaks in the timing.

21             THE COURT:  All right.  Not a problem.

22        (Pause in proceedings.)

23    BY MR. RIVERO:

24    Q.  Okay.  Sir, I'm going to --

25             MR. RIVERO:  Mr. Shah, if you can go to Page 5.
```

```
 1              I'm sorry.  It's Page 5 of the -- yeah.  Page 5.

 2              Okay.  This is it.

 3              Thank you.

 4    BY MR. RIVERO:

 5    Q.  So sir, this is an email that you wrote to Mr. Wright -- to

 6    Dr. Wright on February 15th, 2014, right?

 7    A.  Yes.

 8    Q.  And --

 9              MR. RIVERO:  Judge, I move the admission of this

10    document, if it hasn't already -- I believe it may have been

11    admitted.

12              THE COURT:  Is this 285?

13              MR. RIVERO:  Yes, Judge.

14              THE COURT:  It's in evidence.

15              MR. RIVERO:  Thank you very much.

16    BY MR. RIVERO:

17    Q.  Sir, you said to Dr. Wright:  "Knowing my brother, if there

18    was more than a thousand dollars in the account, he would have

19    sold it.  He didn't like asking people for help.  But during

20    the last few months, he borrowed money from both my dad and

21    Patrick."

22         Do you see that?

23    A.  Yes.

24    Q.  So does that refresh your recollection that he had borrowed

25    from Patrick Paige?
```

1    A.   I recall Patrick telling me after Dave passed that --

2    Q.   Right.

3    A.   -- he may have borrowed a few dollars from him, yes.

4    Q.   Well, you certainly knew it on February 15th, 2014, right?

5    A.   Whether I remembered that -- yeah, I suppose I knew, yes.

6    Q.   Well, you said it, right?

7    A.   Yes.

8    Q.   Okay.  And then you said:  "That's what leads me to believe

9    there's not much value in the account, if any."  Right?

10   A.   Yes.

11   Q.   "Also, the fact" -- "Also, the fact that he didn't mention

12   the account to anyone or leave some kind of note about it."

13   Right?

14   A.   Yes.

15   Q.   "I truly believe there's no treasure to be found there.

16   But if you could provide some kind of hard proof that he was

17   involved in creating Bitcoin, that would be a nice consolation.

18   I'm not exactly sure how you can prove it."

19        You said that, right?

20   A.   Yes.

21   Q.   You had an ulterior motive, didn't you, sir?

22   A.   Ulterior motive?

23   Q.   Weren't you already consulting with a lawyer?

24   A.   By February?

25   Q.   Yes, sir.

```
 1    A.  No.  I didn't even mention it to Joe Karp, I don't believe,
 2    until like April of 2014.
 3    Q.  You admit -- you acknowledge that by -- days after April
 4    15, 2014, you were already consulting with litigation counsel
 5    to discuss litigation, weren't you?
 6    A.  No.
 7    Q.  Sir --
 8    A.  Where are you getting this from?
 9    Q.  Sir -- sir, don't you have --
10        MR. BRENNER:  He was not done with his answer, Your
11    Honor.
12        THE COURT:  Why don't you complete your answer, sir.
13        THE WITNESS:  I'm just wondering where you're getting
14    this information from because --
15        MR. RIVERO:  Judge, I think his answer was complete.
16    BY MR. RIVERO:
17    Q.  Sir, isn't it true that you have materials in this case
18    marked as "work product" in anticipation of litigation by April
19    of 2014?  Isn't that true?
20        MR. BRENNER:  Objection, Your Honor.  Relevance.
21        THE COURT:  Sustained.
22        MR. RIVERO:  Judge, if I may be heard.
23        THE COURT:  Why don't you ask it another way.
24        MR. RIVERO:  Okay.  Thank you.  I'll develop it before
25    we get there.
```

```
 1   BY MR. RIVERO:

 2   Q.  Sir, on December 4, 2015, you told a reporter your brother

 3   would have spent any Bitcoin of value before he died broke,

 4   right?

 5   A.  I don't recall, but I may have.

 6   Q.  Let me show you what's been marked as Defendant's 489.

 7            MS. MCGOVERN:  And if we could just show that to the

 8   witness, counsel, and Court.

 9   BY MR. RIVERO:

10   Q.  All right.  Sir, this is an email from David -- Dave K2?

11   A.  Okay.  Yeah, it's one of the email addresses I set up.

12   Q.  Right.  And --

13            MR. RIVERO:  Judge, I would move the admission of

14   Defendant's 489.

15            THE COURT:  Is there any objection?

16            MR. BRENNER:  No objection, Your Honor.

17            THE COURT:  All right.  Admitted into evidence.

18       (Defendant's Exhibit 489 received into evidence.)

19   BY MR. RIVERO:

20   Q.  This is an email --

21            MR. RIVERO:  If we can show it to the jury.

22   BY MR. RIVERO:

23   Q.  This is an email you wrote to a reporter named Andy Cush

24   about a story, right?

25   A.  Yeah.  I believe I was responding to him, yes.
```

1    Q.  Okay.  Well, this is not a response email, is it, sir?

2    A.  I believe he reached out to me.  And then I'm emailing him

3    back.

4    Q.  Okay.

5          MR. RIVERO:  Well, can I see the entire email?

6    BY MR. RIVERO:

7    Q.  There's no predecessor email that's produced, right?

8    A.  I don't know.  Maybe I spoke to him on the phone or

9    something.  I don't -- but I wouldn't first reach out to a

10   reporter, that's for certain.

11   Q.  This came from your side.

12   A.  What's that?

13   Q.  This was produced by your side, right?

14   A.  Yes.

15   Q.  So what you say to Andy Cush is you start by saying:  "At

16   the moment, I just don't see much upside in participating in

17   your story," but then -- and the jury can see the rest of it.

18        But at the bottom, you say -- this is in 2015 -- "If my

19   brother had Bitcoin of any value, he wouldn't have died with

20   only debts.  He was in and out of the VA hospital for about two

21   years before he passed away, so he didn't have a steady income.

22   And shortly before he died, I learned that his house was in

23   foreclosure."

24        So, Mr. Kleiman, you knew his house was in foreclosure not

25   from being his executor; you knew it before he died?

```
1    A.  I don't know for certain.  It's hard to remember exactly,
2    you know, what I knew back then.
3    Q.  But this is what you knew in 2015?
4    A.  Yeah.  It's just -- I guess I'm just recalling, you know,
5    what I thought I remembered, yes.
6    Q.  "If David owned a great number of Bitcoin, why wouldn't he
7    sell a few to help pay off his bills?"
8        You said that, right?
9    A.  Yes.  I mean, that's -- I'm just explaining my logic.
10   Q.  Right.  And, Mr. Kleiman, it just didn't make any sense to
11   you, knowing your brother as you did, that he wouldn't sell off
12   some of the Bitcoin to pay his bills?
13   A.  I think, as I explained before, if this was a very
14   secretive project, that might explain away his behavior.  But
15   under normal circumstances, it would seem kind of illogical --
16   to access money, you know, if you really need it.
17   Q.  I take it that that is an answer -- in answer to my
18   question, what you're saying is you believed the statement that
19   you made at the time; isn't that right?
20   A.  Which statement is that?
21   Q.  The statement that if David owned a great -- I'm sorry --
22   he definitely would have sold some Bitcoin to pay his bills?
23   A.  Yes.  That was my logic.
24   Q.  And the nightmare of David's debt kept pursuing you after
25   his death; isn't that right?
```

1    A.   Kept pursuing me?

2    Q.   Yes.

3    A.   I don't know what you mean by that.

4    Q.   Well, you would still get calls from -- each day from

5    David's debt collectors, right?

6    A.   Yeah.  I do recall getting some calls from debt collectors,

7    yes.

8    Q.   And you got a summons from a bank, David Kleiman's bank,

9    right?

10   A.   That, I'm not certain.

11          MR. RIVERO:  Let me show you Joint Exhibit 31.

12          And, Your Honor, I'm going to move the admission of

13   this joint exhibit.

14          THE COURT:  Admitted into evidence.

15      (Joint Exhibit 31 received into evidence.)

16          MR. RIVERO:  Thank you.

17   BY MR. RIVERO:

18   Q.   And sir, it is going to be -- let me -- actually, I have a

19   way to pull this up.

20      (Pause in proceedings.)

21          MR. RIVERO:  Mr. Shah, if you would go to Page -- the

22   second page of this email chain.

23          Yeah.

24   BY MR. RIVERO:

25   Q.   And sir, this is where you're having a discussion with

1    Craig Wright about how to handle shares in Coin-Exch., right?

2    A.  Yes.

3    Q.  Okay.  And you were talking about whether you would choose

4    to sell some off that year.  And we're talking about 2014,

5    right?

6    A.  Yes.

7    Q.  Right.  And then you say:  "I'm considering this route for

8    a couple of reasons."

9         MR. RIVERO:  If you would highlight that for the jury,

10   Mr. Shah.

11   BY MR. RIVERO:

12   Q.  "Being that I still get calls each day from Dave's debt

13   collectors, I stopped answering my phone and let all calls go

14   to voice mail.  We also got served a summons from Dave's bank a

15   couple weeks ago.  It appears he took loans out against his

16   house and owes $560,000."

17        Do you see that?

18   A.  Yes.

19   Q.  Does that refresh your recollection that you were getting

20   calls from debt collectors at all times?

21   A.  Yes.  I said I do recall getting some calls.

22   Q.  Well, so many calls you stopped answering your phone?

23   A.  I don't know if it was that many calls.  But yeah, I do

24   remember getting some.

25        MR. RIVERO:  Your Honor, I'm glad to continue, if the

1    Court prefers, or we could take a break as well.

2         THE COURT:  We're going to break at 1:00 for lunch.

3         MR. RIVERO:  No problem.

4         One moment, Judge.

5      (Pause in proceedings.)

6    BY MR. RIVERO:

7    Q.  Mr. Kleiman, during life -- you're the personal

8    representative for your brother, right?

9    A.  Yes.

10   Q.  And isn't it the case that during his lifetime he had -- he

11   had some email exchanges with Craig Wright?

12   A.  According to what Craig produced to me, yes.

13   Q.  Okay.

14        MR. RIVERO:  And sir, I want to show you first what

15   has been marked as -- as Plaintiffs' 2.

16        Please, just the witness and counsel.

17   BY MR. RIVERO:

18   Q.  All right.  Sir, are you familiar with Plaintiffs' 2?

19   A.  Yes.  I've seen this.

20        MR. RIVERO:  Judge, I'd move the admission of this

21   email between Craig Wright and Dave Kleiman, Plaintiffs' 2.

22        THE COURT:  Any objection?

23        MR. BRENNER:  I just need to see more of the document.

24      (Pause in proceedings.)

25        THE COURT:  It's on the Plaintiffs' exhibit list.

```
 1              MR. BRENNER:  Okay.  No objection, Your Honor.

 2              THE COURT:  All right.  Admitted into evidence.

 3         (Plaintiffs' Exhibit 2 received into evidence.)

 4              MR. RIVERO:  All right.  And so, if you would,

 5    Mr. Shah -- if you would highlight the top email, Craig Wright

 6    to David Kleiman.

 7    BY MR. RIVERO:

 8    Q.  Now, this is in your -- do you remember that this is

 9    alleged in your complaint, Mr. Kleiman, this email?

10    A.  I believe so.

11    Q.  All right.  So it says:  "On March" --

12              MR. RIVERO:  The thing I want you to highlight,

13    actually, Mr. Shah, because it is from Wright to Kleiman, could

14    you --

15    BY MR. RIVERO:

16    Q.  The Sent date is March 12th, 2008 at 6:39 p.m., right?

17    A.  Yes.

18    Q.  Okay.  Now, at that time, you were relying on this document

19    to say that Craig Wright said:  "I need your help editing a

20    paper I'm going to release later this year."

21              MR. RIVERO:  Can you highlight that, Mr. Shah?

22    BY MR. RIVERO:

23    Q.  And it continues:  "I have been working a new form of

24    electronic money, BitCash, Bitcoin."  Right?

25    A.  Yes.
```

1    Q.  And then it continues:  "You were always there for me,

2    Dave.  I want you to be a part of it all."

3    A.  Yes.

4    Q.  And the end of that sentence is:  "I cannot release it as

5    me, GMX, Vistomail, and Tor.  I need your help.  And I need a

6    version of me to make this work that is better than me."

7        Do you see that?

8    A.  Yes, I do.

9    Q.  Okay.  Now, sir, there are then -- you understand that this

10   is -- this is less than eight months before the release of the

11   whitepaper, right?

12   A.  Yes.

13   Q.  Halloween Day 2008 -- yeah.  Halloween Day 2008, right?

14   A.  Right.

15   Q.  Okay.  So that's going to be -- let me just make sure I

16   have the math right.  Actually, it's less than -- it's seven

17   and a half months before the release, right?

18   A.  Okay.

19   Q.  Okay.  And now -- but your brother and Mr. -- and

20   Dr. Wright continue to correspond, correct?

21   A.  According to these emails that Craig produced to me.

22   Q.  I'm sorry, sir.  I didn't hear you.

23   A.  According to these emails produced to me, it appears that

24   way.  But these were all like text emails.  There's like no

25   metadata included.  So --

```
1    Q.  Are you -- are you giving expert testimony about metadata?

2              MR. BRENNER:  Objection.  Argumentative, Your Honor.

3              THE COURT:  Sustained.

4    BY MR. RIVERO:

5    Q.  Sir, are you giving testimony about metadata?

6    A.  No.  I'm just explaining what I noticed, that --

7    Q.  Sir -- I'm sorry.  Go ahead.

8    A.  -- the messages were forwarded to me without metadata.  So

9    I did somewhat question whether they were real or not.

10   Q.  Okay.  Wait.  So did you analyze the metadata?

11   A.  There was no metadata.

12   Q.  Okay.  So that's my question:  Do you know how to analyze

13   metadata?

14   A.  No.

15   Q.  All right.  So when you say to the jury that "I noticed

16   there was no metadata," how did you notice there was no

17   metadata if you don't know how to analyze metadata?

18   A.  Oh, well, I can detect if metadata exists or not.  Yes,

19   that I can do.

20   Q.  Okay.  So are you saying there's no -- this is Plaintiffs'

21   2.  You're saying there's no metadata to this document?

22   A.  I'm just saying to the emails that I personally received

23   from Craig, there was no metadata attached to it.

24   Q.  Well, I'm not sure I'm understanding what you're saying,

25   sir.
```

1           MR. RIVERO:  Can you show the whole document,

2     Mr. Shah.

3     BY MR. RIVERO:

4     Q.  Okay.  This isn't an email to you.  This is an email from

5     Craig Wright to David Kleiman.

6     A.  Yeah.  I'm saying that I recall receiving this email from

7     Craig.  I know -- the one that you're showing here is not that.

8     But he forwarded me the same thing and it didn't include any

9     metadata.

10    Q.  Okay, sir.  But you have no idea about the document you're

11    looking at right now because it's a different document, right?

12    A.  I think it's essentially the same thing.

13    Q.  Sir, you're saying he sent something to you -- that's one

14    email.  That's one thing, right?

15    A.  But it's this email.

16    Q.  But this is something else?

17    A.  No.  I'm saying -- I'm saying I recognize this email as

18    being sent to me from --

19    Q.  Is it your position --

20          MR. BRENNER:  Your Honor, he's in the middle of an

21    answer again.

22          THE COURT:  Please finish your answer, sir.

23          THE WITNESS:  I recognize receiving this email from

24    Craig.

25

```
 1   BY MR. RIVERO:

 2   Q.  Right.  I'm --

 3   A.  He forwarded it to me.

 4   Q.  I'm not asking you if you received the email.  The email is

 5   in evidence.  I'm just asking you, first of all, that you saw

 6   it and now you volunteered that you know about the metadata of

 7   this document.  Isn't that right?

 8   A.  No.  I'm saying that the email that I received that appears

 9   like this didn't contain any metadata.

10   Q.  Okay.  Sir, is it your position that that's -- you allege

11   that email, March 12, 2008, in your complaint.  Do you

12   understand that?

13   A.  My attorneys may have done that.  I don't know.

14   Q.  Okay.  We've seen it before, sir.  Do you remember that

15   it's in your complaint as an allegation of what happened?

16           MR. BRENNER:  Objection.  Asked and answered.

17           THE COURT:  Overruled.  I'll allow it.

18           THE WITNESS:  I don't remember seeing it, no.

19   BY MR. RIVERO:

20   Q.  Okay.  I'm not going back over it.

21       But sir, is it your position now as you sit here in front

22   of the jury -- are you saying this is fake?

23   A.  What I'm saying is:  I don't know.

24   Q.  Okay.  Sir, what I was asking was:  There are emails

25   between David Kleiman and Craig Wright within hours after this,
```

1    right?

2    A.  Possibly.  I don't know.

3    Q.  Okay.  Let me show you what's been marked as -- as

4    Defendant's 60.

5           MR. RIVERO:  Just to the witness and to the Court and

6    counsel.

7           And Mr. Shah, show it to counsel, so they can ...

8       (Pause in proceedings.)

9           MR. RIVERO:  Defendant's 161, if you could show that

10   to counsel, the Court, and the witness.

11   BY MR. RIVERO:

12   Q.  Now, this is an email -- this is an email between Craig

13   Wright and David Kleiman on March 12, 2008, right?

14   A.  It appears to be.

15   Q.  Okay.  And you recognize the dave@davekleiman.com address,

16   correct?

17   A.  Yes, I do.

18   Q.  All right, sir.  And do you recognize the --

19           MR. RIVERO:  If you can go to the next page.

20           Oh, I'm sorry.  Go back to the first page.

21   BY MR. RIVERO:

22   Q.  Sir, do you see that it's got a -- it lists

23   balanceofsecurityfocus.com?  Do you see that?

24   A.  Yes.  I see it.

25   Q.  Is that a server list that your brother participated in?

```
 1   A.   I believe it was.

 2           MR. RIVERO:  Judge, I move the admission of what's

 3   been marked as Defendant's 161.

 4           MR. BRENNER:  Your Honor, it's a 95-page document.

 5   Just starting from the first page, it has hearsay statements on

 6   it from Dr. Wright.  So I would object.

 7           If they want to talk about a particular part of it, we

 8   can address that.  But the document as a whole, I object to it.

 9           THE COURT:  I'm sorry, sir.  The objection is?

10           MR. BRENNER:  The objection is hearsay.

11           THE COURT:  However, the witness has identified that

12   this was the communication that he's -- you're saying it's

13   hearsay because it's being offered by the Defendant?

14           MR. BRENNER:  Yeah.  But what the witness identified

15   was one page he just showed him.  I'm saying in the exhibit

16   there is hearsay.  So --

17           THE COURT:  All right.  Well, I'm only seeing one

18   page.  So do you want to continue with the other -- before the

19   95 pages is admitted, that he recognizes --

20           MR. RIVERO:  Yes, Judge.  Let me just -- because I

21   think we can clarify it.

22           Let's go -- Mr. Shah, again, zoom out so we can see

23   the entire picture of each page.

24           There's page 1.

25           If you can show page 2.
```

```
 1    BY MR. RIVERO:

 2    Q.  That's a continuation on this posting, right, Mr. Kleiman?

 3    A.  Yes.

 4          MR. RIVERO:  Page 3.

 5    BY MR. RIVERO:

 6    Q.  More continuation, right?

 7    A.  Yes.

 8          MR. RIVERO:  Page 4.

 9    BY MR. RIVERO:

10    Q.  And it goes on.  It's all the same posting, right?

11    A.  Right.

12          MR. RIVERO:  Judge, I am not offering any of that

13    email for the truth of the matter asserted; rather, to show the

14    communication between the gentlemen.

15          But Judge, I just want to make sure -- on Page 7, if

16    you would show that, Mr. Shah, so everyone's clear.

17    BY MR. RIVERO:

18    Q.  Attached, sir, you see there is an article or a -- some

19    kind of a -- like a submission to a university called "The

20    Impact" -- well, I don't want to read the title.  You see the

21    title, right?

22    A.  Yes.  I see it.

23    Q.  All right.

24          MR. RIVERO:  Judge, I move the admission of this as a

25    communication between these two men.
```

```
1              MR. BRENNER:  Your Honor, I object.  The parts that
2       they've shown so far, the authors of this are Dr. Wright and
3       something called "list serve security" --
4              THE COURT:  I'm having a hard time hearing you,
5       Mr. Brenner.  I apologize.
6              MR. BRENNER:  The parts that they've shown on the
7       document so far are statements by Dr. Wright, which are
8       hearsay, and statements by something called -- it's not in
9       front of me, but I thought it said like:  "List security."  And
10      so I don't know what that is, but it's hearsay.
11             THE COURT:  I don't believe it's being offered for
12      that purpose.  The objection is overruled.
13             MR. RIVERO:  All right.  Let's go --
14             THE COURT:  Exhibit 161 will be admitted into
15      evidence.
16         (Defendant's Exhibit 161 received into evidence.)
17             MR. RIVERO:  Let's go up to the top of this email.
18      BY MR. RIVERO:
19      Q.  This is the same day, right, March 12?  We just saw it,
20      right?
21      A.  Yes.
22      Q.  Okay.  And by the way, I'm going to further amend my list
23      because now we have the email in front of us.  So before we
24      said March 2008.  This is March 12, 2008, right?
25      A.  Yes.
```

1    Q.   Okay.  Sir, the same day they are communicating -- it's a

2    95-page discussion, but let's just look at what the emails are

3    between David Kleiman and Craig Wright.

4         MR. RIVERO:  So I'm going to focus -- if you would,

5    Mr. Shah, just highlight the second email, which is the Dave

6    Kleiman to Craig Wright one.

7    BY MR. RIVERO:

8    Q.   Do you see it?

9    A.   Yeah.

10   Q.   So David Kleiman writes to your brother, and this is at

11   5:18 p.m., and the subject is "Defamation and difficulties of

12   law on the Internet."

13        And he says:  "Craig, sometimes you amaze me.  I just took

14   on a case today dealing with this.  You're making my life easy.

15   Dinner is definitely on me when you and your wife are here.

16   I'll take any more information on this subject with great

17   enthusiasm and appreciation, as always."

18        Do you see that?

19   A.   Yes.  I see it.

20        MR. RIVERO:  And if you would go to the top email,

21   Mr. Shah.

22   BY MR. RIVERO:

23   Q.   I'm going to ask you to read what Mr. Wright says to David

24   Kleiman.

25   A.   "Take what you want from the attached.  See also 'Vicarious

```
1    Liability.'"

2    Q.  Okay, sir.  No mention of working on Bitcoin, right?

3    A.  No.  Not here, no.

4            MR. RIVERO:  Okay.  Let's go, if we could, to -- let's

5    jump ahead, if we can, to D205.  And if we can show that to the

6    witness and counsel.

7            Am I saying the right number, Mr. Shah?  I'm known to

8    get that wrong.  D205.

9            THE COURT:  I'm showing that D205 was withdrawn.

10           MR. RIVERO:  Judge, I haven't -- for some reason --

11           THE COURT:  I'm looking at 756-1, your latest Defense

12   exhibit list.

13           MR. RIVERO:  Well, Judge, we will have -- I have it

14   listed as a joint exhibit, Your Honor.

15           THE COURT:  Oh, a joint exhibit.  I thought you said:

16   "D."  I'm sorry.

17           MR. RIVERO:  Oh, no.  I was citing the Defense exhibit

18   number.  Judge, I understand it was withdrawn from the Defense

19   list because it became a joint exhibit.

20           THE COURT:  All right.  So what is the joint exhibit

21   number, please?

22           MR. RIVERO:  I apologize, Judge.

23           THE COURT:  Yeah.  If we can be precise for the

24   record.

25           MR. RIVERO:  Yeah.  I'm sorry about that, Your Honor.
```

1    It's Joint Exhibit 31, Your Honor.

2              THE COURT:  All right.  Thank you.

3              MR. RIVERO:  That makes sense, Judge.  I'm sorry.  I

4    still got the wrong number.

5              Can I get a joint exhibit number on Defendant's 205?

6         (Pause in proceedings.)

7              MR. RIVERO:  All right.  I apologize to everyone in

8    the courtroom.  I'm going to go on to a different one and we

9    hopefully can come back to 205.

10             How about Defendant's 244?

11             THE COURT:  I'm showing D244 has been withdrawn.  Is

12   there a joint exhibit that you want to refer to?

13             Mr. Shah, maybe you're aware, sir?

14             MR. RIVERO:  Joint Exhibit 98, I believe, Your Honor.

15   BY MR. RIVERO:

16   Q.  Okay.  Mr. Kleiman --

17             MR. RIVERO:  This is just for counsel and the

18   parties -- for counsel and Court and Mr. Kleiman.

19   BY MR. RIVERO:

20   Q.  This is March 13, 2008, and it's between Craig Wright and

21   David Kleiman.  Do you see that?

22   A.  Yes.  I see it.

23   Q.  Do you recognize the David Kleiman email address?

24   A.  Yes.

25   Q.  Okay.  And do you see the signature block where it says:

 1    "Respectfully, David Kleiman," with his website address and his

 2    address?

 3    A.  Yes.  I see it.

 4    Q.  Okay.

 5           MR. RIVERO:  Judge, I move the admission -- well, it's

 6    a joint exhibit, Judge.  I ask the publication and admission of

 7    Joint Exhibit 31, Your Honor.  Did I say that right -- 98.  I

 8    apologize.

 9           THE COURT:  98.  98.

10           MR. BRENNER:  Your Honor, the problem we're having is

11    what's showing up on the screen is not the joint exhibit.

12    There's no way for to tell that.  It's showing up as a Defense

13    exhibit.  And if you can scroll down -- and there's no way for

14    me to do that.

15           THE COURT:  Yeah.  Let's make sure this is Joint

16    Exhibit 98.

17           Mr. Shah, could you do that for us?

18           MR. RIVERO:  Judge, now I'm getting a note that it's

19    Joint Exhibit 60.

20           THE COURT:  Okay.

21           MR. RIVERO:  So -- I know.

22           Judge, I actually would request, since we are -- oh,

23    you want me to go to 1:00?  I will go to 1:00.  I apologize.

24           THE COURT:  I'm sorry.  Now I'm --

25           MR. RIVERO:  Yeah.  I know.  I'm really --

```
1              THE COURT:  You want to now introduce Joint Exhibit
2    60?
3              MR. RIVERO:  60.  Yes.  Yes.
4              THE COURT:  All right.  Let's make sure the screen
5    reflects -- this is Joint Exhibit 50 and -- or 60?
6              MR. RIVERO:  60, yes.  Thank you.
7              THE COURT:  And once that's verified, Mr. Brenner,
8    it's a joint exhibit and --
9              MR. BRENNER:  Yeah.  Again, I don't know how to do
10   it --
11             THE COURT:  This says D205.  Can we reflect Joint 60,
12   please.
13        (Pause in proceedings.)
14             MR. RIVERO:  Your Honor, I am going to move to another
15   subject and make sure that over the lunch hour we are exactly
16   clear on our exhibit numbers, although that was not my plan.
17   But I, again, apologize to everyone and we will have this
18   straightened out by the time we're back after the lunch hour.
19             So let me go to something else.  I really do
20   apologize.
21   BY MR. RIVERO:
22   Q.  All right.  To be clear, just to make this crystal clear,
23   you didn't learn of Dave's death until a few days after his
24   body was found?
25   A.  Yes.
```

1    Q.  And he -- you don't know the exact date, but he had died

2    some days before?

3    A.  I believe so.

4    Q.  Sir, you got a copy of what I'm going to show you now as

5    Defense 10.

6            MR. RIVERO:  If Mr. Shah could show that to you, to

7    Mr. Brenner, and to the Court.

8    BY MR. RIVERO:

9    Q.  You got a copy of this, did you not?

10   A.  I think you're talking about what was sent to my brother's

11   office, his UPS -- like his PO box address.

12   Q.  Okay, sir.

13   A.  But this is what Patrick Paige received?  Is that what

14   you're taking about?

15   Q.  Well, let's start there.  Patrick Paige definitely received

16   this, right?

17   A.  Yes.

18   Q.  And then Patrick Paige handed it to you?

19   A.  I think it was -- I don't recall the date.  This is

20   sometime in 2014, when I asked him if he ever found any

21   documents about W&K.  And then like the next day or two, he

22   emailed me this.

23   Q.  All right, sir.  So you got it from Patrick Paige.  Let's

24   just establish that you received this from Patrick Paige,

25   right?

1    A.  Yes.  That's correct.

2          MR. RIVERO:  Judge, I'm going to move the admission of

3    Defendant's 10, which is an official record from the court in

4    Australia.

5          MR. BRENNER:  No objection.

6          THE COURT:  Admitted into evidence.

7       (Defendant's Exhibit 10 received into evidence.)

8    BY MR. RIVERO:

9    Q.  Okay.  Now, sir, you got it as a scan from Patrick Paige;

10   isn't that right?

11   A.  I believe so, yes.

12   Q.  And the date of the scan will be reflected as the date of

13   the scan, right?

14   A.  Yes.

15   Q.  Okay.  Now, the -- this was a notice of a litigation in

16   Australia, correct?  That's what we're looking at, Defendant's

17   10.

18   A.  Correct.

19   Q.  Okay.  And it's notifying W&K Info Defense at a given

20   address in Palm Beach, correct?

21   A.  Yes.

22   Q.  Isn't that the same address that we just saw for your

23   brother as listed on his emails?

24   A.  Yes.  That's the company address that he shared with

25   Patrick at the Computer Forensics company.

1   Q.  And sir, you -- this is in September of 2013, right?

2   A.  That document as listed, yes.  September 2013.

3   Q.  Right.  The date that's on the document now.

4       By September of 2013, you were in charge of David Kleiman's

5   affairs, right?

6   A.  Yes.

7   Q.  You had handed over computers to Patrick Paige and Carter

8   Conrad, right?  You had handed over two hard drives, right?

9   A.  Yes.  They -- I was told that they were Computer Forensics'

10  hard drives.

11  Q.  They were among these hard drives?

12  A.  No, not those hard drives.  Those are the ones in my

13  possession.

14  Q.  I see.  So there are other hard drives that are still in

15  Patrick Paige and Carter Conrad's possession?

16  A.  That, I don't know.  But I did hand a few hard drives to

17  Patrick --

18  Q.  Okay.

19  A.  -- after Dave died.

20  Q.  Is it two or a few?

21  A.  I don't recall the exact number, but if I had to guess, you

22  know, it could possibly be more than two.  Maybe three, four.

23  I don't know.

24  Q.  And you said something about those being in a -- in an

25  unlocked safe.  Was that something you said?

1   A.  Yes.  Dave had a safe where he kept some hard drives.

2   Q.  I didn't hear your answer.

3   A.  He kept some hard drives in a safe.

4   Q.  But your testimony was it was unlocked, right?

5   A.  Yes.

6   Q.  You're not suggesting that somebody had broken into the

7   safe?

8   A.  That, I wouldn't know.

9   Q.  All right.  But you gave those over to Carter Conrad and

10  Patrick Paige, and they're not among the items you have?

11  A.  No.  They are not.

12  Q.  Okay.  All right.  And sir, you stayed in touch with

13  Patrick Paige and Carter Conrad, right?

14  A.  Yes, I did.

15  Q.  And you don't dispute that this is sent to an address that

16  was associated with David Kleiman's business?

17  A.  Yes.  That's the company address he shared with Patrick.

18  Q.  Okay.  Now, let me show you what I have marked as Joint

19  Exhibit 1.

20       MR. RIVERO:  And I'm not sure that this has been shown

21  to the jury yet, Your Honor, but I would like to move its

22  admission and publish it.

23       THE COURT:  Is there any objection?  It's a joint

24  exhibit.

25       MR. BRENNER:  No.  I have no objection.

```
1            THE COURT:  All right.  Admitted into evidence.

2       (Joint Exhibit 1 received into evidence.)

3            MR. RIVERO:  I don't believe -- can we show it to the

4    jury?

5            THE COURT:  You may.

6    BY MR. RIVERO:

7    Q.  And this is not controversial, is it, sir?  These are the

8    Articles of Organization for W&K Info Defense Research, right?

9    A.  Yes.

10   Q.  And it has the street address as 319 --

11           MR. RIVERO:  If you would highlight that, Mr. Shah.

12   BY MR. RIVERO:

13   Q.  319 [sic] Contego Lane, right?

14   A.  Yes.

15   Q.  And then it has the mailing address for the company as

16   being 4371 Northlake Boulevard, 314, right?

17   A.  Yes.

18   Q.  And that's the address we just saw, correct?

19   A.  Yes, it is.

20   Q.  All right.  So then --

21           MR. RIVERO:  Let's keep going up.

22   BY MR. RIVERO:

23   Q.  It shows David Kleiman as the registered agent, right?

24   A.  Yes.

25   Q.  And then --
```

```
 1              MR. RIVERO:  If we can show the rest of it to the

 2    jury, if you would.  I don't think we've seen this.

 3              Is that the balance?

 4              Okay.

 5    BY MR. RIVERO:

 6    Q.  That's the company -- when we talk about W&K, that is the

 7    formation document of W&K, right?

 8    A.  This is what?

 9    Q.  This is the articles -- it says this is the Articles of

10    Organization for W&K, right?

11    A.  Okay.  Yes.

12    Q.  Okay.  Now let's show you Defendant's 11.

13              MR. RIVERO:  And counsel, of course.

14    BY MR. RIVERO:

15    Q.  In the same time period, in this 2014 time period when

16    you're supposed to be taking care of David's estate, you have

17    email exchanges with Patrick Paige, right?

18    A.  Yes.

19    Q.  And sir, this is one of those email exchanges that's -- I'm

20    sorry.  No -- okay.

21         Yeah.  You're in here.  You're Dex, right?

22    A.  Right.

23    Q.  Do you use an email called dex561@yahoo.com?

24    A.  Yes, I do.

25    Q.  Right.  By the way, I forgot to ask you this:  Dave K2 that
```

1    you were using that we saw before, that's one of the 30-plus

2    emails?

3    A.  I believe so.

4    Q.  Okay.  And do you have a Dave K1?

5    A.  I don't know.

6    Q.  But you have a number of emails that have Dave as opposed

7    to Ira, right?

8    A.  I think just a few, not too many of those.

9    Q.  Just a few.  All right.  So Dex is you, right?

10   A.  Yes.

11           MR. RIVERO:  Judge, move the admission of Defendant's

12   11.

13           THE COURT:  Any objection?

14           MR. BRENNER:  No objection.

15           THE COURT:  Admitted into evidence.

16       (Defendant's Exhibit 11 received into evidence.)

17           MR. RIVERO:  Now, Mr. Shah, if you can zoom in on the

18   email from -- before we go there, I just want to make sure we

19   understand the makeup of this email.  If you can show the whole

20   thing for a second.

21   BY MR. RIVERO:

22   Q.  Sir, the top one is the way that emails usually work; it's

23   the last one, right?  The one at the top of the page is the

24   last one, right?

25   A.  Yeah.  I think so.

1    Q.  Right.  So in emails, it's sometimes counterintuitive, but

2    just the way they come in on strings, the first one's at the

3    bottom and then they keep layering on top, right?

4    A.  Yes.

5    Q.  You have that experience, as we all do?

6    A.  Yes.

7    Q.  And so the bottom one here, it doesn't have the From, Sent,

8    To, either, right?

9    A.  Yeah.  I don't see it.

10   Q.  Yeah.  Okay.  But in any event, the very bottom is an email

11   from Patrick Paige.  And he says to you:  "I don't think" --

12   this is May 1st, 2014.  He says:  "I don't think we're going to

13   renew this mailbox, so I wanted to check to see if you want to

14   take it over.  Let me know if you do, and I can meet you over

15   there and transfer it to you.  Otherwise, I think we will not

16   renew it."

17       Do you see that?

18   A.  Yes, I do.

19   Q.  Again, then you answer --

20       MR. RIVERO:  The next one, if you could pull it out,

21   "Hey, Patrick."

22   BY MR. RIVERO:

23   Q.  Your answer:  "Hey, Patrick.  I don't think there's any

24   need to renew the mailbox.  So far nothing has come from

25   Bitcoin stuff.  There's a lot more to the story and it's

```
 1    complicated.  Hopefully, one day, if anything ever comes of it,
 2    I'll make sure you guys get a piece of it."  Right?
 3    A.  Yes.
 4    Q.  Yeah.  So you were offering them something if you could get
 5    to the pot of gold?
 6    A.  Yeah.  If we found something, that was -- I was telling him
 7    that I would certainly share it with Dave's friends.
 8    Q.  Okay.  And -- but you didn't want to renew the mailbox?
 9    A.  I viewed the mailbox as like a company-owned address.  I
10    wasn't even really sure why he was offering it to me.  It's a
11    Computer Forensics address.  So that, I kind of thought was
12    odd.
13              MR. RIVERO:  Mr. Shah, if you could go to the top
14    email.
15    BY MR. RIVERO:
16    Q.  And then later -- well, I don't need to show you that.
17    That's just Patrick Paige letting Carter Conrad know what you
18    had said, right?
19    A.  Yes.
20    Q.  Okay.  In any event, sir, they did keep the mailbox,
21    though, didn't they?
22    A.  I'm not sure how long they kept it.
23    Q.  But the notice -- you know the notice came in to the
24    mailbox?
25    A.  Oh, yes.
```

```
 1   Q.  All right.  So let me go -- let me continue with just W&K.

 2       First, just as to W&K, besides what we just saw, you don't

 3   have any personal knowledge about W&K's business?

 4   A.  No, I don't.

 5   Q.  All right.  And you don't have any personal knowledge about

 6   who the owners of W&K were?

 7   A.  Just what I have received from Craig.

 8   Q.  I'm sorry.  I couldn't hear you.

 9   A.  Just what I received from Craig.

10   Q.  If I heard you -- it's a little -- you might be too close

11   to it.  But if I heard you, it's just what you received from

12   Craig?

13   A.  Yes.

14   Q.  All right.  So I'm just talking about your personal

15   knowledge, right?  You don't know anything about how

16   distributions for that company were supposed to be made, do

17   you?

18   A.  No, I don't.

19   Q.  And you don't know who was going to manage the company?

20   A.  I don't have personal knowledge, no.

21   Q.  All right.  And you don't have any personal knowledge of

22   who was going to do what, who was going to split

23   responsibilities in what way for the company?

24   A.  No.

25   Q.  You don't know who was supposed to put in any capital, do
```

```
 1  you?

 2  A.  No.

 3  Q.  And you don't know who was supposed to pay any expenses, do

 4  you?

 5  A.  No.

 6  Q.  If there were tax returns, I suppose that might help us

 7  know if there were expenses; isn't that right?

 8  A.  Yeah, probably.

 9  Q.  And if there was tax returns, it might help us know if

10  there were monies coming in that had to be distributed, right?

11  A.  Yes.

12  Q.  But we don't have them, right?

13  A.  I don't believe -- I don't believe so.

14  Q.  All right.  And sir, you're not suggesting in any of this,

15  I assume, that your brother was engaging in a business where

16  tax returns should be filed and he didn't file them, are you?

17  A.  I wouldn't know.

18  Q.  Okay.  Now, you, in fact, tried to ask Craig about W&K

19  because you knew nothing about it, right?

20  A.  Yes.

21  Q.  Okay.  And you, in fact, wrote to the Department of

22  Homeland Security to find out about the work that W&K had done;

23  isn't that right?

24  A.  Yes.  He sent me an email that mentioned that they had

25  worked on projects for the Department of Homeland Security.
```

```
 1   And so I wanted to try to get some confirmation that those
 2   projects were actually worked on.
 3   Q.  Yeah.  Mr. Kleiman, I don't know why -- I think in trying
 4   to speak louder or whatever, you're getting close to the
 5   microphone.  So I --
 6   A.  Too close?  Okay.
 7   Q.  I don't know what to tell you, sir.  But I'm having a hard
 8   time.  I don't know if the jury hears you, but I'm having a
 9   hard time hearing you.
10   A.  Can you hear me?  Is that too close?
11   Q.  I don't know if you could just speak up a little bit,
12   Mr. Kleiman.
13   A.  Oh, I'll try.
14   Q.  Okay.  Craig Wright told you that W&K did projects with
15   Homeland Security, right?
16   A.  Yes, he did.
17   Q.  All right.  And you wrote to Homeland Security, right?
18   A.  Yes.
19   Q.  And you found out that W&K did what we call in the United
20   States RFPs to the Department of Homeland Security, right?
21   A.  Yes.  I think so.
22   Q.  And do you know that RFP means Requests for Proposal?  Do
23   you know that?
24   A.  Yeah.  I know that now, yes.
25   Q.  It's sort of government speak about:  "Tell me what your
```

```
 1    proposal is," right?

 2    A.  Yes.

 3    Q.  Okay.  And you found out from Department of Homeland

 4    Security that your brother, apparently working with the

 5    Wrights, had proposed to the Department of Homeland Security

 6    they could do some computer stuff for Department of Homeland

 7    Security, right?

 8    A.  Correct.

 9         MR. RIVERO:  And sir, let me show you what's been

10    marked as Plaintiffs' 424.

11    BY MR. RIVERO:

12    Q.  And this is a letter from Homeland Security to your lawyer,

13    Kyle Roche, right?

14    A.  Yes.

15    Q.  Okay.

16         MR. RIVERO:  Judge, I would move the admission of

17    Plaintiffs' 424.

18         MR. BRENNER:  Can I just see more than the first page,

19    please?

20         THE COURT:  Any objection?  It's the Plaintiffs'

21    exhibit.

22         MR. BRENNER:  Your Honor, what exhibit number?

23    There's no labels on any of these.

24         MR. RIVERO:  Judge, as I said, it's Plaintiffs' 424.

25    In fact, it is labeled as -- P424 is the system that Plaintiffs
```

```
 1   have used to label their exhibit.

 2              THE COURT:  All right.  It shows Plaintiffs' 424.  Is

 3   there any objection?

 4              MR. BRENNER:  No objection.

 5              THE COURT:  Admitted into evidence.

 6        (Plaintiffs' Exhibit 424 received into evidence.)

 7   BY MR. RIVERO:

 8   Q.  All right.  So your lawyers wrote to Homeland Security

 9   and -- oh, let's go back a little bit.

10        Australians don't use the terminology we use for RFPs.  Do

11   you know that?

12   A.  No.  No.

13   Q.  You know that Australian English is a little bit different

14   from American English?  Right?

15   A.  Yeah.

16   Q.  Do you know that the Australians, when they talk about what

17   we call an RFP, they talk about a "tender"?

18   A.  Okay.

19   Q.  Have you ever heard that?

20   A.  I think I recall Lynn Wright mentioning that word, yes.

21   Q.  So you talked to Lynn Wright and Lynn Wright told you that

22   the business of W&K was to do tenders to the Department of

23   Homeland Security; isn't that right?

24   A.  I've never spoken to Lynn Wright.  I only recall her saying

25   that word at her deposition.
```

```
 1    Q.  Okay.  I'm not asking for you to report on all the evidence

 2    in the case.  We're going to hear from Lynn Wright.  I'm just

 3    asking what you know, sir.

 4    A.  Yeah.  I thought you said that I spoke to Lynn Wright, and

 5    I'm telling you that I've never spoken to Lynn Wright.

 6    Q.  Okay.  Mr. Kleiman, when your lawyers made the inquiry,

 7    this gobbledygook government response came back, right?

 8    A.  Yes.

 9    Q.  And it says -- sir, it says:  "Dear, Mr. Roche" --

10         MR. RIVERO:  If you could highlight -- that's the

11    response to Mr. Roche.

12    BY MR. RIVERO:

13    Q.  -- "This is the electronic final response to your March 12,

14    2018 Freedom of Information Act request to the Department of

15    Homeland Security."

16         Do you see that?

17    A.  Yes.

18    Q.  But it's also, too -- in classic government speech, it's

19    the -- in DHS, it's the Science and Technology Directorate.  So

20    it's a government agency, right?

21         MR. RIVERO:  If you could highlight that, Mr. Shah.

22    BY MR. RIVERO:

23    Q.  All right.  Do you see that?

24    A.  Yes.  I see that.

25    Q.  And then what it was is a response for:  "Copies of any
```

1    documents that you have pertaining to the project proposal

2    listed below." Do you see that?

3    A.  Yes.

4    Q.  Okay.  And the company name is W&K, right?

5    A.  Yeah.

6    Q.  And the owner name, Dave Kleiman, right?

7    A.  Yes.

8    Q.  And this project number, there's a long series of numbers.

9         Do you see it?

10   A.  Yes, I do.

11   Q.  All right.  We'll have to probably do -- at some point, do

12   a comparison back, but maybe we'll be able to remember this

13   ends in -- this is BAA and ends in 2205.

14        And do you see that it's for something called "Software

15   Assurance Marketplace," SWAMP?

16   A.  Yes.  I see it.

17   Q.  Okay.

18             MR. RIVERO:  Can you go up, Mr. Shah.

19   BY MR. RIVERO:

20   Q.  And they say they would search.  If you see here in the

21   paragraph starting:  "In responding to a FOIA request."

22   A.  Right.

23   Q.  They said they would search, right?

24   A.  (No verbal response.)

25   Q.  Is that right, Mr. Kleiman?

1   A.  Yes.

2   Q.  Do you see it?

3   A.  Yes.

4   Q.  Okay.

5        MR. RIVERO:  Let's go to the second page.

6   BY MR. RIVERO:

7   Q.  Okay.  So the request goes out there.

8        MR. RIVERO:  Now let's show the witness and the Court

9   and counsel Defendant's 67.

10       And we can show the first page and the second page --

11  or there's six pages.  You can show the whole thing.

12       Okay.

13  BY MR. RIVERO:

14  Q.  This is a response you got to your own personal request to

15  the Department of Homeland Security, right?

16  A.  Yes.  I believe so.

17  Q.  Is it a fair statement you were trying to find out what W&K

18  was doing?

19  A.  Yes.  I wanted to find out more about the projects that

20  Craig had listed.

21  Q.  And now, this was an earlier email --

22       MR. RIVERO:  Judge, I'd move the admission of D67.

23       THE COURT:  Is there any objection?

24       MR. BRENNER:  No objection.

25       THE COURT:  All right.  And let me know when it might

1    be a good time to break for lunch.

2         (Defendant's Exhibit 67 received into evidence.)

3              MR. RIVERO:  All right.  Judge, I'll just get through

4    this and --

5              THE COURT:  Certainly.

6              MR. RIVERO:  Especially since I'm on a roll with the

7    exhibit numbers, Judge.  I think I should do this now.  So -- I

8    won't take too much time before the lunch break.

9    BY MR. RIVERO:

10   Q.  But this is another electronic final response to your

11   Freedom of Information Act request.

12             MR. RIVERO:  If you could indicate that to the jury.

13   BY MR. RIVERO:

14   Q.  Right, Mr. Kleiman?

15   A.  Yes, it is.

16   Q.  That's to your address, right?

17   A.  Yes.

18   Q.  And apparently you were looking for copies of three

19   different tenders -- I'm sorry -- RFPs?

20   A.  That's correct.

21   Q.  All right.  And -- by the way, none of them is the BAA-0025

22   that we just saw.  These three?

23   A.  What's that?

24   Q.  Do you remember -- I know it's hard to remember the

25   numbers, but do you remember we just saw a response to Kyle

1    Roche that started BAA and then ended 0025?

2    A.  Yes.

3    Q.  Okay.  This is three other ones, correct?

4    A.  Correct.

5    Q.  Okay.  So there's three and they have their numbers.  We

6    can see 0127, 0155, 0049.  Nobody's going to remember that.

7    But you see that, right?

8    A.  Yes, I do.

9    Q.  But each one has a name, "Software Assurance Through

10   Economic Measures," and the price was going to be 650,000,

11   right?

12   A.  Yes.

13   Q.  And then "Secure Resilient Systems and Networks" and the

14   proposal was for $1.8 million, right?

15   A.  Yes.

16   Q.  And the "Cyber Economics" one, the last one, 2.2 million,

17   right?

18   A.  Yes.

19   Q.  And then they found -- they found responses -- they found

20   some pages that said:  "Yep, what you're asking for, we have

21   some stuff."  Right?

22   A.  That, I don't remember.

23   Q.  Okay.  Well, look.  It says:  "A search of the

24   Cybersecurity Division for documents responsive to your request

25   produced a total of three pages."  Right?

1    A.  Yeah.  I just don't remember what's on these three pages.

2    Q.  Okay.  Let's go up.

3              MR. RIVERO:  Mr. Shah, if you can show the next page.

4              Judge, I'll stop right after this exhibit.

5    BY MR. RIVERO:

6    Q.  Okay.  It goes on and it tells you all your rights and

7    everything you could do and the processing fees.

8              MR. RIVERO:  Page 3, Mr. Shah.

9    BY MR. RIVERO:

10   Q.  Okay.  This one is "W&K Info Defense Research, LLC,

11   attention:  Craig Wright," at your brother's address, right?

12   A.  Yes.

13   Q.  And it's a notification regarding one of the proposals that

14   we just saw.  And what they say is:  "The letters in reference

15   to the subject whitepaper" -- right?

16   A.  Yes.

17   Q.  That's what "WP" means, right?

18   A.  "WP"?

19   Q.  Yeah.  You see at the end of the number it says:  "WP"?

20   A.  Oh, okay.  Yes.

21   Q.  Yeah.  And it says -- if you look at the second paragraph,

22   it was evaluated by a panel of experts, right?

23   A.  Yes.

24   Q.  "And based on this review, it has been determined DHS is

25   not interested in pursuing the technology development described

1    in the submitted whitepaper."

2         Do you see that?

3    A.  Yes.

4    Q.  Okay.  And sir, I want to make sure to avoid confusion,

5    because whitepaper -- do you know this is a common term in

6    scientific matters that's used?

7    A.  Yes.

8    Q.  Okay.  If we can look back at -- bearing in mind, if you

9    would, Mr. Kleiman, that the last four numbers are 0127 --

10         MR. RIVERO:  If we can go back to the first page,

11   Mr. Shah, because I don't want anybody to get confused on this.

12   BY MR. RIVERO:

13   Q.  Can you see that there's a name for 0127, which is

14   "Software Assurance Through Economic Measures"?  Do you see

15   that?

16   A.  Yes.  I see it.

17   Q.  That's not the Satoshi Nakamoto Whitepaper, right?

18   A.  Correct.

19   Q.  Okay.  That's some other whitepaper, correct?

20   A.  I suppose so.

21   Q.  Yeah.  Well, you see that what they provided you was -- it

22   was rejected.  They weren't interested in paying $650,000 for

23   that paper, right?

24   A.  Right.

25   Q.  Okay.  And I'm going to try to do this quickly.  If you

```
 1    don't understand what I'm pointing to, let me know because I

 2    really do want to stop.

 3              MR. RIVERO:  Judge, you know what?  I will take it up

 4    after the lunch hour and finish this because I think it's time.

 5              THE COURT:  All right.

 6              Ladies and Gentlemen, let's take a recess.  I'll see

 7    you back here after lunch at 2:05.

 8         (Jury not present, 1:04 p.m.)

 9              THE COURT:  Have a pleasant lunch.

10              MR. BRENNER:  Thank you.

11         (Recess from 1:04 p.m. to 2:04 p.m.)

12              THE COURT:  Go ahead and have a seat.  Just waiting

13    for the Defendant's attorneys.

14              Are they all ready to go?

15              COURT SECURITY OFFICER:  They're all ready to go.

16              THE COURT:  All right.  Welcome back.  I trust

17    everyone had a nice lunch and ready to get back to work.

18              Is there anything we need to address?

19              MR. BRENNER:  Nothing for the Plaintiffs', Your Honor.

20              MR. RIVERO:  Nothing from the Defense.

21              THE COURT:  All right.  Let's bring in the jury.

22         (Before the Jury, 2:04 p.m.)

23              THE COURT:  All right.  Welcome back.  Please be

24    seated.  I hope you had a nice lunch and ready to get back to

25    work and we'll continue with the cross-examination.
```

```
 1                  CROSS-EXAMINATION [CONTINUED]

 2   BY MR. RIVERO:

 3   Q.  Good afternoon, Mr. Kleiman.

 4           MR. RIVERO:  And Ladies and Gentlemen.

 5           THE WITNESS:  Good afternoon.

 6   BY MR. RIVERO:

 7   Q.  Sir, before the break, we were talking about the business

 8   of W&K.  Do you recall that?

 9   A.  Yes.

10   Q.  Sir, I'm going to show some more documents, but I just want

11   to make sure -- make clear that we're understanding each other.

12       You sought to find out information about what kind of

13   business W&K was engaged in based on information you had gotten

14   from Craig Wright; isn't that right?

15   A.  Yes.

16   Q.  And when you did that, you followed up on this lead about

17   Department of Homeland Security?

18   A.  Right.

19           MR. RIVERO:  And I'm going to ask Mr. Shah to go ahead

20   and pull up Number 67, which was admitted and we were looking a

21   before the break.

22   BY MR. RIVERO:

23   Q.  What you learned was that, in fact, there are at least four

24   different RFPs or tenders to Australians that had been

25   submitted to the Department of Homeland Security.  Do you
```

1    remember that?

2    A.  Yes.

3    Q.  We were in the middle of looking at -- we had just looked

4    at -- there was one that was identified in response to

5    Mr. Roche, right?

6    A.  Yes.

7    Q.  And we were looking at three that were identified in a

8    response to you, right?

9    A.  Correct.

10   Q.  And, Mr. Kleiman, you'll recall that each of the three in

11   response to you had a dollar value attached to it in terms of

12   the proposed amount, correct?

13   A.  Yes.

14   Q.  And the first one, we saw, was rejected by Department of

15   Homeland Security, right?

16   A.  Yes.

17   Q.  You do business, right, Mr. Kleiman?

18   A.  Business?  As a freelancer, yes.

19   Q.  Right.  And I assume that not everybody decides to hire

20   you, right?

21   A.  Yes.

22   Q.  Sometimes you get rejected?

23   A.  Sure.

24   Q.  Okay.  So if we can go to D67 -- and we -- and I'm going

25   to -- just to make sure that we're on the same page, this

1    one -- and there is a way that we can know which one they are

2    because there's a -- in terms of the number, which is a long,

3    complicated number, if we look at the first entry at the very

4    end, it says TTA 01.  And that's an easier way to remember it.

5        So you see that that's Proposal TTA 01?

6    A.  Yes.  I see it.

7    Q.  And this is the one we looked at, the first notice, that

8    there was a rejection about using Software Assurance Through

9    Economic Measures at $650,000, right?

10   A.  Yes.

11   Q.  And you agreed with me that this was not the Bitcoin

12   Whitepaper?

13   A.  Yes.

14   Q.  Now --

15            MR. RIVERO:  Let's look -- Mr. Shah, I think we're

16   going to find -- TTA 05.  We're going to find the response from

17   the Department of Homeland Security a few pages in.  We'll find

18   it if you just flip through.

19            All right.  It should be the next one.

20            Yes.

21   BY MR. RIVERO:

22   Q.  Now, let me make sure everyone's following this connection.

23            MR. RIVERO:  Mr. Shah, if you would highlight the

24   subject notification all the way across.

25

```
 1    BY MR. RIVERO:

 2    Q.  Now, Mr. Kleiman, do you see that the number is TTA 05?

 3    A.  Yes.  I see it.

 4    Q.  And we see TTA 05 on the summary on the front, right?

 5    A.  Yes.

 6    Q.  Okay.  Let's see what happened with TTA 05 back in May of

 7    2011 -- right?  That's when this happens?

 8    A.  Yes.

 9    Q.  And we had said earlier, sir, you'll recall, W&K was formed

10    in February, on Valentine's Day, 2011, right?

11    A.  Yes.

12    Q.  And so this is a few months later, right?

13    A.  Yes.

14    Q.  Okay.  And this one is:  "Attention:  Dave Kleiman."

15    Right?

16    A.  Yes, it is.

17    Q.  The last one was "Attention:  Craig Wright."  Correct?

18    A.  I believe so.

19    Q.  Looks like they are both involved somehow, correct?

20    A.  Yes.

21    Q.  Okay.  Now, this letter is in reference to the subject

22    "Whitepaper," again, with a whitepaper, and it's the same

23    department, right?

24    A.  Yes.

25          MR. RIVERO:  And then we go to Paragraph 2.  If you
```

1    would highlight that, Mr. Shah.

2    BY MR. RIVERO:

3    Q.  And it says --

4          MR. RIVERO:  Pull it out is good.

5    BY MR. RIVERO:

6    Q.  -- "The whitepaper's been evaluated by a panel of

7    experts" -- Paragraph -- Sentence 2:  "Based on this review, it

8    has been determined DHS is not interested in pursuing the

9    technology described -- development described in the submitted

10   whitepaper."  Right?

11   A.  Yes.

12   Q.  Rejected again?

13   A.  Right.

14   Q.  Okay.

15         MR. RIVERO:  If you go to the next page -- actually,

16   go back -- Mr. Shah, just if you would tell me what page we're

17   on right now.

18         Page 4.  Let's go back to the cover page.

19         Pulling out the three items.

20   BY MR. RIVERO:

21   Q.  Let me just show you here TTA 05.

22         MR. RIVERO:  Highlight that if you would, sir.

23   BY MR. RIVERO:

24   Q.  That's the one we just saw; isn't that right, Mr. Kleiman?

25   A.  Yes.

1    Q.  And it's called "Secure Resilient Systems and Networks."

2    Right?

3    A.  Yes.

4    Q.  And it's $1.8 million, right?

5    A.  Yes.

6    Q.  And this is not the Bitcoin Whitepaper, right?

7    A.  No.

8    Q.  In fact, the Bitcoin Whitepaper had been -- let's just -- I

9    think we can deal with this once and for all -- had been

10   released on Halloween Day 2008 public-sourced, right?

11   A.  Yes.

12   Q.  Without -- that means to say it belongs to the public,

13   right?

14   A.  Right.  Right.

15   Q.  So there's nothing to charge money for -- about something

16   that was already released before, correct?

17   A.  Correct.

18   Q.  All right.  Now let's look at the last one of this list.

19   And that's the third one, which is TTA 09.

20         MR. RIVERO:  And, Mr. Shah, I believe what's going to

21   happen is -- well, if you just stay there for one second.

22   Let's just look at it at the beginning, the first page for now,

23   Mr. Shah, if you don't mind, and just highlight the third one

24   or pull it out, either way.

25   BY MR. RIVERO:

1  Q.  TTA 09, that's about cyber economics, and there was a

2  request for $2.2 million for that work, right?

3  A.  Right.

4  Q.  Okay.  That's not the Bitcoin Whitepaper?

5  A.  I don't believe so.

6  Q.  Okay.

7           MR. RIVERO:  Go to Page 5, if you would, Mr. Shah.

8           And I don't think it's going to necessarily surprise

9  anybody, but we can go jump right to -- this is TTA 09, tying

10  back into that third item, right?

11           Go to the second paragraph.

12  BY MR. RIVERO:

13  Q.  Looks like the panel of experts is not having a lot of

14  positive feelings toward W&K because:  "Based on this review,

15  it has been determined DHS is not interested in pursuing the

16  technology development described in the submitted whitepaper."

17  Right?

18  A.  Yes.

19  Q.  Three at-bats, no hits?

20  A.  Right.

21  Q.  Right?

22  A.  Right.

23  Q.  Okay.  Now, I'm going to show you now -- you also asked for

24  other information even earlier to the Department of State.

25  You're trying to find out about W&K, right?

```
 1   A.  Yes.

 2          MR. RIVERO:  So I want to show you 252.  Defendant's

 3   252.  If we could just show that to the witness, counsel, and

 4   the Court.

 5          MR. BRENNER:  Can we see the next page, please.

 6          MR. RIVERO:  Okay.  I think we've shown it to counsel.

 7   BY MR. RIVERO:

 8   Q.  Mr. Kleiman, this is you corresponding back-and-forth with

 9   a Florida State website -- or I should say a Florida State

10   Department about corporate information about W&K, correct?

11   A.  Yes, I believe so.

12          MR. RIVERO:  Judge, I move the admission of

13   Defendant's 252.

14          MR. BRENNER:  No objection.

15          THE COURT:  Admitted into evidence.

16      (Defendant's Exhibit 252 received into evidence.)

17          MR. RIVERO:  May we publish to the jury?

18          THE COURT:  You may.

19          MR. RIVERO:  Thank you.

20   BY MR. RIVERO:

21   Q.  Now, sir, here what you wanted to know was -- you say it --

22   let me just see if I can ...

23          MR. RIVERO:  All right.  At the bottom email, if you

24   will pull that out, Mr, Shah -- the bottom email on 252, the

25   first page.
```

```
1   BY MR. RIVERO:

2   Q.  So you're writing with Corp. Help.  Do you know,

3   Mr. Kleiman, if that was the Florida Department of

4   Corporations?

5   A.  I think it was.

6   Q.  And the subject was "Articles of Incorporation."  Right?

7   A.  Yes.

8   Q.  And sir, you said:  "Hi.  So if I wanted to find out how

9   shares of an LLC was divided, I could only get that from the

10  company itself?  What if the director of the company passed

11  away and I can't find any paperwork in his belongings that show

12  who owned what?  There is no public database that keeps a

13  record of it," question mark.  Right?

14  A.  Yes.

15  Q.  You didn't have any information; you've already testified

16  to it.  You didn't know who the owners were, right?

17  A.  Yeah, not until Craig contacted us.

18  Q.  But you didn't have any paperwork to establish who the

19  owners were, right?

20  A.  Correct.

21  Q.  And that's why you're asking the Department of Corporations

22  if you can get that from them, right?

23  A.  Yes.

24  Q.  Okay.  Now, Mr. Kleiman, I'm going to stick to W&K for the

25  moment and just finish this out.
```

```
1        You didn't -- you didn't do anything to reinstate W&K
2   before February 14, 2018, did you -- the lawsuit?
3   A.  Correct.
4   Q.  And other than ask for some information in some ways that
5   we've seen, you didn't -- you didn't take control of the
6   company, right?
7   A.  Correct.
8   Q.  Okay.  You filed your lawsuit and what happened was, when
9   you filed your lawsuit, there was a motion to dismiss that
10  threatened your case, right?
11  A.  I don't know.  I'm not a lawyer.
12  Q.  And -- well, isn't it the case that you decided to
13  reinstate the corporation after you had sued in this case?
14  Right?
15  A.  Again, that's all done by my lawyers.
16  Q.  Well, sir, I'm just talking about dates.  The date of the
17  reinstatement was after this date, wasn't it?
18            MR. BRENNER:  Objection.  Asked and answered.
19            THE COURT:  Sustained.
20  BY MR. RIVERO:
21  Q.  All right.  Sir, the date of that reinstatement was after
22  Dr. Wright had filed a motion in this court to dismiss the
23  case, right?
24            MR. BRENNER:  Objection.  Relevance.
25            THE COURT:  Sustained.
```

168

```
 1    BY MR. RIVERO:

 2    Q.  Sir, you changed the Sunbiz information to make yourself

 3    the manager, right?

 4            MR. BRENNER:  Objection.  Relevance.

 5            THE COURT:  Overruled.

 6            THE WITNESS:  It could have been.

 7    BY MR. RIVERO:

 8    Q.  You don't remember that you changed the information in W&K

 9    to make yourself the manager?

10    A.  No.  Like I said, I -- this was all -- the lawyer handled

11    things.

12    Q.  Okay.

13            MR. RIVERO:  Let me show you what's marked as Joint

14    Exhibit 21.

15            And I ask the admission of Joint Exhibit 21, Your

16    Honor.

17            THE COURT:  Admitted into evidence.

18        (Joint Exhibit 21 received into evidence.)

19            MR. RIVERO:  And if we can show the jury.

20    BY MR. RIVERO:

21    Q.  Sir, this is a reinstatement of W&K on February 18 -- in

22    2018, right?

23    A.  It appears to be.

24    Q.  And the date that you electronically -- you electronically

25    signed it.  You see that?
```

```
 1   A.   Yes.

 2   Q.   You're not denying you electronically signed it, are you?

 3   A.   I just -- I don't recall.

 4   Q.   Okay.  You're not saying somebody electronically signed

 5   this without your permission, are you?

 6   A.   No.  I just -- I mean, the --

 7   Q.   Okay.  It's April 12, 2018; isn't that right?

 8   A.   Yes.  That's what it says.

 9   Q.   And that's about two months after the filing of the

10   lawsuit, right?

11   A.   Yes.

12   Q.   And are you denying to the jury that it was a tactical move

13   to improve your position in this litigation?

14           MR. BRENNER:  Objection.  Argumentative and relevance.

15           THE COURT:  Sustained.

16   BY MR. RIVERO:

17   Q.   Now, sir, you yourself are familiar with computers, are you

18   not?

19   A.   Yes.

20   Q.   You work -- your occupation is in dealing with computers

21   all the time?

22   A.   Yes.  I work with computers on a daily basis.

23   Q.   And -- all right, sir.  Let me talk to you briefly about

24   Joseph Karp.

25       Joseph Karp was David Kleiman's lawyer and close friend,
```

```
1    right?

2    A.  Yes, he was.

3    Q.  And he was -- he is your lawyer, too?

4    A.  Yes.

5    Q.  And he handles your estate matters now?

6    A.  Yes.

7    Q.  You consulted him about litigation as to this matter at a

8    certain point that we'll look at?

9           MR. BRENNER:  Objection.  Calls for privileged

10   information.

11          THE COURT:  Calls for?

12          MR. BRENNER:  Privileged information.  He's getting

13   into what he consulted him about.

14          MR. RIVERO:  Judge, let me --

15          THE COURT:  Yeah.  Let's rephrase it so it doesn't

16   reveal --

17          MR. RIVERO:  Okay.  We'll get there, Judge.

18   BY MR. RIVERO:

19   Q.  He's your lawyer, right?

20   A.  Yes.

21   Q.  Okay.  And he's a long-time family friend?

22   A.  Yes, he is.

23   Q.  And you -- Craig gave Joe Karp permission to speak directly

24   with his Australian lawyer, right?

25   A.  That's correct.
```

1  Q.  In other words, it wasn't just that he was having -- he

2  said:  "Yeah, you can go" -- he said to you:  "You can talk to

3  my Australian lawyer."  Right?

4  A.  Yes.

5  Q.  And you said:  "But I want to have my lawyer talk to him,

6  too."

7     And he said:  "Yes.  That's fine"?

8  A.  Correct.

9  Q.  Okay.  Now.  Sir, let's --

10        MR. RIVERO:  I want to show you what's been marked as

11  Defendant's 8, just to -- again, witness, counsel and Court.

12  BY MR. RIVERO:

13  Q.  Do you recognize this as a letter from the Karp Law Firm?

14        MR. RIVERO:  Mr. Shah, if you would show the last page

15  of Defendant's 8 to the witness.

16  BY MR. RIVERO:

17  Q.  This is CC'd to you, Mr. Kleiman?

18  A.  Yes.

19  Q.  You received it at or about the time it was sent?

20  A.  I imagine so.

21        MR. RIVERO:  Your Honor, I move the admission of

22  Defendant's 8.

23        THE COURT:  Any objection?

24        MR. BRENNER:  No objection.

25        THE COURT:  Admitted into evidence.

```
 1        (Defendant's Exhibit 8 received into evidence.)

 2   BY MR. RIVERO:

 3   Q.  Okay.  Mr. Kleiman, this was a letter that Joseph Karp

 4   wrote on your behalf to the Department of Treasury of the

 5   United States, right?

 6   A.  It appears to be.

 7   Q.  And this was about potential tax issues, correct?

 8   A.  Tax issues?  I'm not seeing anything about tax issues in

 9   here.

10   Q.  Okay.  Let's start -- let's look at it.  It's to somebody

11   named Michael Tosi, who is at the Treasury, right?

12   A.  Yes.

13   Q.  And the first line is:  "I am writing on behalf of Ira

14   Kleiman"?

15        MR. RIVERO:  If you could highlight that, Mr. Shah.

16        Yeah.

17   BY MR. RIVERO:

18   Q.  Do you see that?

19   A.  Yes.  I see it.

20   Q.  And he was representing you as to the affairs of the estate

21   of David Kleiman, correct?

22   A.  Correct.

23   Q.  Now, let's go to the third paragraph.

24        And you got a copy of this at the time, correct?

25   A.  I imagine.
```

```
 1              MR. BRENNER:  Your Honor --

 2              THE COURT:  I'm sorry?

 3              MR. BRENNER:  Your Honor, may we take that down for

 4    one moment and approach?

 5              THE COURT:  It's in evidence, sir.

 6              You may continue.

 7    BY MR. RIVERO:

 8    Q.  Mr. Kleiman --

 9              MR. RIVERO:  Judge, may I proceed?

10              THE COURT:  You may.

11    BY MR. RIVERO:

12    Q.  Mr. Kleiman --

13              MR. RIVERO:  Mr. Shah, if you could highlight the

14    first two sentences of Paragraph 3.

15    BY MR. RIVERO:

16    Q.  "Ira is David's brother.  He had limited contact and

17    personal knowledge as to David's financial affairs throughout

18    David's life."  Correct?

19    A.  Correct.

20              MR. BRENNER:  Your Honor, I have to ask to approach.

21              THE COURT:  I'm sorry?

22              MR. BRENNER:  I have to ask to approach, Your Honor,

23    and ask that it be taken down during the sidebar.

24              THE COURT:  All right.  If we can take it down for a

25    moment.
```

```
 1        (At sidebar on the record.)
 2            MR. BRENNER:  Your Honor, I'm doing the best I can --
 3   so I get a document on my screen.  Here's the problem:  You
 4   have an order on a motion in limine.
 5            THE COURT:  I do.
 6            MR. BRENNER:  And I expect -- I expect that I and
 7   counsel would try to police that and not put things in front of
 8   the jury they know violate that order.
 9            And that is the exact issue Your Honor ruled on in the
10   order.  And I missed it because it's going quick and it's --
11   whatever.  I don't have it in advance on the list.  They didn't
12   have to provide me a list in advance, but I think I can rely on
13   that no one's going to try to violate a court order.
14            So I made a mistake.  I didn't see it, but it just is
15   a clear violation.  It should have never happened.
16            MR. RIVERO:  Judge, I don't agree.  I think what this
17   does is establish the basis for personal knowledge.  It's not
18   about trying to say anything about -- in fact, I haven't talked
19   about --
20            THE COURT:  It certainly talks about the sibling
21   relationship.  That was directly what the Court ruled upon with
22   regard to the motion in limine.  I saw that at the same time
23   that you saw that, Mr. Brenner.
24            But you should know the exhibits.  It's not for the
25   Court to tell you.  The expectation is that you understand the
```

1    exhibit before you agree to allow it into evidence.  It's now

2    in evidence.

3         MR. BRENNER:  Your Honor, I absolutely agree.  It's

4    not up to the Court.  I absolutely agree.  It's my mistake.

5         But I also agree -- I also believe that it is

6    incumbent -- I mean, it's not that it's a close call.  This one

7    says:  "Never visited his brother in the hospital" --

8         THE COURT:  It does.  It does.

9         MR. BRENNER:  That's directly on point.

10        MR. RIVERO:  No, it doesn't, Judge.

11        THE COURT:  It does.

12        MR. RIVERO:  Judge, it says they didn't have contact.

13        THE COURT:  No.  No.  No.  It said he never -- I read

14   it.  It says precisely that.

15        MR. BRENNER:  So, Your Honor, if you're going to hold

16   me to my error, I understand.  You're right.  At the end of the

17   day, it's my error.  But I don't know how that error happens.

18   I don't know how this document ever gets put up without -- in a

19   non-redacted form.

20        Just like in the exhibit I brought today.  I know it

21   has issues that need to be redacted.

22        THE COURT:  Listen, I mean, if that fact is not

23   pertinent to what you're seeking to show Mr. Kleiman, then the

24   most important part is to not violate the Court's order.

25        And inadvertent or not, sloppy or not, whatever the

```
1    issue may have been -- I suspect it's inadvertent.  There's
2    many documents.
3          I would suggest that as officers of the court that we
4    agree to redact that portion before it's further shown to the
5    jury.  The exhibit will be in evidence, but those portions --
6    as it appears that your technician is able to clearly do -- he
7    can take out those portions.
8          MR. RIVERO:  Judge, what I would ask is -- we'll do
9    that now, but I would ask the Court to permit us to address
10   this because Mr. Kleiman has repeatedly put at issue whether he
11   had the ability to observe what was going on, and he said
12   things about his personal knowledge about the circumstances --
13         THE COURT:  Well, if you believe that he said anything
14   to open the door with regard to the sibling relationship, he
15   has not.
16         MR. RIVERO:  Judge, no.  No.  What I'm saying is as to
17   the ability to observe events.  For example, if there was a
18   statement at the Thanksgiving dinner that his brother was
19   creating something bigger than Facebook, it is not credible
20   that he had no contact with him.
21         THE COURT:  But you've exhausted that area of inquiry.
22   You've asked him about the Thanksgiving dinner.  You've asked
23   him whether he ever had any other conversations.  You've
24   already gone through that.
25         I'm talking specifically about the two sentences that
```

```
 1  speak of:  "Never visited in the hospital," "had no contact
 2  with him."  And I specifically said that the sibling
 3  relationship is not relevant and should not be admissible other
 4  than the Thanksgiving Day conversation.
 5          MR. RIVERO:  Judge, obviously we're going to take it
 6  out now, but I just ask you to give me an opportunity --
 7          THE COURT:  Yes.  But the other portions you can use,
 8  which is the whole purpose of using it.
 9      (End of discussion at sidebar.)
10      (Pause in proceedings.)
11  BY MR. RIVERO:
12  Q.  So Mr. --
13          COURTROOM DEPUTY:  Mr. Rivero, I'm sorry.  Do we put
14  it -- okay.
15          MR. RIVERO:  Thank you.
16  BY MR. RIVERO:
17  Q.  Sir, let me ask you, then, to continue to --
18          MR. RIVERO:  If you would highlight, Mr. Shah.
19  BY MR. RIVERO:
20  Q.  "At no time did Ira ever discuss David's financial affairs
21  with him and was never aware of them.  His only knowledge was
22  that David was financially strapped and had limited resources."
23      Do you see that?
24  A.  Yes, I do.
25  Q.  Okay, sir.
```

```
 1              MR. RIVERO:  Mr. Shah, if you would move it up.

 2    BY MR. RIVERO:

 3    Q.  Okay.  Now, here it says --

 4              MR. RIVERO:  If you would highlight this.

 5    BY MR. RIVERO:

 6    Q.  "There was no formal probate proceeding whatsoever."

 7        Now, this is in 2015, right?

 8              MR. RIVERO:  Could you go back to show the entire --

 9    the date again.

10    BY MR. RIVERO:

11    Q.  This was June 18, 2015, right?

12    A.  Yes.

13    Q.  You've already been in touch --

14        (Court reporter interruption.)

15    BY MR. RIVERO:

16    Q.  You've already been in contact with Craig Wright for almost

17    a year and a half?

18    A.  Correct.

19    Q.  Okay.  You've already said you were very suspicious of

20    Dr. Wright going back to April 15, 2014; isn't that right?

21    A.  Yes.

22    Q.  So this is long after, almost a year and a half later,

23    right?

24    A.  Correct.

25    Q.  So let's go back into that -- "There was no formal probate
```

1    proceeding whatsoever.  The reason for this was quite simple.

2    After checking records, David was deep in debt and had no --

3    had outstanding mortgages and liens on his home, which exceeded

4    his potential assets, and it made no sense."

5        That's what your lawyer told the Department of Treasury

6    about this matter, right?

7    A.  Yes.

8            MR. RIVERO:  Let's go to Page 2.

9    BY MR. RIVERO:

10   Q.  Okay.  See what you said -- what your lawyer said in the

11   first sentence?

12           MR. RIVERO:  If you would highlight that.

13   BY MR. RIVERO:

14   Q.  "With regard to W&K LLC or Bitcoins, Ira had no personal

15   knowledge of any of this and has no proof or evidence of what

16   Bitcoins David may own or any information."

17       Now let's continue:  "Although he did hear from Dr. Craig

18   Steven Wright that David did have an interest in Bitcoins,

19   Dr. Wright was totally unaware of how to locate them, identify

20   them, or track them.  Ira has taken no formal steps to do that

21   himself either."

22       Is that a correct description of the circumstances a year

23   and a half after you had been in contact with Dr. Wright?

24   A.  That's somewhat correct.  I tried to take formal steps by

25   inviting Dr. Wright to inspect Dave's drives, but he didn't

```
1   take me up on that offer.
2   Q.  You're telling the Department of the Treasury of the United
3   States these facts through your lawyer, right?
4   A.  Yes.
5   Q.  You were copied, right?
6   A.  It appears so.
7   Q.  You never did subsequently anything to write to the
8   Department of the Treasury to correct any of these statements;
9   isn't that right?
10  A.  That, I'm not sure of.  I know that I sent a separate
11  communication to the IRS.
12  Q.  You trusted Joe Karp, right?
13  A.  Yes.
14  Q.  He's a family friend, right?
15  A.  Yes, he is.
16  Q.  You've known him for a long time?
17  A.  Yes.
18  Q.  And you trust him?
19  A.  Sure.
20  Q.  And he -- as a good lawyer, he does what you tell him to
21  do, right?
22  A.  Yes.  Yes.
23  Q.  Okay.  Now, let's go down further on this same document.
24          MR. RIVERO:  Okay.  If we can go to the second -- the
25  next -- the "Ira has no personal knowledge, but rather," with
```

```
 1    regard to any dealings with Dr. Craig Stephen Wright.

 2             And obviously this is a document admitted that the

 3    jury will have access to.

 4    BY MR. RIVERO:

 5    Q.  "The only information Ira has is that information which was

 6    transmitted by Dr. Wright." That's consistent with what you

 7    have said; isn't that right?

 8    A.  Yes.

 9    Q.  "He never heard of Dr. Wright from David, nor in cleaning

10    up David's papers or affairs were anything located which

11    indicated Dr. Wright, Bitcoins, or any of the business dealings

12    that he may have had with Dr. Wright."  Isn't that right?

13    A.  That is right.

14    Q.  Then he continues to say the same as to W&K:  "The only

15    information would have been transmitted by Dr. Wright."

16        What does this mean, I think referring to you:  "He has no

17    independent recollection of any of the documents or

18    transmissions that were provided.  Those records have not been

19    destroyed by him and would be available, if required to provide

20    the same"?

21        Is that referring to documents provided by Dr. Wright?

22    A.  Perhaps.

23    Q.  Okay.  All right.  I just want to make sure -- this is a

24    very thorough statement.  So I want to make sure that we --

25    that the jury's able to see it.
```

1        Okay.  So look at this paragraph that starts:  "With regard

2    to anything with W&K LLC's business activities," and then it

3    says:  "The information is only from Dr. Wright."  Correct?

4    A.  Yes.

5    Q.  "There were no records left by David that -- which Ira was

6    aware, nor did Ira receive any third-party confirmation other

7    than questions raised by the Australian authorities several

8    years ago."  Right?

9    A.  Yes.

10   Q.  In other words, you didn't have it yourself?

11   A.  Correct.

12   Q.  You didn't have it from a third party other than

13   Dr. Wright?

14   A.  Right.

15   Q.  Let me just -- we can skip forward, I think.

16       And there's a summary:  "Any information" -- at the very

17   bottom.

18       "Any information Ira received was initiated by contact by

19   Dr. Wright to Ira, whom he had never heard of before David's

20   death and had been contacted by Dr. Wright."

21       I'm not sure what the last phrase means, but it was the

22   information came from Dr. Wright, who reached out to you?

23   A.  That's correct.

24            MR. RIVERO:  Let's just see if there's anything on the

25   last page.

```
1   BY MR. RIVERO:

2   Q.  Oh.  And he says the obvious.  This is what I was asking

3   you about.  If -- your view and Mr. Karp's view is:  If there

4   was anything found for the estate, you would be the ultimate

5   beneficiary, correct?

6   A.  That was my understanding, yes.

7           MR. RIVERO:  All right.  We can put that down,

8   Mr. Shah.

9   BY MR. RIVERO:

10  Q.  Now, sir, I was trying to ask you before and I'm going to

11  ask Mr. Shah to show you -- we'll start with 284.

12      In 284 -- this is one of the -- you just got contacted by

13  Craig Wright right around this time, right?

14  A.  Yes.

15  Q.  Okay.

16          MR. RIVERO:  If we could go towards the -- just go

17  down to the bottom.

18          Judge, if I haven't already moved it into admission --

19  I think I may have --

20          THE COURT:  It's in evidence.

21          MR. RIVERO:  I thought so.

22  BY MR. RIVERO:

23  Q.  Okay.  We saw some of this, but this is -- you're talking

24  with Dr. Wright right in mid-February 2014, not long after you

25  are introduced to him, correct?
```

1    A.   Correct.

2    Q.   By Patrick Paige, who is the intermediary?

3    A.   Yes.

4    Q.   You say, you know, this is about -- you weren't able to

5    locate other related files, et cetera.

6            MR. RIVERO:  Let's see Craig's response.

7    BY MR. RIVERO:

8    Q.   Oh, this is -- this is Craig Wright, Dr. Wright, writing to

9    Uyen about you and saying:  "Please ensure we cover all we can

10   for Ira."  Right?

11   A.   Yes.

12   Q.   Okay.

13           MR. RIVERO:  Let's go to the next one.  We already saw

14   this.  "He was hard up for money."

15           Let's keep going down -- or up, I guess I should say.

16           Is that the end of it?

17           Okay.  Let's now go to Defendant's 285.

18           All right.  And, Mr. Shah, it's going to be a little

19   bit tricky, but I think it is a continuation of 284, so if you

20   could go down until --

21   BY MR. RIVERO:

22   Q.   First of all, Mr. Kleiman, is this an email chain of

23   communications between you and Craig Wright in that same period

24   of time, December [sic] 15?

25   A.   Yes, it is.

```
 1   Q.  December 15 and 16?

 2   A.  Yes.

 3   Q.  February 15 and 16.  Sorry about that.

 4         MR. RIVERO:  Judge, I would move the admission of

 5   Defendant's 285.

 6         MR. BRENNER:  It's 10 pages, Your Honor.  Can we

 7   review it?

 8         THE COURT:  It's in evidence.

 9         MR. RIVERO:  Thank you.

10         Could you go up -- I'm sorry.

11         Could you go down to -- further in -- okay.

12         Mr. Shah -- just go up a little bit further to the

13   earlier -- to the ones up at the top.

14         Right.

15         Okay.  And then the next one.

16   BY MR. RIVERO:

17   Q.  Okay.  This is on February 16 you're writing to Craig

18   Wright --

19         MR. RIVERO:  This is published?

20         Yeah.

21   BY MR. RIVERO:

22   Q.  Let's see what you say:  "Hi Craig.  Thanks for the links.

23   It certainly appears you were very close with him."  Right?

24   A.  Yes.

25   Q.  You could see that just looking at some kinds of computer
```

1    links that were provided?

2    A.  Yes.

3    Q.  In fact, you came to find out that there was a co-published

4    paper between -- with Craig Wright and David Kleiman that was

5    having to do with something called "The Data Wipe Fallacy."

6    Have you heard that?

7    A.  Yes.

8    Q.  And that has to do with whether when one overwrites a hard

9    drive, it -- doing that one time is enough to wipe out the data

10   or whether you have to do several overwrites.  You know that?

11   A.  I think I recall at my deposition the attorney bringing

12   that up.  Yes.

13   Q.  Okay.  So you say:  "I apologize if I am asking too many

14   questions and don't mean to frighten you away with them.  It's

15   just that since hearing this news about Dave, it kind of

16   shocked me.  Yesterday, I was feeling skeptical about the whole

17   story because it sounds like something out of a James Bond

18   movie.  But after our email exchange and seeing the video you

19   left about him after his passing, I feel that you are genuine

20   and that you guys really did work closely together.

21       "I hope we can chat some more -- more sometime about him.

22   I bet there are many things you know about him that I don't and

23   vice versa."  Right?

24   A.  Yes.

25   Q.  This is an early email, correct?

1    A.   Yes.

2    Q.   And you're being friendly with Dr. Wright?

3    A.   Yes.

4    Q.   And you're saying:  "Hey, sorry about so many questions."

5    A.   Yes.

6    Q.   "Don't want to scare you away."  Right?

7    A.   Yeah.

8    Q.   Now, sir, isn't it true that within days of this email,

9    within days, you were considering litigation against

10   Dr. Wright?

11   A.   That, I do not recall.

12   Q.   Well, sir, do you recall that you went -- that you

13   started --

14           MR. RIVERO:  One moment, Judge, because --

15   BY MR. RIVERO:

16   Q.   Isn't it true that by February 25 --

17       (Court reporter interruption.)

18           MR. RIVERO:  Oh, sorry.

19   BY MR. RIVERO:

20   Q.   Isn't it true that by February 25, within nine days, you

21   were talking to a lawyer about litigation?

22   A.   I'd like you to show -- I don't remember anything like

23   that.  But ...

24           MR. RIVERO:  I'm going to ask Mr. Shah to show, only

25   to you and to counsel and the Court, Defendant's log --

1    sorry -- Defendant's 193.  And I'm going to ask, Mr. Shah, that

2    you move to Page 19 of 38 -- first, I'll ask counsel if they're

3    familiar with the document to make sure -- let me know

4    because --

5         MR. BRENNER:  It's -- Your Honor, it's -- you have the

6    same thing.  I can't -- I know what it is, but I can't read

7    anything on it.

8         MR. RIVERO:  All right.  So Judge, I just want to make

9    sure it's -- that counsel are familiar with it so they can

10   state whatever objection they need to.

11        I'm going to ask you to -- Mr. Shah, if you would blow

12   up the entry that is at Page 19 that is dated 2/25/2014,

13   February 25, 2014.

14        MR. BRENNER:  Your Honor, I -- we'll have an

15   objection.  Just, counsel -- I just don't want counsel to start

16   publishing the content of it.  If we need to lay a foundation,

17   we shouldn't need to read any information on it.  But we will

18   have an objection to this.  So ...

19        MR. RIVERO:  Mr. Shah, can you pull it out further.

20   Maybe -- we don't need the control number -- I meant so we

21   could see it more.  If you could just focus on the columns from

22   the date on the other side.  The control number doesn't

23   particularly matter.

24        Do you understand?

25

```
 1   BY MR. RIVERO:

 2   Q.  Okay.  Now, do you see that, Mr. Kleiman?

 3   A.  Yes.  I see it.

 4   Q.  Do you recognize this is a document that your side has

 5   produced in this litigation?

 6   A.  It might be.  I don't know what the document is.

 7   Q.  Okay.

 8          MR. RIVERO:  Okay.  Judge, I want to refresh the

 9   recollection of the witness right now.  So right now --

10          THE COURT:  Well, then let's take this down and you

11   can refresh recollection with another document.

12          Is this something you're seeking to admit at this

13   time?

14          MR. RIVERO:  Not right now.  I want to refresh

15   recollection.  I'm showing it to the witness.

16   BY MR. RIVERO:

17   Q.  Sir, isn't it true -- you said you don't remember?

18   A.  Yes.

19   Q.  Isn't it true that by February 25 --

20          MR. BRENNER:  Your Honor, that's not refreshing

21   recollection to read to the jury what the document says.

22          THE COURT:  Is there --

23          MR. BRENNER:  Objection.  It's improper --

24          THE COURT:  Objection is sustained.

25          Is there a document that you want to show the witness?
```

```
 1              MR. RIVERO:  I am showing the witness the document.

 2              THE COURT:  Well, right.  But he -- the witness

 3       questioned whether there was a document that --

 4              MR. RIVERO:  Oh, I'm glad to show -- I actually do

 5       have this and we can connect it.  I just have to get the

 6       number, Your Honor.

 7          (Pause in proceedings.)

 8              MR. RIVERO:  Okay.  Yes.  Judge, I appreciate it.

 9       Yeah.

10       BY MR. RIVERO:

11       Q.  You saw what I just showed you because they work together?

12       A.  Yes.

13       Q.  Okay.

14              MR. RIVERO:  So I'm going to show you now a document

15       that's Defendant's 399.  Only to the witness and counsel and

16       the Judge.

17       BY MR. RIVERO:

18       Q.  Now, do you see the document, number one?

19       A.  Yes.  I see it.

20       Q.  And sir, this is a document -- I'll ask you to look at

21       the -- there's a lot of redaction, right?

22       A.  Right.

23       Q.  And then -- but on Page -- on the -- on the second page,

24       there's a reference to UT Uyen, right?

25       A.  It's to her LinkedIn page.
```

```
 1    Q.  And then on the next page, there's things to do.  Do you
 2    see that?
 3    A.  Yes.
 4    Q.  That's a to-do list of yours, is that not?
 5    A.  I believe so, yes.
 6    Q.  And there's a redaction in the to-do list?
 7    A.  Okay.
 8    Q.  Yeah.  And sir, this document with the redactions --
 9          MR. RIVERO:  If we can go back to Defendant's 193,
10    sir.
11    BY MR. RIVERO:
12    Q.  -- sir, is the document referred to at this entry that I'm
13    showing you.  Do you remember the document now?
14    A.  Yes, I do.
15          MR. RIVERO:  And can we blow out the -- blow out here,
16    Mr. Shah, just that half of the -- okay, sir.
17    BY MR. RIVERO:
18    Q.  That document is -- this document that doesn't have a date
19    that I can see on it, is dated -- do you remember now it's
20    February 25, 2014?
21    A.  Yes.
22    Q.  Okay.  And this was redacted, correct?
23    A.  Yes.
24    Q.  You remember that?
25    A.  Yes.
```

1  Q.  And it was redacted, do you recall now, because it was in

2  anticipation --

3          MR. BRENNER:  Your Honor, I object to what counsel --

4          THE COURT:  The objection is sustained.

5          MR. RIVERO:  Your Honor, may I -- on this, I would ask

6  for an opportunity to talk to the Court, because I'm not sure I

7  understand the ruling.

8          THE COURT:  You may certainly question the witness

9  without reference to this document.

10          MR. RIVERO:  Judge, I -- I hate to impose, but if I

11  could ask for sidebar on this.

12          THE COURT:  Come on forward.

13      (At sidebar on the record.)

14          MR. RIVERO:  I apologize, Your Honor.  I'm trying to

15  establish what I think is the relevant point that during the

16  time of these email exchanges, that Mr. Kleiman and counsel has

17  tried to represent as innocent exchanges, where -- you know,

18  this just what happened to be -- that, in fact, our theory is

19  that Mr. Kleiman was trying to set up litigation.

20          So I'm what trying to establish is that within 10 days

21  of all this correspondence going out, he's consulted with

22  counsel in anticipation of litigation.  In fact, there are a

23  number of those entries.

24          But to do that, Judge, I'm not sure of the Court's

25  ruling because I don't know how to establish --

```
 1          THE COURT:  But you're using the privilege log as a
 2   sword, and it's not to be referred to.  And if -- you
 3   referenced the date.  You can ask him whether that was the
 4   first time that he anticipated litigation.  But you're
 5   referring to the actual privilege log and it's improper.
 6          MR. RIVERO:  It's only for refreshing recollection.
 7          THE COURT:  But you then showed him the notes that he
 8   made.
 9          MR. RIVERO:  Right.
10          THE COURT:  They were heavily redacted.  And then you
11   went back to the privilege log.
12          MR. RIVERO:  Okay.  So Judge, is the problem that I'm
13   referring to the fact that there's a document redacted in
14   anticipation of litigation?  Is that the issue?
15          THE COURT:  Mr. Brenner?
16          MR. BRENNER:  Your Honor, he's asked the witness if he
17   was consulting with counsel then.  He said he wasn't.  That's
18   his answer.  Nothing about the privilege log says that he's
19   consulting with counsel.
20          Okay.  First of all, you could have lots of things
21   that are work product before you're consulting with counsel.
22   He could be collecting communications with Dr. Wright.
23          So first of all, there's nothing -- he said nothing
24   inconsistent.  If they wanted to challenge the redactions or
25   the privilege, they could have done that with Your Honor, and
```

1    I'm sure Your Honor would have gone through procedures.  And

2    they never did that.

3            THE COURT:  Well, that's separate and apart from

4    asking Mr. Kleiman the question with reference to the privilege

5    log.

6            If the intent is to determine when Mr. Kleiman may

7    have anticipated litigation, which is the question, I'm not

8    certain why you're -- are you objecting to the reference to the

9    privilege log?

10           MR. BRENNER:  I'm objecting to all reference to the

11   privilege log for sure.

12           THE COURT:  Okay.  So why can't you just ask the

13   question without reference to the privilege log?  You've shown

14   him the notes to refresh his recollection.

15           MR. RIVERO:  Judge, I just want to clarify one thing.

16           I think something -- maybe I've misunderstood this.

17   But I don't think anyone can claim work -- an individual -- if

18   I want to sue somebody, I cannot just start writing things

19   down, unless I'm acting at the direction of the lawyers.  It's

20   called the attorney/client -- the attorney work product.

21           So what Mr. Brenner said is not correct.  He must have

22   been -- been consulting with a lawyer on that day in order for

23   him to claim privilege.

24           THE COURT:  Them ask him:  "In February 2014, was that

25   the first time that you anticipated that you were going to" --

1        MR. RIVERO:  Yeah.  I'm sorry, Judge.  It's just --

2    here's the problem:  There is sort of -- if he says no, it's

3    false, and I'm entitled to impeach.  That's where I'm getting a

4    problem.

5        THE COURT:  Right.  The problem is you can't impeach

6    him with a privilege log.  That's where you're using it as a

7    sword.  That's where I have a concern that you're delving into

8    what is privileged information.  It hasn't been litigated

9    before the Court and it's deemed to be privileged.

10       MR. RIVERO:  Right, Judge.  I'm not looking to lift

11   the redaction.  All I'm looking to establish is that as of that

12   date that he was consulting with a lawyer.  And the way I can

13   establish it is because they've asserted privilege.  I don't

14   want to challenge privilege and say they don't have a right to

15   a privilege.  I'm just trying to establish not whether or not

16   it's privileged, but that he consulted with a lawyer.

17       THE COURT:  But you never -- did you ask him:  "In

18   February of 2014, which is the date of the document -- was that

19   the date that you anticipated litigation?"

20       MR. RIVERO:  Judge, I think he said -- I will ask him

21   again, Judge.  But I think he said he didn't remember.

22       THE COURT:  All right.  So now you've refreshed

23   recollection.  Now you're asking it again.

24       MR. RIVERO:  I'm sorry, Judge.  I was just trying

25   to --

```
 1              THE COURT:  Yeah.  No, no, no.  I just -- I don't want
 2    to spend a lot of time on something I'm not going to let it in.
 3              MR. BRENNER:  Yeah, just before we leave sidebar, he
 4    can try to refresh recollection and show it to him.  He already
 5    said that the document he showed him, the privilege log, he
 6    doesn't know anything about.  So I don't know what else -- if
 7    there's another document he wants to --
 8              THE COURT:  He wasn't the one that redacted it.  He
 9    wasn't the one that put it on a privileged log.  It was his
10    attorneys.
11              So you're using the attorneys' privilege log against
12    the witness.  And it's --
13              COURT REPORTER:  I can't hear you, Mr. Rivero.
14              MR. RIVERO:  The lawyer acts as a representative of
15    the --
16              THE COURT:  But not to the point that it's going to
17    expose what may be privileged communication.
18              MR. RIVERO:  I have no interest in getting behind the
19    redaction.  I only want to get to the fact that there was some
20    consultation that gives them a basis.
21              THE COURT:  Right.  But if we take it to its logical
22    conclusion, you would then show his notes with the heavily
23    redacted portion, and that would be improper.
24              MR. RIVERO:  No.  I don't need to do that, Judge.
25              THE COURT:  Okay.  So why don't you just ask him
```

1   outright.

2            MR. RIVERO:  All right.

3       (End of discussion at sidebar.)

4   BY MR. RIVERO:

5   Q.  Mr. Kleiman, isn't it true that by February 25, 2014, you

6   were in -- you were in anticipation -- you were in an

7   anticipation of litigation?

8   A.  If I was, I don't remember it.

9   Q.  Nothing I've shown you refreshes your recollection?

10  A.  Not from the document that's redacted, no.

11  Q.  All right.

12           MR. RIVERO:  And sir, I want to show you what's been

13  marked as 733, I believe Plaintiffs' 733.

14  BY MR. RIVERO:

15  Q.  Now, you were shown this -- you were shown this during the

16  Plaintiffs' case.  Do you remember?

17  A.  Yes.

18           MR. RIVERO:  Judge, I believe it's in evidence.

19           THE COURT:  Yes.  It's in evidence.

20           MR. RIVERO:  May we publish to the jury?

21           THE COURT:  You may.

22           MR. RIVERO:  Mr. Shah, could you go further up.

23  BY MR. RIVERO:

24  Q.  This is where you tell all this Thanksgiving Day story to

25  Dr. Wright, right?

1  A.  Yes.

2  Q.  And at the end of it -- let's see here -- what did you say

3  at the end of telling this story:  "I was wondering if you were

4  aware of any business cards ever being printed with the Bitcoin

5  logo on it.  I never found any in his belongings.  I wasn't

6  sure if he was opening his wallet to show me a Bitcoin

7  business -- or if he just wanted to grab an existing card to

8  draw the logo on the back of it."

9        Do you remember?

10  A.  Yes.

11  Q.  You're trying to draw Dr. Wright out, aren't you?

12  A.  What's that?

13  Q.  You're trying to draw him out on this subject?

14  A.  To draw him out?

15  Q.  You're trying to draw him out on this subject, aren't you?

16  A.  I don't know what you mean.

17  Q.  All right, sir.  Let's go further up.  Dr. Wright answers

18  you.

19        MR. RIVERO:  Further up, Mr. Shah, to the next email.

20  BY MR. RIVERO:

21  Q.  And then, Mr. Wright -- oh, you say -- this starts with:

22  "I thought I would share this memory of Dave I had."  Right?

23  A.  Yes.

24  Q.  And then Dr. Wright makes his comments that were already

25  published to the jury and discussed, and you respond:  "I think

```
1    this logo he drew for me only had -- only line going through

2    the 'B,' not two."  Right?

3    A.  Yes.

4    Q.  We've gone over this before, but it's just this again,

5    right?  And you're trying to continue this conversation with

6    him, right?

7    A.  Trying?

8    Q.  You're continuing the conversation with him at this point,

9    May 20th, 2014, right?

10        MR. RIVERO:  Let's look at the next email up.

11   BY MR. RIVERO:

12   Q.  And that's where Dr. Wright sends back a bunch of logos.

13       By the way, do you see this one?  It says:  "Here.  This is

14   the first of the first"?

15   A.  Yes.

16   Q.  And then you see, he says there's a later version and then

17   there's another version, which is this third one before he gets

18   to that final one, right?

19   A.  Yes.

20   Q.  Okay.  And sir, isn't it true that by this date you had

21   consulted with a lawyer named Warren Brams on -- in April of

22   2014 about litigation?

23   A.  Not about litigation.  I believe that was -- my dad, I

24   believe, hired him to do some estate-planning work.  He's not a

25   litigation attorney, no.
```

1    Q.  All right, sir.  I want to show you -- I want to show you

2    Defendant's 193 at Page 28.

3            MR. RIVERO:  Mr. Shah, the same thing.  If you would

4    go to the entry that shows April -- this is only to the

5    witness -- April 22nd, 2014.

6            MR. BRENNER:  Your Honor, same objection that we just

7    discussed.

8            MR. RIVERO:  I'd like to show it at least --

9            THE COURT:  He's just showing it.

10           MR. RIVERO:  -- to the witness and to the Court.

11           THE COURT:  All right.  So let's continue at this

12   point.

13           MR. RIVERO:  Thank you.

14           Mr. Shah, could you hone in on the entry for

15   April 22nd, 2014, on Page 19 of -- yeah, 422.

16           Okay.  And it's the same thing.  You can show just

17   this half, Mr. Shah, because the other control number's not so

18   important.

19           Okay.  You got to show it, but you got to show it all

20   the way down to the end, Mr. Shah, so we can see.

21           Your Honor, may I -- I'm going to glance over

22   Mr. Shah's shoulder.

23       (Pause in proceedings.)

24   BY MR. RIVERO:

25   Q.  Sir, I may have the name of the attorney wrong.  You were

1    consulting with an attorney about research you had -- you

2    had -- about your research about litigation on April 22nd,

3    2014, were you not?

4           MR. BRENNER:  Your Honor, objection to using the

5    substance of the document.

6           THE COURT:  I'm sorry?

7           MR. BRENNER:  Objection.  He's reading from the

8    document.

9           THE COURT:  I agree.  So why don't we just ask the

10   question outright:  "Do you recall, sir?"

11   BY MR. RIVERO:

12   Q.  Sir, do you recall that you had done research related to

13   litigation by April 22nd, 2014?

14   A.  I do not recall that, no.

15   Q.  And nothing about this document refreshes your

16   recollection?

17   A.  There's nothing on this document.

18          MR. RIVERO:  Your Honor, I would request the right to

19   impeach, but I think that I understand the Court's ruling.

20          THE COURT:  All right.  Let's continue, then.

21   BY MR. RIVERO:

22   Q.  Sir, and then you --

23          MR. RIVERO:  If you would show Page --

24   BY MR. RIVERO:

25   Q.  Sir, you later talked to somebody named J. McKeon at Karp

```
 1    Law in that same summer, correct?
 2    A.  I think you might be referring to Mr. Karp's assistant or
 3    secretary or something like that.
 4    Q.  Okay.  So you sent material to J. McKeon on August 14, 2014
 5    related to litigation that you were planning?
 6    A.  No.  I was informing Mr. Karp that Craig had reached out to
 7    me and I was telling them about Craig, but I had no intention
 8    of litigation, no.
 9          MR. RIVERO:  Judge, I will have a motion to make based
10    on the testimony on all three items --
11          THE COURT:  All right.
12          MR. RIVERO:  -- but I will continue.
13          THE COURT:  Mr. Kleiman, could you speak a little
14    louder in the microphone?  We're having a problem hearing you,
15    sir.
16          THE WITNESS:  Sorry.
17    BY MR. RIVERO:
18    Q.  You started feeding information to the Australian Tax
19    Office to try to get them to reopen investigations on Craig
20    Wright, did you not?
21    A.  I'm not sure what you're referring to.
22          MR. RIVERO:  Can we show -- okay.  Can we show RM3111
23    to the witness and counsel.
24          THE COURT:  And where would the Court find RM3111?  Is
25    that one of the exhibits?
```

```
 1              MR. RIVERO:  No.  Judge, it's a document in the case.

 2    So right now I'm attempting to refresh his recollection.

 3              MR. BRENNER:  Can we request a hard copy of that?

 4              MR. RIVERO:  No.  This is not -- I'm sorry.  This is

 5    not -- I meant to say -- I'm sorry.  I meant to say RM849.

 6    BY MR. RIVERO:

 7    Q.  Sir, does this refresh your recollection that you were in

 8    communications with the ATO about attempting to get information

 9    from them related to Craig Wright?

10    A.  I think this came after they contacted me and they were

11    asking more questions.  And then I responded back to them.

12    Q.  Well, it's a simple question, sir.  And I'll ask you to

13    look at the third sentence of the email.

14              THE COURT:  If this document is being shown to the

15    witness, it needs to be identified in some form.

16              MR. RIVERO:  Judge, you're right.  If we can just --

17    we'll identify it, Judge.  I think we can safely identify it as

18    Defendant's 1100 for purpose of identification.

19              THE COURT:  All right.

20              MR. BRENNER:  Can we just see the document?  All I

21    have is one page on the screen.  If it's just one page, that's

22    one thing.

23              MR. RIVERO:  Mr. Shah, can you show the entire

24    document to counsel.

25              MR. BRENNER:  I'm a fast reader, but not that fast,
```

```
 1    so --

 2         (Pause in proceedings.)

 3              MR. BRENNER:  Do you have a hard copy?

 4              MR. RIVERO:  No.

 5              MR. BRENNER:  No.

 6         (Pause in proceedings.)

 7              MR. BRENNER:  Your Honor, just so the Court knows, I

 8    have nothing to review.  It's just stuck on Page 5.  I can't

 9    review the document.

10              MR. RIVERO:  All right.  Judge, what I would ask

11    Mr. Shah to do is show page by page, show the Plaintiffs'

12    counsel so that he can look at the document.

13              MR. BRENNER:  Go to Page 1, please.

14         (Pause in proceedings.)

15              MR. BRENNER:  Ready for the next page.

16         (Pause in proceedings.)

17              MR. BRENNER:  Okay.  The page numbers go to nine, but

18    seems like I only saw -- it's not in page order, so I don't

19    know how many pages it is.

20              THE COURT:  All right.  So it's nine pages, D1100.

21              MR. BRENNER:  Can I see Page 3, please.

22              MR. RIVERO:  Correct, Judge.

23              MR. BRENNER:  Can I see Page 2, please.

24         (Pause in proceedings.)

25              MR. BRENNER:  Page 3, please.
```

1          MR. RIVERO:  I would just ask Mr. Kleiman to try to

2     look at it now because that way we don't have to do it again.

3          MR. BRENNER:  Four, please.

4       (Pause in proceedings.)

5          MR. BRENNER:  Five, please.

6       (Pause in proceedings.)

7          MR. BRENNER:  We've seen all nine pages.  Thank you,

8     Your Honor.

9     BY MR. RIVERO:

10    Q.  Okay.  Sir, does this refresh your recollection that you

11    were in communication with the ATO and you had asked them

12    whether they could release information to you because you were

13    the director of W&K?

14    A.  Yes.  I believe so.

15    Q.  Okay.  And sir, I'm going to see if we can show you what's

16    been marked as Defendant's 256.

17         And sir, this is in the summer of July 2017 [sic].  And you

18    are in communication with the Australian Tax -- Taxation

19    Office, right?

20    A.  2015, you mean?

21    Q.  I'm sorry.  I couldn't understand you.

22    A.  2015?

23    Q.  2015.

24    A.  Yes.

25         MR. RIVERO:  All right.  And Judge, I would move the

```
 1    admission of Defendant's 256.

 2            MR. BRENNER:  No objection.

 3    BY MR. RIVERO:

 4    Q.  Now, sir, you were --

 5            THE COURT:  Admitted into evidence.

 6        (Defendant's Exhibit 256 received into evidence.)

 7            MR. RIVERO:  If we could publish that to the jury.

 8            What you were doing -- go down to the bottom.

 9    BY MR. RIVERO:

10    Q.  Okay.  This is an email address you have called

11    wrightkleiman@gmail.com, right?

12    A.  Yes.

13    Q.  It's another email among the 30 that you use?

14    A.  Yes.

15    Q.  You have no affiliation with Dr. Wright, do you?

16    A.  No.  I had set that up just for this kind of stuff, just

17    for, I guess, discussing W&K-related things.

18    Q.  And what you're doing during the course of July 2015, in

19    the summer of 2015, is you're submitting information to the

20    ATO, aren't you?

21    A.  I believe I only responded to their questions.

22    Q.  Okay.  Let's look further up.

23        Sir, you say -- they say to you:  "Hi, Mr. Wright.  Yes, I

24    received these three attachments and can open them."  Right?

25    A.  Yes.
```

1    Q.  And then you respond -- this is definitely to a revenue

2    agent at the Australian Tax Office, right?

3    A.  I think this is the IRS, isn't it?

4    Q.  The Australian -- the equivalent of the IRS in Australia,

5    right?

6    A.  No.  This is the IRS.

7    Q.  Oh, you're actually submitting -- well, it says -- it says:

8    "Subject EOI Case Reference Number 362215, Australia Case

9    Number -- Reference Number 6BOK5GO."

10   A.  The IRS was sending questions on behalf of the ATO.

11   Q.  I see.  I see.  So you were in touch with the IRS about

12   this?

13   A.  Yes.  They reached out to me and then I responded.

14   Q.  Okay.  And then you say you're checking about the third

15   email you've sent with nine more attachments, right?

16   A.  I guess so.

17   Q.  And you have to explain to them --

18           MR. RIVERO:  If you'll highlight the PS, Mr. Shah.

19   BY MR. RIVERO:

20   Q.  -- that:  "This account is only operated by Ira Kleiman,

21   nothing to do with Mr. Wright.  Didn't mean to confuse you by

22   naming the email address wrightkleiman@gmail.com."  Right?

23   A.  Correct.

24   Q.  Could lead to confusion?

25   A.  Yeah.

1   Q.  That's what you were explaining?

2   A.  Right.  I didn't mean to confuse them, yes.

3   Q.  Okay.  Now, just in this series --

4           MR. RIVERO:  If you could show what's been marked

5   RM849 --

6           Judge, we're going to, for identification purposes,

7   make this Defendant's 1101.

8           I'm sorry.  Could you take it down for a moment.

9   Just -- okay.

10  BY MR. RIVERO:

11  Q.  Isn't it true that, though -- don't you remember that what

12  you were saying to the ATO is that if they couldn't send you

13  new information, would they be able to talk with you about it?

14  Do you remember doing that?

15  A.  Are you referring to the IRS people or the ATO people?

16  Q.  Well, sir, I guess you're making a clarification.  Either

17  one.

18      Were you talking to the IRS and saying:  "Hey, if you can't

19  give me new information, can you at least discuss with me what

20  I've already sent you"?  Do you remember doing that?

21  A.  I think so.

22  Q.  Okay.  And then do you also remember saying to them -- do

23  you have any recollection of asking the IRS for the ATO that if

24  the ATO had finished an investigation and come to a settlement

25  with an individual, could the case be reopened?  Do you

1    remember that?

2    A.  I don't remember it.  I may have said that, but I don't

3    remember.

4    Q.  Let me show you --

5            MR. RIVERO:  Did we mark RM31 -- okay.  Show RM3111.

6            And we'll mark that as Defendant's 1102, Your Honor.

7    BY MR. RIVERO:

8    Q.  I know you said you didn't recall.  Does this refresh your

9    recollection of having said to -- actually, to the ATO that --

10   or asking them if they'd finished an investigation and settled

11   with somebody, could that case be reopened if new information

12   was given?  Do you remember that?

13   A.  I may have.  Yeah.

14   Q.  My question is simply:  Does this refresh your recollection

15   to having said that to the ATO yourself?

16   A.  Yeah.  I think I did say that, yes.

17   Q.  Okay.  And the reason you were saying that was that you

18   wanted to put more information in to see if the ATO would go

19   after Wright again after the case was closed; isn't that right?

20   A.  I'm -- I honestly -- I don't remember.

21   Q.  Okay.  Now, you do know that starting in November of 2012

22   David Kleiman hadn't been able to continue as an expert in a

23   case called -- I'm sorry.  I'm switching topics to now the

24   state of Mr. Kleiman's health in the last period of his life.

25        You understand the topic?

1    A.  (No verbal response.)

2    Q.  Yeah.  Do you remember that Mr. Kleiman could not work as

3    an expert in a certain case, US Garcia, because of health

4    problems for the months of September and October into November

5    of 2012?

6    A.  I don't have any knowledge of that.

7           MR. RIVERO:  Let me show you Exhibit -- Defense

8    Exhibit 40.

9    BY MR. RIVERO:

10   Q.  Sir, this is an email from David Kleiman to somebody

11   named -- it appears to be -- I don't know what the initials

12   mean, but persons located in, looks like, Gulfport, Pensacola,

13   and Jacksonville.  Do you see that?

14   A.  Yes.

15   Q.  And do you see the signature block?  It's:  "Respectfully,

16   David Kleiman, 4371 Northlake Boulevard, 314?

17   A.  Yes.

18   Q.  Is that consistent with Mr. Kleiman's emails?

19   A.  Yes, I believe so.

20          MR. RIVERO:  Judge, I move the admission of

21   Defendant's D40.

22          MR. BRENNER:  No objection.

23          THE COURT:  Admitted into evidence.

24      (Defendant's Exhibit 40 received into evidence.)

25

```
1    BY MR. RIVERO:

2    Q.  Okay, sir --

3            MR. RIVERO:  If we can publish that to the jury.

4    BY MR. RIVERO:

5    Q.  It is the case, is it not, that as of November 4, 2012,

6    Mr. Kleiman was telling a group of people that -- he's writing

7    about a case called US v. Garcia and he says:  "Expert." Do you

8    see that?

9    A.  Yes.

10   Q.  And he says:  "All, it is with deepest regret that I have

11   to inform you that I am unable to continue to assist as the

12   expert in the matter of US v. Garcia for medical reasons."

13   Correct?

14   A.  Yes.

15   Q.  He goes on to explain that he -- it's there in the next

16   paragraph.

17       He goes on to explain -- if you will just let me know if

18   I'm summarizing this correctly -- that he had thought he could

19   continue working, but he had a setback, right?

20   A.  Yes.

21   Q.  And so I just want to get to this -- okay.

22       And, in fact, what he says is that he was unable to conduct

23   any examination before the second week of October, "And this

24   was because in my final stage of physical therapy at the

25   Veterans hospital, I was in the final stage and was only
```

1    traveling home on the weekends.  Unfortunately, I have had a

2    setback." Right?

3    A.  Yes.

4    Q.  And so my question is:  Do you remember that he had a lot

5    of trouble and wasn't able to perform his work in this time

6    period, September, all the way to the beginning of November?

7    A.  I don't remember that.

8    Q.  Okay.  Let me show you Defendant's 254.  I'm going to just

9    show you and counsel and the Court.

10           MR. BRENNER:  How many pages of a document is it?

11           MR. RIVERO:  Yeah, could we flip through, Mr. Shah.

12       (Pause in proceedings.)

13           MR. BRENNER:  Is this a joint exhibit, Mr. Rivero?

14           MR. RIVERO:  It is, in fact -- thank you, Mr. Brenner.

15   It is Joint Exhibit 99.  Yeah.

16           So Your Honor, I would ask admission and to publish

17   it.

18           THE COURT:  Admitted into evidence.

19       (Joint Exhibit 99 received into evidence.)

20           MR. RIVERO:  Mr. Shah, do me a favor.  Would you go to

21   the email of March 28th, 2014.

22           Yeah, right.

23           Actually, let's see the beginning so we can get the

24   context and you can show the ones below.

25           Okay.

```
1   BY MR. RIVERO:

2   Q.  You're saying to Mr. Wright that you question what you

3   could have done:  "If I'd done things differently is when it

4   hurts the most," et cetera.

5        So then Mr. Wright responds to you --

6            MR. RIVERO:  If we can go to Dr. Wright's.

7   BY MR. RIVERO:

8   Q.  Dr. Wright describes medical setbacks he had had and his

9   emotions about the death of Dave, correct?

10  A.  Yes.

11  Q.  Okay.  Let's see what your response is.

12           MR. RIVERO:  Okay.  Is that the beginning, Mr. Shah?

13  Because I didn't see the time and the date.

14  BY MR. RIVERO:

15  Q.  Okay.  This is from you to Craig Wright on March 28th, 2010

16  [sic], right?

17  A.  Yes.

18  Q.  2014, pardon me.

19       And you say:  "I think he succumbed to the same thing that

20  initially put him in the hospital, depression from his overall

21  decline in health.  It was getting harder for him to move

22  around and do things for himself."

23       You comment here in the next paragraph -- and I ask you to

24  read it to yourself, but I just want to get the facts on this.

25       He had a friend named Jody, who was a younger man, maybe in
```

1    his 30s, who was a very close friend of his?

2    A.  Yes.

3    Q.  And that man really helped him out in terms of helping him

4    to be mobile and having access to his computer and that kind of

5    stuff, correct?

6    A.  That's what I heard, yes.

7    Q.  Okay.  Did you ever meet Jody?

8    A.  No, I didn't.

9    Q.  Okay.  But Jody -- you did hear Jody was really helping

10   David?

11   A.  Yeah.  A lot of this information that I provided in this

12   email was like provided to me, you know, from other people.

13        But yes, I just -- I only heard of Jody from third parties,

14   yes.

15   Q.  But the sources that you turned to, I assume, were Patrick

16   Paige, Carter Conrad --

17   A.  Yes.

18   Q.  -- and Kimon Andreou?

19   A.  Not Kimon.  I think just mostly Patrick and my dad.

20   Q.  Okay.  And then you say -- I mean, it's there, and the jury

21   can see it -- "At the hospital, Dave had to be treated for a

22   bad MRSA infection, along with holes in his back from the skin

23   breaking down."

24        I mean, this was really bad stuff, right?

25   A.  Yeah.  Yes.

1    Q.  You say:  "He was going through a lot."  And this is the

2    end of that paragraph:  "He was going through a lot.  And after

3    being there for two years, with the situation not getting

4    better, he finally just wanted out of the hospital -- that

5    hospital to return home."  Right?

6    A.  Those were my assumptions, yes.

7    Q.  Well -- and we are also basing it on what Patrick Paige

8    told you?

9    A.  I suppose.  Yeah, somewhat.

10   Q.  And then the last paragraph, you really -- we you don't

11   need to go through all the graphic stuff.  The jury has a right

12   to read it, but I don't need to go through all that.  But there

13   was some signs of -- I'm not trying to put you on as a

14   psychological expert, but things that would be consistent with

15   depression, which is what you say at the beginning of the

16   email, like not returning calls and that kind of thing, right?

17   A.  I suppose so.

18   Q.  Sir, do you know if this is the reason why his income had

19   dropped so much in those last couple of years?

20   A.  I don't know.

21   Q.  Okay.  Well, do you know if he had a lot of difficulty

22   actually doing his work?

23   A.  I know he always kept his computer with him at the

24   hospital.  So I would imagine that he still was able to do

25   certain things, but exactly how much, I don't know.

```
 1            MR. RIVERO:  Judge, just one moment on this subject
 2    here.
 3            THE COURT:  All right.
 4       (Pause in proceedings.)
 5    BY MR. RIVERO:
 6    Q.  All right.  I had some technical difficulties, Mr. Kleiman.
 7    I'll trying to take you through some emails, but I hope that we
 8    have sorted that out.
 9       So, Mr. Kleiman, just to reset this, do you recall that I
10    had shown you the March 8th, 2008 email -- sorry -- March 12,
11    2008 email, this one?  Do you remember that?
12    A.  Yes.
13    Q.  Okay.  And you raised some issue about whether it had
14    metadata or not?
15    A.  Right.
16    Q.  You know you're calling an expert witness here to talk
17    about whether documents are authentic or not, do you not?
18    A.  I don't know exactly which documents they're going to be
19    talking about, no.
20    Q.  Do you know that the only documents your expert's going to
21    be talking about are documents that your lawyers have told him
22    to look at?
23    A.  Okay.
24    Q.  Do you know that or not?
25    A.  No.  I don't know that.
```

1    Q.   Okay.  And do you know that your expert is not going to

2    talk about the March 12, 2008 email based on his report?  Do

3    you know that?

4    A.   I didn't know that.  No.

5    Q.   Okay.  And -- sir, but you're saying -- or what are you

6    saying about the March 12th, 2008 email?  Are you saying it's

7    real or are you saying it's phony?

8    A.   I'm saying I don't know.

9    Q.   Okay.  And you're raising some doubt because of the

10   metadata?

11          MR. BRENNER:  Objection.  Asked and answered and

12   argumentative.

13          THE WITNESS:  I'm just saying that --

14          THE COURT:  The objection is overruled.

15          THE WITNESS:  The copy that I received didn't contain

16   metadata.  That's all I'm saying.

17   BY MR. RIVERO:

18   Q.   And would you expect that your expert, if he's talking

19   about authenticity of documents, would sort that out for us?

20   A.   I don't know what the expert will do.

21   Q.   All right.  Now, then I showed you -- I believe I showed

22   you a document that was about -- was about a long article that

23   was attached.  You remember it was 95 pages long, and we -- and

24   it was one where -- I don't want to go back through everything,

25   but I just want to reset -- where David said:  "Sometimes you

1    amaze me."

2          You remember that?

3    A.  (No verbal response.)

4    Q.  Okay.  So let's go from there.

5          That's the day after the email --

6          MR. RIVERO:  Let's put up, just so everybody's really

7    clear -- that's the day after the March 12 -- and let's just

8    show that one, which is Number 59.

9          I'm sorry.  It's not Number 59.  It's Plaintiffs' 2.

10   It's already in evidence.  Just show it, Mr. Shah, so everybody

11   remembers.

12         Just blow up that first part of it and highlight

13   the --

14   BY MR. RIVERO:

15   Q.  This is the one about:  "I need your help editing a paper."

16   Right?  And this is the one about:  "You're always there for

17   me, Dave."  Right?  And this is the one about:  "I need a

18   version of me to make this work that is better than me."

19         You see all that, right?

20   A.  Yes, I do.

21   Q.  Okay.  The next one that we saw was no reference to

22   Bitcoin, correct?

23   A.  Right.

24   Q.  Okay.

25         MR. RIVERO:  Now, what I'd like to do is have you look

1    at Defendant's 244.

2    BY MR. RIVERO:

3    Q.  Do you see that, sir?

4    A.  Yes.  I see it.

5    Q.  Okay.  And --

6         THE COURT:  Sorry.  That says -- is that Joint 98?

7         MR. RIVERO:  Thank you, Judge.  It is marked Joint 98.

8    And so --

9         THE COURT:  Is that what you want to be shown?

10        MR. RIVERO:  Yeah.  Thanks, Judge.  And that one,

11   Judge, I would then move the admission of Joint 98.

12        THE COURT:  All right.  Admitted into evidence.

13      (Joint Exhibit 98 received into evidence.)

14   BY MR. RIVERO:

15   Q.  All right.  Sir, this is the next day after an invitation

16   to work on Bitcoin, right?

17   A.  Can you repeat that.

18   Q.  This email's the next day after an invitation to work on

19   the Bitcoin project?

20   A.  Yes.

21   Q.  Okay.  Review it --

22        MR. RIVERO:  Well, let's go to the bottom, Mr. Shah.

23   BY MR. RIVERO:

24   Q.  Okay.  Is that the first email, sir?

25   A.  Yeah.

1    Q.   Okay.  So there's an email there from -- first from Lynn

2    Wright?

3          MR. RIVERO:  If you can show the To/From.

4    BY MR. RIVERO:

5    Q.   It's from Lynn Wright to your brother saying:  "Hi, Dave.

6    I'm Lynn, Craig's wife.  Your offer to take us to dinner is

7    lovely, but be warned, Craig loves to eat food.  Ha, ha, ha."

8    And then:  "Looking forward to meeting you in person," right?

9    A.   Yes.

10         MR. BRENNER:  Your Honor, at this point, I object.  He

11   hasn't established this witness knows anything about this

12   document or has ever seen it before.

13         THE COURT:  It's in evidence.  What is the objection?

14         MR. BRENNER:  The objection is not to the exhibit.

15   The foundation of asking a witness about a document he's never

16   seen or is not a part of.

17         THE COURT:  It's in evidence.  The objection is

18   overruled.

19   BY MR. RIVERO:

20   Q.   Sir, then your brother responds:  "Hello, Lynn.  Pleasure

21   to meet you" -- niceties, right?

22   A.   Yes.

23         MR. RIVERO:  Next email.

24   BY MR. RIVERO:

25   Q.   And then Craig Wright says:  "Hi, Dave.  How you doing this

1    Sunday," correct?

2    A.  Yes.

3    Q.  Just niceties, right?

4    A.  Yes.

5    Q.  Okay.  And then they're excited:  "Wow.  You're going to be

6    here this weekend already.  Okay.  Where are you coming and

7    staying so I can figure this out?"  Right?

8    A.  Yes.

9    Q.  Okay.  And is that the end of it, Mr. Kleiman?  And then

10   details about:  "I arrive on Saturday," and the like.  Correct?

11   A.  Yes.

12          MR. RIVERO:  Now, what I would like to do, then, is go

13   from there to Defendant's 243.

14   BY MR. RIVERO:

15   Q.  Okay.  Sir, this is from Craig Wright to -- the David

16   Kleiman email; isn't that right?

17   A.  Yes.

18          MR. RIVERO:  Joint Exhibit Number 97, Your Honor.  I

19   seek its admission.

20          THE COURT:  All right.  So it's Joint 97?

21          MR. RIVERO:  Yes.

22          MR. BRENNER:  Your Honor, we don't object to the

23   admission of the exhibit, just for the use with this witness.

24   We object to the admission at this time.

25          MR. RIVERO:  If I may, Judge?

```
1              THE COURT:  It's my understanding the parties filed
2     joint exhibits because there was no objection to them.
3              MR. BRENNER:  To their --
4              THE COURT:  Is that correct, Mr. Brenner?
5              MR. BRENNER:  Yes.  To their use at trial, but not --
6     you still have to be a witness that knows something about it.
7              THE COURT:  So isn't the purpose of the joint exhibits
8     is that we don't need to lay the proper foundation?
9              MR. BRENNER:  I'm not objecting to the foundation.
10    I'm objecting to asking a witness about something he knows
11    nothing about it.
12             I don't object to the document.  I don't object to it
13    being used with other witnesses or even moved into evidence.
14    But to ask a witness about a document he's never seen or knows
15    nothing about, that's the only objection.
16             THE COURT:  So you're not objecting to it being in
17    evidence?
18             MR. BRENNER:  Correct.
19             THE COURT:  All right.  Then let's continue.
20             MR. RIVERO:  Yes.  Thank you, Your Honor.
21       (Joint Exhibit 97 received into evidence.)
22    BY MR. RIVERO:
23    Q.  So what happens is on the 25th of March Mr. Wright says to
24    Dave Kleiman:  "Runners-up." Do you know that expression?
25    A.  No.  I don't.
```

1    Q.  Okay.  He says:  "Hi, Dave.  It looks like a while longer

2    before I get to meet you in person.  I came runners-up and,

3    thus, shall not be over there again soon.  Regards, Craig."

4        Do you see that?

5    A.  Yeah, I see it.

6    Q.  You don't know if "runners-up" is some Australian

7    expression for "I ran into problems," or something like that?

8    A.  Yeah.  I don't know.

9    Q.  Okay.  Sir, I'm going to skip forward.  These are -- you

10   see that these are all emails, one after another, between Mr.

11   Wright -- Dr. Wright and Mr. Kleiman, right?

12   A.  Yes.  I see them.

13   Q.  You see now that we're now 10 days later and there's no

14   email discussing this project that's going to be finished by

15   Halloween so far, correct?

16   A.  Yes.

17   Q.  Okay.

18        MR. RIVERO:  I'm going to fast-forward, sir, and, in

19   fact, there's a demonstrative that I think -- Mr. Shah, I

20   suppose we should show the demonstrative.

21        Judge, this is a demonstrative that has previously

22   been shown to the Plaintiffs.  I'm going to not publish it to

23   the jury yet, but I'm going to put it up so that they have an

24   opportunity to see what I'm referring to.  It was produced

25   according to the Court's deadline for demonstratives on

```
1    October 1st, Your Honor.

2           Mr. Shah, you have to show them something about it.

3           Yeah.  Okay.

4           Sir, would you just go to the next entry.

5           Okay.

6           So, Your Honor, I would seek leave at this time to use

7    this demonstrative.

8           MR. BRENNER:  No objection to the use of the

9    demonstrative.

10          THE COURT:  All right.  Then you may continue.

11          MR. RIVERO:  Okay.

12   BY MR. RIVERO:

13   Q.  So I'm just going to -- Mr. Kleiman, I don't want to

14   misstate anything about this.  I'm not going to go through

15   every single email, but we could.  But let's just jump forward.

16       The first one was March 12th, 2008.  Let's jump forward and

17   see what these gentlemen are talking about on April 9th, 2008.

18   I'll show it to you first --

19          MR. RIVERO:  Actually, just go ahead and show it,

20   Mr. Shah.

21   BY MR. RIVERO:

22   Q.  This is David Kleiman writing to Craig Wright, but now it's

23   still on the Re line "runners up."  We had seen that email from

24   Craig to Dave, but Dave says, on April 9:  "I have been laid up

25   for a bit.  I have not worked in about 10 days."
```

1        Do you see that?

2    A.   Yes.

3    Q.   All right.  If you know, Mr. Kleiman, is it the case that

4    David Kleiman would have -- would repeat over and over that he

5    would be able to work for periods of time?

6    A.   I don't -- I don't have any knowledge of that.

7    Q.   Okay.  Okay.

8    A.   Any personal knowledge.

9    Q.   You have no testimony to give to this jury?

10   A.   He never communicated to me like when he could or couldn't

11   work.

12   Q.   Okay.

13        MR. RIVERO:  Mr. Shah, if you could go to the next

14   date.

15   BY MR. RIVERO:

16   Q.   That's 20 days later, but he's been down apparently 10 of

17   the 20 days from that email.  So my next one -- I'm going to

18   show you April 22nd, 2008.

19        MR. RIVERO:  And let's show this to the jury, I mean.

20   BY MR. RIVERO:

21   Q.   So now it's Dave Kleiman writing to Craig Wright, says --

22   he says to Craig Wright on April 22nd:  "Do you have any

23   interest in writing this?  It would be writing for ISC2 and

24   their official guide.  I've not been doing too well lately.  I

25   am not going to be able to fulfill the requirements."

1          Do you see that?

2     A.   Yes.

3     Q.   No reference to Bitcoin, right?

4     A.   No.

5     Q.   Okay.

6          MR. RIVERO:   Let's just go forward to the next one,

7     Mr. Shah.

8     BY MR. RIVERO:

9     Q.   This is the --

10         MR. RIVERO:   Go ahead and open that one.

11    BY MR. RIVERO:

12    Q.   Same day.  Kleiman writing to Mark Haumbaugh:  "Mark, I do

13    apologize.  I've had some physical problems arise and been

14    sporadically checking my email.  Sadly, I do not think I will

15    be able to participate in the project."

16         Mr. Kleiman, do you have any knowledge?

17    A.   No, I don't.

18         MR. RIVERO:   Okay.  The next email, sir.

19         Okay.  April 24, could you open that one, Mr. --

20    BY MR. RIVERO:

21    Q.   This is Dave Kleiman writing to Craig Wright on another

22    note:  "Hi, Craig.  I am really tired, been lying in bed all

23    day."  Right?

24    A.   Yes.

25    Q.   And sir, you can't tell the jury that your brother would be

1   just periodically but consistently laying in bed not being able

2   to function?

3   A.   With knowledge after the fact.  But at the time, I didn't

4   have any personal knowledge of what he could or couldn't do.

5   Q.   Fair enough, sir.

6        We're 30 days out now.  No reference to Bitcoin, right?

7   A.   Correct.

8            MR. RIVERO:  Okay.  Let's go to the next email.

9   BY MR. RIVERO:

10  Q.   We're now 120 days out --

11           MR. RIVERO:  Let's open this email.

12  BY MR. RIVERO:

13  Q.   That's four months.  Here's Dave Kleiman writing to Craig

14  Wright four months later, four months later, and he says:

15  "Speaking of plagiarizing, maybe we could write a paper

16  together.  It seems I was asked to write a paper for an

17  academic institution.  I think it would be fun to write

18  something together."

19       Do you see that, sir?

20  A.   Yes.

21  Q.   Now, sir, isn't it true, since you have had access to

22  Mr. Kleiman's papers, that you never saw anything from March

23  12, 2008 until June 3rd, 2008 where Mr. Wright -- Dr. Wright

24  and Mr. Kleiman talk about Bitcoin at all after -- for the next

25  four months, after the March 12 email?  Isn't that right?

1    A.   I've never had access to my brother's early emails.  So I

2    wouldn't know.

3    Q.   Okay.  Let's go to the next date, understanding, again,

4    we'll seek to fill in the record, but I just want to go through

5    the key dates.

6         June 5th, this is two days later --

7              MR. RIVERO:  If you would open up, Mr. Shah --

8    BY MR. RIVERO:

9    Q.   Two days later, Craig Wright writes your brother, but --

10   copies your brother, but not about Bitcoin.  He says:  "Hi,

11   Dave, Shyaam" -- who is copied on the email -- "is going to be

12   helping in the writing of the paper on the drive wipe fallacy.

13   The paper submission date is July 19th, 2008.  Dave, are you

14   interested?"

15        Do you see that, sir?

16   A.   Yes.  I see it.

17   Q.   You know they wrote that paper together?

18   A.   I don't know.

19   Q.   I thought you said that you did know.

20   A.   About which paper?

21   Q.   The drive wipe fallacy, you know, overwriting a hard drive?

22   A.   Oh, yes.  I remember at my deposition your attorney

23   mentioning it, yes.

24   Q.   Okay.  So sir, you see that on June 5th, this is the --

25   this is -- they're talking about -- now March 12, there was no

```
1    mention of Bitcoin.  Then your brother mentions some writing
2    that he wants Craig Wright to do.  And now Craig Wright says:
3    "Hey, how about we work on this paper."
4         Do you see that?
5    A.  Yes.
6    Q.  Okay.  Sir, let me go to the next email.
7              THE COURT:  Mr. Rivero, let us know when it might be a
8    good time to take a break.
9              MR. RIVERO:  Oh, Judge.  I think this is a fine time
10   to take a break.
11             THE COURT:  All right.
12             Ladies and Gentlemen, let's take a 20-minute recess.
13   See you in 20 minutes.
14        (Recess from 3:32 p.m. to 3:48 p.m.)
15             THE COURT:  All right.  Welcome back.
16             All right.  Both sides ready to continue?
17             MR. RIVERO:  Yes, Your Honor.
18             MR. BRENNER:  Yes, Your Honor.
19        (Before the Jury, 3:48 p.m.)
20             THE COURT:  All right.  Welcome back, Ladies and
21   Gentlemen.  Please be seated.
22             Let me apologize.  I know it was a little warm.  We've
23   contacted GSA and we are fixing it as we speak.
24             All right.  Continuing with the cross-examination.
25             MR. RIVERO:  Yes, Your Honor.
```

```
 1              Mr. Shah, if you can put us back to where we were.
 2    BY MR. RIVERO:
 3    Q.  Sir, now, after the June 5 email --
 4              MR. RIVERO:  Let's show the next one, Mr. Shah.  Let's
 5    show --
 6    BY MR. RIVERO:
 7    Q.  We just saw that Craig writes -- 120 days out writes and
 8    says:  "Hey, how about doing a paper together, The Data Wipe
 9    Fallacy."
10        Then on June 17, what happens?  Okay.  So this is --
11    Mr. Kleiman, this is 12 days after they start talking about The
12    Data Wipe Fallacy, correct?
13    A.  Yes.
14    Q.  And Dave Kleiman writes to Craig Wright and Shyaam and
15    says:  "Hey, I'm unavailable over the next 10 days.  And it
16    looks, sir, does it not, like a whole bunch of work from June
17    18 to June 27."
18        Do you see that?
19    A.  Yes.  I see it.
20    Q.  Did your brother -- did he work a lot out of town when he
21    was working?
22    A.  I believe sometimes.
23    Q.  Okay.  Does it look like that for this time period?
24    A.  Yes.
25    Q.  Okay.
```

1           MR. RIVERO:  Let's go to the next one, Mr. Shah, the

2    June 23rd.

3    BY MR. RIVERO:

4    Q.  June 23rd.  Let's see.  Let's just do a little math.

5    That's -- now we're a number of months out from March 12th, and

6    Craig Wright responds to David Kleiman saying:  "So what type

7    of topic do you want to work on?"

8           Do you see that, Mr. Kleiman?

9    A.  Yes.  I see it.

10   Q.  All right.  No reference to Bitcoin, correct?

11   A.  Not here, no.

12   Q.  Does it appear like they're trying to -- he's trying to

13   prompt some topic that they ought to work on?

14   A.  Yes.

15          MR. RIVERO:  Next email.  July 16 -- I'm sorry.

16   Mr. Shah, go back to the front piece before you show this

17   particular July 16.  I think we can see -- yeah.

18   BY MR. RIVERO:

19   Q.  Do you recall -- as we look at this, directing your

20   attention and the jury's attention to the June 5 entry that the

21   paper submission date between Shyaam, Craig, and David Kleiman

22   was July 19.  Do you see that?

23   A.  Yes.

24   Q.  Okay.

25          MR. RIVERO:  So now we're going to look at an email

```
1    from July 16.  If you would open that.

2    BY MR. RIVERO:

3    Q.  "And what is our absolute cut-off date?"  I'm sorry.  He

4    says:  "Not too much.  What is our absolute cut-off date,

5    giving you enough time to review it and finalize the document?"

6         And Craig Wright answers:  "Hi" -- I'm sorry.  It's the

7    other way around.  He says:  "Hi.  Just wanted to see if you

8    have made any headway."

9         And then David Kleiman answers -- sorry.  I got that

10   backwards because it doesn't make sense:  "Not too much.  What

11   is our absolute cut-off date, giving you enough time to review

12   and finalize the document?"

13        Do you see that?

14   A.  Yes, I do.

15   Q.  And so do you understand this is The Data Wipe Fallacy?

16   A.  Okay.

17   Q.  All right.  Not Bitcoin?

18   A.  It doesn't appear to be, no.

19   Q.  All right.

20        MR. RIVERO:  Let's see the next one, Mr. Shah.

21   BY MR. RIVERO:

22   Q.  Okay.  Actually, I think I need to show you some

23   intervening emails.  Well, let's just -- I'll show you some

24   intervening emails.

25        MR. RIVERO:  Let's show September 9.
```

```
1   BY MR. RIVERO:

2   Q.  Do you see that David Kleiman writes to Craig Wright on

3   September 9:  "Craig, I should be able to help you with the

4   paper and anything else I can do from home, as that will be my

5   location for quite some time.  I will be strictly working from

6   home for the next 45 days.  Not doing that well"?

7        Do you see that?

8   A.  Yes, I do.

9   Q.  Again, you don't have personal knowledge about his health

10  state at this time?

11  A.  No.

12  Q.  Do you know if, in September of '08, he was going to be

13  housebound for a long period of time?

14  A.  I don't recall.

15  Q.  Did you live in proximity to -- did you live in proximity

16  to Mr. -- to David Kleiman?

17  A.  Yes.  Fairly close.

18  Q.  But you don't know if he was housebound?

19  A.  No.

20  Q.  All right.

21       MR. RIVERO:  Let's show the next one, September 10th.

22  BY MR. RIVERO:

23  Q.  Now, here's David Kleiman to Craig Wright on September 10,

24  and he says:  "I will not be doing much of anything for a bit

25  unless it can be done from home.  I will try to call you when
```

1    I'm driving to the VA in an hour."

2        You see that?

3    A.  Yes, I do.

4    Q.  All right.

5            MR. RIVERO:  And, Mr. Shah, do we have anything more

6    on this through October 30th?

7            All right.  September 24th, open that one, if we

8    would.

9    BY MR. RIVERO:

10   Q.  By the way, no reference to Bitcoin in those emails either,

11   correct?

12   A.  Correct.

13   Q.  "To whom it may concern, VA record.  My patient, David

14   Kleiman, is under treatment for a serious medical problem.  I

15   was considering hospitalizing him immediately, but he has

16   assured me that he will go home and rest in bed and monitor his

17   condition.  If it does not improve, he is to call 911 and go to

18   the nearest hospital."

19           MR. RIVERO:  Okay.  Let's go to the next one.

20   BY MR. RIVERO:

21   Q.  Okay.  Sir, we are now two weeks out from Halloween day,

22   2008 and the release of the world-shaking white coin bit paper

23   [sic].

24           MR. RIVERO:  Let's open October 13.

25   BY MR. RIVERO:

1    Q.  Do you see any reference to Bitcoin here?

2    A.  No, I don't.

3    Q.  David Kleiman writes to a bunch of folks saying:  "All" --

4    including Craig Wright -- "I apologize for being a hold-up on

5    my portion of this, referring to domains.  No excuse.  However,

6    I forgot my accountant filed an extension for my taxes on this

7    year and October 15 is the cut-off.  I've been working on that

8    nonstop until the wee hours of the morning for the past few

9    days.  I will not be working tomorrow, Tuesday," and the rest

10   is there for you to see.

11       No reference to hard work on the whitepaper, is there?

12   A.  No.

13   Q.  All right.

14          MR. RIVERO:  Let's see the next email.

15   BY MR. RIVERO:

16   Q.  And sir, you know that the date is October 31 --

17          MR. RIVERO:  We can skip that, Mr. Shah.

18          Is there anything, Mr. Shah --

19   BY MR. RIVERO:

20   Q.  All right.  You know that's the date of the release of the

21   Whitepaper?

22   A.  Yes.  That's what I understand.

23   Q.  All right.  Now, sir, isn't it the case -- again, you stand

24   in the shoes of David Kleiman?  Correct?

25   A.  Yes.

1  Q.  You're his personal representative?

2  A.  Right.

3  Q.  Isn't it the case that -- and I'm going to show you some of

4  these emails, but if we went through every single email between

5  March 12th, 2008 and October 31, 2008, the release of the

6  whitepaper, we would not find one single reference to the

7  Bitcoin Whitepaper.  Isn't that right?

8  A.  I -- I wouldn't know because I never had access to his

9  email system.

10  Q.  Well, given that, sir, I do want to show you a couple of

11  other emails as the personal representative here in court.

12      Sir, I want to show you --

13          MR. RIVERO:  Let me -- I'm going to have to consult.

14          Either D358 or D359 to the extent we have not already

15  shown them in the demonstrative.

16      (Pause in proceedings.)

17          MR. RIVERO:  Yep.  Show 358, if you would, just to the

18  witness.

19          THE COURT:  All right.  D358 was withdrawn.  So what

20  is the joint exhibit number?

21          MR. RIVERO:  I see, Judge.  Can you -- yeah, but --

22  excuse me, Your Honor.

23      (Pause in proceedings.)

24          MR. RIVERO:  We're looking for the number, Your Honor.

25          THE COURT:  All right.

```
 1        (Pause in proceedings.)

 2             MR. RIVERO:  Judge, thank you.  I understand now it

 3   was shifted over from Defendant's to joint exhibit, is what

 4   happened.

 5             THE COURT:  Every exhibit has to have an

 6   identification.

 7             MR. RIVERO:  I know.  I know.

 8        (Pause in proceedings.)

 9             MR. RIVERO:  Your Honor, in the meantime, I'm going to

10   show a hard copy to Mr. Brenner of -- it's two documents, 357

11   and 358.

12             THE COURT:  All right.  So D357 is on your --

13             MR. RIVERO:  Oh, it is on our list.

14             THE COURT:  D357.  Which one is D358?

15             MR. RIVERO:  Yeah, I'm waiting for that from my team,

16   Judge.

17        (Pause in proceedings.)

18             MR. RIVERO:  Judge, in the meantime, I'll show 357 to

19   the witness --

20             THE COURT:  All right.

21             MR. RIVERO:  -- and to counsel who have already seen

22   it.

23             Mr. Shah, could you blow it up, showing the bottom one

24   first.

25
```

```
1    BY MR. RIVERO:

2    Q.  And sir, my question to you is here --

3          MR. RIVERO:  If you could show the To/From, Mr. Shah.

4    BY MR. RIVERO:

5    Q.  Now, Mr. Ira Kleiman, this is from Craig Wright to Dave

6    Kleiman, correct?

7    A.  Yes.

8          MR. RIVERO:  And then if we look at the one above

9    it -- it's on 357.

10   BY MR. RIVERO:

11   Q.  This is from Dave Kleiman, dave@davekleiman.com, directed

12   to Craig Wright, correct?

13   A.  Yes.

14         MR. RIVERO:  Your Honor, I would move the admission of

15   357.

16         THE COURT:  Is there any objection?

17         MR. BRENNER:  Object on 602 grounds with this witness.

18         MR. RIVERO:  602 --

19         MR. BRENNER:  Lack of personal knowledge for the

20   witness.

21         MR. RIVERO:  Your Honor, this is the personal

22   representative of David Kleiman.

23         THE COURT:  Is that the basis, lack of personal

24   knowledge?

25         MR. BRENNER:  For this witness, yes.
```

```
 1              THE COURT:  All right.  The objection is overruled.

 2              MR. RIVERO:  All right.

 3              THE COURT:  Be admitted into evidence.

 4        (Defendant's Exhibit 357 received into evidence.)

 5              MR. RIVERO:  So I -- this fits into the demonstrative.

 6   I don't want to waste the jury's time going back and forth, but

 7   if you forget, let me know and I'll bring you back to the

 8   demonstrative.

 9   BY MR. RIVERO:

10   Q.  Do you remember that the way the emails were running in

11   early June, Craig Wright proposed to Dave and Shyaam to work on

12   the data wipe fallacy and he advised of a deadline in the

13   middle of July?  Do you recall that?

14   A.  Yes.

15   Q.  And then we saw an email where Craig Wright said:  "Have

16   you made any headway?"  Right?

17   A.  Right.

18   Q.  And that's the bottom one here, correct?

19   A.  Yes.

20   Q.  Then this response -- we also saw this response, which is

21   not too much or maybe we didn't -- "Attached is what I started

22   on so far.  Tracked changes are on.  I can definitely get more

23   done tomorrow evening and much more Friday night and through

24   the weekend.  What is our absolute cut-off date, giving you

25   enough time to review and finalize the document?  Dave."
```

1          I apologize if I may be repeating.

2          Do you see that?

3     A.   Yes.

4     Q.   And let's see what Dr. Wright said.  So he says to your

5     brother -- he puts a -- that's a -- an HTTP -- is that a

6     website address?

7     A.   I don't see where you're looking.

8     Q.   Oh, yeah.  Right under the subject line.

9     A.   Yes.  That's --

10    Q.   That's a website address?

11    A.   Yes.

12    Q.   Okay.

13         MR. RIVERO:  But then here's where the text starts,

14    Mr. Shah.

15    BY MR. RIVERO:

16    Q.   "We are in a little luck."  And then he quotes something.

17    It looks like it's talking about:  "You will be permitted to

18    update the PDF version."

19         MR. RIVERO:  Mr. Shah, that's the last sentence of the

20    quoted material.

21    BY MR. RIVERO:

22    Q.   "You will be permitted to update the PDF version of your

23    paper until July 21."

24         See that?

25    A.   Yes, I see it.

1    Q.  Looks like they caught a break and they get a couple more

2    days, right?

3    A.  Yeah.

4    Q.  And he says:  "So as late as Sunday night.  As long as we

5    get a draft up on the 19th, we can update it until the 21st.

6    If you can get me something on Sunday, I can get it done for

7    Monday."  Right?

8    A.  Yes.

9    Q.  Does this sound like two people working together on a

10   paper?

11   A.  Yes.

12   Q.  Okay.  And normal that they would check on deadlines and

13   "what's your progress," right?

14   A.  Right.

15   Q.  But this isn't about Bitcoin?

16   A.  It doesn't appear to be.

17   Q.  Okay.  Now, let me show you --

18           MR. RIVERO:  If we have D359.  If that has a joint

19   exhibit, I ask for it.

20           And let Defense counsel -- pardon me -- Plaintiffs'

21   counsel take a look, Mr. Kleiman, while you review it.

22           Can you make it bigger?

23           MR. BRENNER:  I'm sorry, Your Honor.  Was there a

24   joint exhibit number?  It's not a joint.

25           MR. RIVERO:  It's not a joint.  I was just inquiring

```
1    if it was.  It's not a joint.

2              THE COURT:  So this is D359.

3              MR. RIVERO:  Yes.  Your Honor, I would move the --

4    well, let me -- I'm sorry.

5    BY MR. RIVERO:

6    Q.  Sir, is this an email from Craig Wright to David Kleiman at

7    dave@davekleiman.com?

8    A.  Yes, it is.

9    Q.  All right.

10             MR. RIVERO:  Move the admission of 359.

11             MR. BRENNER:  No objection, Your Honor.

12             THE COURT:  Admitted into evidence.

13        (Defendant's Exhibit 359 received into evidence.)

14   BY MR. RIVERO:

15   Q.  Sir, this is Dr. Wright writing to both Dave and Shyaam,

16   that's the team on The Drive Wipe Fallacy paper, saying,

17   essentially -- would you agree with me he's essentially saying:

18   "Mission accomplished"?

19   A.  Yes.

20   Q.  Actually, I'm wrong.  That's -- I'm sorry.  I take that

21   back.  He says:  "This is what I've uploaded.  Have a read and

22   please make sure there are no glaring errors.  Our last chance

23   to change it ends tomorrow.  Regards, Craig."  Right?

24   A.  Yes.

25   Q.  Again, does this look like a normal team, you know,
```

```
 1    crossing the Ts, dotting the Is, right before the finish line?

 2    A.  I guess so.

 3    Q.  Okay.  Now, I do want to show you --

 4           MR. RIVERO:  I do want to skip forward to 360.

 5           If you would show -- pardon me one second.  Before you

 6    show that, Mr. Shah, let me just take a quick look.

 7           Oh, yeah.  360, if you would put that up for the

 8    witness and for counsel and make this bigger so counsel can see

 9    it and then scroll down.  Thank you, Mr. Shah.

10           Counsel, have a chance --

11           MR. BRENNER:  Give me one second, please.

12       (Pause in proceedings.)

13           MR. BRENNER:  Just one page?

14           MR. RIVERO:  Yes.

15           MR. BRENNER:  I reviewed it, Your Honor.

16           MR. RIVERO:  Let's go to the top.

17    BY MR. RIVERO:

18    Q.  Mr. Kleiman, this is your brother at the top writing to

19    Craig Wright and Shyaam, right?

20    A.  Yes.

21    Q.  And then it's responding to an email from Craig Wright.

22           MR. RIVERO:  Judge, I move its admission -- I'm sorry.

23    I move its admission.

24           MR. BRENNER:  No objection, Your Honor.

25           THE COURT:  All right.  360 in evidence.
```

```
 1          (Defendant's Exhibit 360 received into evidence.)

 2               MR. RIVERO:  Okay.  Let's publish this to the jury.

 3               THE COURT:  You may.

 4    BY MR. RIVERO:

 5    Q.  Okay.  Sir, this is September 9, 2008, right?

 6    A.  Yes.

 7    Q.  It's in the critical time period.  We're about 50 days out

 8    from the Satoshi Nakamoto Bitcoin Whitepaper, right?

 9    A.  Yes.

10    Q.  And they're talking about:  "Our paper."

11          Do you see that?

12    A.  Yes.

13    Q.  And it says -- Craig Wright says to Dave Kleiman and

14    Shyaam:  "Our paper.  Hi.  We have conditional approval.

15    Congratulations and thanks for the effort.  We have a few

16    updates and changes, but there's nothing major.  Thanks,

17    Craig."  Right?

18    A.  Yes.

19    Q.  And then your brother says:  "Let me know what you need me

20    to do and it will be done," exclamation, "Dave."  Right?

21    A.  Yes.

22    Q.  Does that look to you like a team that is enjoying their

23    success with the hard work they have done now with a paper?

24    A.  I suppose so.

25    Q.  All right.
```

```
 1            MR. RIVERO:  Just a moment, Judge.

 2         (Pause in proceedings.)

 3    BY MR. RIVERO:

 4    Q.  I want to talk to you, Mr. Kleiman, about Dave's devices --

 5    David Kleiman's devices.

 6         Actually, before we do that, though, sir, don't you -- you

 7    agree with me that you are not -- you are not a risk-taker in

 8    terms of -- in terms of investments, right?

 9            MR. BRENNER:  Objection.  Relevance.

10            MR. RIVERO:  Judge, this is relevant.

11            THE COURT:  Overruled at this point.

12    BY MR. RIVERO:

13    Q.  You are not a risk-taker as to investments; isn't that

14    right?

15    A.  I don't know if that's exactly accurate.

16    Q.  You agree with me -- will you agree with me that you need

17    to know -- you need to not put all your eggs in one basket in

18    investments, right?

19    A.  Yeah.  I may have said that, yes.

20    Q.  And you have to know when to take your profits, right?

21    A.  Right.

22    Q.  And when Craig Wright was discussing with you a

23    Coin-Exch. -- the Coin-Exch. company -- let me make sure that

24    we understand that -- you went -- you referred to negotiations

25    you had with Craig Wright.  Do you remember that?
```

1    A.  Yes.

2    Q.  Yesterday?

3    A.  Yes.

4    Q.  You and Craig Wright negotiated about a company named

5    Coin-Exch.; isn't that right?

6    A.  Correct.

7    Q.  And what Mr. Wright told you was that Dave was entitled to

8    a certain number of shares in this Coin-Exch. company because

9    Dave -- he had always meant for Dave to be participating in

10   this Coin-Exch. company.  Didn't he say that?

11   A.  That's right.

12   Q.  And I believe you and your father were to receive

13   10 million shares; is that right -- 10 million shares in

14   Coin-Exch., if I'm not mistaken?

15   A.  Yes.

16   Q.  All right.  And, in fact, he transferred the shares to you

17   by putting it into the registry of the company, Coin-Exch.;

18   isn't that true?

19   A.  I believe I received some kind of certificate, but I don't

20   understand the details of it.

21   Q.  Okay.  And when we saw a document about -- some kind of tax

22   document about your receipt of shares being valued or about

23   whether you had paid for it, you had received that in exchange

24   for what it is that Dr. Wright was saying that he believed that

25   David Kleiman was entitled to, right?

```
 1    A.  I think so.  Yes.

 2    Q.  And so what you received was an exchange for a claim of

 3    rights?

 4    A.  For?

 5    Q.  For entitlement.

 6    A.  Yes.

 7    Q.  Okay.  And so that, in that sense, you had a right and he

 8    was providing you shares, right?

 9    A.  Yes.

10    Q.  And there was -- do you understand that there was an

11    attributed value to do that?

12    A.  Not completely, no.  I don't.

13    Q.  Okay.  All right.

14        Now, not only did you feel that -- not only do you feel

15    that you need to know when to take a profit --

16            MR. RIVERO:  Actually, let me go ahead and show you

17    Plaintiffs' 157.

18            Mr. Shah, if you would put it up for the witness and

19    for counsel and make sure that they can see it.  It's their

20    exhibit.

21            Judge, I'm going to move -- if it's not already in,

22    I'm moving the admission of Plaintiffs' 157.

23            MR. BRENNER:  Can you just scroll -- I have no

24    objection, Your Honor.

25            THE COURT:  Admitted into evidence.
```

```
1          (Plaintiffs' Exhibit 157 received into evidence.)

2     BY MR. RIVERO:

3     Q.  Okay.  Sir, this is an email from Craig Wright to you in

4     April of 2014, right?

5     A.  Yes.

6     Q.  And if you'll --

7          MR. RIVERO:  Let's go to Page 4, Mr. Shah.

8     BY MR. RIVERO:

9     Q.  So in this long email chain -- there's a lot of it on

10    here -- the jury has the ability to look at all of this when it

11    wants, but I want to direct your attention to Wednesday, April

12    23, at 1:47 -- 1:37.  It's the second entry.

13         Yeah.  You're in the middle of negotiating about Coin-Exch.

14    and you're going back and forth.  And I guess there's something

15    that you're saying -- it's not the -- the first line is sort

16    of:  "I'm not doubting you, Craig, but that doesn't mean

17    something shouldn't be taken off the table.  Just like trading

18    stocks, you have to know when to take a profit and let the rest

19    ride.  No need for all eggs in one basket."  Right?

20    A.  Yes.

21    Q.  So as of 2014, had there been an ability to obtain a

22    return, you definitely wouldn't have held everything -- you

23    wouldn't have held everything, correct?

24    A.  Yeah.  I think I mentioned to him that I would like to

25    extract a portion of the value, if possible.
```

1    Q.  You would have sold some, at least?

2    A.  Yes.  That's what I brought up with him, yes.

3    Q.  All right.  And then you also said -- and here I'd like

4    to -- you also said that Dave himself -- if he had been there,

5    Dave would have wanted to assure that he wouldn't be -- no.

6        You were telling Craig -- you were assuring Craig that Dave

7    wouldn't want to be riding everything into a new venture

8    without enjoying at least some of it, right?

9    A.  Yeah.  I mean, that was my assumption, I suppose.

10   Q.  Well, we've talked about this before.  Your view was that

11   Dave -- as we've seen in your papers, Dave would have cashed

12   out to -- to enjoy some of it.  Same thing, right?

13   A.  Yeah.  That's what I'm assuming.

14   Q.  All right.  Now, I want to go through this Coin-Exch.

15   thing.

16       Craig offered you shares in Coin-Exch., but you tried to

17   return -- when he gave you the shares, you tried to give them

18   back because of taxes?

19   A.  That was all worked out with Craig's attorney and my

20   attorney.

21            MR. RIVERO:  Well, let me show you Defendant's 285.

22            Please show this to counsel.

23            And, Mr. Shah, it's 10 pages, so please scroll through

24   for counsel so they get a chance to look at it.

25            MR. BRENNER:  Your Honor, I feel like this one may be

1    in already, to expedite things, if it is.

2            THE COURT:  All right.  285 appears to be withdrawn.

3            Is that a joint exhibit?  Because it's withdrawn on

4    the Plaintiffs' exhibit list.

5            Is there a --

6            MR. RIVERO:  I'm waiting to have word.

7            MS. MCGOVERN:  D285.

8            MR. RIVERO:  Judge, I may have misspoken.  I meant to

9    say Defendant's 285.

10           THE COURT:  Oh, all right.

11           MR. RIVERO:  I apologize.  And I'm being told it's

12   admitted, Your Honor.

13           THE COURT:  285.  It's in evidence.

14           MR. RIVERO:  Thank you, Your Honor.

15   BY MR. RIVERO:

16   Q.  So first, let's go to -- there was a part where you --

17   Plaintiffs' counsel actually showed it to you --

18           MR. RIVERO:  In here, Mr. Shah, if you would move up

19   to where Dr. Wright is writing to Ira Kleiman and saying:

20   "Dave may have been cash poor, but he was not poor."

21           If you could move that up and place that.  And it's

22   right here at the bottom, if you can blow up the second -- the

23   bottom of Page 2, the bottom email.

24   BY MR. RIVERO:

25   Q.  You were shown this by your lawyer, right, the part about:

```
 1    "Next thing for you to discover is that Dave may have been cash

 2    poor, but he was not poor"?

 3    A.  Yes.  I've seen that.

 4    Q.  Right.  Now, the implication of the question was that that

 5    was referring to Bitcoin?

 6              MR. BRENNER:  Objection.  Argumentative.

 7    BY MR. RIVERO:

 8    Q.  Do you remember?

 9              THE COURT:  Rephrase.  The objection is sustained.

10              MR. RIVERO:  Okay.  All right.

11    BY MR. RIVERO:

12    Q.  He was referring to shares in Coin-Exch., wasn't he?

13    A.  I don't --

14    Q.  Let me show you the next line:  "I hold shares in trust for

15    him."

16         Do you see that?

17    A.  Yes.  Yes.

18    Q.  He didn't say:  "I hold Bitcoin in trust for him."

19    A.  Right.  Yes.  I believe he's talking about Coin-Exch. here.

20    Q.  "It is pre-IPO."

21         Do you see that?

22    A.  Yes.

23    Q.  Now, "IPO" means Initial Public Offering, right?

24    A.  Correct.

25    Q.  I think, it seems from your emails you dabble in
```

1    investments, right?

2    A.  Yes.

3    Q.  So an IPO is a moment where a company goes public so the

4    shares become available to the public, right?

5    A.  Yes.

6    Q.  Then he says:  "But with a capital" -- "With a

7    capitalization of around 40" -- "It's pre-IPO, but with a

8    capitalization of around $40 million."  Right?

9    A.  Yes.

10   Q.  He owns 10 percent of it.  Right?

11   A.  Yes.

12   Q.  IPO does not refer -- Bitcoin is not going on an IPO,

13   right?

14   A.  Yeah.  We're talking about Coin-Exch.

15   Q.  Correct.  Okay.  We're talking about Coin-Exch., when he

16   says -- this line that you were shown by your lawyer about

17   "cash poor, but not poor," this is Dr. Wright talking about

18   Coin-Exch., isn't it?

19   A.  Yes.  I believe it is.

20   Q.  And then he says:  "And I'm not kidding."  Right?

21   A.  Right.

22        MR. RIVERO:  Let's go to -- if we could show Joint

23   Exhibit 48.

24   BY MR. RIVERO:

25   Q.  All right.  So this --

1          MR. RIVERO:  Judge, I move its admission as a joint

2   exhibit.

3          THE COURT:  Admitted into evidence.

4      (Joint Exhibit 48 received into evidence.)

5          MR. RIVERO:  If we can publish to the jury.

6   BY MR. RIVERO:

7   Q.  This is Dr. Wright trying to get you to provide him the --

8   whatever documentation he needs to make the share transfer on

9   Coin-Exch., right?

10  A.  Yes.

11  Q.  And it says:  "Just signed," stating the amount for you

12  versus your father, right?

13  A.  Yes.

14  Q.  At this time, your father, Louis, was still alive?

15  A.  Yes.

16  Q.  And so you were both beneficiaries under David Kleiman's

17  will, right?

18  A.  No.  Just myself.

19  Q.  Okay.  All right.  I stand corrected.

20      But you had told him, I take it, that you wanted to make

21  sure your father got some of it?

22  A.  Yeah.  I asked him if my father could be included in the

23  split of shares.

24  Q.  Okay.  And then this is -- by the way, the attachment's

25  called "Company Share Allocation."  Right?

1    A.  Yes.

2    Q.  And it says:  "Hi, Craig" -- you say:  "Hi, Craig.  Is the

3    attached letter sufficient?  Thanks."  Right?

4    A.  Yes.

5    Q.  Okay.

6         MR. RIVERO:  Now, if we can go to Defendant's 289.

7    BY MR. RIVERO:

8    Q.  This is an email from Dr. Wright to you, correct?

9    A.  Yes.

10        MR. RIVERO:  And Judge, I would move the admission of

11   Defendant's 289.

12        MR. BRENNER:  Can we just scroll to the second page.

13   And back to the first, please.

14     (Pause in proceedings.)

15        MR. BRENNER:  I have no objection, Your Honor.

16        THE COURT:  Admitted into evidence.

17     (Defendant's Exhibit 289 received into evidence.)

18   BY MR. RIVERO:

19   Q.  And what happens is Dr. Wright gets your letter.  And he

20   says -- he says:  "As discussed, the 10,642,500 total founder

21   shares in Coin-Exch. PTY Limited that are held by myself

22   non-beneficially for Dave Kleiman's estate are to be

23   distributed as follows," and there's one number for you and one

24   number for your father.

25   A.  Yes.  Correct.

1   Q.  And you have the right to be appointed as a director and

2   you're going through the technical process of doing this,

3   correct?

4   A.  Yes.

5   Q.  Okay.

6           MR. RIVERO:  And then if we can show Mr. Kleiman Joint

7   Exhibit 49.

8           Your Honor, I move the admission of Joint Exhibit 49.

9           THE COURT:  Admitted into evidence.

10      (Joint Exhibit 49 received into evidence.)

11  BY MR. RIVERO:

12  Q.  And sir, then you sign the papers, but you haven't decided

13  at this point who the directors are going to be, right?

14  A.  Yes.

15  Q.  Okay.

16          MR. RIVERO:  Let's go to Defendant's 323.

17  BY MR. RIVERO:

18  Q.  Okay.  Mr. Kleiman, this is just one page.

19      Do you see the minute book of Coin-Exch. -- Coin E-X-C-H,

20  P-T-Y, L-T-D?

21  A.  Yes, I do.

22  Q.  All right.  And sir, have you seen this before?

23  A.  I don't recall seeing it, no.

24  Q.  Okay.  Do you have a recollection that the minute book of

25  Coin-Exch. PTY was annotated to reflect the shares that you and

```
1    your father received?

2    A.  I don't have any understanding of that.

3    Q.  You didn't know that?  Okay.

4    A.  No.

5    Q.  Okay.

6           MR. RIVERO:  Let's move to the next one, Defense 45.

7    BY MR. RIVERO:

8    Q.  Okay.  Sir, this is produced by you, correct?

9    A.  I'm not sure.

10   Q.  Do you see the bottom -- see the little number that -- and

11   your name?

12   A.  Okay.

13   Q.  All right.  And sir, you know this was registered with the

14   Australian Securities and Investment Commission?

15   A.  I didn't know that.

16   Q.  Okay.  But your side produced this document.

17   A.  Okay.  I believe you.

18          MR. RIVERO:  Your Honor, I'm going to move

19   Defendant's 45.

20          MR. BRENNER:  Could we just see the second page,

21   please?

22      (Pause in proceedings.)

23          MR. BRENNER:  No objection.

24          MR. RIVERO:  We can publish.

25          THE COURT:  All right.  Admitted into evidence.
```

```
 1        (Defendant's Exhibit 45 received into evidence.)

 2             THE COURT:  You may publish.

 3   BY MR. RIVERO:

 4   Q.  All right.  This is actually the Australian Securities and

 5   Exchange Commission.  And there was a form number, et cetera.

 6   And it's Coin E-X-C-H, P-T-Y, Limited of Australia.  And then

 7   it's signed by Craig Wright.

 8             MR. RIVERO:  And can we see the second page, Mr. Shah?

 9   BY MR. RIVERO:

10   Q.  And what this does is it changes the register of members of

11   the company to reflect that Craig Wright's shares are reduced

12   by 10,500,000 and your shares are included -- increased by

13   10,500,000, right?

14   A.  Okay.

15   Q.  You see that?

16   A.  Yes.  I see it.

17   Q.  Okay.

18             MR. RIVERO:  Now, I'd like to show you Joint

19   Exhibit 31.

20   BY MR. RIVERO:

21   Q.  All right, sir --

22             MR. RIVERO:  Judge, I'd move the admission of Joint

23   Exhibit 31.

24             THE COURT:  Admitted into evidence.

25        (Joint Exhibit 31 received into evidence.)
```

```
 1            MR. RIVERO:  And ask for publication to the jury.

 2            THE COURT:  You may.

 3   BY MR. RIVERO:

 4   Q.  All right.  Okay.  Now you're talking to Craig Wright about

 5   these shares and you talk -- this is --

 6            MR. RIVERO:  Would you please show the jury bigger the

 7   email from Ira Kleiman to Craig Wright.

 8   BY MR. RIVERO:

 9   Q.  And you're talking about how close you are with Joe Karp

10   and you can't speak highly enough about this guy.  And then you

11   say -- in fact, you say here:  "I'm not sure if Dave ever told

12   you his motorcycle story.  Dave ran up" --

13            MR. RIVERO:  Could you highlight this, Mr. Shah:  "I'm

14   not sure if Dave ever told you his motorcycle story."

15   BY MR. RIVERO:

16   Q.  Can you see it?

17   A.  Yeah.

18   Q.  "Dave ran up some crazy bills and was in debt for, I think,

19   $20,000.  Joe, along with my parents, helped erase them all.

20   He was debt-free and could start fresh, but what does Dave do?

21   He goes out and buys a motorcycle.  A week later, he gets in

22   the accident that changes everything."  Right?

23   A.  Yes.

24            MR. RIVERO:  And then on Page 2 of 7, Mr. Shah.

25
```

```
 1    BY MR. RIVERO:

 2    Q.  Okay.  Now, you say to Craig Wright on April 28th, 2014:

 3    "I have been giving some thought about how to handle the shares

 4    of Coin-Exch.  If I choose to sell some this year, could I then

 5    do the same the following years?"

 6         That's what you say, right?

 7    A.  Yes.

 8    Q.  What you're thinking about is selling this off, you know,

 9    selling some this year, next year, and the next year, selling

10    it off, right?

11    A.  Correct.

12    Q.  You are not planning to hold it for the long term?

13    A.  No.  I believe he gave me the options and I responded back.

14    I told him I would just like to sell a portion and then hold

15    the rest.

16    Q.  Well, I mean, here it says:  "If I choose to sell some of

17    this," you were going to do the same the following years?

18    A.  Yeah, I just wanted to know what was capable.

19    Q.  And you say -- and then if you go -- here, you're going to

20    say why you wanted to do this:  "I'm considering this route for

21    a couple of reasons.  Being that I still get calls each day

22    from Dave's debt collectors" -- and this is the story about all

23    this debt problem, right?

24    A.  Yes.

25    Q.  Okay.  And that goes on -- I've already shown this to the
```

 1    jury.

 2         And then you say below:  "I don't know where he spent that

 3    money.  So I was wondering if he helped fund the W&K

 4    operation."  Right?

 5    A.  Yes.

 6    Q.  Now, sir, if he helped fund the W&K operation, you would

 7    definitely agree with me that he would have an interest in

 8    reporting that to the IRS so he could show a loss in the

 9    business that would offset future gains; isn't that right?

10    A.  Yeah, that sounds right.

11    Q.  Okay.  But there was no tax return?

12    A.  Not to my knowledge.

13    Q.  Okay.  So let me go back to the bottom here, all the way to

14    the bottom:  "But I figured just in case, it might be good to

15    sell some shares now for safety.  Another problem I'm thinking

16    about is if I do sell some shares, the debt collectors may come

17    after the proceeds.  Do you know how I can minimize this risk

18    as well as the taxes?"  Right?

19    A.  Yes.

20    Q.  That's what you're thinking about, right?

21    A.  I believe -- well, I guess it goes into communications with

22    my attorney.  Something along these lines were brought up.

23    Q.  Okay.  And sir, I want to show you, then -- this is April

24    28.  I want to show you Defendant's D46 and see where you go

25    with that subject.

```
 1          MR. RIVERO:  Yeah.

 2   BY MR. RIVERO:

 3   Q.  Now, what happens on May 30th, 2014, that's a month after

 4   your email to Craig --

 5          MR. RIVERO:  And you're going to have to make this

 6   bigger for anybody to read it, Mr. Shah.  It's a little tough,

 7   so I'm going to -- I'll read it out loud here.  It is the

 8   second paragraph.

 9   BY MR. RIVERO:

10   Q.  This is Joe Karp talking to Craig Wright's lawyer, right?

11   A.  Yes, it is.

12   Q.  "What I would like to do is arrange for contemporaneous

13   rescission of this stock transfer to Ira or just retain the

14   transfer to Ira with a -- documentation of how the amounts were

15   arrived at and what they are equal to in terms of the date of

16   David's death versus the date of the transfer.  I would like it

17   to reflect that it is not income to Ira."  Right?

18   A.  Yes.  That's what it says.

19   Q.  What Karp is trying to do is -- as you had indicated in

20   your email, he's trying to figure out how not to pay taxes on

21   this, right?

22   A.  I'm not entirely sure.

23   Q.  He wrote it on your behalf, right?

24   A.  Yes.

25   Q.  Okay.
```

```
1              MR. RIVERO:  And let's see the bottom, Mr. Shah.

2    Bottom.

3    BY MR. RIVERO:

4    Q.  Now, sir, the very bottom, do you see that you're copied on

5    the letter, Mr. Kleiman?

6    A.  Yes.

7    Q.  You knew what your lawyer was doing, right?

8    A.  I don't understand these type of matters.  That's why I

9    seek out lawyers.

10   Q.  Okay.  Let's talk about the devices.

11       You get to your brother's house a couple of weeks -- two to

12   three weeks after his death, right?

13   A.  Yes.

14   Q.  And you have had a professional cleaning crew there?

15   A.  Correct.

16   Q.  But you don't have -- you don't have any reason to say the

17   professional cleaning crew had discarded either devices or

18   papers, do you?

19   A.  No.

20   Q.  No.  Okay.

21       So what you do is you throw away a bunch of Dave's papers

22   and you formatted drives that you couldn't access, right?

23   A.  I formatted two empty drives and irrelevant papers.

24   Q.  This demonstrative was used by --

25              MR. RIVERO:  Judge, just a housekeeping.  I'm not sure
```

```
1    that I moved the admission of D46.

2             THE COURT:  You did not.

3             MR. RIVERO:  I did not.

4             Your Honor, I would move its admission at this time.

5             MR. BRENNER:  Which one was that, Judge?

6             THE COURT:  D46.

7             MR. BRENNER:  Is that the last one that was just on

8    the screen?

9             MR. RIVERO:  No.  Mr. Brenner, it is -- can you show

10   D46.

11            MR. BRENNER:  This is the Karp letter?

12            MR. RIVERO:  Yeah.

13            MR. BRENNER:  No objection, Your Honor.

14            THE COURT:  All right.  Admitted into evidence.

15       (Defendant's Exhibit 46 received into evidence.)

16       (Pause in proceedings.)

17   BY MR. RIVERO:

18   Q.  You're telling the jury that you reformatted this one and

19   this one.

20   A.  That's correct.

21   Q.  Yeah.  Mr. Kleiman, do you have the devices?

22   A.  Yes.

23   Q.  Where are they?

24   A.  They're at my home.

25   Q.  Okay.  And did you bring them here today?
```

```
1            MR. BRENNER:  Your Honor, this has been addressed by
2   the Court pretrial.
3            THE COURT:  The objection is sustained.
4   BY MR. RIVERO:
5   Q.  Sir, this -- when you say that you -- it was empty, what
6   happened was that you opened it and a message came up about
7   something to do either with the operating system or
8   reformatting, right?
9   A.  Yeah.  A pop-up shows up and says the drive needs to be
10  formatted.  So that's what I did.
11  Q.  Did you later learn that your brother had put -- had used
12  this kind of device as a security measure that was designed to
13  protect the security of his drives?
14  A.  I've never heard of anything like that.  No.
15  Q.  Okay.  You didn't talk to any of his friends about that
16  subject?
17  A.  About any -- no.
18  Q.  Okay.  So when did you -- when did you -- when you were --
19  changing the format is changing the operating system on the
20  drive, right?
21  A.  No.  It's just completely -- just starting a fresh drive.
22  The drive -- you can't use it until you format it.
23  Q.  Okay.  So you formatted that.
24       Was there encrypted data on this particular drive?
25  A.  No.  The same thing applied to both of those drives.  They
```

1    both suggested that they needed to be formatted before they

2    could be used.

3    Q.  But my question is:  Was there, in truth and in fact,

4    encrypted data on either of these two drives, do you know?

5    A.  No.

6    Q.  Okay.  You tried to look in them, but you didn't see

7    anything, right?

8    A.  Like I said, all I saw was that pop-up message that it

9    needed to be formatted.

10   Q.  Now, this one, you wrote on here:  "Blank.  Needs format."

11   And what's this word -- if you can see it?

12   A.  I -- I can't see it.

13   Q.  You wrote that, though, I assume?

14   A.  Yeah.  Whatever's on there is written by me, yes.

15           MR. RIVERO:  Judge, can I bring it closer to

16   Mr. Kleiman so he can try to read it?

17           THE COURT:  Certainly.  Or you can show him the

18   exhibit.  Whatever is easier.

19           MR. RIVERO:  Oh, do we have it as an exhibit?  Oh,

20   yeah.  Thank you.

21           Can we show that?

22           Actually, we can show it to the jury, too.  It might

23   be easier to -- oh, there it is.

24   BY MR. RIVERO:

25   Q.  Okay.  What is that?  It looks like "S"?

```
1    A.  Looks like.

2    Q.  "S-E"?

3    A.  "S-E-C" -- yeah, I'm not sure what that is.

4    Q.  Is that you, though?

5    A.  I believe so.

6    Q.  Okay.  What were you trying to do?  When you were writing

7    on these, what were you trying to do?

8    A.  Yeah.  I don't remember.  I mean, this is many years ago.

9    This could be back in 2013, '14.

10   Q.  Okay.  And sir, on this one you wrote just:  "Empty."

11   Right?

12   A.  Yes.

13   Q.  And then on this one, you -- what did you write there:

14   "Raw."  Right?

15   A.  Yes.

16   Q.  Okay.  Isn't it the case that at least some of these drives

17   had encrypted data or is that incorrect?

18   A.  Not to my knowledge.

19   Q.  So none of these had encrypted data.  Is that what it is?

20   A.  Not to my knowledge, no.

21   Q.  Okay.  But -- all right.  But these devices --

22        MR. RIVERO:  If you could show that also by screen,

23   Mr. Shah.

24   BY MR. RIVERO:

25   Q.  These are something else, right?
```

```
1    A.  Yeah.  Those are thumb drives.

2    Q.  Okay.  Now, sir, in these -- somewhere in these was

3    encrypted data, correct?

4    A.  Again, not to my knowledge.

5    Q.  You don't know that there is data encrypted in some of

6    these devices beyond the encryption?

7    A.  Oh.  Oh, yes.  There is one file that I located that I

8    believe is a TrueCrypt file and that's the one I think I spoke

9    about the other day where Craig mentioned that he had a backup

10   to TrueCrypt -- backup files of Dave's.  So I assumed that he

11   was referring to the same file that I located.

12   Q.  Which one had the TrueCrypt?

13   A.  I don't recall because I copied that file onto many of the

14   drives just in case, you know, it was something of importance.

15   Q.  Okay.  And you don't know exactly -- so you were doing

16   things with these drives.

17   A.  Yes.

18   Q.  So you say -- do you know if it was one of these?

19   A.  It could have been.

20   Q.  You don't know?

21   A.  No.

22   Q.  Okay.  Sir, let's talk about those.  And I've got -- this

23   is not the actual device which is in your home, but this is an

24   exemplar.  It's a similar device purchased off of probably

25   Amazon.  Do you see it?
```

```
1    A.  Yes.

2    Q.  And it's called a CORSAIR Survivor.  Are you familiar with

3    it?

4    A.  From looking at my brother's, yes.

5    Q.  All right.  Do you understand that this is designed to mil

6    spec, if you know what that means?

7    A.  I don't know.

8    Q.  Military specifications.

9    A.  Okay.

10   Q.  Do you know that?

11   A.  Okay.  Yes.

12   Q.  Do you know that?

13   A.  I believe I've heard that term, yes.

14   Q.  Do you understand the aluminum that is used to make it as

15   protective as possible is aircraft-grade aluminum.  Do you

16   understand that?

17   A.  Yes.

18   Q.  And do you understand that it would withstand being

19   submerged up to 200 meters?

20   A.  Okay.

21   Q.  Do you know that?

22   A.  I didn't know that.

23   Q.  All right.  And sir, do you understand you couldn't get

24   to -- I couldn't get to 200 meters scuba diving; it would have

25   to be a submarine?  You understand that, right?
```

1    A.   Yeah.

2    Q.   And it has this special gasket so that it can be opened,

3    but maintaining that security -- about it's not being damaged.

4    A special gasket, right?

5    A.   Okay.

6    Q.   Sir, whenever it is that you did see your brother, didn't

7    he keep one of these devices on him, key chain or backpack or

8    elsewhere, at all times?

9    A.   I've heard other people mention that.  But to my personal

10   knowledge, I've never seen him do that.

11   Q.   Okay.  So you never saw this kind of a device?

12   A.   No.

13   Q.   All right.  And sir, would you agree with me that if your

14   brother, being a computer guy and all -- if he had something

15   very, very important, and he was keeping this on his person, he

16   would keep that very important thing in such a device?

17   A.   Perhaps.

18   Q.   All right.  Now, you made mistakes in throwing away a bunch

19   of Dave's papers and formatting drives that you couldn't

20   access, right?

21   A.   I may have said that in a email to Craig when he told me

22   that Bitcoin could possibly be located on Dave's devices.  And

23   so, at that point, I thought like discarding anything of Dave's

24   could be like a mistake.

25   Q.   Let me show you Defendant's 488.

```
 1              MR. RIVERO:  And I'm going to ask Mr. --
 2   BY MR. RIVERO:
 3   Q.  First of all, this is from you to Craig Wright, correct?
 4   A.  Yes, it is.
 5              MR. RIVERO:  And I'm going to move the admission of
 6   Defendant's 488.
 7              MR. BRENNER:  One moment, Your Honor.
 8          (Pause in proceedings.)
 9              MR. BRENNER:  That's just the one page, correct?
10              MR. RIVERO:  Yes.
11              MR. BRENNER:  And the bottom one's blank or just -- no
12   objection, Your Honor.
13              THE COURT:  All right.  Admitted into evidence.
14          (Defendant's Exhibit 488 received into evidence.)
15   BY MR. RIVERO:
16   Q.  And so you say to Mr. Wright -- Dr. Wright -- you say a
17   number of things, but the second paragraph --
18              MR. RIVERO:  If you could highlight that, Mr. Shah.
19   BY MR. RIVERO:
20   Q.  "As mysterious and exciting as all this news is, I also
21   feel nervous about making mistakes.  I very well could have
22   already made some months ago by throwing away a bunch of Dave's
23   papers and formatting drives that I couldn't access."  Right?
24   A.  Yes.
25   Q.  And it's interesting.  You say that at the very bottom:
```

1    "Being" -- the last sentence:  "Being that I've only met

2    Patrick a couple times in my life, I was wondering if there are

3    any safety measures you can recommend to me so I don't make

4    another mistake."  Right?

5    A.  Right.

6    Q.  Okay.  By the way, did you -- did Craig Wright recommend

7    that you put all these devices in a safe deposit box?

8    A.  That's what this letter was getting to.  I was asking for

9    his advice for how I should secure them.  And I think if you go

10   back and look at the emails, he didn't really give me much

11   advice.

12   Q.  Okay.  You told people on several occasions that you had

13   placed the devices in safe deposit boxes, did you not?

14   A.  Yeah.  I think you're referring to an email that I sent to

15   Patrick and I may have said that I placed it in a safety

16   deposit box.  But it was actually just a thought of mine.  I

17   didn't.  I just ended up keeping the drives in Dave's backpack.

18   Q.  You told people you had put the drives in safe deposit

19   boxes for safekeeping, did you not?

20   A.  Like I just said, I think you're referring to the Patrick

21   Paige email.  That's the only one that I recall.

22   Q.  Sir, I'm not asking you -- I'm just asking you:  Isn't it

23   true that you told people that you had put the devices in safe

24   deposit boxes?

25   A.  I told Patrick Paige that I may have put it in a safety

```
1    deposit box, yes.

2    Q.  That you may have?

3    A.  Something like that.  I have to look at the exact email.

4    Q.  Yeah.  You didn't, did you?

5    A.  No.  I just told you, I put it -- left it in Dave's

6    backpack.

7    Q.  You just left it in a backpack in a -- is it in your

8    bedroom or in your storage closet?

9    A.  It's in one of our rooms.  I don't know.

10   Q.  Okay.

11           MR. RIVERO:  Now, I would like to show it -- to the

12   Court, counsel and the witness, the demonstrative exhibit

13   concerning the electronic devices.

14           Your Honor, this was presented to the Court on

15   October 1st.  And Judge, I would like to use this demonstrative

16   with the jury, if I'm permitted.

17           MR. BRENNER:  I'm sorry.  Is it just the one page?

18           MR. RIVERO:  I believe it's -- yes, I think it is

19   because it's just the 14 devices.

20           Mr. Shah, if there's any more, please scroll up.  I

21   don't think so.

22           THE COURT:  Is there any objection to the use of this

23   demonstrative aid?

24           MR. BRENNER:  No, there is not, Your Honor.

25
```

```
1    BY MR. RIVERO:

2    Q.  All right.  Now I'm going to show --

3            MR. RIVERO:  Can we show the jury?

4    BY MR. RIVERO:

5    Q.  Sir, these are -- these are names for these different

6    devices.  They're numbered 1 through 14.  There's a model

7    description.  And then there are two, for now, empty columns of

8    data overwritten after David -- Dave Kleiman's death and data

9    encrypted.  Do you see that?

10   A.  Yes, I do.

11   Q.  And let me just sum up again to make -- for clarity.

12       The first one says -- Device 1 says "CORSAIR Survivor

13   Stealth TB Black USB Thumb Nail."

14       Do you understand that this is a black CORSAIR USB thumb

15   nail?  Right?

16   A.  Yes.

17   Q.  That's what matches Number 1?

18   A.  Yes.

19   Q.  Okay.  So sir, now, let's say it's the case --

20           MR. RIVERO:  If you would, as to Number 1 --

21   BY MR. RIVERO:

22   Q.  -- that data was overwritten on this device after Dave's

23   death and it contained encrypted data.  Is that not true?

24   A.  That, I don't have knowledge of.

25   Q.  Sir, on Number 2, if we can see that --
```

```
 1              MR. RIVERO:  Mr. Shah, if you can advance.

 2    BY MR. RIVERO:

 3    Q.  Isn't it the case that both encrypted data was on there and

 4    you overwrote that drive?

 5    A.  Again, I don't have any knowledge of there being encrypted

 6    data on any of the drives.

 7    Q.  How about Number 3?  Isn't it true that the third

 8    CORSAIR -- by the way, one's gray/blue, which may be this

 9    one -- gray/blue, and then one is gray/orange.  And I won't

10    venture a guess, but it's one of these.  That might be orange.

11    Somebody might describe that as orange.

12         That also had encrypted data and was overwritten by you?

13    A.  Again, not to my knowledge.

14    Q.  Let me show you as to Number 4.  I'm not going to guess

15    which one it is, sir, but -- oh, this one says it "CEIC Thumb

16    Drive."

17         That had -- that had -- you overwrote the data on that,

18    didn't you?

19    A.  (No verbal response.)

20    Q.  Do you deny it?

21    A.  I don't have any knowledge of seeing any encrypted or

22    noticing encrypted data.  I mean, I simply used these drives as

23    my personal storage devices.  I would add and then delete my

24    files just like regular hard drives, but I don't recall ever

25    like touching any of Dave's files.
```

```
 1        There was only one encrypted file that said:  "Do not

 2   delete."  And that file, I never touched and I copied it onto

 3   many other devices.  And that file is safe and sound --

 4   Q.  Yeah.  Mr. Kleiman --

 5           MR. BRENNER:  Your Honor, he's not finished with his

 6   answer.

 7           THE COURT:  Let the witness finish, please.

 8           THE WITNESS:  That file is safe and sound.  I never

 9   deleted it.

10   BY MR. RIVERO:

11   Q.  Mr. Kleiman, this -- I'm sorry.  Are you still --

12   A.  Yeah.  No.  I'm done.

13   Q.  I'm not talking about encrypted as to this particular

14   device.  Here, you overwrote the data.  Do you understand?

15   A.  (No verbal response.)

16   Q.  Did you or did you not overwrite the data?

17   A.  Possibly my own -- I think if you're referring to my own

18   data --

19   Q.  Okay.

20   A.  -- then, yes.  By adding and deleting my files, I suppose

21   that overwrites my data.

22   Q.  Okay.  So then on Item 5, you overwrote data, did you not?

23   A.  Yes.  My own data.

24   Q.  This is your testimony.

25        Device 6, under oath, you say -- did you overwrite the data
```

1    or not on Number 6?

2    A.  My data, yes.

3    Q.  Number 7, the key USB thumb drive, did you overwrite data

4    or not?

5    A.  If it was -- possibly.  I mean, you're asking me what I did

6    so many years ago with my own personal storage.  It's -- I have

7    no idea.  But if you have a forensic report that says exactly

8    what I did, then maybe I did.  I don't know.

9    Q.  There's a lot of answers there, Mr. Kleiman.  I'm trying to

10   get one.

11       Did you overwrite or not or you don't remember?

12   A.  Yeah.  Okay.  I probably should say I don't remember.

13   Because I don't remember.

14   Q.  Okay.  Then let's go to -- you know that there are -- you

15   know that there are forensics experts in the case, right?

16   A.  Yes.

17   Q.  Okay.  Let's go to Number 8.

18       Didn't you overwrite the data on the Micro Vault Tiny USB

19   drive?

20   A.  If a forensic report says so, then maybe I did.

21   Q.  Okay.  Number 9, did you overwrite data on Number 9?

22   A.  I don't remember.

23   Q.  On Number 10?

24   A.  I don't remember.

25   Q.  On Number 11?

1    A.  If you're referring to the Windows 7 and Windows 8 drives,

2    then, yes, I formatted those.

3    Q.  I'm seeing one -- there's Seagate here and one Seagate

4    there, sir.  Do you know?

5    A.  Yes.  I formatted a Seagate internal drive, yes.

6    Q.  Okay.  And in doing so, you overwrote data, did you not?

7    A.  No, because I didn't believe there was any data on it.

8    Q.  You didn't believe there was any data on it?

9    A.  That's what the drive prompted me.  It said it didn't

10   contain any data; therefore, I formatted it.

11        MR. RIVERO:  Number 12, Mr. Shah.

12   BY MR. RIVERO:

13   Q.  Encrypted data, sir.  Isn't that the case?

14   A.  What's that?

15   Q.  It had encrypted data, did it not?

16   A.  I don't know.

17   Q.  Number 13, both encrypted data and overwritten data; isn't

18   that right, Mr. Kleiman?

19   A.  Again, I don't know.

20   Q.  Number 14, encrypted data and data overwritten; isn't that

21   right?

22   A.  I don't know.

23   Q.  Okay.  All right.  Now, these devices, sir, you were

24   concerned about using them, as we saw in the email, right?

25   A.  Yes.

1   Q.  But you did continue to use them in 2014 after you had

2   described it as a possible mistake.  You continued to use these

3   devices; isn't that right?

4   A.  Yes.  To put my own personal files on.  Yes.

5   Q.  Sir, your brother wrote an article about overwriting data

6   in a data wipe, right?

7   A.  Right.

8   Q.  You understand that when you put data on top and on top,

9   either -- whether you believe in your brother's theory of

10  things or in the more conservative theory, you eventually wipe

11  everything out; isn't that right?

12  A.  I understand that now.  But at the time, like I said, the

13  only file that I noticed that could be -- potentially have any

14  value was the one that said:  "Do not delete."

15  Q.  I want to be real clear on this because the truth is your

16  brother and Dr. Wright actually did some groundbreaking work on

17  this.  And they proved up that you don't have to do multiple

18  overwrites and that a single overwrite can create a data wipe.

19      Do you understand that's something that your brother did

20  important work with Dr. Wright to establish?

21  A.  Yeah.  I understand that now.

22  Q.  Right.  And you continued to use these devices in 2014, did

23  you not?

24  A.  Yes.

25  Q.  You continued to use them in 2015, did you not?

```
1    A.  Yes.

2    Q.  You continued to use them in 2016, did you not?

3    A.  Yes.

4    Q.  You continued to use them in 2017, did you not?

5    A.  I believe so.

6    Q.  And you continued to use them in 2018, did you not?

7    A.  Yes.

8    Q.  And you continued to use them after the filing of this

9    lawsuit, did you not?

10   A.  I may have taken off some of my personal files.  But,

11   again, I -- I've never touched Dave's files.

12   Q.  Okay.

13        MR. RIVERO:  Here, I'm going to ask Mr. Shah -- on

14   that answer because you were equivocal, sir, I want to show the

15   14 --

16        MR. BRENNER:  Objection to the commentary, Your Honor.

17        MR. RIVERO:  I want to play for the jury, sir, your

18   testimony at -- let me publish to Defendants -- to Plaintiffs,

19   at Ira Kleiman 1, Page 52, lines 25 through 54.

20        MR. BRENNER:  May I have a moment, Your Honor?

21        THE COURT:  Certainly.

22        MR. BRENNER:  The page and line again, Mr. Rivero?

23        MR. RIVERO:  Page 52/25 to Page 54/1.

24   (Pause in proceedings.)

25        MR. BRENNER:  Your Honor, the witness gave the precise
```

1   answers as he gave in the deposition.

2            It's not proper impeachment.

3            MR. RIVERO:  All right.  Then, Your Honor, what I

4   would propose to do is to play from lines 22 at Page 52 to line

5   1 on Page 54.

6            MR. BRENNER:  I need those again.  I'm sorry.

7            MR. RIVERO:  Sorry.  Page 53, line 20 through Page 54,

8   line 1.

9        (Pause in proceedings.)

10           MR. BRENNER:  Precise answer the witness gave in

11  trial, same as the deposition.  Improper impeachment.

12           MR. RIVERO:  No, Your Honor.  These are precisely the

13  questions I've just asked.

14           MR. BRENNER:  I -- Your Honor, I agree it's precisely

15  the questions he asked, and he gave the same answers in

16  deposition.

17           MR. RIVERO:  No.  That's not true, Judge.

18           THE COURT:  All right.  Let me look at the deposition.

19  Give me one moment.

20       (Pause in proceedings.)

21           MR. RIVERO:  Your Honor, may we approach or -- I don't

22  know.

23           THE COURT:  I have it.

24           MR. RIVERO:  Oh, I'm sorry.

25           THE COURT:  Page 53?

```
1              MR. RIVERO:  Oh, I apologize, Judge.  I didn't know

2     you had access.

3              Yeah.  Judge, I was saying Page 53, line 20 -- or

4     perhaps line 22, Judge.  But either line 20 or 22 to Page 54,

5     line 1.

6              THE COURT:  I'm going to permit it.  The objection is

7     overruled.

8              MR. RIVERO:  Mr. Shah, do you have that?  Do you

9     understand where it is?  From line 20 on Page 53, to line 1 on

10    Page 54.  Apologize for changing it on the fly, Mr. Shah.

11             All right.  Would you please play that for everyone

12    including the jury.

13        (Video played.)

14    BY MR. RIVERO:

15    Q.  Sir, do you understand there's a duty in our courts to

16    preserve evidence after you file a lawsuit?

17             MR. BRENNER:  Objection.  Improper question of a

18    witness.

19             THE COURT:  Sustained.

20             MR. RIVERO:  Your Honor, I have a motion to make.

21             THE COURT:  All right.  Let's continue.

22             MR. RIVERO:  I'm looking, Judge, for my next area of

23    examination.

24        (Pause in proceedings.)

25
```

```
 1   BY MR. RIVERO:
 2   Q.  Okay.  With regard to the drives that you gave to Patrick
 3   Paige, before you gave them to Patrick Paige, you didn't get
 4   any professional analysis of those, did you?
 5   A.  No.  He told me that they were Computer Forensics' hard
 6   drives.
 7   Q.  You did not look in those drives yourself?
 8   A.  No, I didn't.
 9   Q.  And you didn't access those drives?
10   A.  No.
11   Q.  You don't know what was stored on those drives?
12   A.  No, I don't.
13   Q.  And if there was a Bitcoin wallet on there, you wouldn't
14   know?
15   A.  I wouldn't know.
16   Q.  And you never asked Patrick Paige for those drives back?
17   A.  I don't recall if we did in our -- the litigation with him
18   or not.
19   Q.  You never got them back?
20   A.  No.  I never retrieved them, no.
21   Q.  Right.  In other words, there's two drives that were in
22   your brother's house on the day that he was -- his body was
23   discovered, and you filed a lawsuit and you finished the
24   lawsuit, right?
25   A.  Yes.
```

1    Q.  And what you told -- what you said under oath was you got

2    what you wanted out of the lawsuit, right?

3    A.  Yes.

4    Q.  But you didn't get back those two drives?

5    A.  No.  I didn't get the drives.

6    Q.  And you never knew what was on the drives?

7    A.  That's correct.

8    Q.  You don't know what's on the drives today?

9    A.  That's correct.

10   Q.  On the drive you threw out -- you threw away a drive,

11   right?

12   A.  Yes.

13   Q.  You couldn't tell us one way or another today whether there

14   were Bitcoin wallets or Bitcoin information on that drive;

15   isn't that true?

16   A.  I wouldn't know what was on the drive, no.

17   Q.  You were never able to access it?

18   A.  Correct.

19   Q.  You thought it was broken, correct?

20   A.  Yes.

21   Q.  But you didn't get any professional help to look at it?

22   A.  This drive was discarded long before Craig ever contacted

23   me and mentioned anything about Bitcoin.

24   Q.  Your brother was a very highly regarded computer security

25   expert, right?

1    A.  Yes.

2    Q.  His life's work -- he had devoted himself to computer

3    security issues, right?

4    A.  Yes.

5    Q.  He had written an important paper with Dr. Craig Wright,

6    which got recognition, right?

7    A.  Yes.

8    Q.  And you took a drive and you threw it out without getting

9    any help to find out if there was a way to turn it on or to

10   access it; isn't that right?

11   A.  Yes.  I just thought it was a broken drive.  I had many

12   other of his drives.

13   Q.  And he had told you he was inventing something bigger than

14   Facebook?

15   A.  Yeah.  Yes.

16   Q.  Now, there was -- besides the two devices that you gave to

17   Carter and Patrick, there was also a telephone.

18   A.  Yes.

19   Q.  And I don't see a telephone among these devices that you

20   have given us photographs of.  There's no phone.

21   A.  The cell phone was given to Patrick.

22   Q.  Okay.  And you didn't do any analysis of the contents of

23   the phone before you gave it over to Patrick?

24   A.  I could not access the phone and I was asking for Patrick's

25   assistance to get into it.

```
 1    Q.  It was a Samsung Galaxy?

 2    A.  I believe so.

 3    Q.  And you didn't get into it?

 4    A.  What's that?

 5    Q.  You didn't get into it?

 6    A.  I never retrieved the phone back.  So no.

 7    Q.  Actually, no.  I'm not sure I understand, sir.

 8        Did you get into the phone?

 9    A.  No.  I never got into the phone.

10    Q.  In other words, when you had it, if I understand what

11    you're saying, you asked for Patrick's help to try to get into

12    the phone?

13    A.  Yes.

14    Q.  Did you get into the phone?

15    A.  No.

16    Q.  You don't know what text messages could have been on that

17    phone?

18    A.  No, I don't.

19    Q.  You don't know if there was email on that phone?

20    A.  No.

21    Q.  You don't know if there was any data on that phone?

22    A.  No.

23        THE COURT:  Would this be a good time to adjourn for

24    the evening?

25        MR. RIVERO:  Yes, Your Honor.
```

```
 1              THE COURT:  All right.

 2              Ladies and Gentlemen, as you can see, it is 5:00.  We

 3   will adjourn for the evening.

 4              Tomorrow will be a shorter schedule; that is, at

 5   10:00.  So if you'll make your way in at 9:45.  Be ready to

 6   come into the courtroom at 10:00 and we will proceed until

 7   4:30.

 8              All right.  Have a pleasant evening.

 9              The Court's instructions to you previously apply every

10   day.  You're not to talk about the case, not to allow anyone to

11   talk to you.  Everything learned about the case is learned

12   within this courtroom.

13              Have a pleasant evening.

14      (Jury not present, 5:02 p.m.)

15              THE COURT:  All right.  Mr. Kleiman, you can go ahead

16   and have a seat, sir.  Not a seat -- with your counsel.

17              Go ahead and have a seat.

18              Let me remind you tomorrow we have some criminal

19   matters.  So I would ask that you remove the items so that the

20   attorneys and the defendant may have use of the table.

21              Is there anything that we need to address at this

22   time?

23              MR. RIVERO:  Judge, as I reflect on it, I believe that

24   what is called for is not a request -- it's not a motion to

25   make now, but I will be bringing up a spoliation instruction at
```

1    the appropriate time.

2              Judge, just to make clear, I'm not making a motion at

3    this time.

4              THE COURT:  All right.  Well, with regard to

5    spoliation, let me say that that would have been a motion in

6    limine.  And the Court's deadline with regard to a motion in

7    limine has long passed.  This is not new information.  It

8    certainly is information that was learned and was part of the

9    case for quite some time.

10             So when you state in front of the jury that you have a

11   motion to make, what I don't want to do is I don't want to take

12   the time and require that you come sidebar only to tell me that

13   you're going to be filing a motion at another time.

14             So is there anything for the Court to address based on

15   your statement that you have a motion to make?

16             MR. RIVERO:  No, Judge.  What I was explaining was

17   that on reflection I realized that I would not be addressing it

18   in that fashion.

19             THE COURT:  Okay.

20             MR. RIVERO:  My intention was --

21             THE COURT:  But on reflection, let me say, Mr. Rivero,

22   that I am not going to address an issue with regard to

23   spoliation, not at this late stage.

24             MR. RIVERO:  Judge, another matter is we would move --

25   I think I have a list of documents.  I have a lengthy list of

1    documents that I would move the admission of on the basis

2    that -- I'm glad to consult with counsel overnight -- on the

3    basis that they are email exchanges between David Kleiman and

4    Craig Wright with the same indicia of authenticity, including

5    the email address and the signature block.

6              So Judge, what I would propose to do is to consult and

7    bring that matter to the Court's attention first thing in the

8    morning.

9              THE COURT:  And these are items that are included on

10   your witness -- or excuse me -- your exhibit list?

11             MR. RIVERO:  Yes, Your Honor.  Most -- half of them

12   will be the ones among the demonstratives and then another half

13   that are not on the demonstratives.

14             THE COURT:  All right.  Then let me suggest that the

15   attorneys take the time -- because I do have the Plaintiffs'

16   exhibits to be admitted as part of the video deposition.  So if

17   you'll review and confer.

18             And I would say that we could meet early tomorrow.

19   Unfortunately, we have two matters, so we're hoping to be ready

20   right at 10:00.

21             MR. RIVERO:  I hope we get agreement on it, Judge.

22             THE COURT:  Okay.  All right.

23             Anything further?

24             MR. BRENNER:  I was just wondering if we could get

25   some sort of estimation -- so we could plan our day tomorrow,

1    some sort of estimation of when Mr. Kleiman's going to be done,

2    so we could get our day planned.

3           THE COURT:  How much longer do you have?

4           MR. RIVERO:  Yes.  Judge, I think actually the

5    devices, which I'm not quite finished with, is the -- in my

6    outline is the last long piece.  But I have several smaller

7    areas.  If I had to estimate, I don't believe it would be an

8    hour, Judge.  I think it might be less than an hour, but I

9    don't want to guarantee.  But I think it will be less than an

10   hour.

11          MR. BRENNER:  I'm not trying to hold him to it.  I'm

12   just trying to line up so we can use the Court's time --

13          THE COURT:  All right.  Well, following the redirect,

14   who would the Plaintiffs' next witness be?

15          MR. BRENNER:  Well, it's probably going to be -- I

16   misspoke earlier when I said one of the videos was 25 minutes.

17   I'm sorry.  It is 50 minutes.  So we have two videos and a

18   read.

19          But the total time on those is probably an hour 45,

20   plus the read.  I'm estimating an hour 26.  Three hours.  With

21   a 4:30 end time, we may just -- depending when we get through

22   with Mr. Kleiman, we may just do those.

23          So we may or may not get to Dr. Wright at the end of

24   the day.  Is that right?

25          MR. FREEDMAN:  I think that's correct.

```
 1            MR. BRENNER:  So I just -- it really is a matter of
 2   when Mr. Kleiman gets off the stand.  And that's why I was
 3   trying to figure it out.
 4            THE COURT:  All right, then.
 5            MR. RIVERO:  Judge, just one other housekeeping
 6   matter.
 7            Ms. McGovern informs me -- I'm not going to be doing
 8   that argument, so I don't know all the details -- but that her
 9   view is that we will end up needing some time with the Court to
10   discuss objections to documents within the depo designations.
11   So I would just point that out for what our request would be
12   for planning purposes.
13            THE COURT:  Well, let's see if we can confer and
14   agree.  To the extent that we can't agree, I recognize that
15   we're going to be breaking early on tomorrow, so I certainly
16   don't want to take your comfort-break time or your lunchtime.
17   So unfortunately, we would have to take it up Monday morning.
18            MR. FREEDMAN:  Your Honor, if I may.
19            THE COURT:  I mean, unless --
20            MR. FREEDMAN:  It could be based on the schedule that
21   there may be like 20 minutes before 4:30.  If the Court's
22   amenable, you could let the jury go and we could deal with it
23   then.
24            THE COURT:  Certainly.  I was certainly being
25   accommodating to your schedule.  But if we have that time, then
```

1   let's take it up at the end of the day.

2          MR. FREEDMAN:  I just think that we'll have these

3   three hours of video and Mr. Kleiman for one more hour tomorrow

4   morning.  So it may just not make sense to start Dr. Wright's

5   cross with 20 minutes left in the day, and we could use that

6   time to --

7          THE COURT:  All right.  Then at 4:30 we can address

8   any issues that there may be with regard to these exhibits.

9          MR. FREEDMAN:  But at 4:30, I can't -- sorry.  My

10  suggestion was -- I wasn't being clear, I guess.

11         My suggestion was that I believe -- it sounds like the

12  time might bring us to complete everyone but Dr. Wright's

13  examination at about 4:00 or 4:10.  And if that's the case, the

14  Court could let the jury go at 4:10 and then we could use

15  between 4:10 and 4:30 to address open issues.  If the Court

16  wants, we can proceed to start the cross-examination.

17         THE COURT:  No.  Let's see how far we go.  Because if

18  we have a large chunk of time, I'd rather -- the jury's here

19  and I want to make use of their time.

20         Okay.  All right.  I'll see you tomorrow morning at

21  10:00 a.m.

22         COURTROOM DEPUTY:  Judge, I had just -- Judge, hold

23  on.  I just have one more thing that the jury -- I'm sorry --

24  that the jury brought up.  This may not be a big thing, but the

25  jurors at the end wanted to know if they can move to the seat

```
 1   next of them.  And each juror on the other side said that was
 2   okay because they wanted to be able to see the monitors better.
 3   These on the end.
 4         So they wanted -- the jurors that they sit next to
 5   said that was fine if they were sitting next to each other.
 6   They want to know if that was okay and if everybody was all
 7   right with it.
 8              THE COURT:  If they're comfortable --
 9              COURTROOM DEPUTY:  They are.
10              THE COURT:  -- then certainly they can.
11              COURTROOM DEPUTY:  They asked each other.
12              MR. RIVERO:  Judge, it's all your call.  But I do -- I
13   was going to mention something, is when I sat in the seats to
14   look, it is a little -- I understand why they're saying that
15   because they're a little bit off the camera -- off the screen.
16              THE COURT:  As long as they're comfortable sitting a
17   little closer, then -- certainly they're wearing masks --
18   that -- I don't have a problem with it.
19              MR. RIVERO:  And Judge, I know everyone appreciates
20   the caution you've taken for all of us on the --
21              THE COURT:  Well, let's just keep everybody healthy.
22              All right.  See you tomorrow.
23       (Proceedings concluded at 5:09 p.m.)
24
25
```

```
 1   UNITED STATES OF AMERICA      )

 2   ss:

 3   SOUTHERN DISTRICT OF FLORIDA  )

 4                    C E R T I F I C A T E

 5         I, Yvette Hernandez, Certified Shorthand Reporter in

 6   and for the United States District Court for the Southern

 7   District of Florida, do hereby certify that I was present at

 8   and reported in machine shorthand the proceedings had the 4th

 9   day of November, 2021, in the above-mentioned court; and that

10   the foregoing transcript is a true, correct, and complete

11   transcript of my stenographic notes.

12         I further certify that this transcript contains pages

13   1 - 293.

14         IN WITNESS WHEREOF, I have hereunto set my hand at

15   Miami, Florida this 12th day of November, 2021.

16

17                      /s/Yvette Hernandez
                        Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                      400 North Miami Avenue, 10-2
                        Miami, Florida 33128
19                      (305) 523-5698
                        yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```

**COURT REPORTER:**
**[1]**  196/13
**COURT SECURITY**
**OFFICER: [2]**
14/11 157/15
**COURTROOM DEPUTY:**
**[7]**  4/9 85/8
103/23 177/13
291/22 292/9
292/11
**MR. BRENNER: [205]**
 4/3 4/5 4/8 4/13
4/22 5/16 6/17
6/20 6/22 6/25 7/4
7/6 7/13 7/16 8/2
8/6 8/8 9/9 9/18
10/8 10/16 13/1
13/9 13/20 14/3
15/3 19/1 23/3
23/22 23/25 26/15
34/20 35/11 35/15
41/12 41/16 41/19
43/13 52/4 53/7
53/9 54/15 54/20
55/1 55/23 56/1
56/23 57/5 59/18
62/10 63/14 64/1
65/2 67/14 67/17
67/21 72/6 78/7
79/21 83/9 85/14
88/9 88/11 88/15
92/3 92/24 94/6
94/11 95/21 97/15
101/16 102/21
103/7 106/15
108/17 108/20
108/24 109/3 110/4
110/7 112/10
112/13 115/10
115/20 116/16
121/23 122/1 124/2
125/20 126/16

128/14 130/1 130/6
134/10 135/9 137/5
139/25 142/14
148/18 148/22
149/4 152/24
157/10 157/19
165/5 165/14
167/18 167/24
168/4 169/14 170/9
170/12 171/24
173/1 173/3 173/20
173/22 174/2 174/6
175/3 175/9 175/15
185/6 188/5 188/14
189/20 189/23
192/3 193/16
194/10 196/3 200/6
201/4 201/7 203/3
203/20 203/25
204/3 204/5 204/7
204/13 204/15
204/17 204/21
204/23 204/25
205/3 205/5 205/7
206/2 210/22
212/10 212/13
217/11 220/10
220/14 221/22
222/3 222/5 222/9
222/18 224/8
229/18 238/17
238/19 238/25
241/23 242/11
243/11 243/13
243/15 243/24
245/9 247/23
249/25 251/6
254/12 254/15
256/20 256/23
263/5 263/7 263/11
263/13 264/1 270/7
270/9 270/11
272/17 272/24

279/20 279/22
279/25 280/6
280/10 280/14
281/17 288/24
289/11 289/15
290/1
**MR. FREEDMAN: [17]**
 4/15 11/3 11/8
11/16 11/22 11/24
12/8 12/13 14/4
14/15 14/21 14/24
289/25 290/18
290/20 291/2 291/9
**MR. KASS: [1]**  5/9
**MR. MESTRE: [1]**
5/11
**MR. RIVERO: [506]**
**MR. ROCHE: [1]**
4/17
**MR. ZACK: [1]**
4/19
**MS. LICATA: [1]**
4/20
**MS. MCGOVERN: [13]**
 5/7 11/23 12/7
12/18 12/24 49/6
49/15 87/22 87/24
88/3 88/7 116/7
250/7
**THE COURT: [334]**
**THE WITNESS: [16]**
23/7 30/8 34/25
52/9 91/16 95/8
106/20 115/13
125/23 126/18
158/5 168/6 202/16
217/13 217/15
275/8

**$**

**$1,200 [1]**  71/3
**$1.8 [2]**  154/14
163/4

**$**

**$1.8 million [2]**
154/14 163/4
**$13,105 [1]**  83/17
**$17,678 [1]**  82/1
**$2,081.67 [1]**  96/9
**$2.2 [1]**  164/2
**$2.2 million [1]**
164/2
**$20,000 [1]**  258/19
**$25,000 [1]**  86/2
**$3,246.10 [1]**
84/16
**$4,370 [2]**  70/1
70/3
**$4,922 [1]**  71/4
**$40 [1]**  252/8
**$560,000 [1]**
120/16
**$6,000 [1]**  75/17
**$6,303 [2]**  73/2
73/25
**$650,000 [2]**
156/22 160/9
**$70,125 [1]**  80/17
**$9,169.04 [1]**  86/9

**'**

**'08 [1]**  233/12
**'12 [1]**  71/24
**'13 [1]**  71/24
**'14 [1]**  266/9
**'90s [1]**  42/20
**'Argh.' [1]**  36/4
**'B' [1]**  22/4
**'B,' [1]**  199/2
**'Vicarious [1]**
131/25

**/**

**/s/Yvette [1]**
293/17

**00096 [1]**  96/25
**0025 [2]**  153/21
154/1
**0049 [1]**  154/6
**01 [2]**  160/4 160/5
**0127 [3]**  154/6
156/9 156/13
**0155 [1]**  154/6
**05 [5]**  160/16
161/2 161/4 161/6
162/21
**09 [3]**  163/19
164/1 164/9

**1**

**10 [20]**  1/11 2/16
31/3 70/24 74/24
136/5 137/3 137/7
137/17 185/6
192/20 223/13
224/25 225/16
230/15 233/23
246/13 249/23
252/10 276/23
**10 million [1]**
246/13
**10,500,000 [2]**
257/12 257/13
**10,642,500 [1]**
254/20
**10-2 [2]**  1/23
293/18
**100 [1]**  1/17
**1000 [1]**  1/21
**101 [3]**  2/13 2/13
91/22
**103 [8]**  2/13
102/19 102/23
103/14 103/16
106/24 107/6 107/7
**1040 [2]**  64/22
71/15
**106 [1]**  2/13

**107 [1]**  2/13
**108 [1]**  2/14
**109 [1]**  2/14
**1099 [1]**  75/4
**10:00 [5]**  13/2
286/5 286/6 288/20
291/21
**10th [1]**  233/21
**11 [7]**  2/17 74/25
96/8 141/12 142/12
142/16 276/25
**1100 [1]**  203/18
**1101 [1]**  208/7
**1102 [1]**  209/6
**116 [2]**  2/14 2/14
**119 [2]**  2/15 2/15
**11:20 [1]**  86/17
**11:21 [1]**  86/23
**11:25 [1]**  13/17
**11:40 [1]**  86/23
**11:42 [1]**  88/21
**12 [16]**  16/3 16/21
126/11 127/13
130/19 130/24
150/13 169/7
216/10 217/2 218/7
227/23 227/25
228/25 230/11
277/11
**120 [2]**  227/10
230/7
**121 [1]**  2/15
**122 [1]**  2/15
**129 [1]**  2/16
**12th [6]**  122/16
217/6 224/16 231/5
236/5 293/15
**13 [3]**  133/20
234/24 277/17
**130 [1]**  2/16
**137 [2]**  2/16 2/16
**139 [1]**  2/17
**14 [12]**  17/12
63/23 89/9 89/13

**14... [8]**  103/20
104/1 167/2 202/4
272/19 273/6
277/20 279/15
**140 [1]**  2/17
**142 [2]**  2/17 2/17
**145 [2]**  40/3 40/25
**148 [1]**  2/18
**149 [1]**  2/18
**15 [13]**  2/5 2/12
97/12 97/17 107/20
109/7 112/2 115/4
178/20 184/24
185/1 185/3 235/7
**15/02/2014 [1]**
104/14
**152 [1]**  2/18
**153 [1]**  2/18
**157 [4]**  2/24
247/17 247/22
248/1
**15th [2]**  113/6
114/4
**16 [6]**  185/1 185/3
185/17 231/15
231/17 232/1
**161 [5]**  2/16 127/9
128/3 130/14
130/16
**165 [2]**  2/19 2/19
**168 [2]**  2/19 2/19
**17 [1]**  230/10
**171 [1]**  2/20
**172 [1]**  2/20
**179 [1]**  71/2
**17th [1]**  7/23
**18 [10]**  2/8 18/12
64/20 64/21 64/25
65/12 89/12 168/21
178/11 230/17
**18-cv-80176 [1]**
4/9

**18th [1]**  57/17
**19 [8]**  2/9 71/10
72/5 72/11 188/2
188/12 200/15
231/22
**193 [3]**  188/1
191/9 200/2
**19th [2]**  228/13
241/5
**1:00 [4]**  13/18
121/2 134/23
134/23
**1:04 [2]**  157/8
157/11
**1:37 [1]**  248/12
**1:47 [1]**  248/12
**1st [3]**  143/12
224/1 272/15

**2**

**2.2 million [1]**
154/16
**2/25/2014 [1]**
188/12
**20 [10]**  86/22
225/16 225/17
229/13 280/7 281/3
281/4 281/9 290/21
291/5
**20 minutes [1]**
86/16
**20-minute [2]**
86/15 229/12
**200 [3]**  1/13
268/19 268/24
**2000 [1]**  84/24
**2000s [2]**  8/22
42/22
**2003 [2]**  48/5
48/10
**2008 [30]**  16/3
16/15 16/22 16/24
18/17 78/19 80/23
122/16 123/13

127/13 130/24
130/24 133/20
163/10 216/10
216/11 217/2 217/6
224/16 224/17
225/18 227/23
227/23 228/13
234/22 236/5 236/5
244/5
**2009 [14]**  20/11
23/14 23/21 25/9
31/24 71/24 78/18
78/19 78/21 78/22
78/24 79/1 80/8
86/4
**2010 [10]**  21/5
21/14 21/24 22/2
64/22 71/6 82/17
84/24 84/24 213/15
**2011 [11]**  17/12
71/15 72/2 72/22
73/2 76/17 83/17
83/24 84/25 161/7
161/10
**2012 [7]**  85/21
90/2 90/4 90/13
209/21 210/5 211/5
**2013 [15]**  17/17
18/17 39/10 92/9
93/7 96/8 97/24
98/25 99/5 100/22
101/1 138/1 138/2
138/4 266/9
**2014 [39]**  31/3
33/16 91/13 91/14
96/19 104/14
107/20 113/6 114/4
115/2 115/4 115/19
120/4 136/20
141/15 143/12
178/20 183/24
188/12 188/13
191/20 194/24

**2**

**2014... [17]**
195/18 197/5 199/9
199/22 200/5
200/15 201/3
201/13 202/4
212/21 213/18
248/4 248/21 259/2
261/3 278/1 278/22
**2015 [11]** 116/2
117/18 118/3 178/7
178/11 205/20
205/22 205/23
206/18 206/19
278/25
**2016 [2]** 7/23
279/2
**2017 [6]** 35/6
57/17 60/23 61/1
205/17 279/4
**2018 [13]** 18/5
18/12 61/3 61/14
89/9 94/15 94/18
94/24 150/14 167/2
168/22 169/7 279/6
**2019 [2]** 63/18
71/8
**2021 [3]** 1/5 293/9
293/15
**205 [3]** 2/20 133/5
133/9
**206 [1]** 2/20
**20th [1]** 199/9
**21 [7]** 2/19 92/9
97/24 168/14
168/15 168/18
240/23
**210 [2]** 2/21 2/21
**212 [2]** 2/21 2/21
**219 [2]** 2/22 2/22
**21st [2]** 98/25
241/5
**22 [5]** 47/15 49/12

**2205 [1]** 151/13
**221 [1]** 2/22
**222 [1]** 2/22
**22nd [7]** 99/5
200/5 200/15 201/2
201/13 225/18
225/22
**23 [1]** 248/12
**238 [1]** 2/23
**239 [1]** 2/23
**23rd [2]** 231/2
231/4
**24 [1]** 226/19
**242 [2]** 2/23 2/23
**243 [2]** 2/24
221/13
**244 [3]** 2/24
133/10 219/1
**247 [1]** 2/24
**248 [1]** 2/24
**24th [1]** 234/7
**25 [11]** 10/18 68/9
187/16 187/20
188/13 189/19
191/20 197/5
279/19 279/23
289/16
**252 [6]** 2/19 165/2
165/3 165/13
165/16 165/24
**2525 [1]** 1/21
**253 [2]** 3/2 3/2
**254 [3]** 3/3 3/3
212/8
**255 [2]** 3/3 3/3
**256 [5]** 2/20 3/4
205/16 206/1 206/6
**257 [6]** 2/13 3/4
3/4 3/4 101/15
101/18
**25th [1]** 222/23
**26 [1]** 289/20
**263 [2]** 3/5 3/5

**26th [4]** 17/24
18/2 25/9 93/7
**27 [1]** 230/17
**270 [2]** 3/5 3/5
**28 [2]** 200/2
260/24
**2800 [1]** 1/17
**283 [2]** 103/5
103/12
**284 [7]** 2/14
108/12 109/1 109/5
183/11 183/12
184/19
**285 [10]** 111/25
112/8 112/12
113/12 184/17
185/5 249/21 250/2
250/9 250/13
**289 [4]** 3/3 254/6
254/11 254/17
**28th [3]** 212/21
213/15 259/2
**29 [1]** 63/18
**293 [3]** 1/8 2/2
293/13
**2:04 [2]** 157/11
157/22
**2:05 [1]** 157/7
**2nd [1]** 1/17

**3**

**30 [6]** 16/8 94/15
94/18 105/21
206/13 227/6
**30-plus [1]** 142/1
**301 [4]** 2/9 79/5
79/22 79/23
**302 [6]** 2/10 82/18
82/23 82/24 83/8
83/11
**303 [4]** 2/10 84/18
85/12 85/16
**305 [1]** 293/19
**30s [1]** 214/1

**3**

**30th [2]** 234/6
261/3
**31 [11]** 2/15 3/4
119/11 119/15
133/1 134/7 235/16
236/5 257/19
257/23 257/25
**3119 [1]** 93/14
**314 [2]** 140/16
210/16
**319 [2]** 140/10
140/13
**32 [1]** 59/7
**323 [1]** 255/16
**33128 [2]** 1/24
293/18
**33131 [2]** 1/14
1/17
**33134 [1]** 1/21
**35 [3]** 2/8 2/8
60/7
**357 [6]** 2/23
237/10 237/18
238/9 238/15 239/4
**358 [2]** 236/17
237/11
**359 [3]** 2/23
242/10 242/13
**36 [2]** 67/8 68/5
**360 [5]** 2/24 243/4
243/7 243/25 244/1
**362215 [1]** 207/8
**38 [2]** 68/20 188/2
**396 [4]** 2/11 92/12
92/23 93/2
**399 [1]** 190/15
**3:15 [1]** 13/19
**3:30 [1]** 13/19
**3:32 [1]** 229/14
**3:47 [1]** 104/14
**3:48 [2]** 229/14
229/19

**3rd [2]** 78/22
227/23

**4**

**40 [4]** 2/21 210/8
210/24 252/7
**400 [2]** 1/23
293/18
**420 [3]** 2/8 35/9
35/18
**422 [1]** 200/15
**424 [6]** 2/18
148/10 148/17
148/24 149/2 149/6
**4371 [2]** 140/16
210/16
**45 [6]** 3/4 233/6
256/6 256/19 257/1
289/19
**46 [3]** 3/5 48/3
263/15
**48 [3]** 3/2 252/23
253/4
**481 [4]** 2/11 91/17
92/2 92/5
**488 [4]** 3/5 269/25
270/6 270/14
**489 [4]** 2/14 116/6
116/14 116/18
**49 [4]** 3/3 255/7
255/8 255/10
**4:00 [1]** 291/13
**4:10 [3]** 291/13
291/14 291/15
**4:30 [6]** 286/7
289/21 290/21
291/7 291/9 291/15
**4th [1]** 293/8

**5**

**50 [3]** 135/5 244/7
289/17
**52 [2]** 279/19
280/4

**52/25 [1]** 279/23
**523-5698 [1]**
293/19
**53 [4]** 280/7
280/25 281/3 281/9
**54 [5]** 279/19
280/5 280/7 281/4
281/10
**54/1 [1]** 279/23
**55 [1]** 16/11
**5500 [1]** 1/13
**5698 [1]** 293/19
**58 [4]** 2/12 94/5
95/20 95/23
**59 [2]** 218/8 218/9
**5:00 [1]** 286/2
**5:02 [1]** 286/14
**5:09 [1]** 292/23
**5:18 [1]** 131/11
**5th [2]** 228/6
228/24

**6**

**60 [7]** 127/4
134/19 135/2 135/3
135/5 135/6 135/11
**602 [2]** 238/17
238/18
**64 [1]** 2/8
**65 [1]** 2/8
**650,000 [1]** 154/10
**67 [4]** 2/18 152/9
153/2 158/20
**6:39 [1]** 122/16
**6BOK5GO [1]** 207/9

**7**

**70,000-plus [1]**
81/1
**72 [2]** 2/9 2/9
**733 [2]** 197/13
197/13
**75 [1]** 68/10
**756-1 [1]** 132/11

299

**7**

**79 [2]**  2/9 2/9

**8**

**8-0 [1]**  10/21
**80 [1]**  10/21
**80176 [1]**  4/9
**83 [2]**  2/10 2/10
**85 [2]**  2/10 2/10
**871 [1]**  111/2
**8:00 exactly [1]**
 8/9
**8th [1]**  216/10

**9**

**911 [1]**  234/17
**92 [3]**  2/11 2/11
 2/11
**93 [1]**  2/11
**95 [4]**  2/12 2/12
 128/19 217/23
**95-page [2]**  128/4
 131/2
**97 [6]**  2/12 2/12
 2/22 221/18 221/20
 222/21
**98 [10]**  2/22
 133/14 134/7 134/9
 134/9 134/16 219/6
 219/7 219/11
 219/13
**99 [3]**  2/21 212/15
 212/19
**9:00 [1]**  8/9
**9:18-cv-80176-BB**
 **[1]**  1/2
**9:43 [2]**  1/6 4/1
**9:45 [1]**  286/5
**9:56 [1]**  15/5
**9th [1]**  224/17

**A**

**a.m [8]**  1/6 4/1
 15/5 86/17 86/23

**ability [4]**  176/11
 176/17 248/10
 248/21
**able [20]**  15/8
 40/10 53/10 71/20
 73/9 151/12 176/6
 181/25 184/4
 208/13 209/22
 212/5 215/24 225/5
 225/25 226/15
 227/1 233/3 283/17
 292/2
**about [222]**  5/21
 6/7 6/11 10/13
 10/17 10/18 10/21
 17/1 19/9 19/16
 20/14 20/19 20/24
 21/5 21/20 24/3
 24/18 25/14 26/1
 26/13 27/4 27/19
 30/24 31/7 31/8
 32/10 33/3 33/13
 34/6 35/24 35/25
 37/3 37/4 37/5
 37/13 37/19 38/15
 38/15 38/18 46/5
 47/22 48/1 51/22
 52/5 54/24 56/12
 59/25 59/25 60/1
 64/14 66/16 70/18
 72/18 72/23 74/19
 76/14 76/19 77/8
 77/24 77/25 81/20
 84/25 88/16 88/16
 90/8 97/23 101/5
 101/23 114/12
 116/24 117/20
 120/1 120/3 120/4
 124/1 124/5 125/10
 126/6 128/7 132/25
 133/10 136/10
 136/14 136/21
 138/24 141/6 145/3
 145/15 146/18
 146/19 146/22
 147/25 149/16
 149/17 152/19
 158/7 158/12
 158/16 160/8
 163/15 164/1
 164/25 165/10
 165/10 167/16
 169/9 169/23 170/7
 170/13 171/19
 172/7 172/8 174/18
 174/18 174/19
 174/20 176/12
 176/12 176/22
 176/25 179/6 183/3
 184/4 184/9 185/3
 186/15 186/16
 186/19 186/21
 186/22 187/4
 187/21 193/18
 196/6 199/22
 199/23 201/1 201/2
 201/2 201/15 202/7
 203/8 207/11
 207/14 208/13
 211/7 213/9 216/13
 216/17 216/19
 216/21 217/2 217/6
 217/19 217/22
 217/22 218/15
 218/16 218/17
 220/11 220/15
 221/10 222/6
 222/10 222/11
 222/14 222/15
 224/2 224/14
 224/17 224/25
 227/24 228/10
 228/20 228/25
 229/3 230/8 230/11
 233/9 240/17
 241/15 244/7

## A

**about... [38]**
244/10 245/4 246/4
246/21 246/22
246/22 248/13
249/10 250/25
251/19 252/14
252/15 252/16
252/17 258/4 258/9
258/10 259/3 259/8
259/22 260/16
260/20 262/10
264/6 264/15
264/17 267/9
267/22 269/3
270/21 274/7
275/13 277/24
278/5 283/23
286/10 286/11
291/13
**above [3]**  98/18
238/8 293/9
**above-mentioned [1]**
293/9
**absolute [4]**  232/3
232/4 232/11
239/24
**absolutely [4]**
31/17 60/14 175/3
175/4
**AC [1]**  100/21
**academic [1]**
227/17
**acceptable [1]**
40/11
**access [16]**  34/2
77/7 118/16 181/3
214/4 227/21 228/1
236/8 262/22
269/20 270/23
281/2 282/9 283/17
284/10 284/24
**accident [1]**

**accommodating [1]**
290/25
**accomplish [1]**
70/6
**accomplished [1]**
242/18
**according [5]**  46/4
121/12 123/21
123/23 223/25
**account [15]**  51/6
79/7 81/4 81/20
81/23 81/25 83/2
85/6 96/9 108/7
109/13 113/18
114/9 114/12
207/20
**accountant [2]**
71/17 235/6
**accounting [1]**
80/16
**accruals [1]**  81/25
**accrued [2]**  81/24
81/25
**accurate [1]**
245/15
**acknowledge [1]**
115/3
**across [3]**  42/11
57/14 160/24
**Act [2]**  150/14
153/11
**acting [1]**  194/19
**active [2]**  78/1
78/1
**activities [2]**
32/22 182/2
**activity [3]**  31/13
33/3 76/9
**acts [1]**  196/14
**actual [2]**  193/5
267/23
**actually [38]**  21/5
23/15 35/9 35/24

43/9 46/25 56/24
59/9 72/13 87/6
92/12 104/13
119/18 122/13
123/16 134/22
147/2 162/15 190/4
207/7 209/9 212/23
215/22 224/19
232/22 242/20
245/6 247/16
250/17 257/4
265/22 271/16
278/16 285/7 289/4
**add [1]**  274/23
**adding [1]**  275/20
**addition [1]**  80/6
**address [35]**  5/15
12/6 87/1 106/11
106/21 127/15
128/8 133/23 134/1
134/2 136/11
137/20 137/22
137/24 139/15
139/17 140/10
140/15 140/18
144/9 144/11
153/16 155/11
157/18 176/9
206/10 207/22
240/6 240/10
286/21 287/14
287/22 288/5 291/7
291/15
**addressed [2]**  56/7
264/1
**addresses [5]**
94/25 105/20
105/21 106/5
116/11
**addressing [1]**
287/17
**adds [1]**  6/6
**adjourn [2]**  285/23

**A**

**adjourn... [1]**
286/3
**adjusted [7]** 80/13
80/13 80/16 81/1
83/14 83/17 86/1
**Administration [2]**
44/16 44/18
**admissible [1]**
177/3
**admission [56]**
35/8 40/8 54/13
56/17 64/24 65/4
72/4 79/18 83/7
85/11 92/1 92/22
95/17 95/19 97/11
101/14 108/25
112/7 113/9 116/13
119/12 121/20
128/2 129/24 134/5
134/6 137/2 139/22
142/11 148/16
152/22 165/12
168/15 171/21
183/18 185/4 206/1
210/20 212/16
219/11 221/19
221/23 221/24
238/14 242/10
243/22 243/23
247/22 253/1
254/10 255/8
257/22 263/1 263/4
270/5 288/1
**admit [2]** 115/3
189/12
**admitted [48]** 2/7
3/2 35/17 54/17
55/2 55/10 56/24
57/4 72/9 83/10
85/15 92/4 92/25
95/22 97/16 101/17
109/4 113/11

116/17 118/14
122/2 128/19
130/14 137/6 140/1
142/15 149/5
158/20 165/15
168/17 171/25
181/2 206/5 210/23
212/18 219/12
239/3 242/12
247/25 250/12
253/3 254/16 255/9
256/25 257/24
263/14 270/13
288/16
**admittedly [2]**
55/23 56/1
**advance [3]** 174/11
174/12 274/1
**advantage [2]** 78/3
78/5
**advice [3]** 53/4
271/9 271/11
**advise [3]** 9/22
21/1 87/4
**advised [2]** 12/18
239/12
**affairs [5]** 138/5
172/20 173/17
177/20 181/10
**affiliation [1]**
206/15
**afford [1]** 89/25
**after [66]** 10/6
18/3 21/9 21/24
22/15 30/25 31/3
37/14 39/7 39/8
39/11 48/10 50/9
58/25 59/4 76/24
78/21 78/21 90/22
94/1 94/23 98/1
100/12 100/16
114/1 115/3 118/24
126/25 135/18
135/23 138/19

146/17 149/14
157/4 157/17
167/13 167/17
167/21 169/9
178/22 179/2
179/23 183/24
186/18 186/19
203/10 209/19
209/19 215/2 218/5
218/7 219/15
219/18 223/10
227/3 227/24
227/25 230/3
230/11 260/17
261/3 262/12 273/8
273/22 278/1 279/8
281/16
**afternoon [4]**
10/23 13/18 158/3
158/5
**again [39]** 5/13
34/10 55/13 56/5
78/19 83/23 85/4
85/24 86/12 87/24
90/19 125/21
128/22 135/9
135/17 143/19
161/22 162/12
167/15 171/11
178/9 195/21
195/23 199/4 205/2
209/19 223/3 228/3
233/9 235/23
242/25 267/4
273/11 274/5
274/13 277/19
279/11 279/22
280/6
**against [6]** 62/14
63/11 63/17 120/15
187/9 196/11
**agency [1]** 150/20
**agent [2]** 140/23
207/2
**Agile [1]** 75/2

**A**

ago [6]    42/20
120/15 182/8 266/8
270/22 276/6
agree [24]    18/16
24/13 28/15 59/3
76/10 82/13 102/4
102/9 174/16 175/1
175/3 175/4 175/5
176/4 201/9 242/17
245/7 245/16
245/16 260/7
269/13 280/14
290/14 290/14
agreed [1]    160/11
agreement [2]
28/19 288/21
ahead [12]    9/24
53/18 88/1 124/7
132/5 157/12
158/19 224/19
226/10 247/16
286/15 286/17
aid [1]    272/23
aircraft [1]
268/15
aircraft-grade [1]
268/15
Alan [1]    47/23
alert [1]    87/5
Alex [1]    87/3
alive [3]    25/8
94/18 253/14
all [298]
allegation [3]
61/25 62/2 126/15
allegations [1]
45/18
allege [4]    16/14
43/10 45/2 126/10
alleged [3]    32/21
32/22 122/9
alleges [1]    16/1

Allocation [1]
253/25
allow [5]    41/13
65/3 126/17 175/1
286/10
allowed [3]    46/12
69/1 106/17
almost [3]    86/2
178/16 178/22
along [7]    55/6
55/16 56/10 65/16
214/22 258/19
260/22
alphabet [1]    37/25
already [35]    6/15
20/11 24/15 24/24
37/4 37/4 48/7
54/15 64/13 110/5
110/7 111/19
112/12 113/10
114/23 115/4
163/16 166/15
176/24 178/13
178/16 178/19
183/18 184/13
196/4 198/24
208/20 218/10
221/6 236/14
237/21 247/21
250/1 259/25
270/22
also [29]    5/3 6/6
9/2 24/20 34/1
42/16 58/17 60/15
81/13 92/12 105/19
111/24 114/11
114/11 120/14
131/25 150/18
164/23 175/5 175/5
208/22 215/7
239/20 249/3 249/4
266/22 270/20
274/12 284/17
although [2]

aluminum [2]
268/14 268/15
always [6]    6/10
123/1 131/17
215/23 218/16
246/9
am [13]    6/23 51/4
65/3 129/12 132/7
135/14 172/13
186/13 190/1
211/11 225/25
226/22 287/22
AMANDA [2]    1/20
5/7
amaze [2]    131/13
218/1
Amazon [1]    267/25
amenable [1]
290/22
amend [1]    130/22
amended [10]    16/8
16/12 42/24 45/8
45/11 45/17 48/10
56/6 56/14 57/23
amendment [2]    48/7
48/8
AMERICA [1]    293/1
American [2]    68/24
149/14
Amit [1]    5/3
among [5]    138/11
139/10 206/13
284/19 288/12
Amortization [1]
69/14
amount [5]    43/7
43/11 81/14 159/12
253/11
amounts [2]    99/24
261/14
amplification [1]
86/20
analysis [2]    282/4

**A**

analysis... [1]
284/22
analyze [3]   124/10
124/12 124/17
Andreou [11]   8/15
8/15 8/19 8/23
8/24 25/4 25/6
25/13 63/6 63/9
214/18
ANDRES [3]   1/19
5/1 49/6
ANDREW [3]   1/15
4/13 10/12
Andy [2]   116/23
117/15
Angie [1]   35/5
annotated [2]   14/7
255/25
annotation [1]
14/19
anonymous [1]
22/23
another [21]   33/25
44/24 45/6 48/15
51/8 52/1 115/23
135/14 153/10
189/11 196/7
199/17 206/13
223/10 226/21
260/15 271/4
283/13 287/13
287/24 288/12
answer [19]   23/3
23/5 40/16 106/16
106/18 115/10
115/12 115/15
118/17 118/17
125/21 125/22
139/2 143/19
143/23 193/18
275/6 279/14
280/10

answered [4]   64/1
126/16 167/18
217/11
answering [2]
120/13 120/22
answers [6]   198/17
232/6 232/9 276/9
280/1 280/15
anticipated [5]
11/1 193/4 194/7
194/25 195/19
anticipation [6]
115/18 192/2
192/22 193/14
197/6 197/7
any [140]   5/20
10/25 11/1 12/6
12/20 14/6 20/24
22/22 24/4 24/5
25/18 26/23 28/6
29/8 29/11 30/13
30/16 30/23 33/3
33/19 34/9 34/19
35/10 38/9 38/17
40/5 43/20 43/20
43/23 43/25 44/1
44/4 44/5 44/6
44/8 44/9 44/11
46/6 51/5 52/9
52/9 52/18 52/23
52/23 65/1 70/12
73/14 75/20 75/23
77/7 77/23 79/20
80/20 81/13 85/13
95/3 95/3 97/13
107/4 107/25 109/2
112/20 114/9 116/3
116/15 117/19
118/10 121/22
125/8 126/9 129/12
131/16 136/20
139/23 142/13
143/10 143/23
144/20 145/3 145/5

145/25
146/3 146/14
148/20 148/23
149/3 150/25
152/23 166/11
166/15 166/18
171/23 176/23
179/15 179/16
180/8 181/1 181/11
181/17 182/6
182/16 182/18
188/17 198/4 198/5
208/23 210/6
211/23 225/6 225/8
225/22 226/16
227/4 232/8 235/1
238/16 239/16
256/2 262/16
264/15 264/17
271/3 272/20
272/22 274/5 274/6
274/21 274/21
274/25 277/7 277/8
277/10 278/13
282/4 283/21 284/9
284/22 285/21
291/8
anybody [5]   51/7
94/24 156/11 164/9
261/6
anyone [5]   18/11
53/19 114/12
194/17 286/10
anything [56]
19/15 20/14 24/18
34/25 37/10 39/3
39/16 39/22 40/1
40/5 40/6 40/18
42/5 42/8 43/23
50/9 53/24 67/12
70/12 70/18 70/18
73/15 73/17 84/24
86/25 108/6 109/12
144/1 145/15

**A**

**anything... [27]**
157/18 167/1 172/8
174/18 176/13
180/7 181/10 182/2
182/24 183/4
187/22 188/7 196/6
220/11 224/14
227/22 233/4
233/24 234/5
235/18 264/14
265/7 269/23
283/23 286/21
287/14 288/23
**anywhere [3]** 24/4
33/13 70/13
**apart [1]** 194/3
**apologies [1]** 10/3
**apologize [23]** 7/9
50/3 50/20 88/2
104/6 106/19
112/19 130/5
132/22 133/7 134/8
134/23 135/17
135/20 186/13
192/14 226/13
229/22 235/4 240/1
250/11 281/1
281/10
**apparently [6]**
51/11 75/9 81/7
148/4 153/18
225/16
**appear [5]** 72/15
105/5 231/12
232/18 241/16
**appearances [2]**
1/11 4/11
**appeared [2]** 45/20
59/4
**appears [15]** 41/2
75/11 91/25 94/16
120/15 123/23

168/23 172/6 176/6
180/6 185/23
210/11 250/2
**Apple [1]** 37/8
**applied [1]** 264/25
**apply [1]** 286/9
**appointed [1]**
255/1
**appreciate [2]**
13/15 190/8
**appreciates [1]**
292/19
**appreciation [1]**
131/17
**approach [4]** 173/4
173/20 173/22
280/21
**appropriate [4]**
13/12 43/17 97/4
287/1
**approval [1]**
244/14
**approximately [3]**
13/17 13/18 13/19
**April [25]** 17/17
63/18 93/7 96/8
99/5 115/2 115/3
115/18 169/7
178/20 199/21
200/4 200/5 200/15
201/2 201/13
224/17 224/24
225/18 225/22
226/19 248/4
248/11 259/2
260/23
**April 22nd [3]**
200/5 200/15 201/2
**April 26th [1]**
93/7
**are [116]** 5/15
8/17 10/6 10/25
13/3 13/14 14/5

14/14 15/7 21/4
22/25 23/18 26/13
37/2 38/18 46/20
51/25 52/18 53/18
54/17 55/7 55/13
57/1 61/16 86/19
99/23 105/23 115/8
121/18 123/9 124/1
124/1 124/5 124/20
126/22 126/24
130/2 130/7 130/7
131/1 131/2 131/15
134/22 135/15
138/12 138/14
138/14 139/11
140/7 146/16 156/9
157/14 158/23
160/1 161/19 169/2
169/5 169/12
169/17 169/17
183/25 186/19
186/22 188/9
192/22 193/21
194/8 205/18
208/15 215/7
216/17 216/21
217/5 217/6 217/7
221/6 223/9 223/10
224/17 228/13
229/23 234/21
239/22 240/16
242/22 245/7 245/7
245/13 254/21
254/22 255/13
257/11 257/12
258/9 259/12
261/15 263/23
266/25 267/1 268/2
271/2 273/5 273/5
273/7 275/11
276/14 276/15
280/12 288/3 288/9
288/9 288/13 292/9

**A**

**area [4]**   38/5 38/6
  176/21 281/22
**areas [1]**   289/7
**aren't [6]**   45/24
  47/6 77/1 198/11
  198/15 206/20
**argument [1]**   290/8
**argumentative [7]**
  34/20 62/10 63/14
  124/2 169/14
  217/12 251/6
**arise [1]**   226/13
**around [9]**   19/1
  38/22 39/24 62/2
  183/13 213/22
  232/7 252/7 252/8
**around 40 [1]**
  252/7
**arrange [1]**   261/12
**arrive [1]**   221/10
**arrived [1]**   261/15
**article [4]**   10/12
  129/18 217/22
  278/5
**articles [4]**   140/8
  141/9 141/9 166/6
**articulate [1]**
  87/16
**as [174]**   1/3 4/23
  5/5 5/24 6/10 6/25
  7/22 8/17 9/5 9/5
  12/19 12/19 12/21
  12/21 14/2 15/21
  16/9 16/16 16/19
  17/13 22/17 25/19
  29/8 29/11 35/23
  37/7 37/8 38/13
  38/13 40/13 45/20
  46/22 48/4 51/9
  51/9 52/14 52/19
  53/4 54/10 56/14
  58/17 59/9 60/14

60/15 60/16 60/16
62/13 64/16 64/16
67/21 68/24 73/20
77/16 77/19 77/19
80/12 84/23 85/9
87/5 87/7 87/7
91/17 92/18 93/23
95/17 96/8 96/17
97/12 98/24 100/16
101/10 102/5
102/10 102/21
106/8 115/18 116/6
118/11 118/13
121/1 121/15
121/15 123/4
125/17 126/15
126/21 127/3 127/3
128/3 128/8 129/24
131/17 132/14
134/12 136/4 137/9
137/12 137/23
138/2 139/18
140/10 140/15
140/23 142/6 143/5
144/9 145/2 148/10
148/24 148/25
159/18 168/13
170/7 171/10
171/13 172/20
173/17 176/3 176/6
176/16 180/20
181/14 192/17
193/1 195/6 195/11
196/14 197/13
203/17 205/16
209/6 209/22 210/2
211/5 211/11
215/13 229/23
231/19 233/4
236/11 241/4 241/4
241/4 241/4 245/13
248/21 249/11
253/1 254/20
254/23 255/1

260/12 260/18
261/19 264/12
265/19 268/14
268/15 270/20
270/20 273/20
274/11 274/14
274/22 275/13
277/24 278/2 280/1
280/11 286/2
286/23 288/16
292/16 292/16
**as to [1]**   60/14
**aside [4]**   42/16
  53/23 102/4 102/8
**ask [68]**   20/1
  20/13 37/13 40/2
  40/17 45/17 46/11
  46/12 47/16 47/22
  51/24 60/11 61/22
  64/19 79/4 86/20
  87/22 88/17 89/4
  93/3 94/3 94/6
  94/23 103/7 108/17
  109/22 115/23
  131/23 134/6
  141/25 146/18
  158/19 167/4
  168/15 173/20
  173/22 173/23
  176/8 176/9 177/6
  177/17 183/10
  183/11 187/24
  188/1 188/2 188/11
  190/20 192/5
  192/11 193/3
  194/12 194/24
  195/17 195/20
  196/25 201/9
  203/12 204/10
  205/1 212/16
  213/23 222/14
  241/19 258/1 270/1
  279/13 286/19
**asked [37]**   5/20

**A**

**asked... [36]**   6/9
6/9 6/11 26/11
31/11 33/19 33/22
34/7 34/10 46/12
49/8 56/3 56/4
60/14 64/1 72/1
77/10 92/9 99/1
100/24 126/16
136/20 164/23
167/18 176/22
176/22 193/16
205/11 217/11
227/16 253/22
280/13 280/15
282/16 285/11
292/11

**asking [33]**   24/25
34/4 34/5 37/2
37/7 46/5 52/4
53/10 55/13 55/14
104/24 113/19
126/4 126/5 126/24
150/1 150/3 154/20
166/21 183/2
186/13 194/4
195/23 203/11
208/23 209/10
220/15 222/10
271/8 271/22
271/22 276/5
284/24

**asserted [2]**
129/13 195/13

**asserted privilege
[1]**   195/13

**assets [1]**   179/4

**assist [1]**   211/11

**assistance [1]**
284/25

**assistant [1]**
202/2

**associate [1]**

**associated [1]**
139/16

**assume [7]**   41/6
62/2 97/4 146/15
159/19 214/15
265/13

**assumed [1]**   267/10

**assuming [1]**
249/13

**assumption [1]**
249/9

**assumptions [1]**
215/6

**Assurance [4]**
151/15 154/9
156/14 160/8

**assure [1]**   249/5

**assured [1]**   234/16

**assuring [1]**   249/6

**ATO [11]**   203/8
205/11 206/20
207/10 208/12
208/15 208/23
208/24 209/9
209/15 209/18

**attached [7]**
124/23 129/18
131/25 159/11
217/23 239/21
254/3

**attachment's [1]**
253/24

**attachments [2]**
206/24 207/15

**attempted [1]**
101/4

**attempting [2]**
203/2 203/8

**attend [1]**   28/17

**attended [1]**   28/18

**attention [9]**
21/18 108/14
155/11 161/14

**associated [1]**
231/20 248/11
288/7

**attorney [16]**
50/14 52/24 58/12
60/6 62/4 91/20
186/11 194/20
194/20 199/25
200/25 201/1
228/22 249/19
249/20 260/22

**attorney/client [1]**
194/20

**attorneys [8]**   17/4
17/5 46/9 126/13
157/13 196/10
286/20 288/15

**attorneys' [1]**
196/11

**attributed [1]**
247/11

**August [2]**   100/22
202/4

**Australia [5]**
137/4 137/16 207/4
207/8 257/6

**Australian [11]**
149/13 170/24
171/3 182/7 202/18
205/18 207/2 207/4
223/6 256/14 257/4

**Australians [3]**
149/10 149/16
158/24

**authentic [1]**
216/17

**authenticity [2]**
217/19 288/4

**author [1]**   10/12

**authorities [1]**
182/7

**authors [1]**   130/2

**automatically [2]**
111/15 111/15

## A

**available [2]**
181/19 252/4
**Avenue [2]** 1/23
293/18
**avoid [1]** 156/4
**aware [9]** 21/4
79/2 93/25 95/25
96/13 133/13
177/21 182/6 198/4
**away [18]** 39/19
39/22 57/14 88/4
90/6 90/17 90/21
90/23 91/6 117/21
118/14 166/11
186/14 187/6
262/21 269/18
270/22 283/10

## B

**BAA [3]** 151/13
153/21 154/1
**BAA-0025 [1]**
153/21
**bachelor's [7]**
28/20 28/22 28/25
29/2 29/5 29/14
29/17
**back [73]** 5/17
6/12 15/10 19/4
36/23 37/3 42/2
45/10 50/15 53/25
62/7 76/13 78/18
86/4 86/15 86/22
86/24 88/22 89/17
93/20 95/2 96/5
99/16 110/12 117/3
118/2 126/20
127/20 133/9
135/18 149/9 150/7
151/12 156/8
156/10 157/7
157/16 157/17
157/23 157/24

161/6 162/16
162/18 164/10
165/8 178/8 178/20
178/25 191/9
193/11 198/8
199/12 203/11
214/22 217/24
229/15 229/20
230/1 231/16 239/6
239/7 242/21
248/14 249/18
254/13 259/13
260/13 266/9
271/10 282/16
282/19 283/4 285/6
**background [1]**
27/5
**backpack [4]** 269/7
271/17 272/6 272/7
**backup [2]** 267/9
267/10
**backwards [1]**
232/10
**bad [3]** 90/2
214/22 214/24
**baht [2]** 22/5
22/11
**balance [5]** 81/20
81/23 81/25 96/9
141/3
**balanceofsecurityfo
cus.com [1]** 127/23
**bank [7]** 51/5 93/6
93/6 93/22 119/8
119/8 120/14
**based [11]** 6/3
25/15 46/18 155/24
158/13 162/7
164/14 202/9 217/2
287/14 290/20
**basing [1]** 215/7
**basis [8]** 43/10
75/4 169/22 174/17
196/20 238/23

**basket [2]** 245/17
248/19
**Bates [1]** 9/1
**bats [1]** 164/19
**BB [1]** 1/2
**be [191]** 4/7 5/3
5/13 8/11 13/4
15/7 16/9 22/14
24/3 24/10 25/4
25/19 26/4 26/12
26/20 30/13 38/22
39/7 39/8 39/11
40/10 40/16 40/25
41/2 41/13 43/21
46/1 46/2 46/17
48/12 49/4 50/1
50/2 51/16 51/20
53/5 53/10 56/3
56/4 59/5 59/21
60/14 60/15 60/17
62/18 64/19 65/4
71/20 79/4 87/6
87/11 88/17 88/22
89/20 91/25 93/3
94/16 97/5 103/5
103/16 103/21
105/5 106/17 107/5
112/1 114/15
114/17 115/22
119/18 123/2
123/15 127/14
130/14 132/23
135/22 137/12
138/22 141/16
145/10 145/16
146/10 146/16
151/12 153/1
154/10 157/23
160/19 168/23
172/6 173/23
175/21 176/5 177/3
181/19 183/4
184/18 189/6

**be... [94]** 192/18
193/2 193/22 195/9
196/17 196/23
202/2 203/15
208/13 208/25
209/11 210/11
214/4 214/21
215/14 216/18
216/21 219/9 220/7
221/5 222/6 223/3
223/14 225/5
225/23 225/25
226/15 226/25
227/17 228/11
229/7 229/21
232/18 233/3 233/4
233/5 233/12
233/24 233/25
235/9 239/3 240/1
240/17 240/22
241/16 244/20
246/9 248/17 249/5
249/7 249/25 250/2
253/22 254/22
255/1 255/13
260/14 264/9 265/1
265/2 265/9 265/23
266/9 268/25 269/2
269/22 269/24
274/8 274/10
278/13 278/15
285/23 286/4 286/5
286/25 287/13
287/17 288/12
288/16 288/19
289/1 289/7 289/8
289/9 289/14
289/15 290/7
290/11 290/15
290/20 290/21
291/8 291/24 292/2
**BEACH [6]** 1/2

84/8 137/20
**bear [1]** 57/3
**bearing [1]** 156/8
**became [1]** 132/19
**because [71]** 12/1
12/22 13/4 17/10
17/24 21/17 37/12
38/6 53/25 54/16
64/10 73/8 73/9
80/7 82/23 87/8
90/15 100/11
100/15 106/1
106/13 106/21
108/7 110/21
115/14 122/13
125/11 128/13
128/20 130/23
132/19 146/19
156/5 156/11 157/1
157/4 160/2 164/14
174/10 176/10
186/17 187/14
188/4 190/11 192/1
192/6 192/25
195/13 200/17
205/2 205/12 210/3
211/24 213/13
217/9 222/2 232/10
236/8 246/8 249/18
250/3 267/13
272/19 276/13
277/7 278/15
279/14 288/15
291/17 292/2
292/15
**become [3]** 8/23
35/25 252/4
**bed [3]** 226/22
227/1 234/16
**bedroom [1]** 272/8
**been [69]** 6/19 7/3
11/21 11/25 14/6
30/17 34/17 39/23

55/2 76/22 86/4
91/17 96/16 96/17
97/12 98/24 105/7
111/19 113/10
116/6 121/15
122/23 127/3 128/3
133/11 139/20
148/9 155/24
158/24 162/6 162/8
163/8 163/9 164/15
168/6 171/10 176/1
178/13 178/16
179/23 181/15
181/18 182/20
194/22 194/22
195/8 197/12
205/16 208/4
209/22 223/22
224/24 225/16
225/24 226/13
226/22 235/7
248/21 249/4
250/20 251/1 259/3
264/1 267/19
285/16 287/5
**before [69]** 1/10
4/6 13/2 13/3 15/5
31/6 32/21 45/6
45/22 47/17 50/16
79/13 85/21 86/25
87/8 88/21 90/6
90/10 90/17 90/21
90/22 96/14 99/9
100/23 107/15
115/24 116/3
117/21 117/22
117/25 118/13
123/10 123/17
126/14 128/18
130/23 136/2 142/1
142/18 153/8
157/22 158/7
158/21 163/16

**B**

**before... [25]**
167/2 175/1 176/4
182/19 183/10
193/21 195/9 196/3
199/4 199/17
211/23 220/12
223/2 229/19
231/16 243/1 243/5
245/6 249/10
255/22 265/1 282/3
283/22 284/23
290/21

**begin [1]**   10/1

**beginning [9]**   4/11
31/21 32/2 60/10
163/22 212/6
212/23 213/12
215/15

**behalf [14]**   2/4
4/14 4/16 4/18
4/19 4/20 5/10
5/11 15/2 106/9
172/4 172/13
207/10 261/23

**behavior [1]**
118/14

**behind [2]**   37/25
196/18

**being [38]**   12/16
41/16 41/18 49/8
52/23 55/4 56/2
59/20 77/16 85/9
102/22 103/4
117/25 120/12
125/18 128/13
130/11 138/24
140/16 187/2 198/4
203/14 215/3
222/13 222/16
227/1 235/4 246/22
250/11 259/21
268/18 269/3

274/5 290/24
291/10

**belief [4]**   46/6
60/2 62/5 109/22

**believe [103]**   7/9
8/22 14/18 20/2
21/16 22/21 26/22
28/17 28/18 28/21
30/16 30/19 30/22
32/8 32/10 33/9
33/11 34/1 36/13
39/22 40/25 41/7
42/10 42/21 45/13
46/2 46/6 46/10
46/13 46/14 46/15
46/16 46/19 53/1
54/2 54/2 54/15
54/20 76/8 79/13
83/25 85/25 90/22
92/20 93/5 104/20
105/11 106/24
109/9 109/12 110/7
113/10 114/8
114/15 115/1
116/25 117/2
122/10 128/1
130/11 133/14
136/3 137/11 140/3
142/3 146/13
146/13 152/16
161/18 163/20
164/5 165/11 175/5
176/13 191/5
197/13 197/18
199/23 199/24
205/14 206/21
210/19 217/21
230/22 246/12
246/19 251/19
252/19 256/17
259/13 260/21
266/5 267/8 268/13
272/18 277/7 277/8

286/23 289/7
291/11

**believed [6]**   6/4
105/18 109/16
111/22 118/18
246/24

**belongings [2]**
166/11 198/5

**belongs [1]**   163/12

**below [5]**   81/14
104/14 151/2
212/24 260/2

**beneficially [1]**
254/22

**beneficiaries [2]**
51/23 253/16

**beneficiary [5]**
45/23 46/10 51/12
52/25 183/5

**benefit [1]**   67/4

**besides [2]**   145/2
284/16

**best [5]**   10/20
11/9 63/3 63/24
174/2

**bet [1]**   186/22

**BETH [1]**   1/10

**better [5]**   21/2
123/6 215/4 218/18
292/2

**between [18]**   52/1
69/17 81/19 107/15
121/21 126/25
127/12 129/14
129/25 131/3
133/20 184/23
186/4 223/10
231/21 236/4 288/3
291/15

**beyond [2]**   28/15
267/6

**big [2]**   20/11
291/24

**B**

**bigger [11]**   20/6
20/9 39/9 39/11
95/12 176/19
241/22 243/8 258/6
261/6 284/13
**bills [4]**   118/7
118/12 118/22
258/18
**birthday [2]**
106/13 106/20
**Biscayne [1]**   1/13
**bit [19]**   30/7 36/6
46/22 55/23 56/1
76/4 86/20 98/4
98/6 100/1 147/11
149/9 149/13
184/19 185/12
224/25 233/24
234/22 292/15
**BitCash [2]**   16/3
122/24
**Bitcoin [88]**   5/22
6/5 16/3 17/1
21/17 22/18 24/18
24/23 25/12 27/5
27/6 27/6 28/7
30/24 31/8 31/12
31/12 32/9 34/11
35/24 37/9 39/24
43/7 43/21 44/1
44/5 44/11 44/13
44/15 45/3 45/7
45/19 59/5 60/3
60/16 60/17 60/18
61/16 61/17 62/5
62/14 62/17 63/4
70/5 70/13 70/18
73/15 73/17 75/21
102/15 114/17
116/3 117/19 118/6
118/12 118/22
122/24 132/2

143/25 160/11
163/6 163/8 164/4
198/4 198/6 218/22
219/16 219/19
226/3 227/6 227/24
228/10 229/1
231/10 232/17
234/10 235/1 236/7
241/15 244/8 251/5
251/18 252/12
269/22 282/13
283/14 283/14
283/23
**Bitcoins [7]**   43/11
107/24 109/9
179/14 179/16
179/18 181/11
**black [2]**   273/13
273/14
**blank [4]**   68/15
69/4 265/10 270/11
**block [3]**   133/25
210/15 288/5
**BLOOM [1]**   1/10
**blow [8]**   37/9 96/5
188/11 191/15
191/15 218/12
237/23 250/22
**blue [2]**   274/8
274/9
**body [2]**   135/24
282/22
**BOIES [1]**   1/15
**bond [2]**   51/6
186/17
**book [2]**   255/19
255/24
**bookkeeper [1]**
69/18
**books [2]**   38/9
39/19
**borrow [3]**   90/6
90/12 90/13
**borrowed [5]**   90/8

113/24 114/3
**borrowing [1]**   90/9
**both [13]**   8/3 8/10
14/14 14/25 113/20
161/19 229/16
242/15 253/16
264/25 265/1 274/3
277/17
**bottom [32]**   65/25
80/9 83/13 85/19
96/1 96/24 107/23
110/24 111/3
117/18 143/3 143/7
143/10 165/23
165/24 182/17
183/17 206/8
219/22 237/23
239/18 250/22
250/23 250/23
256/10 260/13
260/14 262/1 262/2
262/4 270/11
270/25
**bought [3]**   67/12
68/8 89/24
**Boulevard [3]**   1/21
140/16 210/16
**box [4]**   136/11
271/7 271/16 272/1
**boxes [3]**   271/13
271/19 271/24
**brains [1]**   26/3
**Brams [1]**   199/21
**break [13]**   13/16
13/17 76/3 121/1
121/2 153/1 153/8
158/7 158/21 229/8
229/10 241/1
290/16
**breaking [2]**
214/23 290/15
**breaks [2]**   13/15
112/20

# B

**BRENNER [17]** 1/15
4/14 7/10 53/8
57/4 88/10 108/19
130/5 135/7 136/7
174/23 193/15
194/21 212/14
222/4 237/10 263/9
**briefly [3]** 38/8
64/15 169/23
**bring [9]** 15/4
38/22 86/25 157/21
239/7 263/25
265/15 288/7
291/12
**bringing [3]** 8/17
186/11 286/25
**broke [1]** 116/3
**broken [3]** 139/6
283/19 284/11
**brother [57]** 20/5
22/19 22/21 23/21
32/6 33/8 33/13
36/13 37/24 49/3
50/5 50/24 52/1
63/8 69/4 75/3
80/20 82/3 82/6
85/4 90/14 94/23
98/25 102/5 102/9
111/22 113/17
116/2 117/19
118/11 121/8
123/19 127/25
131/10 137/23
146/15 148/4
173/16 175/7
176/18 220/5
220/20 226/25
228/9 228/10 229/1
230/20 240/5
243/18 244/19
264/11 269/6
269/14 278/5

278/16 278/19
283/24
**brother's [20]**
32/6 42/6 45/3
45/9 45/24 47/9
52/15 58/22 63/1
63/20 89/17 89/18
94/25 136/10
155/11 228/1
262/11 268/4 278/9
282/22
**brought [7]** 26/2
45/6 45/6 175/20
249/2 260/22
291/24
**brutally [1]** 36/8
**bunch [11]** 41/1
76/19 91/2 93/12
93/24 199/12
230/16 235/3
262/21 269/18
270/22
**business [31]** 19/4
26/1 53/22 66/7
66/18 66/19 66/21
67/13 67/22 68/12
69/25 73/2 73/23
74/6 75/24 78/1
96/9 96/13 139/16
145/3 146/15
149/22 158/7
158/13 159/17
159/18 181/11
182/2 198/4 198/7
260/9
**buy [5]** 34/14
36/11 67/3 68/25
70/3
**buys [1]** 258/21

# C

**call [9]** 9/22 88/1
102/13 147/19
149/17 175/6

292/12
**called [20]** 4/7
31/14 66/6 71/2
99/6 100/25 129/19
130/3 130/8 141/23
151/14 163/1 186/5
194/20 206/10
209/23 211/7
253/25 268/2
286/24
**calling [4]** 4/9
10/7 25/3 216/16
**calls [13]** 78/7
119/4 119/6 120/12
120/13 120/20
120/21 120/22
120/23 170/9
170/11 215/16
259/21
**came [11]** 22/14
42/11 81/25 117/11
144/23 150/7
182/22 186/3
203/10 223/2 264/6
**camera [1]** 292/15
**can [213]** 9/22
11/12 11/19 12/5
12/5 12/16 12/19
12/21 13/7 13/10
13/15 14/16 17/11
22/20 24/22 28/15
30/6 30/7 34/6
35/11 36/1 40/10
40/20 43/1 43/1
43/14 44/3 46/9
47/12 50/15 51/23
52/13 53/25 55/19
55/20 55/20 57/20
59/7 59/19 59/21
65/16 65/19 65/21
66/14 67/5 69/9
73/21 76/5 80/14
82/12 84/11 88/5

**C**

**can... [161]** 92/16
93/10 94/4 94/6
94/8 95/8 95/8
95/12 95/18 96/4
96/5 97/20 99/16
100/1 100/7 100/9
103/5 103/8 104/3
109/19 110/2
110/18 111/6 112/3
112/10 112/25
114/18 116/21
117/5 117/17
122/21 124/18
124/19 125/1 127/7
127/19 128/8
128/21 128/22
128/25 132/5 132/5
132/23 133/5 133/9
134/13 135/11
140/3 141/1 142/17
142/19 143/14
147/10 148/18
151/18 152/10
152/11 154/6 155/3
156/8 156/10
156/13 159/24
160/1 163/9 164/9
165/5 165/22
166/22 168/19
171/2 171/2 173/24
174/2 174/12 176/7
177/7 180/24
182/15 183/7 184/9
185/6 186/21 188/9
188/19 189/11
190/5 191/9 191/15
191/19 193/3
194/17 195/12
196/4 200/16
200/20 202/22
202/22 203/3
203/16 203/17

203/20 203/23
204/12 204/21
204/23 205/15
206/24 208/19
211/3 212/23
212/24 213/6
214/21 219/17
220/3 221/7 230/1
231/17 233/4
233/25 235/17
236/21 239/22
241/5 241/6 241/6
241/22 243/8
247/19 247/23
250/22 253/5 254/6
254/12 255/6
256/24 257/8
258/16 260/17
263/9 265/11
265/15 265/16
265/17 265/21
265/22 269/2 271/3
273/3 273/25 274/1
278/18 286/2
286/15 289/12
290/13 291/7
291/16 291/25
292/10

**can't [21]** 30/20
41/15 52/12 55/25
77/8 79/13 104/17
166/11 188/6 188/6
194/12 195/5
196/13 204/8
208/18 226/25
258/10 264/22
265/12 290/14
291/9

**candor [1]** 6/10
**cannot [2]** 123/4
194/18
**capable [1]** 259/18
**capital [3]** 96/8
145/25 252/6

**capitalization [2]**
252/7 252/8
**capture [1]** 81/4
**card [4]** 19/4 19/9
19/12 198/7
**cards [1]** 198/4
**care [2]** 74/19
141/16
**carried [1]** 78/11
**carry [2]** 47/6
48/17
**carrying [1]** 52/14
**Carter [11]** 61/15
62/14 62/22 63/17
138/7 138/15 139/9
139/13 144/17
214/16 284/17
**case [62]** 1/2 4/7
4/9 8/18 9/1 12/4
12/12 15/22 15/25
17/10 18/6 18/12
21/23 28/14 44/25
45/12 56/15 56/17
58/3 61/17 61/20
63/19 71/20 77/10
77/23 89/6 102/24
104/18 105/7
115/17 121/10
131/14 150/2
167/10 167/12
167/13 167/23
197/16 203/1 207/8
207/8 208/25
209/11 209/19
209/23 210/3 211/5
211/7 225/3 235/23
236/3 260/14
266/16 267/14
273/19 274/3
276/15 277/13
286/10 286/11
287/9 291/13
**cash [7]** 100/24
107/24 109/9

C.

**cash... [4]** 109/11
250/20 251/1
252/17
**cashed [2]** 102/15
249/11
**caught [1]** 241/1
**caution [1]** 292/20
**CC'd [1]** 171/17
**ceased [1]** 61/20
**CEIC [1]** 274/15
**cell [1]** 284/21
**center [2]** 32/9
32/14
**centers [1]** 32/11
**certain [10]** 66/12
102/3 117/10 118/1
119/10 170/8 194/8
210/3 215/25 246/8
**certainly [22]**
26/25 32/5 33/16
61/10 65/9 98/10
101/25 107/25
114/4 144/7 153/5
174/20 185/23
192/8 265/17
279/21 287/8
290/15 290/24
290/24 292/10
292/17
**certificate [2]**
2/2 246/19
**certificates [5]**
37/21 37/22 37/24
38/1 39/18
**Certified [1]**
293/5
**certify [2]** 293/7
293/12
**cetera [7]** 16/3
16/16 77/4 78/2
184/5 213/4 257/5
**chain [4]** 119/22

**chalked [1]** 25/11
**challenge [2]**
193/24 195/14
**chance [3]** 242/22
243/10 249/24
**change [1]** 242/23
**changed [2]** 168/2
168/8
**changes [4]** 239/22
244/16 257/10
258/22
**changing [3]**
264/19 264/19
281/10
**character [2]** 82/7
82/8
**charge [3]** 105/10
138/4 163/15
**chat [1]** 186/21
**cheap [1]** 34/15
**check [2]** 143/13
241/12
**checked [1]** 14/11
**checking [3]** 179/2
207/14 226/14
**child [1]** 74/19
**children [1]** 74/15
**choose [3]** 120/3
259/4 259/16
**chunk [1]** 291/18
**circled [1]** 14/8
**circumstance [2]**
89/22 102/14
**circumstances [3]**
118/15 176/12
179/22
**citing [1]** 132/17
**claim [5]** 25/21
78/12 194/17
194/23 247/2
**claimed [1]** 7/21
**claiming [1]** 22/25
**clarification [1]**

**clarify [4]** 67/24
84/22 128/21
194/15
**clarity [1]** 273/11
**classic [1]** 150/18
**cleaning [3]** 181/9
262/14 262/17
**clear [18]** 22/14
24/3 24/10 39/7
39/8 43/22 45/22
53/5 129/16 135/16
135/22 135/22
158/11 174/15
218/7 278/15 287/2
291/10
**clearly [1]** 176/6
**clerk [2]** 87/8
87/19
**client [2]** 53/10
194/20
**clips [1]** 12/21
**clocktime [1]**
105/15
**close [13]** 8/23
63/1 63/8 145/10
147/4 147/6 147/10
169/25 175/6
185/23 214/1
233/17 258/9
**closed [1]** 209/19
**closely [1]** 186/20
**closer [2]** 265/15
292/17
**closet [1]** 272/8
**CLR [1]** 293/17
**co [12]** 5/22 6/5
51/5 51/22 52/1
52/2 52/2 52/3
52/10 52/18 52/24
186/3
**co-creator [1]**
5/22
**co-creators [1]**

**C**

co-creators... [1]
6/5
co-owned [3]   52/1
52/2 52/2
co-owner [3]   51/5
51/22 52/3
co-owners [3]
52/10 52/18 52/24
co-published [1]
186/3
coding [1]   30/17
coin [24]   120/1
234/22 245/23
245/23 246/5 246/8
246/10 246/14
246/17 248/13
249/14 249/16
251/12 251/19
252/14 252/15
252/18 253/9
254/21 255/19
255/19 255/25
257/6 259/4
Coin-Exch [21]
120/1 245/23
245/23 246/5 246/8
246/10 246/14
246/17 248/13
249/14 249/16
251/12 251/19
252/14 252/15
252/18 253/9
254/21 255/19
255/25 259/4
coincide [1]   17/10
collecting [1]
193/22
collectors [6]
119/5 119/6 120/13
120/20 259/22
260/16
college [3]   28/17

columns [2]   188/21
273/7
come [15]   9/20
19/1 50/9 56/8
88/4 88/6 95/18
133/9 143/2 143/24
192/12 208/24
260/16 286/6
287/12
comes [1]   144/1
comfort [1]   290/16
comfort-break [1]
290/16
comfortable [2]
292/8 292/16
coming [3]   87/25
146/10 221/6
comment [4]   21/20
59/19 60/12 213/23
commentary [1]
279/16
commenting [1]
30/12
comments [1]
198/24
Commission [2]
256/14 257/5
common [1]   156/5
communicate [2]
49/25 87/9
communicated [1]
225/10
communicates [1]
16/25
communicating [1]
131/1
communication [7]
128/12 129/14
129/25 180/11
196/17 205/11
205/18
communications [6]
22/22 84/4 184/23

260/21
company [28]   32/16
42/17 42/21 53/23
63/3 63/25 75/3
137/24 137/25
139/17 140/15
141/6 144/9 145/16
145/19 145/23
151/4 166/10
166/10 167/6
245/23 246/4 246/8
246/10 246/17
252/3 253/25
257/11
company-owned [1]
144/9
comparison [1]
151/12
compensation [1]
75/16
complaint [19]
16/1 16/5 16/8
16/12 16/25 17/7
32/21 42/25 45/8
45/9 45/12 56/6
56/14 57/23 58/3
89/6 122/9 126/11
126/15
complete [4]
115/12 115/15
291/12 293/10
completely [2]
247/12 264/21
completeness [2]
43/14 59/18
complicated [3]
27/7 144/1 160/3
computer [32]   27/9
37/19 37/23 38/5
43/11 53/22 58/8
59/13 60/4 60/17
61/15 62/15 66/10
68/8 69/19 69/20

**C.**

**computer... [16]**
69/23 70/6 71/3
73/24 111/15
137/25 138/9
144/11 148/6
185/25 214/4
215/23 269/14
282/5 283/24 284/2
**computer-work [1]**
37/23
**computers [5]** 70/4
138/7 169/17
169/20 169/22
**computing [2]**
27/16 28/23
**concern [2]** 195/7
234/13
**concerned [1]**
277/24
**concerning [1]**
272/13
**concluded [3]**
26/11 26/20 292/23
**conclusion [3]**
5/16 5/18 196/22
**condition [1]**
234/17
**conditional [1]**
244/14
**conduct [2]** 56/18
211/22
**confer [2]** 288/17
290/13
**confirm [3]** 8/1
14/17 50/1
**confirmation [2]**
147/1 182/6
**conflicted [1]**
36/7
**confuse [2]** 207/21
208/2
**confused [1]**

**confusion [6]**
56/12 103/11 104/4
104/10 156/4
207/24
**Congratulations [1]**
244/15
**connect [1]** 190/5
**connection [1]**
160/22
**Conrad [8]** 61/15
62/15 62/22 138/8
139/9 139/13
144/17 214/16
**Conrad's [1]**
138/15
**conscientious [1]**
15/8
**conservative [1]**
278/10
**considering [4]**
120/7 187/9 234/15
259/20
**consistent [6]**
13/14 25/17 57/1
181/6 210/18
215/14
**consistently [3]**
56/14 87/11 227/1
**consolation [1]**
114/17
**consult [5]** 20/20
98/9 236/13 288/2
288/6
**consultant [2]**
66/10 73/24
**consultation [1]**
196/20
**consulted [6]**
20/19 170/7 170/13
192/21 195/16
199/21
**consulting [8]**
114/23 115/4

193/21 194/22
195/12 201/1
**consumer [2]** 91/23
97/7
**contact [7]** 173/16
175/12 176/20
177/1 178/16
179/23 182/18
**contacted [6]**
166/17 182/20
183/12 203/10
229/23 283/22
**contain [3]** 126/9
217/15 277/10
**contained [2]** 47/2
273/23
**contains [1]**
293/12
**Contego [2]** 93/14
140/13
**contemporaneous [1]**
261/12
**content [2]** 9/5
188/16
**contents [3]** 95/4
95/5 284/22
**context [1]** 212/24
**continuation [3]**
129/2 129/6 184/19
**continue [31]**
15/13 51/2 53/6
53/14 53/15 56/25
57/7 59/22 87/21
88/23 89/13 120/25
123/20 128/18
145/1 157/25 173/6
177/17 179/17
199/5 200/11
201/20 202/12
209/22 211/11
211/19 222/19
224/10 229/16
278/1 281/21

**C**

**continued [13]** 2/5
3/1 15/15 84/4
88/24 158/1 278/2
278/22 278/25
279/2 279/4 279/6
279/8
**continues [4]**
54/11 122/23 123/1
181/14
**continuing [3]**
100/6 199/8 229/24
**contrary [1]** 36/16
**control [7]** 76/23
77/17 94/24 167/5
188/20 188/22
200/17
**controversial [1]**
140/7
**conversation [12]**
5/25 20/15 21/24
24/5 24/11 25/7
25/10 25/21 33/12
177/4 199/5 199/8
**conversations [2]**
5/20 176/23
**converting [1]**
60/18
**cool [2]** 36/8
38/12
**cooperate [1]**
89/13
**copied [5]** 180/5
228/11 262/4
267/13 275/2
**copies [3]** 150/25
153/18 228/10
**copy [16]** 6/14
6/19 7/2 7/14
12/15 13/7 14/18
14/21 14/22 136/4
136/9 172/24 203/3
204/3 217/15

**copying [1]** 108/15
**Coral [1]** 1/21
**Corp [1]** 166/2
**corporate [1]**
165/10
**corporation [3]**
17/13 77/3 167/13
**Corporations [2]**
166/4 166/21
**correct [142]**
15/19 15/22 15/24
17/17 17/18 17/20
17/23 17/25 18/7
18/23 19/13 19/17
22/10 23/15 24/20
26/6 26/10 28/16
28/20 28/23 29/9
29/12 29/13 30/15
31/5 32/12 33/18
36/22 38/2 42/18
42/23 44/17 45/4
45/5 54/21 57/4
57/17 63/10 67/23
71/21 72/2 74/7
74/22 75/10 75/24
75/25 80/22 81/2
86/6 89/2 89/10
90/25 91/24 97/24
103/23 110/14
123/24 127/16
137/1 137/16
137/18 137/20
140/18 148/8
153/20 154/3 154/4
156/18 156/19
159/9 159/12
161/17 161/19
163/16 163/17
165/10 166/20
167/3 167/7 170/25
171/8 172/7 172/21
172/22 172/24
173/18 173/19

179/22 179/24
180/8 182/3 182/11
182/23 183/5
183/25 184/1
186/25 191/22
194/21 202/1
204/22 207/23
211/13 213/9 214/5
218/22 221/1
221/10 222/4
222/18 223/15
227/7 230/12
231/10 234/11
234/12 235/24
238/6 238/12
239/18 246/6
248/23 251/24
252/15 254/8
254/25 255/3 256/8
259/11 262/15
263/20 267/3 270/3
270/9 283/7 283/9
283/18 283/19
289/25 293/10
**corrected [1]**
253/19
**correction [1]**
18/11
**correctly [2]** 8/16
211/18
**correspond [1]**
123/20
**correspondence [1]**
192/21
**corresponding [2]**
11/13 165/8
**CORSAIR [4]** 268/2
273/12 273/14
274/8
**cost [10]** 67/9
67/21 68/3 68/6
68/18 68/21 69/4
69/25 71/3 71/3

**C**

**costs [2]**   69/1
75/24
**could [124]**   4/6
7/2 7/4 16/7 16/8
16/11 20/3 26/4
38/22 45/21 49/12
50/21 55/6 56/10
65/13 70/6 76/3
77/7 78/12 80/1
85/17 85/19 90/15
92/6 95/7 98/5
100/14 100/24
102/14 103/16
103/25 104/1
107/12 108/1
108/17 110/1 110/2
110/17 114/16
116/7 121/1 122/13
127/9 132/4 134/17
136/6 138/22
143/20 144/4
144/13 147/11
148/6 150/10
150/21 153/12
155/7 165/3 166/9
168/6 172/15
173/13 178/8
183/16 184/20
185/10 185/11
185/25 188/21
188/21 192/11
193/20 193/22
193/25 197/22
200/14 202/13
205/12 206/7
207/24 208/4 208/8
208/25 209/11
210/2 211/18
212/11 213/3
224/15 225/10
225/13 226/19
227/4 227/15

237/22 238/3
250/21 252/22
253/22 256/20
258/13 258/20
259/4 260/8 265/2
266/9 266/22
267/19 269/22
269/24 270/18
270/21 278/13
284/24 285/16
288/18 288/24
288/25 289/2
290/20 290/22
290/22 291/5
291/14 291/14
**couldn't [14]**
89/25 102/7 102/13
145/8 205/21
208/12 225/10
227/4 262/22
268/23 268/24
269/19 270/23
283/13
**counsel [67]**   4/11
4/22 8/12 12/19
14/3 40/3 43/14
46/18 47/8 54/5
71/8 87/12 87/17
89/5 92/14 94/5
94/10 96/17 101/8
103/5 108/12
109/19 110/2 115/4
116/8 121/16 127/6
127/7 127/10 132/6
133/17 133/18
141/13 152/9 165/3
165/6 171/11 174/7
187/25 188/2 188/9
188/15 188/15
190/15 192/3
192/16 192/22
193/17 193/19
193/21 202/23
203/24 204/12

241/20 241/21
243/8 243/8 243/10
247/19 249/22
249/24 250/17
272/12 286/16
288/2
**Counterfeit [1]**
19/19
**counterintuitive
[1]**   143/1
**couple [10]**   13/1
96/14 120/8 120/15
215/19 236/10
241/1 259/21
262/11 271/2
**course [7]**   12/23
17/16 59/9 89/5
95/25 141/13
206/18
**court [68]**   1/1
1/22 1/23 5/17
5/18 6/9 6/12
10/15 11/19 11/20
14/2 14/22 23/25
33/4 43/4 43/9
45/2 45/15 54/16
61/15 62/16 84/23
86/12 87/5 88/14
89/5 92/13 94/5
96/17 101/7 108/12
109/20 116/8 121/1
127/5 127/10
133/18 136/7 137/3
152/8 165/4 167/22
171/11 174/13
174/21 174/25
175/4 176/3 176/9
178/14 187/17
187/25 192/6 195/9
200/10 202/24
204/7 212/9 236/11
264/2 272/12
272/14 287/14

**court... [5]**   290/9
291/14 291/15
293/6 293/9
**Court's [9]**   175/24
192/24 201/19
223/25 286/9 287/6
288/7 289/12
290/21
**courtroom [6]**   14/5
25/4 87/4 133/8
286/6 286/12
**courts [1]**   281/15
**cover [2]**   162/18
184/9
**CRAIG [119]**   1/7
6/4 16/1 16/15
18/20 30/25 34/1
43/24 61/17 62/16
62/25 76/20 76/22
103/21 105/18
107/20 108/15
109/23 109/24
110/14 120/1
121/11 121/12
121/21 122/5
122/19 123/21
124/23 125/5 125/7
125/24 126/25
127/12 131/3 131/6
131/13 133/20
145/7 145/9 145/12
146/18 147/14
152/20 155/11
158/14 161/17
166/17 170/23
178/16 179/17
181/1 183/13 184/8
184/23 185/17
185/22 186/4 202/6
202/7 202/19 203/9
213/15 220/7
220/25 221/15

224/24 225/21
225/22 226/21
226/22 227/13
228/9 229/2 229/2
230/7 230/14 231/6
231/21 232/6 233/2
233/3 233/23 235/4
238/5 238/12
239/11 239/15
242/6 242/23
243/19 243/21
244/13 244/17
245/22 245/25
246/4 248/3 248/16
249/6 249/6 249/16
254/2 254/2 257/7
257/11 258/4 258/7
259/2 261/4 261/10
267/9 269/21 270/3
271/6 283/22 284/5
288/4
**Craig's [3]**   184/6
220/6 249/19
**Craigslist [3]**
101/2 101/20
101/24
**crazy [1]**   258/18
**create [1]**   278/18
**created [1]**   60/2
**creating [3]**   28/7
114/17 176/19
**creation [1]**   27/6
**creator [1]**   5/22
**creators [1]**   6/5
**credible [1]**
176/19
**credit [11]**   70/17
74/11 81/14 91/8
91/24 92/9 96/19
97/7 97/19 99/1
99/11
**crew [2]**   262/14
262/17

**criminal [1]**
286/18
**critical [3]**   17/9
17/11 244/7
**cross [13]**   2/5
5/19 10/9 12/10
12/12 15/15 88/23
88/24 157/25 158/1
229/24 291/5
291/16
**cross-examination
[12]**   2/5 5/19
10/9 12/10 12/12
15/15 88/23 88/24
157/25 158/1
229/24 291/16
**crossing [1]**   243/1
**CRR [1]**   293/17
**cryptocurrency [2]**
44/1 44/5
**cryptography [1]**
27/12
**crystal [1]**   135/22
**CSR [1]**   293/17
**currency [4]**   19/20
19/24 22/11 25/23
**Cush [2]**   116/23
117/15
**cut [5]**   232/3
232/4 232/11 235/7
239/24
**cut-off [5]**   232/3
232/4 232/11 235/7
239/24
**cv [2]**   1/2 4/9
**cyber [2]**   154/16
164/1
**Cybersecurity [1]**
154/24

**D**

**D1100 [1]**   204/20
**D145 [1]**   40/9
**D15 [1]**   96/17

**D**

**D205 [4]** 132/5
132/8 132/9 135/11
**D244 [1]** 133/11
**D257 [1]** 101/6
**D283 [1]** 102/22
**D285 [1]** 250/7
**D357 [2]** 237/12
237/14
**D358 [3]** 236/14
236/19 237/14
**D359 [3]** 236/14
241/18 242/2
**D40 [1]** 210/21
**D46 [4]** 260/24
263/1 263/6 263/10
**D5 [1]** 54/21
**D58 [1]** 94/5
**D67 [2]** 152/22
159/24
**dabble [1]** 251/25
**dad [5]** 90/9
100/23 113/20
199/23 214/19
**daily [1]** 169/22
**damaged [1]** 269/3
**data [49]** 32/9
32/11 186/5 186/9
230/8 230/12
232/15 239/12
264/24 265/4
266/17 266/19
267/3 267/5 273/8
273/8 273/22
273/23 274/3 274/6
274/12 274/17
274/22 275/16 275/18
275/16 275/18
275/21 275/22
275/23 275/25
276/2 276/3 276/18
276/21 277/6 277/7
277/8 277/10

277/13 277/15
277/17 277/17
277/20 277/20
278/5 278/6 278/8
278/18 285/21
**database [1]**
166/12
**date [42]** 11/5
16/24 17/9 17/11
18/3 18/3 18/4
18/5 61/21 83/23
89/2 122/16 136/1
136/19 137/12
137/12 138/3
167/16 167/17
167/21 168/24
178/9 188/22
191/18 193/3
195/12 195/18
195/19 199/20
213/13 225/14
228/3 228/13
231/21 232/3 232/4
232/11 235/16
235/20 239/24
261/15 261/16
**dated [3]** 97/24
188/12 191/19
**dates [5]** 17/10
17/11 89/13 167/16
228/5
**dave [76]** 4/23
5/21 6/3 6/4 8/20
8/21 16/15 18/22
24/22 25/11 34/3
43/24 54/10 64/22
72/2 80/6 106/1
107/24 109/8
111/18 114/1
116/10 121/21
123/2 127/15 131/5
138/19 139/1
141/25 142/4 142/6
151/6 161/14

213/9 214/21
218/17 220/5
220/25 222/24
223/1 224/24
224/24 225/21
226/21 227/13
228/11 228/13
230/14 238/5
238/11 238/11
239/11 239/25
242/7 242/15
244/13 244/20
246/7 246/9 246/9
249/4 249/5 249/6
249/11 249/11
250/20 251/1
254/22 258/11
258/12 258/14
258/18 258/20
273/8
**Dave's [23]** 5/21
53/22 59/5 62/5
62/14 120/12
120/14 135/23
144/7 179/25 245/4
259/22 262/21
267/10 269/19
269/22 269/23
270/22 271/17
272/5 273/22
274/25 279/11
**davekleiman.com [4]**
45/10 127/15
238/11 242/7
**David [116]** 1/4
16/2 17/16 17/20
17/22 23/13 24/5
24/6 24/11 24/18
25/7 25/16 26/21
27/4 28/14 30/13
30/24 31/1 31/4
32/22 35/23 37/14
38/19 44/1 44/4

**D**

**David... [91]**   44/8
44/11 45/19 47/23
47/25 58/18 59/13
59/14 60/2 62/16
62/20 62/23 64/6
64/14 65/23 66/9
71/15 71/18 75/9
76/20 78/23 79/1
79/12 79/19 83/2
93/14 93/24 94/15
94/15 94/17 94/20
94/21 95/11 96/6
96/19 97/23 99/9
101/11 105/23
106/5 106/9 116/10
118/6 118/21 119/8
122/6 125/5 126/25
127/13 131/3
131/10 131/23
133/21 133/23
134/1 138/4 139/16
140/23 169/25
172/21 177/22
179/2 179/16
179/18 181/9 182/5
186/4 209/22
210/10 210/16
214/10 217/25
221/15 224/22
225/4 231/6 231/21
232/9 233/2 233/16
233/23 234/13
235/3 235/24
238/22 242/6 245/5
246/25 253/16
273/8 288/3

**David Kleiman [22]**
16/2 17/16 17/20
17/22 23/13 24/6
24/11 24/18 25/7
25/16 28/14 31/1
31/4 37/14 44/1

59/14 60/2 64/14
76/20

**David Kleiman's [6]**
24/5 26/21 27/4
30/24 32/22 45/19

**David's [12]**   26/9
98/1 118/24 119/5
141/16 173/16
173/17 173/18
177/20 181/10
182/19 261/16

**day [44]**   1/9 17/12
17/12 17/19 17/22
17/24 20/23 22/16
31/8 36/1 76/17
89/14 119/4 120/12
123/13 123/13
130/19 131/1
136/21 144/1
161/10 163/10
175/17 177/4
194/22 197/24
218/5 218/7 219/15
219/18 226/12
226/23 234/21
259/21 267/9
282/22 286/10
288/25 289/2
289/24 291/1 291/5
293/9 293/15

**days [23]**   70/5
115/3 135/23 136/2
187/8 187/9 187/20
192/20 223/13
224/25 225/16
225/17 227/6
227/10 228/6 228/9
230/7 230/11
230/15 233/6 235/9
241/2 244/7

**DC [1]**   19/24
**de [1]**   1/21
**deadline [3]**

287/6
**deadlines [1]**
241/12
**deal [3]**   20/11
163/9 290/22
**dealing [3]**   59/10
131/14 169/20
**dealings [2]**   181/1
181/11
**dealt [2]**   102/4
102/8
**dear [3]**   62/19
62/22 150/9
**death [15]**   18/22
51/4 51/12 98/1
99/9 100/12 100/16
118/25 135/23
182/20 213/9
261/16 262/12
273/8 273/23
**debt [17]**   82/4
84/15 89/19 89/19
89/21 89/23 118/24
119/5 119/6 120/12
120/20 179/2
258/18 258/20
259/22 259/23
260/16
**debt-free [1]**
258/20
**debts [1]**   117/20
**December [5]**   35/6
61/1 116/2 184/24
185/1
**decided [3]**   39/14
167/12 255/12
**decides [1]**   159/19
**declare [2]**   51/15
51/20
**decline [1]**   213/21
**decrypt [1]**   109/10
**deemed [1]**   195/9
**deep [1]**   179/2

**D**

**deepest [1]**   211/10
**Defamation [1]**
131/11
**defendant [6]**   1/8
1/18 8/17 59/13
128/13 286/20
**Defendant's [131]**
2/8 2/9 2/9 2/10
2/10 2/11 2/11
2/12 2/12 2/13
2/14 2/14 2/16
2/16 2/17 2/18
2/19 2/20 2/20
2/21 2/23 2/23
2/24 3/3 3/4 3/5
3/5 11/14 12/12
40/3 40/25 54/3
54/14 55/8 56/6
64/19 64/21 64/25
65/12 71/8 71/10
72/5 72/11 79/5
79/22 79/23 82/18
83/8 83/11 84/18
85/16 91/17 92/2
92/5 92/12 92/23
93/2 94/5 95/20
95/23 97/12 97/17
101/6 101/15
101/18 103/5
108/12 109/1 109/5
111/25 112/12
116/6 116/14
116/18 127/4 127/9
128/3 130/16 133/5
133/10 137/3 137/7
137/16 141/12
142/11 142/16
152/9 153/2 157/13
165/2 165/13
165/16 171/11
171/15 171/22
172/1 184/17 185/5

190/15 191/9 200/2
203/18 205/16
206/1 206/6 208/7
209/6 210/21
210/24 212/8 219/1
221/13 237/3 239/4
242/13 244/1
249/21 250/9 254/6
254/11 254/17
255/16 256/19
257/1 260/24
263/15 269/25
270/6 270/14
**Defendant's 284 [1]**
109/1
**Defendant's 45 [1]**
256/19
**Defendant's 58 [1]**
95/20
**Defendants [1]**
279/18
**Defense [15]**   1/4
17/13 87/2 132/11
132/17 132/18
134/12 136/5
137/19 140/8
155/10 157/20
210/7 241/20 256/6
**definitely [10]**
55/17 105/9 105/13
118/22 131/15
136/15 207/1
239/22 248/22
260/7
**degrees [4]**   29/8
29/11 30/2 30/10
**delete [3]**   274/23
275/2 278/14
**deleted [1]**   275/9
**deleting [1]**
275/20
**delving [1]**   195/7
**demonstrative [15]**

187/25 188/1
223/19 223/20
223/21 224/7 224/9
236/15 239/5 239/8
262/24 272/12
272/15 272/23
**demonstratives [3]**
223/25 288/12
288/13
**deny [1]**   274/20
**denying [2]**   169/2
169/12
**department [23]**
42/19 146/21
146/25 147/20
148/3 148/5 148/6
149/22 150/14
152/15 158/17
158/25 159/14
160/17 161/23
164/24 165/10
166/3 166/21 172/4
179/5 180/2 180/8
**depending [3]**   10/8
13/13 289/21
**depo [2]**   12/21
290/10
**deposit [6]**   271/7
271/13 271/16
271/18 271/24
272/1
**deposition [10]**
10/19 14/6 149/25
186/11 228/22
280/1 280/11
280/16 280/18
288/16
**depositions [3]**
11/5 11/19 13/25
**Depreciation [1]**
69/14
**depression [2]**
213/20 215/15
**deputies [1]**   87/4

**D**

**deputy [1]**   14/5
**describe [2]**   40/20
 274/11
**described [6]**   9/6
 155/25 162/9 162/9
 164/16 278/2
**describes [2]**   5/24
 213/8
**description [3]**
 111/21 179/22
 273/7
**design [2]**   20/19
 67/3
**designations [1]**
 290/10
**designed [2]**
 264/12 268/5
**designee [1]**   65/23
**destroyed [1]**
 181/19
**detail [1]**   64/15
**details [5]**   45/23
 76/11 221/10
 246/20 290/8
**detect [1]**   124/18
**determine [3]**
 37/15 51/25 194/6
**determined [3]**
 155/24 162/8
 164/15
**develop [2]**   44/9
 115/24
**development [3]**
 155/25 162/9
 164/16
**device [11]**   43/25
 44/4 264/12 267/23
 267/24 269/11
 269/16 273/12
 273/22 275/14
 275/25
**devices [27]**   26/21

245/4 245/5 262/10
262/17 263/21
266/21 267/6 269/7
269/22 271/7
271/13 271/23
272/13 272/19
273/6 274/23 275/3
277/23 278/3
278/22 284/16
284/19 289/5
**DEVIN [1]**   1/12
**devoted [1]**   284/2
**Dex [3]**   105/19
 141/21 142/9
**dex561 [1]**   141/23
**DHS [4]**   150/19
 155/24 162/8
 164/15
**did [119]**   9/22
 17/8 19/10 20/2
 21/10 22/9 22/15
 24/8 24/22 26/21
 28/17 29/17 30/2
 30/14 30/19 30/20
 30/22 32/1 32/7
 32/23 33/14 33/21
 37/13 37/17 37/19
 39/4 39/6 41/13
 42/5 43/24 45/19
 57/19 58/8 58/11
 59/6 60/5 63/6
 63/13 82/3 82/6
 87/4 92/19 101/2
 105/25 118/11
 124/9 124/10
 124/16 134/7 136/9
 138/16 139/14
 144/20 147/14
 147/16 147/19
 158/16 167/2
 177/20 179/17
 179/18 180/7 182/6
 186/20 194/2

202/20 209/5
209/16 214/7 214/9
228/19 230/20
230/20 233/15
233/15 247/14
263/2 263/3 263/25
264/10 264/11
264/18 264/18
266/13 269/6 271/6
271/6 271/13
271/19 272/4
275/16 275/16
275/22 275/25
276/3 276/5 276/8
276/8 276/11
276/20 276/21
277/6 277/15 278/1
278/16 278/19
278/22 278/25
279/2 279/4 279/6
279/9 282/4 282/7
282/17 285/8
285/14
**didn't [124]**   6/11
 7/25 8/5 17/21
 19/8 19/15 20/1
 20/25 21/1 26/5
 28/15 28/19 28/22
 28/25 29/2 29/5
 29/8 29/11 29/14
 30/13 32/8 34/16
 34/18 34/19 36/10
 37/1 37/10 38/14
 38/16 38/17 39/3
 39/6 39/16 40/19
 42/8 44/18 44/21
 44/22 45/17 46/11
 53/4 53/23 60/22
 60/25 60/25 63/11
 63/17 64/14 71/23
 74/15 74/16 75/5
 76/24 87/25 90/12
 90/13 90/24 91/9

**D**

**didn't... [66]**
101/5 107/24
109/11 113/19
114/11 114/21
115/1 117/21
118/10 123/22
125/8 126/9 135/23
139/2 144/8 144/21
146/16 166/15
166/16 166/18
167/1 167/1 167/5
167/5 174/11
174/14 175/12
179/25 182/10
182/12 195/21
207/21 208/2 209/8
213/13 214/8 217/4
217/15 227/3
239/21 246/10
251/18 256/3
256/15 264/15
265/6 268/22 269/6
271/10 271/17
272/4 274/18
276/18 277/7 277/8
277/9 281/1 282/3
282/8 282/9 283/4
283/5 283/21
284/22 285/3 285/5
**died [14]** 17/20
17/22 31/1 31/4
37/14 38/19 48/2
90/10 116/3 117/19
117/22 117/25
136/1 138/19
**dies [2]** 17/17
85/21
**different [13]**
6/17 37/2 46/23
46/23 54/23 56/16
60/1 125/11 133/8
149/13 153/19

**differently [2]**
9/11 213/3
**difficulties [2]**
131/11 216/6
**difficulty [1]**
215/21
**digital [4]** 19/20
19/24 25/23 37/3
**dinner [5]** 6/7
131/15 176/18
176/22 220/6
**direct [6]** 12/11
12/13 15/13 30/23
108/14 248/11
**directed [1]**
238/11
**directing [1]**
231/19
**direction [2]**
56/13 194/19
**directly [3]**
170/23 174/21
175/9
**director [4]** 77/4
166/10 205/13
255/1
**Directorate [1]**
150/19
**directors [1]**
255/13
**disagreement [1]**
13/22
**discard [2]** 37/15
39/17
**discarded [3]**
39/22 262/17
283/22
**discarding [1]**
269/23
**disciplines [1]**
27/7
**discover [1]** 251/1
**discovered [1]**

**discovery [1]** 7/3
**discuss [5]** 24/23
115/5 177/20
208/19 290/10
**discussed [4]** 33/8
198/25 200/7
254/20
**discussing [3]**
206/17 223/14
245/22
**discussion [6]**
25/22 110/21
119/25 131/2 177/9
197/3
**discussions [1]**
6/3
**dismiss [2]** 167/9
167/22
**dismissal [1]**
63/22
**dismissed [1]** 93/6
**displayed [1]** 87/8
**disposed [1]** 102/2
**dispute [1]** 139/15
**distinctive [1]**
22/3
**distributed [2]**
146/10 254/23
**distributions [1]**
145/16
**district [13]** 1/1
1/1 1/10 1/23
32/19 32/23 33/4
33/14 43/12 43/21
293/3 293/6 293/7
**divided [1]** 166/9
**diving [1]** 268/24
**DIVISION [2]** 1/2
154/24
**do [398]**
**Doc [2]** 42/16
42/21
**doctorate [1]**

**doctorate... [1]**
29/24

**document [80]**   7/12
7/15 7/17 26/8
33/7 33/11 47/12
56/12 67/14 67/17
67/19 69/20 82/20
83/5 91/19 92/23
93/13 112/11
113/10 121/23
122/18 124/21
125/1 125/10
125/11 126/7 128/4
128/8 130/7 138/2
138/3 141/7 174/3
175/18 180/23
181/2 188/3 189/4
189/6 189/11
189/21 189/25
190/1 190/3 190/14
190/18 190/20
191/8 191/12
191/13 191/18
191/18 192/9
193/13 195/18
196/5 196/7 197/10
201/5 201/8 201/15
201/17 203/1
203/14 203/20
203/24 204/9
204/12 212/10
217/22 220/12
220/15 222/12
222/14 232/5
232/12 239/25
246/21 246/22
256/16

**documentation [2]**
253/8 261/14

**documents [16]**
136/21 151/1
154/24 158/10

181/21 216/17
216/18 216/20
216/21 217/19
237/10 287/25
288/1 290/10

**does [32]**   14/18
16/14 19/22 28/3
67/19 72/15 87/8
89/8 111/14 111/15
113/24 120/19
174/17 175/8 175/8
175/11 180/20
181/16 203/7
205/10 209/8
209/14 230/16
230/23 231/12
234/17 241/9
242/25 244/22
252/12 257/10
258/20

**doesn't [21]**   19/22
19/24 20/13 67/12
72/13 81/16 105/3
105/3 105/5 110/4
111/14 143/7
170/15 175/10
188/22 191/18
196/6 232/10
232/18 241/16
248/16

**doing [27]**   6/12
12/21 14/9 20/6
38/24 53/24 58/24
59/1 87/11 152/18
174/2 186/9 206/8
206/18 208/14
208/20 215/22
220/25 225/24
230/8 233/6 233/24
255/2 262/7 267/15
277/6 290/7

**dollar [1]**   159/11
**dollars [3]**   75/12

**domain [5]**   45/9
58/22 63/21 95/2
106/7

**domains [1]**   235/5
**don't [279]**   7/11
8/16 9/15 10/13
12/4 13/2 13/21
16/5 17/3 17/5
17/19 17/22 20/2
20/13 22/4 22/20
22/21 24/13 24/25
25/16 26/2 27/8
27/24 27/25 28/6
28/6 28/11 28/12
28/17 28/21 29/22
29/24 30/12 32/5
32/13 33/2 33/5
33/5 34/9 36/13
37/4 37/12 38/9
39/21 39/21 39/22
40/15 41/7 41/9
42/1 42/10 43/20
43/22 43/25 44/4
44/6 44/8 46/25
50/14 52/9 52/23
53/21 55/24 61/2
61/4 61/5 61/7
61/20 61/22 62/2
63/19 68/23 69/19
70/3 70/12 73/17
76/8 76/11 76/11
77/13 77/13 77/21
78/19 80/19 80/23
80/25 87/13 90/8
91/20 93/8 94/22
95/16 96/15 102/22
103/10 103/25
104/21 104/22
104/23 105/1 105/2
105/7 105/9 107/23
110/8 111/17
111/17 115/1 115/9
115/12 115/23

**D**

**don't... [168]**
116/5 117/8 117/9
117/16 118/1 119/3
120/23 124/17
126/13 126/18
126/23 127/2
129/20 130/10
130/11 135/9 136/1
136/19 138/16
138/21 138/23
139/15 140/3 141/2
142/5 143/9 143/11
143/12 143/23
144/16 145/2 145/4
145/5 145/15
145/18 145/19
145/20 145/21
145/25 146/3
146/12 146/13
146/13 147/3 147/7
147/8 147/11
149/10 154/22
155/1 156/11 157/1
163/23 164/5 164/8
167/11 168/8 169/3
174/11 174/16
175/17 175/18
186/14 186/22
187/6 187/22
188/15 188/20
189/6 189/17
192/25 194/17
195/13 195/14
196/1 196/6 196/24
196/25 197/8
198/16 201/9
204/18 205/2
208/11 209/2 209/2
209/20 210/6
210/11 212/7
215/10 215/12
215/20 215/25

217/8 217/20
217/24 221/22
222/8 222/12
222/12 222/25
223/6 223/8 224/13
225/6 225/6 226/17
228/18 233/9
233/14 233/18
235/2 239/6 240/7
245/6 245/15
246/19 247/12
251/13 255/23
256/2 260/2 262/8
262/16 262/16
266/8 267/5 267/13
267/15 267/20
268/7 271/3 272/9
272/21 273/24
274/5 274/21
274/24 276/8
276/11 276/12
276/13 276/22
276/24 277/16
277/19 277/22
278/17 280/21
282/11 282/12
282/17 283/8
284/19 285/16
285/18 285/19
285/21 287/11
287/11 289/7 289/9
290/8 290/16
292/18

**don't you [1]**
245/6

**done [24]** 16/6
52/3 53/1 75/9
77/15 78/8 78/14
88/15 111/22
115/10 126/13
146/22 167/15
193/25 201/12
213/3 213/3 233/25

244/20 244/23
275/12 289/1

**door [1]** 176/14

**Dorian [1]** 4/24

**dotting [1]** 243/1

**doubt [1]** 217/9

**doubting [1]**
248/16

**down [28]** 70/8
72/15 84/14 84/15
88/17 100/6 102/24
102/25 104/2
110/17 134/13
173/3 173/23
173/24 180/23
183/7 183/17
184/15 184/20
185/11 189/10
194/19 200/20
206/8 208/8 214/23
225/16 243/9

**Dr [3]** 193/22
197/25 198/17

**Dr. [65]** 5/2 5/2
5/8 5/10 5/11
10/10 10/20 12/10
16/1 29/23 31/7
32/1 33/22 34/7
113/6 113/17
123/20 128/6 130/2
130/7 167/22
178/20 179/17
179/19 179/23
179/25 181/1 181/6
181/9 181/11
181/12 181/15
181/21 182/3
182/13 182/19
182/20 182/22
183/24 184/8 187/2
187/10 198/11
198/24 199/12
206/15 213/6 213/8

**D**

**Dr.... [17]**   223/11
 227/23 240/4
 242/15 246/24
 250/19 252/17
 253/7 254/8 254/19
 270/16 278/16
 278/20 284/5
 289/23 291/4
 291/12
**Dr. Craig [4]**   16/1
 179/17 181/1 284/5
**Dr. Wright [57]**
 5/2 5/2 5/8 5/10
 5/11 10/10 12/10
 29/23 31/7 32/1
 33/22 34/7 113/6
 113/17 123/20
 128/6 130/2 130/7
 167/22 178/20
 179/19 179/23
 179/25 181/6 181/9
 181/11 181/12
 181/15 181/21
 182/3 182/13
 182/19 182/20
 182/22 183/24
 184/8 187/2 187/10
 198/11 198/24
 199/12 206/15
 213/8 223/11
 227/23 240/4
 242/15 246/24
 250/19 252/17
 253/7 254/8 254/19
 270/16 278/16
 278/20 289/23
**Dr. Wright's [4]**
 10/20 213/6 291/4
 291/12
**draft [1]**   241/5
**drafted [2]**   17/4
 58/12

**draw [5]**   198/8
 198/11 198/13
 198/14 198/15
**draws [1]**   20/13
**drew [4]**   19/5
 19/12 22/21 199/1
**drive [23]**   186/9
 228/12 228/21
 228/21 242/16
 264/9 264/20
 264/21 264/22
 264/24 274/4
 274/16 276/3
 276/19 277/5 277/9
 283/10 283/10
 283/14 283/16
 283/22 284/8
 284/11
**drives [42]**   26/13
 26/23 37/19 109/10
 138/8 138/10
 138/11 138/12
 138/14 138/16
 139/1 139/3 179/25
 262/22 262/23
 264/13 264/25
 265/4 266/16 267/1
 267/14 267/16
 269/19 270/23
 271/17 271/18
 274/6 274/22
 274/24 277/1 282/2
 282/6 282/7 282/9
 282/11 282/16
 282/21 283/4 283/5
 283/6 283/8 284/12
**driving [1]**   234/1
**drop [3]**   60/25
 63/17 83/20
**dropped [3]**   61/2
 84/9 215/19
**DSL [1]**   32/16
**due [3]**   6/10 86/7
 99/23

**during [16]**   5/19
 25/17 26/7 55/2
 56/24 57/3 60/4
 61/14 91/10 113/19
 121/7 121/10
 173/23 192/15
 197/15 206/18
**duty [1]**   281/15

**E**

**E-X-C-H [2]**   255/19
 257/6
**each [15]**   5/5
 11/12 12/16 15/7
 104/22 119/4
 120/12 128/23
 154/9 158/11
 159/10 259/21
 292/1 292/5 292/11
**earlier [5]**   152/21
 161/9 164/24
 185/13 289/16
**early [12]**   8/22
 15/8 15/9 26/11
 26/20 42/22 70/5
 186/25 228/1
 239/11 288/18
 290/15
**earn [1]**   73/9
**earned [2]**   37/22
 74/11
**easier [3]**   160/4
 265/18 265/23
**easy [1]**   131/14
**eat [1]**   220/7
**Economic [3]**
 154/10 156/14
 160/9
**economics [5]**
 27/20 27/21 29/3
 154/16 164/1
**editing [3]**   16/16
 122/19 218/15
**education [1]**

**E**

**education... [1]**
28/15
**effect [1]** 5/21
**effort [1]** 244/15
**efforts [2]** 51/24
52/17
**eFiled [1]** 57/16
**eggs [2]** 245/17
248/19
**eight [1]** 123/10
**either [17]** 9/13
11/13 13/13 29/23
30/14 75/20 143/8
163/24 179/21
208/16 234/10
236/14 262/17
264/7 265/4 278/9
281/4
**elderly [1]** 90/10
**electronic [4]**
122/24 150/13
153/10 272/13
**electronically [5]**
57/16 168/24
168/24 169/2 169/4
**elicit [1]** 53/4
**eliciting [1]** 53/3
**else [13]** 8/11
10/6 18/11 50/9
53/19 53/21 53/24
94/24 125/16
135/19 196/6 233/4
266/25
**elsewhere [1]**
269/8
**email [156]** 5/24
5/24 6/2 6/24 7/11
7/14 7/22 8/2 8/5
8/10 8/15 8/25
9/14 13/4 16/18
16/19 18/20 22/24
24/4 24/8 24/22

35/5 35/20 45/20
59/4 84/4 94/14
94/20 94/21 94/21
94/25 95/4 103/20
104/1 104/14
104/19 104/24
105/14 105/20
105/21 106/5
106/10 106/21
107/11 107/13
107/15 108/15
108/15 109/23
110/12 113/5
116/10 116/11
116/20 116/23
117/1 117/5 117/7
119/22 121/11
121/21 122/5 122/9
125/4 125/4 125/6
125/14 125/15
125/17 125/23
126/4 126/4 126/8
126/11 127/12
127/12 129/13
130/17 130/23
131/5 131/20
133/23 141/17
141/19 141/23
142/18 142/19
143/10 144/14
146/24 152/21
165/23 165/24
184/22 186/18
186/25 187/8
192/16 198/19
199/10 203/13
206/10 206/13
207/15 207/22
210/10 212/21
214/12 215/16
216/10 216/11
217/2 217/6 218/5
219/24 220/1

223/14 224/15
224/23 225/17
226/14 226/18
227/8 227/11
227/25 228/11
229/6 230/3 231/15
231/25 235/14
236/4 236/9 239/15
242/6 243/21 248/3
248/9 250/23 254/8
258/7 261/4 261/20
269/21 271/14
271/21 272/3
277/24 285/19
288/3 288/5
**email's [1]** 219/18
**emailed [5]** 6/22
6/25 16/15 94/20
136/22
**emailing [2]** 106/8
117/2
**emails [33]** 8/11
32/8 34/6 104/18
104/21 104/25
105/6 105/11
105/12 107/11
123/21 123/23
123/24 124/22
126/24 131/2
137/23 142/2 142/6
142/22 143/1
210/18 216/7
223/10 228/1
232/23 232/24
234/10 236/4
236/11 239/10
251/25 271/10
**emotions [1]** 213/9
**employee [1]** 75/16
**employment [2]**
69/11 74/6
**empty [4]** 262/23
264/5 266/10 273/7

**E**

**encrypted [19]**
264/24 265/4
266/17 266/19
267/3 267/5 273/9
273/23 274/3 274/5
274/12 274/21
274/22 275/1
275/13 277/13
277/15 277/17
277/20
**encryption [2]**
27/13 267/6
**end [21]**  6/9 9/7
64/9 123/4 155/19
160/4 175/16 177/9
184/16 197/3 198/2
198/3 200/20 215/2
221/9 289/21
289/23 290/9 291/1
291/25 292/3
**ended [3]**  101/2
154/1 271/17
**ends [5]**  9/9 111/2
151/13 151/13
242/23
**engaged [1]**  158/13
**engaging [1]**
146/15
**engineering [2]**
28/5 29/15
**English [2]**  149/13
149/14
**enjoined [3]**  60/14
60/15 60/17
**enjoy [1]**  249/12
**enjoying [2]**
244/22 249/8
**enough [8]**  87/11
109/10 186/9 227/5
232/5 232/11
239/25 258/10
**ensure [1]**  184/9

**entered [1]**  54/16
**enthusiasm [1]**
131/17
**entire [8]**  59/21
88/12 95/5 95/7
117/5 128/23 178/8
203/23
**entirely [2]**  56/16
261/22
**entirety [1]**  51/9
**entitled [3]**  195/3
246/7 246/25
**entitlement [1]**
247/5
**entries [1]**  192/23
**entry [13]**  99/25
100/1 100/2 104/22
112/1 160/3 188/12
191/12 200/4
200/14 224/4
231/20 248/12
**EOI [1]**  207/8
**equal [1]**  261/15
**equations [1]**  42/3
**Equip [1]**  69/20
**equipment [5]**  34/2
43/11 43/21 69/19
69/23
**equivalent [1]**
207/4
**equivocal [1]**
279/14
**erase [1]**  258/19
**error [4]**  103/1
175/16 175/17
175/17
**errors [1]**  242/22
**Especially [1]**
153/6
**ESQ [9]**  1/12 1/13
1/15 1/16 1/16
1/19 1/19 1/20
1/20
**essential [1]**

**essentially [3]**
125/12 242/17
242/17
**establish [12]**
55/18 66/17 136/24
166/18 174/17
192/15 192/20
192/25 195/11
195/13 195/15
278/20
**established [1]**
220/11
**establishing [1]**
55/19
**estate [21]**  1/4
4/23 26/14 26/21
45/24 50/7 51/5
54/10 58/18 64/11
91/3 92/19 101/11
102/4 102/9 141/16
170/5 172/20 183/4
199/24 254/22
**estate-planning [1]**
199/24
**estimate [1]**  289/7
**estimating [1]**
289/20
**estimation [3]**
10/20 288/25 289/1
**et [7]**  16/3 16/16
77/4 78/2 184/5
213/4 257/5
**et cetera [1]**  78/2
**evaluated [2]**
155/22 162/6
**even [4]**  115/1
144/10 164/24
222/13
**evening [5]**  239/23
285/24 286/3 286/8
286/13
**event [5]**  30/23
51/4 95/3 143/10

**E**

**event... [1]**
144/20

**events [1]**   176/17

**eventually [1]**
278/10

**ever [17]**   5/20
22/21 32/1 38/9
136/20 144/1
149/19 175/18
176/23 177/20
198/4 214/7 220/12
258/11 258/14
274/24 283/22

**every [8]**   35/25
36/1 36/2 106/22
224/15 236/4 237/5
286/9

**everybody [5]**
33/22 159/19
218/10 292/6
292/21

**everybody's [1]**
218/6

**everyone [8]**   4/2
102/20 133/7
135/17 157/17
281/11 291/12
292/19

**everyone's [3]**
49/17 129/16
160/22

**everything [11]**
50/12 100/12
100/16 155/7
217/24 248/22
248/23 249/7
258/22 278/11
286/11

**evidence [118]**
6/16 11/4 35/17
35/18 40/12 40/25
43/20 43/23 49/10

50/2 54/18 55/10
56/8 65/12 72/9
72/11 79/22 79/23
82/23 82/24 83/10
83/11 85/10 85/15
85/16 92/4 92/5
93/1 93/2 95/22
95/23 97/16 97/17
101/17 101/18
107/1 107/5 107/6
109/4 109/5 110/5
110/8 112/9 112/12
112/14 113/14
116/17 116/18
119/14 119/15
122/2 122/3 126/5
130/15 130/16
137/6 137/7 140/1
140/2 142/15
142/16 149/5 149/6
150/1 153/2 165/15
165/16 168/17
168/18 171/25
172/1 173/5 175/1
175/2 176/5 179/15
183/20 185/8
197/18 197/19
206/5 206/6 210/23
210/24 212/18
212/19 218/10
219/12 219/13
220/13 220/17
222/13 222/17
222/21 239/3 239/4
242/12 242/13
243/25 244/1
247/25 248/1
250/13 253/3 253/4
254/16 254/17
255/9 255/10
256/25 257/1
257/24 257/25
263/14 263/15
270/13 270/14

**EX [2]**   2/7 3/2

**exact [6]**   18/5
25/10 136/1 138/21
174/9 272/3

**exactly [14]**   8/9
9/6 16/5 17/19
17/22 39/21 114/18
118/1 135/15
215/25 216/18
245/15 267/15
276/7

**examination [20]**
2/5 5/19 10/9
12/10 12/11 12/12
12/13 15/13 15/15
88/12 88/19 88/23
88/24 157/25 158/1
211/23 229/24
281/23 291/13
291/16

**example [3]**   51/25
100/21 176/17

**exceeded [1]**   179/3

**except [1]**   24/11

**Exch [21]**   120/1
245/23 245/23
246/5 246/8 246/10
246/14 246/17
248/13 249/14
249/16 251/12
251/19 252/14
252/15 252/18
253/9 254/21
255/19 255/25
259/4

**exchange [5]**
109/23 186/18
246/23 247/2 257/5

**exchanges [6]**
121/11 141/17
141/19 192/16
192/17 288/3

**excited [1]**   221/5

**E**

**exciting [1]**
270/20
**exclamation [1]**
244/20
**excuse [5]**  49/20
54/20 235/5 236/22
288/10
**executing [2]**  47/2
64/10
**executor [11]**
46/20 46/22 46/23
47/1 48/13 52/14
64/16 92/18 100/16
101/11 117/25
**exemplar [1]**
267/24
**exhausted [1]**
176/21
**exhibit [136]**  6/15
6/17 8/15 9/5
11/13 11/14 11/14
11/15 35/2 35/14
35/15 35/18 35/22
47/15 54/3 55/7
56/6 64/20 64/21
65/4 65/6 65/12
72/11 79/23 83/11
85/16 87/6 87/16
92/5 93/2 95/23
97/17 101/18
102/19 102/23
103/8 103/14
103/15 106/24
107/4 107/6 107/7
108/18 108/18
109/5 110/1 116/18
119/11 119/13
119/15 121/25
122/3 128/15
130/14 130/16
132/12 132/14
132/15 132/17

132/19 132/20
133/1 133/5 133/12
133/14 134/6 134/7
134/11 134/13
134/16 134/19
135/1 135/5 135/8
135/16 137/7
139/19 139/24
140/2 142/16
148/21 148/22
149/1 149/6 153/2
153/7 155/4 165/16
168/14 168/15
168/18 172/1 175/1
175/20 176/5 206/6
210/7 210/8 210/24
212/13 212/15
212/19 219/13
220/14 221/18
221/23 222/21
236/20 237/3 237/5
239/4 241/19
241/24 242/13
244/1 247/20 248/1
250/3 250/4 252/23
253/2 253/4 254/17
255/7 255/8 255/10
257/1 257/19
257/23 257/25
263/15 265/18
265/19 270/14
272/12 288/10
**Exhibit 31 [2]**
134/7 257/19
**exhibits [15]**  11/4
11/7 11/18 12/1
12/6 12/17 12/20
13/24 14/5 174/24
202/25 222/2 222/7
288/16 291/8
**existing [1]**  198/7
**exists [1]**  124/18
**expect [3]**  174/6
174/6 217/18

**expectation [1]**
174/25
**expected [1]**  10/6
**expedite [1]**  250/1
**expense [1]**  75/23
**expenses [7]**  66/19
67/2 78/3 78/6
78/12 146/3 146/7
**experience [1]**
143/5
**expert [13]**  31/17
39/25 124/1 209/22
210/3 211/7 211/12
215/14 216/16
217/1 217/18
217/20 283/25
**expert's [1]**
216/20
**experts [4]**  155/22
162/7 164/13
276/15
**explain [5]**  7/4
118/14 207/17
211/15 211/17
**explained [2]**  14/4
118/13
**explaining [5]**
40/16 118/9 124/6
208/1 287/16
**expose [1]**  196/17
**expression [2]**
222/24 223/7
**extension [3]**
70/22 74/22 235/6
**extent [4]**  38/25
60/16 236/14
290/14
**extra [1]**  14/21
**extract [1]**  248/25
**extreme [1]**  39/23
**extremely [1]**  87/5
**eyes [1]**  79/13

**F**

**Facebook's [1]**
20/11
**fact [32]**   25/2
30/16 34/13 39/6
42/8 61/13 64/9
94/1 100/11 102/18
107/13 114/11
114/11 146/18
146/21 148/25
158/23 163/8
174/18 175/22
186/3 192/18
192/22 193/13
196/19 211/22
212/14 223/19
227/3 246/16
258/11 265/3
**facts [2]**   180/3
213/24
**fair [3]**   12/25
152/17 227/5
**Fairly [1]**   233/17
**faith [1]**   43/9
**fake [1]**   126/22
**fallacy [8]**   186/5
228/12 228/21
230/9 230/12
232/15 239/12
242/16
**false [1]**   195/3
**familiar [6]**   71/25
121/18 169/17
188/3 188/9 268/2
**family [5]**   50/25
89/23 90/7 170/21
180/14
**far [10]**   9/5 38/13
70/13 77/19 130/2
130/7 143/24
223/15 239/22
291/17
**Fargo [2]**   93/6

92/22
**fashion [1]**   287/18
**fast [5]**   70/4 70/6
203/25 203/25
223/18
**fast-forward [1]**
223/18
**father [9]**   89/22
90/10 246/12
253/12 253/14
253/21 253/22
254/24 256/1
**favor [2]**   87/22
212/20
**February [31]**
17/12 18/5 18/12
21/23 22/2 31/3
89/9 89/12 89/13
103/20 104/1
107/20 109/7 112/2
113/6 114/4 114/24
161/10 167/2
168/21 183/24
185/3 185/17
187/16 187/20
188/13 189/19
191/20 194/24
195/18 197/5
**February 14 [5]**
17/12 89/9 103/20
104/1 167/2
**February 15 [4]**
107/20 109/7 112/2
185/3
**February 15th [2]**
113/6 114/4
**February 16 [1]**
185/17
**February 18 [3]**
18/12 89/12 168/21
**February 2014 [1]**
31/3
**February 25 [6]**
187/16 187/20

198/13  188/19
191/20 197/5
**February 5 [1]**
21/23
**federal [1]**   81/20
**feeding [1]**   202/18
**feel [5]**   186/19
247/14 247/14
249/25 270/21
**feeling [1]**   186/16
**feelings [1]**
164/14
**fees [1]**   155/7
**fellow [1]**   22/1
**felt [1]**   63/1
**Fernández [1]**   87/4
**few [13]**   31/21
113/20 114/3 118/7
135/23 138/16
138/20 142/8 142/9
160/17 161/12
235/8 244/15
**field [1]**   37/23
**fifth [3]**   48/22
48/23 49/2
**figure [4]**   95/1
221/7 261/20 290/3
**figured [1]**   260/14
**file [14]**   44/25
63/11 66/23 146/16
267/7 267/8 267/11
267/13 275/1 275/2
275/3 275/8 278/13
281/16
**filed [20]**   18/6
18/13 57/16 57/23
61/6 62/15 76/7
76/24 77/19 77/23
78/16 89/9 91/21
146/16 167/8 167/9
167/22 222/1 235/6
282/23
**files [8]**   184/5
267/10 274/24

**F**

**files... [5]**
274/25 275/20
278/4 279/10
279/11
**filing [6]** 11/20
55/22 89/14 169/9
279/8 287/13
**fill [2]** 10/23
228/4
**final [5]** 150/13
153/10 199/18
211/24 211/25
**finalize [3]** 232/5
232/12 239/25
**finally [1]** 215/4
**finance [2]** 28/8
29/18
**finances [6]** 64/7
64/9 64/14 89/18
90/2 90/24
**financial [4]** 99/6
99/11 173/17
177/20
**financially [1]**
177/22
**find [20]** 21/11
52/18 73/17 109/10
109/12 112/1
146/22 152/17
152/19 158/12
160/16 160/16
160/17 164/25
166/8 166/11 186/3
202/24 236/6 284/9
**fine [5]** 45/16
68/23 171/7 229/9
292/5
**finish [10]** 46/15
52/21 60/1 60/25
106/18 125/22
157/4 166/25 243/1
275/7

**finished [7]** 23/18
208/24 209/10
223/14 275/5
282/23 289/5
**finishing [1]**
106/15
**Firm [1]** 171/13
**first [71]** 5/25
8/14 13/24 16/24
30/19 30/21 30/24
35/20 35/20 44/24
45/1 50/21 55/18
55/19 55/20 56/5
57/23 60/12 61/22
65/17 68/2 72/14
72/21 72/24 80/9
85/22 93/20 94/10
99/17 99/25 108/14
108/20 110/12
117/9 121/14 126/5
127/24 128/5 143/2
145/2 148/18
152/10 156/10
159/14 160/3 160/7
163/22 165/25
172/13 173/14
179/11 184/22
188/2 193/4 193/20
193/23 194/25
199/14 199/14
218/12 219/24
220/1 224/16
224/18 237/24
248/15 250/16
254/13 270/3
273/12 288/7
**fits [1]** 239/5
**five [2]** 5/17
205/5
**fixing [1]** 229/23
**FLEXNER [1]** 1/15
**flip [3]** 57/20
160/18 212/11
**FLORIDA [24]** 1/1

1/24 17/13 32/9
32/11 32/14 32/17
32/18 32/18 32/19
32/23 33/1 33/4
33/14 165/9 165/9
166/3 293/3 293/7
293/15 293/18
**flow [1]** 87/25
**flsd.uscourts.gov**
**[2]** 1/24 293/19
**fly [1]** 281/10
**focus [2]** 131/4
188/21
**FOIA [1]** 151/21
**folks [1]** 235/3
**follow [2]** 55/6
55/16
**followed [3]** 6/2
56/14 158/16
**following [5]**
41/10 160/22 259/5
259/17 289/13
**follows [4]** 5/25
6/6 107/17 254/23
**food [1]** 220/7
**foreclosure [6]**
90/17 90/20 91/6
107/25 117/23
117/24
**foregoing [1]**
293/10
**foreigner [1]**
25/24
**forensic [4]** 66/10
73/24 276/7 276/20
**forensics [10]**
53/23 58/8 59/13
60/4 60/17 61/16
62/15 137/25
144/11 276/15
**Forensics' [2]**
138/9 282/5
**forget [3]** 63/6

**F**

**forget... [2]**
63/13 239/7
**forgot [2]** 141/25
235/6
**form [6]** 40/10
41/10 122/23
175/19 203/15
257/5
**formal [5]** 28/15
178/6 178/25
179/20 179/24
**format [3]** 264/19
264/22 265/10
**formation [1]**
141/7
**formatted [9]**
262/22 262/23
264/10 264/23
265/1 265/9 277/2
277/5 277/10
**formatting [2]**
269/19 270/23
**formed [3]** 17/13
76/17 161/9
**Fort [1]** 43/22
**forth [3]** 165/8
239/6 248/14
**forum [2]** 21/16
22/22
**forward [11]** 9/20
78/11 182/15
192/12 220/8 223/9
223/18 224/15
224/16 226/6 243/4
**forwarded [4]**
104/23 124/8 125/8
126/3
**found [20]** 8/9
17/25 26/12 37/18
37/21 38/3 46/1
46/2 62/5 114/15
135/24 136/20

154/19 154/19
154/19 183/4 198/5
**foundation [5]**
52/6 188/16 220/15
222/8 222/9
**foundational [1]**
72/1
**founder [1]** 254/20
**four [10]** 48/1
108/21 138/22
156/9 158/23 205/3
227/13 227/14
227/14 227/25
**fourth [1]** 100/2
**frame [2]** 15/21
42/18
**frames [1]** 15/24
**free [1]** 258/20
**FREEDMAN [3]** 1/12
1/12 4/15
**Freedom [2]** 150/14
153/11
**freelance [2]**
66/22 66/25
**freelancer [1]**
159/18
**fresh [2]** 258/20
264/21
**Friday [1]** 239/23
**friend [12]** 5/24
8/20 24/4 62/20
62/22 63/1 63/8
169/25 170/21
180/14 213/25
214/1
**friendly [1]** 187/2
**friends [9]** 5/21
8/24 36/20 63/3
63/24 90/7 90/8
144/7 264/15
**frighten [1]**
186/14
**front [11]** 9/12

126/21 130/9
130/23 161/4 174/7
231/16 287/10
**frustration [1]**
36/5
**fulfill [1]** 225/25
**full [1]** 53/18
**fun [1]** 227/17
**function [1]** 227/2
**fund [2]** 260/3
260/6
**further [15]** 42/2
60/1 76/3 130/22
176/4 180/23
185/11 185/12
188/19 197/22
198/17 198/19
206/22 288/23
293/12
**future [1]** 260/9

**G**

**Gables [1]** 1/21
**gains [2]** 111/19
260/9
**Galaxy [1]** 285/1
**game [2]** 28/10
29/20
**garage [1]** 32/7
**Garcia [3]** 210/3
211/7 211/12
**Gardens [2]** 84/7
84/8
**gasket [2]** 269/2
269/4
**gave [16]** 20/23
24/4 90/14 91/8
139/9 170/23
249/17 259/13
279/25 280/1
280/10 280/15
282/2 282/3 284/16
284/23

**G**

general [1] 38/21
generation [1]
6/24
generous [1] 36/16
gentlemen [8]
49/17 129/14 157/6
158/4 224/17
229/12 229/21
286/2
genuine [1] 186/19
get [79] 7/2 11/10
15/10 18/5 31/12
31/16 31/18 32/2
37/1 42/18 45/10
46/2 46/6 58/20
61/21 63/22 67/5
77/7 77/22 80/5
89/18 89/23 91/8
99/11 102/1 102/1
102/1 115/25 119/4
120/12 132/8 133/5
144/2 144/4 147/1
153/3 156/11
157/17 157/24
159/22 166/9
166/22 170/17
174/3 190/5 196/19
202/19 203/8
211/21 212/23
213/24 223/2
239/22 241/1 241/5
241/6 241/6 249/24
253/7 259/21
262/11 268/23
268/24 276/10
282/3 283/4 283/5
283/21 284/25
285/3 285/5 285/8
285/11 285/14
288/21 288/24
289/2 289/21
289/23

gets [5] 175/19
199/17 254/19
258/21 290/2
getting [18] 12/22
34/18 46/17 115/8
115/13 119/6
120/19 120/21
120/24 134/18
147/4 170/12 195/3
196/18 213/21
215/3 271/8 284/8
give [13] 11/19
23/5 50/5 50/12
52/22 53/10 177/6
208/19 225/9
243/11 249/17
271/10 280/19
given [9] 53/4
77/12 105/1 107/13
137/19 209/12
236/10 284/20
284/21
gives [1] 196/20
giving [6] 124/1
124/5 232/5 232/11
239/24 259/3
glad [4] 21/13
120/25 190/4 288/2
glance [1] 200/21
glaring [1] 242/22
gmail.com [2]
206/11 207/22
GMX [1] 123/5
go [134] 9/21 9/24
10/22 19/4 45/1
45/23 50/15 53/25
62/2 62/7 69/8
70/8 70/10 74/4
75/7 76/3 76/13
77/7 78/18 80/9
80/11 80/13 81/10
84/11 88/1 93/20
96/5 99/16 100/1
100/7 104/11

110/18 112/25
119/21 120/13
124/7 127/19
127/20 128/22
130/13 130/17
131/20 132/4 133/8
134/23 134/23
135/19 142/18
144/13 145/1 149/9
151/18 152/5 155/2
156/10 157/12
157/14 157/15
158/19 159/24
161/25 162/15
162/16 162/18
164/7 164/9 164/11
171/2 172/23 178/8
178/25 179/8
180/23 180/24
183/16 183/16
184/13 184/17
184/20 185/10
185/11 185/12
191/9 197/22
198/17 200/4
204/13 204/17
206/8 209/18
212/20 213/6
215/11 215/12
217/24 218/4
219/22 221/12
224/4 224/14
224/19 225/13
226/6 226/10 227/8
228/3 228/4 229/6
231/1 231/16
234/16 234/17
234/19 243/16
247/16 248/7
249/14 250/16
252/22 254/6
255/16 259/19
260/13 260/24

# G

**go... [8]** 271/9
276/14 276/17
286/15 286/17
290/22 291/14
291/17
**go up [1]** 155/2
**gobbledygook [1]**
150/7
**goes [17]** 22/2
46/7 51/15 51/22
52/3 53/20 78/22
86/1 129/10 152/7
155/6 211/15
211/17 252/3
258/21 259/25
260/21
**going [143]** 10/1
11/6 13/9 13/21
18/5 18/19 20/9
24/24 25/4 25/23
31/13 32/3 34/22
39/11 53/5 53/18
53/19 55/15 55/18
61/3 61/5 61/21
63/22 64/19 65/3
65/4 70/7 71/11
72/18 72/18 72/19
76/5 76/12 80/5
80/5 83/13 88/18
89/4 89/12 89/17
98/7 108/14 110/12
112/1 112/24
119/12 119/18
121/2 122/20
123/15 126/20
130/22 131/4
131/23 133/8
135/14 136/4 137/2
140/21 143/12
145/19 145/22
145/22 150/2 154/6
154/10 156/25
159/24 160/16
160/16 163/20
164/8 164/23
166/24 174/10
174/13 175/15
176/11 177/5
178/20 183/10
184/15 184/18
187/24 188/1
188/11 190/14
192/21 194/25
196/2 196/16 199/1
200/21 205/15
208/6 212/8 215/1
215/2 216/18
216/20 217/1 221/5
223/9 223/14
223/18 223/22
223/23 224/13
224/14 225/17
225/25 228/11
231/25 233/12
236/3 236/13 237/9
239/6 247/21
248/14 252/12
255/2 255/13
256/18 259/17
259/19 261/5 261/7
270/1 270/5 273/2
274/14 279/13
281/6 287/13
287/22 289/1
289/15 290/7
290/15 292/13
**gold [3]** 46/7
46/16 144/5
**gone [4]** 99/10
176/24 194/1 199/4
**Gonzalez [1]** 5/4
**good [30]** 4/2 4/3
4/4 4/13 4/15 4/17
4/25 5/1 5/5 5/7
5/9 5/12 5/13 15/6
43/9 76/3 76/5
86/13 86/14 153/1
158/3 158/5 162/4
180/20 229/8
260/14 285/23
**good-faith [1]**
43/9
**goods [2]** 68/3
68/21
**got [26]** 11/16
21/18 61/6 80/7
102/6 102/10 119/8
120/14 127/22
133/4 136/4 136/9
136/23 137/9
152/14 172/24
183/12 200/19
200/19 232/9
253/21 267/22
282/19 283/1 284/6
285/9
**got a [1]** 127/22
**gotten [2]** 84/15
158/13
**government [5]**
51/6 147/25 150/7
150/18 150/20
**grab [1]** 198/7
**grade [1]** 268/15
**graduated [1]**
28/18
**graphic [2]** 20/19
215/11
**graphics [1]** 4/24
**gray [3]** 274/8
274/9 274/9
**gray/blue [2]**
274/8 274/9
**gray/orange [1]**
274/9
**great [5]** 36/5
64/15 118/6 118/21
131/16

## G

**gross [8]**   80/13
80/16 81/1 83/14
83/17 83/20 85/19
86/1
**groundbreaking [1]**
278/16
**grounds [2]**   67/15
238/17
**group [1]**   211/6
**GSA [1]**   229/23
**guarantee [1]**
289/9
**guess [18]**   25/13
34/5 34/6 77/23
91/22 109/8 118/4
138/21 184/15
206/17 207/16
208/16 243/2
248/14 260/21
274/10 274/14
291/10
**guide [1]**   225/24
**Gulfport [1]**
210/12
**guy [4]**   26/3 65/23
258/10 269/14
**guys [2]**   144/2
186/20

## H

**ha [3]**   220/7 220/7
220/7
**had [171]**   5/20
5/20 5/23 5/24 6/3
6/4 6/6 9/14 13/3
20/19 24/5 24/6
24/11 25/7 25/8
26/21 31/1 31/4
31/6 31/11 33/12
33/16 33/17 36/18
36/20 37/24 38/19
38/25 43/9 45/7
45/18 46/17 49/11

62/4 62/5 62/16
63/8 66/19 67/12
69/18 73/2 73/5
73/5 75/3 75/9
81/13 81/13 82/15
83/16 84/14 86/4
88/11 89/2 89/11
90/15 98/24 99/10
100/11 100/15
100/17 100/23
102/15 109/23
113/24 114/21
117/19 121/10
121/11 136/1 138/7
138/8 138/21 139/1
139/6 144/18
146/10 146/22
146/24 148/5
152/20 157/17
157/24 158/13
158/24 159/3
159/11 161/9 163/8
163/9 167/13
167/22 173/16
176/11 176/20
176/23 177/1
177/22 179/2 179/3
179/14 179/23
181/12 182/19
182/20 198/22
199/1 199/20 201/1
201/2 201/12 202/6
202/7 205/11
206/16 208/24
211/18 211/19
212/1 212/4 213/8
213/8 213/25
214/21 215/18
215/21 216/6
216/10 216/13
224/23 226/13
227/21 228/1 236/8
245/25 246/9

247/7 248/21 249/4
253/20 261/19
262/14 262/17
264/11 264/11
266/17 266/19
267/9 267/12
269/14 271/12
271/18 271/23
274/12 274/17
274/17 277/15
278/1 281/2 284/2
284/5 284/11
284/13 285/10
289/7 291/22 293/8
**hadn't [1]**   209/22
**half [9]**   10/24
123/17 178/17
178/22 179/23
191/16 200/17
288/11 288/12
**Halloween [5]**
123/13 123/13
163/10 223/15
234/21
**hand [4]**   13/10
36/8 138/16 293/14
**handed [5]**   11/24
14/16 136/18 138/7
138/8
**handle [2]**   120/1
259/3
**handled [1]**   168/10
**handles [1]**   170/5
**handwriting [1]**
76/15
**handwritten [4]**
14/19 40/5 41/1
41/22
**happen [5]**   75/2
111/14 111/14
111/15 163/21
**happen is [1]**
163/21

**H**

**happened [12]**   9/13
 21/23 33/3 94/17
 111/12 126/15
 161/6 167/8 174/15
 192/18 237/4 264/6
**happening [2]**
 21/20 41/17
**happens [6]**   161/7
 175/17 222/23
 230/10 254/19
 261/3
**happenstance [2]**
 93/5 93/5
**happy [2]**   8/12
 11/19
**hard [34]**   6/14
 6/19 7/14 35/24
 98/4 98/6 108/8
 109/11 109/12
 110/22 114/16
 118/1 130/4 138/8
 138/10 138/11
 138/12 138/14
 138/16 139/1 139/3
 147/7 147/9 153/24
 184/14 186/8 203/3
 204/3 228/21
 235/11 237/10
 244/23 274/24
 282/5
**harder [1]**   213/21
**has [54]**   6/19 7/3
 7/7 8/17 11/21
 12/1 24/14 25/13
 29/23 30/3 30/10
 35/24 41/13 45/2
 50/9 52/5 59/13
 75/20 75/23 93/12
 107/14 121/15
 128/5 128/11
 133/11 139/20
 140/10 140/15
 143/24 154/9
 155/24 162/8
 164/15 175/21
 176/10 176/15
 179/15 179/20
 180/25 181/5
 181/16 186/8 189/4
 192/16 215/11
 220/12 223/21
 234/15 237/5
 241/18 248/10
 264/1 269/2 287/7
**hasn't [5]**   11/25
 88/16 113/10 195/8
 220/11
**hate [1]**   192/10
**Haumbaugh [1]**
 226/12
**have [324]**
**haven't [7]**   77/12
 78/14 78/16 132/10
 174/18 183/18
 255/12
**having [13]**   16/2
 119/25 130/4
 134/10 147/7 147/8
 164/13 171/1 186/5
 202/14 209/9
 209/15 214/4
**he [413]**
**he's [39]**   6/21
 10/12 10/16 20/6
 20/9 22/25 23/3
 25/4 34/2 39/8
 39/24 41/14 52/4
 53/4 65/25 85/24
 88/11 125/20
 128/12 170/12
 170/19 170/21
 180/14 192/21
 193/16 193/18
 199/24 200/9 201/7
 211/6 217/18
 220/15 222/14
 242/17 251/19
 261/20 275/5
**head [1]**   6/21
**headway [2]**   232/8
 239/16
**health [4]**   209/24
 210/3 213/21 233/9
**healthy [1]**   292/21
**hear [17]**   17/21
 21/13 30/7 30/20
 36/1 36/2 52/12
 55/25 102/7 123/22
 139/2 145/8 147/10
 150/2 179/17
 196/13 214/9
**heard [18]**   10/13
 24/24 25/6 27/12
 30/24 90/15 115/22
 145/10 145/11
 149/19 181/9
 182/19 186/6 214/6
 214/13 264/14
 268/13 269/9
**heard too [1]**
 10/13
**hearing [4]**   130/4
 147/9 186/15
 202/14
**hears [1]**   147/8
**hearsay [6]**   128/5
 128/10 128/13
 128/16 130/8
 130/10
**heavily [2]**   193/10
 196/22
**heck [1]**   36/10
**heir [2]**   46/23
 46/24
**held [6]**   36/23
 37/3 106/8 248/22
 248/23 254/21
**Hello [1]**   220/20
**help [16]**   16/16

# H

**help... [15]** 36/24
98/8 104/17 113/19
118/7 122/19 123/5
146/6 146/9 166/2
218/15 233/3
283/21 284/9
285/11
**helped [6]** 36/8
36/20 214/3 258/19
260/3 260/6
**helpful [2]** 17/10
40/16
**helping [5]** 4/24
87/7 214/3 214/9
228/12
**her [4]** 149/24
149/25 190/25
290/8
**here [61]** 8/7 8/8
11/9 11/16 15/8
24/15 33/3 35/22
43/23 44/16 52/19
58/13 66/16 67/8
80/11 81/13 86/22
93/12 93/13 99/3
105/14 125/7
126/21 131/15
132/3 141/21 143/7
151/20 157/7
162/21 165/21
172/9 178/3 191/15
198/2 199/13
213/23 216/2
216/16 221/6
231/11 235/1
236/11 238/2
239/18 248/10
250/22 251/19
258/11 259/16
259/19 260/13
261/7 263/25

277/3 279/13
291/18
**here's [6]** 21/1
174/3 195/2 227/13
233/23 240/13
**hereby [1]** 293/7
**hereunto [1]**
293/14
**hernandez [6]** 1/22
1/24 293/5 293/17
293/17 293/19
**Hey [9]** 22/3 37/8
143/21 143/23
187/4 208/18 229/3
230/8 230/15
**Hi [14]** 5/13 166/8
185/22 206/23
220/5 220/25 223/1
226/22 228/10
232/6 232/7 244/14
254/2 254/2
**hid [1]** 9/14
**high [1]** 28/15
**highlight [32]**
43/6 48/23 50/21
51/17 55/22 57/10
59/11 60/11 80/14
96/7 111/6 120/9
122/5 122/12
122/21 131/5
140/11 150/10
150/21 160/23
162/1 162/22
163/23 172/15
173/13 177/18
178/4 179/12
207/18 218/12
258/13 270/18
**highlighted [2]**
59/21 107/10
**highlighting [1]**
59/21
**highlights [1]**

**highly [4]** 10/23
56/18 258/10
283/24
**him [89]** 5/23 6/7
6/7 6/22 6/25
10/14 20/1 20/20
20/23 20/24 21/1
23/11 23/17 24/23
26/2 35/24 36/9
53/24 55/16 63/13
78/7 84/1 89/23
90/9 90/14 100/24
102/13 110/8 114/3
116/25 117/2 117/8
128/15 136/20
144/6 170/7 170/13
171/5 176/20
176/22 176/23
177/2 177/21
180/16 180/18
180/20 181/19
183/25 185/23
186/19 186/21
186/22 193/3 193/7
194/14 194/23
194/24 195/6
195/17 195/20
196/4 196/5 196/25
198/13 198/14
198/15 199/6 199/8
199/24 213/20
213/21 214/3 214/3
215/23 216/21
234/15 248/24
249/2 251/15
251/18 253/7
253/20 253/22
259/14 265/17
269/7 269/10
282/17 289/11
**himself [4]** 179/21
213/22 249/4 284/2
**hire [1]** 159/19

# H

**hired [2]** 75/3
199/24
**his [142]** 6/21
25/17 26/3 26/13
26/21 26/23 27/4
27/4 30/1 36/20
37/15 37/18 37/25
38/6 38/8 38/9
38/15 38/15 38/19
38/20 39/18 40/16
42/12 44/18 46/4
46/5 52/10 52/17
53/10 60/3 63/3
63/3 63/24 63/24
64/9 64/10 64/14
64/17 69/18 71/17
73/5 73/6 73/18
80/16 82/7 82/8
84/9 86/1 88/12
90/2 90/24 91/5
91/8 92/9 93/17
96/13 96/14 98/25
99/1 99/9 100/12
100/16 100/18
100/19 100/19
100/25 101/3
101/22 102/4 102/9
102/16 106/2 106/7
106/10 106/15
106/18 106/21
107/25 108/7
109/12 115/10
115/15 117/22
117/24 117/25
118/7 118/12
118/14 118/22
118/25 120/15
121/10 134/1 134/1
135/23 136/11
136/11 137/23
166/11 170/24
175/7 176/12

176/18 177/21
179/3 179/4 186/19
193/18 194/14
196/9 196/22 198/5
198/6 198/24 203/2
209/24 212/5 213/8
213/20 214/1 214/1
214/4 214/22
215/18 215/22
215/23 217/2 233/9
234/16 236/1 236/8
258/12 258/14
262/12 264/13
264/15 269/15
271/9 275/5 282/22
284/2 284/12
**history [2]** 21/11
21/15
**hits [1]** 164/19
**hold [9]** 40/9
175/15 235/4
251/14 251/18
259/12 259/14
289/11 291/22
**hold-up [1]** 235/4
**holding [1]** 59/5
**holes [1]** 214/22
**home [13]** 100/19
100/21 101/3
102/16 179/3 212/1
215/5 233/4 233/6
233/25 234/16
263/24 267/23
**Homeland [17]**
146/22 146/25
147/15 147/17
147/20 148/3 148/5
148/6 148/12 149/8
149/23 150/15
152/15 158/17
158/25 159/15
160/17
**hone [1]** 200/14
**honest [3]** 30/13

**honestly [1]**
209/20
**Honor [174]** 4/13
4/15 4/17 4/22 5/1
5/4 5/7 5/9 5/12
5/16 6/1 7/1 7/6
7/9 7/13 7/16 8/2
8/19 9/18 10/21
11/2 11/3 11/9
11/23 12/7 12/8
12/14 12/18 13/1
14/4 14/15 15/1
15/3 19/1 23/22
26/16 26/24 35/16
40/8 40/22 41/12
43/13 47/15 52/4
53/12 54/4 54/15
54/20 55/8 55/23
56/22 56/23 57/2
57/6 59/18 59/23
63/14 64/2 64/24
65/11 71/10 72/4
72/12 76/2 79/21
83/9 84/21 85/14
87/2 87/22 88/9
92/3 95/21 97/15
101/16 102/21
104/5 107/2 110/4
112/7 115/11
115/20 116/16
119/12 120/25
122/1 124/2 125/20
128/4 130/1 132/14
132/25 133/1
133/14 134/7
134/10 135/14
139/21 148/22
157/19 168/16
171/21 173/1 173/3
173/20 173/22
174/2 174/9 175/3
175/15 185/6 188/5
188/14 189/20

**H**

**Honor... [60]**
190/6 192/3 192/5
192/14 193/16
193/25 194/1 200/6
200/21 201/4
201/18 204/7 205/8
209/6 212/16
220/10 221/18
221/22 222/20
224/1 224/6 229/17
229/18 229/25
236/22 236/24
237/9 238/14
238/21 241/23
242/3 242/11
243/15 243/24
247/24 249/25
250/12 250/14
254/15 255/8
256/18 263/4
263/13 264/1 270/7
270/12 272/14
272/24 275/5
279/16 279/20
279/25 280/3
280/12 280/14
280/21 281/20
285/25 288/11
290/18
**Honor's [1]** 13/5
**HONORABLE [1]** 1/10
**hope [4]** 157/24
186/21 216/7
288/21
**hopefully [2]**
133/9 144/1
**hoping [1]** 288/19
**hospital [15]**
44/16 44/19 84/1
84/3 85/24 117/20
175/7 177/1 211/25
213/20 214/21

234/18
**hospitalized [1]**
83/22
**hospitalizing [1]**
234/15
**hostile [1]** 12/13
**hour [12]** 10/17
13/18 135/15
135/18 157/4 234/1
289/8 289/8 289/10
289/19 289/20
291/3
**hours [6]** 10/24
88/17 126/25 235/8
289/20 291/3
**house [12]** 38/19
38/20 38/22 39/24
91/5 93/17 107/25
117/22 117/24
120/16 262/11
282/22
**housebound [2]**
233/13 233/18
**housekeeping [2]**
262/25 290/5
**how [45]** 8/16 9/15
11/8 11/9 14/9
16/5 30/12 40/15
47/25 48/2 69/1
80/20 102/4 102/8
102/15 103/25
114/18 120/1
124/12 124/16
124/17 133/10
135/9 144/22
145/15 166/8
175/17 175/18
179/19 192/25
204/19 212/10
215/25 220/25
229/3 230/8 258/9
259/3 260/17
261/14 261/20

291/17
**However [2]** 128/11
235/5
**HTTP [1]** 240/5
**huh [4]** 18/18 20/8
27/17 77/18
**hurts [1]** 213/4

**I**

**I'd [25]** 15/24
16/9 35/2 35/8
54/4 55/11 72/4
79/18 93/3 102/19
103/4 103/19
106/23 108/11
112/7 121/20
152/22 187/22
200/8 213/3 218/25
249/3 257/18
257/22 291/18
**I'll [37]** 6/24 7/4
7/6 8/1 13/9 13/20
18/2 40/2 40/2
47/15 50/1 60/11
60/12 73/14 86/15
86/22 98/17 106/10
111/25 115/24
126/17 131/16
144/2 147/13 153/3
155/4 157/6 188/2
190/20 203/12
216/7 224/18
232/23 237/18
239/7 261/7 291/20
**I'm [306]**
**I've [28]** 11/16
27/12 33/6 46/8
71/21 76/22 94/11
121/19 149/24
150/5 194/16 197/9
208/20 225/24
226/13 228/1 235/7
242/21 251/3

**I**

**I've... [9]**   259/25
264/14 267/22
268/13 269/9
269/10 271/1
279/11 280/13
**ID [1]** 79/9
**idea [6]** 33/16
41/14 47/2 68/8
125/10 276/7
**identification [3]**
203/18 208/6 237/6
**identifed [6]**
7/22 128/11 128/14
159/4 159/7 203/15
**identifier [1]**
111/2
**identify [3]**
179/19 203/17
203/17
**identifying [1]**
72/10
**illegal [1]** 59/14
**illegally [2]**
61/23 61/24
**illogical [1]**
118/15
**imagine [5]** 27/22
68/19 171/20
172/25 215/24
**immediately [2]**
51/21 234/15
**Impact [1]** 129/20
**impeach [3]** 195/3
195/5 201/19
**impeachment [2]**
280/2 280/11
**implication [1]**
251/4
**importance [1]**
267/14
**important [13]**
18/4 38/11 38/17

87/15 175/24
200/18 269/15
269/16 278/20
284/5
**impose [1]** 192/10
**impressive [1]**
37/24
**improper [5]**
189/23 193/5
196/23 280/11
281/17
**improve [2]** 169/13
234/17
**inadvertent [2]**
175/25 176/1
**include [1]** 125/8
**included [4]**
123/25 253/22
257/12 288/9
**includes [1]** 11/17
**including [3]**
235/4 281/12 288/4
**income [22]** 64/22
66/12 66/18 67/5
69/1 73/2 73/6
74/6 74/11 75/16
80/13 80/16 81/1
83/14 83/17 83/20
84/9 85/19 86/1
117/21 215/18
261/17
**inconsistent [1]**
193/24
**Incorporation [1]**
166/6
**incorrect [1]**
266/17
**incorrectly [1]**
89/3
**increased [1]**
257/12
**increases [1]** 86/9
**incumbent [1]**

**indebtedness [1]**
51/7
**independent [1]**
181/17
**indicate [2]** 98/17
153/12
**indicated [2]**
181/11 261/19
**indication [1]**
107/10
**indicia [1]** 288/4
**individual [5]**
22/1 64/22 87/6
194/17 208/25
**individually [5]**
54/9 58/11 58/14
58/20 62/13
**infection [1]**
214/22
**Info [5]** 1/4 17/13
137/19 140/8
155/10
**inform [1]** 211/11
**information [46]**
26/22 28/1 29/8
31/6 60/2 72/10
80/12 81/8 91/24
99/1 115/14 131/16
150/14 153/11
158/12 158/13
164/24 165/10
166/15 167/4 168/2
168/8 170/10
170/12 179/16
181/5 181/5 181/15
182/3 182/16
182/18 182/22
188/17 195/8
202/18 203/8
205/12 206/19
208/13 208/19
209/11 209/18
214/11 283/14

# I

**information... [2]**
287/7 287/8
**informing [1]**
202/6
**informs [1]**  290/7
**inherited [1]**
90/14
**initial [2]**  45/9
251/23
**initially [1]**
213/20
**initials [2]**  38/1
210/11
**initiated [1]**
182/18
**innocent [1]**
192/17
**inquiries [2]**
98/20 98/24
**inquiring [1]**
241/25
**inquiry [3]**  99/6
150/6 176/21
**inside [2]**  33/13
100/19
**insinuation [1]**
9/12
**inspect [1]**  179/25
**institution [1]**
227/17
**instructed [1]**  7/1
**instruction [2]**
53/10 286/25
**instructions [2]**
91/8 286/9
**instrument [1]**
51/6
**insurance [1]**  51/5
**intellectual [1]**
44/9
**intended [2]**  20/20
50/5

**intent [2]**  47/9
194/6
**intention [4]**
51/16 51/20 202/7
287/20
**interest [6]**  51/21
81/24 179/18
196/18 225/23
260/7
**interested [6]**
38/12 155/25
156/22 162/8
164/15 228/14
**interesting [1]**
270/25
**intermediary [1]**
184/2
**internal [1]**  277/5
**Internet [1]**
131/12
**interpreting [1]**
98/8
**interrupt [2]**  53/7
87/25
**interruption [4]**
10/15 88/14 178/14
187/17
**intervening [2]**
232/23 232/24
**introduce [5]**
13/25 55/7 56/20
106/25 135/1
**introduced [1]**
183/25
**invent [1]**  36/8
**inventing [5]**
19/19 25/22 37/3
39/8 284/13
**investigate [1]**
6/12
**investigation [3]**
53/1 208/24 209/10
**investigations [1]**
202/19

**investment [1]**
256/14
**investments [4]**
245/8 245/13
245/18 252/1
**invitation [2]**
219/15 219/18
**invite [1]**  73/14
**invited [1]**  16/1
**inviting [1]**
179/25
**involved [6]**  27/7
27/9 28/7 30/16
114/17 161/19
**involvement [1]**
30/24
**involves [7]**  27/6
27/12 27/20 27/23
28/3 28/5 28/9
**IPO [6]**  251/20
251/23 252/3 252/7
252/12 252/12
**IRA [34]**  1/3 2/5
4/23 5/23 6/7 37/8
50/12 54/9 58/14
103/20 104/15
111/5 112/2 142/7
172/13 173/16
177/20 179/14
179/20 180/25
181/5 182/5 182/6
182/18 182/19
184/10 207/20
238/5 250/19 258/7
261/13 261/14
261/17 279/19
**Ira Kleiman [4]**
4/23 5/23 54/9
58/14
**irrelevant [1]**
262/23
**irritating [1]**
36/6
**IRS [21]**  76/10

**I**

**IRS... [20]**   77/7
79/7 79/18 81/4
81/17 81/20 82/1
82/4 83/5 84/15
180/11 207/3 207/4
207/6 207/10
207/11 208/15
208/18 208/23
260/8

**is [633]**

**is a [1]**   54/8

**ISC2 [1]**   225/23

**isn't [81]**   16/3
18/12 21/23 22/3
22/7 24/4 24/6
26/9 27/18 32/11
33/19 35/6 45/5
49/4 61/13 61/19
62/17 63/18 63/23
71/18 77/19 79/3
89/19 90/7 94/17
102/16 106/9
115/17 115/19
118/19 118/25
121/10 125/4 126/7
137/10 137/22
146/7 146/23
149/23 158/14
162/24 167/12
169/7 178/20 180/9
181/7 181/12 187/8
187/16 187/20
189/17 189/19
197/5 199/20 207/3
208/11 209/19
221/16 222/7
227/21 227/25
235/23 236/3 236/7
241/15 245/13
246/5 246/18
252/18 260/9
266/16 271/22

277/17 277/20
278/3 278/11
283/15 284/10

**issue [10]**   9/8 9/9
23/23 95/3 174/9
176/1 176/10
193/14 216/13
287/22

**issued [3]**   51/7
51/8 51/10

**issues [9]**   10/25
12/6 172/7 172/8
172/8 175/21 284/3
291/8 291/15

**it [756]**

**it's [238]**   6/17
8/7 8/7 8/8 8/9
8/10 8/14 8/14
8/15 8/25 9/4 9/6
10/11 10/22 11/16
11/18 13/1 13/15
15/7 16/16 16/21
18/12 21/8 22/22
25/2 25/2 25/10
28/9 31/17 32/24
32/25 33/1 34/5
35/8 35/24 36/1
36/3 36/4 36/8
40/12 40/12 41/1
41/16 41/18 41/21
43/15 43/18 45/5
47/16 49/2 49/10
49/23 50/1 50/12
50/19 52/8 54/3
54/15 54/16 54/23
65/14 66/6 67/4
68/15 68/23 69/22
76/3 80/16 81/20
82/20 82/23 83/24
85/4 85/6 87/4
87/15 87/24 97/7
98/4 99/5 101/13
102/23 103/14

110/22 112/9 113/1
113/14 116/11
118/1 118/4 121/25
123/16 123/16
125/11 125/12
125/15 126/15
127/22 128/4
128/12 128/13
129/10 130/8
130/10 130/11
131/1 133/1 133/20
134/5 134/12
134/18 135/8
137/19 139/23
142/22 143/1
143/25 144/10
145/10 145/11
147/25 148/20
148/24 150/18
150/18 150/19
150/20 151/14
153/24 155/13
157/4 161/22 163/1
163/4 164/8 169/7
172/10 173/5
174/10 174/10
174/17 174/24
175/1 175/3 175/4
175/6 175/6 175/17
176/1 176/4 183/20
184/18 185/6 185/8
186/14 188/5 188/5
188/9 189/23
190/25 191/19
193/2 193/5 193/6
194/19 195/1 195/2
195/9 195/16
196/12 196/16
197/18 197/19
199/4 200/16 203/1
203/12 203/21
204/8 204/18
204/20 206/13

**I**

**it's... [53]**
210/15 211/15
214/20 217/6 217/7
218/9 218/9 218/10
220/5 220/13
220/17 221/20
222/1 224/22
225/21 232/6
237/10 238/9
240/17 241/24
241/25 242/1
243/21 244/7
247/19 247/21
248/12 248/15
249/23 250/3
250/11 250/13
250/21 252/7 257/6
257/7 261/6 264/21
267/24 268/2 269/3
270/25 272/9
272/18 272/19
273/19 274/10
276/6 280/2 280/14
286/24 289/15
292/12
**item [6]**   48/22
48/23 49/2 69/18
164/10 275/22
**items [11]**   5/15
13/23 52/2 67/9
68/6 99/23 139/10
162/19 202/10
286/19 288/9
**its [11]**   59/9
60/19 60/19 97/13
139/21 196/21
221/19 243/22
243/23 253/1 263/4
**itself [3]**   56/21
67/20 166/10

**J**

**Jacksonville [1]**

**James [1]**   186/17
**January [3]**   31/24
61/3 78/22
**Jerome [1]**   75/10
**Jody [5]**   213/25
214/7 214/9 214/9
214/13
**Joe [6]**   115/1
170/23 180/12
258/9 258/19
261/10
**joint [77]**   2/13
2/15 2/17 2/19
2/21 2/22 2/22 3/2
3/3 3/4 11/15
47/15 51/9 51/22
102/19 102/23
103/14 103/15
106/24 107/4 107/6
107/7 119/11
119/13 119/15
132/14 132/15
132/19 132/20
133/1 133/5 133/12
133/14 134/6 134/7
134/11 134/15
134/19 135/1 135/5
135/8 135/11
139/18 139/23
140/2 168/13
168/15 168/18
212/13 212/15
212/19 219/6 219/7
219/11 219/13
221/18 221/20
222/2 222/7 222/21
236/20 237/3
241/18 241/24
241/24 241/25
242/1 250/3 252/22
253/1 253/4 255/6
255/8 255/10
257/18 257/22

**Jonathan [3]**   10/13
10/16 10/17
**JORGE [2]**   1/19
5/11
**Joseph [5]**   50/25
89/23 169/24
169/25 172/3
**JUDGE [171]**   1/10
4/3 6/23 6/24 7/19
7/24 18/8 32/22
35/8 40/13 40/17
43/18 47/13 49/11
49/14 49/16 49/20
49/22 52/7 53/3
53/5 54/13 54/22
55/11 55/17 55/18
56/3 56/11 56/13
56/16 57/1 61/9
65/7 72/14 79/9
79/12 79/18 82/22
82/25 83/7 85/12
86/12 87/10 87/18
88/18 92/1 92/22
92/24 94/12 95/17
95/19 97/3 97/11
98/8 101/14 103/1
103/3 103/10
103/15 108/25
112/15 112/16
112/18 113/9
113/13 115/15
115/22 116/13
121/4 121/20 128/2
128/20 129/12
129/15 129/24
132/10 132/13
132/18 132/22
133/3 134/5 134/6
134/18 134/22
137/2 142/11
148/16 148/24
152/22 153/3 153/7
155/4 157/3 165/12

**T**

**JUDGE... [77]**
170/14 170/17
173/9 174/16
175/10 175/12
176/8 176/16 177/5
183/18 185/4
187/14 188/8 189/8
190/8 190/16
192/10 192/24
193/12 194/15
195/1 195/10
195/20 195/21
195/24 196/24
197/18 202/9 203/1
203/16 203/17
204/10 204/22
205/25 208/6
210/20 216/1 219/7
219/10 219/11
221/25 223/21
229/9 236/21 237/2
237/16 237/18
243/22 245/1
245/10 247/21
250/8 253/1 254/10
257/22 262/25
263/5 265/15
272/15 280/17
281/1 281/3 281/4
281/22 286/23
287/2 287/16
287/24 288/6
288/21 289/4 289/8
290/5 291/22
291/22 292/12
292/19

**July [10]**   101/1
205/17 206/18
228/13 231/15
231/17 231/22
232/1 239/13
240/23

**jump [4]**   132/5
164/9 224/15
224/16

**June [14]**   94/15
94/18 178/11
227/23 228/6
228/24 230/3
230/10 230/16
230/17 231/2 231/4
231/20 239/11

**juror [1]**   292/1

**jurors [7]**   9/11
9/22 10/2 86/19
87/20 291/25 292/4

**jury [105]**   1/11
4/1 9/13 9/21
13/15 14/7 15/4
15/5 15/6 16/9
20/18 34/7 40/9
40/18 40/21 43/2
43/18 45/1 47/16
47/20 48/8 49/8
49/13 49/23 51/23
55/6 55/6 55/12
56/2 56/9 56/10
56/10 57/8 59/20
64/13 65/14 73/20
76/14 76/19 80/1
82/23 83/13 84/22
86/17 86/25 87/13
88/21 92/6 93/3
96/4 97/20 100/9
103/17 106/24
107/8 110/10
116/21 117/17
120/9 124/15
126/22 139/21
140/4 141/2 147/8
153/12 157/8
157/21 157/22
165/17 168/19
169/12 174/8 176/5
181/3 189/21
197/20 198/25

206/7 211/3 214/20
215/11 223/23
225/9 225/19
226/25 229/19
244/2 248/10 253/5
258/1 258/6 260/1
263/18 265/22
272/16 273/3
279/17 281/12
286/14 287/10
290/22 291/14
291/23 291/24

**jury's [5]**   13/2
181/25 231/20
239/6 291/18

**just [291]**   4/6 4/7
7/13 7/20 11/3
11/18 12/22 12/22
13/11 14/4 14/16
14/16 18/2 18/17
18/19 19/1 19/8
19/9 19/16 20/16
22/17 22/20 23/22
25/12 27/1 30/6
30/7 32/24 32/25
33/5 34/18 35/11
36/25 38/21 39/7
39/24 40/9 41/10
41/16 41/18 41/21
42/2 42/18 43/21
43/24 45/9 45/10
47/16 47/22 49/16
49/22 49/25 50/1
50/12 51/1 51/2
52/24 53/4 53/9
53/18 53/23 54/5
55/18 57/21 60/22
62/6 63/20 65/16
66/22 69/8 70/6
72/20 77/3 77/25
78/18 79/10 80/11
84/22 86/18 86/20
86/21 89/4 89/12
94/4 94/6 95/18

**J**

**just... [205]** 96/7
96/14 96/16 98/18
99/17 100/9 101/2
102/1 103/1 103/4
103/7 103/25
108/11 108/17
108/18 109/22
111/25 115/13
116/7 117/16 118/4
118/4 118/9 118/10
121/16 121/23
123/15 124/6
124/22 126/5 127/5
128/5 128/15
128/20 129/15
130/19 131/2 131/5
131/13 133/17
135/22 136/24
137/22 140/18
142/8 142/9 142/18
143/2 144/17 145/1
145/2 145/2 145/7
145/9 145/11
145/14 147/11
148/18 150/2 153/3
153/22 153/25
155/1 155/14
157/12 158/10
159/3 159/25
160/18 162/16
162/21 162/24
163/8 163/21
163/22 163/23
165/3 165/22
166/25 167/16
169/3 169/6 171/1
171/11 174/14
175/20 177/6
181/23 182/15
182/24 183/12
183/16 185/12
185/25 186/15

188/8 188/15
188/15 188/21
190/5 190/11
191/16 192/18
194/12 194/15
194/18 195/1
195/15 195/24
196/1 196/3 196/25
198/7 199/4 200/6
200/9 200/16 201/9
203/16 203/20
203/21 204/7 204/8
205/1 206/16
206/16 208/3 208/9
211/17 211/21
212/8 213/24
214/13 214/19
215/4 216/1 216/9
217/13 217/25
218/6 218/7 218/10
218/12 221/3
221/23 224/4
224/13 224/15
224/19 226/6 227/1
228/4 230/7 231/4
232/7 232/23
236/17 241/25
243/6 243/13 245/1
247/23 248/17
253/11 253/18
254/12 255/18
256/20 259/14
259/18 260/14
261/13 262/25
263/7 264/21
264/21 266/10
267/14 270/9
270/11 271/16
271/17 271/20
271/22 272/5 272/7
272/17 272/19
273/11 274/24
280/13 284/11
287/2 288/24

289/22 290/1 290/5
290/11 291/2 291/4
291/22 291/23
292/21

**K**

**K's [1]** 145/3
**K-related [1]**
206/17
**K1 [1]** 142/4
**K2 [2]** 116/10
141/25
**Karp [20]** 50/25
89/23 96/18 96/25
97/9 97/23 99/1
115/1 169/24
169/25 170/23
171/13 172/3
180/12 201/25
202/6 258/9 261/10
261/19 263/11
**Karp's [2]** 183/3
202/2
**KASS [3]** 1/20 5/9
7/25
**keep [13]** 31/18
37/15 70/7 76/5
98/7 104/2 140/21
143/3 144/20
184/15 269/7
269/16 292/21
**keeping [4]** 39/15
39/23 269/15
271/17
**keeps [1]** 166/12
**kept [8]** 39/21
45/19 118/24 119/1
139/1 139/3 144/22
215/23
**key [4]** 43/22
228/5 269/7 276/3
**keys [1]** 109/11
**kid [1]** 20/6

**K**

**kidding [1]** 252/20
**Kimon [8]** 9/1 25/3
25/6 63/6 63/8
63/11 214/18
214/19
**kind [25]** 30/16
33/3 38/18 41/24
42/5 62/2 75/4
82/20 83/16 89/18
112/20 114/12
114/16 118/15
129/19 144/11
158/12 186/15
206/16 214/4
215/16 246/19
246/21 264/12
269/11
**kinds [1]** 185/25
**KLEIMAN [215]** 1/3
1/4 2/5 4/10 4/23
4/24 5/19 5/23
6/13 8/20 9/3 9/6
9/20 9/24 10/6
10/22 15/10 15/17
16/2 16/25 17/16
17/17 17/20 17/22
18/12 23/13 23/18
24/6 24/11 24/18
25/7 25/16 28/14
30/6 31/1 31/4
34/4 37/14 38/19
40/24 44/1 44/4
44/8 44/11 47/23
47/25 54/9 54/10
57/13 58/14 58/18
58/24 59/1 59/13
59/14 60/2 62/23
64/14 64/21 64/22
66/9 71/8 71/12
73/19 76/20 78/23
79/12 79/19 80/6
82/20 85/2 86/18

93/14 93/24 94/4
94/14 94/15 94/15
94/18 96/1 97/23
98/18 99/10 101/10
103/4 103/6 103/20
104/15 104/17
104/21 106/9
110/11 111/3 111/5
112/2 112/5 117/24
118/10 121/7
121/21 122/6 122/9
122/13 125/5
126/25 127/13
129/2 131/3 131/6
131/10 131/24
133/16 133/18
133/21 133/23
134/1 140/23 147/3
147/12 150/6 151/6
151/25 153/14
156/9 158/3 159/10
159/17 161/2
161/14 162/24
165/8 166/3 166/24
171/17 172/3
172/14 172/21
173/8 173/12
175/23 176/10
184/22 186/4 189/2
192/16 192/19
194/4 194/6 197/5
202/13 205/1
207/20 209/22
210/2 210/10
210/16 211/6 216/6
216/9 221/9 221/16
222/24 223/11
224/13 224/22
225/3 225/4 225/21
226/12 226/16
226/21 227/13
227/24 230/11
230/14 231/6 231/8

233/16 233/23
234/14 235/3
235/24 238/5 238/6
238/11 238/22
241/21 242/6
243/18 244/13
245/4 246/25
250/19 255/6
255/18 258/7 262/5
263/21 265/16
275/4 275/11 276/9
277/18 279/19
286/15 288/3
289/22 290/2 291/3
**Kleiman's [31]**
18/22 24/5 26/21
27/4 30/24 32/22
45/19 62/17 62/20
64/6 71/15 72/2
83/2 94/20 94/21
96/19 101/11
105/24 106/5 119/8
138/4 139/16
169/25 209/24
210/18 227/22
245/5 253/16
254/22 273/8 289/1
**knew [19]** 33/22
53/22 82/6 82/8
89/20 100/11
100/15 100/17
100/18 100/19
114/4 114/5 117/24
117/25 118/2 118/3
146/19 262/7 283/6
**know [275]** 6/11
7/11 7/20 7/24
8/16 9/15 11/20
13/11 17/16 17/19
17/22 20/15 21/5
21/15 22/11 22/14
22/23 23/1 23/2
23/7 23/10 23/11

**K**

**know... [253]**
 24/17 27/9 27/20
 27/24 27/25 28/5
 28/6 28/11 28/12
 29/22 29/24 30/3
 30/10 30/12 30/13
 32/1 32/5 32/18
 32/21 33/5 33/22
 33/25 34/7 37/4
 37/4 39/21 40/15
 43/25 44/4 44/8
 45/11 46/25 48/7
 48/8 48/15 48/16
 49/23 50/14 52/14
 52/24 52/24 53/21
 53/22 53/23 55/24
 61/4 62/19 62/22
 62/25 64/9 64/15
 66/17 68/17 68/23
 75/2 75/2 75/5
 76/7 76/11 77/10
 77/13 77/15 77/19
 77/21 78/22 79/1
 80/19 80/23 80/25
 82/3 82/3 82/6
 82/6 84/3 84/20
 87/3 87/8 90/8
 90/15 90/24 93/8
 93/22 102/22
 103/25 104/22
 104/23 104/25
 105/2 105/9 105/10
 106/1 111/12
 111/17 117/8 118/1
 118/2 118/4 118/16
 119/3 120/23
 124/12 124/17
 125/7 126/6 126/13
 126/23 127/2
 130/10 134/21
 134/25 135/9 136/1
 138/16 138/22

 143/14 144/17
 144/23 145/15
 145/19 145/25
 146/3 146/7 146/9
 146/17 147/3 147/7
 147/8 147/11
 147/22 147/23
 147/24 149/11
 149/13 149/16
 150/3 152/25
 153/24 156/5 157/1
 157/3 160/1 165/21
 166/2 166/16
 167/11 174/8
 174/24 175/17
 175/18 175/20
 180/10 184/4
 186/10 186/22
 188/3 188/6 189/6
 192/17 192/25
 196/6 196/6 198/16
 204/19 209/8
 209/21 210/11
 211/17 214/12
 215/18 215/20
 215/21 215/23
 215/25 216/16
 216/18 216/20
 216/24 216/25
 217/1 217/3 217/4
 217/8 217/20
 222/24 223/6 223/8
 225/3 228/2 228/17
 228/18 228/19
 228/21 229/7
 229/22 233/12
 233/18 235/16
 235/20 236/8 237/7
 237/7 239/7 242/25
 244/19 245/15
 245/17 245/20
 247/15 248/18
 256/3 256/13

 259/18 260/2
 260/17 265/4 267/5
 267/14 267/15
 267/18 267/20
 268/6 268/7 268/10
 268/12 268/21
 268/22 272/9 276/8
 276/14 276/15
 277/4 277/16
 277/19 277/22
 280/22 281/1
 282/11 282/14
 282/15 283/8
 283/16 285/16
 285/19 285/21
 290/8 291/25 292/6
 292/19
**knowing [2]**  113/17
 118/11
**knowledge [41]**
 25/15 28/6 29/10
 29/21 29/22 29/25
 34/9 44/6 48/11
 48/12 52/9 52/23
 145/3 145/5 145/15
 145/20 145/21
 173/17 174/17
 176/12 177/21
 179/15 180/25
 210/6 225/6 225/8
 226/16 227/3 227/4
 233/9 238/19
 238/24 260/12
 266/18 266/20
 267/4 269/10
 273/24 274/5
 274/13 274/21
**known [2]**  132/7
 180/16
**knows [7]**  52/6
 73/20 204/7 220/11
 222/6 222/10
 222/14

**K**

**Kobza's [1]**   14/17
**Kuharcik [3]**   65/23
 71/18 71/23
**KYLE [4]**   1/13 4/17
 148/13 153/25

**L**

**L-T-D [1]**   255/20
**label [1]**   149/1
**labeled [1]**   148/25
**labels [1]**   148/23
**lack [2]**   238/19
 238/23
**Ladies [6]**   49/17
 157/6 158/4 229/12
 229/20 286/2
**laid [1]**   224/24
**Lane [2]**   93/14
 140/13
**large [1]**   291/18
**last [35]**   6/22
 6/25 7/23 11/3
 14/11 23/13 23/17
 23/21 24/9 35/20
 40/15 45/14 58/3
 73/6 75/19 98/14
 99/10 113/20
 142/23 142/24
 154/16 156/9
 161/17 163/18
 171/14 182/21
 182/25 209/24
 215/10 215/19
 240/19 242/22
 263/7 271/1 289/6
**late [2]**   241/4
 287/23
**lately [1]**   225/24
**later [20]**   20/23
 21/5 34/13 39/10
 72/18 73/5 122/20
 144/16 161/12
 178/22 199/16

 201/25 223/13
 225/16 227/14
 227/14 228/6 228/9
 258/21 264/11
**latest [1]**   132/11
**law [8]**   27/18
 28/25 30/3 75/9
 97/9 131/12 171/13
 202/1
**lawsuit [38]**   18/6
 18/13 18/23 44/25
 45/6 45/6 45/18
 53/25 54/2 54/9
 54/22 54/23 54/23
 56/16 56/18 57/19
 60/25 61/1 61/3
 61/5 61/6 61/6
 62/14 62/16 63/11
 63/17 76/24 89/9
 92/22 167/2 167/8
 167/9 169/10 279/9
 281/16 282/23
 282/24 283/2
**lawyer [31]**   15/21
 18/4 46/8 50/25
 53/18 89/23 98/25
 114/23 148/12
 167/11 168/10
 169/25 170/3
 170/19 170/24
 171/3 171/5 179/5
 179/10 180/3
 180/20 187/21
 194/22 195/12
 195/16 196/14
 199/21 250/25
 252/16 261/10
 262/7
**lawyers [16]**   9/10
 16/6 18/17 46/11
 46/12 47/9 62/8
 62/9 77/15 77/21
 149/8 150/6 167/15
 194/19 216/21

**lay [3]**   52/5
 188/16 222/8
**layering [1]**   143/3
**laying [2]**   39/24
 227/1
**lead [3]**   8/11
 158/16 207/24
**leads [1]**   114/8
**learn [3]**   8/19
 135/23 264/11
**learned [10]**   7/20
 90/22 91/2 91/4
 91/5 117/22 158/23
 286/11 286/11
 287/8
**least [11]**   9/10
 38/8 62/25 63/23
 71/12 158/23 200/8
 208/19 249/1 249/8
 266/16
**leave [5]**   38/22
 51/2 114/12 196/3
 224/6
**leaves [1]**   68/15
**leaving [3]**   101/3
 102/4 102/8
**led [1]**   26/22
**left [7]**   42/18
 69/4 182/5 186/19
 272/5 272/7 291/5
**legal [1]**   53/4
**legibly [1]**   20/3
**lender [1]**   99/10
**length [2]**   10/8
 88/12
**lengthy [1]**   287/25
**Leon [1]**   1/21
**less [8]**   10/17
 67/8 68/5 80/25
 123/10 123/16
 289/8 289/9
**let [86]**   4/6 5/17
 13/11 13/13 14/3

**let... [81]** 15/12
23/20 39/7 43/21
46/15 47/22 57/21
61/22 62/7 62/8
68/2 70/7 80/11
86/18 87/3 91/15
91/22 94/3 94/23
95/18 96/16 101/6
103/1 109/22 116/6
119/11 119/18
120/13 123/15
127/3 128/20
135/19 139/18
143/14 145/1 145/1
148/9 152/25 157/1
160/22 162/21
165/22 168/13
169/23 170/14
177/17 182/15
188/3 196/2 209/4
210/7 211/17 212/8
229/6 229/7 229/22
236/13 239/7
241/17 241/20
242/4 243/6 244/19
245/23 247/16
248/18 249/21
251/14 260/13
269/25 273/11
274/14 275/7
279/18 280/18
286/18 287/5
287/21 288/14
290/22 291/14
**let's [144]** 15/4
27/4 28/19 45/22
48/20 50/15 51/1
53/14 53/15 53/25
56/25 57/7 58/13
64/6 64/6 66/3
67/24 69/7 69/8
70/8 70/8 70/10

73/19 74/4 75/7
75/19 76/13 77/24
77/25 80/1 80/9
81/10 82/12 82/17
84/18 86/7 86/15
87/16 87/21 88/1
94/9 95/10 99/21
106/14 106/14
108/10 109/7
110/10 110/17
128/22 130/13
130/17 131/2 132/4
132/4 134/15 135/4
136/15 136/23
140/21 141/12
149/9 152/5 152/8
155/2 157/6 157/21
160/15 161/6
162/18 163/8
163/18 163/22
170/15 171/9
172/10 172/10
172/23 178/25
179/8 179/17
180/23 182/24
184/6 184/13
184/15 184/17
185/22 189/10
198/2 198/17
199/10 200/11
201/20 206/22
212/23 213/11
218/4 218/6 218/7
219/22 222/19
224/15 224/16
225/19 226/6 227/8
227/11 228/3
229/12 230/4 230/4
231/1 231/4 231/4
232/20 232/23
232/25 233/21
234/19 234/24
235/14 240/4

250/16 252/22
255/16 256/6 262/1
262/10 267/22
273/19 276/14
276/17 281/21
290/13 291/1
291/17 292/21
**letter [9]** 148/12
161/21 171/13
172/3 254/3 254/19
262/5 263/11 271/8
**letters [1]** 155/14
**letting [1]** 144/17
**level [1]** 29/24
**Liability.' [1]**
132/1
**Liberty [5]** 22/2
22/25 23/2 23/7
23/10
**LICATA [2]** 1/16
4/20
**liens [1]** 179/3
**life [10]** 23/13
26/9 64/10 73/6
90/25 121/7 131/14
173/18 209/24
271/2
**life's [1]** 284/2
**lifetime [2]** 25/17
121/10
**lift [1]** 195/10
**lightly [1]** 62/3
**like [142]** 6/13
11/4 11/8 11/9
12/8 12/9 12/22
14/22 15/24 16/9
19/5 19/6 20/16
20/22 21/1 21/9
21/11 21/25 22/4
24/6 25/8 25/11
26/4 26/4 27/5
27/12 30/4 32/16
34/2 34/17 35/2

**like... [111]**   36/4
36/5 36/25 37/7
37/10 38/9 38/21
38/22 39/23 40/1
40/6 40/18 42/5
42/8 42/13 42/14
42/14 42/20 45/8
50/14 54/4 55/11
61/20 62/4 63/19
64/15 65/4 66/17
66/22 67/3 77/21
84/14 91/10 95/8
95/8 100/23 102/19
103/4 103/15
103/19 104/21
105/12 105/23
105/23 106/20
106/23 108/9
108/11 111/5 111/9
113/19 115/2
123/24 123/24
126/9 129/19 130/9
136/11 136/21
139/21 144/9
161/19 164/13
168/10 175/20
186/17 187/22
187/22 200/8 202/3
204/18 210/12
214/12 215/16
218/25 221/10
221/12 223/1 223/7
225/10 230/16
230/23 231/12
240/17 241/1 241/9
242/25 244/22
248/17 248/24
249/3 249/25
257/18 259/14
261/12 261/16
264/14 265/8
265/25 266/1

271/20 272/3
272/11 272/15
274/24 274/25
278/12 290/21
291/11
**likely [2]**   10/23
69/22
**limine [5]**   13/5
174/4 174/22 287/6
287/7
**limited [4]**   173/16
177/22 254/21
257/6
**line [32]**   19/5
20/24 21/10 22/4
55/21 57/11 67/8
67/20 68/2 68/20
81/24 105/1 107/14
172/13 199/1
224/23 240/8 243/1
248/15 251/14
252/16 279/22
280/4 280/7 280/8
281/3 281/4 281/4
281/5 281/9 281/9
289/12
**lined [1]**   41/3
**lines [5]**   69/17
105/12 260/22
279/19 280/4
**LinkedIn [1]**
190/25
**links [2]**   185/22
186/1
**liquidated [1]**
108/7
**liquidating [2]**
100/12 100/15
**lis [1]**   93/6
**list [38]**   8/15 9/2
9/5 11/7 11/8
11/14 11/14 11/15
11/18 11/22 11/24

14/16 35/14 37/25
93/13 101/2 101/20
105/14 121/25
127/25 130/3 130/9
130/22 132/12
132/19 163/18
174/11 174/12
191/4 191/6 237/13
250/4 287/25
287/25 288/10
**listed [6]**   102/21
132/14 137/23
138/2 151/2 152/20
**listen [2]**   59/2
175/22
**lists [2]**   69/17
127/22
**litigated [1]**
195/8
**litigation [26]**
91/10 105/25 115/4
115/5 115/18
137/15 169/13
170/7 187/9 187/21
189/5 192/19
192/22 193/4
193/14 194/7
195/19 197/7
199/22 199/23
199/25 201/2
201/13 202/5 202/8
282/17
**little [25]**   12/22
30/7 36/6 46/22
76/4 86/20 98/4
98/6 100/1 107/14
145/10 147/11
149/9 149/13
184/18 185/12
202/13 229/22
231/4 240/16
256/10 261/6
292/14 292/15

**little... [1]**
292/17
**live [5]**   10/9 74/2
84/6 233/15 233/15
**lived [1]**   93/18
**living [1]**   45/23
**Liz [3]**   9/22 80/3
85/17
**LLC [7]**   1/4 17/13
53/23 58/8 155/10
166/9 179/14
**LLC's [1]**   182/2
**LLP [2]**   1/12 1/18
**Loan [1]**   93/23
**loans [1]**   120/15
**locate [3]**   27/1
179/19 184/5
**located [9]**   26/23
32/15 32/19 43/12
181/10 210/12
267/7 267/11
269/22
**location [1]**   233/5
**lock [2]**   8/22
111/19
**log [13]**   187/25
193/1 193/5 193/11
193/18 194/5 194/9
194/11 194/13
195/6 196/5 196/9
196/11
**logic [2]**   118/9
118/23
**logical [2]**   108/9
196/21
**logo [12]**   19/4
20/17 20/21 21/4
21/12 21/21 22/15
22/15 22/17 198/5
198/8 199/1
**logos [2]**   20/20
199/12

**long [18]**   8/20
144/22 151/8 160/2
170/21 178/22
180/16 183/24
217/22 217/23
233/13 241/4 248/9
259/12 283/22
287/7 289/6 292/16
**long-time [2]**   8/20
170/21
**longer [2]**   223/1
289/3
**look [79]**   6/24
12/19 35/19 37/8
39/16 42/2 43/5
46/5 47/12 48/20
50/15 50/18 51/23
53/19 53/21 55/19
58/13 59/7 65/16
69/9 70/8 70/15
71/7 72/18 72/19
72/19 73/12 73/14
73/16 73/19 73/21
80/7 81/24 82/12
82/12 82/17 84/11
84/18 86/7 103/4
104/13 104/21
108/10 131/2
154/23 155/21
156/8 160/3 160/15
163/18 163/22
170/8 172/10 182/1
190/20 199/10
203/13 204/12
205/2 206/22
216/22 218/25
230/23 231/19
231/25 238/8
241/21 242/25
243/6 244/22
248/10 249/24
265/6 271/10 272/3
280/18 282/7

**look the [1]**   82/12
**looked [11]**   20/16
20/22 37/18 38/16
39/6 40/6 42/8
60/23 103/4 159/3
160/7
**looking [27]**   7/10
7/20 21/10 30/1
39/15 41/14 42/11
49/2 49/4 58/21
68/20 102/14
125/11 132/11
137/16 153/18
158/20 159/3 159/7
185/25 195/10
195/11 220/8
236/24 240/7 268/4
281/22
**looks [13]**   16/23
84/14 111/5 111/9
161/19 164/13
210/12 223/1
230/16 240/17
241/1 265/25 266/1
**loss [3]**   66/6
78/11 260/8
**lost [2]**   55/23
56/1
**lot [22]**   21/17
21/18 27/13 30/2
37/22 84/4 104/17
104/21 105/6
105/17 143/25
164/13 190/21
196/2 212/4 214/11
215/1 215/2 215/21
230/20 248/9 276/9
**lots [2]**   105/22
193/20
**loud [1]**   261/7
**louder [2]**   147/4
202/14
**Louis [1]**   253/14

**L**

**lovely [1]**   220/7
**loves [1]**   220/7
**luck [1]**   240/16
**lunch [11]**   10/22
 121/2 135/15
 135/18 153/1 153/8
 157/4 157/7 157/9
 157/17 157/24
**lunchtime [1]**
 290/16
**lying [1]**   226/22
**Lynn [11]**   149/20
 149/21 149/21
 149/24 150/2 150/4
 150/5 220/1 220/5
 220/6 220/20

**M**

**machine [1]**   293/8
**made [24]**   9/12
 9/13 45/17 51/25
 56/13 73/25 75/12
 80/23 82/9 91/23
 96/18 98/24 111/19
 112/18 118/19
 145/16 150/6
 174/14 179/4 193/8
 232/8 239/16
 269/18 270/22
**mail [2]**   38/23
 120/14
**mailbox [6]**   143/13
 143/24 144/8 144/9
 144/20 144/24
**mailed [2]**   94/14
 111/5
**mailing [1]**   140/15
**mainstream [1]**
 35/25
**maintain [2]**   31/13
 81/4
**maintained [1]**
 60/3

**maintaining [2]**
 62/13 269/3
**major [2]**   75/23
 244/16
**make [63]**   13/14
 15/24 20/5 25/23
 28/19 31/18 34/4
 44/25 45/22 46/15
 49/22 52/2 65/11
 68/25 72/15 73/19
 88/4 95/12 103/1
 118/10 123/6
 123/15 129/15
 134/15 135/4
 135/15 135/22
 142/18 144/2 156/4
 158/11 158/11
 159/25 160/22
 168/2 168/9 181/23
 181/24 188/3 188/8
 202/9 208/7 218/18
 232/10 241/22
 242/22 243/8
 245/23 247/19
 253/8 253/20 261/5
 268/14 271/3
 273/11 281/20
 286/5 286/25 287/2
 287/11 287/15
 291/4 291/19
**makes [2]**   133/3
 198/24
**makeup [1]**   142/19
**making [8]**   62/2
 70/17 80/20 103/1
 131/14 208/16
 270/21 287/2
**man [3]**   36/13
 213/25 214/3
**manage [1]**   145/19
**managed [2]**   84/14
 89/23
**management [3]**
 28/3 29/12 75/3

**manager [2]**   168/2
 168/9
**many [19]**   39/10
 42/20 103/25
 105/20 105/20
 120/22 120/23
 142/8 176/2 186/13
 186/22 187/4
 204/19 212/10
 266/8 267/13 275/3
 276/6 284/11
**March [27]**   16/3
 16/15 16/21 16/24
 122/11 122/16
 126/11 127/13
 130/19 130/24
 130/24 133/20
 150/13 212/21
 213/15 216/10
 216/10 217/2 217/6
 218/7 222/23
 224/16 227/22
 227/25 228/25
 231/5 236/5
**mark [5]**   166/13
 209/5 209/6 226/12
 226/12
**marked [17]**   91/17
 96/16 96/17 97/12
 115/18 116/6
 121/18 127/3 128/3
 139/18 148/10
 168/13 171/10
 197/13 205/16
 208/4 219/7
**Marketplace [1]**
 151/15
**masks [1]**   292/17
**master's [10]**
 28/20 28/22 28/25
 29/2 29/2 29/5
 29/14 29/17 29/24
 30/3
**matches [1]**   273/17

**M**

**material [3]** 68/25
202/4 240/20
**materials [3]**
68/20 69/4 115/17
**math [4]** 27/14
28/20 123/16 231/4
**mathematics [1]**
27/13
**matter [12]** 11/3
96/14 98/1 129/13
170/7 179/6 188/23
211/12 287/24
288/7 290/1 290/6
**matters [5]** 156/6
170/5 262/8 286/19
288/19

**may [88]** 7/23 8/4
12/15 19/1 26/24
40/9 45/8 53/1
55/1 57/8 59/5
59/22 64/18 84/20
84/21 84/22 87/11
87/22 92/9 94/2
96/19 96/21 97/24
98/8 98/9 98/25
104/5 113/10 114/3
115/22 116/5
126/13 140/5
143/12 161/6
165/17 165/18
173/3 173/6 173/9
173/10 176/1
179/16 181/12
183/19 192/5 192/8
194/6 196/17
197/20 197/21
199/9 200/21
200/25 209/2
209/13 221/25
224/10 234/13
240/1 244/3 245/19
249/25 250/8

258/2 260/16 261/3
269/21 271/15
271/25 272/2 274/8
279/10 279/20
280/21 286/20
289/21 289/22
289/23 289/23
290/18 290/21
291/4 291/8 291/24
**May 17th [1]** 7/23
**May 1st [1]** 143/12
**May 20th [1]** 199/9
**May 21 [2]** 92/9
97/24
**May 21st [1]** 98/25
**May 30th [1]** 261/3
**May of [2]** 96/19
161/6
**maybe [16]** 10/17
27/12 41/12 42/14
104/23 117/8
133/13 138/22
151/12 188/20
194/16 213/25
227/15 239/21
276/8 276/20
**MCGOVERN [11]** 1/20
5/8 7/25 11/21
11/25 12/1 12/4
12/16 87/23 88/5
290/7
**McKeon [2]** 201/25
202/4
**me [184]** 4/6 5/17
6/9 6/11 7/2 11/9
13/11 13/13 14/3
14/17 15/12 18/16
20/16 20/19 20/20
22/21 23/20 25/11
26/22 31/11 32/4
34/14 37/12 38/13
39/7 43/21 46/9
46/15 46/18 47/13

52/25 54/20 57/21
61/22 62/7 62/8
68/2 69/22 70/7
73/14 73/16 80/11
82/13 86/18 87/3
90/13 91/15 91/22
94/3 94/23 95/2
95/19 96/16 100/24
101/6 102/5 102/9
103/1 109/22 114/1
114/8 116/6 117/2
119/1 119/11
119/18 121/12
123/1 123/5 123/6
123/6 123/15
123/21 123/23
124/8 125/8 125/18
126/3 127/3 128/20
130/9 131/13
131/15 134/14
134/23 135/19
136/22 139/18
143/14 144/10
145/1 145/1 146/24
147/10 147/25
148/9 152/25 157/1
160/11 160/22
162/16 162/21
165/22 168/13
169/23 170/14
174/12 175/16
177/6 177/17 180/1
182/15 186/16
188/3 198/6 199/1
202/7 203/10
207/13 208/19
208/19 209/4 210/7
211/17 212/8
212/20 213/18
214/12 218/1
218/17 218/18
218/18 225/10
229/6 229/22

**M**

me... **[46]**   234/16
236/13 236/22
239/7 241/6 241/17
241/20 242/4
242/17 243/5 243/6
243/11 244/19
244/19 245/7
245/16 245/16
245/23 247/16
249/21 251/14
259/13 260/7
260/13 265/14
269/13 269/21
269/25 271/3
271/10 273/11
274/14 276/5 277/9
279/18 280/18
280/19 282/5
283/23 286/18
287/5 287/12
287/21 288/10
288/14 290/7
me ask **[1]**   94/3
mean **[35]**   22/20
23/11 33/5 36/2
38/21 48/12 53/21
63/7 72/23 77/13
81/23 91/10 111/14
118/9 119/3 169/6
175/6 175/22
181/16 186/14
198/16 205/20
207/21 208/2
210/12 214/20
214/24 225/19
248/16 249/9
259/16 266/8
274/22 276/5
290/19
meaning **[2]**   82/22
87/12
means **[7]**   107/14

147/22 155/13
163/12 182/21
251/23 268/6
meant **[7]**   69/22
84/24 188/20 203/5
203/5 246/9 250/8
meantime **[3]**   103/3
237/9 237/18
measure **[1]**   264/12
measures **[4]**
154/10 156/14
160/9 271/3
media **[1]**   35/25
medical **[3]**   211/12
213/8 234/14
meet **[5]**   143/14
214/7 220/21 223/2
288/18
meeting **[1]**   220/8
meets **[1]**   8/22
member **[1]**   60/4
members **[2]**   15/6
257/10
memory **[3]**   34/5
34/6 198/22
men **[1]**   129/25
mention **[6]**   114/11
115/1 132/2 229/1
269/9 292/13
mentioned **[6]**
39/19 146/24
248/24 267/9
283/23 293/9
mentioning **[2]**
149/20 228/23
mentions **[1]**   229/1
Merkle **[1]**   28/12
message **[4]**   104/23
106/21 264/6 265/8
messages **[2]**   124/8
285/16
MESTRE **[3]**   1/18
1/19 5/11
met **[1]**   271/1

metadata **[19]**
123/25 124/1 124/5
124/8 124/10
124/11 124/13
124/16 124/17
124/17 124/18
124/21 124/23
125/9 126/6 126/9
216/14 217/10
217/16
meters **[2]**   268/19
268/24
Miami **[9]**   1/14
1/17 1/23 1/24
44/16 44/19 293/15
293/18 293/18
Michael **[1]**   172/11
Michigan **[1]**   75/10
Micro **[1]**   276/18
microphone **[3]**
86/21 147/5 202/14
mid **[1]**   183/24
mid-February 2014
**[1]**   183/24
middle **[5]**   98/19
125/20 159/3
239/13 248/13
might **[19]**   30/17
33/17 37/8 37/9
62/18 118/14
145/10 146/6 146/9
152/25 189/6 202/2
229/7 260/14
265/22 274/10
274/11 289/8
291/12
mil **[1]**   268/5
Military **[1]**   268/8
million **[7]**   154/14
154/16 163/4 164/2
246/13 246/13
252/8
mind **[3]**   41/9
156/8 163/23

**M**

**mine [6]**   31/12
31/18 33/23 34/8
44/11 271/16
**mined [4]**   44/1
44/5 44/13 44/15
**minimize [1]**
260/17
**mining [13]**   25/12
31/14 31/18 31/22
32/9 32/14 33/19
34/2 43/7 43/10
43/21 43/24 70/5
**minus [2]**   81/13
81/16
**minute [4]**   86/15
229/12 255/19
255/24
**minutes [10]**   5/17
10/18 13/2 86/16
86/22 229/13
289/16 289/17
290/21 291/5
**Miscellaneous [1]**
75/16
**missed [1]**   174/10
**missing [2]**   14/19
18/15
**Mission [1]**   242/18
**misspoke [1]**
289/16
**misspoken [1]**
250/8
**misstate [2]**   69/20
224/14
**misstated [1]**   89/2
**misstatement [1]**
67/16
**Misstates [2]**
26/15 67/14
**Misstating [1]**
67/17
**mistake [7]**   32/24

30/25 174/1 175/4
269/24 271/4 278/2
**mistaken [3]**
102/24 106/24
246/14
**mistakenly [1]**
89/11
**mistakes [2]**
269/18 270/21
**misunderstood [2]**
41/12 194/16
**mobile [1]**   214/4
**model [1]**   273/6
**moment [22]**   8/1
18/8 26/24 40/9
49/16 61/9 98/9
104/5 112/16
117/16 121/4
166/25 173/4
173/25 187/14
208/8 216/1 245/1
252/3 270/7 279/20
280/19
**Monday [2]**   241/7
290/17
**monetizing [1]**
60/18
**money [29]**   19/19
19/22 25/22 26/3
28/9 36/18 36/20
37/4 80/20 82/9
82/15 90/6 90/9
90/10 90/12 90/13
90/14 90/16 102/5
102/10 108/1 108/8
109/11 113/20
118/16 122/24
163/15 184/14
260/3
**monies [1]**   146/10
**monitor [1]**   234/16
**monitors [1]**   292/2
**month [1]**   261/3
**months [17]**   21/24

63/23 113/20
123/10 123/17
161/12 169/9 210/4
227/13 227/14
227/14 227/25
231/5 270/22
**more [31]**   14/12
63/23 73/16 76/4
80/25 86/20 100/1
105/21 113/18
121/23 129/6
131/16 138/22
143/25 148/18
152/19 158/10
186/21 186/21
188/21 203/11
207/15 209/18
234/5 239/22
239/23 241/1
272/20 278/10
291/3 291/23
**morning [23]**   4/2
4/3 4/4 4/13 4/15
4/17 4/25 5/1 5/5
5/7 5/9 5/12 5/13
5/15 11/24 15/6
15/17 15/18 235/8
288/8 290/17 291/4
291/20
**mortgage [4]**   90/17
90/20 93/23 102/16
**mortgages [1]**
179/3
**most [6]**   38/5
38/10 112/19
175/24 213/4
288/11
**mostly [1]**   214/19
**motion [14]**   13/5
167/9 167/22 174/4
174/22 202/9
281/20 286/24
287/2 287/5 287/6

**M**

**motion... [3]**
287/11 287/13
287/15

**motive [2]** 114/21
114/22

**motorcycle [4]**
89/24 258/12
258/14 258/21

**move [60]** 11/4
35/8 54/13 64/24
72/4 74/12 79/18
83/7 92/1 92/22
95/17 95/19 97/11
98/5 101/14 103/20
108/25 112/7 113/9
116/13 119/12
121/20 128/2
129/24 134/5
135/14 137/2
139/21 142/11
148/16 152/22
165/12 169/12
171/21 178/1 185/4
188/2 205/25
210/20 213/21
219/11 238/14
242/3 242/10
243/22 243/23
247/21 250/18
250/21 253/1
254/10 255/8 256/6
256/18 257/22
263/4 270/5 287/24
288/1 291/25

**move the [1]** 242/3
**moved [3]** 183/18
222/13 263/1
**movie [1]** 186/18
**moving [4]** 40/8
53/13 85/11 247/22
**MR [32]** 2/5 29/23
64/21 66/9 69/9

80/9 80/14 88/1
88/15 92/16 123/19
131/5 151/18 155/3
165/24 171/14
177/12 196/13
200/20 207/21
210/2 212/20 221/9
223/10 226/19
229/7 233/16 263/9
270/1 275/4 275/11
289/1

**Mr. [289]** 5/19
5/20 6/13 6/19
7/10 7/17 7/25
8/15 8/19 8/23
8/24 9/3 9/6 9/20
9/24 10/6 10/16
10/22 15/10 15/17
16/7 16/11 17/17
18/12 23/18 25/13
30/6 34/4 35/19
40/24 41/11 43/6
47/20 48/24 50/16
51/1 53/8 55/2
55/20 55/21 56/24
57/4 57/4 57/13
57/14 58/24 59/1
59/11 60/8 60/11
65/19 66/3 66/9
69/8 71/7 71/8
71/12 71/13 71/23
72/23 73/19 74/9
75/14 80/10 81/11
82/20 83/12 85/2
85/8 85/18 86/18
88/10 89/2 89/4
89/11 94/4 94/14
95/10 96/4 96/18
97/23 98/5 98/13
98/18 99/1 99/17
99/21 101/10 103/4
103/6 103/16
103/19 103/25
104/11 104/17

110/1 110/12
110/21 110/23
111/3 112/1 112/5
112/25 113/5
117/24 118/10
119/21 120/10
121/7 122/5 122/9
122/13 122/21
125/2 127/7 128/22
129/2 129/16 130/5
131/21 131/23
132/7 133/13
133/16 133/18
134/17 135/7 136/6
136/7 140/11
142/17 144/13
147/3 147/12 150/6
150/9 150/11
150/21 151/25
153/14 155/8 156/9
156/11 158/3
158/19 159/5
159/10 159/17
160/15 160/23
161/2 162/1 162/16
162/24 163/20
163/23 164/7 165/8
166/3 166/24
171/17 172/3
172/15 173/8
173/12 173/13
174/23 175/23
176/10 177/13
177/18 178/1 183/3
183/8 183/11
184/18 184/22
185/12 187/24
188/1 188/11
188/19 189/2
191/16 192/16
192/19 193/15
194/4 194/6 194/21
197/5 197/22

**M**

**Mr.... [95]** 198/19
198/21 200/3
200/14 200/17
200/22 202/2 202/6
202/13 203/23
204/11 205/1
206/23 207/18
209/24 210/18
211/6 212/11
212/13 212/14
213/2 213/5 213/12
216/6 216/9 218/10
219/22 222/4
222/23 223/11
223/19 224/2
224/13 224/20
225/3 225/13 226/7
226/16 227/22
227/23 227/24
228/7 230/1 230/4
230/11 231/1 231/8
231/16 232/20
234/5 235/17
235/18 237/10
237/23 238/3 238/5
240/14 240/19
241/21 243/6 243/9
243/18 245/4 246/7
247/18 248/7
249/23 250/18
255/6 255/18 257/8
258/13 258/24
261/6 262/1 262/5
263/21 265/16
266/23 270/16
270/18 272/20
274/1 276/9 277/11
277/18 279/13
279/22 281/8
281/10 286/15
287/21 289/22
290/2 291/3

**Mr. Andreou [5]**
8/15 8/19 8/23
8/24 25/13
**Mr. Brenner [14]**
7/10 53/8 57/4
88/10 108/19 130/5
135/7 136/7 174/23
193/15 194/21
212/14 222/4
237/10
**Mr. David Kleiman
[1]** 66/9
**Mr. Ira [1]** 238/5
**Mr. Karp [4]** 96/18
97/23 99/1 202/6
**Mr. Karp's [2]**
183/3 202/2
**Mr. Kass [1]** 7/25
**Mr. Kleiman [98]**
5/19 6/13 9/3 9/6
9/20 9/24 10/6
10/22 15/10 15/17
17/17 18/12 23/18
30/6 34/4 40/24
57/13 58/24 59/1
71/8 71/12 73/19
82/20 85/2 86/18
89/2 89/11 94/4
94/14 98/18 101/10
103/4 103/6 104/17
104/21 110/21
111/3 112/5 117/24
118/10 121/7 122/9
129/2 133/16
133/18 147/3
147/12 150/6
151/25 153/14
156/9 158/3 159/10
159/17 161/2
162/24 165/8 166/3
166/24 171/17
172/3 173/8 173/12
175/23 176/10
184/22 189/2

194/4 194/6 197/5
202/13 205/1 211/6
216/6 216/9 223/11
224/13 225/3
226/16 227/24
230/11 231/8
241/21 243/18
245/4 255/6 255/18
262/5 263/21
265/16 276/9
277/18 286/15
289/22 290/2 291/3
**Mr. Kleiman's [3]**
209/24 210/18
227/22
**Mr. Kuharcik [1]**
71/23
**Mr. O'Hagan's [1]**
10/16
**Mr. Paige's [3]**
55/2 56/24 57/4
**Mr. Rivero [8]**
5/20 6/19 7/17
85/8 177/13 212/13
279/22 287/21
**Mr. Roche [3]**
150/9 150/11 159/5
**Mr. Shah [133]**
16/7 16/11 35/19
41/11 43/6 47/20
48/24 50/16 51/1
55/20 55/21 57/14
59/11 60/8 60/11
65/19 66/3 69/8
71/7 71/13 72/23
74/9 75/14 80/10
81/11 83/12 85/18
89/4 95/10 96/4
98/5 98/13 99/17
99/21 103/16
103/19 103/25
104/11 110/1
110/12 110/23

**M**

**Mr. Shah... [92]**
112/1 112/25
119/21 120/10
122/5 122/13
122/21 125/2 127/7
128/22 129/16
131/21 132/7
133/13 134/17
136/6 140/11
142/17 144/13
150/21 155/8
156/11 158/19
160/15 160/23
162/1 162/16
163/20 163/23
164/7 172/15
173/13 177/18
178/1 183/8 183/11
184/18 185/12
187/24 188/1
188/11 188/19
191/16 197/22
198/19 200/3
200/14 200/17
203/23 204/11
207/18 212/11
213/12 218/10
219/22 223/19
224/2 224/20
225/13 226/7 228/7
230/1 230/4 231/1
231/16 232/20
234/5 235/17
235/18 237/23
238/3 240/14
240/19 243/6 243/9
247/18 248/7
249/23 250/18
257/8 258/13
258/24 261/6 262/1
266/23 270/18
272/20 274/1

277/11 279/13
281/8 281/10
**Mr. Shah's [1]**
200/22
**Mr. Wright [10]**
113/5 131/23
198/21 206/23
213/2 213/5 222/23
227/23 246/7
270/16
**MRSA [1]**  214/22
**Ms [3]**  11/25 87/23
290/7
**Ms. [7]**  7/25 11/21
12/1 12/4 12/16
14/17 88/5
**Ms. Kobza's [1]**
14/17
**Ms. McGovern [6]**
7/25 11/21 12/1
12/4 12/16 88/5
**much [19]**  10/13
47/25 69/1 73/8
80/20 91/1 113/15
114/9 117/16 153/8
215/19 215/25
232/4 232/10
233/24 239/21
239/23 271/10
289/3
**multiple [1]**
278/17
**must [2]**  34/17
194/21
**my [131]**  4/5 6/24
9/10 9/11 9/11
10/2 11/25 16/6
17/4 19/13 19/14
22/21 25/2 29/10
29/21 31/23 33/12
34/7 45/9 45/9
46/9 46/18 48/11
50/6 51/4 51/10
51/12 51/16 51/20

55/1 56/5 56/23
58/12 58/22 60/6
62/4 63/20 63/20
63/20 76/14 77/15
77/21 79/13 88/18
90/9 90/14 90/14
91/20 98/9 100/23
104/21 106/13
110/5 111/15
113/17 113/20
117/18 118/9
118/17 118/23
120/13 124/12
126/13 130/22
131/14 135/16
136/10 138/12
167/15 171/3 171/5
174/3 175/4 175/16
175/17 183/6
186/11 199/23
209/14 211/24
212/4 214/19 215/6
222/1 225/17
226/14 228/1
228/22 233/4
234/13 235/5 235/6
235/6 237/15 238/2
249/9 249/19
253/22 258/19
260/12 260/22
263/24 265/3
266/18 266/20
267/4 268/4 269/9
271/2 274/13
274/23 274/23
275/17 275/17
275/20 275/21
275/23 276/2 276/6
278/4 279/10
281/22 287/20
289/5 291/9 291/11
293/11 293/14
**myself [6]**  51/8

**M**

**myself... [5]**   98/8
106/10 106/20
253/18 254/21
**mysterious [1]**
270/20

**N**

**nail [2]**   273/13
273/15
**Nakamoto [3]**   22/23
156/17 244/8
**name [20]**   14/17
32/16 37/25 45/10
51/8 51/11 58/22
63/21 95/2 105/23
105/24 106/2 106/5
106/7 151/4 151/6
154/9 156/13
200/25 256/11
**named [12]**   22/1
35/5 51/11 65/23
108/16 116/23
172/11 199/21
201/25 210/11
213/25 246/4
**names [1]**   273/5
**naming [1]**   207/22
**natural [1]**   86/13
**nearest [1]**   234/18
**necessarily [2]**
112/19 164/8
**need [47]**   5/15
8/10 11/6 12/5
13/4 13/24 13/24
14/8 14/23 16/15
24/25 49/6 71/11
73/16 86/19 86/25
87/24 98/8 110/4
110/8 118/16
121/23 122/19
123/5 123/5 143/24
144/16 157/18
175/21 188/10

188/16 188/17
188/20 196/24
215/11 215/12
218/15 218/17
222/8 232/22
244/19 245/16
245/17 247/15
248/19 280/6
286/21
**needed [2]**   265/1
265/9
**needing [1]**   290/9
**needs [4]**   203/15
253/8 264/9 265/10
**negotiated [1]**
246/4
**negotiating [1]**
248/13
**negotiations [1]**
245/24
**neither [2]**   9/14
75/23
**nervous [1]**   270/21
**net [1]**   73/23
**Networks [2]**
154/13 163/1
**never [53]**   20/23
24/17 31/11 32/4
32/6 33/7 33/12
33/16 33/19 33/21
34/10 34/10 41/5
42/11 44/11 44/13
44/15 77/19 84/1
101/3 109/9 149/24
150/5 174/15 175/7
175/13 177/1
177/21 180/7 181/9
182/19 194/2
195/17 198/5
220/15 222/14
225/10 227/22
228/1 236/8 264/14
269/10 269/11
275/2 275/8 279/11

282/20 283/6
283/17 285/6 285/9
**new [15]**   20/22
22/2 22/15 22/25
23/2 23/7 23/10
24/8 107/10 122/23
208/13 208/19
209/11 249/7 287/7
**news [2]**   186/15
270/20
**newspaper [1]**
38/23
**next [71]**   14/17
18/3 26/4 35/11
50/19 51/17 70/10
71/12 73/12 74/4
75/7 75/14 81/24
82/17 85/22 87/5
87/16 104/3 104/4
107/15 110/18
110/19 112/3
127/19 136/21
143/20 155/3
160/19 162/15
165/5 180/25
184/13 185/15
191/1 198/19
199/10 204/15
211/15 213/23
218/21 219/15
219/18 220/23
224/4 225/13
225/17 226/6
226/18 227/8
227/24 228/3 229/6
230/4 230/15 231/1
231/15 232/20
233/6 233/21
234/19 235/14
251/1 251/14 256/6
259/9 259/9 281/22
289/14 292/1 292/4
292/5

**next one [1]**
225/17
**Nguyen [1]** 108/16
**nice [3]** 114/17
157/17 157/24
**niceties [2]**
220/21 221/3
**night [6]** 6/22
6/25 7/23 24/9
239/23 241/4
**nightmare [1]**
118/24
**nine [5]** 187/20
204/17 204/20
205/7 207/15
**no [287]** 1/2 2/7
3/2 6/17 6/21 6/25
7/4 9/4 9/4 11/23
18/16 19/12 19/23
19/25 20/2 20/25
21/3 21/8 23/1
23/15 23/15 24/22
25/19 26/12 26/20
26/22 28/13 28/21
28/24 29/1 29/4
29/7 29/16 29/19
32/4 32/8 32/20
33/11 33/15 33/16
33/21 33/24 34/9
34/9 34/12 35/15
36/15 36/23 36/25
37/11 38/10 38/14
39/5 40/7 40/12
41/13 42/1 42/7
42/10 42/10 44/7
44/10 44/12 44/14
44/20 44/22 45/5
53/5 53/9 53/9
53/14 54/19 54/20
63/12 65/2 65/2
66/22 70/5 70/14
70/19 71/25 72/6

72/17 74/16 75/5
76/7 78/15 78/17
79/2 79/21 80/24
82/5 83/9 84/2
85/11 85/14 88/3
91/1 91/11 91/13
92/3 92/24 94/19
94/19 95/6 95/16
95/21 97/15 100/13
101/16 109/3
110/25 111/13
114/15 115/1 115/6
116/16 117/7 121/3
122/1 123/24 124/6
124/11 124/14
124/16 124/16
124/20 124/21
124/23 125/10
125/17 126/8
126/18 132/2 132/3
132/3 132/17
134/12 134/13
137/5 138/12
139/11 139/25
139/25 141/20
142/14 145/4
145/18 145/20
145/24 146/2 146/5
148/23 149/4
149/12 149/12
151/24 152/24
163/7 164/19
165/14 166/12
168/10 169/6
171/24 174/13
175/10 175/13
175/13 175/13
176/16 176/16
176/20 177/1
177/20 178/6
178/25 179/2 179/4
179/14 179/15
179/20 180/25
181/16 182/5 195/2

196/18 196/24
197/10 199/25
201/14 202/6 202/7
202/8 203/1 203/4
204/4 204/5 206/2
206/15 206/16
207/6 210/1 210/22
214/8 216/19
216/25 217/4 218/3
218/21 222/2
222/25 223/13
224/8 225/9 226/3
226/4 226/17 227/6
228/25 231/10
231/11 232/18
233/11 233/19
234/10 235/2 235/5
235/11 235/12
242/11 242/22
243/24 247/12
247/23 248/19
249/5 253/18
254/15 255/23
256/4 256/23
259/13 260/11
262/19 262/20
263/9 263/13
264/14 264/17
264/21 264/25
265/5 266/20
267/21 269/12
270/11 272/5
272/24 274/19
275/12 275/15
276/7 277/7 280/12
280/17 282/5 282/8
282/10 282/12
282/20 282/20
283/5 283/16
284/20 285/6 285/7
285/9 285/15
285/18 285/20
285/22 287/16

**N**

**no... [1]**   291/17
**Nobody [1]**   24/10
**Nobody's [1]**   154/6
**non [3]**   75/16
175/19 254/22
**non-beneficially**
**[1]**   254/22
**non-employee [1]**
75/16
**non-redacted [1]**
175/19
**none [3]**   38/11
153/21 266/19
**nonetheless [2]**
16/24 25/15
**nonstop [1]**   235/8
**normal [4]**   105/12
118/15 241/12
242/25
**North [2]**   1/23
293/18
**Northlake [2]**
140/16 210/16
**not [325]**
**note [4]**   97/3
114/12 134/18
226/22
**notes [12]**   40/5
41/1 41/5 41/22
42/5 56/23 57/1
57/5 193/7 194/14
196/22 293/11
**nothing [17]**   75/20
143/24 146/19
157/19 157/20
163/15 193/18
193/23 193/23
197/9 201/15
201/17 204/8
207/21 222/11
222/15 244/16
**notice [6]**   104/17

104/16 137/15
144/23 144/23
160/7
**noticed [4]**   30/2
124/6 124/15
278/13
**noticing [2]**
111/17 274/22
**notification [2]**
155/13 160/24
**notifying [2]**   96/8
137/19
**noting [1]**   55/9
**November [8]**   1/5
25/8 209/21 210/4
211/5 212/6 293/9
293/15
**now [188]**   6/12
7/11 7/12 7/20
7/24 8/7 8/8 10/1
12/4 12/22 13/9
13/24 17/16 18/3
18/25 21/4 22/3
23/11 24/3 25/15
26/11 28/14 30/12
31/11 33/2 33/19
36/1 37/12 40/24
42/24 43/25 44/24
45/1 46/20 47/11
47/19 48/4 48/22
50/24 52/21 55/7
64/6 64/13 65/16
65/22 69/7 69/17
72/1 72/20 76/2
77/1 77/24 78/18
80/5 81/10 82/12
84/6 84/25 85/11
89/17 92/6 94/3
95/5 96/13 97/19
100/11 101/25
102/4 104/17
106/23 107/7
108/21 109/18
111/10 122/8

123/19 125/11
126/6 126/21
127/12 130/23
134/18 134/24
135/1 136/4 137/9
137/15 138/3
139/18 141/12
142/17 146/18
147/24 152/8
152/21 153/7
160/14 160/22
161/2 161/21
162/17 163/18
163/22 164/23
164/23 165/21
166/24 169/17
170/5 171/9 172/23
175/1 176/9 177/6
178/3 178/7 179/17
180/23 183/10
184/17 187/8 189/2
189/9 189/9 189/14
190/14 190/18
191/13 191/19
192/1 195/22
195/23 197/15
203/2 205/2 206/4
208/3 209/21
209/23 217/21
218/25 221/12
223/13 223/13
224/22 225/21
227/6 227/10
227/21 228/25
229/2 230/3 231/5
231/25 233/23
234/21 235/23
237/2 238/5 241/17
243/3 244/23
247/14 249/14
251/4 251/23 254/6
257/18 258/4 259/2
260/6 260/15 261/3

**N**

**now... [13]**   262/4
265/10 267/2
269/18 272/11
273/2 273/7 273/19
277/23 278/12
278/21 284/16
286/25
**number [75]**   4/9
11/13 27/7 30/10
37/18 37/24 42/3
50/22 55/22 56/6
65/5 68/5 71/9
72/14 73/16 74/7
79/9 79/14 80/17
81/1 96/1 97/4
99/23 110/23 118/6
132/7 132/18
132/21 133/4 133/5
138/21 142/6
148/22 151/8
155/19 158/20
160/2 160/3 161/2
188/20 188/22
190/6 190/18
192/23 207/8 207/9
207/9 218/8 218/9
221/18 231/5
236/20 236/24
241/24 246/8
254/23 254/24
256/10 257/5
270/17 273/17
273/20 273/25
274/7 274/14 276/1
276/3 276/17
276/21 276/21
276/23 276/25
277/11 277/17
277/20
**number's [1]**
200/17
**numbered [1]**   273/6

**numbers [8]**   83/24
135/16 151/8 153/7
153/25 154/5 156/9
204/17

**O**

**O'Hagan [1]**   10/12
**O'Hagan's [1]**
10/16
**oath [3]**   15/13
275/25 283/1
**object [10]**   128/6
128/8 130/1 192/3
220/10 221/22
221/24 222/12
222/12 238/17
**objecting [5]**
194/8 194/10 222/9
222/10 222/16
**objection [106]**
23/4 23/23 23/24
26/15 34/20 35/10
35/15 52/4 52/8
53/5 53/8 53/9
53/12 53/15 54/19
55/2 55/5 56/9
63/14 64/1 65/1
65/2 67/14 67/15
67/23 72/6 78/7
79/20 79/21 83/9
85/13 85/14 92/3
92/24 92/25 95/21
97/14 97/15 101/16
107/4 109/2 109/3
115/20 116/15
116/16 121/22
122/1 124/2 126/16
128/9 128/10
130/12 137/5
139/23 139/25
142/13 142/14
148/20 149/3 149/4
152/23 152/24
165/14 167/18

169/14 170/9
171/23 171/24
188/10 188/15
188/18 189/23
189/24 192/4 200/6
201/4 201/7 206/2
210/22 217/11
217/14 220/13
220/14 220/17
222/2 222/15 224/8
238/16 239/1
242/11 243/24
245/9 247/24 251/6
251/9 254/15
256/23 263/13
264/3 270/12
272/22 279/16
281/6 281/17
**objections [2]**
12/20 290/10
**observe [2]**   176/11
176/17
**obtain [1]**   248/21
**obtained [3]**   71/17
71/20 97/23
**obvious [1]**   183/2
**obviously [4]**
94/17 98/25 177/5
181/2
**occasions [1]**
271/12
**occupation [1]**
169/20
**occurred [1]**   32/22
**October [9]**   210/4
211/23 224/1 234/6
234/24 235/7
235/16 236/5
272/15
**October 13 [1]**
234/24
**October 15 [1]**
235/7

**O**

**October 1st [2]**
224/1 272/15
**October 30th [1]**
234/6
**October 31 [1]**
235/16
**October into [1]**
210/4
**odd [1]**  144/12
**off [22]**  42/15
67/5 69/1 79/10
84/9 97/5 118/7
118/11 120/4 232/3
232/4 232/11 235/7
239/24 248/17
259/8 259/10
267/24 279/10
290/2 292/15
292/15
**offer [2]**  180/1
220/6
**offered [5]**  2/7
3/2 128/13 130/11
249/16
**offering [4]**
129/12 144/4
144/10 251/23
**office [4]**  136/11
202/19 205/19
207/2
**officer [1]**  42/14
**officers [1]**  176/3
**Offices [1]**  75/9
**official [4]**  79/19
83/5 137/3 225/24
**offset [1]**  260/9
**often [1]**  35/23
**oh [44]**  19/17
20/18 24/10 42/16
49/7 54/25 55/17
57/20 76/5 79/10
82/22 83/25 102/23

124/18 127/20
132/15 132/17
134/22 144/25
147/13 149/9
155/20 183/2 184/8
187/18 190/4
198/21 207/7
228/22 229/9
237/13 240/8 243/7
250/10 265/19
265/19 265/23
267/7 267/7 274/15
280/24 281/1
**Ojea [1]**  35/5
**okay [372]**
**old [2]**  42/13 48/2
**older [2]**  47/25
48/1
**oldest [1]**  90/14
**once [5]**  5/13 14/1
56/5 135/7 163/9
**one [163]**  9/13
10/11 11/3 13/5
14/12 14/23 18/8
24/6 25/8 26/24
30/1 33/25 35/20
36/7 37/14 48/17
49/16 58/4 61/9
84/23 86/19 87/4
89/22 91/5 93/20
93/23 96/8 98/9
103/23 104/5
104/14 105/5
105/17 105/19
107/15 110/5
112/16 116/11
121/4 125/7 125/13
125/14 128/15
128/17 131/6 133/8
141/19 142/1
142/22 142/23
142/23 142/24
143/7 143/20 144/1

154/16 155/10
155/13 159/4
159/14 160/1 160/1
160/7 160/19
161/14 161/17
162/24 163/18
163/19 163/21
163/23 173/4 175/6
183/12 184/13
185/15 186/8 186/9
187/14 190/18
194/15 196/8 196/9
199/13 199/17
199/18 202/25
203/21 203/21
203/22 208/17
216/1 216/11
217/24 218/8
218/15 218/16
218/17 218/21
219/10 223/10
224/16 225/17
226/6 226/10
226/19 230/4 231/1
232/20 233/21
234/7 234/19 236/6
237/14 237/23
238/8 239/18 243/5
243/11 243/13
245/17 248/19
249/25 254/23
254/23 255/18
256/6 263/5 263/7
263/18 263/19
265/10 266/10
266/13 267/7 267/8
267/12 267/18
269/7 270/7 270/9
271/21 272/9
272/17 273/12
274/9 274/9 274/10
274/15 274/15
275/1 276/10 277/3

Q

207/20

275/3 282/21

one... [8]   277/3
278/14 280/19
283/13 289/16
290/5 291/3 291/23
one's [4]   143/2
174/13 270/11
274/8
ones [8]   14/6 14/7
14/8 138/12 154/3
185/13 212/24
288/12
online [2]   21/11
21/18
only [44]   10/9
14/23 22/22 25/22
42/13 45/23 46/9
53/22 53/22 68/9
69/25 87/16 92/13
101/7 108/20
117/20 128/17
149/24 166/9
177/21 181/5
181/14 182/3
187/24 190/15
193/6 196/19 199/1
199/1 200/4 204/18
206/21 207/20
211/25 214/13
216/20 222/15
247/14 247/14
271/1 271/21 275/1
278/13 287/12
open [10]   176/14
206/24 226/10
226/19 227/11
228/7 232/1 234/7
234/24 291/15
opened [2]   264/6
269/2
opening [2]   15/19
198/6
operated [1]

operating [2]
264/7 264/19
operation [2]
260/4 260/6
operational [1]
78/22
opinion [3]   20/24
25/1 25/2
opportunity [6]
9/16 12/5 23/5
177/6 192/6 223/24
opposed [1]   142/6
Option [1]   93/23
options [1]   259/13
orange [3]   274/9
274/10 274/11
order [10]   23/25
52/1 63/22 174/4
174/8 174/10
174/13 175/24
194/22 204/18
ordinarily [2]
54/17 56/7
Organization [2]
140/8 141/10
original [1]   89/6
ors [1]   43/15
other [47]   8/11
10/9 10/11 22/22
31/8 33/7 39/18
44/5 45/7 56/17
63/8 84/12 84/24
88/5 100/18 110/2
128/18 138/14
154/3 156/19
158/11 164/24
167/4 171/1 176/23
177/3 177/7 182/6
182/10 182/12
184/5 188/22
200/17 214/12
222/13 232/7
236/11 267/9 269/9

284/12 285/10
290/5 292/1 292/5
292/11
others [1]   45/18
otherwise [2]
60/18 143/15
ought [1]   231/13
our [25]   9/2 11/2
13/15 14/10 57/1
57/5 86/19 107/11
135/16 186/18
192/18 232/3 232/4
232/11 237/13
239/24 242/22
244/10 244/14
272/9 281/15
282/17 288/25
289/2 290/11
out [83]   8/9 19/5
21/11 21/20 34/18
36/20 37/1 47/6
48/17 50/10 52/14
52/18 57/3 79/14
89/23 89/24 95/1
95/18 98/20 104/5
106/8 117/2 117/9
117/20 120/15
128/22 135/18
143/20 146/22
147/19 148/3 152/7
152/17 152/19
158/12 162/4
162/19 163/24
164/25 165/24
166/8 166/25 176/7
177/6 182/22 186/3
186/9 186/17
188/19 191/15
191/15 192/21
198/11 198/13
198/14 198/15
202/6 207/13 214/3
215/4 216/8 217/19

**Q**

**out... [21]** 221/7
227/6 227/10 230/7
230/20 231/5
234/21 244/7
249/12 249/19
258/21 261/7
261/20 262/9
278/11 283/2
283/10 284/8 284/9
290/3 290/11
**outline [1]** 289/6
**outright [2]** 197/1
201/10
**outside [1]** 33/13
**outsourced [1]**
30/17
**outstanding [1]**
179/3
**over [19]** 55/2
62/8 87/19 91/2
126/20 135/15
138/7 138/8 139/9
143/14 143/14
199/4 200/21 223/3
225/4 225/4 230/15
237/3 284/23
**overall [1]** 213/20
**overnight [1]**
288/2
**overruled [9]** 52/8
126/17 130/12
168/5 217/14
220/18 239/1
245/11 281/7
**overwrite [7]**
275/16 275/25
276/3 276/11
276/18 276/21
278/18
**overwrites [4]**
186/8 186/10
275/21 278/18

**overwriting [2]**
228/21 278/5
**overwritten [5]**
273/8 273/22
274/12 277/17
277/20
**overwrote [5]**
274/4 274/17
275/14 275/22
277/6
**owe [1]** 81/16
**owed [2]** 81/23
82/1
**owes [1]** 120/16
**owing [1]** 86/7
**own [9]** 9/17 76/24
152/14 179/16
275/17 275/17
275/23 276/6 278/4
**owned [7]** 52/1
52/2 52/2 118/6
118/21 144/9
166/12
**owner [6]** 51/4
51/5 51/22 51/22
52/3 151/6
**owners [6]** 52/10
52/18 52/24 145/6
166/16 166/19
**owns [1]** 252/10

**P**

**P-T-Y [2]** 255/20
257/6
**p.m [12]** 104/14
122/16 131/11
157/8 157/11
157/11 157/22
229/14 229/14
229/19 286/14
292/23
**P156 [1]** 109/20
**P420 [1]** 35/2
**P424 [1]** 148/25

**P767 [4]**
13/3 14/1
**page [143]** 2/4
35/11 47/22 48/20
50/16 50/19 65/17
65/21 65/22 66/3
66/14 69/9 69/12
70/8 70/9 70/10
70/15 70/20 70/24
71/12 72/14 72/21
72/24 72/24 73/12
73/21 74/4 74/9
74/13 74/17 74/20
74/24 74/25 75/7
75/14 75/19 91/22
93/10 94/6 94/8
94/10 98/13 98/14
98/19 99/21 99/25
100/1 100/2 100/7
100/8 100/9 103/21
103/22 104/3 104/4
104/11 108/20
110/18 110/22
110/23 112/3
112/25 113/1 113/1
119/21 119/22
127/19 127/20
128/4 128/5 128/15
128/18 128/23
128/24 128/25
129/4 129/8 129/15
131/2 142/23
148/18 152/5
152/10 152/10
155/3 155/8 156/10
159/25 162/15
162/16 162/18
162/18 163/22
164/7 165/5 165/25
171/14 179/8
182/25 188/2
188/12 190/23
190/23 190/25
191/1 200/2 200/15

**P**

**page... [36]**
201/23 203/21
203/21 204/8
204/11 204/11
204/13 204/15
204/17 204/18
204/21 204/23
204/25 243/13
248/7 250/23
254/12 255/18
256/20 257/8
258/24 270/9
272/17 279/19
279/22 279/23
279/23 280/4 280/5
280/7 280/7 280/25
281/3 281/4 281/9
281/10
**Page 54 [1]**   280/7
**pages [20]**   1/8
41/10 41/21 73/15
99/17 104/1 128/19
152/11 154/20
154/25 155/1
160/17 185/6
204/19 204/20
205/7 212/10
217/23 249/23
293/12
**paid [1]**   246/23
**Paige [30]**   24/14
24/17 24/25 25/1
30/25 61/15 62/14
62/19 113/25
136/13 136/15
136/18 136/23
136/24 137/9 138/7
138/15 139/10
139/13 141/17
143/11 144/17
184/2 214/16 215/7
271/21 271/25

**Paige's [3]**   55/2
56/24 57/4
**PALM [6]**   1/2 61/14
84/6 84/7 84/8
137/20
**panel [3]**   155/22
162/6 164/13
**paper [28]**   6/23
11/16 16/16 38/25
39/23 41/3 122/20
156/23 186/4
218/15 227/15
227/16 228/12
228/13 228/17
228/20 229/3 230/8
231/21 233/4
234/22 240/23
241/10 242/16
244/10 244/14
244/23 284/5
**papers [25]**   37/19
38/8 38/9 38/16
38/16 38/18 38/20
38/21 39/1 39/20
42/6 42/9 42/11
42/12 42/13 42/17
181/10 227/22
249/11 255/12
262/18 262/21
262/23 269/19
270/23
**paperwork [2]**
166/11 166/18
**paragraph [22]**
16/8 16/10 16/11
42/25 43/2 57/20
59/7 60/7 151/21
155/21 161/25
162/7 164/11
172/23 173/14
182/1 211/16
213/23 215/2
215/10 261/8

**paralegal [1]**   5/4
**pardon [5]**   37/12
47/12 213/18
241/20 243/5
**parents [1]**   258/19
**part [18]**   19/14
38/6 51/18 68/3
83/13 85/19 95/11
96/5 107/10 123/2
128/7 175/24
218/12 220/16
250/16 250/25
287/8 288/16
**partial [1]**   80/7
**participate [3]**
16/2 27/5 226/15
**participated [1]**
127/25
**participating [2]**
117/16 246/9
**particular [6]**
55/14 80/20 128/7
231/17 264/24
275/13
**particularly [1]**
188/23
**parties [4]**   60/19
133/18 214/13
222/1
**partly [3]**   68/9
79/10 79/10
**partner [1]**   26/3
**partnership [1]**
26/1
**parts [3]**   13/3
130/1 130/6
**party [3]**   65/22
182/6 182/12
**pass [1]**   51/21
**passed [12]**   90/6
90/17 90/21 90/22
90/23 91/6 94/23
100/23 114/1

**P**

**passed... [3]**
117/21 166/10
287/7
**passing [2]** 96/14
186/19
**past [2]** 99/23
235/8
**patient [1]** 234/13
**Patrick [46]** 24/14
24/17 24/22 24/25
25/1 30/25 61/15
62/14 62/19 63/17
95/1 113/21 113/25
114/1 136/13
136/15 136/18
136/23 136/24
137/9 137/25 138/7
138/15 138/17
139/10 139/13
139/17 141/17
143/11 143/21
143/23 144/17
184/2 214/15
214/19 215/7 271/2
271/15 271/20
271/25 282/2 282/3
282/16 284/17
284/21 284/23
**Patrick's [2]**
284/24 285/11
**Pause [50]** 7/8
9/23 10/4 14/13
18/9 27/2 47/14
49/21 61/11 64/4
98/12 103/2 103/9
104/8 110/3 112/17
112/22 119/20
121/5 121/24 127/8
133/6 135/13
177/10 190/7
200/23 204/2 204/6
204/14 204/16

204/24 205/4 205/6
212/12 216/4
236/16 236/23
237/1 237/8 237/17
243/12 245/2
254/14 256/22
263/16 270/8
279/24 280/9
280/20 281/24
**pay [8]** 70/17
84/14 102/16 118/7
118/12 118/22
146/3 261/20
**payable [2]** 51/11
51/11
**paying [1]** 156/22
**PDF [2]** 240/18
240/22
**penalties [1]**
81/25
**pendens [1]** 93/6
**pennies [2]** 34/11
36/11
**Pensacola [1]**
210/12
**people [17]** 21/18
22/23 31/13 31/18
31/22 34/8 45/7
113/19 208/15
208/15 211/6
214/12 241/9 269/9
271/12 271/18
271/23
**perceive [1]** 9/10
**percent [3]** 68/9
68/10 252/10
**perfect [1]** 110/9
**perfectly [1]**
68/23
**perform [1]** 212/5
**perhaps [8]** 8/5
30/25 32/24 32/25
103/21 181/22
269/17 281/4

**period [11]** 61/13
80/6 84/20 141/15
141/15 184/23
209/24 212/6
230/23 233/13
244/7
**periodically [1]**
227/1
**periods [1]** 225/5
**permission [2]**
169/5 170/23
**permit [2]** 176/9
281/6
**permitted [3]**
240/17 240/22
272/16
**person [19]** 6/8
22/14 23/7 23/10
23/21 35/5 51/8
52/1 64/10 77/16
82/9 89/18 102/5
102/10 108/16
112/19 220/8 223/2
269/15
**personal [43]** 1/3
4/23 25/15 28/6
29/22 29/25 34/9
54/10 58/17 60/3
64/11 64/16 67/9
67/22 68/6 68/9
70/6 100/19 121/7
145/3 145/5 145/14
145/20 145/21
152/14 173/17
174/17 176/12
179/14 180/25
225/8 227/4 233/9
236/1 236/11
238/19 238/21
238/23 269/9
274/23 276/6 278/4
279/10
**personally [2]**
44/21 124/22

**persons [2]**   51/9
210/12
**perspective [4]**
9/10 9/11 9/12
11/2
**pertaining [1]**
151/1
**pertinent [1]**
175/23
**Ph.D [7]**   28/20
28/22 28/25 29/3
29/5 29/14 29/17
**phone [15]**   117/8
120/13 120/22
284/20 284/21
284/23 284/24
285/6 285/8 285/9
285/12 285/14
285/17 285/19
285/21
**phony [1]**   217/7
**photographs [1]**
284/20
**phrase [1]**   182/21
**physical [2]**
211/24 226/13
**picture [1]**   128/23
**piece [3]**   144/2
231/16 289/6
**Pierce [1]**   43/22
**place [2]**   45/21
250/21
**placed [3]**   15/12
271/13 271/15
**plagiarizing [1]**
227/15
**PLAINTIFF [8]**   1/12
2/4 4/12 10/7
54/11 56/19 58/6
62/13
**Plaintiffs [12]**
1/5 4/14 4/16 4/18

15/2 35/22 148/25
223/22 279/18
**Plaintiffs' [44]**
2/8 2/15 2/18 2/24
11/14 12/18 35/9
35/13 35/18 54/5
87/7 87/12 89/5
92/14 94/5 94/9
96/17 101/8 108/12
121/15 121/18
121/21 121/25
122/3 124/20
148/10 148/17
148/20 148/24
149/2 149/6 157/19
197/13 197/16
204/11 218/9
241/20 247/17
247/22 248/1 250/4
250/17 288/15
289/14
**plan [2]**   135/16
288/25
**planned [1]**   289/2
**planning [4]**
199/24 202/5
259/12 290/12
**play [3]**   279/17
280/4 281/11
**played [6]**   11/5
11/17 14/7 14/18
14/20 281/13
**pleading [1]**   56/21
**pleadings [2]**
54/17 56/8
**pleasant [3]**   157/9
286/8 286/13
**please [45]**   4/11
5/13 15/6 23/6
26/18 35/1 35/12
44/3 57/10 59/1
65/16 67/24 68/23
88/22 94/7 100/14

104/11 107/12
121/16 125/22
132/21 135/12
148/19 157/23
165/5 184/9 204/13
204/21 204/23
204/25 205/3 205/5
229/21 242/22
243/11 249/22
249/23 254/13
256/21 258/6
272/20 275/7
281/11
**Pleasure [1]**
220/20
**plus [6]**   81/1
81/24 81/24 81/25
142/1 289/20
**PO [1]**   136/11
**point [20]**   41/1
54/4 55/9 65/8
65/9 86/14 89/22
105/4 151/11 170/8
175/9 192/15
196/16 199/8
200/12 220/10
245/11 255/13
269/23 290/11
**pointing [1]**   157/1
**police [3]**   42/14
42/18 174/7
**Ponce [1]**   1/21
**poor [7]**   64/9
250/20 250/20
251/2 251/2 252/17
252/17
**pop [2]**   264/9
265/8
**pop-up [2]**   264/9
265/8
**popular [1]**   35/25
**portion [6]**   59/21
176/4 196/23 235/5

**P**

**portion... [2]**
 248/25 259/14
**portions [4]**   56/9
 176/5 176/7 177/7
**position [4]**
 125/19 126/10
 126/21 169/13
**positive [1]**
 164/14
**possession [9]**
 26/14 45/2 45/7
 59/14 61/23 61/24
 106/7 138/13
 138/15
**possessions [4]**
 37/15 100/18
 100/19 102/1
**possible [7]**   10/9
 34/22 34/23 34/25
 248/25 268/15
 278/2
**possibly [7]**   12/19
 91/16 127/2 138/22
 269/22 275/17
 276/5
**post [1]**   101/13
**posted [2]**   22/22
 101/10
**posting [2]**   129/2
 129/10
**pot [3]**   46/7 46/16
 144/5
**potential [5]**
 10/11 20/22 22/17
 172/7 179/4
**potentially [1]**
 278/13
**pre [2]**   251/20
 252/7
**pre-IPO [2]**   251/20
 252/7
**precious [5]**   26/12

 53/19
**precise [4]**   11/7
 132/23 279/25
 280/10
**precisely [3]**
 175/14 280/12
 280/14
**predecessor [1]**
 117/7
**prefer [1]**   111/18
**prefers [1]**   121/1
**prepare [1]**   11/19
**prepared [2]**   48/4
 50/24
**preparer [1]**   65/25
**present [6]**   4/1
 5/2 86/17 157/8
 286/14 293/7
**presented [3]**   14/7
 52/25 272/14
**preserve [1]**
 281/16
**pretrial [1]**   264/2
**previous [1]**   84/23
**previously [4]**
 7/18 15/12 223/21
 286/9
**price [2]**   69/18
 154/10
**primary [1]**   63/20
**principals [1]**
 60/19
**printed [1]**   198/4
**prior [2]**   12/9
 12/9
**privilege [17]**
 53/11 193/1 193/5
 193/11 193/18
 193/25 194/4 194/9
 194/11 194/13
 194/23 195/6
 195/13 195/14
 195/15 196/5

**privileged [7]**
 170/9 170/12 195/8
 195/9 195/16 196/9
 196/17
**probably [7]**
 101/12 146/8
 151/11 267/24
 276/12 289/15
 289/19
**probate [2]**   178/6
 178/25
**problem [15]**   49/25
 88/3 112/21 121/3
 134/10 174/3
 193/12 195/2 195/4
 195/5 202/14
 234/14 259/23
 260/15 292/18
**problems [3]**   210/4
 223/7 226/13
**procedures [1]**
 194/1
**proceed [7]**   4/7
 14/14 14/25 65/8
 173/9 286/6 291/16
**proceeding [2]**
 178/6 179/1
**proceedings [52]**
 7/8 9/23 10/4
 14/13 18/9 27/2
 47/14 49/21 61/11
 64/4 98/12 103/2
 103/9 104/8 110/3
 112/17 112/22
 119/20 121/5
 121/24 127/8 133/6
 135/13 177/10
 190/7 200/23 204/2
 204/6 204/14
 204/16 204/24
 205/4 205/6 212/12
 216/4 236/16
 236/23 237/1 237/8

**P**

**proceedings... [13]**
237/17 243/12
245/2 254/14
256/22 263/16
270/8 279/24 280/9
280/20 281/24
292/23 293/8
**proceeds [1]**
260/17
**process [4]**   32/2
83/12 85/18 255/2
**processing [1]**
155/7
**produced [24]**   7/19
8/25 9/1 9/2 9/4
24/8 33/11 59/4
95/25 104/18
104/18 104/24
105/6 105/10 117/7
117/13 121/12
123/21 123/23
154/25 189/5
223/24 256/8
256/16
**producing [1]**
38/25
**product [3]**   115/18
193/21 194/20
**production [2]**
105/7 107/11
**professional [4]**
262/14 262/17
282/4 283/21
**profit [5]**   66/5
66/6 73/23 247/15
248/18
**profits [1]**   245/20
**programming [1]**
30/13
**progress [1]**
241/13
**project [15]**   16/2

27/5 28/3 29/11
34/18 36/25 118/14
151/1 151/8 219/19
223/14 226/15
**projects [4]**
146/25 147/2
147/14 152/19
**promised [1]**   8/17
**prompt [1]**   231/13
**prompted [1]**   277/9
**promptly [1]**   89/24
**pronounce [1]**   8/16
**proof [2]**   114/16
179/15
**proper [3]**   52/8
222/8 280/2
**property [8]**   44/9
51/21 52/2 52/10
52/19 59/14 60/3
71/2
**proposal [5]**
147/22 148/1 151/1
154/14 160/5
**Proposal TTA [1]**
160/5
**proposals [1]**
155/13
**propose [3]**   13/20
280/4 288/6
**proposed [8]**   22/2
22/17 22/19 23/2
23/10 148/5 159/12
239/11
**protect [1]**   264/13
**protective [1]**
268/15
**prove [1]**   114/18
**proved [1]**   278/17
**provide [6]**   12/4
14/1 114/16 174/12
181/19 253/7
**provided [16]**   6/19
7/3 7/15 7/17 7/23

34/1 45/20 156/21
181/18 181/21
186/1 214/11
214/12
**providing [2]**   34/2
247/8
**provision [1]**
55/14
**proviso [1]**   72/10
**proximity [2]**
233/15 233/15
**PS [1]**   207/18
**psychological [1]**
215/14
**PTY [2]**   254/21
255/25
**public [8]**   21/17
65/5 163/10 163/12
166/12 251/23
252/3 252/4
**public-sourced [1]**
163/10
**publication [3]**
47/16 134/6 258/1
**publish [23]**   49/6
57/8 65/13 80/1
82/22 85/17 87/13
92/6 106/14 106/23
110/10 139/22
165/17 197/20
206/7 211/3 212/16
223/22 244/2 253/5
256/24 257/2
279/18
**published [12]**
43/18 49/9 50/2
55/12 56/3 56/4
85/9 93/3 103/16
185/19 186/3
198/25
**publishing [2]**
38/13 188/16
**pull [9]**   98/20

**P**

**pull... [8]**   99/6
119/19 143/20
158/20 162/4
163/24 165/24
188/19
**pulled [1]**   19/4
**Pulling [1]**   162/19
**purchase [1]**   34/11
**purchased [2]**
100/23 267/24
**Purchases [2]**   67/8
68/5
**purpose [6]**   63/20
75/23 130/12 177/8
203/18 222/7
**purposes [3]**   18/2
208/6 290/12
**pursuing [5]**
118/24 119/1
155/25 162/8
164/15
**put [34]**   6/14 18/2
45/1 68/12 69/4
69/18 72/15 89/3
100/25 106/2
145/25 174/7
175/18 176/10
177/13 183/7 196/9
209/18 213/20
215/13 218/6
223/23 230/1 243/7
245/17 247/18
264/11 271/7
271/18 271/23
271/25 272/5 278/4
278/8
**puts [2]**   69/18
240/5
**putting [2]**   101/23
246/17

**Q**

**question [32]**   9/4

23/6 23/20 33/12
34/7 46/15 52/13
52/21 59/2 61/23
62/7 72/2 118/18
124/9 124/12
166/13 192/8 194/4
194/7 194/13
201/10 203/12
209/14 212/4 213/2
238/2 251/4 265/3
281/17
**questioned [1]**
190/3
**questions [10]**
66/16 66/17 182/7
186/14 187/4
203/11 206/21
207/10 280/13
280/15
**quick [3]**   20/15
174/10 243/6
**quickie [2]**   100/25
101/20
**quickly [2]**   12/21
156/25
**quite [5]**   36/16
179/1 233/5 287/9
289/5
**quiz [1]**   80/17
**quoted [1]**   240/20
**quotes [1]**   240/16

**R**

**racks [6]**   32/2
32/6 33/13 68/17
70/4 70/4
**raised [2]**   182/7
216/13
**raising [1]**   217/9
**Ramona [1]**   10/20
**ran [3]**   223/7
258/12 258/18
**rather [3]**   129/13

**Raw [1]**   266/14
**Re [1]**   224/23
**reach [1]**   117/9
**reached [4]**   117/2
182/22 202/6
207/13
**read [27]**   10/19
17/7 30/4 36/1
38/8 38/9 38/13
40/10 43/14 56/10
59/19 67/21 98/4
129/20 131/23
175/13 188/6
188/17 189/21
213/24 215/12
242/21 261/6 261/7
265/16 289/18
289/20
**reader [1]**   203/25
**reading [3]**   6/1
21/16 201/7
**ready [12]**   9/21
14/14 14/25 15/10
157/14 157/15
157/17 157/24
204/15 229/16
286/5 288/19
**real [5]**   24/10
51/5 124/9 217/7
278/15
**realized [1]**
287/17
**really [26]**   6/23
27/10 34/13 34/14
36/8 42/13 78/1
80/19 82/14 83/20
84/9 89/25 118/16
134/25 135/19
144/10 157/2
186/20 214/3 214/9
214/24 215/10
218/6 226/22
271/10 290/1

# R

**reason [7]**   36/23
72/13 132/10 179/1
209/17 215/18
262/16
**reasons [3]**   120/8
211/12 259/21
**recall [44]**   5/17
16/5 16/21 19/7
21/14 23/17 30/1
42/13 48/4 61/20
90/9 90/13 96/19
111/17 114/1 116/5
119/6 120/21 125/6
136/19 138/21
149/20 149/24
158/8 159/10 161/9
169/3 186/11
187/11 187/12
192/1 201/10
201/12 201/14
209/8 216/9 231/19
233/14 239/13
255/23 267/13
271/21 274/24
282/17
**recalling [1]**
118/4
**receipt [1]**   246/22
**receive [4]**   8/5
24/8 182/6 246/12
**received [58]**
35/18 65/12 72/11
79/23 83/11 85/16
92/5 93/2 95/23
97/17 101/18 107/6
109/5 116/18
119/15 122/3
124/22 126/4 126/8
130/16 136/13
136/15 136/24
137/7 140/2 142/16
145/7 145/9 145/11

168/18 171/19
172/1 182/18 206/6
206/24 210/24
212/19 217/15
219/13 222/21
239/4 242/13 244/1
246/19 246/23
247/2 248/1 253/4
254/17 255/10
256/1 257/1 257/25
263/15 270/14
**receiving [3]**
38/24 125/6 125/23
**recess [6]**   86/15
86/23 157/6 157/11
229/12 229/14
**recognition [1]**
284/6
**recognize [13]**
54/8 54/8 54/11
91/19 112/5 125/17
125/23 127/15
127/18 133/23
171/13 189/4
290/14
**recognized [1]**
54/17
**recognizes [1]**
128/19
**recollection [25]**
16/14 16/21 55/1
55/5 89/9 113/24
120/19 181/17
189/9 189/11
189/15 189/21
193/6 194/14
195/23 196/4 197/9
201/16 203/2 203/7
205/10 208/23
209/9 209/14
255/24
**recommend [2]**
271/3 271/6

**record [10]**   56/5
57/3 65/5 132/24
137/3 166/13 174/1
192/13 228/4
234/13
**records [6]**   77/8
77/22 78/19 179/2
181/18 182/5
**recover [1]**   63/20
**recovered [1]**
64/18
**red [1]**   89/12
**redact [1]**   176/4
**redacted [13]**   13/4
13/7 14/1 65/5
175/19 175/21
191/22 192/1
193/10 193/13
196/8 196/23
197/10
**redaction [5]**
97/13 190/21 191/6
195/11 196/19
**redactions [3]**
13/20 191/8 193/24
**redirect [2]**   9/16
289/13
**reduced [1]**   257/11
**refer [3]**   67/20
133/12 252/12
**reference [21]**
8/21 70/12 75/20
155/14 161/21
190/24 192/9 194/4
194/8 194/10
194/13 207/8 207/9
218/21 226/3 227/6
231/10 234/10
235/1 235/11 236/6
**referenced [5]**
11/5 11/18 12/2
12/20 193/3
**referred [6]**   18/4
28/1 84/22 191/12

# R

**referred... [2]**
193/2 245/24
**referring [19]**
6/13 7/21 87/6
181/16 181/21
193/5 193/13 202/2
202/21 208/15
223/24 235/5 251/5
251/12 267/11
271/14 271/20
275/17 277/1
**refers [1]**   70/18
**reflect [7]**   57/5
105/3 135/11
255/25 257/11
261/17 286/23
**reflected [1]**
137/12
**reflection [2]**
287/17 287/21
**reflects [3]**   73/24
94/14 135/5
**reformatted [1]**
263/18
**reformatting [1]**
264/8
**refresh [15]**   16/14
55/4 89/8 113/24
120/19 189/8
189/11 189/14
194/14 196/4 203/2
203/7 205/10 209/8
209/14
**refreshed [1]**
195/22
**refreshes [2]**
197/9 201/15
**refreshing [2]**
189/20 193/6
**regard [14]**   10/5
11/1 11/12 12/6
174/22 176/14

282/2 287/4 287/6
287/22 291/8
**regarded [1]**
283/24
**regarding [2]**
53/10 155/13
**Regards [2]**   223/3
242/23
**register [1]**
257/10
**registered [4]**
51/8 51/10 140/23
256/13
**registry [1]**
246/17
**regret [1]**   211/10
**regrettably [1]**
17/19
**regular [1]**   274/24
**reinstate [2]**
167/1 167/13
**reinstated [1]**
76/23
**reinstatement [3]**
167/17 167/21
168/21
**rejected [4]**
156/22 159/14
159/22 162/12
**rejection [1]**
160/8
**relate [1]**   34/6
**related [10]**   37/21
42/17 67/2 73/17
106/1 184/5 201/12
202/5 203/9 206/17
**relationship [3]**
174/21 176/14
177/3
**release [9]**   78/21
122/20 123/4
123/10 123/17
205/12 234/22

**released [2]**
163/10 163/16
**relevance [5]**
115/20 167/24
168/4 169/14 245/9
**relevant [9]**   15/21
39/15 39/16 56/18
73/15 95/11 177/3
192/15 245/10
**rely [1]**   174/12
**relying [1]**   122/18
**remainder [2]**   50/6
112/11
**remedy [1]**   9/15
**remember [71]**
16/17 16/18 17/11
19/12 21/9 21/16
30/12 39/21 40/1
40/5 59/1 61/2
61/5 61/7 61/22
63/19 78/18 91/20
94/22 95/15 96/15
96/18 118/1 120/24
122/8 126/14
126/18 151/12
153/24 153/24
153/25 154/6
154/22 155/1 159/1
160/4 168/8 187/22
189/17 191/13
191/19 191/24
195/21 197/8
197/16 198/9
208/11 208/14
208/20 208/22
209/1 209/2 209/3
209/12 209/20
210/2 212/4 212/7
216/11 217/23
218/2 228/22
239/10 245/25
251/8 266/8 276/11
276/12 276/13

**R**

**remember... [2]**
276/22 276/24
**remember that [1]**
239/10
**remembered [2]**
114/5 118/5
**remembers [1]**
218/11
**remind [2]**   15/12
286/18
**remote [2]**   32/10
32/14
**remotely [1]**   32/9
**remove [2]**   72/10
286/19
**renew [5]**   23/22
143/13 143/16
143/24 144/8
**reopen [1]**   202/19
**reopened [2]**
208/25 209/11
**repeat [6]**   44/3
52/13 100/14
107/12 219/17
225/4
**repeatedly [1]**
176/10
**repeating [1]**
240/1
**rephrase [4]**   26/18
35/1 170/15 251/9
**report [13]**   6/12
67/4 67/12 68/10
91/9 92/10 96/19
97/7 97/19 150/1
217/2 276/7 276/20
**reported [7]**   66/9
66/12 76/10 81/3
81/7 83/17 293/8
**reporter [9]**   1/22
10/15 88/14 116/2
116/23 117/10

178/14 187/17
293/5
**reporting [1]**
260/8
**reports [2]**   68/12
74/6
**represent [2]**   17/5
192/17
**representative [11]**
1/3 4/23 54/10
58/17 64/11 64/16
121/8 196/14 236/1
236/11 238/22
**representing [1]**
172/20
**request [15]**   91/23
96/18 96/22 134/22
150/14 151/21
152/7 152/14
153/11 154/24
164/2 201/18 203/3
286/24 290/11
**requesting [1]**
62/6
**Requests [1]**
147/22
**require [1]**   287/12
**required [1]**
181/19
**requirements [1]**
225/25
**rescission [1]**
261/13
**research [8]**   1/4
21/11 42/9 140/8
155/10 201/1 201/2
201/12
**reset [2]**   216/9
217/25
**residue [2]**   50/6
50/9
**Resilient [2]**
154/13 163/1
**resort [1]**   99/10

**resources [1]**
177/22
**Respectfully [2]**
134/1 210/15
**respond [3]**   26/5
198/25 207/1
**responded [4]**
203/11 206/21
207/13 259/13
**responding [3]**
116/25 151/21
243/21
**responds [3]**   213/5
220/20 231/6
**response [22]**
44/20 117/1 150/7
150/11 150/13
150/25 151/24
152/14 153/10
153/25 159/4 159/8
159/11 160/16
184/6 210/1 213/11
218/3 239/20
239/20 274/19
275/15
**responses [1]**
154/19
**responsibilities**
**[1]**   145/23
**responsive [1]**
154/24
**rest [12]**   10/23
43/14 50/6 51/23
59/19 74/19 117/17
141/1 234/16 235/9
248/18 259/15
**restate [1]**   23/20
**resting [1]**   12/3
**resume [1]**   30/1
**retain [1]**   261/13
**retrieve [2]**   45/9
58/22
**retrieved [2]**
282/20 285/6

**R**

**return [25]**   62/6
64/22 66/5 66/23
67/5 72/2 72/24
75/23 77/12 77/20
78/4 78/6 78/16
80/12 81/7 81/8
83/16 83/24 94/9
94/10 100/24 215/5
248/22 249/17
260/11
**returned [1]**   95/1
**returning [1]**
215/16
**returns [9]**   64/17
71/21 72/20 73/18
75/20 76/7 146/6
146/9 146/16
**reveal [1]**   170/16
**revenue [1]**   207/1
**reverse [1]**   73/5
**review [15]**   12/5
12/16 12/20 155/24
162/7 164/14 185/7
204/8 204/9 219/21
232/5 232/11
239/25 241/21
288/17
**reviewed [1]**
243/15
**RFP [2]**   147/22
149/17
**RFPs [4]**   147/20
149/10 153/19
158/24
**ride [1]**   248/19
**riding [1]**   249/7
**right [797]**
**right into [1]**
80/11
**rights [3]**   53/11
155/6 247/3
**risk [4]**   75/2

245/7 245/13 245/13
260/17
**risk-taker [2]**
245/7 245/13
**RIVERO [16]**   1/18
1/19 2/5 5/1 5/20
6/19 7/17 85/8
88/11 88/15 177/13
196/13 212/13
229/7 279/22
287/21
**RM31 [1]**   209/5
**RM3111 [3]**   202/22
202/24 209/5
**RM849 [2]**   203/5
208/5
**RMR [1]**   293/17
**ROCHE [8]**   1/12
1/13 4/17 148/13
150/9 150/11 154/1
159/5
**roll [1]**   153/6
**Room [1]**   1/23
**rooms [1]**   272/9
**rough [1]**   6/1
**route [2]**   120/7
259/20
**RPR [1]**   293/17
**rule [2]**   43/13
59/18
**ruled [4]**   12/8
12/9 174/9 174/21
**ruling [4]**   56/13
192/7 192/25
201/19
**rulings [2]**   13/5
14/8
**run [1]**   77/3
**runners [4]**   222/24
223/2 223/6 224/23
**runners-up [3]**
222/24 223/2 223/6
**running [3]**   32/2
82/3 239/10

rushing [1]   10/1

**S**

**S-E [1]**   266/2
**S-E-C [1]**   266/3
**sad [1]**   36/9
**Sadly [1]**   226/14
**safe [10]**   138/25
139/1 139/3 139/7
271/7 271/13
271/18 271/23
275/3 275/8
**safekeeping [1]**
271/19
**safely [1]**   203/17
**safety [4]**   260/15
271/3 271/15
271/25
**said [106]**   6/2
6/10 19/19 19/20
20/21 22/3 23/16
25/1 25/10 25/19
26/2 34/14 34/16
34/17 36/25 37/5
37/7 37/7 41/15
42/21 43/4 43/9
45/7 46/11 46/12
49/11 50/14 52/25
59/9 60/10 60/15
61/24 62/4 63/19
69/25 71/23 76/20
77/21 84/20 84/21
84/22 84/23 89/11
111/18 113/17
114/6 114/8 114/19
118/8 120/21
122/19 130/9
130/24 132/15
138/24 138/25
144/18 148/24
150/4 151/23
154/20 161/9 166/8
168/10 171/2 171/2
171/5 171/7 175/13

**S**

**said... [37]**
176/11 176/13
177/2 178/19
179/10 179/10
181/7 189/17
193/17 193/23
194/21 195/20
195/21 196/5 209/2
209/8 209/9 209/15
217/25 228/19
239/15 240/4
245/19 249/3 249/4
265/8 269/21
271/15 271/20
275/1 277/9 278/12
278/14 283/1
289/16 292/1 292/5
**sale [3]** 100/25
101/21 101/23
**SAMANTHA [2]** 1/16
4/20
**same [37]** 61/16
62/15 63/4 72/9
74/6 82/20 83/12
85/18 125/8 125/12
129/10 130/19
131/1 137/22
141/15 159/25
161/22 174/22
180/23 181/14
181/20 184/23
188/6 200/3 200/6
200/16 202/1
213/19 226/12
249/12 259/5
259/17 264/25
267/11 280/11
280/15 288/4
**Samsung [1]** 285/1
**Sarah [1]** 5/3
**sat [1]** 292/13
**Satoshi [3]** 22/23

**Saturday [1]**
221/10
**saver [5]** 82/13
102/6 102/10
102/11 102/13
**savvy [1]** 112/19
**saw [39]** 14/18
15/19 23/21 32/6
40/17 44/11 61/24
61/25 83/16 84/1
92/18 94/1 96/22
126/5 130/19
137/22 140/18
142/1 145/2 153/22
153/25 155/14
159/14 162/24
174/22 174/23
183/23 184/13
190/11 204/18
218/21 227/22
230/7 239/15
239/20 246/21
265/8 269/11
277/24
**say [86]** 19/15
19/22 19/24 20/14
21/1 22/1 23/15
25/8 25/14 26/5
30/20 33/3 35/22
35/23 36/2 36/7
36/10 39/18 43/25
45/14 46/9 47/8
51/15 56/23 60/5
77/25 78/2 87/12
87/15 90/19 107/23
109/7 109/8 117/15
117/18 120/7
122/19 124/15
134/7 151/20
155/14 163/12
165/9 165/21
174/18 181/14
184/4 184/15

195/14 198/2
198/21 203/5 203/5
206/23 206/23
207/14 209/16
213/19 214/20
215/1 215/15
246/10 250/9
251/18 254/2
258/11 258/11
259/2 259/6 259/19
259/20 260/2
262/16 264/5
267/18 270/16
270/16 270/25
273/19 275/25
276/12 287/5
287/21 288/18
**saying [55]** 7/10
7/25 8/1 16/15
37/3 45/15 60/1
62/16 94/1 109/8
109/8 117/15
118/18 124/20
124/21 124/22
124/24 125/6
125/13 125/17
125/17 126/8
126/22 126/23
128/12 128/15
132/7 149/24 169/4
176/16 184/9 187/4
208/12 208/18
208/22 209/17
213/2 217/5 217/6
217/6 217/7 217/8
217/13 217/16
220/5 231/6 235/3
242/16 242/17
246/24 248/15
250/19 281/3
285/11 292/14
**says [103]** 5/25
14/17 14/20 16/25

**S.**

**says... [99]**   20/6
24/5 24/11 24/22
34/2 48/22 49/2
51/7 54/9 55/21
57/13 58/13 58/14
62/25 66/6 67/17
67/22 68/2 68/5
68/5 70/18 72/21
72/21 73/2 80/12
93/14 96/5 96/24
98/17 98/18 110/21
122/11 131/13
131/23 133/25
135/11 141/9
143/11 143/12
150/9 150/9 154/23
155/19 155/21
160/4 162/3 169/8
175/7 175/12
175/14 178/3 182/3
183/2 189/21
193/18 195/2
199/13 199/16
207/7 207/7 211/7
211/10 211/22
219/6 220/25
222/23 223/1
224/24 225/21
225/22 227/14
228/10 229/2 230/8
230/15 232/4 232/7
233/24 240/4 241/4
242/21 244/13
244/13 244/19
252/6 252/16
252/20 253/11
254/2 254/20
254/20 259/16
261/18 264/9
273/12 273/12
274/15 276/7
276/20

**scan [3]**   137/9
137/12 137/13
**scare [1]**   187/6
**schedule [5]**   66/5
66/6 286/4 290/20
290/25
**SCHILLER [1]**   1/15
**school [1]**   28/15
**science [2]**   27/9
150/19
**scientific [1]**
156/6
**Scott [1]**   65/23
**scrawled [1]**   76/15
**screen [12]**   6/14
49/18 87/24 88/5
108/19 134/11
135/4 174/3 203/21
263/8 266/22
292/15
**screens [1]**   87/20
**scroll [16]**   35/11
69/9 103/7 104/1
104/3 108/18 110/2
110/4 110/8 112/10
134/13 243/9
247/23 249/23
254/12 272/20
**scrolling [1]**
104/2
**scuba [1]**   268/24
**Seagate [3]**   277/3
277/3 277/5
**search [3]**   151/20
151/23 154/23
**seat [6]**   9/24
157/12 286/16
286/16 286/17
291/25
**seated [5]**   5/14
15/7 88/23 157/24
229/21
**seats [1]**   292/13
**second [38]**   14/22

17/11 42/24 45/11
50/22 56/14 60/11
65/21 65/22 72/24
77/25 94/6 94/8
98/13 99/17 119/22
131/5 142/20 152/5
152/10 155/21
163/21 164/11
180/24 190/23
211/23 243/5
243/11 248/12
250/22 254/12
256/20 257/8 261/8
270/17
**secret [2]**   21/21
36/25
**secretary [1]**
202/3
**secretive [3]**
25/20 34/17 118/14
**section [2]**   71/2
84/12
**secure [3]**   154/13
163/1 271/9
**secured [1]**   111/19
**securities [3]**
51/25 256/14 257/4
**security [37]**   8/21
28/1 29/9 37/21
38/5 39/18 39/24
42/16 42/21 51/6
65/5 72/14 97/4
130/3 130/9 146/22
146/25 147/15
147/17 147/20
148/4 148/5 148/7
148/12 149/8
149/23 150/15
152/15 158/17
158/25 159/15
160/17 264/12
264/13 269/3
283/24 284/3

**security-related**
**[1]** 37/21
**see [267]** 7/25
8/12 15/7 17/3
19/2 20/3 25/13
39/3 40/10 40/19
41/21 42/2 42/5
42/8 43/4 44/18
44/21 48/22 49/3
50/8 50/24 51/13
51/14 52/18 53/1
55/20 58/1 58/15
60/21 64/21 64/23
65/16 65/21 65/25
66/1 66/3 66/16
67/8 67/10 69/15
69/17 70/12 70/18
73/5 73/15 75/19
79/7 79/16 80/11
80/17 80/17 80/18
81/3 81/8 81/19
82/20 82/21 83/2
85/2 85/4 86/4
86/15 86/22 92/16
92/17 93/10 93/12
93/13 93/14 94/6
95/6 95/8 95/18
96/1 96/11 96/24
96/25 97/1 97/2
97/7 97/8 97/9
98/17 98/18 98/22
98/24 99/5 99/7
99/8 99/13 99/14
99/20 100/4 100/5
100/9 103/8 104/15
104/16 105/3
108/17 109/7 110/2
110/22 111/2 111/4
111/9 111/11 112/3
113/22 117/5
117/16 117/17
120/17 121/23

127/23 127/24
128/22 129/18
129/20 129/22
131/8 131/18
131/19 131/25
133/21 133/22
133/25 134/3
138/14 143/9
143/13 143/17
148/18 150/16
150/23 150/24
151/2 151/9 151/14
151/16 151/20
152/2 154/6 154/7
155/19 156/2
156/13 156/14
156/16 156/21
157/6 160/5 160/6
161/2 161/3 161/4
161/6 165/5 165/22
168/25 172/18
172/19 174/14
177/23 179/10
181/25 182/24
184/6 185/22
185/25 188/21
189/2 189/3 190/18
190/19 191/2
191/19 198/2
199/13 199/16
200/20 203/20
204/21 204/23
205/15 207/11
207/11 209/18
210/13 210/15
211/8 212/23
213/11 213/13
214/21 218/19
219/3 219/4 223/4
223/5 223/10
223/12 223/13
223/24 224/17
225/1 226/1 227/19

228/24 229/4
229/13 230/18
230/19 231/4 231/8
231/9 231/17
231/22 232/7
232/13 232/20
233/2 233/7 234/2
235/1 235/10
235/14 236/21
240/2 240/4 240/7
240/24 240/25
243/8 244/11
247/19 251/16
251/21 255/19
256/10 256/10
256/20 257/8
257/15 257/16
258/16 260/24
262/1 262/4 265/6
265/11 265/12
267/25 269/6 273/9
273/25 284/19
286/2 290/13
291/17 291/20
292/2 292/22
**seeing [16]** 7/11
16/18 23/17 40/1
40/5 42/13 95/5
95/15 99/3 126/18
128/17 172/8
186/18 255/23
274/21 277/3
**seek [4]** 221/19
224/6 228/4 262/9
**seeking [6]** 13/25
55/7 56/17 56/20
175/23 189/12
**seem [1]** 118/15
**seemed [2]** 38/11
108/9
**seems [4]** 38/12
204/18 227/16
251/25

# S

**seen [24]** 16/19
32/8 32/10 33/6
33/7 41/5 70/13
83/16 94/10 94/11
121/19 126/14
141/2 167/5 205/7
220/12 220/16
222/14 224/23
237/21 249/11
251/3 255/22
269/10
**self [2]** 69/11
74/6
**self-employment [2]**
69/11 74/6
**sell [9]** 100/24
118/7 118/11 120/4
259/4 259/14
259/16 260/15
260/16
**selling [6]** 34/11
36/11 101/5 259/8
259/9 259/9
**send [3]** 106/10
106/20 208/12
**sending [2]** 8/11
207/10
**sends [1]** 199/12
**sense [6]** 118/10
133/3 179/4 232/10
247/7 291/4
**sent [19]** 8/4 8/8
8/13 105/4 105/12
111/10 122/16
125/13 125/18
136/10 139/15
143/7 146/24
171/19 180/10
202/4 207/15
208/20 271/14
**sentence [10]**
43/14 50/21 59/19

179/11 203/13
240/19 271/1
**sentences [2]**
173/14 176/25
**separate [4]** 11/20
25/21 180/10 194/3
**separation [1]**
107/15
**September [14]**
57/17 60/23 138/1
138/2 138/4 210/4
212/6 232/25 233/3
233/12 233/21
233/23 234/7 244/5
**series [3]** 41/21
151/8 208/3
**serious [2]** 83/20
234/14
**serve [1]** 130/3
**served [1]** 120/14
**server [1]** 127/25
**servers [5]** 32/2
32/6 33/13 68/17
78/1
**service [1]** 93/13
**set [5]** 105/25
116/11 192/19
206/16 293/14
**setback [2]** 211/19
212/2
**setbacks [1]** 213/8
**settled [1]** 209/10
**settlement [2]**
51/5 208/24
**seven [1]** 123/16
**several [5]** 11/11
182/7 186/10
271/12 289/6
**Shah [142]** 5/3
16/7 16/11 35/19
41/11 43/6 47/20
48/24 50/16 51/1
55/20 55/21 57/14

65/19 66/3 69/8
71/7 71/13 72/23
74/9 75/14 80/10
80/14 81/11 83/12
85/18 89/4 95/10
96/4 98/5 98/13
99/17 99/21 103/16
103/19 103/25
104/11 110/1
110/12 110/23
112/1 112/25
119/21 120/10
122/5 122/13
122/21 125/2 127/7
128/22 129/16
131/5 131/21 132/7
133/13 134/17
136/6 140/11
142/17 144/13
150/21 151/18
155/3 155/8 156/11
158/19 160/15
160/23 162/1
162/16 163/20
163/23 164/7
165/24 171/14
172/15 173/13
177/18 178/1 183/8
183/11 184/18
185/12 187/24
188/1 188/11
188/19 191/16
197/22 198/19
200/3 200/14
200/17 200/20
203/23 204/11
207/18 212/11
212/20 213/12
218/10 219/22
223/19 224/2
224/20 225/13
226/7 228/7 230/1
230/4 231/1 231/16

**S**

**Shah... [27]**
232/20 234/5
235/17 235/18
237/23 238/3
240/14 240/19
243/6 243/9 247/18
248/7 249/23
250/18 257/8
258/13 258/24
261/6 262/1 266/23
270/18 272/20
274/1 277/11
279/13 281/8
281/10
**Shah's [1]**   200/22
**shaking [2]**   6/21
234/22
**shall [2]**   51/21
223/3
**share [5]**   90/15
144/7 198/22 253/8
253/25
**shared [2]**   137/24
139/17
**shareholder [1]**
77/4
**shares [22]**   120/1
166/9 246/8 246/13
246/13 246/16
246/22 247/8
249/16 249/17
251/12 251/14
252/4 253/23
254/21 255/25
257/11 257/12
258/5 259/3 260/15
260/16
**she [2]**   7/25 12/4
**shift [1]**   64/6
**shifted [1]**   237/3
**shocked [1]**   186/16
**shoes [2]**   77/16

225/24
**shorter [1]**   286/4
**shorthand [2]**
293/5 293/8
**shortly [4]**   99/9
100/12 100/23
117/22
**should [18]**   6/14
22/1 49/4 60/17
65/7 103/21 146/16
153/7 160/19 165/9
174/15 174/24
177/3 184/15
223/20 233/3 271/9
276/12
**shoulder [1]**
200/22
**shouldn't [3]**
23/15 188/17
248/17
**show [166]**   13/8
16/7 16/8 16/11
24/22 35/2 40/2
41/10 42/24 43/1
47/20 49/12 54/1
54/4 55/15 65/19
66/14 66/19 71/8
71/11 80/1 83/13
83/13 85/19 87/12
87/16 89/4 91/15
92/12 94/4 94/8
95/7 95/10 95/11
96/4 96/16 97/20
98/14 99/17 99/23
101/6 102/19
103/15 103/16
103/25 108/11
109/19 110/1
111/25 116/6 116/7
116/21 119/11
121/14 125/1 127/3
127/7 127/9 128/25
129/13 129/16
132/5 136/4 136/6

141/12 142/19
144/16 148/9 152/8
152/10 152/11
155/3 158/10
162/21 164/23
165/2 165/3 166/11
168/13 168/19
171/10 171/14
175/23 178/8
183/11 187/22
187/24 189/25
190/4 190/14 196/4
196/22 197/12
198/6 200/1 200/1
200/8 200/16
200/19 200/19
201/23 202/22
202/22 203/23
204/11 204/11
205/15 208/4 209/4
209/5 210/7 212/8
212/9 212/24 218/8
218/10 220/3
223/20 224/2
224/18 224/19
225/18 225/19
230/4 230/5 231/16
232/22 232/23
232/25 233/21
236/3 236/10
236/12 236/17
237/10 237/18
238/3 241/17 243/3
243/5 243/6 247/16
249/21 249/22
251/14 252/22
255/6 257/18 258/6
260/8 260/23
260/24 263/9
265/17 265/21
265/22 266/22
269/25 272/11
273/2 273/3 274/14

**S**

**show... [1]**   279/14
**showed [13]**   18/17
 19/8 19/9 19/15
 19/16 20/16 128/15
 190/11 193/7 196/5
 217/21 217/21
 250/17
**showing [16]**   40/20
 40/24 40/24 72/20
 89/8 108/21 125/7
 132/9 133/11
 134/11 134/12
 189/15 190/1
 191/13 200/9
 237/23
**shown [38]**   16/9
 41/13 41/16 41/18
 47/17 49/8 50/1
 55/6 56/2 56/8
 56/9 59/20 64/19
 65/14 71/21 79/4
 81/13 87/6 102/22
 103/5 105/7 130/2
 130/6 139/20 165/6
 176/4 194/13 197/9
 197/15 197/15
 203/14 216/10
 219/9 223/22
 236/15 250/25
 252/16 259/25
**shows [11]**   18/17
 56/5 71/3 75/16
 77/22 85/19 98/3
 140/23 149/2 200/4
 264/9
**Shyaam [7]**   228/11
 230/14 231/21
 239/11 242/15
 243/19 244/14
**sibling [3]**   174/20
 176/14 177/2
**sic [7]**   8/22 15/14

205/17 213/16
 234/23
**side [8]**   87/7
 95/25 117/11
 117/13 188/22
 189/4 256/16 292/1
**sidebar [8]**   173/23
 174/1 177/9 192/11
 192/13 196/3 197/3
 287/12
**sides [3]**   14/14
 14/25 229/16
**sign [2]**   81/13
 255/12
**signature [3]**
 133/25 210/15
 288/5
**signed [6]**   50/24
 168/25 169/2 169/4
 253/11 257/7
**significant [2]**
 30/17 73/5
**signifies [1]**
 81/14
**signs [1]**   215/13
**similar [2]**   25/11
 267/24
**simple [2]**   179/1
 203/12
**simply [2]**   209/14
 274/22
**simultaneously [1]**
 63/24
**since [9]**   13/1
 20/18 35/24 43/14
 109/8 134/22 153/6
 186/15 227/21
**single [9]**   19/5
 25/16 26/7 26/7
 26/8 224/15 236/4
 236/6 278/18
**sir [274]**   9/20
 9/25 15/12 15/25

19/22 21/8 21/13
 24/3 24/10 24/14
 24/24 25/3 25/13
 27/4 27/20 28/14
 30/7 30/20 31/12
 32/10 32/13 33/2
 33/12 34/19 36/5
 37/2 38/24 40/1
 40/5 40/12 41/21
 41/24 42/25 43/4
 43/20 44/24 45/5
 45/11 45/22 46/5
 46/11 46/20 47/11
 47/19 51/24 54/8
 55/25 57/10 58/13
 60/7 60/22 61/13
 61/22 61/23 62/3
 62/7 62/13 62/19
 63/6 63/8 63/17
 63/22 64/6 64/19
 65/16 65/22 66/16
 68/17 68/23 70/9
 70/12 70/22 71/15
 71/20 72/8 72/18
 73/14 75/2 76/7
 76/13 76/23 77/3
 77/14 77/24 78/11
 79/7 79/25 80/19
 81/5 83/2 83/5
 85/21 86/21 89/8
 91/19 93/5 94/23
 95/3 95/15 95/18
 95/25 96/3 97/19
 99/20 100/18
 104/13 104/24
 105/14 107/13
 108/6 108/14 109/7
 110/18 112/9
 112/24 113/5
 113/17 114/21
 114/25 115/7 115/9
 115/9 115/12
 115/17 116/2

**S.**

**sir... [146]**
116/10 117/1
119/18 119/25
121/14 121/18
123/9 123/22 124/5
124/7 124/25
125/10 125/13
125/22 126/10
126/14 126/21
126/24 127/18
127/22 128/9
129/18 131/1 132/2
133/13 136/4
136/12 136/23
137/9 138/1 139/12
140/7 141/19
142/22 144/20
146/14 147/7 148/9
150/3 150/9 156/4
158/7 158/10 161/9
162/22 165/21
166/8 167/16
167/21 168/2
168/21 169/17
169/23 171/9 173/5
177/17 177/25
183/10 187/8
187/12 189/17
190/20 191/8
191/10 191/12
191/16 197/12
198/17 199/20
200/1 200/25
201/10 201/12
201/22 201/25
202/15 203/7
203/12 205/10
205/15 205/17
206/4 206/23
208/16 210/10
211/2 215/18 217/5
219/3 219/15

219/24 220/20
221/15 223/9
223/18 224/4
226/18 226/25
227/5 227/19
227/21 228/15
228/24 229/6 230/3
230/16 234/21
235/16 235/23
236/10 236/12
238/2 242/6 242/15
244/5 245/6 248/3
255/12 255/22
256/8 256/13
257/21 260/6
260/23 262/4 264/5
266/10 267/2
267/22 268/23
269/6 269/13
271/22 273/5
273/19 273/25
274/15 277/4
277/13 277/23
278/5 279/14
279/17 281/15
285/7 286/16
**sit [2]**   126/21
292/4
**sits [1]**   33/4
**sitting [4]**   5/3
101/25 292/5
292/16
**situation [1]**
215/3
**six [1]**   152/11
**sizable [1]**   82/4
**skeptical [1]**
186/16
**skin [1]**   214/22
**skip [4]**   182/15
223/9 235/17 243/4
**slightly [1]**   10/17
**sloppy [1]**   175/25
**slowly [1]**   99/18

**smaller [1]**   289/6
**snapshot [1]**   80/5
**so [340]**
**So nothing [1]**
75/20
**Social [3]**   65/5
72/14 97/3
**soft [1]**   86/19
**soft-spoken [1]**
86/19
**software [5]**   71/3
151/14 154/9
156/14 160/8
**sold [7]**   68/3
68/21 100/21 101/3
113/19 118/22
249/1
**sole [3]**   46/10
52/25 77/16
**some [97]**   11/17
17/8 21/10 24/3
33/7 34/5 36/11
39/19 41/1 41/5
41/24 42/13 42/17
53/1 56/12 59/5
62/5 72/13 75/3
75/4 78/1 80/6
84/14 90/9 90/14
91/4 99/11 101/23
105/23 105/23
106/1 106/8 114/12
114/16 118/12
118/22 119/6 120/4
120/21 120/24
121/11 129/18
132/10 136/2 139/1
139/3 147/1 148/6
151/11 154/20
154/21 156/19
158/10 167/4 167/4
183/23 185/25
186/21 196/19
199/24 203/15
215/13 216/6 216/7

**S**

**some... [33]**
216/13 217/9 223/6
226/13 229/1
231/13 232/22
232/23 233/5 236/3
246/19 246/21
249/1 249/8 249/12
253/21 258/18
259/3 259/4 259/9
259/16 260/15
260/16 266/16
267/5 270/22
278/16 279/10
286/18 287/9
288/25 289/1 290/9
**somebody [9]**   45/2
139/6 169/4 172/10
194/18 201/25
209/11 210/10
274/11
**somehow [1]**   161/19
**someone [3]**   8/11
8/16 10/8
**something [56]**
5/21 19/6 20/6
20/9 21/2 21/14
21/16 25/10 25/11
26/4 30/4 39/8
42/15 47/2 52/5
67/4 71/2 92/18
101/10 117/9
125/13 125/16
130/3 130/8 135/19
138/24 138/25
144/4 144/6 151/14
163/15 176/19
186/5 186/17
189/12 194/16
196/2 202/3 222/6
222/10 223/7 224/2
227/18 240/16
241/6 248/14

264/7 266/25
267/14 269/14
272/3 278/19
284/13 292/13
**sometime [2]**
136/20 186/21
**sometimes [8]**
20/19 106/10
110/22 131/13
143/1 159/22
217/25 230/22
**somewhat [7]**   45/4
45/5 86/1 99/17
124/9 179/24 215/9
**somewhere [1]**
267/2
**soon [2]**   12/19
223/3
**sorry [84]**   7/22
12/9 14/16 16/10
23/24 30/8 30/20
42/24 46/11 49/7
49/24 50/19 54/22
54/23 54/25 56/11
57/2 57/21 68/15
69/19 71/9 71/10
72/23 76/14 85/8
92/24 98/14 102/8
102/8 102/23
103/10 104/4 104/9
104/9 110/6 113/1
118/21 123/22
124/7 127/20 128/9
132/16 132/25
133/3 134/24
141/20 145/8
153/19 173/2
173/21 177/13
185/3 185/10 187/4
187/18 188/1 195/1
195/24 201/6
202/16 203/4 203/5
205/21 208/8

218/9 219/6 231/15
232/3 232/6 232/9
241/23 242/4
242/20 243/22
272/17 275/11
280/6 280/7 280/24
289/17 291/9
291/23
**sort [7]**   99/10
147/25 195/2
217/19 248/15
288/25 289/1
**sorted [1]**   216/8
**sought [2]**   101/20
158/12
**sound [3]**   241/9
275/3 275/8
**sounds [4]**   18/14
186/17 260/10
291/11
**soup [1]**   37/25
**sourced [1]**   163/10
**sources [1]**   214/15
**South [1]**   1/13
**Southeast [1]**   1/17
**SOUTHERN [7]**   1/1
32/19 32/23 33/4
33/14 293/3 293/6
**speak [12]**   19/8
30/6 67/19 86/21
147/4 147/11
147/25 170/23
177/1 202/13
229/23 258/10
**Speaking [1]**
227/15
**spec [1]**   268/6
**special [2]**   269/2
269/4
**specifically [4]**
67/20 73/24 176/25
177/2
**specifications [1]**

**S**

specifications...
 **[1]**   268/8
**specifics [1]**   27/8
**speculate [3]**
 34/22 52/5 78/7
**speech [1]**   150/18
**speed [1]**   53/18
**spend [5]**   82/10
 82/15 102/5 102/10
 196/2
**spent [2]**   116/3
 260/2
**split [4]**   111/9
 111/10 145/22
 253/23
**spoke [4]**   23/13
 117/8 150/4 267/8
**spoken [3]**   86/19
 149/24 150/5
**spoliation [3]**
 286/25 287/5
 287/23
**sporadically [1]**
 226/14
**Springleaf [2]**
 99/6 99/11
**ss [1]**   293/2
**stage [3]**   211/24
 211/25 287/23
**stamp [1]**   9/2
**stand [4]**   15/11
 235/23 253/19
 290/2
**standard [1]**
 105/11
**Standing [1]**   77/16
**start [12]**   15/8
 62/8 117/15 136/15
 172/10 183/11
 188/15 194/18
 230/11 258/20
 291/4 291/16

**started [7]**   100/12
 100/15 105/25
 154/1 187/13
 202/18 239/21
**starting [6]**   43/7
 90/6 128/5 151/21
 209/21 264/21
**starts [5]**   80/12
 95/11 182/1 198/21
 240/13
**state [8]**   4/11
 164/24 165/9 165/9
 188/10 209/24
 233/10 287/10
**stated [5]**   16/16
 43/24 52/19 56/7
 111/24
**statement [11]**
 15/19 25/16 71/2
 110/18 118/18
 118/20 118/21
 152/17 176/18
 181/24 287/15
**statements [4]**
 128/5 130/7 130/8
 180/8
**STATES [7]**   1/1
 1/10 147/20 172/5
 180/3 293/1 293/6
**stating [1]**   253/11
**statistics [3]**
 27/23 27/24 29/6
**stay [2]**   89/19
 163/21
**stayed [1]**   139/12
**staying [1]**   221/7
**steady [1]**   117/21
**Stealth [1]**   273/13
**stenographic [1]**
 293/11
**step [1]**   5/17
**STEPHEN [2]**   1/16
 181/1
**steps [2]**   179/20

**Steve [1]**   4/19
**Steven [1]**   179/18
**stick [2]**   22/9
 166/24
**still [22]**   10/2
 13/1 33/1 42/14
 61/3 61/5 61/6
 70/6 74/15 74/19
 106/15 107/23
 119/4 120/12 133/4
 138/14 215/24
 222/6 224/23
 253/14 259/21
 275/11
**stingy [1]**   36/13
**stock [1]**   261/13
**stocks [1]**   248/18
**stolen [1]**   36/9
**stop [3]**   51/1
 155/4 157/2
**stopped [4]**   61/7
 63/19 120/13
 120/22
**storage [3]**   272/8
 274/23 276/6
**store [1]**   44/9
**stored [3]**   44/1
 44/5 282/11
**story [12]**   20/5
 21/24 31/9 116/24
 117/17 143/25
 186/17 197/24
 198/3 258/12
 258/14 259/22
**straight [2]**   18/17
 50/12
**straight-up [1]**
 50/12
**straighten [1]**
 104/5
**straightened [1]**
 135/18
**strange [1]**   102/17

**S**

strapped [1]
177/22
street [2] 1/17
140/10
stress [1] 87/3
strictly [1] 233/5
strings [1] 143/2
strong [1] 9/12
stuck [1] 204/8
studied [1] 29/23
stuff [12] 10/24
37/9 38/22 38/23
105/25 143/25
148/6 154/21
206/16 214/5
214/24 215/11
styled [1] 54/9
subject [20] 18/11
44/24 89/17 97/13
105/4 105/12
131/11 131/16
135/15 155/15
160/24 161/21
166/6 198/13
198/15 207/8 216/1
240/8 260/25
264/16
subjects [2] 29/23
111/10
submarine [1]
268/25
submerged [1]
268/19
submission [3]
129/19 228/13
231/21
submitted [4]
156/1 158/25 162/9
164/16
submitting [2]
206/19 207/7
subscriber [1]

subsequently [1]
180/7
substance [1]
201/5
substantial [2]
43/7 43/10
success [1] 244/23
succumbed [1]
213/19
such [6] 7/10
24/11 33/17 51/21
60/18 269/16
sue [1] 194/18
sued [2] 58/8
167/13
sufficient [1]
254/3
suggest [3] 13/13
176/3 288/14
suggested [1]
265/1
suggesting [3]
90/24 139/6 146/14
suggestion [2]
291/10 291/11
suing [5] 58/20
61/15 61/16 63/3
63/24
Suite [3] 1/13
1/17 1/21
sum [1] 273/11
summarizing [1]
211/18
summary [2] 161/4
182/16
summer [3] 202/1
205/17 206/19
summons [2] 119/8
120/14
Sunbiz [1] 168/2
Sunday [3] 221/1
241/4 241/6
super [1] 70/4

super-fast [1]
70/4
supplies [2] 68/20
69/5
supply [1] 68/25
supports [1] 26/8
suppose [18] 17/8
28/4 73/10 76/11
77/2 77/9 91/20
99/4 107/16 114/5
146/6 156/20 215/9
215/17 223/20
244/24 249/9
275/20
supposed [9] 25/19
46/19 47/6 47/9
68/9 141/16 145/16
145/25 146/3
sure [63] 13/14
13/21 15/24 20/5
27/19 28/19 34/4
37/12 46/15 49/14
49/22 52/2 65/11
67/21 70/17 72/15
73/19 88/4 88/13
93/25 101/22 103/1
114/18 123/15
124/24 129/15
134/15 135/4
135/15 139/20
142/18 144/2
144/10 144/22
156/4 158/11
159/23 159/25
160/22 180/10
180/19 181/23
181/24 182/21
188/3 188/9 192/6
192/24 194/1
194/11 198/6
202/21 242/22
245/23 247/19
253/21 256/9
258/11 258/14

**S**

**sure... [4]**   261/22
262/25 266/3 285/7
**surprise [1]**   164/8
**Survivor [2]**   268/2
273/12
**survivorship [1]**
51/10
**suspect [1]**   176/1
**suspicious [1]**
178/19
**sustained [18]**
24/1 26/17 34/24
62/11 63/15 64/3
67/24 78/9 115/21
124/3 167/19
167/25 169/15
189/24 192/4 251/9
264/3 281/19
**SWAMP [1]**   151/15
**switching [1]**
209/23
**sword [2]**   193/2
195/7
**symbolic [1]**   41/24
**symbols [1]**   41/25
**system [10]**   27/23
31/13 31/19 32/3
49/23 78/22 148/25
236/9 264/7 264/19
**Systems [2]**   154/13
163/1

**T**

**table [3]**   4/22
248/17 286/20
**tactical [1]**
169/12
**take [45]**   69/1
78/3 78/5 86/15
89/12 95/3 97/3
97/5 102/24 102/25
118/17 121/1
131/16 131/25

157/6 167/5 173/3
173/24 176/7 177/5
179/24 180/1
189/10 196/21
208/8 216/7 220/6
229/8 229/10
229/12 241/21
242/20 243/6
245/20 247/15
248/18 253/20
287/11 288/15
290/16 290/17
291/1
**taken [10]**   45/18
45/21 52/18 59/14
88/17 173/23
179/20 248/17
279/10 292/20
**taker [2]**   245/7
245/13
**taking [3]**   38/13
136/14 141/16
**talk [31]**   22/16
24/6 25/18 27/4
37/19 59/25 59/25
59/25 64/6 64/14
77/24 84/25 128/7
141/6 149/16
149/17 169/23
171/2 171/5 192/6
208/13 216/16
217/2 227/24 245/4
258/5 262/10
264/15 267/22
286/10 286/11
**talked [7]**   20/23
24/18 88/16 149/21
174/18 201/25
249/10
**talking [35]**   6/11
21/4 26/13 38/15
38/15 38/18 38/21
56/12 81/20 120/3

145/14 158/7
167/16 176/25
183/23 187/21
208/18 216/19
216/21 217/18
224/17 228/25
230/11 240/17
244/10 251/19
252/14 252/15
252/17 258/4 258/9
261/10 275/13
**talks [2]**   35/25
174/20
**Tampa [5]**   32/17
32/18 32/18 33/1
78/1
**tax [35]**   64/17
64/22 66/5 66/23
67/5 69/11 72/2
72/19 72/20 73/18
74/6 74/11 76/7
77/7 77/12 77/20
78/3 78/6 78/23
78/25 79/19 83/16
84/20 86/7 146/6
146/9 146/16 172/7
172/8 172/8 202/18
205/18 207/2
246/21 260/11
**Taxation [1]**
205/18
**taxes [6]**   81/21
81/23 235/6 249/18
260/18 261/20
**taxpayer [2]**   68/25
79/9
**TB [1]**   273/13
**team [4]**   237/15
242/16 242/25
244/22
**tech [1]**   112/19
**tech-savvy [1]**
112/19

**technical [3]**
31/16 216/6 255/2
**technically [2]**
77/2 77/3
**technician [1]**
176/6
**technology [5]**
79/13 150/19
155/25 162/9
164/16
**telephone [4]**   5/25
84/5 284/17 284/19
**tell [21]**   20/18
22/20 25/6 32/1
32/13 34/14 36/10
46/9 46/9 73/14
73/16 134/12 147/7
147/25 162/16
174/25 180/20
197/24 226/25
283/13 287/12
**telling [13]**   6/7
6/7 19/18 33/6
114/1 144/6 150/5
180/2 198/3 202/7
211/6 249/6 263/18
**tells [3]**   8/14
46/18 155/6
**tenant [1]**   51/9
**tenants [1]**   51/9
**tend [1]**   17/10
**tender [1]**   149/17
**tenders [3]**   149/22
153/19 158/24
**term [3]**   156/5
259/12 268/13
**terminology [1]**
149/10
**terms [8]**   13/15
80/25 159/11 160/2
214/3 245/8 245/8
261/15

**testified [6]**
11/12 24/15 24/17
30/23 31/17 166/15
**testifies [1]**   8/19
**testify [2]**   10/6
19/10
**testimony [20]**
8/21 19/8 19/14
24/3 24/21 25/6
26/15 31/16 40/16
55/2 56/24 57/4
80/19 124/1 124/5
139/4 202/10 225/9
275/24 279/18
**text [5]**   26/7
107/17 123/24
240/13 285/16
**Thai [1]**   22/4
**Thailand [2]**   22/9
22/12
**than [30]**   8/11
9/11 20/6 20/9
31/8 33/7 39/9
39/12 39/18 46/23
47/25 63/23 81/1
84/24 105/21
113/18 123/6
123/10 123/16
138/22 148/18
167/4 176/19 177/4
182/7 182/12
218/18 284/13
289/8 289/9
**thank [45]**   12/7
30/7 40/22 41/19
49/19 50/3 55/11
57/9 59/23 60/8
65/10 65/10 71/13
72/16 80/3 85/17
88/8 89/16 92/7
94/11 95/13 97/21
98/11 108/22
108/24 112/15
113/3 113/15

133/2 135/6 157/10
165/19 177/15
185/9 200/13 205/7
212/14 219/7
222/20 237/2 243/9
250/14 265/20
**thanks [6]**   12/24
185/22 219/10
244/15 244/16
254/3
**Thanksgiving [8]**
6/7 22/16 25/8
31/8 176/18 176/22
177/4 197/24
**that [1210]**
**that he's [1]**
128/12
**that I [1]**   49/24
**that the [1]**   55/19
**that's [198]**   7/13
8/12 8/22 8/24 9/1
9/2 9/7 10/19
12/25 12/25 17/9
17/11 17/12 17/18
17/23 17/24 18/6
18/7 19/7 19/17
20/16 20/21 21/24
22/10 22/11 23/17
24/20 24/21 26/6
26/10 30/15 31/16
31/23 31/24 33/18
42/23 43/16 44/17
45/4 45/16 46/8
46/18 46/22 49/3
50/8 54/6 54/9
58/3 58/3 58/12
58/24 59/1 60/6
60/21 67/23 68/20
69/11 70/7 70/22
71/2 71/6 71/20
72/25 74/2 74/11
74/22 75/19 76/22
77/4 77/15 77/23

**that's... [127]**
80/22 81/2 81/3
81/7 82/18 83/20
89/10 93/18 96/13
98/1 99/3 100/17
102/21 103/3
104/13 105/17
105/19 106/1 106/4
106/13 106/21
107/18 108/4 108/5
109/16 110/14
111/21 114/8 117/7
117/10 118/9
123/15 124/12
125/13 125/14
126/10 129/2 135/7
137/1 137/16
137/24 138/3
139/17 140/18
141/6 141/19 142/1
144/17 150/10
153/16 153/20
155/17 156/6
156/17 156/19
160/4 160/5 161/7
162/24 163/19
164/1 164/4 166/21
167/15 169/8 169/9
170/25 171/7 175/9
179/5 179/24 181/6
182/23 189/20
190/15 191/4
193/17 194/3 195/3
195/6 195/7 197/10
199/12 203/21
208/1 214/6 217/16
218/5 218/7 222/15
223/14 225/16
227/13 231/5
235/20 235/22
239/18 240/5 240/9
240/10 240/19

245/15 246/11
249/2 249/13 259/6
260/20 261/3
261/18 262/8
263/20 264/10
267/8 270/9 271/8
271/21 273/17
277/9 278/19
280/17 283/7 283/9
289/25 290/2
291/13
**their [9]** 149/1
154/5 206/21 222/3
222/5 225/24
244/22 247/19
291/19
**them [70]** 8/3 8/9
8/10 9/14 12/8
12/9 13/10 13/20
31/18 41/10 44/21
47/17 52/22 61/24
61/25 64/18 68/18
75/4 75/12 77/10
91/1 102/16 105/22
105/23 106/5
109/11 112/10
144/4 146/12
146/16 153/21
166/22 177/21
179/19 179/20
179/20 186/14
194/24 196/20
202/7 202/19 203/9
203/11 205/11
206/24 207/17
208/2 208/22
209/10 222/2
223/12 224/2
236/15 249/17
258/19 263/25
265/6 271/9 277/24
278/1 278/25 279/2
279/4 279/6 279/8

282/20 288/11
292/1

**then [150]** 6/2
6/18 8/12 9/5 9/7
10/19 10/23 12/15
13/17 13/18 13/23
13/25 14/9 15/4
17/9 17/16 18/3
19/19 22/21 24/21
36/10 45/22 46/10
50/2 51/7 51/15
51/17 51/22 54/11
55/5 55/11 56/8
56/25 57/7 58/17
59/17 66/3 66/9
75/19 77/23 81/23
89/19 89/24 96/5
96/24 98/3 99/5
108/6 111/9 114/8
117/2 117/17 118/2
120/7 123/1 123/9
136/18 136/21
140/15 140/20
140/25 143/3
143/19 144/16
150/25 154/1
154/13 154/19
161/25 175/23
177/17 181/14
182/2 185/15
189/10 190/23
191/1 193/7 193/10
193/17 196/22
198/21 198/24
199/16 199/16
201/20 201/22
203/11 207/1
207/13 207/14
208/22 213/5
214/20 215/10
217/21 219/11
220/8 220/20
220/25 221/5 221/9

**then... [48]**
221/12 222/19
224/10 229/1
230/10 232/9 238/8
239/15 239/20
240/13 240/16
243/9 243/21
244/19 249/3 252/6
252/20 253/24
255/6 255/12 257/6
258/10 258/24
259/4 259/14
259/19 260/2
260/23 266/13
273/7 274/9 274/23
275/20 275/22
276/8 276/14
276/20 277/2 280/3
288/12 288/14
290/4 290/23
290/25 291/7
291/14 292/10
292/17
**then you [1]**
201/22
**theory [5]**   28/10
29/20 192/18 278/9
278/10
**therapy [1]**   211/24
**there [160]**   5/15
8/21 9/12 10/25
11/11 13/3 16/16
21/21 24/4 26/12
26/20 26/22 26/23
36/24 39/1 43/7
43/10 43/20 43/23
46/1 51/2 51/25
52/18 52/23 53/8
59/19 60/16 61/24
65/1 76/7 76/8
76/9 77/22 77/24
77/25 81/19 85/13

86/25 89/20 89/22
93/22 94/24 97/3
97/13 99/23 102/7
103/10 105/24
106/2 108/6 109/2
110/23 111/7
113/17 114/15
115/25 116/15
123/1 123/9 124/11
124/16 124/16
124/23 126/24
128/16 129/18
133/12 136/15
138/14 139/23
142/18 143/15
146/6 146/7 146/9
146/10 149/3 152/7
152/23 157/18
158/23 159/4 160/1
160/8 163/21 164/1
166/12 167/9
170/17 176/17
178/6 178/25 182/5
183/3 186/3 186/22
189/22 189/25
190/3 192/22 195/2
196/19 211/15
214/20 215/3
215/12 218/4
218/16 220/1
221/13 222/2 223/3
228/25 235/10
235/11 235/18
238/16 241/23
242/22 247/10
247/10 248/21
249/4 250/5 250/16
257/5 260/11
262/14 264/24
265/3 265/14
265/23 266/13
267/5 267/7 271/2
272/22 272/24
273/7 274/3 274/5

276/15 277/4 277/7
277/8 282/13
282/13 283/13
284/9 284/16
284/17 285/19
285/21 286/21
287/14 290/21
291/8
**there's [78]**   17/9
18/16 18/19 21/17
26/7 26/7 26/8
34/1 36/23 41/24
46/1 46/16 48/15
53/5 53/9 53/12
53/14 54/19 56/11
59/19 61/13 66/16
66/17 78/11 93/23
99/5 99/6 99/20
107/14 109/10
109/12 111/9
111/10 114/9
114/15 117/7
123/24 124/20
124/21 128/24
134/12 134/13
143/23 143/25
148/23 151/8
152/11 154/5
156/13 160/2
163/15 176/1
182/16 182/24
190/21 190/24
191/1 191/6 193/13
193/23 196/7
199/16 199/17
201/17 220/1
223/13 223/19
244/16 248/9
248/14 254/23
272/20 273/6 276/9
277/3 281/15
282/21 284/20
**there's a [1]**

**there's a... [1]**
160/2
**therefore [1]**
277/10
**these [59]**   21/20
29/23 37/13 38/5
41/5 71/17 71/21
73/15 75/20 104/17
104/25 107/24
123/21 123/23
123/24 129/25
138/11 140/7
148/23 153/22
155/1 180/3 180/8
192/16 206/24
223/9 223/10
224/17 236/4 258/5
260/22 262/8 265/4
266/7 266/16
266/19 266/21
266/25 267/2 267/2
267/6 267/16
267/18 269/7 271/7
273/5 273/5 273/5
274/10 274/22
277/23 278/2
278/22 280/12
284/19 288/9 291/2
291/8 292/3
**they [106]**   7/21
8/5 8/17 8/23 8/23
13/4 13/10 17/5
24/5 24/8 24/11
32/8 34/18 40/10
46/9 59/4 59/4
60/15 60/16 61/7
62/5 79/13 81/4
81/4 81/23 88/4
88/5 104/22 105/8
107/24 124/9 127/7
128/7 131/1 138/9
138/9 138/11

129/11 143/7 143/8
144/20 144/21
144/22 146/24
148/6 149/16
149/17 151/20
151/20 151/23
151/23 154/5
154/19 154/19
154/19 155/14
156/21 156/22
157/14 160/1
161/19 174/8
174/11 175/12
188/9 188/10
190/11 193/10
193/24 193/25
194/2 195/14
203/10 203/10
205/12 206/23
207/13 208/12
208/13 223/23
228/17 230/11
231/13 241/1 241/1
241/12 244/23
247/19 249/24
261/15 263/23
264/25 265/1 265/1
278/17 282/5 288/3
291/25 292/2 292/4
292/4 292/5 292/6
292/9 292/10
292/11
**they'd [1]**   209/10
**they're [16]**   12/1
139/10 157/15
188/2 216/18 221/5
228/25 231/12
244/10 263/24
273/6 292/8 292/14
292/15 292/16
292/17
**they've [3]**   130/2
130/6 195/13
**thing [27]**   21/18

97/4 108/9 122/12
125/8 125/12
125/14 142/20
152/11 188/6
194/15 200/3
200/16 203/22
213/19 215/16
249/12 249/15
251/1 264/25
269/16 288/7
291/23 291/24
**things [29]**   9/10
9/13 21/20 37/2
37/13 37/18 38/13
39/15 76/19 91/5
93/13 101/22 102/3
168/11 174/7
176/12 186/22
191/1 193/20
194/18 206/17
213/3 213/22
215/14 215/25
250/1 267/16
270/17 278/10
**think [121]**   4/5
7/16 8/9 9/9 10/13
10/17 10/18 10/18
10/22 13/21 18/4
21/9 21/10 22/17
26/2 26/11 28/1
28/14 28/17 30/4
30/23 32/16 32/16
35/23 35/24 37/9
37/12 38/9 38/17
39/19 42/13 42/20
45/8 48/3 50/19
55/1 56/11 57/25
64/13 70/3 70/5
71/11 72/1 73/17
76/18 77/11 77/25
90/5 101/2 103/10
105/25 112/13
112/18 115/15

**think... [67]**
118/13 125/12
128/21 136/10
136/19 141/2 142/8
142/25 143/11
143/12 143/15
143/23 147/3
147/21 149/20
153/7 157/4 160/15
163/9 164/8 165/6
166/5 174/12
174/16 181/16
182/15 183/19
184/19 186/11
192/15 194/16
194/17 195/20
195/21 198/25
201/19 202/2
203/10 203/17
207/3 208/21
209/16 213/19
214/19 223/19
226/14 227/17
229/9 231/17
232/22 247/1
248/24 251/25
258/18 267/8 271/9
271/14 271/20
272/18 272/21
275/17 287/25
289/4 289/8 289/9
289/25 291/2

**thinking [6]**   10/1
101/5 101/23 259/8
260/15 260/20

**third [15]**   60/19
65/22 85/22 99/25
163/19 163/23
164/10 172/23
182/6 182/12
199/17 203/13
207/14 214/13

**third-party [2]**
65/22 182/6

**this [586]**

**thorough [1]**
181/24

**those [38]**   11/7
12/6 29/8 29/11
37/2 38/3 52/2
77/22 100/4 104/21
105/9 138/12
138/12 138/24
139/9 141/19 142/8
147/1 176/5 176/7
181/18 192/23
215/6 215/19
234/10 264/25
267/1 267/22 277/2
280/6 282/4 282/7
282/9 282/11
282/16 283/4
289/19 289/22

**though [7]**   78/18
82/6 144/21 208/11
245/6 265/13 266/4

**thought [22]**   20/18
32/14 39/3 39/14
41/13 102/17 108/4
108/5 118/5 130/9
132/15 144/11
150/4 183/21
198/22 211/18
228/19 259/3
269/23 271/16
283/19 284/11

**thousand [2]**   75/12
113/18

**threatened [1]**
167/10

**three [20]**   21/25
63/3 63/24 88/16
138/22 153/18
153/22 154/3 154/5
154/25 155/1 159/7

164/19 202/10
206/24 262/12
289/20 291/3

**threw [5]**   39/19
39/22 283/10
283/10 284/8

**through [46]**   1/8
13/25 18/17 19/5
20/24 21/10 22/4
30/25 37/14 37/18
43/11 69/9 84/4
84/5 96/18 103/7
108/18 112/10
153/3 154/9 156/14
160/8 160/18
176/24 180/3 194/1
199/1 212/11 215/1
215/2 215/11
215/12 216/7
217/24 224/14
228/4 234/6 236/4
239/23 249/14
249/23 255/2 273/6
279/19 280/7
289/21

**throughout [1]**
173/17

**throw [1]**   262/21

**throwing [2]**
269/18 270/22

**thumb [5]**   267/1
273/13 273/14
274/15 276/3

**thus [1]**   223/3

**tickets [1]**   42/15

**till [1]**   7/6

**time [100]**   8/20
12/22 13/3 13/12
13/16 14/11 15/21
15/24 17/8 23/13
23/17 23/21 30/1
36/1 36/2 38/13
42/18 44/25 45/1

**time... [81]**   51/4
  60/4 61/14 61/16
  62/15 63/4 73/8
  73/16 76/3 76/4
  80/6 80/20 82/1
  83/22 95/1 109/9
  109/16 118/19
  122/18 130/4
  135/18 141/15
  141/15 147/8 147/9
  153/1 153/8 157/4
  169/21 170/21
  171/19 172/24
  174/22 177/20
  180/16 183/13
  184/24 186/9
  189/13 192/16
  193/4 194/25 196/2
  212/5 213/13
  221/24 224/6 225/5
  227/3 229/8 229/9
  230/23 232/5
  232/11 233/5
  233/10 233/13
  239/6 239/25 244/7
  253/14 263/4
  278/12 285/23
  286/22 287/1 287/3
  287/9 287/12
  287/13 288/15
  289/12 289/19
  289/21 290/9
  290/16 290/25
  291/6 291/12
  291/18 291/19
**timeline [3]**   18/15
  18/16 76/13
**times [4]**   89/20
  120/20 269/8 271/2
**timing [1]**   112/20
**Tiny [1]**   276/18
**tired [1]**   226/22

**title [4]**   51/20
  58/1 129/20 129/21
**today [7]**   10/6
  78/12 131/14
  175/20 263/25
  283/8 283/13
**together [8]**   8/23
  186/20 190/11
  227/16 227/18
  228/17 230/8 241/9
**told [38]**   5/23
  25/11 31/11 32/4
  34/10 39/8 39/11
  44/13 44/15 46/8
  48/7 52/24 64/13
  76/19 76/22 102/18
  116/2 138/9 147/14
  149/21 179/5 215/8
  216/21 246/7
  250/11 253/20
  258/11 258/14
  259/14 269/21
  271/12 271/18
  271/23 271/25
  272/5 282/5 283/1
  284/13
**tomorrow [11]**
  235/9 239/23
  242/23 286/4
  286/18 288/18
  288/25 290/15
  291/3 291/20
  292/22
**too [17]**   10/13
  31/16 91/1 142/8
  145/10 147/6
  147/10 150/18
  153/8 170/3 171/6
  186/13 225/24
  232/4 232/10
  239/21 265/22
**took [11]**   61/23
  61/24 76/23 79/10
  79/13 91/2 94/20

131/13 284/8
**top [21]**   35/20
  55/21 55/21 57/11
  66/6 81/8 81/10
  84/11 104/14 122/5
  130/17 131/20
  142/22 142/23
  143/3 144/13
  185/13 243/16
  243/18 278/8 278/8
**topic [3]**   209/25
  231/7 231/13
**topics [1]**   209/23
**Tor [1]**   123/5
**Tosi [1]**   172/11
**total [3]**   154/25
  254/20 289/19
**totally [1]**   179/19
**touch [3]**   139/12
  178/13 207/11
**touched [2]**   275/2
  279/11
**touching [1]**
  274/25
**tough [2]**   74/2
  261/6
**toward [1]**   164/14
**towards [1]**   183/16
**town [1]**   230/20
**track [1]**   179/20
**Tracked [1]**   239/22
**trading [1]**   248/17
**traffic [1]**   42/15
**Trans [1]**   91/10
**transcript [12]**
  1/9 6/1 72/19
  78/23 78/25 79/7
  79/19 83/3 85/6
  293/10 293/11
  293/12
**transfer [5]**
  143/15 253/8
  261/13 261/14

**transfer... [1]**
261/16
**transferred [1]**
246/16
**transferring [1]**
60/18
**transmissions [1]**
181/18
**transmitted [2]**
181/6 181/15
**TransUnion [2]**
91/8 97/7
**traveling [1]**
212/1
**treasure [6]**  26/12
26/20 46/1 46/2
53/20 114/15
**Treasury [5]**  172/4
172/11 179/5 180/2
180/8
**treated [1]**  214/21
**treatment [1]**
234/14
**tree [1]**  28/12
**trial [5]**  1/9 9/2
9/5 222/5 280/11
**tricky [1]**  184/19
**tried [7]**  77/22
146/18 179/24
192/17 249/16
249/17 265/6
**Triumph [1]**  101/20
**trouble [1]**  212/5
**true [27]**  9/15
45/5 61/19 62/17
63/18 63/23 77/19
79/3 106/9 115/17
115/19 187/8
187/16 187/20
189/17 189/19
197/5 199/20
208/11 227/21

273/23 274/7
280/17 283/15
293/10
**TrueCrypt [3]**
267/8 267/10
267/12
**truly [1]**  114/15
**trust [5]**  93/23
157/16 180/18
251/14 251/18
**trusted [2]**  50/25
180/12
**trustee [1]**  93/23
**truth [3]**  129/13
265/3 278/15
**try [16]**  21/11
38/14 52/22 53/21
99/11 147/1 147/13
156/25 174/7
174/13 196/4
202/19 205/1
233/25 265/16
285/11
**trying [39]**  21/9
23/3 23/4 48/17
53/7 58/22 87/10
87/11 87/18 102/1
109/10 147/3
152/17 164/25
174/18 183/10
192/14 192/19
192/20 195/15
195/24 198/11
198/13 198/15
199/5 199/7 215/13
216/7 231/12
231/12 253/7
261/19 261/20
266/6 266/7 276/9
289/11 289/12
290/3
**Ts [1]**  243/1
**TTA [10]**  160/4

161/4 161/6 162/21
163/19 164/1 164/9
**Tuesday [1]**  235/9
**turkey [3]**  22/16
24/6 25/18
**turkey-talk [1]**
24/6
**turn [3]**  4/5 87/19
284/9
**turned [1]**  214/15
**turning [1]**  44/24
**twice [1]**  9/1
**Twitter [1]**  37/8
**two [35]**  8/11 9/13
10/2 10/11 10/24
13/23 37/2 43/15
71/21 75/20 117/20
129/25 136/21
138/8 138/20
138/22 169/9
173/14 176/25
199/2 215/3 228/6
228/9 234/21
237/10 241/9
262/11 262/23
265/4 273/7 282/21
283/4 284/16
288/19 289/17
**tying [1]**  164/9
**type [2]**  231/6
262/8

___

**U**

___

**U.S [1]**  1/23
**Uh [4]**  18/18 20/8
27/17 77/18
**Uh-huh [4]**  18/18
20/8 27/17 77/18
**ulterior [2]**
114/21 114/22
**ultimate [1]**  183/4
**Um [1]**  21/7
**unable [3]**  73/8

# U

**unable... [2]**
211/11 211/22
**unavailable [1]**
230/15
**unaware [1]**   179/19
**under [9]**   15/13
43/13 68/3 118/15
234/14 240/8
253/16 275/25
283/1
**understand [79]**
20/5 24/14 25/3
27/6 27/8 27/23
31/12 31/15 31/17
31/21 38/10 38/14
40/18 41/15 41/25
45/14 45/15 46/16
47/1 47/1 47/4
47/8 49/23 66/21
67/2 67/6 68/24
69/2 69/22 71/23
71/24 78/11 78/12
78/23 80/19 81/5
81/14 81/17 98/6
99/9 102/15 107/24
110/22 123/9
126/12 132/18
142/19 157/1
174/25 175/16
188/24 192/7
201/19 205/21
209/25 232/15
235/22 237/2
245/24 246/20
247/10 262/8 268/5
268/14 268/16
268/18 268/23
268/25 273/14
275/14 278/8
278/12 278/19
278/21 281/9
281/15 285/7

**understandable [1]**
12/25
**understanding [7]**
31/23 124/24
158/11 183/6 222/1
228/3 256/2
**unfortunately [4]**
78/20 212/1 288/19
290/17
**UNITED [7]**   1/1
1/10 147/19 172/5
180/2 292/24 293/6
**units [1]**   100/22
**university [1]**
129/19
**unless [5]**   87/8
102/24 194/19
233/25 290/19
**unlocked [2]**
138/25 139/4
**until [14]**   10/22
21/5 63/18 88/5
115/2 135/23
166/17 184/20
227/23 235/8
240/23 241/5
264/22 286/6
**up [94]**   6/2 6/14
9/14 10/23 13/3
14/16 15/21 22/15
25/11 26/2 30/6
37/9 40/9 50/12
76/3 86/1 88/12
89/3 96/5 98/5
98/7 100/1 100/25
101/2 105/25 108/8
109/11 116/11
119/19 130/17
134/11 134/12
140/21 147/11
151/18 155/2 157/3
158/16 158/20
175/4 175/18 178/1

184/14 184/15
185/10 185/12
185/13 186/12
188/12 192/19
197/22 198/17
198/19 199/10
206/16 206/22
218/6 218/12
222/24 223/2 223/6
223/23 224/23
224/24 228/7 235/4
237/23 241/5 243/7
247/18 249/2
250/18 250/21
250/22 258/12
258/18 260/22
264/6 264/9 264/9
265/8 268/19
271/17 272/20
273/11 278/17
286/25 289/12
290/9 290/17 291/1
291/24
**up to [1]**   76/3
**update [3]**   240/18
240/22 241/5
**updates [1]**   244/16
**uploaded [1]**
242/21
**upon [5]**   6/3 13/13
46/18 60/2 174/21
**UPS [1]**   136/11
**upside [1]**   117/16
**us [31]**   4/24 5/3
6/9 7/1 9/3 32/13
36/10 64/13 64/22
77/12 81/5 96/1
105/1 107/13
130/23 134/17
146/6 146/9 166/17
176/9 210/3 211/7
211/12 217/19
220/6 229/7 230/1

**U**

**us... [4]** 283/13
284/20 291/12
292/20
**USB [4]** 273/13
273/14 276/3
276/18
**use [43]** 17/24
21/5 22/4 40/13
43/11 60/19 60/19
67/9 67/22 67/22
68/6 68/8 68/9
69/25 88/5 88/18
90/15 105/17
141/23 149/10
149/10 177/7
206/13 221/23
222/5 224/6 224/8
264/22 272/15
272/22 278/1 278/2
278/22 278/25
279/2 279/4 279/6
279/8 286/20
289/12 291/5
291/14 291/19
**used [16]** 22/23
32/9 44/8 55/4
67/21 105/14 106/8
108/1 149/1 156/6
222/13 262/24
264/11 265/2
268/14 274/22
**using [9]** 22/3
142/1 160/8 177/8
193/1 195/6 196/11
201/4 277/24
**usually [1]** 142/22
**UT [1]** 190/24
**Uyen [3]** 108/16
184/9 190/24

**V**

**VA [3]** 117/20
234/1 234/13

**Valentine's [4]**
17/12 76/17 89/14
161/10
**value [12]** 26/23
39/23 107/25 108/7
109/10 114/9 116/3
117/19 159/11
247/11 248/25
278/14
**valued [1]** 246/22
**Vault [1]** 276/18
**Vel [1]** 4/15
**Vela [1]** 4/24
**venture [2]** 249/7
274/10
**verbal [6]** 44/20
151/24 210/1 218/3
274/19 275/15
**verifiable [1]**
26/22
**verified [1]** 135/7
**versa [1]** 186/23
**version [6]** 123/6
199/16 199/17
218/18 240/18
240/22
**versus [3]** 93/24
253/12 261/16
**very [38]** 8/23
20/15 22/3 24/3
31/21 31/21 34/17
42/22 55/21 55/21
57/10 62/15 62/19
62/19 62/22 63/1
64/9 69/22 86/19
90/2 99/9 100/12
113/15 118/13
143/10 160/3
178/19 181/24
182/16 185/23
214/1 262/4 269/15
269/15 269/16
270/21 270/25
283/24

**Veterans [3]**
44/18 211/25
**vice [1]** 186/23
**video [7]** 11/12
13/25 14/6 186/18
281/13 288/16
291/3
**videos [3]** 10/11
289/16 289/17
**view [7]** 76/20
108/6 109/18 183/3
183/3 249/10 290/9
**viewed [1]** 144/9
**violate [4]** 13/5
174/8 174/13
175/24
**violates [1]** 23/25
**violation [1]**
174/15
**Visa [1]** 96/8
**visited [2]** 175/7
177/1
**Vistomail [1]**
123/5
**voice [1]** 120/14
**volunteered [1]**
126/6
**vs [1]** 1/6

**W**

**wait [2]** 7/6
124/10
**waiting [4]** 10/2
157/12 237/15
250/6
**wallet [2]** 198/6
282/13
**wallets [5]** 39/24
60/3 60/16 60/17
283/14
**want [98]** 4/7 13/2
13/14 19/4 20/5
24/3 24/10 24/24
34/4 34/18 34/19

**W**

**want... [87]**   37/1
37/8 39/7 40/13
40/17 40/18 42/24
46/5 50/1 51/24
52/14 53/4 67/20
69/19 77/8 78/3
78/5 80/13 87/25
89/2 92/12 106/25
121/14 122/12
123/2 128/7 128/18
129/15 129/20
131/25 133/12
134/23 135/1
142/18 143/13
144/8 156/4 156/11
157/2 158/10 165/2
171/5 171/10
181/23 181/24
187/6 188/8 188/15
189/8 189/14
189/25 194/15
194/18 195/14
196/1 196/19
197/12 200/1 200/1
211/21 213/24
217/24 217/25
219/9 224/13 228/4
231/7 236/10
236/12 239/6 243/3
243/4 245/4 248/11
249/7 249/14
260/23 260/24
278/15 279/14
279/17 287/11
287/11 289/9
290/16 291/19
292/6

**wanted [19]**   49/3
143/13 147/1
152/19 165/21
166/8 193/24 198/7
209/18 215/4 232/7

259/18 259/20
283/2 291/25 292/2
292/4

**wanting [1]**   49/22
**wants [4]**   196/7
229/2 248/11
291/16
**warm [1]**   229/22
**warned [1]**   220/7
**warning [1]**   112/18
**Warren [4]**   10/13
10/16 10/17 199/21
**was [452]**
**was being [1]**   55/4
**was having [1]**
171/1
**wasn't [21]**   21/21
22/19 36/18 49/15
61/3 73/9 76/9
79/2 82/13 82/22
90/18 144/10
167/17 171/1
193/17 196/8 196/9
198/5 212/5 251/12
291/10
**waste [2]**   13/2
239/6
**Watts [1]**   10/20
**way [40]**   11/10
23/16 33/25 47/25
58/12 65/22 71/17
79/11 93/12 107/13
115/23 119/19
123/24 130/22
134/12 134/13
141/25 142/22
143/2 145/23
153/21 160/1 160/4
160/24 163/24
195/12 199/13
200/20 205/2 212/6
232/7 234/10
239/10 253/24

283/13 284/9 286/5
**ways [1]**   167/4
**we [303]**
**We'd [2]**   12/8 12/9
**we'll [23]**   25/13
51/2 65/10 65/11
72/14 73/5 74/12
84/25 88/4 88/23
151/11 151/12
157/25 160/17
170/8 170/17 176/8
183/11 188/14
203/17 209/6 228/4
291/2
**we'll identify [1]**
203/17
**we're [52]**   7/10
7/11 10/1 10/2
12/21 13/14 13/21
15/8 15/10 18/19
22/3 24/24 25/3
28/19 34/22 45/11
49/2 71/11 72/18
72/18 72/19 80/5
81/20 96/7 99/3
99/16 120/4 121/2
134/10 135/18
137/16 143/12
150/2 158/11
159/25 160/15
160/16 162/16
177/5 202/14 208/6
223/13 227/6
227/10 231/5
231/25 236/24
244/7 252/14
252/15 288/19
290/15
**we've [11]**   24/24
70/13 126/14 141/2
165/6 167/5 199/4
205/7 229/22
249/10 249/11

**W**

**wearing [1]** 292/17
**website [5]** 67/3
 134/1 165/9 240/6
 240/10
**websites [3]** 59/25
 60/1 60/15
**Wednesday [1]**
 248/11
**wee [1]** 235/8
**week [2]** 211/23
 258/21
**weekend [2]** 221/6
 239/24
**weekends [1]** 212/1
**weeks [6]** 96/14
 98/1 120/15 234/21
 262/11 262/12
**Welcome [6]** 86/24
 88/22 157/16
 157/23 229/15
 229/20
**well [93]** 5/6 6/21
 6/22 8/4 9/9 9/16
 11/11 12/3 13/13
 14/2 16/9 16/19
 17/3 23/15 31/8
 32/5 32/24 34/19
 35/23 37/2 39/14
 40/15 41/5 46/5
 48/12 53/7 53/25
 54/16 55/4 55/13
 55/20 58/13 68/15
 73/20 76/13 76/23
 83/24 85/9 87/7
 94/23 95/1 96/22
 104/24 105/9
 107/17 109/22
 114/4 114/6 117/1
 117/5 119/4 120/22
 121/1 124/18
 124/24 128/17
 129/20 132/13

 134/5 136/15
 144/16 154/23
 156/21 163/21
 167/12 167/16
 176/13 187/12
 189/10 190/2 194/3
 203/12 207/7
 208/16 215/7
 215/21 219/22
 225/24 232/23
 233/6 236/10 242/4
 249/10 249/21
 259/16 260/18
 260/21 270/21
 287/4 289/13
 289/15 290/13
 292/21
**Wells [2]** 93/6
 93/22
**went [8]** 37/14
 38/19 78/2 89/24
 187/12 193/11
 236/4 245/24
**were [128]** 6/4
 7/14 7/17 7/23
 11/11 15/8 15/12
 21/20 31/22 34/13
 38/5 39/1 39/14
 39/15 42/11 45/20
 52/1 56/12 58/6
 58/20 58/24 60/3
 60/16 62/5 62/13
 63/3 63/24 64/9
 64/10 71/17 76/7
 77/24 77/25 89/20
 90/2 96/13 98/25
 100/18 101/5
 101/23 102/1
 102/14 107/24
 115/4 120/3 120/19
 122/18 123/1
 123/24 124/8 124/9
 138/4 138/9 138/11
 142/1 144/4 145/6

 146/10 147/2
 152/17 153/18
 158/7 158/20 159/3
 159/7 159/7 166/16
 166/19 178/19
 180/5 181/10
 181/18 182/5
 185/23 186/1 187/9
 187/21 193/10
 194/25 197/6 197/6
 197/6 197/15
 197/15 198/3
 198/24 200/25
 201/3 202/5 203/7
 203/10 205/11
 205/12 206/4 206/8
 207/11 208/1
 208/12 208/18
 209/17 214/15
 215/6 230/1 239/10
 246/12 249/6 249/6
 250/25 252/16
 253/16 259/17
 260/22 261/14
 264/18 266/6 266/6
 266/7 267/15
 277/23 279/14
 282/5 282/21
 283/14 283/17
 292/5
**weren't [7]** 77/22
 101/22 101/25
 114/23 115/5
 156/22 184/4
**WEST [3]** 1/2 43/22
 61/14
**what [292]** 6/10
 6/11 7/10 7/19
 7/20 7/21 8/7 9/6
 13/3 17/4 17/19
 17/22 19/7 19/18
 20/1 20/21 21/23
 22/3 22/11 22/20

**what... [272]**   25/1
25/13 28/12 33/2
33/6 36/2 37/5
37/15 37/15 38/18
39/6 39/21 40/2
40/17 40/18 41/14
41/15 42/19 43/24
45/14 46/8 46/9
46/11 46/12 46/13
46/18 46/18 48/7
48/8 49/3 49/3
50/5 50/8 51/24
51/24 52/3 52/17
52/24 53/3 55/7
55/13 57/5 57/19
57/23 58/8 59/6
59/9 60/6 60/21
63/7 66/9 66/9
66/18 66/18 67/17
68/12 69/25 71/9
71/20 72/21 76/11
76/22 77/25 78/8
78/25 80/5 80/23
81/3 81/7 81/16
81/23 83/23 87/10
90/8 93/8 94/17
95/1 95/5 96/3
96/13 100/11
100/15 100/17
100/18 101/22
103/12 103/19
105/10 106/13
106/21 106/23
107/14 107/23
108/4 108/5 109/7
109/8 109/16
111/18 111/21
114/8 117/15 118/2
118/3 118/5 118/18
119/3 121/12
121/14 124/6
124/24 126/15

128/14 130/10
131/2 131/23
131/25 132/20
136/4 136/10
136/13 136/13
137/16 139/18
141/8 144/17 145/2
145/7 145/9 145/11
145/22 145/23
147/7 147/19
147/25 148/22
149/16 150/3
150/25 152/17
154/20 155/14
155/17 156/21
157/1 157/3 158/12
158/23 161/6
162/16 165/21
166/10 166/12
167/8 169/8 170/13
174/16 174/21
175/23 176/8
176/11 176/16
179/5 179/10
179/10 179/15
180/20 181/6
181/16 182/21
183/2 185/22 188/6
189/6 189/21
190/11 192/3
192/15 192/18
192/20 194/21
195/8 196/6 196/17
198/2 198/16
202/21 204/10
206/8 206/18 208/1
208/11 208/19
210/11 211/22
213/2 213/11 214/6
215/7 215/15 217/5
217/20 218/25
219/9 220/13
221/12 222/23

227/4 230/10 231/6
232/3 232/4 232/10
235/22 236/19
237/3 239/21
239/24 240/4
242/21 244/19
246/7 246/24 247/2
249/2 249/13
254/19 257/10
258/20 259/6 259/8
259/18 260/20
261/3 261/12
261/15 261/18
261/19 262/7
262/21 264/5
264/10 265/25
266/3 266/6 266/7
266/13 266/19
268/6 271/8 273/17
276/5 276/8 277/9
280/3 282/11 283/1
283/1 283/2 283/6
283/16 285/10
285/16 286/24
287/11 287/16
288/6 290/11

**what's [33]**   7/22
11/9 12/16 18/15
28/7 40/25 41/17
91/17 96/16 96/17
97/11 102/22
105/10 116/6
117/12 127/3 128/2
134/11 148/9
153/23 155/1
163/20 168/13
171/10 197/12
198/12 205/15
208/4 241/13
265/11 277/14
283/8 285/4
**whatever [13]**   8/10
38/24 38/24 38/25

**W**

**whatever... [9]**
58/20 76/9 78/2
147/4 174/11
175/25 188/10
253/8 265/18
**Whatever's [1]**
265/14
**whatsoever [2]**
178/6 179/1
**wheelchair [2]**
100/25 101/21
**when [73]**   8/9
13/15 18/6 19/10
19/15 19/19 25/7
34/11 34/14 36/2
36/11 36/18 36/20
37/18 38/16 38/19
42/11 42/14 48/2
49/23 61/2 61/6
61/7 61/20 63/19
82/9 83/16 87/15
90/3 91/2 91/6
102/14 105/25
124/15 131/15
136/20 141/6
141/15 149/16
150/6 152/25
158/16 161/7 167/8
186/8 194/6 213/3
225/10 229/7
230/20 233/25
245/20 245/22
246/21 247/15
248/10 248/18
249/17 252/15
264/5 264/18
264/18 264/18
266/6 269/21 278/8
285/10 287/10
289/1 289/16
289/21 290/2
292/13

**when did [1]**
264/18
**whenever [3]**   76/2
86/12 269/6
**where [49]**   6/2
8/22 13/14 24/22
32/8 32/13 33/4
34/1 45/7 53/21
61/14 73/23 80/12
86/4 89/20 89/22
93/18 98/17 98/18
106/8 115/8 115/13
119/25 133/25
139/1 146/15
192/17 195/3 195/6
195/7 197/24
199/12 202/24
217/24 217/25
221/6 227/23 230/1
239/15 240/7
240/13 250/16
250/19 252/3 260/2
260/24 263/23
267/9 281/9
**WHEREOF [1]**   293/14
**wherever [1]**   72/15
**whether [22]**   5/21
28/5 33/3 33/22
34/7 37/3 114/5
120/3 124/9 176/10
176/23 186/8
186/10 190/3 193/3
195/1 205/12
216/13 216/17
246/23 278/9
283/13
**which [53]**   6/12
8/14 8/16 9/15
11/3 13/3 18/4
26/5 29/22 37/25
51/7 51/10 56/13
56/13 56/16 56/18
60/3 72/24 81/4
83/13 83/17 88/16

130/7 131/5 137/3
156/13 158/20
160/1 160/2 163/19
177/8 179/3 181/5
181/10 182/5 194/7
195/18 199/17
215/15 216/18
218/8 228/20
237/14 239/20
263/5 267/12
267/23 274/8
274/15 284/6 289/5
**while [4]**   99/16
103/3 223/1 241/21
**white [1]**   234/22
**whitepaper [20]**
78/21 123/11
155/15 156/1 156/5
156/17 156/19
160/12 161/22
161/22 162/10
163/6 163/8 164/4
164/16 235/11
235/21 236/6 236/7
244/8
**whitepaper's [1]**
162/6
**who [37]**   4/24 8/13
8/24 10/6 10/20
22/1 22/14 23/2
23/7 23/10 37/14
64/10 77/4 82/9
89/18 94/24 102/5
102/10 110/21
145/6 145/19
145/22 145/22
145/25 146/3
166/12 166/16
166/18 172/11
182/22 184/2
213/25 214/1
228/11 237/21
255/13 289/14

**W**

**whoever [1]**   77/3
**whole [10]**   70/9
 76/19 91/2 125/1
 128/8 142/19
 152/11 177/8
 186/16 230/16
**whom [2]**   182/19
 234/13
**why [28]**   12/4 22/4
 26/2 32/13 34/14
 36/10 88/13 99/3
 104/22 104/25
 106/1 107/24
 111/12 115/12
 115/23 118/6
 144/10 147/3
 166/21 194/8
 194/12 196/25
 201/9 215/18
 259/20 262/8 290/2
 292/14
**wife [3]**   10/20
 131/15 220/6
**wife's [1]**   22/9
**will [60]**   5/3 8/12
 8/19 9/18 15/13
 40/25 46/4 46/5
 46/20 46/22 47/6
 47/16 47/23 48/4
 48/15 50/2 50/24
 52/15 52/25 57/3
 69/22 87/19 100/16
 106/17 107/4
 130/14 132/13
 134/23 135/17
 137/12 143/15
 157/3 165/24 176/5
 181/3 188/17
 195/20 202/9
 202/12 211/17
 217/20 226/14
 233/4 233/5 233/24

 235/9 240/17
 240/22 244/20
 245/16 253/17
 286/3 286/4 286/6
 286/25 288/12
 289/9 290/9
**Windows [2]**   277/1
 277/1
**wipe [12]**   186/5
 186/9 228/12
 228/21 230/8
 230/12 232/15
 239/12 242/16
 278/6 278/10
 278/18
**wishes [1]**   52/17
**withdrawn [9]**   67/9
 68/6 103/12 132/9
 132/18 133/11
 236/19 250/2 250/3
**within [8]**   43/12
 126/25 187/8 187/9
 187/20 192/20
 286/12 290/10
**without [13]**   40/20
 55/5 56/9 59/21
 92/25 124/8 163/12
 169/5 175/18 192/9
 194/13 249/8 284/8
**withstand [1]**
 268/18
**witness [71]**   6/8
 8/18 9/17 10/9
 12/14 15/11 23/4
 23/5 35/3 35/13
 40/3 41/13 41/16
 41/18 52/5 54/5
 79/4 87/12 87/17
 92/13 101/7 106/15
 106/17 108/11
 109/19 116/8
 121/16 127/5
 127/10 128/11

 165/3 171/11
 171/15 189/9
 189/15 189/25
 190/1 190/2 190/15
 192/8 193/16
 196/12 200/5
 200/10 202/23
 203/15 216/16
 220/11 220/15
 221/23 222/6
 222/10 222/14
 236/18 237/19
 238/17 238/20
 238/25 243/8
 247/18 272/12
 275/7 279/25
 280/10 281/18
 288/10 289/14
 293/14
**witness's [2]**
 40/15 55/5
**witnesses [7]**   10/5
 10/11 11/1 11/11
 11/13 11/17 222/13
**won't [3]**   31/16
 153/8 274/9
**wondered [1]**   34/13
**wondering [5]**
 115/13 198/3 260/3
 271/2 288/24
**wonders [1]**   79/12
**word [10]**   26/1
 36/1 36/3 37/1
 47/1 61/23 149/20
 149/25 250/6
 265/11
**words [7]**   61/24
 100/18 110/2 171/1
 182/10 282/21
 285/10
**work [53]**   8/23
 14/3 15/10 30/17
 31/19 37/23 38/15

**W**

**work... [46]** 42/11
62/7 62/8 62/9
66/12 66/22 67/3
67/4 70/17 73/9
75/4 75/9 115/18
123/6 142/22
146/22 157/17
157/25 164/2
169/20 169/22
186/20 190/11
193/21 194/17
194/20 199/24
210/2 212/5 215/22
218/18 219/16
219/18 225/5
225/11 229/3
230/16 230/20
231/7 231/13
235/11 239/11
244/23 278/16
278/20 284/2

**worked [4]** 146/25
147/2 224/25
249/19

**working [14]** 8/21
18/2 20/16 25/23
75/12 122/23 132/2
148/4 211/19
230/21 233/5 235/7
235/9 241/9

**world [2]** 22/2
234/22

**world-shaking [1]**
234/22

**worth [2]** 8/7
109/12

**would [192]** 6/13
6/18 11/4 11/8
11/9 12/19 12/21
13/4 13/17 14/22
18/15 21/20 27/22
35/19 36/23 37/25

39/16 40/16 41/10
43/6 46/2 47/20
48/12 48/23 51/17
53/21 55/22 57/10
59/11 64/15 65/4
68/19 69/8 70/3
71/7 78/8 79/4
82/9 82/10 82/15
83/12 86/20 88/17
89/18 89/20 92/1
92/22 96/7 97/4
98/14 98/20 101/14
102/5 102/9 102/10
102/15 103/7
103/15 103/16
103/20 104/13
106/13 106/20
106/21 108/7
108/17 110/11
111/18 111/22
113/18 114/17
116/3 116/13
118/15 118/22
119/4 119/21 120/3
120/9 122/4 122/5
128/6 129/16 131/4
131/20 134/22
139/21 140/11
141/2 144/7 148/16
151/20 151/23
156/9 160/23 162/1
162/16 162/22
164/7 171/14 174/7
176/3 176/8 176/9
177/18 178/1 178/4
179/12 181/15
181/19 183/4 185/4
188/11 192/5 194/1
196/22 196/23
198/22 200/3
201/18 201/23
202/24 204/10
205/1 205/25
208/13 209/18

215/14 215/24
217/18 217/19
219/11 221/12
224/4 224/6 225/4
225/4 225/5 225/23
226/25 227/17
228/7 232/1 234/8
236/6 236/17
238/14 241/12
242/3 242/17 243/5
243/7 247/18
248/24 249/1 249/5
249/11 250/18
254/10 258/6
259/14 260/6 260/7
260/9 261/12
261/16 263/4
268/18 268/24
269/13 269/16
272/11 272/15
273/20 274/23
280/4 281/11
285/23 286/19
287/5 287/17
287/24 288/1 288/6
288/18 289/7
289/14 290/11
290/11 290/17

**wouldn't [22]**
34/14 38/10 39/23
40/10 78/3 78/5
102/13 117/9
117/19 118/6
118/11 139/8
146/17 228/2 236/8
248/22 248/23
249/5 249/7 282/13
282/15 283/16

**Wow [1]** 221/5

**WP [3]** 155/17
155/18 155/19

**WRIGHT [161]** 1/7
4/10 5/2 5/2 5/8

**W**

**WRIGHT... [156]**
5/10 5/11 10/10
12/10 16/1 16/15
16/25 18/20 29/23
30/25 31/7 32/1
33/22 34/7 61/17
62/16 62/25 76/20
103/21 107/20
108/15 109/23
109/24 113/5 113/6
113/17 120/1
121/11 121/21
122/5 122/13
122/19 123/20
125/5 126/25
127/13 128/6 130/2
130/7 131/3 131/6
131/23 133/20
147/14 149/20
149/21 149/21
149/24 150/2 150/4
150/5 155/11
158/14 161/17
167/22 178/16
178/20 179/18
179/19 179/23
179/25 181/1 181/6
181/9 181/11
181/12 181/15
181/21 182/3
182/13 182/19
182/20 182/22
183/13 183/24
184/8 184/8 184/23
185/18 186/4 187/2
187/10 193/22
197/25 198/11
198/17 198/21
198/24 199/12
202/20 203/9
206/15 206/23
207/21 209/19

213/2 213/5 213/8
213/15 220/2 220/5
220/25 221/15
222/23 223/11
223/11 224/22
225/21 225/22
226/21 227/14
227/23 227/23
228/9 229/2 229/2
230/14 231/6 232/6
233/2 233/23 235/4
238/5 238/12
239/11 239/15
240/4 242/6 242/15
243/19 243/21
244/13 245/22
245/25 246/4 246/7
246/24 248/3
250/19 252/17
253/7 254/2 254/19
257/7 258/4 258/7
259/2 270/3 270/16
270/16 271/6
278/16 278/20
284/5 288/4 289/23

**Wright's [6]** 10/20
213/6 257/11
261/10 291/4
291/12

**wrightkleiman [2]**
206/11 207/22

**Wrights [1]** 148/5

**write [6]** 89/12
180/7 227/15
227/16 227/17
266/13

**writes [7]** 131/10
228/9 230/7 230/7
230/14 233/2 235/3

**writing [24]** 25/16
25/18 41/24 42/15
107/20 166/2
172/13 184/8
185/17 194/18

225/21 225/23
225/23 226/12
226/21 227/13
228/12 229/1
242/15 243/18
250/19 266/6

**written [5]** 16/5
26/8 62/4 265/14
284/5

**wrong [7]** 16/10
23/16 84/21 132/8
133/4 200/25
242/20

**wrongful [1]** 45/2

**wrongfully [1]**
45/18

**wrote [15]** 15/21
60/6 109/15 113/5
116/23 146/21
147/17 149/8 172/4
228/17 261/23
265/10 265/13
266/10 278/5

**Y**

**yahoo.com [1]**
141/23

**yeah [157]** 13/20
14/3 16/19 20/3
20/22 21/9 21/15
21/25 22/1 27/22
28/9 30/1 30/4
32/13 33/1 36/6
36/7 38/21 39/10
39/10 39/16 39/16
42/16 42/20 44/4
44/23 49/11 49/14
50/21 52/23 54/6
55/9 55/17 55/17
58/24 61/7 66/2
70/3 76/8 77/10
77/24 80/10 83/22
86/6 88/1 88/11

**Y**

**yeah... [111]**
90/22 91/20 92/21
94/16 94/17 95/13
98/15 101/13
101/22 103/12
105/13 106/4 108/9
108/20 110/7 111/7
112/13 113/1 114/5
116/11 116/25
118/4 119/6 119/23
120/23 123/13
125/6 128/14 131/9
132/23 132/25
134/15 134/25
135/9 141/21
142/25 143/9
143/10 144/4 144/6
146/8 147/3 147/24
149/15 150/4 151/5
155/1 155/19
155/21 156/21
166/17 170/15
171/2 172/16
185/20 187/7 190/9
191/8 195/1 196/1
196/3 200/15
207/25 209/13
209/16 210/2
212/11 212/15
212/22 214/11
214/25 215/9
219/10 219/25
223/5 223/8 224/3
231/17 236/21
237/15 240/8 241/3
243/7 245/19
248/13 248/24
249/9 249/13
252/14 253/22
258/17 259/18
260/10 261/1
263/12 263/21

264/9 265/1
265/20 266/3 266/8
267/1 269/1 271/14
272/4 275/4 275/12
276/12 278/21
281/3 284/15
**year [15]**   42/19
82/17 85/21 85/22
106/22 120/4
122/20 178/17
178/22 179/22
235/7 259/4 259/9
259/9 259/9
**years [12]**   39/10
42/20 48/1 73/6
117/21 182/8 215/3
215/19 259/5
259/17 266/8 276/6
**yellow [1]**   107/17
**Yep [2]**   154/20
236/17
**yes [643]**
**yesterday [13]**
5/17 19/11 20/21
23/23 24/4 25/19
26/11 31/11 54/17
56/7 56/12 186/16
246/2
**yet [6]**   11/17 14/6
14/18 14/20 139/21
223/23
**you [1708]**
**you have [1]**   115/9
**you'll [13]**   5/17
14/1 43/16 48/22
49/25 51/1 73/17
159/10 161/9
207/18 248/6 286/5
288/17
**you're [111]**   12/3
13/24 21/4 22/25
36/7 37/14 45/14
45/23 46/17 47/6
47/9 48/13 48/17

58/21 61/14 61/15
68/9 69/1 77/1
78/2 78/5 95/25
104/25 107/20
115/13 118/18
119/25 121/7
124/21 124/24
125/7 125/10
125/13 128/12
131/14 133/13
136/10 136/14
139/6 141/16
141/21 141/21
146/14 147/4
154/20 164/25
166/2 166/21 169/2
169/4 175/15
175/16 175/23
180/2 183/23
185/17 187/2 187/4
189/12 193/1 193/4
193/21 194/8 195/6
195/7 195/23
196/11 198/11
198/13 198/15
199/5 199/8 202/21
203/16 206/18
206/19 207/7
207/14 208/16
213/2 216/16 217/5
217/9 218/16 221/5
222/16 236/1 240/7
248/13 248/14
248/15 255/2 258/4
258/9 259/8 259/19
260/20 261/5 262/4
263/18 271/14
271/20 275/17
276/5 277/1 285/11
286/10 287/13
**you've [22]**   10/13
16/19 17/7 28/1
32/10 33/7 48/7

**Y**

**you've... [15]**
64/13  106/8  166/15
176/21  176/22
176/22  176/23
178/13  178/16
178/19  180/16
194/13  195/22
207/15  292/20
**younger [1]**  213/25
**your [402]**
**yours [2]**  111/16
191/4
**yourself [9]**  66/25
106/8  168/2  168/9
169/17  182/10
209/15  213/24
282/7
**yvette [6]**  1/22
1/24  293/5  293/17
293/17  293/19

**Z**

**ZACK [2]**  1/16  4/19
**ZALMAN [2]**  1/20
5/9
**zero [2]**  31/6
68/15
**zoom [3]**  95/8
128/22  142/17
**Zuckerberg [1]**
20/6