```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                       WEST PALM BEACH DIVISION
                       CASE NO. 9:18-cv-80176-BB
 3
     IRA KLEIMAN, as the personal representative
 4   of the Estate of David Kleiman, and W&K Info
     Defense Research, LLC,
 5
             Plaintiffs,                  November 10, 2021
 6                                        9:50 a.m.
             vs.
 7
     CRAIG WRIGHT,
 8
             Defendant.                   Pages 1 THROUGH 122
 9   _____
                     TRANSCRIPT OF TRIAL DAY 8
10               BEFORE THE HONORABLE BETH BLOOM
                   UNITED STATES DISTRICT JUDGE
11                     And a Jury of 10

12   Appearances:
     FOR THE PLAINTIFF:    ROCHE FREEDMAN, LLP
13                         DEVIN FREEDMAN, ESQ.
                           KYLE ROCHE, ESQ.
14                         200 South Biscayne, Suite 5500
                           Miami, Florida 33131
15
                           BOIES SCHILLER & FLEXNER
16                         ANDREW BRENNER, ESQ.
                           STEPHEN N. ZACK, ESQ.
17                         100 Southeast 2nd Street, Suite 2800
                           Miami, Florida 33131
18
     FOR THE DEFENDANT:    RIVERO MESTRE, LLP
19                         ANDRES RIVERO, ESQ.
                           JORGE MESTRE, ESQ.
20                         AMANDA M. MCGOVERN, ESQ.
                           ZALMAN KASS, ESQ.
21                         MICHAEL A. FERNANDEZ, ESQ.
                           2525 Ponce de Leon Boulevard, Suite 1000
22                         Coral Gables, Florida 33134

23   COURT REPORTER:       Yvette Hernandez
                           U.S. District Court
24                         400 North Miami Avenue, Room 10-2
                           Miami, Florida 33128
25                         yvette_hernandez@flsd.uscourts.gov
```

```
 1                     I N D E X

 2    Certificate...................................        122

 3
                      W I T N E S S
 4
      ON BEHALF OF THE PLAINTIFF:                          PAGE
 5
      CRAIG WRIGHT
 6    CONTINUED DIRECT EXAMINATION BY MR. FREEDMAN          17

 7

 8                     E X H I B I T S
      EX. NO.:                              OFFERED   ADMITTED
 9    Plaintiffs' 744                          29        29
      Plaintiffs' 795                          38        38
10    Plaintiffs' 604                          40        41
      Plaintiffs' 565                          47        48
11    Plaintiffs' 469                          55        55
      Plaintiffs' 143                          68        68
12    Plaintiffs' 147                          86        86
      Plaintiffs' 637                          94        94
13    Plaintiffs' 175                         103       103
      Plaintiffs' 124                         114       114
14    Plaintiffs' 511                         120       120
      Plaintiffs' 512                         120       120
15

16

17

18

19

20

21

22

23

24

25
```

```
 1          (Call to order of the Court, 9:50 a.m.)

 2          THE COURT:  Good morning to everyone.  Good to see

 3    everyone.

 4          All right.  Go ahead and have a seat.  We're back on

 5    the record.

 6          Are there items to address this morning?

 7          MR. FREEDMAN:  There is one, Your Honor, for

 8    Plaintiffs.

 9          Last night, Your Honor, we sent five one-page exhibits

10    to the Defendants that constitute statements made by the

11    Defendant after the finalization of the exhibit list starting

12    on October 30th and going up to and including during trial.

13          They weren't on our exhibit list because they were

14    made after the finalization of the exhibit list.  They're just

15    five one-page statements and we would like to add them to the

16    exhibit list, and I understand Defendants object.

17          MS. MCGOVERN:  Your Honor, we object.  These are

18    purported conversations from a private account of Dr. Wright,

19    and Plaintiffs somehow obtained access to that private account

20    during trial and is seeking to admit these statements as party

21    admissions, when those communications were being conducted with

22    the belief they were within an account that would not have been

23    accessed by the Plaintiff.

24          We're unclear how access was obtained, but clearly

25    that's been monitored and access was done intentionally.  The
```

1    statements that are being made in those private communications,

2    it is the same thing as though perhaps someone was speaking

3    with Dr. Wright and they overheard it and now they are using it

4    as a party admission.  It was a private conversation.

5           Secondly, the statements are being made out of

6    context, highly prejudicial, and should be excluded under 403.

7    The only remedy for what we believe to be the improper access

8    to that private account is to prevent their admission as party

9    opponents in the case, Your Honor.

10          THE COURT:  All right.  What are the statements and

11   when and how did you obtain access?

12          MR. FREEDMAN:  Your Honor, these are statements from

13   the Slack message group that we've already been admitting into

14   evidence.  One of them is a joint exhibit.  Defendants are well

15   aware that we have --

16          THE COURT:  All right.  So the joint exhibit is not an

17   issue.  So there are four other exhibits.

18          MR. FREEDMAN:  It's the same account.  They're

19   claiming that it was a private message.  That's just

20   inaccurate.  These are broadcasted all over the Internet.  They

21   are rebroadcasted all over Twitter.  They are rebroadcasted

22   across numerous groups because there are over 300 people in

23   this private group.

24          My point about the joint exhibit was Defendants are

25   well aware there is access to these communications.

1          THE COURT:  All right.  But you already have a joint

2     exhibit that references statements that are similar?

3          MR. FREEDMAN:  That references this account.

4          THE COURT:  From this account.

5          MR. FREEDMAN:  Yes.  And yesterday on the stand

6     Dr. Wright testified that it is his account, that he's the only

7     one that posts from it.

8          Dr. Edman, as part of his report months and months and

9     months ago, verified numerous messages from that Slack message

10    group.  The Defendants have received that.  It's on our exhibit

11    list.  So access to this account is not a new thing.  They're

12    well aware it's there.

13         THE COURT:  So when did you access these statements?

14         MR. FREEDMAN:  They were made after the exhibit list

15    was finalized.

16         THE COURT:  When?

17         MR. FREEDMAN:  One of them was made October 30th and

18    the other was made, I think, November 2nd, and then November

19    4th.

20         THE COURT:  I'm not asking when the statement was

21    made.  When did you access them?

22         MR. FREEDMAN:  When did I access?

23         THE COURT:  When did you come into possession of these

24    statements?

25         MR. FREEDMAN:  I don't know the exact date, Your

1    Honor.  Shortly after they were made.  So within a day.

2              THE COURT:  So was it yesterday, the day before?

3              MR. FREEDMAN:  It was not yesterday, Your Honor.

4              THE COURT:  So if it was before yesterday, was it

5    Monday, or was it the week before?

6              MR. FREEDMAN:  Your Honor, my best guess is we got

7    them shortly after they were made.  So the one that was made on

8    October 30th we probably got sometime on October 30th.  The one

9    that was made on November 2nd, we got on November 2nd.  The one

10   we got on November 4th was made on November 4th.

11             THE COURT:  So why didn't you disclose these

12   statements earlier?

13             MR. FREEDMAN:  We weren't sure we were going to use

14   them, Your Honor.  Frankly, we sought counsel, an outside

15   ethics expert, to determine whether or not we needed to

16   disclose if they were ongoing.  We felt that we had an

17   obligation to our client not to say anything because the

18   Defendant continues to make admissions that are irrelevant to

19   the case.

20             So before we use them, we put the Defendants on notice

21   that we would be using them, but we felt that -- our advice led

22   us to believe that it would be against our client's interest to

23   say something earlier.

24             MS. MCGOVERN:  Your Honor, if I may respond.

25             THE COURT:  And the substance of the statements are?

1          MR. FREEDMAN:  One of the statements, Your Honor, goes

2     to the exact value of the intellectual property at issue in the

3     case.  The Defendant literally gives the value of the IP and

4     says:  "This is the intellectual property at issue in the

5     Kleiman case."

6          One of them goes to Dr. Wright's claim of autism.  He

7     is making fun of Ira Kleiman, and he posted these messages

8     while sitting at counsel's table looking at Ira Kleiman.

9          Another one goes to the transaction between -- when

10    the IP -- and this will be covered in today's module.  When the

11    transaction of the intellectual property is taking place and

12    Dr. Wright is stripping the intellectual property out of W&K,

13    and through his other entities he tries to cut a deal with

14    somebody named Calvin Ayre and Stefan Matthews.  Dr. Wright

15    says that Calvin Ayre promised him $50 million if he just got

16    rid of Ira, but he couldn't get rid of Ira so no deal happened

17    and he struck a deal with somebody else.

18         I believe that's the sum and substance of the

19    messages, Your Honor.

20         MS. MCGOVERN:  Your Honor, if I --

21         THE COURT:  All right.  And you're seeking to

22    introduce these statements as substantive evidence or for

23    purposes of impeachment?

24         MR. FREEDMAN:  Just substantive, Your Honor.

25    Impeachment, the Court doesn't require disclosure beforehand.

1          MS. MCGOVERN:  Your Honor, we disagree with respect to

2     the access to the Slack channel.  We have disputed their

3     ability to access the Slack channel in the past.

4          The point here is, we didn't know about this until

5     last night.  If they knew about it before -- what's happening,

6     Your Honor, is what we've seen happen in the case, which is we

7     have no idea who elicited those statements from Dr. Wright, we

8     have no idea what the purpose for that was, but what he

9     believed at the time was that he is communicating in a private

10     channel to which Plaintiffs should not have access.

11          THE COURT:  Nobody's saying that they did anything

12     unlawful.

13          MS. MCGOVERN:  Your Honor --

14          THE COURT:  They obtained access to statements that,

15     it appears -- that you're not contending that Mr. Wright didn't

16     make.

17          MS. MCGOVERN:  Your Honor --

18          THE COURT:  In other words, he made these statements

19     but the Plaintiff was able to uncover them, and nobody's saying

20     that Plaintiff did anything illicit or unlawful.

21          The question is whether it's in violation of the

22     Court's order that the parties disclose exhibits.  It would

23     appear to the Court that you're not arguing that these

24     statements cannot be used as impeachment.  You're merely

25     claiming that they cannot be used as substantive evidence

1    because they weren't disclosed on the exhibit list.  Is that

2    correct?

3          MS. MCGOVERN:  That's correct, Your Honor.

4          THE COURT:  All right.  So how would you have prepared

5    differently for trial had you known of these statements?

6          MS. MCGOVERN:  Your Honor, what's happened here is

7    these -- this is a social media forum.  Within this community

8    questions are asked that might have been elicited and responses

9    might have been made.  I understand that Mr. Freedman has made

10   a very sort of broad statement about what those statements say

11   and mean.  They're one-line statements, Your Honor.  This isn't

12   a narrative.  This isn't an explanation.  This is not within

13   the somber rooms of the courtroom in which he is under oath and

14   being asked questions.

15         This is a social media environment, that he doesn't

16   believe the Plaintiffs are actually part of the conversation.

17   We didn't know it, Your Honor.  So now --

18         THE COURT:  But many of the statements that have been

19   introduced into evidence Dr. Wright was not under oath.  So I

20   think that's somewhat beside the point.  The question is the

21   procedural prejudice.

22         If in fact they are Dr. Wright's statements, they were

23   made subsequent to the start of the trial, some of them even

24   made while witnesses were on the stand testifying, I'm trying

25   to understand where the procedural prejudice would lie if

```
 1    you're not claiming that they were not his statements.

 2             MS. MCGOVERN:  Well, I think the prejudice, Your

 3    Honor, is what we've seen along the way, which is context.

 4             Had we known that they were monitoring the Slack

 5    channel, we would have advised Dr. Wright that the meaning

 6    behind his statements could be misunderstood.  We didn't know.

 7    We weren't advised.  I think we weren't advised because, in

 8    fact, it's helpful to the Plaintiffs to get these one-line

 9    statements taken out of context and used as admissions when the

10    underlying substantive evidence in this case doesn't

11    substantiate it.

12             This is a one-line statement that's going to be used

13    to extrapolate a conclusion regarding intellectual property out

14    of context as Mr. Freedman has just advised the Court is going

15    to be made to the jury.

16             THE COURT:  But if they are statements of your

17    client -- and I understand that you didn't have an opportunity

18    to counsel your client not to speak, but how is it any

19    different than your client going outside and being on camera

20    and making a statement?

21             You're claiming that the obtaining of the statements

22    was improper, but I'm not seeing how it is improper if there's

23    already a joint exhibit that references the same information

24    collected in the same manner.

25             So the question is:  Are those the Defendant's
```

1    statements and, if so, can they be introduced at the time of

2    trial?  If you're making an argument that there's procedural

3    prejudice, I'm trying to find out where the procedural

4    prejudice is.  If it's solely that you would have had the

5    opportunity to tell your client not to make any out-of-court

6    statements about the ongoing trial or about the issues in the

7    trial, I think that's something that most litigants know not to

8    do.

9            MS. MCGOVERN:  Your Honor, these exhibits are not on

10   the exhibit list.  This case has been pending for four years.

11           Our procedural objection, Your Honor, is that exhibits

12   that are used to be admitted substantively in their case in

13   chief should be properly disclosed, timely disclosed.  They've

14   just advised the Court they knew about them and they're telling

15   us last night.  It's too late, it's untimely, and it's

16   prejudicial, Your Honor.

17           THE COURT:  So trial began on November 1st.  Today is

18   November 10th.  How would you have prepared differently for

19   trial had the statements that were obtained on the first week

20   of trial, between November 1st and November 5th -- how would

21   you have prepared differently for the trial had you known that

22   your client made those statements?

23           MS. MCGOVERN:  Your Honor, I think that's true with

24   all exhibits that you're not aware of before they are presented

25   the night before.  You would prepare by doing due diligence and

1    understanding exactly what the circumstances were that led to

2    the statement in the first place.

3         For example, how exactly were they made?  Why were

4    they made?  What was the meaning for the question?  We would be

5    able to speak, for example, to the individual who elicited the

6    statement in the first place.  We would be able to find out who

7    that person is.

8         THE COURT:  Well, if there's some ambiguity in the

9    statement, wouldn't it be cured by having an opportunity to

10   cross-examine your client with regard to those statements?

11        I mean, I'm just trying to understand.  If the

12   statement is made after the start of the trial but it's made by

13   one of the litigants and it relates directly to one of the

14   issues in the case, then of course that statement is not going

15   to be on the exhibit list because it was a statement that was

16   made after the time.

17        MS. MCGOVERN:  Well, Your Honor asked how we would be

18   prejudiced.  Our response is we would have prepared, we would

19   have done some due diligence to figure out exactly what

20   circumstances were.  We were not able to do that.  That's

21   prejudice number one.

22        Prejudice number two, Your Honor, is that the

23   statements that Mr. Freedman has just stated are sort of ranges

24   again.  There is a statement that's going to be made with

25   respect to Mr. Kleiman.  That's clearly going to be prejudicial

1   against Dr. Wright.  It's unclear to me how that relates to the

2   partnership in the case, the IP in the case, the damages in the

3   case or any connection to any of the Bitcoin to Dave Kleiman's

4   estate.  So I don't see how that's even relevant.

5        Additionally, to the extent the issue is directly

6   related to an issue in the case, it should directly relate to

7   an issue in the case.  The statement regarding what Dr. Wright

8   has stated about Mr. Kleiman in connection with the trial has

9   no bearing on it and is clearly going to be used to make

10  Dr. Wright look like a bad person or perhaps acting

11  inappropriately during a tremendous amount of stress.  So with

12  respect to that one, I think there's no question it has no

13  bearing and should not be admitted.

14        To the extent that each of the other issues that are

15  going to be presented against Dr. Wright, Your Honor, we would

16  request that a proper foundation be laid and that it be shown

17  solely to the witness until in fact it is determined to be

18  relevant to this case, if in fact it's going to be admitted.

19  Untimely, in our opinion.  For a substantive purpose during

20  trial, we would simply ask that the foundation be done and

21  that, in fact, it be related to an issue in this case.  If it

22  is not, Your Honor, we would move to exclude it under 403.

23        THE COURT:  All right.  Mr. Freedman, what is the

24  precise statement about Ira Kleiman that Dr. Wright is alleged

25  to have made?

```
 1           MR. FREEDMAN:  He compares him to a character called

 2   Milton from a movie called Office Space and posts a video of

 3   this character, who is a character with glasses that magnifies

 4   his eyes and he looks very pathetic, and he is a very pathetic

 5   person throughout the entire movie.  He was constantly bullied,

 6   thrown around, and treated very badly, who eventually then

 7   burns down the building at the end of the movie.

 8           THE COURT:  What's the statement that's alleged to

 9   have been made by Dr. Wright?

10           MR. FREEDMAN:  I believe -- I don't have it in front

11   of me, Your Honor, at this moment.  We can pull it up.

12           THE COURT:  Yes.  Let me see the statement.

13           MR. FREEDMAN:  That's the top one, Your Honor.  "Ira

14   reminds me of the stapler guy from The Office."

15           Can you scroll down, please, so the Court can see the

16   image that Dr. Wright -- no.  Keep going.  Down to the end.

17   One more.

18           And this is Milton, Your Honor.

19           THE COURT:  Is that the substance of what you're

20   seeking to introduce?

21           MR. FREEDMAN:  Yes, and I would like to explain why

22   it's relevant, Your Honor, which is during opening statement

23   Ms. McGovern got up, talked about how Dr. Wright has been

24   bullied, was called a freak, is autistic, and here he is at

25   counsel's table while one witness is on the stand bullying him.
```

1   Dr. Wright opened the door to this testimony by talking about

2   how he was bullied as a child and how it led -- and now he is

3   reciprocating the bullying.

4           THE COURT:  All right.  I'm not going to permit this.

5   I truly believe that, the animosity or lack of animosity, the

6   relationship between Dr. Wright and Ira Kleiman is not

7   relevant.  So I'm not going to permit this.

8           Let me see the other ones.

9           MR. FREEDMAN:  It's the top one, Your Honor.  "The

10  full value of the intellectual property that I own."

11          THE COURT:  That's appropriate, and you may certainly

12  ask the question.  To the extent that it's inconsistent, then

13  you may use it for purposes of impeachment.

14          Is this the second one?

15          MR. FREEDMAN:  Can we introduce it as substantive

16  evidence, Your Honor?

17          THE COURT:  I'm not going to permit it as substantive

18  evidence.  I'll allow its introduction for purposes of

19  impeachment, but you are allowed to ask the question.  To the

20  extent that the answer is inconsistent, you may use it for

21  purposes of impeachment.

22          MR. FREEDMAN:  Thank you, Your Honor.

23          THE COURT:  All right.  Where are the other three?

24          MR. FREEDMAN:  The top one, Your Honor:  "Simply

25  saying that Satoshi is hiding or that Satoshi is dead is

1    inadequate.  You see, there is a court case for control of the

2    protocol and the coins.  All up, it's worth probably $314

3    billion."

4             THE COURT:  You may ask the question.  Use that for

5    purposes of impeachment.

6             The other two?

7             MR. FREEDMAN:  There's one more, Your Honor.  The top

8    one:  "The deal I discussed with Calvin Ayre in March to June

9    2015 was for investment.  It was an estimate for 50 million.

10   There was one condition, that I had to get rid of Ira Kleiman

11   as a shareholder.  I offered Ira 12.  He turned me down.  No

12   deal with Calvin Ayre."

13            THE COURT:  You may ask the relevant question and you

14   may use the statement for purposes of impeachment if the answer

15   is inconsistent.

16            And the last one?

17            MR. FREEDMAN:  The last one about Dr. Wright is way at

18   the bottom.  So somebody says:  "Can Dave's coins be recovered

19   if all proofs of ownership are burnt publicly, plus receipts,

20   private keys."

21            And Dr. Wright says:  "W&K's," which clearly implies

22   that there are coins in W&K, contradicting Dr. Wright's

23   testimony that W&K never mined Bitcoin.

24            THE COURT:  You may use that for purposes of

25   impeachment.

```
 1              MR. FREEDMAN:  Thank you, Your Honor.

 2              THE COURT:  All right.  Dr. Wright, if you'll come

 3      forward.

 4              We have all our jurors ready?

 5              COURT SECURITY OFFICER:  We do, Judge.

 6              THE COURT:  Any other issues we need to address?

 7              MR. FREEDMAN:  Not for Plaintiffs, Your Honor.

 8              THE COURT:  Okay, then.

 9              Let's wait for Dr. Wright.

10         (Before the Jury, 10:08 a.m.)

11              THE COURT:  Good morning to each of you.  Please be

12      seated.  It's good to see each of you on this beautiful

13      morning.  Thank you for being so prompt.

14              I apologize for the delay.  The fault is all mine, and

15      we're ready to get back to work.

16              We'll continue with the questioning.

17              MR. FREEDMAN:  May it please the Court.

18                       DIRECT EXAMINATION [CONTINUED]

19      BY MR. FREEDMAN:

20      Q.  Good morning, Dr. Wright.

21      A.  Good morning, Vel -- Mr. Freedman.

22      Q.  Dr. Wright, yesterday I put up a document for you that was

23      addressed to the email address craig@ncrypt.com.  Do you recall

24      that?

25      A.  No, I don't.
```

```
1    Q.  Dr. Wright, is that your email address?

2    A.  Sorry.  No, it's not.

3            THE COURT:  I'm sorry.  My screen is not working.

4            MS. MCGOVERN:  Either is mine.

5            MR. FREEDMAN:  There isn't anything on the screen,

6    Your Honor.

7            THE COURT:  I'm sorry.  I thought you were showing the

8    witness something.  I apologize.

9    BY MR. FREEDMAN:

10   Q.  Dr. Wright, in fact yesterday you also testified that there

11   are other Craigs, but that email address is not yours, right?

12   A.  I have craig@nchain or, actually, craig.wright@nchain, I

13   think, or -- both my names at nChain.  I also have RCJBR, which

14   also links to Tulip Trading.  They are the same account with

15   different domains.

16           THE COURT:  Could you speak a little louder.

17           THE WITNESS:  I'm sorry, Your Honor.

18           But no, I don't have that one.

19           MR. FREEDMAN:  Ms. Vela, would you please put P333 up

20   on the screen.

21           I believe that's in evidence.

22   BY MR. FREEDMAN:

23   Q.  Dr. Wright, I asked you about this exhibit yesterday as

24   well.  You see the email that says craig@ncrypt?

25   A.  I see that.
```

1   Q.  Dr. Wright, yesterday you testified that this was an email

2   between yourself and Robert MacGregor.

3   A.  I said it was an email chain between those things.  I don't

4   remember it being myself.  I don't remember the email.

5   Q.  Does this help refresh your memory that you did control the

6   craig@ncrypt.com email address?

7   A.  No, it does not.

8   Q.  Okay.

9        MR. FREEDMAN:  Ms. Vela, can you bring that down, and

10  just for counsel and Dr. Wright, can you please put up Article

11  1.

12  BY MR. FREEDMAN

13  Q.  Do you recognize this as a publication, Dr. Wright?

14  A.  Yes, but I didn't put the email in there.  Other people

15  did.  So that's actually not my email.  It's incorrect.

16  Q.  Do you see -- does this help refresh your recollection that

17  this is in fact your email address?

18  A.  No.  Marco put the wrong email address in there.  At the

19  time this was published, that was definitely -- nCrypt didn't

20  even exist.  So Marco did the filing and he put the wrong

21  email.  It's not mine.

22        MR. FREEDMAN:  Ms. Vela, can you take that down and

23  put up Article 2 for the witness.

24  BY MR. FREEDMAN:

25  Q.  Dr. Wright, does this help refresh your recollection, this

1    article help refresh your recollection that you in fact did

2    control the craig@ncrypt.com email address?

3    A.   No.   Again, I didn't fill out the details for this in

4    publication, and if people put the wrong address because they

5    think it's my address, that's probably why I don't get any

6    correspondence on these.

7    Q.   All right.   Dr. Wright, I'm going to try to lay the

8    foundation for a document that we're going to try to get in.

9    So to speed us along on that, I have a clip of your deposition

10   prepared.

11          MR. FREEDMAN:   Ms. Vela, can you please play clip 101.

12       (Video played.)

13          MR. FREEDMAN:   Ms. Vela, can you please show the

14   witness and counsel document P359.   And can we go to Page 8,

15   please.

16   BY MR. FREEDMAN:

17   Q.   Dr. Wright, do you see a list of a schedule on this page?

18   A.   I can see the page.

19   Q.   Did you attend interviews along the lines of those listed

20   on this page?

21   A.   I attended a meeting with the BBC, with The Economist, and

22   then GQ.   The times are wrong and some of the people are wrong.

23   Q.   And this was in connection with the press events that

24   Robert MacGregor and The Outside Organisation organized?

25   A.   I don't actually know.   I mean, I blamed Robert for a lot

```
 1   of things more than he should have.  I was very angry at the
 2   time, and I don't actually know who was behind many of the
 3   things.  But Robert was the person talking to me.  So as the
 4   person I spoke to on a daily basis, who I thought betrayed me,
 5   I blamed Robert for everything.
 6   Q.  And you eventually interviewed with GQ and Stuart McGurk
 7   from GQ, correct?
 8   A.  I wouldn't actually call it an interview.  They basically
 9   dressed me up in turtlenecks and tried to make me look like --
10   like I was an Apple founder or something like that, and I
11   thought it was horrible.  The only time in my life I've ever
12   worn a turtleneck was when GQ played Ken doll with me, and I
13   wouldn't call that an interview.
14        MR. FREEDMAN:  Ms. Vela, you can take that down.
15   Thank you.
16        Ms. Vela, can you please now play clip 102 from
17   Dr. Wright's deposition.
18     (Video played.)
19        THE COURT:  Mr. Freedman, let me just remind you and
20   remind all counsel that, by a previous agreement, when you are
21   playing portions of a video deposition, the court reporter is
22   not taking down verbatim the words that are spoken.  For
23   example, with clip 102.  So it is important from this point
24   forward that you will reference the page and line or you can
25   provide each day the content of, for example, what clip 102 is.
```

```
 1    I'm not sure if you're filing that separately at the conclusion

 2    of the trial, but that is very important.

 3            MR. FREEDMAN:  I don't have the lines in front of me

 4    right now, but we will make sure to do that.

 5            Ms. Vela, can you please put up P318 for just the

 6    witness and counsel.

 7            Can you zoom in on that.

 8    BY MR. FREEDMAN:

 9    Q.  Dr. Wright, do you recognize this as an email --

10            MR. FREEDMAN:  Ms. Vela, can you use the native

11    version of this so we can see the actual email addresses.

12    BY MR. FREEDMAN:

13    Q.  Dr. Wright, do you recognize this as an email from Nick

14    Caley from The Outside Organisation, the PR organization that

15    was hired to coordinate the events?

16    A.  I don't recall this email.

17    Q.  And it's addressed to you and Ramona Watts.  Do you see

18    that?

19    A.  It says:  "NCrypt Craig."  As I said, that's not actually

20    my address.

21    Q.  But the address, it says:  "Hello, Craig and Ramona."

22    Right?

23    A.  I don't recognize this.

24    Q.  Okay.  And this email purports to attach two transcripts

25    from a media training session, does it not?
```

1    A.  I have no idea.  It's got two documents.  I don't know what

2    they are.

3            MR. FREEDMAN:  Ms. Vela, can you bring us to Page 2 of

4    the PDF file.  Not the native email.  So P318.

5    BY MR. FREEDMAN:

6    Q.  Do you see at the top, Dr. wright, it's entitled --

7            MR. FREEDMAN:  Ms. Vela, you can leave it zoomed out

8    for now.

9    BY MR. FREEDMAN:

10   Q.  Do you see at the top it says:  Media Training Session 2"?

11   A.  I can see the document.

12   Q.  Dr. Wright, do you recall participating in -- sorry.

13   Strike that.

14           MR. FREEDMAN:  Ms. Vela, can you go to Page 20.

15   BY MR. FREEDMAN:

16   Q.  Do you see it says:  "Media Training Session 1" at the top,

17   Dr. Wright?

18   A.  I can see what the document says.

19   Q.  And it starts off with somebody pretending to be Stuart

20   McGurk from GQ magazine.

21           MS. MCGOVERN:  I'm going to object to the use of the

22   substantive nature of the document until it is admitted into

23   evidence.  We have an objection from October 14th to this

24   document, and we renew it here.

25           THE COURT:  You can continue to lay the foundation.

```
 1              Overruled at this point.

 2   BY MR. FREEDMAN:

 3   Q.  Dr. Wright, do you recall this is a transcript of a mock

 4   interview that you participated in?

 5   A.  No.  There was never any transcript of any mock interviews

 6   I was in.  And no, I don't recall it.

 7              MR. FREEDMAN:  Ms. Vela, can you please bring us to

 8   Page 29 of this interview.

 9   BY MR. FREEDMAN:

10   Q.  Dr. Wright, I'm going to try to take you through this

11   document to see if I can't get you to remember that this is, in

12   fact, a transcript.

13              MS. MCGOVERN:  Your Honor, I'm going to object to the

14   use of the word transcript.  That very word was addressed by

15   the Court on October 14th stating that the Plaintiffs

16   improperly characterized it as a transcript.

17              THE COURT:  Why don't you refer to its proposed entry

18   into evidence as the exhibit number.

19              MR. FREEDMAN:  P318.

20              Ms. Vela, can you please highlight the word:

21   "Inaudible" in the question in P318.  Then, Ms. Vela, shortly,

22   right in the question underneath that, can you highlight the

23   words within the parenthetical:  "Inaudible from interviewer."

24              Ms. Vela, can you now bring us to Page 30, and in the

25   one -- actually, where your cursor is right now, there's
```

1    another parenthetical that says:  "Interview interrupts" and

2    there's more in bold font.  Can you highlight that, please.

3            And then on that same page, Ms. Vela, at the bottom.

4    The last bold line:  "Inaudible question," can you highlight

5    that, please, too.

6            Ms. Vela, can we go to the next page.  Can you

7    highlight the:  "Laughs" in brackets.

8            MS. MCGOVERN:  Your Honor, I object to this.  This is

9    not a proper foundation laying.  There's no question or answer.

10           THE COURT:  Let's get to the questions with regard to

11   the foundation.

12   BY MR. FREEDMAN:

13   Q.  Dr. Wright, does this help -- have you had a chance to look

14   over this document and see if it helps you recall that this is

15   in fact a transcript of a mock interview that you participated

16   in, that you received from Nick Caley, who was in The Outside

17   Organisation, that you just testified was hired to prepare you

18   for media sessions in a way where they would throw questions at

19   you, you would respond, they would throw questions at you, and

20   you would respond again?

21           MS. MCGOVERN:  Objection to the narrative nature of

22   it, and particularly the fact it goes against the Court's

23   determination of October 14th.

24           THE COURT:  Overruled.  I'll allow it at this point.

25           THE WITNESS:  No.  This is not a transcript.  It is

1    not a document to do with anything that that process happened,

2    and there are errors in it.  For instance:  "Have you spoken to

3    Gavin Andresen lately?"  No, I haven't.  That was actually

4    incorrect.  So this document is not anything to do with that.

5    No, I don't recognize this document.

6              MR. FREEDMAN:  Ms. Vela, can you bring us to Page 43.

7    BY MR. FREEDMAN:

8    Q.  Dr. Wright, now there's a break in what appeared to be the

9    back-and-forth we were looking at before and now somebody is

10   providing notes.

11      Do you see in that first -- that first bold paragraph there

12   where there's a comment?

13              MR. FREEDMAN:  Ms. Vela, can you just highlight that

14   first line.

15   BY MR. FREEDMAN:

16   Q.  Dr. Wright, "CW" is you, correct?

17   A.  I don't know.  I don't recognize the document.

18   Q.  Does this help refresh your recollection that, in fact,

19   this was you giving answers in response to questions?

20   A.  It refreshes my memory this did not happen the way you're

21   saying.  This is not a document I recognize.

22   Q.  How did it happen, Dr. Wright?

23   A.  Not like this.  There was a separate thing where people had

24   a theater.  What happened was I had a group of people on one

25   side and a person playing Craig Wright saying:  "This is how

1    you need to do these things."  But this isn't that.  So I had

2    someone pretending to be a questioner and someone pretending to

3    be Craig Wright going:  "This is how you answer."  And no, this

4    isn't it.

5           MR. FREEDMAN:  Your Honor, Plaintiffs offer P318 into

6    evidence.

7           MS. MCGOVERN:  Excuse me, Your Honor.  Your Honor, we

8    object.  As set forth in the argument that was presented at

9    Pages 25 and 26 of the October 14th hearing, Your Honor, it's

10   been determined this is in fact not a transcript.  This is a

11   media document.

12          THE COURT:  The objection is sustained.

13          MR. FREEDMAN:  Okay.  Ms. Vela, can you take that

14   down, please.

15   BY MR. FREEDMAN:

16   Q.  Dr. Wright, you worked on intellectual property with Dave

17   Kleiman, correct?

18   A.  I worked on a number of things.  I worked on a paper I

19   published with him in 2008, which his name is on.  I worked on

20   several books.  And after 2011 he took intellectual property

21   that I developed in Greyfog and helped document it.

22   Q.  Dr. Wright, you worked on intellectual property with Dave

23   Kleiman, correct?

24   A.  As I just stated, I worked on a paper in 2008 that he was

25   published with.  I worked on three books.  And after 2011,

1   intellectual property that I developed in a company called

2   Greyfog was transferred to W&K where Dave was to document it.

3        MR. FREEDMAN:  Ms. Vela, can you please play clip 45

4   from Dr. Wright's deposition.  That's the April 24th, 2019

5   deposition.  Page 215, lines 12 through 14.

6      (Video played.)

7   BY MR. FREEDMAN:

8   Q.  Dr. Wright, for example, Dave Kleiman was involved in

9   creating a completely open and malleable form of scriptable

10  money?

11  A.  The thing you're talking about is Sukuriputo Okane, which

12  was lodged as a project with the Australian government in 2012.

13  I started developing that in March 2012.  It never went

14  anywhere.  It was in Coin-Exch. eventually.  Dave didn't have

15  any involvement in it.  He was going to be helping to run and

16  set up Coin-Exch., but that was his extent of involvement.

17        MR. FREEDMAN:  Ms. Vela, can you put up P744, please,

18  just for the witness and counsel.

19        Ms. Vela, can you just zoom out.

20        Can you go to the next page.  Can we show them side by

21  side.

22  BY MR. FREEDMAN:

23  Q.  Dr. Wright, do you recognize this as an email from yourself

24  to Ira Kleiman dated February 16th, 2014?

25  A.  Yes.  This details what I just explained.

1           MR. FREEDMAN:  Your Honor, can we offer P744 into

2     evidence.

3           MS. MCGOVERN:  No objection.

4           THE COURT:  Admitted into evidence.

5        (Plaintiffs' Exhibit 744 received into evidence.)

6           MR. FREEDMAN:  Ms. Vela, can you now zoom in to the

7     left side of the email itself and then on the right side can we

8     just get the first half of the page or so.

9     BY MR. FREEDMAN:

10    Q.  Dr. Wright, this is an email from yourself to Ira Kleiman

11    dated February 16th, 2014.  It's entitled -- and I'm not going

12    to do this as well as you did.  Well, it says "R&D," but it's

13    got an attachment titled "Sukuriputo Okane."

14          That's probably not the way you say it.  How do you

15    pronounce it?

16    A.  Sukuriputo Okane.

17    Q.  I'm going to stick with mine.  Sukuriputo Okane.

18          Underneath that you say what Dave was involved in creating,

19    right?

20    A.  Yes.  That's correct.

21    Q.  And then you attach to that this document.  It says:

22    "Sukuriputo Okane seeks to create a completely open and

23    malleable form of scriptable money.  That is money that can be

24    contracted in advance."

25          Do you see that?

```
1    A.  I do.

2    Q.  "We are seeking to explore ways to program a distributed

3    contract using Bitcoin to form agreements with people via the

4    blockchain."

5        Do you see that?

6    A.  Yes.

7    Q.  You then say:  "We seek to create autonomous agents in the

8    Bitcoin block," in the last paragraph before the list of

9    bullets.

10   A.  Yes.

11   Q.  And you talk about smart:  "Property on the blockchain."

12       Do you see that, Dr. Wright?

13   A.  I do.

14   Q.  Dave was involved in creating this, correct?

15   A.  He helped set up some of the servers that I ended up

16   running the tests on, yes.

17   Q.  He was involved with creating this, correct?

18   A.  As I just said, he set up some of the servers that I ran

19   the tests on, yes.

20            MR. FREEDMAN:  Ms. Vela, can you please highlight Dr.

21   Wright's email to Ira Kleiman on the 16th of February, 2014.

22   BY MR. FREEDMAN:

23   Q.  Dr. Wright, Dave was involved in creating this, correct?

24   A.  As I just said multiple times, Dave set up all the servers

25   that I ran my tests on.  That is an involvement.
```

1    Q.  Dr. Wright, you told Mark Ferrier the same thing, didn't

2    you?

3    A.  No, I didn't mention -- I don't think I mentioned -- or

4    pretty sure I didn't mention that to Ferrier.

5         MR. FREEDMAN:  Ms. Vela, can you please bring up P459,

6    which is Dr. Wright's Skype messages between himself and Mark

7    Ferrier.

8         Can you bring us to line 61, Ms. Vela.

9         Can we publish this to the jury.  It's in evidence.

10        Can you bring us to line 61, please, Ms. Vela.

11   BY MR. FREEDMAN:

12   Q.  Craig Wright, April 5th, 2013:  "We are seeking to explore

13   ways to program a distributed contract using Bitcoin to form

14   agreements with people via the blockchain.  These are

15   agreements built into the coin itself that is money with

16   conditions."

17      You see that, Dr. Wright?

18   A.  I do.  I had forgotten that I mentioned the block of what

19   I'm doing, but I didn't call it a name, I don't believe, to

20   him.

21        MR. FREEDMAN:  Ms. Vela, can you click on the cell.  I

22   believe some of it is cut off because of the way it cells.

23        Can you just open that cell.  D61.

24        There we go.  Thank you.

25   BY MR. FREEDMAN:

```
 1    Q.  So, Dr. Wright, it actually starts off by saying:  "What

 2    Dave and I want to do is the following Sukuriputo Okane."

 3        Do you see that?

 4    A.  I do.  I don't recollect saying it, but I must have.

 5    Q.  Okay.  In addition, Dr. Wright, you worked with Dave for

 6    over a decade developing the concept of a Bitcoin exchange by

 7    which smart contracts would be connected, did you not?

 8    A.  No.  The way that I said that, I was talking about I was

 9    there and Dave came in.

10        MR. FREEDMAN:  Ms. Vela, can you go to P464, which is

11    in evidence, and let's go to Page 5, please.

12    BY MR. FREEDMAN:

13    Q.  Dr. Wright, this, you'll remember, is your statement to the

14    New South Wales police.

15        MR. FREEDMAN:  And, Ms. Vela, can you highlight or

16    call out Paragraph 13.  Can you bring that up for us so it's

17    easier to see.

18    BY MR. FREEDMAN

19    Q.  "In the course of our conversations, I discussed with Mark

20    the concept of a Bitcoin exchange by which smart contracts

21    would be connected."

22        MR. FREEDMAN:  Ms. Vela, can you highlight the next

23    sentence.

24    BY MR. FREEDMAN:

25    Q.  "This is an idea that I had developed with my business
```

1    partner Dave Kleiman for a period of over a decade."

2         Do you see that?

3    A.  I do.

4              MR. FREEDMAN:  Ms. Vela, can you back us out of here

5    for a moment and can you show us the date Dr. Wright emails

6    Katherine Unger of the New South Wales police this statement,

7    Page 1.

8    BY MR. FREEDMAN:

9    Q.  September 22, 2014.  You were working on smart contracts

10   with Dave Kleiman since 2004, weren't you, Dr. Wright?

11   A.  No, I wasn't.

12   Q.  Isn't it true, Dr. Wright, that you and Dave also worked on

13   the development of a system that integrated supervisory control

14   and data acquisition, otherwise known as SCADA, software and a

15   Bitcoin exchange?

16   A.  They're two different things.  But yes, one of the things

17   W&K was meant to do was SCADA systems, and then Coin-Exch. was

18   the exchange.

19             MR. FREEDMAN:  Ms. Vela, can we go to PDF Page 6,

20   please.

21   BY MR. FREEDMAN:

22   Q.  Dr. Wright, you'll recognize we're still in your statement

23   to the New South Wales police, correct?

24   A.  Yes.

25             MR. FREEDMAN:  Ms. Vela, can you call out Paragraph 17

1    for us.  Can you highlight that first sentence, Ms. Vela.

2    BY MR. FREEDMAN:

3    Q.  "The idea conceived by David and me."

4        Do you see that?

5    A.  Yes.

6    Q.  Dave Kleiman was not meant to work on SCADA and Bitcoin,

7    Dr. Wright.  He conceived the idea with you.  Isn't that

8    correct?

9    A.  No.  The actual correct thing would be Bob Radvanovsky and

10   myself had talked about it.  I invited Dave in.  In 2011, I

11   invited Dave to help develop it further, and Dave wanted to be

12   part of it.  He never ended up doing much, but he was meant to

13   actually help do that.

14   Q.  Dr. Wright, it says:  "The idea conceived by David and me

15   was to develop a system that integrated supervisory control and

16   data acquisition, SCADA software, and a Bitcoin exchange"?

17   A.  Yes.  Coin-Exch.

18   Q.  "Conceived by David and me."

19   A.  Again, that's why 50-percent ownership approximately each

20   party as founding shareholders; Coin-Exch., both of us were

21   50-50 on the founding shares.

22       MR. FREEDMAN:  Thank you, Ms. Vela.  You can take that

23   down.

24   BY MR. FREEDMAN:

25   Q.  Dr. Wright, you and Dave also developed intellectual

1    property like software, did you not?

2    A.  No.  David occasionally helped do some documentation.  Dave

3    didn't develop software.  He could edit documentation.  There's

4    a difference.  I know that word confuses people, but editing is

5    for text.  Developing is for code.

6            MR. FREEDMAN:  Ms. Vela, can you please put up P160,

7    which is already in evidence, and let's go to Page 19.

8    BY MR. FREEDMAN:

9    Q.  Dr. Wright, this is an email exchange between you and Ira

10   Kleiman.  Do you see that?

11   A.  I do.

12   Q.  On the very bottom is an email from you on April 22nd,

13   2014.  You say:  "The reason for the transfer is to use the R&D

14   credit, tax credit, on the value of the software" --

15           MR. FREEDMAN:  Ms. Vela, can you highlight:  "Dave and

16   I developed."

17           THE WITNESS:  Is that a question?

18   BY MR. FREEDMAN

19   Q.  Do you see that?

20   A.  Yes, I see that.

21   Q.  "Dave and I developed"?

22   A.  That's what the document says.

23   Q.  Doesn't say that Dave edited, does it?

24   A.  No.  I didn't go into any detail.  I was quite annoyed

25   already by this stage with Ira.  He was --

1    Q.  Isn't it true, Dr. Wright, that Dave enhanced versions of

2    software that relate to Bitcoin?

3    A.  No.  There's only a single coder, as other people such as

4    Gavin have said.  The development of code in C++ is extremely

5    complex.  It's not something that someone picks up as a home

6    coder.  I did years of coding.  My code isn't professional.

7    It's academic.  I taught at a master's level.

8        Dave has never once in his life learned a single line of C

9    code.  He was not even good at Perl.

10              MR. FREEDMAN:  Ms. Vela, can you please bring up P143.

11              Is this in evidence?

12              MS. MCGOVERN:  No, it's not.

13              MR. FREEDMAN:  Okay.  Can you zoom in, please, on the

14   email, please, Ms. Vela.

15   BY MR. FREEDMAN:

16   Q.  Dr. Wright, do you recognize this as an email chain that

17   includes an email from Andrew Miller of the Australian Taxation

18   Office to John Chesher, the CFO of your company?

19   A.  I recognize this document, yes.

20   Q.  And he's attaching a transcript from a meeting with the

21   ATO?

22   A.  No.  He's attaching a document that they wanted to purport

23   was a transcript that ended up being rejected, that they kept

24   trying to use, before -- the commissioner at the time was

25   actually charged with corruption and fraud.  This guy's boss

```
 1   was actually fired, and three other people in the tax office
 2   were actually fired.  None of this actually eventuated.  So no,
 3   it's not a transcript.
 4          MR. FREEDMAN:  Ms. Vela, let's take this down for a
 5   minute and let's address this.
 6   BY MR. FREEDMAN:
 7   Q.  Dr. Wright, we've talked a little bit about how the
 8   Australian government conducted an audit of some of your
 9   companies, did we not?
10   A.  We did.
11   Q.  As part of that audit, the Australian Tax Office evaluated
12   whether these companies were entitled to certain tax rebates
13   and credits?
14   A.  No, they had a witch hunt.
15          MR. FREEDMAN:  Ms. Vela, can you please put up P795.
16          Can we go, please, to the first page of the
17   attachment.
18          Next page, Ms. Vela.
19          Okay.  Thank you, Ms. Vela.
20   BY MR. FREEDMAN
21   Q.  Dr. Wright, do you recognize this as a Reasons for Decision
22   issued by the Australian Taxation Office with the little logo
23   up at the top?
24   A.  No, I don't.
25   Q.  Little logo up at the top.
```

 1    A.   Sorry.  I don't recognize this document.  It's March 2016.

 2    I was not involved with the companies.

 3         MR. FREEDMAN:  Ms. Vela, can you go to page 5.

 4    BY MR. FREEDMAN

 5    Q.  Dr. Wright, do you see in Paragraph number 1 the Australian

 6    Taxation Office talking about why they undertook their audits?

 7    A.  I can see a document here.  I've never seen this document

 8    before this.  So I don't recognize it.

 9         MR. FREEDMAN:  Ms. Vela, can you go back one more time

10    to the first page.

11    BY MR. FREEDMAN:

12    Q.  Do you see that the paper covers the time period you were

13    in those companies, Dr. Wright, July 2012 to June 2013?

14    A.  I can see that it has a reason for decision in that period,

15    and it's dated March when I wasn't there.  I don't recognize

16    it.

17         MR. FREEDMAN:  Your Honor, Plaintiffs offer P795 into

18    evidence.

19         MS. MCGOVERN:  Objection.  Foundation.

20    Authentication.  Hearsay.

21         THE COURT:  The objection on each ground is overruled.

22    It will be admitted into evidence.

23      (Plaintiffs' Exhibit 795 received into evidence.)

24         MR. FREEDMAN:  Ms. Vela, can we publish that to the

25    jury.

1  BY MR. FREEDMAN:

2  Q.  Dr. Wright, we are looking at a Reasons for Decision issued

3  by the Australian government, the Australian Taxation Office.

4  Do you see that stamp in the top corner?

5  A.  I can see the document.

6        MR. FREEDMAN:  Ms. Vela, can you please bring us to

7  Page 5, and can you call out the first paragraph there.

8  BY MR. FREEDMAN:

9  Q.  "An audit was undertaken to determine the taxable income of

10  CO1N and its eligibility for a refundable tax offset in the

11  year ended 30th of, June 2013."

12      Do you see that?

13  A.  I see the line.

14        MR. FREEDMAN:  Thank you, Ms. Vela.  You can put that

15  down.

16  BY MR. FREEDMAN:

17  Q.  Dr. Wright, we've also heard you yesterday claim that

18  evidence was fabricated by the Australian government, did we

19  not?

20  A.  No.  I said specifically that the government came back and

21  said that there was a breach in the security and that that was

22  pointed out in our forensic report.  The government -- that was

23  done inside the government site.  The government basically said

24  they were hacked.

25  Q.  Dr. Wright, did you say that Des McMaster had fabricated

```
 1   documents?

 2   A.  I believe he was involved in that, yes.

 3   Q.  Dr. Wright, isn't it true that the Australian government

 4   actually found that you had fabricated documents?

 5   A.  No.  Actually, they sent something through.  We had a

 6   forensic report done.  The forensic report demonstrated that

 7   the documents were fabricated within the tax office.  The

 8   forensic report -- the ATO then dropped the case against me

 9   when it was demonstrated that internal to the government

10   department the document changes were made.

11        So no.  Actually, the determination was that something

12   happened which the government then said:  "Oh, we were hacked,"

13   and then dropped everything against me.

14   Q.  Let's look at the documents, Dr. Wright.

15             MR. FREEDMAN:  Ms. Vela, can you please bring up P604.

16   BY MR. FREEDMAN:

17   Q.  Dr. Wright, do you see this as an Australian government

18   document from the Australian Taxation Office?  It is their

19   audit position paper in regards to the company CO1N.

20   A.  I can see the document.  I don't recognize it.  I wasn't a

21   company officer at that time.

22   Q.  CO1N was one of your companies, Dr. Wright?

23   A.  CO1N was a company owned by DeMorgan Limited, a public

24   company of which I was a major shareholder.

25             MR. FREEDMAN:  Your Honor, Plaintiffs offer P604 into
```

1    evidence.

2            MS. MCGOVERN:  Hearsay, Your Honor.

3            THE COURT:  The objection is overruled.  It will be

4    admitted into evidence.

5        (Plaintiffs' Exhibit 604 received into evidence.)

6    BY MR. FREEDMAN:

7    Q.  Dr. Wright, let's give the jury a moment to catch up.

8        We're looking at an Australian government, Australian

9    Taxation Office, document that is titled "Audit Position

10   Paper."  It's addressed to the public officer of CO1N PTY, LTD,

11   one of your companies.

12           MR. FREEDMAN:  Ms. Vela, can you please bring us to

13   Page 7.  Can you highlight Paragraph 3 for me, Ms. Vela.

14   BY MR. FREEDMAN:

15   Q.  Set out below, the Australian Taxation Office writes:  "It

16   is our position, in relation to the tax issues which have been

17   identified in the course of the audit, as set out below, this

18   is a statement of fact summary of your contention and

19   explanation for the reasons for our position."

20       Do you see that, Dr. Wright?

21   A.  I see that.

22           MR. FREEDMAN:  Ms. Vela, can you please highlight

23   Paragraph 1, where the Australian government explains what a

24   position paper is.

25

```
 1    BY MR. FREEDMAN:

 2    Q.  "Position paper is a document that sets out the ATO's

 3    analysis of the facts as we understand them."

 4         Do you see that, Dr. Wright?

 5    A.  I see that.

 6              MR. FREEDMAN:  Ms. Vela, can you please bring us to

 7    Page 36 of the position paper.  Can you highlight the topic of

 8    the Australian government's position where it says:

 9    "Electronic evidence submitted by the taxpayer."

10    BY MR. FREEDMAN:

11    Q.  Do you see that, Dr. Wright?

12    A.  I see that line.

13    Q.  Paragraph 151.

14              MR. FREEDMAN:  Can you zoom in to just the text there,

15    Ms. Vela, of all the texts on the page.  That's easier for us

16    to read.

17              All the way down.

18              There we go.  Thank you.

19    BY MR. FREEDMAN:

20    Q.  "The taxpayer and related entities, also controlled by

21    Dr. Wright, had provided a series of emails they allege

22    represent email correspondence between ATO officers and the

23    taxpayer's directors/representatives."

24         Do you see that?

25    A.  I see that.
```

```
1            MR. FREEDMAN:  Ms. Vela, now I'm at 152.

2   BY MR. FREEDMAN:

3   Q.  "Two other emails pertaining to the affairs of entities

4   related to the taxpayer also contain purported correspondence

5   with ATO officers."

6            Do you see that?

7   A.  I do.

8   Q.  153:  "ATO records show that these emails were either never

9   sent or that the contention of the emails has been altered from

10  what was originally sent or received to support the contentions

11  of the taxpayer and related entities."

12            Do you see that?

13  A.  I see the line.

14  Q.  The Australian government found that you edited documents

15  to support your own positions.  Is that not correct?

16  A.  That is not correct.  As I stated, once we received this,

17  we engaged forensic experts who produced two reports.  Those

18  reports demonstrated that the changes in these emails occurred

19  within the tax office.

20            The tax office then came back noting that there was a

21  security breach on their servers and they said basically:  "Oh,

22  it's not our fault.  We were hacked."

23            The documents from the forensic investigation are in

24  October till December of this year, and continued into 2016.

25  So during the period you're putting here -- a position paper is
```

1    equivalent to a statement of claim.  It is where the government

2    wants to bring action.  The government didn't bring action

3    because it was demonstrated that their claims were false before

4    they took the action to court and they withdrew and dropped all

5    action.

6        So no.  By definition, this is the equivalent of your

7    statement of claim, and the end result was the equivalent of

8    the ATO lost.

9            MR. FREEDMAN:  Ms. Vela, let's take a look at P795.

10            Can we go to the first page, please, of the actual

11   attachment.  Page 2.

12   BY MR. FREEDMAN:

13   Q.  Dr. Wright, do you recognize this as the actual reasons for

14   the decision the ATO made?

15   A.  No.  I haven't seen this before.

16   Q.  And this is, Dr. Wright, related to CO1N PTY, LTD for the

17   period of 1st July 2012 through 30th of June, 2013, right?

18   A.  I can see the document.  It's the first time I've seen it.

19            MR. FREEDMAN:  Ms. Vela, can you please bring us to

20   Page 44 for a moment.

21   BY MR. FREEDMAN:

22   Q.  In 222, do you see the Australian Taxation Office talking

23   about various electronically --

24            MR. FREEDMAN:  No.  No.  Ms. Vela, 222.  That's 222.2.

25

```
1    BY MR. FREEDMAN:

2    Q.  Do you see the government talking about electronic

3    evidence?

4    A.  I do.

5            MR. FREEDMAN:  Your Honor, Plaintiffs offer P795 into

6    evidence.

7            MS. MCGOVERN:  Your Honor, hearsay.  Foundation.

8    Authentication.

9            THE COURT:  I'm showing that 795 is already in

10   evidence.

11           MR. FREEDMAN:  Okay.

12           MS. MCGOVERN:  Okay.  Withdrawing the objection, Your

13   Honor.

14           MR. FREEDMAN:  Can we publish to the jury, please.

15   BY MR. FREEDMAN:

16   Q.  Dr. Wright, the Australian government's reasons for

17   decision, why they made their decision.  Do you see this?

18   A.  I see the document.

19           MR. FREEDMAN:  Ms. Vela, can you bring us to Page 5.

20           Can you highlight 2.1.

21   BY MR. FREEDMAN:

22   Q.  "This is a statement of the facts which we have relied upon

23   in reaching our decision."  Do you see that, Dr. Wright?

24   A.  I see the equivalent of what you state are facts, yes.

25           MR. FREEDMAN:  Ms. Vela, can you bring us to Page 44.
```

1    Can you highlight -- can you zoom in from 222, or call it out

2    for us.

3    BY MR. FREEDMAN:

4    Q.  At the outset, the government says:  "We note that the

5    taxpayer's contentions rely almost exclusively on electronic

6    evidence that cannot be verified by independent third parties

7    and in some instances has been proven to be fabricated."

8        Did you see that, Dr. Wright?

9    A.  I see they're using the same type of language you do, which

10   is before it's gone into a court say that it's proved.

11           MR. FREEDMAN:  Ms. Vela, can you bring us to Page 47

12   of the Reasons for Decision from the Australian government.

13   Can you go to 227, please, and can you call that out for us.

14   BY MR. FREEDMAN:

15   Q.  "Because of the circumstances listed above and our

16   conclusion that access to a supercomputer of the nature

17   described by the taxpayer was never acquired by it, we infer

18   that no payment was made to W&K by or on behalf of the taxpayer

19   and that the documentation was created by the taxpayer in order

20   to fraudulently deceive the ATO and support the false and

21   misleading statements made by it in its 2012 to 2013 income

22   return."

23       Do you see that, Dr. Wright?

24   A.  I see the claim.  Yes.

25           MR. FREEDMAN:  Ms. Vela, thank you.  You can take that

1   down.

2          Can we please put up P565.

3   BY MR. FREEDMAN:

4   Q.  Dr. Wright, do you see the title of this document from the

5   Australian government?  It's called "Penalty and Interest

6   Position Paper."

7   A.  I see the document.  It's the first time I've seen it.

8   Q.  Also related to CO1N?

9   A.  I assume so.

10  Q.  And date of the paper, Dr. Wright?

11  A.  It's March 2016.

12  Q.  March 2016.

13          MR. FREEDMAN:  Ms. Vela, can you please take us to

14  Page 9.

15  BY MR. FREEDMAN:

16  Q.  Do you see the first -- the penalty statement, first bold

17  statement underneath 18, Dr. Wright?

18  A.  Yes.  I see the typical thing that the ATO keeps doing,

19  yes.

20          MR. FREEDMAN:  Your Honor, Plaintiffs offer P565 into

21  evidence.

22          MS. MCGOVERN:  Your Honor, hearsay.  Foundation.

23  Authentication.

24          THE COURT:  The objection is overruled.  It will be

25  admitted into evidence.

```
1          (Plaintiffs' Exhibit 565 received into evidence.)

2               MR. FREEDMAN:  Can we please publish to the jury.

3     BY MR. FREEDMAN:

4     Q.  Dr. Wright, let's go through to -- the jury wasn't able to

5     see the document before.

6          So Australian government, Australian Tax Office little logo

7     on the top, right?

8     A.  I haven't seen the document before.  Could be.  Don't know.

9     Q.  It's called a "Penalty and Interest Position Paper."

10         Do you see that?

11    A.  I can see the document.

12              MR. FREEDMAN:  And, Ms. Vela, can you highlight the

13    date for us in March of 2016.

14    BY MR. FREEDMAN:

15    Q.  Dr. Wright, that postdates the date you said they retracted

16    their decisions, doesn't it?

17              MS. MCGOVERN:  I'm sorry.  I didn't hear the question.

18    BY MR. FREEDMAN:

19    Q.  That postdates the day you said that they retracted their

20    decisions, doesn't it?

21    A.  No, it does not.  I said we had forensic people involved

22    between the end of 2015 to beginning of 2016.

23         What you're neglecting is that this went to court during

24    the insolvency thing the ATO brought up.  The first auditor

25    found no evidence of fraud.  The ATO fired and had the Court
```

1    replace the auditor.  The second audit firm found no evidence

2    of fraud.  The ATO tried to fire the second and have a third

3    auditor appointed.  The Court said:  "You had two bites at the

4    cherry," and closed the case.  That was in 2017.  Sorry.

5    Q.  Dr. Wright, the government says that:  "This paper explains

6    the ATO's penalty and interest position for CO1N PTY, LTD for

7    the period of 1st July 2012 to the 30th of June 2013."

8        Do you see that?

9    A.  I see the document.

10           MR. FREEDMAN:  Ms. Vela, can you bring us to Page 9.

11   Sorry.  Ms. Vela, let's start on Page 6.  And can you highlight

12   Issue 1.  Sorry.  Make it -- call it out for us so we can see

13   it.

14   BY MR. FREEDMAN:

15   Q.  "Issue 1, Penalties.  Is the taxpayer liable to the

16   administrative penalties under Division 284 of Schedule I?

17   Position:  Yes."

18       7.  "We consider the taxpayer made false or misleading

19   statements.  We consider the statements arose from the

20   taxpayer's intentional disregard of taxation law.  We also

21   consider that the taxpayer did not have a reasonably arguable

22   position."

23       Do you see that?

24   A.  I see the exact thing they said to me when they took this

25   action in 2009 and 2010 and said that Bitcoin isn't -- it's a

1    hobby and an enterprise.  And I saw the exact claim that they

2    brought to court in 2012 and that I won on, when the Court

3    overruled them and actually made them apologize in writing.

4        I see the same thing that they brought into evidence in the

5    court in Australia in 2016 and '17 when they argued that this

6    was true, and I saw the same result from both auditors who said

7    no evidence of fraud.  Yes, I see the document.

8            MR. FREEDMAN:  Ms. Vela, can we go to Page 9 of the

9    PDF.  Can you highlight -- yes -- that whole paragraph there.

10   BY MR. FREEDMAN:

11   Q.  Dr. Wright:  "Penalty for false or misleading statements.

12   You are liable to a penalty if you make a false or misleading

13   statement.  The taxpayer made a false or misleading statement

14   in its 2013 income tax return that led to it claiming a

15   refundable R&D tax offset of $2,222,252.10 to which it is not

16   entitled."

17       Do you see that, Dr. Wright?

18   A.  I see that.

19   Q.  Australian government found you made false and misleading

20   statements, not that they made false and misleading statements;

21   isn't that correct?

22   A.  No.  This is an equivalent of a charge sheet.  This is

23   where the tax office claimed that I did that.  As I stated --

24   sorry -- the companies were closed down with both auditors

25   finding no fraud.

```
 1            MR. FREEDMAN:  Ms. Vela, can we go to Page 13, please,

 2    and can we -- yes.  39, please.  Can we call that out.

 3    BY MR. FREEDMAN:

 4    Q.  Dr. Wright, in their penalty paper, the ATO says:  "Taken

 5    together, these facts indicate that the taxpayer's claim was

 6    based on a purported transaction that did not occur and

 7    services that were not provided.  We infer that a significant

 8    number of the documents have been deliberately and dishonestly

 9    created and submitted to the ATO in an attempt to substantiate

10    the taxpayer's claim.  As the signatory to the purported IaaS

11    agreement, owner of the purported Liberty Reserve account and

12    user of the purported supercomputer, Dr. Wright must have known

13    that the transactions did not occur and that the taxpayer had

14    no entitlement to the R&D offset."

15            Do you see that, Dr. Wright?

16    A.  I see the claim.

17    Q.  "On the basis of the above facts, we consider that the

18    behavior that resulted in the tax shortfall demonstrates an

19    intentional disregard for the Australian taxation laws."

20            Do you see that, Dr. Wright?

21    A.  I see what they claimed, yes.

22            MR. FREEDMAN:  Ms. Vela, you can take that down.

23    Thank you.

24    BY MR. FREEDMAN:

25    Q.  Dr. Wright, Andrew Sommer represented your companies and
```

1  yourself in front of the taxation office?

2  A.  He did.

3        MR. FREEDMAN:  Ms. Vela, can you please put P340 on

4  the screen.  It's already in evidence.

5  BY MR. FREEDMAN:

6  Q.  Can you please go to the letter that Andrew Sommer sent on

7  the next page, the attachment here.

8        MR. FREEDMAN:  Can you zoom in on that for me.

9  BY MR. FREEDMAN:

10  Q.  Dr. Wright, your own lawyers fired you for fabricating

11  documents, didn't they?

12  A.  No.  That's not correct.  Fifty percent of the work from

13  Andrew's law firm is from the Australian Tax Office.  They're

14  actually the largest provider of tax services in Australia.

15  They were put under pressure.  The documents come from within

16  the tax office --

17        MR. FREEDMAN:  Can we publish, please.

18        MS. MCGOVERN:  If you could, please, let the witness

19  answer the question and not interrupt it.

20        THE COURT:  Yes.  Just let the witness complete his

21  answer.

22        You may continue, sir.

23        THE WITNESS:  The documents that came from within the

24  tax office, that were later shown to be fabricated, and that

25  I'm sure will be demonstrated to the jury to be, as I say,

```
 1    later, were issued to Andrew under the tax office who said this
 2    is all false.  Andrew then got that.  Later, however, Andrew
 3    did apologize for us when he found out what had occurred.  But,
 4    I mean, that didn't help us after.  That sort of left us in the
 5    lurch for a while.
 6    BY MR. FREEDMAN:
 7    Q.  Dr. Wright, your own lawyers fired you for fabricated
 8    documents, did they not?
 9           MS. MCGOVERN:  Objection.  Asked and answered.
10           THE COURT:  Sustained.
11    BY MR. FREEDMAN:
12    Q.  "Ms. Ramona Watts, director, DeMorgan Limited.  Dear
13    Ms. Watts, DeMorgan Limited, termination of engagement."
14           MR. FREEDMAN:  Ms. Vela, can you zoom out for a
15    minute, so we can see the letterhead.
16    BY MR. FREEDMAN:
17    Q.  Clayton Utz's letterhead.  That was the law firm Andrew
18    Sommer worked for, right?
19    A.  He was a partner.  So technically I don't know if you would
20    say he worked for it.  He was an equity partner.
21    Q.  Part owner of the law firm, right?
22    A.  Yes.  Equity partner means he's part owner of that law
23    firm.
24    Q.  "It is with regret that we inform you in your capacity as
25    director of DeMorgan Limited that Clayton Utz has decided we
```

54

```
 1    must terminate our engagement with DeMorgan Limited."
 2              MS. MCGOVERN:  Objection.  Document speaks for itself.
 3              THE COURT:  I'm sorry.  The objection?
 4              MS. MCGOVERN:  The document speaks for itself.
 5              THE COURT:  It's in evidence.  Overruled.
 6    BY MR. FREEDMAN:
 7    Q.  "Information has been provided to our firm which raises
 8    serious questions about the integrity of documents provided by
 9    Dr. Wright both to our office and to the Australian Taxation
10    Office.  We believe this information to be credible.  In these
11    circumstances, we can no longer represent DeMorgan Limited in
12    the disputes and its subsidiaries has with the Australian
13    Taxation Office.  As such, we are terminating our engagement
14    with DeMorgan Limited effective immediately."
15         Do you see that, Dr. Wright?
16    A.  I see it.
17    Q.  Your lawyers fire you on July 6th, 2015, correct?
18    A.  No, they did not fire me.
19    Q.  Let's see how this saga ends, Dr. Wright.
20         What happens a few months later, the Australian government
21    issues a search warrant to search your premises; isn't that
22    correct?
23    A.  Not technically the way you're saying it, no.
24              MR. FREEDMAN:  Ms. Vela, can you please bring up P606
25    on the screen.
```

```
1    BY MR. FREEDMAN

2    Q.  Dr. Wright, do you recognize this document as a search

3    warrant with your business address listed on it by the

4    Australian government?

5    A.  No.  That's the first time I've seen it.

6    Q.  Do you see the address, Dr. Wright, Level 5 32 Delhi Road?

7    A.  I do.

8         MR. FREEDMAN:  Ms. Vela, can you take that down for a

9    moment.

10        Can you put up P469.

11   BY MR. FREEDMAN:

12   Q.  Dr. Wright, do you recognize this as an IP assignment deed?

13   A.  That's what it says.

14        MR. FREEDMAN:  Ms. Vela, can you bring up Page 18.

15   BY MR. FREEDMAN:

16   Q.  Is that your signature, Dr. Wright, Craig Steven Wright,

17   name of director?

18   A.  Yes.

19        MR. FREEDMAN:  Your Honor, Plaintiffs offer P469 into

20   evidence.

21        MS. MCGOVERN:  No objection.

22        THE COURT:  Admitted into evidence.

23   (Plaintiffs' Exhibit 469 received into evidence.)

24        MR. FREEDMAN:  Ms. Vela, can you bring us to Page 3.

25   Can we publish to the jury.
```

1          Can you zoom in on all the addresses of all the

2    various companies Dr. Wright controls from DeMorgan Limited.

3          MS. MCGOVERN:  Objection, Your Honor.  Misstates the

4    record with a reference to the control issue, Your Honor.

5          THE COURT:  All right.  Rephrase.

6    BY MR. FREEDMAN:

7    Q.  Dr. Wright, did you control DeMorgan Limited, DeMorgan

8    Holdings, Misfit Games, and so on?

9    A.  At this date, no.

10   Q.  At some point you did?

11   A.  Up until the 30th of June in 2015.  At that point, I

12   resigned.

13   Q.  Dr. Wright, do you see the list of the companies you

14   controlled until the 30th of June, 2015?

15   A.  I see the list of some of the companies there, plus extra

16   ones.

17   Q.  And do you see that everyone lists 502 Level 5, 32 Delhi

18   Road, North Ryde, New South Wales 11 -- 2113 as its address?

19   A.  I do.

20         MR. FREEDMAN:  Ms. Vela, can you please bring us back

21   to 606, P606.

22   BY MR. FREEDMAN:

23   Q.  Dr. Wright, do you see the same address listed on the

24   search warrant?

25   A.  Yes.  This is the first time I've seen that document, but

```
 1    yes.

 2              MR. FREEDMAN:  Your Honor, Plaintiffs offer P606 into

 3    evidence.

 4              MS. MCGOVERN:  Your Honor, hearsay.  403.  Relevance.

 5              THE COURT:  The objection is sustained.

 6              MR. FREEDMAN:  Ms. Vela, you can take it down.  Thank

 7    you.

 8    BY MR. FREEDMAN:

 9    Q.  Dr. Wright, when did the Australian government execute a

10    search warrant on your premises?

11    A.  I don't know.  I moved to the UK in October of 2015.  I

12    believe the date was the 22nd of October.  I was flying back

13    and forth to Australia up until December of 2015.  After which

14    time I haven't been back.  My wife has and my kids have.  So,

15    no, I was not actually there.

16    Q.  You were not there when they executed the search warrant?

17              MS. MCGOVERN:  I'm sorry.  I didn't hear the question.

18              THE WITNESS:  No, I was not there.

19    BY MR. FREEDMAN:

20    Q.  You were not there when they executed the search warrant?

21    A.  No.  I was not there.  I was sort of going back and forth

22    between different countries, et cetera.  So no, this was not

23    ever served on me.  No, I wasn't the person controlling those

24    companies.  No.

25
```

1    Q.  And you haven't been there since?

2            MS. MCGOVERN:  Objection, Your Honor.  403.

3    Relevance.

4            THE COURT:  Hold on.  The objection is sustained.

5            MR. FREEDMAN:  Your Honor, can I ask for a quick

6    sidebar?  We believe this is relevant.

7            THE COURT:  Come on forward.

8        (At sidebar on the record.)

9            MR. FREEDMAN:  Your Honor, we would never have done

10   this module if Dr. Wright hadn't claimed over and over and over

11   again that the Australian government eventually found that he

12   was correct, he didn't fabricate anything, and retracted

13   everything.  But the evidence shows just the opposite, that

14   they in fact came to the conclusion that he fabricated

15   documents, that he broke the law.  They executed a search

16   warrant.  He fled Australia.  He's never returned.

17           MS. MCGOVERN:  Your Honor, the prejudice outweighs any

18   probative value that could possibly come from this.  The

19   circumstances regarding the search warrant are not before the

20   jury.  The factual predicate is not before the jury.  This is

21   an audit with respect to all of the companies that you have

22   just seen, and it's going to be completely conflated in front

23   of the jury as some sort of illegal or untoward or nefarious

24   conduct with respect to the partnership issue in this case.

25   The ATO is not before the jury in this case.

1          THE COURT:  Well, that's separate and apart with

2     regard to the ATO.  But in terms of Dr. Wright absconding, I'm

3     not going to permit it.  It's unduly prejudicial, and the

4     objection is sustained.

5          (End of discussion at sidebar.)

6     BY MR. FREEDMAN:

7     Q.  Dr. Wright, isn't it true that the Australian government

8     never reversed their decision; they found you forged documents?

9     Isn't that correct?

10          MS. MCGOVERN:  Objection, Your Honor.  Asked and

11     answered.

12          THE COURT:  I'm sorry.  The basis?

13          MS. MCGOVERN:  Asked and answered.

14          THE COURT:  I'll allow it.  Overruled.

15          THE WITNESS:  That's incorrect.  As I said, the

16     Australian government isn't just the tax office, and when

17     something goes into court and when an auditor presents a

18     finding to the Court going:  "No fraud," and the second

19     auditor, after the first one was fired by the tax office, says:

20     "No fraud," and then the Judge cleanly closes something, then

21     that's actually not a finding at all.

22          The prosecution who charges someone and then has them

23     acquitted, as in no finding, means that there's no finding.  So

24     your claim's completely baseless.

25          MR. FREEDMAN:  Ms. Vela, can you please put up P795,

```
 1    and can you go to Page 44 for me.

 2              This is in evidence.

 3              Can we please publish to the jury.

 4              Ms. Vela, can we please go to the first page of the

 5    report so we can see it's a Reasons for Decision.

 6    BY MR. FREEDMAN:

 7    Q.  Dr. Wright, I'm back to the Reasons for Decision paper from

 8    the Australian government dated March of 2016.

 9              MR. FREEDMAN:  Ms. Vela, can you bring us back to Page

10    44.

11              Can you zoom in on Paragraph 222.1.

12    BY MR. FREEDMAN:

13    Q.  Dr. Wright, you did give the ATO purported expert reports

14    and they rejected them, didn't they?

15    A.  No, actually.  That is not totally correct.  They didn't

16    want to accept them.  The simple fact of the matter is when you

17    give evidence, my lawyers give you evidence and you can argue

18    you rejected that, but that doesn't make it truth.  Sorry.

19    Q.  "ATO forensic records show that emails from Celeste Salem,

20    Brigid Kinloch, and Hao Khuu were not sent from the ATO.  The

21    Sharples and Batey email reports commissioned by Dr. Wright do

22    not disprove this.  Neither attaches the emails they were

23    provided with.  As such, we cannot identify which emails were

24    even analyzed.

25        "Despite this large omission, the forensic reports found
```

1    anomalies in all four emails analyzed.  We note, in particular,

2    only Sharples attempted to revalidate the emails as genuine

3    using DKIM.  And in each instance he was unable to do so.  This

4    shows the emails either did not originate from the ATO or they

5    did not originate" -- or:  "They did originate from the ATO,

6    however, had the content altered, such that the DKIM signature

7    was no longer valid."

8         Do you see that, Dr. Wright?

9    A.  I see that claim.

10        MR. FREEDMAN:  Thank you, Ms. Vela.

11   BY MR. FREEDMAN:

12   Q.  Dr. Wright, before we just went through all these documents

13   from the Australian Taxation Office about forged documents, we

14   were talking about IP that the Plaintiffs allege you co-created

15   with Dave Kleiman, correct?

16   A.  You need to bring that up again for me.  I mean, you've

17   made many allegations so I'm not quite sure which one you're

18   referencing.

19        MR. FREEDMAN:  Ms. Vela, let's help refresh

20   Dr. Wright.  Can you please bring up P744.  Can you put it side

21   by side with the next page.

22   BY MR. FREEDMAN:

23   Q.  We looked at an email from yourself to Ira Kleiman saying:

24   "Dave" --

25        MR. FREEDMAN:  Can we publish to the jury?  This is in

 1    evidence.

 2    BY MR. FREEDMAN:

 3    Q.  We looked at an email from yourself saying what Dave was

 4    involved with creating Sukuriputo Okane, money that can be

 5    contracted in advance, smart property.

 6        Do you recall that?

 7    A.  Yes.  I'm believing this is what you're just saying that

 8    the tax office said didn't exist.  Is that your contention,

 9    that it doesn't exist?  I'm sorry.  I'm missing the point of

10    the two things.

11    Q.  Dr. Wright, we're going to go to the next exhibit.

12        MR. FREEDMAN:  P459, please, Ms. Vela.  In the native.

13    BY MR. FREEDMAN:

14    Q.  We then looked, Dr. Wright, at your statement to Mark

15    Ferrier in March of 2013 before Dave died.  You say:  "What

16    Dave and I want to do is the following:  Sukuriputo Okane seeks

17    to create completely an openable, malleable form of scriptable

18    money."

19        Do you see that?

20        MS. MCGOVERN:  Objection.  Misstates the document.

21        MR. FREEDMAN:  I'll read it again.

22    BY MR. FREEDMAN:

23    Q.  "What Dave and I want to do is the following:  Sukuriputo

24    Okane seeks to create a completely open and malleable form of

25    scriptable money.  This is money that can be contracted in

1    advance."

2        Do you recall we went through that?

3    A.   I recall we went through this.

4        MR. FREEDMAN:  Ms. Vela, can you please bring up P464,

5    Page 5.

6    BY MR. FREEDMAN:

7    Q.   We went to the statement to the New South Wales police and

8    we talked about the fact that in Paragraph 13 --

9        MR. FREEDMAN:  Ms. Vela, can you bring that up for --

10   BY MR. FREEDMAN:

11   Q.   You told the police that you:  "Discussed the concept of a

12   Bitcoin exchange by which smart contracts would be connected

13   and that that was an idea I had developed with my business

14   partner, David Kleiman, for a period of over a decade."

15       Do you recall that?

16       MS. MCGOVERN:  Objection.  Asked and answered.

17       THE COURT:  Overruled.  I'll allow it.

18       THE WITNESS:  As I said before, I started developing

19   this idea in 1998, a company called DeMorgan, with AusIndustry

20   tax filings.  In 2004, I hardly knew Dave.  It wasn't till

21   maybe 2006 or '7 that I really started becoming friends with

22   Dave other than occasional online things.

23       So what I'm talking about here in a simple thing is I

24   had an idea that I developed.  Yes, this is with my business

25   partner.  The idea is the one I developed right back till 1998.

64

1    I involved Dave in the company in 2012.  That company was

2    called Coin-Exch.

3    BY MR. FREEDMAN:

4    Q.  But you told the New South Wales police that you had

5    developed this idea with Dave Kleiman since 2004, did you not?

6    A.  No.  I had a -- basically, that's a short sentence

7    describing what I just said.  I started an idea a long time

8    ago.  I sought intellectual property.  I started a company with

9    Dave.  That company was called Coin-Exch.  The idea there was

10   to develop the ideas that I mentioned.  That was in 2012 that

11   we started, 2013 when it was finally formalized.

12   Q.  Except it doesn't say that, Dr. Wright.

13          MS. MCGOVERN:  Objection.  Argumentative.

14          THE COURT:  Sustained.

15          MR. FREEDMAN:  Ms. Vela, can you bring us to Page 6,

16   Paragraph 17.

17   BY MR. FREEDMAN:

18   Q.  The next thing we talked about, Dr. Wright, was the fact

19   that you and Dave Kleiman conceived the idea to build a SCADA

20   software of a Bitcoin exchange, correct?

21   A.  Yes.  That was what Coin-Exch. was going to implement.

22   That's correct.

23   Q.  After you told me Dave did not develop software, we showed

24   you P160, correct?

25          MS. MCGOVERN:  Objection, Your Honor.  Misstates the

```
 1   record.

 2           THE COURT:  If you'll show the item.

 3           Sustained at this point.

 4           MR. FREEDMAN:  Page 19, Ms. Vela.

 5   BY MR. FREEDMAN:

 6   Q.  And the second-to-last sentence on the page:  "Reason for

 7   the transfer is to use the R&D tax credit and the value of the

 8   software Dave and I developed."

 9       Do you recall that now?

10   A.  I recall we talked about this, yes.

11   Q.  Then we brought up P143.

12           MR. FREEDMAN:  Please, Ms. Vela.

13           MS. MCGOVERN:  Objection.  Asked and answered.

14           THE COURT:  Overruled.  I'll allow it.

15           MR. FREEDMAN:  Can you zoom in to the final email on

16   the Page, Ms. Vela.

17   BY MR. FREEDMAN:

18   Q.  You said:  "John and Andrew, I received the transcript of

19   our interview on 28th, March 2014."

20       Sorry.  This is not evidence.  I'm not going to read from

21   it.

22       I told you that this was an email attaching a transcript

23   from the Australian Taxation Office.  Do you recall me saying

24   that?

25   A.  Yes.  The one that you're using to say that the IP does not
```

1    exist, yes, I recognize that.

2    Q.  Dr. Wright, the Australian Taxation Office found your

3    supercomputer didn't exist, correct?

4    A.  No.  Actually, what they found was they connected to over

5    one thousand machines.  They had an expert come in and log in.

6    But they argued that they had no proof that one thousand

7    computers are a supercomputer, because to be a supercomputer

8    you have to integrate all the cores between the machines.  But

9    from a tax perspective that's irrelevant because if I buy one

10   thousand computers, then that's the deduction.  The fact if I

11   get it working or not is irrelevant from a tax point of view.

12        So what they said was:  "It's not a supercomputer.  We

13   can't prove that it's a supercomputer."  My argument was:  "You

14   don't need to.  You need to say that there's a thousand

15   machines."  And they didn't go there.

16   Q.  Dr. Wright, when I told you that there was a transcript

17   from the ATO attached, you reraised your issues with the tax

18   office which led us down the path we were at and now we're back

19   to where we started, correct?

20        MS. MCGOVERN:  Objection, Your Honor.

21        THE COURT:  Sustained.

22        Rephrase.

23        MR. FREEDMAN:  I'm just going to move on.

24        P143, please, Ms. Vela.  Can you go to the first page,

25   Ms. Vela.

1    BY MR. FREEDMAN:

2    Q.  Do you recognize this as an Australian Taxation Office

3    transcript from a meeting between Andrew Miller, Des McMaster,

4    Jennifer Trinh, yourself, and John Chesher --

5    A.  I'm sorry.

6    Q.  -- as well as Andrew Sommer?

7    A.  Again, no, I do not.  As I said, none of these were

8    correctly transcribed.

9         MR. FREEDMAN:  Ms. Vela, can you bring us to Page 47.

10   BY MR. FREEDMAN:

11   Q.  Dr. Wright, do you see at line 27 W&K and Dave were

12   mentioned?

13   A.  I see the document.  I also noted in the first page that it

14   said:  "Transcribed but not recorded."

15      Interestingly, one of the things that I will note is that

16   every one of these were recorded but all the recordings got

17   lost, and you can't actually transcribe it after the event

18   without the recording.  Funny that.

19         MR. FREEDMAN:  Ms. Vela, can we go back to the first

20   page.

21   BY MR. FREEDMAN:

22   Q.  But it actually says, Dr. Wright:  "Is transcribed but not

23   recorded by Auscript Australia PTY, LTD," meaning they

24   transcribed it; they didn't record it, correct?

25   A.  Not necessarily.  But the recording was also lost,

```
 1   strangely enough.
 2            MR. FREEDMAN:  Ms. Vela, back -- sorry.
 3   BY MR. FREEDMAN
 4   Q.  Page 47 mentions W&K and Dave Kleiman, correct, Dr. Wright?
 5   A.  You would have to put it in front of me.  Sorry.
 6            MR. FREEDMAN:  Ms. Vela, let's go back to Page 47.
 7   BY MR. FREEDMAN:
 8   Q.  Do you see:  "W&K and Dave" at line 27?
 9   A.  I see the line.
10            MR. FREEDMAN:  Your Honor, Plaintiffs offer P143 into
11   evidence.
12            MS. MCGOVERN:  Objection, Your Honor.  Hearsay.
13   Foundation.  Authentication.
14            THE COURT:  The objection is overruled.  Admitted into
15   evidence.
16        (Plaintiffs' Exhibit 143 received into evidence.)
17            MR. FREEDMAN:  Can we please publish.
18   BY MR. FREEDMAN:
19   Q.  Dr. Wright, we're looking at an Auscript transcript that
20   took place out of a meeting between yourself and the Australian
21   Taxation Office on the 28th of, March 2014.
22        Do you see this?
23   A.  I see it and, as I said, it never happened that way.
24   Q.  Also present is Andrew Sommer, your lawyer?
25   A.  I see the document.
```

```
 1              MR. FREEDMAN:  Ms. Vela, can you please bring us to

 2    Page 47.

 3              You know what, Ms. Vela?  Can you take that down for a

 4    minute.

 5    BY MR. FREEDMAN:

 6    Q.  It's been a while since I asked this question, so I don't

 7    recall what your answer was.

 8        Did Dave create enhanced versions of software that relate

 9    to Bitcoin?

10              MS. MCGOVERN:  Objection.  Asked and answered.

11              THE COURT:  The objection is overruled.

12              THE WITNESS:  No.  Dave did not create software.  Dave

13    has edited software.  There's a big difference.  Editing is

14    documentation.  So when people write:  "This is how you use it,

15    this is what you do, this is what this function does," as in

16    just a technical writer explaining things in a web page, that

17    is editing and documentation.

18              Creating, on the other hand, is the development of

19    code, writing code, architecture.  None of those Dave had any

20    qualifications, any experience and, as I said, Dave's never

21    written, to my knowledge, a line of C code in his entire life.

22    He was very good in forensics.  He never coded.

23    BY MR. FREEDMAN:

24    Q.  Did he enhance software?

25    A.  Yes.  You could say that documentation was an enhancement.
```

1    He also involved himself organizing other people.  So project

2    managing, getting other people who were developers to do work

3    and write you code and to provide things back, is an

4    enhancement.

5    Q.  Dr. Wright, you say Dave Kleiman couldn't code, correct?

6    A.  Dave Kleiman could not code, that's correct.

7          MR. FREEDMAN:  Ms. Vela, can you please bring up P139,

8    which is already in evidence.  Let's go to Page 4.

9    BY MR. FREEDMAN:

10   Q.  Dr. Wright, this is an email from yourself to Ira Kleiman

11   dated March 7th, 2014.  In it you say:  Ira, what is true?  I

12   had math skills and some coding that, frankly, was crud.

13   Better than some, but really.  Dave could edit his way through

14   hell and back.

15        Do you see that, Dr. Wright?

16   A.  I do.  And as that states, very simply, my code is crud in

17   the way that Gavin said.  I'm not a top-one-percent coder.  I'm

18   okay.  But if you look at the original Bitcoin code, it is

19   terribly inefficient.  I used CASE statements.

20        Now, CASE statements are basically non-parallelizble.  So

21   there are a lot of problems like algorithmic values in Bitcoin

22   that I knew about.  So the way that I developed it, I started

23   from the opcodes in order, which is incredibly inefficient.  If

24   I had done it again, I would actually use something like .net

25   structures.  And the structs, I could do them so that they have

1    a parallelizble multi-threaded thing, but I wanted to get it

2    out.

3        So if I had done this much better, I would actually have

4    structured it across all of the threads at once.  Because in

5    modern computers you don't have a single CPU running things;

6    you have many threads.  Each of the little CPUs inside your CPU

7    can run programs simultaneously.  I only wrote Bitcoin to run

8    on one thing, one thread, and horribly, horribly inefficient, I

9    admit that, but it was alpha code.

10       If I had done it better, I could have actually had it

11   across 16, 20 cores in a modern computer, which I didn't do.

12   So where I'm saying crud, that's because I'm not good at that.

13   I hire people who are really good at parallelization, to get

14   multiple things.

15       Dave could edit his way through hell and back.  He took

16   many of my papers in the past and told me:  "Simplify this."

17   One of the early things I gave him was a hand -- I'm old.  I

18   still handwrite a lot of things.  So even my papers, I write

19   them.  I know that seems weird to a lot of people, but I

20   actually handwrite a lot of my papers first.  And I sent some

21   of those to Dave.  And the original Bitcoin Whitepaper was not

22   the short, snappy thing that it is now.  It was probably 20

23   pages.  And there was a lot more code.  There was a lot more

24   math.

25       And Dave told me:  "Get rid of it all.  Normal people won't

1  read this.  It won't be accepted.  It reads like an academic

2  document."  And he was right, and I simplified the paper.  And

3  it works.  So yes, he -- so I admit, he did that.

4  Q.  You were an okay coder?

5  A.  Compared to some of the staff members I have, who are what

6  Gavin would call top one percent.  I've got guys -- like Steve

7  Shadders was one of the guys who invented the pool software

8  stuff and extended what I did with Bitcoin in 2010.  We hired

9  him because of that.

10      And he's working on what we call Terra node, which is where

11  we're going to extend the scalability to be able to eventually

12  do over a billion transactions a second at under a thousandth

13  of a cent cost.

14      I want you to think about what that means to people in the

15  third world.  If you can get people in Africa transacting in a

16  tenth of a US cent and doing it profitably, think how that

17  changes the nature of global commerce.

18      So I need help taking my original Bitcoin code, which was

19  not as complex as people think -- and a lot of people have

20  said:  "Oh, it's wonderful."  The idea was good.  My code in

21  Bitcoin, quite frankly, needed a lot of improvement.

22  Q.  You were an okay coder, correct?

23          MS. MCGOVERN:  Objection.  Asked and answered.

24          THE COURT:  Sustained.

25

```
 1    BY MR. FREEDMAN:

 2    Q.  Would it be fair to classify you as an okay coder?

 3           MS. MCGOVERN:  Objection.  Asked and answered.

 4           THE COURT:  Sustained.

 5    BY MR. FREEDMAN:

 6    Q.  Dr. Wright, Dave Kleiman was also an okay coder, wasn't he?

 7    A.  No.  Dave could not code at all.  As I said, Dave has never

 8    written a line of C code in his entire life, to my knowledge.

 9    He's talked about that.  He wanted to learn.

10       If I was there with him, I would have taught him.  When I

11    was with Charles Sturt University and also with the New South

12    Wales Police Academy, I used to lecture and teach, and I taught

13    right up to the master's level in both C, C++ and C#.  I also

14    helped develop the secure coding standards for the NSA and NIST

15    here for C and C++ coding.  So I know how to secure code.

16       But there's a difference between developing elegant code --

17    and I don't consider Bitcoin was elegant code.  It's okay.  It

18    wasn't pretty.  It wasn't beautiful.  There are people who work

19    for me who do code that was beautiful.  My documentation -- I'm

20    sorry, I have to use my word here -- was crud.  I put

21    documentation that I understand.  And as Gavin told you, other

22    people came in there and went:  "What the hell are you doing?"

23    If I had done it better, people would have understood my

24    invention better.  But I didn't, unfortunately.

25           MR. FREEDMAN:  I'm sorry.  Madam court reporter, can
```

1    you read back my question and the first answer of

2    Dr. Wright's -- the first word of Dr. Wright's response,

3    because I don't remember what it was.

4         (Read back.)

5              MR. FREEDMAN:  Ms. Vela, for just counsel and the

6    witness, can you please put up Impeachment Exhibit RF1.

7              Counsel, I am looking for --

8              MS. MCGOVERN:  Your Honor, we object.  This is not the

9    proper use of these documents.

10             Is this what we referred to this morning?

11             MR. FREEDMAN:  It is not one of the ones referred to

12    this morning.

13             MS. MCGOVERN:  I apologize.

14             MR. FREEDMAN:  I'm looking at halfway down, "Raah."

15    Starts off "Dave" and Dr. Wright's response.

16             Any objection?

17             MS. MCGOVERN:  Which document?

18             MR. FREEDMAN:  I'm using it to impeach Dr. Wright.

19             MS. MCGOVERN:  No objection.

20             MR. FREEDMAN:  Please show that to the jury.

21    BY MR. FREEDMAN

22    Q.  Dr. Wright, yesterday I asked you about the Slack metadata

23    and ICU channel where you said you only post as CSW.  Am I

24    correct?

25    A.  Yes.

1    Q.  I am in the thread "Bitcoin general."

2    A.  Uh-huh.

3    Q.  Third of the way down there is somebody named Raah and he

4    posed a question:  "Dave had very great coding skill," right?

5        You see that?

6    A.  I see that.

7    Q.  And you respond:  "He was okay."  Don't you?

8    A.  Yes.  As I said, I wanted to build Dave up.  It's not

9    actually correct.  I let people believe it.  Dave has never

10   coded in his life.  But, unfortunately, the little bit of a

11   legacy I tried to build for Dave his brother's tearing down.

12          MR. FREEDMAN:  Your Honor, now's a good time for us to

13   take a break.

14          THE COURT:  All right.  Ladies and Gentlemen, let's

15   take a 20-minute recess.

16      (Jury not present, 11:33 a.m.)

17          THE COURT:  All right.  I'll see you back in 20

18   minutes.

19      (Recess from 11:33 a.m. to 11:53 a.m.)

20          THE COURT:  All right.  Welcome back.  Any issues to

21   address at this time?

22          MR. FREEDMAN:  Not from Plaintiffs, Your Honor.

23          MS. MCGOVERN:  Not from Defendant, Your Honor.

24          THE COURT:  Okay.  Let's bring our jurors in.

25      (Before the Jury, 11:53 a.m.)

```
1            THE COURT:  All right.  Welcome back, Ladies and

2    Gentlemen.

3            Please be seated.

4            And we'll continue with the questioning.

5            MR. FREEDMAN:  Ms. Vela, can you please bring up P143,

6    which I believe is in evidence.

7            THE COURT:  It is.

8            MR. FREEDMAN:  Can we please publish to the jury.

9    BY MR. FREEDMAN:

10   Q.  Dr. Wright, we're looking at an Australian Tax Office

11   transcript from a March 28th, 2014 meeting involving Andrew

12   Miller, Des McMaster, and Jennifer Trinh on behalf of the ATO,

13   Craig Wright and John Chesher, as well as also present is

14   Andrew Sommer, your lawyer, correct?

15   A.  Wrong.

16           MR. FREEDMAN:  Ms. Vela, can you bring us to Page 47

17   of the transcript.

18           And can we zoom in from line 25 -- well, why don't we

19   do 24.

20           Thank you.

21   BY MR. FREEDMAN:

22   Q.  Dr. Wright, here Mr. McMaster from the Australian Taxation

23   Office asks you:  "Yes.  So did that occur when Dave was alive

24   or after his death?"

25        You say:  "W&K was after Dave's death."
```

1     And Chesher says:  "No.  The software coming to you is

2  before he died."

3     You say:  "Sorry.  I keep mixing up.  W&K.  Dave's software

4  was while he was alive."

5     McMasters says:  "Okay."

6     You say:  "It was about two weeks before he died."

7     Masters says:  "Hmm.  And what was the W&K software?  Was

8  that -- is that the same software we're talking about?"

9     And you say:  "It was enhanced versions that he had done up

10  and all the rest."

11     Do you see that?

12  A.  Yes.  I see it.  Never happened.

13  Q.  And then you continue on:  "Which included Bitcoin Company,

14  Casino Company, Swap, marketplace stuff, all that."

15     Do you see that?

16  A.  Again.  Yes, I can see it.  Didn't happen.

17  Q.  Dave Kleiman enhanced Bitcoin Company, Casino Company,

18  Swap, marketplace stuff, and all that, correct?

19  A.  No.  Dave's a United States citizen.  Internet casinos over

20  here are not actually legal.  I believe they're changing the

21  rules now.  So no.

22     MR. FREEDMAN:  Ms. Vela, you can take that down.

23  BY MR. FREEDMAN:

24  Q.  Dr. Wright, Dave Kleiman passes away on April 26th, 2013.

25     MR. FREEDMAN:  Counsel, can you see what I write on

1    here?

2            MS. MCGOVERN:  Okay.  That's fine.  Thank you.

3            MR. FREEDMAN:  The Court -- Your Honor, can you see

4    what's written on here?

5            THE COURT:  I cannot.

6            MR. FREEDMAN:  All right.

7            Now?

8            THE COURT:  Yes.

9            MR. FREEDMAN:  Okay.  Ms. McGovern?

10           MS. MCGOVERN:  Yes.

11           MR. FREEDMAN:  Okay.  So can you-all read this --

12           Your Honor, may I ask the jury if they can read this?

13           THE COURT:  Ladies and Gentlemen, are you able to see

14   the easel?

15           All right.  Everyone nodding in the affirmative.

16   BY MR. FREEDMAN:

17   Q.  Okay.  So Dr. Wright, Dave Kleiman dies on April 26th,

18   2013, or is found deceased on that date, correct?

19   A.  Correct.

20   Q.  And you find out about his passing from Carter Conrad four

21   days later, correct?

22   A.  Yes.

23           MR. FREEDMAN:  Ms. Vela, can you please put up D042,

24   which is in evidence.

25

1    BY MR. FREEDMAN:

2    Q.  And Dr. Wright, on the bottom we have the notification from

3    Carter Conrad, dated April 30th, 2013.  "As close friends of

4    Dave, Patrick and I wanted to let you know in advance of any

5    general posting that we have lost a dear friend and colleague."

6         And you respond -- says April 19th, but it's Australia, so

7    really it was April 30th --

8              MR. FREEDMAN:  Oh, can we publish this?  It's in

9    evidence.

10             THE COURT:  It is in evidence.  You may.

11   BY MR. FREEDMAN:

12   Q.  So you receive the email from Carter Conrad below

13   announcing Dave's death and you respond on April 29th, 2013,

14   which is in Australia, so it's April 30th in the United States,

15   correct?

16   A.  Around that, yes.

17   Q.  So you find out Dave dies on April 30th, 2013, right?

18   A.  In US time, yes.

19   Q.  This is your response:  "Dave will be missed.  He was a

20   good friend.  He would always talk and was always there.  Dave

21   made the world a little brighter."

22   A.  No.  That wasn't really -- that was my reply.  My response

23   was a YouTube video.

24   Q.  Okay.  In your replies to Carter Conrad and Patrick Paige,

25   you didn't mention anything to Dave's friends about his

1    creation of Bitcoin; isn't that correct?

2    A.  Because he didn't create it.

3    Q.  You didn't mention anything to him about Dave's mining of

4    Bitcoin; isn't that correct?

5    A.  I don't know what Dave did.  So I can't mention about

6    things I don't know.

7    Q.  You didn't mention anything to them about trying to help

8    Dave's estate find his assets; isn't that correct?

9    A.  As far as I know, they have nothing to do with Dave's

10   estate.

11   Q.  Now, Dr. Wright, you wait nine months before saying

12   anything to them about Dave -- or Dave's family about any of

13   these things; isn't that correct?

14   A.  No.  That's not correct.

15          MR. FREEDMAN:  Ms. Vela, can you please put up P117

16   for the witness and counsel.

17   BY MR. FREEDMAN:

18   Q.  Dr. Wright, you contact Dave's family for the first time on

19   February 11th, 2014; isn't that correct?

20   A.  That is not correct.

21   Q.  Do you recognize this as an email from yourself to Louis

22   Kleiman?

23   A.  I do.  That's forwarded.

24   Q.  Mentions Dave.

25   A.  Well, there's -- he's noted in there, yes.

1    MR. FREEDMAN:  I'm not sure if this version's in

2    evidence.  So P117 -- Plaintiffs offer P117 into evidence.

3    MS. MCGOVERN:  It is.

4    THE COURT:  It's in evidence.

5    MR. FREEDMAN:  It's in evidence.  Can we publish,

6    please, to the jury.

7    BY MR. FREEDMAN:

8    Q.  Dr. Wright, on February 11th, 2014 you write Louis Kleiman:

9    "Your son Dave and I are two of the three key people behind

10   Bitcoin."  And you tell him that:  "Dave was a key part of an

11   invention that will revolutionize the world."  And you close

12   the message with:  "When I can, I will let you know more of

13   Dave.  I will also help you recover what Dave owned."

14      Do you see that?

15   A.  I do.  And in time, I told him more about my friendship

16   with Dave and I helped recover the shares in Coin-Exch.

17   Q.  Nine and a half months between April 30th, 2013 and your

18   contact to Louis Kleiman on February 11th, 2014, correct?

19   A.  As I said, no.  That's completely incorrect.

20   MR. FREEDMAN:  Ms. Vela, can you take that down,

21   please.

22   Can you put up P122, which is also in evidence.

23   Can we please publish that to the jury.

24   Can we go to Page 3.

25   Thank you.

```
1   BY MR. FREEDMAN:

2   Q.  Dr. Wright, we've seen this email before.  This is the

3   first time you mention to Patrick Paige or Carter Conrad that

4   Dave had a project in the US, you kept it secret, and he mined

5   Bitcoin, right?

6   A.  Yes.  As I stated, W&K and then later what became

7   Coin-Exch.

8   Q.  That happens basically the next day.

9       Forgive my handwriting.  So dies on April 26.  You find out

10  about it on April 30th.  You tell Louis Kleiman about Bitcoin

11  and Dave on February 11th, 2014.  And on February 12th, 2014

12  you tell Patrick Paige and Carter Conrad?

13          MS. MCGOVERN:  Objection.  Misstates the evidence as

14  presented to the record.

15          THE COURT:  Overruled.  The witness can respond.

16          THE WITNESS:  Again, you're completely misstating what

17  I said.  I said very categorically no.  The time frame is

18  wrong.  It is utterly wrong.

19  BY MR. FREEDMAN:

20  Q.  Dr. Wright, just so you know where I'm going, I want to

21  explore what happens in these nine months, nine and a half

22  months.  Okay?

23  A.  No.  You don't seem to be doing that.  You seem to be

24  saying that nothing happened, when I said:  "No.  You're in

25  error," and you put something that is exactly the opposite of
```

1   what I said.  So no, it's not okay.

2   Q.  Something happened.  I want to show you what happened.  I'm

3   just trying to --

4          MS. MCGOVERN:  Objection.

5   BY MR. FREEDMAN:

6   Q.  I'm just trying to transition Dr. Wright.  It's not really

7   a --

8          THE COURT:  Sustained.

9          MS. MCGOVERN:  Objection.

10         MR. FREEDMAN:  I withdraw the question.

11         THE COURT:  All right.

12  BY MR. FREEDMAN:

13  Q.  Dr. Wright, on July 25th, 2013, you filed lawsuits or a

14  statement of claim against W&K.  Do you recall that?

15  A.  I do.

16  Q.  And Dr. Wright, you obtained valuable intellectual property

17  from W&K, did you not?

18  A.  No.  As I stated, we filed what is known as a friendly

19  party lawsuit, so that each party has its own intellectual

20  property.  W&K has all rights to its original intellectual

21  property.  The difference is that Mr. Kleiman or anyone else

22  wanting to run W&K would have to run the company.

23      Intellectual property's only valuable when it's used.  So

24  no.  Actually, what I said was the intellectual property

25  devised by Greyfog, an Australian company which was venture

1    capital funded, all public record -- that was transferred into

2    W&K to be approved.  That intellectual property was severed and

3    the original stuff created that never got improved stayed with

4    my companies.  The improved software stayed with W&K.  So no,

5    that's completely misstating it.

6            MR. FREEDMAN:  Counsel, I'm going to the deposition of

7    Dr. Wright from April 4th, 2019.  I'm on Page 230, lines 11

8    through 14.

9            MS. MCGOVERN:  One second, please.

10       (Pause in proceedings.)

11           MS. MCGOVERN:  Objection, Your Honor.  Improper

12   impeachment.

13           THE COURT:  Overruled.

14           You may proceed.

15           MR. FREEDMAN:  Ms. Vela, can you please play clip

16   number 54.

17       (Video played.)

18   BY MR. FREEDMAN:

19   Q.  Dr. Wright, that intellectual property included source

20   code, did it not?

21   A.  Then that's not really leading to what you're saying there.

22   The question you posed for the second one, did I include, no.

23   I got knowledge.  So did I get anything in W&K?  Yes.

24   Knowledge.  It's in there.  I learned things and that's

25   valuable.

1      So if you're including the source code, what the source

2   code was, was the source code transferred to W&K that was meant

3   to be improved, that was not improved.  The source code I

4   originally had from Greyfog, I already had.  So you're

5   confusing those two things.  Intellectual property also

6   includes knowledge.

7   Q.  Was the intellectual property W&K provided source code?

8   A.  I never received anything back, so it didn't provide.  The

9   intellectual property was my testing and my knowledge.  The

10  simple answer here is all of the intellectual property that

11  Dave improved remains with W&K.  All of the things he got

12  external parties to work on, not himself, remains with W&K.  It

13  was never taken from it.  It's still there.  It can still be

14  taken and exploited by Ira if he wants.

15            MR. FREEDMAN:  Ms. Vela, can you please play clip

16  number 55 from Dr. Wright's deposition, which is the April 4th,

17  2019 deposition, lines -- Page 231, lines 2 through 8.

18            MS. MCGOVERN:  Objection, Your Honor.  Improper

19  impeachment.

20            THE COURT:  Overruled.

21     (Video played.)

22  BY MR. FREEDMAN:

23  Q.  In fact, Dr. Wright, the source code was 26 different

24  software packages, was it not?

25  A.  No.  You're confusing the W&K ID, which was sourced to W&K

 1    in the notes.  So no, technically, you're taking it the wrong

 2    way around.  You're taking what I put into W&K for Greyfog.  As

 3    I stated, every bit of W&K software remains with W&K.

 4            MR. FREEDMAN:  Ms. Vela, can you please pull up P147

 5    for the witness and counsel.

 6    BY MR. FREEDMAN:

 7    Q.  Dr. Wright, do you recognize this as an email from yourself

 8    to John Chesher, with a cc to your wife Ramona Watts, talking

 9    about W&K Info Defense Research, W&K ID?

10    A.  I recognize the email.

11            MR. FREEDMAN:  Your Honor, Plaintiffs offer P147 into

12    evidence.

13            MS. MCGOVERN:  No objection.

14            THE COURT:  Admitted into evidence.

15        (Plaintiffs' Exhibit 147 received into evidence.)

16            MR. FREEDMAN:  Can we please publish.

17    BY MR. FREEDMAN:

18    Q.  Dr. Wright, this is an email from yourself to your CFO;

19    your lawyer, Andrew Sommer; your wife, Ramona Watts, correct?

20    A.  Yes.

21    Q.  "Hello.  I'm putting the code that I got from W&K

22    Information Defense, W&K ID," correct?

23    A.  The way you're saying it is actually mischaracterizing it,

24    but it's what it says.

25    Q.  "I'm putting the code I got from W&K ID together.  In the

1   four projects, I have 26 packages, excluding the casino

2   software and the Sportsbook software, including the betfair.com

3   source code.

4       "These total 6,080,550.  It is documented and has unit

5   tests and debugging.  Breakdown by language is as follows."

6   And along the left-hand side of the list you've got various

7   software languages, C#, C++, Java, Perl, Python, ASM, ANSI C,

8   AWK, Lex, TcL, Yacc, sed, and Fortran.

9       Do you see that?

10  A.   I do.

11  Q.   And then down the middle of the column, the amount of lines

12  in that programming language:  2.3 million, 1.4 million,

13  851,000 lines, so on down to the bottom.  Do you see that?

14  A.   I do.

15  Q.   And on the right-hand side, the percent that that language

16  constitutes the amount of software packages you were taking

17  from W&K ID, correct?

18  A.   No.  That's in error.  As I stated, this is the purchase of

19  the Al Baraka Banking software, which was a core banking

20  platform.  That transfer of rights was done to the company.

21  There's no taking its digital assets, so both parties have a

22  copy.  And it's also the SCADA software that I had.

23      That's actually not saleable because it's owned by Siemens,

24  but we had the ability to build upon it.  So you can't actually

25  sell the Siemens software, but you can build applications in

1   APIs.  So if Ira, for instance, wanted to use that to build a

2   company basing SCADA systems on the integration with APIs, he

3   has those rights.

4   Q.  Twenty-six software packages, the email says, Dr. Wright,

5   correct?

6   A.  Twenty-four of those were the core banking, yes.  And two

7   were the SCADA.  So that's correct.

8   Q.  Then you say:  "The total of all those lines are 6,080,550

9   lines of code" --

10   A.  That's correct.  That is approximately on standard coding

11   140 human coding years' worth of programming, yes.

12          MR. FREEDMAN:  Ms. Vela, can you leave that on the

13   left-hand side and can you please bring up P160, which is

14   already in evidence.

15          And let's go to Page 1.  Ms. Vela, this is -- sorry.

16   BY MR. FREEDMAN:

17   Q.  Dr. Wright, this is an email from yourself to Ira Kleiman,

18   dated April 24th, 2014, entitled "Questions."  Do you see that?

19   A.  I see it.

20          MR. FREEDMAN:  Ms. Vela can you call out the

21   second-to-last paragraph in the email for the jury and the

22   witness.

23   BY MR. FREEDMAN:

24   Q.  On the left, Dr. Wright:  "I'm putting the code that I got

25   from W&K ID together.  I have 26 packages.  These total

1   6,080,550 lines of code."  And on the right, Dr. Wright, you

2   tell Ira Kleiman:  "Dave took two million lines of code that he

3   had in 2010 and transformed these into a document," and said,

4   "of over six million lines of code."

5       Do you see that Dr. Wright?

6   A.  Yes.  And -- can I finish?

7       Yes.  I see that.  As I said, core banking is very complex

8   software.  And in 2011, 2012, Dave helped me do that.  So we

9   have 140 to 200 years' worth of programming in that.  Most

10  people don't realize the average programmer does between

11  101,000 lines of code.  In complex code, such as C, C+, it's on

12  the lower end.  In the simpler things, it's on the high end.

13      So six million lines of code is not something that Dave or

14  I could do in my entire lifetime.  I wanted to buy a core

15  banking platform because I don't know if you realize how

16  complex banking actually is.  To be able to run a system

17  required purchase.  The only people who would sell it to me

18  were the Saudis in Al Baraka, and it actually suited Bitcoin

19  because Bitcoin doesn't have interest.  So yes.

20  Q.  Dr. Wright, is it not true that Dave, the "okay coder,"

21  transformed two million lines of code into six?

22  A.  No.  Dave is not an okay coder.  What I said in that other

23  thing you wanted to bring up was that Dave was okay.  And then

24  I said "Hell" was a good coder.  I let other people believe

25  these things.  I didn't say Dave was a good coder.  I didn't

1    say Dave was an okay coder, not ever.  You're trying to say

2    that I answered a question, and I answered a different

3    question.  And thus, that means that it means a different

4    thing.

5        Dave has never coded a line in his life.  And as I said, if

6    Dave was the best coder on earth, if he made the best person in

7    Google, the best person in Facebook, the best person in

8    Twitter, the best person in the NSA look like a complete

9    uninitiated coder, he would not in his life span do one million

10   lines of code, never.  No one on human history has ever written

11   one million lines of code in their life.

12           MR. FREEDMAN:  Ms. Vela, can you take down the callout

13   on the right side.

14           Can you scroll down the left for a minute.

15           Okay.  You can take them down.

16           Thank you.

17   BY MR. FREEDMAN:

18   Q.  Dr. Wright, after you obtained the source code from W&K,

19   you transferred it to various companies you control in

20   Australia, correct?

21           MS. MCGOVERN:  Objection.  Misstates the record -- the

22   evidence in the record.

23           THE COURT:  Overruled.

24           THE WITNESS:  Again, you're misstating me.

25

```
 1            MR. FREEDMAN:  Ms. Vela, can you please put up P127.

 2            I believe this is in evidence.

 3            Yes.

 4            Can we please publish it to the jury.

 5            And let's go to the next page.  We're looking at --

 6      let's go to Page 18, please.

 7            And now can we back up a couple pages to the

 8      beginning.

 9            One more.  Okay.

10      BY MR. FREEDMAN:

11      Q.  Dr. Wright, we're looking at an Auscript transcript of a

12      meeting you had with the Australian Taxation Office on

13      February 18th, 2014, are we not?

14      A.  No, we're not.

15            MR. FREEDMAN:  And Ms. Vela, can you please bring us

16      to Page 18.  And at the bottom we've got a long paragraph that

17      starts off:  "Sommer," because Andrew Sommer, your lawyer, is

18      talking, isn't he?

19      A.  Andrew Sommer was my lawyer.

20      Q.  And at line 41 or so, he says:  "2013 September.

21      Intellectual property that had been acquired by Dr. Wright from

22      W&K Info Defense is on-supplied to the Wright Family Trust and

23      then broken and transferred to other group entities, Hotwire,

24      Coin-Exch., and so on."

25            Do you see that, Dr. Wright?
```

```
 1    A.  I see the thing that you're calling a document, yes.

 2             MR. FREEDMAN:  Thank you, Ms. Vela.

 3    BY MR. FREEDMAN:

 4    Q.  Dr. Wright, around the same time that you distributed the

 5    IP among your companies, your companies also filed claims with

 6    the Australian government for certain tax refunds?

 7    A.  We filed all our tax every year -- every quarter, actually.

 8    So you can't say around that time.

 9       I filed in March 2009, June 2009.  I filed a September

10    2009, December 2009, March 2010, June 2010, September 2010,

11    December 2010.  And I can keep going quarterly right up until

12    the end.  Every -- at the end, then we went monthly.  Because

13    of the size of our organizations, we were required to file

14    monthly returns.

15             MR. FREEDMAN:  Ms. Vela, can you please put up P637.

16    BY MR. FREEDMAN:

17    Q.  Dr. Wright, do you recognize this as the decision of the

18    GAAR panel on -- from the Australian Taxation Office?

19    A.  No.  This is not the decision.  This is the preliminary

20    submission, which is like the statement of claim, like the

21    thing that brings the action.  So no, this is not the actual

22    final decision.

23    Q.  You're right, Dr. Wright.  This is the panel submission.

24    Do you recognize it as the panel submission?

25    A.  Yes, I do.
```

1    Q.  By the Australian Taxation Office?

2    A.  Yes, I do.

3          MR. FREEDMAN:  This is in evidence.  Can we please

4    publish to the jury.

5          MS. MCGOVERN:  Objection, Your Honor.  Authentication,

6    hearsay, foundation.

7          THE COURT:  It is not in evidence, 637.

8          MR. FREEDMAN:  Oh, I'm sorry.

9          MS. MCGOVERN:  We object, Your Honor.  Hearsay,

10   foundation, authentication.

11         MR. FREEDMAN:  Can I lay the foundation?  I'm sorry.

12         THE COURT:  Certainly.

13         MR. FREEDMAN:  My apologies.

14         Can we -- just for counsel and the witness, please.

15         Can we go to Page 2, please.

16   BY MR. FREEDMAN:

17   Q.  And Dr. Wright, do you see here the Australian Taxation

18   Office is taking a position on -- is reciting when, in

19   Paragraph 2, you filed for certain GST refunds?

20         MS. MCGOVERN:  Objection, Your Honor.  This is not

21   foundation material.  It should not be referred to

22   substantively.

23         THE COURT:  Don't refer to the contents.  Why don't

24   you just direct the witness to the portion of the document.

25

```
1   BY MR. FREEDMAN:

2   Q.  Do you see Paragraph 2, Dr. Wright?

3   A.  I see Paragraph 2.

4   Q.  And do you see also Footnote 7?

5   A.  I see Footnote Number 7.

6          MR. FREEDMAN:  And Your Honor, Plaintiffs offer P637

7   into evidence.

8          MS. MCGOVERN:  Objection, Your Honor.  No foundation.

9   Relevance, hearsay, authentication.

10         THE COURT:  And the Court has previously ruled.  The

11  objection is overruled.  It will be admitted into evidence.

12     (Plaintiffs' Exhibit 637 received into evidence.)

13         MR. FREEDMAN:  Now it's in evidence.  Can we please

14  publish to the jury and -- sorry.

15  BY MR. FREEDMAN:

16  Q.  All right.  So Dr. Wright, are you -- now that the jury is

17  seeing the document, let's catch up quickly with it.

18  Australian Government, Australian Taxation Office stamp in the

19  top left corner, right?

20  A.  That's their logo.

21  Q.  Logo's fine.

22     And it is the preliminary GAAR panel submission the ATO

23  submitted as their formal position in front of the GAAR panel,

24  correct?

25  A.  The GAAR panel is the General Anti-Avoidance Review Panel.
```

1    It's a form of court process.

2    Q.  And this is the Australian government's position in front

3    of that formal court process?

4    A.  That's what they submitted against me.  Yes.

5    Q.  And Paragraph --

6         MR. FREEDMAN:  Ms. Vela, can we please go to Page 2.

7    BY MR. FREEDMAN:

8    Q.  In Paragraph 2, the Australian Taxation Office says that:

9    "This matter arises from claims for GST refunds in the

10   September 2013 quarter by entities controlled by CW, Craig

11   Wright," correct?

12   A.  Yes.  The tax office, as I stated earlier, was attempting

13   to say that any transfer of Bitcoin required GST.  That meant

14   that payment even between my companies of Bitcoin or Bitcoin

15   holdings would require a 10 percent tax.  The government had

16   the idea that Bitcoin is not money and it should be treated as

17   not money, and as a goods or services it should be able to be

18   taxed on every movement.

19       So yes, this is a GST refunds and -- allegation claim,

20   which the tax office stated that -- because I was saying that

21   Bitcoin does not have GST, should not have GST, and should be

22   treated like money, they fought.

23        MR. FREEDMAN:  Ms. Vela, can you bring up Footnote 7

24   that is referenced by the ATO after:  "Entities Controlled by

25   Craig Wright."

```
1    BY MR. FREEDMAN:

2    Q.  Dr. Wright, do you see where the Australian Taxation Office

3    says:  "The relevant entities are Cloudcroft, Coin-Exch.,

4    Hotwire, Intelligence" -- sorry -- "Hotwire Preemptive

5    Intelligence, Strasan PTY.  Pholus PTY, Denariuz PTY.

6    Collectively, these entities will be referred to as the related

7    entities"?

8    A.  I see that.

9            MR. FREEDMAN:  Ms. Vela, can you highlight:  "For

10   claims for GST refunds in September of 2013."

11           "GST tax refunds September 2013."

12           Thank you, Ms. Vela.

13   BY MR. FREEDMAN:

14   Q.  Dr. Wright, your companies claimed approximately $10

15   million in refunds from the Australian Taxation Office, did

16   they not?

17   A.  I have no idea.

18           MR. FREEDMAN:  Ms. Vela, can we please bring back up

19   P637.

20           Let's go to Page 5.

21           And can we publish this, please.

22           And can you call out line 18.

23   BY MR. FREEDMAN:

24   Q.  "The Australian Taxation Office continues to retain refunds

25   of approximately $10.5 million pending a decision on the
```

1  application of Division 1652 of the GSC Act."

2       Do you see that, Dr. Wright?

3  A.  Yes.  Again, the tax office wanted to basically say that

4  GST on Bitcoin would apply and that would wipe out any of the

5  amounts between the companies.

6  Q.  And Dr. Wright, these claims for tax refunds, they were

7  based in part on costs that your company supposedly incurred in

8  acquiring intellectual property from W&K?

9  A.  No.  You can't put GST that way on foreign entities.  An

10 American organization doesn't do that.  So that's actually

11 incorrect.

12      MR. FREEDMAN:  Ms. Vela, can you please take us to

13 Page 87 of the relevant document.

14 BY MR. FREEDMAN:

15 Q.  Dr. Wright, this is a letter from your lawyers at Clayton

16 Utz to the tax office.  And in it --

17      MR. FREEDMAN:  Ms. Vela, can you please highlight --

18 call out that -- yeah.  Right there.

19 BY MR. FREEDMAN:

20 Q.  "Coin-Exch.'s claims for input tax credits in the relevant

21 review period is based on acquisitions it considers that it

22 made from the Wright Family Trust.  In turn, Wright Family

23 Trust acquired software and intellectual property from

24 Dr. Craig Wright.  We understand that Dr. Craig Wright had

25 acquired software from W&K."

```
1        Do you see that Dr. Wright?
2   A.  Yes.  I see.  What you're missing is that the transfer is
3   between my companies and Wright Family Trust.  Wright Family
4   Trust is an Australian entity.  The transfer between Craig
5   Wright Family Trust and my companies in Australia had GST.  The
6   claim that W&K was involved in GST is false.
7            MR. FREEDMAN:  Thank you, Ms. Vela.  You can take that
8   down.
9   BY MR. FREEDMAN:
10  Q.  Dr. Wright, after you requested those refunds, the
11  Australian government conducted an audit of your companies,
12  correct?
13  A.  No.  The Australian government investigated -- issued
14  audits against me since 2006.  The first audit came when I
15  completed -- or was completing my eighth master's degree.  The
16  Australian government took me to court over that, saying that I
17  had too much education and I shouldn't be allowed to both claim
18  and deduct any further degrees.  They said that it's not part
19  of my work.  So they started an audit.
20       In the next year, the tax office started an audit over my
21  other claims.  In 2009, in March, they started a GST audit over
22  Bitcoin.  In June of 2009, they started an audit because of
23  Bitcoin.  In September of 2009, they started another audit.  In
24  December of 2009, they started four audits.
25       In March of 2010, they started two audits.  In June, I
```

1    think there were four audits.  In September of that year, there

2    were five audits.  In December of that year, only another two

3    audits.

4        In March of 2011, four audits.  In June of 2011, seven

5    audits.  In -- I closed four companies down.  So the number of

6    audits went down to about three in the next quarter.  December

7    of 2011, still three.

8        March of 2012 I had another company, so four.  In June of

9    2012, I had five.  In December of 2012, zero, because the Court

10   had basically come back and I had a settlement from the ATO and

11   I won my court case.  So for one single quarter there, I had

12   nothing.

13       In March, I had nothing in 2013.  So no audit again.  In

14   June of 2013, I had no audits.  In -- however, again, in the

15   later part of 2013, I started with two audits.

16       And then I started in 2014.  It increased until 2015.  I

17   won't go month by month.  But we ended up with 17 audits a

18   quarter.  Every three months, they brought in 17 audits.  They

19   shut down my companies' operating.  Effectively, I had to

20   answer at least one thousand pages of documentation on what we

21   were doing a quarter, until I decided to move out of Australia.

22   So -- and then they stopped auditing me.  But that's the actual

23   audit trail.

24       MR. FREEDMAN:  Ms. Vela, can you put up P637.  Let's

25   go to Page 2, please.

1          Can you call out Paragraph 2.

2     BY MR. FREEDMAN:

3     Q.  We read the first half of this paragraph already,

4     Dr. Wright.

5     A.  I did.

6     Q.  "The matter arises from GST refunds in September 2013

7     quarter by entities controlled by Craig Wright."

8          MR. FREEDMAN:  Can we publish this to the jury,

9     please.  It's in evidence.  This time for real.

10    BY MR. FREEDMAN:

11    Q.  "The matter arises for claim -- the matter arises for

12    claims for GST refunds in the September 2013 quarter by

13    entities controlled by CW."

14        Now I'm jumping to the little eight.  "These claims have

15    been under review since October 2013.  There are concurrent

16    audits of CW and the majority entities controlled by him."

17        Do you see that?

18    A.  Like I just said, concurrent, continuing audits, yes.  That

19    goes right back before that.

20    Q.  Dr. Wright, these audits carried on throughout 2014 and

21    into 2015, correct?

22    A.  As I just stated, yes.

23    Q.  And toward the end of 2014, the ATO reached a preliminary

24    decision to withhold the tax refunds from your companies,

25    correct?

1    A.   Yes.

2    Q.   But they permitted your companies to object to that

3    decision, did they not?

4    A.   No.   They didn't permit us.   By law, that's a requirement.

5    That's like saying you permit an appeal.   You don't.   The

6    government has a rule.

7    Q.   Fair enough, Dr. Wright.

8         MR. FREEDMAN:   Ms. Vela, can you bring us to Page 3.

9         And can you zoom in on Paragraph 6.

10   BY MR. FREEDMAN:

11   Q.   "On 20th of January, 2014, we issued a letter to each of

12   the entities advising that we would continue to hold the

13   refunds, and that as of 20th of January they had a right to

14   object against this decision."

15        Do you see that, Dr. Wright?

16   A.   Yes, I do.

17   Q.   January 20th, 2014, the ATO says:   "No refunds."

18   A.   Is that a question?

19   Q.   No.   I'm telling you what I wrote because my handwriting --

20        MS. MCGOVERN:   Objection, Your Honor.

21        THE COURT:   And the basis?

22        MS. MCGOVERN:   There's no question pending.

23        THE COURT:   There is not.   That's correct.   Let's

24   continue.

25

1  BY MR. FREEDMAN:

2  Q.  Can you read what I wrote, Dr. Wright?

3  A.  No, I can't.

4  Q.  It says:  "ATO.  No refunds," correct?

5  A.  I don't know.  I can't see what you wrote.

6          THE COURT:  Could you allow the witness to see the

7  board.

8          Thank you.

9  BY MR. FREEDMAN:

10  Q.  Is that better?

11  A.  That is better.

12          MR. FREEDMAN:  Your Honor, can you see as well?

13          THE COURT:  Yes.

14  BY MR. FREEDMAN:

15  Q.  Dr. Wright, as part of the ongoing audit process, the ATO

16  requested additional information about W&K in February of 2014,

17  didn't it?

18  A.  I don't remember.  As I've just stated, I went through

19  over -- I think over 200 audits in a five-year period.  If you

20  want to know what sort of having a ridiculously sort of

21  squashed life is, try having 200 separate audits run

22  concurrently.  So no, I don't remember.

23          MR. FREEDMAN:  Ms. Vela, can you please bring up P175

24  for just the witness and counsel.

25

```
 1   BY MR. FREEDMAN:

 2   Q.  Dr. Wright, do you recognize this as an email from yourself

 3   to Ms. Watts forwarding on an email from John Chesher to Des

 4   McMaster of the Australian Taxation Office?

 5   A.  I recognize this as an email, yes.

 6   Q.  In Paragraph 3, do you see a reference to entities at issue

 7   in this case?

 8   A.  I do.

 9         MR. FREEDMAN:  Your Honor, Plaintiffs offer P175 into

10   evidence.

11         MS. MCGOVERN:  No objection.

12         THE COURT:  Admitted into evidence.

13      (Plaintiffs' Exhibit 175 received into evidence.)

14         MR. FREEDMAN:  Ms. Vela, can you zoom into the

15   email -- yeah -- from John Chesher.

16         And can we please publish.

17         Perfect.

18   BY MR. FREEDMAN:

19   Q.  Dr. Wright, the date on this email is February 6th, 2014 do

20   you see that?

21   A.  I do.

22   Q.  It's an email from your CFO John Chesher to Des McMaster at

23   the Australian Taxation Office.  Do you see that?

24   A.  I do.

25   Q.  And cc's your lawyer, Andrew Sommer, and yourself.  Do you
```

1    see that?

2    A.  Yes.

3    Q.  And in this email, John Chesher thanks Des McMaster for

4    making the time to get together on Monday.  Do you see that?

5    A.  I see what he said.

6        MR. FREEDMAN:  Ms. Vela, can you highlight that first

7    sentence.

8    BY MR. FREEDMAN:

9    Q.  And he says:  "The following are the salient points in

10   terms of time drawn from our meeting."  And in number 3:

11   "Strasan and Pholus.  More information regarding W&K."

12       Do you see that?

13   A.  Yes.

14   Q.  Then he says:  "You have since asked for the director

15   details and consents for W&K.  Attached.  You have all of the

16   agreements between W&K and Wright and copies of judgments."

17       Do you see that?

18   A.  Yes.

19   Q.  So on February 6th, 2014, the ATO was coming to you for

20   information about W&K as part of its audit process, were they

21   not?

22   A.  This is not sort of the whole thing, but it's the beginning

23   of a particular audit.  And they weren't coming to us.  It was

24   John responding.  But I -- if you're saying that John was

25   responding on that date, then yes.

1    Q.  Can you read what I wrote, Dr. Wright?

2    A.  Not really.  Can you read it out to me.

3    Q.  "ATO asks about W&K February 6th, 2014."

4    A.  Yes.

5    Q.  I'm going to take you through our timeline here Dr. Wright.

6    Dave Kleiman dies on March 26th, 2013 [sic].  You find out on

7    March 30th, 2013 [sic], correct?

8    A.  About that, yes.  In American time.

9    Q.  You first contact Louis Kleiman on February 11th, 2014,

10   nine and a half months later, correct?

11   A.  I first contacted the family before that, but Louis was

12   later when I was given his details.

13   Q.  You filed the lawsuit against W&K on July 25th, 2013,

14   correct?

15   A.  I don't remember the exact date, but around then.

16   Q.  You file for GST refunds in September of 2013.  The ATO

17   tells you you're not going to get those refunds on January

18   20th, 2014.  And the ATO starts asking questions about W&K on

19   February 6th, 2014, exactly five days before you first reach

20   out to Louis Kleiman; isn't that right?

21   A.  No.  That's completely erroneous.  You're missing that I

22   contacted his fiancee in May.  You're missing that before I

23   could close down and put in the GST I had a court case against

24   MJF Mining Services in the Supreme Court of New South Wales.  I

25   could not take any of the action before the Supreme Court

```
1    judgment was issued.  That Supreme Court judgment was issued.

2         This is five days after the Supreme Court judgment had been

3    finally handed down and given to my CFOs, et cetera.  I believe

4    if you read the full document there you will see that the

5    Supreme Court judgment is noted in that communication with my

6    CFO.  So the Supreme Court is not quick.  So I'm sorry, but

7    that's as fast as they move.

8         Oh, and you're missing the June GST, and the March GST, and

9    the next March GST, and the end-of-year filing, and actually

10   eleven other tax filings.

11             MR. FREEDMAN:  Ms. Vela, can you please bring up P117.

12             This is in evidence.

13             Can we please publish to the jury.  And can we please

14   focus in on Dr. Wright's message to Louis Kleiman.

15   BY MR. FREEDMAN:

16   Q.  Dr. Wright, five days after the ATO starts asking questions

17   about W&K, you send this message to Louis Kleiman, Dave's late

18   father; isn't that correct?

19             MS. MCGOVERN:  Objection, Your Honor.  Asked and

20   answered.

21             THE COURT:  Sustained.

22   BY MR. FREEDMAN:

23   Q.  You say in this email, Dr. Wright, in the second paragraph:

24   "Please understand, I do not seek anything other than to give

25   you information about your son."
```

1       Do you see that?

2   A.  I do.

3   Q.  That wasn't true, was it, Dr. Wright?

4   A.  No.  It was completely true.  But I actually tried to give

5   the shares to them.  So I guess you could say I tried to give

6   them something that was valuable.

7   Q.  Dr. Wright, isn't it true the reason you reached out to

8   Louis Kleiman was because you needed help responding to answers

9   to the Australian Tax Office about W&K, which you knew Dave

10  Kleiman's estate controlled?

11  A.  Number one, Dave Kleiman's estate never controlled W&K.

12  Dave Kleiman was not the person behind it.  He didn't fund it.

13  He didn't put it in.  The operating agreement, I don't have a

14  copy of.  Lynn would.  Lynn was nominally in charge of the

15  company, my ex-wife.

16      So no, Dave Kleiman never controlled it.  He was just the

17  American person who needed to be there because I needed someone

18  who was an American, a vet, because otherwise I didn't get to

19  file those things.

20  Q.  Dr. Wright, you finished the email saying:  "When I can, I

21  will let you know much more of Dave.  I will also help you

22  recover what Dave owned."

23      Do you see that?

24  A.  Yes.  Dave owned shares in that company, Coin-Exch.

25  Q.  Dr. Wright, isn't it true that you had no real intention of

1   helping them get what Dave owed?  You just needed their help

2   for the Australian Tax Office?

3   A.  No.  Actually, if Dave had never been involved with me, my

4   stuff with the tax office would have been way easier.  Trying

5   to document overseas transactions with a dead person is

6   horrible.  If you imagine going before a Court and going:  "A

7   dead guy helped me" -- the worst thing I had was actually W&K

8   on my books.

9       I had a public company that we wanted to take to IPO.  I

10  had two external audit firms -- I'm sorry -- one external and

11  one internal audit firm, both KPMG and PWC.  We had Ernst &

12  Young doing business advice.  We had others doing it.  So you

13  could say controlled, but it was a large company group, as

14  you've seen many little companies.

15      So honestly, the best thing would have been to try and bury

16  Dave and never mention him and never mention W&K.  The entirety

17  of the money that they said I owed is because of that.

18  Q.  Dr. Wright, you also suggested that Ira should look for --

19  sorry.  Strike that.

20      Dr. Wright, you also, shortly after this, begin

21  corresponding with Ira Kleiman, do you not?

22  A.  I was put in contact with him.  That was the first time

23  because I didn't realize he was alive.  Dave had told me he had

24  one brother and that brother was dead.  So I never looked for

25  him.

1          MR. FREEDMAN:  Ms. Vela, can you please bring up P20,

2    which is in evidence.

3          Let's go to Page 6, please.

4    BY MR. FREEDMAN:

5    Q.  Dr. Wright, here on February 14th, 2014 -- so right here --

6    February 14th, 2014, Ira Kleiman email.  And in this email that

7    occurs eight days after the ATO asks about W&K, you tell Ira

8    Kleiman:  "Dave Kleiman was involved with the Bitcoin

9    Whitepaper, that he had the Satoshi Nakamoto Vistomail account,

10   and that he should be looking for private keys and wallet

11   files."

12        You see that?

13   A.  Yes.  But that's not eight days after.  That was a

14   response.  As you note, that was a response to an ongoing

15   audit.  So the audit was actually back going back to September.

16   So a response that was done later is not eight days.  So I'm

17   sorry.  I can't say that this is a thing eight days later.

18   Q.  Isn't it true, Dr. Wright, that you knew there would be no

19   private keys or wallet files to be found, you just wanted Ira

20   Kleiman's help controlling W&K?

21   A.  No.  Actually, I would have preferred W&K was shut down.

22   The -- what I told him, if he had anything from Dave's

23   mining -- I don't know if he did or not -- would have been on

24   those drives.  What Dave definitely had was intellectual

25   property belonging to me.  What he did have was key slices that

1    he was meant to return in 2020.  So, unfortunately, though, all

2    of those were deleted.

3    Q.  Isn't it true you knew there would be no Bitcoin because

4    they were in the trusts you guys mined into together?

5    A.  No.  I didn't mine at any time together, as you're saying.

6    In 2012, we set up a company.  It didn't happen.  I wanted to

7    mine with Dave in 2011.  Didn't happen.

8        I didn't have any joint mining with anyone in 2009 because

9    that's not how Bitcoin works.  The idea was not to have

10   partnerships, but to try and bootstrap the system.  So it's a

11   unilateral contract.  To explain that -- every first-year law

12   student will know what that is, but they forget about it.  So

13   only silly academic lawyers like me use unilateral contracts.

14       The idea to miners is:  "I've issued this Bitcoin stuff.

15   And I will pay it to you for validating the network."  That

16   doesn't form groups.  That's not about all this joint mining

17   stuff that people keep talking about.  It's like a thing --

18   finding a dog.  So if I put a notice up on the wall and I

19   explain I've lost Fido and Fido is very dear to me.  And if you

20   bring back Fido, there's a $50 reward.  All of you guys in the

21   jury might want to try and find Fido, but only one of you gets

22   rewarded.  That's how mining works.  Whoever finds Fido first,

23   the block, the validated block, gets paid.

24       So the whole thing here is I set up a system where if I

25   wanted, when I created, I could have made 40 million Bitcoin

1    and kept half of them.  I could have made a hundred million

2    Bitcoin and kept half of them.  I didn't.  I put every one of

3    the just-under-21 million Bitcoin out there for people to earn.

4         The only ones I got were the ones I mined individually at

5    my own expense.  The only ones anyone else like Hell or Dave

6    got, the only ones that Theymos got, the only ones that anyone

7    got were the ones that they individually got for doing --

8    basically going out there and finding the lost dog.  Find lots

9    of lost dogs, find lots of Bitcoin.  That's the equivalent.

10   That's what a unilateral contract is.

11        So no.  The simple answer there is there was no way to

12   joint mine in 2009.

13   Q.  Dr. Wright, isn't it true if you kept all the Bitcoin, no

14   one would want to buy it from you and it would have no value?

15   You had to give it to the world with Dave Kleiman in order for

16   it to become valuable.  It wasn't a generous act, correct?

17   A.  No.  Actually, if you look at Ethereum, Ethereum has a

18   pre-mine.  So 50 percent of the Ethereum coin is actually kept

19   by Vitalik and his people.  So Vitalik now has billions of

20   dollars, not because he worked on it, like I did; because he

21   kept it.

22        When I created Bitcoin, I gave it all out.  But now newer

23   coins are out there thinking that they can bootstrap this and

24   just keep the money.  So I actually think that's wrong.  I

25   think you work for what you earn.

1        So what he's saying is utterly wrong.  It was not like he's

2    saying.  I needed to distribute it that way, but I couldn't

3    keep any.  Hundreds of copies of my system, including one of

4    the big ones, Ethereum, have bootstrapped by giving 50 percent

5    to their founders.  Think about that.

6        Imagine Bitcoin now -- I don't know -- 800 billion to the

7    world.  Imagine, I could have kept 400 -- actually, it's more

8    than that, trillions.  Half of that could have been kept.

9    Could have just done that because I wanted to.  So utterly

10   wrong.

11   Q.  Dr. Wright, on February 14th, 2014, you also tell Ira that:

12   "If the drives and phones are encrypted, that will make this

13   difficult to say the least."

14       Do you say that?

15   A.  Yes.  Because if you're breaking encryption, you would need

16   to find passwords.  I have a password save, for instance,

17   because I've got lots of complex funds.  So you need to find

18   that and try and find a way in.

19   Q.  Dr. Wright, isn't it true -- you were Dave Kleiman's best

20   friend -- you knew he encrypted his drives because he's a

21   security expert and you were preparing Ira for the fact that

22   you would say all of Dave's Bitcoin are on encrypted drives?

23   A.  No.  Sorry.  Doesn't work that way.

24       MR. FREEDMAN:  Thank you, Ms. -- thank you, Ms. Vela.

25

```
 1    BY MR. FREEDMAN:

 2    Q.  Dr. Wright, you told Ira about your work with Dave Kleiman,

 3    did you not?

 4    A.  I told him a variety of things about what I was working on,

 5    yes.

 6    Q.  And you knew that that would mean Ira would rely on you for

 7    information and trust you, right?

 8    A.  No.  I think it was the other way around.  I had a deep

 9    respect and trust for Dave.  As I said earlier, there's very

10    few people I get on with, and I loved Dave.

11        I don't know if you understand, but Dave was super

12    charismatic.  Everyone -- everyone says:  "Dave's my best

13    friend."  I've never had anyone like that.  So I utterly

14    respected this guy and I trusted him because he's a brother.

15    So no.  Wrong way around.

16    Q.  You gained Ira's trust, did you not, Dr. Wright?

17    A.  No.  Actually, I think Ira was basically trying to

18    manipulate me into getting money out of me any way he could

19    right from the beginning.  I think it's the other way around.

20    I stopped trusting Ira when he started showing -- well, he was

21    very manipulative.

22            MR. FREEDMAN:  Ms. Vela, can you please put up 124.

23            Can you zoom in to the bottom email.

24            Is this in evidence?

25
```

1    BY MR. FREEDMAN:

2    Q.  Dr. Wright, do you recognize this as an email from yourself

3    to Ira Kleiman?

4    A.  I do.

5    Q.  Talking about his state of mind with you?

6    A.  Yes.  Ira's basically setting me up to say:  "Oh, you're so

7    trusted."  And I'm actually completely stupid that way.  I

8    actually believe people.  My wife hates it.

9         MR. FREEDMAN:  Your Honor, Plaintiffs offer P124 into

10   evidence.

11        MS. MCGOVERN:  No objection.

12        THE COURT:  Admitted into evidence.

13    (Plaintiffs' Exhibit 124 received into evidence.)

14        THE COURT:  You may show the jury.

15   BY MR. FREEDMAN:

16   Q.  Dr. Wright, on February 18th, 2014, after you disclose the

17   secrets of your and Dave Kleiman's work together, Ira responds:

18   "After everything you have shared with me, I feel like I can

19   completely trust you."

20    You see that?

21   A.  Yes.  Now I know how meaningless it was.

22        MR. FREEDMAN:  Thank you, Ms. Vela.

23   BY MR. FREEDMAN:

24   Q.  Dr. Wright, you continued making Ira promises, didn't you?

25   A.  No.  I made him offers.  In fact, later on, I offered him

1   $12 million US for the shares.  I offered to pay him either

2   completely up front in Bitcoin -- today's value of that

3   Bitcoin, if he'd kept it, would be about $4.6 billion.  Ira was

4   offered $12 million either as Bitcoin or in three tranches,

5   four million, four million, four million.

6        Ira made a counteroffer.  He said:  "I want to keep the

7   shares and the money."  And I said:  "It doesn't work that

8   way." Ira then said:  "I want to do this in some special way

9   where I don't pay tax." I have fought my life against the damn

10  tax office, where I've got auditors and all the rest.  No

11  bloody way in hell was I not going to let him not pay tax to

12  the damn IRS and not have a damn deduction.

13       He turned down the $12 million at a time when I didn't have

14  a lot of personal money myself.  Company money is not mine.  My

15  personal $12 million was nearly everything my family had.  We

16  scraped that together to get to him.  And you can go, oh, my

17  companies had it.  So bloody what?  Company money is not mine.

18            MR. FREEDMAN:  Your Honor, now's a good time for me to

19  take a break, if it works for the Court.

20            THE COURT:  All right.  Certainly.

21            Ladies and Gentlemen, let's take our one-hour recess

22  for lunch?

23       (Jury not present, 12:59 p.m.)

24            THE COURT:  Is there anything we need to address

25  before we recess for lunch.

```
 1            MR. FREEDMAN:  Not from Plaintiffs, Your Honor.

 2            THE COURT:  All right.

 3            MS. MCGOVERN:  Not for Defendant.

 4            THE COURT:  Have a pleasant lunch.

 5       (Recess from 12:59 p.m. to 1:59 p.m.)

 6            THE COURT:  All right.  Welcome back.  I trust

 7   everyone had a pleasant lunch.

 8            Let me -- and go ahead and have a seat, everyone.

 9            Let me advise the attorneys that the courtroom deputy

10   has advised me that Juror Number 7 is feeling ill and believes

11   that she has a fever and would like to go home.

12            MR. BRENNER:  Your Honor, what's the juror name on 7?

13            MR. FREEDMAN:  Or where are they sitting?

14            THE COURT:  Juror Number 7 is seated over on the first

15   row, over to the right.  You should have your charts with

16   regard to those individuals.

17            MR. RIVERO:  Judge, that would be Ms. Coffie?

18            THE COURT:  No.  Ms. Bustamante.

19            MR. BRENNER:  Bustamante.

20            THE COURT:  So we have own of two choices.  We can

21   adjourn early for the weekend or the parties can agree to

22   excuse this individual.

23            Now, let me remind you that we are on the heels of two

24   days, one being a court holiday, second being a designated

25   court holiday.  So that may give Ms. Bustamante an opportunity
```

1    to recuperate.  But I did want to disclose that and hear from

2    the attorneys.

3              MR. FREEDMAN:  Your Honor, can we have just a minute

4    or two to confer internally?

5              THE COURT:  Yes.  Of course.

6         (Pause in proceedings.)

7              THE COURT:  Did you want Dr. Wright to join you at

8    counsel table?

9              MR. RIVERO:  Yes, Judge.  If --

10             THE COURT:  Why don't you go ahead and do that, sir.

11             MR. RIVERO:  Thank you.

12             MR. FREEDMAN:  Your Honor, one last thing.  We should

13   have a seating chart.  We don't.  We are a little unclear as to

14   who Ms. Bustamante is.

15             THE COURT:  Do you have your seating chart that you

16   can -- yeah.

17             MR. RIVERO:  Judge, if it helps, she sits between

18   Ms. Coffie on the far right and Mr. Cabrera, who's the next one

19   to her left -- to her right.  Pardon me.

20        (Pause in proceedings.)

21             THE COURT:  All right.  Back on the record because it

22   is after 2:00.  And as I stated, we do have a juror that

23   feeling ill and would like to go home.  So I would suggest is

24   that since we only have three hours remaining, that it may be

25   the better course to allow Ms. Bustamante to recuperate, to

1    recess early.  It's unfortunate, but -- certainly we'll lose

2    the three hours, and we can make that up as we progress next

3    week.  Perhaps we can have the jury come in at 9:00 on certain

4    mornings instead of 10:00.

5          MR. RIVERO:  Judge, we've had a chance to consult and

6    our view is that, especially in the middle of a pandemic -- we

7    don't know what Ms. Bustamante's situation is.  Of course,

8    everybody hopes it's not COVID.  We think it's better that she

9    take care of what she needs to, we keep the group intact, and

10   we certainly wouldn't want to get into a position where we

11   start losing jurors later on.  I think it's wiser to see --

12   hopefully, she can recover.

13         MR. FREEDMAN:  Your Honor, Plaintiff agrees with you.

14         THE COURT:  All right.  Then let's bring in the

15   jurors.  We'll adjourn for the day and the week, and then we'll

16   bring the jurors back on Monday at 10:00.

17      (Before the Jury, 2:04 p.m.)

18         THE COURT:  All right.  Welcome back, Ladies and

19   Gentlemen.  Please be seated.

20         And I was advised, Ms. Bustamante, that you are not

21   feeling well.  And certainly we wish you well.  And at this

22   point in time I think the best course is for us to adjourn for

23   the day, adjourn for the week.  Hopefully, everyone will remain

24   healthy and safe.  And I certainly wish you well,

25   Ms. Bustamante.  And I will see you on Monday morning -- on

1    Monday morning, that is on the 15th, at 10:00 a.m.

2              So I would ask that -- as with this morning, that you

3    make your way into the building, be in the jury room by 9:45

4    and ready to come into the courtroom.

5              I wish each of you a pleasant holiday weekend.

6              Please remember you're not to discuss this case with

7    anyone, nor permit anyone to speak with you.  You're not to

8    conduct any independent research.  Everything learned about the

9    case is learned within the courtroom.

10             Have a pleasant holiday weekend and I will see you

11   here on Monday, November 15th, at 9:45.  All right?

12        (Jury not present, 2:06 p.m.)

13             THE COURT:  All right.  Mr. Wright, go ahead and sit

14   in counsel table with your attorneys.

15             And go ahead and have a seat for just a moment.

16             For purposes of scheduling, I was reminded by Liz that

17   we -- recall that one of the jurors has a responsibility to

18   take her child to school in the morning.  And because of that,

19   although we may be eager to start earlier than 10:00, it may

20   not work on her end.  So I'm going to ask Liz to see when is

21   the earliest.  But for Monday morning, the 15th, we'll plan

22   on -- obviously, the courtroom will be open, but we'll plan on

23   getting started at 10:00.  All right?

24             Are there any issues that we need to address at this

25   time?

```
1              MR. BRENNER:  Judge, just one housekeeping matter.

2              If you recall when we did the exhibit objections the

3    other evening, we had five videos of Jimmy Nguyen.  We've

4    reached agreement.  We've withdrawn three and they don't object

5    to the other two.  If I could read those in.

6              THE COURT:  Certainly.

7              MR. BRENNER:  So the two that are going -- this is the

8    depo exhibits from Jimmy Nguyen -- it's our trial exhibits from

9    Jimmy Nguyen's deposition.  The two that are going in are P511

10   and P512.

11             The ones that are being withdrawn are P460, P492, and

12   P510.

13             THE COURT:  All right.  Thank you, Mr. Brenner.

14             MR. BRENNER:  I was making sure I'm reading my

15   handwriting right.

16             Yes.  I didn't know if I wrote a two or a seven.  I

17   had them right, Judge.

18        (Plaintiffs' Exhibits 511 & 512 received into evidence.)

19             THE COURT:  Okay.  Anything further on behalf of the

20   Plaintiffs?

21             MR. FREEDMAN:  No, Your Honor.

22             THE COURT:  On behalf of the Defendant?

23             MS. MCGOVERN:  (No verbal response.)

24             MR. RIVERO:  (No verbal response.)

25             THE COURT:  All right.  Everyone have a great weekend
```

1      and I'll see you bright and early Monday morning.

2          (Proceedings concluded at 2:08 p.m.)

```
 1    UNITED STATES OF AMERICA        )

 2    ss:

 3    SOUTHERN DISTRICT OF FLORIDA  )

 4                        C E R T I F I C A T E

 5            I, Yvette Hernandez, Certified Shorthand Reporter in

 6    and for the United States District Court for the Southern

 7    District of Florida, do hereby certify that I was present at

 8    and reported in machine shorthand the proceedings had the 10th

 9    day of November, 2021, in the above-mentioned court; and that

10    the foregoing transcript is a true, correct, and complete

11    transcript of my stenographic notes.

12            I further certify that this transcript contains pages

13    1 - 122.

14            IN WITNESS WHEREOF, I have hereunto set my hand at

15    Miami, Florida this 20th day of November, 2021.

16

17                        /s/Yvette Hernandez
                          Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                        400 North Miami Avenue, 10-2
                          Miami, Florida 33128
19                        (305) 523-5698
                          yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```

COURT SECURITY
OFFICER: [1]  17/5
MR. BRENNER: [5]
116/12 116/19
120/1 120/7 120/14
MR. FREEDMAN:
[203]
MR. RIVERO: [6]
116/17 117/9
117/11 117/17
118/5 120/24
MS. MCGOVERN: [75]
 3/17 6/24 7/20
8/1 8/13 8/17 9/3
9/6 10/2 11/9
11/23 12/17 18/4
23/21 24/13 25/8
25/21 27/7 29/3
36/12 38/19 41/2
45/7 45/12 47/22
48/17 52/18 53/9
54/2 54/4 55/21
56/3 57/4 57/17
58/2 58/17 59/10
59/13 62/20 63/16
64/13 64/25 65/13
66/20 68/12 69/10
72/23 73/3 74/8
74/13 74/17 74/19
75/23 78/2 78/10
81/3 82/13 83/4
83/9 84/9 84/11
85/18 86/13 90/21
93/5 93/9 93/20
94/8 101/20 101/22
103/11 106/19
114/11 116/3
120/23
THE COURT: [123]
THE WITNESS: [10]
18/17 25/25 35/17
52/23 57/18 59/15

62/19 68/12 82/16
90/24

## $

$10 [1]  96/14
$10.5 [1]  96/25
$10.5 million [1]
 96/25
$12 [4]  115/1
115/4 115/13
115/15
$2,222,252.10 [1]
 50/15
$314 [1]  16/2
$4.6 [1]  115/3
$4.6 billion [1]
 115/3
$50 [2]  7/15
110/20

## '

'17 [1]  50/5
'7 [1]  63/21

## .

.net [1]  70/24

## /

/s/Yvette [1]
 122/17

## 1

1.4 million [1]
 87/12
10 [3]  1/5 1/11
95/15
10-2 [2]  1/24
122/18
100 [1]  1/17
1000 [1]  1/21
101 [1]  20/11
101,000 [1]  89/11
102 [3]  21/16
21/23 21/25
103 [2]  2/13 2/13

118/16 119/1
119/19 119/23
10:08 [1]  17/10
10th [2]  11/18
122/8
11 [2]  56/18 84/7
114 [2]  2/13 2/13
11:33 [2]  75/16
75/19
11:53 [2]  75/19
75/25
11th [5]  80/19
81/8 81/18 82/11
105/9
12 [2]  16/11 28/5
120 [4]  2/14 2/14
2/14 2/14
122 [3]  1/8 2/2
122/13
124 [3]  2/13
113/22 114/13
12:59 [2]  115/23
116/5
12th [1]  82/11
13 [3]  32/16 51/1
63/8
14 [2]  28/5 84/8
140 [2]  88/11 89/9
143 [2]  2/11 68/16
147 [2]  2/12 86/15
14th [7]  23/23
24/15 25/23 27/9
109/5 109/6 112/11
151 [1]  42/13
152 [1]  43/1
153 [1]  43/8
15th [3]  119/1
119/11 119/21
16 [1]  71/11
1652 [1]  97/1
16th [3]  28/24
29/11 30/21
17 [5]  2/6 33/25

**17... [3]** 64/16
99/17 99/18
**175 [2]** 2/13
103/13
**18 [5]** 47/17 55/14
91/6 91/16 96/22
**18th [2]** 91/13
114/16
**19 [2]** 35/7 65/4
**1998 [2]** 63/19
63/25
**19th [1]** 79/6
**1:59 [1]** 116/5
**1st [4]** 11/17
11/20 44/17 49/7

**2**

**2.1 [1]** 45/20
**2.3 million [1]**
87/12
**20 [4]** 23/14 71/11
71/22 75/17
**20-minute [1]**
75/15
**200 [4]** 1/14 89/9
102/19 102/21
**2004 [3]** 33/10
63/20 64/5
**2006 [2]** 63/21
98/14
**2008 [2]** 27/19
27/24
**2009 [11]** 49/25
92/9 92/9 92/10
92/10 98/21 98/22
98/23 98/24 110/8
111/12
**2010 [8]** 49/25
72/8 89/3 92/10
92/10 92/10 92/11
98/25
**2011 [8]** 27/20
27/25 34/10 89/8

110/7
**2012 [14]** 28/12
28/13 38/13 44/17
46/21 49/7 50/2
64/1 64/10 89/8
99/8 99/9 99/9
110/6
**2013 [30]** 31/12
38/13 39/11 44/17
46/21 49/7 50/14
62/15 64/11 77/24
78/18 79/3 79/13
79/17 81/17 83/13
91/20 95/10 96/10
96/11 99/13 99/14
99/15 100/6 100/12
100/15 105/6 105/7
105/13 105/16
**2014 [32]** 28/24
29/11 30/21 33/9
35/13 65/19 68/21
70/11 76/11 80/19
81/8 81/18 82/11
82/11 88/18 91/13
99/16 100/20
100/23 101/11
101/17 102/16
103/19 104/19
105/3 105/9 105/18
105/19 109/5 109/6
112/11 114/16
**2015 [9]** 16/9
48/22 54/17 56/11
56/14 57/11 57/13
99/16 100/21
**2016 [8]** 38/1
43/24 47/11 47/12
48/13 48/22 50/5
60/8
**2017 [1]** 49/4
**2019 [3]** 28/4 84/7
85/17
**2020 [1]** 110/1

122/15
**20th [5]** 101/11
101/13 101/17
105/18 122/15
**21 [1]** 111/3
**2113 [1]** 56/18
**215 [1]** 28/5
**22 [1]** 33/9
**222 [3]** 44/22
44/24 46/1
**222.1 [1]** 60/11
**222.2 [1]** 44/24
**227 [1]** 46/13
**22nd [2]** 35/12
57/12
**230 [1]** 84/7
**231 [1]** 85/17
**24 [1]** 76/19
**24th [2]** 28/4
88/18
**25 [2]** 27/9 76/18
**2525 [1]** 1/21
**25th [2]** 83/13
105/13
**26 [5]** 27/9 82/9
85/23 87/1 88/25
**26th [3]** 77/24
78/17 105/6
**27 [2]** 67/11 68/8
**2800 [1]** 1/17
**284 [1]** 49/16
**28th [3]** 65/19
68/21 76/11
**29 [3]** 2/9 2/9
24/8
**29th [1]** 79/13
**2:00 [1]** 117/22
**2:04 [1]** 118/17
**2:06 [1]** 119/12
**2:08 [1]** 121/2
**2nd [4]** 1/17 5/18
6/9 6/9

**3**

**300 [1]**   4/22
**305 [1]**   122/19
**30th [16]**   3/12
 5/17 6/8 6/8 39/11
 44/17 49/7 56/11
 56/14 79/3 79/7
 79/14 79/17 81/17
 82/10 105/7
**32 [2]**   55/6 56/17
**33128 [2]**   1/24
 122/18
**33131 [2]**   1/14
 1/17
**33134 [1]**   1/22
**36 [1]**   42/7
**38 [2]**   2/9 2/9
**39 [1]**   51/2

**4**

**40 [2]**   2/10 110/25
**400 [3]**   1/24 112/7
 122/18
**403 [4]**   4/6 13/22
 57/4 58/2
**41 [2]**   2/10 91/20
**43 [1]**   26/6
**44 [4]**   44/20 45/25
 60/1 60/10
**45 [1]**   28/3
**469 [2]**   2/11 55/23
**47 [7]**   2/10 46/11
 67/9 68/4 68/6
 69/2 76/16
**48 [1]**   2/10
**4th [5]**   5/19 6/10
 6/10 84/7 85/16

**5**

**50 [4]**   16/9 34/21
 111/18 112/4
**50-50 [1]**   34/21
**50-percent [1]**
 34/19

**502 [1]**   56/17
**511 [2]**   2/14
 120/18
**512 [2]**   2/14
 120/18
**523-5698 [1]**
 122/19
**54 [1]**   84/16
**55 [3]**   2/11 2/11
 85/16
**5500 [1]**   1/14
**565 [2]**   2/10 48/1
**5698 [1]**   122/19
**5th [2]**   11/20
 31/12

**6**

**6,080,550 [3]**   87/4
 88/8 89/1
**604 [2]**   2/10 41/5
**606 [1]**   56/21
**61 [2]**   31/8 31/10
**637 [3]**   2/12 93/7
 94/12
**68 [2]**   2/11 2/11
**6th [5]**   54/17
 103/19 104/19
 105/3 105/19

**7**

**744 [2]**   2/9 29/5
**795 [3]**   2/9 38/23
 45/9
**7th [1]**   70/11

**8**

**800 [1]**   112/6
**851,000 [1]**   87/13
**86 [2]**   2/12 2/12
**87 [1]**   97/13

**9**

**94 [2]**   2/12 2/12
**9:00 [1]**   118/3
**9:18-cv-80176-BB
 [1]**   1/2

**9:45 [2]**   119/3
 119/11
**9:50 [2]**   1/6 3/1

**A**

**a.m [8]**   1/6 3/1
 17/10 75/16 75/19
 75/19 75/25 119/1
**ability [2]**   8/3
 87/24
**able [9]**   8/19 12/5
 12/6 12/20 48/4
 72/11 78/13 89/16
 95/17
**about [64]**   4/24
 8/4 8/5 9/10 11/6
 11/6 11/14 13/8
 13/24 14/23 15/1
 16/17 18/23 28/11
 30/11 32/8 34/10
 37/7 38/6 44/23
 45/2 54/8 61/13
 61/14 63/8 63/23
 64/18 65/10 70/22
 72/14 73/9 74/22
 77/6 77/8 78/20
 79/25 80/3 80/5
 80/7 80/12 80/12
 81/15 82/10 82/10
 86/9 99/6 102/16
 104/20 105/3 105/8
 105/18 106/17
 106/25 107/9 109/7
 110/12 110/16
 110/17 112/5 113/2
 113/4 114/5 115/3
 119/8
**above [3]**   46/15
 51/17 122/9
**above-mentioned [1]**
 122/9
**absconding [1]**
 59/2
**academic [3]**   36/7

**A**

academic... [2]
 72/1 110/13
Academy [1]   73/12
accept [1]   60/16
accepted [1]   72/1
access [15]   3/19
 3/24 3/25 4/7 4/11
 4/25 5/11 5/13
 5/21 5/22 8/2 8/3
 8/10 8/14 46/16
accessed [1]   3/23
account [12]   3/18
 3/19 3/22 4/8 4/18
 5/3 5/4 5/6 5/11
 18/14 51/11 109/9
acquired [4]   46/17
 91/21 97/23 97/25
acquiring [1]   97/8
acquisition [2]
 33/14 34/16
acquisitions [1]
 97/21
acquitted [1]
 59/23
across [3]   4/22
 71/4 71/11
act [2]   97/1
 111/16
acting [1]   13/10
action [7]   44/2
 44/2 44/4 44/5
 49/25 92/21 105/25
actual [6]   22/11
 34/9 44/10 44/13
 92/21 99/22
actually [53]   9/16
 18/12 19/15 20/25
 21/2 21/8 22/19
 24/25 26/3 32/1
 34/13 36/25 37/1
 37/2 37/2 40/4
 40/5 40/11 50/3

 52/14 57/15 59/21
 60/15 66/4 67/17
 67/22 70/24 71/3
 71/10 71/20 75/9
 77/20 83/24 86/23
 87/23 87/24 89/16
 89/18 92/7 97/10
 106/9 107/4 108/3
 108/7 109/15
 109/21 111/17
 111/18 111/24
 112/7 113/17 114/7
 114/8
add [1]   3/15
addition [1]   32/5
additional [1]
 102/16
Additionally [1]
 13/5
address [21]   3/6
 17/6 17/23 18/1
 18/11 19/6 19/17
 19/18 20/2 20/4
 20/5 22/20 22/21
 37/5 55/3 55/6
 56/18 56/23 75/21
 115/24 119/24
addressed [4]
 17/23 22/17 24/14
 41/10
addresses [2]
 22/11 56/1
adjourn [4]   116/21
 118/15 118/22
 118/23
administrative [1]
 49/16
admission [2]   4/4
 4/8
admissions [3]
 3/21 6/18 10/9
admit [3]   3/20
 71/9 72/3
admitted [15]   2/8

 23/22 29/4 38/22
 41/4 47/25 55/22
 68/14 86/14 94/11
 103/12 114/12
admitting [1]   4/13
advance [4]   29/24
 62/5 63/1 79/4
advice [2]   6/21
 108/12
advise [1]   116/9
advised [7]   10/5
 10/7 10/7 10/14
 11/14 116/10
 118/20
advising [1]
 101/12
affairs [1]   43/3
affirmative [1]
 78/15
Africa [1]   72/15
after [27]   3/11
 3/14 5/14 6/1 6/7
 12/12 12/16 27/20
 27/25 53/4 57/13
 59/19 64/23 67/17
 76/24 76/25 90/18
 95/24 98/10 106/2
 106/16 108/20
 109/7 109/13
 114/16 114/18
 117/22
again [15]   12/24
 20/3 25/20 34/19
 58/11 61/16 62/21
 67/7 70/24 77/16
 82/16 90/24 97/3
 99/13 99/14
against [13]   6/22
 13/1 13/15 25/22
 40/8 40/13 83/14
 95/4 98/14 101/14
 105/13 105/23
 115/9

**A**

agents [1]   30/7
ago [2]   5/9 64/8
agree [1]   116/21
agreement [4]
 21/20 51/11 107/13
 120/4
agreements [4]
 30/3 31/14 31/15
 104/16
agrees [1]   118/13
ahead [5]   3/4
 116/8 117/10
 119/13 119/15
Al [2]   87/19 89/18
algorithmic [1]
 70/21
alive [3]   76/23
 77/4 108/23
all [73]   3/4 4/10
 4/16 4/20 4/21 5/1
 7/21 9/4 11/24
 13/23 15/4 15/23
 16/2 16/19 17/2
 17/4 17/14 20/7
 21/20 30/24 42/15
 42/17 44/4 53/2
 56/1 56/1 56/5
 58/21 59/21 61/1
 61/12 66/8 67/16
 71/4 71/25 73/7
 75/14 75/17 75/20
 76/1 77/10 77/14
 77/18 78/6 78/11
 78/15 83/11 83/20
 84/1 85/10 85/11
 88/8 92/7 94/16
 104/15 110/1
 110/16 110/20
 111/13 111/22
 112/22 115/10
 115/20 116/2 116/6
 117/21 118/14

119/13 119/23
120/13 120/25
allegation [1]
 95/19
allegations [1]
 61/17
allege [2]   42/21
 61/14
alleged [2]   13/24
 14/8
allow [7]   15/18
 25/24 59/14 63/17
 65/14 102/6 117/25
allowed [2]   15/19
 98/17
almost [1]   46/5
along [4]   10/3
 20/9 20/19 87/6
alpha [1]   71/9
already [11]   4/13
 5/1 10/23 35/7
 35/25 45/9 52/4
 70/8 85/4 88/14
 100/3
also [28]   18/10
 18/13 18/14 33/12
 34/25 39/17 42/20
 43/4 47/8 49/20
 67/13 67/25 68/24
 70/1 73/6 73/11
 73/13 76/13 81/13
 81/22 85/5 87/22
 92/5 94/4 107/21
 108/18 108/20
 112/11
altered [2]   43/9
 61/6
although [1]
 119/19
always [2]   79/20
 79/20
am [3]   74/7 74/23
 75/1

**AMANDA [1]**   1/20
ambiguity [1]   12/8
AMERICA [1]   122/1
American [4]   97/10
 105/8 107/17
 107/18
among [1]   92/5
amount [3]   13/11
 87/11 87/16
amounts [1]   97/5
analysis [1]   42/3
analyzed [2]   60/24
 61/1
ANDRES [1]   1/19
Andresen [1]   26/3
ANDREW [18]   1/16
 36/17 51/25 52/6
 53/1 53/2 53/2
 53/17 65/18 67/3
 67/6 68/24 76/11
 76/14 86/19 91/17
 91/19 103/25
Andrew's [1]   52/13
angry [1]   21/1
animosity [2]   15/5
 15/5
announcing [1]
 79/13
annoyed [1]   35/24
anomalies [1]   61/1
another [5]   7/9
 25/1 98/23 99/2
 99/8
ANSI [1]   87/7
answer [11]   15/20
 16/14 25/9 27/3
 52/19 52/21 69/7
 74/1 85/10 99/20
 111/11
answered [11]   53/9
 59/11 59/13 63/16
 65/13 69/10 72/23
 73/3 90/2 90/2
 106/20

**A**

answers [2]   26/19
  107/8
Anti [1]   94/25
Anti-Avoidance [1]
  94/25
any [27]   10/18
  11/5 13/3 13/3
  17/6 20/5 24/5
  24/5 28/15 35/24
  58/17 69/19 69/20
  74/16 75/20 79/4
  80/12 95/13 97/4
  98/18 105/25 110/5
  110/8 112/3 113/18
  119/8 119/24
anyone [7]   83/21
  110/8 111/5 111/6
  113/13 119/7 119/7
anything [17]   6/17
  8/11 8/20 18/5
  26/1 26/4 58/12
  79/25 80/3 80/7
  80/12 84/23 85/8
  106/24 109/22
  115/24 120/19
anywhere [1]   28/14
apart [1]   59/1
APIs [2]   88/1 88/2
apologies [1]
  93/13
apologize [5]
  17/14 18/8 50/3
  53/3 74/13
appeal [1]   101/5
appear [1]   8/23
Appearances [1]
  1/12
appeared [1]   26/8
appears [1]   8/15
Apple [1]   21/10
application [1]
  97/1

applications [1]
  87/25
apply [1]   97/4
appointed [1]   49/3
appropriate [1]
  15/11
approved [1]   84/2
approximately [4]
  34/19 88/10 96/14
  96/25
April [17]   28/4
  31/12 35/12 77/24
  78/17 79/3 79/6
  79/7 79/13 79/14
  79/17 81/17 82/9
  82/10 84/7 85/16
  88/18
architecture [1]
  69/19
are [77]   3/6 3/17
  4/1 4/3 4/5 4/10
  4/12 4/14 4/17
  4/20 4/21 4/21
  4/22 4/24 5/2 6/18
  6/25 9/8 9/16 9/22
  10/16 10/25 11/9
  11/12 11/24 12/23
  13/14 15/19 15/23
  16/19 16/22 18/11
  18/14 20/22 20/22
  21/20 21/22 23/2
  26/2 30/2 31/12
  31/14 39/2 43/23
  45/24 50/12 54/13
  58/19 66/7 70/20
  70/21 71/13 72/5
  73/18 73/22 77/20
  78/13 81/9 88/8
  91/13 94/16 96/3
  100/15 104/9
  111/23 112/12
  112/22 116/13
  116/23 117/13
  118/20 119/24

120/7 120/9 120/9
  120/11 120/11
arguable [1]   49/21
argue [1]   60/17
argued [2]   50/5
  66/6
arguing [1]   8/23
argument [3]   11/2
  27/8 66/13
Argumentative [1]
  64/13
arises [4]   95/9
  100/6 100/11
  100/11
arises for [1]
  100/11
arose [1]   49/19
around [9]   14/6
  79/16 86/2 92/4
  92/8 105/15 113/8
  113/15 113/19
article [3]   19/10
  19/23 20/1
as [118]   1/3 3/20
  4/2 4/4 4/8 5/8
  7/22 8/24 8/25
  10/9 10/14 15/2
  15/15 15/17 16/11
  18/23 19/13 21/3
  22/9 22/13 22/19
  24/16 24/18 27/8
  27/24 28/12 28/23
  29/12 29/12 30/18
  30/24 33/14 34/20
  36/3 36/3 36/5
  36/16 37/11 37/21
  40/17 41/17 42/3
  43/16 44/13 50/23
  51/10 52/25 53/24
  54/13 55/2 55/12
  56/18 58/23 59/15
  59/23 60/23 61/2
  63/18 67/2 67/6
  67/6 67/7 68/23

**A**

**as... [55]**   69/15
69/20 70/16 72/19
72/19 73/2 73/7
73/21 74/23 75/8
76/13 76/13 79/3
80/9 80/9 80/21
81/19 82/6 82/13
83/18 83/18 86/2
86/7 87/5 87/18
89/7 89/11 90/5
92/17 92/24 94/23
95/12 95/16 95/17
96/6 100/22 101/13
102/12 102/15
102/18 103/2 103/5
104/20 106/7 106/7
108/13 109/14
110/5 113/9 114/2
115/4 117/13
117/22 118/2 119/2
**ask [9]**   13/20
15/12 15/19 16/4
16/13 58/5 78/12
119/2 119/20
**asked [16]**   9/8
9/14 12/17 18/23
53/9 59/10 59/13
63/16 65/13 69/6
69/10 72/23 73/3
74/22 104/14
106/19
**asking [3]**   5/20
105/18 106/16
**asks [3]**   76/23
105/3 109/7
**ASM [1]**   87/7
**assets [2]**   80/8
87/21
**assignment [1]**
55/12
**assume [1]**   47/9
**ATO [36]**   36/21

40/8 42/22 43/5
43/8 44/8 44/14
46/20 47/18 48/24
48/25 49/2 51/4
51/9 58/25 59/2
60/13 60/19 60/20
61/4 61/5 66/17
76/12 94/22 95/24
99/10 100/23
101/17 102/4
102/15 104/19
105/3 105/16
105/18 106/16
109/7
**ATO's [2]**   42/2
49/6
**attach [2]**   22/24
29/21
**attached [2]**   66/17
104/15
**attaches [1]**   60/22
**attaching [3]**
36/20 36/22 65/22
**attachment [4]**
29/13 37/17 44/11
52/7
**attempt [1]**   51/9
**attempted [1]**   61/2
**attempting [1]**
95/12
**attend [1]**   20/19
**attended [1]**   20/21
**attorneys [3]**
116/9 117/2 119/14
**audit [24]**   37/8
37/11 39/9 40/19
41/9 41/17 49/1
58/21 98/11 98/14
98/19 98/20 98/21
98/22 98/23 99/13
99/23 102/15
104/20 104/23
108/10 108/11
109/15 109/15

**auditing [1]**   99/22
**auditor [5]**   48/24
49/1 49/3 59/17
59/19
**auditors [3]**   50/6
50/24 115/10
**audits [19]**   38/6
98/14 98/24 98/25
99/1 99/2 99/3
99/4 99/5 99/6
99/14 99/15 99/17
99/18 100/16
100/18 100/20
102/19 102/21
**Auscript [3]**   67/23
68/19 91/11
**AusIndustry [1]**
63/19
**Australia [10]**
50/5 52/14 57/13
58/16 67/23 79/6
79/14 90/20 98/5
99/21
**Australian [64]**
28/12 36/17 37/8
37/11 37/22 38/5
39/3 39/3 39/18
40/3 40/17 40/18
41/8 41/8 41/15
41/23 42/8 43/14
44/22 45/16 46/12
47/5 48/6 48/6
50/19 51/19 52/13
54/9 54/12 54/20
55/4 57/9 58/11
59/7 59/16 60/8
61/13 65/23 66/2
67/2 68/20 76/10
76/22 83/25 91/12
92/6 92/18 93/1
93/17 94/18 94/18
95/2 95/8 96/2
96/15 96/24 98/4
98/11 98/13 98/16

# A

**Australian... [4]**
103/4 103/23 107/9
108/2
**authentication [7]**
38/20 45/8 47/23
68/13 93/5 93/10
94/9
**autism [1]**  7/6
**autistic [1]**  14/24
**autonomous [1]**
30/7
**Avenue [2]**  1/24
122/18
**average [1]**  89/10
**Avoidance [1]**
94/25
**aware [4]**  4/15
4/25 5/12 11/24
**away [1]**  77/24
**AWK [1]**  87/8
**Ayre [4]**  7/14 7/15
16/8 16/12

# B

**back [38]**  3/4
17/15 26/9 33/4
38/9 39/20 43/20
56/20 57/12 57/14
57/21 60/7 60/9
63/25 66/18 67/19
68/2 68/6 70/3
70/14 71/15 74/1
74/4 75/17 75/20
76/1 85/8 91/7
96/18 99/10 100/19
109/15 109/15
110/20 116/6
117/21 118/16
118/18
**bad [1]**  13/10
**badly [1]**  14/6
**banking [6]**  87/19
87/19 88/6 89/7

**Baraka [2]**  87/19
89/18
**based [3]**  51/6
97/7 97/21
**baseless [1]**  59/24
**basically [11]**
21/8 39/23 43/21
64/6 70/20 82/8
97/3 99/10 111/8
113/17 114/6
**basing [1]**  88/2
**basis [4]**  21/4
51/17 59/12 101/21
**Batey [1]**  60/21
**BB [1]**  1/2
**BBC [1]**  20/21
**be [87]**  4/6 4/7
6/21 6/22 7/10
8/24 8/25 10/6
10/12 10/15 11/1
11/12 11/13 12/4
12/6 12/9 12/15
12/17 12/24 12/25
13/9 13/13 13/15
13/16 13/16 13/17
13/18 13/20 13/21
16/18 17/11 23/19
26/8 27/2 27/3
28/15 29/23 32/7
32/21 34/9 34/11
38/22 41/3 46/6
46/7 47/24 48/8
52/24 52/25 52/25
54/10 58/22 62/4
62/25 63/12 66/7
72/1 72/11 73/2
76/3 79/19 82/23
82/23 84/2 85/3
85/13 89/16 93/21
94/11 95/16 95/17
95/17 95/21 96/6
98/17 107/17
109/10 109/18

116/17 117/24
118/19 119/3
119/19 119/22
**BEACH [1]**  1/2
**bearing [2]**  13/9
13/13
**beautiful [3]**
17/12 73/18 73/19
**became [1]**  82/6
**because [42]**  3/13
4/22 6/17 9/1 10/7
12/15 20/4 31/22
44/3 46/15 66/7
66/9 71/4 71/12
72/9 74/3 80/2
87/23 89/15 89/19
91/17 92/12 95/20
98/22 99/9 101/19
107/8 107/17
107/18 108/17
108/23 110/3 110/8
111/20 111/20
112/9 112/15
112/17 112/20
113/14 117/21
119/18
**become [1]**  111/16
**becoming [1]**  63/21
**been [26]**  3/22
3/25 4/13 9/8 9/9
9/18 11/10 14/9
14/23 27/10 41/16
43/9 46/7 51/8
54/7 57/14 58/1
69/6 91/21 100/15
106/2 108/3 108/4
108/15 109/23
112/8
**before [37]**  1/10
6/2 6/4 6/5 6/20
8/5 11/24 11/25
17/10 26/9 30/8
36/24 38/8 44/3

**before... [23]**
44/15 46/10 48/5
48/8 58/19 58/20
58/25 61/12 62/15
63/18 75/25 77/2
77/6 80/11 82/2
100/19 105/11
105/19 105/22
105/25 108/6
115/25 118/17
**beforehand [1]**
7/25
**began [1]**   11/17
**begin [1]**   108/20
**beginning [4]**
48/22 91/8 104/22
113/19
**behalf [5]**   2/4
46/18 76/12 120/19
120/22
**behavior [1]**   51/18
**behind [4]**   10/6
21/2 81/9 107/12
**being [11]**   3/21
4/1 4/5 9/14 10/19
17/13 19/4 36/23
116/24 116/24
120/11
**belief [1]**   3/22
**believe [20]**   4/7
6/22 7/18 9/16
14/10 15/5 18/21
31/19 31/22 40/2
54/10 57/12 58/6
75/9 76/6 77/20
89/24 91/2 106/3
114/8
**believed [1]**   8/9
**believes [1]**
116/10
**believing [1]**   62/7
**belonging [1]**

**below [3]**   41/15
41/17 79/12
**beside [1]**   9/20
**best [10]**   6/6 90/6
90/6 90/7 90/7
90/8 108/15 112/19
113/12 118/22
**betfair.com [1]**
87/2
**BETH [1]**   1/10
**betrayed [1]**   21/4
**better [9]**   70/13
71/3 71/10 73/23
73/24 102/10
102/11 117/25
118/8
**between [22]**   7/9
11/20 15/6 19/2
19/3 31/6 35/9
42/22 48/22 57/2
66/8 67/3 68/20
73/16 81/17 89/10
95/14 97/5 98/3
98/4 104/16 117/17
**big [2]**   69/13
112/4
**billion [4]**   16/3
72/12 112/6 115/3
**billions [1]**
111/19
**Biscayne [1]**   1/14
**bit [3]**   37/7 75/10
86/3
**Bitcoin [56]**   13/3
16/23 30/3 30/8
31/13 32/6 32/20
33/15 34/6 34/16
36/2 49/25 63/12
64/20 69/9 70/18
70/21 71/7 71/21
72/8 72/18 72/21
73/17 75/1 77/13
77/17 80/1 80/4

89/18 89/19 95/13
95/14 95/14 95/16
95/21 97/4 98/22
98/23 109/8 110/3
110/9 110/14
110/25 111/2 111/3
111/9 111/13
111/22 112/6
112/22 115/2 115/3
115/4
**bites [1]**   49/3
**blamed [2]**   20/25
21/5
**block [4]**   30/8
31/18 110/23
110/23
**blockchain [3]**
30/4 30/11 31/14
**bloody [2]**   115/11
115/17
**BLOOM [1]**   1/10
**board [1]**   102/7
**Bob [1]**   34/9
**BOIES [1]**   1/15
**bold [4]**   25/2 25/4
26/11 47/16
**books [3]**   27/20
27/25 108/8
**bootstrap [2]**
110/10 111/23
**bootstrapped [1]**
112/4
**boss [1]**   36/25
**both [9]**   18/13
34/20 50/6 50/24
54/9 73/13 87/21
98/17 108/11
**bottom [7]**   16/18
25/3 35/12 79/2
87/13 91/16 113/23
**Boulevard [1]**   1/21
**brackets [1]**   25/7
**breach [2]**   39/21

**B**

## B

**breach... [1]**
43/21
**break [3]**   26/8
75/13 115/19
**Breakdown [1]**   87/5
**breaking [1]**
112/15
**BRENNER [2]**   1/16
120/13
**bright [1]**   121/1
**brighter [1]**   79/21
**Brigid [1]**   60/20
**bring [49]**   19/9
23/3 24/7 24/24
26/6 31/5 31/8
31/10 32/16 36/10
39/6 40/15 41/12
42/6 44/2 44/2
44/19 45/19 45/25
46/11 49/10 54/24
55/14 55/24 56/20
60/9 61/16 61/20
63/4 63/9 64/15
67/9 69/1 70/7
75/24 76/5 76/16
88/13 89/23 91/15
95/23 96/18 101/8
102/23 106/11
109/1 110/20
118/14 118/16
**brings [1]**   92/21
**broad [1]**   9/10
**broadcasted [1]**
4/20
**broke [1]**   58/15
**broken [1]**   91/23
**brother [3]**   108/24
108/24 113/14
**brother's [1]**
75/11
**brought [5]**   48/24
50/2 50/4 65/11

**build [6]**   64/19
75/8 75/11 87/24
87/25 88/1
**building [2]**   14/7
119/3
**built [1]**   31/15
**bullets [1]**   30/9
**bullied [3]**   14/5
14/24 15/2
**bullying [2]**   14/25
15/3
**burns [1]**   14/7
**burnt [1]**   16/19
**bury [1]**   108/15
**business [5]**   32/25
55/3 63/13 63/24
108/12
**Bustamante [7]**
116/18 116/19
116/25 117/14
117/25 118/20
118/25
**Bustamante's [1]**
118/7
**buy [3]**   66/9 89/14
111/14

## C

**Cabrera [1]**   117/18
**Caley [2]**   22/14
25/16
**call [17]**   3/1 21/8
21/13 31/19 32/16
33/25 39/7 46/1
46/13 49/12 51/2
72/6 72/10 88/20
96/22 97/18 100/1
**called [9]**   14/1
14/2 14/24 28/1
47/5 48/9 63/19
64/2 64/9
**calling [1]**   92/1
**callout [1]**   90/12

**Calvin [4]**   7/14
7/15 16/8 16/12
**came [7]**   32/9
39/20 43/20 52/23
58/14 73/22 98/14
**camera [1]**   10/19
**can [241]**
**can't [10]**   24/11
66/13 67/17 80/5
87/24 92/8 97/9
102/3 102/5 109/17
**cannot [5]**   8/24
8/25 46/6 60/23
78/5
**capacity [1]**   53/24
**capital [1]**   84/1
**care [1]**   118/9
**carried [1]**   100/20
**Carter [6]**   78/20
79/3 79/12 79/24
82/3 82/12
**case [29]**   1/2 4/9
6/19 7/3 7/5 8/6
10/10 11/10 11/12
12/14 13/2 13/2
13/3 13/6 13/7
13/18 13/21 16/1
40/8 49/4 58/24
58/25 70/19 70/20
99/11 103/7 105/23
119/6 119/9
**casino [3]**   77/14
77/17 87/1
**casinos [1]**   77/19
**catch [2]**   41/7
94/17
**categorically [1]**
82/17
**cc [1]**   86/8
**cc's [1]**   103/25
**Celeste [1]**   60/19
**cell [2]**   31/21
31/23
**cells [1]**   31/22

**C**

cent **[2]** 72/13
 72/16
certain **[4]** 37/12
 92/6 93/19 118/3
certainly **[8]**
 15/11 93/12 115/20
 118/1 118/10
 118/21 118/24
 120/6
Certificate **[1]**
 2/2
Certified **[1]**
 122/5
certify **[2]** 122/7
 122/12
cetera **[2]** 57/22
 106/3
CFO **[4]** 36/18
 86/18 103/22 106/6
CFOs **[1]** 106/3
chain **[2]** 19/3
 36/16
chance **[2]** 25/13
 118/5
changes **[3]** 40/10
 43/18 72/17
changing **[1]** 77/20
channel **[5]** 8/2
 8/3 8/10 10/5
 74/23
character **[3]** 14/1
 14/3 14/3
characterized **[1]**
 24/16
charge **[2]** 50/22
 107/14
charged **[1]** 36/25
charges **[1]** 59/22
charismatic **[1]**
 113/12
Charles **[1]** 73/11
chart **[2]** 117/13

charts **[1]** 116/15
cherry **[1]** 49/4
Chesher **[9]** 36/18
 67/4 76/13 77/1
 86/8 103/3 103/15
 103/22 104/3
chief **[1]** 11/13
child **[2]** 15/2
 119/18
choices **[1]** 116/20
circumstances **[5]**
 12/1 12/20 46/15
 54/11 58/19
citizen **[1]** 77/19
claim **[16]** 7/6
 39/17 44/1 44/7
 46/24 50/1 51/5
 51/10 51/16 61/9
 83/14 92/20 95/19
 98/6 98/17 100/11
claim's **[1]** 59/24
claimed **[4]** 50/23
 51/21 58/10 96/14
claiming **[5]** 4/19
 8/25 10/1 10/21
 50/14
claims **[9]** 44/3
 92/5 95/9 96/10
 97/6 97/20 98/21
 100/12 100/14
classify **[1]** 73/2
Clayton **[3]** 53/17
 53/25 97/15
cleanly **[1]** 59/20
clearly **[4]** 3/24
 12/25 13/9 16/21
click **[1]** 31/21
client **[7]** 6/17
 10/17 10/18 10/19
 11/5 11/22 12/10
client's **[1]** 6/22
clip **[8]** 20/9
 20/11 21/16 21/23

85/15
close **[3]** 79/3
 81/11 105/23
closed **[3]** 49/4
 50/24 99/5
closes **[1]** 59/20
Cloudcroft **[1]**
 96/3
CLR **[1]** 122/17
co **[1]** 61/14
co-created **[1]**
 61/14
CO1N **[8]** 39/10
 40/19 40/22 40/23
 41/10 44/16 47/8
 49/6
code **[44]** 35/5
 36/4 36/6 36/9
 69/19 69/19 69/21
 70/3 70/5 70/6
 70/16 70/18 71/9
 71/23 72/18 72/20
 73/7 73/8 73/15
 73/16 73/17 73/19
 84/20 85/1 85/2
 85/2 85/3 85/7
 85/23 86/21 86/25
 87/3 88/9 88/24
 89/1 89/2 89/4
 89/11 89/11 89/13
 89/21 90/10 90/11
 90/18
coded **[3]** 69/22
 75/10 90/5
coder **[14]** 36/3
 36/6 70/17 72/4
 72/22 73/2 73/6
 89/20 89/22 89/24
 89/25 90/1 90/6
 90/9
coding **[7]** 36/6
 70/12 73/14 73/15
 75/4 88/10 88/11

**C**

**Coffie [2]**  116/17
117/18
**coin [16]**  28/14
28/16 31/15 33/17
34/17 34/20 64/2
64/9 64/21 81/16
82/7 91/24 96/3
97/20 107/24
111/18
**Coin-Exch [13]**
28/14 28/16 33/17
34/17 34/20 64/2
64/9 64/21 81/16
82/7 91/24 96/3
107/24
**Coin-Exch.'s [1]**
97/20
**coins [4]**  16/2
16/18 16/22 111/23
**colleague [1]**  79/5
**collected [1]**
10/24
**Collectively [1]**
96/6
**column [1]**  87/11
**come [9]**  5/23 17/2
52/15 58/7 58/18
66/5 99/10 118/3
119/4
**coming [3]**  77/1
104/19 104/23
**comment [1]**  26/12
**commerce [1]**  72/17
**commissioned [1]**
60/21
**commissioner [1]**
36/24
**communicating [1]**
8/9
**communication [1]**
106/5
**communications [3]**

community [1]  9/7
**companies [28]**
37/9 37/12 38/2
38/13 40/22 41/11
50/24 51/25 56/2
56/13 56/15 57/24
58/21 84/4 90/19
92/5 92/5 95/14
96/14 97/5 98/3
98/5 98/11 99/5
100/24 101/2
108/14 115/17
**companies' [1]**
99/19
**company [28]**  28/1
36/18 40/19 40/21
40/23 40/24 63/19
64/1 64/1 64/8
64/9 77/13 77/14
77/17 77/17 83/22
83/25 87/20 88/2
97/7 99/8 107/15
107/24 108/9
108/13 110/6
115/14 115/17
**Compared [1]**  72/5
**compares [1]**  14/1
**complete [3]**  52/20
90/8 122/10
**completed [1]**
98/15
**completely [14]**
28/9 29/22 58/22
59/24 62/17 62/24
81/19 82/16 84/5
105/21 107/4 114/7
114/19 115/2
**completing [1]**
98/15
**complex [6]**  36/5
72/19 89/7 89/11
89/16 112/17
**computer [1]**  71/11

**computers [3]**  66/7
66/10 71/5
**conceived [5]**  34/3
34/7 34/14 34/18
64/19
**concept [3]**  32/6
32/20 63/11
**concluded [1]**
121/2
**conclusion [4]**
10/13 22/1 46/16
58/14
**concurrent [2]**
100/15 100/18
**concurrently [1]**
102/22
**condition [1]**
16/10
**conditions [1]**
31/16
**conduct [2]**  58/24
119/8
**conducted [3]**  3/21
37/8 98/11
**confer [1]**  117/4
**conflated [1]**
58/22
**confuses [1]**  35/4
**confusing [2]**  85/5
85/25
**connected [4]**  32/7
32/21 63/12 66/4
**connection [3]**
13/3 13/8 20/23
**Conrad [6]**  78/20
79/3 79/12 79/24
82/3 82/12
**consents [1]**
104/15
**consider [5]**  49/18
49/19 49/21 51/17
73/17
**considers [1]**
97/21

**C**

**constantly [1]**
14/5
**constitute [1]**
3/10
**constitutes [1]**
87/16
**consult [1]**  118/5
**contact [4]**  80/18
81/18 105/9 108/22
**contacted [2]**
105/11 105/22
**contain [1]**  43/4
**contains [1]**
122/12
**contending [1]**
8/15
**content [2]**  21/25
61/6
**contention [3]**
41/18 43/9 62/8
**contentions [2]**
43/10 46/5
**contents [1]**  93/23
**context [4]**  4/6
10/3 10/9 10/14
**continue [7]**  17/16
23/25 52/22 76/4
77/13 101/12
101/24
**continued [4]**  2/6
17/18 43/24 114/24
**continues [2]**  6/18
96/24
**continuing [1]**
100/18
**contract [4]**  30/3
31/13 110/11
111/10
**contracted [3]**
29/24 62/5 62/25
**contracts [5]**  32/7
32/20 33/9 63/12

**contradicting [1]**
16/22
**control [8]**  16/1
19/5 20/2 33/13
34/15 56/4 56/7
90/19
**controlled [11]**
42/20 56/14 95/10
95/24 100/7 100/13
100/16 107/10
107/11 107/16
108/13
**controlling [2]**
57/23 109/20
**controls [1]**  56/2
**conversation [2]**
4/4 9/16
**conversations [2]**
3/18 32/19
**coordinate [1]**
22/15
**copies [2]**  104/16
112/3
**copy [2]**  87/22
107/14
**Coral [1]**  1/22
**core [4]**  87/19
88/6 89/7 89/14
**cores [2]**  66/8
71/11
**corner [2]**  39/4
94/19
**correct [69]**  9/2
9/3 21/7 26/16
27/17 27/23 29/20
30/14 30/17 30/23
33/23 34/8 34/9
43/15 43/16 50/21
52/12 54/17 54/22
58/12 59/9 60/15
61/15 64/20 64/22
64/24 66/3 66/19
67/24 68/4 70/5

75/9 76/14 77/18
78/18 78/19 78/21
79/15 80/1 80/4
80/8 80/13 80/14
80/19 80/20 81/18
86/19 86/22 87/17
88/5 88/7 88/10
90/20 94/24 95/11
98/12 100/21
100/25 101/23
102/4 105/7 105/10
105/14 106/18
111/16 122/10
**correctly [1]**  67/8
**correspondence [3]**
20/6 42/22 43/4
**corresponding [1]**
108/21
**corruption [1]**
36/25
**cost [1]**  72/13
**costs [1]**  97/7
**could [26]**  10/6
18/16 35/3 48/8
52/18 58/18 69/25
70/6 70/13 70/25
71/10 71/15 73/7
89/14 102/6 105/23
105/25 107/5
108/13 110/25
111/1 112/7 112/8
112/9 113/18 120/5
**couldn't [3]**  7/16
70/5 112/2
**counsel [17]**  6/14
10/18 19/10 20/14
21/20 22/6 28/18
74/5 74/7 77/25
80/16 84/6 86/5
93/14 102/24 117/8
119/14
**counsel's [2]**  7/8
14/25

**C.**

**counteroffer [1]**
115/6
**countries [1]**
57/22
**couple [1]**   91/7
**course [7]**   12/14
32/19 41/17 117/5
117/25 118/7
118/22
**court [45]**   1/1
1/23 1/23 3/1 7/25
8/23 10/14 11/5
11/14 14/15 16/1
17/17 21/21 24/15
44/4 46/10 48/23
48/25 49/3 50/2
50/2 50/5 59/17
59/18 73/25 78/3
94/10 95/1 95/3
98/16 99/9 99/11
105/23 105/24
105/25 106/1 106/2
106/5 106/6 108/6
115/19 116/24
116/25 122/6 122/9
**Court's [2]**   8/22
25/22
**courtroom [5]**   9/13
116/9 119/4 119/9
119/22
**covered [1]**   7/10
**covers [1]**   38/12
**COVID [1]**   118/8
**CPU [2]**   71/5 71/6
**CPUs [1]**   71/6
**craig [20]**   1/7 2/5
17/23 18/12 18/24
19/6 20/2 22/19
22/21 26/25 27/3
31/12 55/16 76/13
95/10 95/25 97/24
97/24 98/4 100/7

**craig wright [1]**
18/12
**Craigs [1]**   18/11
**create [7]**   29/22
30/7 62/17 62/24
69/8 69/12 80/2
**created [6]**   46/19
51/9 61/14 84/3
110/25 111/22
**creating [7]**   28/9
29/18 30/14 30/17
30/23 62/4 69/18
**creation [1]**   80/1
**credible [1]**   54/10
**credit [3]**   35/14
35/14 65/7
**credits [2]**   37/13
97/20
**cross [1]**   12/10
**cross-examine [1]**
12/10
**CRR [1]**   122/17
**crud [4]**   70/12
70/16 71/12 73/20
**CSR [1]**   122/17
**CSW [1]**   74/23
**cured [1]**   12/9
**cursor [1]**   24/25
**cut [2]**   7/13 31/22
**cv [1]**   1/2
**CW [4]**   26/16 95/10
100/13 100/16

**D**

**D042 [1]**   78/23
**D61 [1]**   31/23
**daily [1]**   21/4
**damages [1]**   13/2
**damn [3]**   115/9
115/12 115/12
**data [2]**   33/14
34/16
**date [11]**   5/25
33/5 47/10 48/13

78/18 103/19
104/25 105/15
**dated [7]**   28/24
29/11 38/15 60/8
70/11 79/3 88/18
**Dave [114]**   13/3
27/16 27/22 28/2
28/8 28/14 29/18
30/14 30/23 30/24
32/2 32/5 32/9
33/1 33/10 33/12
34/6 34/10 34/11
34/11 34/25 35/2
35/15 35/21 35/23
36/1 36/8 61/15
61/24 62/3 62/15
62/16 62/23 63/20
63/22 64/1 64/5
64/9 64/19 64/23
65/6 67/11 68/4
68/8 69/8 69/12
69/12 69/19 70/5
70/6 70/13 71/15
71/21 71/25 73/6
73/7 73/7 74/15
75/4 75/8 75/9
75/11 76/23 77/17
77/24 78/17 79/4
79/17 79/19 79/20
80/5 80/12 80/24
81/9 81/10 81/13
81/13 81/16 82/4
82/11 85/11 89/2
89/8 89/13 89/20
89/22 89/23 89/25
90/1 90/5 90/6
105/6 107/9 107/11
107/12 107/16
107/21 107/22
107/24 108/1 108/3
108/16 108/23
109/8 109/24 110/7
111/5 111/15

**D**

**Dave... [6]** 112/19
113/2 113/9 113/10
113/11 114/17

**Dave's [16]** 16/18
69/20 76/25 77/3
77/19 79/13 79/25
80/3 80/8 80/9
80/12 80/18 106/17
109/22 112/22
113/12

**David [6]** 1/4 34/3
34/14 34/18 35/2
63/14

**day [10]** 1/9 6/1
6/2 21/25 48/19
82/8 118/15 118/23
122/9 122/15

**days [9]** 78/21
105/19 106/2
106/16 109/7
109/13 109/16
109/17 116/24

**de [1]** 1/21

**dead [4]** 15/25
108/5 108/7 108/24

**deal [5]** 7/13 7/16
7/17 16/8 16/12

**dear [3]** 53/12
79/5 110/19

**death [3]** 76/24
76/25 79/13

**debugging [1]** 87/5

**decade [3]** 32/6
33/1 63/14

**deceased [1]** 78/18

**deceive [1]** 46/20

**December [8]** 43/24
57/13 92/10 92/11
98/24 99/2 99/6
99/9

**decided [2]** 53/25
99/21

**decision [18]**
37/21 38/14 39/2
44/14 45/17 45/17
45/23 46/12 59/8
60/5 60/7 92/17
92/19 92/22 96/25
100/24 101/3
101/14

**decisions [2]**
48/16 48/20

**deduct [1]** 98/18

**deduction [2]**
66/10 115/12

**deed [1]** 55/12

**deep [1]** 113/8

**Defendant [8]** 1/8
1/18 3/11 6/18 7/3
75/23 116/3 120/22

**Defendant's [1]**
10/25

**Defendants [6]**
3/10 3/16 4/14
4/24 5/10 6/20

**Defense [4]** 1/4
86/9 86/22 91/22

**definitely [2]**
19/19 109/24

**definition [1]**
44/6

**degree [1]** 98/15

**degrees [1]** 98/18

**delay [1]** 17/14

**deleted [1]** 110/2

**Delhi [2]** 55/6
56/17

**deliberately [1]**
51/8

**demonstrated [5]**
40/6 40/9 43/18
44/3 52/25

**demonstrates [1]**
51/18

**DeMorgan [11]**
40/23 53/12 53/13

53/25 54/1 54/11
54/14 56/2 56/7
56/7 63/19

**Denariuz [1]** 96/5

**department [1]**
40/10

**depo [1]** 120/8

**deposition [9]**
20/9 21/17 21/21
28/4 28/5 84/6
85/16 85/17 120/9

**deputy [1]** 116/9

**Des [6]** 39/25 67/3
76/12 103/3 103/22
104/3

**described [1]**
46/17

**describing [1]**
64/7

**designated [1]**
116/24

**Despite [1]** 60/25

**detail [1]** 35/24

**details [4]** 20/3
28/25 104/15
105/12

**determination [2]**
25/23 40/11

**determine [2]** 6/15
39/9

**determined [2]**
13/17 27/10

**develop [6]** 34/11
34/15 35/3 64/10
64/23 73/14

**developed [12]**
27/21 28/1 32/25
34/25 35/16 35/21
63/13 63/24 63/25
64/5 65/8 70/22

**developers [1]**
70/2

**developing [5]**
28/13 32/6 35/5

**D**

**developing... [2]**
63/18 73/16
**development [3]**
33/13 36/4 69/18
**DEVIN [1]** 1/13
**devised [1]** 83/25
**did [62]** 4/11 5/13
5/21 5/22 5/23
8/11 8/20 19/5
19/15 19/20 20/1
20/19 26/20 26/22
29/12 32/7 35/1
36/6 37/9 37/10
39/18 39/25 46/8
49/21 50/23 51/6
51/13 52/2 53/3
53/8 54/18 56/7
56/10 57/9 60/13
61/4 61/5 61/5
64/5 64/23 69/8
69/12 69/24 72/3
72/8 76/23 80/5
83/17 84/20 84/22
84/23 96/15 100/5
101/3 109/23
109/25 111/20
113/3 113/16 117/1
117/7 120/2
**didn't [52]** 6/11
8/4 8/15 9/17 10/6
10/17 19/14 19/19
20/3 28/14 31/1
31/3 31/4 31/19
35/3 35/24 44/2
48/17 52/11 53/4
57/17 58/12 60/14
60/15 62/8 66/3
66/15 67/24 71/11
73/24 77/16 79/25
80/2 80/3 80/7
85/8 89/25 89/25
101/4 102/17

107/12 107/13
107/18 108/23
110/5 110/6 110/7
110/8 111/2 114/24
115/13 120/16
**died [3]** 62/15
77/2 77/6
**dies [4]** 78/17
79/17 82/9 105/6
**difference [4]**
35/4 69/13 73/16
83/21
**different [7]**
10/19 18/15 33/16
57/22 85/23 90/2
90/3
**differently [3]**
9/5 11/18 11/21
**difficult [1]**
112/13
**digital [1]** 87/21
**diligence [2]**
11/25 12/19
**direct [3]** 2/6
17/18 93/24
**directly [3]** 12/13
13/5 13/6
**director [4]** 53/12
53/25 55/17 104/14
**directors [1]**
42/23
**directors/represent**
**atives [1]** 42/23
**disagree [1]** 8/1
**disclose [5]** 6/11
6/16 8/22 114/16
117/1
**disclosed [3]** 9/1
11/13 11/13
**disclosure [1]**
7/25
**discuss [1]** 119/6
**discussed [3]** 16/8
32/19 63/11

**discussion [1]**
59/5
**dishonestly [1]**
51/8
**disprove [1]** 60/22
**disputed [1]** 8/2
**disputes [1]** 54/12
**disregard [2]**
49/20 51/19
**distribute [1]**
112/2
**distributed [3]**
30/2 31/13 92/4
**DISTRICT [7]** 1/1
1/1 1/10 1/23
122/3 122/6 122/7
**DIVISION [3]** 1/2
49/16 97/1
**DKIM [2]** 61/3 61/6
**do [163]**
**document [55]**
17/22 20/8 20/14
23/11 23/18 23/22
23/24 24/11 25/14
26/1 26/4 26/5
26/17 26/21 27/11
27/21 28/2 29/21
35/22 36/19 36/22
38/1 38/7 38/7
39/5 40/10 40/18
40/20 41/9 42/2
44/18 45/18 47/4
47/7 48/5 48/8
48/11 49/9 50/7
54/2 54/4 55/2
56/25 62/20 67/13
68/25 72/2 74/17
89/3 92/1 93/24
94/17 97/13 106/4
108/5
**documentation [9]**
35/2 35/3 46/19
69/14 69/17 69/25
73/19 73/21 99/20

**D**

**documented [1]**
87/4

**documents [18]**
23/1 40/1 40/4
40/7 40/14 43/14
43/23 51/8 52/11
52/15 52/23 53/8
54/8 58/15 59/8
61/12 61/13 74/9

**does [13]** 19/5
19/7 19/16 19/25
22/5 25/13 26/18
35/23 48/21 65/25
69/15 89/10 95/21

**doesn't [14]** 7/25
9/15 10/10 35/23
48/16 48/20 60/18
62/9 64/12 89/19
97/10 110/16
112/23 115/7

**dog [2]** 110/18
111/8

**dogs [1]** 111/9

**doing [11]** 11/25
31/19 34/12 47/18
72/16 73/22 82/23
99/21 108/12
108/12 111/7

**doll [1]** 21/12

**dollars [1]** 111/20

**domains [1]** 18/15

**don't [58]** 5/25
13/4 14/10 17/25
18/18 19/3 19/4
20/5 20/25 21/2
22/3 22/16 22/23
23/1 24/6 24/17
26/5 26/17 26/17
31/3 31/19 32/4
37/24 38/1 38/8
38/15 40/20 48/8
53/19 57/11 66/14

60/6 71/5 73/17
74/3 75/7 76/18
80/5 80/6 82/23
89/10 89/15 93/23
93/23 101/5 102/5
102/18 102/22
105/15 107/13
109/23 112/6
113/11 115/9
117/10 117/13
118/7 120/4

**done [14]** 3/25
12/19 13/20 39/23
40/6 58/9 70/24
71/3 71/10 73/23
77/9 87/20 109/16
112/9

**door [1]** 15/1

**down [38]** 14/7
14/15 14/16 16/11
19/9 19/22 21/14
21/22 27/14 34/23
37/4 39/15 42/17
47/1 50/24 51/22
55/8 57/6 66/18
69/3 74/14 75/3
75/11 77/22 81/20
87/11 87/13 90/12
90/14 90/15 98/8
99/5 99/6 99/19
105/23 106/3
109/21 115/13

**Dr [11]** 5/8 23/6
30/20 39/2 47/4
51/25 58/10 78/17
96/14 105/5 114/24

**Dr. [214]**

**Dr. Craig [2]**
97/24 97/24

**Dr. Wright [201]**

**Dr. Wright's [11]**
7/6 9/22 16/22
21/17 28/4 31/6
74/2 74/2 74/15

**drawn [1]** 104/10

**dressed [1]** 21/9

**drives [4]** 109/24
112/12 112/20
112/22

**dropped [3]** 40/8
40/13 44/4

**due [2]** 11/25
12/19

**during [7]** 3/12
3/20 13/11 13/19
14/22 43/25 48/23

**E**

**each [11]** 13/14
17/11 17/12 21/25
34/19 38/21 61/3
71/6 83/19 101/11
119/5

**eager [1]** 119/19

**earlier [5]** 6/12
6/23 95/12 113/9
119/19

**earliest [1]**
119/21

**early [4]** 71/17
116/21 118/1 121/1

**earn [2]** 111/3
111/25

**earth [1]** 90/6

**easel [1]** 78/14

**easier [3]** 32/17
42/15 108/4

**Economist [1]**
20/21

**edit [3]** 35/3
70/13 71/15

**edited [3]** 35/23
43/14 69/13

**editing [3]** 35/4
69/13 69/17

**Edman [1]** 5/8

**education [1]**

**E**

**education... [1]** 98/17

**effective [1]** 54/14

**Effectively [1]** 99/19

**eight [5]** 100/14 109/7 109/13 109/16 109/17

**eighth [1]** 98/15

**either [5]** 18/4 43/8 61/4 115/1 115/4

**electronic [3]** 42/9 45/2 46/5

**electronically [1]** 44/23

**elegant [2]** 73/16 73/17

**eleven [1]** 106/10

**elicited [3]** 8/7 9/8 12/5

**eligibility [1]** 39/10

**else [3]** 7/17 83/21 111/5

**email [58]** 17/23 18/1 18/11 18/24 19/1 19/3 19/4 19/6 19/14 19/15 19/17 19/18 19/21 20/2 22/9 22/11 22/13 22/16 22/24 23/4 28/23 29/7 29/10 30/21 35/9 35/12 36/14 36/16 36/17 42/22 60/21 61/23 62/3 65/15 65/22 70/10 79/12 80/21 82/2 86/7 86/10 86/18 88/4 88/17 88/21 103/2

103/3 103/5 103/15 103/19 103/22 104/3 106/23 107/20 109/6 109/6 113/23 114/2

**emails [12]** 33/5 42/21 43/3 43/8 43/9 43/18 60/19 60/22 60/23 61/1 61/2 61/4

**encrypted [3]** 112/12 112/20 112/22

**encryption [1]** 112/15

**end [12]** 14/7 14/16 44/7 48/22 59/5 89/12 89/12 92/12 92/12 100/23 106/9 119/20

**ended [5]** 30/15 34/12 36/23 39/11 99/17

**ends [1]** 54/19

**engaged [1]** 43/17

**engagement [3]** 53/13 54/1 54/13

**enhance [1]** 69/24

**enhanced [4]** 36/1 69/8 77/9 77/17

**enhancement [2]** 69/25 70/4

**enough [2]** 68/1 101/7

**enterprise [1]** 50/1

**entire [4]** 14/5 69/21 73/8 89/14

**entirety [1]** 108/16

**entities [16]** 7/13 42/20 43/3 43/11 91/23 95/10 95/24 96/3 96/6 96/7

100/16 101/12 103/6

**entitled [5]** 23/6 29/11 37/12 50/16 88/18

**entitlement [1]** 51/14

**entity [1]** 98/4

**entry [1]** 24/17

**environment [1]** 9/15

**equity [2]** 53/20 53/22

**equivalent [6]** 44/1 44/6 44/7 45/24 50/22 111/9

**Ernst [1]** 108/11

**erroneous [1]** 105/21

**error [2]** 82/25 87/18

**errors [1]** 26/2

**especially [1]** 118/6

**ESQ [9]** 1/13 1/13 1/16 1/16 1/19 1/19 1/20 1/20 1/21

**estate [6]** 1/4 13/4 80/8 80/10 107/10 107/11

**estimate [1]** 16/9

**et [2]** 57/22 106/3

**Ethereum [4]** 111/17 111/17 111/18 112/4

**ethics [1]** 6/15

**evaluated [1]** 37/11

**even [7]** 9/23 13/4 19/20 36/9 60/24 71/18 95/14

**evening [1]** 120/3

**E**

**event [1]** 67/17

**events [2]** 20/23
22/15

**eventually [5]**
14/6 21/6 28/14
58/11 72/11

**eventuated [1]**
37/2

**ever [4]** 21/11
57/23 90/1 90/10

**every [9]** 67/16
86/3 92/7 92/7
92/12 95/18 99/18
110/11 111/2

**everybody [1]**
118/8

**everyone [10]** 3/2
3/3 56/17 78/15
113/12 113/12
116/7 116/8 118/23
120/25

**everything [6]**
21/5 40/13 58/13
114/18 115/15
119/8

**evidence [86]** 4/14
7/22 8/25 9/19
10/10 15/16 15/18
18/21 23/23 24/18
27/6 29/2 29/4
29/5 31/9 32/11
35/7 36/11 38/18
38/22 38/23 39/18
41/1 41/4 41/5
42/9 45/3 45/6
45/10 46/6 47/21
47/25 48/1 48/25
49/1 50/4 50/7
52/4 54/5 55/20
55/22 55/23 57/3
58/13 60/2 60/17
60/17 62/1 65/20

70/8 76/6 78/24
79/9 79/10 81/2
81/2 81/4 81/5
81/22 82/13 86/12
86/14 86/15 88/14
90/22 91/2 93/3
93/7 94/7 94/11
94/12 94/13 100/9
103/10 103/12
103/13 106/12
109/2 113/24
114/10 114/12
114/13 120/18

**ex [2]** 2/8 107/15

**ex-wife [1]** 107/15

**exact [5]** 5/25 7/2
49/24 50/1 105/15

**exactly [5]** 12/1
12/3 12/19 82/25
105/19

**EXAMINATION [2]**
2/6 17/18

**examine [1]** 12/10

**example [5]** 12/3
12/5 21/23 21/25
28/8

**Except [1]** 64/12

**Exch [13]** 28/14
28/16 33/17 34/17
34/20 64/2 64/9
64/21 81/16 82/7
91/24 96/3 107/24

**Exch.'s [1]** 97/20

**exchange [8]** 32/6
32/20 33/15 33/18
34/16 35/9 63/12
64/20

**exclude [1]** 13/22

**excluded [1]** 4/6

**excluding [1]** 87/1

**exclusively [1]**
46/5

**excuse [2]** 27/7

**execute [1]** 57/9

**executed [3]** 57/16
57/20 58/15

**exhibit [29]** 3/11
3/13 3/14 3/16
4/14 4/16 4/24 5/2
5/10 5/14 9/1
10/23 11/10 12/15
18/23 24/18 29/5
38/23 41/5 48/1
55/23 62/11 68/16
74/6 86/15 94/12
103/13 114/13
120/2

**exhibits [9]** 3/9
4/17 8/22 11/9
11/11 11/24 120/8
120/8 120/18

**exist [5]** 19/20
62/8 62/9 66/1
66/3

**expense [1]** 111/5

**experience [1]**
69/20

**expert [4]** 6/15
60/13 66/5 112/21

**experts [1]** 43/17

**explain [3]** 14/21
110/11 110/19

**explained [1]**
28/25

**explaining [1]**
69/16

**explains [2]** 41/23
49/5

**explanation [2]**
9/12 41/19

**exploited [1]**
85/14

**explore [3]** 30/2
31/12 82/21

**extend [1]** 72/11

**extended [1]** 72/8

**E**

**extent [5]**   13/5 13/14 15/12 15/20 28/16

**external [3]**   85/12 108/10 108/10

**extra [1]**   56/15

**extrapolate [1]** 10/13

**extremely [1]**   36/4

**eyes [1]**   14/4

**F**

**fabricate [1]** 58/12

**fabricated [8]** 39/18 39/25 40/4 40/7 46/7 52/24 53/7 58/14

**fabricating [1]** 52/10

**Facebook [1]**   90/7

**fact [22]**   9/22 10/8 13/17 13/18 13/21 18/10 19/17 20/1 24/12 25/15 25/22 26/18 27/10 41/18 58/14 60/16 63/8 64/18 66/10 85/23 112/21 114/25

**facts [5]**   42/3 45/22 45/24 51/5 51/17

**factual [1]**   58/20

**fair [2]**   73/2 101/7

**false [10]**   44/3 46/20 49/18 50/11 50/12 50/13 50/19 50/20 53/2 98/6

**family [10]**   80/12 80/18 91/22 97/22 97/22 98/3 98/3

**far [2]**   80/9 117/18

**fast [1]**   106/7

**father [1]**   106/18

**fault [2]**   17/14 43/22

**February [19]** 28/24 29/11 30/21 80/19 81/8 81/18 82/11 82/11 91/13 102/16 103/19 104/19 105/3 105/9 105/19 109/5 109/6 112/11 114/16

**February 11th [5]** 80/19 81/8 81/18 82/11 105/9

**February 12th [1]** 82/11

**February 14th [3]** 109/5 109/6 112/11

**February 16th [2]** 28/24 29/11

**February 18th [2]** 91/13 114/16

**February 6th [4]** 103/19 104/19 105/3 105/19

**February of [1]** 102/16

**feel [1]**   114/18

**feeling [3]**   116/10 117/23 118/21

**felt [2]**   6/16 6/21

**FERNANDEZ [1]**   1/21

**Ferrier [4]**   31/1 31/4 31/7 62/15

**fever [1]**   116/11

**few [2]**   54/20 113/10

**fiancee [1]**   105/22

**Fido [5]**   110/19 110/19 110/20

**Fifty [1]**   52/12

**figure [1]**   12/19

**file [4]**   23/4 92/13 105/16 107/19

**filed [8]**   83/13 83/18 92/5 92/7 92/9 92/9 93/19 105/13

**files [2]**   109/11 109/19

**filing [3]**   19/20 22/1 106/9

**filings [2]**   63/20 106/10

**fill [1]**   20/3

**final [2]**   65/15 92/22

**finalization [2]** 3/11 3/14

**finalized [1]**   5/15

**finally [2]**   64/11 106/3

**find [13]**   11/3 12/6 78/20 79/17 80/8 82/9 105/6 110/21 111/8 111/9 112/16 112/17 112/18

**finding [7]**   50/25 59/18 59/21 59/23 59/23 110/18 111/8

**finds [1]**   110/22

**fine [2]**   78/2 94/21

**finish [1]**   89/6

**finished [1]** 107/20

**fire [3]**   49/2 54/17 54/18

**fired [6]**   37/1 37/2 48/25 52/10 53/7 59/19

**firm [7]** 49/1
52/13 53/17 53/21
53/23 54/7 108/11
**firms [1]** 108/10
**first [39]** 11/19
12/2 12/6 26/11
26/11 26/14 29/8
34/1 37/16 38/10
39/7 44/10 44/18
47/7 47/16 47/16
48/24 55/5 56/25
59/19 60/4 66/24
67/13 67/19 71/20
74/1 74/2 80/18
82/3 98/14 100/3
104/6 105/9 105/11
105/19 108/22
110/11 110/22
116/14
**first-year [1]**
110/11
**five [9]** 3/9 3/15
99/2 99/9 102/19
105/19 106/2
106/16 120/3
**five-year [1]**
102/19
**fled [1]** 58/16
**FLEXNER [1]** 1/15
**FLORIDA [9]** 1/1
1/14 1/17 1/22
1/24 122/3 122/7
122/15 122/18
**flsd.uscourts.gov**
**[2]** 1/25 122/19
**flying [1]** 57/12
**focus [1]** 106/14
**following [4]** 32/2
62/16 62/23 104/9
**follows [1]** 87/5
**font [1]** 25/2
**Footnote [3]** 94/4

**foregoing [1]**
122/10
**foreign [1]** 97/9
**forensic [9]** 39/22
40/6 40/6 40/8
43/17 43/23 48/21
60/19 60/25
**forensics [1]**
69/22
**forged [2]** 59/8
61/13
**forget [1]** 110/12
**Forgive [1]** 82/9
**forgotten [1]**
31/18
**form [8]** 28/9
29/23 30/3 31/13
62/17 62/24 95/1
110/16
**formal [2]** 94/23
95/3
**formalized [1]**
64/11
**forth [4]** 26/9
27/8 57/13 57/21
**Fortran [1]** 87/8
**forum [1]** 9/7
**forward [3]** 17/3
21/24 58/7
**forwarded [1]**
80/23
**forwarding [1]**
103/3
**fought [2]** 95/22
115/9
**found [13]** 40/4
43/14 48/25 49/1
50/19 53/3 58/11
59/8 60/25 66/2
66/4 78/18 109/19
**foundation [15]**
13/16 13/20 20/8
23/25 25/9 25/11

68/13 93/6 93/10
93/11 93/21 94/8
**founder [1]** 21/10
**founders [1]** 112/5
**founding [2]** 34/20
34/21
**four [14]** 4/17
11/10 61/1 78/20
87/1 88/6 98/24
99/1 99/4 99/5
99/8 115/5 115/5
115/5
**frame [1]** 82/17
**frankly [3]** 6/14
70/12 72/21
**fraud [7]** 36/25
48/25 49/2 50/7
50/25 59/18 59/20
**fraudulently [1]**
46/20
**freak [1]** 14/24
**FREEDMAN [9]** 1/12
1/13 2/6 9/9 10/14
12/23 13/23 17/21
21/19
**friend [4]** 79/5
79/20 112/20
113/13
**friendly [1]** 83/18
**friends [3]** 63/21
79/3 79/25
**friendship [1]**
81/15
**front [8]** 14/10
22/3 52/1 58/22
68/5 94/23 95/2
115/2
**full [2]** 15/10
106/4
**fun [1]** 7/7
**function [1]** 69/15
**fund [1]** 107/12
**funded [1]** 84/1

**F** 106 /3

**funds [1]**   112/17
**Funny [1]**   67/18
**further [4]**   34/11
 98/18 120/19
 122/12

**G**

**GAAR [4]**   92/18
 94/22 94/23 94/25
**Gables [1]**   1/22
**gained [1]**   113/16
**Games [1]**   56/8
**gave [2]**   71/17
 111/22
**Gavin [5]**   26/3
 36/4 70/17 72/6
 73/21
**general [3]**   75/1
 79/5 94/25
**generous [1]**
 111/16
**Gentlemen [5]**
 75/14 76/2 78/13
 115/21 118/19
**genuine [1]**   61/2
**get [22]**   7/16 10/8
 16/10 17/15 20/5
 20/8 24/11 25/10
 29/8 66/11 71/1
 71/13 71/25 72/15
 84/23 104/4 105/17
 107/18 108/1
 113/10 115/16
 118/10
**gets [2]**   110/21
 110/23
**getting [3]**   70/2
 113/18 119/23
**give [9]**   41/7
 60/13 60/17 60/17
 106/24 107/4 107/5
 111/15 116/25
**given [2]**   105/12

**gives [1]**   7/3
**giving [2]**   26/19
 112/4
**glasses [1]**   14/3
**global [1]**   72/17
**go [46]**   3/4 20/14
 23/14 25/6 28/20
 31/24 32/10 32/11
 33/19 35/7 35/24
 37/16 38/3 38/9
 42/18 44/10 46/13
 48/4 50/8 51/1
 52/6 60/1 60/4
 62/11 66/15 66/24
 67/19 68/6 70/8
 81/24 88/15 91/5
 91/6 93/15 95/6
 96/20 99/17 99/25
 109/3 115/16 116/8
 116/11 117/10
 117/23 119/13
 119/15
**goes [6]**   7/1 7/6
 7/9 25/22 59/17
 100/19
**going [46]**   3/12
 6/13 10/12 10/14
 10/19 12/14 12/24
 12/25 13/9 13/15
 13/18 14/16 15/4
 15/7 15/17 20/7
 20/8 23/21 24/10
 24/13 27/3 28/15
 29/11 29/17 57/21
 58/22 59/3 59/18
 62/11 64/21 65/20
 66/23 72/11 82/20
 84/6 92/11 105/5
 105/17 108/6 108/6
 109/15 111/8
 115/11 119/20
 120/7 120/9
**gone [1]**   46/10

**good [16]**   3/2 3/2
 17/11 17/12 17/20
 17/21 36/9 69/22
 71/12 71/13 72/20
 75/12 79/20 89/24
 89/25 115/18
**goods [1]**   95/17
**Google [1]**   90/7
**got [26]**   6/6 6/8
 6/9 6/10 7/15
 14/23 23/1 29/13
 53/2 67/16 72/6
 84/3 84/23 85/11
 86/21 86/25 87/6
 88/24 91/16 111/4
 111/6 111/6 111/7
 111/7 112/17
 115/10
**government [38]**
 28/12 37/8 39/3
 39/18 39/20 39/22
 39/23 39/23 40/3
 40/9 40/12 40/17
 41/8 41/23 43/14
 44/1 44/2 45/2
 46/4 46/12 47/5
 48/6 49/5 50/19
 54/20 55/4 57/9
 58/11 59/7 59/16
 60/8 92/6 94/18
 95/15 98/11 98/13
 98/16 101/6
**government's [3]**
 42/8 45/16 95/2
**GQ [5]**   20/22 21/6
 21/7 21/12 23/20
**great [2]**   75/4
 120/25
**Greyfog [5]**   27/21
 28/2 83/25 85/4
 86/2
**ground [1]**   38/21
**group [7]**   4/13
 4/23 5/10 26/24

## G

**group... [3]**   91/23
108/13 118/9
**groups [2]**   4/22
110/16
**GSC [1]**   97/1
**GST [20]**   93/19
95/9 95/13 95/19
95/21 95/21 96/10
96/11 97/4 97/9
98/5 98/6 98/21
100/6 100/12
105/16 105/23
106/8 106/8 106/9
**guess [2]**   6/6
107/5
**guy [3]**   14/14
108/7 113/14
**guy's [1]**   36/25
**guys [4]**   72/6 72/7
110/4 110/20

## H

**hacked [3]**   39/24
40/12 43/22
**had [85]**   6/16 9/5
10/4 11/4 11/19
11/21 16/10 25/13
26/23 26/24 27/1
31/18 32/25 34/10
37/14 39/25 40/4
40/5 42/21 48/21
48/25 49/3 51/13
53/3 61/6 63/13
63/24 64/4 64/6
66/5 66/6 69/19
70/12 70/24 71/3
71/10 71/10 73/23
75/4 77/9 82/4
85/4 85/4 87/22
87/24 89/3 91/12
91/21 95/15 97/24
98/5 98/17 99/8
99/9 99/10 99/10

99/11 99/13 99/14
99/19 101/13
105/23 106/2
107/25 108/3 108/7
108/9 108/10
108/11 108/12
108/23 108/23
109/9 109/22
109/24 111/15
113/8 113/13
115/15 115/17
116/7 118/5 120/3
120/17 122/8
**hadn't [1]**   58/10
**half [8]**   29/8
81/17 82/21 100/3
105/10 111/1 111/2
112/8
**halfway [1]**   74/14
**hand [6]**   69/18
71/17 87/6 87/15
88/13 122/14
**handed [1]**   106/3
**handwrite [2]**
71/18 71/20
**handwriting [3]**
82/9 101/19 120/15
**Hao [1]**   60/20
**happen [6]**   8/6
26/20 26/22 77/16
110/6 110/7
**happened [10]**   7/16
9/6 26/1 26/24
40/12 68/23 77/12
82/24 83/2 83/2
**happening [1]**   8/5
**happens [3]**   54/20
82/8 82/21
**hardly [1]**   63/20
**has [33]**   9/9 10/14
11/10 12/23 13/8
13/8 13/12 14/23
36/8 38/14 43/9
46/7 53/25 54/7

69/13 73/7 75/9
83/19 83/20 87/4
88/3 90/5 90/10
94/10 101/6 111/17
111/19 116/10
116/11 119/17
**hates [1]**   114/8
**have [107]**   3/4
3/22 4/15 5/1 5/10
8/2 8/7 8/8 8/10
9/4 9/8 9/9 9/18
10/5 10/17 11/4
11/18 11/21 12/18
12/19 13/25 14/9
14/10 17/4 18/12
18/13 18/18 20/9
21/1 22/3 23/1
23/23 25/13 26/2
28/14 32/4 36/4
41/16 45/22 49/2
49/21 51/8 51/12
57/14 58/9 58/21
66/8 68/5 70/25
71/3 71/5 71/6
71/10 72/5 72/19
73/10 73/20 73/23
79/2 79/5 80/9
83/22 87/1 87/21
88/25 89/9 89/19
95/21 95/21 96/17
100/14 104/14
104/15 107/13
108/4 108/15
109/21 109/23
109/25 110/8 110/9
110/25 111/1
111/14 112/4 112/7
112/8 112/9 112/16
114/18 115/9
115/12 115/13
116/4 116/8 116/15
116/20 117/3
117/13 117/15

**H**

**have... [7]**   117/22
117/24 118/3
119/10 119/15
120/25 122/14

**haven't [5]**   26/3
44/15 48/8 57/14
58/1

**having [3]**   12/9
102/20 102/21

**he [95]**   7/6 7/7
7/13 7/15 7/16
7/17 8/8 8/9 8/18
9/13 9/15 14/1
14/4 14/4 14/5
14/24 15/2 15/2
16/11 19/20 21/1
27/20 27/24 28/15
30/15 30/17 30/18
34/7 34/12 34/12
35/3 35/25 36/9
40/2 52/2 53/3
53/19 53/20 53/20
58/11 58/12 58/14
58/15 58/16 61/3
69/22 69/22 69/24
70/1 71/15 72/2
72/3 72/3 73/6
73/9 75/3 75/7
77/2 77/4 77/6
77/9 79/19 79/20
80/2 82/4 85/11
85/14 88/2 89/2
90/6 90/9 91/18
91/20 104/5 104/9
104/14 107/12
107/13 107/16
108/23 108/23
109/9 109/10
109/22 109/23
109/25 110/1
111/20 111/20
112/20 113/18

115/6 115/13

**he'd [1]**   115/3

**he's [12]**   5/6
36/20 36/22 53/22
58/16 72/10 73/9
80/25 112/1 112/1
112/20 113/14

**healthy [1]**   118/24

**hear [3]**   48/17
57/17 117/1

**heard [1]**   39/17

**hearing [1]**   27/9

**hearsay [9]**   38/20
41/2 45/7 47/22
57/4 68/12 93/6
93/9 94/9

**heels [1]**   116/23

**hell [6]**   70/14
71/15 73/22 89/24
111/5 115/11

**Hello [2]**   22/21
86/21

**help [17]**   19/5
19/16 19/25 20/1
25/13 26/18 34/11
34/13 53/4 61/19
72/18 80/7 81/13
107/8 107/21 108/1
109/20

**helped [7]**   27/21
30/15 35/2 73/14
81/16 89/8 108/7

**helpful [1]**   10/8

**helping [2]**   28/15
108/1

**helps [2]**   25/14
117/17

**her [4]**   117/19
117/19 119/18
119/20

**here [22]**   8/4 9/6
14/24 23/24 33/4
38/7 43/25 52/7

76/22 77/20 78/1
78/4 85/10 93/17
105/5 109/5 109/5
110/24 119/11

**hereby [1]**   122/7

**hereunto [1]**
122/14

**hernandez [6]**   1/23
1/25 122/5 122/17
122/17 122/19

**hiding [1]**   15/25

**high [1]**   89/12

**highlight [22]**
24/20 24/22 25/2
25/4 25/7 26/13
30/20 32/15 32/22
34/1 35/15 41/13
41/22 42/7 45/20
46/1 48/12 49/11
50/9 96/9 97/17
104/6

**highly [1]**   4/6

**him [24]**   7/15 14/1
14/25 27/19 31/20
71/17 72/9 73/10
73/10 80/3 81/10
81/15 100/16
108/16 108/22
108/25 109/22
113/4 113/14
114/25 114/25
115/1 115/11
115/16

**himself [3]**   31/6
70/1 85/12

**hire [1]**   71/13

**hired [3]**   22/15
25/17 72/8

**his [27]**   5/6 5/8
7/13 10/1 10/6
14/4 27/19 28/16
36/8 52/20 69/21
70/13 71/15 73/8

# H

**his... [13]** 75/10
75/11 76/24 78/20
79/25 80/8 90/5
90/9 105/12 105/22
111/19 112/20
114/5
**history [1]** 90/10
**Hmm [1]** 77/7
**hobby [1]** 50/1
**hold [2]** 58/4
101/12
**holdings [2]** 56/8
95/15
**holiday [4]** 116/24
116/25 119/5
119/10
**home [3]** 36/5
116/11 117/23
**honestly [1]**
108/15
**Honor [99]** 3/7 3/9
3/17 4/9 4/12 6/1
6/3 6/6 6/14 6/24
7/1 7/19 7/20 7/24
8/1 8/6 8/13 8/17
9/3 9/6 9/11 9/17
10/3 11/9 11/11
11/16 11/23 12/17
12/22 13/15 13/22
14/11 14/13 14/18
14/22 15/9 15/16
15/22 15/24 16/7
17/1 17/7 18/6
18/17 24/13 25/8
27/5 27/7 27/7
27/9 29/1 38/17
40/25 41/2 45/5
45/7 45/13 47/20
47/22 55/19 56/3
56/4 57/2 57/4
58/2 58/5 58/9
58/17 59/10 64/25

74/8 75/12 75/22
75/23 78/3 78/12
84/11 85/18 86/11
93/5 93/9 93/20
94/6 94/8 101/20
102/12 103/9
106/19 114/9
115/18 116/1
116/12 117/3
117/12 118/13
120/21
**HONORABLE [1]** 1/10
**hopefully [2]**
118/12 118/23
**hopes [1]** 118/8
**horrible [2]** 21/11
108/6
**horribly [2]** 71/8
71/8
**Hotwire [3]** 91/23
96/4 96/4
**hour [1]** 115/21
**hours [2]** 117/24
118/2
**housekeeping [1]**
120/1
**how [27]** 3/24 4/11
9/4 10/18 10/22
11/18 11/20 12/3
12/17 13/1 13/4
14/23 15/2 15/2
26/22 26/25 27/3
29/14 37/7 54/19
69/14 72/16 73/15
89/15 110/9 110/22
114/21
**however [3]** 53/2
61/6 99/14
**huh [1]** 75/2
**human [2]** 88/11
90/10
**hundred [1]** 111/1
**Hundreds [1]** 112/3

hunt [1] 37/14

# I

**I'll [8]** 15/18
25/24 59/14 62/21
63/17 65/14 75/17
121/1
**I'm [65]** 5/20 9/24
10/22 11/3 12/11
15/4 15/7 15/17
18/3 18/7 18/17
20/7 22/1 23/21
24/10 24/13 29/11
29/17 31/19 43/1
45/9 48/17 52/25
54/3 57/17 59/2
59/12 60/7 61/17
62/7 62/9 62/9
63/23 65/20 66/23
67/5 70/17 70/17
71/12 71/12 71/17
73/19 73/25 74/14
74/18 81/1 82/20
83/2 83/6 84/6
84/7 86/21 86/25
88/24 93/8 93/11
100/14 101/19
105/5 106/6 108/10
109/16 114/7
119/20 120/14
**I've [13]** 21/11
38/7 44/18 47/7
55/5 56/25 72/6
102/18 110/14
110/19 112/17
113/13 115/10
**IaaS [1]** 51/10
**ICU [1]** 74/23
**ID [6]** 85/25 86/9
86/22 86/25 87/17
88/25
**idea [20]** 8/7 8/8
23/1 32/25 34/3
34/7 34/14 63/13

**idea... [12]**   63/19
  63/24 63/25 64/5
  64/7 64/9 64/19
  72/20 95/16 96/17
  110/9 110/14
**ideas [1]**   64/10
**identified [1]**
  41/17
**identify [1]**   60/23
**ill [2]**   116/10
  117/23
**illegal [1]**   58/23
**illicit [1]**   8/20
**image [1]**   14/16
**imagine [3]**   108/6
  112/6 112/7
**immediately [1]**
  54/14
**impeach [1]**   74/18
**impeachment [12]**
  7/23 7/25 8/24
  15/13 15/19 15/21
  16/5 16/14 16/25
  74/6 84/12 85/19
**implement [1]**
  64/21
**implies [1]**   16/21
**important [2]**
  21/23 22/2
**improper [5]**   4/7
  10/22 10/22 84/11
  85/18
**improperly [1]**
  24/16
**improved [5]**   84/3
  84/4 85/3 85/3
  85/11
**improvement [1]**
  72/21
**inaccurate [1]**
  4/20
**inadequate [1]**

**inappropriately [1]**
  13/11
**Inaudible [3]**
  24/21 24/23 25/4
**include [1]**   84/22
**included [2]**   77/13
  84/19
**includes [2]**   36/17
  85/6
**including [4]**   3/12
  85/1 87/2 112/3
**income [3]**   39/9
  46/21 50/14
**inconsistent [3]**
  15/12 15/20 16/15
**incorrect [5]**
  19/15 26/4 59/15
  81/19 97/11
**increased [1]**
  99/16
**incredibly [1]**
  70/23
**incurred [1]**   97/7
**independent [2]**
  46/6 119/8
**indicate [1]**   51/5
**individual [2]**
  12/5 116/22
**individually [2]**
  111/4 111/7
**individuals [1]**
  116/16
**inefficient [3]**
  70/19 70/23 71/8
**infer [2]**   46/17
  51/7
**Info [3]**   1/4 86/9
  91/22
**inform [1]**   53/24
**information [9]**
  10/23 54/7 54/10
  86/22 102/16
  104/11 104/20

**input [1]**   97/20
**inside [2]**   39/23
  71/6
**insolvency [1]**
  48/24
**instance [4]**   26/2
  61/3 88/1 112/16
**instances [1]**   46/7
**instead [1]**   118/4
**intact [1]**   118/9
**integrate [1]**   66/8
**integrated [2]**
  33/13 34/15
**integration [1]**
  88/2
**integrity [1]**   54/8
**intellectual [27]**
  7/2 7/4 7/11 7/12
  10/13 15/10 27/16
  27/20 27/22 28/1
  34/25 64/8 83/16
  83/19 83/20 83/23
  83/24 84/2 84/19
  85/5 85/7 85/9
  85/10 91/21 97/8
  97/23 109/24
**Intelligence [2]**
  96/4 96/5
**intention [1]**
  107/25
**intentional [2]**
  49/20 51/19
**intentionally [1]**
  3/25
**interest [5]**   6/22
  47/5 48/9 49/6
  89/19
**Interestingly [1]**
  67/15
**internal [2]**   40/9
  108/11
**internally [1]**
  117/4

**I**

**Internet [2]** 4/20
77/19
**interrupt [1]**
52/19
**interrupts [1]**
25/1
**interview [7]** 21/8
21/13 24/4 24/8
25/1 25/15 65/19
**interviewed [1]**
21/6
**interviewer [1]**
24/23
**interviews [2]**
20/19 24/5
**introduce [3]** 7/22
14/20 15/15
**introduced [2]**
9/19 11/1
**introduction [1]**
15/18
**invented [1]** 72/7
**invention [2]**
73/24 81/11
**investigated [1]**
98/13
**investigation [1]**
43/23
**investment [1]**
16/9
**invited [2]** 34/10
34/11
**involved [14]** 28/8
29/18 30/14 30/17
30/23 38/2 40/2
48/21 62/4 64/1
70/1 98/6 108/3
109/8
**involvement [3]**
28/15 28/16 30/25
**involving [1]**
76/11

**IP [7]** 7/3 7/60
13/2 55/12 61/14
65/25 92/5
**IPO [1]** 108/9
**IRA [39]** 1/3 7/7
7/8 7/16 7/16
13/24 14/13 15/6
16/10 16/11 28/24
29/10 30/21 35/9
35/25 61/23 70/10
70/11 85/14 88/1
88/17 89/2 108/18
108/21 109/6 109/7
109/19 112/11
112/21 113/2 113/6
113/17 113/20
114/3 114/17
114/24 115/3 115/6
115/8
**Ira should [1]**
108/18
**Ira's [2]** 113/16
114/6
**irrelevant [3]**
6/18 66/9 66/11
**IRS [1]** 115/12
**is [291]**
**isn't [30]** 9/11
9/12 18/5 27/1
27/4 33/12 34/7
36/1 36/6 40/3
49/25 50/21 54/21
59/7 59/9 59/16
80/1 80/4 80/8
80/13 80/19 91/18
105/20 106/18
107/7 107/25
109/18 110/3
111/13 112/19
**issue [12]** 4/17
7/2 7/4 13/5 13/6
13/7 13/21 49/12
49/15 56/4 58/24
103/6

**issued [8]** 37/22
39/2 53/1 98/13
101/11 106/1 106/1
110/14
**issues [9]** 11/6
12/14 13/14 17/6
41/16 54/21 66/17
75/20 119/24
**it [256]**
**it's [86]** 4/18
5/10 5/12 8/21
10/8 11/4 11/15
11/15 11/15 12/12
13/1 13/18 14/22
15/9 15/12 16/2
17/12 18/2 19/15
19/21 20/5 22/17
23/1 23/6 27/9
29/11 29/12 31/9
32/16 36/5 36/7
36/12 37/3 38/1
38/15 41/10 43/22
44/18 46/10 46/10
47/5 47/7 47/11
48/9 49/25 52/4
54/5 58/22 59/3
60/5 66/12 66/13
69/6 72/20 73/17
75/8 79/6 79/8
79/14 81/4 81/5
83/1 83/6 83/23
84/24 85/13 86/24
87/22 87/23 89/11
89/12 94/13 95/1
98/18 100/9 103/22
104/22 110/10
110/17 112/7
113/19 118/1 118/8
118/8 118/11 120/8
**item [1]** 65/2
**items [1]** 3/6
**its [11]** 15/18
24/17 39/10 46/21
50/14 54/12 56/18

**I**

**its... [4]**   83/19
83/20 87/21 104/20
**itself [4]**   29/7
31/15 54/2 54/4

**J**

**January [4]**   101/11
101/13 101/17
105/17
**Java [1]**   87/7
**Jennifer [2]**   67/4
76/12
**Jimmy [3]**   120/3
120/8 120/9
**John [11]**   36/18
65/18 67/4 76/13
86/8 103/3 103/15
103/22 104/3
104/24 104/24
**join [1]**   117/7
**joint [8]**   4/14
4/16 4/24 5/1
10/23 110/8 110/16
111/12
**JORGE [1]**   1/19
**JUDGE [9]**   1/10
17/5 59/20 116/17
117/9 117/17 118/5
120/1 120/17
**judgment [4]**   106/1
106/1 106/2 106/5
**judgments [1]**
104/16
**July [6]**   38/13
44/17 49/7 54/17
83/13 105/13
**jumping [1]**   100/14
**June [15]**   16/8
38/13 39/11 44/17
49/7 56/11 56/14
92/9 92/10 98/22
98/25 99/4 99/8
99/14 106/8

**juror [4]**   116/10
116/12 116/14
117/22
**jurors [6]**   17/4
75/24 118/11
118/15 118/16
119/17
**jury [38]**   1/11
10/15 17/10 31/9
38/25 41/7 45/14
48/2 48/4 52/25
55/25 58/20 58/20
58/23 58/25 60/3
61/25 74/20 75/16
75/25 76/8 78/12
81/6 81/23 88/21
91/4 93/4 94/14
94/16 100/8 106/13
110/21 114/14
115/23 118/3
118/17 119/3
119/12
**just [50]**   3/14
4/19 7/15 7/24
10/14 11/14 12/11
12/23 19/10 21/19
22/5 25/17 26/13
27/24 28/18 28/19
28/25 29/8 30/18
30/24 31/23 42/14
52/20 58/13 58/22
59/16 61/12 62/7
64/7 66/23 69/16
74/5 82/20 83/3
83/6 93/14 93/24
100/18 100/22
102/18 102/24
107/16 108/1
109/19 111/3
111/24 112/9 117/3
119/15 120/1
**just-under-21 [1]**
111/3

**K**

**K's [1]**   16/21
**KASS [1]**   1/20
**Katherine [1]**   33/6
**keep [8]**   14/16
77/3 92/11 110/17
111/24 112/3 115/6
118/9
**keeps [1]**   47/18
**Ken [1]**   21/12
**kept [10]**   36/23
82/4 111/1 111/2
111/13 111/18
111/21 112/7 112/8
115/3
**key [3]**   81/9 81/10
109/25
**keys [3]**   16/20
109/10 109/19
**Khuu [1]**   60/20
**kids [1]**   57/14
**Kinloch [1]**   60/20
**KLEIMAN [55]**   1/3
1/4 7/5 7/7 7/8
12/25 13/8 13/24
15/6 16/10 27/17
27/23 28/8 28/24
29/10 30/21 33/1
33/10 34/6 35/10
61/15 61/23 63/14
64/5 64/19 68/4
70/5 70/6 70/10
73/6 77/17 77/24
78/17 80/22 81/8
81/18 82/10 83/21
88/17 89/2 105/6
105/9 105/20
106/14 106/17
107/8 107/12
107/16 108/21
109/6 109/8 109/8
111/15 113/2 114/3
**Kleiman's [6]**   13/3

**K**

**Kleiman's... [5]**
107/10 107/11
109/20 112/19
114/17
**knew [9]** 8/5 11/14
63/20 70/22 107/9
109/18 110/3
112/20 113/6
**know [33]** 5/25 8/4
9/17 10/6 11/7
20/25 21/2 23/1
26/17 35/4 48/8
53/19 57/11 69/3
71/19 73/15 79/4
80/5 80/6 80/9
81/12 82/20 89/15
102/5 102/20
107/21 109/23
110/12 112/6
113/11 114/21
118/7 120/16
**knowledge [6]**
69/21 73/8 84/23
84/24 85/6 85/9
**known [6]** 9/5 10/4
11/21 33/14 51/12
83/18
**KPMG [1]** 108/11
**KYLE [1]** 1/13

**L**

**lack [1]** 15/5
**Ladies [5]** 75/14
76/1 78/13 115/21
118/18
**laid [1]** 13/16
**language [4]** 46/9
87/5 87/12 87/15
**languages [1]** 87/7
**large [2]** 60/25
108/13
**largest [1]** 52/14
**last [10]** 3/9 8/5

25/4 30/8 65/6
88/21 117/12
**late [2]** 11/15
106/17
**lately [1]** 26/3
**later [13]** 52/24
53/1 53/2 54/20
78/21 82/6 99/15
105/10 105/12
109/16 109/17
114/25 118/11
**Laughs [1]** 25/7
**law [8]** 49/20
52/13 53/17 53/21
53/22 58/15 101/4
110/11
**laws [1]** 51/19
**lawsuit [2]** 83/19
105/13
**lawsuits [1]** 83/13
**lawyer [6]** 68/24
76/14 86/19 91/17
91/19 103/25
**lawyers [6]** 52/10
53/7 54/17 60/17
97/15 110/13
**lay [3]** 20/7 23/25
93/11
**laying [1]** 25/9
**leading [1]** 84/21
**learn [1]** 73/9
**learned [4]** 36/8
84/24 119/8 119/9
**least [2]** 99/20
112/13
**leave [2]** 23/7
88/12
**lecture [1]** 73/12
**led [5]** 6/21 12/1
15/2 50/14 66/18
**left [8]** 29/7 53/4
87/6 88/13 88/24
90/14 94/19 117/19

**left-hand [2]** 87/6
88/13
**legacy [1]** 75/11
**legal [1]** 77/20
**Leon [1]** 1/21
**let [14]** 14/12
15/8 21/19 52/18
52/20 75/9 79/4
81/12 89/24 107/21
115/11 116/8 116/9
116/23
**let's [27]** 17/9
25/10 32/11 35/7
37/4 37/5 40/14
41/7 44/9 48/4
49/11 54/19 61/19
68/6 70/8 75/14
75/24 88/15 91/5
91/6 94/17 96/20
99/24 101/23 109/3
115/21 118/14
**letter [3]** 52/6
97/15 101/11
**letterhead [2]**
53/15 53/17
**level [4]** 36/7
55/6 56/17 73/13
**Lex [1]** 87/8
**liable [2]** 49/15
50/12
**Liberty [1]** 51/11
**lie [1]** 9/25
**life [10]** 21/11
36/8 69/21 73/8
75/10 90/5 90/9
90/11 102/21 115/9
**lifetime [1]** 89/14
**like [27]** 3/15
13/10 14/21 21/9
21/10 21/10 26/23
35/1 70/21 70/24
72/1 72/6 90/8
92/20 92/20 95/22
100/18 101/5

**like... [9]** 110/13
110/17 111/5
111/20 112/1
113/13 114/18
116/11 117/23
**Limited [9]** 40/23
53/12 53/13 53/25
54/1 54/11 54/14
56/2 56/7
**line [21]** 9/11
10/8 10/12 21/24
25/4 26/14 31/8
31/10 36/8 39/13
42/12 43/13 67/11
68/8 68/9 69/21
73/8 76/18 90/5
91/20 96/22
**lines [18]** 20/19
22/3 28/5 84/7
85/17 85/17 87/11
87/13 88/8 88/9
89/1 89/2 89/4
89/11 89/13 89/21
90/10 90/11
**links [1]** 18/14
**list [14]** 3/11
3/13 3/14 3/16
5/11 5/14 9/1
11/10 12/15 20/17
30/8 56/13 56/15
87/6
**listed [4]** 20/19
46/15 55/3 56/23
**lists [1]** 56/17
**literally [1]** 7/3
**litigants [2]** 11/7
12/13
**little [11]** 18/16
37/7 37/22 37/25
48/6 71/6 75/10
79/21 100/14
108/14 117/13

**Li... [2]** 119/16
119/20
**LLC [1]** 1/4
**LLP [2]** 1/12 1/18
**lodged [1]** 28/12
**log [1]** 66/5
**logo [4]** 37/22
37/25 48/6 94/20
**Logo's [1]** 94/21
**long [2]** 64/7
91/16
**longer [2]** 54/11
61/7
**look [9]** 13/10
21/9 25/13 40/14
44/9 70/18 90/8
108/18 111/17
**looked [4]** 61/23
62/3 62/14 108/24
**looking [11]** 7/8
26/9 39/2 41/8
68/19 74/7 74/14
76/10 91/5 91/11
109/10
**looks [1]** 14/4
**lose [1]** 118/1
**losing [1]** 118/11
**lost [7]** 44/8
67/17 67/25 79/5
110/19 111/8 111/9
**lot [10]** 20/25
70/21 71/18 71/19
71/20 71/23 71/23
72/19 72/21 115/14
**lots [3]** 111/8
111/9 112/17
**louder [1]** 18/16
**Louis [10]** 80/21
81/8 81/18 82/10
105/9 105/11
105/20 106/14
106/17 107/8
**loved [1]** 113/10
**lower [1]** 89/12

**LTD [2]** 41/19
44/16 49/6 67/23
**lunch [4]** 115/22
115/25 116/4 116/7
**lurch [1]** 53/5
**Lynn [2]** 107/14
107/14

---

**M**

**MacGregor [2]** 19/2
20/24
**machine [1]** 122/8
**machines [3]** 66/5
66/8 66/15
**Madam [1]** 73/25
**made [46]** 3/10
3/14 4/1 4/5 5/14
5/17 5/18 5/21 6/1
6/7 6/7 6/9 6/10
8/18 9/9 9/9 9/23
9/24 10/15 11/22
12/3 12/4 12/12
12/12 12/16 12/24
13/25 14/9 40/10
44/14 45/17 46/18
46/21 49/18 50/3
50/13 50/19 50/20
61/17 79/21 90/6
97/22 110/25 111/1
114/25 115/6
**magazine [1]** 23/20
**magnifies [1]** 14/3
**major [1]** 40/24
**majority [1]**
100/16
**make [12]** 6/18
8/16 11/5 13/9
21/9 22/4 49/12
50/12 60/18 112/12
118/2 119/3
**making [6]** 7/7
10/20 11/2 104/4
114/24 120/14
**malleable [4]** 28/9

**malleable... [3]**
29/23 62/17 62/24
**managing [1]** 70/2
**manipulate [1]**
113/18
**manipulative [1]**
113/21
**manner [1]** 10/24
**many [6]** 9/18 21/2
61/17 71/6 71/16
108/14
**March [24]** 16/8
28/13 38/1 38/15
47/11 47/12 48/13
60/8 62/15 65/19
68/21 70/11 76/11
92/9 92/10 98/21
98/25 99/4 99/8
99/13 105/6 105/7
106/8 106/9
**Marco [2]** 19/18
19/20
**Mark [4]** 31/1 31/6
32/19 62/14
**marketplace [2]**
77/14 77/18
**master's [3]** 36/7
73/13 98/15
**Masters [1]** 77/7
**material [1]** 93/21
**math [2]** 70/12
71/24
**matter [6]** 60/16
95/9 100/6 100/11
100/11 120/1
**Matthews [1]** 7/14
**may [19]** 6/24
15/11 15/13 15/20
16/4 16/13 16/14
16/24 17/17 52/22
78/12 79/10 84/14
105/22 114/14

119/19 119/19
**maybe [1]** 63/21
**MCGOVERN [3]** 1/20
14/23 78/9
**McGurk [2]** 21/6
23/20
**McMaster [7]** 39/25
67/3 76/12 76/22
103/4 103/22 104/3
**McMasters [1]** 77/5
**me [56]** 13/1 14/11
14/12 14/14 15/8
16/11 21/3 21/4
21/9 21/9 21/12
21/19 22/3 27/7
34/3 34/14 34/18
40/8 40/13 41/13
49/24 52/8 54/18
57/23 60/1 61/16
64/23 65/23 68/5
71/16 71/25 73/19
89/8 89/17 90/24
95/4 98/14 98/16
99/22 105/2 108/3
108/7 108/23
109/25 110/13
110/19 113/18
113/18 114/6
114/18 115/18
116/8 116/9 116/10
116/23 117/19
**mean [6]** 9/11
12/11 20/25 53/4
61/16 113/6
**meaning [3]** 10/5
12/4 67/23
**meaningless [1]**
114/21
**means [5]** 53/22
59/23 72/14 90/3
90/3
**meant [6]** 33/17
34/6 34/12 85/2

**media [7]** 9/7 9/15
22/25 23/10 23/16
25/18 27/11
**meeting [7]** 20/21
36/20 67/3 68/20
76/11 91/12 104/10
**members [1]** 72/5
**memory [2]** 19/5
26/20
**mention [9]** 31/3
31/4 79/25 80/3
80/5 80/7 82/3
108/16 108/16
**mentioned [5]** 31/3
31/18 64/10 67/12
122/9
**mentions [2]** 68/4
80/24
**merely [1]** 8/24
**message [6]** 4/13
4/19 5/9 81/12
106/14 106/17
**messages [4]** 5/9
7/7 7/19 31/6
**MESTRE [2]** 1/18
1/19
**metadata [1]** 74/22
**Miami [7]** 1/14
1/17 1/24 1/24
122/15 122/18
122/18
**MICHAEL [1]** 1/21
**middle [2]** 87/11
118/6
**might [3]** 9/8 9/9
110/21
**Miller [3]** 36/17
67/3 76/12
**million [22]** 7/15
16/9 87/12 87/12
89/2 89/4 89/13
89/21 90/9 90/11
96/15 96/25 110/25

**M**

**million... [9]**
111/1 111/3 115/1
115/4 115/5 115/5
115/5 115/13
115/15
**Milton [2]**   14/2
14/18
**mind [1]**   114/5
**mine [10]**   17/14
18/4 19/21 29/17
110/5 110/7 111/12
111/18 115/14
115/17
**mined [4]**   16/23
82/4 110/4 111/4
**miners [1]**   110/14
**mining [6]**   80/3
105/24 109/23
110/8 110/16
110/22
**minute [6]**   37/5
53/15 69/4 75/15
90/14 117/3
**minutes [1]**   75/18
**mischaracterizing
[1]**   86/23
**Misfit [1]**   56/8
**misleading [7]**
46/21 49/18 50/11
50/12 50/13 50/19
50/20
**missed [1]**   79/19
**missing [5]**   62/9
98/2 105/21 105/22
106/8
**Misstates [5]**   56/3
62/20 64/25 82/13
90/21
**misstating [3]**
82/16 84/5 90/24
**misunderstood [1]**
10/6

**mixing [1]**   77/3
**MJF [1]**   105/24
**mock [3]**   24/3 24/5
25/15
**modern [2]**   71/5
71/11
**module [2]**   7/10
58/10
**moment [6]**   14/11
33/5 41/7 44/20
55/9 119/15
**Monday [8]**   6/5
104/4 118/16
118/25 119/1
119/11 119/21
121/1
**money [18]**   28/10
29/23 29/23 31/15
62/4 62/18 62/25
62/25 95/16 95/17
95/22 108/17
111/24 113/18
115/7 115/14
115/14 115/17
**monitored [1]**   3/25
**monitoring [1]**
10/4
**month [2]**   99/17
99/17
**monthly [2]**   92/12
92/14
**months [10]**   5/8
5/8 5/9 54/20
80/11 81/17 82/21
82/22 99/18 105/10
**more [13]**   14/17
16/7 21/1 25/2
38/9 71/23 71/23
81/12 81/15 91/9
104/11 107/21
112/7
**morning [14]**   3/2
3/6 17/11 17/13
17/20 17/21 74/10

119/2 119/18
119/21 121/1
**mornings [1]**   118/4
**most [2]**   11/7 89/9
**move [4]**   13/22
66/23 99/21 106/7
**moved [1]**   57/11
**movement [1]**   95/18
**movie [3]**   14/2
14/5 14/7
**MR [2]**   2/6 8/15
**Mr. [13]**   9/9 10/14
12/23 12/25 13/8
13/23 17/21 21/19
76/22 83/21 117/18
119/13 120/13
**Mr. Brenner [1]**
120/13
**Mr. Cabrera [1]**
117/18
**Mr. Freedman [6]**
9/9 10/14 12/23
13/23 17/21 21/19
**Mr. Kleiman [3]**
12/25 13/8 83/21
**Mr. McMaster [1]**
76/22
**Mr. Wright [1]**
119/13
**Ms [10]**   30/20
44/24 46/25 49/11
51/1 53/12 59/25
65/12 96/9 112/24
**Ms. [142]**
**Ms. Bustamante [6]**
116/18 116/25
117/14 117/25
118/20 118/25
**Ms. Bustamante's
[1]**   118/7
**Ms. Coffie [2]**
116/17 117/18
**Ms. McGovern [2]**

## M

**Ms. McGovern... [2]** 14/23 78/9
**Ms. Vela [129]**
**Ms. Watts [2]** 53/13 103/3
**much [4]** 34/12 71/3 98/17 107/21
**multi [1]** 71/1
**multi-threaded [1]** 71/1
**multiple [2]** 30/24 71/14
**must [3]** 32/4 51/12 54/1
**my [65]** 4/24 6/6 18/3 18/13 19/15 20/5 21/11 22/20 26/20 30/25 32/25 36/6 57/14 57/14 60/17 63/13 63/24 66/13 69/21 70/16 71/16 71/18 71/20 72/18 72/20 73/8 73/19 73/20 73/23 74/1 79/22 79/22 81/15 82/9 84/4 85/9 85/9 89/14 91/19 93/13 95/14 98/3 98/5 98/15 98/19 98/20 99/11 99/19 101/19 106/3 106/5 107/15 108/3 108/8 111/5 112/3 113/12 114/8 115/9 115/14 115/15 115/16 120/14 122/11 122/14
**myself [3]** 19/4 34/10 115/14

## N

**Nakamoto [1]** 109/9
**name [4]** 27/19
**named [2]** 7/14 75/3
**names [1]** 18/13
**narrative [2]** 9/12 25/21
**native [3]** 22/10 23/4 62/12
**nature [4]** 23/22 25/21 46/16 72/17
**nChain [3]** 18/12 18/12 18/13
**nCrypt [3]** 18/24 19/19 22/19
**ncrypt.com [3]** 17/23 19/6 20/2
**nearly [1]** 115/15
**necessarily [1]** 67/25
**need [10]** 17/6 27/1 61/16 66/14 66/14 72/18 112/15 112/17 115/24 119/24
**needed [7]** 6/15 72/21 107/8 107/17 107/17 108/1 112/2
**needs [1]** 118/9
**nefarious [1]** 58/23
**neglecting [1]** 48/23
**Neither [1]** 60/22
**network [1]** 110/15
**never [29]** 16/23 24/5 28/13 34/12 36/8 38/7 43/8 46/17 58/9 58/16 59/8 68/23 69/20 69/22 73/7 75/9 77/12 84/3 85/8 85/13 90/5 90/10 107/11 107/16 108/3 108/16

113/13
**new [9]** 5/11 32/14 33/6 33/23 56/18 63/7 64/4 73/11 105/24
**newer [1]** 111/22
**next [15]** 25/6 28/20 32/22 37/18 52/7 61/21 62/11 64/18 82/8 91/5 98/20 99/6 106/9 117/18 118/2
**Nguyen [2]** 120/3 120/8
**Nguyen's [1]** 120/9
**Nick [2]** 22/13 25/16
**night [4]** 3/9 8/5 11/15 11/25
**nine [5]** 80/11 81/17 82/21 82/21 105/10
**NIST [1]** 73/14
**no [141]**
**nobody's [2]** 8/11 8/19
**nodding [1]** 78/15
**node [1]** 72/10
**nominally [1]** 107/14
**non [1]** 70/20
**non-parallelizble [1]** 70/20
**none [3]** 37/2 67/7 69/19
**Normal [1]** 71/25
**North [3]** 1/24 56/18 122/18
**not [182]**
**note [4]** 46/4 61/1 67/15 109/14
**noted [3]** 67/13 80/25 106/5

**N**

**notes [3]**  26/10
86/1 122/11
**nothing [4]**  80/9
82/24 99/12 99/13
**notice [2]**  6/20
110/18
**notification [1]**
79/2
**noting [1]**  43/20
**November [14]**  1/5
5/18 5/18 6/9 6/9
6/10 6/10 11/17
11/18 11/20 11/20
119/11 122/9
122/15
**now [28]**  4/3 9/17
15/2 21/16 22/4
23/8 24/24 24/25
26/8 26/9 29/6
43/1 65/9 66/18
70/20 71/22 77/21
78/7 80/11 91/7
94/13 94/16 100/14
111/19 111/22
112/6 114/21
116/23
**now's [2]**  75/12
115/18
**NSA [2]**  73/14 90/8
**number [14]**  12/21
12/22 24/18 27/18
38/5 51/8 84/16
85/16 94/5 99/5
104/10 107/11
116/10 116/14
**numerous [2]**  4/22
5/9

**O**

**oath [2]**  9/13 9/19
**object [11]**  3/16
3/17 23/21 24/13
25/8 27/8 74/8
120/4
**objection [49]**
11/11 23/23 25/21
27/12 29/3 38/19
38/21 41/3 45/12
47/24 53/9 54/2
54/3 55/21 56/3
57/5 58/2 58/4
59/4 59/10 62/20
63/16 64/13 64/25
65/13 66/20 68/12
68/14 69/10 69/11
72/23 73/3 74/16
74/19 82/13 83/4
83/9 84/11 85/18
86/13 90/21 93/5
93/20 94/8 94/11
101/20 103/11
106/19 114/11
**objections [1]**
120/2
**obligation [1]**
6/17
**obtain [1]**  4/11
**obtained [6]**  3/19
3/24 8/14 11/19
83/16 90/18
**obtaining [1]**
10/21
**obviously [1]**
119/22
**occasional [1]**
63/22
**occasionally [1]**
35/2
**occur [3]**  51/6
51/13 76/23
**occurred [2]**  43/18
53/3
**occurs [1]**  109/7
**October [12]**  3/12
5/17 6/8 6/8 23/23
24/15 25/23 27/9

120/4
**October 14th [3]**
23/23 24/15 25/23
**October 2013 [1]**
100/15
**October 30th [1]**
6/8
**October of [1]**
57/11
**off [5]**  23/19
31/22 32/1 74/15
91/17
**offer [14]**  27/5
29/1 38/17 40/25
45/5 47/20 55/19
57/2 68/10 81/2
86/11 94/6 103/9
114/9
**offered [5]**  2/8
16/11 114/25 115/1
115/4
**offers [1]**  114/25
**office [56]**  14/2
14/14 36/18 37/1
37/11 37/22 38/6
39/3 40/7 40/18
41/9 41/15 43/19
43/20 44/22 48/6
50/23 52/1 52/13
52/16 52/24 53/1
54/9 54/10 54/13
59/16 59/19 61/13
62/8 65/23 66/2
66/18 67/2 68/21
76/10 76/23 91/12
92/18 93/1 93/18
94/18 95/8 95/12
95/20 96/2 96/15
96/24 97/3 97/16
98/20 103/4 103/23
107/9 108/2 108/4
115/10
**officer [2]**  40/21

**Q**

**officer... [1]**
41/10
**officers [2]** 42/22
43/5
**offset [3]** 39/10
50/15 51/14
**oh [8]** 40/12 43/21
72/20 79/8 93/8
106/8 114/6 115/16
**Okane [9]** 28/11
29/13 29/16 29/17
29/22 32/2 62/4
62/16 62/24
**okay [32]** 17/8
19/8 22/24 27/13
32/5 36/13 37/19
45/11 45/12 70/18
72/4 72/22 73/2
73/6 73/17 75/7
75/24 77/5 78/2
78/9 78/11 78/17
79/24 82/22 83/1
89/20 89/22 89/23
90/1 90/15 91/9
120/19
**old [1]** 71/17
**omission [1]** 60/25
**once [3]** 36/8
43/16 71/4
**one [75]** 3/7 3/9
3/15 4/14 5/7 5/17
6/7 6/8 6/9 7/1
7/6 7/9 9/11 10/8
10/12 12/13 12/13
12/21 13/12 14/13
14/17 14/25 15/9
15/14 15/24 16/7
16/8 16/10 16/16
16/17 18/18 24/25
26/24 33/16 38/9
40/22 41/11 59/19
61/17 63/25 65/25

66/5 66/6 66/8
67/15 67/16 70/17
71/8 71/8 71/17
72/6 72/7 74/11
84/9 84/22 90/9
90/10 90/11 91/9
99/11 99/20 107/11
108/10 108/11
108/24 110/21
111/2 111/14 112/3
115/21 116/24
117/12 117/18
119/17 120/1
**one-hour [1]**
115/21
**one-line [3]** 9/11
10/8 10/12
**one-page [2]** 3/9
3/15
**ones [11]** 15/8
56/16 74/11 111/4
111/4 111/5 111/6
111/6 111/7 112/4
120/11
**ongoing [4]** 6/16
11/6 102/15 109/14
**online [1]** 63/22
**only [17]** 4/7 5/6
21/11 36/3 61/2
71/7 74/23 83/23
89/17 99/2 110/13
110/21 111/4 111/5
111/6 111/6 117/24
**opcodes [1]** 70/23
**open [5]** 28/9
29/22 31/23 62/24
119/22
**openable [1]** 62/17
**opened [1]** 15/1
**opening [1]** 14/22
**operating [2]**
99/19 107/13
**opinion [1]** 13/19
**opponents [1]** 4/9

**opportunity [4]**
10/17 11/5 12/9
116/25
**opposite [2]** 58/13
82/25
**order [5]** 3/1 8/22
46/19 70/23 111/15
**Organisation [3]**
20/24 22/14 25/17
**organization [2]**
22/14 97/10
**organizations [1]**
92/13
**organized [1]**
20/24
**organizing [1]**
70/1
**original [5]** 70/18
71/21 72/18 83/20
84/3
**originally [2]**
43/10 85/4
**originate [3]** 61/4
61/5 61/5
**other [29]** 4/17
5/18 7/13 8/18
13/14 15/8 15/23
16/6 17/6 18/11
19/14 36/3 37/1
43/3 63/22 69/18
70/1 70/2 73/21
89/22 89/24 91/23
98/21 106/10
106/24 113/8
113/19 120/3 120/5
**others [1]** 108/12
**otherwise [2]**
33/14 107/18
**our [29]** 3/13 5/10
6/17 6/21 6/22
11/11 12/18 13/19
17/4 32/19 39/22
41/16 41/19 43/22
45/23 46/15 54/1

**Q**

**our... [12]**   54/7
54/9 54/13 65/19
75/24 92/7 92/13
104/10 105/5
115/21 118/6 120/8
**out [45]**   4/5 7/12
10/9 10/13 11/3
11/5 12/6 12/19
20/3 23/7 28/19
32/16 33/4 33/25
39/7 39/22 41/15
41/17 42/2 46/1
46/13 49/12 51/2
53/3 53/14 68/20
71/2 78/20 79/17
82/9 88/20 96/22
97/4 97/18 99/21
100/1 105/2 105/6
105/20 107/7 111/3
111/8 111/22
111/23 113/18
**outset [1]**   46/4
**outside [5]**   6/14
10/19 20/24 22/14
25/16
**outweighs [1]**
58/17
**over [21]**   4/20
4/21 4/22 25/14
32/6 33/1 58/10
58/10 58/10 63/14
66/4 72/12 77/19
89/4 98/16 98/20
98/21 102/19
102/19 116/14
116/15
**overheard [1]**   4/3
**overruled [17]**
24/1 25/24 38/21
41/3 47/24 50/3
54/5 59/14 63/17
65/14 68/14 69/11

82/15 84/13 85/20
90/23 94/11
**overseas [1]**   108/5
**owed [2]**   108/1
108/17
**own [7]**   15/10
43/15 52/10 53/7
83/19 111/5 116/20
**owned [5]**   40/23
81/13 87/23 107/22
107/24
**owner [3]**   51/11
53/21 53/22
**ownership [2]**
16/19 34/19

**P**

**p.m [6]**   115/23
116/5 116/5 118/17
119/12 121/2
**P117 [4]**   80/15
81/2 81/2 106/11
**P122 [1]**   81/22
**P124 [1]**   114/9
**P127 [1]**   91/1
**P139 [1]**   70/7
**P143 [5]**   36/10
65/11 66/24 68/10
76/5
**P147 [2]**   86/4
86/11
**P160 [3]**   35/6
64/24 88/13
**P175 [2]**   102/23
103/9
**P20 [1]**   109/1
**P318 [5]**   22/5 23/4
24/19 24/21 27/5
**P333 [1]**   18/19
**P340 [1]**   52/3
**P359 [1]**   20/14
**P459 [2]**   31/5
62/12
**P460 [1]**   120/11

**P464 [2]**   32/10
63/4
**P469 [2]**   55/10
55/19
**P492 [1]**   120/11
**P510 [1]**   120/12
**P511 [1]**   120/9
**P512 [1]**   120/10
**P565 [2]**   47/2
47/20
**P604 [2]**   40/15
40/25
**P606 [3]**   54/24
56/21 57/2
**P637 [4]**   92/15
94/6 96/19 99/24
**P744 [3]**   28/17
29/1 61/20
**P795 [5]**   37/15
38/17 44/9 45/5
59/25
**packages [5]**   85/24
87/1 87/16 88/4
88/25
**page [77]**   2/4 3/9
3/15 20/14 20/17
20/18 20/20 21/24
23/3 23/14 24/8
24/24 25/3 25/6
26/6 28/5 28/20
29/8 32/11 33/7
33/19 35/7 37/16
37/18 38/3 38/10
39/7 41/13 42/7
42/15 44/10 44/11
44/20 45/19 45/25
46/11 47/14 49/10
49/11 50/8 51/1
52/7 55/14 55/24
60/1 60/4 60/9
61/21 63/5 64/15
65/4 65/6 65/16
66/24 67/9 67/13
67/20 68/4 68/6

**P**

page... [18]   69/2
69/16 70/8 76/16
81/24 84/7 85/17
88/15 91/5 91/6
91/16 93/15 95/6
96/20 97/13 99/25
101/8 109/3
pages [6]   1/8 27/9
71/23 91/7 99/20
122/12
paid [1]   110/23
Paige [3]   79/24
82/3 82/12
PALM [1]   1/2
pandemic [1]   118/6
panel [7]   92/18
92/23 92/24 94/22
94/23 94/25 94/25
paper [16]   27/18
27/24 38/12 40/19
41/10 41/24 42/2
42/7 43/25 47/6
47/10 48/9 49/5
51/4 60/7 72/2
papers [3]   71/16
71/18 71/20
paragraph [25]
26/11 30/8 32/16
33/25 38/5 39/7
41/13 41/23 42/13
50/9 60/11 63/8
64/16 88/21 91/16
93/19 94/2 94/3
95/5 95/8 100/1
100/3 101/9 103/6
106/23
parallelization [1]
71/13
parallelizble [2]
70/20 71/1
Pardon [1]   117/19
parenthetical [2]

part [12]   5/8 9/16
34/12 37/11 53/21
53/22 81/10 97/7
98/18 99/15 102/15
104/20
participated [2]
24/4 25/15
participating [1]
23/12
particular [2]
61/1 104/23
particularly [1]
25/22
parties [5]   8/22
46/6 85/12 87/21
116/21
partner [6]   33/1
53/19 53/20 53/22
63/14 63/25
partnership [2]
13/2 58/24
partnerships [1]
110/10
party [6]   3/20 4/4
4/8 34/20 83/19
83/19
passes [1]   77/24
passing [1]   78/20
password [1]
112/16
passwords [1]
112/16
past [2]   8/3 71/16
path [1]   66/18
pathetic [2]   14/4
14/4
Patrick [4]   79/4
79/24 82/3 82/12
Pause [3]   84/10
117/6 117/20
pay [4]   110/15
115/1 115/9 115/11
payment [2]   46/18

PDF [3]   23/4 33/19
50/9
penalties [2]
49/15 49/16
penalty [7]   47/5
47/16 48/9 49/6
50/11 50/12 51/4
pending [3]   11/10
96/25 101/22
people [35]   4/22
19/14 20/4 20/22
26/23 26/24 30/3
31/14 35/4 36/3
37/1 48/21 69/14
70/1 70/2 71/13
71/19 71/25 72/14
72/15 72/19 72/19
73/18 73/22 73/23
75/9 81/9 89/10
89/17 89/24 110/17
111/3 111/19
113/10 114/8
percent [8]   34/19
52/12 70/17 72/6
87/15 95/15 111/18
112/4
Perfect [1]   103/17
perhaps [3]   4/2
13/10 118/3
period [9]   33/1
38/12 38/14 43/25
44/17 49/7 63/14
97/21 102/19
Perl [2]   36/9 87/7
permit [7]   15/4
15/7 15/17 59/3
101/4 101/5 119/7
permitted [1]
101/2
person [14]   12/7
13/10 14/5 21/3
21/4 26/25 57/23
90/6 90/7 90/7

**P**

**person... [4]**   90/8
107/12 107/17
108/5
**personal [3]**   1/3
115/14 115/15
**perspective [1]**
66/9
**pertaining [1]**
43/3
**Pholus [2]**   96/5
104/11
**phones [1]**   112/12
**picks [1]**   36/5
**place [4]**   7/11
12/2 12/6 68/20
**PLAINTIFF [6]**   1/12
2/4 3/23 8/19 8/20
118/13
**Plaintiffs [25]**
1/5 3/8 3/19 8/10
9/16 10/8 17/7
24/15 27/5 38/17
40/25 45/5 47/20
55/19 57/2 61/14
68/10 75/22 81/2
86/11 94/6 103/9
114/9 116/1 120/20
**Plaintiffs' [23]**
2/9 2/9 2/10 2/10
2/11 2/11 2/12
2/12 2/13 2/13
2/14 2/14 29/5
38/23 41/5 48/1
55/23 68/16 86/15
94/12 103/13
114/13 120/18
**plan [2]**   119/21
119/22
**platform [2]**   87/20
89/15
**play [5]**   20/11
21/16 28/3 84/15

**played [6]**   20/12
21/12 21/18 28/6
84/17 85/21
**playing [2]**   21/21
26/25
**pleasant [4]**   116/4
116/7 119/5 119/10
**please [102]**   14/15
17/11 17/17 18/19
19/10 20/11 20/13
20/15 21/16 22/5
24/7 24/20 25/2
25/5 27/14 28/3
28/17 30/20 31/5
31/10 32/11 33/20
35/6 36/10 36/13
36/14 37/15 37/16
39/6 40/15 41/12
41/22 42/6 44/10
44/19 45/14 46/13
47/2 47/13 48/2
51/1 51/2 52/3
52/6 52/17 52/18
54/24 56/20 59/25
60/3 60/4 61/20
62/12 63/4 65/12
66/24 68/17 69/1
70/7 74/6 74/20
76/3 76/5 76/8
78/23 80/15 81/6
81/21 81/23 84/9
84/15 85/15 86/4
86/16 88/13 91/1
91/4 91/6 91/15
92/15 93/3 93/14
93/15 94/13 95/6
96/18 96/21 97/12
97/17 99/25 100/9
102/23 103/16
106/11 106/13
106/13 106/24
109/1 109/3 113/22
118/19 119/6

**plus [2]**   16/10
56/15
**point [12]**   4/24
8/4 9/20 21/23
24/1 25/24 56/10
56/11 62/9 65/3
66/11 118/22
**pointed [1]**   39/22
**points [1]**   104/9
**police [7]**   32/14
33/6 33/23 63/7
63/11 64/4 73/12
**Ponce [1]**   1/21
**pool [1]**   72/7
**portion [1]**   93/24
**portions [1]**   21/21
**posed [2]**   75/4
84/22
**position [18]**
40/19 41/9 41/16
41/19 41/24 42/2
42/7 42/8 43/25
47/6 48/9 49/6
49/17 49/22 93/18
94/23 95/2 118/10
**positions [1]**
43/15
**possession [1]**
5/23
**possibly [1]**   58/18
**post [1]**   74/23
**postdates [2]**
48/15 48/19
**posted [1]**   7/7
**posting [1]**   79/5
**posts [2]**   5/7 14/2
**PR [1]**   22/14
**pre [1]**   111/18
**pre-mine [1]**
111/18
**precise [1]**   13/24
**predicate [1]**
58/20
**Preemptive [1]**

**P**

**Preemptive... [1]** 96/4
**preferred [1]** 109/21
**prejudice [8]** 9/21 9/25 10/2 11/3 11/4 12/21 12/22 58/17
**prejudiced [1]** 12/18
**prejudicial [4]** 4/6 11/16 12/25 59/3
**preliminary [3]** 92/19 94/22 100/23
**premises [2]** 54/21 57/10
**prepare [2]** 11/25 25/17
**prepared [5]** 9/4 11/18 11/21 12/18 20/10
**preparing [1]** 112/21
**present [6]** 68/24 75/16 76/13 115/23 119/12 122/7
**presented [4]** 11/24 13/15 27/8 82/14
**presents [1]** 59/17
**press [1]** 20/23
**pressure [1]** 52/15
**pretending [3]** 23/19 27/2 27/2
**pretty [2]** 31/4 73/18
**prevent [1]** 4/8
**previous [1]** 21/20
**previously [1]** 94/10
**private [11]** 3/18

3/19 4/1 4/4 4/8 4/19 4/23 8/9 16/20 109/10 109/19
**probably [5]** 6/8 16/2 20/5 29/14 71/22
**probative [1]** 58/18
**problems [1]** 70/21
**procedural [5]** 9/21 9/25 11/2 11/3 11/11
**proceed [1]** 84/14
**proceedings [5]** 84/10 117/6 117/20 121/2 122/8
**process [5]** 26/1 95/1 95/3 102/15 104/20
**produced [1]** 43/17
**professional [1]** 36/6
**profitably [1]** 72/16
**program [2]** 30/2 31/13
**programmer [1]** 89/10
**programming [3]** 87/12 88/11 89/9
**programs [1]** 71/7
**progress [1]** 118/2
**project [3]** 28/12 70/1 82/4
**projects [1]** 87/1
**promised [1]** 7/15
**promises [1]** 114/24
**prompt [1]** 17/13
**pronounce [1]** 29/15
**proof [1]** 66/6
**proofs [1]** 16/19

**proper [3]** 13/16 25/9 74/9
**properly [1]** 11/13
**property [28]** 7/2 7/4 7/11 7/12 10/13 15/10 27/16 27/20 27/22 28/1 30/11 35/1 62/5 64/8 83/16 83/20 83/21 83/24 84/2 84/19 85/5 85/7 85/9 85/10 91/21 97/8 97/23 109/25
**property's [1]** 83/23
**proposed [1]** 24/17
**prosecution [1]** 59/22
**protocol [1]** 16/2
**prove [1]** 66/13
**proved [1]** 46/10
**proven [1]** 46/7
**provide [3]** 21/25 70/3 85/8
**provided [6]** 42/21 51/7 54/7 54/8 60/23 85/7
**provider [1]** 52/14
**providing [1]** 26/10
**PTY [7]** 41/10 44/16 49/6 67/23 96/5 96/5 96/5
**public [4]** 40/23 41/10 84/1 108/9
**publication [2]** 19/13 20/4
**publicly [1]** 16/19
**publish [21]** 31/9 38/24 45/14 48/2 52/17 55/25 60/3 61/25 68/17 76/8 79/8 81/5 81/23 86/16 91/4 93/4

**P**

**publish... [5]**
94/14 96/21 100/8
103/16 106/13
**published [3]**
19/19 27/19 27/25
**pull [2]** 14/11
86/4
**purchase [2]** 87/18
89/17
**purport [1]** 36/22
**purported [7]** 3/18
43/4 51/6 51/10
51/11 51/12 60/13
**purports [1]** 22/24
**purpose [2]** 8/8
13/19
**purposes [8]** 7/23
15/13 15/18 15/21
16/5 16/14 16/24
119/16
**put [38]** 6/20
17/22 18/19 19/10
19/14 19/18 19/20
19/23 20/4 22/5
28/17 35/6 37/15
39/14 47/2 52/3
52/15 55/10 59/25
61/20 68/5 73/20
74/6 78/23 80/15
81/22 82/25 86/2
91/1 92/15 97/9
99/24 105/23
107/13 108/22
110/18 111/2
113/22
**putting [4]** 43/25
86/21 86/25 88/24
**PWC [1]** 108/11
**Python [1]** 87/7

**Q**

**qualifications [1]**
69/20

**quarter [8]** 82/7
95/10 99/6 99/11
99/18 99/21 100/7
100/12
**quarterly [1]**
92/11
**question [26]** 8/21
9/20 10/25 12/4
13/12 15/12 15/19
16/4 16/13 24/21
24/22 25/4 25/9
35/17 48/17 52/19
57/17 69/6 74/1
75/4 83/10 84/22
90/2 90/3 101/18
101/22
**questioner [1]**
27/2
**questioning [2]**
17/16 76/4
**questions [10]** 9/8
9/14 25/10 25/18
25/19 26/19 54/8
88/18 105/18
106/16
**quick [2]** 58/5
106/6
**quickly [1]** 94/17
**quite [3]** 35/24
61/17 72/21

**R**

**Raah [2]** 74/14
75/3
**Radvanovsky [1]**
34/9
**raises [1]** 54/7
**Ramona [5]** 22/17
22/21 53/12 86/8
86/19
**ran [2]** 30/18
30/25
**ranges [1]** 12/23
**RCJBR [1]** 18/13

**reach [1]** 105/19
**reached [3]** 100/23
107/7 120/4
**reaching [1]** 45/23
**read [14]** 42/16
62/21 65/20 72/1
74/1 74/4 78/11
78/12 100/3 102/2
105/1 105/2 106/4
120/5
**reading [1]** 120/14
**reads [1]** 72/1
**ready [3]** 17/4
17/15 119/4
**real [2]** 100/9
107/25
**realize [3]** 89/10
89/15 108/23
**really [8]** 63/21
70/13 71/13 79/7
79/22 83/6 84/21
105/2
**reason [4]** 35/13
38/14 65/6 107/7
**reasonably [1]**
49/21
**reasons [8]** 37/21
39/2 41/19 44/13
45/16 46/12 60/5
60/7
**rebates [1]** 37/12
**rebroadcasted [2]**
4/21 4/21
**recall [17]** 17/23
22/16 23/12 24/3
24/6 25/14 62/6
63/2 63/3 63/15
65/9 65/10 65/23
69/7 83/14 119/17
120/2
**receipts [1]** 16/19
**receive [1]** 79/12
**received [17]** 5/10
25/16 29/5 38/23

# R

**received... [13]**
41/5 43/10 43/16
48/1 55/23 65/18
68/16 85/8 86/15
94/12 103/13
114/13 120/18
**recess [6]** 75/15
75/19 115/21
115/25 116/5 118/1
**reciprocating [1]**
15/3
**reciting [1]** 93/18
**recognize [29]**
19/13 22/9 22/13
22/23 26/5 26/17
26/21 28/23 33/22
36/16 36/19 37/21
38/1 38/8 38/15
40/20 44/13 55/2
55/12 66/1 67/2
80/21 86/7 86/10
92/17 92/24 103/2
103/5 114/2
**recollect [1]** 32/4
**recollection [4]**
19/16 19/25 20/1
26/18
**record [10]** 3/5
56/4 58/8 65/1
67/24 82/14 84/1
90/21 90/22 117/21
**recorded [3]** 67/14
67/16 67/23
**recording [2]**
67/18 67/25
**recordings [1]**
67/16
**records [2]** 43/8
60/19
**recover [4]** 81/13
81/16 107/22
118/12

**recovered [1]**
16/18
**recuperate [2]**
117/1 117/25
**refer [2]** 24/17
93/23
**reference [3]**
21/24 56/4 103/6
**referenced [1]**
95/24
**references [3]** 5/2
5/3 10/23
**referencing [1]**
61/18
**referred [4]** 74/10
74/11 93/21 96/6
**refresh [6]** 19/5
19/16 19/25 20/1
26/18 61/19
**refreshes [1]**
26/20
**refundable [2]**
39/10 50/15
**refunds [18]** 92/6
93/19 95/9 95/19
96/10 96/11 96/15
96/24 97/6 98/10
100/6 100/12
100/24 101/13
101/17 102/4
105/16 105/17
**regard [4]** 12/10
25/10 59/2 116/16
**regarding [4]**
10/13 13/7 58/19
104/11
**regards [1]** 40/19
**regret [1]** 53/24
**rejected [3]** 36/23
60/14 60/18
**relate [3]** 13/6
36/2 69/8
**related [8]** 13/6
13/21 42/20 43/4

relationship [11]
96/6
**relates [2]** 12/13
13/1
**relation [1]** 41/16
**relationship [1]**
15/6
**Relevance [3]** 57/4
58/3 94/9
**relevant [9]** 13/4
13/18 14/22 15/7
16/13 58/6 96/3
97/13 97/20
**relied [1]** 45/22
**rely [2]** 46/5
113/6
**remain [1]** 118/23
**remaining [1]**
117/24
**remains [3]** 85/11
85/12 86/3
**remedy [1]** 4/7
**remember [9]** 19/4
19/4 24/11 32/13
74/3 102/18 102/22
105/15 119/6
**remind [3]** 21/19
21/20 116/23
**reminded [1]**
119/16
**reminds [1]** 14/14
**renew [1]** 23/24
**Rephrase [2]** 56/5
66/22
**replace [1]** 49/1
**replies [1]** 79/24
**reply [1]** 79/22
**report [6]** 5/8
39/22 40/6 40/6
40/8 60/5
**reported [1]** 122/8
**reporter [4]** 1/23
21/21 73/25 122/5
**reports [5]** 43/17

**R**

reports... [4]
43/18 60/13 60/21
60/25
represent [2]
42/22 54/11
representative [1]
1/3
representatives [1]
42/23
represented [1]
51/25
request [1]   13/16
requested [2]
98/10 102/16
require [2]   7/25
95/15
required [3]   89/17
92/13 95/13
requirement [1]
101/4
reraised [1]   66/17
research [3]   1/4
86/9 119/8
Reserve [1]   51/11
resigned [1]   56/12
respect [6]   8/1
12/25 13/12 58/21
58/24 113/9
respected [1]
113/14
respond [7]   6/24
25/19 25/20 75/7
79/6 79/13 82/15
responding [3]
104/24 104/25
107/8
responds [1]
114/17
response [11]
12/18 26/19 74/2
74/15 79/19 79/22
109/14 109/14

120/24
responses [1]   9/8
responsibility [1]
119/17
rest [2]   77/10
115/10
result [2]   44/7
50/6
resulted [1]   51/18
retain [1]   96/24
retracted [3]
48/15 48/19 58/12
return [3]   46/22
50/14 110/1
returned [1]   58/16
returns [1]   92/14
revalidate [1]
61/2
reversed [1]   59/8
review [3]   94/25
97/21 100/15
revolutionize [1]
81/11
reward [1]   110/20
rewarded [1]
110/22
RF1 [1]   74/6
rid [4]   7/16 7/16
16/10 71/25
ridiculously [1]
102/20
right [66]   3/4
4/10 4/16 5/1 7/21
9/4 13/23 15/4
15/23 17/2 18/11
20/7 22/4 22/22
24/22 24/25 29/7
29/19 44/17 48/7
53/18 53/21 56/5
63/25 72/2 73/13
75/4 75/14 75/17
75/20 76/1 78/6
78/15 79/17 82/5

90/13 92/11 92/23
94/16 94/19 97/18
100/19 101/13
105/20 109/5 113/7
113/19 115/20
116/2 116/6 116/15
117/18 117/19
117/21 118/14
118/18 119/11
119/13 119/23
120/13 120/15
120/17 120/25
right-hand [1]
87/15
rights [3]   83/20
87/20 88/3
RIVERO [2]   1/18
1/19
RMR [1]   122/17
Road [2]   55/6
56/18
Robert [5]   19/2
20/24 20/25 21/3
21/5
ROCHE [2]   1/12
1/13
room [2]   1/24
119/3
rooms [1]   9/13
row [1]   116/15
RPR [1]   122/17
rule [1]   101/6
ruled [1]   94/10
rules [1]   77/21
run [7]   28/15 71/7
71/7 83/22 83/22
89/16 102/21
running [2]   30/16
71/5
Ryde [1]   56/18

**S**

safe [1]   118/24

**S**

**saga [1]** 54/19
**said [53]** 19/3
 22/19 30/18 30/24
 32/8 36/4 39/20
 39/21 39/23 40/12
 43/21 48/15 48/19
 48/21 49/3 49/24
 49/25 50/6 53/1
 59/15 62/8 63/18
 64/7 65/18 66/12
 67/7 67/14 68/23
 69/20 70/17 72/20
 73/7 74/23 75/8
 81/19 82/17 82/17
 82/24 83/1 83/24
 89/3 89/7 89/22
 89/24 90/5 98/18
 100/18 104/5
 108/17 113/9 115/6
 115/7 115/8
**saleable [1]** 87/23
**Salem [1]** 60/19
**salient [1]** 104/9
**same [13]** 4/2 4/18
 10/23 10/24 18/14
 25/3 31/1 46/9
 50/4 50/6 56/23
 77/8 92/4
**Satoshi [3]** 15/25
 15/25 109/9
**Saudis [1]** 89/18
**save [1]** 112/16
**saw [2]** 50/1 50/6
**say [38]** 6/17 6/23
 9/10 29/14 29/18
 30/7 35/13 35/23
 39/25 46/10 52/25
 53/20 62/15 64/12
 65/25 66/14 69/25
 70/5 70/11 76/25
 77/3 77/6 77/9
 88/8 89/25 90/1

 90/1 92/8 95/13
 97/3 106/23 107/5
 108/13 109/17
 112/13 112/14
 112/22 114/6
**saying [25]** 8/11
 8/19 15/25 26/21
 26/25 32/1 32/4
 54/23 61/23 62/3
 62/7 65/23 71/12
 80/11 82/24 84/21
 86/23 95/20 98/16
 101/5 104/24
 107/20 110/5 112/1
 112/2
**says [36]** 7/4 7/15
 16/18 16/21 18/24
 22/19 22/21 23/10
 23/13 23/18 25/1
 29/12 29/21 34/14
 35/22 42/8 46/4
 49/5 51/4 55/13
 59/19 67/22 77/1
 77/5 77/7 79/6
 86/24 88/4 91/20
 95/8 96/3 101/17
 102/4 104/9 104/14
 113/12
**SCADA [8]** 33/14
 33/17 34/6 34/16
 64/19 87/22 88/2
 88/7
**scalability [1]**
 72/11
**schedule [2]** 20/17
 49/16
**scheduling [1]**
 119/16
**SCHILLER [1]** 1/15
**school [1]** 119/18
**scraped [1]** 115/16
**screen [5]** 18/3
 18/5 18/20 52/4
 54/25

**scriptable [1]**
 28/9 29/23 62/17
 62/25
**scroll [2]** 14/15
 90/14
**search [9]** 54/21
 54/21 55/2 56/24
 57/10 57/16 57/20
 58/15 58/19
**seat [3]** 3/4 116/8
 119/15
**seated [4]** 17/12
 76/3 116/14 118/19
**seating [2]** 117/13
 117/15
**second [11]** 15/14
 49/1 49/2 59/18
 65/6 72/12 84/9
 84/22 88/21 106/23
 116/24
**Secondly [1]** 4/5
**secret [1]** 82/4
**secrets [1]** 114/17
**secure [2]** 73/14
 73/15
**security [3]** 39/21
 43/21 112/21
**sed [1]** 87/8
**see [158]**
**seeing [2]** 10/22
 94/17
**seek [2]** 30/7
 106/24
**seeking [5]** 3/20
 7/21 14/20 30/2
 31/12
**seeks [3]** 29/22
 62/16 62/24
**seem [2]** 82/23
 82/23
**seems [1]** 71/19
**seen [12]** 8/6 10/3
 38/7 44/15 44/18
 47/7 48/8 55/5

**S**

several [1]   27/20

seen... [4]   56/25
58/22 82/2 108/14
sell [2]   87/25
89/17
send [1]   106/17
sent [7]   3/9 40/5
43/9 43/10 52/6
60/20 71/20
sentence [5]   32/23
34/1 64/6 65/6
104/7
separate [3]   26/23
59/1 102/21
separately [1]
22/1
September [13]
33/9 91/20 92/9
92/10 95/10 96/10
96/11 98/23 99/1
100/6 100/12
105/16 109/15
series [1]   42/21
serious [1]   54/8
served [1]   57/23
servers [4]   30/15
30/18 30/24 43/21
services [4]   51/7
52/14 95/17 105/24
session [3]   22/25
23/10 23/16
sessions [1]   25/18
set [10]   27/8
28/16 30/15 30/18
30/24 41/15 41/17
110/6 110/24
122/14
sets [1]   42/2
setting [1]   114/6
settlement [1]
99/10
seven [2]   99/4
120/16

severed [1]   84/2
Shadders [1]   72/7
shared [1]   114/18
shareholder [2]
16/11 40/24
shareholders [1]
34/20
shares [6]   34/21
81/16 107/5 107/24
115/1 115/7
Sharples [2]   60/21
61/2
she [5]   116/11
117/17 118/8 118/9
118/12
sheet [1]   50/22
short [2]   64/6
71/22
shortfall [1]
51/18
shorthand [2]
122/5 122/8
shortly [4]   6/1
6/7 24/21 108/20
should [15]   4/6
8/10 11/13 13/6
13/13 21/1 93/21
95/16 95/17 95/21
95/21 108/18
109/10 116/15
117/12
shouldn't [1]
98/17
show [9]   20/13
28/20 33/5 43/8
60/19 65/2 74/20
83/2 114/14
showed [1]   64/23
showing [3]   18/7
45/9 113/20
shown [2]   13/16
52/24
shows [2]   58/13

shut [2]   99/19
109/21
sic [2]   105/6
105/7
side [11]   26/25
28/20 28/21 29/7
29/7 61/20 61/21
87/6 87/15 88/13
90/13
sidebar [3]   58/6
58/8 59/5
Siemens [2]   87/23
87/25
signatory [1]
51/10
signature [2]
55/16 61/6
significant [1]
51/7
silly [1]   110/13
similar [1]   5/2
simple [4]   60/16
63/23 85/10 111/11
simpler [1]   89/12
simplified [1]
72/2
Simplify [1]   71/16
simply [3]   13/20
15/24 70/16
simultaneously [1]
71/7
since [8]   33/10
58/1 64/5 69/6
98/14 100/15
104/14 117/24
single [4]   36/3
36/8 71/5 99/11
sir [2]   52/22
117/10
sit [1]   119/13
site [1]   39/23
sits [1]   117/17
sitting [2]   7/8

**S**

**sitting... [1]**
116/13
**situation [1]**
118/7
**six [4]** 88/4 89/4
89/13 89/21
**size [1]** 92/13
**skill [1]** 75/4
**skills [1]** 70/12
**Skype [1]** 31/6
**Slack [6]** 4/13 5/9
8/2 8/3 10/4 74/22
**slices [1]** 109/25
**smart [6]** 30/11
32/7 32/20 33/9
62/5 63/12
**snappy [1]** 71/22
**so [144]**
**social [2]** 9/7
9/15
**software [32]**
33/14 34/16 35/1
35/3 35/14 36/2
64/20 64/23 65/8
69/8 69/12 69/13
69/24 72/7 77/1
77/3 77/7 77/8
84/4 85/24 86/3
87/2 87/2 87/7
87/16 87/19 87/22
87/25 88/4 89/8
97/23 97/25
**solely [2]** 11/4
13/17
**somber [1]** 9/13
**some [18]** 9/23
12/8 12/19 20/22
30/15 30/18 31/22
35/2 37/8 46/7
56/10 56/15 58/23
70/12 70/13 71/20
72/5 115/8

**somebody [6]** 7/14
7/17 16/18 23/19
26/9 75/3
**somehow [1]** 3/19
**someone [6]** 4/2
27/2 27/2 36/5
59/22 107/17
**something [14]**
6/23 11/7 18/8
21/10 36/5 40/5
40/11 59/17 59/20
70/24 82/25 83/2
89/13 107/6
**sometime [1]** 6/8
**somewhat [1]** 9/20
**Sommer [11]** 51/25
52/6 53/18 67/6
68/24 76/14 86/19
91/17 91/17 91/19
103/25
**son [2]** 81/9
106/25
**sorry [33]** 18/2
18/3 18/7 18/17
23/12 38/1 48/17
49/4 49/11 49/12
50/24 54/3 57/17
59/12 60/18 62/9
65/20 67/5 68/2
68/5 73/20 73/25
77/3 88/15 93/8
93/11 94/14 96/4
106/6 108/10
108/19 109/17
112/23
**sort [8]** 9/10
12/23 53/4 57/21
58/23 102/20
102/20 104/22
**sought [2]** 6/14
64/8
**source [9]** 84/19
85/1 85/1 85/2
85/3 85/7 85/23

**sourced [1]** 85/25
**South [9]** 1/14
32/14 33/6 33/23
56/18 63/7 64/4
73/11 105/24
**Southeast [1]** 1/17
**SOUTHERN [3]** 1/1
122/3 122/6
**Space [1]** 14/2
**span [1]** 90/9
**speak [4]** 10/18
12/5 18/16 119/7
**speaking [1]** 4/2
**speaks [2]** 54/2
54/4
**special [1]** 115/8
**specifically [1]**
39/20
**speed [1]** 20/9
**spoke [1]** 21/4
**spoken [2]** 21/22
26/2
**Sportsbook [1]**
87/2
**squashed [1]**
102/21
**ss [1]** 122/2
**staff [1]** 72/5
**stage [1]** 35/25
**stamp [2]** 39/4
94/18
**stand [3]** 5/5 9/24
14/25
**standard [1]** 88/10
**standards [1]**
73/14
**stapler [1]** 14/14
**start [5]** 9/23
12/12 49/11 118/11
119/19
**started [19]** 28/13
63/18 63/21 64/7
64/8 64/11 66/19

**S**

**started... [12]**
70/22 98/19 98/20
98/21 98/22 98/23
98/24 98/25 99/15
99/16 113/20
119/23
**starting [1]**   3/11
**starts [6]**   23/19
32/1 74/15 91/17
105/18 106/16
**state [2]**   45/24
114/5
**stated [14]**   12/23
13/8 27/24 43/16
50/23 82/6 83/18
86/3 87/18 95/12
95/20 100/22
102/18 117/22
**statement [32]**
5/20 9/10 10/12
10/20 12/2 12/6
12/9 12/12 12/14
12/15 12/24 13/7
13/24 14/8 14/12
14/22 16/14 32/13
33/6 33/22 41/18
44/1 44/7 45/22
47/16 47/17 50/13
50/13 62/14 63/7
83/14 92/20
**statements [42]**
3/10 3/15 3/20 4/1
4/5 4/10 4/12 5/2
5/13 5/24 6/12
6/25 7/1 7/22 8/7
8/14 8/18 8/24 9/5
9/10 9/11 9/18
9/22 10/1 10/6
10/9 10/16 10/21
11/1 11/6 11/19
11/22 12/10 12/23
46/21 49/19 49/19

50/1 50/20 50/20
70/19 70/20
**states [7]**   1/1
1/10 70/16 77/19
79/14 122/1 122/6
**stating [1]**   24/15
**stayed [2]**   84/3
84/4
**Stefan [1]**   7/14
**stenographic [1]**
122/11
**STEPHEN [1]**   1/16
**Steve [1]**   72/6
**Steven [1]**   55/16
**stick [1]**   29/17
**still [5]**   33/22
71/18 85/13 85/13
99/7
**stopped [2]**   99/22
113/20
**strangely [1]**   68/1
**Strasan [2]**   96/5
104/11
**Street [1]**   1/17
**stress [1]**   13/11
**Strike [2]**   23/13
108/19
**stripping [1]**   7/12
**struck [1]**   7/17
**structs [1]**   70/25
**structured [1]**
71/4
**structures [1]**
70/25
**Stuart [2]**   21/6
23/19
**student [1]**   110/12
**stuff [7]**   72/8
77/14 77/18 84/3
108/4 110/14
110/17
**stupid [1]**   114/7
**Sturt [1]**   73/11
**submission [4]**

94/22
**submitted [4]**   42/9
51/9 94/23 95/4
**subsequent [1]**
9/23
**subsidiaries [1]**
54/12
**substance [3]**   6/25
7/18 14/19
**substantiate [2]**
10/11 51/9
**substantive [8]**
7/22 7/24 8/25
10/10 13/19 15/15
15/17 23/22
**substantively [2]**
11/12 93/22
**such [5]**   36/3
54/13 60/23 61/6
89/11
**suggest [1]**   117/23
**suggested [1]**
108/18
**Suite [3]**   1/14
1/17 1/21
**suited [1]**   89/18
**Sukuriputo [9]**
28/11 29/13 29/16
29/17 29/22 32/2
62/4 62/16 62/23
**sum [1]**   7/18
**summary [1]**   41/18
**super [1]**   113/11
**supercomputer [7]**
46/16 51/12 66/3
66/7 66/7 66/12
66/13
**supervisory [2]**
33/13 34/15
**supplied [1]**   91/22
**support [3]**   43/10
43/15 46/20
**supposedly [1]**

## S

**supposedly... [1]**
97/7

**Supreme [6]** 105/24
105/25 106/1 106/2
106/5 106/6

**sure [8]** 6/13 22/1
22/4 31/4 52/25
61/17 81/1 120/14

**sustained [12]**
27/12 53/10 57/5
58/4 59/4 64/14
65/3 66/21 72/24
73/4 83/8 106/21

**Swap [2]** 77/14
77/18

**system [6]** 33/13
34/15 89/16 110/10
110/24 112/3

**systems [2]** 33/17
88/2

## T

**table [4]** 7/8
14/25 117/8 119/14

**take [28]** 19/22
21/14 24/10 27/13
34/22 37/4 44/9
46/25 47/13 51/22
55/8 57/6 69/3
75/13 75/15 77/22
81/20 90/12 90/15
97/12 98/7 105/5
105/25 108/9
115/19 115/21
118/9 119/18

**taken [4]** 10/9
51/4 85/13 85/14

**taking [8]** 7/11
21/22 72/18 86/1
86/2 87/16 87/21
93/18

**talk [2]** 30/11
79/20

**talked [7]** 14/23
34/10 37/7 63/8
64/18 65/10 73/9

**talking [14]** 15/1
21/3 28/11 32/8
38/6 44/22 45/2
61/14 63/23 77/8
86/8 91/18 110/17
114/5

**taught [3]** 36/7
73/10 73/12

**tax [47]** 35/14
37/1 37/11 37/12
39/10 40/7 41/16
43/19 43/20 48/6
50/14 50/15 50/23
51/18 52/13 52/14
52/16 52/24 53/1
59/16 59/19 62/8
63/20 65/7 66/9
66/11 66/17 76/10
92/6 92/7 95/12
95/15 95/20 96/11
97/3 97/6 97/16
97/20 98/20 100/24
106/10 107/9 108/2
108/4 115/9 115/10
115/11

**taxable [1]** 39/9

**taxation [30]**
36/17 37/22 38/6
39/3 40/18 41/9
41/15 44/22 49/20
51/19 52/1 54/9
54/13 61/13 65/23
66/2 67/2 68/21
76/22 91/12 92/18
93/1 93/17 94/18
95/8 96/2 96/15
96/24 103/4 103/23

**taxed [1]** 95/18

**taxpayer [12]** 42/9
42/20 43/4 43/11
46/17 46/18 46/19

**taxpayer's [5]**
42/23 46/5 49/20
51/5 51/10

**TcL [1]** 87/8

**teach [1]** 73/12

**tearing [1]** 75/11

**technical [1]**
69/16

**technically [3]**
53/19 54/23 86/1

**tell [7]** 11/5
81/10 82/10 82/12
89/2 109/7 112/11

**telling [2]** 11/14
101/19

**tells [1]** 105/17

**tenth [1]** 72/16

**terminate [1]** 54/1

**terminating [1]**
54/13

**termination [1]**
53/13

**terms [2]** 59/2
104/10

**Terra [1]** 72/10

**terribly [1]** 70/19

**testified [4]** 5/6
18/10 19/1 25/17

**testifying [1]**
9/24

**testimony [2]** 15/1
16/23

**testing [1]** 85/9

**tests [4]** 30/16
30/19 30/25 87/5

**text [2]** 35/5
42/14

**texts [1]** 42/15

**than [7]** 10/19
21/1 63/22 70/13
106/24 112/8
119/19

**thank [26]**   15/22
17/1 17/13 21/15
31/24 34/22 37/19
39/14 42/18 46/25
51/23 57/6 61/10
76/20 78/2 81/25
90/16 92/2 96/12
98/7 102/8 112/24
112/24 114/22
117/11 120/13
**thanks [1]**   104/3
**that [590]**
**that's [65]**   3/25
4/19 7/18 9/3 9/20
10/12 11/7 11/23
12/20 12/24 12/25
13/4 14/8 14/13
15/11 18/21 19/15
20/5 22/19 28/4
29/14 29/20 34/19
35/22 42/15 44/24
52/12 55/5 55/13
59/1 59/15 59/21
64/6 64/22 66/9
66/10 70/6 71/12
78/2 80/14 80/23
81/19 84/5 84/21
84/24 87/18 87/23
88/7 88/10 94/20
95/4 97/10 99/22
101/4 101/5 101/23
105/21 106/7
109/13 110/9
110/16 110/22
111/9 111/10
111/24
**theater [1]**   26/24
**their [17]**   4/8 8/2
11/12 38/6 40/18
43/21 44/3 45/17
48/16 48/19 51/4
59/8 90/11 94/20

**them [30]**   3/15
4/14 5/17 5/21 6/7
6/14 6/20 6/21 7/6
8/19 9/23 11/14
28/20 42/3 50/3
50/3 59/22 60/14
60/16 70/25 71/19
80/7 80/12 90/15
107/5 107/6 108/1
111/1 111/2 120/17
**then [39]**   5/18
12/14 14/6 15/12
17/8 20/22 24/21
25/3 29/7 29/21
30/7 33/17 40/8
40/12 40/13 43/20
53/2 59/20 59/20
59/22 62/14 65/11
66/10 77/13 82/6
84/21 87/11 88/8
89/23 91/23 92/12
99/16 99/22 104/14
104/25 105/15
115/8 118/14
118/15
**there [66]**   3/6 3/7
4/17 4/22 4/25
5/12 12/24 16/1
16/10 16/22 18/5
18/10 19/14 19/18
24/5 26/2 26/11
26/23 31/24 32/9
38/15 39/7 39/21
42/14 42/18 43/20
50/9 56/15 57/15
57/16 57/18 57/20
57/21 58/1 64/9
66/15 66/16 70/21
71/23 71/23 73/10
73/18 73/22 75/3
79/20 80/25 84/21
84/24 85/13 97/18
99/1 99/1 99/11

106/4 107/17
109/18 110/3 111/3
111/8 111/11
111/11 111/23
115/24 119/24
**there's [21]**   10/22
11/2 12/8 13/12
16/7 24/25 25/2
25/9 26/8 26/12
35/3 36/3 59/23
66/14 69/13 73/16
80/25 87/21 101/22
110/20 113/9
**these [38]**   3/17
3/20 4/12 4/20
4/25 5/13 5/23
6/11 7/7 7/22 8/18
8/23 9/5 9/7 10/8
11/9 20/6 27/1
31/14 37/12 43/8
43/18 51/5 54/10
61/12 67/7 67/16
74/9 80/13 82/21
87/4 88/25 89/3
89/25 96/6 97/6
100/14 100/20
**they [107]**   3/13
3/13 3/22 4/3 4/3
4/20 4/21 5/14 6/1
6/7 6/16 8/5 8/11
8/14 8/25 9/1 9/22
9/22 10/1 10/4
10/16 11/1 11/14
11/24 12/3 12/4
18/14 20/4 21/8
23/2 25/18 25/19
36/22 36/23 37/14
38/6 39/24 40/5
42/21 43/21 44/4
44/4 45/17 48/15
48/19 49/24 49/24
50/1 50/4 50/5
50/20 51/21 52/11

**T**

**they... [54]** 52/15
53/8 54/18 57/16
57/20 58/14 58/15
59/8 60/14 60/14
60/15 60/22 61/4
61/5 66/4 66/4
66/5 66/6 66/6
66/12 66/15 67/23
67/24 70/25 78/12
80/9 95/4 95/22
96/16 97/6 98/18
98/19 98/21 98/22
98/23 98/24 98/25
99/18 99/18 99/22
101/2 101/3 101/4
101/13 104/20
104/23 106/7
108/17 110/4
110/12 111/7
111/23 116/13
120/4

**they're [9]** 3/14
4/18 5/11 9/11
11/14 33/16 46/9
52/13 77/20

**They've [1]** 11/13
**Theymos [1]** 111/6
**thing [26]** 4/2
5/11 26/23 28/11
31/1 34/9 47/18
48/24 49/24 50/4
63/23 64/18 71/1
71/8 71/22 89/23
90/4 92/1 92/21
104/22 108/7
108/15 109/17
110/17 110/24
117/12

**things [25]** 19/3
21/1 21/3 27/1
27/18 33/16 33/16
62/10 63/22 67/15

60/16 70/3 71/5
71/14 71/17 71/18
80/6 80/13 84/24
85/5 85/11 89/12
89/25 107/19 113/4

**think [24]** 5/18
9/20 10/2 10/7
11/7 11/23 13/12
18/13 20/5 31/3
72/14 72/16 72/19
99/1 102/19 111/24
111/25 112/5 113/8
113/17 113/19
118/8 118/11
118/22

**thinking [1]**
111/23

**third [4]** 46/6
49/2 72/15 75/3

**this [219]**
**those [25]** 3/21
4/1 8/7 9/10 10/25
11/22 12/10 19/3
20/19 38/13 43/17
57/23 69/19 71/21
85/5 88/3 88/6
88/8 98/10 105/17
107/19 109/24
110/2 116/16 120/5

**though [2]** 4/2
110/1

**thought [3]** 18/7
21/4 21/11

**thousand [5]** 66/5
66/6 66/10 66/14
99/20

**thousandth [1]**
72/12

**thread [2]** 71/8
75/1

**threaded [1]** 71/1
**threads [2]** 71/4
71/6

**three [11]** 15/23

99/6 99/7 99/18
115/4 117/24 118/2
120/4

**through [16]** 1/8
7/13 24/10 28/5
40/5 44/17 48/4
61/12 63/2 63/3
70/13 71/15 84/8
85/17 102/18 105/5

**throughout [2]**
14/5 100/20

**throw [2]** 25/18
25/19

**thrown [1]** 14/6
**thus [1]** 90/3
**till [3]** 43/24
63/20 63/25

**time [35]** 8/9 11/1
12/16 19/19 21/2
21/11 36/24 38/9
38/12 40/21 44/18
47/7 55/5 56/25
57/14 64/7 75/12
75/21 79/18 80/18
81/15 82/3 82/17
92/4 92/8 100/9
104/4 104/10 105/8
108/22 110/5
115/13 115/18
118/22 119/25

**timeline [1]** 105/5
**timely [1]** 11/13
**times [2]** 20/22
30/24

**title [1]** 47/4
**titled [2]** 29/13
41/9

**Today [1]** 11/17
**today's [2]** 7/10
115/2

**together [8]** 51/5
86/25 88/25 104/4
110/4 110/5 114/17

**T**

**together...** [1]
115/16

**told** [14]  31/1
63/11 64/4 64/23
65/22 66/16 71/16
71/25 73/21 81/15
108/23 109/22
113/2 113/4

**too** [3]  11/15 25/5
98/17

**took** [7]  27/20
44/4 49/24 68/20
71/15 89/2 98/16

**top** [14]  14/13
15/9 15/24 16/7
23/6 23/10 23/16
37/23 37/25 39/4
48/7 70/17 72/6
94/19

**top-one-percent** [1]
70/17

**topic** [1]  42/7

**total** [3]  87/4
88/8 88/25

**totally** [1]  60/15

**toward** [1]  100/23

**Trading** [1]  18/14

**trail** [1]  99/23

**training** [3]  22/25
23/10 23/16

**tranches** [1]  115/4

**transacting** [1]
72/15

**transaction** [3]
7/9 7/11 51/6

**transactions** [3]
51/13 72/12 108/5

**transcribe** [1]
67/17

**transcribed** [4]
67/8 67/14 67/22
67/24

**transcript** [23]
1/9 24/3 24/5
24/12 24/14 24/16
25/15 25/25 27/10
36/20 36/23 37/3
65/18 65/22 66/16
67/3 68/19 76/11
76/17 91/11 122/10
122/11 122/12

**transcripts** [1]
22/24

**transfer** [6]  35/13
65/7 87/20 95/13
98/2 98/4

**transferred** [5]
28/2 84/1 85/2
90/19 91/23

**transformed** [2]
89/3 89/21

**transition** [1]
83/6

**treated** [3]  14/6
95/16 95/22

**tremendous** [1]
13/11

**trial** [17]  1/9
3/12 3/20 9/5 9/23
11/2 11/6 11/7
11/17 11/19 11/20
11/21 12/12 13/8
13/20 22/2 120/8

**tried** [5]  21/9
49/2 75/11 107/4
107/5

**tries** [1]  7/13

**trillions** [1]
112/8

**Trinh** [2]  67/4
76/12

**true** [17]  11/23
33/12 36/1 40/3
50/6 59/7 70/11
89/20 107/3 107/4
107/7 107/25

**111/13 112/19
122/10

**truly** [1]  15/5

**trust** [11]  91/22
97/22 97/23 98/3
98/4 98/5 113/7
113/9 113/16
114/19 116/6

**trusted** [2]  113/14
114/7

**trusting** [1]
113/20

**trusts** [1]  110/4

**truth** [1]  60/18

**try** [8]  20/7 20/8
24/10 102/21
108/15 110/10
110/21 112/18

**trying** [10]  9/24
11/3 12/11 36/24
80/7 83/3 83/6
90/1 108/4 113/17

**Tulip** [1]  18/14

**turn** [1]  97/22

**turned** [2]  16/11
115/13

**turtleneck** [1]
21/12

**turtlenecks** [1]
21/9

**Twenty** [2]  88/4
88/6

**Twenty-four** [1]
88/6

**Twenty-six** [1]
88/4

**Twitter** [2]  4/21
90/8

**two** [26]  12/22
16/6 22/24 23/1
33/16 43/3 43/17
49/3 62/10 77/6
81/9 85/5 88/6

**two... [13]**   89/2
89/21 98/25 99/2
99/15 108/10
116/20 116/23
117/4 120/5 120/7
120/9 120/16
**type [1]**   46/9
**typical [1]**   47/18

**U**

**U.S [1]**   1/23
**Uh [1]**   75/2
**Uh-huh [1]**   75/2
**UK [1]**   57/11
**unable [1]**   61/3
**unclear [3]**   3/24
13/1 117/13
**uncover [1]**   8/19
**under [10]**   4/6
9/13 9/19 13/22
49/16 52/15 53/1
72/12 100/15 111/3
**underlying [1]**
10/10
**underneath [3]**
24/22 29/18 47/17
**understand [10]**
3/16 9/9 9/25
10/17 12/11 42/3
73/21 97/24 106/24
113/11
**understanding [1]**
12/1
**understood [1]**
73/23
**undertaken [1]**
39/9
**undertook [1]**   38/6
**unduly [1]**   59/3
**unfortunate [1]**
118/1
**unfortunately [3]**
73/24 75/10 110/1

**Unger [1]**   32/6
**unilateral [3]**
110/11 110/13
111/10
**uninitiated [1]**
90/9
**unit [1]**   87/4
**UNITED [6]**   1/1
1/10 77/11 79/14
121/3 122/6
**University [1]**
73/11
**unlawful [2]**   8/12
8/20
**until [9]**   8/4
13/17 23/22 56/11
56/14 57/13 92/11
99/16 99/21
**untimely [2]**   11/15
13/19
**untoward [1]**   58/23
**up [73]**   3/12 14/11
14/23 16/2 17/22
18/19 19/10 19/23
21/9 22/5 28/16
28/17 30/15 30/15
30/18 30/24 31/5
32/16 34/12 35/6
36/5 36/10 36/23
37/15 37/23 37/25
40/15 41/7 47/2
48/24 54/24 55/10
55/14 56/11 57/13
59/25 61/16 61/20
63/4 63/9 65/11
70/7 73/13 74/6
75/8 76/5 77/3
77/9 78/23 80/15
81/22 86/4 88/13
89/23 91/1 91/7
92/11 92/15 94/17
95/23 96/18 99/17
99/24 102/23
106/11 109/1 110/6

113/22 114/6 115/2
118/2
**upon [2]**   45/22
87/24
**us [50]**   6/22 11/15
20/9 23/3 24/7
24/24 26/6 31/8
31/10 32/16 33/4
33/5 34/1 34/20
39/6 41/12 42/6
42/15 44/19 45/19
45/25 46/2 46/11
46/13 47/13 48/13
49/10 49/12 53/3
53/4 53/4 55/24
56/20 60/9 64/15
66/18 67/9 69/1
72/16 75/12 76/16
79/18 82/4 91/15
97/12 101/4 101/8
104/23 115/1
118/22
**use [19]**   6/13 6/20
15/13 15/20 16/4
16/14 16/24 22/10
23/21 24/14 35/13
36/24 65/7 69/14
70/24 73/20 74/9
88/1 110/13
**used [9]**   8/24 8/25
10/9 10/12 11/12
13/9 70/19 73/12
83/23
**user [1]**   51/12
**using [8]**   4/3 6/21
30/3 31/13 46/9
61/3 65/25 74/18
**utterly [4]**   82/18
112/1 112/9 113/13
**Utz [2]**   53/25
97/16
**Utz's [1]**   53/17

**V**

**validated [1]** 110/23

**validating [1]** 110/15

**valuable [5]** 83/16 83/23 84/25 107/6 111/16

**value [8]** 7/2 7/3 15/10 35/14 58/18 65/7 111/14 115/2

**values [1]** 70/21

**variety [1]** 113/4

**various [4]** 44/23 56/2 87/6 90/19

**Vel [1]** 17/21

**Vela [137]**

**venture [1]** 83/25

**verbal [2]** 120/23 120/24

**verbatim [1]** 21/22

**verified [2]** 5/9 46/6

**version [1]** 22/11

**version's [1]** 81/1

**versions [3]** 36/1 69/8 77/9

**very [16]** 9/10 14/4 14/4 14/6 21/1 22/2 24/14 35/12 69/22 70/16 75/4 82/17 89/7 110/19 113/9 113/21

**vet [1]** 107/18

**via [2]** 30/3 31/14

**video [8]** 14/2 20/12 21/18 21/21 28/6 79/23 84/17 85/21

**videos [1]** 120/3

**view [2]** 66/11 118/6

**violation [1]** 9/21

**Vistomail [1]** 109/9

**Vitalik [2]** 111/19 111/19

**vs [1]** 1/6

**W**

**wait [2]** 17/9 80/11

**Wales [8]** 32/14 33/6 33/23 56/18 63/7 64/4 73/12 105/24

**wall [1]** 110/18

**wallet [2]** 109/10 109/19

**want [15]** 32/2 60/16 62/16 62/23 72/14 82/20 83/2 102/20 110/21 111/14 115/6 115/8 117/1 117/7 118/10

**wanted [15]** 34/11 36/22 71/1 73/9 75/8 79/4 88/1 89/14 89/23 97/3 108/9 109/19 110/6 110/25 112/9

**wanting [1]** 83/22

**wants [2]** 44/2 85/14

**warrant [8]** 54/21 55/3 56/24 57/10 57/16 57/20 58/16 58/19

**was [242]**

**wasn't [12]** 33/11 38/15 40/20 48/4 57/23 63/20 73/6 73/18 73/18 79/22 107/3 111/16

**Watts [6]** 22/17 53/12 53/13 86/8

**way [32]** 10/3 16/17 25/18 26/20 29/14 31/22 32/8 42/17 54/23 68/23 70/13 70/17 70/22 71/15 75/3 86/2 86/23 97/9 108/4 111/11 112/2 112/18 112/23 113/8 113/15 113/18 113/19 114/7 115/8 115/8 115/11 119/3

**ways [2]** 30/2 31/13

**we [198]**

**we'll [7]** 17/16 76/4 118/1 118/15 118/15 119/21 119/22

**we're [15]** 3/4 3/24 17/15 20/8 33/22 41/8 62/11 66/18 68/19 72/11 76/10 77/8 91/5 91/11 91/14

**we've [10]** 4/13 8/6 10/3 37/7 39/17 82/2 91/16 118/5 120/3 120/4

**web [1]** 69/16

**week [5]** 6/5 11/19 118/3 118/15 118/23

**weekend [4]** 116/21 119/5 119/10 120/25

**weeks [1]** 77/6

**weird [1]** 71/19

**Welcome [4]** 75/20 76/1 116/6 118/18

**well [19]** 4/14 4/25 5/12 10/2

**W**

**well... [15]** 12/8
12/17 18/24 29/12
29/12 59/1 67/6
76/13 76/18 80/25
102/12 113/20
118/21 118/21
118/24
**went [10]** 28/13
48/23 61/12 63/2
63/3 63/7 73/22
92/12 99/6 102/18
**were [66]** 3/13
3/21 3/22 5/14 6/1
6/7 6/13 6/16 9/22
9/24 10/1 10/4
11/19 12/1 12/3
12/3 12/20 12/20
18/7 26/9 33/9
34/20 37/2 37/12
38/12 39/24 40/7
40/10 40/12 43/8
43/22 44/3 50/24
51/7 52/15 52/24
53/1 57/16 57/20
60/20 60/22 60/23
61/14 66/18 67/7
67/11 67/16 70/2
72/4 72/22 87/16
88/6 88/7 89/18
92/13 97/6 99/1
99/2 99/21 104/20
110/2 110/4 111/4
111/7 112/19
112/21
**weren't [7]** 3/13
6/13 9/1 10/7 10/7
33/10 104/23
**WEST [1]** 1/2
**what [90]** 4/7 4/10
8/6 8/8 8/8 9/10
10/3 12/1 12/4
12/19 13/7 13/23
23/18 26/8 26/24
28/25 29/18 31/18
32/1 35/22 41/23
43/10 45/24 48/23
51/21 53/3 54/20
55/13 62/3 62/7
62/15 62/23 63/23
64/7 64/21 66/4
66/12 69/3 69/7
69/15 69/15 70/11
72/5 72/8 72/10
72/14 73/22 74/3
74/10 77/7 77/25
80/5 81/13 82/6
82/16 82/21 83/1
83/2 83/18 83/24
84/21 85/1 86/2
86/24 89/22 95/4
98/2 99/20 101/19
102/2 102/5 102/20
104/5 105/1 107/22
108/1 109/22
109/24 109/25
110/12 111/10
111/25 112/1 113/4
115/17 118/7 118/9
**what's [5]** 8/5 9/6
14/8 78/4 116/12
**when [43]** 3/21
4/11 5/13 5/16
5/20 5/21 5/22
5/23 7/9 7/10 10/9
21/12 21/20 38/15
40/9 49/24 50/2
50/5 53/3 57/9
57/16 57/20 59/16
59/17 60/16 64/11
66/16 69/14 73/10
76/23 81/12 82/24
83/23 93/18 98/14
105/12 107/20
110/25 111/22
113/20 115/13
**where [23]** 9/25
11/3 15/23 24/25
25/18 26/12 26/23
28/2 41/23 42/8
44/1 50/23 66/19
71/12 72/10 74/23
82/20 96/2 110/24
115/9 115/10
116/13 118/10
**WHEREOF [1]** 122/14
**whether [3]** 6/15
8/21 37/12
**which [46]** 8/6
8/10 9/13 10/3
14/22 16/21 18/13
27/19 28/11 31/6
32/7 32/10 32/20
35/7 40/12 40/24
41/16 45/22 46/9
50/15 54/7 57/13
60/23 61/17 63/12
66/18 70/8 70/23
71/11 72/10 72/18
74/17 76/6 77/13
78/24 79/14 81/22
83/25 85/16 85/25
87/19 88/13 92/20
95/20 107/9 109/2
**while [6]** 7/8 9/24
14/25 53/5 69/6
77/4
**Whitepaper [2]**
71/21 109/9
**who [22]** 8/7 12/5
12/6 14/3 14/6
21/2 21/4 25/16
43/17 50/6 53/1
59/22 70/2 71/13
72/5 72/7 73/18
73/19 89/17 107/17
107/18 117/14
**who's [1]** 117/18
**Whoever [1]** 110/22

# W

**whole [3]** 50/9
104/22 110/24
**why [11]** 6/11 12/3
14/21 20/5 24/17
34/19 38/6 45/17
76/18 93/23 117/10
**wife [5]** 57/14
86/8 86/19 107/15
114/8
**will [24]** 7/10
21/24 22/4 38/22
41/3 47/24 52/25
67/15 79/19 81/11
81/12 81/13 94/11
96/6 106/4 107/21
107/21 110/12
110/15 112/12
118/23 118/25
119/10 119/22
**wipe [1]** 97/4
**wiser [1]** 118/11
**wish [3]** 118/21
118/24 119/5
**witch [1]** 37/14
**withdraw [1]** 83/10
**Withdrawing [1]**
45/12
**withdrawn [2]**
120/4 120/11
**withdrew [1]** 44/4
**withhold [1]**
100/24
**within [10]** 3/22
6/1 9/7 9/12 24/23
40/7 43/19 52/15
52/23 119/9
**without [1]** 67/18
**witness [19]** 13/17
14/25 18/8 19/23
20/14 22/6 28/18
52/18 52/20 74/6
80/16 82/15 86/5

88/22 93/14 93/24
102/6 102/24
122/14
**witnesses [1]** 9/24
**won [2]** 50/2 99/11
**won't [3]** 71/25
72/1 99/17
**wonderful [1]**
72/20
**word [6]** 24/14
24/14 24/20 35/4
73/20 74/2
**words [3]** 8/18
21/22 24/23
**work [13]** 17/15
34/6 52/12 70/2
73/18 85/12 98/19
111/25 112/23
113/2 114/17 115/7
119/20
**worked [12]** 27/16
27/18 27/18 27/19
27/22 27/24 27/25
32/5 33/12 53/18
53/20 111/20
**working [5]** 18/3
33/9 66/11 72/10
113/4
**works [4]** 72/3
110/9 110/22
115/19
**world [5]** 72/15
79/21 81/11 111/15
112/7
**worn [1]** 21/12
**worst [1]** 108/7
**worth [3]** 16/2
88/11 89/9
**would [66]** 3/15
3/22 6/21 6/22
8/22 9/4 9/25 10/5
11/4 11/18 11/20
11/25 12/4 12/6
12/17 12/18 12/18

12/20 13/20 13/22
14/21 18/19 25/18
25/19 25/19 25/20
32/7 32/21 34/9
53/19 58/9 63/12
68/5 70/24 71/3
72/6 73/2 73/10
73/23 79/20 83/22
89/17 90/9 95/15
97/4 97/4 101/12
107/14 108/4
108/15 109/18
109/21 109/23
110/3 111/14
111/14 112/15
112/22 113/6 113/6
115/3 116/11
116/17 117/23
117/23 119/2
**wouldn't [4]** 12/9
21/8 21/13 118/10
**wright [231]**
**Wright's [12]** 7/6
9/22 16/22 21/17
28/4 30/21 31/6
74/2 74/2 74/15
85/16 106/14
**write [5]** 69/14
70/3 71/18 77/25
81/8
**writer [1]** 69/16
**writes [1]** 41/15
**writing [2]** 50/3
69/19
**written [4]** 69/21
73/8 78/4 90/10
**wrong [13]** 19/18
19/20 20/4 20/22
20/22 76/15 82/18
82/18 86/1 111/24
112/1 112/10
113/15
**wrote [6]** 71/7
101/19 102/2 102/5

**W**

**wrote... [2]** 105/1
120/16

**Y**

**Yacc [1]** 87/8
**yeah [3]** 97/18
103/15 117/16
**year [9]** 39/11
43/24 92/4 98/20
99/1 99/2 102/19
106/9 110/11
**years [2]** 11/10
36/6
**years' [2]** 88/11
89/9
**yes [88]** 5/5 14/12
14/21 19/14 28/25
29/20 30/6 30/10
30/16 30/19 33/16
33/24 34/5 34/17
35/20 36/19 40/2
45/24 46/24 47/18
47/19 49/17 50/7
50/9 51/2 51/21
52/20 53/22 55/18
56/25 57/1 62/7
63/24 64/21 65/10
65/25 66/1 69/25
72/3 74/25 75/8
76/23 77/12 77/16
78/8 78/10 78/22
79/16 79/18 80/25
82/6 84/23 86/20
88/6 88/11 89/6
89/7 89/19 91/3
92/1 92/25 93/2
95/4 95/12 95/19
97/3 98/2 100/18
100/22 101/1
101/16 102/13
103/5 104/2 104/13
104/18 104/25
105/4 105/8 107/24

109/12 112/15
113/5 114/6 114/21
117/5 117/9 120/16
**yesterday [10]** 5/5
6/2 6/3 6/4 17/22
18/10 18/23 19/1
39/17 74/22
**you [591]**
**you'll [4]** 17/2
32/13 33/22 65/2
**you're [42]** 7/21
8/15 8/23 8/24
10/1 10/21 11/2
11/24 14/19 22/1
26/20 28/11 43/25
48/23 54/23 61/17
62/7 65/25 82/16
82/24 84/21 85/1
85/4 85/25 86/1
86/2 86/23 90/1
90/24 92/1 92/23
98/2 104/24 105/17
105/21 105/22
106/8 110/5 112/15
114/6 119/6 119/7
**you've [3]** 61/16
87/6 108/14
**you-all [1]** 78/11
**Young [1]** 108/12
**your [167]**
**yours [1]** 18/11
**yourself [16]** 19/2
28/23 29/10 52/1
61/23 62/3 67/4
68/20 70/10 80/21
86/7 86/18 88/17
103/2 103/25 114/2
**YouTube [1]** 79/23
**yvette [6]** 1/23
1/25 122/5 122/17
122/17 122/19

**Z**

**ZACK [1]** 1/16

**ZALMAN [1]** 1/20
**zero [1]** 99/9
**zoom [15]** 22/7
28/19 29/6 36/13
42/14 46/1 52/8
53/14 56/1 60/11
65/15 76/18 101/9
103/14 113/23
**zoomed [1]** 23/7