```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                  WEST PALM BEACH DIVISION
                  CASE NO. 9:18-cv-80176-BB
 3

 4   IRA KLEIMAN, as the personal representative
     of the Estate of David Kleiman, and W&K Info
     Defense Research, LLC,
 5

 6           Plaintiffs,                 November 18, 2021
                                         9:59 a.m.
 7           vs.

     CRAIG WRIGHT,
 8

 9           Defendant.                  Pages 1 THROUGH 124
     _____
                 TRANSCRIPT OF TRIAL DAY 12, AM SESSION
10               BEFORE THE HONORABLE BETH BLOOM
                   UNITED STATES DISTRICT JUDGE
11                   And a Jury of 10

12   Appearances:
     FOR THE PLAINTIFF:    ROCHE FREEDMAN, LLP
13                         DEVIN FREEDMAN, ESQ.
                           KYLE ROCHE, ESQ.
14                         200 South Biscayne, Suite 5500
                           Miami, Florida 33131
15
                           BOIES SCHILLER & FLEXNER
16                         ANDREW BRENNER, ESQ.
                           STEPHEN N. ZACK, ESQ.
17                         ALEXANDER HOLTZMAN, ESQ.
                           100 Southeast 2nd Street, Suite 2800
18                         Miami, Florida 33131

19   FOR THE DEFENDANT:    RIVERO MESTRE, LLP
                           ANDRES RIVERO, ESQ.
20                         JORGE MESTRE, ESQ.
                           AMANDA M. MCGOVERN, ESQ.
21                         ZALMAN KASS, ESQ.
                           2525 Ponce de Leon Boulevard, Suite 1000
22                         Coral Gables, Florida 33134

23   COURT REPORTER:       Yvette Hernandez
                           U.S. District Court
24                         400 North Miami Avenue, Room 10-2
                           Miami, Florida 33128
25                         yvette_hernandez@flsd.uscourts.gov
```

```
1                       I N D E X

2    Certificate.................................      124

3                   W I T N E S S

4
     ON BEHALF OF THE DEFENDANT:                      PAGE
5
     DR. DUGALD STEWART MACINTYRE
6    CONTINUED DIRECT EXAMINATION BY MR. KASS            6
     CROSS-EXAMINATION BY MR. BRENNER                   21
7    REDIRECT EXAMINATION BY MR. KASS                   80

8    KIMON ANDREOU
     DIRECT EXAMINATION BY MR. MESTRE                   93
9

10                   E X H I B I T S

     EX. NO.:                        OFFERED   ADMITTED
11   Defendant's  480                    108        108

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          (Call to order of the Court, 9:59 a.m.)

 2               THE COURT:  All right.  Good morning to everyone.

 3               How is everyone this morning?

 4               MR. BRENNER:  Good.

 5               THE COURT:  All right.  Go ahead and have a seat.

 6      Let's call the case and make sure we know who's here this

 7      morning.

 8               And is Dr. MacIntyre with us?

 9               All right.  Come on forward, sir.

10               COURTROOM DEPUTY:  Calling Civil Case Number 18-80176,

11      Ira Kleiman v. Dr. Craig Wright.

12               Counsel, please state your appearances for the record,

13      starting with Plaintiffs' counsel.

14               MR. BRENNER:  Good morning, Your Honor.  Andrew

15      Brenner on behalf of the Plaintiffs.

16               MR. HOLTZMAN:  Good morning, Your Honor.  Alexander

17      Holtzman on behalf of the Plaintiffs.

18               MR. FREEDMAN:  Good morning, Your Honor.  Vel Freedman

19      on behalf of Plaintiffs.

20               MR. ROCHE:  Good morning, Your Honor.  Kyle Roche on

21      behalf of Plaintiffs.

22               MR. ZACK:  Good morning, Your Honor.  Steve Zack on

23      behalf of Plaintiff.

24               THE COURT:  Good morning.

25               MR. FREEDMAN:  And with us at counsel table is Ms.
```

1    Vela and Ira Kleiman.

2          THE COURT:  Good morning to each of you.

3          MR. RIVERO:  Good morning, Judge.  Andres Rivero.  And

4    before my fellow counsel introduce themselves, I would just say

5    that Dr. Wright is with us, our crack paralegal, Sarah

6    Gonzalez, and Mr. Reed as a hot seat.

7          MS. McGOVERN:  Good morning, Your Honor.  Amanda

8    McGovern for Dr. Wright.

9          MR. KASS:  Good morning, Your Honor.  Zalman Kass on

10   behalf of Dr. Wright.

11         MR. MESTRE:  Jorge Mestre for Dr. Wright.

12         Good morning, Judge.

13         THE COURT:  Good morning to each of you.

14         So is Mr. Reed handling the IT for Mr. Shah?

15         MR. RIVERO:  Yes, Judge.  Mr. Shah went home for the

16   holidays, Judge.

17         THE COURT:  All right.  Well, let me state that it

18   certainly has been a pleasure, both with Ms. Vela and Mr. Shah,

19   and I have no doubt with Mr. Reed -- that the presentation to

20   the jury of the exhibits has been exceptional.

21         MR. RIVERO:  Judge, I appreciate you saying it and

22   became very fond of Mr. Shah and I will relay that to him.

23         THE COURT:  All right.  Are there any matters that we

24   need to address -- all the jurors are present -- before we

25   proceed?

1        MR. BRENNER:  Your Honor, just one quick matter.  We

2    are endeavoring and will meet Your Honor's deadline for filing

3    the JMOL response.  We're finding that we may need some extra

4    pages.  Would it be okay -- we think it's going to end up being

5    around 30, instead of 20.  Is that okay?

6        THE COURT:  That's exceptional, yes -- I mean,

7    acceptable to the Court and I'll allow it.  Not exceptional --

8        MR. BRENNER:  I hope it's exceptional too.

9        THE COURT:  I don't know.  I haven't read it yet.

10       It's acceptable to the Court.  And is the deadline --

11   I know that I said by the end of today.  I want to give you

12   through the evening, but I would like to have the response so

13   that I can work on it tomorrow in the afternoon after we

14   conclude and the weekend.

15       MR. BRENNER:  Sure.  If it's okay with Your Honor, if

16   we could -- it would give us a chance, the three of us in

17   court, to review it tonight after court.  And if we could get

18   it to you by the -- that you will have it when you look in the

19   morning.  Is that fine?

20       THE COURT:  Yeah.  I think I said the end of business,

21   I think, before midnight.  I mean --

22       MR. BRENNER:  End of our business day.

23       THE COURT:  Yes.  Yes.  Thank you.

24       Okay.  Any other issues we need to address?

25       MR. BRENNER:  Nothing for the Plaintiffs.

```
 1              THE COURT:  Okay.  And good morning to Dr. MacIntyre.

 2              Let's bring in the jury.

 3         (Before the Jury, 10:02 a.m.)

 4              THE COURT:  Good morning, Ladies and Gentlemen.

 5    Please be seated.

 6              As each day passes, I become more impressed with your

 7    promptness.  And you have certainly been paying close attention

 8    to the testimony.  So I do appreciate your service to the Court

 9    and to the parties and to our system of justice.

10              Dr. MacIntyre, let me remind you, you were previously

11    placed under oath yesterday.  And we'll continue with the

12    questioning.

13                  DIRECT EXAMINATION [CONTINUED]

14    BY MR. KASS:

15    Q.  Good morning, Dr. MacIntyre.

16    A.  Good morning.

17    Q.  I would like to pick up from where we left off yesterday.

18    And I believe at the end of the day you had told the jury about

19    the various medical conditions that David Kleiman had.  Do you

20    recall that?

21    A.  Yes, I do.

22    Q.  And do you recall at the end talking about the condition of

23    David Kleiman's bones?

24    A.  Yes.

25    Q.  What was the condition of his bones?
```

1   A.   Well, best described as brittle from the waist down because

2   of immobility and lack of muscle control.  And with the lack of

3   weight-bearing, bones would lose their calcium and become more

4   likely to fracture.

5   Q.   Did Dave Kleiman have to have any procedures because of the

6   condition of his bones?

7   A.   Well, he had to have procedures because of two problems

8   relating to bones.  The one we're talking about, the brittle

9   bones, he had a fracture of his left femur that was almost

10  spontaneous.  It occurred during physical therapy and it just

11  broke, and that had to be dealt with.

12       He also had various procedures because of infections of the

13  bone and joints relating to his pressure ulcers.

14  Q.   Do you know, in total, how many different operational

15  procedures Dave Kleiman had?

16  A.   Well, I counted seven formal operations on him.  Now, in

17  addition to that, he would have had bedside debriding and so

18  forth for the pressure ulcers.

19  Q.   After those surgeries -- do the records reflect whether

20  Dave Kleiman had any sort of downtime after the surgeries?

21  A.   Well, each surgery, of course, requires anesthesia and

22  there is a downtime after that anesthesia during recovery and

23  for some time until all of the anesthetic medications have worn

24  off.

25       He also would require pain medications relating to that.

1  Now, obviously, he's not getting pain from below the waist

2  because he's anesthetic there, but he does have pain elsewhere

3  relating to the surgery.

4  Q.  I want to go back to something that you mentioned

5  yesterday.  And I believe it was that Dave Kleiman had pressure

6  ulcers.

7  A.  That is correct.

8  Q.  Could you tell the jury where the pressure ulcers were

9  located?

10  A.  Well, pressure ulcers are generally located over bony

11  prominences where the bone is against the surface.  The patient

12  is either lying or sitting on a surface causing the loss of

13  circulation in the area.

14      In his case, he had pressure ulcers over the ischial

15  prominences, which, I think I mentioned yesterday, are the

16  bones that you sit on, which is related to sitting down, and

17  also over the sacrum, which is the lower back, from lying down.

18  He also had some pressure ulcers on the feet.

19  Q.  Do the records indicate what sort of treatment Dave Kleiman

20  was receiving for those pressure ulcers?

21  A.  Well, he received operative procedures that I already

22  mentioned.  These included debridement, which is removing dead

23  tissue, in essence, and cleaning up the ulcer so that it's more

24  likely to heal.

25      He also received bedside debridements which are not formal

1    operations, do not require anesthetic, but do require the wound

2    care people to work on the wound.

3        And then, in addition to that, he had a number of

4    procedures relating to the infections.  He had a -- he had

5    actually two procedures on the hip.  The first one was an

6    attempt to remove the hip joint entirely, which, of course, you

7    can do because he was paralyzed.  He didn't need it.  This

8    procedure had to be stopped because of excessive bleeding and

9    also because they encountered an abscess in one of the bones.

10   And then there was a second procedure to treat that abscess,

11   which completed the first procedure.

12       He also had a similar procedure on his knee because of an

13   infection there.

14   Q.  Do the records indicate whether David Kleiman was supposed

15   to be in a certain position due to his pressure ulcers?

16   A.  Yes, they do.  That specifically he had to avoid lying on

17   his back for any length of time.  That doesn't mean he couldn't

18   lie on his back some time, but he had to -- and we use the term

19   "offload" for this -- to take the gravity pressure off the back

20   periodically.  In addition to this, he had to avoid sitting

21   down; same reasoning.

22       Now, the nursing service had standing orders to turn him

23   every two hours so that he wouldn't be lying on his back.  He'd

24   be turned to one side.  And he couldn't be left that way very

25   long either or he'd develop a pressure ulcer over his hip.  So

1    he had to be turned to the other side, or to his belly.  And

2    this was -- the standing orders were to turn every two hours.

3       Now, likewise, he was not supposed to sit down over two

4    hours.  And he was instructed -- and physical therapy would

5    help him in learning how to shift his weight in a wheelchair to

6    try to offload at least one side or the other while he was

7    sitting in the wheelchair.

8       Now, the standing orders to turn the patient, those are

9    frequent in patients that are immobilized for some reason or

10   another.  And I always remember I went to a hospital once where

11   every two hours, a popular song that was popular back in the

12   '70s -- dah, dah, dah, dah, dah, turn, turn, turn, dah, dah,

13   dah, dah, turn, turn, turn, turn.  I think some of the older

14   people like myself probably remember that song.  And that was

15   played over the PA every two hours to remind the nursing staff

16   to turn the patients.

17   Q.  Did David suffer from any type of bacterial infections?

18   A.  Most definitely.

19   Q.  Could you tell the jury a little bit more about those

20   infections?

21   A.  Well, basically he had two chronic bacterial infections.

22   One was a chronic urinary tract infection which was present

23   throughout the hospitalization and had been present before.

24   This is related to having to have artificial drainage of the

25   bladder, a tube in there.  Either a continuous tube -- or a

1    Foley catheter, or intermittent catheterization, putting it in

2    and out.

3        All of these things lead to infection in the bladder,

4    which, in turn, can lead to infection in the kidneys and escape

5    of bacteria into the bloodstream, which is called bacteremia.

6    So that was one infection.  It was chronically there with

7    superimposed acute episodes of infection with -- and at least

8    three times bacteremia.

9        The other chronic infection, or infections, were bone

10   infections relating to these pressure ulcers.  Bacteria, of

11   course, gain access directly to the bone through the ulcer and

12   infect the bone.  And an infection in the bone is very hard to

13   treat because the bacteria become attached to the bone itself,

14   to the spicules of bone.  It's something called a biofilm.

15   That the bacteria excrete filmy material which protects them

16   and it makes it difficult for the antibiotics to get to the

17   bacteria.  They're protected by this biofilm.

18       So the bony infection, which is -- osteomyelitis is the

19   term used for it, requires long-term antibiotics and surgical

20   management frequently.

21   Q.  Dr. MacIntyre, do David's medical records reflect whether

22   he was prescribed medications?

23   A.  Well, yes.  He was prescribed many medications.

24   Q.  Can you identify some of the medications that you observed

25   reviewing the medical records?

A.   Well, first, obviously, my field is infectious disease, so I'm most interested in the antibiotic medications that he was prescribed.  He was prescribed multiple long-term antibiotics.

Now, one of the problems in his case, and in many other cases, are that when antibiotics have to be prescribed or given for long periods of time, the bacteria can develop resistance to them.  And he had infection with resistant bacteria.  One of them is staphylococcus aureus methicillin-resistant, frequently known as M-R-S-A, or MRSA, and I think most of us have heard of that at one time or another.

He also had bacteria normally found in the gut that had become resistant to antibiotics.  It's called extended-spectrum beta-lactamase bacteria.  Beta-lactamase are enzymes produced by the bacteria that break down antibiotics.  So this ESBL, extended spectrum beta-lactamase bacteria, were also affecting him.  And these require longer-term and different antibiotics than he would normally use.

So he received multiple different antibiotics, given intravenously frequently, given by mouth, and also applied topically to the ulcers.  So that's one group of medications that he received.

Now, he also received medications because of the possibility of pain or muscle spasm relating to his paraplegia. The interruption of the innervation to the lower part of the body doesn't necessarily eliminate all pain, although it

1    reduces it and makes it anesthetic frequently.

2        So he received pain medications specifically related to the

3    surgeries that he had.  And these included Percocet, which is a

4    well-known pain medication given by mouth, and fentanyl, which

5    is, of course, rather notorious now.  It's given by vein

6    usually when it's given medically.

7        He also was receiving a medication called Diazepam, which

8    is -- the trade name for that is Valium.  It's a tranquilizer

9    and depressive medication.  In his case, it was used

10   chronically to reduce muscle spasms.

11       Now, when there's innervation of an area of the body, the

12   muscles will become spastic because of the nerve circuits that

13   are cut loose from central control by the denervation, so

14   spasms occur.  And these can be painful.  And they can

15   interfere with his moving around and interfere with his

16   physical therapy.

17       So he received Valium.  And the order was Valium given

18   every six hours by mouth.  And that order was in place

19   throughout his hospitalization.  So that group of medications

20   are another one.

21       Now, he also received other medications for various other

22   things, like blood pressure and so forth.

23   Q.  Based on your experience, do any of those medications that

24   you just listed have the ability to alter one's mental state?

25   A.  Well, the pain medications, I think it's pretty evident, do

1    that.  Valium, its effects are very similar to the effects of

2    alcohol, and as such, are depressant.  They interfere with

3    control of impulses.  And in fact, Valium is used sometimes to

4    treat withdrawal from alcohol.

5        An alcoholic who has to go cold turkey for some reason or

6    another, a way to protect him from withdrawal symptoms are to

7    give a reducing dose of Valium over time.  That's one way to

8    treat alcohol withdrawal.

9    Q.  I want to know if you could expand a little bit on how the

10   intravenous medication was administered to Dave, like what were

11   the mechanics of it.

12   A.  Well, in his case, he received intravenous medications by

13   two mechanisms.  One is by a peripheral intravenous line.

14   These are IVs where the needle is placed in a vein in the

15   forearm, sometimes in the ante-cubital space there, or in the

16   hand or wrist.

17       This is attached, of course, to a tube that goes to the

18   bag.  It contains the antibiotic or the other medications that

19   he's receiving, including the fentanyl that I mentioned before.

20   So in a peripheral intravenous line is one way and he received

21   that at various times.

22       Also, during a large part of this hospitalization, he was

23   attached to a central intravenous line.  And in his case, these

24   were what they call a PICC, a peripherally inserted central

25   catheter, P-I-C-C.  And these are placed in the upper arm

1   either side and are left in place for long periods of time.

2   And these, in turn, again, are attached to the tube that goes

3   to the bag of the medication.

4   Q.  Did those intravenous lines have any effect on Dave

5   Kleiman's mobility?

6   A.  Well, obviously, the peripheral lines interfere with the

7   mobility of the arm where they're placed.  They're there, you

8   move around, they can move around.  They might actually fall

9   out.  It can be painful to move them around.  So they are

10  quite -- they basically immobilize that arm.

11      The central lines are less troublesome, but they also lead

12  to a certain degree of immobility because one is attached to a

13  tube that goes to the bag of medication that has to be hanging

14  somewhere.  Normally, it's hanging on a pole which is moved

15  around with a patient.

16      Sometimes, if the patient is in a wheelchair, they can be

17  attached to a pole on the wheelchair.  But as such, the

18  presence of this tube can interfere with mobility.  I think

19  that could be perfectly obvious thinking of it, or if anyone

20  has actually ever been in the hospital and had one placed.

21  Q.  Was David prescribed any medications that had the

22  possibility of psychotic effects?

23  A.  Well, as I mentioned, the pain medications and the Valium

24  can, as a side effect, lead to mental status changes, including

25  psychotic or at least psychotic-appearing effects.  Those

1   medications reduce the impulse control.  They essentially

2   disconnect the frontal lobe from various centers in the center

3   part of the brain.  So that can happen.

4       Also, antibiotics, not really causing psychotic -- that's a

5   rather strong term for it -- but a depressive effect in general

6   can occur with antibiotics.  It's not very severe, and usually

7   is noted only when the antibiotics are discontinued.

8       And I've seen patients note this to me on multiple

9   occasions.  They have been on antibiotics for a period of time.

10  We stop the antibiotic, and the next day the patient comes to

11  me and says:  "I feel so much better being off those

12  antibiotics," an effect that wasn't evident, but then when you

13  stop it, it was evident that it was occurring.

14          MR. BRENNER:  Your Honor, just pose an objection to

15  Dr. MacIntyre talking about what other patients may say or not

16  and focus on Mr. Kleiman's records.

17          THE COURT:  Sustained.  The objection is sustained.

18  BY MR. KASS:

19  Q.  Dr. MacIntyre, from reviewing Dave Kleiman's medical

20  records, did you see anything that could have affected his

21  ability to do continuous work while in the hospital?

22  A.  Well, first, the presence of intravenous lines.  We've

23  already gone over that.

24      Secondly, the depressive effects of medications,

25  particularly the Valium.

1    And third, it's not a medication, but the fact that he was

2    in the hospital and being interrupted all the time for various

3    treatments and visits by physicians and so forth, interrupt any

4    train of thought that might be going on.

5    Q.  Could you tell the jury a little bit more about what type

6    of physician interruptions you saw in the medical records.

7         MR. BRENNER:  Your Honor, I'm having trouble hearing

8    Mr. Kass when he backs away from the microphone.

9         THE WITNESS:  Are you not hearing me well?

10        THE COURT:  Do you want to restate the question for

11   Mr. Brenner?

12        MR. KASS:  Madam court reporter, could you repeat it?

13        (Read back.)

14        MR. BRENNER:  Thank you.

15        THE WITNESS:  Okay.  The medical record reflects the

16   orders given to the nurses for various interruptions.  They

17   also reflect the notes that various -- I'm sorry.  This thing

18   has a hood on it, so it's hard to tell.  It's protected.

19        There are the notes from the physicians indicating

20   when they saw the patient as well.  And, of course, notes from

21   other therapists, the nursing staff I mentioned already,

22   physical therapists, occupational therapists.  He was receiving

23   recreational therapy.  He would be visited sometimes by the

24   spiritual therapy patient -- or individuals.  So he was being

25   seen frequently by people, and that's reflected in the record.

1    I think anybody that's been in a hospital for any time knows

2    what I'm talking about.

3    BY MR. KASS:

4    Q.  Was David treated by different specialty doctors?

5    A.  Yes, he was.  He had a number of different problems going

6    on, that were handled by different specialties.  One of them,

7    of course, infectious disease.  He was being seen by infectious

8    disease specialists.  In fact, one of the specialists that saw

9    him I know personally because he was at the same VA where I

10   was.  He was also seen by the surgeons, obviously.  And he was

11   seen by multiple other specialties, all of which are reflected

12   in the record.

13        Now, he, of course, was in the Miami Veterans

14   Administration Hospital.  That's a teaching hospital.  And each

15   specialty group has interns, residents, and fellows associated

16   with them that go around in the group and also see the patient

17   individually, and this is all reflected in the record.

18   Q.  How often did David receive wound care?

19   A.  Generally, he would receive wound care daily, sometimes

20   three times a week.  Now, there were some times when he would

21   refuse wound care for various reasons, but he received it most

22   of the time.

23   Q.  Did you see any records reflecting David using his computer

24   while in the hospital?

25   A.  It was noted by the nursing staff on multiple occasions

1    that he was using his computer.  That is correct.

2    Q.  Did the nurses make any records what they observed David

3    doing on his computer?

4    A.  They only record what he said he was doing on the computer,

5    which he referred to as "work."

6        They do say that they observed him seeing movies on the

7    computer on a couple of occasions.

8    Q.  Now I want to move on to the circumstances surrounding Dave

9    Kleiman's -- when he left the hospital.  Could you tell the

10   jury a little bit more about what happened that Dave was no

11   longer in the hospital at the end of March.

12   A.  Well, I think we discussed yesterday the concept of a

13   furlough or a leave of absence from the hospital.  That it's a

14   little bit like a leave of absence in the military.  That it

15   has to be specifically ordered and for a reason and with a time

16   to leave and a time to return.

17       And in March 2013, he was given a leave of absence to leave

18   the hospital.  The reason given was to supervise the

19   installation of a lift facility in his bathroom, I think in the

20   shower.  That he was having a piece of equipment installed, and

21   he was to supervise that.  That was the reason for the leave of

22   absence.

23       And initially, the return time was the day after he left.

24   Well, the day after he left, the record reflects that he called

25   in and asked for an extension of the leave for another day,

1   which was granted.

2       The following day, he did not call in and the staff at the

3   hospital attempted to contact him and noted in the record that

4   they could not contact him.  And this went on for a period of

5   time.  I don't remember exactly how many days they kept trying

6   to do it, until they finally officially considered him

7   discharged from the hospital, which is called an irregular

8   discharge.

9       And there's no more medical record from the hospital staff

10  on what happened to him.

11  Q.  Prior to Dave being -- well, considered AWOL from the

12  hospital, do the medical records reflect whether his medical

13  condition was -- whether he was sufficiently well to leave the

14  hospital for an extended period of time?

15  A.  Long-term discharge plans were being worked on.  But at the

16  time that he left, he was not considered ready for discharge.

17          MR. KASS:  Your Honor, if you could just give me one

18  moment.

19          THE COURT:  Yes.  Of course.

20      (Pause in proceedings.)

21  BY MR. KASS:

22  Q.  Dr. MacIntyre, I believe you just testified that Dave

23  wasn't ready for discharge from the hospital when he left in

24  March of 2013.  Could you explain to the jury why he wasn't

25  ready to be discharged.

```
1    A.  Because he was requiring multiple treatments: physical

2    therapy, occupational therapy, medications, including

3    intravenous medications.  And arrangements had not been made

4    for any of that to be given as an outpatient.

5    Q.  Were his pressure ulcers still there?

6    A.  Most definitely so.  Now, they were improved, but there

7    were still open pressure ulcers requiring care, wound care.

8              MR. KASS:  That's it, Your Honor.

9              THE COURT:  All right.  Thank you, sir.

10             Cross-examination.

11             MR. BRENNER:  Can I have one moment, Your Honor?

12             THE COURT:  Yes.  Of course.

13        (Pause in proceedings.)

14             MR. BRENNER:  May it please the Court.

15                         CROSS-EXAMINATION

16   BY MR. BRENNER:

17   Q.  Good morning, Dr. MacIntyre.  How are you?

18   A.  Good morning.  Hanging in there.

19   Q.  I'm sorry?

20   A.  Hanging in there.

21   Q.  Hanging in there.  Okay.  Beats the alternative, right?

22        You remember we met on a couple of occasions, right?

23   A.  That is correct.

24   Q.  Okay.  I took your deposition in January of 2020, I think.

25   Does that sound right?
```

1    A.  I believe it was 2020.  It might have been 2019.  I'd have

2    to look at the date of it.

3    Q.  Okay.  And then again, the second one, we did during Zoom.

4    Do you remember that?

5    A.  Yes, I do.

6    Q.  So we met in person once and the other over the computer

7    technology, right?

8    A.  Yes.

9    Q.  So let's get a couple things clear.  You are an infectious

10   disease doctor, correct?

11   A.  That is correct.

12   Q.  In reaching your opinions that you've expressed here today,

13   you never spoke with any of Dave Kleiman's treating physicians

14   about him, correct?

15   A.  That is also correct.

16   Q.  You never talked with any of his friends about him,

17   correct?

18   A.  That is also correct.

19   Q.  And you never spoke with any of his business colleagues

20   about him, correct?

21   A.  No, I haven't.

22   Q.  Now, at the beginning of your examination, Mr. Kass moved

23   in a set of exhibits that -- those were the medical records

24   that you were provided for Dave Kleiman, right?

25   A.  Most of them were medical records and some of them were

1    exhibits that were abstracted from the medical records.

2    Q.  Putting aside the demonstratives, the things that you

3    summarized.  But the evidence itself, the medical records, you

4    reviewed what you were given regarding Dave Kleiman, correct?

5    A.  That is correct.

6    Q.  And those records is what you base most of your opinions on

7    today, correct?

8    A.  That is also correct.

9    Q.  And those opinions -- those records start in 2010.  I think

10   it's September.  Am I right about that?

11   A.  The hospitalization of -- in question started in September

12   2010.  I did have some VA records that went back into around

13   1995 as well.

14   Q.  Right.  What you were talking about today was what was

15   going on in Dave's final hospitalization between 2010 and 2013,

16   right?

17   A.  That is correct.

18   Q.  Okay.  Now, you're not offering any opinion whatsoever

19   regarding Dave Kleiman's ability to do complex tasks or

20   computations prior to September 2010; is that correct?

21   A.  That is correct.

22   Q.  And you also have no information about Mr. Kleiman's mental

23   ability before 2010, correct?

24   A.  In general, correct.  There were some references to mental

25   ability in the records that I saw previous to 2010, but the

```
1    opinions now are not based on those.

2    Q.  Well, let me just go to your April deposition.  And we're

3    going to go to Page 54, lines 6 to 15.

4         (Pause in proceedings.)

5              MR. BRENNER:  May I proceed, Your Honor?

6              THE COURT:  Yes, you may.

7    BY MR. BRENNER:

8    Q.  So you sat for deposition in April of 2020, correct?

9    A.  That's correct.

10   Q.  And you took the same oath there that you took today,

11   correct?

12   A.  That's correct.

13   Q.  And let me just read for you the questions I asked you and

14   the answers you gave then.

15        Question:  "Anything -- anything about his mental

16   ability -- his mental ability before 2010, correct?"

17        Your answer:  "I have no information on that."

18        Question:  "Well, if you have no information, it's correct

19   you don't have an opinion on his mental ability prior to 2010;

20   is that correct?"

21        And your answer was:  "I have no information."

22        Those were the questions and answers you gave in 2010 --

23   I'm sorry -- April 2020?

24   A.  Well, that is what I remember, yes.

25   Q.  Okay.  Great.
```

1        You also have no information about Dave's ability to work

2    before 2010, correct?

3    A.   That is correct.

4    Q.   And you have no information about Dave's ability to write

5    computer code before 2010?

6    A.   No.  At the time of the deposition, that is correct.

7    Q.   Are you suggesting that you have gone back and done

8    additional work since the deposition?

9    A.   I'm suggesting that --

10   Q.   That's a yes or no.  Have you, sir?

11   A.   Depends on your definition of work.

12   Q.   Have you reviewed additional materials since your

13   deposition?

14   A.   I looked back at the records that I had, which were

15   cursory, not very much, from prior to 2010, and noted there

16   were some comments in there about mental status --

17            MR. KASS:  Your Honor?

18            THE WITNESS:  -- and I did not remember that at the

19   time of the deposition.

20            MR. KASS:  Objection.

21            THE COURT:  Dr. MacIntyre, you may finish your answer.

22            THE WITNESS:  And I'm supposed to be telling the

23   truth.  And now I can remember there were some references to

24   that that I didn't remember at the time of the deposition.

25

 1   BY MR. BRENNER:

 2   Q.  And did you tell those to your -- to counsel for Dr. Wright

 3   before you came today?

 4        MR. KASS:  Your Honor, calls for privileged

 5   communications.

 6        THE COURT:  Overruled.

 7   BY MR. BRENNER:

 8   Q.  Did you, sir?

 9   A.  No.

10   Q.  Okay.  So we're going to go through and actually show a lot

11   of the medical records.  A lot of questions you were asked on

12   direct examination were:  "Could this be this," and:  "Could

13   this be that."  You would agree with me it may make sense to

14   look at the actual medical records, right?  Those are the best

15   evidence of what was going on?

16   A.  In general, yes.

17   Q.  Okay.  Great.

18        You know that while Mr. Kleiman was in the hospital, that

19   his doctors actually ran assessments of his mental capacity.

20   Do you know that, sir?

21   A.  That's correct.  There were psychology notes on several

22   occasions.

23   Q.  Well, that's not it, sir?  Is there --

24   A.  Well, psychology, that's the field that assesses this type

25   of thing.

```
1    Q.  Okay.

2    A.  And there are such notes in the record.

3    Q.  Do you know that he was given something called a Folstein

4    Mini-Mental State Exam?  Do you remember that?

5    A.  I don't remember that specifically, but that probably

6    appears in the psychology notes.

7    Q.  Okay.  So when you were going through your work in this

8    case, did you understand that the issue in this case, or one of

9    the issues in this case, was Dave's mental ability while he was

10   in the hospital?  Did you have that understanding?

11   A.  I have been told that, yes.

12   Q.  Okay.  And so when you went through the records, you

13   yourself didn't find any such specific test done on his mental

14   state, did you?

15   A.  I did not look for that.  I was looking for infectious

16   disease-related problems.

17   Q.  Right.  You're an infectious disease doctor.  You're not a

18   doctor that has any -- it's not your job to look at mental

19   issues and mental capacity?

20   A.  That is correct.

21        MR. BRENNER:  So let's bring up, Ms. Vela, if we

22   could, D -- Your Honor, these are all in evidence.  These will

23   all be from the medical records.

24        If we could publish for the jury D91 at Page 920.

25
```

```
 1   BY MR. BRENNER:
 2   Q.  Okay.  So this is a Folstein Mini-Mental Exam.  You don't
 3   remember seeing this in the records, right?
 4   A.  Not specifically, no.  I would have gone through it because
 5   it's in the records, but I don't specifically remember that.
 6   Q.  Right.  Because it wasn't your focus, right?
 7   A.  That's correct.
 8   Q.  Okay.  Great.
 9        So you see on this -- this is a mental state exam.  Do you
10   see that Dave got a 30 out of 30?
11   A.  It says something called:  "Total score, 30 over 30."
12   Q.  Right.  That's 30 out of 30, isn't it, sir?
13   A.  Well, 30/30.
14   Q.  Okay.  Let's go through it.  Do you not read that as, on
15   "Orientation," you could get 10 possible points and he got a
16   10?  That's not how you read this record?
17   A.  I'm not sure how that works.
18   Q.  Okay.  So you're not familiar with this type of test?
19   A.  No, I'm not.
20   Q.  Okay.  So let's look at the section that says:  "Spoken
21   language comprehension."
22        That one says:  "No evidence of difficulty understanding
23   multistep or complex instructions, complex, abstract, implied
24   or indirect questions, or complex or abstract information."
25        You have no reason to doubt the findings of Mr. Kleiman's
```

1    own physicians, do you?

2    A.  I am not familiar with this type of test.  I don't know how

3    well it's validated.  I don't know whether there is any

4    evidence in the literature that it means anything.  And it

5    says:  "No evidence," and I would presume -- and this is my own

6    presumption -- that that means no evidence in this test of

7    difficulty, and that's all I can say about it; in other words,

8    I don't know.

9    Q.  Again, outside your field, right?

10   A.  That's correct.

11   Q.  You actually don't have an opinion as to if Dave's mental

12   ability was ever diminished while he was in the hospital?

13   A.  I have no opinion regarding this test.

14   Q.  Well, you can't quantify in any way how much Dave's mental

15   ability was diminished, if at all, in the hospital, right?

16   A.  I cannot do that, no.

17   Q.  Okay.  Great.

18       So -- but we do know that at least the doctor that

19   administered this test -- we do know his or her findings,

20   correct?

21   A.  According to what's written here.  According to this test,

22   his findings relating to that test.

23   Q.  Okay.  Great.

24       So let's talk a little bit about where we finished -- it's

25   not about we -- where you finished yesterday and Mr. Kass

```
 1   stepped right up and picked it up today.
 2        So at the very end of the day, you were asked to
 3   describe -- I believe the word is in high level, Mr. Kleiman's
 4   medical condition during his hospitalization.  Do you recall
 5   that?
 6   A.  Yes.
 7   Q.  And then Mr. Kass repeated that question to you today.  You
 8   recall that?
 9   A.  Yes.
10   Q.  And right away, these are the things you talked about.  So
11   let's go through them with the jury.  At the end of the day,
12   within -- I think it's within seconds.  It's certainly less
13   than a minute -- you referred to the fact that Mr. Kleiman --
14   well, let's step back one second.
15        Mr. Kleiman was a paraplegic, correct?
16   A.  That is correct.
17   Q.  As a result of a physical injury, a motorcycle accident,
18   right?
19   A.  That is correct.
20   Q.  No evidence anywhere, no suggestion anywhere that that
21   motorcycle accident caused brain damage, correct?
22   A.  I really can't answer that question.  It's out of my field.
23   Q.  Great.  Thank you.
24        Nevertheless, when you were asked yesterday and today --
25   I'm going to go through the things that you felt -- Mr. Kass
```

```
1    left it open to you.  He gave you the floor.  He let you talk

2    about what you felt was important.  So let's see what you felt

3    was important.

4         You told this jury, first, that Mr. Kleiman had difficulty

5    or had lost control of his bladder sphincter.  Do you recall

6    that?

7    A.  That's correct.

8    Q.  Okay.  That was medical condition number one.

9         Medical condition number two is -- again, what you felt was

10   important was you told the jury that Mr. Kleiman had lost

11   control of his anal sphincter, right?

12   A.  That is correct.

13   Q.  Okay.  And then where you ended yesterday and picked up

14   back today, you talked about -- and I wrote it down -- you

15   talked about that Mr. Kleiman had what you called "brittle

16   bones"?

17   A.  That is correct.

18   Q.  And I think you said -- and correct me if I'm wrong -- that

19   for the most part, the brittleness in the bones was

20   concentrated in his lower body?

21   A.  That is correct.

22   Q.  In the area of the paralysis?

23   A.  That is correct.

24   Q.  Okay.  And then you seemed to talk a decent chunk about it.

25   You talked about his pressure ulcers.
```

```
1    A.  That is also correct.

2    Q.  Is that sometimes called bedsores?

3    A.  That's a common colloquial term.

4    Q.  Okay.  And that's what you shared with the jury?

5    A.  That's correct.

6    Q.  And then, at the very end, almost as an afterthought --

7    well, let me ask you this:  You have some -- you met with the

8    lawyers before you gave your report in this case, right?

9    A.  Yes.

10   Q.  You met with the lawyers again before you and I first met,

11   whether it was January 2020 or '19 -- whenever that was, you

12   met with the lawyers before that, too, right?

13   A.  That is correct.

14   Q.  Then after that deposition, you met with the lawyers again.

15   Do you remember that?

16   A.  That is correct.

17   Q.  And then you issued another opinion.  Remember that?

18   A.  I was requested another opinion, right.

19   Q.  From the lawyers, right?

20   A.  From the lawyers.

21   Q.  Not from me.  When I say:  "The lawyers," I didn't request

22   another opinion.  Dr. Wright's lawyers said:  "Dr. MacIntyre,

23   can you go back and can you add to or supplement your prior

24   opinions," right?

25   A.  All I know is it was requested by the lawyers that were
```

1    discussing it with me.  Where they got their ideas, I don't

2    know.

3    Q.  Understood.  I'm just trying to clarify the lawyers that

4    discussed it with you were not myself, Mr. Freedman, or

5    Mr. Roche.  They were some folks over -- some of my colleagues

6    that are representing Dr. Wright?

7    A.  That is correct.

8    Q.  Okay.  And then you issued another report, right?

9    A.  That is correct.

10   Q.  Okay.  And so you understood in all of those conversations

11   generally what the case was about, right?

12   A.  I had some idea.  Actually, early on when I was reviewing

13   it, I didn't really know that much.  I eventually was given a

14   legal document that described the case a little more.

15   Q.  Right.  Right.  You were given I think a copy of a legal --

16   a complaint, right?

17   A.  That is correct.  I think they called it the second amended

18   complaint.

19   Q.  Right.  Great.  And you understood from reading that that

20   no one, not Dr. Wright's lawyers, not Mr. Kleiman's lawyers --

21   no one was making a claim or a defense one way or the other

22   about whether Mr. Kleiman was able to control his urination.

23   You understood that, right?  Did you understand that, or no?

24   A.  That's my understanding.

25   Q.  Okay.  That is your understanding, right?

```
 1    A.  Yes.

 2    Q.  And you understood from reading the complaint and your

 3    discussions with the lawyers, that no one -- not Dr. Wright's

 4    lawyers, not Mr. Kleiman's lawyers -- were making any claim or

 5    defense on whether Mr. Kleiman, a paraplegic, was able to

 6    control his defecation.  You knew that that wasn't what was at

 7    issue, right?

 8    A.  That is correct.  I understand there was no malpractice

 9    claim being made.

10    Q.  Of course not.  Of course not.

11        And there was no claim about the use of the bones in his

12    lower body.  Everyone knew he was paralyzed, correct?

13    A.  That is correct.

14    Q.  Partially paralyzed, correct?

15        So -- but what was important was Dave's brain.  You

16    understood that, right?  Or did you not?

17    A.  I was not asked to evaluate his brain.

18    Q.  You were not asked to evaluate any of his mental capacity,

19    correct?

20    A.  Mental capacity, no.

21    Q.  Okay.  But Mr. Kass, at the very end, said to you something

22    like:  "Hey, were there some records that talked about him

23    using his computer," and you said:  "Yeah.  They don't really

24    say what he's doing.  I think some say a movie."  But you

25    think -- it would make sense for us to walk through those
```

```
 1   records a little bit, wouldn't it?  That would give the jury a
 2   better sense of the volume of the records and what Mr. Kleiman
 3   was noted as doing, correct?
 4   A.  Well, from my review of the records, he was -- multiple
 5   times the nursing service mentioned, and other services as
 6   well, that he was working on his computer.
 7   Q.  Right.  It's not just nurses.  It's not just doctors.  It's
 8   across the board.  It is a feature of Mr. Kleiman's medical
 9   records that he is constantly working on his computer, isn't
10   it?
11   A.  I would not say he was constantly working on his computer.
12   Q.  Okay.  Great.  So let's take a look.
13       In fact, I think you mentioned this.  At times, the records
14   even show that he was so focused on his work that he turned
15   down and refused other treatment.  You remember that?
16   A.  That is correct.
17   Q.  Okay.  So let's take a look -- let's take a look at the
18   records.  By the way, do you recall during your examination,
19   because -- if -- you showed -- if Mr. Kass showed you in front
20   of the jury a single medical record?  Do you recall?  Did you
21   discuss any medical record of Dave Kleiman on your direct
22   examination?  Actually showed it so the jury could see what the
23   actual evidence is?  Do you recall that?
24   A.  I don't remember whether he did.  I don't think he did.
25   Q.  You don't think he did.  Okay.
```

```
1        All right.  So let's start off -- let's start with -- let's

2   just start with D101, 633.

3            MR. BRENNER:  May we publish all these to the jury as

4   they come up, Your Honor?

5            THE COURT:  Yes.  They're in evidence.

6   BY MR. BRENNER:

7   Q.  Okay.  So let's orient the jury of what we're looking at.

8   This is, in fact, a medical record that -- of Dave Kleiman,

9   correct?

10  A.  That is correct.

11  Q.  One which you reviewed, correct?

12  A.  That is correct.

13  Q.  Okay.  And if you look down at the bottom part there, it

14  says:  "Entry date, October 23rd," or:  "Date of note, October

15  23rd, 2010"?

16  A.  That refers to another note.

17  Q.  The date of note next to it, October -- you think -- is

18  that the next note?

19  A.  No.  Below that horizontal line is the next note.

20           MR. BRENNER:  Okay.  So let's go one page before then,

21  Ms. Vela, so we can get the date of this note.

22           One more.

23  BY MR. BRENNER:

24  Q.  So this note is also actually October 23rd, right?

25  A.  That's the date of this note, correct.
```

1   Q.  Let's go back to where we were.  So you made reference in

2   your direct examination that one of the issues because of

3   Mr. Kleiman's condition -- and I think you attributed it to the

4   pressure ulcers -- was that it wasn't impossible for him to lay

5   down, but it was a position that the doctors would like to

6   avoid when they can; is that right?

7   A.  That's correct.

8   Q.  Okay.  So here -- here, this note says:  "Patient was

9   received sitting up in bed working on his computer," right?

10   A.  That is correct.

11   Q.  Okay.  So let's go -- and we're just going to march through

12   each month and see what we find.

13   A.  There's more in that paragraph than just that line.

14   Q.  There sure is.

15   A.  I would also point out that:  "Bilateral trochanter wounds

16   cleaned and dressing changed per MD's order.  Scrotal wound

17   also cleaned and dressing changed, vac running continuously."

18   A vac, by the way, is a dressing that's attached to a hose that

19   goes out to a pump providing vacuum to the wound.  It's a very

20   good way.  Somebody should have gotten a Nobel Prize for that.

21      So it shows how many interruptions were occurring during

22   that shift.

23   Q.  Okay.  So just so we get, again, what you want to --

24   because you want to emphasize it.  So now you want to also add

25   to your list -- you want to emphasize scrotal cleaning, scrotal

```
 1    wounds?  That's what you want to emphasize?
 2    A.  That's one.
 3    Q.  Correct, Doctor?
 4    A.  That's one.
 5    Q.  Okay.  And that he was:  "Soiling from his stool."  That
 6    means he had defecated on himself, right?
 7    A.  That's correct.
 8    Q.  You wanted to make sure that we didn't move past the record
 9    too quick.  You wanted the jury to understand that that's in
10    there, right?
11    A.  And those all provided interruptions.  So we can't say he
12    was sitting up in bed working on his computer during that
13    entire shift.
14    Q.  We can't say anything because we weren't there.  What we
15    know is that the nurse -- is this a nurse's note?
16    A.  This is a nurse's note, that's correct.
17    Q.  What we know is the nurse who was actually there, who no
18    doubt in your mind is there to provide care to Mr. Kleiman --
19    right?
20    A.  I don't see anything else she should be doing.
21    Q.  Right.  It's her job.  And part of her job is to -- is to
22    note what she observes, right?
23    A.  That is correct.
24    Q.  She has no interest -- and this is in 2010, right?  So she
25    has no interest in how whatever she's observed is going to play
```

1    in a courtroom 11 years later, right?

2    A.  That is correct.

3    Q.  Right.  And so what she observed is that:  "Patient,"

4    Mr. Kleiman, "was received sitting up in bed working on his

5    computer."  Meaning when she came in, that's what he was doing?

6    A.  That is correct.

7    Q.  And then presumably while she was doing her cleaning -- was

8    it cleaning the wounds we just talked about and helping

9    Mr. Kleiman to clean himself, because unfortunately he had

10   defecated -- you think that that interrupted the work on the

11   computer and that's what you wanted the jury to understand?

12   A.  That is correct.

13   Q.  Okay.  Thank you, Doctor.

14        MR. BRENNER:  Let's go to D101 at Page 707.

15   BY MR. BRENNER:

16   Q.  Okay.  This is a note -- as you see above, it's going to be

17   October 20th, right?

18   A.  That is correct.

19   Q.  Okay.  So again, a progress note.  This is a nursing note?

20   A.  No.  That's not a nursing note.

21   Q.  Okay.  It's a -- oh, this is an infectious disease note?

22   A.  That is correct.  That's from what appears to be the

23   infectious disease resident or fellow.

24   Q.  Okay.  And that's -- looks like Alessandra, probably,

25   Regatieri?

1    A.  That is correct.

2    Q.  And she's the author of the note.  And she notes -- now,

3    this is someone who -- the residents, as you call -- or did you

4    call them residents or interns?  Just what did you say?

5    A.  Could be a resident.  Could be an intern.

6    Q.  Could also be a doctor, right?

7    A.  Well, they are all doctors.

8    Q.  Okay.  Sure.

9    A.  Yeah.  Residents and interns are all graduate --

10   Q.  They're MDs?

11   A.  -- physicians.  They are MDs or DOs.

12   Q.  Right.  Right.  Again, like the nurses, no question in your

13   mind that Dr. Regatieri is there to provide care and treatment

14   to Mr. Kleiman, correct?

15   A.  That's correct.

16   Q.  No question she is there to provide, as part of that care

17   and treatment -- well, let's talk about this.  There's

18   something called continuity of care.  Do you know that concept?

19   A.  That is talked about a lot.

20   Q.  Sure.  And one of the things that's important is, for

21   doctors, nurses, psychologists -- it's important to note what's

22   going on in the medical records because when the next doctor,

23   nurse, psychologist comes, they see the medical records and

24   they understand what they're looking at, what's gone on until

25   that moment, right?

1    A.   That's one of the things that we work on a lot.   There is a

2    problem that occurs with the electronic medical record that

3    frequently we're not as good as we should be in dealing with

4    this sort of thing.

5    Q.   Okay.   But everyone's trying, right?

6    A.   Everyone tries.

7    Q.   And here Dr. Regatieri says:   "Patient always in his

8    computer."   Probably meant "on his computer," right?

9    A.   Yeah.   I guess 24/7 he was working on his computer,

10   according to her.

11   Q.   Really?

12   A.   Well --

13   Q.   Oh, so now you think Dr. Regatieri was exaggerating it?

14   A.   Well, I think she was doing what she says the patient was

15   being; very sarcastic.

16   Q.   It doesn't say -- you said this to Mr. Kass, and it's just

17   simply -- with all due respect, it's simply not true.   This is

18   not her saying:   "Mr. Kleiman told me:   'I'm always in my

19   computer.'" This is her observation based on her seeing Mr.

20   Kleiman on his computer.

21        MR. KASS:   Objection.   The document speaks for itself.

22        THE COURT:   Overruled.   I'll allow it.

23   BY MR. BRENNER:

24   Q.   Yeah.   So that just wasn't really accurate.

25        What really is happening here is the doctor walks in, or

```
 1   the nurse walks in, and he or she makes their own observation,
 2   right?
 3   A.  I can't say for sure that that is a correct observation.
 4   Q.  Okay.  And you're -- are you having difficulty deferring to
 5   the doctor who was there looking at him?
 6   A.  I guess then he was 24/7 sitting on a computer, always, or
 7   she was being sarcastic, like the patient was.
 8   Q.  Oh, so Dr. Regatieri may have been sarcastic?
 9   A.  Yeah, like the patient.
10   Q.  Oh, so she -- okay.  She got in there and she's a trained
11   doctor, right?  And she decided, instead of keeping an accurate
12   medical record, she's going to mimic the patient and become
13   sarcastic at herself and write:  "Always in his computer"?
14   That's your best assessment looking back 11 years later on what
15   is before you?
16   A.  Well, I can't figure out why she'd use the word "always"
17   for any other reason.
18   Q.  Well, would another reason be that every time she came into
19   his room he was on his computer?  Would that be -- excuse me,
20   sir.  Let me finish.
21        As you and I both understand the English language, would
22   that be a reasonable way to report:  "Every time I go in this
23   guy's room, he's on his computer"?  Would that be a reasonable
24   way for Dr. Regatieri to report:  "Patient always in his
25   computer"?
```

```
1   A.  I think that's adding a lot to what she says.

2   Q.  Okay.  Great.  Then let's look at a few more and see if we

3   can fill in the picture of what was going on.

4           MR. BRENNER:  If you would bring up, Ms. Vela, D101,

5   Page 189.

6   BY MR. BRENNER:

7   Q.  Okay.  So this one, you saw this all the time, right?  This

8   is from November 2010.  Okay.  I'm not going to get fixated on

9   if it's the 23rd or 24th.  It's November of 2010, right?

10  A.  This is November 2010.  I can't say that I saw this all the

11  time.

12  Q.  No.  I didn't say -- I misspoke if I said -- not that you

13  saw this all the time.  I misspoke if I said that.  In fact,

14  you don't remember seeing a lot of these, right?

15  A.  I saw several.  A lot.

16  Q.  Several?  Hundreds?

17  A.  I didn't count them.

18  Q.  You didn't count them.  Okay.

19      So this one says:  "Patient awake and alert and on his

20  computer."

21  A.  Correct.

22  Q.  Consistent with what's throughout Mr. Kleiman's

23  hospitalization, correct?

24  A.  Well, it's mentioned in many places, yes.

25          MR. BRENNER:  Okay.  So let's go to the next one, D101
```

1    at Page 53.

2    BY MR. BRENNER:

3    Q.  We're now up to -- we're now up to December.  I'm going to

4    ask you to take my word for it.

5         MR. BRENNER:  But you know what?  Go back one page,

6    please.

7         Got to go one more.

8    BY MR. BRENNER:

9    Q.  See that "December 2010"?

10   A.  It says:  "December 2nd, 2010."

11        MR. BRENNER:  Okay.  So go to where we were, please.

12   BY MR. BRENNER:

13   Q.  And then again:  "Patient is alert and interactive."

14   That's another assessment doctors make when they come into a

15   room, right?  So if you walk into a room and a patient is,

16   let's say, drugged out, they're on -- they're on -- you know,

17   they're just sleepy, they're drugged out, they're coming down

18   from surgery, you don't write:  "Alert and interactive" because

19   they're not alert and interactive, right?

20   A.  I think that's a fair assessment, yes.

21   Q.  Right.  So Mr. Kleiman -- and we'll talk about your

22   opinions on medications later, but at least on this day, he's

23   quite alert and interactive and he's working on his computer,

24   right?

25   A.  That is correct.

```
 1              MR. BRENNER:  Okay.  So let's go to the next one,
 2    Ms. Vela, which is D100 at 251.
 3              Let's focus on:  "Mr. Kleiman has been busy."  If you
 4    could just highlight that.
 5              Can you get rid of all the highlighting and go back
 6    to:  "Mr. Kleiman has been busy"?
 7    BY MR. BRENNER:
 8    Q.  Okay.  "Mr. Kleiman has been busy with work and briefly
 9    discussed a conference that he was missing."
10        You see that?
11    A.  Okay.
12    Q.  Okay.  He's been busy with work.  Now, that is a quote from
13    her.  That one we know is what Mr. Kleiman said because they
14    put a quotation mark.  He told the nurse or physician he had
15    been busy with work, right?
16    A.  They are relating what the patient said to --
17    Q.  Right.  So the nurses and the doctors know how to
18    differentiate between what they are seeing and what the patient
19    is saying.  And here's one where the patient is saying:  "Hey,
20    I'm really busy with work and even had to miss a conference,"
21    right?
22    A.  That's what this medical student said.
23    Q.  Okay.  Actually, this one's signed by a Ph.D., right?
24    A.  No.  Go up to the top.
25              MR. BRENNER:  Okay.  Take that down, please.  You can
```

```
 1    take that down, Ms. Vela.  Take down the callout.

 2              THE WITNESS:  "Student note."  It's entitled "Student

 3    note."

 4    BY MR. BRENNER:

 5    Q.  Right.  So what happens is Steven Rosenstein is the

 6    student?

 7    A.  That's correct.

 8    Q.  And then there's a sign-off by a Ph.D., right?

 9    A.  That's correct.

10    Q.  Okay.

11    A.  That's the usual way of handling things.

12              MR. BRENNER:  Okay.  So let's go to the next one,

13    which is D100 at Page 1.

14    BY MR. BRENNER:

15    Q.  I think we're still in January.  Again:  "Awake, alert, and

16    interactive and working on his computer," right?

17    A.  That is correct.  And there are many other notes in the

18    record similar to that.

19    Q.  Okay.  Hundreds?

20    A.  I did not count them.

21    Q.  Okay.  So let's go through.

22              MR. BRENNER:  Let's go to D99 at 567.

23    BY MR. BRENNER:

24    Q.  We're now into March.  We've just done January and

25    February.  Again:  "Alert, awake, appears active and working on
```

1   his computer"?

2   A.  That's what it says.

3   Q.  Starting to sense a pattern?

4   A.  I think I mentioned already that there are many notes of

5   this type.

6   Q.  Okay.

7        MR. BRENNER:  One moment, Your Honor.

8        THE COURT:  Certainly.

9   (Pause in proceedings.)

10       MR. BRENNER:  Okay.  So let's go on.  Let's go to the

11  next month.  D99 at 360.

12  BY MR. BRENNER:

13  Q.  By the way, I know you didn't count them, but you

14  understand -- and we'll tally them up a little at the end.  But

15  you understand this is taking place regularly, these types of

16  notes, right?

17  A.  There are many notes to that effect.

18       MR. BRENNER:  Okay.  So let's go to April 2011.

19       For the record, Your Honor, this is D99 at 363.

20  BY MR. BRENNER:

21  Q.  We're in April 2011 again.  "Patient was working on his

22  computer," right?

23  A.  That is correct.

24  Q.  Again, observation of the people that are there caring for

25  him in real time, right?

```
 1   A.   That's right.

 2   Q.   They didn't walk in and he had no computer running and he

 3   said:  "Hey, I'm working on my computer" and they said:  "Well,

 4   we don't see it, but we'll take your word for it"?  That's not

 5   what's happening, right?

 6   A.   At the moment in question:  "Patient was working on his

 7   computer."

 8   Q.   Okay.

 9          MR. BRENNER:  Let's go to the next one, which is D98

10   at 730.

11   BY MR. BRENNER:

12   Q.   Okay.  Okay.  Again, this is one of the ones you talked

13   about how the -- it was the decision of the healthcare

14   providers that were caring for Mr. Kleiman that it was better

15   for his condition, to the extent they could do it, for him to

16   be sitting up, right?  I mean, lying down was not great for his

17   condition?

18   A.   I think sitting up was -- I also mentioned that that's one

19   of the worst positions.

20   Q.   So sitting up was bad?

21   A.   Sitting up was bad.

22   Q.   And lying down is bad?

23   A.   Lying down is bad.

24   Q.   Everything's bad?

25   A.   Not everything's bad.
```

```
1    Q.  What's good?  Standing up?  He can't stand up.

2    A.  Lying on side, lying on his stomach.

3    Q.  He can't stand.

4         MR. KASS:  Objection, Your Honor.  The witness is in

5    the middle of speaking.

6    BY MR. BRENNER:

7    Q.  He can't stand, correct?

8         MR. KASS:  Your Honor --

9         THE COURT:  The objection is sustained.

10        Dr. MacIntyre, did you conclude your answer?

11   BY MR. BRENNER:

12   Q.  You can go ahead, Dr. MacIntyre.

13   A.  I think I've already gone over this.  As regards to his

14   pressure ulcers, his bedsores, there were two positions that

15   are particularly bad.  One is sitting up and one is lying flat

16   on his back.

17   Q.  Okay.

18   A.  All other positions were not as bad, but he couldn't stay

19   for a long time in any other position or he'd have a new

20   bedsore.

21   Q.  Right.  Okay.  So this one, the note is:  "He's received

22   sitting up in bed, working on his computer, awake and alert,"

23   right?

24   A.  That is correct.

25        MR. BRENNER:  Let's go to the next month, which is D98
```

1    at 568.

2    BY MR. BRENNER:

3    Q.  Again:  "Awake, alert, working on his computer and talking

4    on the phone," right?

5    A.  That's correct.

6    Q.  In fact, it's generally the number one observation every

7    time a healthcare professional walks into this gentleman's

8    room, right?

9    A.  I would not say that for sure.  I would have to go back and

10   review every note and do an analysis of how many times the

11   first note -- the first thing noted was that.

12       It is true that, in a physical exam, you usually have

13   "general" as the first line and that would indicate usually the

14   position of the patient, how alert he was, and so forth.  That

15   doesn't necessarily mean that's the most important observation.

16   It just means it's the first in the template.

17   Q.  No.  But it's the visual observation.  They walk in the

18   room, right?  Here's the patient.  They walk in.  They note his

19   position, right?  Sometimes they note his position?

20   A.  Sometimes.  That is correct.

21   Q.  They almost always make some note about whether they're

22   alert and active or interactive?

23   A.  Well, they sometimes do.  Sometimes they don't bother to.

24   Q.  Okay.  Well, here we seem to see it a lot, right?

25   A.  That's correct.

```
 1   Q.  And the other thing they observe generally -- they all do
 2   it.  Doesn't matter if it's a doctor, a student, a
 3   psychologist, a nurse.  The common theme is everyone notes that
 4   Dave Kleiman is a guy who's always working on his computer,
 5   right?
 6   A.  I wouldn't say everyone and I wouldn't say always.
 7   Q.  Okay.  You wouldn't because you didn't focus on that when
 8   you went through the records?
 9   A.  I think it would have been impossible for him to be working
10   on the computer all the time with the amount of treatments and
11   things that he was getting.
12   Q.  So if I were being literal, you're right.  It is impossible
13   for him 24 hours a day, seven days a week to be working on his
14   computer, right?
15   A.  That is correct.
16   Q.  Okay.  But you don't disagree that the medical records
17   demonstrate a pattern that he's working on his computer a whole
18   lot in the hospital, right?
19   A.  I would say that he was frequently working on a computer.
20   Q.  Okay.  Great.
21   A.  I can't say what percent of his time he was working on the
22   computer.  I can't say what he was doing on the computer.
23   Q.  Right.  You didn't like my word "a lot."  You went with
24   "frequently"?
25   A.  "Frequently," yeah.
```

1    Q.   Okay.  That's better.  We'll use "frequently."

2            MR. BRENNER:  Next one's D98 at 124.

3    BY MR. BRENNER:

4    Q.  Now we're into July.  Again:  "Awake, alert, working on his

5    computer."

6    A.  That is correct.

7    Q.  Okay.

8            MR. BRENNER:  Okay.  So let's look at D97 at 571,

9    which is in August.

10   BY MR. BRENNER:

11   Q.  Okay.  This is what the patient reports, correct?

12   A.  That is correct.

13   Q.  2011 he's reporting this, right?

14   A.  That is correct.

15   Q.  You understand he's reporting it to the people that are

16   providing him care and treatment, correct?

17   A.  I didn't have a chance to see what the source of this note

18   is.  I thought it was a psychology note.

19   Q.  Okay.  Let's go back.  Let's go back.  Do you want to go --

20   so this is from Natalie Bustillo, right?

21   A.  Yeah.  It says up there it's a psychology note.

22   Q.  Right.  A psychology note.  This one's not -- unlike the

23   others -- I think the other psychology note was a student.

24   This one is -- it doesn't say:  "Student," right?

25   A.  Well, I'd have to look at the bottom and see who signed it

```
 1   off.
 2          MR. BRENNER:  Okay.  Let's go to the next page,
 3   please.
 4          Thank you, Ms. Vela.
 5   BY MR. BRENNER:
 6   Q.  The next page, it's signed off by Maria Pilar Somoza,
 7   Ph.D.?
 8   A.  She's a Ph.D. psychologist.
 9   Q.  And she is signing off for Natalie Bustillo, who's also a
10   Ph.D.?
11   A.  No.
12          MR. BRENNER:  No.  No.  Up.  Up.
13          THE WITNESS:  There.
14          MR. BRENNER:  Yeah.
15   BY MR. BRENNER:
16   Q.  So Ms. Pilar Somoza.  And if we looked -- or Dr. Pilar
17   Somoza -- excuse me -- if we looked at the previous page, she's
18   the supervising Ph.D., right?
19          MR. BRENNER:  Let's go to the previous page so you can
20   see.
21          THE WITNESS:  Yeah.  I don't see why they have two
22   Ph.D. psychologists signing off on this note, but they do.
23   BY MR. BRENNER:
24   Q.  But they do.
25          Okay.  Are you now comfortable that you know what the note
```

1  is?

2  A.  Well, yeah.  As I said before, a psychology note.

3  Q.  Okay.  Great.  Next page.

4     "He," meaning Dave Kleiman, "reported he works in the field

5  of computer forensics and is able to conduct business from his

6  hospital bed using his laptop computer."

7     You see that?

8  A.  That's right.  That's what the patient reported to the

9  psychologist.

10 Q.  And the patient actually said:  "He indicated his ability

11 to continue working has helped him cope with all his medical

12 problems."  That's not unusual.  He uses his work to help him

13 cope.  He had serious medical problems.  We could agree with

14 that, right?

15 A.  He had serious medical problems.

16 Q.  He had a serious accident.  He's got a serious permanent

17 medical condition.  No question, he had serious medical

18 problems, right?

19 A.  That is correct.

20 Q.  And he's telling the doctors one of the ways that he copes

21 with the position he finds himself medically is he works?

22 A.  That's what the psychologist reports him saying.

23 Q.  Right.  And you have no reason to doubt that he said that,

24 right?

25 A.  No.  He said that.

 1    Q.   Okay.   But do you have some doubt that he meant it?

 2    A.   I have no idea.   I'm not the psychologist.

 3    Q.   And you're not Dave Kleiman, right?

 4    A.   I don't know whether that's a true statement or not.

 5    Q.   Okay.   Let's go to September.   This is an issue that you

 6    talked about with Mr. Kass, but we didn't see any records on

 7    it.   So let's take a look at that.

 8              MR. BRENNER:   D97 at 239.

 9    BY MR. BRENNER:

10    Q.   Doctor, I want to make sure you're oriented as to who is

11    taking the note because that -- you want me to scroll up and

12    let you see that?

13    A.   That is correct.

14              MR. BRENNER:   Okay.   So let's go up.

15              Up.

16              So I guess -- no.   We go to the -- no.

17    BY MR. BRENNER:

18    Q.   It's -- the author is Scott Charlebois, right?

19    A.   Yes.   That's a --

20    Q.   He's an occupational therapist, right?

21    A.   Okay.   That's occupational therapy, yeah.

22    Q.   So now it's another -- another -- how would I put this --

23    another category of healthcare providers that are visiting

24    Mr. Kleiman?

25    A.   They would have interrupted what he was doing, correct.

1    Q.  Right.  So Mr. -- well, yeah -- well, we'll see about that.

2    So Mr. Charlebois comes in, and his reason for being there is

3    he's going to provide -- he's going to provide occupational

4    therapy, right?

5    A.  That's correct.  He's an occupational therapist.

6    Q.  Right.  And he's unable to do what he came to do because

7    Mr. Kleiman says:  "I'm working on my computer"?

8    A.  That's correct.

9    Q.  Okay.  So that's the example of what you're talking about.

10   He even -- Mr. Kleiman was so focused on his work in the

11   hospital that sometimes -- and you probably don't think this is

12   a good idea for him -- but sometimes he turned away medical

13   treatment or, in this case, occupational therapy?

14   A.  This is one of the ones that -- I believe I remember noting

15   this one, that he would refuse his therapy sometimes.  I also

16   notice in this note that they measured his grip strength.  So

17   they were able to do something with him.

18   Q.  Correct.  He says that.

19   A.  And the grip strength was impaired.

20   Q.  Right.  He did something.  He did part -- I think he calls

21   it a mini?

22   A.  Mini grip strength.

23   Q.  Right.  He does some, but then Mr. Kleiman says:

24   "Mr. Charlebois, I'm not going to do the rest because I've got

25   work to do"?

```
 1   A.   Yeah.   That's interesting.   It's also interesting that he
 2   had diminished grip strength.   I hadn't noted that before.
 3   Q.   Okay.   Well -- because you weren't looking for this stuff,
 4   right?
 5   A.   I wasn't.   No.
 6   Q.   Okay.
 7        MR. BRENNER:   Let's go to December, D96 at 336.
 8   BY MR. BRENNER:
 9   Q.   Okay.   Again, yet another record where the observation --
10   when I say:  "The first observation," I'm not -- I don't know
11   what the doctor felt was most important or not.   But what he
12   notes first, if this is a he -- what he or she notes is that:
13   "The patient's alert," right?   Not looped out on drugs, right?
14   A.   "Patient is alert."
15   Q.   "Interactive"?
16   A.   That's what they say.
17   Q.   That means able to interact with the doctor or nurse or who
18   is ever in there, correct?
19   A.   That's correct.
20   Q.   "And working on his computer"?
21   A.   That's correct.
22   Q.   Okay.
23   A.   You'll also note that all of these, when it's a physical
24   exam, the general template is to put "general" first.
25   Q.   Yes.   No doubt.   No doubt.
```

```
 1              MR. BRENNER:  Okay.  Let's go to the next one because
 2    I'm going to ask you -- let's bring up D96 at 105.
 3    BY MR. BRENNER:
 4    Q.  Sir, do you remember -- you talked about this -- that -- I
 5    think you said everyone on the jury would understand and you
 6    sort of smiled.  But you talked about how when you are in the
 7    hospital -- in this case the VA, but in the hospital too.  It's
 8    no different -- that people talk about how like they feel like
 9    people are always coming in and prodding and poking them at all
10    hours, right?
11    A.  That is correct.
12    Q.  Yeah.  It could be annoying.  I don't mean annoying that
13    the doctors are doing anything wrong.  They're doing what they
14    need and the nurses are doing what they need to take care of
15    the patient.  But for example, they may need to be taking
16    temperature readings every few hours, and that's annoying if
17    you're trying to sleep, right?
18    A.  And they're also turning the patient every two hours.
19    Q.  Okay.  I'm going to tie my shoe.  Excuse me for one second.
20         (Pause in proceedings.)
21    BY MR. BRENNER:
22    Q.  So did you notice when you went through the medical records
23    that sometimes, because -- for whatever reason, they noted the
24    time of when they were seeing Mr. Kleiman?
25    A.  They're supposed to.  That's correct.
```

1    Q.  Okay.  So in this one, they're saying they're there in the

2    early morning.  So they get there early morning.  Now, in

3    doctor speak, early morning is probably pretty early, right?

4    A.  I don't know what this particular individual considers

5    early in the morning.

6    Q.  You know doctors round early in the morning, right?

7    A.  Well, some do.  Some don't.

8    Q.  Some do.  Some don't.  Okay.

9    A.  Nurses frequently round early.

10   Q.  Sure.

11       And in this particular record, they note that it's early in

12   the morning, and guess what?  Dave is what?  What's he doing?

13   A.  You want me to read it?

14   Q.  Sure.

15   A.  "Patient was in a pleasant mood this early morning and

16   worked on his computer."

17   Q.  I've been working so hard doing the reading, I thought I

18   would let you take a few.  Is that okay?

19   A.  That's what it says.

20   Q.  Okay.  Great.

21           MR. BRENNER:  Let's go to the next one.  February.

22   D95 at 719.

23   BY MR. BRENNER:

24   Q.  Okay.  This is in February.  Again:  "Patient was alert and

25   interactive and working on computer"?

```
 1   A.  Yeah.  This is interesting.  That's the only thing he notes
 2   in his physical examination.
 3   Q.  Okay.  Interesting, right?
 4   A.  That's right.
 5         MR. BRENNER:  Okay.  Next, March 2012.  D95 at 346.
 6   BY MR. BRENNER:
 7   Q.  So this one says:  "Alert, interactive, working on his
 8   computer."  Do you see that?
 9   A.  He seems to have adopted that particular template for his
10   exams.
11   Q.  He?
12   A.  Or she.
13   Q.  No.  No.  Many.  It's across -- it's doctors, it's nurses,
14   it's occupational therapists, it's psychologists.  It's not
15   "he."
16   A.  Well, here, we see two word-for-word the same statements.
17   I wouldn't be surprised if it was the same person who wrote it.
18   Maybe not.
19   Q.  You don't know?  You didn't look.
20   A.  No -- well, I didn't have a chance to look.
21   Q.  Did someone stop you -- was -- excuse me, let me --
22   A.  You took this off pretty quickly.
23   Q.  Oh, no.  You want to see the whole record?  Well, first of
24   all, we cut off half a word.  So let's not do that.  We don't
25   mean to do -- so what would you like to see, Doctor?
```

1        When I said you didn't look, I mean you didn't look through

2   the records to do this analysis to see if it was one doctor or

3   a hundred doctors that are making this --

4   A.  What I looked was through to see -- and as I stated on

5   multiple occasions, frequently various caretakers make a

6   statement that he was working on his computer.

7   Q.  Got it.

8        MR. BRENNER:  And the next one, if you could bring up

9   the full blowup that includes the word "neuro."

10  BY MR. BRENNER:

11  Q.  You see that right under "general"?

12  A.  Yes.  Uh-huh.

13  Q.  Okay, Doctor.  And that had been cut off and that was

14  inadvertent.  In the "Neuro": "A times OX times three."  That

15  means alert and oriented times three, right?  Or do you not use

16  that?

17  A.  I don't use that abbreviation.  That's a rather weird

18  abbreviation.

19  Q.  But you're familiar with when doctors write that a patient

20  is alert and oriented times three, right?

21  A.  That's correct.

22  Q.  And it means what?

23  A.  It means he knows where he is; that's one.  He knows who he

24  is; that's two.  He knows when it is; that's three.

25  Q.  Got it.

```
 1              MR. BRENNER:  Okay.  Let's go to -- give me one
 2     second.
 3              Okay.  Let's go to April, which is D95 at 316.
 4     BY MR. BRENNER:
 5     Q.  So this is April 2012.  Again, you seemed to -- you seemed
 6     to think it was interesting they were using the same words, so
 7     here we're -- different words, right?  Again, doctor or nurse
 8     is in there giving what they're observing, right?
 9     A.  Yeah.  This one was a nurse and she says the same thing.
10     Q.  Well, yes.  She says the same thing:  "Dave's working on
11     his computer," but you seemed to point out before that you
12     thought it was sort of a template.  So I'm just pointing out to
13     you she uses different words, right?
14     A.  This particular one is using different words.  It's
15     probably a different person writing the note.
16     Q.  Okay.  So:  "Patient was received sitting up in bed and
17     working on his computer", "patient was awake and alert," right?
18     A.  Right.
19              MR. BRENNER:  Okay.  Let's go to the next one, May.
20     D94 at 725.
21              I'm sorry, Ms. Vela.  I don't mean to make you read my
22     mind.
23     BY MR. BRENNER:
24     Q.  Again, this is a nursing note from Tyrone Boyd, right?
25     A.  That is correct.
```

```
 1    Q.  No question in your mind that Tyrone Boyd is being an

 2    honest and accurate recorder of what he is observing at that

 3    moment?

 4    A.  That is correct.

 5    Q.  And he observes that he:  "Received the patient in bed,

 6    alert and oriented times three, working on computer, breathing

 7    even and unlabored," right?

 8    A.  That is correct.  Like frequently occurred elsewhere in the

 9    notes.

10    Q.  Right.

11            MR. BRENNER:  Okay.  Let's go to -- let's go to D94 at

12    604, which is June.

13    BY MR. BRENNER:

14    Q.  Again:  "Patient was received in bed -- received sitting up

15    in bed working on his computer," right?

16    A.  That's what it says.

17            MR. BRENNER:  Okay.  Let's go to July 2012, which is

18    D94 at 221.

19    BY MR. BRENNER:

20    Q.  Are you ready to read one?

21    A.  If you would like me to, I'll read it.

22    Q.  I would.

23    A.  "Received patient in bed, alert, oriented times three.

24    Working" --

25            (Court reporter interruption.)
```

```
1          THE WITNESS:  "Received patient in bed, alert,
2    oriented times three, working on computer, breathing even and
3    unlabored.  No signs or symptoms of distress or complaint of
4    pain noted.  Skin dry and warm to touch, indwelling catheter."
5    BY MR. BRENNER:
6    Q.  Okay.  The last part is he's not -- that means -- "or CO
7    pain," that means he's not complaining of pain?
8    A.  That's correct.
9          MR. BRENNER:  Let's go to D94 at 27.
10   BY MR. BRENNER:
11   Q.  And, Doctor, just so you know, we're in August now of 2012.
12   Again:  "Received patient in bed, alert and oriented times
13   three, working on computer, breathing even and unlabored.
14   No" -- what's SS?  I'm sorry.  I didn't catch it last time.
15   A.  Signs or symptoms.  This is exactly the same wording as the
16   last note.
17   Q.  Correct.  Correct.  This is Tyrone Boyd again, right?
18   A.  He seems to like that particular formula.
19   Q.  Right.  But -- he likes that formula, but you have no doubt
20   what he's saying is what he's observing, right?
21   A.  I think it's fair to state that, yes.
22   Q.  Yeah.  Okay.  But he likes a particular way to word it,
23   Mr. Boyd.
24         MR. BRENNER:  Okay.  Let's go to September 2012, which
25   is D93 at 659.  It says -- can you blow up the whole thing that
```

1    says:  "Activities"?

2    BY MR. BRENNER:

3    Q.  It says:  "Activities," although it's spelled wrong.  It

4    says "OOB"?  Is that out of bed?

5    A.  Out of bed.

6    Q.  Out of bed.  Okay.

7        So on this time, he's out of bed and he's working on his

8    computer.  And does the slash mean he's also getting rehab

9    while he was working on his computer?

10   A.  That is what the patient reports to this particular

11   therapist as what he does, his activities.

12   Q.  Okay.  So he tells the therapist --

13   A.  That's what he tells the therapist.

14   Q.  Right.  He's basically got two things going on in his life

15   at that point.

16   A.  He says:  "Working on computer and rehab."

17   Q.  Right.  He does both.  Right?

18   A.  That's correct.

19   Q.  Okay.

20   A.  He doesn't seem to mention all the other -- well, of

21   course, under rehab, would be the wound care and so forth.

22   Q.  Sure.  Did you want to talk about his painful and -- wound

23   care again?

24   A.  Well, I didn't say:  "Painful," but there are many other

25   things going on that he doesn't mention.

1    Q.   Sure.  Because he's focused on his work, right?  That's

2    what he's focused on?

3    A.   That's what he tells the therapist that he's doing.

4    Q.   Okay.  You have no basis or reason to deny -- to call into

5    question that Mr. Kleiman is being honest with his healthcare

6    professionals, right?

7    A.   He was working on his computer many, many times is

8    definitely in the record.

9            MR. BRENNER:  Okay.  Let's go to D93 at 455.

10   BY MR. BRENNER:

11   Q.   We're up to October.  Again, this is a different nurse.

12   This is Valerie Allison, right?

13   A.   That is correct.

14   Q.   She's a staff nurse.  So she's an LPN.  What's an LPN?

15   A.   Licensed practical nurse.

16   Q.   Okay.  And Ms. Allison says that -- again, her

17   observations.  First comment she notes:  "Received the patient

18   sitting up in bed, talking on the phone, and working on his

19   computer"?

20   A.   Now, also:  "Patient denied pain but admitted to not

21   feeling well."

22   Q.   Okay.  Well, I don't want to deprive you of the opportunity

23   to talk about the records.  So let's blow it up.

24       Let's see.  Did you find other things here that you thought

25   would be important for the jury to know?

1   A.  Well, I found it interesting he's not feeling well.

2   Q.  Okay.  Feeling well or not feeling well, he's still working

3   on his computer, right?

4   A.  That's right.

5   Q.  Okay.  Are you good with that record?  Can we move on?

6   A.  Well, I'm sure you have another 50 of these to go over, so

7   let's go.

8   Q.  You have to be somewhere?

9   A.  No.  It's just that we have been doing the same thing for

10  the last hour.

11  Q.  Okay.

12  A.  I will agree that there are many references in the record

13  that he was working on a computer.

14  Q.  Okay.

15          MR. BRENNER:  Let's go to the next one, D93 at Page

16  78, 79.

17  BY MR. BRENNER:

18  Q.  Here, it's actually -- it's not -- this is -- this is

19  Ms. Somoza.  Dr. Somoza, if you recall from the prior record,

20  she's the supervising Ph.D., right?

21  A.  That is correct.

22  Q.  And in other records we saw Dr. Somoza was signing off on

23  the records of -- in one case, another Ph.D.; in another case,

24  one of her students.  Do you recall that?

25  A.  That is correct.

```
 1    Q.  Here it appears to me, and you correct me if I'm wrong,

 2    that Dr. Somoza herself is making the observation, right?

 3    A.  That is correct.

 4    Q.  And she says Mr. Kleiman was working at the time of the

 5    visit, right?

 6    A.  That is correct.

 7    Q.  And while she's there, he continues to work, right?

 8    A.  That is correct.

 9    Q.  Okay.

10        MR. BRENNER:  Your Honor, I could do one more and then

11    take a small break before we get to 2013.

12        THE COURT:  Yes.  Of course.

13        MR. BRENNER:  So let's do the last one for 2012.  It's

14    D93 at Page 1.

15    BY MR. BRENNER:

16    Q.  And again:  "Patient" -- "received patient in bed."  This

17    is Mr. Boyd.  He's actually using different language than he

18    used before, right?  Or was this his language?

19    A.  What's the question?

20    Q.  Yeah.  This is Mr. Boyd.  I think he's using different

21    language.  You said he always does the same thing.  I think

22    this one's different, right?

23    A.  It's somewhat different.

24    Q.  Says:  "Received patient in bed."  Again:  "Alert and

25    oriented."
```

1    A.  "Working on computer, breathing even and labored."  Again,

2    as I said, there are many, many times -- frequently there are

3    references to him working on a computer.

4            MR. BRENNER:  Your Honor, can we take a brief recess?

5            THE COURT:  Yes.

6            MR. BRENNER:  Thank you.

7            THE COURT:  All right.  Ladies and Gentlemen, let's

8    take a 20-minute recess.

9        (Jury not present, 11:23 a.m.)

10           THE COURT:  Okay.  We're on a 20-minute recess.

11           MR. BRENNER:  Thank you, Judge.

12       (Recess from 11:24 a.m. to 11:44 a.m.)

13           THE COURT:  All right.  Welcome back.

14           All right.  Dr. MacIntyre, come forward.

15           Anything we need to address?  Are we ready to

16   continue?

17           MR. BRENNER:  Ready from the Plaintiffs.

18           MR. RIVERO:  Defendant is ready, Your Honor.

19           THE COURT:  Okay.  Let's bring in the jury.

20       (Before the Jury, 11:44 a.m.)

21           THE COURT:  All right.  Welcome back.  Please be

22   seated.

23           And we'll continue with the questioning.

24   BY MR. BRENNER:

25   Q.  Good afternoon again, Dr. MacIntyre.  Still good morning.

```
1         Okay.  I'm going to pick up where we left off, but I'm

2    going to move a little more quickly through the records.  I

3    said we would talk about 2013.  So let's do a couple from then,

4    okay?

5    A.  Okay.

6              MR. BRENNER:  Ms. Vela, if you could bring up D92 at

7    657.

8    BY MR. BRENNER:

9    Q.  Okay.  So this is from January 11th, 2013.  See that?

10   A.  Yes, I do.

11   Q.  And it's a nurse's note.  See that?  Valerie Allison?

12   We've seen Ms. Allison before.

13   A.  Yes.  Uh-huh.

14   Q.  Nursing note, right?

15             MR. BRENNER:  Oh, I'm sorry.  Can we publish that?

16   BY MR. BRENNER:

17   Q.  Let's start over.  Dr. MacIntyre, you have in front of you

18   D92 at Page 657.  It's a nursing note from January 11th, 2013.

19   You see that?

20   A.  Yes, I do.

21   Q.  And we've seen Ms. Allison before, right?

22   A.  Yes, I do.

23   Q.  Okay.  So this one, remember we talked about earlier the

24   note that Dave Kleiman's working on his computer early in the

25   morning?
```

```
 1    A.  Yes.

 2    Q.  So this one's actually at 2000 hour; that's 8:00 at night

 3    in military time?

 4    A.  That is correct.

 5    Q.  Okay.  So here's a note at 8:00 at night, right?

 6    A.  That is correct.

 7    Q.  And, again, whether it's early morning or late at night,

 8    he's just sitting up in bed working on his computer, right?

 9    A.  That is correct.

10         MR. BRENNER:  So let's go to one more, which is D92 at

11    316.

12    BY MR. BRENNER:

13    Q.  This one is -- so we have early morning.  We have 8:00 at

14    night.  Now this one says that he's sleeping when they walked

15    up -- when they walk up, right?

16    A.  That's what it says.

17    Q.  And it says the reason he's sleeping this time is because

18    he stayed up late last night working, right?

19    A.  That's what it said.

20    Q.  Okay.  Well, yes.  He's sleeping when the nurse sees him.

21    And he explains to her why he's sleeping, right, because he

22    needs to sleep late because he was up late working, right?

23    A.  That's what he said.

24    Q.  Okay.  Great.

25         Doctor, would you have any reason to dispute that there are
```

1    over 250 references in Dave's medical records to him working in

2    the VA?

3    A.   As I said before, I didn't count them myself but they are

4    frequently referred to.

5    Q.   Would you have any reason to dispute there are 520

6    references to him working on his computer?

7    A.   The same story.  I didn't count them myself but it's

8    frequently referred to.

9    Q.   Any reason to dispute there's over 3,000 references to him

10   being oriented?

11   A.   Well, I would presume because that's a standard statement

12   for anybody as a part of the general physical examination.

13   Q.   And over 4,000 references to him being alert.  Any reason

14   to dispute that?

15   A.   And, again, that's one of the standard statements being

16   made.

17   Q.   Okay.  And there's nothing in Dave's physical condition

18   that prevented him from using his computers, correct?

19   A.   Well, I wouldn't say that that's always the case.  But in

20   many -- most of the time, there's nothing to prevent him from

21   working.  The problem would be that he's being interrupted

22   frequently as he worked.

23   Q.   Right.  So he could be working all day, except when they

24   come in and have to do their stuff to help provide care to him,

25   right?

1    A.   Which would be a large part of the day, yes.

2    Q.   Okay.  I want to talk just about a couple more items.  You

3    talked urinary tract infections.  You say basically he had a

4    constant urinary tract infection?

5    A.   That he was -- there was an underlying presence of bacteria

6    in the urine at all times.  But then there were -- an acute

7    anachronic problem, that he would have acute exacerbations with

8    some occasions leading to bacteremia.

9    Q.   Right.  We'll talk about -- say that word again?

10   A.   Bacteremia.

11   Q.   Bacteremia.

12   A.   Presence of bacteria in the bloodstream.

13   Q.   Okay.  I was going to miss one of those syllables.  Thank

14   you.

15        The truth is, between 1995 and 2013, there's only five or

16   six times that Dave Kleiman had a symptomatic infection,

17   urinary tract infection?  Twenty-year period?

18   A.   I think that would be what has been recorded, but that

19   doesn't mean that he didn't have a chronic problem with the

20   urinary tract.

21   Q.   In the medical records you reviewed, five or six times over

22   a 20-year period he is noted to have a symptomatic urinary

23   tract infection?

24   A.   That is correct.  And also during that entire time he

25   required catheterization for the urine.

 1    Q.  Right.  We talked about the bladder sphincter, that he had

 2    lost control of that?

 3    A.  That is correct.  Not just the sphincter, the ability of

 4    the bladder to contract.  I didn't mention that before, but

 5    that's part of the problem.

 6    Q.  Okay.  So Dave needs help passing urine, right?

 7    A.  That's correct.

 8    Q.  And other than the times that there is bacteremia, a UTI

 9    would not affect someone's mental ability, correct?

10    A.  In general, that is correct.

11    Q.  Okay.  And you told me in deposition Dave had bacteremia a

12    total of three times?

13    A.  That's what I found in the record during this particular

14    hospitalization.

15    Q.  That's all you have to go by.

16    A.  During this hospitalization, that's correct.

17    Q.  Sure.  Each time, it lasted only a short period of time,

18    correct?

19    A.  Well, it was adequately treated.

20    Q.  Right.  And you saw no evidence that these three short

21    periods had any effect on Dave's mental state, correct?

22    A.  Well, in general, bacteremia can do that.  But I don't see

23    anything in the record specifying that.

24    Q.  Right.  Can; just didn't with Dave?  No record that it did

25    with Dave?

1   A.  Not specified in the record.

2   Q.  Okay.  And that's all we have to go by, right?

3   A.  Well, again, one of the problems with medical records,

4   there is an overlying idea that if it's not recorded, it didn't

5   happen.  But that is never necessarily the case.  We miss out

6   on things frequently in the medical record.  So I would not

7   agree with the statement if it's not recorded, it didn't

8   happen.

9   Q.  Okay.  We'll move on to another subject, which is

10  surgeries.  Just real quick, seven surgeries between 2010 and

11  2013, right?

12  A.  Yeah.  I accounted -- I counted seven formal surgical

13  procedures.  That's not counting bedside debridements.

14  Q.  Right.  And you're not offering an opinion in this case

15  that any of Dave's surgeries had any -- caused any sustained

16  impairment on Dave's ability to think, correct?

17  A.  Correct.  The key word being "sustained."

18  Q.  Right.  Well, when he's under anesthesia, he's not thinking

19  great, right?

20  A.  That's correct.

21  Q.  And the anesthesia takes like a day to wear off, maybe two

22  days?

23  A.  One to two days is what I said before, yes.

24  Q.  Seven surgeries.  Let's give him two.  Let's give you the

25  bonus day.  That would be 14 days over a -- I tried to count

1   it.

2          MR BRENNER:  How many days was it, Mr. Holtzman?

3   BY MR. BRENNER:

4   Q.  Nine hundred days that you looked at?

5   A.  It is counted up in one of those exhibits that came by

6   yesterday.

7   Q.  Okay.  So I think it's like high 800s, whatever it is.  So

8   14 of those days, he may have had the effect of anesthesia?

9   A.  That are recorded, that's correct.

10  Q.  Right.  Just that are recorded in Dave's medical records,

11  right?

12  A.  That's correct.

13  Q.  Okay.  Let's just talk briefly about medication.  You sort

14  of broad-brushed it a little bit, so let me break it down.  You

15  mentioned -- you told us in your expert opinion -- just so the

16  jury understands, you gave an expert report in this case.  You

17  recall that?

18  A.  Well, I gave --

19  Q.  Two.

20  A.  -- two reports.

21  Q.  My bad.  You gave two.  You gave one in December of '19, I

22  think?

23  A.  Yes.

24  Q.  And then you gave -- I forgot if you called it a

25  supplemental or amended, something you gave in April of 2020?

1   A.  That is correct.

2   Q.  Right.  And in those reports, you outline for us -- because

3   that's what the rules require, you outlined what your opinions

4   were, right?

5   A.  That is correct.

6   Q.  And then I had an opportunity to take your deposition to

7   make sure that your report adequately covered your opinions.

8   You remember that?

9   A.  That is also correct.

10  Q.  Right.  And in your report, you identified two medications

11  that could -- remember the word "could" -- could have had an

12  effect on Dave Kleiman's mental ability?

13  A.  That is also correct.

14  Q.  One of them was -- and you're going to have to help me with

15  the pronunciation -- it's called Ertapenem?

16  A.  That's an antibiotic, yes.

17  Q.  So that was your antibiotic opinion.  And do you recall,

18  did you look -- so he -- Dave definitely was subscribed --

19  prescribed, not subscribed -- prescribed Ertapenem while he was

20  in the hospital, right?

21  A.  He had a course of Ertapenem, that's correct.

22  Q.  And I think -- let's just for -- so we could move it along,

23  let's assume there's about 850 to 900 days that you looked at

24  records, okay?

25  A.  Well, sure.

1   Q.  Okay.  Dave was prescribed Ertapenem for a total of -- do

2   you remember?

3   A.  I don't remember, but the usual -- it would be from one to

4   six weeks.

5   Q.  Right.  He had 10 days total.

6   A.  Well, I would have to go back and see that.  He didn't

7   receive it for a long period of time.

8   Q.  He did not -- or what did you say?

9   A.  He did not receive it for a long period of time.  Of course

10  it depends on your definition of long.  He had one course of

11  Ertapenem.

12  Q.  Mine's 10 days.  Are we calling that long or short?

13  A.  I'll agree to that.

14  Q.  You'll agree to that.  So 10 days he received this

15  antibiotic.  And you agree with me that the side effect of --

16  that it has some sort of effect on your alertness or whatever

17  is a rare side effect of Ertapenem.  Do you agree with that?

18  A.  It is unusual.  I've seen it once.

19  Q.  It's not usual.  And none of the medical records note that

20  Dave had any effect from Ertapenem, right?

21  A.  That is correct.

22  Q.  Okay.  Then you also mentioned Valium, right?  That was

23  this other drug you mentioned?

24  A.  That is correct.

25  Q.  And I think there's Valium -- there's another name for it,

1   right?

2   A.  Well, the generic name is diazepam.

3   Q.  Got it.  So we'll call it Valium.  That's what you called

4   it on direct.  You don't know if Valium had any -- well, strike

5   that.

6       There's no record that Valium had any negative effect -- in

7   Dave's medical records, there's no medical record that

8   demonstrates that Valium had any negative effect on Dave's

9   mental state?

10  A.  It's not specifically recorded as such.

11  Q.  Right.  It's not generally recorded.  There's no record of

12  it?

13  A.  It's not specifically recorded as such.

14  Q.  Okay.  In fact, there isn't a single notation in the

15  medical records that -- medical records that you reviewed that

16  Dave ever had a decreased mental state because of any

17  medication that he was prescribed at the VA, correct?

18  A.  It's not specifically recorded as such.

19  Q.  In fact, you went and looked for that, didn't you, Doctor?

20  A.  In general, yes.

21  Q.  And you didn't find it, right?

22  A.  I didn't find any, no.

23          MR. BRENNER:  Okay.  Let me check with my colleagues,

24  Judge.

25          THE COURT:  Certainly.

1          (Pause in proceedings.)

2               MR. BRENNER:  Doctor, thank you so much for your time.

3               Your Honor, I have no further questions.

4               THE COURT:  All right.  Any redirect?

5               MR. KASS:  Yes, Your Honor.

6                         REDIRECT EXAMINATION

7      BY MR. KASS:

8      Q.  Dr. MacIntyre, do you remember being asked whether Dave's

9      medical records were introduced into evidence yesterday?

10     A.  Whether I was asked if his medical record was introduced

11     into evidence?

12     Q.  Yes.  Do you recall that?

13     A.  I'm trying to remember.  I'm sure it was, but ...

14     Q.  Well, I'll make this easier.

15              MR. KASS:  Mr. Reed, if you could pull up D091.  D091.

16         (Pause in proceedings.)

17              MR. KASS:  If we could show D091 to the witness and

18     the jury.

19         (Pause in proceedings.)

20              THE COURT:  Liz, do you want to call IT?  He might

21     have a problem on his end.

22              Oh, there we go.  Okay.

23              MR. KASS:  I'm sorry, but if you could take that down.

24     I don't believe that's 091.

25              There we go.

1   BY MR. KASS:

2   Q.  Dr. MacIntyre, I believe we have the exhibit up.  Do you

3   recall being shown this document yesterday?

4   A.  I remember seeing this.  Yes.  Uh-huh.

5          MR. KASS:  And, Mr. Reed, if you could go down to the

6   second page.

7   BY MR. KASS:

8   Q.  And do you recognize this as the medical records that you

9   were shown yesterday?

10  A.  That is correct.  It says at the bottom:  "Page 2 of

11  1,000."  What happened was it was divided up into packets of

12  1,000 pages each.

13  Q.  Do you recall if this document was admitted into evidence

14  yesterday by counsel for the Defense?

15  A.  Yes.

16  Q.  And do you recall if the other sections of this medical

17  record that was broken down was introduced into evidence

18  yesterday?

19  A.  My understanding is that all those over 10,000 pages were

20  introduced.  That is correct.

21  Q.  Right.  And would that include D091, D092, D093, D094,

22  D095, D096, D097, D098, D099, D100, D101, and D102?

23  A.  Yes.  I remember that list being read off.  Each one of

24  those is one of those packets of a thousand pages.

25  Q.  And those are the ones that were introduced into evidence

1    yesterday by counsel for Defense?

2    A.   That is correct.

3    Q.   Mr. Brenner spent a significant amount of time going

4    through Mr. Kleiman's medical records, methodically pointing

5    out certain instances where Dave was noted to have been working

6    on his computer.  Do you recall approximately around how many

7    times they were, how many documents he had shown you?

8    A.   Well, again, as I said with him, I didn't add them up or

9    count them out.  I believe he asked:  "Do you think it would

10   have been 100 times," and I would have to agree with that.  It

11   may be more.

12   Q.   But would you be surprised if he had shown you more than 25

13   in this courtroom today?

14   A.   Yeah.  It was getting to be a bit repetitious.

15   Q.   Okay.  Now, Mr. -- and as far as -- so if he showed you

16   around 25 pages today of Dave Kleiman's medical records -- and

17   we know Dave Kleiman's medical records are how many thousands

18   of pages, did you say?

19   A.   Around 11,000.

20   Q.   Okay.  Percentage-wise, do you have any idea -- you would

21   agree it's a pretty small percentage, correct?

22   A.   It's a lot of paper.

23   Q.   Okay.

24        MR. KASS:  Mr. Reed, if you could pull up the

25   demonstrative exhibit showing the days Dave Kleiman was in the

1    hospital.

2             COURTROOM DEPUTY:  Mr. Kass, is that for everyone to

3    see?

4             MR. KASS:  Yes, it is.  It was shown yesterday without

5    objection.

6         (Pause in proceedings.)

7             MR. KASS:  If you can go to the slide right before

8    that where you see the total amount of days.

9             Okay.  Perfect.

10   BY MR. KASS:

11   Q.  Dr. MacIntyre, do you recall being shown this yesterday?

12   A.  Yes, I do.

13   Q.  And is it a calendar showing the total amount of days that

14   Dave Kleiman was in the hospital?

15   A.  That is correct.  During this particular hospitalization.

16   Q.  And as far as 2011 and 2012, it's a complete year, correct?

17   Each time is a complete year.

18   A.  That is correct.

19   Q.  So 365 plus 365, about 700 days?

20   A.  That is correct.

21   Q.  And if we look in 2011, there's another three months.  So

22   then we have to add another 90 days?

23   A.  Yes.

24   Q.  So already we're at 790.  And then we have, in 2011, about

25   another three months, right?

1    A.   Yeah, or another two and a half months.  Whatever.

2    Q.   Another two and a half months.  So we're talking 850 days,

3    give or take, continuous hospital stays?

4    A.   That is correct.  Yes.

5    Q.   We had discussed how there were interruptions when Dave

6    Kleiman was in the hospital, correct?

7    A.   That is correct.

8    Q.   And I believe you had discussed how there were doctors

9    coming into his room checking up on him?

10            MR. BRENNER:  Objection.  Leading.

11            THE COURT:  Sustained.

12            THE WITNESS:  That is correct.

13            THE COURT:  The objection is sustained.  Rephrase.

14            MR. KASS:  Okay.

15   BY MR. KASS:

16   Q.   Were there interruptions during Dave Kleiman's stay in the

17   hospital?

18   A.   Yes.  I think I went over this previously.  There are many

19   interruptions that occur.  There are administration of

20   medications by the nurses.  There's this turning every two

21   hours that has been talked about.  There's interruption for

22   wound care, each one of which would have taken not just a

23   couple of minutes but longer than that.

24       Then there was physical therapy and occupational therapy,

25   and there were notes from those mentioned during the previous

1    discussions.  Then there were interruptions from the multiple

2    medical teams coming in from different subspecialties in a

3    teaching hospital.

4         Over and all, there were multiple many interruptions

5    throughout the day for this patient or any patient, in

6    particular this patient because of the type of problems that he

7    had.  The pressure ulcers, the Foley catheter, the IVs, all of

8    those lead to interruptions.

9    Q.  Dr. MacIntyre, how do you know all of that occurred with

10   Dave Kleiman?

11   A.  Well, I know from two ways.  One is the documentation in

12   the record that the people who are doing the interrupting

13   documented what they did.

14        And secondly, from a personal knowledge of what happens in

15   hospitals.  So I work in hospitals.  I know what goes on.  I

16   was a patient last April in a hospital and I know what happened

17   to me.

18   Q.  With respect to Dave Kleiman, around how many times would

19   there be notes from a doctor or a physical therapist or a nurse

20   on a daily basis?

21   A.  Oh, I would have to go back and do a little addition and

22   subtraction, but I would say from five to 10.

23   Q.  So on every day, there were five to 10 notes with regards

24   to treatment of Dave Kleiman?

25             MR. BRENNER:  Objection.  Leading.

```
1                THE COURT:  (No verbal response.)

2                THE WITNESS:  Correct.

3    BY MR. KASS:

4    Q.  And any of those notes could have talked about what Dave

5    Kleiman was doing at that point in time?

6    A.  Well, it was either at the time or at the end of a shift,

7    the nurse would write a summary note for the shift.

8    Q.  But the note would include something about Dave Kleiman,

9    correct?

10                MR. BRENNER:  Objection.  Leading.

11                THE COURT:  The objection is sustained.

12                THE WITNESS:  There might be --

13                THE COURT:  Hold on.  Hold on.  There's no pending

14   question.  The objection is sustained.

15   BY MR. KASS:

16   Q.  So what would what those note -- what would those eight to

17   10 notes each day state?

18   A.  They would state physical findings on the patient, items

19   related by the patient to the therapist, and what the therapist

20   did to the patient during the time.

21   Q.  Okay.  If we do a little multiplication over here.  It's

22   going to be simple.  It's going to be factor of 10, so it

23   shouldn't be too hard.

24       We had discussed there was about 810 -- 850 days that Dave

25   Kleiman was in the hospital during this last hospital stay?
```

```
1              MR. BRENNER:  Objection.  Leading.

2              THE COURT:  Sustained.

3  BY MR. KASS:

4  Q.  How many days had you testified approximately Dave Kleiman

5  was in the hospital during this last hospital stay?

6  A.  Well, we just added it up and it came to around 850.

7  Q.  And how many -- approximately how many times a day would

8  there be notes with respect to Dave Kleiman?

9  A.  Well, I believe I said before five to 10, although I would

10 have to go back and do a little addition and subtraction to see

11 exactly.

12 Q.  If we do some rough, rough arithmetic, around how many

13 notes would there be about Dave Kleiman's condition all

14 throughout that stay?

15 A.  Well, again, five to 10.

16 Q.  Well, if you were to multiply the 850 by five to 10, what

17 would you get?

18 A.  I did pass high school math, but I can't do that

19 multiplication in my head without writing something down.  But

20 it's a high number.

21 Q.  Okay.

22 A.  850 times five -- well, times 10 would be 8,500.  Times

23 five, it would be half of that.  So somewhere between 4,250 and

24 8,500.  How's that for mental addition and subtraction?

25 Q.  Thank you.
```

 1    And I just want to ask you one final thing.  Did anything

 2    that Mr. Brenner -- well, sorry.  One thing before the one

 3    final thing.

 4       Was there any condition -- so I believe you had testified

 5    that Dave Kleiman sitting down or on his back wasn't a good

 6    position for him, correct?

 7             MR. BRENNER:  Objection.  Leading.

 8             THE COURT:  Sustained.

 9    BY MR. KASS:

10    Q.  New question.  Okay.  What was the best position for Dave

11    Kleiman to be resting in?

12    A.  Well, the best position would be either lying on one side

13    or lying on his belly.  Now, that doesn't mean that he couldn't

14    lie on his back, so long as it wasn't for a prolonged period of

15    time.  And it doesn't mean he couldn't sit down as in a

16    wheelchair or bed.  It's just that he should interrupt that

17    every so often to offload -- like I used the terminology

18    before, to offload the pressure ulcers.

19    Q.  And this will be the final round of questions.  Was there

20    anything that Mr. Brenner asked you that changed your opinions

21    with respect to the interruptions that Dave Kleiman had

22    throughout the day?

23    A.  I would say no.

24    Q.  Did anything that he asked you change your opinion with

25    respect to Dave Kleiman's medical condition?

```
1    A.   I would also say no.

2    Q.   Was there anything that he said that would change your

3    opinion with respect to the medications that Dave Kleiman was

4    taking?

5    A.   Again, I would say no.

6            MR. KASS:  That's all, Your Honor.

7            THE COURT:  All right.  Thank you, sir.

8            Ladies and Gentlemen, you have the right to ask

9    Dr. MacIntyre questions.  Do any of you have any questions for

10   Dr. MacIntyre?

11           If so, if you'll raise your hand.  Let me give you the

12   opportunity to write down your question.

13       (Pause in proceedings.)

14           THE COURT:  All right.  And may I see the attorneys

15   sidebar, please?

16       (At sidebar on the record.)

17           THE COURT:  All right.  The first question reads as

18   follows:  "When a patient is given a special overnight pass,

19   does the patient need to fulfill certain qualifications to be

20   able to leave the hospital?"

21           Any objection?

22           MR. FREEDMAN:  Nope.

23           MR. BRENNER:  No objection.

24           THE COURT:  Okay.  I just need one person from the

25   Plaintiffs and one person from the Defendant.
```

```
1              MR. BRENNER:  No objection from the Plaintiff.

2              THE COURT:  Mr. Kass, since you are --

3              MR. KASS:  No objection from the Defendant.

4              THE COURT:  All right.  Second question:  "Is the

5    patient required to have a companion (friend or family member)

6    to be able to leave the hospital?"

7              MR. BRENNER:  Your Honor, I would object.  That

8    potentially runs afoul of your motion in limine that said there

9    can't be anything about friend and family support.  It is in

10   the order you ordered.  I think it's in the motion in limine.

11   I could grab it, but I think it would run afoul.

12             MR. KASS:  Your Honor, we have no objections to it.

13   They're simply asking what the requirements are, not whether

14   there was a friend or family member there.

15             MR. BRENNER:  And also, I don't think it's relevant to

16   any of the issues in the case whether a friend or family member

17   was there.  I think it runs afoul of your order.

18             THE COURT:  I think it relates to capacity.  It

19   doesn't speak of a particular sibling.  The objection is noted.

20   It's overruled and the questions are proper.

21        (End of discussion at sidebar.)

22             THE COURT:  All right.  Ladies and Gentlemen, I want

23   to thank you for your questions.

24             There are two questions, Dr. MacIntyre, and they read

25   as follows:
```

1          The first question is:  "When a patient is given a

2     special overnight pass, does the patient need to fulfill

3     certain qualifications to be able to leave the hospital?"

4          THE WITNESS:  That is up to the physician who

5     authorizes the pass.  In other words, if the patient is felt

6     not to qualify to be out for overnight by that physician, he

7     will not sign off on the pass.  So I can't give specific

8     qualifications because it depends on the circumstances and

9     which physician it is that's authorizing it.  But in the

10    opinion of that physician, the patient could have the pass

11    without it being detrimental to his treatment or health.

12         THE COURT:  The second question reads as follows:  "Is

13    the patient required to have a companion (friend or family

14    member) to be able to leave the hospital?"

15         THE WITNESS:  I'm not familiar with the specific

16    requirement in that for this particular hospital.  That would

17    probably be up to the physician that does the ordering.

18         In general, it would be prudent to have a companion

19    available to take the patient out of the hospital, but I can't

20    say specifically whether there was a regulation to that effect.

21         THE COURT:  All right.  Thank you, Dr. MacIntyre.

22         Any follow-up by the attorneys on behalf of the

23    Defendant?

24         MR. KASS:  No, Your Honor.

25         THE COURT:  On behalf of the Plaintiffs?

92

```
 1              MR. BRENNER:  No, Your Honor.

 2              THE COURT:  All right.  Is Dr. MacIntyre excused?

 3              MR. KASS:  Yes, Your Honor.

 4              MR. BRENNER:  Yes, Your Honor.

 5              THE COURT:  All right.  Thank you, sir.

 6              You are excused.

 7         (Witness excused.)

 8              THE COURT:  And the Defendant's next witness.

 9              MR. MESTRE:  The Defense calls Kimon Andreou.

10              THE COURT:  All right.  Thank you.

11         (Pause in proceedings.)

12              THE COURT:  All right.  Mr. Andreou, if you'll step

13    forward.  If you'll remain standing, raise your right hand to

14    be placed under oath.

15         KIMON ANDREOU, DEFENSE WITNESS, SWORN

16              COURTROOM DEPUTY:  Have a seat, please.

17              If you can just state your name and also spell it for

18    the record.

19              THE WITNESS:  Kimon Andreou.  K-I-M-O-N.

20    A-N-D-R-E-O-U.

21              THE COURT:  Mr. Andreou, consistent with the CDC

22    guidelines, if you are fully vaccinated and you feel

23    comfortable, you are permitted to take your mask off while you

24    are testifying.

25              THE WITNESS:  Thank you.
```

```
 1                    DIRECT EXAMINATION

 2   BY MR. MESTRE:

 3   Q.  Good morning, Mr. Andreou.

 4   A.  Good morning.

 5   Q.  Can you give the jury a brief history of your educational

 6   background?

 7   A.  Okay.  I have an undergrad in accounting and finance, a

 8   master's degree in management information systems -- oh, sorry.

 9   An undergrad in accounting and finance, a master's in

10   management information systems, and I am halfway through a

11   doctorate degree in information systems.

12   Q.  And can you give the jury a brief description of your work

13   background?

14   A.  My entire career, over 20 years, has been in the broader IT

15   space: network security, network administration, software

16   development, and data analytics.  And that has been the primary

17   focus of my career over the past -- well, the majority of my

18   career.

19   Q.  And where do you work now?

20   A.  General Motors.

21   Q.  And what do you do at General Motors?

22   A.  I head up the data analytics team for the contact centers

23   there.

24   Q.  Now, did you know David Kleiman?

25   A.  Yes.
```

1    Q.  When did you first meet him?

2    A.  I met him in 2002 or '3, when we both worked for S-Doc, a

3    software -- security software company in West Palm Beach.

4    Q.  What did you do at S-Doc?

5    A.  I headed up the application development and the QA, quality

6    assurance, which is testing of software.  And then it evolved

7    to also do sales engineering, which also added to my portfolio,

8    supporting the sales team on the field.

9    Q.  What did Dave Kleiman do at S-Doc?

10   A.  He was the chief information security officer, so he was

11   responsible for the server security side, the network security

12   side of the company and of the software we would sell.

13   Q.  Did you work with him after S-Doc?

14   A.  On occasion, he would ask me to -- on cases that he would

15   do for forensic work that he did, whenever he needed any sort

16   of programming help, he would come to me and I would write a

17   quick script or a quick program for him or any such thing.

18   Q.  And why would he ask you to do that?

19          MR. BRENNER:  Objection.  Calls for speculation.

20          THE COURT:  Overruled.

21          THE WITNESS:  He asked me because he just didn't know

22   how to program.  So he knew that I knew how to program, so he

23   would ask me to do it.

24   BY MR. MESTRE:

25   Q.  Dave Kleiman was not a programmer?

```
 1              MR. BRENNER:  Objection.  Leading.

 2              THE COURT:  Sustained.

 3   BY MR. MESTRE:

 4   Q.  Was Dave Kleiman a programmer?

 5   A.  No.

 6   Q.  Would it -- while you worked with him, did you get to know

 7   his background and skill set?

 8   A.  Yes.

 9   Q.  Did you develop a friendship with Dave?

10   A.  Yes.

11   Q.  And how did that friendship develop?

12   A.  We worked together for a few years and we would just spend

13   time outside of work as well, either going to dinner or going

14   to a gun show or just hanging out.

15   Q.  Was he a good friend?

16   A.  Yes.

17   Q.  Would you consider him your closest friend?

18   A.  He would be among my closest, yes.

19   Q.  After you -- and I think you said you met him in 2002,

20   2003?

21   A.  Yes.

22   Q.  After you met him in 2002 or 2003, was he ever

23   hospitalized?

24   A.  Yes.

25   Q.  When was the first time that you know that he was
```

1    hospitalized?

2    A.  I don't remember when, but he always had issues.  He was in

3    a wheelchair, so he would always get some sort of infection

4    which would require him to be hospitalized.

5    Q.  And how would that affect his ability to -- how would that

6    affect his day-to-day life?

7    A.  Well, he would be in the hospital, so he couldn't -- he

8    wouldn't be at home.  He wouldn't have access to all his

9    equipment.  But until the last hospital stay, his stays, to my

10   recollection, were not lengthy.

11   Q.  When was the -- what you're calling the last hospital stay,

12   when was that?

13   A.  The one that he -- I don't know if he entered -- was it in

14   2010 or '11, but he was -- the one where -- the last hospital

15   stay before he died.

16   Q.  Okay.  So let me show you what I believe is in evidence.

17            MR. MESTRE:  Mr. Reed, if you could pull up Joint

18   Exhibit 55 for me.

19            I believe this is in evidence, Your Honor.

20            MS. McGOVERN:  It is.

21            MR. MESTRE:  Okay.  Can you publish this to the jury,

22   please.

23   BY MR. MESTRE:

24   Q.  This is already a document in evidence, Mr. Andreou.  If

25   you look at the email from Dave Kleiman on April 9th, 2008 at

1   2:18 a.m.

2          MR. MESTRE:  If you could call that part out for me,

3   Mr. Reed.

4   BY MR. MESTRE:

5   Q.  He says:  "I've been laid up for a bit."  And then a few

6   lines down he says:  "I haven't worked in about 10 days."

7      Do you remember that?  I know this is not an email to you.

8   But do you remember him being laid up at this time in 2008?

9   A.  I -- I honestly don't remember that time frame, but he had

10  been -- he would end up in the hospital every now and then

11  because of those infections.  I don't recall this particular

12  case.

13  Q.  Okay.  Let me pull up another exhibit.

14         MR. MESTRE:  Mr. Reed, if you can pull up Joint

15  Exhibit 52, which I think is also in evidence, and publish it

16  to the jury, please.

17  BY MR. MESTRE:

18  Q.  So this is an email, Mr. Andreou, from Dave Kleiman to

19  Craig Wright on February 19th of 2009.  He says:  "Actually, I

20  had some minor surgery."

21     Do you know what he was having surgery for at this time in

22  2009?

23  A.  I'm not certain what it was.  But no, I don't know -- I

24  can't say.

25  Q.  But is that --

1    A.  I can't say definitively.

2    Q.  Apologies.  But is that consistent with your testimony that

3    he was in and out of the hospital?

4    A.  Yes.  Yes.  Yes.  Because of his wheelchair, he would get

5    any minor scrape or scratch or whatever.  He had -- because he

6    had no sense below the waist, it would end up getting infected.

7    Q.  Okay.  I'm going to show you another exhibit that's in

8    evidence.  It's D1021.

9          MR. MESTRE:  If you could pull that up, Mr. Reed.

10        (Pause in proceedings.)

11         MR. MESTRE:  That's the wrong exhibit, but I don't

12   think I need it.

13   BY MR. MESTRE:

14   Q.  If I told you that -- so the second time period that you're

15   talking about, what you called the last time period that he was

16   in the hospital, would that have been from September of 2010 to

17   March of 2013?  Is that the period you're speaking about?

18   A.  Yes.  Yes.

19   Q.  Okay.

20         MR. MESTRE:  You can take down the exhibit, Mr. Reed.

21   BY MR. MESTRE:

22   Q.  So during that -- we'll call it the last hospitalization or

23   the most recent -- would you visit Dave Kleiman?

24   A.  Yes.  Regularly.

25   Q.  And where did you work at the time?

1    A.   I worked for Royal Caribbean at the Port of Miami.  So it

2    was a straight shot from the office to the VA.

3    Q.   At that time, was Dave Kleiman at the Miami VA?

4    A.   Yes.

5    Q.   Where is the Miami VA?

6    A.   It's right off of 395.  So just take that from the office

7    over there, take the exit, and it was right off of the exit

8    straight.  It would only take me maybe 10 minutes to get there.

9    Q.   And would you go after work to visit?

10   A.   After work.  So I would usually show up between 6:00 and

11   7:00, I think.

12   Q.   How often would you go?

13   A.   Daily.  Monday through Friday.  Because I was in the office

14   and I would just go there.  I would bring him food.

15   Q.   Every day?

16   A.   Almost.

17   Q.   Did he ever ask you to take him Hooters wings, for example?

18   A.   That was his favorite.

19   Q.   Was there a Hooters on the way?

20   A.   Yes.

21   Q.   Can you describe the hospital room?

22   A.   Sure.  It was in the unit for spinal injuries, towards the

23   back of that.  And he -- even though it was a two-bedroom,

24   usually he was on his own in there.  And his bed was closest to

25   the door and he would have all of his stuff there.

```
 1    Q.  Were there times where he shared it with another patient?

 2    A.  Yes.

 3    Q.  Why would you go so often?

 4    A.  He was my friend.

 5    Q.  Your close friend?

 6    A.  Yeah.

 7    Q.  Did you ever visit him at home?

 8    A.  No.

 9    Q.  Do you know, when he was home, if he needed help with his

10    daily activities?

11    A.  Not to my knowledge.

12    Q.  Was Dave Kleiman shy?

13    A.  He was private, not shy.

14    Q.  Was he timid?

15    A.  No.

16    Q.  Strong personality?

17    A.  Very strong.

18    Q.  Do you know if he had a business partnership with Carter

19    Conrad and Patrick Paige?

20    A.  Yes.

21    Q.  How did you know that?

22    A.  He told me.

23    Q.  He didn't keep it secret?

24    A.  No.

25    Q.  Given his physical limitations, do you know whether Patrick
```

```
1    Paige and Carter Conrad helped him with his engagements?

2    A.  I'm not aware of that.

3    Q.  I should ask them.

4        I want to talk a little bit now about David Kleiman's skill

5    set, which I think you said you are familiar with.  And you

6    have already said that he was not a programmer.  Was Dave

7    Kleiman a coder?

8    A.  No.

9    Q.  Did you ever tell him that he couldn't code?

10   A.  Yes.

11   Q.  What did you tell him?

12   A.  I would tease him --

13           MR. BRENNER:  Objection.  Calls for hearsay, Your

14   Honor.

15           THE COURT:  Sustained.

16   BY MR. MESTRE:

17   Q.  In your opinion, could Dave Kleiman code himself out of a

18   paper bag?

19   A.  No.

20           MR. BRENNER:  Objection, Your Honor.  Argumentative

21   and calls for speculation.

22           THE COURT:  Sustained.

23   BY MR. MESTRE:

24   Q.  How would you describe his ability to code?

25   A.  It was minimal to nil.
```

```
 1    Q.  Did he ever reach out to you and ask you for help with

 2    coding?

 3              MR. BRENNER:  Objection.  Asked and answered.

 4              THE COURT:  Sustained.

 5              MR. MESTRE:  Your Honor, I asked about the

 6    programming.  I haven't asked --

 7              THE COURT:  The coding?

 8              MR. MESTRE:  He has testified that he called him about

 9    programming because he could program.  I haven't asked him yet

10    if he called him about coding.  It's not asked and answered.

11              THE COURT:  I'll allow it.

12    BY MR. MESTRE:

13    Q.  Did he ever call you about coding?

14    A.  Yes.

15    Q.  Why did he do that?

16              MR. BRENNER:  Objection.  Calls for speculation.

17              THE COURT:  Overruled.

18              THE WITNESS:  Because he didn't know how and he knew

19    that I knew how to do that.

20    BY MR. MESTRE:

21    Q.  I want to talk to you now about some papers that David

22    Kleiman was involved with.  Did he ever discuss with you any

23    papers that he wrote?

24    A.  Yes.

25    Q.  Was he proud about the papers that he wrote?
```

1    A.   Very much so.

2    Q.   Did he keep papers that he wrote secret from you?

3    A.   If he did, I wouldn't know.

4    Q.   That's a good point.  Did he ever mention a paper about

5    overwriting data that he worked on with Craig Wright?

6    A.   Yes.

7    Q.   Was that paper about secure wiping?

8    A.   Yes.

9    Q.   Was it also about recovering information from computer

10   devices?

11   A.   It was about preventing the recovery.

12   Q.   You improved my question.  That's right.

13        Was it also about -- was it about overwriting data?

14   A.   Yes.

15   Q.   Would it be fair -- have you heard that paper referred to

16   or did he ever refer to that paper as a data wipe fallacy

17   paper?

18   A.   I don't remember him using those words.

19   Q.   But this paper that we're talking about now, was he proud

20   of it?

21   A.   Yes.

22   Q.   Did he mention it to you more than once?

23   A.   Yes.

24   Q.   How many times did he mention it to you?

25   A.   Several times.

1    Q.  So I want to talk to you about a thumb drive that there's

2    been testimony about.  Do you know if he had a thumb drive that

3    he kept with him?

4    A.  Yes.

5    Q.  Did you ever see what was on it?

6    A.  No.

7    Q.  Did he always have it on his person?

8    A.  Yes.

9    Q.  Did he take good care of it?

10   A.  Yes.

11   Q.  Where did he keep it?

12   A.  He kept it with his keys, usually attached to his

13   wheelchair or in his backpack.

14   Q.  Did it ever leave his sight?

15   A.  Not that I'm aware of.  He was very careful about it.

16   Q.  Do you know whether or not it was encrypted?

17   A.  Yes, it was.  He had encrypted information on it.  I don't

18   remember if the whole thing was encrypted or parts of it, but

19   there was encrypted data on it, yes.

20   Q.  And how do you know that?

21   A.  Because he would tell me.  And when he needed something, he

22   would have to type in his password.

23   Q.  Is it fair to say that whatever was on it was very

24   important to him?

25        MR. BRENNER:  Objection.  Leading.

```
1              THE COURT:  Sustained.

2    BY MR. MESTRE:

3    Q.  Was whatever was on it important to him?

4              MR. BRENNER:  Objection.  Leading.

5              THE COURT:  Sustained.  Rephrase.

6              MR. MESTRE:  I think I've made the point.

7    BY MR. MESTRE:

8    Q.  I want to get to his finances now, Dave Kleiman's finances.

9    Do you know whether or not he was having financial

10   difficulties?

11   A.  Yes.  He did have.

12   Q.  Were they serious or pretty bad difficulties?

13   A.  Yes.  His house -- he was always behind in his house

14   payments, in his FP&L payments, power; all sorts of bills he

15   was behind on.

16   Q.  Okay.  So let me break that down.  Was he having problems

17   making his mortgage payments?

18   A.  Yes.

19   Q.  Did he ever tell you that his house was going to go into

20   short sale?

21             MR. BRENNER:  Objection.  Leading.

22             MR. MESTRE:  That's not a leading question.

23             THE COURT:  I'll allow it.  Overruled.

24             THE WITNESS:  Yes.  He did tell me.

25
```

```
1    BY MR. MESTRE:

2    Q.  Did he ever tell you that it might go into foreclosure?

3    A.  Yes.

4    Q.  Do you know whether or not he was trying to refinance?

5    A.  I believe he mentioned that.

6    Q.  He said to you -- he said that to you?

7    A.  Yes.

8            MR. BRENNER:  Objection.  Leading.

9            THE COURT:  Overruled at this point.

10   BY MR. MESTRE:

11   Q.  Was he trying to refinance because he wanted to keep his

12   house?

13   A.  That is the conclusion I came to.  Why else would he do it?

14   Q.  I don't know if you said this already, but I want to make

15   it clear.  Was he also having problems paying for the

16   utilities?

17   A.  Yes.

18   Q.  Do you know if he was having trouble paying for his Comcast

19   bill?

20   A.  I don't know that one specifically.  I remember he would

21   complain that he's behind on his bills.

22   Q.  Did Dave Kleiman like playing the Lotto?

23   A.  Yes.

24   Q.  Would you buy Lotto tickets for Dave Kleiman?

25   A.  Yes.
```

1    Q.  How often would you play with him?

2    A.  Maybe once a month, but it was pretty frequent.

3    Q.  Would you text with him?

4    A.  Yes.

5         MR. MESTRE:  If you could pull up only for counsel and

6    the witness and the Court what's exhibit Plaintiffs' 463.  It's

7    also Defendant's 480.

8    BY MR. MESTRE:

9    Q.  And, Mr. Andreou, I'd ask if you recognize these

10   documents -- this document, and we can scroll through it if you

11   need.

12   A.  Okay.

13        MR. BRENNER:  Can you do it a little slower, please?

14        MR. MESTRE:  That's as far as I think you need to go.

15   BY MR. MESTRE:

16   Q.  Do you recognize this?

17   A.  Yeah.  This is an exchange that I had with Dave.

18        MR. MESTRE:  Can you go to the first page, Mr. Reed,

19   please.

20   BY MR. MESTRE:

21   Q.  Are these text messages that you had with Dave?

22   A.  Yes.

23   Q.  Do you see a phone number where it says:  "Participants"

24   and it says:  "Dave Kleiman"?

25   A.  Yep.

1    Q.  Was that his phone number?

2    A.  I don't -- I don't remember it by heart, but it's -- he did

3    have a 561 number.

4    Q.  Okay.  I think these days nobody remembers a phone number

5    by heart.

6         MR. MESTRE:  Your Honor, I'd move for the admission of

7    Defendant's 480, Plaintiffs' 463.

8         MR. BRENNER:  Mr. Mestre, we saw eight pages.  Do you

9    know how many pages this is?

10         MR. MESTRE:  It is about 198 pages.  It's an exhibit

11    that was on the Plaintiffs' exhibit list.

12         THE COURT:  Is there any objection?

13         MR. BRENNER:  No objection, Your Honor.

14         THE COURT:  Admitted into evidence.

15    (Defendant's Exhibit 480 received into evidence.)

16         MR. MESTRE:  If we could go, Mr. Reed -- and I'm going

17    to take you through some of these texts.  If we could go to

18    Page 36, which is Kimon, a bunch of zeros, 59.  So the Bates

19    number is 59.  The page number is 36.

20         Okay.  There we are.  And if you could highlight first

21    the date.  It's Thursday, November 4th.

22         You don't need to call it out.  If you could just

23    highlight it, just because it's hard to see.

24    BY MR. MESTRE:

25    Q.  Do you see that's November 4th, 2010?

1   A.  Yes.

2   Q.  Okay.  Would that have been the date of this text message?

3   A.  Yeah.

4        MR. MESTRE:  Okay.  And if you could highlight -- and

5   if we could publish all of this to the jury now, please.

6   BY MR. MESTRE:

7   Q.  You see it says:  "Jody might not come on Saturday, sigh,

8   so you have to pick up the vaca frita."

9        Do you see that?

10  A.  Yeah.

11  Q.  That was from Dave?

12  A.  Yes.

13  Q.  Who was Jody?

14  A.  Jody was a coworker from S-Doc.

15  Q.  Coworker of yours and Dave's?

16  A.  Yes.

17  Q.  Did you know Jody?

18  A.  Yes.

19  Q.  Was Jody a friend of Dave Kleiman's?

20  A.  Yes.

21  Q.  Do you know if Jody would help him physically at his house,

22  for example?

23        MR. BRENNER:  Your Honor, objection to the relevance

24  of this line of questioning.

25        THE COURT:  Overruled.  I'll allow it.

1       THE WITNESS:  I know that Jody would visit him at

2   home.  I don't know what they did.

3       MR. MESTRE:  Okay.  If we can go, Mr. Reed, to -- do

4   you prefer the page number or the Bates number?

5       The Bates.

6       Okay.  So Bates 69.  The first three or four messages

7   and the date, if you could call that out.

8   BY MR. MESTRE:

9   Q.  Okay.  So you see here, Mr. Andreou, a text from Dave

10  Kleiman on December 24th.  I'm going to read it.  It says:

11  "Okay.  Well, that got all screwed up.  The OR doctors saw

12  something wrong with my knee, called X-ray to the OR, and they

13  saw one of the many metal rods I have was causing the infection

14  so they had to cancel the current surgery and open my knee.

15  Now they have to schedule to have the rod removed and

16  reschedule the other surgery.  Whatever.  Guess I will live

17  here forever."

18      So do you see that?

19  A.  Yes.

20  Q.  So did you visit him around this time?

21  A.  Well, from the date -- that's Christmas Eve, so I wouldn't

22  have visited him until January when I got back.

23  Q.  Not necessarily this day, but around that time, would you

24  have seen him?

25  A.  Yeah.

1    Q.  And how -- how was he doing physically at this point?

2    A.  Well, he was laid up in bed in the hospital, as expected,

3    but his mood was down because he wanted to get out.

4    Q.  Were there other times during this hospital stay, this last

5    hospital stay, where his mood was down?

6    A.  Yes.

7    Q.  And what were some of the ways in which you observed that?

8    A.  Well, when he would -- he wouldn't have his usual upbeat

9    personality.  He wouldn't crack jokes.  He wouldn't make

10   comments like he's making here, like:  "Whatever.  I guess I'll

11   live here forever."

12           MR. MESTRE:  Let me go to Kimon 77.

13           And from "brought to ICU" to the end, if you can call

14   that whole thing out.

15   BY MR. MESTRE:

16   Q.  So let's keep looking at how he was doing.  Okay.  This --

17   and I will -- we can go back and look at it, but I will

18   represent that that is a text from Friday, March 4th, 2011.

19           MR. MESTRE:  He found it as fast as I could say it.

20           Thank you.

21           So we can go to the next page.

22   BY MR. MESTRE:

23   Q.  So let's see how he's doing.  He says -- so Dave says:

24   "Brought to ICU," intensive care unit.  "Only have phone for

25   five minutes.  If you have anything important, let me know.

```
 1    Will check text messages once I'm okay."
 2         You say:  "How can you be okay and be taken to ICU?  Does
 3    not compute."
 4         Dave says:  "I was not okay, but now okay.  Dorky."
 5         "Ah.  So what happened?  Was it acute steak deficiency,
 6    which is fine?"
 7         "Yes."
 8         He, still in ICU:  "Yes, but they took the tube out of my
 9    nose."
10         So do you see that?  Did I read that accurately?
11    A.  Yes.
12    Q.  Okay.  So were you worried that he was in the intensive
13    care unit?
14    A.  Yes.
15    Q.  Okay.  And were you concerned that he had a tube in his
16    nose?
17    A.  When I found out, yes.
18    Q.  Okay.  And did you visit him at about this time?
19    A.  I don't remember, but I would not have visited him if he
20    was in the ICU.
21    Q.  Would you have visited him after perhaps?
22    A.  Yeah.  When he was back in his room, yes.
23    Q.  Okay.  Do you remember visiting him after this particular
24    time?
25    A.  I know I did visit him after this.  I don't remember which
```

1    day, though, when I started going back.

2    Q.  He wouldn't be working while he was in intensive care?

3             MR. BRENNER:  Objection.  Leading.

4             THE COURT:  Sustained.

5             MR. MESTRE:  Let's go to Kimon 87.

6    BY MR. MESTRE:

7    Q.  And this is a page -- you see at the top it says:  "Monday,

8    April 25th, 2011."  So that's the date.  And about the middle

9    of the page, it says --

10            MR. MESTRE:  I want to highlight where it says:  "I

11   know, but it's" -- exactly.

12            And the rest of the page.

13            Great.

14   BY MR. MESTRE:

15   Q.  So Dave says:  "I know, but it is like I cannot even go

16   down the hall to get soda out of the soda machine.  Do you know

17   how imprisoned, weak, useless that makes you feel, especially

18   if you deal with it for months upon months?  I bet just a few

19   weeks of that would drive a normal person insane."

20      Now, this must have been very hard for you to see.  But how

21   did you -- what was your view about his mental health at this

22   point?

23            MR. BRENNER:  Objection.  Calls for expert opinion.

24            THE COURT:  Sustained.

25

```
1    BY MR. MESTRE:

2    Q.  How did you think he was doing?

3    A.  He was obviously unhappy.

4    Q.  Did you see him shortly after this or before?

5    A.  Most likely.

6    Q.  Do you remember?

7    A.  I know that I would visit him regularly.  I just don't

8    remember the dates.

9    Q.  But do you remember -- were there any moments that you saw

10   him where he may have felt or acted in a way consistent with

11   this text message?

12           MR. BRENNER:  Objection.  Leading.

13           THE COURT:  Overruled.  I'll allow it.

14           THE WITNESS:  Yes.

15   BY MR. MESTRE:

16   Q.  And how was he?

17   A.  He would be down, wouldn't want to talk too much.  And he

18   just -- Dave usually was very jovial, would always want to talk

19   about something, no matter what it is.  When he would be --

20   when he would be down, he just wouldn't want to talk about

21   anything.  He would just close up.

22           MR. BRENNER:  Your Honor, may we approach for one

23   minute?

24           THE COURT:  All right.  Come on forward.

25       (At sidebar on the record.)
```

```
 1              MR. BRENNER:  Thank you, Judge.

 2              I asked to approach because I'm concerned where this

 3      is heading.  I want to make sure the witness has been

 4      adequately counseled.  Your Honor has entered an order

 5      regarding they can't put into evidence that he was suicidal or

 6      having suicidal thoughts.  And I don't --

 7              MR. MESTRE:  That is absolutely not where I'm headed.

 8              MR. BRENNER:  I'm not suggesting Mr. Mestre is heading

 9      there, but I am suggesting that I'm afraid the witness is.

10      I've been letting it go, but as we keep going --

11              THE COURT:  Yeah.  Maybe the witness is unaware.

12              So how far are we going here?

13              MR. MESTRE:  I'm trying to establish his physical

14      ability during this period of time and his mental ability,

15      which they have put into question.  He just spent an hour with

16      our previous expert doing that, and this is a firsthand

17      recollection of what happened.

18              THE COURT:  Okay.  I just -- I merely asked how far.

19              MR. MESTRE:  I have no intent to ask that question

20      remotely.  I don't believe I'm going to elicit that testimony.

21      But Mr. Brenner, I understand what you're saying, but I'm not

22      going to ask any question that I think comes near that.

23              THE COURT:  Is this witness aware of the Court's

24      prohibition on that topic?

25              MR. MESTRE:  I couldn't tell you specifically because
```

1    my intent was never to do that.

2              THE COURT:  Well, that's why I asked how far you're

3    going.

4              MR. MESTRE:  We didn't talk about that.  I have never

5    spoken to him about the suicide --

6              THE COURT:  That's why there's a danger here if we

7    continue.

8              MR. MESTRE:  Well, you know, I mean, we can -- may I

9    consult for a moment?

10       (Pause in proceedings.)

11             MR. MESTRE:  So I can move on from this subject matter

12   now.  We're going to have the lunch break in 10 minutes and

13   then I can give him that admonition.

14             THE COURT:  Okay.  That's fair.

15             MR. BRENNER:  And when you do, I would just ask he

16   also be advised of the other Court's order regarding the

17   familial relationship part of the order.  So we make sure he

18   doesn't --

19             THE COURT:  Right.  You're not going to be asking who

20   else may have been at his house or anything about --

21             MR. MESTRE:  I'm sorry.  I'm also losing my hearing.

22             THE COURT:  You're not asking about who may have been

23   at the house or the hospital or his relationship with his

24   brother, correct?

25             MR. MESTRE:  I wasn't intending to ask that either.

```
 1              THE COURT:  Okay.  Then I think we're good.

 2              MR. BRENNER:  Thank you, Judge.

 3              THE COURT:  All right.  Yvette, thank you.

 4         (End of discussion at sidebar.)

 5              THE COURT:  All right.  Let us continue.

 6              MR. MESTRE:  Read me the last question, please.

 7         (Read back.)

 8              MR. MESTRE:  I'm going to move on.  I'll come back to

 9    that.  And if we can go to Bates number 88, the very next one.

10    BY MR. MESTRE:

11    Q.  And if you look in the middle of the page, and I think --

12    and the date is on the page before.  The date, I'll just

13    represent this is -- this is Monday, May 2nd, 2011, just for

14    context.  So he says:  "Oh, yeah, on the 19th.  Who knows if

15    I'll even make it through this one."

16         Do you see that?

17    A.  Yes.

18    Q.  Is that yet another surgery?

19    A.  Yes.

20    Q.  Did you visit him after this surgery?

21    A.  Most likely.

22    Q.  And do you recall how he was doing physically after that

23    surgery?

24    A.  I don't recall this particular surgery.  He had several

25    surgeries while he was there.
```

```
 1              MR. MESTRE:  So let me move on now to Kimon 90.

 2    BY MR. MESTRE:

 3    Q.  And this is a text message.  The dates are hard to see.

 4    Tuesday, May 3rd, 2011.  Do you see that, just for context?

 5    A.  Yes.

 6    Q.  Okay.  So Dave says -- and I want to talk a little bit

 7    about the financial troubles now.  Okay?

 8        So Dave says:  "So my electric is good for another four

 9    months, my water for three months, 40 a month even if I don't

10    use any water.  I have to pay 300 to Comcast before they will

11    disconnect the service."

12        You say:  "And how many months is the penalty waived?"

13        "No.  I owe them a back bill from last month.  My account

14    is suspended, so they can't do anything until I pay it."

15        "Oh, okay."

16        "Funny, I was watching HBO this weekend on Xfinity.  Lady

17    said my account has been suspended for 11 days."

18        Do you see that?

19    A.  Yes.

20    Q.  Have I read that accurately?

21    A.  Yes.

22    Q.  Okay.  Is this an example of the financial troubles that

23    you testified about before a few minutes ago?

24    A.  Yes.

25              MR. MESTRE:  Okay.  So if we can move to Kimon 104.
```

```
1    BY MR. MESTRE:

2    Q.  And he says near the bottom -- and the date here from the

3    prior page, it's May -- goodness -- May 31st, 2011.  And he

4    says --

5              MR. MESTRE:  If you can now go to 104.

6    BY MR. MESTRE:

7    Q.  -- "Whenever you go home later, you have to stop at your

8    Publix or whatever for Powerball tickets.  It's huge tonight,"

9    gives a number.  "Quick Picks for me, please.  If I win, I'll

10   give you 20 million."

11       Do you see that?

12   A.  Yes.

13   Q.  Did you believe him?

14   A.  Yes.

15   Q.  Was he a generous person?

16   A.  When he could.

17   Q.  Sir, I want to get back to the health issues.

18             MR. MESTRE:  If we can go to 114, Kimon 114.

19             Now, this is Saturday, July 30th, 2011.  If you can

20   bring up the rest of it.

21             Exactly.

22   BY MR. MESTRE:

23   Q.  So Dave says:  "Out of surgery.  In ICU."

24       When he says:  "In ICU," do you know if he meant the

25   intensive care unit?
```

1   A.   Yes.

2   Q.   Okay.  So he says:  "Out of surgery.  In ICU.  Everything

3   is fine.  Just got my phone.  Forgot to leave it off on

4   Wednesday, so the battery's only 35 percent.  So my phone may

5   be off today.  Text messages are easiest, as the intensive care

6   unit is supposed to be a quiet place."

7        "Got it.  I called SICU yesterday" -- that's you.  What is

8   SICU?

9   A.   I believe it was the spinal ICU.

10  Q.   Spinal intensive care unit.

11       Okay.  So:  "I called SICU yesterday to ask about you, but

12  you were sleeping.  I take it everything went well?"

13       So was this yet another surgery?

14  A.   Yeah.  He had -- it was surgery after surgery after surgery

15  with him.

16  Q.   Do you know what this one was for?

17  A.   No.  I don't recall.

18  Q.   Do you recall what his physical condition was while he was

19  in the intensive care unit?

20  A.   I didn't visit him there, but he -- he was not well.

21  That's why they kept him at the VA.  He would get infections.

22  He would have -- they would have to scrape his -- scrape the

23  bone.  So he would always have issues while there.

24  Q.   Okay.  And I know that this -- I know this is hard.  So I'm

25  going through it, but I understand that it's your friend and

1   it's not easy.

2            MR. MESTRE:  So if you go -- let's go to Page Kimon

3   115.  Same date.  This is the same string.

4   BY MR. MESTRE:

5   Q.  So you say:  "No more surgeries, right?"

6       He says:  "Nope.  Woo-hoo.  So Chima in October."

7       Is Chima a restaurant?

8   A.  Yes.

9   Q.  Okay.  And he says:  "You are buying because I'm broke."

10  You see that?

11  A.  Yeah.

12  Q.  Okay.  Is that consistent again with the money issues that

13  he was having that you testified about before?

14  A.  Yes.

15  Q.  Did you think he was broke?

16  A.  He had no reason to lie.

17           MR. MESTRE:  So if we can go to Kimon 130.

18  BY MR. MESTRE:

19  Q.  And this is -- if you look at the page before -- oh, we

20  don't need to look at the page before.  It's right there.  So

21  it's Sunday, October 30th, 2011.  Do you see that?

22  A.  Yes.

23  Q.  Okay.  So he says -- Dave says to you:  "Had fever every

24  night all week.  Going for CAT scan today."

25      Do you see that?  Did I read that correctly?

1    A.   Yes.

2    Q.   Okay.  So were there -- well, do you have any idea what

3    this particular CAT scan might have been for?

4    A.   No.  Just by reading the texts.

5    Q.   Did he often have -- we've talked about surgeries, but this

6    is not a surgery.  This is a CAT scan and he says he has a

7    fever.  Other than the surgeries, were there instances like

8    this one, others where he's not feeling well because he's

9    having procedures done at the hospital?

10   A.   Yes.

11   Q.   And did that happen often during the time that he was there

12   from 2011 to 2013?

13   A.   I don't know how often, but it would happen frequently

14   enough.  He wouldn't always tell me.  As you could see here, he

15   wouldn't always tell me.

16             MR. MESTRE:  Your Honor, this may be a good moment to

17   break.

18             THE COURT:  All right.  Ladies and Gentlemen, let's

19   take our one-hour recess for lunch.  I'll see you go back here

20   at 2:00.  Have a pleasant lunch.

21      (Jury not present, 12:58 p.m.)

22             THE COURT:  Mr. Andreou, we'll see you back here at

23   2:00.

24             Okay.  Have a pleasant lunch.

25             MR. BRENNER:  Thank you, Your Honor.

1          (Adjourned for lunch 12:58 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1    UNITED STATES OF AMERICA        )

2    ss:

3    SOUTHERN DISTRICT OF FLORIDA   )

4                      C E R T I F I C A T E

5           I, Yvette Hernandez, Certified Shorthand Reporter in

6    and for the United States District Court for the Southern

7    District of Florida, do hereby certify that I was present at

8    and reported in machine shorthand the proceedings had the 18th

9    day of November, 2021, in the above-mentioned court; and that

10   the foregoing transcript is a true, correct, and complete

11   transcript of my stenographic notes.

12          I further certify that this transcript contains pages

13   1 - 124.

14          IN WITNESS WHEREOF, I have hereunto set my hand at

15   Miami, Florida this 28th day of November, 2021.

16

17                      /s/Yvette Hernandez
                        Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                      400 North Miami Avenue, 10-2
                        Miami, Florida 33128
19                      (305) 523-5698
                        yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```

**COURTROOM DEPUTY:
[3]** 3/10 83/2
92/16

**MR BRENNER: [1]**
76/2

**MR. BRENNER: [96]**
3/4 3/14 5/1 5/8
5/15 5/22 5/25
16/14 17/7 17/14
21/11 21/14 24/5
27/21 36/3 36/20
39/14 43/4 43/25
44/5 44/11 45/1
45/25 46/12 46/22
47/7 47/10 47/18
48/9 49/25 52/2
52/8 53/2 53/12
53/14 53/19 55/8
55/14 57/7 58/1
59/21 60/5 61/8
62/1 62/19 63/11
63/17 64/9 64/24
66/9 67/15 68/10
68/13 69/4 69/6
69/11 69/17 70/6
70/15 71/10 79/23
80/2 84/10 85/25
86/10 87/1 88/7
89/23 90/1 90/7
90/15 92/1 92/4
94/19 95/1 101/13
101/20 102/3
102/16 104/25
105/4 105/21 106/8
107/13 108/8
108/13 109/23
113/3 113/23
114/12 114/22
115/1 115/8 116/15
117/2 122/25

**MR. FREEDMAN: [3]**
3/18 3/25 89/22

**MR. HOLTZMAN: [1]**
3/16

**MR. KASS: [24]**
4/9 17/12 20/17
21/8 25/17 25/20
26/4 41/21 49/4
49/8 80/5 80/15
80/17 80/23 81/5
82/24 83/4 83/7
84/14 89/6 90/3
90/12 91/24 92/3

**MR. MESTRE: [43]**
4/11 92/9 96/17
96/21 97/2 97/14
98/9 98/11 98/20
102/5 102/8 105/6
105/22 107/5
107/14 107/18
108/6 108/10
108/16 109/4 110/3
111/12 111/19
113/5 113/10 115/7
115/13 115/19
115/25 116/4 116/8
116/11 116/21
116/25 117/6 117/8
118/1 118/25 119/5
119/18 121/2
121/17 122/16

**MR. RIVERO: [4]**
4/3 4/15 4/21
69/18

**MR. ROCHE: [1]**
3/20

**MR. ZACK: [1]**
3/22

**MS. McGOVERN: [2]**
4/7 96/20

**THE COURT: [91]**
3/2 3/5 3/24 4/2
4/13 4/17 4/23 5/6
5/9 5/20 5/23 6/1
6/4 16/17 17/10
20/19 21/9 21/12
36/5 41/22 47/8
49/9 68/12 69/5
69/7 69/10 69/13
69/19 69/21 79/25
80/4 80/20 84/11
84/13 86/1 86/11
86/13 87/2 88/8
89/7 89/14 89/17
89/24 90/2 90/4
90/18 90/22 91/12
91/21 91/25 92/2
92/5 92/8 92/10
92/12 92/21 94/20
95/2 101/15 101/22
102/4 102/7 102/11
102/17 105/1 105/5
105/23 106/9
108/12 108/14
109/25 113/4
113/24 114/13
114/24 115/11
115/18 115/23
116/2 116/6 116/14
116/19 116/22
117/1 117/3 117/5
122/18 122/22

**THE WITNESS: [20]**
17/9 17/15 25/18
25/22 46/2 53/13
53/21 64/1 84/12
86/2 86/12 91/4
91/15 92/9 92/25
94/21 102/18
105/24 110/1
114/14

'

**'11 [1]** 96/14
**'19 [2]** 32/11
76/21
**'3 [1]** 94/2
**'70s [1]** 10/12
**'I'm [1]** 41/18

**/s/Yvette [1]**
124/17

**0**

**091 [1]**   80/24

**1**

**1,000 [2]**   81/11
81/12
**10 [17]**   1/11 28/15
28/16 78/5 78/12
78/14 85/22 85/23
86/17 86/22 87/9
87/15 87/16 87/22
97/6 99/8 116/12
**10,000 [1]**   81/19
**10-2 [2]**   1/24
124/18
**100 [2]**   1/17 82/10
**1000 [1]**   1/21
**104 [2]**   118/25
119/5
**105 [1]**   58/2
**108 [2]**   2/11 2/11
**10:02 [1]**   6/3
**11 [3]**   39/1 42/14
118/17
**11,000 [1]**   82/19
**114 [2]**   119/18
119/18
**115 [1]**   121/3
**11:23 [1]**   69/9
**11:24 [1]**   69/12
**11:44 [2]**   69/12
69/20
**11th [2]**   70/9
70/18
**12 [1]**   1/9
**124 [4]**   1/8 2/2
52/12 124/13
**12:58 [2]**   122/21
123/1
**130 [1]**   121/17

**14 [2]**   75/25 76/8
**15 [1]**   24/3
**18 [1]**   1/5
**18-80176 [1]**   3/10
**189 [1]**   43/5
**18th [1]**   124/8
**198 [1]**   108/10
**1995 [2]**   23/13
73/15
**19th [2]**   97/19
117/14

**2**

**20 [3]**   5/5 93/14
119/10
**20-minute [2]**   69/8
69/10
**20-year [1]**   73/22
**200 [1]**   1/14
**2000 [1]**   71/2
**2002 [3]**   94/2
95/19 95/22
**2003 [2]**   95/20
95/22
**2008 [2]**   96/25
97/8
**2009 [2]**   97/19
97/22
**2010 [23]**   23/9
23/12 23/15 23/20
23/23 23/25 24/16
24/19 24/22 25/2
25/5 25/15 36/15
38/24 43/8 43/9
43/10 44/9 44/10
75/10 96/14 98/16
108/25
**2011 [14]**   47/18
47/21 52/13 83/16
83/21 83/24 111/18
113/8 117/13 118/4
119/3 119/19
121/21 122/12
**2012 [7]**   60/5 62/5

**[2]**   62/17 64/11 64/24
68/13 83/16
**2013 [11]**   19/17
20/24 23/15 68/11
70/3 70/9 70/18
73/15 75/11 98/17
122/12
**2019 [1]**   22/1
**2020 [6]**   21/24
22/1 24/8 24/23
32/11 76/25
**2021 [3]**   1/5 124/9
124/15
**20th [1]**   39/17
**21 [1]**   2/6
**221 [1]**   63/18
**239 [1]**   55/8
**23rd [4]**   36/14
36/15 36/24 43/9
**24 [1]**   51/13
**24/7 [2]**   41/9 42/6
**24th [2]**   43/9
110/10
**25 [2]**   82/12 82/16
**250 [1]**   72/1
**251 [1]**   45/2
**2525 [1]**   1/21
**25th [1]**   113/8
**27 [1]**   64/9
**2800 [1]**   1/17
**28th [1]**   124/15
**2:00 [2]**   122/20
122/23
**2:18 [1]**   97/1
**2nd [3]**   1/17 44/10
117/13

**3**

**3,000 [1]**   72/9
**30 [8]**   5/5 28/10
28/10 28/11 28/11
28/12 28/12 28/13
**30/30 [1]**   28/13
**300 [1]**   118/10

**3**

**305 [1]**   124/19
**30th [2]**   119/19
 121/21
**316 [2]**   62/3 71/11
**31st [1]**   119/3
**33128 [2]**   1/24
 124/18
**33131 [2]**   1/14
 1/18
**33134 [1]**   1/22
**336 [1]**   57/7
**346 [1]**   60/5
**35 [1]**   120/4
**36 [2]**   108/18
 108/19
**360 [1]**   47/11
**363 [1]**   47/19
**365 [2]**   83/19
 83/19
**395 [1]**   99/6
**3rd [1]**   118/4

**4**

**4,000 [1]**   72/13
**4,250 [1]**   87/23
**40 [1]**   118/9
**400 [2]**   1/24
 124/18
**455 [1]**   66/9
**463 [2]**   107/6
 108/7
**480 [4]**   2/11 107/7
 108/7 108/15
**4th [3]**   108/21
 108/25 111/18

**5**

**50 [1]**   67/6
**52 [1]**   97/15
**520 [1]**   72/5
**523-5698 [1]**
 124/19
**53 [1]**   44/1

**54 [1]**   24/3
**55 [1]**   96/18
**5500 [1]**   1/14
**561 [1]**   108/3
**567 [1]**   46/22
**568 [1]**   50/1
**5698 [1]**   124/19
**571 [1]**   52/8
**59 [2]**   108/18
 108/19

**6**

**604 [1]**   63/12
**633 [1]**   36/2
**657 [2]**   70/7 70/18
**659 [1]**   64/25
**69 [1]**   110/6
**6:00 [1]**   99/10

**7**

**700 [1]**   83/19
**707 [1]**   39/14
**719 [1]**   59/22
**725 [1]**   62/20
**730 [1]**   48/10
**77 [1]**   111/12
**78 [1]**   67/16
**79 [1]**   67/16
**790 [1]**   83/24
**7:00 [1]**   99/11

**8**

**8,500 [2]**   87/22
 87/24
**80 [1]**   2/7
**800s [1]**   76/7
**80176 [1]**   3/10
**810 [1]**   86/24
**850 [6]**   77/23 84/2
 86/24 87/6 87/16
 87/22
**87 [1]**   113/5
**88 [1]**   117/9
**8:00 [3]**   71/2 71/5
 71/13

**90 [2]**   83/22 118/1
**900 [1]**   77/23
**920 [1]**   27/24
**93 [1]**   2/8
**9:18-cv-80176-BB
 [1]**   1/2
**9:59 [2]**   1/6 3/1
**9th [1]**   96/25

**A**

**a.m [8]**   1/6 3/1
 6/3 69/9 69/12
 69/12 69/20 97/1
**abbreviation [2]**
 61/17 61/18
**ability [22]**   13/24
 16/21 23/19 23/23
 23/25 24/16 24/16
 24/19 25/1 25/4
 27/9 29/12 29/15
 54/19 74/3 74/9
 75/16 77/12 96/5
 101/24 115/14
 115/14
**able [9]**   33/22
 34/5 54/5 56/17
 57/17 89/20 90/6
 91/3 91/14
**about [95]**   6/18
 6/22 7/8 10/19
 16/15 17/5 18/2
 19/10 22/14 22/16
 22/20 23/10 23/14
 23/22 24/15 25/1
 25/4 25/16 29/7
 29/24 29/25 30/10
 31/2 31/14 31/15
 31/24 31/25 33/11
 33/22 34/11 34/22
 39/8 40/17 40/19
 44/21 48/13 50/21
 55/6 56/1 56/9
 58/4 58/6 58/8

**A**

**about... [52]**
65/22 66/23 70/3
70/23 73/2 73/9
74/1 76/13 77/23
83/19 83/24 84/21
86/4 86/8 86/24
87/13 90/9 97/6
98/15 98/17 101/4
102/5 102/8 102/10
102/13 102/21
102/25 103/4 103/7
103/9 103/11
103/13 103/13
103/19 104/1 104/2
104/15 108/10
112/18 113/8
113/21 114/19
114/20 116/4 116/5
116/20 116/22
118/7 118/23
120/11 121/13
122/5

**above [2]** 39/16
124/9

**above-mentioned [1]**
124/9

**abscess [2]** 9/9
9/10

**absence [4]** 19/13
19/14 19/17 19/22

**absolutely [1]**
115/7

**abstract [2]** 28/23
28/24

**abstracted [1]**
23/1

**acceptable [2]** 5/7
5/10

**access [2]** 11/11
96/8

**accident [3]** 30/17
30/21 54/16

**according [3]**
29/21 29/21 41/10

**account [2]** 118/13
118/17

**accounted [1]**
75/12

**accounting [2]**
93/7 93/9

**accurate [3]** 41/24
42/11 63/2

**accurately [2]**
112/10 118/20

**across [2]** 35/8
60/13

**acted [1]** 114/10

**active [2]** 46/25
50/22

**activities [4]**
65/1 65/3 65/11
100/10

**actual [2]** 26/14
35/23

**actually [16]** 9/5
15/8 15/20 26/10
26/19 29/11 33/12
35/22 36/24 38/17
45/23 54/10 67/18
68/17 71/2 97/19

**acute [4]** 11/7
73/6 73/7 112/5

**add [4]** 32/23
37/24 82/8 83/22

**added [2]** 87/6
94/7

**adding [1]** 43/1

**addition [6]** 7/17
9/3 9/20 85/21
87/10 87/24

**additional [2]**
25/8 25/12

**address [3]** 4/24
5/24 69/15

**adequately [3]**
74/19 77/7 115/4

**adjourned [1]**
123/1

**administered [2]**
14/10 29/19

**administration [3]**
18/14 84/19 93/15

**admission [1]**
108/6

**admitted [4]** 2/10
66/20 81/13 108/14

**admonition [1]**
116/13

**adopted [1]** 60/9

**advised [1]** 116/16

**affect [3]** 74/9
96/5 96/6

**affected [1]** 16/20

**affecting [1]**
12/15

**afoul [3]** 90/8
90/11 90/17

**afraid [1]** 115/9

**after [21]** 5/13
5/17 7/19 7/20
7/22 19/23 19/24
32/14 94/13 95/19
95/22 99/9 99/10
112/21 112/23
112/25 114/4
117/20 117/22
120/14 120/14

**afternoon [2]** 5/13
69/25

**afterthought [1]**
32/6

**again [40]** 15/2
22/3 29/9 31/9
32/10 32/14 37/23
39/19 40/12 44/13
46/15 46/25 47/21
47/24 48/12 50/3
52/4 57/9 59/24
62/5 62/7 62/24
63/14 64/12 64/17

**A**

**again... [15]**
65/23  66/11  66/16
68/16  68/24  69/1
69/25  71/7  72/15
73/9  75/3  82/8
87/15  89/5  121/12
**against [1]**  8/11
**ago [1]**  118/23
**agree [10]**  26/13
54/13  67/12  75/7
78/13  78/14  78/15
78/17  82/10  82/21
**Ah [1]**  112/5
**ahead [2]**  3/5
49/12
**alcohol [3]**  14/2
14/4  14/8
**alcoholic [1]**  14/5
**alert [25]**  43/19
44/13  44/18  44/19
44/23  46/15  46/25
49/22  50/3  50/14
50/22  52/4  57/13
57/14  59/24  60/7
61/15  61/20  62/17
63/6  63/23  64/1
64/12  68/24  72/13
**alert and [1]**
44/13
**alertness [1]**
78/16
**Alessandra [1]**
39/24
**ALEXANDER [2]**  1/17
3/16
**all [72]**  3/2  3/5
3/9  4/17  4/23  4/24
7/23  11/3  12/25
17/2  18/11  18/17
21/9  27/22  27/23
29/7  29/15  32/25
33/10  36/1  36/3

38/11  40/7  40/9
41/17  43/7  43/10
43/13  45/5  49/18
51/1  51/10  54/11
57/23  58/9  60/24
65/20  69/7  69/13
69/14  69/21  72/23
73/6  74/15  75/2
80/4  81/19  85/4
85/7  85/9  87/13
89/6  89/7  89/14
89/17  90/4  90/22
91/21  92/2  92/5
92/10  92/12  96/8
99/25  105/14  109/5
110/11  114/24
117/3  117/5  121/24
122/18
**Allison [5]**  66/12
66/16  70/11  70/12
70/21
**allow [6]**  5/7
41/22  102/11
105/23  109/25
114/13
**almost [4]**  7/9
32/6  50/21  99/16
**along [1]**  77/22
**already [9]**  8/21
16/23  17/21  47/4
49/13  83/24  96/24
101/6  106/14
**also [54]**  7/12
7/25  8/17  8/18
8/25  9/9  9/12
12/11  12/15  12/19
12/22  13/7  13/21
14/22  15/11  16/4
17/17  18/10  18/16
22/15  22/18  23/8
23/22  25/1  32/1
36/24  37/15  37/17
37/24  40/6  48/18
53/9  56/15  57/1

57/23  58/18  65/8
66/20  73/24  77/9
77/13  78/22  89/1
90/15  92/17  94/7
94/7  97/15  103/9
103/13  106/15
107/7  116/16
116/21
**alter [1]**  13/24
**alternative [1]**
21/21
**although [3]**  12/25
65/3  87/9
**always [21]**  10/10
41/7  41/18  42/6
42/13  42/16  42/24
50/21  51/4  51/6
58/9  68/21  72/19
96/2  96/3  104/7
105/13  114/18
120/23  122/14
122/15
**am [5]**  1/9  23/10
29/2  93/10  115/9
**AMANDA [2]**  1/20
4/7
**amended [2]**  33/17
76/25
**AMERICA [1]**  124/1
**among [1]**  95/18
**amount [4]**  51/10
82/3  83/8  83/13
**anachronic [1]**
73/7
**anal [1]**  31/11
**analysis [2]**  50/10
61/2
**analytics [2]**
93/16  93/22
**ANDREOU [12]**  2/8
92/9  92/12  92/15
92/19  92/21  93/3
96/24  97/18  107/9
110/9  122/22

**A**

**ANDRES [2]** 1/19
4/3
**ANDREW [2]** 1/16
3/14
**anesthesia [5]**
7/21 7/22 75/18
75/21 76/8
**anesthetic [4]**
7/23 8/2 9/1 13/1
**annoying [3]** 58/12
58/12 58/16
**another [32]** 10/10
12/10 13/20 14/6
19/25 32/17 32/18
32/22 33/8 36/16
42/18 44/14 55/22
55/22 55/23 57/9
67/6 67/23 67/23
75/9 78/25 83/21
83/22 83/25 84/1
84/2 97/13 98/7
100/1 117/18 118/8
120/13
**answer [5]** 24/17
24/21 25/21 30/22
49/10
**answered [2]** 102/3
102/10
**answers [2]** 24/14
24/22
**ante [1]** 14/15
**ante-cubital [1]**
14/15
**antibiotic [6]**
12/2 14/18 16/10
77/16 77/17 78/15
**antibiotics [13]**
11/16 11/19 12/3
12/5 12/12 12/14
12/16 12/18 16/4
16/6 16/7 16/9
16/12

**any [61]** 4/23 5/24
7/5 7/20 9/17
10/17 13/23 15/4
15/21 17/3 18/1
18/23 19/2 21/4
22/13 22/16 22/19
23/18 27/13 27/18
29/3 29/14 34/4
34/18 35/21 42/17
49/19 55/6 71/25
72/5 72/9 72/13
74/21 75/15 75/15
75/15 78/20 79/4
79/6 79/8 79/16
79/22 80/4 82/20
85/5 86/4 88/4
89/9 89/9 89/21
90/16 91/22 94/15
94/17 98/5 102/22
108/12 114/9
115/22 118/10
122/2
**any condition [1]**
88/4
**anybody [2]** 18/1
72/12
**anyone [1]** 15/19
**anything [18]**
16/20 24/15 24/15
29/4 38/14 38/20
58/13 69/15 74/23
88/1 88/20 88/24
89/2 90/9 111/25
114/21 116/20
118/14
**anywhere [2]** 30/20
30/20
**Apologies [1]** 98/2
**appearances [2]**
1/12 3/12
**appearing [1]**
15/25
**appears [4]** 27/6
39/22 46/25 68/1

**application [1]**
94/5
**applied [1]** 12/19
**appreciate [2]**
4/21 6/8
**approach [2]**
114/22 115/2
**approximately [3]**
82/20 87/4 87/7
**April [11]** 24/2
24/8 24/23 47/18
47/21 62/3 62/5
76/25 85/16 96/25
113/8
**are [86]** 4/23 4/24
5/2 8/10 8/15 8/25
10/8 10/9 12/5
12/13 13/13 13/20
14/1 14/2 14/6
14/14 14/25 15/1
15/2 15/9 15/11
16/7 17/9 17/19
18/11 21/17 22/9
24/1 25/7 26/14
27/2 27/22 30/10
33/6 40/7 40/9
40/11 42/4 45/16
45/18 46/17 47/4
47/17 47/24 49/15
52/15 53/25 55/23
58/6 58/9 58/13
58/14 61/3 63/20
65/24 67/5 67/12
69/2 69/2 69/15
71/25 72/3 72/5
76/9 76/10 78/12
81/25 82/17 84/18
84/19 85/12 90/2
90/13 90/20 90/24
92/6 92/22 92/23
92/24 101/5 107/21
108/20 115/12
118/3 120/5 121/9
**area [3]** 8/13

## A

**area... [2]** 13/11
31/22

**Argumentative [1]**
101/20

**arithmetic [1]**
87/12

**arm [3]** 14/25 15/7
15/10

**around [16]** 5/5
13/15 15/8 15/8
15/9 15/15 18/16
23/12 82/6 82/16
82/19 85/18 87/6
87/12 110/20
110/23

**arrangements [1]**
21/3

**artificial [1]**
10/24

**as [62]** 1/3 4/6
6/6 7/1 12/9 14/2
15/17 15/23 15/24
17/20 19/5 21/4
23/13 28/14 29/11
30/17 32/6 35/3
35/5 36/3 39/16
40/3 40/16 41/3
41/3 42/21 49/13
49/18 50/13 54/2
55/10 61/4 64/15
65/11 69/2 72/3
72/12 72/22 79/10
79/13 79/18 81/8
82/8 82/15 82/15
83/16 83/16 88/14
88/15 89/17 90/25
91/12 95/13 103/16
107/14 107/14
111/2 111/19
111/19 115/10
120/5 122/14

**aside [1]** 23/2

**ask [17]** 32/3 44/4
58/2 88/1 89/8
94/14 94/18 94/23
99/17 101/3 102/1
107/9 115/19
115/22 116/15
116/25 120/11

**asked [21]** 19/25
24/13 26/11 30/2
30/24 34/17 34/18
80/8 80/10 82/9
88/20 88/24 94/21
102/3 102/5 102/6
102/9 102/10 115/2
115/18 116/2

**asking [3]** 90/13
116/19 116/22

**assesses [1]** 26/24

**assessment [3]**
42/14 44/14 44/20

**assessments [1]**
26/19

**associated [1]**
18/15

**assume [1]** 77/23

**assurance [1]** 94/6

**attached [8]** 11/13
14/17 14/23 15/2
15/12 15/17 37/18
104/12

**attempt [1]** 9/6

**attempted [1]** 20/3

**attention [1]** 6/7

**attorneys [2]**
89/14 91/22

**attributed [1]**
37/3

**August [2]** 52/9
64/11

**aureus [1]** 12/8

**author [2]** 40/2
55/18

**authorizes [1]**
91/5

**authorizing [1]**
91/9

**available [1]**
91/19

**Avenue [2]** 1/24
124/18

**avoid [3]** 9/16
9/20 37/6

**awake [7]** 43/19
46/15 46/25 49/22
50/3 52/4 62/17

**aware [3]** 101/2
104/15 115/23

**away [3]** 17/8
30/10 56/12

**AWOL [1]** 20/11

## B

**back [40]** 8/4 8/17
9/17 9/18 9/19
9/23 10/11 17/13
23/12 25/7 25/14
30/14 31/14 32/23
37/1 42/14 44/5
45/5 49/16 50/9
52/19 52/19 69/13
69/21 78/6 85/21
87/10 88/5 88/14
99/23 110/22
111/17 112/22
113/1 117/7 117/8
118/13 119/17
122/19 122/22

**background [3]**
93/6 93/13 95/7

**backpack [1]**
104/13

**backs [1]** 17/8

**bacteremia [8]**
11/5 11/8 73/8
73/10 73/11 74/8
74/11 74/22

**bacteria [13]** 11/5
11/10 11/13 11/15

# B

**bacteria... [9]**
11/17 12/6 12/7
12/11 12/13 12/14
12/15 73/5 73/12
**bacterial [2]**
10/17 10/21
**bad [10]** 48/20
48/21 48/22 48/23
48/24 48/25 49/15
49/18 76/21 105/12
**bag [4]** 14/18 15/3
15/13 101/18
**base [1]** 23/6
**based [3]** 13/23
24/1 41/19
**basically [4]**
10/21 15/10 65/14
73/3
**basis [2]** 66/4
85/20
**Bates [5]** 108/18
110/4 110/5 110/6
117/9
**bathroom [1]** 19/19
**battery's [1]**
120/4
**BB [1]** 1/2
**be [91]** 5/4 6/5
7/11 9/8 9/15 9/23
9/24 9/24 10/1
12/5 13/14 15/9
15/13 15/16 15/19
17/4 17/23 19/15
20/25 21/4 25/22
26/12 26/13 27/23
38/20 39/16 39/22
40/5 40/5 40/6
41/3 42/18 42/19
42/22 42/23 48/16
51/9 51/13 58/12
58/15 60/17 65/21
66/25 67/8 69/21

73/18 75/25 78/3
82/11 82/12 82/14
85/19 86/12 86/22
86/22 86/23 87/8
87/13 87/22 87/23
88/11 88/12 88/19
89/19 90/6 90/9
91/3 91/6 91/14
91/17 91/18 92/14
95/18 96/4 96/7
96/8 103/15 112/2
112/2 113/2 114/17
114/19 114/20
116/16 116/19
120/5 120/6 122/16
**BEACH [2]** 1/2 94/3
**bearing [1]** 7/3
**Beats [1]** 21/21
**became [1]** 4/22
**because [56]** 7/1
7/5 7/7 7/12 8/2
9/7 9/8 9/9 9/12
11/13 12/22 13/12
15/12 18/9 21/1
28/4 28/6 35/19
37/2 37/24 38/14
39/9 40/22 44/18
45/13 51/7 55/11
56/6 56/24 57/3
58/1 58/23 66/1
71/17 71/21 71/22
72/11 77/2 79/16
85/6 91/8 94/21
97/11 98/4 98/5
99/13 102/9 102/18
104/21 106/11
108/23 111/3 115/2
115/25 121/9 122/8
**become [6]** 6/6 7/3
11/13 12/12 13/12
42/12
**bed [23]** 37/9
38/12 39/4 49/22

63/14 63/15 63/23
64/1 64/12 65/4
65/5 65/6 65/7
66/18 68/16 68/24
71/8 88/16 99/24
111/2
**bedroom [1]** 99/23
**bedside [3]** 7/17
8/25 75/13
**bedsore [1]** 49/20
**bedsores [2]** 32/2
49/14
**been [38]** 4/18
4/20 6/7 10/23
15/20 16/9 18/1
21/3 22/1 27/11
42/8 45/3 45/6
45/8 45/12 45/15
51/9 59/17 61/13
67/9 73/18 82/5
82/10 84/21 93/14
93/16 97/5 97/10
98/16 104/2 109/2
113/20 115/3
115/10 116/20
116/22 118/17
122/3
**before [40]** 1/10
4/4 4/24 5/21 6/3
10/23 14/19 23/23
24/16 25/2 25/5
26/3 32/8 32/10
32/12 36/20 42/15
54/2 57/2 62/11
68/11 68/18 69/20
70/12 70/21 72/3
74/4 75/23 83/7
87/9 88/2 88/18
96/15 114/4 117/12
118/10 118/23
121/13 121/19
121/20
**beginning [1]**

**B**

**beginning... [1]** 22/22

**behalf [9]** 2/4 3/15 3/17 3/19 3/21 3/23 4/10 91/22 91/25

**behind [3]** 105/13 105/15 106/21

**being [25]** 5/4 16/11 17/2 17/24 18/7 20/11 20/15 34/9 41/15 42/7 51/12 56/2 63/1 66/5 72/10 72/13 72/15 72/21 75/17 80/8 81/3 81/23 83/11 91/11 97/8

**believe [18]** 6/18 8/5 20/22 22/1 30/3 56/14 80/24 81/2 82/9 84/8 87/9 88/4 96/16 96/19 106/5 115/20 119/13 120/9

**belly [2]** 10/1 88/13

**below [3]** 8/1 36/19 98/6

**best [5]** 7/1 26/14 42/14 88/10 88/12

**bet [1]** 113/18

**beta [3]** 12/13 12/13 12/15

**beta-lactamase [3]** 12/13 12/13 12/15

**BETH [1]** 1/10

**better [4]** 16/11 35/2 48/14 52/1

**between [6]** 23/15 45/18 73/15 75/10 87/23 99/10

**Bilateral [1]**

**bill [2]** 106/19 118/13

**bills [2]** 105/14 106/21

**biofilm [2]** 11/14 11/17

**Biscayne [1]** 1/14

**bit [12]** 10/19 14/9 17/5 19/10 19/14 29/24 35/1 76/14 82/14 97/5 101/4 118/6

**bladder [5]** 10/25 11/3 31/5 74/1 74/4

**bleeding [1]** 9/8

**blood [1]** 13/22

**bloodstream [2]** 11/5 73/12

**BLOOM [1]** 1/10

**blow [2]** 64/25 66/23

**blowup [1]** 61/9

**board [1]** 35/8

**body [4]** 12/25 13/11 31/20 34/12

**BOIES [1]** 1/15

**bone [9]** 7/13 8/11 11/9 11/11 11/12 11/12 11/13 11/14 120/23

**bones [11]** 6/23 6/25 7/3 7/6 7/8 7/9 8/16 9/9 31/16 31/19 34/11

**bonus [1]** 75/25

**bony [2]** 8/10 11/18

**both [4]** 4/18 42/21 65/17 94/2

**bother [1]** 50/23

**bottom [4]** 36/13 52/25 81/10 119/2

**Boulevard [1]** 1/13

**Boyd [6]** 62/24 63/1 64/17 64/23 68/17 68/20

**brain [4]** 16/3 30/21 34/15 34/17

**break [6]** 12/14 68/11 76/14 105/16 116/12 122/17

**breathing [4]** 63/6 64/2 64/13 69/1

**BRENNER [8]** 1/16 2/6 3/15 17/11 82/3 88/2 88/20 115/21

**brief [3]** 69/4 93/5 93/12

**briefly [2]** 45/8 76/13

**bring [9]** 6/2 27/21 43/4 58/2 61/8 69/19 70/6 99/14 119/20

**brittle [3]** 7/1 7/8 31/15

**brittleness [1]** 31/19

**broad [1]** 76/14

**broad-brushed [1]** 76/14

**broader [1]** 93/14

**broke [3]** 7/11 121/9 121/15

**broken [1]** 81/17

**brother [1]** 116/24

**brought [2]** 111/13 111/24

**brushed [1]** 76/14

**bunch [1]** 108/18

**business [5]** 5/20 5/22 22/19 54/5 100/18

**Bustillo [2]** 52/20 53/9

**B**

**busy [6]**   45/3 45/6
 45/8 45/12 45/15
 45/20
**buy [1]**   106/24
**buying [1]**   121/9

**C**

**calcium [1]**   7/3
**calendar [1]**   83/13
**call [15]**   3/1 3/6
 14/24 20/2 40/3
 40/4 66/4 79/3
 80/20 97/2 98/22
 102/13 108/22
 110/7 111/13
**called [21]**   11/5
 11/14 12/12 13/7
 19/24 20/7 27/3
 28/11 31/15 32/2
 33/17 40/18 76/24
 77/15 79/3 98/15
 102/8 102/10
 110/12 120/7
 120/11
**calling [3]**   3/10
 78/12 96/11
**callout [1]**   46/1
**calls [8]**   26/4
 56/20 92/9 94/19
 101/13 101/21
 102/16 113/23
**came [7]**   26/3 39/5
 42/18 56/6 76/5
 87/6 106/13
**can [57]**   5/13 9/7
 11/4 11/24 12/6
 13/14 13/14 15/8
 15/9 15/16 15/18
 15/24 16/3 16/6
 21/11 25/23 29/7
 32/23 32/23 36/21
 37/6 43/3 45/5
 45/25 49/12 53/19

 70/15 74/22 74/24
 83/7 92/17 93/5
 93/12 96/21 97/14
 98/20 99/21 107/10
 107/13 107/18
 110/3 111/13
 111/17 111/21
 112/2 116/8 116/11
 116/13 117/9
 118/25 119/5
 119/18 119/19
 121/17
**can't [20]**   29/14
 30/22 38/11 38/14
 42/3 42/16 43/10
 49/1 49/3 49/7
 51/21 51/22 87/18
 90/9 91/7 91/19
 97/24 98/1 115/5
 118/14
**cancel [1]**   110/14
**cannot [2]**   29/16
 113/15
**capacity [5]**   26/19
 27/19 34/18 34/20
 90/18
**care [24]**   9/2
 18/18 18/19 18/21
 21/7 21/7 38/18
 40/13 40/16 40/18
 52/16 58/14 65/21
 65/23 72/24 84/22
 104/9 111/24
 112/13 113/2
 119/25 120/5
 120/10 120/19
**career [3]**   93/14
 93/17 93/18
**careful [1]**   104/15
**caretakers [1]**
 61/5
**Caribbean [1]**   99/1
**caring [2]**   47/24

**Carter [2]**   100/18
 101/1
**case [24]**   1/2 3/6
 3/10 8/14 12/4
 13/9 14/12 14/23
 27/8 27/8 27/9
 32/8 33/11 33/14
 56/13 58/7 67/23
 67/23 72/19 75/5
 75/14 76/16 90/16
 97/12
**cases [2]**   12/5
 94/14
**CAT [3]**   121/24
 122/3 122/6
**catch [1]**   64/14
**category [1]**   55/23
**catheter [4]**   11/1
 14/25 64/4 85/7
**catheterization [2]**
 11/1 73/25
**caused [2]**   30/21
 75/15
**causing [3]**   8/12
 16/4 110/13
**CDC [1]**   92/21
**center [1]**   16/2
**centers [2]**   16/2
 93/22
**central [4]**   13/13
 14/23 14/24 15/11
**certain [6]**   9/15
 15/12 82/5 89/19
 91/3 97/23
**certainly [5]**   4/18
 6/7 30/12 47/8
 79/25
**Certificate [1]**
 2/2
**Certified [1]**
 124/5
**certify [2]**   124/7
 124/12

**C**

**chance [3]** 5/16
52/17 60/20
**change [2]** 88/24
89/2
**changed [3]** 37/16
37/17 88/20
**changes [1]** 15/24
**Charlebois [3]**
55/18 56/2 56/24
**check [2]** 79/23
112/1
**checking [1]** 84/9
**chief [1]** 94/10
**Chima [2]** 121/6
121/7
**Christmas [1]**
110/21
**chronic [4]** 10/21
10/22 11/9 73/19
**chronically [2]**
11/6 13/10
**chunk [1]** 31/24
**circuits [1]** 13/12
**circulation [1]**
8/13
**circumstances [2]**
19/8 91/8
**Civil [1]** 3/10
**claim [4]** 33/21
34/4 34/9 34/11
**clarify [1]** 33/3
**clean [1]** 39/9
**cleaned [2]** 37/16
37/17
**cleaning [4]** 8/23
37/25 39/7 39/8
**clear [2]** 22/9
106/15
**close [3]** 6/7
100/5 114/21
**closest [3]** 95/17
95/18 99/24

**CLR [1]** 124/17
**CO [1]** 64/6
**code [4]** 25/5
101/9 101/17
101/24
**coder [1]** 101/7
**coding [4]** 102/2
102/7 102/10
102/13
**cold [1]** 14/5
**colleagues [3]**
22/19 33/5 79/23
**colloquial [1]**
32/3
**Comcast [2]** 106/18
118/10
**come [9]** 3/9 36/4
44/14 69/14 72/24
94/16 109/7 114/24
117/8
**comes [4]** 16/10
40/23 56/2 115/22
**comfortable [2]**
53/25 92/23
**coming [4]** 44/17
58/9 84/9 85/2
**comment [1]** 66/17
**comments [2]** 25/16
111/10
**common [2]** 32/3
51/3
**communications [1]**
26/5
**companion [3]** 90/5
91/13 91/18
**company [2]** 94/3
94/12
**complain [1]**
106/21
**complaining [1]**
64/7
**complaint [4]**
33/16 33/18 34/2
64/3

**complete [3]** 83/16
83/17 124/10
**completed [1]** 9/11
**complex [4]** 23/19
28/23 28/23 28/24
**comprehension [1]**
28/21
**computations [1]**
23/20
**compute [1]** 112/3
**computer [70]**
18/23 19/1 19/3
19/4 19/7 22/6
25/5 34/23 35/6
35/9 35/11 37/9
38/12 39/5 39/11
41/8 41/8 41/9
41/20 42/6 42/13
42/19 42/23 42/25
43/20 44/23 46/16
47/1 47/22 48/2
48/3 48/7 49/22
50/3 51/4 51/10
51/14 51/17 51/19
51/22 51/22 52/5
54/5 54/6 56/7
57/20 59/16 59/25
60/8 61/6 62/11
62/17 63/6 63/15
64/2 64/13 65/8
65/9 65/16 66/7
66/19 67/3 67/13
69/1 69/3 70/24
71/8 72/6 82/6
103/9
**computer.' [1]**
41/19
**computers [1]**
72/18
**concentrated [1]**
31/20
**concept [2]** 19/12
40/18
**concerned [2]**

**C.**

**concerned... [2]**
112/15 115/2

**conclude [2]**   5/14
49/10

**conclusion [1]**
106/13

**condition [16]**
6/22 6/25 7/6
20/13 30/4 31/8
31/9 37/3 48/15
48/17 54/17 72/17
87/13 88/4 88/25
120/18

**conditions [1]**
6/19

**conduct [1]**   54/5

**conference [2]**
45/9 45/20

**Conrad [2]**   100/19
101/1

**consider [1]**   95/17

**considered [3]**
20/6 20/11 20/16

**considers [1]**   59/4

**consistent [5]**
43/22 92/21 98/2
114/10 121/12

**constant [1]**   73/4

**constantly [2]**
35/9 35/11

**consult [1]**   116/9

**contact [3]**   20/3
20/4 93/22

**contains [2]**   14/18
124/12

**context [2]**   117/14
118/4

**continue [6]**   6/11
54/11 69/16 69/23
116/7 117/5

**CONTINUED [2]**   2/6
6/13

**continues [1]**   68/7

**continuity [1]**
40/18

**continuous [3]**
10/25 16/21 84/3

**continuously [1]**
37/17

**contract [1]**   74/4

**control [9]**   7/2
13/13 14/3 16/1
31/5 31/11 33/22
34/6 74/2

**conversations [1]**
33/10

**cope [2]**   54/11
54/13

**copes [1]**   54/20

**copy [1]**   33/15

**Coral [1]**   1/22

**correct [164]**

**correctly [1]**
121/25

**could [58]**   5/16
5/17 8/8 10/19
14/9 15/19 16/20
17/5 17/12 19/9
20/4 20/17 20/24
26/12 26/12 27/22
27/24 28/15 35/22
40/5 40/5 40/6
45/4 48/15 54/13
58/12 61/8 68/10
70/6 72/23 77/11
77/11 77/11 77/22
80/15 80/17 80/23
81/5 82/24 86/4
90/11 91/10 96/17
97/2 98/9 101/17
102/9 107/5 108/16
108/17 108/20
108/22 109/4 109/5
110/7 111/19
119/16 122/14

**couldn't [8]**   9/17

**correct**
88/15 96/7 101/9
115/25

**counsel [8]**   3/12
3/13 3/25 4/4 26/2
81/14 82/1 107/5

**counseled [1]**
115/4

**count [8]**   43/17
43/18 46/20 47/13
72/3 72/7 75/25
82/9

**counted [3]**   7/16
75/12 76/5

**counting [1]**   75/13

**couple [6]**   19/7
21/22 22/9 70/3
73/2 84/23

**course [17]**   7/21
9/6 11/11 13/5
14/17 17/20 18/7
18/13 20/19 21/12
34/10 34/10 65/21
68/12 77/21 78/9
78/10

**court [15]**   1/1
1/23 1/23 3/1 5/7
5/10 5/17 5/17 6/8
17/12 21/14 63/25
107/6 124/6 124/9

**Court's [2]**   115/23
116/16

**courtroom [2]**   39/1
82/13

**covered [1]**   77/7

**coworker [2]**
109/14 109/15

**crack [2]**   4/5
111/9

**CRAIG [4]**   1/7 3/11
97/19 103/5

**CROSS [3]**   2/6
21/10 21/15

**CROSS-EXAMINATION**
**[3]**   2/6 21/10

**C**

CROSS-EXAMINATION..
. [1]   21/15
CRR [1]   124/17
CSR [1]   124/17
cubital [1]   14/15
current [1]   110/14
cursory [1]   25/15
cut [3]   13/13
60/24 61/13
cv [1]   1/2

**D**

D091 [4]   80/15
80/15 80/17 81/21
D092 [1]   81/21
D093 [1]   81/21
D094 [1]   81/21
D095 [1]   81/22
D096 [1]   81/22
D097 [1]   81/22
D098 [1]   81/22
D099 [1]   81/22
D100 [3]   45/2
46/13 81/22
D101 [5]   36/2
39/14 43/4 43/25
81/22
D102 [1]   81/22
D1021 [1]   98/8
D91 [1]   27/24
D92 [3]   70/6 70/18
71/10
D93 [4]   64/25 66/9
67/15 68/14
D94 [4]   62/20
63/11 63/18 64/9
D95 [3]   59/22 60/5
62/3
D96 [2]   57/7 58/2
D97 [2]   52/8 55/8
D98 [3]   48/9 49/25
52/2
D99 [3]   46/22

dah [9]   10/12
10/12 10/12 10/12
10/12 10/12 10/12
10/13 10/13
daily [4]   18/19
85/20 99/13 100/10
damage [1]   30/21
danger [1]   116/6
data [6]   93/16
93/22 103/5 103/13
103/16 104/19
date [15]   22/2
36/14 36/14 36/17
36/21 36/25 108/21
109/2 110/7 110/21
113/8 117/12
117/12 119/2 121/3
dates [2]   114/8
118/3
Dave [83]   7/5 7/15
7/20 8/5 8/19
14/10 15/4 16/19
19/8 19/10 20/11
20/22 22/13 22/24
23/4 23/19 28/10
35/21 36/8 51/4
54/4 55/3 59/12
70/24 73/16 74/6
74/11 74/24 74/25
77/12 77/18 78/1
78/20 79/16 82/5
82/16 82/17 82/25
83/14 84/5 84/16
85/10 85/18 85/24
86/4 86/8 86/24
87/4 87/8 87/13
88/5 88/10 88/21
88/25 89/3 94/9
94/25 95/4 95/9
96/25 97/18 98/23
99/3 100/12 101/6
101/17 105/8
106/22 106/24

107/24 109/11
109/19 110/9
111/23 112/4
113/15 114/18
118/6 118/8 119/23
121/23
Dave's [18]   23/15
25/1 25/4 27/9
29/11 29/14 34/15
62/10 72/1 72/17
74/21 75/15 75/16
76/10 79/7 79/8
80/8 109/15
David [13]   1/4
6/19 6/23 9/14
10/17 15/21 18/4
18/18 18/23 19/2
93/24 101/4 102/21
David's [1]   11/21
day [29]   1/9 5/22
6/6 6/18 16/10
19/23 19/24 19/25
20/2 30/2 30/11
44/22 51/13 72/23
73/1 75/21 75/25
85/5 85/23 86/17
87/7 88/22 96/6
96/6 99/15 110/23
113/1 124/9 124/15
days [23]   20/5
51/13 75/22 75/23
75/25 76/2 76/4
76/8 77/23 78/5
78/12 78/14 82/25
83/8 83/13 83/19
83/22 84/2 86/24
87/4 97/6 108/4
118/17
de [1]   1/21
dead [1]   8/22
deadline [2]   5/2
5/10
deal [1]   113/18

# D

**dealing [1]** 41/3
**dealt [1]** 7/11
**debridement [1]**
8/22
**debridements [2]**
8/25 75/13
**debriding [1]** 7/17
**December [6]** 44/3
44/9 44/10 57/7
76/21 110/10
**decent [1]** 31/24
**decided [1]** 42/11
**decision [1]** 48/13
**decreased [1]**
79/16
**defecated [2]** 38/6
39/10
**defecation [1]**
34/6
**Defendant [7]** 1/8
1/19 2/4 69/18
89/25 90/3 91/23
**Defendant's [5]**
2/11 92/8 107/7
108/7 108/15
**defense [7]** 1/4
33/21 34/5 81/14
82/1 92/9 92/15
**deferring [1]** 42/4
**deficiency [1]**
112/5
**definitely [4]**
10/18 21/6 66/8
77/18
**definition [2]**
25/11 78/10
**definitively [1]**
98/1
**degree [3]** 15/12
93/8 93/11
**demonstrate [1]**
51/17

**demonstrates [1]**
79/8
**demonstrative [1]**
82/25
**demonstratives [1]**
23/2
**denervation [1]**
13/13
**denied [1]** 66/20
**deny [1]** 66/4
**depends [3]** 25/11
78/10 91/8
**deposition [11]**
21/24 24/2 24/8
25/6 25/8 25/13
25/19 25/24 32/14
74/11 77/6
**depressant [1]**
14/2
**depressive [3]**
13/9 16/5 16/24
**deprive [1]** 66/22
**describe [3]** 30/3
99/21 101/24
**described [2]** 7/1
33/14
**description [1]**
93/12
**detrimental [1]**
91/11
**develop [4]** 9/25
12/6 95/9 95/11
**development [2]**
93/16 94/5
**devices [1]** 103/10
**DEVIN [1]** 1/13
**diazepam [2]** 13/7
79/2
**did [95]** 7/5 10/17
15/4 16/20 18/18
18/23 19/2 20/2
22/3 23/12 25/18
26/2 26/8 27/8
27/10 27/14 27/15

32/23 34/16 35/23
35/24 35/24 35/25
40/3 40/4 46/20
49/10 56/20 56/20
58/22 60/21 65/22
66/24 74/24 77/18
78/8 78/8 78/9
82/18 85/13 86/20
87/18 88/1 88/24
93/24 94/1 94/4
94/9 94/13 94/15
95/6 95/9 95/11
98/25 99/17 100/7
100/21 101/9
101/11 102/1
102/13 102/15
102/22 103/2 103/3
103/4 103/16
103/22 103/24
104/5 104/7 104/9
104/11 104/14
105/11 105/19
105/24 106/2
106/22 108/2
109/17 110/2
110/20 112/10
112/18 112/25
113/21 114/2 114/4
117/20 119/13
121/15 121/25
122/5 122/11
**didn't [38]** 9/7
25/24 27/13 32/21
33/13 38/8 43/12
43/17 43/18 47/13
48/2 51/7 51/23
52/17 55/6 60/19
60/20 61/1 61/1
64/14 65/24 72/3
72/7 73/19 74/4
74/24 75/4 75/7
78/6 79/19 79/21
79/22 82/8 94/21
100/23 102/18

**D**

**didn't... [2]**
116/4 120/20
**died [1]** 96/15
**different [17]**
7/14 12/16 12/18
18/4 18/5 18/6
58/8 62/7 62/13
62/14 62/15 66/11
68/17 68/20 68/22
68/23 85/2
**differentiate [1]**
45/18
**difficult [1]**
11/16
**difficulties [2]**
105/10 105/12
**difficulty [4]**
28/22 29/7 31/4
42/4
**diminished [3]**
29/12 29/15 57/2
**dinner [1]** 95/13
**direct [8]** 2/6 2/8
6/13 26/12 35/21
37/2 79/4 93/1
**directly [1]** 11/11
**disagree [1]** 51/16
**discharge [4]** 20/8
20/15 20/16 20/23
**discharged [2]**
20/7 20/25
**disconnect [2]**
16/2 118/11
**discontinued [1]**
16/7
**discuss [2]** 35/21
102/22
**discussed [6]**
19/12 33/4 45/9
84/5 84/8 86/24
**discussing [1]**
33/1

discussion [2]
90/21 117/4
**discussions [2]**
34/3 85/1
**disease [8]** 12/1
18/7 18/8 22/10
27/16 27/17 39/21
39/23
**disease-related [1]**
27/16
**dispute [4]** 71/25
72/5 72/9 72/14
**distress [1]** 64/3
**DISTRICT [7]** 1/1
1/1 1/10 1/23
124/3 124/6 124/7
**divided [1]** 81/11
**DIVISION [1]** 1/2
**do [144]**
**Doc [5]** 94/2 94/4
94/9 94/13 109/14
**doctor [25]** 22/10
27/17 27/18 29/18
38/3 39/13 40/6
40/22 41/25 42/5
42/11 51/2 55/10
57/11 57/17 59/3
60/25 61/2 61/13
62/7 64/11 71/25
79/19 80/2 85/19
**doctorate [1]**
93/11
**doctors [16]** 18/4
26/19 35/7 37/5
40/7 40/21 44/14
45/17 54/20 58/13
59/6 60/13 61/3
61/19 84/8 110/11
**document [6]** 33/14
41/21 81/3 81/13
96/24 107/10
**documentation [1]**
85/11
**documented [1]**

85/13
**documents [2]** 82/7
107/10
**does [11]** 8/2
21/25 56/23 65/8
65/11 65/17 68/21
89/19 91/2 91/17
112/2
**doesn't [13]** 9/17
12/25 41/16 50/15
51/2 52/24 65/20
65/25 73/19 88/13
88/15 90/19 116/18
**doing [25]** 19/3
19/4 34/24 35/3
38/20 39/5 39/7
41/14 51/22 55/25
58/13 58/13 58/14
59/12 59/17 66/3
67/9 85/12 86/5
111/1 111/16
111/23 114/2
115/16 117/22
**don't [63]** 5/9
20/5 24/19 27/5
28/2 28/5 29/2
29/3 29/8 29/11
33/1 34/23 35/24
35/24 35/25 38/20
43/14 44/18 48/4
50/23 51/16 53/21
55/4 56/11 57/10
58/12 59/4 59/7
59/8 60/19 60/24
61/17 62/21 66/22
74/22 78/3 79/4
80/24 90/15 96/2
96/13 97/9 97/11
97/23 98/11 103/18
104/17 106/14
106/20 108/2 108/2
108/22 110/2
112/19 112/25
114/7 115/6 115/20

**don't... [5]**
117/24 118/9
120/17 121/20
122/13
**done [4]** 25/7
27/13 46/24 122/9
**door [1]** 99/25
**Dorky [1]** 112/4
**DOs [1]** 40/11
**dose [1]** 14/7
**doubt [8]** 4/19
28/25 38/18 54/23
55/1 57/25 57/25
64/19
**down [33]** 7/1 8/16
8/17 9/21 10/3
12/14 31/14 35/15
36/13 37/5 44/17
45/25 46/1 46/1
48/16 48/22 48/23
76/14 80/23 81/5
81/17 87/19 88/5
88/15 89/12 97/6
98/20 105/16 111/3
111/5 113/16
114/17 114/20
**downtime [2]** 7/20
7/22
**DR [13]** 2/5 4/5
4/8 4/10 4/11 26/2
32/22 33/6 33/20
34/3 41/7 41/13
70/17
**Dr. [32]** 3/8 3/11
6/1 6/10 6/15
11/21 16/15 16/19
20/22 21/17 25/21
32/22 40/13 42/8
42/24 49/10 49/12
53/16 67/19 67/22
68/2 69/14 69/25
80/8 81/2 83/11

85/9 89/9 89/10
90/24 91/21 92/2
**Dr. Craig [1]** 3/11
**Dr. MacIntyre [24]**
3/8 6/1 6/10 6/15
11/21 16/15 16/19
20/22 21/17 25/21
32/22 49/10 49/12
69/14 69/25 80/8
81/2 83/11 85/9
89/9 89/10 90/24
91/21 92/2
**Dr. Pilar [1]**
53/16
**Dr. Regatieri [3]**
40/13 42/8 42/24
**Dr. Somoza [3]**
67/19 67/22 68/2
**drainage [1]** 10/24
**dressing [3]** 37/16
37/17 37/18
**drive [3]** 104/1
104/2 113/19
**drug [1]** 78/23
**drugged [2]** 44/16
44/17
**drugs [1]** 57/13
**dry [1]** 64/4
**due [2]** 9/15 41/17
**DUGALD [1]** 2/5
**during [21]** 7/10
7/22 14/22 22/3
30/4 35/18 37/21
38/12 73/24 74/13
74/16 83/15 84/16
84/25 86/20 86/25
87/5 98/22 111/4
115/14 122/11
**during Zoom [1]**
22/3

**E**

**each [12]** 4/2 4/13
6/6 7/21 18/14

85/9 89/9 89/10
81/23 83/17 84/22
86/17
**earlier [1]** 70/23
**early [13]** 33/12
59/2 59/2 59/3
59/3 59/5 59/6
59/9 59/11 59/15
70/24 71/7 71/13
**easier [1]** 80/14
**easiest [1]** 120/5
**easy [1]** 121/1
**educational [1]**
93/5
**effect [15]** 15/4
15/24 16/5 16/12
47/17 74/21 76/8
77/12 78/15 78/16
78/17 78/20 79/6
79/8 91/20
**effects [5]** 14/1
14/1 15/22 15/25
16/24
**eight [2]** 86/16
108/8
**either [8]** 8/12
9/25 10/25 15/1
86/6 88/12 95/13
116/25
**electric [1]** 118/8
**electronic [1]**
41/2
**elicit [1]** 115/20
**eliminate [1]**
12/25
**else [3]** 38/20
106/13 116/20
**elsewhere [2]** 8/2
63/8
**email [3]** 96/25
97/7 97/18
**emphasize [3]**
37/24 37/25 38/1
**encountered [1]**

**E**

encountered... [1]
9/9

encrypted [4]
104/16 104/17
104/18 104/19

end [19]   5/4 5/11
5/20 5/22 6/18
6/22 19/11 30/2
30/11 32/6 34/21
47/14 80/21 86/6
90/21 97/10 98/6
111/13 117/4

endeavoring [1]
5/2

ended [1]   31/13

engagements [1]
101/1

engineering [1]
94/7

English [1]   42/21

enough [1]   122/14

entered [2]   96/13
115/4

entire [3]   38/13
73/24 93/14

entirely [1]   9/6

entitled [1]   46/2

Entry [1]   36/14

enzymes [1]   12/13

episodes [1]   11/7

equipment [2]
19/20 96/9

Ertapenem [7]
77/15 77/19 77/21
78/1 78/11 78/17
78/20

ESBL [1]   12/14

escape [1]   11/4

especially [1]
113/17

ESQ [9]   1/13 1/13
1/16 1/16 1/17

1/19 1/20 1/20
1/21

essence [1]   8/23

essentially [1]
16/1

establish [1]
115/13

Estate [1]   1/4

evaluate [2]   34/17
34/18

Eve [1]   110/21

even [11]   35/14
45/20 56/10 63/7
64/2 64/13 69/1
99/23 113/15
117/15 118/9

evening [1]   5/12

eventually [1]
33/13

ever [17]   15/20
29/12 57/18 79/16
95/22 99/17 100/7
101/9 102/1 102/13
102/22 103/4
103/16 104/5
104/14 105/19
106/2

every [17]   9/23
10/2 10/11 10/15
13/18 42/18 42/22
50/6 50/10 58/16
58/18 84/20 85/23
88/17 97/10 99/15
121/23

everyone [8]   3/2
3/3 34/12 41/6
51/3 51/6 58/5
83/2

everyone's [1]
41/5

everything [2]
120/2 120/12

everything's [1]
48/24 48/25

evidence [24]   23/3
26/15 27/22 28/22
29/4 29/5 29/6
30/20 35/23 36/5
74/20 80/9 80/11
81/13 81/17 81/25
96/16 96/19 96/24
97/15 98/8 108/14
108/15 115/5

evident [3]   13/25
16/12 16/13

evolved [1]   94/6

EX [1]   2/10

exacerbations [1]
73/7

exactly [5]   20/5
64/15 87/11 113/11
119/21

exaggerating [1]
41/13

exam [5]   27/4 28/2
28/9 50/12 57/24

examination [16]
2/6 2/6 2/7 2/8
6/13 21/10 21/15
22/22 26/12 35/18
35/22 37/2 60/2
72/12 80/6 93/1

example [5]   56/9
58/15 99/17 109/22
118/22

exams [1]   60/10

except [1]   72/23

exceptional [4]
4/20 5/6 5/7 5/8

excessive [1]   9/8

exchange [1]
107/17

excrete [1]   11/15

excuse [4]   42/19
53/17 58/19 60/21

excused [3]   92/2
92/6 92/7

exhibit [12]   81/2

**exhibit... [11]**
82/25 96/18 97/13
97/15 98/7 98/11
98/20 107/6 108/10
108/11 108/15
**exhibits [4]** 4/20
22/23 23/1 76/5
**exit [2]** 99/7 99/7
**expand [1]** 14/9
**expected [1]** 111/2
**experience [1]**
13/23
**expert [4]** 76/15
76/16 113/23
115/16
**explain [1]** 20/24
**explains [1]** 71/21
**expressed [1]**
22/12
**extended [3]** 12/12
12/15 20/14
**extended-spectrum**
**[1]** 12/12
**extension [1]**
19/25
**extent [1]** 48/15
**extra [1]** 5/3

**F**

**facility [1]** 19/19
**fact [10]** 14/3
17/1 18/8 30/13
35/13 36/8 43/13
50/6 79/14 79/19
**factor [1]** 86/22
**fair [5]** 44/20
64/21 103/15
104/23 116/14
**fall [1]** 15/8
**fallacy [1]** 103/16
**familial [1]**
116/17
**familiar [5]** 28/18

101/5
**family [5]** 90/5
90/9 90/14 90/16
91/13
**far [6]** 82/15
83/16 107/14
115/12 115/18
116/2
**fast [1]** 111/19
**favorite [1]** 99/18
**feature [1]** 35/8
**February [4]** 46/25
59/21 59/24 97/19
**February 19th [1]**
97/19
**feel [4]** 16/11
58/8 92/22 113/17
**feeling [5]** 66/21
67/1 67/2 67/2
122/8
**feet [1]** 8/18
**fellow [2]** 4/4
39/23
**fellows [1]** 18/15
**felt [7]** 30/25
31/2 31/2 31/9
57/11 91/5 114/10
**femur [1]** 7/9
**fentanyl [2]** 13/4
14/19
**fever [2]** 121/23
122/7
**few [7]** 43/2 58/16
59/18 95/12 97/5
113/18 118/23
**field [6]** 12/1
26/24 29/9 30/22
54/4 94/8
**figure [1]** 42/16
**filing [1]** 5/2
**fill [1]** 43/3
**filmy [1]** 11/15
**final [4]** 23/15

**finally [1]** 20/6
**finance [2]** 93/7
93/9
**finances [2]** 105/8
105/8
**financial [3]**
105/9 118/7 118/22
**find [5]** 27/13
37/12 66/24 79/21
79/22
**finding [1]** 5/3
**findings [4]** 28/25
29/19 29/22 86/18
**finds [1]** 54/21
**fine [3]** 5/19
112/6 120/3
**finish [2]** 25/21
42/20
**finished [2]** 29/24
29/25
**first [22]** 9/5
9/11 12/1 16/22
31/4 32/10 50/11
50/11 50/13 50/16
57/10 57/12 57/24
60/23 66/17 89/17
91/1 94/1 95/25
107/18 108/20
110/6
**firsthand [1]**
115/16
**five [10]** 73/15
73/21 85/22 85/23
87/9 87/15 87/16
87/22 87/23 111/25
**fixated [1]** 43/8
**flat [1]** 49/15
**FLEXNER [1]** 1/15
**floor [1]** 31/1
**FLORIDA [9]** 1/1
1/14 1/18 1/22
1/24 124/3 124/7
124/15 124/18

**flsd.uscourts.gov**
**[2]**   1/25 124/19
**focus [5]**   16/16
28/6 45/3 51/7
93/17
**focused [4]**   35/14
56/10 66/1 66/2
**Foley [2]**   11/1
85/7
**folks [1]**   33/5
**follow [1]**   91/22
**follow-up [1]**
91/22
**following [1]**   20/2
**follows [3]**   89/18
90/25 91/12
**Folstein [2]**   27/3
28/2
**fond [1]**   4/22
**food [1]**   99/14
**forearm [1]**   14/15
**foreclosure [1]**
106/2
**foregoing [1]**
124/10
**forensic [1]**   94/15
**forensics [1]**   54/5
**forever [2]**   110/17
111/11
**forgot [2]**   76/24
120/3
**formal [3]**   7/16
8/25 75/12
**formula [2]**   64/18
64/19
**forth [5]**   7/18
13/22 17/3 50/14
65/21
**forward [4]**   3/9
69/14 92/13 114/24
**found [5]**   12/11
67/1 74/13 111/19

**four [2]**   110/6
118/8
**FP [1]**   105/14
**fracture [2]**   7/4
7/9
**frame [1]**   97/9
**FREEDMAN [4]**   1/12
1/13 3/18 33/4
**frequent [2]**   10/9
107/2
**frequently [19]**
11/20 12/8 12/19
13/1 17/25 41/3
51/19 51/24 51/25
52/1 59/9 61/5
63/8 69/2 72/4
72/8 72/22 75/6
122/13
**Friday [2]**   99/13
111/18
**friend [11]**   90/5
90/9 90/14 90/16
91/13 95/15 95/17
100/4 100/5 109/19
120/25
**friends [1]**   22/16
**friendship [2]**
95/9 95/11
**frita [1]**   109/8
**front [2]**   35/19
70/17
**frontal [1]**   16/2
**fulfill [2]**   89/19
91/2
**full [1]**   61/9
**fully [1]**   92/22
**Funny [1]**   118/16
**furlough [1]**   19/13
**further [2]**   80/3
124/12

**G**

**Gables [1]**   1/22

gain [1]   11/11
**gave [10]**   24/14
24/22 31/1 32/8
76/16 76/18 76/21
76/21 76/24 76/25
**general [14]**   16/5
23/24 26/16 50/13
57/24 57/24 61/11
72/12 74/10 74/22
79/20 91/18 93/20
93/21
**generally [6]**   8/10
18/19 33/11 50/6
51/1 79/11
**generic [1]**   79/2
**generous [1]**
119/15
**gentleman's [1]**
50/7
**Gentlemen [5]**   6/4
69/7 89/8 90/22
122/18
**get [20]**   5/17
11/16 22/9 28/15
36/21 37/23 43/8
45/5 59/2 68/11
87/17 95/6 96/3
98/4 99/8 105/8
111/3 113/16
119/17 120/21
**getting [5]**   8/1
51/11 65/8 82/14
98/6
**give [15]**   5/11
5/16 14/7 20/17
35/1 62/1 75/24
75/24 84/3 89/11
91/7 93/5 93/12
116/13 119/10
**given [18]**   12/5
12/18 12/19 13/4
13/5 13/6 13/17
17/16 19/17 19/18
21/4 23/4 27/3

**G**

**given... [5]**  33/13
33/15 89/18 91/1
100/25
**gives [1]**  119/9
**giving [1]**  62/8
**go [91]**  3/5 8/4
14/5 18/16 24/2
24/3 26/10 28/14
30/11 30/25 32/23
36/20 37/1 37/11
39/14 42/22 43/25
44/5 44/7 44/11
45/1 45/5 45/24
46/12 46/21 46/22
47/10 47/10 47/18
48/9 49/12 49/25
50/9 52/19 52/19
52/19 53/2 53/19
55/5 55/14 55/16
57/7 58/1 59/21
62/1 62/3 62/19
63/11 63/11 63/17
64/9 64/24 66/9
67/6 67/7 67/15
71/10 74/15 75/2
78/6 80/22 80/25
81/5 83/7 85/21
87/10 99/9 99/12
99/14 100/3 105/19
106/2 107/14
107/18 108/16
108/17 110/3
111/12 111/17
111/21 113/5
113/15 115/10
117/9 119/5 119/7
119/18 121/2 121/2
121/17 122/19
**go to [1]**  55/16
**goes [5]**  14/17
15/2 15/13 37/19
85/15

**going [48]**  5/4
17/4 18/5 23/15
24/3 26/10 26/15
27/7 30/25 37/11
38/25 39/16 40/22
42/12 43/3 43/8
44/3 56/3 56/3
56/24 58/2 58/19
65/14 65/25 70/1
70/2 73/13 77/14
82/3 86/22 86/22
95/13 95/13 98/7
105/19 108/16
110/10 113/1
115/10 115/12
115/20 115/22
116/3 116/12
116/19 117/8
120/25 121/24
**gone [5]**  16/23
25/7 28/4 40/24
49/13
**Gonzalez [1]**  4/6
**good [36]**  3/2 3/4
3/14 3/16 3/18
3/20 3/22 3/24 4/2
4/3 4/7 4/9 4/12
4/13 6/1 6/4 6/15
6/16 21/17 21/18
37/20 41/3 49/1
56/12 67/5 69/25
69/25 88/5 93/3
93/4 95/15 103/4
104/9 117/1 118/8
122/16
**goodness [1]**  119/3
**got [15]**  28/10
28/15 33/1 42/10
44/7 54/16 56/24
61/7 61/25 65/14
79/3 110/11 110/22
120/3 120/7
**gotten [1]**  37/20
**grab [1]**  90/11

**graduate [1]**  40/19
**granted [1]**  20/1
**gravity [1]**  9/19
**great [16]**  24/25
26/17 28/8 29/17
29/23 30/23 33/19
35/12 43/2 48/16
51/20 54/3 59/20
71/24 75/19 113/13
**grip [4]**  56/16
56/19 56/22 57/2
**group [4]**  12/20
13/19 18/15 18/16
**guess [6]**  41/9
42/6 55/16 59/12
110/16 111/10
**guidelines [1]**
92/22
**gun [1]**  95/14
**gut [1]**  12/11
**guy [1]**  51/4
**guy's [1]**  42/23

**H**

**had [92]**  6/18 6/19
7/7 7/9 7/11 7/12
7/15 7/17 7/20 8/5
8/14 8/18 9/3 9/4
9/4 9/8 9/12 9/16
9/18 9/20 9/22
10/1 10/21 10/23
12/7 12/11 12/11
13/3 15/20 15/21
18/5 21/3 25/14
31/4 31/5 31/10
31/15 33/12 38/6
39/9 45/14 45/20
48/2 54/13 54/15
54/16 54/17 57/2
61/13 73/3 73/16
74/1 74/11 74/21
75/15 76/8 77/6
77/11 77/21 78/5
78/10 78/20 79/4

**H**

**had... [29]**   79/6
79/8 79/16 82/7
82/12 84/5 84/8
85/7 86/24 87/4
88/4 88/21 96/2
97/9 97/20 98/5
98/6 100/18 104/2
104/17 107/17
107/21 110/14
112/15 117/24
120/14 121/16
121/23 124/8
**hadn't [1]**   57/2
**half [4]**   60/24
84/1 84/2 87/23
**halfway [1]**   93/10
**hall [1]**   113/16
**hand [4]**   14/16
89/11 92/13 124/14
**handled [1]**   18/6
**handling [2]**   4/14
46/11
**hanging [6]**   15/13
15/14 21/18 21/20
21/21 95/14
**happen [5]**   16/3
75/5 75/8 122/11
122/13
**happened [6]**   19/10
20/10 81/11 85/16
112/5 115/17
**happening [2]**
41/25 48/5
**happens [2]**   46/5
85/14
**hard [8]**   11/12
17/18 59/17 86/23
108/23 113/20
118/3 120/24
**has [25]**   4/18 4/20
14/5 15/13 15/20
17/18 18/15 19/15

27/19 38/24 38/25
45/3 45/6 45/8
54/11 73/18 78/16
84/21 93/14 93/16
102/8 115/3 115/4
118/17 122/6
**have [137]**
**haven't [5]**   5/9
22/21 97/6 102/6
102/9
**having [12]**   10/24
17/7 19/20 42/4
97/21 105/9 105/16
106/15 106/18
115/6 121/13 122/9
**HBO [1]**   118/16
**he [379]**
**he'd [3]**   9/23 9/25
49/19
**he's [47]**   8/1 8/2
14/19 34/24 42/23
44/22 44/23 45/12
49/21 51/17 52/13
52/15 54/16 54/20
55/20 56/3 56/3
56/5 56/6 64/6
64/7 64/20 64/20
65/7 65/7 65/8
65/14 66/1 66/2
66/3 67/1 67/2
68/17 68/20 71/8
71/14 71/17 71/20
71/21 72/21 75/18
75/18 106/21
111/10 111/23
122/8 122/8
**he's not [1]**   64/6
**head [2]**   87/19
93/22
**headed [2]**   94/5
115/7
**heading [2]**   115/3
115/8
**heal [1]**   8/24

**health [3]**   91/11
113/21 119/17
**healthcare [4]**
48/13 50/7 55/23
66/5
**heard [2]**   12/9
103/15
**hearing [3]**   17/7
17/9 116/21
**hearsay [1]**   101/13
**heart [2]**   108/2
108/5
**help [9]**   10/5
54/12 72/24 74/6
77/14 94/16 100/9
102/1 109/21
**helped [2]**   54/11
101/1
**helping [1]**   39/8
**her [12]**   29/19
38/21 38/21 39/7
41/10 41/18 41/19
41/19 45/13 66/16
67/24 71/21
**here [24]**   3/6
22/12 29/21 37/8
37/8 41/7 41/25
50/24 60/16 62/7
66/24 67/18 68/1
86/21 110/9 110/17
111/10 111/11
115/12 116/6 119/2
122/14 122/19
122/22
**here's [3]**   45/19
50/18 71/5
**hereby [1]**   124/7
**hereunto [1]**
124/14
**hernandez [6]**   1/23
1/25 124/5 124/17
124/17 124/19
**herself [2]**   42/13
68/2

## H

**Hey [3]** 34/22 45/19 48/3

**high [4]** 30/3 76/7 87/18 87/20

**highlight [5]** 45/4 108/20 108/23 109/4 113/10

**highlighting [1]** 45/5

**him [87]** 4/22 7/16 9/22 10/5 12/16 14/6 18/9 19/6 20/3 20/4 20/6 20/10 22/14 22/16 22/20 34/22 37/4 42/5 47/25 48/15 51/9 51/13 52/16 54/11 54/12 54/22 56/12 56/17 69/3 71/20 72/1 72/6 72/9 72/13 72/18 72/20 72/24 75/24 82/8 84/9 88/6 94/1 94/2 94/13 94/17 95/6 95/17 95/19 95/22 96/4 97/8 99/14 99/17 100/7 101/1 101/9 101/11 101/12 102/8 102/9 102/10 103/18 104/3 104/24 105/3 107/1 107/3 109/21 110/1 110/20 110/22 110/24 112/18 112/19 112/21 112/23 112/25 114/4 114/7 114/10 116/5 116/13 117/20 119/13 120/15 120/20 120/21

**himself [4]** 38/6 39/9 54/21 101/17

**hip [3]** 9/5 9/6 9/25

**his [172]**

**history [1]** 93/5

**Hold [2]** 86/13 86/13

**holidays [1]** 4/16

**HOLTZMAN [3]** 1/17 3/17 76/2

**home [6]** 4/15 96/8 100/7 100/9 110/2 119/7

**honest [2]** 63/2 66/5

**honestly [1]** 97/9

**Honor [46]** 3/14 3/16 3/18 3/20 3/22 4/7 4/9 5/1 5/15 16/14 17/7 20/17 21/8 21/11 24/5 25/17 26/4 27/22 36/4 47/7 47/19 49/4 49/8 68/10 69/4 69/18 80/3 80/5 89/6 90/7 90/12 91/24 92/1 92/3 92/4 96/19 101/14 101/20 102/5 108/6 108/13 109/23 114/22 115/4 122/16 122/25

**Honor's [1]** 5/2

**HONORABLE [1]** 1/10

**hoo [1]** 121/6

**hood [1]** 17/18

**Hooters [2]** 99/17 99/19

**hope [1]** 5/8

**horizontal [1]** 36/19

**hose [1]** 37/18

**hospital [58]** 10/10 15/20 16/21 17/2 18/1 18/14 18/14 18/24 19/9 19/11 19/13 19/18 20/3 20/7 20/9 20/12 20/14 20/23 26/18 27/10 29/12 29/15 51/18 54/6 56/11 58/7 58/7 77/20 83/1 83/14 84/3 84/6 84/17 85/3 85/16 86/25 86/25 87/5 87/5 89/20 90/6 91/3 91/14 91/16 91/19 96/7 96/9 96/11 96/14 97/10 98/3 98/16 99/21 111/2 111/4 111/5 116/23 122/9

**hospitalization [11]** 10/23 13/19 14/22 23/11 23/15 30/4 43/23 74/14 74/16 83/15 98/22

**hospitalized [3]** 95/23 96/1 96/4

**hospitals [2]** 85/15 85/15

**hot [1]** 4/6

**hour [4]** 67/10 71/2 115/15 122/19

**hours [11]** 9/23 10/2 10/4 10/11 10/15 13/18 51/13 58/10 58/16 58/18 84/21

**house [7]** 105/13 105/13 105/19 106/12 109/21 116/20 116/23

**how [61]** 3/3 7/14 10/5 14/9 18/18

**H**

**how... [56]**  20/5
21/17 28/16 28/17
29/2 29/14 37/21
38/25 45/17 48/13
50/10 50/14 55/22
58/6 58/8 76/2
82/6 82/7 82/17
84/5 84/8 85/9
85/18 87/4 87/7
87/7 87/12 94/22
94/22 95/11 96/5
96/5 99/12 100/21
101/24 102/18
102/19 103/24
104/20 107/1 108/9
111/1 111/1 111/16
111/23 112/2
113/17 113/20
114/2 114/16
115/12 115/18
116/2 117/22
118/12 122/13
**How's [1]**  87/24
**huge [1]**  119/8
**huh [3]**  61/12
70/13 81/4
**hundred [2]**  61/3
76/4
**Hundreds [2]**  43/16
46/19

**I**

**I'd [4]**  22/1 52/25
107/9 108/6
**I'll [15]**  5/7
41/22 63/21 78/13
80/14 102/11
105/23 109/25
111/10 114/13
117/8 117/12
117/15 119/9
122/19
**I'm [54]**  12/2 17/7

17/17 18/2 21/19
24/23 25/9 25/22
28/17 28/19 30/25
31/18 33/3 43/8
44/3 45/20 48/3
55/2 56/7 56/24
57/10 58/2 58/19
62/12 62/21 64/14
67/6 68/1 70/1
70/1 70/15 80/13
80/13 80/23 91/15
97/23 98/7 101/2
104/15 108/16
110/10 112/1 115/2
115/7 115/8 115/9
115/13 115/20
115/21 116/21
116/21 117/8
120/24 121/9
**I've [8]**  16/8
49/13 56/24 59/17
78/18 97/5 105/6
115/10
**ICU [9]**  111/13
111/24 112/2 112/8
112/20 119/23
119/24 120/2 120/9
**idea [6]**  33/12
55/2 56/12 75/4
82/20 122/2
**ideas [1]**  33/1
**identified [1]**
77/10
**identify [1]**  11/24
**immobility [2]**  7/2
15/12
**immobilize [1]**
15/10
**immobilized [1]**
10/9
**impaired [1]**  56/19
**impairment [1]**
75/16
**implied [1]**  28/23

**important [12]**
31/2 31/3 31/10
34/15 40/20 40/21
50/15 57/11 66/25
104/24 105/3
111/25
**impossible [3]**
37/4 51/9 51/12
**impressed [1]**  6/6
**imprisoned [1]**
113/17
**improved [2]**  21/6
103/12
**impulse [1]**  16/1
**impulses [1]**  14/3
**inadvertent [1]**
61/14
**include [2]**  81/21
86/8
**included [2]**  8/22
13/3
**includes [1]**  61/9
**including [3]**
14/19 15/24 21/2
**indicate [3]**  8/19
9/14 50/13
**indicated [1]**
54/10
**indicating [1]**
17/19
**indirect [1]**  28/24
**individual [1]**
59/4
**individually [1]**
18/17
**individuals [1]**
17/24
**indwelling [1]**
64/4
**infect [1]**  11/12
**infected [1]**  98/6
**infection [16]**
9/13 10/22 11/3
11/4 11/6 11/7

**infection... [10]**
11/9 11/12 11/18
12/7 73/4 73/16
73/17 73/23 96/3
110/13
**infections [10]**
7/12 9/4 10/17
10/20 10/21 11/9
11/10 73/3 97/11
120/21
**infectious [8]**
12/1 18/7 18/7
22/9 27/15 27/17
39/21 39/23
**Info [1]**   1/4
**information [13]**
23/22 24/17 24/18
24/21 25/1 25/4
28/24 93/8 93/10
93/11 94/10 103/9
104/17
**initially [1]**
19/23
**injuries [1]**   99/22
**injury [1]**   30/17
**innervation [2]**
12/24 13/11
**insane [1]**   113/19
**inserted [1]**   14/24
**installation [1]**
19/19
**installed [1]**
19/20
**instances [2]**   82/5
122/7
**instead [2]**   5/5
42/11
**instructed [1]**
10/4
**instructions [1]**
28/23
**intending [1]**

**intensive [7]**
111/24 112/12
113/2 119/25 120/5
120/10 120/19
**intent [2]**   115/19
116/1
**interact [1]**   57/17
**interactive [9]**
44/13 44/18 44/19
44/23 46/16 50/22
57/15 59/25 60/7
**interest [2]**   38/24
38/25
**interested [1]**
12/2
**interesting [6]**
57/1 57/1 60/1
60/3 62/6 67/1
**interfere [5]**
13/15 13/15 14/2
15/6 15/18
**intermittent [1]**
11/1
**intern [1]**   40/5
**interns [3]**   18/15
40/4 40/9
**interrupt [2]**   17/3
88/16
**interrupted [4]**
17/2 39/10 55/25
72/21
**interrupting [1]**
85/12
**interruption [3]**
12/24 63/25 84/21
**interruptions [11]**
17/6 17/16 37/21
38/11 84/5 84/16
84/19 85/1 85/4
85/8 88/21
**intravenous [8]**
14/10 14/12 14/13
14/20 14/23 15/4

**intravenously [1]**
12/19
**introduce [1]**   4/4
**introduced [5]**
80/9 80/10 81/17
81/20 81/25
**involved [1]**
102/22
**IRA [3]**   1/3 3/11
4/1
**irregular [1]**   20/7
**is [340]**
**ischial [1]**   8/14
**isn't [3]**   28/12
35/9 79/14
**issue [3]**   27/8
34/7 55/5
**issued [2]**   32/17
33/8
**issues [9]**   5/24
27/9 27/19 37/2
90/16 96/2 119/17
120/23 121/12
**it [265]**
**it to [1]**   5/18
**it's [104]**   5/4 5/8
5/10 5/15 8/23
11/14 12/12 13/5
13/6 13/8 13/25
15/14 16/6 17/1
17/18 17/18 19/13
23/10 24/14 27/18
28/5 29/3 29/24
30/12 30/12 30/22
35/7 35/7 35/7
37/19 38/21 39/16
39/21 40/21 41/16
41/17 43/9 43/9
43/24 46/2 50/6
50/16 50/17 51/2
52/21 53/6 55/18
55/22 57/1 57/23
58/7 59/11 60/13

**I**

**it's... [51]** 60/13
60/13 60/14 60/14
60/14 62/14 64/21
65/3 67/9 67/18
67/18 68/13 68/23
70/11 70/18 71/7
72/7 75/4 75/7
76/7 77/15 78/19
79/10 79/11 79/13
79/18 82/21 82/22
83/16 86/21 86/22
87/20 88/16 90/10
90/15 90/20 98/8
99/6 102/10 107/6
108/2 108/10
108/21 108/23
113/11 119/3 119/8
120/25 121/1
121/20 121/21
**items [2]** 73/2
86/18
**its [1]** 14/1
**itself [3]** 11/13
23/3 41/21
**IVs [2]** 14/14 85/7

**J**

**January [7]** 21/24
32/11 46/15 46/24
70/9 70/18 110/22
**JMOL [1]** 5/3
**job [3]** 27/18
38/21 38/21
**Jody [7]** 109/7
109/13 109/14
109/17 109/19
109/21 110/1
**joint [3]** 9/6
96/17 97/14
**joints [1]** 7/13
**jokes [1]** 111/9
**JORGE [2]** 1/20
4/11

**jovial [1]** 111/8
**JUDGE [10]** 1/10
4/3 4/12 4/15 4/16
4/21 69/11 79/24
115/1 117/2
**July [3]** 52/4
63/17 119/19
**June [1]** 63/12
**jurors [1]** 4/24
**jury [35]** 1/11
4/20 6/2 6/3 6/18
8/8 10/19 17/5
19/10 20/24 27/24
30/11 31/4 31/10
32/4 35/1 35/20
35/22 36/3 36/7
38/9 39/11 58/5
66/25 69/9 69/19
69/20 76/16 80/18
93/5 93/12 96/21
97/16 109/5 122/21
**just [62]** 4/4 5/1
7/10 13/24 16/14
20/17 20/22 24/2
24/13 33/3 35/7
35/7 36/2 37/11
37/13 37/23 39/8
40/4 41/16 41/24
44/17 45/4 46/24
50/16 62/12 64/11
67/9 71/8 73/2
74/3 74/24 75/10
76/10 76/13 76/15
77/22 84/22 87/6
88/1 88/16 89/24
92/17 94/21 95/12
95/14 99/6 99/14
108/22 108/23
113/18 114/7
114/18 114/20
114/21 115/15
115/18 116/15
117/12 117/13
118/4 120/3 122/4

**justice [1]** 6/9

**K**

**K-I-M-O-N [1]**
92/19
**KASS [15]** 1/21 2/6
2/7 4/9 17/8 22/22
29/25 30/7 30/25
34/21 35/19 41/16
55/6 83/2 90/2
**keep [6]** 100/23
103/2 104/11
106/11 111/16
115/10
**keeping [1]** 42/11
**kept [4]** 20/5
104/3 104/12
120/21
**key [1]** 75/17
**keys [1]** 104/12
**kidneys [1]** 11/4
**KIMON [12]** 2/8
92/9 92/15 92/19
108/18 111/12
113/5 118/1 118/25
119/18 121/2
121/17
**KLEIMAN [78]** 1/3
1/4 3/11 4/1 6/19
7/5 7/15 7/20 8/5
8/19 9/14 22/24
23/4 26/18 30/13
30/15 31/4 31/10
31/15 33/22 34/5
35/2 35/21 36/8
38/18 39/4 39/9
40/14 41/18 41/20
44/21 45/3 45/6
45/8 45/13 48/14
51/4 54/4 55/3
55/24 56/7 56/10
56/23 58/24 66/5
68/4 73/16 82/25
83/14 84/6 85/10

**K**

**KLEIMAN... [27]**
85/18 85/24 86/5
86/8 86/25 87/4
87/8 88/5 88/11
88/21 89/3 93/24
94/9 94/25 95/4
96/25 97/18 98/23
99/3 100/12 101/7
101/17 102/22
106/22 106/24
107/24 110/10

**Kleiman's [26]**
6/23 15/5 16/16
16/19 19/9 22/13
23/19 23/22 28/25
30/3 33/20 34/4
35/8 37/3 43/22
70/24 77/12 82/4
82/16 82/17 84/16
87/13 88/25 101/4
105/8 109/19

**knee [3]**  9/12
110/12 110/14

**knew [6]**  34/6
34/12 94/22 94/22
102/18 102/19

**know [78]**  3/6 5/9
5/11 7/14 14/9
18/9 26/18 26/20
27/3 29/2 29/3
29/8 29/18 29/19
32/25 33/2 33/13
38/15 38/17 40/18
44/5 44/16 45/13
45/17 47/13 53/25
55/4 57/10 59/4
59/6 60/19 64/11
66/25 79/4 82/17
85/9 85/11 85/15
85/16 93/24 94/21
95/6 95/25 96/13
97/7 97/21 97/23

100/9 100/10
100/21 100/25
102/18 103/3 104/2
104/16 104/20
105/9 106/4 106/14
106/18 106/20
108/9 109/17
109/21 110/1 110/2
111/25 112/25
113/11 113/15
113/16 114/7 116/8
119/24 120/16
120/24 120/24
122/13

**knowledge [2]**
85/14 100/11

**known [2]**  12/9
13/4

**knows [5]**  18/1
61/23 61/23 61/24
117/14

**KYLE [2]**  1/13 3/20

**L**

**labored [1]**  69/1
**lack [2]**  7/2 7/2
**lactamase [3]**
12/13 12/13 12/15
**Ladies [5]**  6/4
69/7 89/8 90/22
122/18
**Lady [1]**  118/16
**laid [3]**  97/5 97/8
111/2
**language [5]**  28/21
42/21 68/17 68/18
68/21
**laptop [1]**  54/6
**large [2]**  14/22
73/1
**last [17]**  64/6
64/14 64/16 67/10
68/13 71/18 85/16
86/25 87/5 96/9

98/22 111/4 117/6
118/13
**lasted [1]**  74/17
**late [4]**  71/7
71/18 71/22 71/22
**later [4]**  39/1
42/14 44/22 119/7
**lawyers [15]**  32/8
32/10 32/12 32/14
32/19 32/20 32/21
32/22 32/25 33/3
33/20 33/20 34/3
34/4 34/4
**lay [1]**  37/4
**lead [5]**  11/3 11/4
15/11 15/24 85/8
**leading [14]**  73/8
84/10 85/25 86/10
87/1 88/7 95/1
104/25 105/4
105/21 105/22
106/8 113/3 114/12
**learning [1]**  10/5
**least [5]**  10/6
11/7 15/25 29/18
44/22
**leave [14]**  19/13
19/14 19/16 19/17
19/17 19/21 19/25
20/13 89/20 90/6
91/3 91/14 104/14
120/3
**left [11]**  6/17 7/9
9/24 15/1 19/9
19/23 19/24 20/16
20/23 31/1 70/1
**legal [2]**  33/14
33/15
**length [1]**  9/17
**lengthy [1]**  96/10
**Leon [1]**  1/21
**less [2]**  15/11
30/12

**I**

**let [20]**  4/17 6/10
24/2 24/13 31/1
32/7 42/20 55/12
59/18 60/21 76/14
79/23 89/11 96/16
97/13 105/16
111/12 111/25
117/5 118/1
**let's [77]**  3/6 6/2
22/9 27/21 28/14
28/20 29/24 30/11
30/14 31/2 35/12
35/17 35/17 36/1
36/1 36/1 36/7
36/20 37/1 37/11
39/14 40/17 43/2
43/25 44/16 45/1
45/3 46/12 46/21
46/22 47/10 47/10
47/18 48/9 49/25
52/8 52/19 52/19
53/2 53/19 55/5
55/7 55/14 57/7
58/1 58/2 59/21
60/24 62/1 62/3
62/19 63/11 63/11
63/17 64/9 64/24
66/9 66/23 66/24
67/7 67/15 68/13
69/7 69/19 70/3
70/17 71/10 75/24
75/24 76/13 77/22
77/23 111/16
111/23 113/5 121/2
122/18
**let's not [1]**
60/24
**letting [1]**  115/10
**level [1]**  30/3
**Licensed [1]**  66/15
**lie [3]**  9/18 88/14
121/16

**life [2]**  65/14
96/6
**lift [1]**  19/19
**like [27]**  5/12
6/17 10/14 13/22
14/10 19/14 34/22
37/5 39/24 40/12
42/7 42/9 51/23
58/8 58/8 60/25
63/8 63/21 64/18
75/21 76/7 88/17
106/22 111/10
111/10 113/15
122/7
**likely [4]**  7/4
8/24 114/5 117/21
**likes [2]**  64/19
64/22
**likewise [1]**  10/3
**limine [2]**  90/8
90/10
**limitations [1]**
100/25
**line [7]**  14/13
14/20 14/23 36/19
37/13 50/13 109/24
**lines [6]**  15/4
15/6 15/11 16/22
24/3 97/6
**list [3]**  37/25
81/23 108/11
**listed [1]**  13/24
**literal [1]**  51/12
**literature [1]**
29/4
**little [17]**  10/19
14/9 17/5 19/10
19/14 29/24 33/14
35/1 47/14 70/2
76/14 85/21 86/21
87/10 101/4 107/13
118/6
**live [2]**  110/16
111/11

**I**

**LLC [1]**  1/4
**LLP [2]**  1/12 1/19
**lobe [1]**  16/2
**located [2]**  8/9
8/10
**long [12]**  9/25
11/19 12/3 12/6
15/1 20/15 49/19
78/7 78/9 78/10
78/12 88/14
**long-term [3]**
11/19 12/3 20/15
**longer [3]**  12/16
19/11 84/23
**longer-term [1]**
12/16
**look [25]**  5/18
22/2 26/14 27/15
27/18 28/20 35/12
35/17 35/17 36/13
43/2 52/8 52/25
55/7 60/19 60/20
61/1 61/1 77/18
83/21 96/25 111/17
117/11 121/19
121/20
**looked [7]**  25/14
53/16 53/17 61/4
76/4 77/23 79/19
**looking [7]**  27/15
36/7 40/24 42/5
42/14 57/3 111/16
**looks [1]**  39/24
**looped [1]**  57/13
**loose [1]**  13/13
**lose [1]**  7/3
**losing [1]**  116/21
**loss [1]**  8/12
**lost [3]**  31/5
31/10 74/2
**lot [11]**  26/10
26/11 40/19 41/1
43/1 43/14 43/15

**I**

**lot... [4]** 50/24
51/18 51/23 82/22
**Lotto [2]** 106/22
106/24
**lower [4]** 8/17
12/24 31/20 34/12
**LPN [2]** 66/14
66/14
**lunch [5]** 116/12
122/19 122/20
122/24 123/1
**lying [12]** 8/12
8/17 9/16 9/23
48/16 48/22 48/23
49/2 49/2 49/15
88/12 88/13

**M**

**M-R-S-A [1]** 12/9
**machine [2]** 113/16
124/8
**MACINTYRE [26]** 2/5
3/8 6/1 6/10 6/15
11/21 16/15 16/19
20/22 21/17 25/21
32/22 49/10 49/12
69/14 69/25 70/17
80/8 81/2 83/11
85/9 89/9 89/10
90/24 91/21 92/2
**Madam [1]** 17/12
**made [5]** 21/3 34/9
37/1 72/16 105/6
**majority [1]** 93/17
**make [17]** 3/6 19/2
26/13 34/25 38/8
44/14 50/21 55/10
61/5 62/21 77/7
80/14 106/14 111/9
115/3 116/17
117/15
**makes [4]** 11/16
13/1 42/1 113/17

**making [6]** 33/21
34/4 61/3 68/2
105/17 111/10
**malpractice [1]**
34/8
**management [3]**
11/20 93/8 93/10
**many [33]** 7/14
11/23 12/4 20/5
37/21 43/24 46/17
47/4 47/17 50/10
60/13 65/24 66/7
66/7 67/12 69/2
69/2 72/20 76/2
82/6 82/7 82/17
84/18 85/4 85/18
87/4 87/7 87/7
87/12 103/24 108/9
110/13 118/12
**march [8]** 19/11
19/17 20/24 37/11
46/24 60/5 98/17
111/18
**Maria [1]** 53/6
**mark [1]** 45/14
**mask [1]** 92/23
**master's [2]** 93/8
93/9
**material [1]** 11/15
**materials [1]**
25/12
**math [1]** 87/18
**matter [4]** 5/1
51/2 114/19 116/11
**matters [1]** 4/23
**may [25]** 5/3 16/15
21/14 24/5 24/6
25/21 26/13 36/3
42/8 58/15 62/19
76/8 82/11 89/14
114/10 114/22
116/8 116/20
116/22 117/13
118/4 119/3 119/3

**May 2nd [1]** 117/13
**May 31st [1]** 119/3
**May 3rd [1]** 118/4
**maybe [5]** 60/18
75/21 99/8 107/2
115/11
**MCGOVERN [2]** 1/20
4/8
**MD's [1]** 37/16
**MDs [2]** 40/10
40/11
**me [53]** 4/17 6/10
16/8 16/11 17/9
20/17 24/2 24/13
26/13 31/18 32/7
32/21 33/1 41/18
42/19 42/20 53/17
55/11 58/19 59/13
60/21 60/21 62/1
63/21 68/1 68/1
74/11 76/14 77/14
78/15 79/23 85/17
89/11 94/14 94/16
94/21 94/23 96/16
96/18 97/2 97/13
99/8 100/22 104/21
105/16 105/24
111/12 111/25
117/6 118/1 119/9
122/14 122/15
**mean [14]** 5/6 5/21
9/17 48/16 50/15
58/12 60/25 61/1
62/21 65/8 73/19
88/13 88/15 116/8
**meaning [2]** 39/5
54/4
**means [10]** 29/4
29/6 38/6 50/16
57/17 61/15 61/22
61/23 64/6 64/7
**meant [3]** 41/8
55/1 119/24

**M**

**measured [1]** 56/16

**mechanics [1]**
14/11

**mechanisms [1]**
14/13

**medical [55]** 6/19
11/21 11/25 16/19
17/6 17/15 20/9
20/12 20/12 22/23
22/25 23/1 23/3
26/11 26/14 27/23
30/4 31/8 31/9
35/8 35/20 35/21
36/8 40/22 40/23
41/2 42/12 45/22
51/16 54/11 54/13
54/15 54/17 54/17
56/12 58/22 72/1
73/21 75/3 75/6
76/10 78/19 79/7
79/7 79/15 79/15
80/9 80/10 81/8
81/16 82/4 82/16
82/17 85/2 88/25

**medically [2]** 13/6
54/21

**medication [9]**
13/4 13/7 13/9
14/10 15/3 15/13
17/1 76/13 79/17

**medications [25]**
7/23 7/25 11/22
11/23 11/24 12/2
12/20 12/22 13/2
13/19 13/21 13/23
13/25 14/12 14/18
15/21 15/23 16/1
16/24 21/2 21/3
44/22 77/10 84/20
89/3

**meet [2]** 5/2 94/1

**member [4]** 90/5

**mental [28]** 13/24
15/24 23/22 23/24
24/15 24/16 24/19
25/16 26/19 27/4
27/9 27/13 27/18
27/19 28/2 28/9
29/11 29/14 34/18
34/20 74/9 74/21
77/12 79/9 79/16
87/24 113/21
115/14

**mention [6]** 65/20
65/25 74/4 103/4
103/22 103/24

**mentioned [17]** 8/4
8/15 8/22 14/19
15/23 17/21 35/5
35/13 43/24 47/4
48/18 76/15 78/22
78/23 84/25 106/5
124/9

**merely [1]** 115/18

**message [3]** 109/2
114/11 118/3

**messages [4]**
107/21 110/6 112/1
120/5

**MESTRE [6]** 1/19
1/20 2/8 4/11
108/8 115/8

**met [10]** 21/22
22/6 32/7 32/10
32/10 32/12 32/14
94/2 95/19 95/22

**metal [1]** 110/13

**methicillin [1]**
12/8

**methicillin-resista**
**nt [1]** 12/8

**methodically [1]**
82/4

**Miami [11]** 1/14
1/18 1/24 1/24

99/5 124/15 124/18
124/18

**microphone [1]**
17/8

**middle [3]** 49/5
113/8 117/11

**midnight [1]** 5/21

**might [8]** 15/8
17/4 22/1 80/20
86/12 106/2 109/7
122/3

**military [2]** 19/14
71/3

**million [1]** 119/10

**mimic [1]** 42/12

**mind [4]** 38/18
40/13 62/22 63/1

**Mine's [1]** 78/12

**mini [4]** 27/4 28/2
56/21 56/22

**Mini-Mental [2]**
27/4 28/2

**minimal [1]** 101/25

**minor [2]** 97/20
98/5

**minute [4]** 30/13
69/8 69/10 114/23

**minutes [5]** 84/23
99/8 111/25 116/12
118/23

**miss [3]** 45/20
73/13 75/5

**missing [1]** 45/9

**misspoke [2]** 43/12
43/13

**mobility [3]** 15/5
15/7 15/18

**moment [8]** 20/18
21/11 40/25 47/7
48/6 63/3 116/9
122/16

**moments [1]** 114/9

**Monday [3]** 99/13

**M**

**Monday... [2]**
113/7 117/13
**money [1]**  121/12
**month [6]**  37/12
47/11 49/25 107/2
118/9 118/13
**months [9]**  83/21
83/25 84/1 84/2
113/18 113/18
118/9 118/9 118/12
**mood [3]**  59/15
111/3 111/5
**more [20]**  6/6 7/3
8/23 10/19 17/5
19/10 20/9 33/14
36/22 37/13 43/2
44/7 68/10 70/2
71/10 73/2 82/11
82/12 103/22 121/5
**morning [35]**  3/2
3/3 3/7 3/14 3/16
3/18 3/20 3/22
3/24 4/2 4/3 4/7
4/9 4/12 4/13 5/19
6/1 6/4 6/15 6/16
21/17 21/18 59/2
59/2 59/3 59/5
59/6 59/12 59/15
69/25 70/25 71/7
71/13 93/3 93/4
**mortgage [1]**
105/17
**most [14]**  10/18
12/2 12/9 18/21
21/6 22/25 23/6
31/19 50/15 57/11
72/20 98/23 114/5
117/21
**motion [2]**  90/8
90/10
**motorcycle [2]**
30/17 30/21

**Motors [2]**  93/20
93/21
**mouth [3]**  12/19
13/4 13/18
**move [14]**  15/8
15/8 15/9 19/8
38/8 67/5 70/2
75/9 77/22 108/6
116/11 117/8 118/1
118/25
**moved [2]**  15/14
22/22
**movie [1]**  34/24
**movies [1]**  19/6
**moving [1]**  13/15
**MR [14]**  2/6 2/6
2/7 2/8 4/14 4/15
4/18 4/22 16/16
41/19 56/1 76/2
82/15 110/3
**Mr. [82]**  4/6 4/14
4/19 17/8 17/11
22/22 23/22 26/18
28/25 29/25 30/3
30/7 30/13 30/15
30/25 31/4 31/10
31/15 33/4 33/5
33/20 33/22 34/4
34/5 34/21 35/2
35/8 35/19 37/3
38/18 39/4 39/9
40/14 41/16 41/18
43/22 44/21 45/3
45/6 45/8 45/13
48/14 55/6 55/24
56/2 56/7 56/10
56/23 56/24 58/24
64/23 66/5 68/4
68/17 68/20 80/15
81/5 82/3 82/4
82/24 83/2 88/2
88/20 90/2 92/12
92/21 93/3 96/17
96/24 97/3 97/14

97/18 98/9 98/20
107/9 107/18 108/8
108/16 110/9 115/8
115/21 122/22
**Mr. Andreou [8]**
92/12 92/21 93/3
96/24 97/18 107/9
110/9 122/22
**Mr. Boyd [3]**  64/23
68/17 68/20
**Mr. Brenner [5]**
17/11 82/3 88/2
88/20 115/21
**Mr. Charlebois [2]**
56/2 56/24
**Mr. Freedman [1]**
33/4
**Mr. Kass [11]**  17/8
22/22 29/25 30/7
30/25 34/21 35/19
41/16 55/6 83/2
90/2
**Mr. Kleiman [27]**
26/18 30/13 30/15
31/4 31/10 31/15
33/22 34/5 35/2
38/18 39/4 39/9
40/14 41/18 44/21
45/3 45/6 45/8
45/13 48/14 55/24
56/7 56/10 56/23
58/24 66/5 68/4
**Mr. Kleiman's [9]**
23/22 28/25 30/3
33/20 34/4 35/8
37/3 43/22 82/4
**Mr. Mestre [2]**
108/8 115/8
**Mr. Reed [13]**  4/6
4/14 4/19 80/15
81/5 82/24 96/17
97/3 97/14 98/9
98/20 107/18
108/16

**M**

**Mr. Roche [1]**    33/5
**MRSA [1]**    12/9
**Ms [9]**    3/25 4/18
 27/21 36/21 43/4
 46/1 53/4 62/21
 70/6
**Ms. [6]**    45/2 53/16
 66/16 67/19 70/12
 70/21
**Ms. Allison [3]**
 66/16 70/12 70/21
**Ms. Pilar [1]**
 53/16
**Ms. Somoza [1]**
 67/19
**Ms. Vela [1]**    45/2
**much [7]**    16/11
 25/15 29/14 33/13
 80/2 103/1 114/17
**multiple [10]**    12/3
 12/18 16/8 18/11
 18/25 21/1 35/4
 61/5 85/1 85/4
**multiplication [2]**
 86/21 87/19
**multiply [1]**    87/16
**multistep [1]**
 28/23
**muscle [3]**    7/2
 12/23 13/10
**muscles [1]**    13/12
**must [1]**    113/20
**my [40]**    4/4 12/1
 29/5 30/22 33/5
 33/24 35/4 41/18
 44/4 48/3 51/23
 56/7 58/19 62/21
 76/21 79/23 81/19
 87/19 93/14 93/17
 93/17 94/7 95/18
 96/9 100/4 100/11
 103/12 110/12

 140/14 113/8 116/1
 116/21 118/8 118/9
 118/13 118/17
 120/3 120/4 124/11
 124/14
**myself [4]**    10/14
 33/4 72/3 72/7

**N**

**name [4]**    13/8
 78/25 79/2 92/17
**Natalie [2]**    52/20
 53/9
**near [2]**    115/22
 119/2
**necessarily [4]**
 12/25 50/15 75/5
 110/23
**need [16]**    4/24 5/3
 5/24 9/7 58/14
 58/14 58/15 69/15
 89/19 89/24 91/2
 98/12 107/11
 107/14 108/22
 121/20
**needed [3]**    94/15
 100/9 104/21
**needle [1]**    14/14
**needs [2]**    71/22
 74/6
**negative [2]**    79/6
 79/8
**nerve [1]**    13/12
**network [3]**    93/15
 93/15 94/11
**neuro [2]**    61/9
 61/14
**never [6]**    22/13
 22/16 22/19 75/5
 116/1 116/4
**Nevertheless [1]**
 30/24
**new [2]**    49/19
 88/10

 next [24]    16/10
 36/17 36/18 36/19
 40/22 43/25 45/1
 46/12 47/11 48/9
 49/25 52/2 53/2
 53/6 54/3 58/1
 59/21 60/5 61/8
 62/19 67/15 92/8
 111/21 117/9
**night [6]**    71/2
 71/5 71/7 71/14
 71/18 121/24
**nil [1]**    101/25
**Nine [1]**    76/4
**no [101]**    1/2 2/10
 4/19 19/10 20/9
 22/21 23/22 24/17
 24/18 24/21 25/1
 25/4 25/6 25/10
 26/9 28/4 28/19
 28/22 28/25 29/5
 29/6 29/13 29/16
 30/20 30/20 33/20
 33/21 33/23 34/3
 34/8 34/11 34/20
 36/19 38/17 38/24
 38/25 39/20 40/12
 40/16 43/12 45/24
 48/2 50/17 53/11
 53/12 53/12 54/17
 54/23 54/25 55/2
 55/16 55/16 57/5
 57/25 57/25 58/8
 60/13 60/13 60/20
 60/23 63/1 64/3
 64/14 64/19 66/4
 67/9 74/20 74/24
 79/6 79/7 79/11
 79/22 80/3 86/1
 86/13 88/23 89/1
 89/5 89/23 90/1
 90/3 90/12 91/24
 92/1 95/5 97/23
 98/6 100/8 100/15

**N**

no... [12]   100/24
101/8 101/19 104/6
108/13 114/19
115/19 118/13
120/17 121/5
121/16 122/4
Nobel [1]   37/20
nobody [1]   108/4
none [1]   78/19
Nope [2]   89/22
121/6
normal [1]   113/19
normally [3]   12/11
12/17 15/14
North [2]   1/24
124/18
nose [2]   112/9
112/16
not [128]
notation [1]   79/14
note [52]   16/8
36/14 36/16 36/17
36/18 36/19 36/21
36/24 36/25 37/8
38/15 38/16 38/22
39/16 39/19 39/19
39/20 39/21 40/2
40/21 46/2 46/3
49/21 50/10 50/11
50/18 50/19 50/21
52/17 52/18 52/21
52/22 52/23 53/22
53/25 54/2 55/11
56/16 57/23 59/11
62/15 62/24 64/16
70/11 70/14 70/18
70/24 71/5 78/19
86/7 86/8 86/16
noted [12]   16/7
18/25 20/3 25/15
35/3 50/11 57/2
58/23 64/4 73/22

notes [25]   17/17
17/19 17/20 26/21
27/2 27/6 40/2
46/17 47/4 47/16
47/17 51/3 57/12
57/12 60/1 63/9
66/17 84/25 85/19
85/23 86/4 86/17
87/8 87/13 124/11
nothing [3]   5/25
72/17 72/20
notice [2]   56/16
58/22
noting [1]   56/14
notorious [1]   13/5
November [8]   1/5
43/8 43/9 43/10
108/21 108/25
124/9 124/15
now [50]   7/16 8/1
9/22 10/3 10/8
12/4 12/22 13/5
13/11 13/21 18/13
18/20 19/8 21/6
22/22 23/18 24/1
25/23 37/24 40/2
41/13 44/3 44/3
45/12 46/24 52/4
53/25 55/22 59/2
64/11 66/20 71/14
82/15 88/13 93/19
93/24 97/10 101/4
102/21 103/19
105/8 109/5 110/15
112/4 113/20
116/12 118/1 118/7
119/5 119/19
number [17]   3/10
9/3 18/5 31/8 31/9
50/6 87/20 107/23
108/1 108/3 108/4
108/19 108/19
110/4 110/4 117/9

nurse [15]   38/15
38/17 40/23 42/1
45/14 51/3 57/17
62/7 62/9 66/11
66/14 66/15 71/20
85/19 86/7
nurse's [3]   38/15
38/16 70/11
nurses [10]   17/16
19/2 35/7 40/12
40/21 45/17 58/14
59/9 60/13 84/20
nursing [10]   9/22
10/15 17/21 18/25
35/5 39/19 39/20
62/24 70/14 70/18

**O**

oath [3]   6/11
24/10 92/14
object [1]   90/7
objection [36]
16/14 16/17 25/20
41/21 49/4 49/9
83/5 84/10 84/13
85/25 86/10 86/11
86/14 87/1 88/7
89/21 89/23 90/1
90/3 90/19 94/19
95/1 101/13 101/20
102/3 102/16
104/25 105/4
105/21 106/8
108/12 108/13
109/23 113/3
113/23 114/12
objections [1]
90/12
observation [10]
41/19 42/1 42/3
47/24 50/6 50/15
50/17 57/9 57/10
68/2

**observations [1]** 66/17

**observe [1]** 51/1

**observed [6]** 11/24 19/2 19/6 38/25 39/3 111/7

**observes [2]** 38/22 63/5

**observing [3]** 62/8 63/2 64/20

**obvious [1]** 15/19

**obviously [5]** 8/1 12/1 15/6 18/10 114/3

**occasion [1]** 94/14

**occasions [7]** 16/9 18/25 19/7 21/22 26/22 61/5 73/8

**occupational [9]** 17/22 21/2 55/20 55/21 56/3 56/5 56/13 60/14 84/24

**occur [3]** 13/14 16/6 84/19

**occurred [3]** 7/10 63/8 85/9

**occurring [2]** 16/13 37/21

**occurs [1]** 41/2

**October [8]** 36/14 36/14 36/17 36/24 39/17 66/11 121/6 121/21

**October 20th [1]** 39/17

**October 30th [1]** 121/21

**off [23]** 6/17 7/24 9/19 16/11 36/1 46/8 53/1 53/6 53/9 53/22 60/22 60/24 61/13 67/22

70/1 75/21 91/23 91/7 92/23 99/6 99/7 120/3 120/5

**OFFERED [1]** 2/10

**offering [2]** 23/18 75/14

**office [3]** 99/2 99/6 99/13

**officer [1]** 94/10

**officially [1]** 20/6

**offload [4]** 9/19 10/6 88/17 88/18

**often [8]** 18/18 88/17 99/12 100/3 107/1 122/5 122/11 122/13

**oh [12]** 39/21 41/13 42/8 42/10 60/23 70/15 80/22 85/21 93/8 117/14 118/15 121/19

**okay [201]**

**older [1]** 10/13

**once [6]** 10/10 22/6 78/18 103/22 107/2 112/1

**one [111]** 5/1 7/8 9/5 9/9 9/24 10/6 10/22 11/6 12/4 12/7 12/10 12/20 13/20 14/7 14/13 14/20 15/12 15/20 18/6 18/8 20/17 21/11 22/3 27/8 28/22 30/14 31/8 33/20 33/21 33/21 34/3 36/11 36/20 36/22 37/2 38/2 38/4 40/20 41/1 43/7 43/19 43/25 44/5 44/7 45/1 45/13 45/19 46/12 47/7 48/9 48/12

49/21 50/6 52/24 54/20 56/14 56/15 58/1 58/19 59/1 59/21 60/7 61/2 61/8 61/23 62/1 62/9 62/14 62/19 63/20 67/15 67/23 67/24 68/10 68/13 70/23 71/10 71/13 71/14 72/15 73/13 75/3 75/23 76/5 76/21 77/14 78/3 78/10 81/23 81/24 84/22 85/11 88/1 88/2 88/2 88/12 89/24 89/25 96/13 96/14 106/20 110/13 114/22 117/9 117/15 120/16 122/8 122/19

**one's [6]** 13/24 45/23 52/2 52/22 68/22 71/2

**one-hour [1]** 122/19

**ones [3]** 48/12 56/14 81/25

**only [9]** 16/7 19/4 60/1 73/15 74/17 99/8 107/5 111/24 120/4

**OOB [1]** 65/4

**open [3]** 21/7 31/1 110/14

**operational [1]** 7/14

**operations [2]** 7/16 9/1

**operative [1]** 8/21

**opinion [15]** 23/18 24/19 29/11 29/13 32/17 32/18 32/22

## Q

**opinion... [8]**
75/14 76/15 77/17
88/24 89/3 91/10
101/17 113/23
**opinions [9]** 22/12
23/6 23/9 24/1
32/24 44/22 77/3
77/7 88/20
**opportunity [3]**
66/22 77/6 89/12
**order [9]** 3/1
13/17 13/18 37/16
90/10 90/17 115/4
116/16 116/17
**ordered [2]** 19/15
90/10
**ordering [1]** 91/17
**orders [4]** 9/22
10/2 10/8 17/16
**orient [1]** 36/7
**Orientation [1]**
28/15
**oriented [9]** 55/10
61/15 61/20 63/6
63/23 64/2 64/12
68/25 72/10
**osteomyelitis [1]**
11/18
**other [34]** 5/24
10/1 10/6 11/9
12/4 13/21 13/21
14/18 16/15 17/21
18/11 22/6 29/7
33/21 35/5 35/15
42/17 46/17 49/18
49/19 51/1 52/23
65/20 65/24 66/24
67/22 74/8 78/23
81/16 91/5 110/16
111/4 116/16 122/7
**others [2]** 52/23
122/8

## OUR [5]

4/5 5/23
6/9 115/16 122/19
**out [36]** 11/2 15/9
28/10 28/12 30/22
37/15 37/19 42/16
44/16 44/17 57/13
62/11 62/12 65/4
65/5 65/6 65/7
75/5 82/5 82/9
91/6 91/19 95/14
97/2 98/3 101/17
102/1 108/22 110/7
111/3 111/14 112/8
112/17 113/16
119/23 120/2
**outline [1]** 77/2
**outlined [1]** 77/3
**outpatient [1]**
21/4
**outside [2]** 29/9
95/13
**over [26]** 8/10
8/14 8/17 9/25
10/3 10/15 14/7
16/23 22/6 28/11
33/5 49/13 67/6
70/17 72/1 72/9
72/13 73/21 75/25
81/19 84/18 85/4
86/21 93/14 93/17
99/7
**overlying [1]** 75/4
**overnight [3]**
89/18 91/2 91/6
**overruled [9]** 26/6
41/22 90/20 94/20
102/17 105/23
106/9 109/25
114/13
**overwriting [2]**
103/5 103/13
**owe [1]** 118/13
**own [4]** 29/1 29/5
42/1 99/24

## OX [1]

61/14

## P

**P-I-C-C [1]** 14/25
**p.m [2]** 122/21
123/1
**PA [1]** 10/15
**packets [2]** 81/11
81/24
**page [33]** 2/4 24/3
27/24 36/20 39/14
43/5 44/1 44/5
46/13 53/2 53/6
53/17 53/19 54/3
67/15 68/14 70/18
81/6 81/10 107/18
108/18 108/19
110/4 111/21 113/7
113/9 113/12
117/11 117/12
119/3 121/2 121/19
121/20
**pages [11]** 1/8 5/4
81/12 81/19 81/24
82/16 82/18 108/8
108/9 108/10
124/12
**Paige [2]** 100/19
101/1
**pain [13]** 7/25 8/1
8/2 12/23 12/25
13/2 13/4 13/25
15/23 64/4 64/7
64/7 66/20
**painful [4]** 13/14
15/9 65/22 65/24
**PALM [2]** 1/2 94/3
**paper [8]** 82/22
101/18 103/4 103/7
103/15 103/16
103/17 103/19
**papers [4]** 102/21
102/23 102/25
103/2

**P**

**paragraph [1]**
37/13
**paralegal [1]**   4/5
**paralysis [1]**
31/22
**paralyzed [3]**   9/7
34/12 34/14
**paraplegia [1]**
12/23
**paraplegic [2]**
30/15 34/5
**part [14]**   12/24
14/22 16/3 31/19
36/13 38/21 40/16
56/20 64/6 72/12
73/1 74/5 97/2
116/17
**Partially [1]**
34/14
**Participants [1]**
107/23
**particular [16]**
59/4 59/11 60/9
62/14 64/18 64/22
65/10 74/13 83/15
85/6 90/19 91/16
97/11 112/23
117/24 122/3
**particularly [2]**
16/25 49/15
**parties [1]**   6/9
**partnership [1]**
100/18
**parts [1]**   104/18
**pass [6]**   87/18
89/18 91/2 91/5
91/7 91/10
**passes [1]**   6/6
**passing [1]**   74/6
**password [1]**
104/22
**past [2]**   38/8

82/17
**patient [65]**   8/11
10/8 15/15 15/16
16/10 17/20 17/24
18/16 37/8 39/3
41/7 41/14 42/7
42/9 42/12 42/24
43/19 44/13 44/15
45/16 45/18 45/19
47/21 48/6 50/14
50/18 52/11 54/8
54/10 57/14 58/15
58/18 59/15 59/24
61/19 62/16 62/17
63/5 63/14 63/23
64/1 64/12 65/10
66/17 66/20 68/16
68/16 68/24 85/5
85/5 85/6 85/16
86/18 86/19 86/20
89/18 89/19 90/5
91/1 91/2 91/5
91/10 91/13 91/19
100/1
**patient's [1]**
57/13
**patients [4]**   10/9
10/16 16/8 16/15
**Patrick [2]**   100/19
100/25
**pattern [2]**   47/3
51/17
**Pause [13]**   20/20
21/13 24/4 47/9
58/20 80/1 80/16
80/19 83/6 89/13
92/11 98/10 116/10
**pay [2]**   118/10
118/14
**paying [3]**   6/7
106/15 106/18
**payments [3]**
105/14 105/14
105/17

**penalty [1]**   18/12
**pending [1]**   86/13
**people [8]**   9/2
10/14 17/25 47/24
52/15 58/8 58/9
85/12
**per [1]**   37/16
**percent [2]**   51/21
120/4
**percentage [2]**
82/20 82/21
**Percentage-wise [1]**
82/20
**Percocet [1]**   13/3
**Perfect [1]**   83/9
**perfectly [1]**
15/19
**perhaps [1]**   112/21
**period [13]**   16/9
20/4 20/14 73/17
73/22 74/17 78/7
78/9 88/14 98/14
98/15 98/17 115/14
**periodically [1]**
9/20
**periods [3]**   12/6
15/1 74/21
**peripheral [3]**
14/13 14/20 15/6
**peripherally [1]**
14/24
**permanent [1]**
54/16
**permitted [1]**
92/23
**person [8]**   22/6
60/17 62/15 89/24
89/25 104/7 113/19
119/15
**personal [2]**   1/3
85/14
**personality [2]**
100/16 111/9
**personally [1]**

**P**

**personally... [1]**
18/9
**Ph.D [9]** 45/23
46/8 53/7 53/8
53/10 53/18 53/22
67/20 67/23
**phone [8]** 50/4
66/18 107/23 108/1
108/4 111/24 120/3
120/4
**physical [17]** 7/10
10/4 13/16 17/22
21/1 30/17 50/12
57/23 60/2 72/12
72/17 84/24 85/19
86/18 100/25
115/13 120/18
**physically [3]**
109/21 111/1
117/22
**physician [7]** 17/6
45/14 91/4 91/6
91/9 91/10 91/17
**physicians [5]**
17/3 17/19 22/13
29/1 40/11
**PICC [1]** 14/24
**pick [3]** 6/17 70/1
109/8
**picked [2]** 30/1
31/13
**Picks [1]** 119/9
**picture [1]** 43/3
**piece [1]** 19/20
**Pilar [3]** 53/6
53/16 53/16
**place [4]** 13/18
15/1 47/15 120/6
**placed [6]** 6/11
14/14 14/25 15/7
15/20 92/14
**places [1]** 43/24

3/23 90/1
**Plaintiffs [9]** 1/5
3/15 3/17 3/19
3/21 5/25 69/17
89/25 91/25
**Plaintiffs' [4]**
3/13 107/6 108/7
108/11
**plans [1]** 20/15
**play [2]** 38/25
107/1
**played [1]** 10/15
**playing [1]** 106/22
**pleasant [3]** 59/15
122/20 122/24
**please [17]** 3/12
6/5 21/14 44/6
44/11 45/25 53/3
69/21 89/15 92/16
96/22 97/16 107/13
107/19 109/5 117/6
119/9
**pleasure [1]** 4/18
**plus [1]** 83/19
**point [9]** 37/15
62/11 65/15 86/5
103/4 105/6 106/9
111/1 113/22
**pointing [2]** 62/12
82/4
**points [1]** 28/15
**poking [1]** 58/9
**pole [2]** 15/14
15/17
**Ponce [1]** 1/21
**popular [2]** 10/11
10/11
**Port [1]** 99/1
**portfolio [1]** 94/7
**pose [1]** 16/14
**position [10]** 9/15
37/5 49/19 50/14
50/19 50/19 54/21

**positions [3]**
48/19 49/14 49/18
**possibility [2]**
12/23 15/22
**possible [1]** 28/15
**potentially [1]**
90/8
**power [1]** 105/14
**Powerball [1]**
119/8
**practical [1]**
66/15
**prefer [1]** 110/4
**prescribed [10]**
11/22 11/23 12/3
12/3 12/5 15/21
77/19 77/19 78/1
79/17
**presence [4]** 15/18
16/22 73/5 73/12
**present [6]** 4/24
10/22 10/23 69/9
122/21 124/7
**presentation [1]**
4/19
**pressure [20]** 7/13
7/18 8/5 8/8 8/10
8/14 8/18 8/20
9/15 9/19 9/25
11/10 13/22 21/5
21/7 31/25 37/4
49/14 85/7 88/18
**presumably [1]**
39/7
**presume [2]** 29/5
72/11
**presumption [1]**
29/6
**pretty [6]** 13/25
59/3 60/22 82/21
105/12 107/2
**prevent [1]** 72/20
**prevented [1]**

**prevented... [1]** 72/18

**preventing [1]** 103/11

**previous [5]** 23/25 53/17 53/19 84/25 115/16

**previously [2]** 6/10 84/18

**primary [1]** 93/16

**prior [7]** 20/11 23/20 24/19 25/15 32/23 67/19 119/3

**private [1]** 100/13

**privileged [1]** 26/4

**Prize [1]** 37/20

**probably [8]** 10/14 27/5 39/24 41/8 56/11 59/3 62/15 91/17

**problem [6]** 41/2 72/21 73/7 73/19 74/5 80/21

**problems [12]** 7/7 12/4 18/5 27/16 54/12 54/13 54/15 54/18 75/3 85/6 105/16 106/15

**procedure [4]** 9/8 9/10 9/11 9/12

**procedures [9]** 7/5 7/7 7/12 7/15 8/21 9/4 9/5 75/13 122/9

**proceed [2]** 4/25 24/5

**proceedings [14]** 20/20 21/13 24/4 47/9 58/20 80/1 80/16 80/19 83/6 89/13 92/11 98/10

**prodding [1]** 58/9

**produced [1]** 12/13

**professional [1]** 50/7

**professionals [1]** 66/6

**program [4]** 94/17 94/22 94/22 102/9

**programmer [3]** 94/25 95/4 101/6

**programming [3]** 94/16 102/6 102/9

**progress [1]** 39/19

**prohibition [1]** 115/24

**prolonged [1]** 88/14

**prominences [2]** 8/11 8/15

**promptness [1]** 6/7

**pronunciation [1]** 77/15

**proper [1]** 90/20

**protect [1]** 14/6

**protected [2]** 11/17 17/18

**protects [1]** 11/15

**proud [2]** 102/25 103/19

**provide [6]** 38/18 40/13 40/16 56/3 56/3 72/24

**provided [2]** 22/24 38/11

**providers [2]** 48/14 55/23

**providing [2]** 37/19 52/16

**prudent [1]** 91/18

**psychologist [6]** 40/23 51/3 53/8 54/9 54/22 55/2

**psychologists [3]**

**psychology [8]** 26/21 26/24 27/6 52/18 52/21 52/22 52/23 54/2

**psychotic [4]** 15/22 15/25 15/25 16/4

**psychotic-appearing [1]** 15/25

**publish [6]** 27/24 36/3 70/15 96/21 97/15 109/5

**Publix [1]** 119/8

**pull [7]** 80/15 82/24 96/17 97/13 97/14 98/9 107/5

**pump [1]** 37/19

**put [5]** 45/14 55/22 57/24 115/5 115/15

**putting [2]** 11/1 23/2

---

**Q**

**QA [1]** 94/5

**qualifications [3]** 89/19 91/3 91/8

**qualify [1]** 91/6

**quality [1]** 94/5

**quantify [1]** 29/14

**question [26]** 17/10 23/11 24/15 24/18 30/7 30/22 40/12 40/16 48/6 54/17 63/1 66/5 68/19 86/14 88/10 89/12 89/17 90/4 91/1 91/12 103/12 105/22 115/15 115/19 115/22 117/6

**questioning [3]** 6/12 69/23 109/24

**Q**

**questions [11]**
24/13 24/22 26/11
28/24 80/3 88/19
89/9 89/9 90/20
90/23 90/24
**quick [6]** 5/1 38/9
75/10 94/17 94/17
119/9
**quickly [2]** 60/22
70/2
**quiet [1]** 120/6
**quite [2]** 15/10
44/23
**quotation [1]**
45/14
**quote [1]** 45/12

**R**

**raise [2]** 89/11
92/13
**ran [1]** 26/19
**rare [1]** 78/17
**rather [3]** 13/5
16/5 61/17
**ray [1]** 110/12
**reach [1]** 102/1
**reaching [1]** 22/12
**read [17]** 5/9
17/13 24/13 28/14
28/16 59/13 62/21
63/20 63/21 81/23
90/24 110/10
112/10 117/6 117/7
118/20 121/25
**reading [4]** 33/19
34/2 59/17 122/4
**readings [1]** 58/16
**reads [2]** 89/17
91/12
**ready [7]** 20/16
20/23 20/25 63/20
69/15 69/17 69/18
**real [2]** 47/25

**really [8]** 16/4
30/22 33/13 34/23
41/11 41/24 41/25
45/20
**reason [18]** 10/9
14/5 19/15 19/18
19/21 28/25 42/17
42/18 54/23 56/2
58/23 66/4 71/17
71/25 72/5 72/9
72/13 121/16
**reasonable [2]**
42/22 42/23
**reasoning [1]** 9/21
**reasons [1]** 18/21
**recall [23]** 6/20
6/22 30/4 30/8
31/5 35/18 35/20
35/23 67/19 67/24
76/17 77/17 80/12
81/3 81/13 81/16
82/6 83/11 97/11
117/22 117/24
120/17 120/18
**receive [4]** 18/18
18/19 78/7 78/9
**received [26]** 8/21
8/25 12/18 12/21
12/22 13/2 13/17
13/21 14/12 14/20
18/21 37/9 39/4
49/21 62/16 63/5
63/14 63/14 63/23
64/1 64/12 66/17
68/16 68/24 78/14
108/15
**receiving [4]** 8/20
13/7 14/19 17/22
**recent [1]** 98/23
**recess [5]** 69/4
69/8 69/10 69/12
122/19
**recognize [3]** 81/8

**recollection [2]**
96/10 115/17
**record [40]** 3/12
17/15 17/25 18/12
18/17 19/4 19/24
20/3 20/9 27/2
28/16 35/20 35/21
36/8 38/8 41/2
42/12 46/18 47/19
57/9 59/11 60/23
66/8 67/5 67/12
67/19 74/13 74/23
74/24 75/1 75/6
79/6 79/7 79/11
80/10 81/17 85/12
89/16 92/18 114/25
**recorded [9]** 73/18
75/4 75/7 76/9
76/10 79/10 79/11
79/13 79/18
**recorder [1]** 63/2
**records [58]** 7/19
8/19 9/14 11/21
11/25 16/16 16/20
17/6 18/23 19/2
20/12 22/23 22/25
23/1 23/3 23/6
23/9 23/12 23/25
25/14 26/11 26/14
27/12 27/23 28/3
28/5 34/22 35/1
35/2 35/4 35/9
35/13 35/18 40/22
40/23 51/8 51/16
55/6 58/22 61/2
66/23 67/22 67/23
70/2 72/1 73/21
75/3 76/10 77/24
78/19 79/7 79/15
79/15 80/9 81/8
82/4 82/16 82/17
**recovering [1]**
103/9

**R**

**recovery [2]** 7/22 103/11

**recreational [1]** 17/23

**redirect [3]** 2/7 80/4 80/6

**reduce [2]** 13/10 16/1

**reduces [1]** 13/1

**reducing [1]** 14/7

**Reed [14]** 4/6 4/14 4/19 80/15 81/5 82/24 96/17 97/3 97/14 98/9 98/20 107/18 108/16 110/3

**refer [1]** 103/16

**reference [1]** 37/1

**references [8]** 23/24 25/23 67/12 69/3 72/1 72/6 72/9 72/13

**referred [5]** 19/5 30/13 72/4 72/8 103/15

**refers [1]** 36/16

**refinance [2]** 106/4 106/11

**reflect [4]** 7/19 11/21 17/17 20/12

**reflected [3]** 17/25 18/11 18/17

**reflecting [1]** 18/23

**reflects [2]** 17/15 19/24

**refuse [2]** 18/21 56/15

**refused [1]** 35/15

**regarding [5]** 23/4 23/19 29/13 115/5 116/16

**regards [2]** 48/13 85/23

**Regatieri [6]** 39/25 40/13 41/7 41/13 42/8 42/24

**regularly [3]** 47/15 98/24 114/7

**regulation [1]** 91/20

**rehab [3]** 65/8 65/16 65/21

**related [5]** 8/16 10/24 13/2 27/16 86/19

**relates [1]** 90/18

**relating [9]** 7/8 7/13 7/25 8/3 9/4 11/10 12/23 29/22 45/16

**relationship [2]** 116/17 116/23

**relay [1]** 4/22

**relevance [1]** 109/23

**relevant [1]** 90/15

**remain [1]** 92/13

**remember [43]** 10/10 10/14 20/5 21/22 22/4 24/24 25/18 25/23 25/24 27/4 27/5 28/3 28/5 32/15 32/17 35/15 35/24 43/14 56/14 58/4 70/23 77/8 77/11 78/2 78/3 80/8 80/13 81/4 81/23 96/2 97/7 97/8 97/9 103/18 104/18 106/20 108/2 112/19 112/23 112/25 114/6 114/8 114/9

**remembers [1]**

**remind [2]** 6/10 10/15

**remotely [1]** 115/20

**remove [1]** 9/6

**removed [1]** 110/15

**removing [1]** 8/22

**repeat [1]** 17/12

**repeated [1]** 30/7

**repetitious [1]** 82/14

**Rephrase [2]** 84/13 105/5

**report [7]** 32/8 33/8 42/22 42/24 76/16 77/7 77/10

**reported [3]** 54/4 54/8 124/8

**reporter [4]** 1/23 17/12 63/25 124/5

**reporting [2]** 52/13 52/15

**reports [5]** 52/11 54/22 65/10 76/20 77/2

**represent [2]** 111/18 117/13

**representative [1]** 1/3

**representing [1]** 33/6

**request [1]** 32/21

**requested [2]** 32/18 32/25

**require [6]** 7/25 9/1 9/1 12/16 77/3 96/4

**required [3]** 73/25 90/5 91/13

**requirement [1]** 91/16

**requirements [1]** 90/13

**R**

**requires [2]**   7/21
11/19

**requiring [2]**   21/1
21/7

**reschedule [1]**
110/16

**Research [1]**   1/4

**resident [2]**   39/23
40/5

**residents [4]**
18/15 40/3 40/4
40/9

**resistance [1]**
12/6

**resistant [3]**   12/7
12/8 12/12

**respect [6]**   41/17
85/18 87/8 88/21
88/25 89/3

**response [3]**   5/3
5/12 86/1

**responsible [1]**
94/11

**rest [3]**   56/24
113/12 119/20

**restate [1]**   17/10

**restaurant [1]**
121/7

**resting [1]**   88/11

**result [1]**   30/17

**return [2]**   19/16
19/23

**review [3]**   5/17
35/4 50/10

**reviewed [5]**   23/4
25/12 36/11 73/21
79/15

**reviewing [3]**
11/25 16/19 33/12

**rid [1]**   45/5

**right [213]**

**RIVERO [3]**   1/19

**R** 11/9 14/3

**RMR [1]**   124/17

**ROCHE [4]**   1/12
1/13 3/20 33/5

**rod [1]**   110/15

**rods [1]**   110/13

**room [10]**   1/24
42/19 42/23 44/15
44/15 50/8 50/18
84/9 99/21 112/22

**Rosenstein [1]**
46/5

**rough [2]**   87/12
87/12

**round [3]**   59/6
59/9 88/19

**Royal [1]**   99/1

**RPR [1]**   124/17

**rules [1]**   77/3

**run [1]**   90/11

**running [2]**   37/17
48/2

**runs [2]**   90/8
90/17

**S**

**S-Doc [5]**   94/2
94/4 94/9 94/13
109/14

**sacrum [1]**   8/17

**said [39]**   5/11
5/20 19/4 31/18
32/22 34/21 34/23
41/16 43/12 43/13
45/13 45/16 45/22
48/3 48/3 54/2
54/10 54/23 54/25
58/5 61/1 68/21
69/2 70/3 71/19
71/23 72/3 75/23
82/8 87/9 89/2
90/8 95/19 101/5
101/6 106/6 106/6
106/14 118/17

**sale [1]**   105/20

**sales [2]**   94/7
94/8

**same [14]**   9/21
18/9 24/10 60/16
60/17 62/6 62/9
62/10 64/15 67/9
68/21 72/7 121/3
121/3

**Sarah [1]**   4/5

**sarcastic [4]**
41/15 42/7 42/8
42/13

**sat [1]**   24/8

**Saturday [2]**   109/7
119/19

**saw [14]**   17/6
17/20 18/8 23/25
43/7 43/10 43/13
43/15 67/22 74/20
108/8 110/11
110/13 114/9

**say [43]**   4/4 16/15
19/6 29/7 32/21
34/24 34/24 35/11
38/11 38/14 40/4
41/16 42/3 43/10
43/12 44/16 50/9
51/6 51/6 51/19
51/21 51/22 52/24
57/10 57/16 65/24
72/19 73/3 73/9
78/8 82/18 85/22
88/23 89/1 89/5
91/20 97/24 98/1
104/23 111/19
112/2 118/12 121/5

**saying [8]**   4/21
41/18 45/19 45/19
54/22 59/1 64/20
115/21

**says [61]**   16/11
28/11 28/20 28/22
29/5 36/14 37/8

**S**

**says... [54]**   41/7
41/14 43/1 43/19
44/10 47/2 52/21
56/7 56/18 56/23
59/19 60/7 62/9
62/10 63/16 64/25
65/1 65/3 65/4
65/16 66/16 68/4
68/24 71/14 71/16
71/17 81/10 97/5
97/6 97/19 107/23
107/24 109/7
110/10 111/23
111/23 112/4 113/7
113/9 113/10
113/15 117/14
118/6 118/8 119/2
119/4 119/23
119/24 120/2 121/6
121/9 121/23
121/23 122/6
**says that [1]**
66/16
**scan [3]**   121/24
122/3 122/6
**schedule [1]**
110/15
**SCHILLER [1]**   1/15
**school [1]**   87/18
**score [1]**   28/11
**Scott [1]**   55/18
**scrape [3]**   98/5
120/22 120/22
**scratch [1]**   98/5
**screwed [1]**   110/11
**script [1]**   94/17
**scroll [2]**   55/11
107/10
**scrotal [3]**   37/16
37/25 37/25
**seat [3]**   3/5 4/6
92/16

**seated [2]**   6/5
69/22
**second [10]**   9/10
22/3 30/14 33/17
58/19 62/2 81/6
90/4 91/12 98/14
**secondly [2]**   16/24
85/14
**seconds [1]**   30/12
**secret [2]**   100/23
103/2
**section [1]**   28/20
**sections [1]**   81/16
**secure [1]**   103/7
**security [5]**   93/15
94/3 94/10 94/11
94/11
**see [65]**   16/20
18/16 18/23 28/9
28/10 31/2 35/22
37/12 38/20 39/16
40/23 43/2 44/9
45/10 48/4 50/24
52/17 52/25 53/20
53/21 54/7 55/6
55/12 56/1 60/8
60/16 60/23 60/25
61/2 61/4 61/11
66/24 70/9 70/11
70/19 74/22 78/6
83/3 83/8 87/10
89/14 104/5 107/23
108/23 108/25
109/7 109/9 110/9
110/18 111/23
112/10 113/7
113/20 114/4
117/16 118/3 118/4
118/18 119/11
121/10 121/21
121/25 122/14
122/19 122/22
**seeing [7]**   19/6
28/3 41/19 43/14

**seem [2]**   50/24
65/20
**seemed [4]**   31/24
62/5 62/5 62/11
**seems [2]**   60/9
64/18
**seen [9]**   16/8
17/25 18/7 18/10
18/11 70/12 70/21
78/18 110/24
**sees [1]**   71/20
**sell [1]**   94/12
**sense [5]**   26/13
34/25 35/2 47/3
98/6
**September [6]**
23/10 23/11 23/20
55/5 64/24 98/16
**serious [6]**   54/13
54/15 54/16 54/16
54/17 105/12
**server [1]**   94/11
**service [4]**   6/8
9/22 35/5 118/11
**services [1]**   35/5
**SESSION [1]**   1/9
**set [4]**   22/23 95/7
101/5 124/14
**seven [5]**   7/16
51/13 75/10 75/12
75/24
**several [5]**   26/21
43/15 43/16 103/25
117/24
**severe [1]**   16/6
**Shah [4]**   4/14 4/15
4/18 4/22
**shared [2]**   32/4
100/1
**she [26]**   38/20
38/22 38/24 38/24
39/3 39/5 39/7
40/2 40/16 41/14

**S**

**she... [16]** 41/14
42/1 42/7 42/10
42/10 42/11 42/18
43/1 53/9 57/12
60/12 62/9 62/10
62/13 66/17 68/4
**she'd [1]** 42/16
**she's [10]** 38/25
40/2 42/10 42/12
53/8 53/17 66/14
66/14 67/20 68/7
**shift [5]** 10/5
37/22 38/13 86/6
86/7
**shoe [1]** 58/19
**short [4]** 74/17
74/20 78/12 105/20
**shorthand [2]**
124/5 124/8
**shortly [1]** 114/4
**shot [1]** 99/2
**should [5]** 37/20
38/20 41/3 88/16
101/3
**shouldn't [1]**
86/23
**show [7]** 26/10
35/14 80/17 95/14
96/16 98/7 99/10
**showed [4]** 35/19
35/19 35/22 82/15
**shower [1]** 19/20
**showing [2]** 82/25
83/13
**shown [6]** 81/3
81/9 82/7 82/12
83/4 83/11
**shows [1]** 37/21
**shy [2]** 100/12
100/13
**sibling [1]** 90/19
**SICU [3]** 120/7

**side [11]** 9/24
10/1 10/6 15/1
15/24 49/2 78/15
78/17 88/12 94/11
94/12
**sidebar [5]** 89/15
89/16 90/21 114/25
117/4
**sigh [1]** 109/7
**sight [1]** 104/14
**sign [2]** 46/8 91/7
**sign-off [1]** 46/8
**signed [3]** 45/23
52/25 53/6
**significant [1]**
82/3
**signing [3]** 53/9
53/22 67/22
**signs [2]** 64/3
64/15
**similar [3]** 9/12
14/1 46/18
**simple [1]** 86/22
**simply [3]** 41/17
41/17 90/13
**since [3]** 25/8
25/12 90/2
**single [2]** 35/20
79/14
**sir [12]** 3/9 21/9
25/10 26/8 26/20
26/23 28/12 42/20
58/4 89/7 92/5
119/17
**sit [3]** 8/16 10/3
88/15
**sitting [19]** 8/12
8/16 9/20 10/7
37/9 38/12 39/4
42/6 48/16 48/18
48/20 48/21 49/15
49/22 62/16 63/14
66/18 71/8 88/5

120/8 120/11

**six [4]** 13/18
73/16 73/19 78/4
**skill [2]** 95/7
101/4
**Skin [1]** 64/4
**slash [1]** 65/8
**sleep [2]** 58/17
71/22
**sleeping [5]** 71/14
71/17 71/20 71/21
120/12
**sleepy [1]** 44/17
**slide [1]** 83/7
**slower [1]** 107/13
**small [2]** 68/11
82/21
**smiled [1]** 58/6
**so [210]**
**soda [2]** 113/16
113/16
**software [5]** 93/15
94/3 94/3 94/6
94/12
**Soiling [1]** 38/5
**some [35]** 5/3 7/23
8/18 9/18 10/9
10/13 11/24 14/5
18/20 22/25 23/12
23/24 25/16 25/23
32/7 33/5 33/5
33/12 34/22 34/24
50/21 55/1 56/23
59/7 59/7 59/8
59/8 73/8 78/16
87/12 96/3 97/20
102/21 108/17
111/7
**Somebody [1]** 37/20
**someone [2]** 40/3
60/21
**someone's [1]** 74/9
**something [14]** 8/4
11/14 27/3 28/11
34/21 40/18 56/17

**S**

**something... [7]**
56/20 76/25 86/8
87/19 104/21
110/12 114/19
**sometimes [14]**
14/3 14/15 15/16
17/23 18/19 32/2
50/19 50/20 50/23
50/23 56/11 56/12
56/15 58/23
**somewhat [1]** 68/23
**somewhere [3]**
15/14 67/8 87/23
**Somoza [7]** 53/6
53/16 53/17 67/19
67/19 67/22 68/2
**song [2]** 10/11
10/14
**sorry [10]** 17/17
21/19 24/23 62/21
64/14 70/15 80/23
88/2 93/8 116/21
**sort [9]** 7/20 8/19
41/4 58/6 62/12
76/13 78/16 94/15
96/3
**sorts [1]** 105/14
**sound [1]** 21/25
**source [1]** 52/17
**South [1]** 1/14
**Southeast [1]** 1/17
**SOUTHERN [3]** 1/1
124/3 124/6
**space [2]** 14/15
93/15
**spasm [1]** 12/23
**spasms [2]** 13/10
13/14
**spastic [1]** 13/12
**speak [2]** 59/3
90/19
**speaking [2]** 49/5

**speaks [1]** 41/21
**special [2]** 89/18
91/2
**specialists [2]**
18/8 18/8
**specialties [2]**
18/6 18/11
**specialty [2]** 18/4
18/15
**specific [3]** 27/13
91/7 91/15
**specifically [12]**
9/16 13/2 19/15
27/5 28/4 28/5
79/10 79/13 79/18
91/20 106/20
115/25
**specified [1]** 75/1
**specifying [1]**
74/23
**spectrum [2]** 12/12
12/15
**speculation [3]**
94/19 101/21
102/16
**spell [1]** 92/17
**spelled [1]** 65/3
**spend [1]** 95/12
**spent [2]** 82/3
115/15
**sphincter [4]** 31/5
31/11 74/1 74/3
**spicules [1]** 11/14
**spinal [3]** 99/22
120/9 120/10
**spiritual [1]**
17/24
**spoke [2]** 22/13
22/19
**spoken [2]** 28/20
116/5
**spontaneous [1]**
7/10

**staff [6]** 10/15
17/21 18/25 20/2
20/9 66/14
**stand [3]** 49/1
49/3 49/7
**standard [2]** 72/11
72/15
**standing [5]** 9/22
10/2 10/8 49/1
92/13
**staphylococcus [1]**
12/8
**start [5]** 23/9
36/1 36/1 36/2
70/17
**started [2]** 23/11
113/1
**starting [2]** 3/13
47/3
**state [13]** 3/12
4/17 13/24 27/4
27/14 28/9 64/21
74/21 79/9 79/16
86/17 86/18 92/17
**stated [1]** 61/4
**statement [4]** 55/4
61/6 72/11 75/7
**statements [2]**
60/16 72/15
**STATES [4]** 1/1
1/10 124/1 124/6
**status [2]** 15/24
25/16
**stay [10]** 49/18
84/16 86/25 87/5
87/14 96/9 96/11
96/15 111/4 111/5
**stayed [1]** 71/18
**stays [2]** 84/3
96/9
**steak [1]** 112/5
**stenographic [1]**
124/11

**S**

**step [2]** 30/14 92/12
**STEPHEN [1]** 1/16
**stepped [1]** 30/1
**Steve [1]** 3/22
**Steven [1]** 46/5
**STEWART [1]** 2/5
**still [6]** 21/5 21/7 46/15 67/2 69/25 112/8
**stomach [1]** 49/2
**stool [1]** 38/5
**stop [4]** 16/10 16/13 60/21 119/7
**stopped [1]** 9/8
**story [1]** 72/7
**straight [2]** 99/2 99/8
**Street [1]** 1/17
**strength [4]** 56/16 56/19 56/22 57/2
**strike [1]** 79/4
**string [1]** 121/3
**strong [3]** 16/5 100/16 100/17
**student [7]** 45/22 46/2 46/2 46/6 51/2 52/23 52/24
**students [1]** 67/24
**stuff [3]** 57/3 72/24 99/25
**subject [2]** 75/9 116/11
**subscribed [2]** 77/18 77/19
**subspecialties [1]** 85/2
**subtraction [3]** 85/22 87/10 87/24
**such [8]** 14/2 15/17 27/2 27/13 79/10 79/13 79/18

**suffer [1]** 10/17
**sufficiently [1]** 20/13
**suggesting [4]** 25/7 25/9 115/8 115/9
**suggestion [1]** 30/20
**suicidal [2]** 115/5 115/6
**suicide [1]** 116/5
**Suite [3]** 1/14 1/17 1/21
**summarized [1]** 23/3
**summary [1]** 86/7
**Sunday [1]** 121/21
**superimposed [1]** 11/7
**supervise [2]** 19/18 19/21
**supervising [2]** 53/18 67/20
**supplement [1]** 32/23
**supplemental [1]** 76/25
**support [1]** 90/9
**supporting [1]** 94/8
**supposed [5]** 9/14 10/3 25/22 58/25 120/6
**sure [22]** 3/6 5/15 28/17 37/14 38/8 40/8 40/20 42/3 50/9 55/10 59/10 59/14 65/22 66/1 67/6 74/17 77/7 77/25 80/13 99/22 115/3 116/17
**surface [2]** 8/11 8/12

**surgeons [1]** 18/10
**surgeries [11]** 7/19 7/20 13/3 75/10 75/10 75/15 75/24 117/25 121/5 122/5 122/7
**surgery [18]** 7/21 8/3 44/18 97/20 97/21 110/14 110/16 117/18 117/20 117/23 117/24 119/23 120/2 120/13 120/14 120/14 120/14 122/6
**surgical [2]** 11/19 75/12
**surprised [2]** 60/17 82/12
**surrounding [1]** 19/8
**suspended [2]** 118/14 118/17
**sustained [19]** 16/17 16/17 49/9 75/15 75/17 84/11 84/13 86/11 86/14 87/2 88/8 95/2 101/15 101/22 102/4 105/1 105/5 113/4 113/24
**SWORN [1]** 92/15
**syllables [1]** 73/13
**symptomatic [2]** 73/16 73/22
**symptoms [3]** 14/6 64/3 64/15
**system [1]** 6/9
**systems [3]** 93/8 93/10 93/11

**T**

**table [1]** 3/25

**take [29]**   9/19
35/12 35/17 35/17
44/4 45/25 46/1
46/1 48/4 55/7
58/14 59/18 68/11
69/4 69/8 77/6
80/23 84/3 91/19
92/23 98/20 99/6
99/7 99/8 99/17
104/9 108/17
120/12 122/19
**taken [2]**   84/22
112/2
**takes [1]**   75/21
**taking [4]**   47/15
55/11 58/15 89/4
**talk [20]**   29/24
31/1 31/24 40/17
44/21 58/8 65/22
66/23 70/3 73/2
73/9 76/13 101/4
102/21 104/1
114/17 114/18
114/20 116/4 118/6
**talked [18]**   22/16
30/10 31/14 31/15
31/25 34/22 39/8
40/19 48/12 55/6
58/4 58/6 70/23
73/3 74/1 84/21
86/4 122/5
**talking [11]**   6/22
7/8 16/15 18/2
23/14 50/3 56/9
66/18 84/2 98/15
103/19
**tally [1]**   47/14
**tasks [1]**   23/19
**teaching [2]**   18/14
85/3
**team [2]**   93/22
94/8

**teams [1]**   85/2
**tease [1]**   101/12
**technology [1]**
22/7
**tell [15]**   8/8
10/19 17/5 17/18
19/9 26/2 101/9
101/11 104/21
105/19 105/24
106/2 115/25
122/14 122/15
**telling [2]**   25/22
54/20
**tells [3]**   65/12
65/13 66/3
**temperature [1]**
58/16
**template [4]**   50/16
57/24 60/9 62/12
**term [8]**   9/18
11/19 11/19 12/3
12/16 16/5 20/15
32/3
**terminology [1]**
88/17
**test [8]**   27/13
28/18 29/2 29/6
29/13 29/19 29/21
29/22
**testified [6]**
20/22 87/4 88/4
102/8 118/23
121/13
**testifying [1]**
92/24
**testimony [4]**   6/8
98/2 104/2 115/20
**testing [1]**   94/6
**text [9]**   107/3
107/21 109/2 110/9
111/18 112/1
114/11 118/3 120/5
**texts [2]**   108/17
122/4

**than [9]**   12/17
30/13 37/18 68/17
74/8 82/12 84/23
103/22 122/7
**thank [22]**   5/23
17/14 21/9 30/23
39/13 53/4 69/6
69/11 73/13 80/2
87/25 89/7 90/23
91/21 92/5 92/10
92/25 111/20 115/1
117/2 117/3 122/25
**that [613]**
**that's [126]**
**That's occupational
[1]**   55/21
**their [4]**   7/3 33/1
42/1 72/24
**them [23]**   11/15
12/7 12/8 15/9
18/6 18/16 22/25
22/25 30/11 40/4
43/17 43/18 46/20
47/13 47/14 58/9
72/3 72/7 77/14
82/8 82/9 101/3
118/13
**theme [1]**   51/3
**themselves [1]**   4/4
**then [34]**   9/3 9/10
16/12 22/3 24/14
30/7 31/13 31/24
32/6 32/14 32/17
33/8 36/20 39/7
42/6 43/2 44/13
46/8 56/23 68/10
70/3 73/6 76/24
77/6 78/22 83/22
83/24 84/24 85/1
94/6 97/5 97/10
116/13 117/1
**therapist [9]**
55/20 56/5 65/11
65/12 65/13 66/3

**therapist... [3]**
85/19 86/19 86/19
**therapists [4]**
17/21 17/22 17/22
60/14
**therapy [13]** 7/10
10/4 13/16 17/23
17/24 21/2 21/2
55/21 56/4 56/13
56/15 84/24 84/24
**there [110]** 4/23
7/22 8/2 9/10 9/13
10/25 11/6 14/15
15/7 17/19 18/20
21/5 21/6 21/18
21/20 21/21 23/24
24/10 25/15 25/16
25/23 26/21 26/23
27/2 29/3 34/8
34/11 34/22 36/13
37/14 38/10 38/14
38/17 38/18 40/13
40/16 41/1 42/5
42/10 46/17 47/4
47/17 47/24 49/14
52/21 53/13 56/2
57/18 59/1 59/2
62/8 65/24 67/12
68/7 69/2 69/2
71/25 72/5 73/5
73/6 74/8 75/4
79/14 80/22 80/25
84/5 84/8 84/16
84/18 84/19 84/24
84/25 85/1 85/4
85/19 85/23 86/12
86/24 87/8 87/13
88/4 88/19 89/2
90/8 90/14 90/14
90/17 90/24 91/20
93/23 99/7 99/8
99/14 99/19 99/24

108/12 108/20
111/4 114/9 115/9
117/25 120/20
120/23 121/20
122/2 122/7 122/11
**there's [21]** 13/11
20/9 37/13 40/17
46/8 72/9 72/17
72/20 73/15 77/23
78/25 78/25 79/6
79/7 79/11 83/21
84/20 84/21 86/13
104/1 116/6
**these [23]** 8/22
11/3 11/10 12/16
13/3 13/14 14/14
14/23 14/25 15/2
27/22 27/22 30/10
36/3 43/14 47/15
57/23 67/6 74/20
107/9 107/21 108/4
108/17
**they [85]** 9/9 9/16
13/14 14/2 14/24
15/8 15/8 15/9
15/10 15/11 15/16
16/1 16/9 17/16
17/20 19/2 19/4
19/6 19/6 20/4
20/5 20/6 21/6
33/1 33/5 33/17
34/23 36/4 37/6
40/7 40/11 40/23
40/24 44/14 45/13
45/16 45/18 48/2
48/3 48/15 50/17
50/18 50/18 50/19
50/21 50/23 50/23
51/1 51/1 53/21
53/22 53/24 55/25
56/16 56/17 57/16
58/8 58/13 58/14
58/15 58/23 58/24

71/14 71/15 72/3
72/23 82/7 85/13
86/18 90/24 105/12
110/2 110/12
110/14 110/15
112/8 115/5 115/15
118/10 118/14
120/21 120/22
**they're [20]** 11/17
15/7 15/7 36/5
40/10 40/24 44/16
44/16 44/17 44/17
44/17 44/19 50/21
58/13 58/18 58/25
59/1 59/1 62/8
90/13
**thing [17]** 17/17
26/25 41/4 50/11
51/1 60/1 62/9
62/10 64/25 67/9
68/21 88/1 88/2
88/3 94/17 104/18
111/14
**things [14]** 11/3
13/22 22/9 23/2
30/10 30/25 40/20
41/1 46/11 51/11
65/14 65/25 66/24
75/6
**think [68]** 5/4
5/20 5/21 8/15
10/13 12/9 13/25
15/18 18/1 19/12
19/19 21/24 23/9
30/12 31/18 33/15
33/17 34/24 34/25
35/13 35/24 35/25
36/17 37/3 39/10
41/13 41/14 43/1
44/20 46/15 47/4
48/18 49/13 51/9
52/23 56/11 56/20
58/5 62/6 64/21

**think... [28]**
68/20 68/21 73/18
75/16 76/7 76/22
77/22 78/25 82/9
84/18 90/10 90/11
90/15 90/17 90/18
95/19 97/15 98/12
99/11 101/5 105/6
107/14 108/4 114/2
115/22 117/1
117/11 121/15
**thinking [2]**  15/19
75/18
**third [1]**  17/1
**this [206]**
**those [34]**  7/19
8/20 10/8 10/19
13/23 15/4 15/25
16/11 22/23 23/6
23/9 23/9 24/1
24/22 26/2 26/14
33/10 34/25 38/11
73/13 76/5 76/8
77/2 81/19 81/24
81/24 81/25 84/25
85/8 86/4 86/16
86/16 97/11 103/18
**those note [1]**
86/16
**though [2]**  99/23
113/1
**thought [5]**  17/4
52/18 59/17 62/12
66/24
**thoughts [1]**  115/6
**thousand [1]**  81/24
**thousands [1]**
82/17
**three [17]**  5/16
11/8 18/20 61/14
61/15 61/20 61/24
63/6 63/23 64/2

83/21 83/25 110/6
118/9
**through [25]**  1/8
5/12 11/11 26/10
27/7 27/12 28/4
28/14 30/11 30/25
34/25 37/11 46/21
51/8 58/22 61/1
61/4 70/2 82/4
93/10 99/13 107/10
108/17 117/15
120/25
**throughout [6]**
10/23 13/19 43/22
85/5 87/14 88/22
**thumb [2]**  104/1
104/2
**Thursday [1]**
108/21
**tickets [2]**  106/24
119/8
**tie [1]**  58/19
**time [64]**  7/23
9/17 9/18 12/6
12/10 14/7 15/1
16/9 17/2 18/1
18/22 19/15 19/16
19/23 20/5 20/14
20/16 25/6 25/19
25/24 42/18 42/22
43/7 43/11 43/13
47/25 49/19 50/7
51/10 51/21 58/24
64/14 65/7 68/4
71/3 71/17 72/20
73/24 74/17 74/17
78/7 78/9 80/2
82/3 83/17 86/5
86/6 86/20 88/15
95/13 95/25 97/8
97/9 97/21 98/14
98/15 98/25 99/3
110/20 110/23

115/14 122/11
**time is [1]**  83/17
**times [33]**  11/8
14/21 18/20 18/20
35/5 35/13 50/10
61/14 61/14 61/15
61/20 63/6 63/23
64/2 64/12 66/7
69/2 73/6 73/16
73/21 74/8 74/12
82/7 82/10 85/18
87/7 87/22 87/22
87/22 100/1 103/24
103/25 111/4
**timid [1]**  100/14
**tissue [1]**  8/23
**today [14]**  5/11
22/12 23/7 23/14
24/10 26/3 30/1
30/7 30/24 31/14
82/13 82/16 120/5
121/24
**together [1]**  95/12
**told [10]**  6/18
27/11 31/4 31/10
41/18 45/14 74/11
76/15 98/14 100/22
**tomorrow [1]**  5/13
**tonight [2]**  5/17
119/8
**too [6]**  5/8 32/12
38/9 58/7 86/23
114/17
**took [5]**  21/24
24/10 24/10 60/22
112/8
**top [2]**  45/24
113/7
**topic [1]**  115/24
**topically [1]**
12/20
**total [7]**  7/14
28/11 74/12 78/1

**T**

**total... [3]** 78/5
83/8 83/13
**touch [1]** 64/4
**towards [1]** 99/22
**tract [6]** 10/22
73/3 73/4 73/17
73/20 73/23
**trade [1]** 13/8
**train [1]** 17/4
**trained [1]** 42/10
**tranquilizer [1]**
13/8
**transcript [4]** 1/9
124/10 124/11
124/12
**treat [4]** 9/10
11/13 14/4 14/8
**treated [2]** 18/4
74/19
**treating [1]** 22/13
**treatment [8]** 8/19
35/15 40/13 40/17
52/16 56/13 85/24
91/11
**treatments [3]**
17/3 21/1 51/10
**TRIAL [1]** 1/9
**tried [1]** 75/25
**tries [1]** 41/6
**trochanter [1]**
37/15
**trouble [2]** 17/7
106/18
**troubles [2]** 118/7
118/22
**troublesome [1]**
15/11
**true [4]** 41/17
50/12 55/4 124/10
**truth [2]** 25/23
73/15
**try [1]** 10/6

**trying [8]** 20/5
33/3 41/5 58/17
80/13 106/4 106/11
115/13
**tube [8]** 10/25
10/25 14/17 15/2
15/13 15/18 112/8
112/15
**Tuesday [1]** 118/4
**turkey [1]** 14/5
**turn [13]** 9/22
10/2 10/8 10/12
10/12 10/12 10/13
10/13 10/13 10/13
10/16 11/4 15/2
**turned [4]** 9/24
10/1 35/14 56/12
**turning [2]** 58/18
84/20
**Twenty [1]** 73/17
**Twenty-year [1]**
73/17
**two [29]** 7/7 9/5
9/23 10/2 10/3
10/11 10/15 10/21
14/13 31/9 49/14
53/21 58/18 60/16
61/24 65/14 75/21
75/23 75/24 76/19
76/20 76/21 77/10
84/1 84/2 84/20
85/11 90/24 99/23
**two-bedroom [1]**
99/23
**type [8]** 10/17
17/5 26/24 28/18
29/2 47/5 85/6
104/22
**types [1]** 47/15
**Tyrone [3]** 62/24
63/1 64/17

**U**

**U.S [1]** 1/23

**U [3]** 61/12 70/13
81/4
**Uh-huh [3]** 61/12
70/13 81/4
**ulcer [3]** 8/23
9/25 11/11
**ulcers [18]** 7/13
7/18 8/6 8/8 8/10
8/14 8/18 8/20
9/15 11/10 12/20
21/5 21/7 31/25
37/4 49/14 85/7
88/18
**unable [1]** 56/6
**unaware [1]** 115/11
**under [5]** 6/11
61/11 65/21 75/18
92/14
**undergrad [2]** 93/7
93/9
**underlying [1]**
73/5
**understand [13]**
27/8 33/23 34/8
38/9 39/11 40/24
42/21 47/14 47/15
52/15 58/5 115/21
120/25
**understanding [5]**
27/10 28/22 33/24
33/25 81/19
**understands [1]**
76/16
**understood [6]**
33/3 33/10 33/19
33/23 34/2 34/16
**unfortunately [1]**
39/9
**unhappy [1]** 114/3
**unit [7]** 99/22
111/24 112/13
119/25 120/6
120/10 120/19
**UNITED [4]** 1/1

**U**

**UNITED... [3]**   1/10
123/2 124/6
**unlabored [3]**   63/7
64/3 64/13
**unlike [1]**   52/22
**until [6]**   7/23
20/6 40/24 96/9
110/22 118/14
**unusual [2]**   54/12
78/18
**up [73]**   5/4 6/17
8/23 27/21 30/1
30/1 31/13 36/4
37/9 38/12 39/4
43/4 44/3 44/3
45/24 47/14 48/16
48/18 48/20 48/21
49/1 49/1 49/15
49/22 52/21 53/12
53/12 55/11 55/14
55/15 58/2 61/8
62/16 63/14 64/25
66/11 66/18 66/23
70/1 70/6 71/8
71/15 71/15 71/18
71/22 76/5 80/15
81/2 81/11 82/8
82/24 84/9 87/6
91/4 91/17 91/22
93/22 94/5 96/17
97/5 97/8 97/10
97/13 97/14 98/6
98/9 99/10 107/5
109/8 110/11 111/2
114/21 119/20
**upbeat [1]**   111/8
**upon [1]**   113/18
**upper [1]**   14/25
**urinary [6]**   10/22
73/3 73/4 73/17
73/20 73/22
**urination [1]**

**urine [3]**   73/6
73/25 74/6
**us [10]**   3/8 3/25
4/5 5/16 5/16 12/9
34/25 76/15 77/2
117/5
**use [8]**   9/18 12/17
34/11 42/16 52/1
61/15 61/17 118/10
**used [5]**   11/19
13/9 14/3 68/18
88/17
**useless [1]**   113/17
**uses [2]**   54/12
62/13
**using [10]**   18/23
19/1 34/23 54/6
62/6 62/14 68/17
68/20 72/18 103/18
**usual [4]**   46/11
78/3 78/19 111/8
**usually [8]**   13/6
16/6 50/12 50/13
99/10 99/24 104/12
114/18
**UTI [1]**   74/8
**utilities [1]**
106/16

**V**

**VA [9]**   18/9 23/12
58/7 72/2 79/17
99/2 99/3 99/5
120/21
**vac [2]**   37/17
37/18
**vaca [1]**   109/8
**vaccinated [1]**
92/22
**vacuum [1]**   37/19
**Valerie [2]**   66/12
70/11
**validated [1]**   29/3

**Valium [14]**   13/8
13/17 13/17 14/1
14/3 14/7 15/23
16/25 78/22 78/25
79/3 79/4 79/6
79/8
**various [10]**   6/19
7/12 13/21 14/21
16/2 17/2 17/16
17/17 18/21 61/5
**vein [2]**   13/5
14/14
**Vel [1]**   3/18
**Vela [10]**   4/1 4/18
27/21 36/21 43/4
45/2 46/1 53/4
62/21 70/6
**verbal [1]**   86/1
**very [18]**   4/22
9/24 11/12 14/1
16/6 25/15 30/2
32/6 34/21 37/19
41/15 100/17 103/1
104/15 104/23
113/20 114/18
117/9
**Veterans [1]**   18/13
**view [1]**   113/21
**visit [11]**   68/5
98/23 99/9 100/7
110/1 110/20
112/18 112/25
114/7 117/20
120/20
**visited [4]**   17/23
110/22 112/19
112/21
**visiting [2]**   55/23
112/23
**visits [1]**   17/3
**visual [1]**   50/17
**volume [1]**   35/2
**vs [1]**   1/6

# W

**waived [1]** 118/12
**walk [6]** 34/25
 44/15 48/2 50/17
 50/18 71/15
**walked [1]** 71/14
**walks [3]** 41/25
 42/1 50/7
**want [33]** 5/11 8/4
 14/9 17/10 19/8
 37/23 37/24 37/24
 37/25 38/1 52/19
 55/10 55/11 59/13
 60/23 65/22 66/22
 73/2 80/20 88/1
 90/22 101/4 102/21
 104/1 105/8 106/14
 113/10 114/17
 114/18 114/20
 115/3 118/6 119/17
**wanted [5]** 38/8
 38/9 39/11 106/11
 111/3
**warm [1]** 64/4
**was [305]**
**Was David [1]** 18/4
**wasn't [11]** 16/12
 20/23 20/24 28/6
 34/6 37/4 41/24
 57/5 88/5 88/14
 116/25
**watching [1]**
 118/16
**water [2]** 118/9
 118/10
**way [16]** 9/24 14/6
 14/7 14/20 29/14
 33/21 35/18 37/18
 37/20 42/22 42/24
 46/11 47/13 64/22
 99/19 114/10
**ways [3]** 54/20
 85/11 111/7

**we [107]** 3/6 4/23
 4/24 5/1 5/3 5/4
 5/13 5/16 5/17
 5/24 6/17 9/18
 16/10 19/12 21/22
 22/3 22/6 27/21
 27/24 29/18 29/19
 29/24 29/25 36/3
 36/21 37/1 37/12
 37/23 38/8 38/11
 38/14 38/14 38/14
 38/17 39/8 41/1
 41/3 43/2 44/11
 45/13 48/4 50/24
 53/16 53/17 54/13
 55/6 55/16 60/16
 60/24 60/24 67/5
 67/9 67/22 68/11
 69/4 69/15 69/15
 70/1 70/3 70/15
 70/23 71/13 71/13
 74/1 75/2 75/5
 77/22 78/12 80/17
 80/22 80/25 81/2
 82/17 83/21 83/22
 83/24 84/5 86/21
 86/24 87/6 87/12
 90/12 94/2 94/12
 95/12 95/12 107/10
 108/8 108/16
 108/17 108/20
 109/5 110/3 111/17
 111/21 114/22
 115/10 115/12
 116/4 116/6 116/8
 116/17 117/9
 118/25 119/18
 121/17 121/19
**we'll [12]** 6/11
 44/21 47/14 48/4
 52/1 56/1 69/23
 73/9 75/9 79/3
 98/22 122/22
**we're [22]** 5/3 7/8

 37/11 41/3 44/3
 44/3 46/15 46/24
 47/21 52/4 62/7
 64/11 66/11 69/10
 83/24 84/2 103/19
 116/12 117/1
**we've [5]** 16/22
 46/24 70/12 70/21
 122/5
**weak [1]** 113/17
**wear [1]** 75/21
**Wednesday [1]**
 120/4
**week [3]** 18/20
 51/13 121/24
**weekend [2]** 5/14
 118/16
**weeks [2]** 78/4
 113/19
**weight [2]** 7/3
 10/5
**weight-bearing [1]**
 7/3
**weird [1]** 61/17
**Welcome [2]** 69/13
 69/21
**well [100]** 4/17
 7/1 7/7 7/16 7/21
 8/10 8/21 10/21
 11/23 12/1 13/4
 13/25 14/12 15/6
 15/23 16/22 17/9
 17/20 19/12 19/24
 20/11 20/13 23/13
 24/2 24/18 24/24
 26/23 26/24 28/13
 29/3 29/14 30/14
 32/7 35/4 35/6
 40/7 40/17 41/12
 41/14 42/16 42/18
 43/24 48/3 50/23
 50/24 52/25 54/2
 56/1 56/1 57/3

W

**well... [50]** 59/7
60/16 60/20 60/23
62/10 65/20 65/24
66/21 66/22 67/1
67/1 67/2 67/2
67/6 71/20 72/11
72/19 74/19 74/22
75/3 75/18 76/18
77/25 78/6 79/2
79/4 80/14 82/8
85/11 86/6 87/6
87/9 87/15 87/16
87/22 88/2 88/12
93/17 95/13 96/7
110/11 110/21
111/2 111/8 116/2
116/8 120/12
120/20 122/2 122/8
**well-known [1]**
13/4
**went [11]** 4/15
10/10 20/4 23/12
27/12 51/8 51/23
58/22 79/19 84/18
120/12
**were [74]** 6/10 8/8
10/2 11/9 12/15
14/10 14/24 18/6
18/20 20/15 21/5
21/6 21/7 22/23
22/24 22/25 22/25
23/1 23/4 23/14
23/24 24/22 25/14
25/16 25/23 26/11
26/12 26/21 27/7
30/2 30/24 32/25
33/4 33/5 33/15
34/4 34/18 34/22
37/1 37/21 44/11
48/14 49/14 49/18
51/12 56/17 58/24
62/6 73/6 77/4

80/9 81/9 81/19
81/25 82/7 84/5
84/8 84/16 84/25
85/1 85/4 85/23
87/16 96/10 100/1
105/12 111/4 111/7
112/12 112/15
114/9 120/12 122/2
122/7
**weren't [2]** 38/14
57/3
**WEST [2]** 1/2 94/3
**what [131]**
**what's [11]** 29/21
40/21 40/24 43/22
48/5 49/1 59/12
64/14 66/14 68/19
107/6
**whatever [11]**
38/25 58/23 76/7
78/16 84/1 98/5
104/23 105/3
110/16 111/10
119/8
**whatsoever [1]**
23/18
**wheelchair [8]**
10/5 10/7 15/16
15/17 88/16 96/3
98/4 104/13
**when [55]** 5/18
12/5 13/6 13/11
16/7 16/12 17/8
17/20 18/20 19/9
20/23 27/7 27/12
30/24 32/21 33/12
37/6 39/5 40/22
44/14 51/7 57/10
57/23 58/6 58/22
58/24 61/1 61/19
61/24 71/14 71/15
71/20 72/23 75/18
84/5 89/18 91/1
94/1 94/2 95/25

100/9 104/21
110/22 111/8
112/17 112/22
113/1 114/19
114/20 116/15
119/16 119/24
**whenever [3]** 32/11
94/15 119/7
**where [32]** 6/17
8/8 8/11 10/10
14/14 15/7 18/9
29/24 29/25 31/13
33/1 37/1 44/11
45/19 57/9 61/23
70/1 82/5 83/8
93/19 96/14 98/25
99/5 100/1 104/11
107/23 111/5
113/10 114/10
115/2 115/7 122/8
**WHEREOF [1]** 124/14
**whether [22]** 7/19
9/14 11/21 20/12
20/13 29/3 32/11
33/22 34/5 35/24
50/21 55/4 71/7
80/8 80/10 90/13
90/16 91/20 100/25
104/16 105/9 106/4
**which [46]** 8/15
8/16 8/17 8/22
8/25 9/6 9/11
10/22 11/4 11/5
11/15 11/18 13/3
13/4 13/7 15/14
18/11 19/5 20/1
20/7 25/14 36/11
45/2 46/13 48/9
49/25 52/9 62/3
63/12 63/17 64/24
71/10 73/1 75/9
84/22 91/9 94/6
94/7 96/4 97/15

**W**

**which... [6]** 101/5
108/18 111/7 112/6
112/25 115/15

**while [16]** 10/6
16/21 18/24 26/18
27/9 29/12 39/7
65/9 68/7 77/19
92/23 95/6 113/2
117/25 120/18
120/23

**who [16]** 14/5
38/17 38/17 40/3
42/5 52/25 55/10
57/17 60/17 61/23
85/12 91/4 109/13
116/19 116/22
117/14

**who's [3]** 3/6 51/4
53/9

**whole [5]** 51/17
60/23 64/25 104/18
111/14

**why [11]** 20/24
42/16 53/21 71/21
94/18 100/3 102/15
106/13 116/2 116/6
120/21

**will [13]** 4/22 5/2
5/18 13/12 27/22
67/12 88/19 91/7
110/16 111/17
111/17 112/1
118/10

**win [1]** 119/9

**wings [1]** 99/17

**wipe [1]** 103/16

**wiping [1]** 103/7

**wise [1]** 82/20

**withdrawal [3]**
14/4 14/6 14/8

**within [2]** 30/12
30/12

**without [3]** 83/4
87/19 91/11

**witness [11]** 49/4
80/17 92/7 92/8
92/15 107/6 115/3
115/9 115/11
115/23 124/14

**Woo [1]** 121/6

**Woo-hoo [1]** 121/6

**word [13]** 30/3
42/16 44/4 48/4
51/23 60/16 60/16
60/24 61/9 64/22
73/9 75/17 77/11

**wording [1]** 64/15

**words [7]** 29/7
62/6 62/7 62/13
62/14 91/5 103/18

**work [29]** 5/13 9/2
16/21 19/5 25/1
25/8 25/11 27/7
35/14 39/10 41/1
45/8 45/12 45/15
45/20 54/12 56/10
56/25 66/1 68/7
85/15 93/12 93/19
94/13 94/15 95/13
98/25 99/9 99/10

**worked [9]** 20/15
59/16 72/22 94/2
95/6 95/12 97/6
99/1 103/5

**working [56]** 35/6
35/9 35/11 37/9
38/12 39/4 41/9
44/23 46/16 46/25
47/21 48/3 48/6
49/22 50/3 51/4
51/9 51/13 51/17
51/19 51/21 52/4
54/11 56/7 57/20
59/17 59/25 60/7
61/6 62/10 62/17
63/6 63/15 63/24

65/9 65/16 66/7
66/18 67/2 67/13
68/4 69/1 69/3
70/24 71/8 71/18
71/22 72/1 72/6
72/21 72/23 82/5
113/2

**works [3]** 28/17
54/4 54/21

**worn [1]** 7/23

**worried [1]** 112/12

**worst [1]** 48/19

**would [142]**

**wouldn't [19]** 9/23
35/1 51/6 51/6
51/7 60/17 72/19
96/8 96/8 103/3
110/21 111/8 111/9
111/9 113/2 114/17
114/20 122/14
122/15

**wound [11]** 9/1 9/2
18/18 18/19 18/21
21/7 37/16 37/19
65/21 65/22 84/22

**wounds [3]** 37/15
38/1 39/8

**WRIGHT [10]** 1/7
3/11 4/5 4/8 4/10
4/11 26/2 33/6
97/19 103/5

**Wright's [3]** 32/22
33/20 34/3

**wrist [1]** 14/16

**write [7]** 25/4
42/13 44/18 61/19
86/7 89/12 94/16

**writing [2]** 62/15
87/19

**written [1]** 29/21

**wrong [6]** 31/18
58/13 65/3 68/1
98/11 110/12

**W**

**wrote [5]**   31/14
60/17 102/23
102/25 103/2

**X**

**X-ray [1]**   110/12
**Xfinity [1]**   118/16

**Y**

**yeah [32]**   5/20
34/23 40/9 41/9
41/24 42/9 51/25
52/21 53/14 53/21
54/2 55/21 56/1
57/1 58/12 60/1
62/9 64/22 68/20
75/12 82/14 84/1
100/6 107/17 109/3
109/10 110/25
112/22 115/11
117/14 120/14
121/11
**year [4]**   73/17
73/22 83/16 83/17
**years [4]**   39/1
42/14 93/14 95/12
**Yep [1]**   107/25
**yes [124]**   4/15 5/6
5/23 5/23 6/21
6/24 9/16 11/23
18/5 20/19 21/12
22/5 22/8 24/6
24/24 25/10 26/16
27/11 30/6 30/9
32/9 34/1 36/5
43/24 44/20 55/19
57/25 61/12 62/10
64/21 68/12 69/5
70/10 70/13 70/20
70/22 71/1 71/20
73/1 75/23 76/23
77/16 79/20 80/5
80/12 81/4 81/15

84/23 83/4 83/12
83/23 84/4 84/18
92/3 92/4 93/25
95/8 95/10 95/16
95/18 95/21 95/24
98/4 98/4 98/4
98/18 98/18 98/24
99/4 99/20 100/2
100/20 101/10
102/14 102/24
103/6 103/8 103/14
103/21 103/23
104/4 104/8 104/10
104/17 104/19
105/11 105/13
105/18 105/24
106/3 106/7 106/17
106/23 106/25
107/4 107/22 109/1
109/12 109/16
109/18 109/20
110/19 111/6 112/7
112/8 112/11
112/14 112/17
112/22 114/14
117/17 117/19
118/5 118/19
118/21 118/24
119/12 119/14
120/1 121/8 121/14
121/22 122/1
122/10

**yesterday [19]**
6/11 6/17 8/5 8/15
19/12 29/25 30/24
31/13 76/6 80/9
81/3 81/9 81/14
81/18 82/1 83/4
83/11 120/7 120/11
**yet [5]**   5/9 57/9
102/9 117/18
120/13
**you [538]**
**you'll [5]**   57/23

78/23 89/11 92/12
92/13

**you're [20]**   23/18
27/17 27/17 28/18
42/4 51/12 55/3
55/10 56/9 58/17
61/19 75/14 77/14
96/11 98/14 98/17
115/21 116/2
116/19 116/22
**you've [1]**   22/12
**your [111]**   3/12
3/14 3/16 3/18
3/20 3/22 4/7 4/9
5/1 5/2 5/15 6/6
6/8 13/23 16/14
17/7 20/17 21/8
21/11 21/24 22/12
22/22 23/6 24/2
24/5 24/17 24/21
25/11 25/12 25/17
25/21 26/2 26/4
27/7 27/18 27/22
28/6 29/9 32/8
32/23 33/25 34/2
35/18 35/21 36/4
37/2 37/25 38/18
40/12 42/14 44/21
47/7 47/19 48/4
49/4 49/8 49/10
63/1 68/10 69/4
69/18 76/15 77/3
77/6 77/7 77/7
77/10 77/17 78/10
78/16 80/2 80/3
80/5 88/20 88/24
89/2 89/6 89/11
89/12 90/7 90/8
90/12 90/17 90/23
91/24 92/1 92/3
92/4 92/13 92/17
92/23 93/5 93/12
95/17 96/19 98/2
100/5 101/13

**Y**

**your... [13]**
101/17  101/20
102/5  108/6  108/13
109/23  113/21
114/22  115/4  119/7
120/25  122/16
122/25
**yours [1]**  109/15
**yourself [1]**  27/13
**yvette [7]**  1/23
1/25  117/3  124/5
124/17  124/17
124/19

**Z**

**ZACK [2]**  1/16  3/22
**ZALMAN [2]**  1/21
4/9
**zeros [1]**  108/18
**Zoom [1]**  22/3