```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
                    WEST PALM BEACH DIVISION
                    CASE NO. 9:18-cv-80176-BB

IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K Info
Defense Research, LLC,

          Plaintiffs,                  November 19, 2021
                                       9:18 a.m.
          vs.

CRAIG WRIGHT,

          Defendant.                   Pages 1 THROUGH 119
_____
               TRANSCRIPT OF TRIAL DAY 13, AM SESSION
                BEFORE THE HONORABLE BETH BLOOM
                   UNITED STATES DISTRICT JUDGE
                      And a Jury of 10

Appearances:
FOR THE PLAINTIFF:    ROCHE FREEDMAN, LLP
                      DEVIN FREEDMAN, ESQ.
                      KYLE ROCHE, ESQ.
                      200 South Biscayne, Suite 5500
                      Miami, Florida 33131

                      BOIES SCHILLER & FLEXNER
                      ANDREW BRENNER, ESQ.
                      STEPHEN N. ZACK, ESQ.
                      SAMANTHA LICATA, ESQ.
                      100 Southeast 2nd Street, Suite 2800
                      Miami, Florida 33131

FOR THE DEFENDANT:    RIVERO MESTRE, LLP
                      ANDRES RIVERO, ESQ.
                      JORGE MESTRE, ESQ.
                      AMANDA M. MCGOVERN, ESQ.
                      MICHAEL A. FERNANDEZ, ESQ.
                      ZALMAN KASS, ESQ.
                      2525 Ponce de Leon Boulevard, Suite 1000
                      Coral Gables, Florida 33134

COURT REPORTER:       Yvette Hernandez
                      U.S. District Court
                      400 North Miami Avenue, Room 10-2
                      Miami, Florida 33128
                      yvette_hernandez@flsd.uscourts.gov
```

**I N D E X**

Certificate.................................        119

**W I T N E S S**

**ON BEHALF OF THE DEFENDANT:**                       PAGE

DAVID KUHARCIK (via Zoom)
CONTINUED DIRECT EXAMINATION BY MS. MCGOVERN             17
CROSS-EXAMINATION BY MR. ROCHE                           32

DR. AMI KLIN
DIRECT EXAMINATION BY MS. MCGOVERN                       36
CROSS-EXAMINATION BY MR. BRENNER                        103

```
 1          (Call to order of the Court, 9:18 a.m.)
 2               THE COURT:  Go ahead and have a seat.
 3               How is everyone this morning?
 4               MR. BRENNER:  Good.
 5               MS. MCGOVERN:  Good.  Thank you.
 6               MR. FREEDMAN:  Your Honor, before we start, I just
 7     wanted to apologize for going about 30 minutes over the
 8     deadline you set last night.  We were having a technical issue
 9     finalizing that motion, and I'm sorry about that.
10               THE COURT:  All right.  Certainly.  Certainly.  And
11     the Court will accept it as though it was filed in time.
12               MR. FREEDMAN:  Thank you, Your Honor.
13               MS. MCGOVERN:  Your Honor, I'd also like to advise you
14     that we can give you a scheduling update, if that helps.
15               THE COURT:  I'm sorry?
16               MS. MCGOVERN:  A scheduling update, if that helps.
17               THE COURT:  Yes.  Thank you.
18               MS. MCGOVERN:  Would you like me to do that now?
19               THE COURT:  Did we want to wait for the other members
20     of your team?
21               MS. MCGOVERN:  We can proceed.
22               THE COURT:  Or are you ready to go?
23               MS. MCGOVERN:  We can proceed.
24               THE COURT:  Okay.  Yes.  Certainly.
25               MS. MCGOVERN:  Your Honor, we have narrowed the
```

```
 1    examinations so that -- such that today we have been able to
 2    determine that we will rest our case, depending upon
 3    cross-examination, on Monday.
 4            THE COURT:  On Monday.  All right.
 5            So can you just advise the witnesses that you intend
 6    to call between now and Monday?
 7            MS. MCGOVERN:  I can, Your Honor.  It may be with
 8    respect to one witness on Monday that we end up not calling
 9    that witness on Monday, depending upon an issue related to --
10    depending upon an issue that we're not sure we actually need to
11    present in our case from an evidentiary perspective.  We just
12    received some papers last night and we're evaluating that.  So
13    it may very well be that we don't have two witnesses on Monday,
14    but we have one.
15            Today we're going to be finishing a very short
16    examination of Mr. Kuharcik, and then we're going to be calling
17    Dr. Ami Klin.
18            Depending upon a determination over the weekend, on
19    Monday, we may call Mr. William Choi, and we will be having a
20    very brief examination, very brief examination, of Dr. Wright.
21            THE COURT:  Choi and Wright.  And you believe that you
22    will conclude by Monday?
23            MS. MCGOVERN:  Yes, we do, Your Honor.
24            THE COURT:  By the end of Monday?
25            MS. MCGOVERN:  Yes, we do.
```

```
 1              THE COURT:  All right.

 2              MS. MCGOVERN:  And depending upon -- I mean, obviously

 3    this depends upon the length of cross-examination.  We intend

 4    to conclude on Monday, Your Honor.

 5              THE COURT:  And do the Plaintiffs intend to introduce

 6    any rebuttal evidence?

 7              MR. FREEDMAN:  Your Honor, that depends on what is

 8    said today and tomorrow.  As of now -- today and Monday.  I'm

 9    sorry.  As of now, we don't intend to.

10              THE COURT:  All right.  Then is it fair to represent

11    to the jury that we anticipate that the parties should be able

12    to rest their case on Monday and then Tuesday morning we would

13    proceed with closing arguments and statements of the law?

14              MS. MCGOVERN:  From the Defense, yes, Your Honor.

15              MR. FREEDMAN:  Your Honor, the only reason I hesitate

16    is because I have no idea what Dr. Wright is going to say on

17    Monday.  And so I would hate to tell the jury that and then

18    disappoint if it turns out we do need to introduce rebuttal

19    evidence.

20              THE COURT:  And the reason why I want to somewhat make

21    a -- an accurate representation is because of that Wednesday.

22    And if -- all the jurors cannot come in on the Wednesday.  In

23    the event that they need to continue their deliberations --

24    there are many exhibits -- then what I don't want to do is give

25    the case to them very late on Tuesday, and then only to have
```

1    them have to come back on the 28th.

2            So if, in fact, I can't make that representation, then

3    I would rather say to them that we'll continue Monday and

4    Tuesday and bring them back on the following Monday, which

5    would be the 20 -- I'm sorry -- the 29th.  And then this way,

6    it can be in their hands so that they can deliberate for as

7    long as they need.

8            MS. MCGOVERN:  Your Honor, if it's helpful, we

9    represent to the Court that our representation of Dr. Wright is

10   going to be very narrow.

11           THE COURT:  All right.  I did tell them I would give

12   them a better idea.  I'm going to let them know at this point

13   that while we anticipate that we will be done on the 23rd that

14   they should make arrangements to be here on the 29th, if need

15   be.  That if the case is in their hands, that they can use that

16   day for further deliberations and continue for as long as they

17   need, but that they should make arrangements.  Because I think

18   that's only fair to them.  And then we'll see where we are on

19   Monday.

20           Would that be acceptable to both sides?

21           MR. FREEDMAN:  Yes, Your Honor.

22           While we're on this note, how long does the Court

23   expect to provide for closing argument?

24           THE COURT:  How much time are you requesting?

25           MR. FREEDMAN:  That's a great question, Your Honor.

```
 1    Off the cuff, maybe 90 minutes or so.

 2              THE COURT:  Is that sufficient for the Defendant?

 3              MR. RIVERO:  Yes, Your Honor.

 4              THE COURT:  All right.  Then 90 minutes it is.

 5              MR. FREEDMAN:  Thank you, Your Honor.

 6              THE COURT:  All right.  Can we address the issue that

 7    was raised yesterday?  I did receive the filings.  I've

 8    reviewed the deposition transcript, as well as the excerpts,

 9    and it appears to the Court that there are three questions

10    that, Ms. McGovern, you want to ask the witness; is that

11    correct?

12              MS. MCGOVERN:  That is correct, Your Honor.

13              THE COURT:  All right.  And it would appear to the

14    Court that engaging in a -- in an analysis of waiver may not

15    even apply because two of the questions I don't believe that

16    the Defendant is seeking the content of any communications

17    between the accountant and the client.

18              So why don't we go through each of the pages beginning

19    on Page 29.  That is, line 10 through 11.  Is that the first

20    question that you want to ask?

21              MS. MCGOVERN:  Yes, Your Honor.  We have a few

22    additional questions beyond these three.  But with respect to

23    the issues presented by these three questions, yes.

24              MR. ROCHE:  So, Your Honor, I think the issue with

25    this question is that Mr. Kuharcik testified in his deposition
```

1    that the social relationship between him and Dave Kleiman ended

2    in the early '90s.  And so after that -- after the termination

3    of the social relationship, the only type of conversations they

4    would have had were in the context of the accountant-client

5    privilege.

6         So the question:  "Did he ever speak to you about

7    Bitcoin" goes to privilege.  It goes to what he did and did not

8    discuss about his assets, his business operations with his

9    accountant.

10        Bitcoin didn't exist, and there's been no evidence

11   that Bitcoin existed in the early '90s.  So that question can

12   only go to a conversation that is protected under the

13   accountant privilege.

14        THE COURT:  Well, the privilege precludes the

15   disclosure of the contents of confidential communications.  How

16   would the answer "no" to that question disclose the content?

17        MR. ROCHE:  Your Honor, if I asked -- if you asked a

18   lawyer:  "Did your accountant -- or did your client ever tell

19   you he robbed a bank," I think that goes to the existence of a

20   conversation that, by its very nature, is privileged.  And so

21   here:  "Did he ever speak to you about Bitcoin," where the

22   relationship post the early '90s is only one -- only one of

23   privilege -- because there was no social relationship beyond

24   the early '90s, the question:  "Did he ever speak to you about

25   Bitcoin" would go to the existence of what was said or what was

1    not said during protected communications.

2          THE COURT:  All right.  I -- let's continue with Page

3    38:  "Do either of these tax returns make mention of Bitcoin?"

4    That appears to refer to items that are already in evidence; is

5    that correct?  That's Page 38, line 19 through 21.

6          MS. MCGOVERN:  That is correct, Your Honor.

7          MR. ROCHE:  To the question of whether or not -- we

8    would say the document speaks for itself, but I -- the -- that

9    question I do not think would go to a matter of privilege if

10    it's limited to:  What does the document say?

11          THE COURT:  All right.  And Page 40, I believe that

12    there was an objection.  It does appear that this relates

13    directly to discussions.  So let's address -- unless you want

14    to just rest on what you have provided to the Court?  Is there

15    any further argument to be made?  It is the Defendant's burden

16    to show that there has been a waiver.

17          MS. MCGOVERN:  Your Honor, there's been a waiver in

18    two forms.  With respect to the objection that was made in the

19    deposition, the deposition was -- the objection that was made

20    in the deposition by Mr. Brenner -- and this was two years ago

21    and nothing has been done since then to claw back any type of

22    disclosure.

23          And we note that, you know, this issue has come up

24    with respect to work product and other things.  We think the

25    same analysis should apply there.  There's been no claw-back

1    attempt.

2            But, first of all, the objection in the deposition by

3    Mr. Brenner was very clear, and it was specifically that:  "To

4    the extent that you're not going into tax advice that was

5    provided to Dave Kleiman, I have no objection."  And then these

6    questions that are at the core of this case, which is Dave

7    Kleiman's Bitcoin, were specifically asked of the accountant.

8    Not contents of disclosures, not tax advice, and nothing else.

9    These are three short questions.  They're yes-or-no answers,

10   and that's all we seek.

11           In addition, Your Honor, yesterday, they filed the

12   deposition publicly.  The accountant-client privilege, which

13   can be waived, as set forth in our motion, by the Florida

14   Supreme Court in the Savino decision, was waived.  It was filed

15   with this Court.  It is out there.  It is not confidential.

16           In addition, Your Honor, without trying to sort of

17   split hairs on it, so you have a publicly filed deposition

18   where the contents of information were not disclosed in terms

19   of tax advice, it's just a yes or no.  We believe that these

20   three questions are appropriate.  By limiting it to -- and

21   using the objection with respect to when the social

22   relationship changed, they are sort of turning on its head the

23   whole notion of the deposition of Mr. Kuharcik to begin with.

24           There was no objection at the deposition that said --

25   that specifically laid out any division of what the answers

1    were pertaining to in terms of time frame.

2            So we think it's a little too cute in that regard.

3    And again, we ask for these three questions.  It's not

4    confidential, there's no tax advice involved, and it's a

5    yes-or-no answer, Your Honor.

6            MR. ROCHE:  Your Honor, may I respond?

7            THE COURT:  All right.

8            MR. ROCHE:  Page 28 of the deposition, the questioning

9    right before the question they want to ask, which is on 29 --

10   28, line 18:  "So other than tax or advice -- other than tax

11   advice or accounting-related activities, what's going on at

12   work," things like that.  So the whole line of questioning is

13   prefaced by a directive that:  "I'm not asking you about

14   conversations you had in that context.  I'm asking you about

15   conversations you had outside of that context."

16           And our issue with the question on Page 29, 10 through

17   11, is Mr. Kuharcik is answering the question assuming:  "I am

18   not saying anything about the client, my conversations I had

19   with Dave Kleiman."

20           And so posing that question to the jury is going to be

21   highly confusing and prejudicial because:  "Did he ever speak

22   to you about Bitcoin," you know, there were no conversations

23   that were outside the accounting context.  So his answer:  "No"

24   is prejudicial because we can't ask -- they're trying to use

25   privilege as a sword.  They're trying to use privilege as a

1    sword to show that conversations were -- that were not had.

2          And we think that's highly inappropriate.  It goes --

3    it's both prejudicial and it goes directly to the nature of the

4    conversations that are protected by the privilege.

5          THE COURT:  All right.  Is there anything further,

6    Ms. McGovern?

7          MS. MCGOVERN:  Yes, Your Honor.  They've known that we

8    were going to call Mr. Kuharcik for a very, very long time.

9    There's been no effort to clarify what they're trying to do

10   now.  There was no objection to the questions.  And the

11   limitation that they are trying to place on this is really an

12   after-the-fact overlay on something that was very specifically

13   limited by Mr. Brenner, which was simply on Page 28 of the

14   deposition:  "I appreciate the limitation.  I would just add

15   that tax advice or other accounting advice -- but other than

16   that, you can answer the question."

17         And the very specific three questions that we're

18   asking were yes and no.  Specifically:  "Did Dave Kleiman ever

19   mention Bitcoin?  Yes or no."  That's not tax advice.  "Was

20   Bitcoin reflected on the tax returns?"  That's not tax advice.

21   These are public documents that have been filed.

22         In addition, this deposition was filed in full.

23   Nothing was brought to Your Honor in advance.  This is a very

24   late tactic.  The Plaintiffs have been using this late tactic

25   effort against any effort that we've had to come back and

1    present evidence.  In particular, with respect to the privilege

2    log assertion by Mr. Kleiman.

3         And in addition, the argument that's being made was

4    simply not made two years ago, Your Honor.

5         MR. ROCHE:  Your Honor, I think lines 12 to 21 of the

6    deposition are very clear that the objection based on privilege

7    was preserved for the whole line of questioning and that that

8    line of questioning was going to everything but privileged

9    communications.  Mr. Kass agreed and Mr. Brenner instructed the

10   witness to that regard.

11        And I think asking those questions outside the

12   context, or asking the questions that they want to ask to this

13   jury, are highly prejudicial because they go to what -- they go

14   to whether or not a communication was had.  And it certainly

15   implies whether or not a -- pardon -- the content of the

16   communications that are protected by the privilege.

17        MS. MCGOVERN:  Your Honor, the last point that I would

18   make --

19        THE COURT:  I think we're kind of going back and forth

20   and the case law is the case law and the questions are what

21   they are.  And let me state that I've had the opportunity to

22   look at the two Southern District of California cases and the

23   Northern District of Oklahoma cases that were cited.  And in

24   those cases there was no objection to the use of certain

25   privilege documents where there was inadvertent disclosure.

1        Here, the question is whether there was a preservation

2   of the privilege.  There was a letter asserting privilege,

3   restating at the beginning of the deposition.  Mr. Kass and

4   Mr. Brenner had a conversation.  There was a qualification on

5   Page 28.  And the Court cites, since we are sitting in

6   diversity, it is Florida law that applies.

7        But in the case of Lender Processing, 183 So.3d, 1052,

8   First DCA, 2015, the Court found that there was no waiver.  As

9   well as Choice Restaurant Acquisition, 816 So.2d 1165, which is

10  a Fourth DCA case of 2002, the Court finds that -- for support,

11  that the Defendant bears the burden of establishing any waiver

12  of the accountant-client privilege.

13       And based on -- other than the question with regard to

14  the tax returns which are already in evidence -- certainly you

15  can ask that question, but the Court believes that the

16  assertion of the privilege was made.  It was not waived.

17       And as such, these questions do seek to determine the

18  content of confidential communications between an accountant

19  and a client.  And as such, the objection on these two

20  questions would be sustained.

21       MR. ROCHE:  Your Honor, one more quick thing.  We had

22  asked yesterday -- because the line of questioning that was

23  directed to Mr. Kuharcik was very clearly aimed at the

24  substance of privileged communications, I was forced to on the

25  record and in front of the jury make a number of privilege

```
 1    objections, which go to some of the issues central to this

 2    case.

 3           What I would ask is an instruction to the jury that

 4    counsel -- it is counsel's duty to preserve the privilege and

 5    that any objection of privilege does not go to the substance of

 6    the answer.

 7           MS. MCGOVERN:  Your Honor, that is --

 8           THE COURT:  I don't believe that that is -- that that

 9    instruction is necessary.  The parties are free to make an

10    objection.  The Court -- they've certainly heard the Court and

11    the attorneys when they made their objections.  So I don't

12    believe that there's any cautionary instruction that needs to

13    be given with regard to the attorneys objecting.

14           At the conclusion of the case, I can certainly do that

15    if you feel that there were an extensive amount of objections

16    that may in some way have affected their view of the case.  But

17    I don't believe at this point that an instruction is

18    appropriate.

19           MS. MCGOVERN:  Your Honor --

20           THE COURT:  Is there anything further?

21           MS. MCGOVERN:  -- if I can just clarify, so that there

22    is no misunderstanding or miscommunication, Page 38, lines 19

23    through 21 are permitted; is that correct?

24           THE COURT:  Yes.

25           MS. MCGOVERN:  Thank you.
```

```
 1              THE COURT:  All right.  So we have Mr. Kuharcik that
 2    is in the waiting room.  Is there anything further?
 3              We have all of our jurors here?
 4              Okay.  Anything further on behalf of the Plaintiffs?
 5              MR. FREEDMAN:  No, Your Honor.
 6              THE COURT:  On behalf of the Defendant?
 7              MR. RIVERO:  No, Your Honor.
 8              THE COURT:  Okay.  Let's bring in the jury.
 9        (Before the Jury, 9:36 a.m.)
10              THE COURT:  Good morning, Ladies and Gentlemen.
11    Please be seated.
12              Thank you for being so prompt.  I apologize for the
13    delay.  The fault, once again, was all mine.
14              But this is a very special day because it is
15    Mr. Barnett's birthday.  So, Mr. Barnett, we wish you a happy
16    birthday.  And of course, since it is your birthday, we can't
17    continue without sharing some sentiments.  So we will all sing
18    Happy Birthday to Mr. Barnett.
19              Mr. Barnett, Happy Birthday.
20        (Singing.)
21              THE COURT:  Wishing you much health and joy,
22    Mr. Barnett.
23              And thank you, Ladies and Gentlemen.
24              We will continue at this time with the testimony of
25    Mr. Kuharcik, who is present.  Let me make sure that each of
```

```
 1    your screens are working.

 2              Is there anyone whose screen is not working?  If

 3    you'll just raise your hand.

 4              All right.  And, Ms. McGovern, whenever you're ready.

 5                   DIRECT EXAMINATION [CONTINUED]

 6    BY MS. MCGOVERN:

 7    Q.  Good morning, Mr. Kuharcik.  Can you hear me?

 8       You're on mute.

 9              THE COURT:  If you'll unmute yourself, sir.

10              THE WITNESS:  I'm sorry.

11              THE COURT:  There we go.  All right.  Good morning,

12    sir.

13              THE WITNESS:  Good morning.

14    BY MS. MCGOVERN:

15    Q.  Mr. Kuharcik, yesterday, if you could please -- yesterday,

16    we referred to the tax return that you prepared for David

17    Kleiman for the year 2010, the federal tax return.  Do you

18    recall that, Mr. Kuharcik?

19    A.  Yes, I do.

20    Q.  Okay.  And do you recall that the income -- the business

21    income on that tax return, as reflected on line 12, was

22    $14,102.  Do you recall that?

23    A.  Yes, I do.

24    Q.  Okay.  And specifically, Mr. Kuharcik, that reference to

25    the $14,101 as business income for 2010 states in line 12
```

1   that -- it says:  "Attach Schedule C."  There's a reference in

2   that line that says:  "Attach Schedule C."  Are you familiar

3   with that?

4   A.  Yes.

5   Q.  And if we go to Schedule 3 -- Schedule C, I apologize,

6   Mr. Kuharcik, and we look at --

7            MR. ROCHE:  What page are we on?

8            MS. MCGOVERN:  Page 3 of the PDF.

9            If we could -- for the witness and for everyone, if we

10   could pull up, please, D18.

11            THE COURT:  All right.  D18 is in evidence.

12            MS. MCGOVERN:  It is in evidence.  Thank you, Your

13   Honor.

14   BY MS. MCGOVERN:

15   Q.  And in looking at Schedule C, Mr. Kuharcik, and referring

16   to PDF Page 3 of that Schedule 3, and we look at line 12 --

17   excuse me -- we look at line 29 of Schedule C, there's also a

18   reference to $14,102.  Do you see that, Mr. Kuharcik?

19   A.  Yes, I do.

20   Q.  Okay.  So the $14,102 that's reflected as business income

21   for 2010, is that referring specifically to the income for

22   Forensic Computer Consultant [sic], Mr. Kuharcik?

23            MR. ROCHE:  Objection.  Privileged.

24            THE COURT:  The objection would be overruled.

25

1    BY MS. MCGOVERN:

2    Q.  Mr. Kuharcik, is that the reference that -- if you look at

3    the two pages which for convenience are being set up on the

4    computer, that's line 12 of the first page and line 31 of

5    Schedule C, is that reflecting the business income for

6    computer -- for Forensic Computer Consultant, Mr. Kuharcik?

7    A.  Yes.

8    Q.  Okay.  So this relates only then -- is that correct, this

9    relates only then to the business income for Forensic Computer

10   Consultant?  Is that accurate?

11   A.  That is accurate.

12   Q.  Mr. Kuharcik, if we could please look at the same

13   information for D19.

14          MS. MCGOVERN:  Your Honor, which has also been

15   admitted into evidence.  And we could ask if we could publish

16   that to the jury.

17          THE COURT:  All right.

18   BY MS. MCGOVERN:

19   Q.  I'd like to ask the same questions, Mr. Kuharcik, with

20   respect to the business income on Page 1, which is referred to

21   in line 12, and it says:  "Business income or loss, Attach

22   Schedule C or C-EZ."  Do you see that, Mr. Kuharcik?

23   A.  Yes, I do.

24   Q.  Can you please state the amount of the business income that

25   is reflected on line 12, Mr. Kuharcik?

1    A.   Yes.   That is $6,303.

2    Q.   If we could go to Page 3.   It's right up in front of you,

3    Mr. Kuharcik, for purposes of convenience, which in the top

4    part it says:   "Schedule C-EZ."   Do you see that?

5    A.   Yes, I do.

6    Q.   What does "EZ" mean?

7    A.   That's an easy form.   Certain businesses are able to file a

8    less detailed schedule with their tax return and report their

9    business income or loss thereon.

10   Q.   Does "EZ" stand for something?   Is it "easy"?

11   A.   It's apparently "easy."

12   Q.   Is that the reference, is that it's easy?   Is there

13   anything particular meaning or is there significance to a

14   Schedule C-EZ, which is just a Schedule C?   Is there a

15   difference between a Schedule C and a Schedule C-EZ?

16   A.   Well, one shows greater detail and the other shows less

17   detail, but the same numbers would be reported on either one.

18   Q.   Okay.   Does it -- does it relate in any way -- the EZ form,

19   in other words, can anybody just file an EZ?   Can you choose

20   between filing a C or EZ?   Or is there some condition or

21   requirement or circumstance which allows you to just file an EZ

22   Schedule C?

23   A.   Well, if you reference the form, you see on the top part,

24   Part 1 under "General Information," there is instructions as to

25   who may use or not use Schedule EZ.

```
 1   Q.  So the specific conditions -- if you could highlight
 2   that -- you say:  "May use Schedule C-EZ instead of Schedule C
 3   only if you had business expenses of $5,000 or less"; is that
 4   right?
 5   A.  That's what it says.
 6   Q.  So if, in fact, a Schedule EZ was filed in 2011, that would
 7   mean that there were business expenses for that federal tax
 8   year of less than 5,000; is that correct?
 9   A.  That is correct.
10        MS. MCGOVERN:  Could you please pull up D41, please.
11        Your Honor, D41 has been admitted into evidence.  It
12   has been redacted, as requested.  May it be please published to
13   the jury?
14        THE COURT:  You may.
15   BY MS. MCGOVERN:
16   Q.  Mr. Kuharcik, I've shown you what has been admitted into
17   this case as Defendant's 41.  And I'd ask, please, if you could
18   please go to the second page.
19     Now, the second page at the very bottom -- I'm sorry -- at
20   the very bottom of the first page, it says who is sending this
21   email.
22        MS. MCGOVERN:  If you please highlight that, so it's
23   not confusing.
24   BY MS. MCGOVERN:
25   Q.  So at the very bottom of D41, Mr. Kuharcik, do you see that
```

1     it says from Dave Kleiman?

2     A.  Yes.

3     Q.  And I understand we're on the second day of your testimony,

4     so I just want to make sure.  That's Dave Kleiman, your client,

5     correct?  Or who was your client; is that right?  The same Dave

6     Kleiman?

7     A.  Well, yes, that was his name.

8     Q.  For whom we looked at D19 -- 18 and 19 for the tax returns

9     that you filed on his behalf; is that right?

10    A.  Yes.

11    Q.  So if we can go to the second page, please, of the

12    document, I'd like ask to you to focus on --

13              MS. MCGOVERN:  If you could turn to the next page,

14    please.

15    BY MS. MCGOVERN:

16    Q.  So we saw that it came from Dave Kleiman.  It's cut off at

17    the top.  For context, Mr. Kuharcik, I want it to be clear.

18    This is the email from Dave Kleiman.  It's sent on January

19    24th, 2013, and it's sent to David S. Kuharcik.  Is that you,

20    Mr. Kuharcik?

21    A.  Yes, that is.

22    Q.  Okay.  And the email states:  "Hi, David.  What would your

23    annual fees be for doing the taxes for a newly formed federal

24    LLC that has three partners with annual gross expected to be

25    somewhere between 150 and 300 for the next two years?"  Do you

1    see that?

2    A.  Yes, I do.

3    Q.  Did you, in fact, agree to provide accounting services for

4    the newly formed Florida LLC that's referenced in this email?

5    A.  Yes, I did.

6    Q.  Okay.  And if we go down, the next sentence says:

7    "Currently, the partners are being paid 1099 style with an

8    80-20 split.  For each job worked for the partner that works

9    the job is paid 80 percent; 20 percent stays in the company for

10   expenses."  Do you see that, Mr. Kuharcik?

11   A.  Yes, I do.

12   Q.  Okay.  I'd like to ask you a question about that, if I

13   might.  Have you heard of a K-1, Mr. Kuharcik?

14   A.  Yes, I have.

15   Q.  What is a K-1?

16   A.  A K-1 is a recipient's share of tax attributes: income,

17   expenses, other deductions that might be received by a party to

18   some sort of pass-through entity; could be a trust; could be a

19   partnership, could be an S corporation.

20   Q.  Okay.  And is the K-1 used to report the taxpayer's share

21   of a partnership's income and deductions?  Is that correct?

22   A.  Yes.

23   Q.  Okay.  And were K-1's, to your knowledge, prepared in

24   connection with the newly formed LLC for the partners and

25   Computer Forensics?

1    A.   Okay.   That -- that, I believe, is privileged.

2    Q.   Okay.   That's okay, Mr. Kuharcik.   You don't have to answer

3    the question.   I appreciate your limitation and I apologize.

4    No.   You don't have to answer that question.

5         But just to be clear, in fact, that is the way partnership

6    income is reflected in a tax return, through a K-1; is that

7    right?   Issued to each of the partners in the partnership; is

8    that right?

9    A.   Yes.   For a partnership.

10   Q.   So if I'm a partner with somebody else, then my income,

11   deductions, et cetera, in that partnership would be reflected

12   in my tax return through a K-1; is that right?

13             MR. ROCHE:   Objection.   Calls for speculation.

14             THE COURT:   Sustained.

15   BY MS. MCGOVERN:

16   Q.   Mr. Kuharcik, did you ever issue a K-1 to Dr. Craig Steven

17   Wright?

18   A.   No.

19   Q.   Have you ever met Dr. Craig Steven Wright?

20   A.   No.

21   Q.   Have you ever spoken with Dr. Craig Steven Wright?

22   A.   No.

23             MS. MCGOVERN:   If we could go back to D41, please,

24   second page.   If you could highlight the last line that says:

25   "All bookkeeping is being done with QuickBooks online."

```
 1   BY MS. MCGOVERN:

 2   Q.  Do you see that, Mr. Kuharcik?

 3   A.  Yes, I do.

 4   Q.  What's QuickBooks?

 5   A.  QuickBooks is an accounting software used by, in general,

 6   businesses for recording their income and expenses and billings

 7   and payroll and such.

 8          MS. MCGOVERN:  Could we go to the next page, please.

 9   BY MS. MCGOVERN:

10   Q.  Mr. Kuharcik, do you see the page in front of you stating:

11   "Computer Forensics, LLC, Profit and Loss, January through

12   December 2012."

13        Do you see that?

14   A.  Yes.

15   Q.  What's a profit and loss statement, Mr. Kuharcik?

16   A.  That's a statement showing income and expenses for a given

17   company.

18   Q.  In a partnership?

19   A.  Well, it could be a partnership, could be -- well, you

20   could prepare a profit and loss for an individual.  A profit

21   and loss is merely a statement showing income and expenses for

22   some sort of entity or an individual.

23   Q.  And in a profit and loss statement that reflects income --

24          MS. MCGOVERN:  If you could just highlight "Income,"

25   please, and then "Expenses" after that.
```

```
 1    BY MS. MCGOVERN:

 2    Q.  In a profit and loss that reflects income and expenses, are

 3    the income and expenses detailed, Mr. Kuharcik?

 4         In other words, when you're preparing a tax return -- and

 5    I'm not referring to anything in specific with respect to a

 6    particular client, but when you are performing your duties as

 7    an accountant for a client, do you request the income and the

 8    expenses to provide detail so that you know exactly where those

 9    numbers are coming from?

10    A.  Yes.

11              MS. MCGOVERN:  If we could please go to D56.

12              I apologize.  D56.

13              I believe this document -- this document D56 has been

14    admitted as well.  It's been redacted accordingly.

15              THE COURT:  Yes.  It's in evidence.

16    BY MS. MCGOVERN:

17    Q.  Mr. Kuharcik, do you see -- oh, let me just wait until he

18    gets there.

19         (Pause in proceedings.)

20    BY MS. MCGOVERN:

21    Q.  Before I ask this question, Mr. Kuharcik, there was one

22    more question I forgot to ask.  Does a partnership have to file

23    a tax return each year?

24    A.  Not necessarily.

25    Q.  Okay.  What would be a circumstance in which a partnership
```

```
1    would not file a tax return?
2    A.  Well, if it didn't have any income or expenses required for
3    pass-through to partners.  Perhaps in that instance, it could
4    be a partnership that's in its developmental stage and has not
5    yet begun to actively conduct or trigger business.
6         There could be circumstances where the partnership's main
7    operations are merely associated with some sort of property
8    where income or receipts or expenses are deferred or
9    capitalized.  So therefore, there would not be reportable
10   income or deductions for that year.
11        You know, you might have -- again, there are several
12   circumstances where a partnership might not have to file a tax
13   return for a given tax period.
14   Q.  Okay.  If a partnership has deductions and expenses, would
15   you file a tax return for the partnership, Mr. Kuharcik?
16             MR. ROCHE:  Objection.  Calls for speculation.
17             THE COURT:  Overruled.  I'll allow it.
18             THE WITNESS:  If those deductions or expenses were
19   currently deductible or reportable on a return, then, yes, in
20   general, you would file a partnership return.
21             Again, there are conditions where those deductions or
22   expenses and income might not be currently deductible or
23   reportable.  Hence, there could be a circumstance where there
24   would not be a return required for that particular period.
25
```

```
 1    BY MS. MCGOVERN:

 2    Q.  Is it fair to say, Mr. Kuharcik, that the deductions that

 3    you have in a business go to reduce the tax that you pay on

 4    business income?

 5    A.  Yes.

 6    Q.  Mr. Kuharcik, did there come a point in time when you filed

 7    a tax return for an entity called W&K Information Research

 8    Defense?

 9    A.  No.

10    Q.  Was W&K, for short -- referring to the same entity, but let

11    me just refer to it as W&K.  Was W&K ever a client,

12    Mr. Kuharcik, of yours?

13    A.  No.

14    Q.  Actually, let me ask you very general questions -- well,

15    just an overall question.  We saw two tax returns, D18 and D19.

16    Let me ask you:  With respect to those tax returns, did either

17    of those tax returns ever make mention of Bitcoin?

18          MR. ROCHE:  Objection.  The documents speak for

19    themselves.

20          THE COURT:  The witness can look at the document.

21    Overruled.

22    BY MS. MCGOVERN:

23    Q.  I am referring to D18, Mr. Kuharcik, and D19, the ones that

24    we just reviewed -- and again -- okay.  I just want to state

25    for the record, so it's clear, the question is this:  Do either
```

1    of these tax returns make mention of Bitcoin?

2    A.  No.

3    Q.  Prior to 2014, Mr. Kuharcik, did any of your clients

4    reflect any profits, losses, deductions, expenses related to

5    Bitcoin?

6            MR. ROCHE:  Objection.  Calls for privilege.

7            THE COURT:  I'm sorry.  What's the basis?

8            MR. ROCHE:  Privilege.

9            THE COURT:  Sustained.

10           MS. MCGOVERN:  It's just a yes-or-no question.

11           THE COURT:  That's correct.  The objection is

12   sustained.

13   BY MS. MCGOVERN:

14   Q.  Mr. Kuharcik, if we could go back to D56.

15   A.  Yes.

16   Q.  D56.  Just a few more questions, Mr. Kuharcik.

17       Do you see the email that is in front of you which has been

18   admitted into evidence as Defendant's 56?

19   A.  Yes.

20   Q.  Okay.  This is an email from Dave Kleiman to David S.

21   Kuharcik.  Is that you, Mr. Kuharcik?

22   A.  That is.

23   Q.  Okay.  And Dave Kleiman, that's the same Dave Kleiman

24   that -- for whom you prepared the tax returns that we just

25   looked at, D18 and D19; is that right?

1    A.  Yes.

2    Q.  Okay.  If you could look at the first sentence:  "After

3    careful consideration, you were chosen to be our firm's

4    accountant."

5        Do you see that?

6    A.  Yes.

7    Q.  The second sentence:  "We used the email address -- we use

8    the email address accounting@computerforensicsllc.com for all

9    our bookkeeping and banking.  That way, all three of us receive

10   a copy of the email."

11       Do you see that?

12   A.  Yes.

13   Q.  In connection with the preparation of the tax returns for

14   this entity -- for this partnership, Computer Forensics,

15   Mr. Kuharcik, did you speak primarily with Dave Kleiman in

16   preparing those tax returns or did you also speak with Conrad

17   Carter and Patrick Paige?

18           MR. ROCHE:  Objection.  Relevance.

19           THE COURT:  That calls for a yes or no.  I'll allow

20   that.

21           THE WITNESS:  I would assert privilege on behalf of my

22   client, Computer Forensics, LLC.

23           THE COURT:  Ah, that's true.  Computer Forensics is

24   still a client.

25

1    BY MS. MCGOVERN:

2    Q.  If you could look at the second sentence.  We referred to

3    the QuickBooks, but the second sentence, which is:  "Attached

4    is our LLC paperwork, 2012 profit and loss, profit and loss

5    through 30 January 2013, and general ledger through 30 January

6    2013."

7         Do you see that?

8    A.  Yes, I do.

9    Q.  What's a general ledger, Mr. Kuharcik?

10   A.  A general ledger is a listing of a company's -- the detail

11   supporting the company's accounts in which they maintain their

12   books and records.

13   Q.  Mr. Kuharcik, did you ever -- did you ever file a Form 1065

14   for any partnership with Dr. Craig Wright?

15   A.  No.

16            MS. MCGOVERN:  If I could have one minute, Your Honor?

17            THE COURT:  All right.  Certainly.

18        (Pause in proceedings.)

19   BY MS. MCGOVERN:

20   Q.  One more question, Mr. Kuharcik, just to be clear.

21            MS. MCGOVERN:  If we could go back to D19, please.

22   BY MS. MCGOVERN:

23   Q.  If we could go back to D19, Schedule 3.  I believe it's

24   Page 3 of the PDF, line 31.  I don't believe I asked you this

25   question.  So for purposes of clarification, confirmation, I'd

1    like to ask you:  Is the income that is reflected on Schedule

2    C-EZ of 63 -- 6303 -- is that with respect to Forensic Computer

3    Consultant, Mr. Kuharcik?  Is that reflecting that business

4    income for that entity?

5    A.  Yes.

6    Q.  And only that entity; is that right?

7    A.  Yes.

8            MS. MCGOVERN:  No further questions, Your Honor.

9            THE COURT:  All right.  Any cross-examination?

10           MR. ROCHE:  Your Honor, should I come up to the podium

11   for --

12           THE COURT:  I think you can ask your questions,

13   Mr. Roche, there if you want to because you're on the screen.

14           MR. ROCHE:  Okay.  That works.

15                         CROSS-EXAMINATION

16   BY MR. ROCHE:

17   Q.  Good morning, Mr. Kuharcik.  Can you hear me?

18   A.  Yes, I can.  Good morning.

19   Q.  All right.  Thank you for coming back for a second day.  I

20   have just a few questions for you.

21       I want to start by saying -- I want to be clear that I'm

22   not asking you a question about -- any questions about Dave

23   Kleiman.  You understand -- do you understand that the advice

24   you gave to Dave Kleiman is privileged and may not be discussed

25   here today?

1    A.  Yes, I do.

2    Q.  My next question relates to just accounting and tax issues

3    generally, not to any advice you may or may not have given to

4    Dave Kleiman.  Do you understand?

5    A.  I understand.

6           MS. MCGOVERN:  Objection, Your Honor.  Relevance.

7           MR. ROCHE:  Your Honor -- Your Honor --

8           MS. MCGOVERN:  Outside the scope.

9           THE COURT:  Let me hear the question.

10          What is the question?

11   BY MR. ROCHE:

12   Q.  Mr. Kuharcik, it wasn't until 2014 that the IRS issued

13   formal guidance as to how Bitcoin mining and Bitcoin gains

14   should be reported on tax returns?

15          MS. MCGOVERN:  Objection, Your Honor.

16          THE COURT:  And the basis?

17          MS. MCGOVERN:  The basis is this expert -- this

18   witness is a fact witness.  He's not being introduced as an

19   expert witness.  We were not allowed to inquire with respect to

20   certain questions in that regard, and the inference in this

21   issue -- in this particular situation is improper expert

22   testimony through a lay witness.

23          THE COURT:  I believe it relates to his position as a

24   certified public accountant.  I'll allow it.  Overruled.

25

```
1    BY MR. ROCHE:

2    Q.  Do you want me to repeat the question?

3    A.  Yes, please.

4    Q.  Okay.  It wasn't until 2014 that the IRS issued formal

5    guidance as to how Bitcoin mining and Bitcoin gains should be

6    reported on tax returns?

7    A.  That is correct.

8    Q.  Are you aware that Dave Kleiman died in April 2013?

9    A.  Yes, I am.

10   Q.  Are you aware -- you're not aware -- or you're not aware of

11   any pre-2014 guidance from the IRS or the Florida Department of

12   Revenue stating that someone had to report Bitcoin they mined

13   on their tax returns?

14          MS. MCGOVERN:  Asked and answered, Your Honor.

15          THE COURT:  Overruled.  I'll allow it.

16          THE WITNESS:  No.  I am not aware.

17          MR. ROCHE:  No further questions.

18          THE COURT:  All right.  Any redirect?

19          MS. MCGOVERN:  No, Your Honor.

20          THE COURT:  All right.  Ladies and Gentlemen, you have

21   the right to ask Mr. Kuharcik any questions.  Do any of you

22   have any questions?  And if you'll just raise your hand, just

23   so that I can give you the opportunity to write down your

24   question.

25          Is there anyone that has a question for Mr. Kuharcik?
```

```
 1              Seeing no hands raised.  Is Mr. Kuharcik excused?

 2         MS. MCGOVERN:  Yes, he is, Your Honor.

 3         THE COURT:  On behalf of the Plaintiffs?

 4         MR. ROCHE:  Yes, Your Honor.

 5         THE COURT:  All right.  Thank you, Mr. Kuharcik.  You

 6    are excused and we will leave this meeting.

 7      (Witness excused.)

 8         THE COURT:  All right.  The Defendant's next witness,

 9    please.

10         MS. MCGOVERN:  Your Honor, Dr. Craig Wright calls

11    Dr. Ami Klin.

12      (Pause in proceedings.)

13         THE COURT:  Hi.  Good morning, Doctor.

14         THE WITNESS:  Good morning.

15         THE COURT:  If you'll step forward, remain standing,

16    raise your right hand to be placed under oath.

17      DR. AMI KLIN, DEFENSE WITNESS, SWORN

18         COURTROOM DEPUTY:  Thank you.

19         If you could please state your name and also spell it

20    for the record.

21         THE COURT:  Dr. Klin -- and let me state before you

22    state your name, if you are fully vaccinated and you feel

23    comfortable, you are permitted to take your mask off while

24    you're testifying.

25         THE WITNESS:  Thank you, Your Honor.
```

```
1            THE COURT:  And your full name, sir?

2            THE WITNESS:  Ami Klin.

3            COURTROOM DEPUTY:  Could you please spell it?

4            THE WITNESS:  A-M-I.  K-L-I-N.

5            COURTROOM DEPUTY:  Thank you.

6                          DIRECT EXAMINATION

7     BY MS. MCGOVERN:

8     Q.  Good morning, Dr. Klin.

9     A.  Good morning.

10    Q.  Dr. Klin, have you been asked to provide expert services or

11    an expert opinion in this case?

12    A.  I have.

13    Q.  Could you please tell us what expert opinion you've been

14    asked to provide in this case?

15    A.  Well, the attorneys were puzzled by their client's

16    presentation in a court of law and there was a thought that

17    their client could have autism.  So they approached me to

18    conduct a clinical evaluation of that person.

19    Q.  Dr. Klin, could you please provide us with a summary of

20    your educational background.

21    A.  I have -- I completed a bachelor's degree in psychology and

22    political science and history in 1983 at the Hebrew University

23    of Jerusalem.

24        And then I completed a Ph.D. in psychology at the

25    University of London and the Medical Research Council in 1988.
```

1        I then was recruited as a postdoctoral fellow at the

2   University School of Medicine, and I completed three years of

3   postdoctoral fellowship, both clinical and in research.

4        I then was appointed as a professor, and I remained at Yale

5   for 20 years, becoming the Harris Professor of Child Psychology

6   and Psychiatry at Yale School of Medicine and the director of

7   Yale's autism program.

8        In 2011, I was recruited to direct the Marcus Autism Center

9   at Emory University and Children's Healthcare of Atlanta.  And

10  there, I am also the chief of autism division in the department

11  of pediatrics, and the chief of autism for Children's

12  Healthcare of Atlanta, which is one of the largest pediatric

13  healthcare systems in the country.  And I've been there since.

14  Q.  I'm sorry.  I believe you said that you left your position

15  at Yale; is that correct?

16  A.  Right.  So --

17  Q.  What was the -- I mean, that's a fairly prestigious

18  position to hold.  What caused you to leave that position and

19  go to Atlanta?

20  A.  Well, Yale's autism program is probably one of the most

21  traditional and successful clinical and research programs in

22  the country.  But Yale, although I love the university, was

23  quite isolated from the community.  And, therefore, it was more

24  difficult for us to make both our new models of clinical care

25  and of science relevant to the community that we serve.

1    The Marcus Autism Center is -- in contrast, is the largest

2    center of clinical care for children with autism and their

3    families in the country.  And it's also one of the largest

4    programs of science.  So it was possible for us to make both

5    our innovations and our science more relevant to the larger

6    community.

7        In my field, there are many healthcare disparities, and

8    individuals with low income or minority families do not have

9    access to high-quality services.  The Marcus Autism Center

10   allows us to provide services for the -- for all members of the

11   community, thanks to our various contracts and our various

12   research grants with the National Institutes of Health.

13   Q.  Dr. Klin, I believe you used the word "pediatrics" in

14   describing the positions that you have held.  Has your

15   experience in this field been limited to pediatrics?

16   A.  No.  For the past 30 to 35 years, I've worked with

17   individuals with autism of all ages.  In fact, when I began in

18   my career, I started working with adults.

19       During my graduate school years, I lived in a residential

20   unit for adults with autism who had spent most of their lives

21   in long-stay hospitals, and I did so because I thought it would

22   be very important to immerse myself in the daily challenges

23   that those individuals have.

24       Subsequently, when I moved to Yale, I continued to see

25   adults.  And, in fact, I -- because we have a particular

1   expertise on adults with autism who have high intellect or

2   intact intelligence, we became the galvanizing point in the

3   country for families that sought services in that domain.  In

4   fact, we were the very first research center that attained a

5   National Institutes of Health research grant to focus entirely

6   on individuals with autism and high intellect.

7       So, for several years, I was privileged to see families

8   coming from all over the country and spending Wednesday,

9   Thursday, and Friday with me and with my colleagues.  Because

10  at the time, there was very little community awareness and

11  there was very little knowledge about the field and we were the

12  ones who had probably the largest experience in the country in

13  that domain.

14      That, in turn, led us to other endeavors that focused on

15  individuals with autism and high intellect, including the fact

16  that we were the ones -- my colleague, Fred Volkmar, and I

17  conducted the clinical trial that led to the definition of

18  autism in the Diagnostic and Statistical Manual, the Fourth

19  Edition, in 1994.

20      And that for the first time, there was a focus on

21  individuals with autism and high intellect.  A name was

22  designated to that condition, that name is Asperger's Syndrome,

23  and that condition was included in the DSM.  That's the

24  acronym.  That's the bible of psychiatry in this country.  It's

25  also the book that insurance companies use in order to ascribe

1   eligibility for those individuals.

2        And eventually, when that manual was re-issued in the year

3   2000, I was asked to write the text that went with that

4   condition, Asperger's Syndrome.

5   Q.  So let me break that down a little bit because there's a

6   lot of information there.  I'm doing the math, but let me just

7   ask you:  How long have you been researching and been involved

8   with Asperger's or the autism spectrum?

9   A.  I began my research in autism in 1985.  So...

10  Q.  So for over 30 years?

11  A.  Thirty-six years.

12  Q.  And when you refer to the DSM, could you break that down a

13  little bit?  It's my understanding, based upon what you have

14  just said, that you were involved in the definition of autism.

15  Is that accurate?

16  A.  Yes.

17  Q.  How so?

18  A.  Well, the Diagnostic and Statistic Manual is updated

19  sometimes once a decade.  And for the Fourth Edition in 1994,

20  because we had probably the largest experience in the country

21  in that particular field, my senior colleague and I were asked

22  to lead the clinical trial to validate this new concept that

23  was going to make -- that was going to focus on this group of

24  individuals with autism that, one, had been neglected.  Two,

25  people were not very aware of it, and yet, were often

1    victimized in the educational system.

2        So after completing that trial, there was evidence for

3    inclusion of the construct.  And we coordinated that trial with

4    the new issue of another statistical -- another diagnostic

5    manual that is -- is published by the World Health

6    Organization.  It's called the International Classification of

7    Diseases.  They were coming to the Tenth Edition.  So we

8    collaborated with our partner, Dr. Michael Rutter, one of the

9    pioneers in the field of autism in England, and we made that

10   definition one and the same for the two manuals.

11       So -- and after that, there was a revision, as I mentioned,

12   a text revision, in the year 2000.  At that time, it was

13   thought that there was a need for greater clarification, more

14   detail about that condition, and I was asked to write that

15   text.  So yes, I was involved in that.

16   Q.  I have two questions with respect to your -- the answer

17   that you just provided.  You mentioned the DSM.  And then

18   obviously you talked about the definition.  Let me start with

19   the DSM.  What is the DSM and what is its significance in

20   connection with autism?

21   A.  The DSM, the Diagnostic and Statistical Manual of Mental

22   Disorders, is a very important book for clinicians, for

23   advocates, but also for those who cover services provided by

24   clinicians.  It's issued by the American Psychiatric

25   Association, and it provides the definitions of all the formal

1  conditions that can't -- that can be diagnosed in an

2  individual; thus, making them eligible for services.

3      Autism was only formally recognized by DSM in 1980.  Prior

4  to that, if you were a parent and you have a child with autism,

5  you would have no services to go to and your child would not

6  qualify for any services.

7      So the inclusion of that condition in the manual is

8  critical for all those who are touched by the condition

9  because, without it, you cannot -- you cannot seek services.

10  And, therefore, the child will -- in our case, in the case of

11  autism, many of our children were not schooled.  For many of

12  our children, they had to stay in the family's homes because

13  they did not qualify for adjustments or for -- or for treatment

14  or services that would be covered by the then insurance system.

15  Q.  Does the importance of the DSM go beyond simply the

16  provision of services for somebody diagnosed with autism?

17  A.  Well, it also serves the community of science, because if

18  the definition is -- if the condition is included in the book,

19  then it becomes the focus for research centers all over the

20  world.

21      So inclusion in that book is critical for us to -- one, to

22  better understand the condition; two, to promote awareness of

23  the condition among the community; and third, to promote

24  investigation so that we can better serve individuals with

25  autism and their families.

1    Q.   What is the definition of autism?

2    A.   Autism is a disorder of the brain of genetic origins.  It's

3    the most highly inheritable condition impacting children.  It's

4    something that we diagnose early on in their lives.  It impacts

5    a person's ability to relate with others, to communicate with

6    others.  And this is the basis for socialization and for

7    learning.

8         As a consequence, it will also have an impact on a child's

9    ability to learn.  And individuals with autism show a very

10   specific learning style that is characterized by a great amount

11   of rigidity and difficulty with change.

12   Q.   Is it an excuse for behavior?

13   A.   Well, no.  It would be an excuse to behavior in the same

14   way that we looked at, say, a child with cerebral palsy and say

15   that the child has an excuse not to walk.  It's a medical

16   condition.  It's a brain condition that impacts a person's

17   ability to interact and communicate.  But there is nothing

18   inherent in autism that would make an individual good or bad in

19   that sense.  It would be highly infantilizing and detrimental

20   to our community to suggest that a disability defines a person.

21   A disability creates challenges for that person, but that's

22   still a person.

23   Q.   Dr. Klin, I'd like to ask you about the opinions that you

24   have made in this case with respect to Dr. Wright.

25        But before I do that, could you please describe for us the

1    milestone accomplishments and the awards that you have received

2    during your professional career as a clinician and a scientist.

3            MR. BRENNER:  Ms. McGovern, I'm just having a little

4    trouble hearing you.  If you could --

5            MS. MCGOVERN:  I'm sorry.  I'll speak up.

6            MR. BRENNER:  Thank you.

7            THE COURT:  Did you hear the question?

8            Did you want to repeat that, just so --

9            MR. BRENNER:  I'm fine with that.  Just wanted to let

10   her know she's starting to trail off.

11           Thank you.

12           THE WITNESS:  Well, I'm not particularly used to

13   reciting awards.  But my graduate work was given distinction by

14   the University of London and Medical Research Council.

15           Over the years, I have had endowed professorships at

16   Yale, as well as now at the Marcus Autism Center in Emory.

17           I've received awards for research.  I think a couple

18   years ago, I was -- I received an award by the major research

19   agency in this country for investigations in new psychiatric

20   disorders.  It's called the Ruane Prize.  They honor one person

21   a year for innovative research that contributed to the

22   well-being of the individuals we serve.

23           I have been -- I have led panels that focus on

24   specific areas of both clinical care, advocacy, and research in

25   my field, including the National Institutes of Health

1    Interagency Autism Coordinating Committee that establishes the

2    parameters for both investigation and advocacy in the field.

3         I co-chair with the Georgia Department of Public

4    Health Commissioner on an entire committee called Brain Trust

5    for Babies that focuses on maternal health and the well-being

6    of vulnerable children and families for the entire state of

7    Georgia.

8         I think there are several things.  I'm not used to

9    talking about awards.

10   BY MS. MCGOVERN:

11   Q.  Dr. Klin, could you just tell us a little bit about the

12   Marcus Autism Center.  What is its primary goal and what have

13   you done to reach it?

14   A.  So, as I said, the Marcus Autism Center is the largest

15   center of clinical care for children of autism and their

16   families from zero to 21 in the country.

17       It's also one of the largest programs of science in the

18   country.  So imagine, there are 424 faculty and staff.  We

19   serve over 5,500 unique children a year in our building and

20   another about 3,500 children with autism in pediatric

21   practices, or in schools, or in their homes.  We are the most

22   comprehensive program for children with autism, offering

23   diagnostics as well as a wide range of treatment services.

24       In terms of science, since 2011, the Marcus Autism Center

25   has attained over $90 million in National Institutes of Health

1    research projects.  We are now completing the second

2    generation, going into the third, of being one of the only five

3    National Institutes of Health Autism Centers of Excellence.

4    And these are the most prestigious and the largest scientific

5    grants provided by the National Institutes of Health for those

6    researching autism.

7         From the range of science, we really span from molecular

8    genetics, functional genomics, to brain science, to clinical

9    science, to clinical trials, to community-based solutions for

10   increasing access to services, all the way to health equity

11   research, given, as I mentioned, that, in my field, there are

12   many disparities that are associated with income as well as

13   with minority status.

14        For example, if you are an African-American child with

15   autism in this country, you are double the risk of intellectual

16   disability than you are a white child with autism in this

17   country, and this has to do with lack of access to services.

18        So we both research the systems that create those

19   disparities and try to create solutions that are going to

20   optimize outcomes of all children so that they can fulfill

21   their promise.

22   Q.  And I understand that in connection with your work as a

23   scientist, you've also registered multiple patents.  Could you

24   please briefly describe what those patents are.

25   A.  Certainly.  So I am a clinician and I am an investigator

1   and a scientist.  My primary area of research is social mind

2   and social brain.  So, over the years, we developed science and

3   technology that allows us to measure in a very precise,

4   objective and quantitative manner the way that people look at

5   the world and learn about the world.

6        Because individuals with autism have major challenges in

7   that area, particularly in the social domain, we were able to

8   leverage the science to create an investigational device that

9   would be able to accomplish, within a shorter period of time

10  and with less resources, what people like me do for many, many,

11  many, many hours when we are completing clinical assessments.

12       So those patents are associated with the technology for

13  this device.  And this device now being -- is going to be

14  processed through the FDA for clinical clearance.  But most

15  importantly, the reason why we focus on it so much, it's

16  because there are not many Marcus Autism Centers in the country

17  and there are many families who live in inner cities or in

18  rural communities who have no access to high-quality diagnostic

19  services.

20       So we try to leverage science and technology to create a

21  solution for that.  So those patents are associated with those

22  solutions.

23  Q.  Are you familiar with the book called "Asperger's

24  Syndrome"?

25  A.  With a book?

1    Q.   A book called "Asperger's Syndrome."

2    A.   Well, certainly there are many books with the title

3    "Asperger's Syndrome."

4    Q.   Have you written a book with respect to Asperger's

5    syndrome?

6    A.   So I was very fortunate that when I was still in graduate

7    school, my mentor at the time, Dr. Uta Frith, was a person very

8    familiar with Asperger's, with Hans Asperger who was the

9    clinician who described that condition in 1944.

10        And she was fluent in German and she was the one who, for

11   the first time, translated Asperger's work into English.  And

12   that book that she published was called "Asperger's Syndrome,"

13   so I became aware of that still in graduate school.

14        But when I moved to Yale, this became a major focus of my

15   research.  And so, as we created evidence, as we were involved

16   as I mentioned in the DSM clinical trial, and then on the

17   definition of autism, we had a major mandate to disseminate

18   that concept of Asperger's Syndrome so that it would be taken

19   up by the community and parents would be able to use in order

20   to advocate for services for their children.

21        And in order to do that, my colleague, Fred Volkmar, and I,

22   as well as Dr. Sara Sparrow -- these are all pioneers in their

23   fields -- we published a book on Asperger's Syndrome.  At the

24   time, it was the first compilation of clinical studies and

25   clinical recommendations for individuals with Asperger's

1    Syndrome.

2         And we were encouraged, almost obligated to do that by what

3    was then the largest child advocacy in this country called the

4    Learning Disabilities Association of America.  They were very

5    excited by the inclusion of this term because children and

6    adolescents with this condition, in their minds, had been

7    victimized in schools for decades.  Those children, imagine,

8    have had a very poor sense of others; don't understand social

9    context; don't have an intuition for other people's minds and

10   intention; have no sense of the social morass of conventions.

11   Therefore, they transgress the rules, they alienated their

12   peers, and because those individuals tended to be quite

13   intelligent and articulate, people would judge them by what

14   they heard.  And so they heard a very intelligent child who was

15   nevertheless breaking every unspoken rule of social behavior.

16        And so, until this work started, they were often given a

17   label of social-emotional maladjustment, which is an

18   educational label.  Which it's really a label for basically

19   designating a child a bad child.  So, in a way, a child who

20   cannot control himself or herself and victimizes other

21   children, but that was not the case with those children.

22   However, because they received that label, they were also

23   placed in schools for children with social-emotional

24   maladjustment.  These were children who actually understood

25   other children very well and could manipulate them.  In fact,

```
 1   victimize them quite well.  They just didn't care.

 2        So what they asked us to address is this notion that our

 3   children with Asperger's Syndrome were really the perfect

 4   victims and the easy prey.  They were now being placed together

 5   with the perfect victimizers who just did not contain

 6   themselves.  They didn't care about other children and

 7   victimized others.  And they asked us to do this work so that

 8   we would stop this perfect misplacement, because our children

 9   were, in essence, being punished for their disability.

10   Q.  Is it a disability, autism?

11   A.  Yes.  It is a disability.

12   Q.  Dr. Klin, I'd like to go to the opinions that you have

13   provided in this case.  What opinions were you asked to

14   consider in this case on behalf of Dr. Wright?

15   A.  I was asked to -- I was asked to address two main

16   questions.  The first one was whether Dr. Wright is a person

17   with autism.

18        And the second one, depending on my judgment of the first

19   one, having this condition, and having the specific profile

20   that he exhibits, how does that impact his behavior in public

21   settings, including a setting like this, a court of law.

22   Q.  And, Dr. Klin, what were your opinions?  What did you

23   conclude?

24   A.  Quite unequivocally, Dr. Wright presents as, in a way, a

25   classical person with autism and high intellect.  The label
```

1    used for many years was the one that we've just been talking

2    about, Asperger's Syndrome.  That was the first opinion.

3    Q.  Dr. Klin, I'll represent to you that in the opening

4    statement of the Defendants -- the Plaintiff in this case,

5    there was a reference that you reached that conclusion

6    superficially and without meeting Dr. Wright and it was almost

7    a fait accompli.  And is that true?

8    A.  From the first moment that I was contacted by the

9    attorneys, I made sure that they realized that, number one, I

10   don't do expert witness work very frequently.  In fact, this is

11   the only time that I've taken a case since 2019, and I never

12   was involved in more than one or two cases a year.  So that

13   represents about maybe 0.5 percent of my professional life.

14       And that given my professional integrity, that my opinion

15   will go where the evidence went, not the other way around.  And

16   that it could well be possible that my opinion would not serve

17   the case.  The attorneys agreed to that condition.

18       Secondly, when I was asked to conduct that evaluation, and

19   I was very much aware that this is the time of COVID and that

20   not only the individual was in another country, but also his

21   family, his extended family, were yet in another country, I

22   knew that it was going to be challenging.  And yet, I conducted

23   this evaluation using what is called a reference standard or

24   best practice parameters; in other words, the gold standards

25   for clinical evaluation of an individual with autism.  I know

1    that because my work contributed to what became those gold

2    standards.

3        So I wrote a 17-page report, in which I take great pains to

4    not only describe my opinion, but to make it crystal clear what

5    was the methodology that I used to conduct this evaluation.

6    And that methodology is held as the gold standard in the field.

7    Q.  Dr. Klin, did you perform the evaluation under the gold

8    standard alone?

9    A.  I did not.  I engaged a long-time colleague, a clinical

10   psychologist, Dr. Celine Saulnier, to help me in that

11   evaluation.  I first recruited her at Yale.  She's a clinical

12   nurse psychologist who had worked in autism during her Ph.D.

13   that she completed at the University of Connecticut.

14       I recruited her at Yale in 2001 as a postdoctoral fellow

15   working closely with me in both clinical and research

16   activities.  She subsequently stayed at Yale and became both

17   the clinical director and the training director of the Yale

18   autism program.

19       When I and 32 others from Yale moved to the Marcus Autism

20   Center in 2011, she also came, and she became the director for

21   clinical operations focusing primarily on our diagnostics

22   programs for both clinical care and for research.  And

23   Dr. Saulnier has published with me and independently a great

24   deal on clinical matters associated with autism and she's also

25   the author of one of the instruments that I used in this

1    evaluation called the Vineland Adaptive Behavior Scales, which

2    is probably one of the most widespread psychological

3    instruments in the world.

4        So a very experienced clinical psychologist, with whom I've

5    worked for close to 20 years, I asked her to perform a series

6    of procedures that she is an expert on.  And we have worked

7    together in this fashion before.  So I did not do it alone.  I

8    requested help.

9    Q.  Why?

10   A.  I requested help because conducting an evaluation of,

11   what -- a person who was then 49 years of age requires a great

12   deal of work because you need to generate a great deal of

13   information coming from different informants in order to seek

14   consistencies, confluence of facts to maximize validity and

15   reliability, and in that way, come to conclusions that are

16   unequivocal.

17       In order to do that, the procedures used for the assessment

18   of individuals with autism, particularly in the case of an

19   adult, are quite lengthy.  The interviews can take several

20   hours and the observations can take several hours.  So, on the

21   one hand, this was important to me so that I could accomplish

22   the best possible evaluation.  But secondly, gold standard

23   evaluations also calls for the inclusion of two clinicians who

24   either conduct the evaluation independently or they conduct

25   portions of the evaluation.  They then discuss the case, come

1    to their conclusions independently, and if there is no

2    consensus in terms of the diagnosis, then one can address the

3    issues and come up at the end with a consensual diagnosis.

4        Technically, this is called a clinician best estimate

5    diagnosis, which is what we do, for example, in research

6    projects that are funded by the National Institutes of Health

7    because that gold standard is called for.

8        So, in this case, given that this is -- I knew that this

9    case was part of a litigation, I wanted to ensure that we did

10   it in the best possible fashion.

11   Q.  Forty-nine years old at the time; is that right?

12   A.  He was -- Dr. Wright was 49 years of age at the time, yes.

13   Q.  Was there anything about being 49 years old and evaluating

14   an adult for autism that was concerning to you?  Made you

15   believe that his age was relevant to your diagnosis?  Is age

16   relevant to a diagnosis of autism?

17   A.  Yes.  Age is relevant for the diagnosis of autism.

18       Nowadays, thanks to the fact that community awareness is so

19   high for autism, everybody knows these days that this is the

20   most common of all developmental conditions.  One in 54

21   children.  There are over six million of individuals with

22   autism in this country.  So the vast majority of individuals

23   that we see are young children because there were concerns

24   early on.  And nowadays, thanks to changes in the educational

25   law with the passage of the Individuals with Disabilities Act,

1    it's by law, children who are given a diagnosis of autism will

2    receive services.  This is by law.

3        Therefore, there is a terrific pressure for children's

4    disabilities to be diagnosed as early as possible.  And yet,

5    even though we know that the earlier a child is diagnosed, the

6    better is the child's outcome.  In this country, the median age

7    of diagnosis, 50 percent of children are diagnosed after their

8    fifth birthday, which basically means that they're only

9    diagnosed later by the time they are showing symptoms that are

10   much more aggregated and their treatments are more costly and

11   so forth.

12       So, nowadays, we see primarily children with the exception

13   of individuals who are extremely bright and who have somehow

14   managed to escape the attention of their -- of their schools.

15   And so we still see a lot of adults who are identified in their

16   adulthood.  But 30, 40 years ago, when Dr. Wright, say, was

17   going through school -- I think he finished his high school

18   probably in 1987 -- the concept of a person with autism with

19   high intellect was virtually unknown.  I could probably count

20   on my fingers the number of clinicians in the United States and

21   in England who might be aware of that condition.

22       But at the time, just like in the United States, the vast

23   majority of those individuals will go undetected, probably

24   receiving either a diagnosis like the one I've mentioned of

25   social-emotional maladjustment or being entirely neglected and

1    left to fend for themselves.

2         Those individuals then, and hopefully fewer individuals

3    now, they tend to be relentlessly bullied by their peers and

4    ostracized and isolated and truly left to fend for themselves,

5    which they often don't do very well.  And, therefore, their

6    outcomes are very poor.

7    Q.  I'd like to ask you about that.

8    A.  Please.

9    Q.  You stated with respect to the first question, Dr. Klin, I

10   believe, correct me if I'm wrong, that Dr. Wright meets the

11   criteria for autism spectrum disorder, ASD.  What were your

12   findings as it relates to that opinion?

13   A.  May I -- may I just complement the answer for the other

14   question?

15   Q.  Yes.

16   A.  Because you asked me:  Does age present a challenge in the

17   diagnosis of Dr. Wright?  And I think I need to address that

18   because that's an important question.

19        Autism is a developmental disorder.  It's really present

20   from the time that a child is born, but it's truly identified

21   when the social demands that the child is exposed to exceed the

22   child's abilities.  But it's critical for us to ascertain that

23   the diagnosis applies to a given individual, that we generate a

24   history of that person from very early on.  That developmental

25   history is critical for us to ensure that we are talking about

1    autism for a given person.

2        Now, in the context of an individual who is 49 years of

3    age, I needed to have access to people who knew him well when

4    he was a child.  And given his age and the fact that he was

5    already 49 years of age, I needed to also seek other informants

6    that might have a better vantage point for specific periods of

7    his life and for specific settings that he was exposed to.

8        And that's the reason why I requested to speak with his

9    mother.  I asked who else knew him as a child, and I was

10   provided with the name of the maternal uncle.  And it became

11   clear to me that we needed more information about him in

12   school, particularly from the perspective of a peer.  And so I

13   sought his younger sibling who is only two years apart.  We

14   conducted interviews with her as well.

15       And then I needed to very much enhance the amount of

16   information that I had of him today.  Not as I see him in a

17   court of law, but how other people see him at home and at work

18   and in other settings.  Because in a setting like this, in a

19   court of law, where everything is so predictable, individuals

20   with autism tend to behave, in a way, the best because they

21   convey the sense that they can answer questions and so forth.

22       The situations in which individuals with autism are at

23   their worst is in their daily lives, unstructured situations.

24   And so I needed to have the vantage point of somebody who knows

25   him well in those settlings, so we also interviewed his wife.

1   Q.  So, let me going back to the findings that you have made

2   with respect to your opinion on Dr. Wright's autism.  Could you

3   please tell us what those opinions are as it relate -- what

4   those findings are as it relates to that opinion?

5   A.  Sure.  So as part of the evaluation, we completed a series

6   of procedures.  Some of those procedures involved rating

7   scales.  And I used a particular rating scale that is the best,

8   the most well-validated rating scale for autism.

9       We completed a very extensive semi-structured interview,

10  which is the gold standard for collecting history about the

11  person and observations about the person's current

12  presentation.  This is called the Autism Diagnostic

13  Interview-Revised.  It takes quite a few hours.

14      We also used an instrument called the Autism Diagnostic

15  Observation Schedule, which is what we used in order to observe

16  the person that we are evaluating and generating natural

17  information for that individual.

18      And we also use a semi-structured interview called the

19  Vineland Adaptive Behavior Scales that I mentioned before in

20  order to get a sense of the person's ability to take care of

21  one's self, to meet the demands of everyday life, to get along

22  with others.  A very critical instrument for the evaluation of

23  individuals with autism because autism is a very -- it's very

24  broad in its manifestations.

25      About 46 percent of individuals with autism have

1    intellectual disabilities, or what people used to call "mental

2    retardation."  But there is also 42 percent of the individuals

3    who have intact intellect.  They have intact intelligence and

4    some of them are actually gifted, if not prodigious.

5        But what really characterized the condition universally is

6    the fact that the same individual can have some skills that are

7    extraordinary, so they have these extraordinary strengths, and

8    at the same time, that they have extreme deficits.

9        In the case with individuals with Asperger's Syndrome, they

10   often have a wonderful ability to learn language, to learn

11   things through language, facts, and information, things of that

12   nature.  And they speak sometimes with supreme confidence

13   because they are able to articulate, they are able to use very

14   impressive language.

15       At the same time, these individuals are unable to meet the

16   simplest tasks at their homes.  They don't have an intuitive

17   sense of the other.  They cannot navigate social situations

18   which even individuals with intellectual disabilities without

19   autism can do.

20       So in the case of Dr. Wright, just to illustrate what I

21   just said, his ability to learn language and to use language to

22   acquire facts and information, things of that nature, is higher

23   than about 99.9 percent of the population.  His ability to

24   navigate a social situation when we need common sense, when we

25   need street smarts, when we need to understand others, is lower

1    than one percent of the population.

2        So that's something that has made our advocacy for those

3    individuals very difficult.  Because people listen to those

4    individuals and they judge them by the way they sound, and they

5    sound very competent.  And it becomes very difficult for

6    individuals who are not experienced, either as parents or as

7    clinicians, to even conceive that those individuals have

8    tremendous difficulty in areas that are really critical for

9    one's success in life.

10   Q.  Dr. Klin, you mentioned understanding others.  What do you

11   mean?  How does understanding others relate to autism?

12   A.  Well, the social disability defines the condition.  And so

13   what I mean by social disability is probably a combination of

14   several terms: the lack of social awareness, the lack of social

15   communication skills, the lack of social cognition, which is

16   understanding of others, and the lack of social motivation,

17   which is what prompts us most to engage with others.

18       So I'll try to be brief.  I understand.  In terms of social

19   awareness, we are all in this room extremely aware of being the

20   object of somebody else's subjectivity.  We're being judged all

21   the time.  Not only in this court of law, but in our daily

22   lives.  Therefore, we are aware that somebody is trying to

23   approach us or is judging us.  And that awareness makes the

24   other person the most important thing in that environment, and

25   I then adjust my behavior to the fact that I'm in the presence

1    of others.  So our behavior is established by social convention

2    and by our attempt to impress others.

3        Individuals with autism, social awareness is very

4    diminished.  What do I mean by that?  They may have a

5    conversation with you, step aside and pace back and forth and

6    talk to themselves, entirely unaware that they are being

7    observed and judged by others.  Or they may become cognitively,

8    in terms of their learning, focused on a particular thing that

9    that -- that's what they are preoccupied with.  And as they

10   begin to even speak, they fail to monitor themselves as others

11   are continuing to observe.

12       So you may have heard some expletives in this courtroom.

13   Well, I deal with that every day because our children and

14   adolescents and adults often become so involved in what their

15   mind is focusing on, that they stop thinking that others are

16   out there.

17       What do I mean by social cognition/social understanding?  I

18   am very aware that everybody in this room has something that I

19   can't see, but it's critical for me to understand their

20   behavior.  These are called mental states.  Their intentions.

21   Their emotions.  Their beliefs.  Their false beliefs.  Because

22   if I'm not thinking about that, it's going to be very hard for

23   me to understand what people's intentions are and really to

24   interpret that behavior.

25       Individuals with autism have been characterized as

1    individuals who are mind blind, or have a condition called mind

2    blindness because they are incapable of taking the perspective

3    of the other.  And yet, everything that we do in life requires

4    that.  Particularly if we want to navigate successfully an

5    interaction with another human being and we want to develop a

6    relationship.

7        Three, social communication.  Most of the time when we're

8    talking with others, we are going back and forth.  We are

9    taking turns.  Individuals with autism break every single rule

10   of conversation.  They tend to be focused on a particular area

11   of interest, their circumscribed interest that sometimes is

12   very narrow.

13       Imagine things like washing machines or deep fat fryers

14   about which they become experts and they like to talk to

15   others.  Needless to say, if you're a child, you don't engage

16   the others in a reciprocal fashion.  Everybody's going to run

17   away from you.

18       But social communication is much more than that.  In order

19   for us to understand others, we need to seek the cues that they

20   give us as to how they're feeling.  These are facial gestures,

21   eye gestures, bodily gestures.  There are things that we do

22   with our voices that convey our intentions.  Like our tone of

23   voice.  More than that, we often use language in order to

24   convey something that is not exactly what we say.  This is

25   called non-literal speech, metaphors, humor, sarcasm.  People

1    say things that they don't mean.  They mean things that they

2    don't say.  Individuals with autism are at a loss with those

3    kinds of things.

4        So I remember asking Dr. Wright, for example, about

5    perspective taking --

6            MR. BRENNER:  Your Honor, I'm trying not to interrupt

7    the witness, but this is a five-minute narrative to a single

8    question.  Could we proceed as question-answer in the

9    courtroom?

10           THE COURT:  Yes.  Certainly.  Maybe we can reduce the

11   narrative.  But, Ms. McGovern, at this point, maybe this would

12   be a good time for us to take a recess.

13           Ladies and Gentlemen, we're going to be on a

14   compressed schedule because we are adjourning at 3:00 p.m.

15   We'll take a 15-minute recess at this time.  Our lunch break

16   will be from 12:30 to 1:30, and that should take us through

17   with the afternoon testimony and recessing at 3:00.

18           I'll see you back here in 15 minutes.

19       (Jury not present, 10:58 a.m.)

20           THE COURT:  We're on a 15-minute recess.

21       (Recess from 10:58 a.m. to 11:13 a.m.)

22           MR. BRENNER:  Your Honor, could I raise an issue

23   briefly?

24           THE COURT:  Yes.  Certainly.

25           MR. BRENNER:  Put my mic on.

1          So ...

2          THE COURT:  Go ahead and have a seat as we're waiting.

3          MR. BRENNER:  Judge, the problem with the narrative

4    style is that there's no way for me to object.  So in an

5    answer, I think it was -- I don't know, three or four minutes

6    ago, in the middle of a long answer, he injected -- Dr. Klin

7    injected his commentary on Dr. Wright's use of profanity and

8    how it should be excused.

9          Your Honor, in your Daubert motion on Page 23, ruled:

10   "Ultimately, it is up to the jury to probe Defendant's

11   responses, demeanor, and credibility when weighing his

12   testimony against the factual record."  But I have no ability

13   to object to this because I think the question was:  "What was

14   your opinion on opinion number 1?"

15         THE COURT:  Yes.  And the objection on grounds of

16   narrative would have been sustained.  But as there was no

17   objection, I would suggest that -- Ms. McGovern, that we keep

18   our questions a little tight so that there is an opportunity to

19   object if need be.

20         And if it become a narrative, then, Mr. Brenner, you

21   can object at that time.

22         MR. BRENNER:  Sometimes Courts handle it differently.

23   It's okay if I think it's okay to interrupt the answer as it's

24   going on?

25         THE COURT:  Yes.  If it becomes a narrative, then it's

1    entirely appropriate.

2              MR. BRENNER:  Okay.  Thank you.

3              THE COURT:  All right.  I do want to let you know

4    before we bring the jury back that, coincidentally, we have

5    made arrangements for all of the law books to be removed from

6    the conference room.  Liz is going to give the jurors the

7    option, since the conference room is a little larger than the

8    deliberation room, for -- I suspect that we may have all 10 at

9    that time, but I did want to give you an opportunity -- if the

10   jury or the jurors would like to deliberate in the conference

11   room, to give each of you an opportunity to just look at the

12   conference room and make sure that you're comfortable and that

13   you're satisfied that are there no references or any basis for

14   the jury to be able to do any type of research.

15             I also do want to remind you, and we'll talk a little

16   bit later about what's needed with regard to the laptops, the

17   uploading of exhibits, and to maintain one exhibit list for the

18   jurors.

19             MR. BRENNER:  Thank you, Judge.

20             THE COURT:  Okay.  Anything further before we

21   continue?

22             MR. RIVERO:  Thank you.  Just a question.  When will

23   we be given access just to take a look at the conference room?

24             THE COURT:  Well, I think Liz is going to ask the

25   jurors probably during the lunch hour.  So at the end of the

 1    day, if you want to just have a look, you're welcome to.

 2              MR. RIVERO:  Thank you.

 3         (Before the Jury, 11:16 a.m.)

 4              THE COURT:  All right.  Welcome back, Ladies and

 5    Gentlemen.  Please be seated.

 6              And we'll continue with the questioning of Dr. Klin.

 7    BY MS. MCGOVERN:

 8    Q.  Dr. Klin, what were your responsibilities in evaluating and

 9    assessing Dr. Wright with respect to your opinion on autism?

10    A.  My responsibility was to conduct parts of the procedure, to

11    interpret all the data, to integrate all the data, and to issue

12    the opinion.

13    Q.  Did you interview Dr. Wright?

14    A.  Yes, I did.

15    Q.  And did you -- did you conduct, review, or analyze any of

16    the tests that were conducted in connection with the evaluation

17    and the diagnosis of autism for Dr. Wright?

18    A.  Yes.  Of the various procedures I executed, the central one

19    which is the Autism Diagnostic Observation Schedule, which is

20    the instrument that is used in order to observe and elicit

21    information from the person that you are evaluating, I

22    conducted that over the course of almost three hours.

23    Q.  I believe also you referred to a Vineland diagnostic tool.

24    Do you recall that?

25    A.  Yes.

1   Q.  Call you tell us what that is, please.

2   A.  The Vineland Adaptive Behavior Scales is the very best

3   instrument used to measure a person's ability to take care of

4   himself or herself and to get along with others.  It's

5   real-life skills.

6       In the case of autism, almost by definition, individuals

7   have a higher cognitive ability.  They are unable to translate

8   their high intellectual skills into real-life skills.

9       Therefore, for both eligibility purposes as well as for

10  understanding the challenges faced by that individual and their

11  families, it's a critical instrument to use in the evaluation

12  of individuals with autism.

13  Q.  Okay.  Are you familiar with something called SRS-2?

14  A.  Yes.

15  Q.  What is that?

16  A.  The SRS-2 is a rating scale.  It's called the Social

17  Responsiveness Scale and it's used to generate information

18  about a person's ability to -- or disability in interacting

19  with others.  Includes concepts like social awareness, social

20  communications, social motivation, social cognition, and the

21  understanding of others, and he also has a section focused on

22  specific behaviors and patterns of learning that are

23  characteristic of individuals with autism.

24      So we used that rating scale in order to generate that

25  information from both the -- Dr. Wright himself as well as from

1   his wife.

2   Q.  What sort of questions were important with respect to the

3   interview that you said you conducted with Dr. Wright?  First

4   of all, let me ask you:  How long was the interview with

5   Dr. Wright that you conducted?

6   A.  The interview that I conducted was close to three hours.

7   And I both administered this particular instrument called the

8   ADOS, the Autism Diagnostic Observation Schedule, and I also

9   had opportunities to have informal interactions with him.

10      The goal is to create a situation that is natural enough

11  that you can elicit behaviors that are going to be typical of

12  the individual in day-to-day social interaction.

13  Q.  And what sort of topics or areas of inquiry were important

14  in connection with the diagnosis when you interviewed

15  Dr. Wright?

16  A.  Well, the items of the test, they are divided into the

17  areas of social interactions, social communication, and a

18  cluster of behaviors called restricted and repetitive behaviors

19  which focus on things like difficulty with change.  As well as

20  a learning pattern that we call a circumscribed interest, which

21  is when individuals have an all-absorbing interest about which

22  they learn a great deal, they like to talk about those things a

23  great deal.  And usually, when they are alone thinking about

24  something, whereas their peers might be thinking about people,

25  they are thinking about those circumscribed interests.

1    Q.  Did you discuss with Dr. Wright any particular things that

2    you would characterize as levels of obsessive interest?

3    A.  Dr. Wright has a lifelong pattern of becoming obsessed

4    about specific areas of interest as a coping style for the

5    things that he doesn't have, doesn't understand, or do not come

6    naturally to him.

7        So from very early on in his life, he engaged in learning a

8    great deal about specific topics, specific issues that he

9    became an expert on and about which he wanted to talk with his

10   peers.  But over the course of his life, he had very few

11   friends because not many children or, for that matter, later on

12   in his life, not many people shared his interests.  This is

13   something that is very characteristic of individuals with

14   autism.

15       And his attempts to engage others was always very one-sided

16   and he ended up alienating his peers and he was mercilessly

17   bullied and ridiculed and ostracized for most of his school

18   life.

19            MR. BRENNER:  Your Honor, objection.  Violates a

20   motion in limine order.

21            MS. MCGOVERN:  Your Honor, this simply goes to the

22   issue that forms the basis for the evaluation.

23            THE COURT:  The objection is overruled at this point.

24   BY MS. MCGOVERN:

25   Q.  You mentioned coping, Dr. Klin.  I'd like to ask you about

1   that.  And I think you've mentioned it a couple of times.

2   Could you explain what you mean by coping in connection with

3   autism.  What does that mean?

4   A.  Individuals -- and I'll try to be brief.  Individuals with

5   autism don't have a sense of common sense.  They don't have a

6   sense of context.  They learn about the world without

7   necessarily living in the world.

8      So they allow for their learning, for formal knowledge, for

9   things that they -- the facts and information that they

10  acquire, to almost substitute any sense of an intuitive

11  experience with -- within the social domain.

12     That's very disconcerting for them because they have no

13  control over the outcome of their next social interaction

14  because they're blind to people's minds and they are also blind

15  to the rules of interaction.

16     And even more importantly, they are unaware of their role

17  in the impressions of others.  And because they are unaware of

18  the kinds of impressions that they are bringing about in their

19  peers or in people they are interacting with, they cannot

20  monitor themselves and they often become quite paranoid in

21  terms of why the world treats them like that.

22     They have a learning style that goes from parts to whole.

23  Most of us are whole to parts.  They tend to become focused

24  sometimes in very irrelevant details, missing entirely the big

25  context or the gist.  They do so in communication --

```
 1            MR. BRENNER:  Objection, Your Honor.  Narrative.

 2            THE COURT:  Sustained.

 3   BY MS. MCGOVERN:

 4   Q.  Dr. Klin, do you have any examples that you can provide in

 5   connection with your evaluation and diagnosis of Dr. Wright

 6   with respect to what you just referred to as part of autism

 7   from a parts-to-a-whole condition?  A specific example or

 8   discussion that you had that led you to the conclusion that you

 9   have reached?

10   A.  Well, Dr. Wright becomes focused on -- sometimes obsessed

11   with very specific details of most situations and fails to see

12   what is the context or what is the value or sometimes how a

13   general situation is going to truly harm him because he is not

14   very good at seeing the global picture because of his obsession

15   with little parts.  And sometimes those are negligible.

16   Sometimes they are irrelevant.

17   Q.  Dr. Klin, if I may refer to a specific question regarding

18   this parts-to-whole that you just described.  Is that something

19   in your evaluation and diagnosis of Dr. Wright that presented

20   itself -- it manifested itself from an early age?

21   A.  Certainly.  And it became very apparent from the time that

22   he transitioned to school.  In fact, he went to many, many,

23   many schools.  But he was almost expelled from school once

24   because he took issue with what the teachers were teaching in

25   the school.
```

```
1        And there was one episode that he took issue with the fact

2     that the teacher had taught that Australia is the largest

3     island in the world.  And in his mind, it was not.  And that

4     sounds like a trivial thing --

5            MR. BRENNER:  Your Honor, objection.  Undisclosed

6     opinion.

7            THE COURT:  I'm sorry.  The basis of the objection?

8            MR. BRENNER:  Undisclosed opinion.  This is not

9     anywhere in his --

10           MS. MCGOVERN:  It's not even an opinion, Your Honor.

11    He's simply explaining whether this is something that was

12    present from early on.  There's an issue with respect to

13    continuity in terms of his opinion.  This goes directly to that

14    issue.

15           THE COURT:  Overruled at this point.

16    BY MS. MCGOVERN:

17    Q.  If you could simply be brief with respect to the specific

18    example you're referring to at a younger age.

19    A.  He made the point of correcting the teacher about something

20    that is quite trivial.  And by being obsessed about being

21    right, he almost got expelled from school.  So he lost the real

22    overarching important fact here that he should not have done so

23    because he was causing himself a great deal of harm.

24    Q.  Dr. Klin, I want to ask you about the second issue or

25    reference that you made with respect to repetitive or obsessive
```

1    behavior.  Why is repetitive and obsessive behavior part of the

2    autistic condition?

3    A.  Most of us obsess about people.  We think about people all

4    the time.  If people are not very salient in your life, you

5    will obsess about the things that, one, make sense to you, they

6    don't change.  Facts and information don't change.  And by

7    learning facts and information about the world, it makes it

8    possible for me to try and understand the experiences that I

9    have with other people and myself.  So it's a coping mechanism.

10   Q.  Does it interfere with the ability to form relationships?

11   A.  Well, absolutely.  The reason --

12   Q.  Why is that?

13   A.  People form relationships typically to share experiences,

14   personal experiences with one another.  If what you want to

15   share with others are topics such as geometry and algebra or

16   middle age history or, for that matter, washing machines or

17   deep fat fryers, any of those topics of circumscribed

18   interests, other people are not interested in that.  You're

19   going to be seen as odd and weird and you're going to be

20   ridiculed, and in schools people are going to be very cruel to

21   you and you would have no friends.

22   Q.  And did you learn that's, in fact, what happened with

23   Dr. Wright when he was young?

24   A.  That happened to him consistently over the course of a

25   great portion of his life.

1    Q.  Dr. Klin, why did you choose -- or why did you think that

2    it was important to meet with Dr. Wright's maternal uncle, Don

3    Lynam?

4    A.  Well, I was trying to generate as much information about

5    Dr. Wright's history.  And so I was welcoming any additional

6    perspective, any additional memory that people could bring to

7    bear on the totality of what I could find out about him.

8    Q.  And did you, in fact, learn through -- I'm sorry.  Did you

9    interview Dr. Lynam?

10   A.  The interview -- there was a series of interviews.  They

11   were conducted by Dr. Celine Saulnier, my colleague.

12   Q.  And did you -- how did you compile the work with

13   Dr. Saulnier with respect specifically to the interview with

14   Dr. Lynam?

15   A.  We talked frequently while she was conducting the

16   procedures.  And I actually asked to conduct yet another

17   interview during that time because I was not fully satisfied

18   with some portions of the material.  And then we discussed it,

19   and I asked her to write a report, like we usually do, and I

20   would then incorporate that into my -- into my final work

21   product and into my opinion.

22   Q.  And with respect to the interview with Dr. Wright's

23   maternal uncle, did you conclude that the information that he

24   provided was consistent with your diagnosis of autism?

25   A.  We -- I don't -- through those things, we used something

1  called a semi-structured interview.  You ask open-ended

2  questions and people provide you with very concrete examples

3  and observations of a person's life.  The idea of having three

4  informants for his history was to look for consistencies and

5  then to validate the data.

6  Q.  Okay.  And could you tell me -- could you give -- briefly

7  describe, Dr. Klin, the information that was provided by

8  Dr. Wright's mother.

9  A.  Dr. Wright's mother provided the bulk of his early history.

10  Of course, because being the mother, she accompanied him for

11  the first few years of life in particular.  So she was able to

12  provide a wealth of information about that.

13  Q.  Is an interview of the mother, in diagnosing an individual

14  with a condition of autism, important?

15  A.  Well, it is critically important for a diagnosis of autism

16  that you have a developmental history and you have an account

17  of the person's current presentation.  So the mother, of

18  course, being the caregiver -- one of the caregivers, provides

19  you that kind of information.  And it's typically the mother

20  that we interview in diagnosis -- for a diagnosis of a person

21  with autism.

22  Q.  And what about what the mother -- the information that the

23  mother provided you did you consider to be important in

24  reaching your opinion here?

25  A.  I felt that it was important, that it was reliable.  It was

1    rich.  She provided an account of Dr. Wright's major

2    relationships within his family, for example.  All of those

3    things are important for me to try and understand what kind of

4    experiences he had as a child.

5    Q.  And in connection with the experiences that you just

6    referenced, were there specific experiences that you can share

7    that you thought significant in reaching your opinion here?

8    A.  Well, Dr. Wright has had very few important relationships

9    in his life, or relationships that can be called deeper

10   relationships.  One of them was with his maternal grandfather

11   who his mother described as two peas in a pod.  He spent a

12   great deal of time with him.  He was very similar to Dr.

13   Wright.  He was very bright, very isolated.  He was a radio

14   engineer and they pursued many, many, many, many hours of joint

15   activities.  The fact that the maternal grandfather was so

16   similar to him, in her account, is an important insight to me.

17   Q.  And I believe you also mentioned that an interview was

18   conducted of Dr. Wright's younger sister; is that right?

19   A.  It is right.

20   Q.  Could you tell us a little bit about that and why that was

21   considered to be important in connection with your evaluation?

22   A.  Being just two years younger than him, she observed him as

23   a peer and observed him interacting with other children.

24        So one event, for example, that she described very vividly

25   was that she once saw this young adolescent dressed as a ninja

1    in a park playing alone and looking at the sky, and she kind of

2    in her mind mocked that -- that adolescent as weird and odd.

3    And then she went home.  And a few minutes later, he arrives

4    and he's dressed as that ninja person whom she observed in that

5    park.

6    Q.  With respect to the specific procedures that you performed

7    in your report, Dr. Klin, could you give sort of an overview of

8    what the Autism Diagnostic Interview is in connection with the

9    diagnosis of an individual with the condition?

10   A.  The Autism Diagnostic Interview is a very comprehensive

11   procedure that focuses on developmental history and current

12   presentation in the domains of speech, language, communication,

13   social interaction, behavior, interests, repetitive behaviors,

14   things of that nature.  It covers the entire range of both

15   developmental and current symptomatology of autism.

16   Q.  Okay.  And with respect to the ADIR, did Dr. Wright meet

17   the criteria for autism with respect to the use of that tool?

18   A.  Yes.  Dr. Wright met the criteria for autism on the ADIR.

19   He also met the criteria for autism spectrum disorder on the

20   ADOS, which is the procedure that I -- that I administered.  He

21   also met the criteria on the rating scale, the SRS, the Social

22   Responsiveness Scale.  In all of those scales, he met criteria

23   for autism spectrum disorder.

24   Q.  Dr. Klin, is it fair to say that there's a lot of

25   information that's gathered and that's provided in connection

1    with the tools that you have just identified?

2    A.  Yes.  There is a wealth of information about a person's

3    history and about the person's current presentation from these

4    different vantage points.  Whether it is interviewing an

5    informant or making an observation or reviewing any exigent

6    materials.  Yes.  And my opinion was based on the totality of

7    that wealth of information.

8    Q.  And I'd like to ask you sort of generally about how those

9    tools are compiled in reaching sort of a conclusion about a

10   condition of autism.

11       So there's a lot of information that's requested and

12   provided.  And in connection with that information, is there a

13   baseline result that needs to be sort of determined in order to

14   find that an individual has autism?

15   A.  Each one of those instruments have rating criteria.  For

16   rating scales, it's the item itself.  And for those very

17   elaborate semi-structured interviews there are 150-, 200-page

18   manuals that basically allow you to take the information that

19   you're receiving from people and mapping that on very

20   standardized criteria so that you can rate them.

21       Subsequently, those scores are moved into an algorithm page

22   and the scores on that algorithm page are the ones that make a

23   determination as to whether or not a person meets criteria for

24   autism.  That's the formal part.  Then there is the informal

25   part, which is all of the impressions that an expert clinician

1    obtains.  And the final opinion or the determination comes from

2    the merging of those two -- those two lines of evidence.  One,

3    the formal data and then the informal data which is really

4    clinical experience and judgment.

5        So for a best practice parameters evaluation of individuals

6    with autism, you don't take anything in isolation.  You combine

7    it all.  And it is the experienced clinician who does so.

8    Q.  So let me ask you a little bit about the isolation versus I

9    think what you are referring to as the totality.  So with

10   respect to the different ratings that you would provide, is it

11   fair to say that a particular rating in a given topic or field

12   or assessment isn't determinative of a condition of autism?

13              MR. BRENNER:  Objection.  Leading.

14              THE COURT:  Sustained.  Rephrase.

15              MS. MCGOVERN:  I'll rephrase.

16   BY MS. MCGOVERN:

17   Q.  Dr. Klin, could you please explain how the ratings are used

18   in reaching a final determination, which, from what I

19   understand, is both formal and informal gathering of

20   information.

21   A.  There is a great deal of heterogeneity among individuals

22   with autism.  So no two individuals with autism are alike.

23   Therefore, you have a very comprehensive system to map many,

24   many, many, many different symptoms, some of which may be

25   present, some of which may be absent in a given person.  So you

1    need to bring it all together in order to understand whether or

2    not the child has -- the child, adolescent, or adult has that

3    condition.

4         We are trained, and I train others, not to see things in

5    isolation, even though there are some symptoms that are what's

6    called "pathognomonic," which is basically symptoms that are so

7    unusual that is very characteristic with individuals with

8    autism.

9    Q.   Let me ask you a little bit more about some of the specific

10   findings that you reached using these informal and formal

11   tools.  Was there anything in Dr. Wright's developmental

12   history that you considered?

13   A.   Absolutely.  So Dr. Wright was a precocious speaker, so he

14   learned language earlier than others and he acquired very

15   articulate language earlier than other children.  And once he

16   did so, he was a child that actually impressed others because

17   he used a lot of fancy or very sophisticated language when

18   other children did not.

19        This is very typical of individuals with autism.  Once he

20   went to school, he isolated himself.  He was much more likely

21   to become a -- to be by himself learning about the things that

22   he wanted to learn, engaging in those circumscribed interests

23   in engineering and math and computer programming and things of

24   that nature.  And the only people who interacted with him would

25   be similar geeks, as you were.

1       He was part of the computer club and things of that nature,

2    but all of those things are things that are extremely

3    characteristic of individuals with Asperger's Syndrome.

4    Q.  What were your findings, Dr. Klin, regarding Dr. Wright's

5    communication skills?

6    A.  That some areas, he has gifted skills.  His knowledge of

7    language, including history of words, formal knowledge about

8    history, philosophy, all of those kinds of things are major

9    strengths for him.

10      And everything that has to do with informal language or

11   language used, sometimes called the pragmatics of speech, those

12   are major deficits and they are extreme on both ends.

13   Q.  What were your findings, Dr. Klin, regarding Dr. Wright's

14   social interaction skills?

15   A.  Dr. Wright had difficulty understanding other people.  He

16   had difficulty understanding other minds.  He did not have a

17   concept of perspective taking.  He didn't understand why people

18   talk about nothing, that engage in small talk.  In his mind,

19   people should only talk in order to accomplish a goal.  He --

20   the minds of others are not in his mind.  He would rather have

21   people adopt a scientific principle and make a point.  So he

22   used the things that he did extremely well to try and make up

23   for the things that he didn't have.

24      Needless to say, you can read many encyclopedias about

25   words.  It is still going to be very hard for him to

1    understand, at times, the meaning of a particular word uttered

2    by an individual that is entirely based on their intention and

3    on social context.

4    Q.  Dr. Klin, I believe you also mentioned that you interviewed

5    Dr. Wright's wife; is that right?

6    A.  I did not interview Dr. Wright's wife.  Dr. Saulnier is the

7    one who interviewed her.

8    Q.  And did you receive Dr. Saulnier's report regarding her

9    interview of Dr. Wright's wife?

10   A.  Yes.  I received -- from Dr. Saulnier, I received a draft

11   report that later was incorporated in my report.  And she also

12   forwarded several communications that she had with Dr. Wright,

13   as well as with his wife.  These were emails that were sent in

14   order to clarify, follow-up questions, things of that nature.

15   Q.  And did you -- or how did you compile the information

16   received from Dr. Saulnier with respect to her interview of

17   Dr. Wright's wife in connection with your evaluation?

18   A.  Once we discussed and agreed on most of the findings, I --

19   she wrote -- she wrote the draft and I basically incorporated

20   it entirely into my own report.  A lot of the informal

21   observations that she had made or communications that she had

22   had with Dr. Wright and his family, some of them were very

23   telling and so I incorporated that in other portions of my

24   report.

25   Q.  What sort of things were telling, Dr. Klin?

```
 1              MR. BRENNER:  Again, Ms. McGovern --

 2              THE COURT:  I'm sorry.  The basis?

 3              MR. BRENNER:  No.  I just can't hear the question.

 4    BY MS. MCGOVERN:

 5    Q.  What sort of things -- you mentioned there were things that

 6    were telling.  I'm asking what sort of things.

 7    A.  Well, Dr. Wright was asked to complete the SRS, the Social

 8    Responsiveness Scale.  And two of the items there are "is

 9    considered odd or weird by others" and the other one is "has a

10    sense of humor."

11         Now, I imagine that you understand what I mean by that,

12    correct?  But Dr. Wright wrote to Dr. Saulnier a page-long four

13    paragraphs on what he -- on the history of those words.  The

14    word "weird" and the word "humor."

15         He scrolled through all of those going back all the way to

16    the middle ages in terms of what those words actually meant at

17    the time.  And then he finally stated to Dr. Saulnier:  "On the

18    basis of my 30 years of experience, I believe that you're using

19    this word wrongly, but I'll try to answer this as I believe

20    you're using it."

21         So most people know what odd is, or is considered odd or

22    weird by others.  So this is just one example in which

23    Dr. Wright is unable to use the context, the whole of a

24    situation in order to get the communication that is going to be

25    relevant to the other.
```

1    Needless to say, 500 years of the history of the word

2    "weird" are not relevant to that instrument, but that's his way

3    of coping and learning.

4    Q.  Did you learn anything with respect to the collaborative

5    work that you did with Dr. Saulnier about Dr. Wright's wife's

6    descriptions of what life is like with Dr. Wright that led to

7    your conclusion or your opinion here?

8    A.  I was very impressed by Dr. Wright's wife's flexibility

9    that she learned over the years in dealing with him, in her

10   feelings for him.  And also her ability to make a dent into

11   some of the extraordinary regimented and rigid routines that he

12   has in his life.

13       When I asked Dr. Wright, for example, to provide me with

14   what does he do every day, he gave me a very specific list that

15   starts at 6:15 in the morning and goes all the way to at night,

16   for seven days of the week.  Learning Chinese, doing this --

17   even hygiene and exercise is in his schedule.  But his wife

18   managed to get into the Sunday schedule sleeping in.  So she

19   was able to basically take his extraordinarily rigid way of

20   being in this world and make it less so.

21       She also is very interested in him and has relentlessly

22   tried to understand him.  In fact, this I believe, as stated to

23   me by Dr. Wright, is what makes her so special.  He has a life

24   history of people who did not understand him, and here is

25   somebody who tries extremely hard every day to understand him.

1   Q.   Dr. Klin, what were your findings regarding the

2   restrictive, repetitive, and stereotypical patterns of behavior

3   in Dr. Wright?

4   A.   That this is a pattern for -- of his entire life.  They

5   progress.  Some became productive, some not.  But that's what

6   he uses not only in his vocation or in his business; it's

7   something that he uses to understand others.

8        At one point, Dr. Wright actually wrote a mathematical

9   rendition of himself to his wife trying to help her understand

10  him, even to provide her with a computer program.  And he was

11  extremely disappointed by the fact that she didn't use it.

12       But -- I know it sounds strange, it sounds odd, but when

13  you don't have that intuitive sense of the other, you use

14  whatever skill you have.  And in his mind, his mind is probably

15  best rendered as a mathematical abstraction.

16  Q.   Dr. Klin, is this contrived, in your opinion?

17  A.   The way that Dr. Wright is here, outside, at work, in his

18  home for most of his life has had a level of consistency that

19  is remarkable.  This is who he is.  He is in the same way

20  whether he is speaking in this courtroom, or he is speaking at

21  work with his employees or other individuals, or if he's

22  creating havoc in his own home by basically being overly

23  literal.  And his wife told me that the children actually poke

24  a lot of fun at him because he is too naive to understand that

25  they are making fun of him in an endearing way.

1        But what I'm saying is that the way he is has been like

2    that for all of his life.  So no, the things that I was

3    gathering were not contrived.

4    Q.  Literalness.  I'd like to ask you about that.  You said:

5    "Overly literal."  What do you mean?

6    A.  Most of the time, we say things that we don't mean.  We

7    mean things that we don't say.  We do that to be funny.

8    Sometimes we do that in order to be endearing or to be close to

9    somebody, but we use sarcasm, metaphor, and humor all of the

10   time to convey ideas to others.

11       That's not something that Dr. Wright fully understands.

12   Actually doesn't understand very much at all.  And there are

13   many idiomatic expressions that we use all the time that fail

14   to get to him.  Even when I was talking to him and I was trying

15   to get a sense of how much hostility other children had for

16   him, and rather than saying:  "Did people beat you up," I said:

17   "Did people come after you?"  And his answer was a question:

18   "Define 'come after.'"

19       So do you understand what is "coming after" another person?

20   I'm sure you do.  But for him, he gets very focused on the

21   precise meaning of words, particularly the literal meaning, the

22   dictionary definition of the word.  And we play with words all

23   the time and just as part as being sort of interacting with

24   others.

25       This is a major, major area of deficit.  Children by the

1    age of three are able to understand humor.  By the age of four,

2    they understand metaphors.  And by the age of five, they are

3    fully proficient in understanding sarcasm.  And sarcasm is very

4    important if you're trying to understand the intention of the

5    other, particularly if the person is going to be hostile to

6    you.

7    Q.  Dr. Klin, I'd like to go to a second question in connection

8    with your opinion in this case, and that is how Dr. Wright's

9    diagnosis of autism would impact his presentation in

10   adversarial proceedings.  Without going into issues of

11   credibility or anything like that, that's not my question, can

12   you answer that question?

13   A.  Despite Dr. Wright's high intellect and prodigious skills

14   in some areas, his presentation is not very different from

15   other individuals with autism that I have seen over the years,

16   because they focus on irrelevant details and miss the whole --

17   sometimes what is the whole proceeding.

18   Q.  So, Dr. Klin, just to be specific about that, because

19   you've mentioned the parts-to-the-whole before.  What exactly

20   does that do for somebody with autism in an adversarial

21   proceeding when they focus that way?

22   A.  I'll use an anecdote of one of my patients with autism.

23   Finally, he was able to drive.  He was stopped by the police.

24   The police told him:  "You are going 37 miles an hour on a

25   25-mile road."  My patient turned to the police and said:  "No,

1    Officer.  I was going 45 miles an hour."

2         So my patient was focusing on being not only truthful, but

3    being precise about the facts, missing the entire context of

4    that interaction, which is basically he was fined now double.

5         So this is what I mean by facts -- by focusing on an -- on

6    an irrelevant detail relative to the gist or the entire context

7    of the situation.  Individuals with autism are terrible

8    self-advocates and they have a tendency to self-incriminate.

9    Q.  Dr. Klin, so in addition to the parts-to-whole which you

10   mentioned, I believe you also mentioned focus on irrelevant

11   details.  Okay.  How have you found in your over 35 years of

12   experience in this field -- how have you found that

13   parts-to-whole and irrelevant details affects individuals with

14   this disability?

15   A.  Well, they fail to see the whole, the gist, the context,

16   the importance of a certain situation to their well-being by

17   becoming overly obsessed with an irrelevant detail, like a

18   person who is going to try to prove that he or she is right

19   about something that is quite minor and others are not even

20   aware of its importance.

21        And by doing so, coming across as somebody who is -- who is

22   maybe pedantic or overly pedantic, overly precise.  All of

23   those kinds of things end up creating impressions on others

24   that they are incredulous because they might believe that I'm

25   being willfully deceitful.

1  Q.  Dr. Klin, what does the Marcus Center of Autism do to help

2  situations like that with people with this disability?

3  A.  Well, the major approach is called social skills learning,

4  which is basically teaching children, adolescents, and adults

5  the rules and regulations of social interaction.  So it's a

6  little bit like teaching all of those things that are unspoken,

7  that are not taught in schools.

8     We make it explicit and literal, so that at least the rules

9  and regulations are known in a very explicit fashion, and then

10  we practice it and practice it so that they are able to

11  translate that into action when they are in the context of

12  other people.

13     And another very important piece here is that because of --

14  people with autism and Asperger's Syndrome don't understand

15  their role in the impression of others, they get very anxious.

16  So anxiety is very prevalent amongst individuals with autism

17  because they are baffled, they are confused by their social

18  environment.  And then when they are under stress, then their

19  skills are even lower and their rigidity is even higher, and

20  then they get into even more trouble.  They become even more

21  focused on irrelevant details.

22  Q.  The characteristics that you have just described, Dr. Klin,

23  are they always consistently present?

24  A.  As I said, you've seen one person with autism, you've seen

25  one person with autism.  Individuals have individual

1    characteristics and not every symptom is present in every one

2    individual.

3    Q.   Let me clarify my question.  What I meant was in a single

4    person who's been diagnosed with autism, are the conditions of

5    autism consistently present?

6    A.   Yes.  In the sense that those are -- those are things that

7    are brain defined and individuals show those skills, or lack

8    thereof, those symptoms over the course of their lives.  Having

9    said -- and autism is a lifetime condition.

10         Having said that, through treatment, through help, when you

11   have a coach who is going to help you create a more polished

12   presentation, for example, when you have an important

13   relationship like a spouse that is basically going to teach you

14   day after day after day, those kinds of symptoms become

15   mitigated over time and the person reaches a more successful

16   presentation, or at least a presentation that is not going to

17   cause a lot of trouble to a lot of people.

18   Q.   Is there a cure for autism, Dr. Klin?

19   A.   Autism is not a disease.  So no, there is no cure to

20   autism.  It's not like taking an antibiotic to cure an

21   infection.  Autism is a way of being in this world.

22         Years back, people had a very stigmatized view of autism,

23   just like they had of all developmental and mental health

24   conditions.  Nowadays, we can see that were we to intervene,

25   that we can help a person do the things that are going to make

1    them more fulfilled individuals, having meaningful

2    relationships, having -- living independently and working

3    independently.

4        So that way of being in the world, that way of thinking in

5    the world is just another perspective of being a human being.

6    Unfortunately, most of what we need to do to successfully

7    achieve things in life depend on others, and this is an area of

8    great disability.  So most of the individuals with autism have

9    difficulty getting a job because they cannot go through

10   interviews and they cannot --

11            MR. BRENNER:  Objection.  Narrative, Your Honor.

12            THE COURT:  Sustained.

13   BY MS. MCGOVERN:

14   Q.  Dr. Klin, when you were conducting your evaluation of

15   Dr. Wright, did you come to learn whether Dr. Wright has any

16   friends right now?

17   A.  I'm sorry?

18   Q.  Whether Dr. Wright has any friends right now?  Did you come

19   to learn whether he has any friends right now in conducting

20   your analysis?

21   A.  So you asked me what are the different elements of the

22   Autism Diagnostic Observation Schedule.  The understanding of

23   friendships and friendships by themselves is a big piece of it

24   because --

25   Q.  Why?

1   A.  Because we come into this world to develop relationships

2   with others.  In fact, our very survival depends on those

3   relationships and friendships are part of that.  He had very,

4   very, very few people that he named that he considered a

5   friend.

6   Q.  What about now?

7   A.  He considered his wife a friend.  When I probed further, he

8   considered a professor that he had contact with who shares some

9   of his interests.  When I tried very hard for him to define

10  further, he could not define the essence of being a friend.

11  Q.  Did you come to have an understanding or reach an

12  understanding as to what Dr. Wright's concept of friendship is?

13  A.  Yes.

14  Q.  What is it?  What did you come to learn?

15  A.  So Dr. Wright has been victimized over the course of his

16  life.  Has been called inadequate, he's been called odd and

17  weird and a whole bunch of things.  Somebody who would share

18  his interest, somebody who would have interest in his

19  interests, and even validate his work as something beneficial

20  and something exciting, that person becomes a friend.  And by

21  his wife's account, he has done that repeatedly over the course

22  of his life and he has become overly trusting of many people

23  only to become disappointed later.

24  Q.  Why is validation part of the consideration with respect to

25  Dr. Wright's diagnosis?

1    A.  We all want to be validated in the way we are and what we

2    produce.  But we have a much broader range of things that we

3    want validated.  We want to be attractive, we want to be nice.

4    There are a whole bunch of values that go in being very social.

5        In his mind, he is a one-track person.  He is a math

6    person.  He is an engineering kind of a person.  That -- it's

7    not only his occupation.  That defines his very identity and

8    whether or not he's a valuable or inadequate person.  Or -- and

9    so this is really -- it's in his -- it's in his heart that any

10   validation from the things that he has devoted most of his life

11   to is going to be critical, critical for the way that he sees

12   himself and the way that he sees his future.

13   Q.  Dr. Klin, is there anything about your observations or

14   opinion that explain Dr. Wright's vulnerabilities?

15              MR. BRENNER:  I'm sorry?

16              MS. MCGOVERN:  Vulnerabilities.

17              MR. BRENNER:  I'm just -- sorry.

18              MS. MCGOVERN:  Do you want me to repeat the question?

19              MR. BRENNER:  Yeah, please.  I'm sorry.

20   BY MS. MCGOVERN:

21   Q.  Is there anything, Dr. Klin, about your observations or

22   opinions that explain or describe Dr. Wright's vulnerabilities?

23   A.  Every single thing that I've mentioned to you in social

24   interaction, in social cognition, social awareness, in social

25   communication, his rigidity in learning, his circumscribed

1    interests, all of those things are major vulnerabilities in his

2    life or at least insofar as another human being is concerned.

3    Q.   Does Dr. Wright's diagnosis, in your opinion, based upon

4    your over 35 years of experience in defining autism, impact the

5    way that he solves or he approaches solving a problem?

6    A.   Again, it's very important for me as a clinician to have a

7    sense of how do you see the world, what is your world view,

8    what are the building blocks of your learning, so that I can

9    take your perspective and see the world through your eyes and

10   experience the world through your heart.

11        In order for me to be an effective clinician, I need to be

12   able to be the other.  And here, the other is telling me a

13   very, very, very clear pattern that is very focused on science,

14   engineering, and math and that makes up for the things that

15   everybody has probably in their guts, which is this visceral

16   sense of the other, an intuitive sense of the other, the things

17   that we do effortlessly because we are born and we depend on

18   that as social beings.

19   Q.   Would you say that there's a vulnerability -- or let me

20   rephrase.

21        Is there a vulnerability having a condition of autism in

22   the manner in which you communicate with others about a

23   circumscribed or hyper-focused obsessive interest that you

24   have?

25             MR. BRENNER:  Objection.  Leading and beyond the

```
 1    scope.

 2            THE COURT:  Sustained.

 3    BY MS. MCGOVERN:

 4    Q.  Is there, Dr. Klin, in your opinion in connection with your

 5    analysis, an impact on the communication style of Dr. Wright as

 6    it relates to an obsessive interest that he has?

 7            MR. BRENNER:  Objection.  Leading and beyond the scope

 8    of his opinion.

 9            THE COURT:  Sustained.

10            MS. MCGOVERN:  Actually, Your Honor, on Page 14 of his

11    report, Dr. Klin specifically refers to --

12            THE COURT:  Rephrase, please.

13    BY MS. MCGOVERN:

14    Q.  Okay.  Dr. Klin, have you reached -- or in connection with

15    your assessment and diagnosis of Dr. Wright with autism, did

16    you consider the effect of a circumscribed interest in his

17    communication styles?

18    A.  Yes, I have.

19    Q.  Could you explain, please.

20    A.  Well, most of his communications are about his

21    circumscribed interests.  Most of his communications are about

22    his circumscribed interests or something connected to that.

23            Even when I was having an informal conversation, he would

24    turn the person immediately into a big lecture about one of his

25    interests.  And that tends to alienate other people.  It tends
```

1   to convey a sense that you are -- that you are odd, that you're

2   weird, that you're not thinking of what might be of interest to

3   others.

4       It's also the case that those individuals are overly

5   trusting.  They cannot judge other people's intentions,

6   including bad intentions, and they also then become the perfect

7   prey, the perfect victims.

8   Q.  What about tantrums, Dr. Klin?

9   A.  His mother talked extensively about what she called the

10  adult tantrums.  And those adult tantrums have to do with the

11  fact that Dr. Wright cannot deal with any change.  So if he

12  goes to a hotel and the table is not a certain height that he

13  can put his laptop on and work comfortably, he might call back

14  his assistant at any moment of the day, day or night.  It might

15  reduce her to tears at times because this is resistance to

16  change.  This is the name of the symptom.  It can be

17  extraordinarily upsetting, if not devastating, for individuals

18  with autism.

19  Q.  You mentioned, Dr. Klin, social cues.  What is it about

20  social cues that relates to a diagnosis of autism and how does

21  that affect a person's ability to communicate effectively?

22  A.  If I enter into this room, I'm going to observe people who

23  are conveying through their postures, through their facial

24  expressions, sometimes even the way they are talking -- they

25  are conveying what is this context.  And I'm going to adjust my

1    behavior to that context.  So that if I am, for example, in a

2    church, I might be more formal.  If I'm talking with a friend,

3    say, in a football stadium, I'm going to use language that will

4    define my feelings about a team.  Formal, informal, we adjust

5    to a context.

6        Dr. Wright is unable to adjust his own context, his own

7    behavior to the context where he's in.  And so at times, he can

8    be very disrespectful in very formal environments and, at

9    times, he is overly formal in what's supposed to be an informal

10   conversation.  But our folks do that all the time.

11       I used to say that our children with autism, they usually

12   are overly colloquial with the principal and overly formal with

13   their peers, so they get punished by the principal and they

14   have no friends.

15   Q.  Have you heard of a concept, Dr. Klin, of adjustment of

16   self?

17   A.  I'm sorry.  I didn't hear you.

18   Q.  Adjustment of self?

19   A.  Adjustment of self?

20   Q.  Yes.  Have you heard of that concept in connection with

21   autism?

22   A.  There are various things that make possible for us to be

23   socially competent.

24   Q.  Socially -- excuse me?

25   A.  Social competent.  To have back-and-forth, to have

1    reciprocal conversations and, for that matter, reciprocal

2    relationships.  One of them is that we adjust the way we are to

3    either what is expected by the other, or if we are trying to

4    endear ourselves to the other, to impress the other person.

5    Q.  Let me ask you a question about your use of the word

6    "reciprocal," Dr. Klin.  Are you referring to reciprocal in

7    terms of the ability to understand each other?

8    A.  When we were talking, I take a turn, you take a turn.  I

9    take a turn, you take a turn.  Babies begin to take turns

10   around the age of two to three months of age.  It's critical

11   for the development of speech, language, and communication.

12        And this is something that we not only adopt ourselves, but

13   we expect from other people.  These are the unspoken rules of

14   conversation.  Individuals with autism break those rules all

15   the time.  There are very one-sided.

16   Q.  Dr. Klin, in connection with your work at Yale and with the

17   autism center -- the Marcus Center of Autism in Atlanta, do you

18   engage in any work that assists an individual with autism in

19   self-advocacy?

20   A.  Well --

21            MR. BRENNER:  Objection.  Relevance.

22            THE COURT:  Sustained.

23   BY MS. MCGOVERN:

24   Q.  Dr. Klin, I should have asked you this before, but just to

25   sort of get this out of the way, you're hired as an expert in

```
1    this case, correct?  You're hired as an expert in this case,

2    correct?

3    A.  I am.

4    Q.  And you're being paid for your work as an expert in this

5    case?

6    A.  Yes.

7    Q.  How much are you being paid?

8    A.  I am paid $600 per billable hour.

9    Q.  Okay.  And in connection with your engagement in this

10   case -- I know you referred to it before, but I just want to

11   ask you this question:  In connection with your engagement in

12   this case, was the engagement that was requested of you an

13   engagement so that you would reach a determination of autism of

14   Dr. Wright?

15              MR. BRENNER:  Objection.  Leading.

16              THE COURT:  Sustained.  Rephrase, please.

17   BY MS. MCGOVERN:

18   Q.  D. Klin, could you describe the circumstances in which you

19   were engaged and the purpose for that engagement?

20              MR. BRENNER:  Objection.  Asked and answered.

21              MS. MCGOVERN:  That was very briefly referred to, Your

22   Honor, and I think it's important to establish it.

23              THE COURT:  Sustained.

24              You want to ask another question with regard to the

25   engagement?
```

```
 1    BY MS. MCGOVERN:

 2    Q.  Dr. Klin, in connection with your engagement, did you --

 3    did you consider the request with respect to the fact that

 4    Dr. Wright is in litigation in connection with your acceptance

 5    of that engagement?

 6    A.  Yes, absolutely.  And I have engaged in similar expert

 7    witness work in the past.

 8    Q.  Okay.  And are there circumstances in which you've been

 9    asked to engage for the purposes of a diagnosis of autism and

10    refused to do so?

11              MR. BRENNER:  Objection.  Relevance.

12              THE COURT:  Overruled.  I'll allow it.

13              THE WITNESS:  But I did not quite understand.  Did I

14    refuse to take the case?

15    BY MS. MCGOVERN:

16    Q.  Did you refuse to reach an opinion of autism in connection

17    with a case in which you were retained?

18    A.  Oh, certainly.  As I indicated to you and to your

19    colleagues, my opinion goes where the evidence goes.  And so

20    when I am beginning an evaluation, I don't know what is going

21    to be the conclusion.  I have had more than one expert witness

22    engagement that I have had in which I reached the conclusion

23    that the person did not have autism, even in situations that

24    were not -- I believe this is a civil litigation, but I was

25    involved in criminal litigations as well, in which my opinion
```

1   was that the person did not have autism.

2   Q.  And just to be clear, you were not asked to provide an

3   opinion in this case as to whether there's a partnership

4   between Dr. Wright and Dave Kleiman; is that right?

5   A.  I don't have any greater insight than the jury as to the

6   material evidence of this case.

7   Q.  No, but my question is:  You were not asked to provide an

8   opinion as to whether there's a partnership between Dave

9   Kleiman and Dr. Wright, correct?

10  A.  That is correct.

11  Q.  And you were not asked in this case to provide an opinion

12  as to whether there was a partnership to develop intellectual

13  property; is that right?

14  A.  No, I did not.

15  Q.  And you were not asked in this opinion -- in this case to

16  provide an expert opinion on whether Dr. Wright and Dave

17  Kleiman engaged in a business relationship to mine Bitcoin; is

18  that correct?

19  A.  It is correct.

20  Q.  I'd like to ask you about autism and the importance of

21  awareness.  Why is it important to be aware about the condition

22  of autism in others?

23          MR. BRENNER:  Objection.  Relevance.

24          THE COURT:  Sustained.

25

1    BY MS. MCGOVERN:

2    Q.  Dr. Klin, in connection with your work, what is the

3    motivation for the funding and the grants that are received for

4    the research related to autism?

5          MR. BRENNER:  Objection.  Relevance and foundation.

6          THE COURT:  Sustained.

7    BY MS. MCGOVERN:

8    Q.  Dr. Wright -- I mean Dr. Klin, with respect to your opinion

9    with respect to Dr. Wright, is there anything else that you

10   believe important for purposes of understanding how you came to

11   your opinion that Dr. Wright has the condition of autism?

12   A.  In this setting, as in other settings that I evaluate a

13   person with autism, particularly individuals with autism and

14   high intellect, I'm aware that they often are their worst

15   enemies, their worst self-advocates.  That their behavior tends

16   to engender a lot of feelings that people don't understand

17   because their behavior is different than what they typically

18   observe in their daily lives.

19       And in my experience, if there is no awareness of that, if

20   there is no knowledge of that, then the likelihood that not

21   only that those individuals become their worst advocates --

22         MR. BRENNER:  Objection.  Narrative and relevance.

23         THE COURT:  Sustained.

24         MS. MCGOVERN:  One minute, please.

25         (Pause in proceedings.)

```
 1              MS. MCGOVERN:  No further questions.

 2              THE COURT:  All right.  Cross-examination?

 3              MR. BRENNER:  Yes, Your Honor.

 4         May I have one moment?

 5              THE COURT:  Certainly.

 6              MR. BRENNER:  Mr. Roche, can you help me with an

 7    easel?

 8              MR. ROCHE:  Of course.

 9         (Pause in proceedings.)

10              MR. BRENNER:  Your Honor, may I proceed?

11              THE COURT:  You may.

12                        CROSS-EXAMINATION

13    BY MR. BRENNER:

14    Q.  Hello, Dr. Klin.  How are you, sir?

15    A.  I'm well.  Thank you.

16    Q.  Great.  Just to introduce myself again, we did meet at your

17    deposition I guess almost a year and a half ago pretty much

18    exactly, right?

19    A.  I don't recall the date, but I recall that we had a Zoom

20    deposition.

21    Q.  Correct.  Correct.  Because it was during -- well, it's

22    hard to say what the height of the COVID pandemic has been, but

23    it was certainly at one of the heights, right?

24    A.  Yes.

25    Q.  Okay.  So let me start off going through some things that I
```

1    think you and I can agree on.  And I just want to give you an

2    understanding of how the -- how I'd like to proceed and what

3    I'm going to cover with you today, okay?

4    A.  Yes.

5    Q.  Okay.  So, Doctor, I looked at your website for the Marcus

6    Autism Center, so I'm not trying to trick you.  This is coming

7    right from there, okay?  What I'm about to ask you, okay?

8    A.  Please ask away.

9    Q.  Sure.  So I'll say your website, but I'm talking about the

10   center's website.  It describes autism spectrum disorder as a

11   neuro-developmental disorder that affects social skills,

12   communication, and behavior, correct?

13   A.  Correct.

14   Q.  No doubt about that, right?

15   A.  No doubt --

16   Q.  No doubt that's correct?  That's a correct statement of the

17   state of the science, right?

18   A.  It is the definition of autism.

19   Q.  Correct.  It means that the brain develops and works a

20   little differently and can affect how people understand and

21   relate to others.  That's also something that you have stated,

22   right?

23   A.  That is correct.

24   Q.  Okay.  Again, no doubt about that.  No dispute from me,

25   okay?

1  A.  Yes.

2  Q.  Okay.  I think you said this on direct examination, but by

3  today's statistics, approximately one in 54 children will meet

4  the criteria for autism spectrum disorder by the age of eight.

5  Did I get that right?

6  A.  The age of eight -- it is correct because the CDC, the

7  Center for Disease Control and Prevention, has this monitoring

8  network focused on eight-year-old children.

9  Q.  Okay.  So that statistic is correct?

10  A.  It is correct.

11  Q.  Great.  And you, as a clinician specializing in autism,

12  agree that the diagnosis of individuals with autism is

13  extremely important in their success in overcoming the

14  challenges that autism may present.  Is that a fair statement?

15  A.  It is.

16  Q.  Okay.  No dispute from me.

17      Next, because the diagnosis -- it's because the diagnosis

18  will lead to evidence-based treatments and interventions which

19  will improve the long-term outcome for these individuals.  Fair

20  enough?

21  A.  Yes.

22  Q.  Okay.  So nothing I'm going to cover with you today -- and

23  hopefully we'll finish today and you can go home -- nothing I'm

24  going to cover with you today is meant in any way to quarrel

25  with any of that that we just went through.  You understand

1    that?

2    A.  I do.

3    Q.  Okay.  But what I do want to talk to you about just in a

4    little more detail than you covered with Ms. McGovern is a few

5    topics, and let me tell you what they're going to be and then

6    maybe we'll take a lunch break, okay?

7    A.  Absolutely.

8    Q.  So one topic I'm going to want to cover with you in just a

9    little more detail than Ms. McGovern went through --

10           MS. MCGOVERN:  Objection, Your Honor.  The narrative

11   question.  Objection to the narrative question, Your Honor.

12           THE COURT:  Sustained.

13   BY MR. BRENNER:

14   Q.  Okay.  One of the topics I want to cover with you in a

15   little detail is how you got involved in the case, okay?

16   That's one thing we're going to talk about.

17           MS. MCGOVERN:  Objection, Your Honor.  Again,

18   objection to the narrative questions.

19           THE COURT:  Sustained.

20   BY MR. BRENNER:

21   Q.  The second thing I want to cover with you --

22           MS. MCGOVERN:  Objection, Your Honor.

23           THE COURT:  Mr. Brenner, the objection is sustained.

24   BY MR. BRENNER:

25   Q.  Dr. Klin, in April of 2020, you got a communication from

1    the lawyers representing Dr. Wright, correct?

2    A.  I certainly got an email correspondence from the attorneys.

3    Whether it was April or March, I believe it was April.

4    Q.  I'm going to help with that by going through your invoice.

5    But in that first conversation or email or communication, you

6    learned a couple things.  But one of the things you learned was

7    that they told you this was a -- that the matter they were

8    consulting you with -- in -- was a high-visibility case.  Do

9    you recall that?

10   A.  I don't recall that particular, I'm afraid.

11   Q.  Okay.  And in that initial conversation, it was very

12   important to you that you understood exactly what they were

13   asking you to do, right?

14   A.  Yes.  And that's a behavior that I engage in with any

15   attorney who contacts me for expert witness work.  It's very

16   critical for me that the question is defined very explicitly,

17   so that I can find out, number one, if the question is within

18   my expertise, and second, whether it is addressable at all.

19          MR. BRENNER:  Okay.  And if we could bring up as a

20   demonstrative Page 1 of Dr. Klin's report.

21   BY MR. BRENNER:

22   Q.  You set forth the questions you were asked in your report,

23   correct?

24   A.  Yes.  There were two questions that I was --

25   Q.  Okay.  So the first question was -- these are the questions

1    that were told to you at the outset by Dr. Wright's lawyers,

2    correct?

3    A.   The first -- the first one -- well, the questions come from

4    the brief communication that we had.

5    Q.   Right.  And in this document we're looking at, you then --

6    when you ultimately issue your report, you repeat back the

7    questions?

8    A.   Yes, because we distilled those to be the specific

9    questions that I was going to address in my report.

10   Q.   I'm sorry.  I didn't mean to cut you off.

11   A.   I'm done.

12   Q.   Okay.  If I do, you'll let me know, okay?

13   A.   Okay.

14   Q.   The first question is:  "Does Dr. Wright meet criteria for

15   autism spectrum disorder," right?

16   A.   Correct.

17   Q.   Okay.  The second question, you were asked this on direct

18   and you said that you were asked to -- you were asked:  "If so,

19   how would this diagnosis impact" -- and I wrote it down --

20   "Dr. Wright's presentation in public settings, including

21   litigation?"  But that's actually not what you were asked to

22   do, right?  You were asked to limit -- your question two was

23   specifically limited to legal proceedings?

24   A.   That's not how I saw that question at all.

25   Q.   Okay.  So when you wrote here that -- "how the diagnosis

1    would impact his presentation in legal proceedings," you meant

2    to say:  "Public settings, including legal proceedings"?

3    A.  Well, how would I know what is specific to a legal

4    proceeding if I did not have insight to the way he is in his

5    life in public settings?

6    Q.  Okay.

7    A.  So I assume this to be subsumed in that.

8    Q.  So you meant -- so you meant to write that you were trying

9    to get a view of him in public settings, including legal

10   proceedings?

11           MS. MCGOVERN:  Objection, Your Honor.  The answer --

12           THE COURT:  I'm sorry.

13           MS. MCGOVERN:  Objection, Your Honor.  Misstates the

14   witness's testimony.

15           THE COURT:  Overruled.

16      (Court reporter interruption.)

17           THE COURT:  Do you want to repeat your answer, Doctor?

18           Thank you.

19           THE WITNESS:  My answer is that I was asked to look at

20   the implications of his diagnosis and his profile in situations

21   that are public or social in nature, including legal

22   proceedings.

23   BY MR. BRENNER:

24   Q.  Right.  Now, this second question -- the second question,

25   you had never been qualified as an expert to talk about by any

```
 1   Court, correct?

 2   A.  I'm sorry.  I didn't quite get the question.

 3   Q.  Sure.  Sure.  I'm focusing on the second question -- oh,

 4   I'm sorry.

 5        MR. BRENNER:  Can I publish the demonstrative to the

 6   jury?  That was my mistake, Your Honor.  This is just a

 7   demonstrative.

 8        THE COURT:  Yes.

 9        And Liz, do you mind?

10        Thank you.

11        MR. BRENNER:  Your Honor, can I go back through that?

12   That was not in front of the jury, so I just want to --

13        THE COURT:  All right.  You may.

14   BY MR. BRENNER:

15   Q.  Okay.  So, Doctor, we were focusing on the second question

16   and I asked you -- you had told Ms. McGovern that you were

17   asked to comment on Dr. Wright in public settings, including

18   litigation, and I was pointing out that your -- what you put in

19   your report is that they asked you to focus on his presentation

20   in legal proceedings.  Do you remember those questions?

21   A.  Yes, I do.

22   Q.  Right.  And you told me and told the jury, but now they see

23   it in front of them, that, in your mind, what you were saying

24   there is public settings including legal proceedings, right?

25   A.  That is correct.
```

1   Q.  Okay.  Now, that question, question number two, is

2   something no Court has ever qualified you to be an expert to

3   talk about, correct?

4   A.  I'm trying to answer your question in an exact way.  I've

5   been in many courts and I have been engaged as an expert

6   witness in many cases in which I was asked to explain the

7   behavior of a person with autism in a public setting because

8   that's typically what they get themselves in trouble with.  So

9   I'm not sure that I fully understand what you're asking me.

10  Q.  Okay.  Sir, do you recall we talked about it?  I took your

11  deposition about a year and a half ago, right?

12  A.  Correct.

13          MR. BRENNER:  And I'm going to Page 63, line 20

14  through Page 64, line 12.  Obviously, taking out the attorney

15  colloquy.

16      (Pause in proceedings.)

17          MS. MCGOVERN:  I don't believe it's proper

18  impeachment, Your Honor.  Objection.

19          THE COURT:  The objection is overruled.  You may

20  continue.

21  BY MR. BRENNER:

22  Q.  You remember in that deposition you took the same oath you

23  took here today?

24  A.  Yes, sir.

25  Q.  Okay.  So let me just ask you -- I'm going to read to you a

1    question and answer.  You were asked:  "Have you ever been

2    qualified as an expert by any Court to talk about how an

3    individual who meets the criteria for autism spectrum

4    disorder -- how their testimony and presentation should be

5    evaluated in legal proceedings?"

6        And your answer is:  "I don't recall that specifically.

7    Typically, I'm asked to describe an individual and impact of

8    his or her presentation on a particular setting, and I don't

9    recall being asked specifically to put this within, say, a

10   legal proceeding such as a deposition or the court appearance."

11       Do you remember being asked those questions and giving

12   those answers?

13   A.  Yes, I do.

14   Q.  Thank you.

15       Okay.  So focusing a little bit on question one, when you

16   get the call -- do you remember if it was a call or an email,

17   the first communication?

18   A.  I believe it was an email.

19   Q.  Okay.  Great.

20       You had never heard of Dr. Wright, correct?

21   A.  I had never heard of Dr. Wright.

22   Q.  Okay.  And they -- they understood that you were -- well,

23   did you come to understand that they knew when they contacted

24   you that you were an autism expert?

25   A.  I believe that the reason why they contacted me is because

1    I'm a known autism expert.

2    Q.  Right.

3        In question one, they didn't ask for a general evaluation

4    of Dr. Wright.  They asked specifically does he meet the

5    criteria for ASD, or autism spectrum disorder, correct?

6    A.  I just would say that these are my words, not theirs.  I

7    think they wanted to -- they had a hint or a feeling that

8    Dr. Wright had autism and they wanted Dr. Wright to be

9    evaluated.

10   Q.  Right.  They came to an autism expert to evaluate

11   Dr. Wright?

12   A.  That is correct.

13   Q.  Okay.  First thing you did before you got any materials is

14   you went on YouTube and you searched for Dr. Wright.  Do you

15   recall that?

16   A.  Yes.

17   Q.  Okay.  You pulled up a video of Dr. Wright speaking.  Do

18   you recall that?

19   A.  Yes.  I spent about two to three minutes watching that

20   video.

21   Q.  Right.  And that -- that speech that you watched was

22   outside the litigation setting, correct?

23   A.  My recollection is that it appeared to be some kind of a

24   conference or a convention.

25   Q.  Okay.  So we're going to call that -- can we call that a

1    non-litigation Dr. Wright?  Is that fair?

2    A.  I would call that a two- or three-minute watching the

3    videotape in order to find out who is this person that I'm

4    asked to evaluate.

5    Q.  I'm not asking you the length of the video.  That was --

6    Dr. Wright was in a setting that was outside litigation?

7    A.  Oh, it was outside litigation.

8    Q.  Okay.  So we're going to call that -- excuse my

9    informality -- I'm going to say:  "CSW, Dr. Wright, outside

10   litigation" -- this is why I don't write.

11       Okay.  So that is -- this is "video speaking," right?  Did

12   I get that right?  Video of Dr. Wright speaking, fair?

13   A.  I believe that he was either giving a presentation or

14   answering questions.

15   Q.  Okay.  Right.  In the video, he was actually giving a

16   lecture on stage.  Do you remember that?

17   A.  I think so, yeah.

18   Q.  Okay.  And what you remember noticing was that -- first,

19   you noticed he was, quote:  "Very polished."  Do you remember

20   that?

21   A.  Yes.

22   Q.  Okay.  And you even said he looked like a Steve Jobs type,

23   right?

24   A.  Yes.

25   Q.  Steve Jobs being the founder of Apple?

1    A.   That is correct, yes.

2    Q.   Okay.  I got that one right.

3         Okay.  And you said he sounded like a visionary, talking

4    about lofty goals.  You remember that?

5    A.   Yes.

6    Q.   And after watching the video, your conclusion was that

7    Craig Wright could very well not be autistic?  That was your

8    conclusion just based on the video?

9    A.   Yeah.  Based on two-, three-minute watching what might have

10   been a stage performance, I would say that, yes, he could well

11   be a person without autism.

12   Q.   Correct.  And it's true that after watching that video --

13   and let me give you one more thing.  My questions for you are

14   going to be limited to the time until you issued your opinion

15   in this case, which was April 9th or 10th -- right?

16   A.   I believe so.  You have the reports in front of you.

17             THE COURT:  And, Mr. Brenner, let the Court know when

18   it might be a good time for us to take a lunch recess.

19             MR. BRENNER:  Okay.  Thank you.  Can I have one or two

20   more minutes?

21             THE COURT:  Yes.  Certainly.

22   BY MR. BRENNER:

23   Q.   So that's what my questions are premised on, okay?  Because

24   the opinion you shared today with Ms. McGovern you reached on

25   April 9th or 10th?

1              MS. MCGOVERN:  Objection, Your Honor.  Objection.

2    Misstates the record.

3              THE COURT:  Sustained.

4              MS. MCGOVERN:  He said:  "Shared the opinion with

5    Ms. McGovern."

6              Okay.  Thank you.

7    BY MR. BRENNER:

8    Q.  The opinion that you reached that you discussed with the

9    jury today you reached by April 9th or 10th of 2020?

10   A.  Yes.  I wrote the report by then.

11   Q.  Okay.  That's all I'm trying to establish.  After you

12   watched this video, which was -- which was like on April 5th,

13   if that's when you were contacted.  Let's assume it's right

14   around there.

15   A.  If you say so.  You have the emails, I'm sure.

16   Q.  I'm going to get there.  I promise.

17   A.  Okay.

18   Q.  You don't go and view any more video or anything else of

19   Dr. Wright in a public setting.  You stopped that line of

20   inquiry, right?

21   A.  Yes, because that's not the way that a clinical evaluation

22   is performed.

23   Q.  Right.  So you saw something that looked like non-autism

24   and you stopped looking for it, right?  You stopped looking for

25   any more video.

1          MS. MCGOVERN:  Objection.  Mischaracterizes the

2    testimony.

3          THE COURT:  Overruled.

4          You may answer.

5          THE WITNESS:  What I did was --

6          MS. MCGOVERN:  If he could please answer the question,

7    Your Honor.

8          THE COURT:  Go ahead and answer the question.

9          THE WITNESS:  I was asked to perform -- to become an

10   expert witness in a case.  And so I wanted to see who this

11   person is.  I put this person's name on Google.  It took me to

12   a video.  I heard it so that I had a sense of whether this

13   person was verbal or non-verbal, whether this person was

14   speaking in ways that -- just to give me a sense of where do I

15   start with this case.

16   BY MR. BRENNER:

17   Q.  Right.  And you told us what you found, what you saw on the

18   video already, correct?

19   A.  I told you my initial impression, yes.

20   Q.  Sure.

21          MR. BRENNER:  Your Honor, we could take our lunch

22   break now.

23          THE COURT:  All right.  Ladies and Gentlemen, let's

24   take an hour recess for lunch.  I'll see you back here at 1:35.

25          (Jury not present, 12:35 p.m.)

1          THE COURT:  Dr. Klin, we'll see you back here at 1:35.

2     All right, sir?  Have a pleasant lunch.

3          MR. BRENNER:  Thank you.

4        (Adjourned for lunch 12:36 p.m.)

```
 1   UNITED STATES OF AMERICA       )

 2   ss:

 3   SOUTHERN DISTRICT OF FLORIDA  )

 4                    C E R T I F I C A T E

 5         I, Yvette Hernandez, Certified Shorthand Reporter in

 6   and for the United States District Court for the Southern

 7   District of Florida, do hereby certify that I was present at

 8   and reported in machine shorthand the proceedings had the 19th

 9   day of November, 2021, in the above-mentioned court; and that

10   the foregoing transcript is a true, correct, and complete

11   transcript of my stenographic notes.

12         I further certify that this transcript contains pages

13   1 - 119.

14         IN WITNESS WHEREOF, I have hereunto set my hand at

15   Miami, Florida this 29th day of November, 2021.

16

17                      /s/Yvette Hernandez
                        Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                      400 North Miami Avenue, 10-2
                        Miami, Florida 33128
19                      (305) 523-5698
                        yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```

**COURTROOM DEPUTY:**
**[3]** 35/18 36/3
36/5
**MR. BRENNER: [41]**
3/4 44/3 44/6 44/9
63/6 63/22 63/25
64/3 64/22 65/2
65/19 69/19 71/1
72/5 72/8 79/13
83/1 83/3 91/11
93/15 93/17 93/19
94/24 95/7 98/21
99/15 99/20 100/11
101/23 102/5
102/22 103/3 103/6
103/10 107/19
110/5 110/11
111/13 115/19
117/21 118/3
**MR. FREEDMAN: [8]**
3/6 3/12 5/7 5/15
6/21 6/25 7/5 16/5
**MR. RIVERO: [4]**
7/3 16/7 65/22
66/2
**MR. ROCHE: [21]**
7/24 8/17 9/7 11/6
11/8 13/5 14/21
18/7 18/23 24/13
27/16 28/18 29/6
29/8 30/18 32/10
32/14 33/7 34/17
35/4 103/8
**MS. MCGOVERN: [65]**
3/5 3/13 3/16
3/18 3/21 3/23
3/25 4/7 4/23 4/25
5/2 5/14 6/8 7/12
7/21 9/6 9/17 12/7
13/17 15/7 15/19
15/21 15/25 18/8
18/12 19/14 21/10

25/8 25/24 26/11
29/10 31/16 31/21
32/8 33/6 33/8
33/15 33/17 34/14
34/19 35/2 35/10
44/5 69/21 72/10
79/15 93/16 93/18
95/10 99/21 102/24
103/1 106/10
106/17 106/22
109/11 109/13
111/17 116/1 116/4
117/1 117/6
**THE COURT: [112]**
3/2 3/10 3/15 3/17
3/19 3/22 3/24 4/4
4/21 4/24 5/1 5/5
5/10 5/20 6/11
6/24 7/2 7/4 7/6
7/13 8/14 9/2 9/11
11/7 12/5 13/19
15/8 15/20 15/24
16/1 16/6 16/8
16/10 16/21 17/9
17/11 18/11 18/24
19/17 21/14 24/14
26/15 27/17 28/20
29/7 29/9 29/11
30/19 30/23 31/17
32/9 32/12 33/9
33/16 33/23 34/15
34/18 34/20 35/3
35/5 35/8 35/13
35/15 35/21 36/1
44/7 63/10 63/20
63/24 64/2 64/15
64/25 65/3 65/20
65/24 66/4 69/23
71/2 72/7 72/15
79/14 83/2 91/12
95/2 95/9 95/12
98/22 99/16 99/23
100/12 101/24

103/5 103/11
106/12 106/19
106/23 109/12
109/15 109/17
110/8 110/13
111/19 115/17
115/21 116/3 117/3
117/8 117/23 118/1
**THE WITNESS: [14]**
17/10 17/13 27/18
30/21 34/16 35/14
35/25 36/2 36/4
44/12 100/13
109/19 117/5 117/9

**$**

**$14,101 [1]** 17/25
**$14,102 [3]** 17/22
18/18 18/20
**$5,000 [1]** 21/3
**$6,303 [1]** 20/1
**$600 [1]** 99/8
**$90 [1]** 45/25

**'**

**'90s [4]** 8/2 8/11
8/22 8/24
**'come [1]** 86/18

**/**

**/s/Yvette [1]**
119/17

**0**

**0.5 [1]** 51/13

**1**

**1's [1]** 23/23
**10 [4]** 1/11 7/19
11/16 65/8
**10-2 [2]** 1/24
119/18
**100 [1]** 1/17
**1000 [1]** 1/22

**1**

**103 [1]** 2/10
**1052 [1]** 14/7
**1065 [1]** 31/13
**1099 [1]** 23/7
**10:58 [2]** 63/19
 63/21
**10th [3]** 115/15
 115/25 116/9
**11 [2]** 7/19 11/17
**1165 [1]** 14/9
**119 [3]** 1/8 2/2
 119/13
**11:13 [1]** 63/21
**11:16 [1]** 66/3
**12 [8]** 13/5 17/21
 17/25 18/16 19/4
 19/21 19/25 111/14
**12:30 [1]** 63/16
**12:35 [1]** 117/25
**12:36 [1]** 118/4
**13 [1]** 1/9
**14 [1]** 95/10
**15 [1]** 63/18
**15-minute [2]**
 63/15 63/20
**150 [2]** 22/25
 78/17
**17 [1]** 2/7
**17-page [1]** 52/3
**18 [2]** 11/10 22/8
**183 [1]** 14/7
**19 [4]** 1/5 9/5
 15/22 22/8
**1944 [1]** 48/9
**1980 [1]** 42/3
**1983 [1]** 36/22
**1985 [1]** 40/9
**1987 [1]** 55/18
**1988 [1]** 36/25
**1994 [2]** 39/19
 40/19
**19th [1]** 119/8

**1:30 [1]** 63/16
**1:35 [2]** 117/24
 118/1

**2**

**20 [6]** 6/5 23/8
 23/9 37/5 53/5
 111/13
**200 [1]** 1/14
**200-page [1]** 78/17
**2000 [2]** 40/3
 41/12
**2001 [1]** 52/14
**2002 [1]** 14/10
**2010 [3]** 17/17
 17/25 18/21
**2011 [4]** 21/6 37/8
 45/24 52/20
**2012 [2]** 25/12
 31/4
**2013 [4]** 22/19
 31/5 31/6 34/8
**2014 [4]** 29/3
 33/12 34/4 34/11
**2015 [1]** 14/8
**2019 [1]** 51/11
**2020 [2]** 106/25
 116/9
**2021 [3]** 1/5 119/9
 119/15
**21 [4]** 9/5 13/5
 15/23 45/16
**23 [1]** 64/9
**23rd [1]** 6/13
**24th [1]** 22/19
**25-mile [1]** 87/25
**2525 [1]** 1/22
**28 [4]** 11/8 11/10
 12/13 14/5
**2800 [1]** 1/17
**28th [1]** 6/1
**29 [4]** 7/19 11/9
 11/16 18/17
**29th [3]** 6/5 6/14

**2nd [1]** 1/17

**3**

**3,500 [1]** 45/20
**30 [7]** 3/7 31/5
 31/5 38/16 40/10
 55/16 83/18
**300 [1]** 22/25
**305 [1]** 119/19
**31 [2]** 19/4 31/24
**32 [2]** 2/8 52/19
**33128 [2]** 1/25
 119/18
**33131 [2]** 1/14
 1/18
**33134 [1]** 1/22
**35 [3]** 38/16 88/11
 94/4
**36 [1]** 2/9
**37 [1]** 87/24
**38 [3]** 9/3 9/5
 15/22
**3:00 [2]** 63/14
 63/17

**4**

**40 [2]** 9/11 55/16
**400 [2]** 1/24
 119/18
**41 [1]** 21/17
**42 [1]** 59/2
**424 [1]** 45/18
**45 [1]** 88/1
**46 [1]** 58/25
**49 [5]** 53/11 54/12
 54/13 57/2 57/5

**5**

**5,000 [1]** 21/8
**5,500 [1]** 45/19
**50 [1]** 55/7
**500 [1]** 84/1
**523-5698 [1]**
 119/19

**5**

**54 [2]**   54/20 105/3
**5500 [1]**   1/14
**56 [1]**   29/18
**5698 [1]**   119/19
**5th [1]**   116/12

**6**

**63 [2]**   32/2 111/13
**6303 [1]**   32/2
**64 [1]**   111/14
**6:15 [1]**   84/15

**8**

**80 [1]**   23/9
**80-20 [1]**   23/8
**816 [1]**   14/9

**9**

**90 [2]**   7/1 7/4
**99.9 [1]**   59/23
**9:18 [2]**   1/6 3/1
**9:18-cv-80176-BB
 [1]**   1/2
**9:36 [1]**   16/9
**9th [3]**   115/15
 115/25 116/9

**A**

**a.m [7]**   1/6 3/1
 16/9 63/19 63/21
 63/21 66/3
**abilities [1]**
 56/22
**ability [15]**   43/5
 43/9 43/17 58/20
 59/10 59/21 59/23
 64/12 67/3 67/7
 67/18 73/10 84/10
 96/21 98/7
**able [15]**   4/1 5/11
 20/7 47/7 47/9
 48/19 59/13 59/13
 65/14 75/11 84/19
 87/1 87/23 89/10

**about [102]**   3/7
 3/9 8/6 8/8 8/21
 8/24 11/13 11/14
 11/18 11/22 23/12
 32/22 32/22 39/11
 41/14 41/18 43/23
 45/9 45/11 45/20
 47/5 50/6 51/2
 51/13 54/13 56/7
 56/25 57/11 58/10
 58/11 58/25 59/23
 61/22 62/14 63/4
 65/16 67/18 68/21
 68/22 68/23 68/24
 68/25 69/4 69/8
 69/9 69/25 70/6
 70/18 72/19 72/20
 72/24 73/3 73/3
 73/5 73/7 74/4
 74/7 75/12 75/22
 76/20 78/2 78/3
 78/8 78/9 79/8
 80/9 80/21 81/7
 81/18 81/24 84/5
 86/4 87/18 88/3
 88/19 92/6 93/13
 93/21 94/22 95/20
 95/21 95/24 96/8
 96/9 96/19 97/4
 98/5 101/20 101/21
 104/7 104/9 104/14
 104/24 106/3
 106/16 109/25
 111/3 111/10
 111/11 112/2
 113/19 115/4
**above [1]**   119/9
**above-mentioned [1]**
 119/9
**absent [1]**   79/25
**absolutely [4]**
 73/11 80/13 100/6
 106/7

**absorbing [1]**
 68/21
**abstraction [1]**
 85/15
**accept [1]**   3/11
**acceptable [1]**
 6/20
**acceptance [1]**
 100/4
**access [6]**   38/9
 46/10 46/17 47/18
 57/3 65/23
**accompanied [1]**
 75/10
**accompli [1]**   51/7
**accomplish [3]**
 47/9 53/21 81/19
**accomplishments [1]**
 44/1
**accordingly [1]**
 26/14
**account [4]**   75/16
 76/1 76/16 92/21
**accountant [12]**
 7/17 8/4 8/9 8/13
 8/18 10/7 10/12
 14/12 14/18 26/7
 30/4 33/24
**accountant-client
 [3]**   8/4 10/12
 14/12
**accounting [7]**
 11/11 11/23 12/15
 23/3 25/5 30/8
 33/2
**accounting-related
 [1]**   11/11
**accounts [1]**   31/11
**accurate [4]**   5/21
 19/10 19/11 40/15
**achieve [1]**   91/7
**acquire [2]**   59/22
 70/10
**acquired [1]**   80/14

**A**

**Acquisition [1]**
14/9

**acronym [1]** 39/24

**across [1]** 88/21

**Act [1]** 54/25

**action [1]** 89/11

**actively [1]** 27/5

**activities [3]**
11/11 52/16 76/15

**actually [13]** 4/10
28/14 49/24 59/4
74/16 80/16 83/16
85/8 85/23 86/12
95/10 108/21
114/15

**Adaptive [3]** 53/1
58/19 67/2

**add [1]** 12/14

**addition [5]** 10/11
10/16 12/22 13/3
88/9

**additional [3]**
7/22 74/5 74/6

**address [9]** 7/6
9/13 30/7 30/8
50/2 50/15 54/2
56/17 108/9

**addressable [1]**
107/18

**ADIR [2]** 77/16
77/18

**Adjourned [1]**
118/4

**adjourning [1]**
63/14

**adjust [5]** 60/25
96/25 97/4 97/6
98/2

**adjustment [3]**
97/15 97/18 97/19

**adjustments [1]**
42/13

**administered [2]**
68/7 77/20

**admitted [5]** 19/15
21/11 21/16 26/14
29/18

**adolescent [3]**
76/25 77/2 80/2

**adolescents [3]**
49/6 61/14 89/4

**adopt [2]** 81/21
98/12

**ADOS [2]** 68/8
77/20

**adult [5]** 53/19
54/14 80/2 96/10
96/10

**adulthood [1]**
55/16

**adults [7]** 38/18
38/20 38/25 39/1
55/15 61/14 89/4

**advance [1]** 12/23

**adversarial [2]**
87/10 87/20

**advice [12]** 10/4
10/8 10/19 11/4
11/10 11/11 12/15
12/15 12/19 12/20
32/23 33/3

**advise [2]** 3/13
4/5

**advocacy [5]** 44/24
45/2 49/3 60/2
98/19

**advocate [1]** 48/20

**advocates [4]**
41/23 88/8 102/15
102/21

**affect [2]** 96/21
104/20

**affected [1]** 15/16

**affects [2]** 88/13
104/11

**afraid [1]** 107/10

**African [1]** 46/14

**African-American**
**[1]** 46/14

**after [15]** 8/2 8/2
12/12 25/25 30/2
41/2 41/11 55/7
86/17 86/19 90/14
90/14 115/6 115/12
116/11

**after.' [1]** 86/18

**afternoon [1]**
63/17

**again [10]** 11/3
16/13 27/11 27/21
28/24 83/1 94/6
103/16 104/24
106/17

**against [2]** 12/25
64/12

**age [20]** 53/11
54/12 54/15 54/15
54/17 55/6 56/16
57/3 57/4 57/5
71/20 72/18 73/16
87/1 87/1 87/2
98/10 98/10 105/4
105/6

**agency [1]** 44/19

**ages [2]** 38/17
83/16

**aggregated [1]**
55/10

**ago [7]** 9/20 13/4
44/18 55/16 64/6
103/17 111/11

**agree [3]** 23/3
104/1 105/12

**agreed [3]** 13/9
51/17 82/18

**Ah [1]** 30/23

**ahead [3]** 3/2 64/2
117/8

**aimed [1]** 14/23

**algebra [1]** 73/15

**A**

**algorithm [2]**
78/21 78/22
**alienate [1]** 95/25
**alienated [1]**
49/11
**alienating [1]**
69/16
**alike [1]** 79/22
**all [83]** 3/10 4/4
5/1 5/10 5/22 6/11
7/4 7/6 7/13 9/2
9/11 10/2 10/10
11/7 12/5 16/1
16/3 16/13 16/17
17/4 17/11 18/11
19/17 24/25 30/8
30/9 31/17 32/9
32/19 34/18 34/20
35/5 35/8 38/10
38/17 39/8 41/25
42/8 42/19 46/10
46/20 48/22 54/20
60/19 60/20 65/3
65/5 65/8 66/4
66/11 66/11 68/4
68/21 73/3 76/2
77/22 78/25 79/7
80/1 81/2 81/8
83/15 83/15 84/15
86/2 86/9 86/12
86/13 86/22 88/22
89/6 90/23 93/1
94/1 97/10 98/14
103/2 107/18
108/24 110/13
116/11 117/23
118/2
**all-absorbing [1]**
68/21
**allow [7]** 27/17
30/19 33/24 34/15
70/8 78/18 100/12

**allowed [1]** 33/19
**allows [3]** 20/21
38/10 47/3
**almost [8]** 49/2
51/6 66/22 67/6
70/10 71/23 72/21
103/17
**alone [4]** 52/8
53/7 68/23 77/1
**along [2]** 58/21
67/4
**already [4]** 9/4
14/14 57/5 117/18
**also [39]** 3/13
18/17 19/14 30/16
35/19 37/10 38/3
39/25 41/23 42/17
43/8 45/17 46/23
49/22 51/20 52/20
52/24 53/23 57/5
57/25 58/14 58/18
59/2 65/15 66/23
67/21 68/8 70/14
76/17 77/19 77/21
82/4 82/11 84/10
84/21 88/10 96/4
96/6 104/21
**although [1]** 37/22
**always [2]** 69/15
89/23
**am [13]** 1/9 11/17
28/23 34/9 34/16
37/10 46/25 46/25
61/18 97/1 99/3
99/8 100/20
**AMANDA [1]** 1/20
**America [2]** 49/4
119/1
**American [2]** 41/24
46/14
**AMI [5]** 2/9 4/17
35/11 35/17 36/2
**among [2]** 42/23
79/21

**amongst [1]** 89/16
**amount [4]** 15/15
19/24 43/10 57/15
**analysis [4]** 7/14
9/25 91/20 95/5
**analyze [1]** 66/15
**ANDRES [1]** 1/19
**ANDREW [1]** 1/16
**anecdote [1]** 87/22
**annual [2]** 22/23
22/24
**another [13]** 41/4
41/4 45/20 51/20
51/21 62/5 73/14
74/16 86/19 89/13
91/5 94/2 99/24
**answer [26]** 8/16
11/5 11/23 12/16
15/6 24/2 24/4
41/16 56/13 57/21
63/8 64/5 64/6
64/23 83/19 86/17
87/12 109/11
109/17 109/19
111/4 112/1 112/6
117/4 117/6 117/8
**answered [2]** 34/14
99/20
**answering [2]**
11/17 114/14
**answers [3]** 10/9
10/25 112/12
**antibiotic [1]**
90/20
**anticipate [2]**
5/11 6/13
**anxiety [1]** 89/16
**anxious [1]** 89/15
**any [49]** 5/6 7/16
9/15 9/21 10/25
12/25 14/11 15/5
15/12 20/18 27/2
29/3 29/4 31/14
32/9 32/22 33/3

**A**

**any... [32]**   34/11
34/18 34/21 34/21
34/22 42/6 65/13
65/14 66/15 69/1
70/10 71/4 73/17
74/5 74/6 78/5
91/15 91/18 91/19
93/9 96/11 96/14
98/18 101/5 105/24
105/25 107/14
109/25 112/2
113/13 116/18
116/25
**anybody [1]**   20/19
**anyone [2]**   17/2
34/25
**anything [17]**
11/18 12/5 15/20
16/2 16/4 20/13
26/5 54/13 65/20
79/6 80/11 84/4
87/11 93/13 93/21
102/9 116/18
**anywhere [1]**   72/9
**apart [1]**   57/13
**apologize [5]**   3/7
16/12 18/5 24/3
26/12
**apparent [1]**   71/21
**apparently [1]**
20/11
**appear [2]**   7/13
9/12
**appearance [1]**
112/10
**Appearances [1]**
1/12
**appeared [1]**
113/23
**appears [2]**   7/9
9/4
**Apple [1]**   114/25

**applies [2]**   4/6
56/23
**apply [2]**   7/15
9/25
**appointed [1]**   37/4
**appreciate [2]**
12/14 24/3
**approach [2]**   60/23
89/3
**approached [1]**
36/17
**approaches [1]**
94/5
**appropriate [3]**
10/20 15/18 65/1
**approximately [1]**
105/3
**April [8]**   34/8
106/25 107/3 107/3
115/15 115/25
116/9 116/12
**are [199]**
**area [5]**   47/1 47/7
62/10 86/25 91/7
**areas [7]**   44/24
60/8 68/13 68/17
69/4 81/6 87/14
**argument [3]**   6/23
9/15 13/3
**arguments [1]**   5/13
**around [3]**   51/15
98/10 116/14
**arrangements [3]**
6/14 6/17 65/5
**arrives [1]**   77/3
**articulate [3]**
49/13 59/13 80/15
**as [125]**
**ascertain [1]**
56/22
**ascribe [1]**   39/25
**ASD [2]**   56/11
113/5
**aside [1]**   61/5

**ask [40]**   7/12 7/20
11/3 11/9 11/24
13/12 14/15 15/3
19/15 19/19 21/17
22/12 23/12 26/21
26/22 28/14 28/16
32/1 32/12 34/21
40/7 43/23 56/7
65/24 68/4 69/25
72/24 75/1 78/8
79/8 80/9 86/4
98/5 99/11 99/24
101/20 104/7 104/8
111/25 113/3
**asked [50]**   8/17
8/17 10/7 14/22
31/24 34/14 36/10
36/14 40/3 40/21
41/14 50/2 50/7
50/13 50/15 50/15
51/18 53/5 56/16
57/9 74/16 74/19
83/7 84/13 91/21
98/24 99/20 100/9
101/2 101/7 101/11
101/15 107/22
108/17 108/18
108/18 108/21
108/22 109/19
110/16 110/17
110/19 111/6 112/1
112/7 112/9 112/11
113/4 114/4 117/9
**asking [11]**   11/13
11/14 12/18 13/11
13/12 32/22 63/4
83/6 107/13 111/9
114/5
**Asperger [1]**   48/8
**Asperger's [18]**
39/22 40/4 40/8
47/23 48/1 48/3
48/4 48/8 48/11
48/12 48/18 48/23

**A**

**Asperger's... [6]**
48/25 50/3 51/2
59/9 81/3 89/14
**assert [1]**  30/21
**asserting [1]**  14/2
**assertion [2]**  13/2
14/16
**assessing [1]**  66/9
**assessment [3]**
53/17 79/12 95/15
**assessments [1]**
47/11
**assets [1]**  8/8
**assistant [1]**
96/14
**assists [1]**  98/18
**associated [5]**
27/7 46/12 47/12
47/21 52/24
**Association [2]**
41/25 49/4
**assume [2]**  109/7
116/13
**assuming [1]**  11/17
**Atlanta [4]**  37/9
37/12 37/19 98/17
**Attach [3]**  18/1
18/2 19/21
**Attached [1]**  31/3
**attained [2]**  39/4
45/25
**attempt [2]**  10/1
61/2
**attempts [1]**  69/15
**attention [1]**
55/14
**attorney [2]**
107/15 111/14
**attorneys [6]**
15/11 15/13 36/15
51/9 51/17 107/2
**attractive [1]**

**attributes [1]**
23/16
**Australia [1]**  72/2
**author [1]**  52/25
**autism [170]**
**autistic [2]**  73/2
115/7
**Avenue [2]**  1/24
119/18
**award [1]**  44/18
**awards [4]**  44/1
44/13 44/17 45/9
**aware [15]**  34/8
34/10 34/10 34/10
34/16 40/25 48/13
51/19 55/21 60/19
60/22 61/18 88/20
101/21 102/14
**awareness [11]**
39/10 42/22 54/18
60/14 60/19 60/23
61/3 67/19 93/24
101/21 102/19
**away [2]**  62/17
104/8

**B**

**Babies [2]**  45/5
98/9
**bachelor's [1]**
36/21
**back [25]**  6/1 6/4
9/21 9/25 12/25
13/19 24/23 29/14
31/21 31/23 32/19
58/1 61/5 62/8
63/18 65/4 66/4
83/15 90/22 96/13
97/25 108/6 110/11
117/24 118/1
**background [1]**
36/20
**bad [3]**  43/18

**baffled [1]**  89/17
**bank [1]**  8/19
**banking [1]**  30/9
**Barnett [4]**  16/15
16/18 16/19 16/22
**Barnett's [1]**
16/15
**based [10]**  13/6
14/13 40/13 46/9
78/6 82/2 94/3
105/18 115/8 115/9
**baseline [1]**  78/13
**basically [10]**
49/18 55/8 78/18
80/6 82/19 84/19
85/22 88/4 89/4
90/13
**basis [9]**  29/7
33/16 33/17 43/6
65/13 69/22 72/7
83/2 83/18
**BB [1]**  1/2
**be [123]**
**BEACH [1]**  1/2
**bear [1]**  74/7
**bears [1]**  14/11
**beat [1]**  86/16
**became [10]**  39/2
48/13 48/14 52/1
52/16 52/20 57/10
69/9 71/21 85/5
**because [74]**  5/16
5/21 6/17 7/15
8/23 11/21 11/24
13/13 14/22 16/14
32/13 38/21 38/25
39/9 40/5 40/20
42/9 42/12 42/17
47/6 47/16 49/5
49/12 49/22 50/8
52/1 53/10 53/12
54/7 54/23 56/16
56/18 57/18 57/20

**B**

**because... [40]**
58/23 59/13 60/3
61/13 61/21 62/2
63/14 64/13 69/11
70/12 70/14 70/17
71/13 71/14 71/24
72/23 74/17 75/10
80/16 85/24 87/16
87/18 88/24 89/13
89/17 91/9 91/24
92/1 94/17 96/15
102/17 103/21
105/6 105/17
105/17 108/8 111/7
112/25 115/23
116/21
**become [14]** 61/7
61/14 62/14 64/20
70/20 70/23 80/21
89/20 90/14 92/22
92/23 96/6 102/21
117/9
**becomes [5]** 42/19
60/5 64/25 71/10
92/20
**becoming [3]** 37/5
69/3 88/17
**been [40]** 4/1 8/10
9/16 9/17 9/21
9/25 12/9 12/21
12/24 19/14 21/11
21/12 21/16 26/13
26/14 29/17 36/10
36/13 37/13 38/15
40/7 40/7 40/24
44/23 49/6 51/1
61/25 64/16 86/1
90/4 92/15 92/16
92/16 100/8 103/22
109/25 111/5 111/5
112/1 115/10
**before [16]** 1/10

26/21 35/21 43/25
53/7 58/19 65/4
65/20 66/3 87/19
98/24 99/10 113/13
**began [2]** 38/17
40/9
**begin [3]** 10/23
61/10 98/9
**beginning [3]** 7/18
14/3 100/20
**begun [1]** 27/5
**behalf [7]** 2/6
16/4 16/6 22/9
30/21 35/3 50/14
**behave [1]** 57/20
**behavior [22]**
43/12 43/13 49/15
50/20 53/1 58/19
60/25 61/1 61/20
61/24 67/2 73/1
73/1 77/13 85/2
97/1 97/7 102/15
102/17 104/12
107/14 111/7
**behaviors [5]**
67/22 68/11 68/18
68/18 77/13
**being [42]** 13/3
16/12 19/3 23/7
24/15 33/18 44/22
45/5 46/2 47/13
50/4 50/9 54/13
55/25 60/19 60/20
61/6 62/5 72/20
72/20 75/10 75/18
76/22 84/20 85/22
86/23 88/2 88/3
88/16 88/25 90/21
91/4 91/5 91/5
92/10 93/4 94/2
99/4 99/7 112/9
112/11 114/25
**beings [1]** 94/18

**beliefs [2]** 61/21
61/21
**believe [32]** 4/21
7/15 9/11 10/19
15/8 15/12 15/17
24/1 26/13 31/23
31/24 33/23 37/14
38/13 54/15 56/10
66/23 76/17 82/4
83/18 83/19 84/22
88/10 88/24 100/24
102/10 107/3
111/17 112/18
112/25 114/13
115/16
**believes [1]** 14/15
**beneficial [1]**
92/19
**best [9]** 51/24
53/22 54/4 54/10
57/20 58/7 67/2
79/5 85/15
**BETH [1]** 1/10
**better [5]** 6/12
42/22 42/24 55/6
57/6
**between [9]** 4/6
7/17 8/1 14/18
20/15 20/20 22/25
101/4 101/8
**beyond [5]** 7/22
8/23 42/15 94/25
95/7
**bible [1]** 39/24
**big [3]** 70/24
91/23 95/24
**billable [1]** 99/8
**billings [1]** 25/6
**birthday [6]** 16/15
16/16 16/16 16/18
16/19 55/8
**Biscayne [1]** 1/14
**bit [9]** 40/5 40/13
45/11 65/16 76/20

# B

**bit... [4]** 79/8
80/9 89/6 112/15
**Bitcoin [19]** 8/7
8/10 8/11 8/21
8/25 9/3 10/7
11/22 12/19 12/20
28/17 29/1 29/5
33/13 33/13 34/5
34/5 34/12 101/17
**blind [3]** 62/1
70/14 70/14
**blindness [1]** 62/2
**blocks [1]** 94/8
**BLOOM [1]** 1/10
**bodily [1]** 62/21
**BOIES [1]** 1/15
**book [10]** 39/25
41/22 42/18 42/21
47/23 47/25 48/1
48/4 48/12 48/23
**bookkeeping [2]**
24/25 30/9
**books [3]** 31/12
48/2 65/5
**born [2]** 56/20
94/17
**both [17]** 6/20
12/3 37/3 37/24
38/4 44/24 45/2
46/18 52/15 52/16
52/22 67/9 67/25
68/7 77/14 79/19
81/12
**bottom [3]** 21/19
21/20 21/25
**Boulevard [1]** 1/22
**brain [7]** 43/2
43/16 45/4 46/8
47/2 90/7 104/19
**break [7]** 40/5
40/12 62/9 63/15
98/14 106/6 117/22

**breaking [1]** 49/15
**BRENNER [10]** 1/16
2/10 9/20 10/3
12/13 13/9 14/4
64/20 106/23
115/17
**brief [6]** 4/20
4/20 60/18 70/4
72/17 108/4
**briefly [4]** 46/24
63/23 75/6 99/21
**bright [2]** 55/13
76/13
**bring [6]** 6/4 16/8
65/4 74/6 80/1
107/19
**bringing [1]** 70/18
**broad [1]** 58/24
**broader [1]** 93/2
**brought [1]** 12/23
**building [2]** 45/19
94/8
**bulk [1]** 75/9
**bullied [2]** 56/3
69/17
**bunch [2]** 92/17
93/4
**burden [2]** 9/15
14/11
**business [18]** 8/8
17/20 17/25 18/20
19/5 19/9 19/20
19/21 19/24 20/9
21/3 21/7 27/5
28/3 28/4 32/3
85/6 101/17
**businesses [2]**
20/7 25/6

# C

**C-EZ [6]** 19/22
20/4 20/14 20/15
21/2 32/2
**California [1]**

**call [14]** 3/1 4/6
4/19 12/8 59/1
67/1 68/20 96/13
112/16 112/16
113/25 113/25
114/2 114/8
**called [30]** 28/7
41/6 44/20 45/4
47/23 48/1 48/12
49/3 51/23 53/1
54/4 54/7 58/12
58/14 58/18 61/20
62/1 62/25 67/13
67/16 68/7 68/18
75/1 76/9 80/6
81/11 89/3 92/16
92/16 96/9
**calling [2]** 4/8
4/16
**calls [6]** 24/13
27/16 29/6 30/19
35/10 53/23
**came [4]** 22/16
52/20 102/10
113/10
**can [58]** 3/14 3/21
3/23 4/5 4/7 6/6
6/6 6/15 7/6 8/11
10/13 12/16 14/15
15/14 15/21 17/7
19/24 20/19 20/19
22/11 28/20 32/12
32/17 32/18 34/23
42/1 42/24 46/20
53/19 53/20 54/2
57/21 59/6 59/19
63/10 64/21 68/11
71/4 76/6 76/9
78/20 81/24 87/11
90/24 90/25 94/8
96/13 96/16 97/7
103/6 104/1 104/20
105/23 107/17

**C**

**can... [4]** 110/5
110/11 113/25
115/19
**can't [6]** 6/2
11/24 16/16 42/1
61/19 83/3
**cannot [10]** 5/22
42/9 42/9 49/20
59/17 70/19 91/9
91/10 96/5 96/11
**capitalized [1]**
27/9
**care [9]** 37/24
38/2 44/24 45/15
50/1 50/6 52/22
58/20 67/3
**career [2]** 38/18
44/2
**careful [1]** 30/3
**caregiver [1]**
75/18
**caregivers [1]**
75/18
**Carter [1]** 30/17
**case [51]** 1/2 4/2
4/11 5/12 5/25
6/15 10/6 13/20
13/20 14/7 14/10
15/2 15/14 15/16
21/17 36/11 36/14
42/10 42/10 43/24
49/21 50/13 50/14
51/4 51/11 51/17
53/18 53/25 54/8
54/9 59/9 59/20
67/6 87/8 96/4
99/1 99/1 99/5
99/10 99/12 100/14
100/17 101/3 101/6
101/11 101/15
106/15 107/8
115/15 117/10

**cases [5]** 13/22
13/23 13/24 51/12
111/6
**cause [1]** 90/17
**caused [1]** 37/18
**causing [1]** 72/23
**cautionary [1]**
15/12
**CDC [1]** 105/6
**Celine [2]** 52/10
74/11
**center [16]** 37/8
38/1 38/2 38/9
39/4 44/16 45/12
45/14 45/15 45/24
52/20 89/1 98/17
98/17 104/6 105/7
**center's [1]**
104/10
**centers [3]** 42/19
46/3 47/16
**central [2]** 15/1
66/18
**cerebral [1]** 43/14
**certain [5]** 13/24
20/7 33/20 88/16
96/12
**certainly [18]**
3/10 3/10 3/24
13/14 14/14 15/10
15/14 31/17 46/25
48/2 63/10 63/24
71/21 100/18 103/5
103/23 107/2
115/21
**Certificate [1]**
2/2
**certified [2]**
33/24 119/5
**certify [2]** 119/7
119/12
**cetera [1]** 24/11
**chair [1]** 45/3

**challenge [1]**
56/16
**challenges [5]**
38/22 43/21 47/6
67/10 105/14
**challenging [1]**
51/22
**change [6]** 43/11
68/19 73/6 73/6
96/11 96/16
**changed [1]** 10/22
**changes [1]** 54/24
**characteristic [4]**
67/23 69/13 80/7
81/3
**characteristics [2]**
89/22 90/1
**characterize [1]**
69/2
**characterized [3]**
43/10 59/5 61/25
**chief [2]** 37/10
37/11
**child [23]** 37/5
42/4 42/5 42/10
43/14 43/15 46/14
46/16 49/3 49/14
49/19 49/19 49/19
55/5 56/20 56/21
57/4 57/9 62/15
76/4 80/2 80/2
80/16
**child's [3]** 43/8
55/6 56/22
**children [38]** 38/2
42/11 42/12 43/3
45/6 45/15 45/19
45/20 45/22 46/20
48/20 49/5 49/7
49/21 49/21 49/23
49/24 49/25 50/3
50/6 50/8 54/21
54/23 55/1 55/7
55/12 61/13 69/11

**C**

**children... [10]**
76/23 80/15 80/18
85/23 86/15 86/25
89/4 97/11 105/3
105/8
**children's [3]**
37/9 37/11 55/3
**Chinese [1]** 84/16
**Choi [2]** 4/19 4/21
**Choice [1]** 14/9
**choose [2]** 20/19
74/1
**chosen [1]** 30/3
**church [1]** 97/2
**circumscribed [10]**
62/11 68/20 68/25
73/17 80/22 93/25
94/23 95/16 95/21
95/22
**circumstance [3]**
20/21 26/25 27/23
**circumstances [4]**
27/6 27/12 99/18
100/8
**cited [1]** 13/23
**cites [1]** 14/5
**cities [1]** 47/17
**civil [1]** 100/24
**clarification [2]**
31/25 41/13
**clarify [4]** 12/9
15/21 82/14 90/3
**classical [1]**
50/25
**Classification [1]**
41/6
**claw [2]** 9/21 9/25
**claw-back [1]** 9/25
**clear [11]** 10/3
13/6 22/17 24/5
28/25 31/20 32/21
52/4 57/11 94/13

**clearance [1]**
47/14
**clearly [1]** 14/23
**client [15]** 7/17
8/4 8/18 10/12
11/18 14/12 14/19
22/4 22/5 26/6
26/7 28/11 30/22
30/24 36/17
**client's [1]** 36/15
**clients [1]** 29/3
**clinical [27]**
36/18 37/3 37/21
37/24 38/2 39/17
40/22 44/24 45/15
46/8 46/9 47/11
47/14 48/16 48/24
48/25 51/25 52/9
52/11 52/15 52/17
52/21 52/22 52/24
53/4 79/4 116/21
**clinician [9]** 44/2
46/25 48/9 54/4
78/25 79/7 94/6
94/11 105/11
**clinicians [5]**
41/22 41/24 53/23
55/20 60/7
**close [3]** 53/5
68/6 86/8
**closely [1]** 52/15
**closing [2]** 5/13
6/23
**CLR [1]** 119/17
**club [1]** 81/1
**cluster [1]** 68/18
**co [1]** 45/3
**co-chair [1]** 45/3
**coach [1]** 90/11
**cognition [4]**
60/15 61/17 67/20
93/24
**cognition/social
[1]** 61/17

**cognitive [1]** 67/7
**cognitively [1]**
61/7
**coincidentally [1]**
65/4
**collaborated [1]**
41/8
**collaborative [1]**
84/4
**colleague [5]**
39/16 40/21 48/21
52/9 74/11
**colleagues [2]**
39/9 100/19
**collecting [1]**
58/10
**colloquial [1]**
97/12
**colloquy [1]**
111/15
**combination [1]**
60/13
**combine [1]** 79/6
**come [18]** 5/22 6/1
9/23 12/25 28/6
32/10 53/15 53/25
54/3 69/5 86/17
91/15 91/18 92/1
92/11 92/14 108/3
112/23
**comes [1]** 79/1
**comfortable [2]**
35/23 65/12
**comfortably [1]**
96/13
**coming [8]** 26/9
32/19 39/8 41/7
53/13 86/19 88/21
104/6
**comment [1]** 110/17
**commentary [1]**
64/7
**Commissioner [1]**
45/4

**C**

**committee [2]**  45/1
45/4
**common [3]**  54/20
59/24 70/5
**communicate [4]**
43/5 43/17 94/22
96/21
**communication [18]**
13/14 60/15 62/7
62/18 68/17 70/25
77/12 81/5 83/24
93/21 95/5 95/17
98/11 104/12
106/25 107/5 108/4
112/17
**communications [12]**
7/16 8/15 9/1
13/9 13/16 14/18
14/24 67/20 82/12
82/21 95/20 95/21
**communities [1]**
47/18
**community [11]**
37/23 37/25 38/6
38/11 39/10 42/17
42/23 43/20 46/9
48/19 54/18
**community-based [1]**
46/9
**companies [1]**
39/25
**company [2]**  23/9
25/17
**company's [2]**
31/10 31/11
**competent [3]**  60/5
97/23 97/25
**compilation [1]**
48/24
**compile [2]**  74/12
82/15
**compiled [1]**  78/9

**complement [1]**
56/13
**complete [2]**  83/7
119/10
**completed [6]**
36/21 36/24 37/2
52/13 58/5 58/9
**completing [3]**
41/2 46/1 47/11
**comprehensive [3]**
45/22 77/10 79/23
**compressed [1]**
63/14
**computer [14]**
18/22 19/4 19/6
19/6 19/9 23/25
25/11 30/14 30/22
30/23 32/2 80/23
81/1 85/10
**computerforensicsll
c.com [1]**  30/8
**conceive [1]**  60/7
**concept [7]**  40/22
48/18 55/18 81/17
92/12 97/15 97/20
**concepts [1]**  67/19
**concerned [1]**  94/2
**concerning [1]**
54/14
**concerns [1]**  54/23
**conclude [4]**  4/22
5/4 50/23 74/23
**conclusion [9]**
15/14 51/5 71/8
78/9 84/7 100/21
100/22 115/6 115/8
**conclusions [2]**
53/15 54/1
**concrete [1]**  75/2
**condition [32]**
20/20 39/22 39/23
40/4 41/14 42/7
42/8 42/18 42/22
42/23 43/3 43/16

50/19 51/21 55/21
59/5 60/12 62/1
71/7 73/2 75/14
77/9 78/10 79/12
80/3 90/9 94/21
101/21 102/11
**conditions [6]**
21/1 27/21 42/1
54/20 90/4 90/24
**conduct [9]**  27/5
36/18 51/18 52/5
53/24 53/24 66/10
66/15 74/16
**conducted [10]**
39/17 51/22 57/14
66/16 66/22 68/3
68/5 68/6 74/11
76/18
**conducting [4]**
53/10 74/15 91/14
91/19
**conference [6]**
65/6 65/7 65/10
65/12 65/23 113/24
**confidence [1]**
59/12
**confidential [4]**
8/15 10/15 11/4
14/18
**confirmation [1]**
31/25
**confluence [1]**
53/14
**confused [1]**  89/17
**confusing [2]**
11/21 21/23
**connected [1]**
95/22
**Connecticut [1]**
52/13
**connection [25]**
23/24 30/13 41/20
46/22 66/16 68/14

C

**connection... [19]**
70/2 71/5 76/5
76/21 77/8 77/25
78/12 82/17 87/7
95/4 95/14 97/20
98/16 99/9 99/11
100/2 100/4 100/16
102/2
**Conrad [1]** 30/16
**consensual [1]**
54/3
**consensus [1]** 54/2
**consequence [1]**
43/8
**consider [4]** 50/14
75/23 95/16 100/3
**consideration [2]**
30/3 92/24
**considered [7]**
76/21 80/12 83/9
83/21 92/4 92/7
92/8
**consistencies [2]**
53/14 75/4
**consistency [1]**
85/18
**consistent [1]**
74/24
**consistently [3]**
73/24 89/23 90/5
**construct [1]** 41/3
**Consultant [4]**
18/22 19/6 19/10
32/3
**consulting [1]**
107/8
**contact [1]** 92/8
**contacted [4]** 51/8
112/23 112/25
116/13
**contacts [1]**
107/15

**contain [1]** 50/5
**contains [1]**
119/12
**content [4]** 7/16
8/16 13/15 14/18
**contents [3]** 8/15
10/8 10/18
**context [22]** 8/4
11/14 11/15 11/23
13/12 22/17 49/9
57/2 70/6 70/25
71/12 82/3 83/23
88/3 88/6 88/15
89/11 96/25 97/1
97/5 97/6 97/7
**continue [9]** 5/23
6/3 6/16 9/2 16/17
16/24 65/21 66/6
111/20
**continued [3]** 2/7
17/5 38/24
**continuing [1]**
61/11
**continuity [1]**
72/13
**contracts [1]**
38/11
**contrast [1]** 38/1
**contributed [2]**
44/21 52/1
**contrived [2]**
85/16 86/3
**control [3]** 49/20
70/13 105/7
**convenience [2]**
19/3 20/3
**convention [2]**
61/1 113/24
**conventions [1]**
49/10
**conversation [10]**
8/12 8/20 14/4
61/5 62/10 95/23
97/10 98/14 107/5

**conversations [8]**
8/3 11/14 11/15
11/18 11/22 12/1
12/4 98/1
**convey [5]** 57/21
62/22 62/24 86/10
96/1
**conveying [2]**
96/23 96/25
**coordinated [1]**
41/3
**Coordinating [1]**
45/1
**coping [5]** 69/4
69/25 70/2 73/9
84/3
**copy [1]** 30/10
**Coral [1]** 1/22
**core [1]** 10/6
**corporation [1]**
23/19
**correct [48]** 7/11
7/12 9/5 9/6 15/23
19/8 21/8 21/9
22/5 23/21 29/11
34/7 37/15 56/10
83/12 99/1 99/2
101/9 101/10
101/18 101/19
103/21 103/21
104/12 104/13
104/16 104/16
104/19 104/23
105/6 105/9 105/10
107/1 107/23 108/2
108/16 110/1
110/25 111/3
111/12 112/20
113/5 113/12
113/22 115/1
115/12 117/18
119/10
**correcting [1]**

**C**

**correcting... [1]**
72/19

**correspondence [1]**
107/2

**costly [1]** 55/10

**could [65]** 17/15
18/9 18/10 19/12
19/15 19/15 20/2
21/1 21/10 21/17
22/13 23/18 23/18
23/19 24/23 24/24
25/8 25/19 25/19
25/20 25/24 26/11
27/3 27/6 27/23
29/14 30/2 31/2
31/16 31/21 31/23
35/19 36/3 36/13
36/17 36/19 40/12
43/25 44/4 45/11
46/23 49/25 51/16
53/21 55/19 58/2
63/8 63/22 70/2
72/17 74/6 74/7
75/6 75/6 76/20
77/7 79/17 92/10
95/19 99/18 107/19
115/7 115/10 117/6
117/21

**Council [2]** 36/25
44/14

**counsel [1]** 15/4

**counsel's [1]** 15/4

**count [1]** 55/19

**country [19]** 37/13
37/22 38/3 39/3
39/8 39/12 39/24
40/20 44/19 45/16
45/18 46/15 46/17
47/16 49/3 51/20
51/21 54/22 55/6

**couple [3]** 44/17
70/1 107/6

**course [10]**
66/22 69/10 73/24
75/10 75/18 90/8
92/15 92/21 103/8

**court [31]** 1/1
1/23 1/24 3/1 3/11
6/9 6/22 7/9 7/14
9/14 10/14 10/15
14/5 14/8 14/10
14/15 15/10 15/10
36/16 50/21 57/17
57/19 60/21 109/16
110/1 111/2 112/2
112/10 115/17
119/6 119/9

**courtroom [3]**
61/12 63/9 85/20

**courts [2]** 64/22
111/5

**cover [7]** 41/23
104/3 105/22
105/24 106/8
106/14 106/21

**covered [2]** 42/14
106/4

**covers [1]** 77/14

**COVID [2]** 51/19
103/22

**CRAIG [7]** 1/7
24/16 24/19 24/21
31/14 35/10 115/7

**create [6]** 46/18
46/19 47/8 47/20
68/10 90/11

**created [1]** 48/15

**creates [1]** 43/21

**creating [2]** 85/22
88/23

**credibility [2]**
64/11 87/11

**criminal [1]**
100/25

**criteria [13]**
56/11 77/17 77/18

78/15 78/20 78/23
105/4 108/14 112/3
113/5

**critical [12]** 42/8
42/21 56/22 56/25
58/22 60/8 61/19
67/11 93/11 93/11
98/10 107/16

**critically [1]**
75/15

**cross [8]** 2/8 2/10
4/3 5/3 32/9 32/15
103/2 103/12

**cross-examination
[8]** 2/8 2/10 4/3
5/3 32/9 32/15
103/2 103/12

**CRR [1]** 119/17

**cruel [1]** 73/20

**crystal [1]** 52/4

**CSR [1]** 119/17

**CSW [1]** 114/9

**cues [3]** 62/19
96/19 96/20

**cuff [1]** 7/1

**cure [3]** 90/18
90/19 90/20

**current [5]** 58/11
75/17 77/11 77/15
78/3

**currently [3]** 23/7
27/19 27/22

**cut [2]** 22/16
108/10

**cute [1]** 11/2

**cv [1]** 1/2

**D**

**D18 [5]** 18/10
18/11 28/15 28/23
29/25

**D19 [7]** 19/13 22/8
28/15 28/23 29/25

**D**

**D19... [2]** 31/21
31/23
**D41 [4]** 21/10
21/11 21/25 24/23
**D56 [5]** 26/11
26/12 26/13 29/14
29/16
**daily [4]** 38/22
57/23 60/21 102/18
**data [5]** 66/11
66/11 75/5 79/3
79/3
**date [1]** 103/19
**Daubert [1]** 64/9
**Dave [21]** 8/1 10/5
10/6 11/19 12/18
22/1 22/4 22/5
22/16 22/18 29/20
29/23 29/23 30/15
32/22 32/24 33/4
34/8 101/4 101/8
101/16
**David [6]** 1/4 2/7
17/16 22/19 22/22
29/20
**day [18]** 1/9 6/16
16/14 22/3 32/19
61/13 66/1 68/12
68/12 84/14 84/25
90/14 90/14 90/14
96/14 96/14 119/9
119/15
**days [2]** 54/19
84/16
**DCA [2]** 14/8 14/10
**de [1]** 1/22
**deadline [1]** 3/8
**deal [11]** 52/24
53/12 53/12 61/13
68/22 68/23 69/8
72/23 76/12 79/21
96/11

**dealing [1]** 84/9
**decade [1]** 40/19
**decades [1]** 49/7
**deceitful [1]**
88/25
**December [1]** 25/12
**decision [1]** 10/14
**deductible [2]**
27/19 27/22
**deductions [9]**
23/17 23/21 24/11
27/10 27/14 27/18
27/21 28/2 29/4
**deep [2]** 62/13
73/17
**deeper [1]** 76/9
**Defendant [7]** 1/8
1/19 2/6 7/2 7/16
14/11 16/6
**Defendant's [5]**
9/15 21/17 29/18
35/8 64/10
**Defendants [1]**
51/4
**Defense [4]** 1/4
5/14 28/8 35/17
**deferred [1]** 27/8
**deficit [1]** 86/25
**deficits [2]** 59/8
81/12
**define [4]** 86/18
92/9 92/10 97/4
**defined [2]** 90/7
107/16
**defines [3]** 43/20
60/12 93/7
**defining [1]** 94/4
**definition [10]**
39/17 40/14 41/10
41/18 42/18 43/1
48/17 67/6 86/22
104/18
**definitions [1]**
41/25

**degree [1]** 36/21
**delay [1]** 16/13
**deliberate [2]** 6/6
65/10
**deliberation [1]**
65/8
**deliberations [2]**
5/23 6/16
**demands [2]** 56/21
58/21
**demeanor [1]** 64/11
**demonstrative [3]**
107/20 110/5 110/7
**dent [1]** 84/10
**department [3]**
34/11 37/10 45/3
**depend [2]** 91/7
94/17
**depending [6]** 4/2
4/9 4/10 4/18 5/2
50/18
**depends [3]** 5/3
5/7 92/2
**deposition [20]**
7/8 7/25 9/19 9/19
9/20 10/2 10/12
10/17 10/23 10/24
11/8 12/14 12/22
13/6 14/3 103/17
103/20 111/11
111/22 112/10
**describe [7]** 43/25
46/24 52/4 75/7
93/22 99/18 112/7
**described [5]** 48/9
71/18 76/11 76/24
89/22
**describes [1]**
104/10
**describing [1]**
38/14
**descriptions [1]**
84/6
**designated [1]**

# D

**designated... [1]**
39/22
**designating [1]**
49/19
**Despite [1]** 87/13
**detail [10]** 20/16
20/17 26/8 31/10
41/14 88/6 88/17
106/4 106/9 106/15
**detailed [2]** 20/8
26/3
**details [6]** 70/24
71/11 87/16 88/11
88/13 89/21
**determination [5]**
4/18 78/23 79/1
79/18 99/13
**determinative [1]**
79/12
**determine [2]** 4/2
14/17
**determined [1]**
78/13
**detrimental [1]**
43/19
**devastating [1]**
96/17
**develop [3]** 62/5
92/1 101/12
**developed [1]** 47/2
**development [1]**
98/11
**developmental [10]**
27/4 54/20 56/19
56/24 75/16 77/11
77/15 80/11 90/23
104/11
**develops [1]**
104/19
**device [3]** 47/8
47/13 47/13
**DEVIN [1]** 1/13

**devoted [1]** 83/10
**diagnose [1]** 43/4
**diagnosed [7]** 42/1
42/16 55/4 55/5
55/7 55/9 90/4
**diagnosing [1]**
75/13
**diagnosis [32]**
54/2 54/3 54/5
54/15 54/16 54/17
55/1 55/7 55/24
56/17 56/23 66/17
68/14 71/5 71/19
74/24 75/15 75/20
75/20 77/9 87/9
92/25 94/3 95/15
96/20 100/9 105/12
105/17 105/17
108/19 108/25
109/20
**diagnostic [13]**
39/18 40/18 41/4
41/21 47/18 58/12
58/14 66/19 66/23
68/8 77/8 77/10
91/22
**diagnostics [2]**
45/23 52/21
**dictionary [1]**
86/22
**did [81]** 3/19 6/11
7/7 8/6 8/7 8/7
8/18 8/18 8/21
8/24 11/21 12/18
23/3 23/5 24/16
28/6 28/16 29/3
30/15 30/16 31/13
31/13 38/21 42/13
44/7 44/8 50/5
50/22 52/7 52/9
53/7 54/9 65/9
66/13 66/14 66/15
66/15 69/1 73/22
74/1 74/1 74/8

74/23 75/23 77/16
80/16 80/18 81/16
81/22 82/6 82/8
82/15 82/15 84/4
84/5 84/24 86/16
86/17 91/15 91/18
92/11 92/14 95/15
100/2 100/3 100/13
100/13 100/16
100/23 101/1
101/14 103/16
105/5 109/4 112/23
113/13 114/11
117/5
**didn't [11]** 8/10
27/2 50/1 50/6
81/17 81/23 85/11
97/17 108/10 110/2
113/3
**died [1]** 34/8
**difference [1]**
20/15
**different [7]**
53/13 78/4 79/10
79/24 87/14 91/21
102/17
**differently [2]**
64/22 104/20
**difficult [3]**
37/24 60/3 60/5
**difficulty [6]**
43/11 60/8 68/19
81/15 81/16 91/9
**diminished [1]**
61/4
**direct [7]** 2/7 2/9
17/5 36/6 37/8
105/2 108/17
**directed [1]** 14/23
**directive [1]**
11/13
**directly [3]** 9/13
12/3 72/13

**D**

**director [4]** 37/6
52/17 52/17 52/20
**disabilities [5]**
49/4 54/25 55/4
59/1 59/18
**disability [12]**
43/20 43/21 46/16
50/9 50/10 50/11
60/12 60/13 67/18
88/14 89/2 91/8
**disappoint [1]**
5/18
**disappointed [2]**
85/11 92/23
**disclose [1]** 8/16
**disclosed [1]**
10/18
**disclosure [3]**
8/15 9/22 13/25
**disclosures [1]**
10/8
**disconcerting [1]**
70/12
**discuss [3]** 8/8
53/25 69/1
**discussed [4]**
32/24 74/18 82/18
116/8
**discussion [1]**
71/8
**discussions [1]**
9/13
**disease [2]** 90/19
105/7
**Diseases [1]** 41/7
**disorder [11]** 43/2
56/11 56/19 77/19
77/23 104/10
104/11 105/4
108/15 112/4 113/5
**disorders [2]**
41/22 44/20

**disparities [3]**
38/7 46/12 46/19
**dispute [2]** 104/24
105/16
**disrespectful [1]**
97/8
**disseminate [1]**
48/17
**distilled [1]**
108/8
**distinction [1]**
44/13
**DISTRICT [9]** 1/1
1/1 1/10 1/24
13/22 13/23 119/3
119/6 119/7
**diversity [1]** 14/6
**divided [1]** 68/16
**division [3]** 1/2
10/25 37/10
**do [108]** 3/18 4/23
4/25 5/5 5/18 5/24
9/3 9/9 12/9 14/17
15/14 17/17 17/19
17/20 17/22 17/23
18/18 18/19 19/22
19/23 20/4 20/5
21/25 22/25 23/2
23/10 23/11 25/2
25/3 25/10 25/13
26/7 26/17 28/25
29/17 30/5 30/11
31/7 31/8 32/23
33/1 33/4 34/2
34/21 38/8 43/25
46/17 47/10 48/21
49/2 50/7 51/10
53/7 53/17 54/5
56/5 59/19 60/10
61/4 61/17 62/3
62/21 65/3 65/14
65/15 66/24 69/5
70/25 71/4 74/19
81/10 84/14 86/5

86/7 86/8 86/19
86/20 87/20 89/1
90/25 91/6 93/18
94/7 94/17 96/10
97/10 98/17 100/10
106/2 106/3 107/8
107/13 108/12
108/22 109/17
110/9 110/20
110/21 111/10
112/11 112/13
112/16 113/14
113/17 114/16
114/19 117/14
119/7
**Doctor [4]** 35/13
104/5 109/17
110/15
**document [7]** 9/8
9/10 22/12 26/13
26/13 28/20 108/5
**documents [3]**
12/21 13/25 28/18
**does [23]** 6/22
9/10 9/12 15/5
20/6 20/10 20/18
20/18 26/22 42/15
50/20 56/16 60/11
70/3 73/10 79/7
84/14 87/20 89/1
94/3 96/20 108/14
113/4
**doesn't [3]** 69/5
69/5 86/12
**doing [4]** 22/23
40/6 84/16 88/21
**domain [4]** 39/3
39/13 47/7 70/11
**domains [1]** 77/12
**Don [1]** 74/2
**don't [40]** 4/13
5/9 5/24 7/15 7/18
15/8 15/11 15/17
24/2 24/4 31/24

**D**

**don't... [29]** 49/8
49/9 51/10 56/5
59/16 62/15 63/1
63/2 64/5 70/5
70/5 73/6 73/6
74/25 79/6 85/13
86/6 86/7 89/14
100/20 101/5
102/16 103/19
107/10 111/17
112/6 112/8 114/10
116/18
**done [7]** 6/13 9/21
24/25 45/13 72/22
92/21 108/11
**double [2]** 46/15
88/4
**doubt [4]** 104/14
104/15 104/16
104/24
**down [5]** 23/6
34/23 40/5 40/12
108/19
**DR [99]** 2/9 4/20
5/16 6/9 35/10
35/17 35/21 43/24
50/14 50/16 50/24
51/6 54/12 55/16
56/10 56/17 58/2
59/20 63/4 64/7
66/9 66/13 66/17
67/25 68/3 69/1
69/3 71/5 71/10
71/19 74/2 74/5
74/22 75/9 76/1
76/8 76/12 76/18
77/16 77/18 79/17
80/11 80/13 81/4
81/13 81/15 82/5
82/6 82/9 82/10
82/12 82/22 83/7
83/12 84/5 84/6

85/3 85/8 85/17
86/11 87/8 87/13
91/15 91/18 92/12
92/15 92/25 93/14
93/22 94/3 95/5
95/15 96/11 97/6
99/14 101/4 101/9
101/16 102/8 102/9
102/11 107/1 108/1
108/14 110/17
112/20 112/21
113/4 113/8 113/14
113/17 114/1 114/6
114/9 114/12
116/19
**Dr. [86]** 4/17
24/16 24/19 24/21
31/14 35/11 36/8
36/10 36/19 38/13
41/8 43/23 45/11
48/7 48/22 50/12
50/22 51/3 52/7
52/10 52/23 56/9
60/10 64/6 66/6
66/8 68/5 68/15
69/25 71/4 71/17
72/24 73/23 74/1
74/9 74/11 74/13
74/14 75/7 75/8
77/7 77/24 81/4
81/13 82/4 82/6
82/8 82/16 82/17
82/25 83/12 83/17
83/23 84/5 85/1
85/16 87/7 87/18
88/9 89/1 89/22
90/18 91/14 91/15
93/13 93/21 95/4
95/11 95/14 96/8
96/19 97/15 98/6
98/16 98/24 100/2
100/4 102/2 102/8
103/14 106/25

113/8 113/11 118/1
**Dr. Ami [2]** 4/17
35/11
**Dr. Celine [2]**
52/10 74/11
**Dr. Craig [4]**
24/16 24/19 24/21
31/14
**Dr. Klin [53]** 36/8
36/10 36/19 38/13
43/23 45/11 50/12
50/22 51/3 52/7
56/9 60/10 64/6
66/6 66/8 69/25
71/4 71/17 72/24
74/1 75/7 77/7
77/24 81/4 81/13
82/4 82/25 85/1
85/16 87/7 87/18
88/9 89/1 89/22
90/18 91/14 93/13
93/21 95/4 95/11
95/14 96/8 96/19
97/15 98/6 98/16
98/24 100/2 102/2
102/8 103/14
106/25 118/1
**Dr. Klin's [1]**
107/20
**Dr. Lynam [2]** 74/9
74/14
**Dr. Michael [1]**
41/8
**Dr. Sara [1]** 48/22
**Dr. Saulnier [7]**
52/23 74/13 82/6
82/16 83/12 83/17
84/5
**Dr. Saulnier's [1]**
82/8
**Dr. Uta [1]** 48/7
**Dr. Wright [8]**
68/5 68/15 73/23

**D**

**Dr. Wright... [5]**
83/23 91/15 100/4
113/8 113/11
**Dr. Wright's [3]**
75/8 82/17 108/20
**draft [2]** 82/10
82/19
**dressed [2]** 76/25
77/4
**drive [1]** 87/23
**DSM [9]** 39/23
40/12 41/17 41/19
41/19 41/21 42/3
42/15 48/16
**during [7]** 9/1
38/19 44/2 52/12
65/25 74/17 103/21
**duties [1]** 26/6
**duty [1]** 15/4

**E**

**each [8]** 7/18
16/25 23/8 24/7
26/23 65/11 78/15
98/7
**earlier [3]** 55/5
80/14 80/15
**early [12]** 8/2
8/11 8/22 8/24
43/4 54/24 55/4
56/24 69/7 71/20
72/12 75/9
**easel [1]** 103/7
**easy [5]** 20/7
20/10 20/11 20/12
50/4
**Edition [3]** 39/19
40/19 41/7
**educational [4]**
36/20 41/1 49/18
54/24
**effect [1]** 95/16
**effective [1]**

**effectively [1]**
96/21
**effort [3]** 12/9
12/25 12/25
**effortlessly [1]**
94/17
**eight [3]** 105/4
105/6 105/8
**eight-year-old [1]**
105/8
**either [9]** 9/3
20/17 28/16 28/25
53/24 55/24 60/6
98/3 114/13
**elaborate [1]**
78/17
**elements [1]** 91/21
**elicit [2]** 66/20
68/11
**eligibility [2]**
40/1 67/9
**eligible [1]** 42/2
**else [5]** 10/8
24/10 57/9 102/9
116/18
**else's [1]** 60/20
**email [13]** 21/21
22/18 22/22 23/4
29/17 29/20 30/7
30/8 30/10 107/2
107/5 112/16
112/18
**emails [2]** 82/13
116/15
**Emory [2]** 37/9
44/16
**emotional [3]**
49/17 49/23 55/25
**emotions [1]** 61/21
**employees [1]**
85/21
**encouraged [1]**
49/2

**encyclopedias [1]**
81/24
**end [5]** 4/8 4/24
54/3 65/25 88/23
**endear [1]** 98/4
**endearing [2]**
85/25 86/8
**endeavors [1]**
39/14
**ended [3]** 8/1
69/16 75/1
**endowed [1]** 44/15
**ends [1]** 81/12
**enemies [1]** 102/15
**engage [7]** 60/17
62/15 69/15 81/18
98/18 100/9 107/14
**engaged [6]** 52/9
69/7 99/19 100/6
101/17 111/5
**engagement [9]**
99/9 99/11 99/12
99/13 99/19 99/25
100/2 100/5 100/22
**engaging [2]** 7/14
80/22
**engender [1]**
102/16
**engineer [1]** 76/14
**engineering [3]**
80/23 93/6 94/14
**England [2]** 41/9
55/21
**English [1]** 48/11
**enhance [1]** 57/15
**enough [2]** 68/10
105/20
**ensure [2]** 54/9
56/25
**enter [1]** 96/22
**entire [6]** 45/4
45/6 77/14 85/4
88/3 88/6
**entirely [7]** 39/5

**E**

entirely... [6]
55/25 61/6 65/1
70/24 82/2 82/20
entity [7]   23/18
25/22 28/7 28/10
30/14 32/4 32/6
environment [2]
60/24 89/18
environments [1]
97/8
episode [1]   72/1
equity [1]   46/10
escape [1]   55/14
ESQ [10]   1/13 1/13
1/16 1/16 1/17
1/19 1/20 1/20
1/21 1/21
essence [2]   50/9
92/10
establish [2]
99/22 116/11
established [1]
61/1
establishes [1]
45/1
establishing [1]
14/11
Estate [1]   1/4
estimate [1]   54/4
et [1]   24/11
evaluate [3]
102/12 113/10
114/4
evaluated [2]
112/5 113/9
evaluating [5]
4/12 54/13 58/16
66/8 66/21
evaluation [26]
36/18 51/18 51/23
51/25 52/5 52/7
52/11 53/1 53/10

53/22 53/24 53/25
58/5 58/22 66/16
67/11 69/22 71/5
71/19 76/21 79/5
82/17 91/14 100/20
113/3 116/21
evaluations [1]
53/23
even [21]   7/15
55/5 59/18 60/7
61/10 70/16 72/10
80/5 84/17 85/10
86/14 88/19 89/19
89/19 89/20 89/20
92/19 95/23 96/24
100/23 114/22
event [2]   5/23
76/24
eventually [1]
40/2
ever [15]   8/6 8/18
8/21 8/24 11/21
12/18 24/16 24/19
24/21 28/11 28/17
31/13 31/13 111/2
112/1
every [8]   49/15
61/13 62/9 84/14
84/25 90/1 90/1
93/23
everybody [3]
54/19 61/18 94/15
Everybody's [1]
62/16
everyday [1]   58/21
everyone [2]   3/3
18/9
everything [4]
13/8 57/19 62/3
81/10
evidence [19]   5/6
5/19 8/10 9/4 13/1
14/14 18/11 18/12
19/15 21/11 26/15

51/15 79/2 100/19
101/6 105/18
evidence-based [1]
105/18
evidentiary [1]
4/11
exact [1]   111/4
exactly [5]   26/8
62/24 87/19 103/18
107/12
examination [16]
2/7 2/8 2/9 2/10
4/3 4/16 4/20 4/20
5/3 17/5 32/9
32/15 36/6 103/2
103/12 105/2
examinations [1]
4/1
example [11]   46/14
54/5 63/4 71/7
72/18 76/2 76/24
83/22 84/13 90/12
97/1
examples [2]   71/4
75/2
exceed [1]   56/21
Excellence [1]
46/3
exception [1]
55/12
excerpts [1]   7/8
excited [1]   49/5
exciting [1]   92/20
excuse [6]   18/17
43/12 43/13 43/15
97/24 114/8
excused [4]   35/1
35/6 35/7 64/8
executed [1]   66/18
exercise [1]   84/17
exhibit [1]   65/17
exhibits [3]   5/24
50/20 65/17

**E**

**exigent [1]**   78/5
**exist [1]**   8/10
**existed [1]**   8/11
**existence [2]**   8/19
8/25
**expect [2]**   6/23
98/13
**expected [2]**   22/24
98/3
**expelled [2]**   71/23
72/21
**expenses [17]**   21/3
21/7 23/10 23/17
25/6 25/16 25/21
25/25 26/2 26/3
26/8 27/2 27/8
27/14 27/18 27/22
29/4
**experience [10]**
38/15 39/12 40/20
70/11 79/4 83/18
88/12 94/4 94/10
102/19
**experienced [3]**
53/4 60/6 79/7
**experiences [6]**
73/8 73/13 73/14
76/4 76/5 76/6
**expert [25]**   33/17
33/19 33/21 36/10
36/11 36/13 51/10
53/6 69/9 78/25
98/25 99/1 99/4
100/6 100/21
101/16 107/15
109/25 111/2 111/5
112/2 112/24 113/1
113/10 117/10
**expertise [2]**   39/1
107/18
**experts [1]**   62/14
**explain [6]**   70/2

70/17 93/14 93/22
95/19 111/6
**explaining [1]**
72/11
**expletives [1]**
61/12
**explicit [2]**   89/8
89/9
**explicitly [1]**
107/16
**exposed [2]**   56/21
57/7
**expressions [2]**
86/13 96/24
**extended [1]**   51/21
**extensive [2]**
15/15 58/9
**extensively [1]**
96/9
**extent [1]**   10/4
**extraordinarily [2]**
84/19 96/17
**extraordinary [3]**
59/7 59/7 84/11
**extreme [2]**   59/8
81/12
**extremely [7]**
55/13 60/19 81/2
81/22 84/25 85/11
105/13
**eye [1]**   62/21
**eyes [1]**   94/9
**EZ [14]**   19/22 20/4
20/6 20/10 20/14
20/15 20/18 20/19
20/20 20/21 20/25
21/2 21/6 32/2

**F**

**faced [1]**   67/10
**facial [2]**   62/20
96/23
**fact [27]**   6/2
12/12 21/6 23/3

38/25 39/4 39/15
49/25 51/10 54/18
57/4 59/6 60/25
71/22 72/1 72/22
73/22 74/8 76/15
84/22 85/11 92/2
96/11 100/3
**facts [8]**   53/14
59/11 59/22 70/9
73/6 73/7 88/3
88/5
**factual [1]**   64/12
**faculty [1]**   45/18
**fail [3]**   61/10
86/13 88/15
**fails [1]**   71/11
**fair [9]**   5/10 6/18
28/2 77/24 79/11
105/14 105/19
114/1 114/12
**fairly [1]**   37/17
**fait [1]**   51/7
**false [1]**   61/21
**familiar [4]**   18/2
47/23 48/8 67/13
**families [9]**   38/3
38/8 39/3 39/7
42/25 45/6 45/16
47/17 67/11
**family [4]**   51/21
51/21 76/2 82/22
**family's [1]**   42/12
**fancy [1]**   80/17
**fashion [4]**   53/7
54/10 62/16 89/9
**fat [2]**   62/13
73/17
**fault [1]**   16/13
**FDA [1]**   47/14
**federal [3]**   17/17
21/7 22/23
**feel [2]**   15/15
35/22

**feeling [2]** 62/20 113/7

**feelings [3]** 84/10 97/4 102/16

**fees [1]** 22/23

**fellow [2]** 37/1 52/14

**fellowship [1]** 37/3

**felt [1]** 75/25

**fend [2]** 56/1 56/4

**FERNANDEZ [1]** 1/21

**few [10]** 7/21 29/16 32/20 58/13 69/10 75/11 76/8 77/3 92/4 106/4

**fewer [1]** 56/2

**field [11]** 38/7 38/15 39/11 40/21 41/9 44/25 45/2 46/11 52/6 79/11 88/12

**fields [1]** 48/23

**fifth [1]** 55/8

**file [9]** 20/7 20/19 20/21 26/22 27/1 27/12 27/15 27/20 31/13

**filed [9]** 3/11 10/11 10/14 10/17 12/21 12/22 21/6 22/9 28/6

**filing [1]** 20/20

**filings [1]** 7/7

**final [3]** 74/20 79/1 79/18

**finalizing [1]** 3/9

**finally [2]** 83/17 87/23

**find [4]** 74/7 78/14 107/17 114/3

**findings [8]** 56/12

81/4 81/13 82/18 85/1

**finds [1]** 14/10

**fine [1]** 44/9

**fined [1]** 88/4

**fingers [1]** 55/20

**finish [1]** 105/23

**finished [1]** 55/17

**finishing [1]** 4/15

**firm's [1]** 30/3

**first [26]** 7/19 10/2 14/8 19/4 21/20 30/2 39/4 39/20 48/11 48/24 50/16 50/18 51/2 51/8 52/11 56/9 68/3 75/11 107/5 107/25 108/3 108/3 108/14 112/17 113/13 114/18

**five [3]** 46/2 63/7 87/2

**five-minute [1]** 63/7

**flexibility [1]** 84/8

**FLEXNER [1]** 1/15

**FLORIDA [13]** 1/1 1/14 1/18 1/22 1/25 10/13 14/6 23/4 34/11 119/3 119/7 119/15 119/18

**flsd.uscourts.gov [2]** 1/25 119/19

**fluent [1]** 48/10

**focus [13]** 22/12 39/5 39/20 40/23 42/19 44/23 47/15 48/14 68/19 87/16 87/21 88/10 110/19

**focused [11]** 39/14 61/8 62/10 67/21

89/21 94/13 94/23 105/8

**focuses [2]** 45/5 77/11

**focusing [7]** 52/21 61/15 88/2 88/5 110/3 110/15 112/15

**folks [1]** 97/10

**follow [1]** 82/14

**follow-up [1]** 82/14

**following [1]** 6/4

**football [1]** 97/3

**forced [1]** 14/24

**foregoing [1]** 119/10

**Forensic [4]** 18/22 19/6 19/9 32/2

**Forensics [5]** 23/25 25/11 30/14 30/22 30/23

**forgot [1]** 26/22

**form [6]** 20/7 20/18 20/23 31/13 73/10 73/13

**formal [14]** 33/13 34/4 41/25 70/8 78/24 79/3 79/19 80/10 81/7 97/2 97/4 97/8 97/9 97/12

**formally [1]** 42/3

**formed [3]** 22/23 23/4 23/24

**forms [2]** 9/18 69/22

**forth [8]** 10/13 13/19 55/11 57/21 61/5 62/8 97/25 107/22

**fortunate [1]** 48/6

**Forty [1]** 54/11

**F**

**Forty-nine [1]**
54/11
**forward [1]** 35/15
**forwarded [1]**
82/12
**found [4]** 14/8
88/11 88/12 117/17
**foundation [1]**
102/5
**founder [1]** 114/25
**four [3]** 64/5
83/12 87/1
**Fourth [3]** 14/10
39/18 40/19
**frame [1]** 11/1
**Fred [2]** 39/16
48/21
**free [1]** 15/9
**FREEDMAN [2]** 1/12
1/13
**frequently [2]**
51/10 74/15
**Friday [1]** 39/9
**friend [5]** 92/5
92/7 92/10 92/20
97/2
**friends [6]** 69/11
73/21 91/16 91/18
91/19 97/14
**friendship [1]**
92/12
**friendships [3]**
91/23 91/23 92/3
**Frith [1]** 48/7
**front [7]** 14/25
20/2 25/10 29/17
110/12 110/23
115/16
**fryers [2]** 62/13
73/17
**fulfill [1]** 46/20
**fulfilled [1]** 91/1

**full [2]** 12/22
36/1
**fully [5]** 35/22
74/17 86/11 87/3
111/9
**fun [2]** 85/24
85/25
**functional [1]**
46/8
**funded [1]** 54/6
**funding [1]** 102/3
**funny [1]** 86/7
**further [13]** 6/16
9/15 12/5 15/20
16/2 16/4 32/8
34/17 65/20 92/7
92/10 103/1 119/12
**future [1]** 93/12

**G**

**Gables [1]** 1/22
**gains [2]** 33/13
34/5
**galvanizing [1]**
39/2
**gathered [1]** 77/25
**gathering [2]**
79/19 86/3
**gave [2]** 32/24
84/14
**geeks [1]** 80/25
**general [9]** 20/24
25/5 27/20 28/14
31/5 31/9 31/10
71/13 113/3
**generally [2]** 33/3
78/8
**generate [5]** 53/12
56/23 67/17 67/24
74/4
**generating [1]**
58/16
**generation [1]**
46/2

**genetic [1]** 43/2
**genetics [1]** 46/8
**genomics [1]** 46/8
**Gentlemen [6]**
16/10 16/23 34/20
63/13 66/5 117/23
**geometry [1]** 73/15
**Georgia [2]** 45/3
45/7
**German [1]** 48/10
**gestures [3]** 62/20
62/21 62/21
**get [18]** 58/20
58/21 67/4 83/24
84/18 86/14 86/15
89/15 89/20 97/13
98/25 105/5 109/9
110/2 111/8 112/16
114/12 116/16
**gets [2]** 26/18
86/20
**getting [1]** 91/9
**gifted [2]** 59/4
81/6
**gist [3]** 70/25
88/6 88/15
**give [13]** 3/14
5/24 6/11 34/23
62/20 65/6 65/9
65/11 75/6 77/7
104/1 115/13
117/14
**given [16]** 15/13
25/16 27/13 33/3
44/13 46/11 49/16
51/14 54/8 55/1
56/23 57/1 57/4
65/23 79/11 79/25
**giving [3]** 112/11
114/13 114/15
**global [1]** 71/14
**go [37]** 3/2 3/22
7/18 8/12 8/25 9/9
13/13 13/13 15/1

**G**

**go... [28]** 15/5
17/11 18/5 20/2
21/18 22/11 23/6
24/23 25/8 26/11
28/3 29/14 31/21
31/23 37/19 42/5
42/15 50/12 51/15
55/23 64/2 87/7
91/9 93/4 105/23
110/11 116/18
117/8
**goal [3]** 45/12
68/10 81/19
**goals [1]** 115/4
**goes [12]** 8/7 8/7
8/19 12/2 12/3
69/21 70/22 72/13
84/15 96/12 100/19
100/19
**going [66]** 3/7
4/15 4/16 5/16
6/10 6/12 10/4
11/11 11/20 12/8
13/8 13/19 40/23
40/23 46/2 46/19
47/13 51/22 55/17
58/1 61/22 62/8
62/16 63/13 64/24
65/6 65/24 68/11
71/13 73/19 73/19
73/20 81/25 83/15
83/24 87/5 87/10
87/24 88/1 88/18
90/11 90/13 90/16
90/25 93/11 96/22
96/25 97/3 100/20
103/25 104/3
105/22 105/24
106/5 106/8 106/16
107/4 107/4 108/9
111/13 111/25
113/25 114/8 114/9

**gold [7]** 51/24
52/1 52/6 52/7
53/22 54/7 58/10
**good [16]** 3/4 3/5
16/10 17/7 17/11
17/13 32/17 32/18
35/13 35/14 36/8
36/9 43/18 63/12
71/14 115/18
**Google [1]** 117/11
**got [6]** 72/21
106/15 106/25
107/2 113/13 115/2
**graduate [4]** 38/19
44/13 48/6 48/13
**grandfather [2]**
76/10 76/15
**grant [1]** 39/5
**grants [3]** 38/12
46/5 102/3
**great [17]** 6/25
43/10 52/3 52/23
53/11 53/12 68/22
68/23 69/8 72/23
73/25 76/12 79/21
91/8 103/16 105/11
112/19
**greater [3]** 20/16
41/13 101/5
**gross [1]** 22/24
**grounds [1]** 64/15
**group [1]** 40/23
**guess [1]** 103/17
**guidance [3]** 33/13
34/5 34/11
**guts [1]** 94/15

**H**

**had [53]** 8/4 11/14
11/15 11/18 12/1
12/25 13/14 13/21
14/4 14/21 21/3
34/12 38/20 39/12

44/15 48/17 49/6
49/8 52/12 57/16
68/9 69/10 71/8
72/2 76/4 76/8
81/15 81/16 82/12
82/21 82/21 82/22
85/18 86/15 90/22
90/23 92/3 92/8
100/21 100/22
103/19 108/4
109/25 110/16
112/20 112/21
113/7 113/8 117/12
119/8
**hairs [1]** 10/17
**half [2]** 103/17
111/11
**hand [5]** 17/3
34/22 35/16 53/21
119/14
**handle [1]** 64/22
**hands [3]** 6/6 6/15
35/1
**Hans [1]** 48/8
**happened [2]** 73/22
73/24
**happy [3]** 16/15
16/18 16/19
**hard [5]** 61/22
81/25 84/25 92/9
103/22
**harm [2]** 71/13
72/23
**Harris [1]** 37/5
**has [48]** 9/16 9/21
9/23 19/14 21/11
21/12 21/16 22/24
26/13 27/4 27/14
29/17 34/25 38/14
43/15 45/25 46/17
52/23 60/2 61/18
67/21 69/3 76/8
78/14 80/2 80/2

has... **[22]**   81/6
81/10 83/9 84/12
84/21 84/23 85/18
86/1 91/15 91/18
91/19 92/15 92/16
92/21 92/22 93/10
94/15 95/6 102/11
103/22 105/7 111/2
hate **[1]**   5/17
have **[150]**
having **[12]**   3/8
4/19 44/3 50/19
50/19 75/3 90/8
90/10 91/1 91/2
94/21 95/23
havoc **[1]**   85/22
he **[120]**
he's **[7]**   33/18
72/11 77/4 85/21
92/16 93/8 97/7
head **[1]**   10/22
health **[13]**   16/21
38/12 39/5 41/5
44/25 45/4 45/5
45/25 46/3 46/5
46/10 54/6 90/23
healthcare **[4]**
37/9 37/12 37/13
38/7
hear **[6]**   17/7
32/17 33/9 44/7
83/3 97/17
heard **[10]**   15/10
23/13 49/14 49/14
61/12 97/15 97/20
112/20 112/21
117/12
hearing **[1]**   44/4
heart **[2]**   93/9
94/10
Hebrew **[1]**   36/22
height **[2]**   96/12

heights **[1]**   103/23
held **[2]**   38/14
52/6
Hello **[1]**   103/14
help **[10]**   52/10
53/8 53/10 85/9
89/1 90/10 90/11
90/25 103/6 107/4
helpful **[1]**   6/8
helps **[2]**   3/14
3/16
Hence **[1]**   27/23
her **[19]**   44/10
52/11 52/12 52/14
53/5 57/14 74/19
76/16 77/2 82/7
82/8 82/16 84/9
84/10 84/23 85/9
85/10 96/15 112/8
here **[18]**   6/14
8/21 14/1 16/3
32/25 63/18 72/22
75/24 76/7 84/7
84/24 85/17 89/13
94/12 108/25
111/23 117/24
118/1
hereby **[1]**   119/7
hereunto **[1]**
119/14
hernandez **[6]**   1/23
1/25 119/5 119/17
119/17 119/19
herself **[2]**   49/20
67/4
hesitate **[1]**   5/15
heterogeneity **[1]**
79/21
Hi **[2]**   22/22 35/13
high **[14]**   38/9
39/1 39/6 39/15
39/21 47/18 50/25
54/19 55/17 55/19

107/8
high-quality **[2]**
38/9 47/18
high-visibility **[1]**
107/8
higher **[3]**   59/22
67/7 89/19
highlight **[4]**   21/1
21/22 24/24 25/24
highly **[5]**   11/21
12/2 13/13 43/3
43/19
him **[38]**   8/1 57/3
57/9 57/11 57/16
57/16 57/17 57/25
68/9 69/6 71/13
73/24 74/7 75/10
76/12 76/16 76/22
76/22 76/23 80/24
81/9 81/25 84/9
84/10 84/21 84/22
84/24 84/25 85/10
85/24 85/25 86/14
86/14 86/16 86/20
87/24 92/9 109/9
himself **[8]**   49/20
67/4 67/25 72/23
80/20 80/21 85/9
93/12
hint **[1]**   113/7
hired **[2]**   98/25
99/1
his **[104]**   7/25 8/8
8/8 8/8 11/23 22/7
22/9 33/23 50/20
51/20 51/21 54/15
55/17 57/4 57/7
57/8 57/13 57/25
59/21 59/23 64/7
64/11 68/1 69/7
69/9 69/10 69/12
69/12 69/15 69/16
69/17 71/14 72/3

# H

**his... [71]**   72/9
72/13 73/25 75/4
75/9 76/2 76/9
76/10 76/11 81/6
81/18 81/20 82/13
82/22 84/2 84/12
84/17 84/17 84/19
85/4 85/6 85/6
85/9 85/14 85/14
85/17 85/18 85/21
85/22 85/23 86/2
86/17 87/9 87/14
92/7 92/9 92/15
92/18 92/18 92/19
92/21 92/22 93/5
93/7 93/7 93/9
93/9 93/10 93/12
93/25 93/25 94/1
95/8 95/10 95/16
95/20 95/20 95/21
95/22 95/24 96/9
96/13 96/14 97/6
97/6 109/1 109/4
109/20 109/20
110/19 112/8

**history [17]**   36/22
56/24 56/25 58/10
73/16 74/5 75/4
75/9 75/16 77/11
78/3 80/12 81/7
81/8 83/13 84/1
84/24

**hold [1]**   37/18

**home [5]**   57/17
77/3 85/18 85/22
105/23

**homes [3]**   42/12
45/21 59/16

**honor [77]**   3/6
3/12 3/13 3/25 4/7
4/23 5/4 5/7 5/14
5/15 6/8 6/21 6/25

7/24 8/17 9/6 9/17
10/11 10/16 11/5
11/6 12/7 12/23
13/4 13/5 13/17
14/21 15/7 15/19
16/5 16/7 18/13
19/14 21/11 31/16
32/8 32/10 33/6
33/7 33/7 33/15
34/14 34/19 35/2
35/4 35/10 35/25
44/20 63/6 63/22
64/9 69/19 69/21
71/1 72/5 72/10
91/11 95/10 99/22
103/3 103/10
106/10 106/11
106/17 106/22
109/11 109/13
110/6 110/11
111/18 116/1 117/7
117/21

**HONORABLE [1]**   1/10

**hopefully [2]**   56/2
105/23

**hospitals [1]**
38/21

**hostile [1]**   87/5

**hostility [1]**
86/15

**hotel [1]**   96/12

**hour [5]**   65/25
87/24 88/1 99/8
117/24

**hours [7]**   47/11
53/20 53/20 58/13
66/22 68/6 76/14

**how [38]**   3/3 6/22
6/24 8/15 33/13
34/5 40/7 40/17
50/20 57/17 60/11
62/20 64/8 68/4
71/12 74/12 78/8

87/8 88/11 88/12
94/7 96/20 99/7
102/10 103/14
104/2 104/2 104/20
106/15 108/19
108/24 108/25
109/3 112/2 112/4

**However [1]**   49/22

**human [3]**   62/5
91/5 94/2

**humor [5]**   62/25
83/10 83/14 86/9
87/1

**hygiene [1]**   84/17

**hyper [1]**   94/23

**hyper-focused [1]**
94/23

# I

**I'd [15]**   3/13
19/19 21/17 22/12
23/12 31/25 43/23
50/12 56/7 69/25
78/8 86/4 87/7
101/20 104/2

**I'll [15]**   27/17
30/19 33/24 34/15
44/5 51/3 60/18
63/18 70/4 79/15
83/19 87/22 100/12
104/9 117/24

**I'm [69]**   3/9 3/15
5/8 6/5 6/12 11/13
11/14 17/10 21/19
24/10 26/5 29/7
32/21 37/14 40/6
44/3 44/5 44/9
44/12 45/8 56/10
60/25 61/22 63/6
72/7 74/8 83/2
83/6 86/1 86/20
88/24 91/17 93/15
93/17 93/19 96/22

**I'm... [33]**  96/25 97/2 97/3 97/17 102/14 103/15 104/3 104/6 104/7 104/9 105/22 105/23 106/8 107/4 107/10 108/10 108/11 109/12 110/2 110/3 110/4 111/4 111/9 111/13 111/25 112/7 113/1 114/3 114/5 114/9 116/11 116/15 116/16

**I've [11]**  7/7 13/21 21/16 37/13 38/16 44/17 51/11 53/4 55/24 93/23 111/4

**idea [3]**  5/16 6/12 75/3

**ideas [1]**  86/10

**identified [3]** 55/15 56/20 78/1

**identity [1]**  93/7

**idiomatic [1]** 86/13

**illustrate [1]** 59/20

**imagine [4]**  45/18 49/7 62/13 83/11

**immediately [1]** 95/24

**immerse [1]**  38/22

**impact [8]**  43/8 50/20 87/9 94/4 95/5 108/19 109/1 112/7

**impacting [1]**  43/3

**impacts [2]**  43/4 43/16

**impeachment [1]**

**implications [1]** 109/20

**implies [1]**  13/15

**importance [4]** 42/15 88/16 88/20 101/20

**important [26]** 38/22 41/22 53/21 56/18 60/24 68/2 68/13 72/22 74/2 75/14 75/15 75/23 75/25 76/3 76/8 76/16 76/21 87/4 89/13 90/12 94/6 99/22 101/21 102/10 105/13 107/12

**importantly [2]** 47/15 70/16

**impress [2]**  61/2 98/4

**impressed [2]** 80/16 84/8

**impression [2]** 89/15 117/19

**impressions [4]** 70/17 70/18 78/25 88/23

**impressive [1]** 59/14

**improper [1]**  33/21

**improve [1]**  105/19

**inadequate [2]** 92/16 93/8

**inadvertent [1]** 13/25

**inappropriate [1]** 12/2

**incapable [1]**  62/2

**included [2]**  39/23 42/18

**Includes [1]**  67/19

**including [11]**

81/7 96/6 108/20 109/2 109/9 109/21 110/17 110/24

**inclusion [5]**  41/3 42/7 42/21 49/5 53/23

**income [32]**  17/20 17/21 17/25 18/20 18/21 19/5 19/9 19/20 19/21 19/24 20/9 23/16 23/21 24/6 24/10 25/6 25/16 25/21 25/23 25/24 26/2 26/3 26/7 27/2 27/8 27/10 27/22 28/4 32/1 32/4 38/8 46/12

**incorporate [1]** 74/20

**incorporated [3]** 82/11 82/19 82/23

**increasing [1]** 46/10

**incredulous [1]** 88/24

**incriminate [1]** 88/8

**independently [5]** 52/23 53/24 54/1 91/2 91/3

**indicated [1]** 100/18

**individual [21]** 25/20 25/22 42/2 43/18 51/20 51/25 56/23 57/2 58/17 59/6 67/10 68/12 75/13 77/9 78/14 82/2 89/25 90/2 98/18 112/3 112/7

**individuals [68]** 38/8 38/17 38/23

**individuals... [65]**
39/6 39/15 39/21
40/1 40/24 42/24
43/9 44/22 47/6
48/25 49/12 53/18
54/21 54/22 54/25
55/13 55/23 56/2
56/2 57/19 57/22
58/23 58/25 59/2
59/9 59/15 59/18
60/3 60/4 60/6
60/7 61/3 61/25
62/1 62/9 63/2
67/6 67/12 67/23
68/21 69/13 70/4
70/4 79/5 79/21
79/22 80/7 80/19
81/3 85/21 87/15
88/7 88/13 89/16
89/25 90/7 91/1
91/8 96/4 96/17
98/14 102/13
102/21 105/12
105/19
**infantilizing [1]**
43/19
**infection [1]**
90/21
**inference [1]**
33/20
**Info [1]**   1/4
**informal [10]**   68/9
78/24 79/3 79/19
80/10 81/10 82/20
95/23 97/4 97/9
**informality [1]**
114/9
**informant [1]**   78/5
**informants [3]**
53/13 57/5 75/4
**information [31]**
10/18 19/13 20/24

57/11 57/16 58/17
59/11 59/22 66/21
67/17 67/25 70/9
73/6 73/7 74/4
74/23 75/7 75/12
75/19 75/22 77/25
78/2 78/7 78/11
78/12 78/18 79/20
82/15
**inherent [1]**   43/18
**inheritable [1]**
43/3
**initial [2]**   107/11
117/19
**injected [2]**   64/6
64/7
**inner [1]**   47/17
**innovations [1]**
38/5
**innovative [1]**
44/21
**inquire [1]**   33/19
**inquiry [2]**   68/13
116/20
**insight [3]**   76/16
101/5 109/4
**insofar [1]**   94/2
**instance [1]**   27/3
**instead [1]**   21/2
**Institutes [7]**
38/12 39/5 44/25
45/25 46/3 46/5
54/6
**instructed [1]**
13/9
**instruction [4]**
15/3 15/9 15/12
15/17
**instructions [1]**
20/24
**instrument [7]**
58/14 58/22 66/20
67/3 67/11 68/7

**instruments [3]**
52/25 53/3 78/15
**insurance [2]**
39/25 42/14
**intact [3]**   39/2
59/3 59/3
**integrate [1]**
66/11
**integrity [1]**
51/14
**intellect [9]**   39/1
39/6 39/15 39/21
50/25 55/19 59/3
87/13 102/14
**intellectual [5]**
46/15 59/1 59/18
67/8 101/12
**intelligence [2]**
39/2 59/3
**intelligent [2]**
49/13 49/14
**intend [4]**   4/5 5/3
5/5 5/9
**intention [3]**
49/10 82/2 87/4
**intentions [5]**
61/20 61/23 62/22
96/5 96/6
**interact [1]**   43/17
**interacted [1]**
80/24
**interacting [4]**
67/18 70/19 76/23
86/23
**interaction [9]**
62/5 68/12 70/13
70/15 77/13 81/14
88/4 89/5 93/24
**interactions [2]**
68/9 68/17
**Interagency [1]**
45/1
**interest [12]**

**interest... [12]**
62/11  62/11  68/20
68/21  69/2  69/4
92/18  92/18  94/23
95/6  95/16  96/2
**interested [2]**
73/18  84/21
**interests [11]**
68/25  69/12  73/18
77/13  80/22  92/9
92/19  94/1  95/21
95/22  95/25
**interfere [1]**
73/10
**International [1]**
41/6
**interpret [2]**
61/24  66/11
**interrupt [2]**  63/6
64/23
**interruption [1]**
109/16
**intervene [1]**
90/24
**interventions [1]**
105/18
**interview [21]**
58/9  58/13  58/18
66/13  68/3  68/4
68/6  74/9  74/10
74/13  74/17  74/22
75/1  75/13  75/20
76/17  77/8  77/10
82/6  82/9  82/16
**Interview-Revised
[1]**  58/13
**interviewed [4]**
57/25  68/14  82/4
82/7
**interviewing [1]**
78/4
**interviews [5]**

52/19  57/14  74/10
78/17  91/10
**introduce [3]**  5/5
5/18  103/16
**introduced [1]**
33/18
**intuition [1]**  49/9
**intuitive [4]**
59/16  70/10  85/13
94/16
**investigation [2]**
42/24  45/2
**investigational [1]**
47/8
**investigations [1]**
44/19
**investigator [1]**
46/25
**invoice [1]**  107/4
**involved [10]**  11/4
40/7  40/14  41/15
48/15  51/12  58/6
61/14  100/25
106/15
**IRA [1]**  1/3
**irrelevant [8]**
70/24  71/16  87/16
88/6  88/10  88/13
88/17  89/21
**IRS [3]**  33/12  34/4
34/11
**is [403]**
**island [1]**  72/3
**isn't [1]**  79/12
**isolated [4]**  37/23
56/4  76/13  80/20
**isolation [3]**  79/6
79/8  80/5
**issue [19]**  3/8  4/9
4/10  7/6  7/24  9/23
11/16  24/16  33/21
41/4  63/22  66/11
69/22  71/24  72/1
72/12  72/14  72/24

**issued [6]**  24/7
33/12  34/4  40/2
41/24  115/14
**issues [6]**  7/23
15/1  33/2  54/3
69/8  87/10
**it [158]**
**it's [67]**  6/8  9/10
10/19  11/2  11/3
11/4  12/3  20/2
20/11  20/12  21/22
22/16  22/18  22/19
26/14  26/15  28/25
29/10  31/23  38/3
39/24  40/13  41/6
41/24  43/2  43/3
43/15  43/16  44/20
45/17  47/15  49/18
55/1  56/19  56/20
56/22  58/23  61/19
61/22  64/23  64/23
64/23  64/25  67/4
67/11  67/16  67/17
72/10  73/9  75/19
78/16  85/6  89/5
90/20  93/6  93/9
93/9  94/6  96/4
98/10  99/22  103/21
105/17  107/15
111/17  115/12
116/13
**item [1]**  78/16
**items [3]**  9/4
68/16  83/8
**its [7]**  8/20  10/22
27/4  41/19  45/12
58/24  88/20
**itself [4]**  9/8
71/20  71/20  78/16

---

**J**

---

**January [4]**  22/18
25/11  31/5  31/5

**J**

**Jerusalem [1]**
36/23
**job [3]**   23/8 23/9
91/9
**Jobs [2]**   114/22
114/25
**joint [1]**   76/14
**JORGE [1]**   1/20
**joy [1]**   16/21
**judge [6]**   1/10
49/13 60/4 64/3
65/19 96/5
**judged [2]**   60/20
61/7
**judging [1]**   60/23
**judgment [2]**   50/18
79/4
**jurors [6]**   5/22
16/3 65/6 65/10
65/18 65/25
**jury [23]**   1/11
5/11 5/17 11/20
13/13 14/25 15/3
16/8 16/9 19/16
21/13 63/19 64/10
65/4 65/10 65/14
66/3 101/5 110/6
110/12 110/22
116/9 117/25
**just [72]**   3/6 4/5
4/11 9/14 10/19
12/14 15/21 17/3
20/14 20/19 20/21
22/4 24/5 25/24
26/17 28/11 28/15
28/24 28/24 29/10
29/16 29/24 31/20
32/20 33/2 34/22
34/22 40/6 40/14
41/17 44/3 44/8
44/9 45/11 50/1
50/5 51/1 55/22

56/13 59/20 59/21
65/11 65/22 65/23
66/1 71/6 71/18
76/5 76/22 78/1
83/3 83/22 86/23
87/18 89/22 90/23
91/5 93/17 98/24
99/10 101/2 103/16
104/1 105/25 106/3
106/8 110/6 110/12
111/25 113/6 115/8
117/14

**K**

**K-1 [7]**   23/13
23/15 23/16 23/20
24/6 24/12 24/16
**K-1's [1]**   23/23
**K-L-I-N [1]**   36/4
**KASS [3]**   1/21 13/9
14/3
**keep [1]**   64/17
**kind [6]**   13/19
75/19 76/3 77/1
93/6 113/23
**kinds [5]**   63/3
70/18 81/8 88/23
90/14
**KLEIMAN [24]**   1/3
1/4 8/1 10/5 11/19
12/18 13/2 17/17
22/1 22/4 22/6
22/16 22/18 29/20
29/23 29/23 30/15
32/23 32/24 33/4
34/8 101/4 101/9
101/17
**Kleiman's [1]**   10/7
**KLIN [61]**   2/9 4/17
35/11 35/17 35/21
36/2 36/8 36/10
36/19 38/13 43/23
45/11 50/12 50/22
51/3 52/7 56/9

66/8 69/25 71/4
71/17 72/24 74/1
75/7 77/7 77/24
79/17 81/4 81/13
82/4 82/25 85/1
85/16 87/7 87/18
88/9 89/1 89/22
90/18 91/14 93/13
93/21 95/4 95/11
95/14 96/8 96/19
97/15 98/6 98/16
98/24 99/18 100/2
102/2 102/8 103/14
106/25 118/1
**Klin's [1]**   107/20
**knew [5]**   51/22
54/8 57/3 57/9
112/23
**know [17]**   6/12
9/23 11/22 26/8
27/11 44/10 51/25
55/5 64/5 65/3
83/21 85/12 99/10
100/20 108/12
109/3 115/17
**knowledge [6]**
23/23 39/11 70/8
81/6 81/7 102/20
**known [3]**   12/7
89/9 113/1
**knows [2]**   54/19
57/24
**KUHARCIK [60]**   2/7
4/16 7/25 10/23
11/17 12/8 14/23
16/1 16/25 17/7
17/15 17/18 17/24
18/6 18/15 18/18
18/22 19/2 19/6
19/12 19/19 19/22
19/25 20/3 21/16
21/25 22/17 22/19
22/20 23/10 23/13

**K**

**KUHARCIK... [29]**
24/2 24/16 25/2
25/10 25/15 26/3
26/17 26/21 27/15
28/2 28/6 28/12
28/23 29/3 29/14
29/16 29/21 29/21
30/15 31/9 31/13
31/20 32/3 32/17
33/12 34/21 34/25
35/1 35/5
**KYLE [1]** 1/13

**L**

**label [5]** 49/17
49/18 49/18 49/22
50/25
**lack [6]** 46/17
60/14 60/14 60/15
60/16 90/7
**Ladies [6]** 16/10
16/23 34/20 63/13
66/4 117/23
**laid [1]** 10/25
**language [15]**
59/10 59/11 59/14
59/21 59/21 62/23
77/12 80/14 80/15
80/17 81/7 81/10
81/11 97/3 98/11
**laptop [1]** 96/13
**laptops [1]** 65/16
**larger [2]** 38/5
65/7
**largest [10]** 37/12
38/1 38/3 39/12
40/20 45/14 45/17
46/4 49/3 72/2
**last [4]** 3/8 4/12
13/17 24/24
**late [3]** 5/25
12/24 12/24
**later [6]** 55/9

65/16 69/11 77/3
82/11 92/23
**law [13]** 5/13
13/20 13/20 14/6
36/16 50/21 54/25
55/1 55/2 57/17
57/19 60/21 65/5
**lawyer [1]** 8/18
**lawyers [2]** 107/1
108/1
**lay [1]** 33/22
**lead [2]** 40/22
105/18
**Leading [4]** 79/13
94/25 95/7 99/15
**learn [14]** 43/9
47/5 59/10 59/10
59/21 68/22 70/6
73/22 74/8 80/22
84/4 91/15 91/19
92/14
**learned [4]** 80/14
84/9 107/6 107/6
**learning [16]** 43/7
43/10 49/4 61/8
67/22 68/20 69/7
70/8 70/22 73/7
80/21 84/3 84/16
89/3 93/25 94/8
**least [3]** 89/8
90/16 94/2
**leave [2]** 35/6
37/18
**lecture [2]** 95/24
114/16
**led [5]** 39/14
39/17 44/23 71/8
84/6
**ledger [3]** 31/5
31/9 31/10
**left [3]** 37/14
56/1 56/4
**legal [10]** 108/23
109/1 109/2 109/3

109/16 109/21
110/20 110/24
112/5 112/10
**Lender [1]** 14/7
**length [2]** 5/3
114/5
**lengthy [1]** 53/19
**Leon [1]** 1/22
**less [6]** 20/8
20/16 21/3 21/8
47/10 84/20
**let [27]** 6/12
13/21 16/25 26/17
28/10 28/14 28/16
33/9 35/21 40/5
40/6 41/18 44/9
58/1 65/3 68/4
79/8 80/9 90/3
94/19 98/5 103/25
106/5 108/12
111/25 115/13
115/17
**let's [5]** 9/2 9/13
16/8 116/13 117/23
**letter [1]** 14/2
**level [1]** 85/18
**levels [1]** 69/2
**leverage [2]** 47/8
47/20
**LICATA [1]** 1/17
**life [28]** 51/13
57/7 58/21 60/9
62/3 67/5 67/8
69/7 69/10 69/12
69/18 73/4 73/25
75/3 75/11 76/9
84/6 84/12 84/23
85/4 85/18 86/2
91/7 92/16 92/22
93/10 94/2 109/5
**lifelong [1]** 69/3
**lifetime [1]** 90/9
**like [44]** 3/13
3/18 11/12 19/19

**L**

**like... [40]**   22/12
23/12 32/1 43/23
47/10 50/12 50/21
55/22 55/24 56/7
57/18 62/13 62/14
62/22 65/10 67/19
68/19 68/22 69/25
70/21 72/4 74/19
78/8 84/6 86/1
86/4 87/7 87/11
88/17 89/2 89/6
90/13 90/20 90/23
101/20 104/2
114/22 115/3
116/12 116/23

**likelihood [1]**
102/20

**likely [1]**   80/20

**limine [1]**   69/20

**limit [1]**   108/22

**limitation [3]**
12/11 12/14 24/3

**limited [5]**   9/10
12/13 38/15 108/23
115/14

**limiting [1]**   10/20

**line [21]**   7/19 9/5
11/10 11/12 13/7
13/8 14/22 17/21
17/25 18/2 18/16
18/17 19/4 19/4
19/21 19/25 24/24
31/24 111/13
111/14 116/19

**lines [3]**   13/5
15/22 79/2

**list [2]**   65/17
84/14

**listen [1]**   60/3

**listing [1]**   31/10

**literal [5]**   62/25
85/23 86/5 86/21

**Literalness [1]**
86/4

**litigation [10]**
54/9 100/4 100/24
108/21 110/18
113/22 114/1 114/6
114/7 114/10

**litigations [1]**
100/25

**little [20]**   11/2
39/10 39/11 40/5
40/13 44/3 45/11
64/18 65/7 65/15
71/15 76/20 79/8
80/9 89/6 104/20
106/4 106/9 106/15
112/15

**live [1]**   47/17

**lived [1]**   38/19

**lives [6]**   38/20
43/4 57/23 60/22
90/8 102/18

**living [2]**   70/7
91/2

**Liz [3]**   65/6 65/24
110/9

**LLC [7]**   1/4 22/24
23/4 23/24 25/11
30/22 31/4

**LLP [2]**   1/12 1/19

**lofty [1]**   115/4

**log [1]**   13/2

**London [2]**   36/25
44/14

**long [11]**   6/7 6/16
6/22 12/8 38/21
40/7 52/9 64/6
68/4 83/12 105/19

**long-stay [1]**
38/21

**long-term [1]**
105/19

**long-time [1]**   52/9

**look [15]**   13/23
18/6 18/16 18/17
19/2 19/12 28/20
30/2 31/2 47/4
65/11 65/23 66/1
75/4 109/19

**looked [6]**   22/8
29/25 43/14 104/5
114/22 116/23

**looking [5]**   18/15
77/1 108/5 116/24
116/24

**loss [11]**   19/21
20/9 25/11 25/15
25/20 25/21 25/23
26/2 31/4 31/4
63/2

**losses [1]**   29/4

**lost [1]**   72/21

**lot [10]**   40/6
55/15 77/24 78/11
80/17 82/20 85/24
90/17 90/17 102/16

**love [1]**   37/22

**low [1]**   38/8

**lower [2]**   59/25
89/19

**lunch [8]**   63/15
65/25 106/6 115/18
117/21 117/24
118/2 118/4

**Lynam [3]**   74/3
74/9 74/14

**M**

**machine [1]**   119/8

**machines [2]**   62/13
73/16

**made [17]**   9/15
9/18 9/19 13/3
13/4 14/16 15/11
41/9 43/24 51/9
54/14 58/1 60/2
65/5 72/19 72/25

**M**

**made...** **[1]**   82/21
**main** **[2]**   27/6
50/15
**maintain** **[2]**   31/11
65/17
**major** **[11]**   44/18
47/6 48/14 48/17
76/1 81/8 81/12
86/25 86/25 89/3
94/1
**majority** **[2]**   54/22
55/23
**make** **[27]**   5/20 6/2
6/14 6/17 9/3
13/18 14/25 15/9
16/25 22/4 28/17
29/1 37/24 38/4
40/23 43/18 52/4
65/12 73/5 78/22
81/21 81/22 84/10
84/20 89/8 90/25
97/22
**makes** **[4]**   60/23
73/7 84/23 94/14
**making** **[3]**   42/2
78/5 85/25
**maladjustment** **[3]**
49/17 49/24 55/25
**managed** **[2]**   55/14
84/18
**mandate** **[1]**   48/17
**manifestations** **[1]**
58/24
**manifested** **[1]**
71/20
**manipulate** **[1]**
49/25
**manner** **[2]**   47/4
94/22
**manual** **[6]**   39/18
40/2 40/18 41/5
41/21 42/7

**manuals** **[2]**   41/10
78/18
**many** **[31]**   5/24
38/7 42/11 42/11
46/12 47/10 47/10
47/11 47/11 47/16
47/17 48/2 51/1
69/11 69/12 71/22
71/22 71/23 76/14
76/14 76/14 76/14
79/23 79/24 79/24
79/24 81/24 86/13
92/22 111/5 111/6
**map** **[1]**   79/23
**mapping** **[1]**   78/19
**March** **[1]**   107/3
**Marcus** **[12]**   37/8
38/1 38/9 44/16
45/12 45/14 45/24
47/16 52/19 89/1
98/17 104/5
**mask** **[1]**   35/23
**material** **[2]**   74/18
101/6
**materials** **[2]**   78/6
113/13
**maternal** **[6]**   45/5
57/10 74/2 74/23
76/10 76/15
**math** **[4]**   40/6
80/23 93/5 94/14
**mathematical** **[2]**
85/8 85/15
**matter** **[5]**   9/9
69/11 73/16 98/1
107/7
**matters** **[1]**   52/24
**maximize** **[1]**   53/14
**may** **[29]**   4/7 4/13
4/19 7/14 11/6
15/16 20/25 21/2
21/12 21/14 32/24
33/3 33/3 56/13
56/13 61/4 61/7

79/24 79/25 103/4
103/10 103/11
105/14 110/13
111/19 117/4
**maybe** **[6]**   7/1
51/13 63/10 63/11
88/22 106/6
**MCGOVERN** **[15]**   1/20
2/7 2/9 7/10 12/6
17/4 44/3 63/11
64/17 83/1 106/4
106/9 110/16
115/24 116/5
**me** **[65]**   3/18 13/21
16/25 17/7 18/17
26/17 28/11 28/14
28/16 32/17 33/9
34/2 35/21 36/17
39/9 40/5 40/6
41/18 47/10 52/10
52/15 52/23 53/21
56/10 56/16 57/11
58/1 61/19 61/23
64/4 68/4 73/8
75/6 76/3 76/16
79/8 80/9 84/13
84/14 84/23 85/23
90/3 91/21 93/18
94/6 94/11 94/12
94/19 97/24 98/5
103/6 103/25
104/24 105/16
106/5 107/15
107/16 108/12
110/22 111/9
111/25 112/25
115/13 117/11
117/14
**mean** **[19]**   5/2 20/6
21/7 37/17 60/11
60/13 61/4 61/17
63/1 63/1 70/2
70/3 83/11 86/5

**M**

**mean... [5]**  86/6
86/7 88/5 102/8
108/10
**meaning [4]**  20/13
82/1 86/21 86/21
**meaningful [1]**
91/1
**means [2]**  55/8
104/19
**meant [6]**  83/16
90/3 105/24 109/1
109/8 109/8
**measure [2]**  47/3
67/3
**mechanism [1]**  73/9
**median [1]**  55/6
**medical [3]**  36/25
43/15 44/14
**Medicine [2]**  37/2
37/6
**meet [8]**  58/21
59/15 74/2 77/16
103/16 105/3
108/14 113/4
**meeting [2]**  35/6
51/6
**meets [3]**  56/10
78/23 112/3
**members [2]**  3/19
38/10
**memory [1]**  74/6
**mental [4]**  41/21
59/1 61/20 90/23
**mention [4]**  9/3
12/19 28/17 29/1
**mentioned [18]**
41/11 41/17 46/11
48/16 55/24 58/19
60/10 69/25 70/1
76/17 82/4 83/5
87/19 88/10 88/10
93/23 96/19 119/9

**mentor [1]**  48/7
**mercilessly [1]**
69/16
**merely [2]**  25/21
27/7
**merging [1]**  79/2
**MESTRE [2]**  1/19
1/20
**met [5]**  24/19
77/18 77/19 77/21
77/22
**metaphor [1]**  86/9
**metaphors [2]**
62/25 87/2
**methodology [2]**
52/5 52/6
**Miami [7]**  1/14
1/18 1/24 1/25
119/15 119/18
119/18
**mic [1]**  63/25
**MICHAEL [2]**  1/21
41/8
**middle [3]**  64/6
73/16 83/16
**might [15]**  23/13
23/17 27/11 27/12
27/22 55/21 57/6
68/24 88/24 96/2
96/13 96/14 97/2
115/9 115/18
**mile [1]**  87/25
**miles [2]**  87/24
88/1
**milestone [1]**  44/1
**million [2]**  45/25
54/21
**mind [13]**  47/1
61/15 62/1 62/1
72/3 77/2 81/18
81/20 85/14 85/14
93/5 110/9 110/23
**minds [5]**  49/6
49/9 70/14 81/16

**mine [2]**  16/13
101/17
**mined [1]**  34/12
**mining [2]**  33/13
34/5
**minor [1]**  88/19
**minority [2]**  38/8
46/13
**minute [7]**  31/16
63/7 63/15 63/20
102/24 114/2 115/9
**minutes [8]**  3/7
7/1 7/4 63/18 64/5
77/3 113/19 115/20
**Mischaracterizes
[1]**  117/1
**miscommunication
[1]**  15/22
**misplacement [1]**
50/8
**miss [1]**  87/16
**missing [2]**  70/24
88/3
**Misstates [2]**
109/13 116/2
**mistake [1]**  110/6
**misunderstanding
[1]**  15/22
**mitigated [1]**
90/15
**mocked [1]**  77/2
**models [1]**  37/24
**molecular [1]**  46/7
**moment [3]**  51/8
96/14 103/4
**Monday [16]**  4/3
4/4 4/6 4/8 4/9
4/13 4/19 4/22
4/24 5/4 5/8 5/12
5/17 6/3 6/4 6/19
**monitor [2]**  61/10
70/20
**monitoring [1]**

**M**

**monitoring... [1]**
105/7

**months [1]**  98/10

**morass [1]**  49/10

**more [29]**  14/21
26/22 29/16 31/20
37/23 38/5 41/13
51/12 55/10 55/10
57/11 62/18 62/23
70/16 80/9 80/20
89/20 89/20 90/11
90/15 91/1 97/2
100/21 106/4 106/9
115/13 115/20
116/18 116/25

**morning [13]**  3/3
5/12 16/10 17/7
17/11 17/13 32/17
32/18 35/13 35/14
36/8 36/9 84/15

**most [25]**  37/20
38/20 43/3 45/21
46/4 47/14 53/2
54/20 58/8 60/17
60/24 62/7 69/17
70/23 71/11 73/3
82/18 83/21 85/18
86/6 91/6 91/8
93/10 95/20 95/21

**mother [11]**  57/9
75/8 75/9 75/10
75/13 75/17 75/19
75/22 75/23 76/11
96/9

**motion [4]**  3/9
10/13 64/9 69/20

**motivation [3]**
60/16 67/20 102/3

**moved [4]**  38/24
48/14 52/19 78/21

**MR [3]**  2/8 2/10
21/25

**M...** **[75]**
7/25 9/20 10/3
10/23 11/17 12/8
12/13 13/2 13/9
13/9 14/3 14/4
14/23 16/1 16/15
16/15 16/18 16/19
16/22 16/25 17/7
17/15 17/18 17/24
18/6 18/15 18/18
18/22 19/2 19/6
19/12 19/19 19/22
19/25 20/3 21/16
22/17 22/20 23/10
23/13 24/2 24/16
25/2 25/10 25/15
26/3 26/17 26/21
27/15 28/2 28/6
28/12 28/23 29/3
29/14 29/16 29/21
30/15 31/9 31/13
31/20 32/3 32/13
32/17 33/12 34/21
34/25 35/1 35/5
64/20 103/6 106/23
115/17

**Mr. Barnett [4]**
16/15 16/18 16/19
16/22

**Mr. Barnett's [1]**
16/15

**Mr. Brenner [8]**
9/20 10/3 12/13
13/9 14/4 64/20
106/23 115/17

**Mr. Kass [2]**  13/9
14/3

**Mr. Kleiman [1]**
13/2

**Mr. Kuharcik [56]**
4/16 7/25 10/23
11/17 12/8 14/23
16/1 16/25 17/7
17/15 17/18 17/24
18/22 19/2 19/6
19/12 19/19 19/22
19/25 20/3 21/16
22/17 22/20 23/10
23/13 24/2 24/16
25/2 25/10 25/15
26/3 26/17 26/21
27/15 28/2 28/6
28/12 28/23 29/3
29/14 29/16 29/21
30/15 31/9 31/13
31/20 32/3 32/17
33/12 34/21 34/25
35/1 35/5

**Mr. Roche [2]**
32/13 103/6

**Mr. William [1]**
4/19

**MS [3]**  2/7 2/9
106/9

**Ms. [11]**  7/10 12/6
17/4 44/3 63/11
64/17 83/1 106/4
110/16 115/24
116/5

**Ms. McGovern [11]**
7/10 12/6 17/4
44/3 63/11 64/17
83/1 106/4 110/16
115/24 116/5

**much [14]**  6/24
16/21 47/15 51/19
55/10 57/15 62/18
74/4 80/20 86/12
86/15 93/2 99/7
103/17

**multiple [1]**  46/23

**mute [1]**  17/8

**my [63]**  11/18
24/10 24/12 30/21
33/2 38/7 38/18
38/19 39/9 39/16
40/9 40/13 40/21

**M**

**my... [50]**   44/13
44/25  46/11  47/1
48/7  48/14  48/21
50/18  51/13  51/14
51/14  51/16  52/1
52/4  55/20  60/25
63/25  66/10  74/11
74/20  74/20  74/21
78/6  82/11  82/20
82/23  83/18  87/11
87/22  87/25  88/2
90/3  96/25  97/4
100/19  100/25
101/7  102/19
107/18  108/9
109/19  110/6  113/6
113/23  114/8
115/13  115/23
117/19  119/11
119/14
**myself [3]**   38/22
73/9  103/16

**N**

**naive [1]**   85/24
**name [9]**   22/7
35/19  35/22  36/1
39/21  39/22  57/10
96/16  117/11
**named [1]**   92/4
**narrative [12]**
63/7  63/11  64/3
64/16  64/20  64/25
71/1  91/11  102/22
106/10  106/11
106/18
**narrow [2]**   6/10
62/12
**narrowed [1]**   3/25
**National [7]**   38/12
39/5  44/25  45/25
46/3  46/5  54/6
**natural [2]**   58/16

**naturally [1]**   69/6
**nature [9]**   8/20
12/3  59/12  59/22
77/14  80/24  81/1
82/14  109/21
**navigate [3]**   59/17
59/24  62/4
**necessarily [2]**
26/24  70/7
**necessary [1]**   15/9
**need [17]**   4/10
5/18  5/23  6/7  6/14
6/17  41/13  53/12
56/17  59/24  59/25
59/25  62/19  64/19
80/1  91/6  94/11
**needed [6]**   57/3
57/5  57/11  57/15
57/24  65/16
**Needless [3]**   62/15
81/24  84/1
**needs [2]**   15/12
78/13
**neglected [2]**
40/24  55/25
**negligible [1]**
71/15
**network [1]**   105/8
**neuro [1]**   104/11
**neuro-developmental
[1]**   104/11
**never [4]**   51/11
109/25  112/20
112/21
**nevertheless [1]**
49/15
**new [4]**   37/24
40/22  41/4  44/19
**newly [3]**   22/23
23/4  23/24
**next [8]**   22/13
22/25  23/6  25/8
33/2  35/8  70/13

**nice [1]**   93/3
**night [4]**   3/8  4/12
84/15  96/14
**nine [1]**   54/11
**ninja [2]**   76/25
77/4
**no [69]**   1/2  5/16
8/10  8/16  8/23
9/25  10/5  10/9
10/19  10/24  11/4
11/5  11/22  11/23
12/9  12/10  12/18
12/19  13/24  14/8
15/22  16/5  16/7
24/4  24/18  24/20
24/22  28/9  28/13
29/2  29/10  30/19
31/15  32/8  34/16
34/17  34/19  35/1
38/16  42/5  43/13
47/18  49/10  54/1
64/4  64/12  64/16
65/13  70/12  73/21
79/22  83/3  86/2
87/25  90/19  90/19
97/14  101/7  101/14
102/19  102/20
103/1  104/14
104/15  104/16
104/24  104/24
105/16  111/2
**non [4]**   62/25
114/1  116/23
117/13
**non-autism [1]**
116/23
**non-literal [1]**
62/25
**non-litigation [1]**
114/1
**non-verbal [1]**
117/13
**North [2]**   1/24

**N**

**North... [1]**
119/18
**Northern [1]**   13/23
**not [129]**
**note [2]**   6/22 9/23
**notes [1]**   119/11
**nothing [7]**   9/21
10/8 12/23 43/17
81/18 105/22
105/23
**noticed [1]**   114/19
**noticing [1]**
114/18
**notion [2]**   10/23
50/2
**November [3]**   1/5
119/9 119/15
**now [22]**   3/18 4/6
5/8 5/9 12/10
21/19 44/16 46/1
47/13 50/4 56/3
57/2 83/11 88/4
91/16 91/18 91/19
92/6 109/24 110/22
111/1 117/22
**nowadays [4]**   54/18
54/24 55/12 90/24
**number [6]**   14/25
51/9 55/20 64/14
107/17 111/1
**numbers [2]**   20/17
26/9
**nurse [1]**   52/12

**O**

**oath [2]**   35/16
111/22
**object [5]**   60/20
64/4 64/13 64/19
64/21
**objecting [1]**
15/13
**objection [54]**

10/2 10/5 10/21
10/24 12/10 13/6
13/24 14/19 15/5
15/10 18/23 18/24
24/13 27/16 28/18
29/6 29/11 30/18
33/6 33/15 64/15
64/17 69/19 69/23
71/1 72/5 72/7
79/13 91/11 94/25
95/7 98/21 99/15
99/20 100/11
101/23 102/5
102/22 106/10
106/11 106/17
106/18 106/22
106/23 109/11
109/13 111/18
111/19 116/1 116/1
117/1
**objections [3]**
15/1 15/11 15/15
**objective [1]**   47/4
**obligated [1]**   49/2
**observation [5]**
58/15 66/19 68/8
78/5 91/22
**observations [6]**
53/20 58/11 75/3
82/21 93/13 93/21
**observe [5]**   58/15
61/11 66/20 96/22
102/18
**observed [4]**   61/7
76/22 76/23 77/4
**obsess [2]**   73/3
73/5
**obsessed [4]**   69/3
71/10 72/20 88/17
**obsession [1]**
71/14
**obsessive [5]**   69/2
72/25 73/1 94/23

**obtains [1]**   79/1
**obviously [3]**   5/2
41/18 111/14
**occupation [1]**
93/7
**odd [8]**   73/19 77/2
83/9 83/21 83/21
85/12 92/16 96/1
**off [6]**   7/1 22/16
35/23 44/10 103/25
108/10
**offering [1]**   45/22
**Officer [1]**   88/1
**often [8]**   40/25
49/16 56/5 59/10
61/14 62/23 70/20
102/14
**oh [4]**   26/17
100/18 110/3 114/7
**okay [81]**   3/24
16/4 16/8 17/20
17/24 18/20 19/8
20/18 22/22 23/6
23/12 23/20 23/23
24/1 24/2 24/2
26/25 27/14 28/24
29/20 29/23 30/2
32/14 34/4 64/23
64/23 65/2 65/20
67/13 75/6 77/16
88/11 95/14 99/9
100/8 103/25 104/3
104/5 104/7 104/7
104/24 104/25
105/2 105/9 105/16
105/22 106/3 106/6
106/14 106/15
107/11 107/19
107/25 108/12
108/12 108/13
108/17 108/25
109/6 110/15 111/1
111/10 111/25

Q

**okay... [18]**
112/15  112/19
112/22  113/13
113/17  113/25
114/8  114/11
114/15  114/18
114/22  115/2  115/3
115/19  115/23
116/6  116/11
116/17
**Oklahoma [1]**   13/23
**old [3]**   54/11
54/13  105/8
**once [7]**   16/13
40/19  71/23  76/25
80/15  80/19  82/18
**one [73]**   4/8  4/14
8/22  8/22  14/21
20/16  20/17  26/21
31/16  31/20  37/12
37/20  38/3  40/24
41/8  41/10  42/21
44/20  45/17  46/2
48/10  50/16  50/18
50/19  51/1  51/9
51/12  52/25  53/2
53/21  54/2  54/20
55/24  60/1  65/17
66/18  69/15  72/1
73/5  73/14  75/18
76/10  76/24  78/15
79/2  82/7  83/9
83/22  85/8  87/22
89/24  89/25  90/1
93/5  95/24  98/2
98/15  100/21
102/24  103/4
103/23  105/3  106/8
106/14  106/16
107/6  107/17  108/3
112/15  113/3  115/2
115/13  115/19

one's [2]   59/21
60/9
**one-sided [2]**
69/15  98/15
**one-track [1]**   93/5
**ones [4]**   28/23
39/12  39/16  78/22
**online [1]**   24/25
**only [27]**   5/15
5/25  6/18  8/3  8/12
8/22  8/22  19/8
19/9  21/3  32/6
42/3  46/2  51/11
51/20  52/4  55/8
57/13  60/21  80/24
81/19  85/6  88/2
92/23  93/7  98/12
102/21
**open [1]**   75/1
**open-ended [1]**
75/1
**opening [1]**   51/3
**operations [3]**   8/8
27/7  52/21
**opinion [43]**   36/11
36/13  51/2  51/14
51/16  52/4  56/12
58/2  58/4  64/14
64/14  66/9  66/12
72/6  72/8  72/10
72/13  74/21  75/24
76/7  78/6  79/1
84/7  85/16  87/8
93/14  94/3  95/4
95/8  100/16  100/19
100/25  101/3  101/8
101/11  101/15
101/16  102/8
102/11  115/14
115/24  116/4  116/8
**opinions [6]**   43/23
50/12  50/13  50/22
58/3  93/22
**opportunities [1]**

**opportunity [5]**
13/21  34/23  64/18
65/9  65/11
**optimize [1]**   46/20
**option [1]**   65/7
**order [21]**   3/1
39/25  48/19  48/21
53/13  53/17  58/15
58/20  62/18  62/23
66/20  67/24  69/20
78/13  80/1  81/19
82/14  83/24  86/8
94/11  114/3
**Organization [1]**
41/6
**origins [1]**   43/2
**ostracized [2]**
56/4  69/17
**other [53]**   3/19
9/24  11/10  11/10
12/15  12/15  14/13
20/16  20/19  23/17
26/4  39/14  49/9
49/20  49/25  50/6
51/15  51/24  56/13
57/5  57/17  57/18
59/17  60/24  62/3
73/9  73/18  76/23
80/15  80/18  81/15
81/16  82/23  83/9
83/25  85/13  85/21
86/15  87/5  87/15
89/12  94/12  94/12
94/16  94/16  95/25
96/5  98/3  98/4
98/4  98/7  98/13
102/12
**others [44]**   43/5
43/6  49/8  50/7
52/19  58/22  59/25
60/10  60/11  60/16
60/17  61/1  61/2
61/7  61/10  61/15

**O**

**others... [28]**
62/8 62/15 62/16
62/19 67/4 67/19
67/21 69/15 70/17
73/15 80/4 80/14
80/16 81/20 83/9
83/22 85/7 86/10
86/24 88/19 88/23
89/15 91/7 92/2
94/22 96/3 101/22
104/21

**our [37]** 4/2 4/11
6/9 10/13 11/16
16/3 30/3 30/9
31/4 37/24 38/5
38/5 38/11 38/11
41/8 42/10 42/11
42/12 43/20 45/19
50/2 50/8 52/21
60/2 60/21 61/1
61/2 61/13 62/22
62/22 62/22 63/15
64/18 92/2 97/10
97/11 117/21

**ourselves [2]** 98/4
98/12

**out [10]** 5/18
10/15 10/25 61/16
74/7 98/25 107/17
110/18 111/14
114/3

**outcome [3]** 55/6
70/13 105/19

**outcomes [2]** 46/20
56/6

**outset [1]** 108/1

**outside [9]** 11/15
11/23 13/11 33/8
85/17 113/22 114/6
114/7 114/9

**over [22]** 3/7 4/18
39/8 40/10 42/19

44/15 45/19 45/25
47/2 54/21 66/22
69/10 70/13 73/24
84/9 87/15 88/11
90/8 90/15 92/15
92/21 94/4

**overall [1]** 28/15

**overarching [1]**
72/2

**overcoming [1]**
105/13

**overlay [1]** 12/12

**overly [10]** 85/22
86/5 88/17 88/22
88/22 92/22 96/4
97/9 97/12 97/12

**overruled [11]**
18/24 27/17 28/21
33/24 34/15 69/23
72/15 100/12
109/15 111/19
117/3

**overview [1]** 77/7

**own [4]** 82/20
85/22 97/6 97/6

**P**

**p.m [3]** 63/14
117/25 118/4

**pace [1]** 61/5

**page [35]** 2/6 7/19
9/2 9/5 9/11 11/8
11/16 12/13 14/5
15/22 18/7 18/8
18/16 19/4 19/20
20/2 21/18 21/19
21/20 22/11 22/13
24/24 25/8 25/10
31/24 52/3 64/9
78/17 78/21 78/22
83/12 95/10 107/20
111/13 111/14

**page-long [1]**
83/12

**pages [4]** 1/8 7/18
19/3 119/12

**paid [5]** 23/7 23/9
99/4 99/7 99/8

**Paige [1]** 30/17

**pains [1]** 52/3

**PALM [1]** 1/2

**palsy [1]** 43/14

**pandemic [1]**
103/22

**panels [1]** 44/23

**papers [1]** 4/12

**paperwork [1]** 31/4

**paragraphs [1]**
83/13

**parameters [3]**
45/2 51/24 79/5

**paranoid [1]** 70/20

**pardon [1]** 13/15

**parent [1]** 42/4

**parents [2]** 48/19
60/6

**park [2]** 77/1 77/5

**part [13]** 20/4
20/23 20/24 54/9
58/5 71/6 73/1
78/24 78/25 81/1
86/23 92/3 92/24

**particular [17]**
13/1 20/13 26/6
27/24 33/21 38/25
40/21 58/7 61/8
62/10 68/7 69/1
75/11 79/11 82/1
107/10 112/8

**particularly [8]**
44/12 47/7 53/18
57/12 62/4 86/21
87/5 102/13

**parties [2]** 5/11
15/9

**partner [3]** 23/8
24/10 41/8

**partners [5]** 22/24

**P**

**partners... [4]**
23/7 23/24 24/7
27/3
**partnership [19]**
23/19 24/5 24/7
24/9 24/11 25/18
25/19 26/22 26/25
27/4 27/12 27/14
27/15 27/20 30/14
31/14 101/3 101/8
101/12
**partnership's [2]**
23/21 27/6
**parts [9]** 66/10
70/22 70/23 71/7
71/15 71/18 87/19
88/9 88/13
**party [1]** 23/17
**pass [2]** 23/18
27/3
**pass-through [2]**
23/18 27/3
**passage [1]** 54/25
**past [2]** 38/16
100/7
**patents [4]** 46/23
46/24 47/12 47/21
**pathognomonic [1]**
80/6
**patient [2]** 87/25
88/2
**patients [1]** 87/22
**Patrick [1]** 30/17
**pattern [4]** 68/20
69/3 85/4 94/13
**patterns [2]** 67/22
85/2
**Pause [6]** 26/19
31/18 35/12 102/25
103/9 111/16
**pay [1]** 28/3
**payroll [1]** 25/7

**PDF [3]** 18/9 19/16
31/24
**peas [1]** 76/11
**pedantic [2]** 88/22
88/22
**pediatric [2]**
37/12 45/20
**pediatrics [3]**
37/11 38/13 38/15
**peer [2]** 57/12
76/23
**peers [7]** 49/12
56/3 68/24 69/10
69/16 70/19 97/13
**people [43]** 40/25
47/4 47/10 49/13
57/3 57/17 59/1
60/3 62/25 68/24
69/12 70/19 73/3
73/3 73/4 73/9
73/13 73/18 73/20
74/6 75/2 78/19
80/24 81/15 81/17
81/19 81/21 83/21
84/24 86/16 86/17
89/2 89/12 89/14
90/17 90/22 92/4
92/22 95/25 96/22
98/13 102/16
104/20
**people's [4]** 49/9
61/23 70/14 96/5
**per [1]** 99/8
**percent [8]** 23/9
23/9 51/13 55/7
58/25 59/2 59/23
60/1
**perfect [5]** 50/3
50/5 50/8 96/6
96/7
**perform [3]** 52/7
53/5 117/9
**performance [1]**
115/10

**performed [2]** 77/6
116/22
**performing [1]**
26/6
**Perhaps [1]** 27/3
**period [3]** 27/13
27/24 47/9
**periods [1]** 57/6
**permitted [2]**
15/23 35/23
**person [44]** 36/18
43/20 43/21 43/22
44/20 48/7 50/16
50/25 53/11 55/18
56/24 57/1 58/11
58/16 60/24 66/21
75/20 77/4 78/23
79/25 86/19 87/5
88/18 89/24 89/25
90/4 90/15 90/25
92/20 93/5 93/6
93/6 93/8 95/24
98/4 100/23 101/1
102/13 111/7 114/3
115/11 117/11
117/13 117/13
**person's [12]** 43/5
43/16 58/11 58/20
67/3 67/18 75/3
75/17 78/2 78/3
96/21 117/11
**personal [2]** 1/3
73/14
**perspective [8]**
4/11 57/12 62/2
63/5 74/6 81/17
91/5 94/9
**pertaining [1]**
11/1
**Ph.D [2]** 36/24
52/12
**philosophy [1]**
81/8
**picture [1]** 71/14

**P**

**piece [2]** 89/13 91/23
**pioneers [2]** 41/9 48/22
**place [1]** 12/11
**placed [3]** 35/16 49/23 50/4
**PLAINTIFF [2]** 1/12 51/4
**Plaintiffs [5]** 1/5 5/5 12/24 16/4 35/3
**play [1]** 86/22
**playing [1]** 77/1
**pleasant [1]** 118/2
**please [38]** 16/11 17/15 18/10 19/12 19/24 21/10 21/10 21/12 21/17 21/18 21/22 22/11 22/14 24/23 25/8 25/25 26/11 31/21 34/3 35/9 35/19 36/3 36/13 36/19 43/25 46/24 56/8 58/3 66/5 67/1 79/17 93/19 95/12 95/19 99/16 102/24 104/8 117/6
**pod [1]** 76/11
**podium [1]** 32/10
**point [13]** 6/12 13/17 15/17 28/6 39/2 57/6 57/24 63/11 69/23 72/15 72/19 81/21 85/8
**pointing [1]** 110/18
**points [1]** 78/4
**poke [1]** 85/23
**police [3]** 87/23 87/24 87/25

**polished [2]** 90/11 114/19
**political [1]** 36/22
**Ponce [1]** 1/22
**poor [2]** 49/8 56/6
**population [2]** 59/23 60/1
**portion [1]** 73/25
**portions [3]** 53/25 74/18 82/23
**posing [1]** 11/20
**position [4]** 33/23 37/14 37/18 37/18
**positions [1]** 38/14
**possible [7]** 38/4 51/16 53/22 54/10 55/4 73/8 97/22
**post [1]** 8/22
**postdoctoral [3]** 37/1 37/3 52/14
**postures [1]** 96/23
**practice [4]** 51/24 79/5 89/10 89/10
**practices [1]** 45/21
**pragmatics [1]** 81/11
**pre [1]** 34/11
**pre-2014 [1]** 34/11
**precise [4]** 47/3 86/21 88/3 88/22
**precludes [1]** 8/14
**precocious [1]** 80/13
**predictable [1]** 57/19
**prefaced [1]** 11/13
**prejudicial [4]** 11/21 11/24 12/3 13/13
**premised [1]** 115/23

**preoccupied [1]** 61/9
**preparation [1]** 30/13
**prepare [1]** 25/20
**prepared [3]** 17/16 23/23 29/24
**preparing [2]** 26/4 30/16
**presence [1]** 60/25
**present [14]** 4/11 13/1 16/25 56/16 56/19 63/19 72/12 79/25 89/23 90/1 90/5 105/14 117/25 119/7
**presentation [16]** 36/16 58/12 75/17 77/12 78/3 87/9 87/14 90/12 90/16 90/16 108/20 109/1 110/19 112/4 112/8 114/13
**presented [2]** 7/23 71/19
**presents [1]** 50/24
**preservation [1]** 14/1
**preserve [1]** 15/4
**preserved [1]** 13/7
**pressure [1]** 55/3
**prestigious [2]** 37/17 46/4
**pretty [1]** 103/17
**prevalent [1]** 89/16
**Prevention [1]** 105/7
**prey [2]** 50/4 96/7
**primarily [3]** 30/15 52/21 55/12
**primary [2]** 45/12 47/1
**principal [2]**

**P**

**principal... [2]** 97/12 97/13

**principle [1]** 81/21

**Prior [2]** 29/3 42/3

**privilege [24]** 8/5 8/7 8/13 8/14 8/23 9/9 10/12 11/25 11/25 12/4 13/1 13/6 13/16 13/25 14/2 14/2 14/12 14/16 14/25 15/4 15/5 29/6 29/8 30/21

**privileged [7]** 8/20 13/8 14/24 18/23 24/1 32/24 39/7

**Prize [1]** 44/20

**probably [11]** 37/20 39/12 40/20 53/2 55/18 55/19 55/23 60/13 65/25 85/14 94/15

**probe [1]** 64/10

**probed [1]** 92/7

**problem [2]** 64/3 94/5

**procedure [3]** 66/10 77/11 77/20

**procedures [7]** 53/6 53/17 58/6 58/8 66/18 74/16 77/6

**proceed [6]** 3/21 3/23 5/13 63/8 103/10 104/2

**proceeding [4]** 87/17 87/21 109/4 112/10

**proceedings [16]** 87/10 102/25 103/9 108/23 109/1 109/2 109/10 109/22 110/20 110/24 111/16 112/5 119/8

**processed [1]** 47/14

**Processing [1]** 14/7

**prodigious [2]** 59/4 87/13

**produce [1]** 93/2

**product [2]** 9/24 74/21

**productive [1]** 85/5

**profanity [1]** 64/7

**professional [3]** 44/2 51/13 51/14

**professor [3]** 37/4 37/5 92/8

**professorships [1]** 44/15

**proficient [1]** 87/3

**profile [2]** 50/19 109/20

**profit [8]** 25/11 25/15 25/20 25/20 25/23 26/2 31/4 31/4

**profits [1]** 29/4

**program [5]** 37/7 37/20 45/22 52/18 85/10

**programming [1]** 80/23

**programs [4]** 37/21 38/4 45/17 52/22

**progress [1]** 85/5

**projects [2]** 46/1 54/6

**promise [2]** 46/21

**promote [2]** 42/22 42/23

**prompt [1]** 16/12

**prompts [1]** 60/17

**proper [1]** 111/17

**property [2]** 27/7 101/13

**protected [4]** 8/12 9/1 12/4 13/16

**prove [1]** 88/18

**provide [17]** 6/23 23/3 26/8 36/10 36/14 36/19 38/10 71/4 75/2 75/12 79/10 84/13 85/10 101/2 101/7 101/11 101/16

**provided [14]** 9/14 10/5 41/17 41/23 46/5 50/13 57/10 74/24 75/7 75/9 75/23 76/1 77/25 78/12

**provides [2]** 41/25 75/18

**provision [1]** 42/16

**psychiatric [2]** 41/24 44/19

**psychiatry [2]** 37/6 39/24

**psychological [1]** 53/2

**psychologist [3]** 52/10 52/12 53/4

**psychology [3]** 36/21 36/24 37/5

**public [13]** 12/21 33/24 45/3 50/20 108/20 109/2 109/5 109/9 109/21 110/17 110/24 111/7 116/19

**publicly [2]** 10/12
10/17
**publish [2]** 19/15
110/5
**published [5]**
21/12 41/5 48/12
48/23 52/23
**pull [2]** 18/10
21/10
**pulled [1]** 113/17
**punished [2]** 50/9
97/13
**purpose [1]** 99/19
**purposes [5]** 20/3
31/25 67/9 100/9
102/10
**pursued [1]** 76/14
**put [5]** 63/25
96/13 110/18 112/9
117/11
**puzzled [1]** 36/15

## Q

**qualification [1]**
14/4
**qualified [3]**
109/25 111/2 112/2
**qualify [2]** 42/6
42/13
**quality [2]** 38/9
47/18
**quantitative [1]**
47/4
**quarrel [1]** 105/24
**question [76]** 6/25
7/20 7/25 8/6 8/11
8/16 8/24 9/7 9/9
11/9 11/16 11/17
11/20 12/16 14/1
14/13 14/15 23/12
24/3 24/4 26/21
26/22 28/15 28/25
29/10 31/20 31/25

32/22 33/2 33/9
33/10 34/2 34/24
34/25 44/7 56/9
56/14 56/18 63/8
63/8 64/13 65/22
71/17 83/3 86/17
87/7 87/11 87/12
90/3 93/18 98/5
99/11 99/24 101/7
106/11 106/11
107/16 107/17
107/25 108/14
108/17 108/22
108/24 109/24
109/24 110/2 110/3
110/15 111/1 111/1
111/4 112/1 112/15
113/3 117/6 117/8
**question-answer [1]**
63/8
**questioning [6]**
11/8 11/12 13/7
13/8 14/22 66/6
**questions [46]** 7/9
7/15 7/22 7/23
10/6 10/9 10/20
11/3 12/10 12/17
13/11 13/12 13/20
14/17 14/20 19/19
28/14 29/16 32/8
32/12 32/20 32/22
33/20 34/17 34/21
34/22 41/16 50/16
57/21 64/18 68/2
75/2 82/14 103/1
106/18 107/22
107/24 107/25
108/3 108/7 108/9
110/20 112/11
114/14 115/13
115/23
**quick [1]** 14/21
**QuickBooks [4]**
24/25 25/4 25/5

**quite [11]** 37/23
49/12 50/1 50/24
53/19 58/13 70/20
72/20 88/19 100/13
110/2
**quote [1]** 114/19

## R

**radio [1]** 76/13
**raise [4]** 17/3
34/22 35/16 63/22
**raised [2]** 7/7
35/1
**range [4]** 45/23
46/7 77/14 93/2
**rate [1]** 78/20
**rather [3]** 6/3
81/20 86/16
**rating [9]** 58/6
58/7 58/8 67/16
67/24 77/21 78/15
78/16 79/11
**ratings [2]** 79/10
79/17
**re [1]** 40/2
**re-issued [1]** 40/2
**reach [4]** 45/13
92/11 99/13 100/16
**reached [8]** 51/5
71/9 80/10 95/14
100/22 115/24
116/8 116/9
**reaches [1]** 90/15
**reaching [4]** 75/24
76/7 78/9 79/18
**read [2]** 81/24
111/25
**ready [2]** 3/22
17/4
**real [3]** 67/5 67/8
72/21
**real-life [2]** 67/5
67/8

**R**

**realized [1]** 51/9
**really [10]** 12/11
46/7 49/18 50/3
56/19 59/5 60/8
61/23 79/3 93/9
**reason [6]** 5/15
5/20 47/15 57/8
73/11 112/25
**rebuttal [2]** 5/6
5/18
**recall [13]** 17/18
17/20 17/22 66/24
103/19 103/19
107/9 107/10
111/10 112/6 112/9
113/15 113/18
**receipts [1]** 27/8
**receive [4]** 7/7
30/9 55/2 82/8
**received [10]** 4/12
23/17 44/1 44/17
44/18 49/22 82/10
82/10 82/16 102/3
**receiving [2]**
55/24 78/19
**recess [6]** 63/12
63/15 63/20 63/21
115/18 117/24
**recessing [1]**
63/17
**recipient's [1]**
23/16
**reciprocal [5]**
62/16 98/1 98/1
98/6 98/6
**reciting [1]** 44/13
**recognized [1]**
42/3
**recollection [1]**
113/23
**recommendations [1]**
48/25

**record [5]** 14/25
28/25 35/20 64/12
116/2
**recording [1]** 25/6
**records [1]** 31/12
**recruited [4]** 37/1
37/8 52/11 52/14
**redacted [2]** 21/12
26/14
**redirect [1]** 34/18
**reduce [3]** 28/3
63/10 96/15
**refer [4]** 9/4
28/11 40/12 71/17
**reference [9]**
17/24 18/1 18/18
19/2 20/12 20/23
51/5 51/23 72/25
**referenced [2]**
23/4 76/6
**references [1]**
65/13
**referred [7]** 17/16
19/20 31/2 66/23
71/6 99/10 99/21
**referring [8]**
18/15 18/21 26/5
28/10 28/23 72/18
79/9 98/6
**refers [1]** 95/11
**reflect [1]** 29/4
**reflected [7]**
12/20 17/21 18/20
19/25 24/6 24/11
32/1
**reflecting [2]**
19/5 32/3
**reflects [2]** 25/23
26/2
**refuse [2]** 100/14
100/16
**refused [1]** 100/10
**regard [7]** 11/2
13/10 14/13 15/13

**regarding [5]**
71/17 81/4 81/13
82/8 85/1
**regimented [1]**
84/11
**registered [1]**
46/23
**regulations [2]**
89/5 89/9
**relate [5]** 20/18
43/5 58/3 60/11
104/21
**related [4]** 4/9
11/11 29/4 102/4
**relates [9]** 9/12
19/8 19/9 33/2
33/23 56/12 58/4
95/6 96/20
**relationship [8]**
8/1 8/3 8/22 8/23
10/22 62/6 90/13
101/17
**relationships [10]**
73/10 73/13 76/2
76/8 76/9 76/10
91/2 92/1 92/3
98/2
**relative [1]** 88/6
**relentlessly [2]**
56/3 84/21
**relevance [7]**
30/18 33/6 98/21
100/11 101/23
102/5 102/22
**relevant [7]** 37/25
38/5 54/15 54/16
54/17 83/25 84/2
**reliability [1]**
53/15
**reliable [1]** 75/25
**remain [1]** 35/15
**remained [1]** 37/4
**remarkable [1]**

**R**

**remarkable... [1]**
85/19
**remember [9]** 63/4
110/20 111/22
112/11 112/16
114/16 114/18
114/19 115/4
**remind [1]** 65/15
**removed [1]** 65/5
**rendered [1]** 85/15
**rendition [1]** 85/9
**repeat [5]** 34/2
44/8 93/18 108/6
109/17
**repeatedly [1]**
92/21
**repetitive [5]**
68/18 72/25 73/1
77/13 85/2
**rephrase [5]** 79/14
79/15 94/20 95/12
99/16
**report [18]** 20/8
23/20 34/12 52/3
74/19 77/7 82/8
82/11 82/11 82/20
82/24 95/11 107/20
107/22 108/6 108/9
110/19 116/10
**reportable [3]**
27/9 27/19 27/23
**reported [4]** 20/17
33/14 34/6 119/8
**reporter [3]** 1/23
109/16 119/5
**reports [1]** 115/16
**represent [3]** 5/10
6/9 51/3
**representation [3]**
5/21 6/2 6/9
**representative [1]**
1/3
**representing [1]**
107/1
**represents [1]**
51/13
**request [2]** 26/7
100/3
**requested [6]**
21/12 53/8 53/10
57/8 78/11 99/12
**requesting [1]**
6/24
**required [2]** 27/2
27/24
**requirement [1]**
20/21
**requires [2]** 53/11
62/3
**research [25]** 1/4
28/7 36/25 37/3
37/21 38/12 39/4
39/5 40/9 42/19
44/14 44/17 44/18
44/21 44/24 46/1
46/11 46/18 47/1
48/15 52/15 52/22
54/5 65/14 102/4
**researching [2]**
40/7 46/6
**residential [1]**
38/19
**resistance [1]**
96/15
**resources [1]**
47/10
**respect [34]** 4/8
7/22 9/18 9/24
10/21 13/1 19/20
26/5 28/16 32/2
33/19 41/16 43/24
48/4 56/9 58/2
66/9 68/2 71/6
72/12 72/17 72/25
74/13 74/22 77/6
77/16 77/17 79/10
**respecting [1]** 80/16
100/3 102/8 102/9
**respond [1]** 11/6
**responses [1]**
64/11
**responsibilities**
**[1]** 66/8
**responsibility [1]**
66/10
**Responsiveness [3]**
67/17 77/22 83/8
**rest [3]** 4/2 5/12
9/14
**restating [1]** 14/3
**Restaurant [1]**
14/9
**restricted [1]**
68/18
**restrictive [1]**
85/2
**result [1]** 78/13
**retained [1]**
100/17
**retardation [1]**
59/2
**return [15]** 17/16
17/17 17/21 20/8
24/6 24/12 26/4
26/23 27/1 27/13
27/15 27/19 27/20
27/24 28/7
**returns [14]** 9/3
12/20 14/14 22/8
28/15 28/16 28/17
29/1 29/24 30/13
30/16 33/14 34/6
34/13
**Revenue [1]** 34/12
**review [1]** 66/15
**reviewed [2]** 7/8
28/24
**reviewing [1]** 78/5
**Revised [1]** 58/13
**revision [2]** 41/11

**R**

revision... [1]
 41/12
rich [1]   76/1
ridiculed [2]
 69/17 73/20
right [83]   3/10
 4/4 5/1 5/10 6/11
 7/4 7/6 7/13 9/2
 9/11 11/7 11/9
 12/5 16/1 17/4
 17/11 18/11 19/17
 20/2 21/4 22/5
 22/9 24/7 24/8
 24/12 29/25 31/17
 32/6 32/9 32/19
 34/18 34/20 34/21
 35/5 35/8 35/16
 37/16 54/11 65/3
 66/4 72/21 76/18
 76/19 82/5 88/18
 91/16 91/18 91/19
 101/4 101/13 103/2
 103/18 103/23
 104/7 104/14
 104/17 104/22
 105/5 107/13 108/5
 108/15 108/22
 109/24 110/13
 110/22 110/24
 111/11 113/2
 113/10 113/21
 114/11 114/12
 114/15 114/23
 115/2 115/15
 116/13 116/20
 116/23 116/24
 117/17 117/23
 118/2
rigid [2]   84/11
 84/19
rigidity [3]   43/11
 89/19 93/25

risk [1]   46/15
RIVERO [2]   1/19
 1/19
RMR [1]   119/17
road [1]   87/25
robbed [1]   8/19
ROCHE [5]   1/12
 1/13 2/8 32/13
 103/6
role [2]   70/16
 89/15
room [11]   1/24
 16/2 60/19 61/18
 65/6 65/7 65/8
 65/11 65/12 65/23
 96/22
routines [1]   84/11
RPR [1]   119/17
Ruane [1]   44/20
rule [2]   49/15
 62/9
ruled [1]   64/9
rules [6]   49/11
 70/15 89/5 89/8
 98/13 98/14
run [1]   62/16
rural [1]   47/18
Rutter [1]   41/8

**S**

said [20]   5/8 8/25
 9/1 10/24 37/14
 40/14 45/14 59/21
 68/3 86/4 86/16
 87/25 89/24 90/9
 90/10 105/2 108/18
 114/22 115/3 116/4
salient [1]   73/4
SAMANTHA [1]   1/17
same [14]   9/25
 19/12 19/19 20/17
 22/5 28/10 29/23
 41/10 43/13 59/6
 59/8 59/15 85/19

Sara [1]   48/22
sarcasm [4]   62/25
 86/9 87/3 87/3
satisfied [2]
 65/13 74/17
Saulnier [10]
 52/10 52/23 74/11
 74/13 82/6 82/10
 82/16 83/12 83/17
 84/5
Saulnier's [1]
 82/8
Savino [1]   10/14
saw [6]   22/16
 28/15 76/25 108/24
 116/23 117/17
say [30]   5/16 6/3
 9/8 9/10 21/2 28/2
 43/14 43/14 55/16
 62/15 62/24 63/1
 63/2 77/24 79/11
 81/24 84/1 86/6
 86/7 94/19 97/3
 97/11 103/22 104/9
 109/2 112/9 113/6
 114/9 115/10
 116/15
saying [5]   11/18
 32/21 86/1 86/16
 110/23
says [9]   18/1 18/2
 19/21 20/4 21/5
 21/20 22/1 23/6
 24/24
scale [8]   58/7
 58/8 67/16 67/17
 67/24 77/21 77/22
 83/8
scales [6]   53/1
 58/7 58/19 67/2
 77/22 78/16
schedule [29]   18/1
 18/2 18/5 18/5

**S**

schedule... **[25]**
18/15 18/16 18/17
19/5 19/22 20/4
20/8 20/14 20/14
20/15 20/15 20/22
20/25 21/2 21/2
21/6 31/23 32/1
58/15 63/14 66/19
68/8 84/17 84/18
91/22
scheduling **[2]**
3/14 3/16
SCHILLER **[1]**   1/15
school **[14]**   37/2
37/6 38/19 48/7
48/13 55/17 55/17
57/12 69/17 71/22
71/23 71/25 72/21
80/20
schooled **[1]**   42/11
schools **[7]**   45/21
49/7 49/23 55/14
71/23 73/20 89/7
science **[15]**   36/22
37/25 38/4 38/5
42/17 45/17 45/24
46/7 46/8 46/9
47/2 47/8 47/20
94/13 104/17
scientific **[2]**
46/4 81/21
scientist **[3]**   44/2
46/23 47/1
scope **[3]**   33/8
95/1 95/7
scores **[2]**   78/21
78/22
screen **[2]**   17/2
32/13
screens **[1]**   17/1
scrolled **[1]**   83/15
searched **[1]**

seat **[2]**   3/2 64/2
seated **[2]**   16/11
66/5
second **[20]**   21/18
21/19 22/3 22/11
24/24 30/7 31/2
31/3 32/19 46/1
50/18 72/24 87/7
106/21 107/18
108/17 109/24
109/24 110/3
110/15
secondly **[2]**   51/18
53/22
section **[1]**   67/21
see **[35]**   6/18
18/18 19/22 20/4
20/23 21/25 23/1
23/10 25/2 25/10
25/13 26/17 29/17
30/5 30/11 31/7
38/24 39/7 54/23
55/12 55/15 57/16
57/17 61/19 63/18
71/11 80/4 88/15
90/24 94/7 94/9
110/22 117/10
117/24 118/1
seeing **[2]**   35/1
71/14
seek **[6]**   10/10
14/17 42/9 53/13
57/5 62/19
seeking **[1]**   7/16
seen **[4]**   73/19
87/15 89/24 89/24
sees **[2]**   93/11
93/12
self **[8]**   58/21
88/8 88/8 97/16
97/18 97/19 98/19
102/15
self-advocacy **[1]**

self-advocates **[2]**
88/8 102/15
self-incriminate
**[1]**   88/8
semi **[4]**   58/9
58/18 75/1 78/17
semi-structured **[4]**
58/9 58/18 75/1
78/17
sending **[1]**   21/20
senior **[1]**   40/21
sense **[22]**   43/19
49/8 49/10 57/21
58/20 59/17 59/24
70/5 70/5 70/6
70/10 73/5 83/10
85/13 86/15 90/6
94/7 94/16 94/16
96/1 117/12 117/14
sent **[3]**   22/18
22/19 82/13
sentence **[5]**   23/6
30/2 30/7 31/2
31/3
sentiments **[1]**
16/17
series **[3]**   53/5
58/5 74/10
serve **[5]**   37/25
42/24 44/22 45/19
51/16
serves **[1]**   42/17
services **[18]**   23/3
36/10 38/9 38/10
39/3 41/23 42/2
42/5 42/6 42/9
42/14 42/16 45/23
46/10 46/17 47/19
48/20 55/2
SESSION **[1]**   1/9
set **[5]**   3/8 10/13
19/3 107/22 119/14
setting **[8]**   50/21

**S**

setting... [7]
57/18 102/12 111/7
112/8 113/22 114/6
116/19

settings [10]
50/21 57/7 57/18
102/12 108/20
109/2 109/5 109/9
110/17 110/24

settlings [1]
57/25

seven [1]  84/16

several [7]  27/11
39/7 45/8 53/19
53/20 60/14 82/12

share [6]  23/16
23/20 73/13 73/15
76/6 92/17

shared [3]  69/12
115/24 116/4

shares [1]  92/8

sharing [1]  16/17

she [30]  48/10
48/10 48/12 52/13
52/16 52/20 52/20
53/6 74/15 75/10
75/11 76/1 76/22
76/24 76/25 77/1
77/3 77/4 82/11
82/12 82/19 82/19
82/21 82/21 84/9
84/18 84/21 85/11
88/18 96/9

she's [3]  44/10
52/11 52/24

short [3]  4/15
10/9 28/10

shorter [1]  47/9

shorthand [2]
119/5 119/8

should [13]  5/11
6/14 6/17 9/25

32/10 32/14 34/5
63/16 64/8 72/22
81/19 98/24 112/4

show [4]  9/16 12/1
43/9 90/7

showing [3]  25/16
25/21 55/9

shown [1]  21/16

shows [2]  20/16
20/16

sibling [1]  57/13

sic [1]  18/22

sided [2]  69/15
98/15

sides [1]  6/20

significance [2]
20/13 41/19

significant [1]
76/7

similar [4]  76/12
76/16 80/25 100/6

simplest [1]  59/16

simply [6]  12/13
13/4 42/15 69/21
72/11 72/17

since [7]  9/21
14/5 16/16 37/13
45/24 51/11 65/7

sing [1]  16/17

Singing [1]  16/20

single [4]  62/9
63/7 90/3 93/23

sir [7]  17/9 17/12
36/1 103/14 111/10
111/24 118/2

sister [1]  76/18

sitting [1]  14/5

situation [7]
33/21 59/24 68/10
71/13 83/24 88/7
88/16

situations [7]
57/22 57/23 59/17
71/11 89/2 100/23

six [2]  40/11
54/21

skill [1]  85/14

skills [13]  59/6
60/15 67/5 67/8
67/8 81/5 81/6
81/14 87/13 89/3
89/19 90/7 104/11

sky [1]  77/1

sleeping [1]  84/18

small [1]  81/18

smarts [1]  59/25

so [194]

So.2d [1]  14/9

So.3d [1]  14/7

social [58]  8/1
8/3 8/23 10/21
47/1 47/2 47/7
49/8 49/10 49/15
49/17 49/23 55/25
56/21 59/17 59/24
60/12 60/13 60/14
60/14 60/15 60/16
60/18 61/1 61/3
61/17 61/17 62/7
62/18 67/16 67/19
67/19 67/20 67/20
68/12 68/17 68/17
70/11 70/13 77/13
77/21 81/14 82/3
83/7 89/3 89/5
89/17 93/4 93/23
93/24 93/24 93/24
94/18 96/19 96/20
97/25 104/11
109/21

social-emotional
[3]  49/17 49/23
55/25

socialization [1]
43/6

socially [2]  97/23
97/24

# S

**software [1]**  25/5
**solution [1]**  47/21
**solutions [3]**  46/9
46/19 47/22
**solves [1]**  94/5
**solving [1]**  94/5
**some [26]**  4/12
15/1 15/16 16/17
20/20 23/18 25/22
27/7 58/6 59/4
59/6 61/12 74/18
79/24 79/25 80/5
80/9 81/6 82/22
84/11 85/5 85/5
87/14 92/8 103/25
113/23
**somebody [11]**
24/10 42/16 57/24
60/20 60/22 84/25
86/9 87/20 88/21
92/17 92/18
**somehow [1]**  55/13
**someone [1]**  34/12
**something [23]**
12/12 20/10 43/4
60/2 61/18 62/24
67/13 68/24 69/13
71/18 72/11 72/19
74/25 85/7 86/11
88/19 92/19 92/20
95/22 98/12 104/21
111/2 116/23
**sometimes [13]**
40/19 59/12 62/11
64/2 70/24 71/10
71/12 71/15 71/16
81/11 86/8 87/17
96/24
**somewhat [1]**  5/20
**somewhere [1]**
22/25
**sophisticated [1]**

**sorry [21]**  3/9
3/15 5/9 6/5 17/10
21/19 29/7 37/14
44/5 72/7 74/8
83/2 91/17 93/15
93/17 93/19 97/17
108/10 109/12
110/2 110/4
**sort [16]**  10/16
10/22 23/18 25/22
27/7 68/2 68/13
77/7 78/8 78/9
78/13 82/25 83/5
83/6 86/23 98/25
**sought [2]**  39/3
57/13
**sound [2]**  60/4
60/5
**sounded [1]**  115/3
**sounds [3]**  72/4
85/12 85/12
**South [1]**  1/14
**Southeast [1]**  1/17
**SOUTHERN [4]**  1/1
13/22 119/3 119/6
**span [1]**  46/7
**Sparrow [1]**  48/22
**speak [11]**  8/6
8/21 8/24 11/21
28/18 30/15 30/16
44/5 57/8 59/12
61/10
**speaker [1]**  80/13
**speaking [6]**  85/20
85/20 113/17
114/11 114/12
117/14
**speaks [1]**  9/8
**special [2]**  16/14
84/23
**specializing [1]**
105/11
**specific [23]**

43/10 44/24 50/19
57/6 57/7 67/22
69/4 69/8 69/8
71/7 71/11 71/17
72/17 76/6 77/6
80/9 84/14 87/18
108/8 109/3
**specifically [13]**
10/3 10/7 10/25
12/12 12/18 17/24
18/21 74/13 95/11
108/23 112/6 112/9
113/4
**spectrum [9]**  40/8
56/11 77/19 77/23
104/10 105/4
108/15 112/3 113/5
**speculation [2]**
24/13 27/16
**speech [5]**  62/25
77/12 81/11 98/11
113/21
**spell [2]**  35/19
36/3
**spending [1]**  39/8
**spent [3]**  38/20
76/11 113/19
**split [2]**  10/17
23/8
**spoken [1]**  24/21
**spouse [1]**  90/13
**SRS [4]**  67/13
67/16 77/21 83/7
**SRS-2 [2]**  67/13
67/16
**ss [1]**  119/2
**stadium [1]**  97/3
**staff [1]**  45/18
**stage [3]**  27/4
114/16 115/10
**stand [1]**  20/10
**standard [6]**  51/23
52/6 52/8 53/22

**S**

**standard... [2]**
54/7 58/10
**standardized [1]**
78/20
**standards [2]**
51/24 52/2
**standing [1]** 35/15
**start [5]** 3/6
32/21 41/18 103/25
117/15
**started [2]** 38/18
49/16
**starting [1]** 44/10
**starts [1]** 84/15
**state [8]** 13/21
19/24 28/24 35/19
35/21 35/22 45/6
104/17
**stated [4]** 56/9
83/17 84/22 104/21
**statement [7]**
25/15 25/16 25/21
25/23 51/4 104/16
105/14
**statements [1]**
5/13
**states [9]** 1/1
1/10 17/25 22/22
55/20 55/22 61/20
119/1 119/6
**stating [2]** 25/10
34/12
**statistic [2]**
40/18 105/9
**statistical [3]**
39/18 41/4 41/21
**statistics [1]**
105/3
**status [1]** 46/13
**stay [2]** 38/21
42/12
**stayed [1]** 52/16

**stays [1]** 23/8
**stenographic [1]**
119/11
**step [2]** 35/15
61/5
**STEPHEN [1]** 1/16
**stereotypical [1]**
85/2
**Steve [2]** 114/22
114/25
**Steven [3]** 24/16
24/19 24/21
**stigmatized [1]**
90/22
**still [6]** 30/24
43/22 48/6 48/13
55/15 81/25
**stop [2]** 50/8
61/15
**stopped [4]** 87/23
116/19 116/24
116/24
**strange [1]** 85/12
**street [2]** 1/17
59/25
**strengths [2]** 59/7
81/9
**stress [1]** 89/18
**structured [4]**
58/9 58/18 75/1
78/17
**studies [1]** 48/24
**style [6]** 23/7
43/10 64/4 69/4
70/22 95/5
**styles [1]** 95/17
**subjectivity [1]**
60/20
**subsequently [3]**
38/24 52/16 78/21
**substance [2]**
14/24 15/5
**substitute [1]**
70/10

**subsumed [1]** 109/7
**success [2]** 60/9
105/13
**successful [2]**
37/21 90/15
**successfully [2]**
62/4 91/6
**such [6]** 4/1 14/17
14/19 25/7 73/15
112/10
**sufficient [1]** 7/2
**suggest [2]** 43/20
64/17
**Suite [3]** 1/14
1/17 1/22
**summary [1]** 36/19
**Sunday [1]** 84/18
**superficially [1]**
51/6
**support [1]** 14/10
**supporting [1]**
31/11
**supposed [1]** 97/9
**supreme [2]** 10/14
59/12
**sure [13]** 4/10
16/25 22/4 51/9
58/5 65/12 86/20
104/9 110/3 110/3
111/9 116/15
117/20
**survival [1]** 92/2
**suspect [1]** 65/8
**sustained [20]**
14/20 24/14 29/9
29/12 64/16 71/2
79/14 91/12 95/2
95/9 98/22 99/16
99/23 101/24 102/6
102/23 106/12
106/19 106/23
116/3
**sword [2]** 11/25
12/1

**S**

**SWORN [1]**  35/17
**symptom [2]**  90/1
96/16
**symptomatology [1]**
77/15
**symptoms [6]**  55/9
79/24 80/5 80/6
90/8 90/14
**syndrome [15]**
39/22 40/4 47/24
48/1 48/3 48/5
48/12 48/18 48/23
49/1 50/3 51/2
59/9 81/3 89/14
**system [3]**  41/1
42/14 79/23
**systems [2]**  37/13
46/18

**T**

**table [1]**  96/12
**tactic [2]**  12/24
12/24
**take [24]**  35/23
52/3 53/19 53/20
58/20 63/12 63/15
63/16 65/23 67/3
78/18 79/6 84/19
94/9 98/8 98/8
98/9 98/9 98/9
100/14 106/6
115/18 117/21
117/24
**taken [2]**  48/18
51/11
**takes [1]**  58/13
**taking [6]**  62/2
62/9 63/5 81/17
90/20 111/14
**talk [13]**  61/6
62/14 65/15 68/22
69/9 81/18 81/18
81/19 106/3 106/16

**talked [4]**  41/18
74/15 96/9 111/10
**talking [10]**  45/9
51/1 56/25 62/8
86/14 96/24 97/2
98/8 104/9 115/3
**tantrums [3]**  96/8
96/10 96/10
**tasks [1]**  59/16
**taught [2]**  72/2
89/7
**tax [40]**  9/3 10/4
10/8 10/19 11/4
11/10 11/10 12/15
12/19 12/20 12/20
14/14 17/16 17/17
17/21 20/8 21/7
22/8 23/16 24/6
24/12 26/4 26/23
27/1 27/12 27/13
27/15 28/3 28/7
28/15 28/16 28/17
29/1 29/24 30/13
30/16 33/2 33/14
34/6 34/13
**taxes [1]**  22/23
**taxpayer's [1]**
23/20
**teach [1]**  90/13
**teacher [2]**  72/2
72/19
**teachers [1]**  71/24
**teaching [3]**  71/24
89/4 89/6
**team [2]**  3/20 97/4
**tears [1]**  96/15
**technical [1]**  3/8
**Technically [1]**
54/4
**technology [3]**
47/3 47/12 47/20
**tell [10]**  5/17
6/11 8/18 36/13

75/6 76/20 106/5
**telling [4]**  82/23
82/25 83/6 94/12
**tend [4]**  56/3
57/20 62/10 70/23
**tended [1]**  49/12
**tendency [1]**  88/8
**tends [3]**  95/25
95/25 102/15
**Tenth [1]**  41/7
**term [2]**  49/5
105/19
**termination [1]**
8/2
**terms [11]**  10/18
11/1 45/24 54/2
60/14 60/18 61/8
70/21 72/13 83/16
98/7
**terrible [1]**  88/7
**terrific [1]**  55/3
**test [1]**  68/16
**testified [1]**  7/25
**testifying [1]**
35/24
**testimony [8]**
16/24 22/3 33/22
63/17 64/12 109/14
112/4 117/2
**tests [1]**  66/16
**text [3]**  40/3
41/12 41/15
**than [21]**  11/10
11/10 12/15 14/13
21/8 46/16 51/12
59/23 60/1 62/18
62/23 65/7 76/22
80/14 80/15 86/16
100/21 101/5
102/17 106/4 106/9
**thank [26]**  3/5
3/12 3/17 7/5
15/25 16/12 16/23

**thank... [19]**
18/12 32/19 35/5
35/18 35/25 36/5
44/6 44/11 65/2
65/19 65/22 66/2
103/15 109/18
110/10 112/14
115/19 116/6 118/3

**thanks [3]** 38/11
54/18 54/24

**that [795]**

**that's [50]** 6/18
6/25 9/5 10/10
12/2 12/19 12/20
13/3 18/20 19/4
20/7 21/5 22/4
23/4 24/2 25/16
27/4 29/11 29/23
30/23 37/17 39/23
39/24 43/21 56/18
57/8 60/2 61/9
70/12 73/22 77/25
77/25 78/11 78/24
84/2 85/5 86/11
87/11 104/16
104/16 104/21
106/16 107/14
108/21 108/24
111/8 115/23
116/11 116/13
116/21

**their [70]** 5/12
5/23 6/6 6/15
15/11 15/16 20/8
20/8 25/6 31/11
34/13 36/15 36/17
38/2 38/20 42/25
43/4 45/15 45/21
46/21 48/20 48/22
49/6 49/11 50/9
54/1 55/7 55/10
55/14 55/14 55/15

57/23 59/16 61/8
61/14 61/19 61/20
61/21 61/21 61/21
62/11 67/8 67/10
68/24 70/8 70/13
70/16 70/18 82/2
88/16 89/15 89/17
89/18 89/19 90/8
94/15 96/23 96/23
97/13 102/14
102/15 102/15
102/17 102/18
102/21 105/13
112/4

**theirs [1]** 113/6

**them [22]** 5/25 6/1
6/3 6/4 6/11 6/12
6/12 6/18 42/2
49/13 49/25 50/1
59/4 60/4 70/12
70/21 76/10 78/20
82/22 91/1 98/2
110/23

**themselves [9]**
28/19 50/6 56/1
56/4 61/6 61/10
70/20 91/23 111/8

**then [49]** 4/16
5/10 5/12 5/17
5/24 5/25 6/2 6/5
6/18 7/4 9/21 10/5
19/8 19/9 24/10
25/25 27/19 36/24
37/1 37/4 41/17
42/14 42/19 48/16
49/3 53/11 53/25
54/2 56/2 57/15
60/25 64/20 64/25
74/18 74/20 75/5
77/3 78/24 79/3
83/17 89/9 89/18
89/18 89/20 96/6
102/20 106/5 108/5

**there [103]** 5/24
7/9 8/23 9/12 9/14
9/16 9/25 10/15
10/24 11/22 12/5
12/10 13/24 13/25
14/1 14/2 14/4
14/8 15/15 15/20
15/21 16/2 17/2
17/11 20/12 20/13
20/14 20/20 20/24
21/7 26/18 26/21
27/6 27/9 27/11
27/21 27/23 27/23
28/6 32/13 34/25
36/16 37/10 37/13
38/7 39/10 39/11
39/20 40/6 41/2
41/11 41/13 43/17
45/8 45/18 46/11
47/16 47/17 48/2
51/5 54/1 54/13
54/21 54/23 55/3
59/2 61/16 62/21
64/16 64/18 65/13
72/1 74/10 76/6
78/2 78/12 78/17
78/24 79/21 80/5
80/11 83/5 83/8
86/12 90/18 90/19
93/4 93/13 93/21
94/21 95/4 97/22
98/15 100/8 101/12
102/9 102/19
102/20 104/7
107/24 110/24
116/14 116/16

**there's [16]** 8/10
9/17 9/25 11/4
12/9 15/12 18/1
18/17 40/5 64/4
72/12 77/24 78/11
94/19 101/3 101/8

**therefore [9]** 27/9

**therefore... [8]**
37/23 42/10 49/11
55/3 56/5 60/22
67/9 79/23
**thereof [1]**   90/8
**thereon [1]**   20/9
**these [26]**   7/22
7/23 9/3 10/5 10/9
10/19 11/3 12/21
14/17 14/19 29/1
46/4 48/22 49/24
54/19 59/7 59/15
61/20 62/20 78/3
80/10 82/13 98/13
105/19 107/25
113/6
**they [148]**
**they're [8]**   10/9
11/24 11/25 12/9
55/8 62/20 70/14
106/5
**they've [2]**   12/7
15/10
**thing [9]**   14/21
60/24 61/8 72/4
93/23 106/16
106/21 113/13
115/13
**things [52]**   9/24
11/12 45/8 59/11
59/11 59/22 62/13
62/21 63/1 63/1
63/3 68/19 68/22
69/1 69/5 70/9
73/5 74/25 76/3
77/14 80/4 80/21
80/23 81/1 81/2
81/2 81/8 81/22
81/23 82/14 82/25
83/5 83/5 83/6
86/2 86/6 86/7
88/23 89/6 90/6

93/2 93/10 94/1
94/14 94/16 97/22
103/25 107/6 107/6
**think [28]**   6/17
7/24 8/19 9/9 9/24
11/2 12/2 13/5
13/11 13/19 32/12
44/17 45/8 55/17
56/17 64/5 64/13
64/23 65/24 70/1
73/3 74/1 79/9
99/22 104/1 105/2
113/7 114/17
**thinking [7]**   61/15
61/22 68/23 68/24
68/25 91/4 96/2
**third [2]**   42/23
46/2
**Thirty [1]**   40/11
**Thirty-six [1]**
40/11
**this [168]**
**those [69]**   13/11
13/24 26/8 27/18
27/21 28/16 28/17
30/16 38/23 40/1
41/23 42/8 46/5
46/18 46/24 47/12
47/21 47/21 49/7
49/12 49/21 52/1
55/23 56/2 57/25
58/3 58/4 58/6
60/2 60/3 60/7
63/2 68/22 68/25
71/15 73/17 74/25
76/2 77/22 78/8
78/15 78/16 78/21
79/2 79/2 80/22
81/2 81/8 81/11
83/13 83/15 83/16
88/23 89/6 90/6
90/6 90/7 90/8
90/14 92/2 94/1

102/21 108/8
110/20 112/11
112/12
**though [3]**   3/11
55/5 80/5
**thought [4]**   36/16
38/21 41/13 76/7
**three [20]**   7/9
7/22 7/23 10/9
10/20 11/3 12/17
22/24 30/9 37/2
62/7 64/5 66/22
68/6 75/3 87/1
98/10 113/19 114/2
115/9
**three-minute [2]**
114/2 115/9
**through [34]**   1/8
7/18 7/19 9/5
11/16 15/23 23/18
24/6 24/12 25/11
27/3 31/5 31/5
33/22 47/14 55/17
59/11 63/16 74/8
74/25 83/15 90/10
90/10 91/9 94/9
94/10 96/23 96/23
103/25 105/25
106/9 107/4 110/11
111/14
**Thursday [1]**   39/9
**thus [1]**   42/2
**tight [1]**   64/18
**time [43]**   3/11
6/24 11/1 12/8
16/24 28/6 39/10
39/20 41/12 47/9
48/7 48/11 48/24
51/11 51/19 52/9
54/11 54/12 55/9
55/22 56/20 59/8
59/15 60/21 62/7
63/12 63/15 64/21

**time... [15]**   65/9
71/21 73/4 74/17
76/12 83/17 86/6
86/10 86/13 86/23
90/15 97/10 98/15
115/14 115/18
**times [5]**   70/1
82/1 96/15 97/7
97/9
**title [1]**   48/2
**today [13]**   4/1
4/15 5/8 5/8 32/25
57/16 104/3 105/22
105/23 105/24
111/23 115/24
116/9
**today's [1]**   105/3
**together [3]**   50/4
53/7 80/1
**told [9]**   85/23
87/24 107/7 108/1
110/16 110/22
110/22 117/17
117/19
**tomorrow [1]**   5/8
**tone [1]**   62/22
**too [2]**   11/2 85/24
**took [6]**   71/24
72/1 111/10 111/22
111/23 117/11
**tool [2]**   66/23
77/17
**tools [3]**   78/1
78/9 80/11
**top [3]**   20/3 20/23
22/17
**topic [2]**   79/11
106/8
**topics [6]**   68/13
69/8 73/15 73/17
106/5 106/14
**totality [3]**   74/7

**touched [1]**   42/8
**track [1]**   93/5
**traditional [1]**
37/21
**trail [1]**   44/10
**train [1]**   80/4
**trained [1]**   80/4
**training [1]**   52/17
**transcript [5]**   1/9
7/8 119/10 119/11
119/12
**transgress [1]**
49/11
**transitioned [1]**
71/22
**translate [2]**   67/7
89/11
**translated [1]**
48/11
**treatment [3]**
42/13 45/23 90/10
**treatments [2]**
55/10 105/18
**treats [1]**   70/21
**tremendous [1]**
60/8
**trial [6]**   1/9
39/17 40/22 41/2
41/3 48/16
**trials [1]**   46/9
**trick [1]**   104/6
**tried [2]**   84/22
92/9
**tries [1]**   84/25
**trigger [1]**   27/5
**trivial [2]**   72/4
72/20
**trouble [4]**   44/4
89/20 90/17 111/8
**true [4]**   30/23
51/7 115/12 119/10
**truly [3]**   56/4
56/20 71/13

**trust [2]**   23/18
45/4
**trusting [2]**   92/22
96/5
**truthful [1]**   88/2
**try [9]**   46/19
47/20 60/18 70/4
73/8 76/3 81/22
83/19 88/18
**trying [16]**   10/16
11/24 11/25 12/9
12/11 60/22 63/6
74/4 85/9 86/14
87/4 98/3 104/6
109/8 111/4 116/11
**Tuesday [3]**   5/12
5/25 6/4
**turn [7]**   22/13
39/14 95/24 98/8
98/8 98/9 98/9
**turned [1]**   87/25
**turning [1]**   10/22
**turns [3]**   5/18
62/9 98/9
**two [32]**   4/13 7/15
9/18 9/20 13/4
13/22 14/19 19/3
22/25 28/15 40/24
41/10 41/16 42/22
50/15 51/12 53/23
57/13 76/11 76/22
79/2 79/2 79/22
83/8 98/10 107/24
108/22 111/1
113/19 114/2 115/9
115/19
**type [4]**   8/3 9/21
65/14 114/22
**typical [2]**   68/11
80/19
**typically [5]**
73/13 75/19 102/17
111/8 112/7

# U

**ultimately [2]**
64/10 108/6
**unable [4]** 59/15
67/7 83/23 97/6
**unaware [3]** 61/6
70/16 70/17
**uncle [3]** 57/10
74/2 74/23
**under [5]** 8/12
20/24 35/16 52/7
89/18
**understand [40]**
22/3 32/23 32/23
33/4 33/5 42/22
46/22 49/8 59/25
60/18 61/19 61/23
62/19 69/5 73/8
76/3 79/19 80/1
81/17 82/1 83/11
84/22 84/24 84/25
85/7 85/9 85/24
86/12 86/19 87/1
87/2 87/4 89/14
98/7 100/13 102/16
104/20 105/25
111/9 112/23
**understanding [15]**
40/13 60/10 60/11
60/16 61/17 67/10
67/21 81/15 81/16
87/3 91/22 92/11
92/12 102/10 104/2
**understands [1]**
86/11
**understood [3]**
49/24 107/12
112/22
**undetected [1]**
55/23
**Undisclosed [2]**
72/5 72/8
**unequivocal [1]**

**unequivocally [1]**
50/24
**Unfortunately [1]**
91/6
**unique [1]** 45/19
**unit [1]** 38/20
**UNITED [6]** 1/1
1/10 55/20 55/22
118/5 119/6
**universally [1]**
59/5
**university [7]**
36/22 36/25 37/2
37/9 37/22 44/14
52/13
**unknown [1]** 55/19
**unless [1]** 9/13
**unmute [1]** 17/9
**unspoken [3]** 49/15
89/6 98/13
**unstructured [1]**
57/23
**until [5]** 26/17
33/12 34/4 49/16
115/14
**unusual [1]** 80/7
**up [19]** 4/8 9/23
18/10 19/3 20/2
21/10 32/10 44/5
48/19 54/3 64/10
69/16 81/22 82/14
86/16 88/23 94/14
107/19 113/17
**update [2]** 3/14
3/16
**updated [1]** 40/18
**uploading [1]**
65/17
**upon [8]** 4/2 4/9
4/10 4/18 5/2 5/3
40/13 94/3
**upsetting [1]**
96/17

36/19 37/24 38/4
38/10 39/14 42/21
43/25 45/11 47/3
50/2 50/7 56/22
56/25 58/3 60/17
60/23 60/23 62/19
62/20 63/12 63/16
67/1 70/23 73/3
76/20 97/22 115/18
117/17
**use [25]** 6/15
11/24 11/25 13/24
20/25 20/25 21/2
30/7 39/25 48/19
58/18 59/13 59/21
62/23 64/7 67/11
77/17 83/23 85/11
85/13 86/9 86/13
87/22 97/3 98/5
**used [24]** 23/20
25/5 30/7 38/13
44/12 45/8 51/1
52/5 52/25 53/17
58/7 58/14 58/15
59/1 66/20 67/3
67/17 67/24 74/25
79/17 80/17 81/11
81/22 97/11
**uses [2]** 85/6 85/7
**using [6]** 10/21
12/24 51/23 80/10
83/18 83/20
**usually [3]** 68/23
74/19 97/11
**Uta [1]** 48/7
**uttered [1]** 82/1

# V

**vaccinated [1]**
35/22
**validate [3]** 40/22
75/5 92/19
**validated [3]** 58/8

**V**

**validated... [2]**
93/1 93/3
**validation [2]**
92/24 93/10
**validity [1]**   53/14
**valuable [1]**   93/8
**value [1]**   71/12
**values [1]**   93/4
**vantage [3]**   57/6
57/24 78/4
**various [4]**   38/11
38/11 66/18 97/22
**vast [2]**   54/22
55/22
**verbal [2]**   117/13
117/13
**versus [1]**   79/8
**very [114]**   4/13
4/15 4/20 4/20
5/25 6/10 8/20
10/3 12/8 12/8
12/12 12/17 12/23
13/6 14/23 16/14
21/19 21/20 21/25
28/14 38/22 39/4
39/10 39/11 40/25
41/22 43/9 47/3
48/6 48/7 49/4
49/8 49/14 49/25
51/10 51/19 53/4
56/5 56/6 56/24
57/15 58/9 58/22
58/23 58/23 59/13
60/3 60/5 60/5
61/3 61/18 61/22
62/12 67/2 69/7
69/10 69/13 69/15
70/12 70/24 71/11
71/14 71/21 73/4
73/20 75/2 76/8
76/12 76/13 76/13
76/24 77/10 78/16

78/19 79/23 80/7
80/14 80/17 80/19
81/25 82/22 84/8
84/14 84/21 86/12
86/20 87/3 87/14
89/9 89/13 89/15
89/16 90/22 92/2
92/3 92/4 92/4
92/9 93/4 93/7
94/6 94/13 94/13
94/13 94/13 97/8
97/8 98/15 99/21
107/11 107/15
107/16 114/19
115/7
**via [1]**   2/7
**victimize [1]**   50/1
**victimized [4]**
41/1 49/7 50/7
92/15
**victimizers [1]**
50/5
**victimizes [1]**
49/20
**victims [2]**   50/4
96/7
**video [14]**   113/17
113/20 114/5
114/11 114/12
114/15 115/6 115/8
115/12 116/12
116/18 116/25
117/12 117/18
**videotape [1]**
114/3
**view [5]**   15/16
90/22 94/7 109/9
116/18
**Vineland [4]**   53/1
58/19 66/23 67/2
**Violates [1]**   69/19
**virtually [1]**
55/19
**visceral [1]**   94/15

**visibility [1]**
107/8
**visionary [1]**
115/3
**vividly [1]**   76/24
**vocation [1]**   85/6
**voice [1]**   62/23
**voices [1]**   62/22
**Volkmar [2]**   39/16
48/21
**vs [1]**   1/6
**vulnerabilities [4]**
93/14 93/16 93/22
94/1
**vulnerability [2]**
94/19 94/21
**vulnerable [1]**
45/6

**W**

**wait [2]**   3/19
26/17
**waiting [2]**   16/2
64/2
**waived [3]**   10/13
10/14 14/16
**waiver [5]**   7/14
9/16 9/17 14/8
14/11
**walk [1]**   43/15
**want [38]**   3/19
5/20 5/24 7/10
7/20 9/13 11/9
13/12 22/4 22/17
28/24 32/13 32/21
32/21 34/2 44/8
62/4 62/5 65/3
65/9 65/15 66/1
72/24 73/14 93/1
93/3 93/3 93/3
93/18 99/10 99/24
104/1 106/3 106/8
106/14 106/21
109/17 110/12

# W

**wanted [8]** 3/7
44/9 54/9 69/9
80/22 113/7 113/8
117/10
**was [213]**
**was the [1]** 37/17
**washing [2]** 62/13
73/16
**wasn't [2]** 33/12
34/4
**watched [2]** 113/21
116/12
**watching [5]**
113/19 114/2 115/6
115/9 115/12
**way [38]** 6/5 15/16
20/18 24/5 30/9
43/14 46/10 47/4
49/19 50/24 51/15
53/15 57/20 60/4
64/4 83/15 84/2
84/15 84/19 85/17
85/19 85/25 86/1
87/21 90/21 91/4
91/4 93/1 93/11
93/12 94/5 96/24
98/2 98/25 105/24
109/4 111/4 116/21
**ways [1]** 117/14
**we [204]**
**we'll [8]** 6/3 6/18
63/15 65/15 66/6
105/23 106/6 118/1
**we're [17]** 4/10
4/12 4/15 4/16
6/22 12/17 13/19
22/3 60/20 62/7
63/13 63/20 64/2
106/16 108/5
113/25 114/8
**we've [2]** 12/25
51/1

**wealth [3]** 75/12
78/2 78/7
**website [3]** 104/5
104/9 104/10
**Wednesday [3]** 5/21
5/22 39/8
**week [1]** 84/16
**weekend [1]** 4/18
**weighing [1]** 64/11
**weird [8]** 73/19
77/2 83/9 83/14
83/22 84/2 92/17
96/2
**welcome [2]** 66/1
66/4
**welcoming [1]** 74/5
**well [61]** 4/13 7/8
8/14 14/9 20/16
20/23 22/7 25/19
25/19 26/14 27/2
28/14 36/15 37/20
40/18 42/17 43/13
44/12 44/16 44/22
45/5 45/23 46/12
48/2 48/22 49/25
50/1 51/16 56/5
57/3 57/14 57/25
58/8 60/12 61/13
65/24 67/9 67/25
68/16 68/19 71/10
73/11 74/4 75/15
76/8 81/22 82/13
83/7 88/15 88/16
89/3 95/20 98/20
100/25 103/15
103/21 108/3 109/3
112/22 115/7
115/10
**well-being [3]**
44/22 45/5 88/16
**well-validated [1]**
58/8
**went [8]** 40/3
51/15 71/22 77/3

**weigh [1]** 113/14
**were [90]** 3/8 8/4
10/7 10/18 11/1
11/22 11/23 12/1
12/1 12/8 12/18
13/23 15/15 21/7
23/23 27/18 30/3
33/19 36/15 39/4
39/11 39/16 40/14
40/21 40/25 40/25
41/7 42/4 42/11
47/7 48/15 49/2
49/4 49/16 49/22
49/24 50/3 50/4
50/9 50/13 50/22
51/21 54/23 56/11
66/8 66/16 68/2
68/13 71/24 74/11
76/6 80/25 81/4
81/13 82/13 82/13
82/22 82/25 83/5
83/6 85/1 86/3
90/24 91/14 98/8
99/19 100/17
100/24 101/2 101/7
101/11 101/15
107/7 107/12
107/22 107/24
108/1 108/17
108/18 108/18
108/21 108/22
109/8 110/15
110/16 110/23
112/1 112/22
112/24 116/13
**WEST [1]** 1/2
**what [138]**
**what's [8]** 11/11
25/4 25/15 29/7
31/9 65/16 80/5
97/9
**whatever [1]** 85/14
**when [48]** 10/21

**W**

**when... [47]** 15/11
26/4 26/6 28/6
38/17 38/24 40/2
40/12 47/11 48/6
48/14 51/18 52/19
55/16 56/21 57/3
59/24 59/24 59/25
62/7 64/11 65/22
68/14 68/21 68/23
73/23 80/17 84/13
85/12 86/14 87/21
89/11 89/18 90/10
90/12 91/14 92/7
92/9 95/23 98/8
100/20 108/6
108/25 112/15
112/23 115/17
116/13
**whenever [1]** 17/4
**where [15]** 6/18
8/21 10/18 13/25
26/8 27/6 27/8
27/12 27/21 27/23
51/15 57/19 97/7
100/19 117/14
**whereas [1]** 68/24
**WHEREOF [1]** 119/14
**whether [22]** 9/7
13/14 13/15 14/1
50/16 72/11 78/4
78/23 80/1 85/20
91/15 91/18 91/19
93/8 101/3 101/8
101/12 101/16
107/3 107/18
117/12 117/13
**which [62]** 6/4
10/6 10/12 11/9
12/13 14/9 14/14
15/1 19/3 19/14
19/20 20/3 20/14
20/21 26/25 29/17

49/17 49/18 52/3
53/1 54/5 55/8
56/5 57/22 58/10
58/15 59/18 60/15
60/17 62/14 66/19
66/19 68/19 68/20
68/21 69/9 77/20
78/25 79/3 79/18
79/24 79/25 80/6
83/22 88/4 88/9
89/4 94/15 94/22
99/18 100/8 100/17
100/22 100/25
105/18 111/6
115/15 116/12
116/12
**while [4]** 6/13
6/22 35/23 74/15
**white [1]** 46/16
**who [53]** 16/25
20/25 21/20 22/5
38/20 39/1 39/12
41/23 42/8 47/17
47/18 48/8 48/9
48/10 49/14 49/19
49/24 50/5 52/12
53/11 53/23 55/1
55/13 55/13 55/15
55/21 57/2 57/3
57/9 57/13 57/24
59/3 60/6 62/1
76/11 79/7 80/24
82/7 84/24 84/25
85/19 88/18 88/21
88/21 90/11 92/8
92/17 92/18 96/22
107/15 112/3 114/3
117/10
**who's [1]** 90/4
**whole [16]** 10/23
11/12 13/7 70/22
70/23 71/7 71/18
83/23 87/16 87/17

88/15 92/17 93/4
**whom [4]** 22/8
29/24 53/4 77/4
**whose [1]** 17/2
**why [17]** 5/20 7/18
47/15 53/9 57/8
70/21 73/1 73/12
74/1 74/1 76/20
81/17 91/25 92/24
101/21 112/25
114/10
**wide [1]** 45/23
**widespread [1]**
53/2
**wife [11]** 57/25
68/1 82/5 82/6
82/9 82/13 82/17
84/17 85/9 85/23
92/7
**wife's [3]** 84/5
84/8 92/21
**will [20]** 3/11 4/2
4/19 4/22 6/13
16/17 16/24 35/6
42/10 43/8 51/15
55/1 55/23 63/16
65/22 73/5 97/3
105/3 105/18
105/19
**willfully [1]**
88/25
**William [1]** 4/19
**wish [1]** 16/15
**Wishing [1]** 16/21
**within [5]** 47/9
70/11 76/2 107/17
112/9
**without [8]** 10/16
16/17 42/9 51/6
59/18 70/6 87/10
115/11
**witness [21]** 4/8
4/9 7/10 13/10

# W

**witness... [17]**
18/9 28/20 33/18
33/18 33/19 33/22
35/7 35/8 35/17
51/10 63/7 100/7
100/21 107/15
111/6 117/10
119/14
**witness's [1]**
109/14
**witnesses [2]**  4/5
4/13
**wonderful [1]**
59/10
**word [8]**  38/13
82/1 83/14 83/14
83/19 84/1 86/22
98/5
**words [10]**  20/19
26/4 51/24 81/7
81/25 83/13 83/16
86/21 86/22 113/6
**work [24]**  9/24
11/12 44/13 46/22
48/11 49/16 50/7
51/10 52/1 53/12
57/17 74/12 74/20
84/5 85/17 85/21
92/19 96/13 98/16
98/18 99/4 100/7
102/2 107/15
**worked [5]**  23/8
38/16 52/12 53/5
53/6
**working [5]**  17/1
17/2 38/18 52/15
91/2
**works [3]**  23/8
32/14 104/19
**world [19]**  41/5
42/20 47/5 47/5
53/3 70/6 70/7

70/21 72/3 73/7
84/20 90/21 91/4
91/5 92/1 94/7
94/7 94/9 94/10
**worst [4]**  57/23
102/14 102/15
102/21
**would [64]**  3/18
5/12 5/17 6/3 6/5
6/11 6/20 7/13 8/4
8/16 8/25 9/8 9/9
12/14 13/17 14/20
15/3 18/24 20/17
21/6 22/22 24/11
26/25 27/1 27/9
27/14 27/20 27/24
30/21 38/21 42/5
42/5 42/14 43/13
43/18 43/19 47/9
48/18 48/19 49/13
50/8 51/16 63/11
64/16 64/17 65/10
69/2 73/21 74/20
79/10 80/24 81/20
87/9 92/17 92/18
94/19 95/23 99/13
108/19 109/1 109/3
113/6 114/2 115/10
**WRIGHT [85]**  1/7
4/20 4/21 5/16 6/9
24/17 24/19 24/21
31/14 35/10 43/24
50/14 50/16 50/24
51/6 54/12 55/16
56/10 56/17 59/20
63/4 66/9 66/13
66/17 67/25 68/3
68/5 68/15 69/1
69/3 71/5 71/10
71/19 73/23 76/8
76/13 77/16 77/18
80/13 81/15 82/12
82/22 83/7 83/12
83/23 84/6 84/13

85/17 86/11 91/15
91/15 91/18 92/15
95/5 95/15 96/11
97/6 99/14 100/4
101/4 101/9 101/16
102/8 102/9 102/11
107/1 108/14
110/17 112/20
112/21 113/4 113/8
113/8 113/11
113/14 113/17
114/1 114/6 114/9
114/12 115/7
116/19
**Wright's [27]**  58/2
64/7 74/2 74/5
74/22 75/8 75/9
76/1 76/18 80/11
81/4 81/13 82/5
82/6 82/9 82/17
84/5 84/8 87/8
87/13 92/12 92/25
93/14 93/22 94/3
108/1 108/20
**write [6]**  34/23
40/3 41/14 74/19
109/8 114/10
**written [1]**  48/4
**wrong [1]**  56/10
**wrongly [1]**  83/19
**wrote [8]**  52/3
82/19 82/19 83/12
85/8 108/19 108/25
116/10

---

# Y

**Yale [13]**  37/4
37/6 37/15 37/22
38/24 44/16 48/14
52/11 52/14 52/16
52/17 52/19 98/16
**Yale's [2]**  37/7
37/20

**Y**

**yeah [3]**   93/19
114/17 115/9
**year [12]**   17/17
21/8 26/23 27/10
40/2 41/12 44/21
45/19 51/12 103/17
105/8 111/11
**years [32]**   9/20
13/4 22/25 37/2
37/5 38/16 38/19
39/7 40/10 40/11
44/15 44/18 47/2
51/1 53/5 53/11
54/11 54/12 54/13
55/16 57/2 57/5
57/13 75/11 76/22
83/18 84/1 84/9
87/15 88/11 90/22
94/4
**yes [103]**   3/17
3/24 4/23 4/25
5/14 6/21 7/3 7/21
7/23 10/9 10/19
11/5 12/7 12/18
12/19 15/24 17/19
17/23 18/4 18/19
19/7 19/23 20/1
20/5 22/2 22/7
22/10 22/21 23/2
23/5 23/11 23/14
23/22 24/9 25/3
25/14 26/10 26/15
27/19 28/5 29/10
29/15 29/19 30/1
30/6 30/12 30/19
31/8 32/5 32/7
32/18 33/1 34/3
34/9 35/2 35/4
40/16 41/15 50/11
54/12 54/17 56/15
63/10 63/24 64/15
64/25 66/14 66/18
66/25 67/14 77/18
78/2 78/6 82/10
90/6 92/13 95/18
97/20 99/6 100/6
103/3 103/24 104/4
105/1 105/21
107/14 107/24
108/8 110/8 110/21
111/24 112/13
113/16 113/19
114/21 114/24
115/1 115/5 115/10
115/21 116/10
116/21 117/19
**yesterday [5]**   7/7
10/11 14/22 17/15
17/15
**yet [7]**   27/5 40/25
51/21 51/22 55/4
62/3 74/16
**you [497]**
**you'll [5]**   17/3
17/9 34/22 35/15
108/12
**you're [25]**   10/4
17/4 17/8 26/4
32/13 34/10 34/10
35/24 62/15 65/12
65/13 66/1 72/18
73/18 73/19 78/19
83/18 83/20 87/4
96/1 96/2 98/25
99/1 99/4 111/9
**you've [7]**   36/13
46/23 70/1 87/19
89/24 89/24 100/8
**young [3]**   54/23
73/23 76/25
**younger [4]**   57/13
72/18 76/18 76/22
**your [172]**
**yours [1]**   28/12
**yourself [1]**   17/9
**YouTube [1]**   113/14
**yvette [6]**   1/23
1/25 119/5 119/17
119/17 119/19

**Z**

**ZACK [1]**   1/16
**ZALMAN [1]**   1/21
**zero [1]**   45/16
**Zoom [2]**   2/7
103/19