```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                   WEST PALM BEACH DIVISION
                   CASE NO. 9:18-cv-80176-BB
 3
    IRA KLEIMAN, as the personal representative
 4  of the Estate of David Kleiman, and W&K Info
    Defense Research, LLC,
 5
             Plaintiffs,                  November 22, 2021
 6                                        9:32 a.m.
             vs.
 7
    CRAIG WRIGHT,
 8
             Defendant.                   Pages 1 THROUGH 129
 9  _____
              TRANSCRIPT OF TRIAL DAY 14, AM SESSION
10            BEFORE THE HONORABLE BETH BLOOM
                 UNITED STATES DISTRICT JUDGE
11                   And a Jury of 10

12  Appearances:
    FOR THE PLAINTIFF:    ROCHE FREEDMAN, LLP
13                        DEVIN FREEDMAN, ESQ.
                          KYLE ROCHE, ESQ.
14                        200 South Biscayne, Suite 5500
                          Miami, Florida 33131
15
                          BOIES SCHILLER & FLEXNER
16                        ANDREW BRENNER, ESQ.
                          STEPHEN N. ZACK, ESQ.
17                        SAMANTHA LICATA, ESQ.
                          100 Southeast 2nd Street, Suite 2800
18                        Miami, Florida 33131

19  FOR THE DEFENDANT:    RIVERO MESTRE, LLP
                          ANDRES RIVERO, ESQ.
20                        JORGE MESTRE, ESQ.
                          AMANDA M. MCGOVERN, ESQ.
21                        MICHAEL A. FERNANDEZ, ESQ.
                          ZALMAN KASS, ESQ.
22                        2525 Ponce de Leon Boulevard, Suite 1000
                          Coral Gables, Florida 33134
23
    COURT REPORTER:       Yvette Hernandez
24                        U.S. District Court
                          400 North Miami Avenue, Room 10-2
25                        Miami, Florida 33128
                          yvette_hernandez@flsd.uscourts.gov
```

1                          **I N D E X**

2     Certificate...................................        129

3                      **W I T N E S S**

4

5     **ON BEHALF OF THE DEFENDANT:**                        PAGE

6     DR. AMI KLIN
      CONTINUED CROSS-EXAMINATION BY MR. BRENNER             5
7     REDIRECT EXAMINATION BY MS. MCGOVERN                   51

8     CRAIG WRIGHT
      DIRECT EXAMINATION BY MR. RIVERO                       58

9

10                     **E X H I B I T S**

11    **EX. NO.:**                            OFFERED   ADMITTED
      Defendant's  164                           85         85
12    Joint        101                          119        119

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1        (Call to order of the Court, 9:32 a.m.)

 2            THE COURT:  Hi.  Good morning to everyone.  Let's go

 3    ahead and call the case and we'll get started.

 4            COURTROOM DEPUTY:  Calling Civil Case Number 18-80176,

 5    Ira Kleiman v. Dr. Craig Wright.

 6            Counsel, please state your appearances for the record,

 7    starting with Plaintiffs' counsel.

 8            MR. BRENNER:  Your Honor, if I -- I'll just introduce

 9    everyone, if that's okay?  Andrew Brenner on behalf of the

10    Plaintiffs.  We have Vel Freedman, Kyle Roche, Samantha Licata,

11    Steve Zack, our client, Ira Kleiman, and Dorian Vela.

12            THE COURT:  Hi.  Good morning.

13            MR. BRENNER:  Good morning.

14            MR. RIVERO:  Your Honor, I'll do the same.  Andres

15    Rivero, together with Amanda McGovern, Jorge Mestre, Dr. Craig

16    Wright, Michael Fernandez, Zalman Kass, our crack paralegal

17    Sarah Gonzalez, and Karl Reed, Your Honor, for Dr. Craig

18    Wright.

19            THE COURT:  Good morning to each of you.

20            Go ahead and have a seat.  I hope that everyone had a

21    nice weekend.

22            As I don't want to take time away from the jury, do we

23    have Dr. Klin?

24            MR. RIVERO:  Yes, Your Honor.

25            THE COURT:  All right.  If the doctor will step
```

```
 1    forward.

 2          I do want to let you know that, as you have been

 3    working feverishly to provide information to the Court, I do

 4    appreciate the timely submissions.  The Court has entered its

 5    order denying the Defendant's motion that was pending before

 6    the Court.  That order was docketed this morning.

 7          As well, I'm going to ask my law clerk to give to you

 8    at this time -- although it's certainly premature for a charge

 9    conference, but I did have an opportunity to review the

10    submissions regarding the jury instructions, as well as its

11    application to the Verdict Form.

12          The Court has prepared proposed instructions to the

13    jury, as well as the Verdict Form.  So I'm going to ask Tal to

14    just provide that to you.  Certainly there's no need to discuss

15    it at this time, but I did want to give you an opportunity to

16    review it and then at the appropriate time we can certainly

17    address any requests for amendments.

18          Are there any issues that we need to address before we

19    bring the jury in?

20          MR. BRENNER:  No, Your Honor.

21          MR. RIVERO:  Nothing from us, Judge.

22          THE COURT:  All right, then.  Let's bring the jury in.

23       (Before the Jury, 9:34. a.m.)

24          THE COURT:  Good morning, Ladies and Gentlemen.

25    Please be seated.  It's good to see each of you.  I hope you
```

```
1    had a pleasant weekend and are ready to get back to work.

2              As you recall, we were in the questioning of Dr. Klin.

3              Dr. Klin, let me remind you, you were previously

4    placed under oath.

5              And we may continue.  Mr. Brenner?

6              MR. BRENNER:  Thank you, Your Honor.

7                   CROSS-EXAMINATION [CONTINUED]

8    BY MR. BRENNER:

9    Q.  Good morning, Dr. Klin.

10   A.  Good morning.

11   Q.  How are you?

12   A.  I'm well.  Thank you.

13   Q.  Good.

14        Let's see if we can get through this.  So I want to pick up

15   really quickly on something you said, I guess it was, Friday.

16   You had told the jury that your expert witness work made up .5

17   percent of your professional life.  Do you recall that?

18   A.  That was an estimate, yes.

19   Q.  Okay.  And what you said was -- the example to illustrate

20   that, is you said you had only taken -- this was the only case

21   you had taken since 2019.  Do you recall testifying to that?

22   A.  Yes.  I recall.  Yes.  I believe so.

23   Q.  Okay.  And you know -- what you meant by that is you had

24   actually taken other cases in 2019.  This is the only one you

25   took in '20 or '21, correct?
```

1   A.  I think so, yes.

2   Q.  And you know that because of the COVID pandemic that our

3   court system slowed down considerably in 2020 and '21, right?

4   A.  Yes.

5   Q.  Okay.  Now, you also told the jury that you were never

6   involved in more than one or two cases a year.  Do you recall

7   that testimony?

8   A.  I don't believe I've been involved in more than one or two

9   cases a year.  That's correct.

10  Q.  Okay.  So do you remember that in connection with your

11  expert report in this case that you provided me or my side a --

12  you provided your report?  You remember that, right?

13  A.  Yes.

14  Q.  And then you provided some addendums.  Do you remember

15  that?

16  A.  Yes, I do.  There were two addenda.  There was one with the

17  publications.  And the second one, I believe, you asked me for

18  a list of cases that I've been involved over a period of time.

19  Q.  Right.  And you provided us a list going back four years,

20  of the list of cases you were involved in.  You remember that?

21  A.  Yes.  I don't recall the number of years, but I remember

22  providing you the list.

23  Q.  Okay.  And we can bring it up, if you want, but in 2016 and

24  '17 alone, you were -- in those two years alone, you were

25  involved in six cases.  Does that sound right?

1    A.   I don't quite recall that, but it could well be that those

2    cases extended over several years.  Sometimes those cases

3    extend over a period of time.

4    Q.   No.  You actually -- you started four cases in 2016; isn't

5    that correct?

6    A.   Maybe if you show me the list, I'll be able to tell you

7    what they are --

8    Q.   Sure.

9    A.   -- and what I ...

10            MR. BRENNER:  Okay.  If we could bring up -- Your

11   Honor, may I publish his list of cases?

12            THE COURT:  You may.

13   BY MR. BRENNER:

14   Q.   So in 2016 it's two cases, right?

15   A.   Yes, sir.

16   Q.   And 2017, is four cases, right?

17            MR. BRENNER:  If I get could you to go to the next

18   page.

19            THE WITNESS:  Yes.  So there are four cases in --

20   BY MR. BRENNER:

21   Q.   Now, just to be clear, as far as your experience testifying

22   in cases, in your professional capacity, you've given about 35

23   depositions, haven't you?

24   A.   In a court of law or to attorneys who are asking me

25   questions?  Because those are very different things.

1   Q.  Okay.  You have given -- you have testified at deposition

2   in your professional capacity about 35 times; is that correct?

3   A.  I think that that sounds like a very large number.  I don't

4   feel that I have been deposed 35 times in the past 30 years,

5   but it could well be.

6   Q.  Okay.  Well, let's look at what you told us before.

7           MR. BRENNER:  Ms. McGovern, we're going to Page 12, 9

8   to 15.

9           MS. MCGOVERN:  One minute, please.

10          MR. BRENNER:  Here.  Here's an extra copy.  And let me

11  give you an extra copy.  And now I got to get my own.

12          12, 9 to 15, Ms. McGovern.

13      (Pause in proceedings.)

14          MS. MCGOVERN:  No objection.

15  BY MR. BRENNER:

16  Q.  Dr. Klin, do you remember being asked the following

17  question and giving the following answer in your deposition in

18  this case?

19      "Okay.  How many times have you testified at deposition in

20  your professional capacity as psychologist?"

21      "I have to estimate because I began engaging in some legal

22  cases back in the '90s.  I would say that my estimation is

23  about maybe 35 cases or so."

24      Do you remember being asked that question and giving that

25  answer?

1    A.  Yes.

2    Q.  Okay.

3    A.  I should just say that I have also been deposed many times

4    as a clinician on the request of the family or something to

5    that effect.

6    Q.  Okay.  All right.  So I want to pick up where we left off

7    on Friday talking about the assessments.  If you recall, we had

8    stopped, we were talking about the SRS, which is the self

9    reporting one.  Do you recall that?

10   A.  Yes.

11   Q.  And we had gone through -- so this is the one where both

12   Ms. Watts and -- Ramona Watts -- excuse me -- Craig Wright's

13   wife -- and Dr. Wright each filled out their own questionnaire,

14   right?

15   A.  Yes.

16   Q.  Okay.  And we have shown Ms. Watts' scores, and then it's

17   fed into a computer and the computer shoots out a score, right?

18   A.  Yes.  It's an online form that is scored by the portal --

19   Q.  Right.

20   A.  -- where you complete the form.

21   Q.  So information comes directly from subject -- either

22   subject's wife or subject in this case, into a computer, a

23   computer shoots out a score, and then you guys receive the

24   score?

25   A.  That's correct.

```
 1   Q.  Okay.  So we've done -- we've shown Ms. Watts' scores.

 2            MR. BRENNER:  If we could bring up --

 3   BY MR. BRENNER:

 4   Q.  So then Dr. Wright does the same thing.  He fills out the

 5   thing and we get scores for that, too, right?

 6   A.  It is -- when you use the SRS with an adult, that's

 7   typically completed as part of self-report and by somebody who

 8   knows that person very well --

 9   Q.  Right.

10   A.  -- because the information can be very revealing about the

11   comparison of the two forms.

12   Q.  Sure.  And it's self-reported information, correct?

13   A.  It is self-reported.

14   Q.  By the subject?  By the patient?

15   A.  And it is reported about someone else by the person who

16   knows that individual well.

17            MR. BRENNER:  If you could bring up the -- yeah, that

18   one.  And highlight -- Your Honor, may I publish this from his

19   report?

20            THE COURT:  You may.

21            MR. BRENNER:  Thank you.

22   BY MR. BRENNER:

23   Q.  So now all I've done -- before, we had the spouse report.

24   Now, with Dr. Wright, his scores, again, same cutoff, 76 is in

25   the severe range in this test?
```

```
 1   A.  70 -- beyond 76, it's very likely the person have an autism

 2   spectrum disorder.  It is called severe within the context of

 3   this rating scale.

 4   Q.  Sure.

 5   A.  Because social responsiveness is a normative trait.  So

 6   among the population, scores over 76, it's called severe and it

 7   is compatible with a diagnosis of autism spectrum disorder.

 8   Q.  Right.  And we don't have to go through each of them.  Just

 9   across the board, every score based on Dr. Wright's self-report

10   is both in the severe range and higher than the one -- is a

11   higher score than his wife reported about him; is that correct?

12   A.  Yes, it is.

13   Q.  Okay.  So let's --

14        MR. BRENNER:  So we could take that down.

15

16        Thank you, Ms. Vela.

17   BY MR. BRENNER:

18   Q.  Let's go on to another assessment and that is the Vineland.

19   We talked about it briefly.  But let's just go through the

20   basics of the Vineland.  The Vineland was -- the Vineland

21   assessment in this case was run by Dr. Saulnier, correct?

22   A.  Correct.

23   Q.  Okay.  And Dr. Saulnier conducted what is called a

24   semi-structured interview of just one person, correct?

25   A.  Yes.
```

1    Q.  And that one person was, again, Ms. Watts, correct?

2    A.  It is correct.

3    Q.  Okay.  And then what Dr. Saulnier does is she -- it's not

4    an interview in the sense that it's a script that she's

5    reading.  It's semi-structured because she's having a

6    conversation and she's trying to glean information then that

7    she'll later use to input into the scoring, correct?

8    A.  Correct.

9    Q.  Okay.  That conversation we looked at before was about an

10   hour and 15 minutes.  You remember that?

11   A.  Yes.

12   Q.  And in that hour and 15 minutes, Dr. Saulnier was getting

13   the information from Ms. Watts both as to the Vineland and as

14   to another test that was run, which was called the ADIR,

15   correct?

16   A.  Those things were not done at the same time.  Sometimes

17   they are done at the same time if there is -- well, there is a

18   little bit of an overlap across the two, but they are very

19   different interviews.

20   Q.  Right.  Well, they're both done in the same

21   hour-and-15-minute block, unless you know of another -- I think

22   the invoice said that was the only conversation.  Do I have

23   that wrong?

24   A.  I think you did.

25   Q.  Okay.  So the hour and 15 minutes was as to the Vineland?

1   A.   Yes.

2   Q.   Okay.  Great.  And we'll take a look at that in a second.

3        And again, so Dr. Saulnier takes notes.  This one she can

4   take sticky notes, notes on a pad, and there's also a place on

5   the actual test that she could write on, right?

6   A.   When you're assessing an individual, you can write on the

7   form, you can write on a notepad, you can write on a sticky,

8   you can --

9   Q.   Right.

10  A.   You can write in any way that you want in order to ensure

11  that you remember that information.

12  Q.   Sure.  And we know -- we talked about yesterday that after

13  she wrote them -- wrote all her notes, she gave them to you and

14  you later discarded them, right?

15  A.   Yes.  Once she's completed her entire report and passed

16  this on to me, and I had her text and I had all of the content,

17  I corroborated information and vetted information, I then

18  discarded her notes.

19  Q.   And then what happens again, like the SRS, is when

20  Dr. Saulnier has input the answers -- and we'll go through it

21  in a little more detail, but again, that's put into a computer

22  or a portal and a score is generated, correct?

23  A.   Yes.  There are 65 items that are very telling.  And

24  therefore, I used the SRS, this rating scale, in this

25  evaluation for several reasons.

1      One of them is to have a better sense of the range of

2  symptomatology that is identified through that rating scale, as

3  well as to look for any inconsistencies or anything that I

4  could actually gain information from my comparing the two SRSs.

5  Q.  Okay.  So in your answer, you're referring to the SRS.

6  We're actually talking about the Vineland.

7  A.  You actually mentioned SRS a second ago.

8  Q.  Okay.  Then I got it wrong.  In the Vineland -- I said:

9  "Just like the SRS," in the Vineland, after Dr. Saulnier inputs

10  the answers, it's put in a computer and the score is generated

11  by the computer?

12  A.  Yes.  Once she -- she gets narratives, examples,

13  illustrations of everyday observations.  She takes all of that

14  information and then she maps onto specific items for which

15  there are scoring criteria -- and the scoring criteria are

16  defined in the manual.  And so in order for it to be

17  standardized, then the clinician needs to map those onto the

18  scoring criteria.  Then she scores the specific item and then

19  she summarizes those scores and she inputs them into the

20  computer.

21      Actually, nowadays, the software is better skilled.  You

22  enter the scores and it generates all of the summary scores.

23  Q.  Yeah.  It's almost automated.  Like you're putting it

24  online almost?

25  A.  Correct.

```
1   Q.  Okay.  Great.

2       Now, do you know that the Vineland test -- we're on the

3   Vineland.

4   A.  Yes.

5   Q.  You know that the Vineland test -- the whole -- and this is

6   the Vineland-3, correct?

7   A.  It is the Vineland-3, the one that Celine is actually an

8   author of.

9   Q.  Dr. Celine is one of the authors of it?

10  A.  Correct.

11  Q.  Okay.  The Vineland-3 test has 425 questions.  Are you

12  aware of that?

13  A.  I've never counted them.  But since I've researched over

14  the years, I know that there are a lot of items, yes.

15  Q.  And you know that a lot of those questions just don't make

16  a whole lot of sense to ask when you're scoring a 49-year-old.

17  Are you aware of that?

18  A.  Oh, very much so.  I was trained by the original authors,

19  Dr. Sara Sparrow and Dr. Don Cicchetti.  There is something

20  called a basal and a ceiling.  In order -- the Vineland goes

21  from babyhood all the way through adulthood.

22  Q.  Right.

23  A.  And so there are all of those hundreds of items.  But in

24  order to shorten the load on a family, you start -- you need to

25  achieve a basal, which basically means if you're dealing with a
```

```
1    49-year-old, you're not going to start with babyhood items.

2    Q.  Sure.

3    A.  But you need to complete a certain number in order to

4    achieve a solid basal, and then you go up.  And the same thing

5    goes for a ceiling.  You don't ask adult questions from a

6    mother who is completing an interview of a baby.  So there is a

7    basal and a ceiling and there are very specific directions on

8    how to complete that test.

9    Q.  Right.  Right.  And you got my next question, which is:

10   Just like there are some questions that are too -- that are not

11   appropriate for a 49-year-old because they are geared to

12   younger children, the same would apply if you were doing the

13   test on a younger child.  There's certain things that would

14   only apply to adults.  Fair?

15   A.  That is correct.

16   Q.  Now, does 425 sound about right, or do you want me to bring

17   up the list of questions?  Sound like we're in the ballpark?

18   A.  I trust you because I gave you a copy of the form.

19   Q.  Yes.  Okay.

20       And do you know sitting here today how many questions

21   Dr. Saulnier used to score Dr. Wright out of the 425?

22   A.  Well, Dr. Saulnier does workshops nationally and

23   internationally on that topic.  So my very best assumption, but

24   also from talking with her, is that she achieved a basal and

25   she achieved a ceiling and she probed those items.  And so I
```

1    wouldn't be able to know exactly the number of items, but I

2    trust her that these were the right number of items.

3    Q.  Other than the fact that you just -- because you know her

4    and because of her background and experience, other than that

5    fact that you're just assuming she did it right, do you have

6    any estimate for how many of the 425 questions Dr. Saulnier did

7    not ask because they weren't appropriate?  Do you have any

8    idea?

9    A.  No.  This is the first time in my life that I'm asked that

10   question.  So no.

11   Q.  Okay.

12   A.  Because typically clinicians wouldn't find that relevant.

13   Q.  Okay.  So do you know what the basal is, the minimum amount

14   of questions that need to be asked?

15   A.  You need to complete a certain number of items that are --

16   the items on the Vineland, they are organized developmentally

17   from babyhood all the way through adulthood.

18   Q.  Right.

19   A.  And so the directives of the test pose that you need to

20   complete a certain number of items consecutively that create a

21   range of skills for a particular age and beyond which you don't

22   need to go.  So if you're asking me the question I know exactly

23   where she established the basal, no.

24   Q.  Well, actually I didn't ask you exactly.  I asked you:  Do

25   you know of any estimate, any idea, any concept of how many

```
 1   questions were actually scored in this case, in Dr. Wright's
 2   case?  Not generally.  Dr. Wright.  Do you know how many
 3   questions Dr. Saulnier --
 4            MS. MCGOVERN:  Objection.  Asked and answered.
 5            THE COURT:  Overruled.
 6            THE WITNESS:  Sitting here without the scores in front
 7   of me, without -- not having talked with Dr. Saulnier since, I
 8   wouldn't be able to tell you exactly the numbers, the number of
 9   items that were scored.
10   BY MR. BRENNER:
11   Q.  Okay.  You keep saying:  "Exactly" and my question is not
12   "exactly."  My question is:  Do you have any estimate or
13   approximation, or you just don't know?
14   A.  I don't want to say a number that is not -- that is not
15   correct.  But typically, we administer several tens of items.
16   Q.  Okay.
17   A.  And you might also recall that in my report, under the
18   Vineland section, there is a list of behaviors in each one of
19   the domains.  Those are behaviors that we expect a person with
20   that cognitive level and age to be able to do, except that the
21   Vineland is not capacity.  It's whether the person does it on
22   an everyday -- on an everyday fashion.
23       So there were several tens of examples in the areas of
24   communication, daily living skills, and in socialization that
25   were actually described in detail in the report.
```

```
1              MR. BRENNER:  Okay.  Let's bring up Klin at --

2     Dr. Klin's binder at Page 57, 58.

3              May I publish this to the jury?

4              THE COURT:  You may.

5              MR. BRENNER:  Thank you.

6     BY MR. BRENNER:

7     Q.  So what I have up here is from your report.  You recognize

8     this, right?

9     A.  This is not from my written report.  This is from the

10    computerized output of the scores of the Vineland.

11    Q.  Fair enough.  This is from the materials you provided us,

12    correct?

13    A.  That is correct, yes.  When you requested.

14    Q.  Okay.  So what we're looking at here is, each of the

15    domains, you sort of referenced them.  Do you see that?

16    "Receptive, expressive, written," those are all domains in the

17    Vineland, correct?

18    A.  Actually, they are not.  There are three domains on the

19    Vineland:  Communication, daily living skills, and

20    socialization; and for younger children, there is a motor

21    domain.  Each one of those domains have three subdomains.

22    Q.  Subdomains?

23    A.  And so under "Communication," you have:  "Receptive,

24    language, and communication, expressive and written."  And then

25    under "Daily Living Skills," you have:  "Personal, domestic,
```

```
 1    community."
 2         Under "Socialization," you have:  "Interpersonal
 3    relationships, play and leisure skills, and coping skills."
 4    And then there is another section focused on maladaptive
 5    behaviors.
 6    Q.  Let just do a couple examples, so that the jury understands
 7    what I'm talking about when I'm saying some are scored and some
 8    are not.
 9              MR. BRENNER:  Let's bring up just the community one,
10    please.
11    BY MR. BRENNER:
12    Q.  Okay.  So this is the community subdomain?  Is community a
13    subdomain or a domain?
14    A.  Community subdomain.
15    Q.  Okay.  Community subdomain.
16         So in the community subdomain on the Vineland-3 assessment,
17    there's a total of 58 questions.  Do you see that?
18    A.  Yes.
19    Q.  And that sounds right to you, doesn't it?
20    A.  It does.
21    Q.  Okay.  And where there's a slash, it means it wasn't scored
22    for Dr. Wright, correct?
23    A.  Correct.
24    Q.  So on this domain -- I'm trying to count it -- there's --
25    one, two, three, four, five, six, seven -- eight of the 58
```

1    questions were scored?  Am I getting that right?  Am I

2    interpreting the data right?

3    A.   Absolutely.

4    Q.   Okay.

5    A.   For a 49-year-old, that should sound just right because

6    most adaptive behaviors are actually achieved in early

7    childhood.  It's only in some domains that they remain to be

8    achieved later on.  That's why the Vineland, over its history

9    since 1984, had been used primarily to document whether or not

10   the person had intellectual disabilities.

11        Now, in the case of a highly intelligent 49-year-old, the

12   number of items that you are going to administer is going to be

13   low.  And what you're looking for is for things that should

14   have been acquired and have not.

15   Q.   Exactly.  So what you're looking for, what Dr. Saulnier was

16   looking for, was questions that would be applicable to the

17   assessment as it relates to Dr. Wright?

18   A.   As it relates to a 49-year-old --

19   Q.   Correct.

20   A.   -- with high intellect.

21   Q.   So for example -- and I don't mean to belabor this too

22   much, but there's questions that would apply to a baby like:

23   "Is the baby able to turn to a caregiver's voice?"

24   A.   That's a very important item when you are evaluating a

25   two-year-old for autism.

1    Q.  Correct.  Hugely important.  But Dr. Saulnier, in her

2    judgment, would say:  "Well, that's not important for a

3    49-year-old," and I think we would all agree with her, right?

4    A.  Yes, we do.

5    Q.  Okay.  And I'll just give you another example on the other

6    end of the spectrum.  If we go to the interpersonal

7    relationships, that's one where there's 43 questions and

8    Dr. Saulnier scored all of them?

9    A.  Correct.

10   Q.  So let's keep that up one more second because you mentioned

11   it.  For each question that scored, it's a 0, 1, or a 2,

12   correct?

13   A.  Yes.

14   Q.  Okay.  A 2 means the person usually does what the thing is.

15   A.  The person does it consistently.

16   Q.  Consistently.  It says:  "Usually" in the key to the test,

17   right?

18   A.  "Usually."  "Consistently."  It's something that whenever

19   that particular task appears in a person's life, the person

20   performs it consistently.

21   Q.  Consistently.  Okay.

22       And then the 1 is -- what the key says is that they do it

23   sometimes?

24   A.  Correct.

25   Q.  And the 0 is they do it never, right?

```
 1    A.   The 0 means that the person has not begun to show that
 2    particular behavior sometimes, which is number 1.
 3    Q.   Right.  So they get a 0.  And the more 0's and 1's you get,
 4    the more -- when -- ultimately, the way it's scored, there's a
 5    more impairment the lower the score is, correct?
 6    A.   Yes.
 7    Q.   Okay.
 8    A.   So the Vineland is a normative skill like IQ, and you
 9    expect from typically developing individuals that their IQ is
10    going to be commensurate with their adaptive skills.  And by
11    definition, in autism, this is not so.  Individuals are not
12    able to translate their cognitive abilities into real-life
13    skills in some domains more than in others.
14    Q.   Okay.  Now, we know -- I'm going to represent to you that
15    Dr. Wright -- excuse me -- Dr. Saulnier scored -- she didn't
16    score 195 of these.  So she did use about 56 percent of them.
17    I could bring up the thing, but I'll ask you to accept my
18    representation, okay?
19    A.   She will use whatever number is necessary for --
20    Q.   In her judgment.
21    A.   -- that individual at that age with that level of
22    intellect, depending on each domain.
23         In interpersonal relationships, I can see even from what
24    you're showing me the --
25    Q.   Oh, you want to keep that up?  I'm sorry.
```

1   A.  -- is 0.

2   Q.  Oh, you wanted that back up.  I'm sorry.

3          MR. BRENNER:  Keep that back up.

4          THE WITNESS:  No.  I just saw what you just showed me.

5          MR. BRENNER:  Yeah.  Let me put it back up for you

6   because I didn't realize you were talking about it.

7          MS. MCGOVERN:  If we could please have the witness

8   finish his statement before the next question.  It's hard for

9   me to follow the Q and A.

10          THE COURT:  Yes.  Let's let the witness complete the

11   answer.  Sustained.

12          THE WITNESS:  It looks from this that she wasn't able

13   to establish a basal and so she had to go all the way down.

14   BY MR. BRENNER:

15   Q.  Okay.  So can I take that down now?

16      Okay.  I didn't realize you were going to talk about it.

17          MR. BRENNER:  You can take it down, please.

18   BY MR. BRENNER:

19   Q.  Now, did you at any time -- before you got up on the

20   witness stand today, did you at any time go and look at the

21   choices Dr. Saulnier made as to which questions in her judgment

22   she deemed appropriate to administer to a 49-year-old man?  Did

23   you do that analysis?

24   A.  Absolutely.  Once -- every time she conducted a procedure,

25   for this -- for this consultation, we talked about what she

1    did, we both looked at the things that she did.  And to be

2    fair, she also looked at things that I did.

3    Q.  Okay.

4    A.  Because as part of our best practice parameter evaluation,

5    we wanted to conduct this together so that we could come up

6    with a clinician best estimate, which is two individuals doing

7    at least a partial evaluation and then discussing any things

8    that require additional study, additional discussion.  So

9    absolutely I took a look into all that she did and she did the

10   same for me.

11   Q.  Okay.  So if she did it, you've adopted it.  It's -- you've

12   agreed with it, correct?

13   A.  We discussed.  And, in fact, there were things on the

14   Vineland -- there were -- that we felt were incomplete that

15   required yet some additional clarifications.  And so subsequent

16   to the interview with the Vineland, Dr. Saulnier reached out to

17   Mrs. Watts and requested some additional information.  By which

18   I mean that she requested additional examples in some domains

19   that would allow us to feel comfortable with the score that was

20   being given for given items.

21   Q.  Okay.  So one of the questions on the Vineland is:  "Does

22   Dr. Wright show interest in children his age?"  Included or not

23   included?

24   A.  Interest in peers.

25   Q.  No.  That's a different question.  Dr. Klin, please listen

1   to my question.  "Shows interest in children his age."

2   Appropriate to ask a wife who met him when he was 40 -- about a

3   49-year-old man?  Is it included or not included?

4   A.  I'm so sorry to say this to you, but you are

5   misrepresenting -- this is a clinical document.  Dr. Saulnier

6   would not ask Mrs. Watts if Dr. Wright was interested in

7   children his age because, at the time, he was a 49-year-old

8   man.

9        And so, as a clinician, she would say:  "Does he show

10  interest in peers," in other individuals his age.  The Vineland

11  is not typically done with individuals of that age.

12  Q.  Okay.  The Vineland is not typically done with individuals

13  that are 49?

14  A.  Unless they have a disability.

15  Q.  Okay.

16  A.  Because that's absolutely critical.

17  Q.  Okay.

18  A.  In this country, if you need eligibility -- if you want

19  eligibility for special services, you need two scores.  One of

20  them is an IQ and the other one is actually adaptive behavior.

21  Because the state will not provide you with services unless

22  both your IQ and your adaptive behavior is lower than 70

23  percent, which delineates the threshold for services.

24       MR. BRENNER:  Let's just look at it.  Let's look at

25  Page 41.  And highlight --

1    BY MR. BRENNER:

2    Q.  Okay.  You know in the score sheet when she's asked a

3    question, it got a score.  If it had an asterisk, it means it

4    wasn't administered.  Do you remember that from looking at your

5    materials?

6    A.  I'll take your word, yes.

7    Q.  And we'll see that.

8        So this one, Dr. Wright gets sort of an impairment rating

9    because he gets a 1 for: "Shows interest in children his age,"

10   right?

11   A.  Rephrasing to match the clinical reality of an expert

12   clinician using the Vineland in regards to a 49-year-old:

13   "Does he show interest in individuals his age?"

14   Q.  Okay.  So the question is changed for Dr. Wright to be

15   peers or individuals his age, not children, is that your

16   testimony?

17   A.  Well --

18   Q.  Doctor, is that your testimony?

19   A.  It is my testimony that the essence of the Vineland is --

20   is a clinical tool that is used by an expert clinician who was

21   trained in that, in that case, the very author of the

22   instrument that is the most widespread measurement of adaptive

23   behavior in the world.

24       And so, yes, I trusted that she did not use those words in

25   the case of a 49-year-old man.

1    Q.  Okay.  Let's look at the first question on this blow-up

2    number one.  This is another one that Dr. Saulnier included in

3    the scoring:  "Looks at the face of parent/caregiver."  She

4    included that one, right?

5    A.  She has to establish a basal.  The answer is yes.

6    Q.  Okay.  Let's go to another question on the Vineland.  "Does

7    Dr. Wright take his own temperature when needed?"  Do you think

8    Dr. Saulnier included that for a 49-year-old?

9    A.  Yes.

10   Q.  Okay.  So let's look at that.

11            MR. BRENNER:  That's at -- well, yeah.  Let's look at

12   that.  That's at Page -- I believe that's at Page 51.

13            Next -- it's question 51.

14            Oh, Page 47.  I'm sorry.

15            May I publish?

16   BY MR. BRENNER:

17   Q.  So 51 and 52 -- 52 is:  "Takes his own temperature when

18   needed."  He got a 0 on that.  That's something he never does,

19   right, according to Ramona Watts?

20   A.  That is something that he does not do even sometimes.

21   Q.  Right.  Is that different?  The score, is that different

22   than never?

23   A.  It is different from never because the concept of adaptive

24   behavior is not the acquisition of a skill.  It's the usage of

25   that skill when that skill is needed consistently in everyday

1   life.  And in real-life skills, knowing how to do things does

2   not allow you to navigate the demands of everyday life.  You

3   need to be able to show that particular skill.

4        And with individuals with autism -- and I'm afraid that

5   this is very important for you to keep in mind -- that for

6   individuals with autism, almost by definition, they are unable

7   to translate sometimes their extreme strengths in some areas

8   into real-life skills.

9        That's part of the condition.  And that's the reason why

10  expert clinicians like myself, we need to ascertain the

11  person's ability to do things that otherwise would appear silly

12  to others but represent a major challenge to the individual and

13  their families.

14  Q.  Let's bring up Page 39 of your binder, so you and I can get

15  on -- at least agree on what the scoring is.

16       So 1 is sometimes and 0 is never or almost never.  Is that

17  better?

18  A.  That's perfectly fine.

19  Q.  Okay.  Great.  So let's go back to where we were.

20       MR. BRENNER:  And let's look at question 51 back on

21  the previous slide.

22  BY MR. BRENNER:

23  Q.  "Plans for changes in weather before going out," and that

24  came out in the hour-and-15-minute interview.  And that's

25  something Ramona Watts said Dr. Wright never or almost never

1    does, right?

2    A.  Correct.

3    Q.  Okay.  Perfectly appropriate to ask a 49-year-old about a

4    49-year-old?

5    A.  Absolutely.

6    Q.  Okay.  Great.

7            MR. BRENNER:  Let's go to Page --

8    BY MR. BRENNER:

9    Q.  There's another question:  "Plays with others at outdoor

10   games with no score."  49-year-old or for children?

11   A.  This is a question for children or for individuals who

12   actually have a social life.

13   Q.  So you think it's appropriate to ask -- score this one for

14   Dr. Wright?

15   A.  It is appropriate for a clinician to ask questions about a

16   person's social life in the context of autism because this is

17   an area of great disability.  And unless you are able to elicit

18   that information, you will be surprised by how delayed

19   individuals with autism are, sometimes irrespective of their

20   high intellect.

21   Q.  Dr. Klin, I didn't ask you about -- if it's appropriate to

22   ask about his social life.  I asked if it's appropriate to ask

23   the wife of a 49-year-old man, in running the gold standard

24   assessment, whether he, quote:  "Plays with others at outdoor

25   games with no score."  Appropriate or not appropriate?

1    A.  As a clinician, you're not reading that item.  You're

2    scoring that item.  And as a clinician, you are translating the

3    intent of the item to the clinical context that you are in.

4       So she didn't ask these questions.  It's a semi-structured

5    interview.  These are items that are scored.  And therefore,

6    one needs to go through this and then take the narratives and

7    score that particular item.

8    Q.  And she scored him a 0 for that, that the 49-year-old,

9    Dr. Wright, does not play -- he does not play with others at

10   outside games with no score.  She gave that a 0.  Do you want

11   to see that or do you remember that?

12   A.  I'll take your word for it.

13   Q.  Thank you.

14      Okay.  So now we have an idea of the questions because --

15   we have an idea of the questions on the assessment, we know how

16   the score comes out, and now I want to talk to you about what

17   the score was for Dr. Wright.  Okay?

18      So you found -- or once the information was input into the

19   computer, based on Dr. Saulnier's semi-structured interview,

20   you found that Dr. Wright performs the practical everyday tasks

21   of living worse than 99 percent of the adult population; isn't

22   that correct?

23   A.  That is correct.

24   Q.  Okay.  And what that means -- you also found that he

25   functions worse than 99 -- excuse me -- he functions in social

```
1    situations worse than 99 percent of the adult population,

2    correct?

3    A.   That is correct.

4    Q.   You also found that in his day to day he listens and

5    understands worse than 99 percent of the population, correct?

6    A.   If you are alluding to his score on the communication

7    domain, I would call your attention to the great discrepancies

8    across the three sub-domains.

9        And the same individual that can read Sophocles is also an

10   individual who doesn't understand non-literal speech, something

11   that is acquired around the age of three, four, and five.

12       Unless there is a clear understanding that this defines

13   autism, these enormous discrepancies amongst strengths and

14   extreme deficits, we would be failing our children,

15   adolescents, and adults, because we would be trying to

16   understand them on the basis of what we expect from typically

17   developing individuals.  We wouldn't be able to document their

18   disabilities.  We wouldn't be able to provide them with the

19   services that they need.  So the answer is yes.

20            MR. BRENNER:  Okay.  Page 288, lines 10 through 17.

21            MS. MCGOVERN:  Page -- could you provide the page

22   again, please?

23            MR. BRENNER:  Oh, I'm sorry.  288 at --

24            MS. MCGOVERN:  288, and what are the lines?

25            THE COURT:  That's for counsel, sir.  There's no
```

```
 1    question pending.

 2              MS. MCGOVERN:  What lines, please?

 3              MR. BRENNER:  I'm sorry, Ms. McGovern.  10 through 17.

 4         (Pause in proceedings.)

 5              MS. MCGOVERN:  No objection.

 6    BY MR. BRENNER:

 7    Q.  Dr. Klin, do you remember being asked this question and

 8    giving the following answer at your deposition?  This is my

 9    question:  "Dr. Wright listens and understands, expresses

10    himself through speech, and reads and writes worse than 99

11    percent of the adult population.  That's what that means,

12    correct"?

13         Your answer:  "Only with the proviso that this is not that

14    he can't.  It says that that's the way that he behaves on his

15    day-to-day experiences."

16         Do you remember being asked that question and giving that

17    answer?

18    A.  Yes.

19    Q.  Thank you.

20    A.  And that speaks to the nature of the test, the way that we

21    score, but even more importantly, the tremendous discrepancies

22    across the various different domains.  You were describing the

23    communication domain, which consists of three sub-domains --

24              MR. BRENNER:  Your Honor, can I object on narrative?

25    The question was:  "Did I read that correctly?"
```

```
 1              THE COURT:  The question calls for a yes-or-no
 2    response.  If you need to explain your answer, sir, you may
 3    certainly do so.
 4              MR. BRENNER:  Your Honor, may I have one moment?
 5              THE COURT:  Certainly.
 6         (Pause in proceedings.)
 7              MR. BRENNER:  Okay.  Thank you, Judge.
 8    BY MR. BRENNER:
 9    Q.  Changing topics on you, Dr. Klin.
10         When you were here on Friday, you testified that people
11    with autism tend to be -- and I believe this is a quote --
12    "overly literal."  Do you remember that?
13    A.  Yes.
14    Q.  And in your report, you describe Dr. Wright as being
15    "extremely literal."  Do you remember that?
16    A.  Yes.
17    Q.  Okay.  And to illustrate your point, you told three stories
18    on Friday.  The first story you told, just so we can be on the
19    same page, was you had a client or a patient who had begun to
20    drive, had finally gotten the ability to drive.  Do you
21    remember that?
22    A.  Yes.
23    Q.  And the individual was driving in a 25-mile-an-hour speed
24    zone and they were going 37.  You remember that?
25    A.  Yes.
```

1    Q.  And the police officer pulled over your client -- was it a

2    he or she, by the way, so I get it right?

3    A.  It was a he.

4    Q.  Pulled over this gentleman and said:  "Sir, do you realize

5    you were going 37 in a 25," and the gentleman said:  "No.  I

6    was going 45"?

7    A.  Yes.

8    Q.  Right.  And that was an example of a trait of people that

9    have autism, that they are very precise with their language and

10   they want -- they are very focused on what the actual truth is,

11   right?

12   A.  Yes.  That was not actually an example of being overly

13   literal.  That was an example of self-incrimination and being

14   truthful to a fault.  Basically sticking to the facts even if

15   that's very self-incriminating.

16   Q.  And then you gave a second example, this one as to

17   Dr. Wright in particular.  You talked about an email he had

18   sent.  I think he had sent it to Dr. Saulnier and she forwarded

19   it to you about the word "weird."  Do you remember that?

20   A.  Yes.  The words "weird" and "have a sense of humor."

21   Q.  Right.  And correct me if I'm wrong, but I'm just trying to

22   summarize.  What you said was he was very focused on the

23   literal meaning of the words that were used.  Is that fair?

24   A.  Not quite.  He was -- he was focused on the etymological

25   history of that particular word, meaning the origins of the

1   word going all the way back to the Middle Ages.

2   Q.  And he wanted to make sure when there was a question being

3   asked -- because I think it was an SRS question that had

4   "weird" on it, wasn't it?

5   A.  Correct.  Is considered weird by others and has a sense of

6   humor.

7   Q.  And he wanted to make sure that he could expound on what

8   his understanding of the meaning and background of that word

9   was, right?

10  A.  Wanted to make sure that he answered the question in the

11  way that we intended it.

12  Q.  Right.  Precisely and accurately?

13  A.  That his understanding of the word was precise and

14  accurate.

15  Q.  Yes.  Okay.

16      And then the third example you gave was you had -- again,

17  if I get it wrong, you'll tell me -- in your one interview of

18  Dr. Wright, you had asked him -- you were talking about some

19  experiences as a child that he had.  And you asked him if the

20  other kids at the playground had, quote:  "Come after him."  Do

21  you remember that?

22  A.  Yes.

23  Q.  And he wanted to make sure that -- he wanted to make sure

24  that he defined the term "come after."  I'm holding your

25  testimony.  Do you remember that?

1    A.   He stated:  "Define 'come after'."

2    Q.   Right.  And then you then explained what was going on and

3    you said -- you asked him:  "Do you understand what is coming

4    after another person?"  You were talking to the jury.  You say:

5    "I'm sure you do."  "But for him" -- you said for Dr. Wright:

6    "He gets very focused on the precise meaning of words."

7         That's true of Dr. Wright, correct?

8    A.   Yes.  But there is another clinical observation that I made

9    with that which is figures of speech, metaphors, irony,

10   sarcasm, humor are very hard for individuals with autism --

11   Q.   Right.

12   A.   -- because they usually mean something other than what you

13   are hearing.

14        So I remember in reading one of the transcriptions -- I

15   believe you were deposing him, and you said something to the

16   effect:  "What's going on here?"  And he answered you:

17   "Nothing's going on here.  You're holding a piece of paper in

18   your hands."

19        Now, for some people, this might sound like he made that

20   comment in jest.  But no.  "What's going on in here," in order

21   for the other person to understand, you need to understand the

22   context and the intention of the other.  He doesn't have that

23   ability.

24   Q.   Correct.

25   A.   That's "overly literal."

```
 1    Q.  By the way, it does sound like a question I would ask, but

 2    it wasn't actually me deposing Dr. Wright.  But that's okay.

 3    But it does sound like something -- it does sound like me.

 4        But I'm reading from your testimony from Friday.  "Dr.

 5    Wright is very focused on the precise meaning of words."  You

 6    agree with that?

 7    A.  Yes.

 8    Q.  "He's -- particularly the literal meaning" -- meaning the

 9    literal meaning of words.  He's very focused on that, right?

10    A.  Yes.

11    Q.  And the dictionary definition of the word?

12    A.  Yes.  Actually dictionary definitions, because his favorite

13    book is a collection of 22 volumes of the Oxford Dictionary.

14    And therefore, he studies words going back to their origins.

15    Q.  Okay.  And you told us that -- and this is again from your

16    testimony on Friday -- that that trait that he showed with you

17    in this example of the "come after him" and being very literal

18    and precise, is just how he is in business and other

19    situations.  It wasn't somehow -- it wasn't done just for you.

20    That's how Dr. Wright is?

21    A.  No.  It was not contrived in my interview because this has

22    been a life trait, offered by all the informants, in -- not in

23    three examples, but in tens of examples.

24    Q.  Okay.

25        MR. BRENNER:  Your Honor, may I publish Exhibit P459
```

1    to the jury?

2            THE COURT:  You may.  It is in evidence.

3            MR. BRENNER:  Thank you, Your Honor.

4    BY MR. BRENNER:

5    Q.  Okay.  Dr. Klin, this is in evidence.  This is a --

6            MS. MCGOVERN:  Objection, Your Honor.  This issue goes

7    directly to something I think we should discuss sidebar before

8    Plaintiffs dive into this with Dr. Klin.

9            MR. BRENNER:  Can we publish it not to the jury but so

10   the Judge can see it?

11           THE COURT:  All right.  Let me see it, 459, and then

12   come sidebar.

13       (At sidebar on the record.)

14           MS. MCGOVERN:  This is Amanda for the --

15           THE COURT:  I'm sorry?  A juror has to go to the

16   bathroom.

17           Okay.  Let me just address that and then we can

18   address it on the record.

19       (End of discussion at sidebar.)

20           THE COURT:  Ladies and Gentlemen, let's go ahead and

21   take a 10-minute recess.

22       (Jury not present, 10:22 a.m.)

23           THE COURT:  I just want to advise each of you that we

24   have a juror that just needs to take some frequent restroom

25   breaks today.  So we're certainly going to accommodate that

```
 1    request.

 2              All right.  Yes.  Ms. McGovern?

 3              Go ahead and have a seat, everyone.

 4              MS. MCGOVERN:  Your Honor, I raised the objection

 5    before.  Plaintiffs are going into specific evidence that's

 6    been raised in this case.  We were very, very careful with

 7    Dr. Klin before he got on the stand not to invade the province

 8    of the jury with respect to credibility.  It is a direct ruling

 9    that you have made with respect to his testimony.

10              We've circumscribed our direct examination expressly

11    to eliminate any possible sort of statements that would invade

12    that province, as well as your ruling.

13              And by raising this -- what appears to be a

14    communication with Dr. Wright and somebody else, not sure where

15    the Plaintiffs -- where Mr. Brenner is going with it, but it is

16    going to directly open the door with respect to issues of

17    credibility, unless I'm mistaken.

18              THE COURT:  Why don't you make a proffer, Mr. Brenner?

19              MR. BRENNER:  Can I excuse Dr. Klin?

20              THE COURT:  Yes.  Dr. Klin, if you will step outside.

21    We'll be with you in 10 minutes, sir.

22              THE WITNESS:  Ten minutes?

23              THE COURT:  Yes, sir.

24         (Pause in proceedings.)

25
```

```
1            THE COURT:  And if we can provide that exhibit.

2            MR. BRENNER:  Do you want 459 back up?

3            THE COURT:  Yes.  Thank you.

4            MR. BRENNER:  Can you bring 459 back up for the Court?

5   Ms. Vela, can you bring 459 back up for the Judge?

6            THE COURT:  All right.  And Mr. Brenner, why don't you

7   make a proffer as to the use of this.

8            MR. BRENNER:  What I'm going to do -- so what his

9   testimony was -- and this has nothing to do with the motion in

10  limine, but I'll explain -- or the Daubert order.

11           His testimony is -- as you just heard again, is Dr.

12  Wright says what he says, he means what he says, he's very

13  literal.  Right?  So now I'm going to ask him just to apply his

14  opinion to the facts of this case, and I'm just going to show

15  him documents where Dr. Wright is very literal.

16           So in this one he calls Dave Kleiman his business

17  partner.  And then there's another exhibit where he says -- I

18  mean, I'll walk through the exhibits that I'm going to use.

19           176, Your Honor, is again where Dr. Wright says:

20  "This is an idea that I had developed with my business

21  partner."

22           Then 122 is a document where Dr. Wright says a few

23  things.  "Dave and I had a project in the U.S.  He ran it

24  there.  And the company there ran -- the company" -- excuse

25  me -- "the company he ran there mined Bitcoin."
```

1           And then maybe the last one is 733, which is the

2     Thanksgiving dinner, where he says:  "We did partner."

3           So he's made -- Dr. Klin, through direct -- I didn't

4     bring this up -- has sort of tried to explain Dr. Wright's

5     speeches, what he means when he says things.  And so I'm going

6     to hold him to that.

7           I'm not asking him whether Dr. Wright was credible on

8     the stand because I wouldn't ask that, and that's out per Your

9     Honor's Daubert order.  So I'm not even touching that.

10          And one more thing I asked him right before this line,

11    which is:  "This thing you found about him in your examination,

12    this is how he is always."  So the jury's entitled to know

13    that, yes, he's literal always.

14          So when he's constantly calling Dave Kleiman his

15    business partner, the jury may infer from that that he actually

16    means that Dave Kleiman was his business partner.

17          And since the jury's out, I'm going to tell you the

18    next subject because there may be an objection and we can deal

19    with that.  But I'll let Ms. McGovern respond on that if you

20    want.

21          THE COURT:  All right.  Ms. McGovern?

22          MS. MCGOVERN:  Your Honor, had we done this in the

23    direct examination, there would have been an absolute

24    objection.  It would have been sustained, properly sustained

25    under your ruling.

 1          This goes directly to what -- is asking Dr. Klin to

 2     comment on the evidence in this case.  Dr. Klin is being

 3     presented to -- the testimony that's being presented was

 4     circumscribed by the Court not to invade the jury's

 5     understanding of the evidence, interpretation of the evidence,

 6     with Dr. Klin opining on what Dr. Wright might have meant.

 7          And specifically -- and I say this specifically --

 8     there was reference in connection with a Daubert motion to

 9     questions regarding whether or not Dr. Wright, when he said

10     certain things in this case, was acting with an intent to

11     deceive.  If, in fact, the Plaintiffs' counsel is allowed to

12     hair-split with respect to whether or not this term "partner"

13     was meant to be literal and we are not then allowed to go into

14     the area of what happens with somebody with this disability in

15     terms of being misunderstood as being deceitful and nefarious,

16     which is at the heart of this case, then the entire Daubert

17     ruling has been sort of thrown out.  And we certainly would

18     have asked Dr. Klin different questions, but we were very

19     careful not to do so.

20          This is an end run around your order, Your Honor.  It

21     is not for Dr. Klin to opine on what Dr. Wright might have

22     meant when he said years ago referring to Dave Kleiman in the

23     context in which he did.

24          And, in fact, his testimony doesn't go to that issue.

25     They're opening up the door with respect to the evidence that

1    they have.  It's right on their timeline.  This is what they're

2    going to be arguing to the jury in closing argument and it's

3    inappropriate.  The objection should be sustained.  The ruling

4    should stand as it was.  This isn't a do-over.  We've already

5    completed our direct examination of Dr. Klin and this is just

6    inappropriate.

7         THE COURT:  Mr. Brenner, anything further, sir?

8         MR. BRENNER:  I was just to going to read to Your

9    Honor what the order was, but if you have it.

10        THE COURT:  I'll well aware of my order.

11        MR. BRENNER:  Okay.  Nothing on that particular

12   subject.  I had one more category.

13        THE COURT:  All right.  Well, let me say that Dr. Klin

14   has already testified that he believes that Dr. Wright is

15   literal in his interpretation and his communication.

16        And I don't believe that the fact that there are other

17   documents in this case in which the Plaintiff intends to make

18   argument that there is a literal interpretation with regard to

19   a literal communication really has any relevance with regard to

20   Dr. Klin's testimony.  He's already testified to that.

21        But I do agree with Ms. McGovern that what it tends to

22   do is it tends to make an end run around the efforts to show

23   that he had an intent to deceive or no intent to deceive.  And

24   that's where I really drew the line with regard to this

25   witness.

1          You are free to ask him with regard to anything that

2    may have been in the deposition or what he reviewed, but

3    certainly this exhibit, while it's admitted into evidence, it's

4    not appropriate with this witness.  The objection is sustained.

5          MR. BRENNER:  And I understand Your Honor's ruling.

6    Just to be clear, I wasn't intending an end run, but I

7    understand Your Honor's ruling and we'll move on from that.

8          THE COURT:  Well, I think you were using it that --

9    and he told the truth and that's what he meant and that's

10   exactly what he intended to say in his communication, and you

11   already have the testimony.

12         MR. BRENNER:  I wasn't going to ask that.  I wish

13   Dr. Klin would just say:  "Yes.  That's what it says," but he

14   doesn't do that.  I was not going to ask that question.

15         THE COURT:  The exhibit is not appropriate with this

16   witness.

17         What's the next issue?

18         MR. BRENNER:  The other thing is a series of

19   questions, Your Honor, where -- and we covered this in his

20   deposition, where -- to just get him to explain to the jury

21   that even if his diagnosis of autism is correct, there's

22   nothing about that diagnosis that would cause Dr. Wright to do

23   the things we have put into evidence that he did.

24         So, for example, I would ask him to assume that the

25   jury has heard evidence that Dr. Wright has altered or forged

1    documents.  I want him to assume it for the purposes of my

2    questions.  He doesn't have to agree or disagree.  But if

3    that's in fact true, nothing about autism would cause a person

4    to do that.  That's one question.

5        Then there would be the same question for submitting

6    fraudulent documents.  There would be the same question for

7    filing declarations that contradict stuff and then filing

8    contradictory declarations, which Your Honor saw in the two

9    declarations in your Court and in the Australian Court.  So

10    that's the next module.

11        MS. MCGOVERN:  Your Honor, this is exactly the same

12    situation that we faced with the first category.  And let me

13    just lay out the way it could have gone had we not followed

14    your ruling and published things in front of the jury to

15    insinuate some sort of intent.  It could have gone like this:

16    I could have asked Dr. Klin about why it could be misunderstood

17    in a declaration when Dr. Wright is saying certain things.  I

18    could have presented certain emails after 2011 when he's

19    referring to "partner" before then.  I could have taken all of

20    the evidence on that timeline and I could have put it in front

21    of Dr. Klin and I could have used that expert testimony to

22    essentially explain away what is in the province of the jury to

23    determine.  That's what they're doing here with respect to the

24    evidence.

25        Dr. Klin has absolutely no expert opinion with respect

1    to Dr. Edman's opinion.  It's not appropriate.  It's an end

2    run.  And it would require us to come back -- essentially

3    ignore your Court's order and go back and redirect Dr. Klin on

4    each and every piece of evidence presented to him so that we

5    can explain, well, how would autism potentially affect the

6    context in which these statements were made.

7          It's my understanding, Your Honor, that that was ruled

8    on a long time ago and it's the reason that we presented the

9    testimony in his direct the way we did it.

10          THE COURT:  Anything further?

11          MR. BRENNER:  My only further thing is if this is not

12    relevant, then we would say that Dr. Klin's testimony is not

13    relevant and we would move to strike it at the conclusion.

14          This is asking an expert witness a hypothetical,

15    applying it to the facts of the case, and asking how his

16    opinion applies to those facts.  It's -- I have nothing

17    further.  I think this is classic cross-examination.

18          THE COURT:  All right.  The purpose of this witness is

19    to educate the jury on Dr. Wright's abilities, the effect of

20    autism on his ability to act both in and outside the courtroom.

21    That was the testimony that we heard.

22          The questions that Mr. Brenner wants to ask with

23    regard to how it affects other abilities -- and it's perfectly

24    appropriate to give a hypothetical to an expert.  I agree that

25    it's directly relevant because it educates the jury as to the

```
 1    extent of his autism and how the autism affects certain

 2    actions.  So it is relevant.  The objection is overruled.

 3            MR. BRENNER:  And that will be the end of the cross.

 4            THE COURT:  I want to give you an appropriate break.

 5    Let's take a five-minute stretch break, and then we'll continue

 6    with the questions.

 7            MR. BRENNER:  Thank you, Judge.

 8         (Recess from 10:33 a.m. to 10:40 a.m.)

 9            THE COURT:  All right.  Welcome back.  Dr. Klin, come

10    on forward.

11            Is there anything we need to address before we bring

12    the jury in?

13            MR. BRENNER:  Nothing from the Plaintiffs.

14            Oh.  Nothing from the Plaintiffs?

15            Nothing from the Plaintiffs.

16            MR. RIVERO:  (No verbal response.)

17            MS. MCGOVERN:  Your Honor, could I make one request?

18            Dr. Klin has a very important call for him and his

19    center at noon.  So if Mr. Brenner is not going to be done --

20            MR. BRENNER:  It's literally four questions.

21            MS. MCGOVERN:  Okay.

22            THE COURT:  I guess it all depends on the redirect.

23            MS. MCGOVERN:  I'll settle.

24            MR. BRENNER:  Yes.

25         (Before the Jury, 10:43 a.m.)
```

```
1              THE COURT:  All right.  Ladies and Gentlemen, please
2     be seated.
3              And we'll continue with the questioning.
4     BY MR. BRENNER:
5     Q.  Okay.  Dr. Klin, we're almost through.
6          For the next series of questions, I'm going to ask you to
7     assume certain things.  I'm not asking you to agree with them,
8     but I'm going to ask you to make certain assumptions.  Okay?
9     A.  Yes.
10    Q.  I want you to assume that the jury has heard evidence that
11    Dr. Wright has submitted altered or forged documents.  You
12    would agree with me that there's nothing about autism that
13    would cause Dr. Wright to submit altered or forged documents,
14    correct?
15    A.  There is nothing in autism that makes that person commit
16    perjury or forge documents or lie.
17    Q.  I want you to assume again that the jury has heard expert
18    testimony that Dr. Wright produced fraudulent documents.
19    There's nothing in the nature of individuals who have autism
20    that would cause them to produce fraudulent documents, correct?
21    A.  No.
22    Q.  I'm correct?
23    A.  You are correct.
24    Q.  Thank you.
25          And I want you to also assume that the jury has seen
```

1   evidence that Dr. Wright submitted written declarations that

2   are contradicted by his own testimony.  There's nothing about

3   autism that would cause someone to do that either, right?

4   A.  That is correct, with the proviso that individuals with

5   autism may see a given situation very differently than others

6   because they don't share the same social context or because

7   they are overly pedantic, or they are overly obsessed with

8   irrelevant details in a particular situation that would make

9   them basically make statements outside of the context that

10  everybody would judge them as doing so.

11  Q.  Okay.  The jury has seen evidence that Dr. Wright submitted

12  affidavits -- I want you to assume the jury's seen --

13          MS. MCGOVERN:  Objection, Your Honor.  The manner in

14  which the statement is being made mischaracterizes the evidence

15  in the record.  I think the question that was discussed earlier

16  was not this one.

17          THE COURT:  Yes.  As a hypothetical.  Sustained.

18  Rephrase.

19  BY MR. BRENNER:

20  Q.  I want you to assume that the jury has heard evidence that

21  Dr. Wright submitted affidavits to two different Courts that

22  directly contradict each other.  Okay?  That's the assumption,

23  okay?

24  A.  Okay.

25  Q.  And nothing about autism would cause him to do that either,

1    correct?

2    A.   Except for what I've mentioned to you before, that

3    individuals with autism tend to make statements outside of the

4    shared context, that they have a tendency for

5    self-incrimination.

6        And part of what we do is to try and understand the context

7    that they come from so that we don't punish them for their

8    disability.

9            MR. BRENNER:  Your Honor, can I publish P710 and P748?

10           MS. MCGOVERN:  Could I see the two beforehand, please?

11   Could we look at them before they are published?

12           MR. BRENNER:  Not to the jury, please.

13           You know what, Your Honor?  Give me one moment.

14           MS. MCGOVERN:  Your Honor, I object to the use of the

15   evidence with respect to this witness for the same reason we

16   discussed with the other exhibit.

17           MR. BRENNER:  You know what, Your Honor?  I'll

18   withdraw the question.

19           Dr. Klin, thank you so much for your time.

20           I've concluded my examination, Your Honor.

21           THE COURT:  All right.  Any redirect?

22           MS. MCGOVERN:  Very short.

23                        REDIRECT EXAMINATION

24   BY MS. MCGOVERN:

25   Q.   Good morning, Dr. Klin.

1    A.  Good morning.

2    Q.  I was just checking the time.

3        Dr. Klin, based on your three-plus decades of work,

4    research in the field of autism and your role in defining it

5    for the world, do you have any reservation whatsoever with

6    respect to your diagnosis of autism for Dr. Wright?

7    A.  I do not.

8    Q.  Dr. Klin, you testified earlier, and in your report at

9    Pages 5, 8 and 11, you state that:  "The human condition of

10   autism carries with it a difficulty in establishing meaningful

11   and maintaining meaningful reciprocal friendship."

12       Do you recall that?

13   A.  Yes.

14   Q.  If such a friendship is found, a meaningful, perceived --

15   albeit one-sided reciprocal friendship with a person with

16   autism is found, what sort of attributes can you expect to

17   present?

18            MR. BRENNER:  Objection.  Beyond the scope of cross

19   and also beyond the expert report.

20            MS. MCGOVERN:  Your Honor, it's specifically --

21            THE COURT:  Overruled.  I'll allow it.

22            THE WITNESS:  Individuals with autism do not have the

23   same opportunities as their peers to develop relationships and

24   friendships.  Individuals with high intellect and autism, they

25   tend to alienate others with their circumscribed interests and

1    their one-sided approaches, sometimes with their obsession

2    about others.  They also don't understand their role in the

3    reaction of others.

4    BY MS. MCGOVERN:

5    Q.  Can sometimes a friendship be enhanced?

6    A.  In the case of Dr. Wright over the course of his life, a

7    friend would be somebody who shared his interests and tolerated

8    his obsession about his interests.

9        Later, this also became people who would not call him

10   everything that he heard --

11            MR. BRENNER:  Objection.  This is a narrative beyond

12   the question asked.

13            THE COURT:  Sustained.

14   BY MS. MCGOVERN:

15   Q.  If you could simply briefly conclude your answer, Dr. Klin,

16   simply with respect to the type of attributes that can be

17   presented when a reciprocal friendship is perceived to be

18   achieved.

19   A.  In individuals with autism, it is often the case that not

20   only the relationship is not reciprocated but the level of

21   relationship is not reciprocated.

22            MS. MCGOVERN:  Thank you very much, Your Honor.  No

23   further questions for Dr. Klin.

24            THE COURT:  All right.  Thank you, Dr. Klin.

25            Is Dr. Klin excused?

1    MS. MCGOVERN:  Yes, he is, Your Honor.

2    THE COURT:  On behalf of the Plaintiffs?

3    MR. BRENNER:  Yes, Your Honor.

4    THE COURT:  All right.  You are excused, sir.

5    (Witness excused.)

6    THE COURT:  And the Defendant's next witness?

7    MS. MCGOVERN:  Your Honor, would you mind terribly

8  giving us a brief recess for 10 minutes to assess the testimony

9  that we may or may not need to bring?  If we could take a brief

10  break?

11    THE COURT:  All right.  Let's take a short five-minute

12  stretch break, all right?

13    MS. MCGOVERN:  Thank you, Your Honor.

14    (Jury not present, 10:50 a.m.)

15    MS. MCGOVERN:  Your Honor, I don't know if this is

16  important, but we did not ask the jury if they have questions

17  for Dr. Klin.

18    THE COURT:  Oh, yes.  Is Dr. Klin still with us?  He's

19  here?

20    MS. MCGOVERN:  He should be.

21    THE COURT:  All right.  So let's figure out who our

22  next witness is.

23    MS. MCGOVERN:  Thank you, Your Honor.

24    THE COURT:  And then let me bring -- actually, let me

25  ask the jury so I don't need to bring Dr. Klin back.

1          But, Dr. Klin, if you wouldn't mind staying for the

2      five minutes, and let's see if the jury has any questions for

3      you.

4          And thank you for bringing that to the Court's

5      attention.

6          All right.  We're on a five-minute recess.

7      (Recess from 10:51 a.m. 10:59 a.m.)

8          THE COURT:  Dr. Klin, well, perhaps if they do have

9      questions it might make sense -- they may not have any

10     questions.  But let's see.

11     (Before the Jury, 10:59 a.m.)

12         THE COURT:  All right.  Welcome back, Ladies and

13     Gentlemen.

14         Please be seated.

15         I neglected to ask if any of you had any questions for

16     Dr. Klin.

17         Is there anyone that has a question for Dr. Klin?

18         If you do, just raise your hand, so I know that you

19     are writing your question down.

20         And since we do have a question, let me have the

21     attorneys sidebar, please.

22     (At sidebar on the record.)

23         THE COURT:  All right.  Thank you.

24         The first question reads as follows:  "Does a person

25     diagnosed with autism show emotion just as easily as a person

1      who is not?"

2              MS. MCGOVERN:  No objection.

3              MR. BRENNER:  No objection.

4              THE COURT:  Second question:  "How often is it seen

5      for an autistic person to become successful and independent out

6      of their household?"

7              MS. MCGOVERN:  No objection.

8              MR. BRENNER:  No objection.

9              THE COURT:  Okay.

10         (End of discussion at sidebar.)

11             THE COURT:  All right.  Thank you, Ladies and

12     Gentlemen.  The questions are permissible and I will ask the

13     questions.  There are two, and I will ask them one at a time.

14             Dr. Klin, does a person who is diagnosed with autism

15     show emotion just as easily as a person who is not?

16             THE WITNESS:  That is a wonderful question.

17             Individuals with autism have emotions and they express

18     them particularly when they are under stress or when they are

19     angry about something.

20             So as we usually say to parents, yes, children feel

21     emotion.  They can get hurt and they often do.  However,

22     individuals with autism have difficulty in expressing emotions

23     communicatively, meaning that they use their own faces and

24     non-verbal gestures to communicate intent to others.

25             So in the case of Dr. Wright, for example, one of the

1    questions that his wife raised is the fact that he likes to be

2    congratulated, but you would never know that he is actually

3    happy.  On Dr. Wright's side, saying that:  "I am happy, but

4    she's not seeing it." She's not seeing it because he's not

5    smiling his intention of communicating something to the other.

6    So that's typically what happens in autism.

7            Yes for emotional expressions.  And sometimes under

8    stress they can be extreme.  Dr. Wright's mother called this

9    adult tantrums.

10           THE COURT:  The second question reads as follows:

11   "How often is it seen for an autistic person to become

12   successful and independent outside of their household?"

13           THE WITNESS:  Another wonderful question.

14           Unfortunately, this is -- this does not happen very

15   often.  Forty-two percent of individuals with autism have

16   intact intellect or have gifted skills.  Of those 42 percent, a

17   very -- a small minority of those individuals can actually

18   succeed.  And those typically are the individuals who build on

19   their circumscribed interests, on their obsessions with

20   learning and knowledge, and make them into a vocation.

21           So there are professors who have autism at places like

22   MIT and Georgia Institute of Technology and Carnegie Mellon

23   because they were able to use something that they do so well

24   for the purpose of a vocation.

25           Having said that, the very same individuals may have

1    extreme disabilities in areas other than what they are focusing

2    on, for example, at their job.

3         THE COURT:  Thank you, Dr. Klin.  You are excused.

4         And the Defendant's next witness.

5         MR. RIVERO:  Your Honor, the Defense calls Dr. Craig

6    Steven Wright.

7         THE COURT:  All right.  Dr. Wright, if you'll step

8    forward once again.  Remain standing, raise your right hand to

9    be placed under oath.

10       CRAIG WRIGHT, DEFENDANT, SWORN

11        THE COURT:  You may be seated, sir.

12        Dr. Wright, let me advise you that if you have been

13   fully vaccinated, and you are comfortable, you are permitted to

14   take your mask off while you are responding to questions and

15   testifying.

16        THE WITNESS:  Thank you, Your Honor.

17        MR. RIVERO:  May it please the Court, counsel, Ladies

18   and Gentlemen of the Jury.

19        Pardon me, Judge.  I'm trying to keep track of my

20   time.

21                        DIRECT EXAMINATION

22   BY MR. RIVERO:

23   Q.  Good morning, Dr. Wright.

24   A.  Good morning.

25   Q.  Dr. Wright, did you form a business partnership agreement

1    with David Kleiman to invent and mine Bitcoin?

2    A.  No.

3    Q.  Sir, please -- as I ask you questions, what I'm going to

4    ask you to do is to listen to my question and answer my

5    question.  Do you understand?

6    A.  I do.

7    Q.  Would it be helpful to have a pad of paper and a pen in

8    order to -- during the examination?

9    A.  Yes.  When I read and write, I find it easier than when I

10   listen.

11            MR. RIVERO:  Your Honor, I would ask permission to

12   hand Dr. Wright a blank pad of paper and a pen, if there's no

13   objection and if the Court would permit it.

14            THE COURT:  You may do so.

15            MR. RIVERO:  Let me just show the pad to counsel, so

16   that there's no issue that it's a blank pad of paper.

17       (Pause in proceedings.)

18   BY MR. RIVERO:

19   Q.  Dr. Wright, where were you born?

20   A.  I was born in Chermside, a suburb of Brisbane, which is in

21   Queensland, Australia.

22   Q.  What year?

23   A.  1970.

24   Q.  And sir, can you tell the jury something about your coming

25   up in life.  If you could, start with your family.

 1    A.  My mother and father separated and divorced when I was five

 2    years of age.  My mother and father had fights over me,

 3    including my father taking me away.  The last time I was raised

 4    by my father was when I was 10.

 5        My mother had a number of other men in her life, including

 6    other husbands.  Most of those were abusive.

 7    Q.  Let me take that by parts, sir.  Was your father in your

 8    life after age 10?

 9            MR. FREEDMAN:  Objection.  Relevance.

10            THE COURT:  Sustained.

11            THE WITNESS:  I met him very --

12            THE COURT:  The objection is sustained, sir.

13    BY MR. RIVERO:

14    Q.  Sir, in -- what was the family unit that you did live with

15    in your growing-up years?

16    A.  My mother --

17            MR. FREEDMAN:  Objection.  Relevance.

18            THE COURT:  The objection is overruled.

19            THE WITNESS:  My mother, my sisters -- I had quite a

20    few sisters -- and the various stepfathers that I had on and

21    off.

22    BY MR. RIVERO:

23    Q.  Sir, did you -- besides the family that you have mentioned,

24    did you have a relationship with your grandparents?

25    A.  Very close, yes, on my mother's side.

1    Q.  And did they live nearby when you were growing up?

2    A.  At times.  At another time I used to ride there on my bike,

3    which was further.

4    Q.  I'm sorry.  I didn't hear.

5         MR. FREEDMAN:  I'm having trouble hearing the witness.

6    If we could move the microphone a bit closer, please.

7         THE WITNESS:  At times, sometimes when my mother was a

8    bit further I used to ride there on my bike.

9    BY MR. RIVERO:

10   Q.  And sir, just give us an idea of how much time you spent

11   with your grandparents.

12   A.  My mother would drop me off in the morning before she went

13   to her first job, and I would go there after school before my

14   mother had her second job at night.

15        I used to go there on the weekends as well.  I spent most

16   weekends with my grandparents when I was growing up.

17   Q.  What did you call them?

18   A.  Nana, which was my grandmother, and Pop, which was my

19   grandfather.

20   Q.  What was your relationship like with your Nana?

21        MR. FREEDMAN:  Objection.  Relevance.

22        THE COURT:  Sustained.

23        MR. RIVERO:  Your Honor, I think the background is

24   relevant to --

25        THE COURT:  Yes.  Some background.  But the objection

```
1    is sustained.
2    BY MR. RIVERO:
3    Q.  All right, sir.  What was your relationship with your
4    grandfather?
5    A.  My grandfather and I were very close.  I spent a lot of
6    time with him.  I -- well, basically, the hamshack that
7    everyone talked about, and his electronics workshops, and his
8    computer room.  I spent I think 90 percent of my time with him
9    growing up in there.
10   Q.  Sir, explain what a hamshack is.
11   A.  It's like a radio station.  Like he had his own -- it's an
12   amateur radio station.  He would build radios and try and
13   communicate with people around the world.  So people in
14   Germany, America, other such places.  And he would also send
15   telegraph and other communications using electronic
16   methodologies.
17   Q.  And sir, did your grandfather teach you about technology as
18   a relatively young child?
19   A.  I don't know if you would say "teach."  He was like me.
20   I'm a terrible teacher that way.  But he would make me learn.
21   So he would basically sit me down and I would have to learn
22   things if I wanted to continue spending time with him.
23   Q.  Besides radio, did he have other background in technology?
24   A.  Yes.  He worked with some of the people and had
25   communications with the -- what do you call it -- University of
```

```
 1   Melbourne, and a number of other universities to do with the

 2   early Internet protocols.

 3       He had dumb terminal connections to a number of VMS

 4   machines in Australia in different companies.  He taught me how

 5   to use VMS and also was involved with DECK for Deckers.  He was

 6   involved with electronics.  He was an electronic engineer as

 7   well.  So he taught me about building systems.  We used to

 8   build a lot of different things, like electronic computers.  I

 9   built my own computer when I was a kid.  So we used to build

10   all the time.

11   Q.  What -- at what age did you build an electronic computer?

12   A.  Eleven.

13   Q.  And what year was that?

14   A.  That was in end of '81, beginning of '82.

15   Q.  Was that on your own or with your Pop?

16           MR. FREEDMAN:  Objection.  Relevance.

17           THE COURT:  Sustained.

18   BY MR. RIVERO:

19   Q.  Sir, did your grandfather have in his hamshack or in his

20   house -- did he have any Japanese memorabilia?

21   A.  Yes.  He had quite a lot.  My grandfather had been on the

22   Philippines during the US occupation.  He helped build radio

23   stations for the sort of anti-occupation forces in the

24   Philippines.  And he paved the way for MacArthur to come back.

25       So he had a lot of Japanese memorabilia.  He had uniforms.
```

1    He had basically a crate of both Malaysian, Singaporean, and

2    Australian occupation money.  He had swords, the ones that he

3    got at the end of the war.  He had different records from the

4    Japanese.  He had a lot of older samurai memorabilia that he

5    had when MacArthur came back in that was left.  He had Japanese

6    weapons.  He had Japanese tea sets.  I used to always like

7    that.  I had one of those from him when he died.  And also, a

8    lot of other bamboo-type items that were decorative.

9    Q.  Sir, do you today, as a result, collect Japanese

10   memorabilia?

11            MR. FREEDMAN:  Objection.  Relevance.

12            THE COURT:  Sustained.

13   BY MR. RIVERO:

14   Q.  Sir, can you please describe your education, but only up to

15   Halloween 2008 -- and sir, let's take it by parts.  Can you

16   tell us where you studied through high school.

17   A.  I went to Everton Park, first of all, for year eight to

18   year 10, but I had a number of problems there.  I had --

19   people -- well, I ended up moving.  My mother moved me because

20   I topped the state in Australian math and physics tests, but I

21   had other problems and the school had difficulty with me.

22        They had diagnosed me as social maladjustment disorder at

23   the time.  And my mother moved me to Padua College in year 11.

24   In Padua College, when I started having problems -- they saw

25   how I was doing in math and couldn't understand, so the school

```
 1   psychologist had me tested and told me I had Asperger's.
 2            MR. FREEDMAN:  Your Honor, objection.  Narrative and
 3   relevance.
 4            THE COURT:  Sustained.
 5   BY MR. RIVERO:
 6   Q.  Sir, did you -- you say you were attending a college at age
 7   17.  Did I understand that correctly?
 8   A.  I also -- yes.  I ended up going to the Brisbane College of
 9   Advanced Education and got my first degree, which was a
10   bachelor of applied science in discrete mathematics in 1987.
11   Q.  And in 1987, you were 17 years old?
12   A.  Yes.
13   Q.  All right, sir.  So --
14   A.  I turned 17.  I was 16 for most of it.
15   Q.  Sir, can you tell us if you had friends up to this point in
16   your life.
17   A.  I used to study with Steven Wong, who was the Chinese
18   exchange student.  We had rivalry and competition over who did
19   best in math.
20   Q.  Anyone else?
21   A.  I got on very well with Father Edwin Nally.  Father Nally
22   was a priest who was also a psychologist.  And I used to visit
23   him every week up until my thirties because he passed away.
24   Q.  This was a catholic priest at a school you attended?
25            MR. FREEDMAN:  Objection.  Relevance.
```

66

```
1          THE COURT:  Sustained.
2    BY MR. RIVERO:
3    Q.  Sir, once you completed your first -- your first
4    undergraduate degree in 2007, did you continue to study at
5    universities?  And I only want to go up until Halloween of
6    2008.
7    A.  Yes.
8    Q.  Can you describe that -- if you can, describe it by parts.
9    Take us one degree and I'll go to the next one.  I don't want
10   to cause a narrative answer, sir.
11   A.  In 199 -- sorry -- '88, I studied at the University of
12   Queensland.  I was doing a joint degree in electrical
13   engineering and bachelor of science in computer science.  So
14   two degrees.
15   Q.  Where did you study that?
16   A.  Queensland, in University of Queensland.
17   Q.  And did you obtain that degree -- those were two subjects.
18   Did you obtain one or two degrees in 1988?
19   A.  No.  My third year, I was diagnosed with cancer and I had
20   to drop out.
21   Q.  So you did not obtain those degrees?
22   A.  The science and the other, I went back through open
23   university by distance.  And while I was being treated, I did
24   that degree.  But I didn't finish the fourth year of
25   engineering.
```

1    Q.  Sir, once you recovered from your illness and returned to

2    your studies, did you start working at this point in time?

3    A.  I'd been working through university as well.  And I had

4    actually joined the Royal Australian Air Force during part of

5    it.  So I was working on my holidays.

6    Q.  So tell me, when did you join the Royal Australian Air

7    Force?

8               MR. FREEDMAN:  Objection.  Relevance.

9               THE COURT:  Sustained.

10   BY MR. RIVERO:

11   Q.  Why did you join the Royal Australian --

12              MR. FREEDMAN:  Objection.  Relevance.

13              THE COURT:  Sustained.

14   BY MR. RIVERO:

15   Q.  Sir, after recovering from illness, did you at any point

16   study theology?

17   A.  I did.

18              MR. FREEDMAN:  Objection.  Relevance.

19              THE COURT:  Sustained.

20              MR. RIVERO:  Your Honor, Dr. Wright's studies --

21              THE COURT:  The objection is sustained, Mr. Rivero.

22   You may ask your next question.

23              MR. RIVERO:  Your Honor -- sorry.

24   BY MR. RIVERO:

25   Q.  Dr. Wright, were you ordained as a minister in a

```
 1    Protestant --
 2            MR. FREEDMAN:  Objection.  Relevance.
 3            THE COURT:  Sustained.
 4    BY MR. RIVERO:
 5    Q.  Sir, what was the next degree that you obtained?
 6            MR. FREEDMAN:  Objection.  Relevance.
 7            THE COURT:  Overruled.  I'll allow it.
 8            THE WITNESS:  I did my bachelor of divinity and then
 9    continued through to get a doctorate in theology.
10            Simultaneously, during that process, I also kept
11    studying a number of other areas in mathematics and computer
12    science.  Those continued with a master's degree in network
13    systems administration.
14    BY MR. RIVERO:
15    Q.  Where did you obtain your master's degree in network
16    administration?
17    A.  Charles Sturt University.
18    Q.  I'm sorry.  Charles Stewart University?
19    A.  Sturt.
20    Q.  And where is that located?
21    A.  That's in Wagga Wagga in Australia.
22    Q.  In what year?
23    A.  That was in 2003, I think.
24    Q.  All right, sir.  And during this time, up to 2003, did you
25    have jobs?
```

```
 1    A.  Yes, I did.

 2    Q.  What jobs did you have?

 3          MR. FREEDMAN:  Objection.  Relevance.

 4          THE COURT:  Sustained.

 5    BY MR. RIVERO:

 6    Q.  Sir, did you work in computer coding at any time during

 7    this period of time?

 8    A.  Yes.  Right back till 1985.  I was a game programmer when I

 9    was young.  So I worked by contract for a game company called

10    Thermonuclear WarGames, which was later bought by Electronic

11    Arts.  It had a number of early like movie-based games.

12    "Kangaroo Jack" -- what do you call it?  A number of other

13    things like that.

14    Q.  Sir, what is the first time that you started coding

15    computers?  What age?

16    A.  Late in -- when I was eight years of age in 1989.

17    Q.  What language?

18    A.  I started back then in a combination of assembly language.

19    In Fortran, Forth, C, COBOL, and also a couple other, like

20    Pascal, but I didn't like Pascal.

21    Q.  Sir, just to make sure that I understand, you say you're

22    coding at age eight in a combination of languages.  Is that

23    what you have just described?

24    A.  Yes.  My first video game that I sold was in 1982.

25    Q.  So, when you say:  "C," can you explain to the jury what
```

```
1    you mean that you were coding in the C language at age eight.
2    A.  I started learning how to do it.  I started a computer
3    club.  We built our own computers.  We basically took some of
4    the BBC Micro designs and built them.  It was a ZED80-type
5    system.
6        I started following coding magazines, electronic
7    engineering magazines.  I started building little things like
8    door openers, things to turn kettles on and off, just equipment
9    for around the house.  I just thought of random things and
10   built them and coded it.
11   Q.  Sir, let me just -- sir, I'm going to ask you:  What is
12   C -- what is C language in coding?  Can you explain what that
13   means.
14   A.  So C is a sort of open platform language.  It's based on
15   some of the early Unix forms.  It derives from something that
16   was originally called B that was done by AT&T and others, I
17   believe.  And what it is, is it's a low-level language that is
18   very close to the machine without being machine language.
19       Machine language, ASM, et cetera, is direct code that gets
20   turned into the ones and zeros when it's assembled.  So C is
21   then a language that is linked and controlled using object --
22   sort of compilers, et cetera, that goes down into assembly
23   language and then gets assembled into machine language.
24   Q.  Are there then derivatives from the original C language?
25   A.  Yes.  Later on, I learned C++.  C++ is effectively C with a
```

1  whole lot of libraries built in.  I started on Borland C.

2  Borland C was one of the early ones back in the 1980s.

3     So as I said, the early days with CP/M, which was an early

4  operating system, I used to write a variety of different

5  programs to try and supplement my income and buy textbooks that

6  was buying.  That would include some of the game programs, but

7  also I did accounting software as well.

8  Q.  Sir, when did you start -- first start using coding

9  languages in a job?

10  A.  Technically, when I was doing my own stuff -- I don't know

11  if I would say it's a job, but I was writing and submitting

12  programs and they would be sold.  I had a number of early ones

13  for both the Commodore and Omega, but also a number of CP/M

14  programs that were sold.

15     I also --

16  Q.  Dr. Wright, I'm going to ask you to slow down because I am

17  having difficulty hearing you, understanding you, and the

18  accent isn't normal to me.  So if you would just slow down,

19  but -- yeah.  Thank you.

20  A.  So probably the first real job type that I did was in 1985.

21  I did some work with the Royal Australian Air Force because I

22  had family there and I helped redesign a parts database for the

23  F-111s.

24  Q.  Sir, who was the family member who was in the Royal

25  Australian Air Force?

```
 1                 MR. FREEDMAN:  Objection.  Leading.

 2                 THE COURT:  Overruled.  I'll allow it.

 3                 THE WITNESS:  Uncle Don.

 4     BY MR. RIVERO:

 5     Q.  Okay.  And were you associated with a business or a job at

 6     this point in time in 1995 when you were doing computer-related

 7     work for the Australian Air Force?

 8                 MR. FREEDMAN:  Objection.  Relevance.

 9                 THE COURT:  Sustained.

10     BY MR. RIVERO:

11     Q.  What jobs did you have that related to coding, sir?

12     A.  I worked with Kmart.  Kmart in Australia where -- a store I

13     did the computer stuff and I helped out with businesses that

14     were buying computers at the time.  I was 15 at that stage.  I

15     also did contract coding and also the stuff that I did

16     occasionally for the Air Force.

17         Later on, I ended up submitting programs to contract for

18     Thermonuclear WarGames for a time.  I also then later started

19     doing early Pegasus work.  There was a BBS and early Internet

20     ISP in Australia that we helped --

21                 MR. FREEDMAN:  Objection.  Narrative.

22                 THE COURT:  Sustained.

23     BY MR. RIVERO:

24     Q.  Dr. Wright, tell me after 1995 what was the next job or

25     setting where you did coding.
```

1    A.   I worked in Aussie Maille in Australia at that point.

2    Q.   What did you do related to coding -- what did you do at

3    Aussie Maille?

4    A.   I was the corporate services manager and I had a team of

5    people.  We built all of the systems, including databases, for

6    large clients, including -- like New South Wales school

7    systems.  So we developed software in the early days of the web

8    before anyone else was online.

9    Q.   Sir, how long did you continue doing that function at

10   Aussie Maille?  From when to when?

11   A.   I started there about '94 and finished up in '96, when I

12   went to the Australian Stock Exchange.

13   Q.   At the Australian Stock Exchange, did you do any coding

14   work?

15   A.   Yes.  I was involved in building the Nipper Network.  The

16   Nipper Network was the broken network that had all the trading

17   networks between the global connections and the Australian

18   brokers.  We also connected the various state exchanges and we

19   built the system.  There was no exchange software at this time.

20   We took it from when -- the old broad-based trading and we

21   built some of the first exchange software.

22   Q.   Sir, you had mentioned a degree -- how long were you at the

23   exchange -- the stock exchange?  From when to when?

24   A.   In the -- 18 months later, I decided to start my own

25   company based on my software.  I kept contracting to the stock

1     exchange and I kept doing work with them.  So I was still

2     there, but for about 15 hours a week.

3     Q.  Sir, up until -- when is it that you leave the stock

4     exchange to start your own business?  What year?

5     A.  '97.

6     Q.  Okay.  What, then, is your business -- is your business

7     related to computer technology and coding?

8     A.  It is.

9     Q.  What is that business called starting 1997?

10    A.  DeMorgan.  And there were a variety different ones.

11    DeMorgan Information Security Systems, DeMorgan PTY Limited.

12    Q.  Okay.  What was the business of -- how long did you operate

13    DeMorgan?

14    A.  Technically, I had a fight with different staff members in

15    2004.  But eventually I took back the company.  And I still --

16    I mean, there's DeMorgan Singapore still.

17    Q.  All right.  So let's talk about the period then -- I

18    believe you're saying this is from approximately '98 to 2004.

19    What is the business of DeMorgan related to technology in that

20    time period?

21    A.  We built the platform and helped launch Lasseters online

22    casino, which was the first legally licensed casino operation.

23    We built the audit software that allowed the Northern Territory

24    Government to monitor every trade.  We built the statistical

25    software that allowed all of the monitoring of individuals to

```
 1    ensure that problem gambling could be detected.

 2         We built the software for some of the News Limited sites

 3    getting online.  We helped control the security systems for the

 4    Australian Stock Exchange.  I can --

 5    Q.  Dr. Wright, please -- so just give me a chance to ask you a

 6    question.

 7    A.  Sorry.

 8    Q.  So I'll return to Lasseters.  But during this period of

 9    time, do you -- up to 2003 -- you had described a degree in

10    2003.  Do you obtain other degrees relating to technology,

11    finance, or the like?

12    A.  Yes.  Before that, I had a master's degree in -- what do

13    you call it -- network and database design, which was from The

14    Open University system.

15    Q.  What year?

16    A.  That would be about 2001, from memory.

17    Q.  What was the next degree you obtained?

18    A.  Can't remember which particular one.  I got -- from Charles

19    Sturt University, I got a master's in information security and

20    a master's in management.  I'm not sure which one was first.

21    About 2004 and '05.

22    Q.  Okay.  You anticipated my question, sir.

23         Now, you said there was some issue, if I understood you

24    correctly, with the employees of DeMorgan.  Did that company --

25    did you continue to work at that company or did you go to other
```

```
 1    employment as of 2004?

 2    A.   2004, I was working with my other company called Ridges

 3    Estate.  Ridges Estate did basically tokenized research.  And i

 4    also worked with the Australian Federal Police, New South Wales

 5    Police, South Australian Police, and a number of American

 6    agencies.

 7         We developed software and tracking systems.  And some of

 8    the Australian side of the Grokster takedown, the LimeWire

 9    peer-to-peer takedown, and other things.  We helped develop

10    software for anti-Napster and helped in the Napster case.

11    Q.   By the way, sir, in this now long period of time from when

12    a teenager -- a boy and a teenager, now to when you move over

13    to Ridges Estate in about 2004 or 2005, do you have social

14    friends?

15              MR. FREEDMAN:  Objection.  Relevance.

16              THE COURT:  Sustained.

17    BY MR. RIVERO:

18    Q.   Do you get married in this time period, sir?

19    A.   I got married in 1996.

20              MR. RIVERO:  Your Honor, may I have one moment?

21              THE COURT:  Certainly.

22              MR. RIVERO:  Thank you.

23         (Pause in proceedings.)

24    BY MR. RIVERO:

25    Q.   Now, sir, with -- how long were you at Ridges Estates?
```

1    A.   I closed Ridges Estate in 2007/'08.   The roll-up then

2    followed up from there.

3    Q.   Why?

4    A.   I had moved over to working in BDO, BDO Kendalls in

5    Australia, which was an accounting and audit firm.   I ended up

6    becoming an audit director and I continued working in that

7    organization.

8    Q.   Is this into the -- in Australia, related to the American

9    accounting firm BOD Seidman?

10            MR. FREEDMAN:   Objection.   Relevance.

11            THE COURT:   Sustained.

12   BY MR. RIVERO:

13   Q.   Sir, why did you go to an accounting firm?

14            MR. FREEDMAN:   Objection.   Relevance.

15            THE COURT:   Sustained.

16            MR. RIVERO:   Your Honor, may I have a sidebar?

17            THE COURT:   As to why?

18            MR. RIVERO:   Yes, Your Honor.

19            THE COURT:   Come on forward.

20       (At sidebar on the record.)

21            MR. RIVERO:   Judge, this is a central issue in the

22   case.   And I'm not sure if I can be heard.   A central issue in

23   the case is the claim by the Plaintiffs that Dr. Wright's claim

24   to be the sole inventor of Bitcoin is of recent fabrication.

25   And I'm attempting to establish those credentials.   And I

78

```
1    haven't been able to establish a number of them that would
2    establish that he has the ability solely to do this.  And we
3    don't --
4           THE COURT:  I'm sorry.  The question was:  "Why did he
5    move to a particular" -- that's where we are now.  I just
6    sustained the objection.  So why would I allow that?
7           MR. RIVERO:  Judge, the answer is -- and I can ask it
8    in a different way -- the answer is that he went to the
9    accounting firm because of the experience at this Lasseters
10   outfit.  And it's actually directly part of the flow of
11   establishing how he gets the idea to develop Bitcoin.
12          THE COURT:  Okay.
13          MR. RIVERO:  Now, I can ask a different question --
14          THE COURT:  Is there anything on behalf of the
15   Plaintiffs?
16          MR. FREEDMAN:  Only thing I would say, Your Honor, is
17   it's not Plaintiffs' contention that Dr. Wright couldn't have
18   made Bitcoin on his own.  It's that he didn't make Bitcoin on
19   his own.  Nobody's disputing that he is a talented computer
20   expert.  I mean, this is just a --
21          THE COURT:  Okay.  We don't need sidebars when I
22   sustain an objection with regard to why somebody goes to a
23   certain place.
24          The objection is again sustained.
25       (End of discussion at sidebar.)
```

```
 1    BY MR. RIVERO:
 2    Q.  Sir, did your move to the accounting firm have to do with
 3    the work you were doing for Lasseters?
 4              MR. FREEDMAN:  Objection.  Leading.
 5              THE COURT:  Sustained.
 6    BY MR. RIVERO:
 7    Q.  What was the purpose of your move to BDO?
 8    A.  I had studied accounting, but I found I didn't have enough
 9    knowledge.  It's very different to study in a university and to
10    actually do.  So I went and worked for an accounting firm, so
11    that I could learn what it's really like to have accounting.  I
12    mean, I've run businesses --
13              MR. FREEDMAN:  Objection.  Narrative and relevance.
14              THE COURT:  Sustained.
15    BY MR. RIVERO:
16    Q.  Did you continue to work for Lasseters?
17    A.  I did work on and off as a consultant right up until the
18    American anti-gaming act happened in 2005.  That stopped
19    Lasseters --
20              MR. FREEDMAN:  Objection.  Narrative and relevance.
21              THE COURT:  Overruled.  I'll allow it.
22              THE WITNESS:  That stopped has Lasseters from being
23    able to have the SWIFT connections in banking that they needed.
24    Most of the gambling clients were either in Hong Kong or
25    Malaysia.  But the block in money transfer from those Asian
```

1    countries by the American government trying to stop gambling

2    into America also, effectively, killed off Lasseters.

3    BY MR. RIVERO:

4    Q.  Sir, did you start to develop a gaming token for Lasseters?

5    A.  I did, yes.

6    Q.  What is a gaming token?

7    A.  So a token is effectively like an electronic poker chip.  I

8    wanted to be able to tokenize both different types of money,

9    like a ringgit, Singaporean dollar, Hong Kong dollar, and even

10   yen and yuan, and then also Australian dollar.  And then we

11   could have different effectively poker chips that we -- could

12   be traded.  And not only that, would allow us in different

13   areas, like the 7-Elevens in those countries, to spend and take

14   their money out without all of the problems that we were having

15   from the international banking system and SWIFT.

16   Q.  So had there been -- this is for an online casino that

17   we're referring to, right?

18   A.  Yes.

19          MR. FREEDMAN:  Objection.  Leading.

20          THE WITNESS:  I'd also worked with other casinos --

21          THE COURT:  Overruled.  I'll allow it.

22   BY MR. RIVERO:

23   Q.  I'm sorry.  Dr. Wright, I didn't hear your answer.

24   A.  I'd also done some work with other casinos.  I'd done work

25   with MGM Grand in America.  And I was also dealing in the past

1  with Playboy Gaming.

2  Q.  So my question is about the Lasseters operation.  That was

3  an online casino; is that right?

4  A.  Yes.  That's correct.

5  Q.  So let's say that one was a gambler and went into this

6  online casino.  Would you buy a token?

7       MR. FREEDMAN:  Objection.  Relevance.

8       THE COURT:  Overruled.  I'll allow it.

9       THE WITNESS:  What I was hoping was it wasn't just at

10  the casino, but you could use it and even transfer within

11  country.  That would allow more than that because then people

12  in somewhere like Hong Kong as a maid would be able to take

13  that money back and transfer it in their own country.

14  BY MR. RIVERO:

15  Q.  When did you first start thinking about this idea about

16  using tokens in the fashion -- for the online gaming operation

17  in the fashion that you're describing?

18  A.  I started the first thing after talking with Tim May in

19  1998.  Tim May had been talking about a concept called Blacknet

20  and crypto credits.  The other founders of early token money

21  that I had worked with included some of the eCash people.  And

22  what I wanted to do was find a system that didn't have the

23  failings of the previous ones.

24  Q.  So what were you doing now in this time period as you moved

25  to BDO to advance the idea that you have, if anything?

```
 1   A.  I agreed to contract with BDO that allowed me to keep my
 2   intellectual property that I built outside of work hours.  At
 3   BDO, I developed audit software, computer-aided audit
 4   techniques.  I developed statistical software to detect fraud,
 5   and that was used in a number of listed companies.  That
 6   allowed for the detection of fraud in Wattyl, which was a large
 7   paint company, saving the company probably three percent of
 8   their annual turnover.
 9        So on top of that, I had a number of meetings with people
10   in BDO about the different systems I was developing.
11   Q.  Okay.  My question was:  What, if anything, were you doing
12   for Lasseters now in this time period that you transitioned to
13   the BDO firm?  What kind of work are you doing on this token
14   system?
15   A.  Oh, sorry.  When Lasseters had the problem in 2005 because
16   of the US gaming act, I started trying to extend my token
17   system from '5 to '7.  I worked between those couple years
18   trying to get a system that would enable them to keep gaming.
19   In 2007, however, they started closing down the operations, so
20   I stopped doing any work at that point.
21   Q.  And sir, let me -- I think I mentioned it briefly, but you
22   had married in here.  Can you tell us what year you got
23   married.
24   A.  1996.
25   Q.  And who was -- what was the name of your first wife?
```

1   A.  Lynn Wright.  Carol Lynn Wright.

2   Q.  How long were you married to Ms. Wright?

3   A.  Our problems started happening in 2009 when I left BDO.

4   And my marriage fell apart in 2010.  We then got separated in

5   2010 and subsequently divorced.

6   Q.  When in 2010?

7   A.  We separated first in the -- living in the same house in

8   August 2010.  And formally moved out a few months later.

9   Q.  All right.  We'll come back to Lynn.

10      But let me just ask now in this time frame when you've --

11  when you have now learned that the online gaming system won't

12  work, and you're thinking about tokens, do you come up with a

13  new idea?

14  A.  Yes.  The work that I have been doing in the meantime,

15  where I had actually worked against botnets, LimeWire, and

16  Grokster, taught me a lot about peer-to-peer networks.  I

17  didn't work building them.  I worked tracking them and taking

18  them down from the government.  And I learned working with the

19  federal police and teaching them just how resilient these

20  things could be.

21      So what I then integrated, rather than a single system like

22  eCash had, was a distributed system so that multiple nodes

23  would be validating.  I thought that would be much more

24  sustainable, and then if any one company goes broke, the others

25  would just take over the thing.

1       So I started a game-theoretic system so that if one

2   particular node goes down it makes it more profitable for

3   others.  Which, more profit attracts people and it self-heals.

4   Q.  When is it that you're forming up this idea?

5   A.  I started formulating that in about 2006, but it didn't

6   really coalesce until 2007.

7   Q.  And is there a point where you start to actively work on

8   whatever this sort of nascent idea or sort of new idea is?

9   A.  Yes.  I actually approached the -- my managing partner and

10  partner in BDO.  I had a number of meetings.  I set a formal

11  task.  I agreed to work extra time on my own to do it and put

12  my own money into the system to start building.  I had a number

13  of meetings with BDO, including Neville Sinclair, the corporate

14  services division, the audit division.  And it went to a

15  partnership discussion at one stage, and I actually ran a

16  formal project that I tried to present to BDO a number of

17  occasions.

18  Q.  Sir, who was the boss that you say you spoke to at BDO?

19  A.  Allan Granger.  Sorry.

20  Q.  And sir, was there a point where you actually wrote a memo

21  to Allan Granger?

22  A.  Yes.  There was.

23       MR. RIVERO:  Mr. Reed, if you could show counsel and

24  the Court only Defendant's 164 -- and of course the witness.

25

```
1    BY MR. RIVERO:

2    Q.  Sir, can you tell us what -- just as to the nature of the

3    documents, are these -- is this a form from the BDO -- used at

4    the BDO Seidman company?

5    A.  Yes, it is.  It's a minute -- meeting minutes note from BDO

6    when I was employed there.

7    Q.  Whose handwriting is on this document?

8    A.  It's mine.

9    Q.  And the date, sir?

10   A.  August '07.

11           MR. RIVERO:  Your Honor, I'd move the admission of

12   Defendant's 164.

13           THE COURT:  Is there any objection?

14           MR. FREEDMAN:  No objection, Your Honor.

15           THE COURT:  Admitted into evidence.

16      (Defendant's Exhibit 164 received into evidence.)

17           MR. RIVERO:  If we could show the jury Defendant's

18   Exhibit 164.

19   BY MR. RIVERO:

20   Q.  Now, sir, please explain -- first of all, let's just look

21   at the form itself.  This has, at the very bottom --

22           MR. RIVERO:  Mr. Reed, if you could pull out just the

23   Quill logo, so that we could see it.

24   BY MR. RIVERO:

25   Q.  What is that?
```

1   A.   That's the logo from a company called Quill.   They're a --

2   they're large in UK and Australia.   That logo is not the

3   current one.   They changed it in '08.

4   Q.   So sir, is this a document that was used internally at BDO

5   or was it a form document?

6   A.   It's the internal meeting notes.

7   Q.   Okay.   But my question is not that.   My question is -- I

8   understand that's internal meeting notes.   But was the form

9   itself -- not the writing -- was it something that the business

10   was providing or something you brought from outside?

11   A.   It's stationery from the company.

12   Q.   Okay.   And so this stationery from the company would have:

13   "Minutes."   And then states:   "Meeting venue, attendees" --

14   apologies -- it just has a sort of fill-in-the-blank kind of

15   thing; is that right?

16   A.   Yes.

17   Q.   All right, sir.   And this -- where did this occur?   Where

18   did this meeting occur?

19   A.   This occurred in Allan Granger's office.   He had a meeting

20   room like with a side thing as a partner.   I had a meeting

21   between him and myself.   I'm not sure if this particular

22   meeting I had some of my staff actually there or not.   It

23   doesn't seem to be.   They are not noted.

24   Q.   And did you make notes of this meeting?

25   A.   I put down a project timeline that was agreed.   Allan let

1   me go off and do my project partly in work time, partly on my

2   own.  And gave me deadlines, and I agreed to those deadlines.

3   Q.  What were you proposing to Allan Granger -- by the way, let

4   me make sure I understand.  Are these notes the agenda that you

5   want to talk with Allan Granger about or are they the result of

6   your discussion with Allan Granger?

7   A.  They're the result.  This is what we agreed to.

8   Q.  What were you describing here to Allan Granger?

9   A.  So basically, on line 1, I had a deadline to finish the

10  code by August '08.  I'd already started coding and already had

11  some of the code from Lasseters.

12  Q.  Yeah.  Dr. Wright, are you proposing something to do with

13  what becomes later Bitcoin?

14  A.  I am.

15  Q.  All right.  When you say in line 1:  "Finish code," and you

16  put a date, what do you mean by that note?

17  A.  I mean I agreed to finish the main code of Bitcoin by

18  August 2008.

19          MR. RIVERO:  Okay.  If we could again -- see the

20  document again.

21          Thank you, Mr. Reed.

22  BY MR. RIVERO:

23  Q.  What is the second entry:  "Finish POC"?  What does that

24  mean?

25  A.  Effectively, what I'm doing is the proof client, so the

1    working system.  So that that will enable -- that's not POC.

2    That's "doc."  Sorry.  That's:  "Finish doc."  It's my

3    handwriting.  When you said:  "POC," I was thinking of the

4    other -- no.  This is:  "Finish doc," which would be the

5    whitepaper, by October 2008.

6    Q.  Got it, Dr. Wright.  Okay.  So that's not P-O-C. It's

7    D-O-C?

8    A.  Yeah.  Sorry.

9    Q.  What about entry 3?

10   A.  Entry 3 is:  "Run up of the test system," which were nodes

11   in the computer room for the company in Sydney.  At that point,

12   there had been test systems using equipment in BDO.

13   Q.  Let me ask you a question.  The entries up to now had a "C"

14   in this third column.  This one has "AG."  What does that refer

15   to?

16   A.  Allan Granger.  Allan was one of the partners.  He was the

17   partner in charge of the computer operations at BDO

18   Australia-wide.  And without his sign-off no access to the

19   network would be possible.

20   Q.  And -- got it.  Let's look at entry 4.

21        MR. RIVERO:  Mr. Reed, we may have to show just below

22   it.  I think this goes outside of the box.

23        Yeah.

24   BY MR. RIVERO:

25   Q.  What is this in reference to?

1   A.  "Set timechain in action."  The original name I gave to

2   Bitcoin was timechain.

3   Q.  All right.  Let's look at entry 5.  What does this mean:

4   "Have P2P"?

5   A.  It goes over to the next line too.  It should be:  "Have

6   P2P eCash."

7   Q.  What does that mean?

8   A.  The concept here -- as I said, eCash was a very centralized

9   controlled system that allowed it now to be fragile.  So using

10  peer-to-peer -- I know that looks like "D," but they're

11  actually my "Ps" -- eCash would be a distributed system where,

12  after an initial issue, the distribution of all the tokens

13  would be done by a contract.  So this is what that's referring

14  to.

15  Q.  Okay.  And then let's look at the next entry.

16      What does this mean?

17  A.  "As paper."  So that would follow -- so it's documenting.

18  Q.  Okay.  And then, sir, there's a reference on line 7 with

19  your initial to:  "Write paper."  What is that a reference to?

20  A.  That says that the final paper would be then documented

21  after the code in the July, August time frame.

22  Q.  Okay.  And then if we can just look at the next line.

23      What does this mean?

24  A.  That should continue with the next one as well.  But the

25  graph model I wanted to propose to the University of Newcastle,

1   where I was doing a master's degree in statistics -- I wanted

2   to do the modeling of the network for Bitcoin as a thesis.

3   Unfortunately, it got rejected.  But the idea here -- my team

4   was there and I worked with Ignatius Payne, who was one of my

5   staff members, who was a network -- sort of like -- not

6   networks as in networks, but network mathematics.  And he

7   helped me with coding some of the mathematics behind this.

8   Q.  And sir, let me ask --

9          MR. RIVERO:  Mr. Reed, if we can just see the whole

10  document.

11  BY MR. RIVERO:

12  Q.  Let me just go back to that first line.  Had you or had you

13  not started coding at the time of this meeting?

14  A.  I already had, yes.

15  Q.  When did you start coding the Bitcoin blockchain?

16  A.  In the beginning of '07, although I had already had some of

17  the code from earlier with Lasseters software.

18  Q.  And what language did you code in?

19  A.  It's C++, but the script language that's built in is

20  actually based on Forth.

21  Q.  And sir, I'll come back to put us in August of 2007.  But

22  when approximately did you finish the coding, whatever that

23  means in this context?

24  A.  I finished the coding a bit earlier than this.  It says

25  August, but it would have been by about March or April.  What I

1   hadn't chosen was the graph model parameters.  So I didn't know

2   how many tokens that -- the final 21 million that I decided, I

3   didn't know that I would have 10 minutes as a block time.  I

4   didn't know how the difficulty would change.  So basically, I'd

5   done a random program allowing me to plug values in, so I could

6   then play with the software and see how it would work.

7   Q.  And that was -- that without the variables that -- those

8   other factors that you just talked about, that was

9   approximately done by March or April of 2008.  Is that what

10  you're saying?

11  A.  Yes.

12  Q.  Sir, what -- BDO did not accept ultimately this proposal

13  for their participation; isn't that right?

14  A.  No.  And I got enough people with their backs up that when

15  the financial crisis happened they were very happy to give me a

16  redundancy package.  And some of the -- Allan was very unhappy,

17  but some of the other staff were very happy to see me go.

18  Q.  When was that, when you were out at BDO?

19  A.  I took the redundancy in December of 2008.

20  Q.  And just -- the financial crisis you're talking about, is

21  that the financial crisis that some may recall from the early

22  Fall of 2008?  Is that what you're referring to?

23  A.  Yes.

24  Q.  Now, sir, had you -- prior to this time, had you formed any

25  relationship -- did you have any friends in the time up to this

1    August of 2007?

2            MR. FREEDMAN:  Objection.  Relevance.

3            THE COURT:  Sustained.

4    BY MR. RIVERO:

5    Q.  Had you formed a relationship with David Kleiman?

6    A.  I used to talk to him on the phone occasionally and we

7    emailed online.

8    Q.  And did you invite David Kleiman at any time in 2007 to

9    assist with the coding of Bitcoin?

10   A.  No.  He couldn't code.

11   Q.  How many lines of code did you write for the Bitcoin

12   blockchain?

13   A.  All up -- that's a difficult question because there are

14   probably about 32,000, but I pruned a lot.  I had had the poker

15   software still in the original version.  So there's stubs from

16   that.  And I also had a digital marketplace where I was trying

17   to experiment on that.  So both of those were removed from when

18   I put it live.

19   Q.  So my question is:  How many lines of code were in the

20   released blockchain?

21   A.  Between 15 and 16,000.

22   Q.  Did anyone help you prior to March, April 2008 in writing

23   code?

24   A.  Not before that date, no.

25   Q.  Was David Kleiman ever involved in anything to do with the

1   coding, or debugging, or anything like that of Bitcoin up to

2   the time of its release in approximately January 3, 2009?

3   A.  No.  Sorry.  2009?

4   Q.  Did I say 2009?  Yes.  2009.  Yes, sir.

5   A.  I'd asked him to look at the paper.  I don't remember

6   exactly when.  That was after I asked Don, my uncle, to look at

7   it.

8   Q.  Right.  Sir, I'd ask you to listen to my question.  I asked

9   about coding.

10  A.  Coding, no.  Sorry.

11  Q.  Now, sir, after you finished the coding of the whitepaper

12  in approximately March, April of 2008, was there a point at

13  which you started working on a paper related to what you were

14  working on?

15  A.  There were -- fragments of the paper go back to my 2002

16  AusIndustry filings for research and development.  The first

17  filings I had for a project I called -- which was BlackNet,

18  which -- because Tim May called it that -- go back to that

19  date.  So the origins of tokens and crypto credits, and some of

20  the bits that I self-plagiarized go back that far.  The later

21  paper developed and got larger and larger and then got smaller.

22      So yes and no.  There are bits of it.

23  Q.  Okay.  So my question is:  Did you start preparing a paper

24  as to the work you had done after March or April of 2008?

25  A.  So I took that other, basically, group of documentation and

1    then produced a large handwritten paper, first of all.  And

2    then continued and then after advice from Don --

3    Q.  Sir, please just --

4    A.  Yes.

5    Q.  -- answer my question and then I think this will go more

6    smoothly.

7        Sir, let me just go back on one subject.  Other than David

8    Kleiman, did anybody help you to code the Bitcoin blockchain

9    before its release on approximately January 3, 2009?

10   A.  Yes.

11   Q.  Who?

12   A.  There are a number of people from the various mailing

13   lists.  The main person was Hal Finney.

14   Q.  And sir, I'm referring to the time period before release.

15   A.  Yes.  I'd sent not the whole code, but fragments of code to

16   Hal.  And Wei Dai, way before this, like in the middle of the

17   year, had sent me code for like some of the cryptographic

18   algorithm, SHA and ECDSA.

19   Q.  Who was Hal Finney?

20   A.  Hal Finney was one of the people who worked on the PGP team

21   and he was an older programmer from America.

22   Q.  Who is Wei Dai?

23   A.  Wei Dai is a professor over here.  I'm not sure what

24   university he's with now.

25   Q.  Now, sir, what was the first -- the paper that we've been

1    talking about, was it called a whitepaper?

2    A.   Yes.  Whitepaper is pretty --

3    Q.   Why?

4    A.   Basically, whitepaper is a prepublication technical

5    description document.

6    Q.   And when did you have a first draft of the whitepaper?

7    Approximately, what month and what year?

8    A.   If you're considering the handwritten one, it would be

9    about March of '08.

10   Q.   Did you reduce that to a typed version?

11   A.   Yes, I did.

12   Q.   And approximately when did you do that?

13   A.   That would be April, May '08.

14   Q.   How long was that typed version?

15   A.   The first version was about 40 pages.  The second version

16   was 20.  And then --

17   Q.   Sir, I'm asking about the first version.

18   A.   The first version was about 40 pages.

19   Q.   Who, if anyone, did you share that version with?

20   A.   I shared that, first of all, with Don, my uncle, and Max, a

21   cousin.  I also shared a copy -- I showed it to a person called

22   Zoren Illievich and a couple other people from universities I

23   was with.

24   Q.   Who is Zoren Illievich?

25   A.   He's a person who does a lot of government contract work in

1   Canberra, Australia.

2   Q.  And when you say:  "Don and Max," are you referring to Don

3   and Max Lynam?

4   A.  Yes.

5   Q.  And did any of these people, Don, Max, Zoren, or whoever

6   else it is you shared the first version with, make any comment

7   as to that first version?

8   A.  Verbal ones.  The main thing I got was it was too long, too

9   convoluted, and too complex.

10  Q.  Who said that to you?

11  A.  Don, Max, Zoren.  I think everyone.

12  Q.  What did you do in response -- by the way, did you share

13  that version with David Kleiman?

14  A.  Not that version, no.

15  Q.  What did you do in response to the comments you got on the

16  first version of the paper?

17  A.  I pruned it very heavily and cut down the number of pages.

18  Q.  Was there a second version?

19  A.  Yes.

20  Q.  And how long was that one?

21  A.  Probably 20 pages, if I have to remember on that one.

22  Q.  Approximately, when was that prepared?  When was that

23  ready?

24  A.  April, May of the same year.

25  Q.  And who, if anyone, did you share the second version with?

```
 1    A.  I would have given that to Gareth Williams.  I also gave it

 2    to some people at the university I was with in Newcastle,

 3    Australia.  My wife at the time.  And I showed people at BDO at

 4    that stage as well.

 5    Q.  Did you share that version with David Kleiman?

 6    A.  Not that version, no.

 7    Q.  Okay.  And what, if any, comments did you get as to the

 8    second version?

 9    A.  Still too complex, too much math.

10    Q.  And what did you do in re -- when did you -- approximately

11    when did you receive those comments?

12    A.  Around the same time.  I sent it back to people and they

13    looked at it, they flicked through it.  They said:  "It still

14    needs more out."

15    Q.  And was Don Lynam in the second round?

16    A.  Yes.

17    Q.  And what did you do in response to those comments?

18    A.  I cut it right back to about 10 pages at that stage.

19    Q.  When was that?

20    A.  That would be about May, still of '08.

21    Q.  And what did you do with this third version?

22    A.  That was then tidied up quite -- at that stage, there were

23    a lot of different versions floating around because I'm not

24    terribly neat and tidy when it comes to how I store my files.

25    And I have different versions of the same, so it wasn't just
```

1   one and I tried with a few differences.  I didn't delete them

2   when I made the change, so I'd just make a change and save.

3   And I had a number of versions that were between nine and 10

4   pages.

5   Q.  Who did you share that with?

6   A.  One of those went to Wei Dai.  One of them went to Gareth

7   Williams, Zoren, some of the people at uni, Allan Granger, Don.

8   Dave Kleiman got a copy.  Let's see.  Wei Dai got a copy.  Adam

9   Back got a copy, and there are a few others as well.

10  Q.  From that point, were there further comments?

11  A.  Not a lot, no.  There were a couple I discussed with Wei

12  Dai.  He was more interested in how the code would work.  Wei

13  pointed me to a project he had been running called b-money.

14  Wei discussed how b-money was very similar to what I was

15  talking about, but he thought that my project wouldn't scale.

16  So he thought it would fail.

17  Q.  Did David Kleiman have comments -- Kleiman have comments on

18  your paper at this point?

19  A.  We talked about it over Skype, and he thought it was

20  exciting.  And he basically told me:  "This is great.  You've

21  been working on this sort of stuff for ages," and asked about

22  when it's going to be released, that sort of stuff.

23  Q.  Did he make comments?

24  A.  Not of any real detail, no.

25  Q.  And did he make any proposed -- did he transmit any

1    proposed edits?

2    A.  He pointed out some sort of typos and formatting problems

3    that I had when we talked over the phone.  There were some line

4    breaks because of the software program I was using at the time

5    that were wrong and a couple other problems like that.  Other

6    than that, no.

7    Q.  Sir, over that Summer of 2008, did you work on a different

8    paper, called the Data Wipe Fallacy paper, with David Kleiman?

9    A.  Yes.

10   Q.  And who else worked on that with you?

11   A.  Shyaam.

12   Q.  Who is Shyaam?

13   A.  Shyaam is a friend of mine that was a student once.

14   Q.  And was that -- was that project -- was that completed,

15   that whitepaper?

16   A.  It was.

17   Q.  Was it submitted?

18   A.  It was.  It was published and I presented it at conference

19   in India.

20   Q.  What was David Kleiman's role in the preparation of the

21   Data Wipe Fallacy paper?

22   A.  He did some editing.  He was meant to do a bit more, but he

23   was ill at the time.

24   Q.  Now, sir, let me just ask:  When is the whitepaper -- the

25   Bitcoin Whitepaper released?  Is that Halloween 2008?

1    A.   I had a FTP site on upload.ie in Australia.   That was -- it

2    hosted it going back till May.   So it was technically there,

3    and I pointed people out to the link, like Wei Dai and things,

4    in May.   But I formally released it and publicly told everyone,

5    not just individuals, on the 31st of October.

6    Q.   Sir, after the release of the code, the actual blockchain,

7    in January of 2009, was there a debugging process for the code?

8    A.   Yes.   I made a whole lot of terrible assumptions.   I was

9    using Visual Studio with Boost.   And I found a lot of people

10   didn't have the dynamic link libraries that Bitcoin needed.   So

11   when it was running on my machines, it ran fine.   But Hal

12   Finney, who is a coder, uses GCC, a different form of C

13   compiler.   He didn't have any of the library files, the native

14   ones that come with Microsoft in Visual Studio and Boost.   So

15   it fell over straight away on his machine.   And right after he

16   started running it he had problems.

17   Q.   My question was:   Did anybody help you with debugging the

18   code after January 3, 2009?

19   A.   Yeah.   That's what I'm trying to say.   That's a debugging

20   process.   So where we went back and forth with those errors --

21   and he sent me some of the problems.   He emailed me in -- I

22   think it was January 12th.   And then we kept going back and

23   forwards with that.   I'd already talked about some other

24   prerelease versions of it with him in November and December of

25   '08.

```
1    Q.  With whom?

2    A.  Hal Finney and Bear.

3    Q.  Who is Bear?

4    A.  Bear is an online identity.  I'm not sure of his real name.

5    I've got suspicions, but I don't really know.  I would just be

6    speculating.

7    Q.  Did Wei Dai help in debugging at all?

8    A.  No.  Wei Dai just gave me a block of code.

9    Q.  Now, sir, was -- did Dave Kleiman help in debugging?

10   A.  No.

11   Q.  Now, at some point, did an individual named Gavin Andresen

12   become involved with the blockchain?

13   A.  Yes.  Like a year into the project Gavin got heavily

14   involved.

15   Q.  Did he do work related to debugging the system?

16   A.  Yes.  Gavin was actually amazing.  Gavin's pulled together

17   a lot of project management sections and organized the eSvn,

18   the how you download and manage the code.  I had it on

19   SourceForge at that stage, and it was very much controlled by

20   me.  But Gavin started being very interactive.  He made a lot

21   of comments on it.

22      Hal was starting to have problems.  So Hal, at that

23   stage -- Hal Finney -- wasn't as engaged.  There were a lot of

24   other people making other comments and doing things as well,

25   people that started building Linux versions and Mac versions.
```

1    And Gavin really took over that process and started pulling all

2    these people together because I'm not good at managing people

3    that way, and Gavin was just amazing.

4    Q.  Sir, of the numerous people you've now mentioned who either

5    saw the paper or looked at the code -- I'll try to list some of

6    them -- Gavin Andresen, Hal Finney, Wei Dai, David Kleiman, and

7    others -- did these people help in regard to the Bitcoin

8    project?

9    A.  Oh, immensely.  Bitcoin wouldn't be here today without

10   these people.  I mean, they're a godsend.

11   Q.  What was David Kleiman's role?

12   A.  He was my emotional support at the time.  I dropped out of

13   a director position where I was on partnership of a major

14   accounting firm, which I didn't discuss with my wife, as I

15   said.  And I talked through all of this.  I mean, this -- I

16   guess Dave's point of view was this was my dream.  And he

17   convinced me to follow it.

18   Q.  What was your relationship with -- like with Dave Kleiman?

19   A.  My wife called it a bromance.

20   Q.  Did you both appear on certain kinds of blogs, like

21   computer security blogs and this kind of thing?

22   A.  Yeah.  We used to email back and forwards.  And Dave always

23   loved my ability technically.  And I loved the fact that Dave

24   just made friends.  Dave was just amazing, in my opinion, that

25   way.  I go in and I find it hard to make friends.  And Dave

```
 1   walks in a room and everyone loves him.
 2   Q.  Sir, was David Kleiman a coinventor of the blockchain with
 3   you?
 4   A.  No.
 5   Q.  Was Wei Dai?
 6   A.  No.
 7   Q.  Was Hal Finney?
 8   A.  In a way, you would have to say yes.  I mean, he didn't
 9   invent the technology, but it would not be here without him.
10   So he's not really a coinventor, but he's a codeveloper, if
11   that's a better way of putting it.
12   Q.  What about Zoren Illievich?
13   A.  No.
14   Q.  What about Bear?
15   A.  Same with Hal.  Bear wasn't as engaged, but he made a lot
16   of good comments to me.
17   Q.  Don Lynam?
18   A.  No.
19   Q.  Max Lynam?
20   A.  No.
21   Q.  Was David Kleiman a business partner in inventing or mining
22   Bitcoin?
23   A.  No.
24   Q.  Sir, let me -- before I go to another topic, I want to ask
25   you some smaller questions.  What -- your mother's residence
```

```
 1   you said -- you were born in Brisbane.  Where does she live

 2   now?

 3   A.  Now she lives between Ipswich and Toowoomba.  So it's out

 4   west in Queensland.  It's like hour and bit drive from

 5   Brisbane.

 6   Q.  And when is the last time she lived in Brisbane?

 7   A.  She lived on the outskirts in a small town called

 8   Springwood, in a suburb called Karabi, which is about 40 to 50

 9   kilometers out of -- down from Brisbane.  That was in like '13

10   to '16.

11   Q.  Now, where -- do you know on personal knowledge where Jamie

12   Wilson lives?

13   A.  Yes.  He had a couple places.  One was just outside

14   Wooloowin.  The other was down south a little bit.  He also has

15   a business operation -- like two of them.  He had his

16   accounting one down south a little bit.  And he had his main

17   sort of operation about five kilometers from the -- sharing the

18   same exchange as Wooloowin.

19         MR. RIVERO:  Your Honor, I need a moment to identify

20   an exhibit number.

21         THE COURT:  All right.

22      (Pause in proceedings.)

23         THE COURT:  How is everyone doing, Ladies and

24   Gentlemen?  Is anybody in need of a short comfort break?

25         All right, then.
```

```
 1        (Pause in proceedings.)
 2   BY MR. RIVERO:
 3   Q.  Dr. Wright, while I'm trying to determine that exhibit
 4   number, let me ask on another subject.
 5        When the Bitcoin system went operative in approximately
 6   January 3, 2009, did you have -- were you running -- were you
 7   running the system on computers?
 8   A.  Yes.
 9   Q.  And how many computers were you operating at the outset of
10   the Bitcoin blockchain?
11   A.  At my farm in Bagnoo and at my house in Lisarow, I had four
12   racks of computers, servers.  So I had two desktop machines and
13   three laptops that I used for management.  I also had 69
14   computers in the four racks.  They were on Windows machines on
15   Xen.  So there were also controllers.  There were multiple
16   domain controllers.  And I had some machines in Malaysia and
17   Tokyo.
18        I also had permission from my churches and in Ourimbah,
19   Tumbi Umbi, and Lisarow, the churches that I was associated
20   with and that I acted sort of as a pastor at.  We ran computers
21   and had Internet connections in each of those.  On top of that,
22   there were a number of other ones for people I paid.
23   Q.  Sir, so -- thank you.
24        What's the first address you were talking about?  Was that
25   your home address?
```

```
1    A.  The Lisarow or the Bagnoo?

2    Q.  Sir, let me just start over.

3        Were you running computers at your home?

4    A.  Yes.  But both those were my home.

5    Q.  Where was your home?

6    A.  I had one residence in Lisarow in the central coast in --

7    just outside Sydney and one residence in Bagnoo, which was a

8    farm.

9    Q.  Okay.  How many computers did you have running the Bitcoin

10   blockchain at your home in Lisarow outside of Sydney?

11   A.  That would have been half -- about 30.

12   Q.  All right.  And these computers, were they sitting on the

13   ground?  How did you have them set up?

14   A.  No.  They were in racks.  So 19-inch racks and those racks

15   were full.  So there were two computer racks and one comms

16   rack.

17   Q.  Where?  Where in your home?

18   A.  I had redone the garage.  So the garage didn't have the

19   cars in it.  So it was a double garage that I had insulated and

20   air-conditioning installed.  In there, I also had an office and

21   a workspace, but also the racks and communication and also

22   power.

23   Q.  Did these computers have to be networked or hooked

24   together?

25   A.  Yes.  They were all networked and hooked together.  And we
```

1    had fiber connections put in there and fiber just outside to a

2    copper junction at the other place.

3        So there were also a number of InfiniBand, which is very

4    high-end network fiber equipment.

5    Q.  How many computers did you have at Bagnoo?

6    A.  There would be the 39 primary ones, plus the domain

7    controllers, plus the DNS, plus the other systems.

8    Q.  Were those set up in a similar fashion?

9    A.  Yes.  I actually had a mezzanine put in the farm shed and

10   that mezzanine then was isolated to run a small computer room.

11   Q.  And sir, you mentioned air-conditioning.  Why was

12   air-conditioning necessary in a garage in Lisarow?

13   A.  The computers would fail otherwise.  The -- we needed

14   actually to have two air-conditioning units put in just to make

15   sure one wouldn't stop.  The room would get up to probably 70

16   to 80 degrees centigrade -- I don't know what that is in

17   Fahrenheit over here -- if I didn't air-condition them, because

18   the numbers of servers running just creating heat all day long.

19   Q.  Now, you mentioned that -- you personally -- were those --

20   the 69 computers -- did you personally have any other computers

21   running?

22   A.  They are the main ones.  But as I said, there's the network

23   equipment to support them.  We had a Cisco PIX firewall in one

24   layer, then a Check Point firewall was the next layer, the

25   switch equipment, the Cisco routers, the management systems,

```
 1    the systems to run the Xen virtual servers.  I mean, depends on

 2    what you can -- if it's a support system, then yes.

 3    Q.  What did it cost to set up 69 computers and two locations

 4    with all the accessories that you're referring to?  What was

 5    the cost just of the equipment approximately?

 6    A.  Little over $600,000.

 7    Q.  Now, sir, what did electricity cost, approximately, to run

 8    those computers -- by the way, when you say -- is that in

 9    Australian dollars or in American dollars?

10    A.  It's in Australian, yes.

11    Q.  What approximately would that have been at that time period

12    in American dollars?

13    A.  Four hundred fifty to five hundred --

14            MR. FREEDMAN:  Objection.

15            THE COURT:  And the basis?

16            MR. FREEDMAN:  Calls for expert testimony or judicial

17    notice of some kind.

18            THE COURT:  I'll allow it.  Overruled.

19    BY MR. RIVERO:

20    Q.  Sir, if you remember, what was the cost -- the monthly cost

21    in electricity?

22    A.  About $11,000.

23    Q.  Again, Australian?

24    A.  Yes.

25    Q.  And that would be somewhat less in American dollars?
```

1    A.   About 8K American at the time.

2    Q.   Now, sir, did you -- why did you have to have so many

3    computers running?

4    A.   Basically, I needed to try and get up to the minimum

5    difficulty level, which for over a year was set at one.  And I

6    couldn't even do that.  So we didn't even make the 10-minute

7    time frame for quite a while.  And so I'd overjudged how many

8    people would come on board.

9    Q.   Not to oversimply it, sir, but when you and

10   Mr. Antonopoulos and Mr. Madura talk about difficulty level, is

11   that the sufficient number of computers competing so that it

12   would end up taking about 10 minutes to solve the problem and

13   allow competition between those computers?  Is that right?

14           MR. FREEDMAN:  Objection.  Leading.

15           THE COURT:  Sustained.

16   BY MR. RIVERO:

17   Q.   Sir, can you explain what the relationship is between the

18   number of computers and the difficulty level.

19   A.   So a difficulty level of one would be equivalent to around

20   300 i3 computers -- like Intel i3-type computers at the time.

21   Now, that would be, for Xenon servers, about 177.

22       Now, what we needed to do was get more than that number of

23   computers on the network to push the number up.  So if

24   someone's running a laptop, say an i3 or i5, they're between

25   1/250th or 1/300th of the network capability.  What we were

```
 1    attempting to do with all the people helping me, including Hal
 2    Finney, was try and get people involved.  I told everyone to
 3    come in for this reason.
 4        So what you need to do is get more people and more
 5    resilient.  That's why I set computers up at Burnside, which is
 6    a charity I worked with.  My --
 7              MR. FREEDMAN:  Objection.  Narrative.
 8              THE COURT:  Sustained.
 9    BY MR. RIVERO:
10    Q.  Who did you invite -- who did you ask to start mining?
11    A.  I'd love to say everyone, but that would be technically
12    wrong because I didn't say it to people in McDonald's or
13    something.  But my family, people at universities I was with,
14    former coworkers at BDO, people I knew, people in mailing
15    lists, anyone I talked to in the Australian government, all
16    sorts of people.  Everyone.  I just -- everyone I talked to.
17    Q.  Did you ask David Kleiman to mine?
18    A.  Yes.
19    Q.  Did you ask your uncle Don to mine?
20    A.  Yes.
21    Q.  Did you ask your cousin Max to mine?
22    A.  Yes.
23    Q.  Sir, by the way, with regard to all these computers, were
24    there any difficulties in keeping them running or did they just
25    take care of themselves all the time?
```

1    A.  Oh, no.  No.  No.  Definitely not.

2    Q.  So what were the difficulties?

3    A.  So between the two locations and the churches, it wasn't a

4    dust-free environment.  So some of the servers would have dust

5    problems and crash.  I had to -- I had burnout on power

6    supplies.  The power supplies on a large server rack are quite

7    heavy.  They're about five kilograms, 10 pounds.  And you have

8    two of those, and you need to take them out periodically, clean

9    them, flush them.  The server needs to keep running while

10   you're doing this or go through proper shutdown.

11       There's the battery systems to do with it.  The battery

12   systems need to be updated and changed.  The batteries weigh

13   about 40 to 50 kilos.

14       Then the actual units for running the uninterrupted power

15   supplies to keep it going, it was basically -- sometimes I'd

16   find there would be power outages at the farm, even though I

17   had my own transformer.  We had a lightning strike one time.

18   And we had to have that replaced.  And the secondary power was

19   burnt out, so I had that run up there and get all that done.

20   We had flooding.  So we had to try and raise computers over the

21   flooded area.

22   Q.  Sir, did the maintenance of computers on this scale -- did

23   it require any physical effort?

24   A.  Oh, a lot.  Not only was there driving between my different

25   locations, but getting in and out of the racks, changing the

```
1   power supplies, doing the battery changes.  It could be

2   difficult.  Moving the battery system in, it's 40 kilos.

3   Q.  Did you do that alone?

4   A.  No.  I hired a person called Hector.  Hector Malbburang

5   worked with me.  He was on my staff in BDO.  And I think he was

6   my first hire after my wife in my company in Australia.

7   Q.  Was he available 24/7?

8   A.  No.  He didn't work on Sundays.

9   Q.  Let me go back to -- I'd like to show you what's been

10  introduced as Plaintiffs' 856.2.

11          MR. RIVERO:  Mr. Reed, if you could pull that one up.

12          And this is already in evidence, I believe, Your

13  Honor?

14          THE COURT:  Yes, it is.

15          MR. RIVERO:  If I could show this to the jury as well.

16          THE COURT:  You may.

17          MR. RIVERO:  Thank you.

18  BY MR. RIVERO:

19  Q.  Dr. Wright, were you here during the testimony of

20  Dr. Matthew Edman?

21  A.  I was.

22  Q.  Do you recall seeing this document being shown in relation

23  to one of the documents described as forgeries?

24  A.  I do.

25  Q.  Sir, the location here, Wooloowin, Queensland, Australia,
```

 1    is that related to you?

 2    A.  No.

 3    Q.  Do you know anyone in -- with whom you had dealings who

 4    lives at that location or lives in this area?

 5    A.  In 2012, and then 2013, I had a change request that I

 6    authorized in my companies to add this IP address for Jamie

 7    Wilson.  It was to do with his accounting practice and also his

 8    other firm up in Brisbane.

 9    Q.  You're referring to the IP address?

10    A.  Yes.

11    Q.  And how do you recognize this IP address?

12    A.  This was put through --

13             MR. RIVERO:  Can we highlight the IP address -- sorry,

14    Dr. Wright.  Can we highlight the IP address.

15             Thank you, sir.

16    BY MR. RIVERO:

17    Q.  How do you know about this IP address?

18    A.  Any changes to the firewall policy were personally signed

19    off by me.

20    Q.  And sir, this address, Wooloowin, Queensland, Australia,

21    did you live there?

22    A.  No.

23    Q.  Did your mother live there?

24    A.  No.

25    Q.  Where did Mr. Wilson live?

```
 1   A.  He had one residence there and another one further out,

 2   about 10K away from that.  This one was in his wife's name and

 3   the other one was his.

 4   Q.  Sir, let me show you and counsel --

 5        MR. RIVERO:  Well, first of all, let's put up

 6   Plaintiffs' Exhibit 2, Mr. Reed.

 7   BY MR. RIVERO:

 8   Q.  Dr. Wright, have you seen this document during the course

 9   of the litigation?

10   A.  Yes.

11   Q.  All right, sir.  I would like to show you --

12        MR. RIVERO:  Mr. Reed, if you would show just to Dr.

13   Wright, counsel and the Court what's been marked -- pardon me,

14   Judge.  I just need a moment to get the exhibit number.

15        (Pause in proceedings.)

16        MR. RIVERO:  Mr. Reed, if you could show Defendant's

17   428 to the witness, the Court, and counsel.

18   BY MR. RIVERO:

19   Q.  Sir, have you -- in relation to Plaintiffs' 2, have you

20   seen this document, Defendant's 428?

21   A.  As a part of this sort of court process, yes, I have.

22   Q.  And what is this document?

23   A.  This is basically metadata information to do with that

24   information.

25        MR. RIVERO:  Your Honor, I'd move the admission of
```

```
 1    Defendant's 428.
 2              MR. FREEDMAN:  Objection, Your Honor.  Foundation.
 3              MR. RIVERO:  Your Honor --
 4              THE COURT:  Hold on one second.  Let me just get to
 5    428.
 6              The objection is sustained.
 7              MR. RIVERO:  Your Honor -- I'm sorry.
 8    BY MR. RIVERO:
 9    Q.  Dr. Wright, have you personally reviewed this in relation
10    to Plaintiffs' 2?
11    A.  Yes, I have.
12    Q.  And have you determined what the relationship is between
13    this document and Plaintiffs' 2?
14    A.  Yes, I have.
15    Q.  What is it?
16    A.  This is metadata behind the email that demonstrates how
17    it's being created and the origins, et cetera.
18    Q.  And are you -- do you have the ability, because of your
19    technology experience, to make that determination?
20    A.  Yes, I do.  I developed a master's degree in digital
21    forensics, and have been on 100 cases for the prosecution side
22    for the federal police in the past, and have multiple degrees
23    in that area, yes.
24              MR. RIVERO:  Your Honor, move the admission of
25    Defendant's 428.
```

```
1              MR. FREEDMAN:  Your Honor, we object.  If they want to

2    show a native of the file and show the metadata associated with

3    the native, that's fine.  But we don't know where this came

4    from and Dr. Wright has not testified that he personally pulled

5    the metadata.

6              THE COURT:  Sustained.

7    BY MR. RIVERO:

8    Q.  All right, sir.  Let me ask you as to --

9              MR. RIVERO:  If we can go back to Plaintiffs' 2.

10   BY MR. RIVERO:

11   Q.  Sir, do you see the --

12             MR. RIVERO:  Mr. Reed -- could we show this -- P2 is

13   in evidence.  Could we show it to the jury?

14             THE COURT:  You may.

15   BY MR. RIVERO:

16   Q.  All right.  Dr. Wright, I thought the jury had seen it

17   before.  This is the document that I'm asking you about in

18   relation to the metadata.  Here's my question:  Do you see it

19   says:  "From Craig S. Wright, craig@rcjbr.org"?

20   A.  Yes.  I see that.

21   Q.  All right.  What is that craig@rcjbr.org?

22   A.  Rcjbr is a domain that I started registering on the 27th of

23   October 2011.  I did that --

24   Q.  Sir, my question is:  What is craig@rcjbr.org?  Is that an

25   email address?
```

```
 1   A.  I was explaining the whole lot, yes.

 2   Q.  I just want to know if it's an email.

 3   A.  Yes.  It is an email address.

 4   Q.  Are email addresses set up so there's a name and the name

 5   is at a domain?

 6   A.  Yes.  An Internet domain.  That's correct.

 7   Q.  What is the domain for this email?

 8   A.  Rcjbr.org.

 9   Q.  And can you tell the jury what rcjbr.org stands for?

10   A.  Ramona, Craig, Josh, Ben, Rachel.  That's my wife, sitting

11   there, and my children.  That was formed in -- after I met her.

12   Q.  Your wife Ramona is here in the courtroom.  That's the R?

13   A.  Yes.

14   Q.  The C is for who?

15   A.  Me.

16   Q.  Craig Wright.

17       J?

18   A.  Yes.  Josh, the oldest boy.

19   Q.  B?

20   A.  Ben, the second oldest.

21   Q.  And R?

22   A.  Rachel, the youngest.

23   Q.  And when did you start your relationship with your now

24   wife?

25   A.  I met her in December or something -- November, December
```

1    2010.  And I started dating her the next year.

2    Q.  When was the domain rcjbr.org created?

3    A.  I put in the application on the 27th of October, 2011, and

4    it was formally granted and then published on her birthday and

5    then went live on the 2nd of November, 2011.

6              MR. RIVERO:  Mr. Reed, can we see Defendant's 426.

7    BY MR. RIVERO:

8    Q.  Sir, do you see 426?

9    A.  I do.

10   Q.  And sir, is this the registration to which you refer?

11   A.  That's the WhoIs record for it.  Yes.  That's the

12   registration details.

13   Q.  ICANN is the official registry for domain sites worldwide?

14   A.  For org and top-level domains like org and com, yes.

15   Q.  And are you familiar with D426?

16   A.  Yes.

17   Q.  Are you the one who did the registration of rcjbr.org?

18   A.  Yes.  I did the domain registration and built a site as a

19   birthday present to my wife.

20             MR. RIVERO:  And Mr. Reed, could we see D427.

21   BY MR. RIVERO:

22   Q.  And what is D427 in relation to rcjbr?

23   A.  This is the public details for the registry that states the

24   update and the name servers and when the site was first

25   created, the first time it was on the Internet.

```
 1          MR. RIVERO:  Your Honor, I'd move the admission of
 2   Defendant's 426 and Defendant's 427.
 3          MR. FREEDMAN:  Objection, Your Honor.  Foundation.
 4   Dr. Wright has not pulled this information directly.
 5          THE COURT:  Sustained.
 6   BY MR. RIVERO:
 7   Q.  Do you know the date on which the domain was created, sir?
 8   A.  Yes.  As I've already said, I first put the registration in
 9   on the 27th of October.  And it was fully granted and live on
10   the 2nd of November.  So yes.
11   Q.  Now, sir, I'd like to show you what's been marked as Joint
12   Exhibit 101.
13          And sir, can you tell us what Joint Exhibit 101 is?
14   A.  That's the electronic print of the tax return for
15   individuals for myself.  It's electronically filed and this
16   gets printed out.
17          MR. RIVERO:  And Judge, I don't think it should be
18   shown to the jury just yet because I'm going to move its
19   admission.
20          THE COURT:  It's admitted into evidence.
21       (Joint Exhibit 101 received into evidence.)
22          MR. RIVERO:  Thank you.
23          So now we can show it to the jury.
24          THE COURT:  You may.
25          MR. RIVERO:  Thank you.
```

```
1    BY MR. RIVERO:

2    Q.  Sir, this is a -- this is an individual tax return for

3    2009?

4    A.  It's an individual tax return for me personally and any

5    business income that I associated for the period of the 1st of

6    July, 2008 to the 30th of June, 2009.

7    Q.  And Dr. Wright, it says here:  "Suburb or town for the

8    address which is below," is in Bagnoo NSW.

9    A.  Yes.  That's my farm -- or was.

10   Q.  Okay.  What is NSW?

11   A.  New South Wales.

12   Q.  And where is that in relation to Sydney?

13   A.  It's about three and a half to four hours' drive out of

14   Sydney.

15   Q.  And Lisarow -- how far is that from Sydney?

16   A.  Depends on traffic, but -- I mean, a bad day -- I hate to

17   speculate.  But a good day 40 minutes.

18   Q.  Okay.  And have you lived in Brisbane, Australia at any

19   time since you were an adult?

20   A.  In the early '90s.  I mean, I don't remember exactly when I

21   moved.  But I was -- when I was talking about -- that's in

22   Sydney, so before '94 sometime.  I don't remember the exact

23   time I moved.

24   Q.  How many hours' drive is it from Sydney to Brisbane,

25   Australia?
```

1   A.   These days, you could probably do it in 10, with the new

2   highways.   But when I was young, like 20 years ago plus, then

3   it would take sometimes 17, 18 hours.

4   Q.   Okay.

5          MR. RIVERO:   Could we see Page 2 of this document,

6   Mr. Reed.

7   BY MR. RIVERO:

8   Q.   Okay, sir.   What's the reference here at number 4 in the

9   Income, "Employment Termination Payments, Date of Payment

10  January 22nd, 2009"?   What is that about?

11  A.   That's a final payment done as a lump sum.

12  Q.   From whom?

13  A.   BDO.

14  Q.   At what time had you actually left -- what date had you

15  actually left BDO?   You referred to it earlier.

16  A.   I left at the -- I think the 28th of December was my final

17  day.

18  Q.   What year?

19  A.   2008.

20  Q.   And then why is there a payment on January 22nd recorded

21  here -- January 22nd, 2009?

22  A.   Because that's when the final payment date came across

23  after I had left.   So this is after I've left the firm.   There

24  was a final payment.

25          MR. RIVERO:   Let's go to the next page, Mr. Reed.

1  BY MR. RIVERO:

2  Q.  Now, sir, there's listings of deductions.  Are these

3  business deductions or what are these?

4  A.  These are to do with work-related expenses, things that I

5  was doing like personally that had to do with any business that

6  I was doing, operations of research projects that I was doing.

7  Q.  All right, sir.  And I don't see -- on this list, I don't

8  see a reference to major expenditures for computers on the

9  order of what you had said before.  Is that reflected somewhere

10  in this return?

11  A.  That would be in the business section.

12  Q.  All right.  Let's flip forward.  But in page -- before Mr.

13  Reed does that, there are things like work-related car

14  expenses, there's self-education expenses, there are interest

15  in dividend deductions, those kind of things.  Let me ask you:

16  What self-education expenses were you claiming from the

17  Australian government for 2009?

18  A.  I was doing a number of degrees.  And in the '08 year and

19  '09 year, I had finished up my master's degree in statistics

20  and the final payments for my master's in law.  I was doing a

21  Ph.D. in computer science and economics and a couple smaller

22  like non-master's, under master's level.

23  Q.  And I don't think we covered those.  And I was asking about

24  before Halloween of 2008.  When did you get the statistics

25  degree?  What was the degree, where, and --

```
 1    A.   University of Newcastle in Australia.  I did a degree in

 2    statistics, a master's degree.  Looking at heteroscedastics and

 3    network statistics.

 4    Q.   And when did you obtain that degree?

 5    A.   I studied between 2006 and to 2008, and submitted in

 6    like -- finally submitted in 2009.

 7    Q.   And in what degree is it?

 8              MR. FREEDMAN:  Objection.  Relevance.

 9              THE COURT:  Overruled.  I'll allow it.

10              THE WITNESS:  It's --

11    BY MR. RIVERO:

12    Q.   I'm saying is it master's, doctorate, bachelor's?

13    A.   It's a master's degree, like a master's of science in

14    statistics.

15    Q.   You said you obtained in this time period -- and I'm

16    talking about before Halloween of 2008 -- a law degree.  What

17    law degree did you obtain?

18    A.   I finished my post-graduate and -- of law and then did a

19    master's in law, LLM, in Northumbria University in the UK.

20    That was in international commercial law, specializing in

21    intermediaries and like international finance and

22    communications.

23    Q.   When did you obtain that degree?

24    A.   I submitted in 2007, with the -- 2008, I got a commendation

25    and finished.
```

```
 1   Q.  All right.  Now let's just flip forward, sir.
 2            MR. RIVERO:  If you would, Mr. Reed, if you would flip
 3   forward.  These are tax offsets.
 4            Next page.
 5            Next page, sir.
 6            Next.
 7            We're looking for the business section.
 8   BY MR. RIVERO:
 9   Q.  Oh, these spousal details, are these references -- that we
10   just went by, are these references to Lynn Wright?
11   A.  Yes.
12   Q.  All right.
13            MR. RIVERO:  Let's go forward.
14            Declaration.  If we can keep going.
15   BY MR. RIVERO:
16   Q.  Sir, is this related to the business aspects of this
17   return?
18   A.  "Supplementary Income, Partnerships, Trust," yes.  That's
19   correct.  So this is the partnership, and then the personal
20   services, and then the other business income, yes.
21   Q.  Okay.
22            MR. RIVERO:  Let's go to the next page, Page 10.
23   BY MR. RIVERO:
24   Q.  Now, sir, it says -- it reflects at Page 10 of your return
25   "total current year capital gains," and there's an amount of
```

1    2,235,000, I assume Australian dollars.  What is that about?

2    A.  So I sold from my personal trust company into my other

3    companies the rights to the database in Bitcoin, to the Bitcoin

4    I was mining, and all of the software I'd developed.  So I did

5    a personal sale and then not claimed but was taxed on.

6       So I filed with the tax department an income increase of $2

7    million and paid the tax on that.  So effectively, I said my

8    software for Bitcoin was worth 2.2 million for all my expenses

9    so far, and then I paid the tax on the 2.2 million that I said

10    I earned by selling it to my company.

11       MR. RIVERO:  Let's go forward to the next page,

12    Mr. Reed.

13       And I believe -- let's flip forward further.

14    BY MR. RIVERO:

15    Q.  Dr. Wright, let's keep going.  Dr. Wright, can you tell me

16    when there's some other entries related to your business.

17       MR. RIVERO:  If you could go to Page 13.

18       Okay.  Fourteen.  Let's stop right there.

19       If we can go back one.

20    BY MR. RIVERO:

21    Q.  This describes the business as:  "Computer system design

22    and related services"; is that correct?

23    A.  Yes.

24    Q.  What business was that?

25    A.  This is basically Information Defense and Integyrs at this

1    time, the sale to them.  So I -- for Craig R&D, that business

2    sold into those companies.  There was also the farm.  The farm

3    made $8,800 all up.  The farm wasn't terribly profitable at

4    that stage.  It was drought.  And then the non-primary

5    production is the sale to other entities of the software, et

6    cetera, apart from the capital gains.

7    Q.  Dr. Wright, if you look at P5, there is a reference to a

8    business name and then an ABN?

9    A.  Yes.

10   Q.  Is this the business name that you used?

11   A.  Yes.

12   Q.  Craig Wright R&D?

13   A.  Yes.  That was one of them.  Craig Wright R&D was my main

14   one.

15   Q.  And it says it on the form:  "Australian business number,

16   ABN."  Where are the ABN for Craig Wright R&D reflected?

17   A.  If I'm doing business and --

18   Q.  You may not have heard my question.  Where is the number

19   reflected?

20   A.  In P5, down at the bottom, under "ABN," it has the ABN

21   number.

22            MR. RIVERO:  Next page, Mr. Reed.

23   BY MR. RIVERO:

24   Q.  All right.  Here, sir, can you explain to the jury these

25   entries here for business income and expenses where there are

1    expenses -- one showed in the column "Non-Primary Production

2    Opening Stock and Close of Cost."  What is that?

3    A.  So the non-primary production area in the other -- Opening

4    Stock includes all of the equipment, et cetera, that we're

5    doing, products, and costs -- excuse me -- and closing stock

6    after selling.

7        So what I did was I bought computer equipment personally

8    and then sold it into my company when it was running.  Because

9    I started the -- I started buying in the beginning of January,

10   but my company hadn't been formed officially till the 22nd of

11   January.  I did the purchases under my own name and then sold

12   them back into my companies.  So this details the purchase of

13   the equipment that I sold into my companies.

14   Q.  Dr. Wright, how did you learn of David Kleiman's death?

15   A.  I was informed by --

16   Q.  Sorry.  How did you learn of David Kleiman's death?

17   A.  I was informed by email.

18   Q.  And how did you react to his death?

19   A.  I broke down.

20   Q.  Why?

21   A.  '11, '12, after my marriage fell apart, Dave was my rock.

22   I called him all the time.  I spent time talking about my

23   personal problems.  I talked about the problems I'd have with

24   my invention and what I thought was going on.  And I spent

25   hours just pulling myself back together with Dave.

128

1    Q.  Did you steal anything from David Kleiman?

2    A.  No, I did not.

3    Q.  Did you defraud David Kleiman?

4    A.  No, I did not.

5    Q.  Did you breach any agreement with David Kleiman?

6    A.  No, I did not.

7         MR. RIVERO:  No further questions, Your Honor.

8         THE COURT:  All right.  This might be a good time for

9    us to take a lunch recess and then we'll continue with the

10   cross-examination.

11        Ladies and Gentlemen, it's 12:40, and I'll see you

12   back here at 1:40.

13        Have a pleasant lunch.

14   (Jury not present, 12:40 p.m.)

15        THE COURT:  Have a pleasant lunch.

16   (Adjourned for lunch, 12:40 p.m.)

17

18

19

20

21

22

23

24

25

```
 1    UNITED STATES OF AMERICA      )

 2    ss:

 3    SOUTHERN DISTRICT OF FLORIDA  )

 4                    C E R T I F I C A T E

 5           I, Yvette Hernandez, Certified Shorthand Reporter in

 6    and for the United States District Court for the Southern

 7    District of Florida, do hereby certify that I was present at

 8    and reported in machine shorthand the proceedings had the 22nd

 9    day of November, 2021, in the above-mentioned court; and that

10    the foregoing transcript is a true, correct, and complete

11    transcript of my stenographic notes.

12           I further certify that this transcript contains pages

13    1 - 129.

14           IN WITNESS WHEREOF, I have hereunto set my hand at

15    Miami, Florida this 30th day of November, 2021.

16

17                         /s/Yvette Hernandez
                           Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                         400 North Miami Avenue, 10-2
                           Miami, Florida 33128
19                         (305) 523-5698
                           yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```

**COURTROOM DEPUTY:**
**[1]**   3/4
**MR. BRENNER: [54]**
3/8 3/13 4/20 5/6
7/10 7/17 8/7 8/10
10/2 10/17 10/21
11/14 19/1 19/5
20/9 24/3 24/5
24/17 26/24 28/11
29/20 30/7 32/20
32/23 33/3 33/24
34/4 34/7 38/25
39/3 39/9 40/19
41/2 41/4 41/8
44/8 44/11 45/5
45/12 45/18 47/11
48/3 48/7 48/13
48/20 48/24 51/9
51/12 51/17 52/18
53/11 54/3 56/3
56/8
**MR. FREEDMAN: [36]**
60/9 60/17 61/5
61/21 63/16 64/11
65/2 65/25 67/8
67/12 67/18 68/2
68/6 69/3 72/1
72/8 72/21 76/15
77/10 77/14 78/16
79/4 79/13 79/20
80/19 81/7 85/14
92/2 108/14 108/16
109/14 110/7 115/2
116/1 119/3 123/8
**MR. RIVERO: [54]**
3/14 3/24 4/21
48/16 58/5 58/17
59/11 59/15 61/23
67/20 67/23 76/20
76/22 77/16 77/18
77/21 78/7 78/13
84/23 85/11 85/17

85/22 87/19 88/21
90/9 104/19 112/11
112/15 112/17
113/13 114/5
114/12 114/16
114/25 115/3 115/7
115/24 116/9
116/12 118/6
118/20 119/1
119/17 119/22
119/25 121/5
121/25 124/2
124/13 124/22
125/11 125/17
126/22 128/7
**MS. MCGOVERN: [30]**
8/9 8/14 18/4
24/7 32/21 32/24
33/2 33/5 39/6
39/14 40/4 42/22
46/11 48/17 48/21
48/23 50/13 51/10
51/14 51/22 52/20
53/22 54/1 54/7
54/13 54/15 54/20
54/23 56/2 56/7
**THE COURT: [114]**
3/2 3/12 3/19 3/25
4/22 4/24 7/12
10/20 18/5 19/4
24/10 32/25 34/1
34/5 39/2 39/11
39/15 39/20 39/23
40/18 40/20 40/23
40/25 41/3 41/6
42/21 44/7 44/10
44/13 45/8 45/15
47/10 47/18 48/4
48/9 48/22 49/1
50/17 51/21 52/21
53/13 53/24 54/2
54/4 54/6 54/11
54/18 54/21 54/24
55/8 55/12 55/23

57/10 58/3 58/7
58/11 59/14 60/10
60/12 60/18 61/22
61/25 63/17 64/12
65/4 66/1 67/9
67/13 67/19 67/21
68/3 68/7 69/4
72/2 72/9 72/22
76/16 76/21 77/11
77/15 77/17 77/19
78/4 78/12 78/14
78/21 79/5 79/14
79/21 80/21 81/8
85/13 85/15 92/3
104/21 104/23
108/15 108/18
109/15 110/8
112/14 112/16
115/4 116/6 116/14
119/5 119/20
119/24 123/9 128/8
128/15
**THE WITNESS: [18]**
7/19 18/6 24/4
24/12 40/22 52/22
56/16 57/13 58/16
60/11 60/19 61/7
68/8 72/3 79/22
80/20 81/9 123/10

**$**
**$11,000 [1]**   108/22
**$2 [1]**   125/6
**$600,000 [1]**   108/6
**$8,800 [1]**   126/3

**'**
**'05 [1]**   75/21
**'07 [2]**   85/10
90/16
**'08 [8]**   77/1 86/3
87/10 95/9 95/13
97/20 100/25

**'08... [1]**   122/18
**'09 [1]**   122/19
**'11 [1]**   127/21
**'12 [1]**   127/21
**'13 [1]**   104/9
**'16 [1]**   104/10
**'17 [1]**   6/24
**'20 [1]**   5/25
**'21 [2]**   5/25 6/3
**'5 [1]**   82/17
**'7 [1]**   82/17
**'81 [1]**   63/14
**'82 [1]**   63/14
**'88 [1]**   66/11
**'90s [2]**   8/22
120/20
**'94 [2]**   73/11
120/22
**'96 [1]**   73/11
**'97 [1]**   74/5
**'98 [1]**   74/18
**'come [1]**   37/1

**.**

**.5 [1]**   5/16

**/**

**/s/Yvette [1]**
129/17

**0**

**0's [1]**   23/3

**1**

**1's [1]**   23/3
**1/250th [1]**   109/25
**1/300th [1]**   109/25
**10 [16]**   1/11 32/20
33/3 40/21 54/8
60/4 60/8 64/18
91/3 97/18 98/3
109/12 111/7 121/1
124/22 124/24
**10-2 [2]**   1/24

**10-minute [2]**
39/21 109/6
**100 [2]**   1/17
115/21
**1000 [1]**   1/22
**101 [4]**   2/12
119/12 119/13
119/21
**10:22 [1]**   39/22
**10:33 [1]**   48/8
**10:40 [1]**   48/8
**10:43 [1]**   48/25
**10:50 [1]**   54/14
**10:51 [1]**   55/7
**10:59 [2]**   55/7
55/11
**10K [1]**   114/2
**11 [2]**   52/9 64/23
**111s [1]**   71/23
**119 [2]**   2/12 2/12
**12 [2]**   8/7 8/12
**122 [1]**   41/22
**129 [3]**   1/8 2/2
129/13
**12:40 [3]**   128/11
128/14 128/16
**12th [1]**   100/22
**13 [1]**   125/17
**14 [1]**   1/9
**15 [8]**   8/8 8/12
12/10 12/12 12/25
72/14 74/2 92/21
**16 [1]**   65/14
**16,000 [1]**   92/21
**164 [5]**   2/11 84/24
85/12 85/16 85/18
**17 [6]**   32/20 33/3
65/7 65/11 65/14
121/3
**176 [1]**   41/19
**177 [1]**   109/21
**18 [2]**   73/24 121/3
**18-80176 [1]**   3/4

**19-inch [1]**   106/14
**195 [1]**   23/16
**1970 [1]**   59/23
**1980s [1]**   71/2
**1982 [1]**   69/24
**1984 [1]**   21/9
**1985 [2]**   69/8
71/20
**1987 [2]**   65/10
65/11
**1988 [1]**   66/18
**1989 [1]**   69/16
**199 [1]**   66/11
**1995 [2]**   72/6
72/24
**1996 [2]**   76/19
82/24
**1997 [1]**   74/9
**1998 [1]**   81/19
**1:40 [1]**   128/12
**1st [1]**   120/5

**2**

**2,235,000 [1]**
125/1
**2.2 million [2]**
125/8 125/9
**20 [3]**   95/16 96/21
121/2
**200 [1]**   1/14
**2001 [1]**   75/16
**2002 [1]**   93/15
**2003 [4]**   68/23
68/24 75/9 75/10
**2004 [6]**   74/15
74/18 75/21 76/1
76/2 76/13
**2005 [3]**   76/13
79/18 82/15
**2006 [2]**   84/5
123/5
**2007 [7]**   66/4
82/19 84/6 90/21
92/1 92/8 123/24

## 2

**2007/'08 [1]**   77/1
**2008 [18]**   64/15
 66/6 87/18 88/5
 91/9 91/19 91/22
 92/22 93/12 93/24
 99/7 99/25 120/6
 121/19 122/24
 123/5 123/16
 123/24
**2009 [15]**   83/3
 93/2 93/3 93/4
 93/4 94/9 100/7
 100/18 105/6 120/3
 120/6 121/10
 121/21 122/17
 123/6
**2010 [5]**   83/4 83/5
 83/6 83/8 118/1
**2011 [4]**   46/18
 116/23 118/3 118/5
**2012 [1]**   113/5
**2013 [1]**   113/5
**2016 [3]**   6/23 7/4
 7/14
**2017 [1]**   7/16
**2019 [2]**   5/21 5/24
**2020 [1]**   6/3
**2021 [3]**   1/5 129/9
 129/15
**21 [1]**   91/2
**22 [2]**   1/5 38/13
**22nd [5]**   121/10
 121/20 121/21
 127/10 129/8
**24/7 [1]**   112/7
**25 [1]**   35/5
**250th [1]**   109/25
**2525 [1]**   1/22
**27th [3]**   116/22
 118/3 119/9
**2800 [1]**   1/17
**288 [3]**   32/20

**28th [1]**   121/16
**2nd [3]**   1/17 118/5
 119/10

## 3

**30 [2]**   8/4 106/11
**300 [1]**   109/20
**300th [1]**   109/25
**305 [1]**   129/19
**30th [2]**   120/6
 129/15
**31st [1]**   100/5
**32,000 [1]**   92/14
**33128 [2]**   1/25
 129/18
**33131 [2]**   1/14
 1/18
**33134 [1]**   1/22
**35 [4]**   7/22 8/2
 8/4 8/23
**37 [2]**   34/24 35/5
**39 [2]**   29/14 107/6

## 4

**40 [7]**   26/2 95/15
 95/18 104/8 111/13
 112/2 120/17
**400 [2]**   1/24
 129/18
**41 [1]**   26/25
**42 [1]**   57/16
**425 [4]**   15/11
 16/16 16/21 17/6
**426 [3]**   118/6
 118/8 119/2
**427 [1]**   119/2
**428 [5]**   114/17
 114/20 115/1 115/5
 115/25
**43 [1]**   22/7
**45 [1]**   35/6
**459 [4]**   39/11 41/2
 41/4 41/5

## 5

**49 [1]**   26/13
**49-year-old [18]**
 15/16 16/1 16/11
 21/5 21/11 21/18
 22/3 24/22 26/3
 26/7 27/12 27/25
 28/8 30/3 30/4
 30/10 30/23 31/8

## 5

**50 [2]**   104/8
 111/13
**51 [5]**   2/7 28/12
 28/13 28/17 29/20
**52 [2]**   28/17 28/17
**523-5698 [1]**
 129/19
**5500 [1]**   1/14
**56 [1]**   23/16
**5698 [1]**   129/19
**57 [1]**   19/2
**58 [4]**   2/8 19/2
 20/17 20/25

## 6

**65 [1]**   13/23
**69 [3]**   105/13
 107/20 108/3

## 7

**7-Elevens [1]**
 80/13
**70 [3]**   11/1 26/22
 107/15
**733 [1]**   42/1
**76 [3]**   10/24 11/1
 11/6

## 8

**80 [1]**   107/16
**80176 [1]**   3/4
**85 [2]**   2/11 2/11
**856.2 [1]**   112/10
**8K [1]**   109/1

**9**

**90 [1]** 62/8
**99 [5]** 31/21 31/25
32/1 32/5 33/10
**9:18-cv-80176-BB**
**[1]** 1/2
**9:32 [2]** 1/6 3/1
**9:34 [1]** 4/23

**A**

**a.m [11]** 1/6 3/1
4/23 39/22 48/8
48/8 48/25 54/14
55/7 55/7 55/11
**abilities [3]**
23/12 47/19 47/23
**ability [7]** 29/11
34/20 37/23 47/20
78/2 102/23 115/18
**able [16]** 7/6 17/1
18/8 18/20 21/23
23/12 24/12 29/3
30/17 32/17 32/18
57/23 78/1 79/23
80/8 81/12
**ABN [5]** 126/8
126/16 126/16
126/20 126/20
**about [97]** 7/22
8/2 8/23 9/7 9/8
10/10 10/15 11/11
11/19 12/9 13/12
14/6 16/16 20/7
23/16 24/6 24/16
24/25 26/2 30/3
30/15 30/21 30/22
31/16 35/17 35/19
36/18 42/11 45/22
46/3 46/16 49/12
50/2 50/25 53/2
53/8 56/19 59/24
62/7 62/17 63/7
73/11 74/2 74/17
75/16 75/21 76/13
81/2 81/15 81/15
81/19 82/10 83/12
83/16 84/5 87/5
88/9 90/25 91/8
91/20 92/14 93/9
95/1 95/9 95/15
95/17 95/18 97/18
97/20 98/15 98/19
98/21 100/23
103/12 103/14
104/8 104/17
105/24 106/11
108/22 109/1
109/10 109/12
109/21 111/7
111/13 113/17
114/2 116/17
120/13 120/21
121/10 122/23
123/16 125/1
127/22 127/23
**above [1]** 129/9
**above-mentioned [1]**
129/9
**absolute [1]** 42/23
**absolutely [6]**
21/3 24/24 25/9
26/16 30/5 46/25
**abusive [1]** 60/6
**accent [1]** 71/18
**accept [2]** 23/17
91/12
**access [1]** 88/18
**accessories [1]**
108/4
**accommodate [1]**
39/25
**according [1]**
28/19
**accounting [12]**
71/7 77/5 77/9
77/13 78/9 79/2
79/8 79/10 79/11
102/14 104/16
**accurate [1]** 36/14
**accurately [1]**
36/12
**achieve [2]** 15/25
16/4
**achieved [5]** 16/24
16/25 21/6 21/8
53/18
**acquired [2]** 21/14
32/11
**acquisition [1]**
28/24
**across [5]** 11/9
12/18 32/8 33/22
121/22
**act [3]** 47/20
79/18 82/16
**acted [1]** 105/20
**acting [1]** 43/10
**action [1]** 89/1
**actions [1]** 48/2
**actively [1]** 84/7
**actual [4]** 13/5
35/10 100/6 111/14
**actually [36]** 5/24
7/4 14/4 14/6 14/7
14/21 15/7 17/24
18/1 18/25 19/18
21/6 26/20 30/12
35/12 38/2 38/12
42/15 54/24 57/2
57/17 67/4 78/10
79/10 83/15 84/9
84/15 84/20 86/22
89/11 90/20 101/16
107/9 107/14
121/14 121/15
**Adam [1]** 98/8
**adaptive [6]** 21/6
23/10 26/20 26/22
27/22 28/23
**add [1]** 113/6
**addenda [1]** 6/16

**A**

addendums [1]   6/14
additional [5]
 25/8 25/8 25/15
 25/17 25/18
address [17]   4/17
 4/18 39/17 39/18
 48/11 105/24
 105/25 113/6 113/9
 113/11 113/13
 113/14 113/17
 113/20 116/21
 117/3 120/8
addresses [1]
 117/4
ADIR [1]   12/14
Adjourned [1]
 128/16
administer [3]
 18/15 21/12 24/22
administered [1]
 27/4
administration [2]
 68/13 68/16
admission [5]
 85/11 114/25
 115/24 119/1
 119/19
admitted [4]   2/11
 45/3 85/15 119/20
adolescents [1]
 32/15
adopted [1]   25/11
adult [7]   10/6
 16/5 31/21 32/1
 33/11 57/9 120/19
adulthood [2]
 15/21 17/17
adults [2]   16/14
 32/15
advance [1]   81/25
Advanced [1]   65/9
advice [1]   94/2

advise [2]   38/23
 58/12
affect [1]   47/5
affects [2]   47/23
 48/1
affidavits [2]
 50/14 50/21
afraid [1]   29/4
after [27]   13/12
 14/9 36/20 36/24
 37/4 38/17 46/18
 60/8 61/13 67/15
 72/24 81/18 89/12
 89/21 93/6 93/11
 93/24 94/2 100/6
 100/15 100/18
 112/6 117/11
 121/23 121/23
 127/6 127/21
after' [1]   37/1
AG [1]   88/14
again [16]   10/24
 12/1 13/3 13/19
 13/21 32/22 36/16
 38/15 41/11 41/19
 49/17 58/8 78/24
 87/19 87/20 108/23
against [1]   83/15
age [20]   17/21
 18/20 23/21 25/22
 26/1 26/7 26/10
 26/11 27/9 27/13
 27/15 32/11 60/2
 60/8 63/11 65/6
 69/15 69/16 69/22
 70/1
agencies [1]   76/6
agenda [1]   87/4
ages [2]   36/1
 98/21
ago [4]   14/7 43/22
 47/8 121/2
agree [8]   22/3
 29/15 38/6 44/21

 49/12
agreed [7]   25/12
 82/1 84/11 86/25
 87/2 87/7 87/17
agreement [2]
 58/25 128/5
ahead [4]   3/3 3/20
 39/20 40/3
aided [1]   82/3
air [11]   67/4 67/6
 71/21 71/25 72/7
 72/16 106/20
 107/11 107/12
 107/14 107/17
air-condition [1]
 107/17
air-conditioning
 [4]   106/20 107/11
 107/12 107/14
albeit [1]   52/15
algorithm [1]
 94/18
alienate [1]   52/25
all [88]   3/25 4/22
 9/6 10/23 13/13
 13/16 14/13 14/22
 15/21 15/23 17/17
 19/16 22/3 22/8
 24/13 25/9 36/1
 38/22 39/11 40/2
 41/6 42/21 44/13
 46/19 47/18 48/9
 48/22 49/1 51/21
 53/24 54/4 54/11
 54/12 54/21 55/6
 55/12 55/23 56/11
 58/7 62/3 63/10
 64/17 65/13 68/24
 73/5 73/16 74/17
 74/25 80/14 83/9
 85/20 86/17 87/15
 89/3 89/12 92/13
 94/1 95/20 101/7

**A**

**all... [29]**   102/1
102/15 104/21
104/25 106/12
106/25 107/18
108/4 110/1 110/15
110/23 110/25
111/19 114/5
114/11 116/8
116/16 116/21
122/7 122/12 124/1
124/12 125/4 125/8
126/3 126/24 127/4
127/22 128/8
**Allan [12]**   84/19
84/21 86/19 86/25
87/3 87/5 87/6
87/8 88/16 88/16
91/16 98/7
**allow [14]**   25/19
29/2 52/21 68/7
72/2 78/6 79/21
80/12 80/21 81/8
81/11 108/18
109/13 123/9
**allowed [7]**   43/11
43/13 74/23 74/25
82/1 82/6 89/9
**allowing [1]**   91/5
**alluding [1]**   32/6
**almost [6]**   14/23
14/24 29/6 29/16
29/25 49/5
**alone [3]**   6/24
6/24 112/3
**already [11]**   44/4
44/14 44/20 45/11
87/10 87/10 90/14
90/16 100/23
112/12 119/8
**also [46]**   6/5 9/3
13/4 16/24 18/17
25/2 31/24 32/4

32/9 49/25 52/19
53/2 53/9 62/14
63/5 64/7 65/8
65/22 68/10 69/19
71/7 71/13 71/15
72/15 72/15 72/18
73/18 76/4 80/2
80/10 80/20 80/24
80/25 92/16 95/21
97/1 104/14 105/13
105/15 105/18
106/20 106/21
106/21 107/3 113/7
126/2
**altered [3]**   45/25
49/11 49/13
**although [2]**   4/8
90/16
**always [4]**   42/12
42/13 64/6 102/22
**am [6]**   1/9 21/1
21/1 57/3 71/16
87/14
**AMANDA [3]**   1/20
3/15 39/14
**amateur [1]**   62/12
**amazing [3]**   101/16
102/3 102/24
**amendments [1]**
4/17
**America [5]**   62/14
80/2 80/25 94/21
129/1
**American [8]**   76/5
77/8 79/18 80/1
108/9 108/12
108/25 109/1
**AMI [1]**   2/6
**among [1]**   11/6
**amongst [1]**   32/13
**amount [2]**   17/13
124/25
**analysis [1]**   24/23
**ANDRES [2]**   1/19

**Andresen [2]**
101/11 102/6
**ANDREW [2]**   1/16
3/9
**angry [1]**   56/19
**annual [1]**   82/8
**another [16]**   11/18
12/14 12/21 20/4
22/5 28/2 28/6
30/9 37/4 37/8
41/17 57/13 61/2
103/24 105/4 114/1
**answer [17]**   8/17
8/25 14/5 24/11
28/5 32/19 33/8
33/13 33/17 34/2
53/15 59/4 66/10
78/7 78/8 80/23
94/5
**answered [3]**   18/4
36/10 37/16
**answers [2]**   13/20
14/10
**anti [3]**   63/23
76/10 79/18
**anti-gaming [1]**
79/18
**anti-Napster [1]**
76/10
**anti-occupation [1]**
63/23
**anticipated [1]**
75/22
**Antonopoulos [1]**
109/10
**any [46]**   4/17 4/18
13/10 14/3 17/6
17/7 17/25 17/25
17/25 18/12 24/19
24/20 25/7 40/11
44/19 51/21 52/5
55/2 55/9 55/15
55/15 63/20 67/15

**A**

**any... [23]**  69/6
73/13 82/20 83/24
85/13 91/24 91/25
92/8 96/5 96/6
97/7 98/24 98/25
98/25 100/13
107/20 110/24
111/23 113/18
120/4 120/18 122/5
128/5
**anybody [3]**  94/8
100/17 104/24
**anyone [8]**  55/17
65/20 73/8 92/22
95/19 96/25 110/15
113/3
**anything [11]**  14/3
44/7 45/1 47/10
48/11 78/14 81/25
82/11 92/25 93/1
128/1
**apart [3]**  83/4
126/6 127/21
**apologies [1]**
86/14
**appear [2]**  29/11
102/20
**appearances [2]**
1/12 3/6
**appears [2]**  22/19
40/13
**applicable [1]**
21/16
**application [2]**
4/11 118/3
**applied [1]**  65/10
**applies [1]**  47/16
**apply [4]**  16/12
16/14 21/22 41/13
**applying [1]**  47/15
**appreciate [1]**  4/4
**approached [1]**

**approaches [1]**
53/1
**appropriate [17]**
4/16 16/11 17/7
24/22 26/2 30/3
30/13 30/15 30/21
30/22 30/25 30/25
45/4 45/15 47/1
47/24 48/4
**approximately [14]**
74/18 90/22 91/9
93/2 93/12 94/9
95/7 95/12 96/22
97/10 105/5 108/5
108/7 108/11
**approximation [1]**
18/13
**April [7]**  90/25
91/9 92/22 93/12
93/24 95/13 96/24
**are [100]**  4/18 5/1
5/11 7/7 7/19 7/24
7/25 12/17 12/18
13/23 13/23 14/15
14/15 15/11 15/14
15/17 15/23 16/7
16/10 16/10 16/10
16/11 17/15 17/16
18/19 19/16 19/18
19/18 20/7 20/8
21/6 21/12 21/24
23/11 26/4 26/13
29/6 30/17 30/19
31/2 31/3 31/5
31/5 32/6 32/24
35/9 35/10 37/10
37/13 40/5 43/13
44/16 45/1 49/23
50/2 50/7 50/7
51/11 54/4 55/19
56/12 56/13 56/18
56/18 57/18 57/21
58/1 58/3 58/13

78/5 82/13 85/3
86/23 87/4 87/5
87/12 92/13 93/22
94/12 96/2 98/9
107/22 111/6
115/18 117/4
118/15 118/17
122/2 122/3 122/4
122/13 122/14
124/3 124/9 124/10
126/16 126/25
**area [6]**  30/17
43/14 111/21 113/4
115/23 127/3
**areas [5]**  18/23
29/7 58/1 68/11
80/13
**arguing [1]**  44/2
**argument [2]**  44/2
44/18
**around [8]**  32/11
43/20 44/22 62/13
70/9 97/12 97/23
109/19
**Arts [1]**  69/11
**as [91]**  1/3 3/22
4/2 4/7 4/10 4/10
4/13 4/13 5/2 7/21
7/21 8/20 9/4 10/7
12/13 12/13 12/25
14/2 14/3 21/17
21/18 24/21 25/4
26/9 31/1 31/2
34/14 35/16 36/19
40/12 40/12 41/7
41/11 43/15 44/4
47/25 50/10 50/17
52/23 55/24 55/25
55/25 56/15 56/15
56/20 57/10 59/3
61/15 62/17 63/6
64/9 64/22 67/3
67/25 71/3 71/7

**A**

**as... [35]** 76/1
77/17 79/17 81/12
81/24 85/2 86/20
89/8 89/17 89/24
90/2 90/6 91/3
93/24 96/7 97/4
97/7 98/9 101/23
101/24 102/14
103/15 104/18
105/20 107/22
112/10 112/15
112/23 114/21
116/8 118/18 119/8
119/11 121/11
125/21
**ascertain [1]**
29/10
**Asian [1]** 79/25
**ask [53]** 4/7 4/13
15/16 16/5 17/7
17/24 23/17 26/2
26/6 30/3 30/13
30/15 30/21 30/22
30/22 31/4 38/1
41/13 42/8 45/1
45/12 45/14 45/24
47/22 49/6 49/8
54/16 54/25 55/15
56/12 56/13 59/3
59/4 59/11 67/22
70/11 71/16 75/5
78/7 78/13 83/10
88/13 90/8 93/8
99/24 103/24 105/4
110/10 110/17
110/19 110/21
116/8 122/15
**asked [23]** 6/17
8/16 8/24 17/9
17/14 17/24 18/4
27/2 30/22 33/7
33/16 36/3 36/18

36/19 37/3 42/10
43/18 46/16 53/12
93/5 93/6 93/8
98/21
**asking [10]** 7/24
17/22 42/7 43/1
47/14 47/15 49/7
95/17 116/17
122/23
**ASM [1]** 70/19
**aspects [1]** 124/16
**Asperger's [1]**
65/1
**assembled [2]**
70/20 70/23
**assembly [2]** 69/18
70/22
**assess [1]** 54/8
**assessing [1]** 13/6
**assessment [6]**
11/18 11/21 20/16
21/17 30/24 31/15
**assessments [1]**
9/7
**assist [1]** 92/9
**associated [4]**
72/5 105/19 116/2
120/5
**assume [9]** 45/24
46/1 49/7 49/10
49/17 49/25 50/12
50/20 125/1
**assuming [1]** 17/5
**assumption [2]**
16/23 50/22
**assumptions [2]**
49/8 100/8
**asterisk [1]** 27/3
**attempting [2]**
77/25 110/1
**attended [1]** 65/24
**attendees [1]**
86/13
**attending [1]** 65/6

**attention [2]** 32/7
55/5
**attorneys [2]** 7/24
55/21
**attracts [1]** 84/3
**attributes [2]**
52/16 53/16
**audit [6]** 74/23
77/5 77/6 82/3
82/3 84/14
**August [8]** 83/8
85/10 87/10 87/18
89/21 90/21 90/25
92/1
**AusIndustry [1]**
93/16
**Aussie [3]** 73/1
73/3 73/10
**Australia [19]**
59/21 63/4 68/21
72/12 72/20 73/1
77/5 77/8 86/2
88/18 96/1 97/3
100/1 112/6 112/25
113/20 120/18
120/25 123/1
**Australia-wide [1]**
88/18
**Australian [24]**
46/9 64/2 64/20
67/4 67/6 67/11
71/21 71/25 72/7
73/12 73/13 73/17
75/4 76/4 76/5
76/8 80/10 108/9
108/10 108/23
110/15 122/17
125/1 126/15
**author [2]** 15/8
27/21
**authorized [1]**
113/6
**authors [2]** 15/9
15/18

**138**

## A

**autism [39]** 11/1
11/7 21/25 23/11
29/4 29/6 30/16
30/19 32/13 34/11
35/9 37/10 45/21
46/3 47/5 47/20
48/1 48/1 49/12
49/15 49/19 50/3
50/5 50/25 51/3
52/4 52/6 52/10
52/16 52/22 52/24
53/19 55/25 56/14
56/17 56/22 57/6
57/15 57/21
**autistic [2]** 56/5
57/11
**automated [1]**
14/23
**available [1]**
112/7
**Avenue [2]** 1/24
129/18
**aware [3]** 15/12
15/17 44/10
**away [6]** 3/22
46/22 60/3 65/23
100/15 114/2

## B

**b-money [2]** 98/13
98/14
**baby [3]** 16/6
21/22 21/23
**babyhood [3]** 15/21
16/1 17/17
**bachelor [3]** 65/10
66/13 68/8
**bachelor's [1]**
123/12
**back [46]** 5/1 6/19
8/22 24/2 24/3
24/5 29/19 29/20
36/1 38/14 41/2

47/3 48/9 54/25
55/12 63/24 64/5
66/22 69/8 69/18
71/2 74/15 81/13
83/9 90/12 90/21
93/15 93/18 93/20
94/7 97/12 97/18
98/9 100/2 100/20
100/22 102/22
112/9 116/9 125/19
127/12 127/25
128/12
**background [5]**
17/4 36/8 61/23
61/25 62/23
**backs [1]** 91/14
**bad [1]** 120/16
**Bagnoo [5]** 105/11
106/1 106/7 107/5
120/8
**ballpark [1]** 16/17
**bamboo [1]** 64/8
**bamboo-type [1]**
64/8
**banking [2]** 79/23
80/15
**basal [9]** 15/20
15/25 16/4 16/7
16/24 17/13 17/23
24/13 28/5
**based [8]** 11/9
31/19 52/3 69/11
70/14 73/20 73/25
90/20
**basically [17]**
15/25 35/14 50/9
62/6 62/21 64/1
70/3 76/3 87/9
91/4 93/25 95/4
98/20 109/4 111/15
114/23 125/25
**basics [1]** 11/20
**basis [2]** 32/16

**bathroom [1]** 39/16
**batteries [1]**
111/12
**battery [4]** 111/11
111/11 112/1 112/2
**BB [1]** 1/2
**BBC [1]** 70/4
**BBS [1]** 72/19
**BDO [26]** 77/4 77/4
79/7 81/25 82/1
82/3 82/10 82/13
83/3 84/10 84/13
84/16 84/18 85/3
85/4 85/5 86/4
88/12 88/17 91/12
91/18 97/3 110/14
112/5 121/13
121/15
**be [87]** 4/25 7/1
7/6 7/21 8/5 10/10
14/16 17/1 17/14
18/8 18/20 21/7
21/12 21/16 23/10
25/1 27/14 29/3
30/18 32/14 32/15
32/17 32/18 34/11
34/18 40/13 40/21
42/18 43/13 44/2
44/3 45/6 46/5
46/6 46/16 48/3
48/19 49/2 53/5
53/7 53/16 53/17
54/20 55/14 57/1
57/8 58/9 58/11
59/7 71/12 75/1
75/16 77/22 77/24
80/8 80/12 81/12
83/20 83/23 83/23
86/23 88/4 88/19
89/5 89/9 89/11
89/13 89/20 95/8
95/13 97/20 98/22
101/5 102/9 103/9

**B**

**be... [12]** 106/23
107/6 108/25
109/19 109/21
110/11 111/12
111/16 112/1
119/17 122/11
128/8
**BEACH [1]** 1/2
**Bear [5]** 101/2
101/3 101/4 103/14
103/15
**became [1]** 53/9
**because [53]** 6/2
7/25 8/21 10/10
11/5 12/5 16/11
16/18 17/3 17/4
17/7 17/12 21/5
22/10 24/6 25/4
26/7 26/16 26/21
27/9 28/23 30/16
31/14 32/15 36/3
37/12 38/12 38/21
42/8 42/18 47/25
50/6 50/6 57/4
57/23 64/19 65/23
71/16 71/21 78/9
81/11 82/15 92/13
93/18 97/23 99/4
102/2 107/17
110/12 115/18
119/18 121/22
127/8
**become [3]** 56/5
57/11 101/12
**becomes [1]** 87/13
**becoming [1]** 77/6
**been [32]** 4/2 6/8
6/18 8/4 9/3 21/9
21/14 38/22 40/6
42/23 42/24 43/17
45/2 58/12 63/21
67/3 78/1 80/16

85/19 93/14 98/12
90/25 94/25 98/13
98/21 106/11
108/11 112/9
114/13 115/21
119/11 127/10
**before [35]** 1/10
4/5 4/18 4/23 8/6
10/23 12/9 24/8
24/19 29/23 39/7
40/5 40/7 42/10
46/19 48/11 48/25
51/2 51/11 55/11
61/12 61/13 73/8
75/12 92/24 94/9
94/14 94/16 103/24
116/17 120/22
122/9 122/12
122/24 123/16
**beforehand [1]**
51/10
**began [1]** 8/21
**beginning [3]**
63/14 90/16 127/9
**begun [2]** 23/1
34/19
**behalf [4]** 2/5 3/9
54/2 78/14
**behaves [1]** 33/14
**behavior [5]** 23/2
26/20 26/22 27/23
28/24
**behaviors [4]**
18/18 18/19 20/5
21/6
**behind [2]** 90/7
115/16
**being [21]** 8/16
8/24 25/20 33/7
33/16 34/14 35/12
35/13 36/2 38/17
43/2 43/3 43/15
43/15 50/14 66/23
70/18 79/22 101/20

**belabor [1]** 21/21
**believe [11]** 5/22
6/8 6/17 28/12
34/11 37/15 44/16
70/17 74/18 112/12
125/13
**believes [1]** 44/14
**below [2]** 88/21
120/8
**Ben [2]** 117/10
117/20
**besides [2]** 60/23
62/23
**best [4]** 16/23
25/4 25/6 65/19
**BETH [1]** 1/10
**better [4]** 14/1
14/21 29/17 103/11
**between [13]** 73/17
82/17 86/21 92/21
98/3 104/3 109/13
109/17 109/24
111/3 111/24
115/12 123/5
**beyond [5]** 11/1
17/21 52/18 52/19
53/11
**bike [2]** 61/2 61/8
**binder [2]** 19/2
29/14
**birthday [2]** 118/4
118/19
**Biscayne [1]** 1/14
**bit [8]** 12/18 61/6
61/8 90/24 99/22
104/4 104/14
104/16
**Bitcoin [26]** 41/25
59/1 77/24 78/11
78/18 78/18 87/13
87/17 89/2 90/2
90/15 92/9 92/11
93/1 94/8 99/25

126/20

**B**

**Bitcoin... [10]**
100/10 102/7 102/9
103/22 105/5
105/10 106/9 125/3
125/3 125/8
**bits [2]** 93/20
93/22
**Blacknet [2]** 81/19
93/17
**blank [3]** 59/12
59/16 86/14
**block [4]** 12/21
79/25 91/3 101/8
**blockchain [9]**
90/15 92/12 92/20
94/8 100/6 101/12
103/2 105/10
106/10
**blogs [2]** 102/20
102/21
**BLOOM [1]** 1/10
**blow [1]** 28/1
**blow-up [1]** 28/1
**board [2]** 11/9
109/8
**BOD [1]** 77/9
**BOIES [1]** 1/15
**book [1]** 38/13
**Boost [2]** 100/9
100/14
**Borland [2]** 71/1
71/2
**born [3]** 59/19
59/20 104/1
**boss [1]** 84/18
**both [13]** 9/11
11/10 12/13 12/20
25/1 26/22 47/20
64/1 71/13 80/8
92/17 102/20 106/4
**botnets [1]** 83/15
**bottom [2]** 85/21

**bought [2]** 69/10
127/7
**Boulevard [1]** 1/22
**box [1]** 88/22
**boy [2]** 76/12
117/18
**breach [1]** 128/5
**break [5]** 48/4
48/5 54/10 54/12
104/24
**breaks [2]** 39/25
99/4
**BRENNER [10]** 1/16
2/6 3/9 5/5 40/15
40/18 41/6 44/7
47/22 48/19
**brief [2]** 54/8
54/9
**briefly [3]** 11/19
53/15 82/21
**bring [18]** 4/19
4/22 6/23 7/10
10/2 10/17 16/16
19/1 20/9 23/17
29/14 41/4 41/5
42/4 48/11 54/9
54/24 54/25
**bringing [1]** 55/4
**Brisbane [9]** 59/20
65/8 104/1 104/5
104/6 104/9 113/8
120/18 120/24
**broad [1]** 73/20
**broad-based [1]**
73/20
**broke [2]** 83/24
127/19
**broken [1]** 73/16
**brokers [1]** 73/18
**bromance [1]**
102/19
**brought [1]** 86/10
**build [6]** 57/18

126 /20                    122/12 63/8 63/9
63/11 63/22
**building [6]** 63/7
70/7 73/15 83/17
84/12 101/25
**built [15]** 63/9
70/3 70/4 70/10
71/1 73/5 73/19
73/21 74/21 74/23
74/24 75/2 82/2
90/19 118/18
**burnout [1]** 111/5
**Burnside [1]** 110/5
**burnt [1]** 111/19
**business [32]**
38/18 41/16 41/20
42/15 42/16 58/25
72/5 74/4 74/6
74/6 74/9 74/12
74/19 86/9 103/21
104/15 120/5 122/3
122/5 122/11 124/7
124/16 124/20
125/16 125/21
125/24 126/1 126/8
126/10 126/15
126/17 126/25
**businesses [2]**
72/13 79/12
**buy [2]** 71/5 81/6
**buying [3]** 71/6
72/14 127/9

**C**

**call [9]** 3/1 3/3
32/7 48/18 53/9
61/17 62/25 69/12
75/13
**called [23]** 11/2
11/6 11/23 12/14
15/20 57/8 69/9
70/16 74/9 76/2
81/19 86/1 93/17
93/18 95/1 95/21

**C**

**called...** **[7]**
98/13 99/8 102/19
104/7 104/8 112/4
127/22
**calling** **[2]** 3/4
42/14
**calls** **[4]** 34/1
41/16 58/5 108/16
**came** **[4]** 29/24
64/5 116/3 121/22
**can** **[62]** 4/16 5/14
6/23 10/10 13/3
13/6 13/7 13/7
13/8 13/10 23/23
24/15 24/17 29/14
32/9 33/24 34/18
39/9 39/10 39/17
40/19 41/1 41/4
41/5 42/18 47/5
51/9 52/16 53/5
53/16 56/21 57/8
57/17 59/24 64/14
64/15 65/15 66/8
66/8 69/25 70/12
75/4 77/22 78/7
78/13 82/22 85/2
89/22 90/9 108/2
109/17 113/13
113/14 116/9 117/9
118/6 119/13
119/23 124/14
125/15 125/19
126/24
**can't** **[2]** 33/14
75/18
**Canberra** **[1]** 96/1
**cancer** **[1]** 66/19
**capability** **[1]**
109/25
**capacity** **[4]** 7/22
8/2 8/20 18/21
**capital** **[2]** 124/25

**car** **[1]** 122/13
**care** **[1]** 110/25
**careful** **[2]** 40/6
43/19
**caregiver** **[1]** 28/3
**caregiver's** **[1]**
21/23
**Carnegie** **[1]** 57/22
**Carol** **[1]** 83/1
**carries** **[1]** 52/10
**cars** **[1]** 106/19
**case** **[26]** 1/2 3/3
3/4 5/20 6/11 8/18
9/22 11/21 18/1
18/2 21/11 27/21
27/25 40/6 41/14
43/2 43/10 43/16
44/17 47/15 53/6
53/19 56/25 76/10
77/22 77/23
**cases** **[17]** 5/24
6/6 6/9 6/18 6/20
6/25 7/2 7/2 7/4
7/11 7/14 7/16
7/19 7/22 8/22
8/23 115/21
**casino** **[6]** 74/22
74/22 80/16 81/3
81/6 81/10
**casinos** **[2]** 80/20
80/24
**category** **[2]** 44/12
46/12
**catholic** **[1]** 65/24
**cause** **[7]** 45/22
46/3 49/13 49/20
50/3 50/25 66/10
**ceiling** **[4]** 15/20
16/5 16/7 16/25
**Celine** **[2]** 15/7
15/9
**center** **[1]** 48/19
**centigrade** **[1]**

**central** **[3]** 77/21
77/22 106/6
**centralized** **[1]**
89/8
**certain** **[12]** 16/3
16/13 17/15 17/20
43/10 46/17 46/18
48/1 49/7 49/8
78/23 102/20
**certainly** **[9]** 4/8
4/14 4/16 34/3
34/5 39/25 43/17
45/3 76/21
**Certificate** **[1]**
2/2
**Certified** **[1]**
129/5
**certify** **[2]** 129/7
129/12
**cetera** **[5]** 70/19
70/22 115/17 126/6
127/4
**challenge** **[1]**
29/12
**chance** **[1]** 75/5
**change** **[4]** 91/4
98/2 98/2 113/5
**changed** **[3]** 27/14
86/3 111/12
**changes** **[3]** 29/23
112/1 113/18
**changing** **[2]** 34/9
111/25
**charge** **[2]** 4/8
88/17
**charity** **[1]** 110/6
**Charles** **[3]** 68/17
68/18 75/18
**Check** **[1]** 107/24
**checking** **[1]** 52/2
**Chermside** **[1]**
59/20
**child** **[3]** 16/13

## C

child... [2]   36/19
  62/18
childhood [1]   21/7
children [12]
  16/12 19/20 25/22
  26/1 26/7 27/9
  27/15 30/10 30/11
  32/14 56/20 117/11
Chinese [1]   65/17
chip [1]   80/7
chips [1]   80/11
choices [1]   24/21
chosen [1]   91/1
churches [3]
  105/18 105/19
  111/3
Cicchetti [1]
  15/19
circumscribed [4]
  40/10 43/4 52/25
  57/19
Cisco [2]   107/23
  107/25
Civil [1]   3/4
claim [2]   77/23
  77/23
claimed [1]   125/5
claiming [1]
  122/16
clarifications [1]
  25/15
classic [1]   47/17
clean [1]   111/8
clear [3]   7/21
  32/12 45/6
clerk [1]   4/7
client [4]   3/11
  34/19 35/1 87/25
clients [2]   73/6
  79/24
clinical [5]   26/5
  27/11 27/20 31/3

clinician [9]   9/4
  14/17 25/6 26/9
  27/12 27/20 30/15
  31/1 31/2
clinicians [2]
  17/12 29/10
close [4]   60/25
  62/5 70/18 127/2
closed [1]   77/1
closer [1]   61/6
closing [3]   44/2
  82/19 127/5
CLR [1]   129/17
club [1]   70/3
coalesce [1]   84/6
coast [1]   106/6
COBOL [1]   69/19
code [23]   70/19
  87/10 87/11 87/15
  87/17 89/21 90/17
  90/18 92/10 92/11
  92/19 92/23 94/8
  94/15 94/15 94/17
  98/12 100/6 100/7
  100/18 101/8
  101/18 102/5
coded [1]   70/10
coder [1]   100/12
codeveloper [1]
  103/10
coding [24]   69/6
  69/14 69/22 70/1
  70/6 70/12 71/8
  72/11 72/15 72/25
  73/2 73/13 74/7
  87/10 90/7 90/13
  90/15 90/22 90/24
  92/9 93/1 93/9
  93/10 93/11
cognitive [2]
  18/20 23/12
coinventor [2]
  103/2 103/10

collect [1]   64/9
collection [1]
  38/13
college [4]   64/23
  64/24 65/6 65/8
column [2]   88/14
  127/1
com [1]   118/14
combination [2]
  69/18 69/22
come [16]   25/5
  36/20 36/24 38/17
  39/12 47/2 48/9
  51/7 63/24 77/19
  83/9 83/12 90/21
  100/14 109/8 110/3
comes [3]   9/21
  31/16 97/24
comfort [1]   104/24
comfortable [2]
  25/19 58/13
coming [2]   37/3
  59/24
commendation [1]
  123/24
commensurate [1]
  23/10
comment [3]   37/20
  43/2 96/6
comments [11]
  96/15 97/7 97/11
  97/17 98/10 98/17
  98/17 98/23 101/21
  101/24 103/16
commercial [1]
  123/20
commit [1]   49/15
Commodore [1]
  71/13
comms [1]   106/15
communicate [2]
  56/24 62/13
communicating [1]
  57/5

**C**

**communication [11]**
18/24 19/19 19/23
19/24 32/6 33/23
40/14 44/15 44/19
45/10 106/21
**communications [3]**
62/15 62/25 123/22
**communicatively [1]**
56/23
**community [7]**  20/1
20/9 20/12 20/12
20/14 20/15 20/16
**companies [7]**  63/4
82/5 113/6 125/3
126/2 127/12
127/13
**company [22]**  41/24
41/24 41/25 69/9
73/25 74/15 75/24
75/25 76/2 82/7
82/7 83/24 85/4
86/1 86/11 86/12
88/11 112/6 125/2
125/10 127/8
127/10
**comparing [1]**  14/4
**comparison [1]**
10/11
**compatible [1]**
11/7
**competing [1]**
109/11
**competition [2]**
65/18 109/13
**compiler [1]**
100/13
**compilers [1]**
70/22
**complete [7]**  9/20
16/3 16/8 17/15
17/20 24/10 129/10
**completed [5]**  10/7

13/15 44/5 66/3
99/14
**completing [1]**
16/6
**complex [2]**  96/9
97/9
**computer [29]**  9/17
9/17 9/22 9/23
13/21 14/10 14/11
14/20 31/19 62/8
63/9 63/11 66/13
68/11 69/6 70/2
72/6 72/13 74/7
78/19 82/3 88/11
88/17 102/21
106/15 107/10
122/21 125/21
127/7
**computer-aided [1]**
82/3
**computer-related
[1]**  72/6
**computerized [1]**
19/10
**computers [31]**
63/8 69/15 70/3
72/14 105/7 105/9
105/12 105/14
105/20 106/3 106/9
106/12 106/23
107/5 107/13
107/20 107/20
108/3 108/8 109/3
109/11 109/13
109/18 109/20
109/20 109/23
110/5 110/23
111/20 111/22
122/8
**concept [4]**  17/25
28/23 81/19 89/8
**conclude [1]**  53/15
**concluded [1]**
51/20

conclusion [1]
47/13
**condition [3]**  29/9
52/9 107/17
**conditioning [4]**
106/20 107/11
107/12 107/14
**conduct [1]**  25/5
**conducted [2]**
11/23 24/24
**conference [2]**  4/9
99/18
**congratulated [1]**
57/2
**connected [1]**
73/18
**connection [2]**
6/10 43/8
**connections [5]**
63/3 73/17 79/23
105/21 107/1
**consecutively [1]**
17/20
**considerably [1]**
6/3
**considered [1]**
36/5
**considering [1]**
95/8
**consistently [6]**
22/15 22/16 22/18
22/20 22/21 28/25
**consists [1]**  33/23
**constantly [1]**
42/14
**consultant [1]**
79/17
**consultation [1]**
24/25
**contains [1]**
129/12
**content [1]**  13/16
**contention [1]**
78/17

C

**context [11]** 11/2
30/16 31/3 37/22
43/23 47/6 50/6
50/9 51/4 51/6
90/23
**continue [10]** 5/5
48/5 49/3 62/22
66/4 73/9 75/25
79/16 89/24 128/9
**continued [6]** 2/6
5/7 68/5 68/12
77/6 94/2
**contract [6]** 69/9
72/15 72/17 82/1
89/13 95/25
**contracting [1]**
73/25
**contradict [2]**
46/7 50/22
**contradicted [1]**
50/2
**contradictory [1]**
46/8
**contrived [1]**
38/21
**control [1]** 75/3
**controlled [3]**
70/21 89/9 101/19
**controllers [3]**
105/15 105/16
107/7
**conversation [3]**
12/6 12/9 12/22
**convinced [1]**
102/17
**convoluted [1]**
96/9
**coping [1]** 20/3
**copper [1]** 107/2
**copy [7]** 8/10 8/11
16/18 95/21 98/8
98/8 98/9

**Coral [1]** 1/22
**corporate [2]** 73/4
84/13
**correct [56]** 5/25
6/9 7/5 8/2 9/25
10/12 11/11 11/21
11/22 11/24 12/1
12/2 12/7 12/8
12/15 13/22 14/25
15/6 15/10 16/15
18/15 19/12 19/13
19/17 20/22 20/23
21/19 22/1 22/9
22/12 22/24 23/5
25/12 30/2 31/22
31/23 32/2 32/3
32/5 33/12 35/21
36/5 37/7 37/24
45/21 49/14 49/20
49/22 49/23 50/4
51/1 81/4 117/6
124/19 125/22
129/10
**correctly [3]**
33/25 65/7 75/24
**corroborated [1]**
13/17
**cost [6]** 108/3
108/5 108/7 108/20
108/20 127/2
**costs [1]** 127/5
**could [51]** 7/1
7/10 7/17 8/5 10/2
10/17 11/14 13/5
14/4 23/17 24/7
25/5 32/21 36/7
46/13 46/15 46/16
46/16 46/18 46/19
46/20 46/21 48/17
51/10 51/11 53/15
54/9 59/25 61/6
75/1 79/11 80/11
80/11 81/10 83/20
84/23 85/17 85/22

85/22 87/19 91/5
112/1 112/11
112/15 114/16
116/12 116/13
118/20 121/1 121/5
125/17
**couldn't [4]** 64/25
78/17 92/10 109/6
**counsel [10]** 3/6
3/7 32/25 43/11
58/17 59/15 84/23
114/4 114/13
114/17
**count [1]** 20/24
**counted [1]** 15/13
**countries [2]** 80/1
80/13
**country [3]** 26/18
81/11 81/13
**couple [8]** 20/6
69/19 82/17 95/22
98/11 99/5 104/13
122/21
**course [3]** 53/6
84/24 114/8
**court [22]** 1/1
1/23 1/24 3/1 4/3
4/4 4/6 4/12 6/3
7/24 41/4 43/4
46/9 46/9 58/17
59/13 84/24 114/13
114/17 114/21
129/6 129/9
**Court's [2]** 47/3
55/4
**courtroom [2]**
47/20 117/12
**Courts [1]** 50/21
**cousin [2]** 95/21
110/21
**covered [2]** 45/19
122/23
**COVID [1]** 6/2
**coworkers [1]**

**C**

coworkers... [1] 110/14

CP [2] 71/3 71/13

CP/M [2] 71/3 71/13

crack [1] 3/16

craig [18] 1/7 2/8 3/5 3/15 3/17 9/12 58/5 58/10 116/19 116/19 116/21 116/24 117/10 117/16 126/1 126/12 126/13 126/16

crash [1] 111/5

crate [1] 64/1

create [1] 17/20

created [4] 115/17 118/2 118/25 119/7

creating [1] 107/18

credentials [1] 77/25

credibility [2] 40/8 40/17

credible [1] 42/7

credits [2] 81/20 93/19

crisis [3] 91/15 91/20 91/21

criteria [3] 14/15 14/15 14/18

critical [1] 26/16

cross [6] 2/6 5/7 47/17 48/3 52/18 128/10

cross-examination [4] 2/6 5/7 47/17 128/10

CRR [1] 129/17

crypto [2] 81/20 93/19

cryptographic [1] 94/17

CSR [1] 129/17

current [2] 86/3 124/25

cut [2] 96/17 97/18

cutoff [1] 10/24

cv [1] 1/2

**D**

D-O-C [1] 88/7

D426 [1] 118/15

D427 [2] 118/20 118/22

Dai [11] 94/16 94/22 94/23 98/6 98/8 98/12 100/3 101/7 101/8 102/6 103/5

daily [3] 18/24 19/19 19/25

data [3] 21/2 99/8 99/21

database [3] 71/22 75/13 125/3

databases [1] 73/5

date [8] 85/9 87/16 92/24 93/19 119/7 121/9 121/14 121/22

dating [1] 118/1

Daubert [4] 41/10 42/9 43/8 43/16

Dave [14] 41/16 41/23 42/14 42/16 43/22 98/8 101/9 102/18 102/22 102/23 102/24 102/25 127/21 127/25

Dave's [1] 102/16

David [21] 1/4 59/1 92/5 92/8

92/25 94/7 96/13 97/5 98/17 99/8 99/20 102/6 102/11 103/2 103/21 110/17 127/14 127/16 128/1 128/3 128/5

day [11] 1/9 32/4 32/4 33/15 33/15 107/18 120/16 120/17 121/17 129/9 129/15

days [3] 71/3 73/7 121/1

de [1] 1/22

deadline [1] 87/9

deadlines [2] 87/2 87/2

deal [1] 42/18

dealing [2] 15/25 80/25

dealings [1] 113/3

death [3] 127/14 127/16 127/18

debugging [7] 93/1 100/7 100/17 100/19 101/7 101/9 101/15

decades [1] 52/3

deceitful [1] 43/15

deceive [3] 43/11 44/23 44/23

December [5] 91/19 100/24 117/25 117/25 121/16

decided [2] 73/24 91/2

DECK [1] 63/5

Deckers [1] 63/5

declaration [2] 46/17 124/14

declarations [4] 46/7 46/8 46/9

**D**

declarations... [1]
50/1
decorative [1]
64/8
deductions [3]
122/2 122/3 122/15
deemed [1] 24/22
Defendant [4] 1/8
1/19 2/5 58/10
Defendant's [15]
2/11 4/5 54/6 58/4
84/24 85/12 85/16
85/17 114/16
114/20 115/1
115/25 118/6 119/2
119/2
Defense [3] 1/4
58/5 125/25
deficits [1] 32/14
Define [1] 37/1
defined [2] 14/16
36/24
defines [1] 32/12
defining [1] 52/4
Definitely [1]
111/1
definition [3]
23/11 29/6 38/11
definitions [1]
38/12
defraud [1] 128/3
degree [26] 65/9
66/4 66/9 66/12
66/17 66/24 68/5
68/12 68/15 73/22
75/9 75/12 75/17
90/1 115/20 122/19
122/25 122/25
123/1 123/2 123/4
123/7 123/13
123/16 123/17
123/23

degrees [7] 66/14
66/18 66/21 75/10
107/16 115/22
122/18
delayed [1] 30/18
delete [1] 98/1
delineates [1]
26/23
demands [1] 29/2
demonstrates [1]
115/16
DeMorgan [7] 74/10
74/11 74/11 74/13
74/16 74/19 75/24
denying [1] 4/5
department [1]
125/6
depending [1]
23/22
depends [3] 48/22
108/1 120/16
deposed [2] 8/4
9/3
deposing [2] 37/15
38/2
deposition [6] 8/1
8/17 8/19 33/8
45/2 45/20
depositions [1]
7/23
derivatives [1]
70/24
derives [1] 70/15
describe [4] 34/14
64/14 66/8 66/8
described [4]
18/25 69/23 75/9
112/23
describes [1]
125/21
describing [3]
33/22 81/17 87/8
description [1]
95/5

design [2] 75/13
125/21
designs [1] 70/4
desktop [1] 105/12
detail [3] 13/21
18/25 98/24
details [5] 50/8
118/12 118/23
124/9 127/12
detect [1] 82/4
detected [1] 75/1
detection [1] 82/6
determination [1]
115/19
determine [2]
46/23 105/3
determined [1]
115/12
develop [4] 52/23
76/9 78/11 80/4
developed [8]
41/20 73/7 76/7
82/3 82/4 93/21
115/20 125/4
developing [3]
23/9 32/17 82/10
development [1]
93/16
developmentally [1]
17/16
DEVIN [1] 1/13
diagnosed [4]
55/25 56/14 64/22
66/19
diagnosis [4] 11/7
45/21 45/22 52/6
dictionary [3]
38/11 38/12 38/13
did [168]
didn't [29] 17/24
23/15 24/6 24/16
30/21 31/4 42/3
61/4 66/24 69/20
78/18 79/8 80/23

**D**

**didn't... [16]**
81/22 83/17 84/5
91/1 91/3 91/4
98/1 100/10 100/13
102/14 103/8
106/18 107/17
109/6 110/12 112/8
**died [1]**  64/7
**differences [1]**
98/1
**different [27]**
7/25 12/19 25/25
28/21 28/21 28/23
33/22 43/18 50/21
63/4 63/8 64/3
71/4 74/10 74/14
78/8 78/13 79/9
80/8 80/11 80/12
82/10 97/23 97/25
99/7 100/12 111/24
**differently [1]**
50/5
**difficult [2]**
92/13 112/2
**difficulties [2]**
110/24 111/2
**difficulty [9]**
52/10 56/22 64/21
71/17 91/4 109/5
109/10 109/18
109/19
**digital [2]**  92/16
115/20
**dinner [1]**  42/2
**direct [9]**  2/8
40/8 40/10 42/3
42/23 44/5 47/9
58/21 70/19
**directions [1]**
16/7
**directives [1]**
17/19

**directly [8]**
39/7 40/16 43/1
47/25 50/22 78/10
119/4
**director [2]**  77/6
102/13
**disabilities [3]**
21/10 32/18 58/1
**disability [4]**
26/14 30/17 43/14
51/8
**disagree [1]**  46/2
**discarded [2]**
13/14 13/18
**discrepancies [3]**
32/7 32/13 33/21
**discrete [1]**  65/10
**discuss [3]**  4/14
39/7 102/14
**discussed [5]**
25/13 50/15 51/16
98/11 98/14
**discussing [1]**
25/7
**discussion [6]**
25/8 39/19 56/10
78/25 84/15 87/6
**disorder [3]**  11/2
11/7 64/22
**disputing [1]**
78/19
**distance [1]**  66/23
**distributed [2]**
83/22 89/11
**distribution [1]**
89/12
**DISTRICT [7]**  1/1
1/1 1/10 1/24
129/3 129/6 129/7
**dive [1]**  39/8
**dividend [1]**
122/15
**divinity [1]**  68/8
**division [3]**  1/2

**divorced [2]**  60/1
83/5
**DNS [1]**  107/7
**do [133]**
**do-over [1]**  44/4
**doc [3]**  88/2 88/2
88/4
**docketed [1]**  4/6
**doctor [2]**  3/25
27/18
**doctorate [2]**  68/9
123/12
**document [17]**  21/9
26/5 32/17 41/22
85/7 86/4 86/5
87/20 90/10 95/5
112/22 114/8
114/20 114/22
115/13 116/17
121/5
**documentation [1]**
93/25
**documented [1]**
89/20
**documenting [1]**
89/17
**documents [11]**
41/15 44/17 46/1
46/6 49/11 49/13
49/16 49/18 49/20
85/3 112/23
**does [34]**  6/25
10/4 12/3 16/16
16/22 18/21 20/20
22/14 22/15 25/21
26/9 27/13 28/6
28/18 28/20 29/1
30/1 31/9 31/9
38/1 38/3 38/3
55/24 56/14 57/14
87/23 88/14 89/3
89/7 89/16 89/23
95/25 104/1 122/13

**D**

**doesn't [7]** 20/19
32/10 37/22 43/24
45/14 46/2 86/23

**doing [30]** 16/12
25/6 46/23 50/10
64/25 66/12 71/10
72/6 72/19 73/9
74/1 79/3 81/24
82/11 82/13 82/20
83/14 87/25 90/1
101/24 104/23
111/10 112/1 122/5
122/6 122/6 122/18
122/20 126/17
127/5

**dollar [3]** 80/9
80/9 80/10

**dollars [5]** 108/9
108/9 108/12
108/25 125/1

**domain [16]** 19/21
20/13 20/24 23/22
32/7 33/23 105/16
107/6 116/22 117/5
117/6 117/7 118/2
118/13 118/18
119/7

**domains [12]** 18/19
19/15 19/16 19/18
19/21 21/7 23/13
25/18 32/8 33/22
33/23 118/14

**domestic [1]** 19/25

**Don [13]** 15/19
72/3 93/6 94/2
95/20 96/2 96/2
96/5 96/11 97/15
98/7 103/17 110/19

**don't [35]** 3/22
6/8 6/21 7/1 8/3
11/8 15/15 16/5
17/21 18/13 18/14

44/16 50/6 51/7
53/2 54/15 54/25
62/19 66/9 71/10
78/3 78/21 93/5
101/5 107/16 116/3
119/17 120/20
120/22 122/7 122/7
122/23

**done [19]** 10/1
10/23 12/16 12/17
12/20 26/11 26/12
38/19 42/22 48/19
70/16 80/24 80/24
89/13 91/5 91/9
93/24 111/19
121/11

**door [3]** 40/16
43/25 70/8

**Dorian [1]** 3/11

**double [1]** 106/19

**down [20]** 6/3
11/14 24/13 24/15
24/17 55/19 62/21
70/22 71/16 71/18
82/19 83/18 84/2
86/25 96/17 104/9
104/14 104/16
126/20 127/19

**download [1]**
101/18

**DR [98]** 2/6 9/13
10/4 10/24 11/9
12/12 15/19 15/19
16/21 18/1 18/2
18/3 20/22 21/17
25/22 26/6 27/8
27/14 28/2 28/7
29/25 30/14 31/17
31/19 31/20 33/9
34/14 35/18 36/18
37/5 37/7 38/2
38/4 38/20 40/14
41/11 41/15 41/19

43/6 43/9 43/21
44/14 45/22 45/25
46/16 46/17 46/21
47/3 47/19 48/9
49/11 49/13 49/18
50/1 50/11 50/21
52/6 53/6 53/23
53/24 53/25 55/1
56/25 57/3 57/8
58/7 58/12 58/23
58/25 59/12 59/19
67/20 67/25 71/16
72/24 75/5 77/23
78/17 80/23 87/12
88/6 105/3 112/19
113/14 114/8
114/12 115/9 116/4
116/16 119/4 120/7
125/15 125/15
126/7 127/14

**Dr. [70]** 3/5 3/15
3/17 3/23 5/2 5/3
5/9 8/16 11/21
11/23 12/3 13/3
13/20 14/9 15/9
16/21 16/22 17/6
18/7 19/2 21/15
22/1 22/8 23/15
23/15 24/21 25/16
25/25 26/5 28/8
30/21 31/9 33/7
34/9 35/17 39/5
39/8 40/7 40/19
40/20 42/3 43/1
43/2 43/6 43/18
43/21 44/5 44/13
44/20 45/13 46/25
47/1 47/12 48/18
49/5 51/19 51/25
52/3 52/8 53/15
54/17 54/18 54/25
55/8 55/16 55/17
56/14 58/3 58/5

**D**

**Dr.... [1]** 112/20
**Dr. Celine [1]**
15/9
**Dr. Craig [4]** 3/5
3/15 3/17 58/5
**Dr. Edman's [1]**
47/1
**Dr. Klin [39]** 3/23
5/2 5/3 5/9 8/16
25/25 30/21 33/7
34/9 39/5 39/8
40/7 40/19 40/20
42/3 43/1 43/2
43/6 43/18 43/21
44/5 44/13 45/13
46/25 48/18 49/5
51/19 51/25 52/3
52/8 53/15 54/17
54/18 54/25 55/8
55/16 55/17 56/14
58/3
**Dr. Klin's [3]**
19/2 44/20 47/12
**Dr. Matthew [1]**
112/20
**Dr. Saulnier [18]**
11/21 11/23 12/3
13/3 13/20 14/9
16/21 16/22 17/6
18/7 21/15 22/1
22/8 23/15 24/21
25/16 26/5 28/8
**Dr. Wright [3]**
23/15 31/9 35/17
**draft [1]** 95/6
**dream [1]** 102/16
**drew [1]** 44/24
**drive [5]** 34/20
34/20 104/4 120/13
120/24
**driving [2]** 34/23
111/24

**door [2]** 61/12
66/20
**dropped [1]** 102/12
**drought [1]** 126/4
**dumb [1]** 63/3
**during [9]** 59/8
63/22 67/4 68/10
68/24 69/6 75/8
112/19 114/8
**dust [2]** 111/4
111/4
**dust-free [1]**
111/4
**dynamic [1]** 100/10

**E**

**each [13]** 3/19
4/25 9/13 11/8
18/18 19/14 19/21
22/11 23/22 39/23
47/4 50/22 105/21
**earlier [5]** 50/15
52/8 90/17 90/24
121/15
**early [14]** 21/6
63/2 69/11 70/15
71/2 71/3 71/3
71/12 72/19 72/19
73/7 81/20 91/21
120/20
**earned [1]** 125/10
**easier [1]** 59/9
**easily [2]** 55/25
56/15
**eCash [5]** 81/21
83/22 89/6 89/8
89/11
**ECDSA [1]** 94/18
**economics [1]**
122/21
**editing [1]** 99/22
**edits [1]** 99/1
**Edman [1]** 112/20
**Edman's [1]** 47/1

**educate [1]** 47/18
**educates [1]** 47/25
**education [4]**
64/14 65/9 122/14
122/16
**Edwin [1]** 65/21
**effect [3]** 9/5
37/16 47/19
**effectively [6]**
70/25 80/2 80/7
80/11 87/25 125/7
**effort [1]** 111/23
**efforts [1]** 44/22
**eight [5]** 20/25
64/17 69/16 69/22
70/1
**either [5]** 9/21
50/3 50/25 79/24
102/4
**electrical [1]**
66/12
**electricity [2]**
108/7 108/21
**electronic [8]**
62/15 63/6 63/8
63/11 69/10 70/6
80/7 119/14
**electronically [1]**
119/15
**electronics [2]**
62/7 63/6
**Eleven [1]** 63/12
**Elevens [1]** 80/13
**elicit [1]** 30/17
**eligibility [2]**
26/18 26/19
**eliminate [1]**
40/11
**else [6]** 10/15
40/14 65/20 73/8
96/6 99/10
**email [9]** 35/17
102/22 115/16
116/25 117/2 117/3

**E**

**email... [3]** 117/4
117/7 127/17
**emailed [2]** 92/7
100/21
**emails [1]** 46/18
**emotion [3]** 55/25
56/15 56/21
**emotional [2]** 57/7
102/12
**emotions [2]** 56/17
56/22
**employed [1]** 85/6
**employees [1]**
75/24
**employment [2]**
76/1 121/9
**enable [2]** 82/18
88/1
**end [13]** 22/6
39/19 43/20 44/22
45/6 47/1 48/3
56/10 63/14 64/3
78/25 107/4 109/12
**ended [4]** 64/19
65/8 72/17 77/5
**engaged [2]** 101/23
103/15
**engaging [1]** 8/21
**engineer [1]** 63/6
**engineering [3]**
66/13 66/25 70/7
**enhanced [1]** 53/5
**enormous [1]** 32/13
**enough [3]** 19/11
79/8 91/14
**ensure [2]** 13/10
75/1
**enter [1]** 14/22
**entered [1]** 4/4
**entire [2]** 13/15
43/16
**entities [1]** 126/5

**entitled [1]** 12/12
**entries [3]** 88/13
125/16 126/25
**entry [6]** 87/23
88/9 88/10 88/20
89/3 89/15
**environment [1]**
111/4
**equipment [9]** 70/8
88/12 107/4 107/23
107/25 108/5 127/4
127/7 127/13
**equivalent [1]**
109/19
**errors [1]** 100/20
**ESQ [10]** 1/13 1/13
1/16 1/16 1/17
1/19 1/20 1/20
1/21 1/21
**essence [1]** 27/19
**essentially [2]**
46/22 47/2
**establish [5]**
24/13 28/5 77/25
78/1 78/2
**established [1]**
17/23
**establishing [2]**
52/10 78/11
**Estate [5]** 1/4
76/3 76/3 76/13
77/1
**Estates [1]** 76/25
**estimate [6]** 5/18
8/21 17/6 17/25
18/12 25/6
**estimation [1]**
8/22
**eSvn [1]** 101/17
**et [5]** 70/19 70/22
115/17 126/5 127/4
**etymological [1]**
35/24
**evaluating [1]**

**evaluation [3]**
13/25 25/4 25/7
**even [11]** 23/23
28/20 33/21 35/14
42/9 45/21 80/9
81/10 109/6 109/6
111/16
**eventually [1]**
74/15
**ever [1]** 92/25
**Everton [1]** 64/17
**every [5]** 11/9
24/24 47/4 65/23
74/24
**everybody [1]**
50/10
**everyday [6]** 14/13
18/22 18/22 28/25
29/2 31/20
**everyone [13]** 3/2
3/9 3/20 40/3 62/7
96/11 100/4 103/1
104/23 110/2
110/11 110/16
110/16
**everything [1]**
53/10
**evidence [25]** 39/2
39/5 40/5 43/2
43/5 43/5 43/25
45/3 45/23 45/25
46/20 46/24 47/4
49/10 50/1 50/11
50/14 50/20 51/15
85/15 85/16 112/12
116/13 119/20
119/21
**EX [1]** 2/11
**exact [1]** 120/22
**exactly [11]** 17/1
17/22 17/24 18/8
18/11 18/12 21/15
45/10 46/11 93/6

**E**

**exactly... [1]**
120/20

**examination [14]**
2/6 2/7 2/8 5/7
40/10 42/11 42/23
44/5 47/17 51/20
51/23 58/21 59/8
128/10

**example [12]** 5/19
21/21 22/5 35/8
35/12 35/13 35/16
36/16 38/17 45/24
56/25 58/2

**examples [6]** 14/12
18/23 20/6 25/18
38/23 38/23

**except [2]** 18/20
51/2

**exchange [11]**
65/18 73/12 73/13
73/19 73/21 73/23
73/23 74/1 74/4
75/4 104/18

**exchanges [1]**
73/18

**exciting [1]** 98/20

**excuse [6]** 9/12
23/15 31/25 40/19
41/24 127/5

**excused [4]** 53/25
54/4 54/5 58/3

**exhibit [15]** 38/25
41/1 41/17 45/3
45/15 51/16 85/16
85/18 104/20 105/3
114/6 114/14
119/12 119/13
119/21

**exhibits [1]** 41/18

**expect [4]** 18/19
23/9 32/16 52/16

**expenditures [1]**

**expenses [7]** 122/4
122/14 122/14
122/16 125/8
126/25 127/1

**experience [4]**
7/21 17/4 78/9
115/19

**experiences [2]**
33/15 36/19

**experiment [1]**
92/17

**expert [13]** 5/16
6/11 27/11 27/20
29/10 46/21 46/25
47/14 47/24 49/17
52/19 78/20 108/16

**explain [12]** 34/2
41/10 42/4 45/20
46/22 47/5 62/10
69/25 70/12 85/20
109/17 126/24

**explained [1]** 37/2

**explaining [1]**
117/1

**expound [1]** 36/7

**express [1]** 56/17

**expresses [1]** 33/9

**expressing [1]**
56/22

**expressions [1]**
57/7

**expressive [2]**
19/16 19/24

**expressly [1]**
40/10

**extend [2]** 7/3
82/16

**extended [1]** 7/2

**extent [1]** 48/1

**extra [3]** 8/10
8/11 84/11

**extreme [4]** 29/7
32/14 57/8 58/1

**extremely [1]**
34/15

**F**

**F-111s [1]** 71/23

**fabrication [1]**
77/24

**face [1]** 28/3

**faced [1]** 46/12

**faces [1]** 56/23

**fact [9]** 17/3 17/5
25/13 43/11 43/24
44/16 46/3 57/1
102/23

**factors [1]** 91/8

**facts [4]** 35/14
41/14 47/15 47/16

**Fahrenheit [1]**
107/17

**fail [2]** 98/16
107/13

**failing [1]** 32/14

**failings [1]** 81/23

**fair [4]** 16/14
19/11 25/2 35/23

**Fall [1]** 91/22

**Fallacy [2]** 99/8
99/21

**familiar [1]**
118/15

**families [1]** 29/13

**family [8]** 9/4
15/24 59/25 60/14
60/23 71/22 71/24
110/13

**far [4]** 7/21 93/20
120/15 125/9

**farm [8]** 105/11
106/8 107/9 111/16
120/9 126/2 126/2
126/3

**fashion [4]** 18/22
81/16 81/17 107/8

**father [7]** 60/1

**father... [6]** 60/2
 60/3 60/4 60/7
 65/21 65/21
**fault [1]** 35/14
**favorite [1]** 38/12
**fed [1]** 9/17
**federal [3]** 76/4
 83/19 115/22
**feel [3]** 8/4 25/19
 56/20
**fell [3]** 83/4
 100/15 127/21
**felt [1]** 25/14
**FERNANDEZ [2]** 1/21
 3/16
**feverishly [1]** 4/3
**few [5]** 41/22
 60/20 83/8 98/1
 98/9
**fiber [3]** 107/1
 107/1 107/4
**field [1]** 52/4
**fifty [1]** 108/13
**fight [1]** 74/14
**fights [1]** 60/2
**figure [1]** 54/21
**figures [1]** 37/9
**file [1]** 116/2
**filed [2]** 119/15
 125/6
**files [2]** 97/24
 100/13
**filing [2]** 46/7
 46/7
**filings [2]** 93/16
 93/17
**fill [1]** 86/14
**filled [1]** 9/13
**fills [1]** 10/4
**final [7]** 89/20
 91/2 121/11 121/16
 121/22 121/24

**finally [2]** 34/20
 123/6
**finance [2]** 75/11
 123/21
**financial [3]**
 91/15 91/20 91/21
**find [5]** 17/12
 59/9 81/22 102/25
 111/16
**fine [3]** 29/18
 100/11 116/3
**finish [9]** 24/8
 66/24 87/9 87/15
 87/17 87/23 88/2
 88/4 90/22
**finished [6]** 73/11
 90/24 93/11 122/19
 123/18 123/25
**Finney [9]** 94/13
 94/19 94/20 100/12
 101/2 101/23 102/6
 103/7 110/2
**firewall [3]**
 107/23 107/24
 113/18
**firm [10]** 77/5
 77/9 77/13 78/9
 79/2 79/10 82/13
 102/14 113/8
 121/23
**first [40]** 17/9
 28/1 34/18 46/12
 55/24 61/13 64/17
 65/9 66/3 66/3
 69/14 69/24 71/8
 71/20 73/21 74/22
 75/20 81/15 81/18
 82/25 83/7 85/20
 90/12 93/16 94/1
 94/25 95/6 95/15
 95/17 95/18 95/20
 96/6 96/7 96/16
 105/24 112/6 114/5

 119/8
**five [10]** 20/25
 32/11 48/5 54/11
 55/2 55/6 60/1
 104/17 108/13
 111/7
**five-minute [3]**
 48/5 54/11 55/6
**FLEXNER [1]** 1/15
**flicked [1]** 97/13
**flip [4]** 122/12
 124/1 124/2 125/13
**floating [1]** 97/23
**flooded [1]** 111/21
**flooding [1]**
 111/20
**FLORIDA [9]** 1/1
 1/14 1/18 1/22
 1/25 129/3 129/7
 129/15 129/18
**flow [1]** 78/10
**flsd.uscourts.gov
 [2]** 1/25 129/19
**flush [1]** 111/9
**focused [7]** 20/4
 35/10 35/22 35/24
 37/6 38/5 38/9
**focusing [1]** 58/1
**follow [3]** 24/9
 89/17 102/17
**followed [2]** 46/13
 77/2
**following [4]** 8/16
 8/17 33/8 70/6
**follows [2]** 55/24
 57/10
**Force [6]** 67/4
 67/7 71/21 71/25
 72/7 72/16
**forces [1]** 63/23
**foregoing [1]**
 129/10
**forensics [1]**

**F**

**forensics... [1]** 115/21

**forge [1]** 49/16

**forged [3]** 45/25 49/11 49/13

**forgeries [1]** 112/23

**form [13]** 4/11 4/13 9/18 9/20 13/7 16/18 58/25 85/3 85/21 86/5 86/8 100/12 126/15

**formal [2]** 84/10 84/16

**formally [3]** 83/8 100/4 118/4

**formatting [1]** 99/2

**formed [4]** 91/24 92/5 117/11 127/10

**former [1]** 110/14

**forming [1]** 84/4

**forms [2]** 10/11 70/15

**formulating [1]** 84/5

**forth [3]** 69/19 90/20 100/20

**Fortran [1]** 69/19

**Forty [1]** 57/15

**Forty-two [1]** 57/15

**forward [10]** 4/1 48/10 58/8 77/19 122/12 124/1 124/3 124/13 125/11 125/13

**forwarded [1]** 35/18

**forwards [2]** 100/23 102/22

**found [9]** 31/18

31/20 31/24 32/4 42/11 52/14 52/16 79/8 100/9

**Foundation [2]** 115/2 119/3

**founders [1]** 81/20

**four [11]** 6/19 7/4 7/16 7/19 20/25 32/11 48/20 105/11 105/14 108/13 120/13

**Fourteen [1]** 125/18

**fourth [1]** 66/24

**fragile [1]** 89/9

**fragments [2]** 93/15 94/15

**frame [3]** 83/10 89/21 109/7

**fraud [2]** 82/4 82/6

**fraudulent [3]** 46/6 49/18 49/20

**free [2]** 45/1 111/4

**FREEDMAN [3]** 1/12 1/13 3/10

**frequent [1]** 39/24

**Friday [6]** 5/15 9/7 34/10 34/18 38/4 38/16

**friend [2]** 53/7 99/13

**friends [5]** 65/15 76/14 91/25 102/24 102/25

**friendship [5]** 52/11 52/14 52/15 53/5 53/17

**friendships [1]** 52/24

**front [3]** 18/6 46/14 46/20

**FTP [1]** 100/1

**full [2]** 106/15

**fully [2]** 58/13 119/9

**function [1]** 73/9

**functions [2]** 31/25 31/25

**further [12]** 44/7 47/10 47/11 47/17 53/23 61/3 61/8 98/10 114/1 125/13 128/7 129/12

**G**

**Gables [1]** 1/22

**gain [1]** 14/4

**gains [2]** 124/25 126/6

**gambler [1]** 81/5

**gambling [3]** 75/1 79/24 80/1

**game [5]** 69/8 69/9 69/24 71/6 84/1

**game-theoretic [1]** 84/1

**games [4]** 30/10 30/25 31/10 69/11

**gaming [8]** 79/18 80/4 80/6 81/1 81/16 82/16 82/18 83/11

**garage [4]** 106/18 106/18 106/19 107/12

**Gareth [2]** 97/1 98/6

**gave [9]** 13/13 16/18 31/10 35/16 36/16 87/2 89/1 97/1 101/8

**Gavin [7]** 101/11 101/13 101/16 101/20 102/1 102/3 102/6

**Gavin's [1]** 101/16

# G

**GCC [1]**   100/12

**geared [1]**   16/11

**generally [1]**   18/2

**generated [2]**
13/22 14/10

**generates [1]**
14/22

**gentleman [2]**   35/4
35/5

**Gentlemen [8]**   4/24
39/20 49/1 55/13
56/12 58/18 104/24
128/11

**Georgia [1]**   57/22

**Germany [1]**   62/14

**gestures [1]**   56/24

**get [26]**   3/3 5/1
5/14 7/17 8/11
10/5 23/3 23/3
29/14 35/2 36/17
45/20 56/21 68/9
76/18 82/18 97/7
107/15 109/4
109/22 110/2 110/4
111/19 114/14
115/4 122/24

**gets [8]**   14/12
27/8 27/9 37/6
70/19 70/23 78/11
119/16

**getting [4]**   12/12
21/1 75/3 111/25

**gifted [1]**   57/16

**give [10]**   4/7 4/15
8/11 22/5 47/24
48/4 51/13 61/10
75/5 91/15

**given [6]**   7/22 8/1
25/20 25/20 50/5
97/1

**giving [5]**   8/17
8/24 33/8 33/16

**glean [1]**   12/6

**global [1]**   73/17

**go [47]**   3/2 3/20
7/17 11/8 11/18
11/19 13/20 16/4
17/22 22/6 24/13
24/20 28/6 29/19
30/7 31/6 39/15
39/20 40/3 43/13
43/24 47/3 61/13
61/15 66/5 66/9
75/25 77/13 87/1
90/12 91/17 93/15
93/18 93/20 94/5
94/7 102/25 103/24
111/10 112/9 116/9
121/25 124/13
124/22 125/11
125/17 125/19

**godsend [1]**   102/10

**goes [10]**   15/20
16/5 39/6 43/1
70/22 78/22 83/24
84/2 88/22 89/5

**going [49]**   4/7
4/13 6/19 8/7 16/1
21/12 21/12 23/10
23/14 24/16 29/23
34/24 35/5 35/6
36/1 37/2 37/16
37/17 37/20 38/14
39/25 40/5 40/15
40/16 41/8 41/13
41/14 41/18 42/5
42/17 44/2 44/8
45/12 45/14 48/19
49/6 49/8 59/3
65/8 70/11 71/16
98/22 100/2 100/22
111/15 119/18
124/14 125/15
127/24

**going 45 [1]**   35/6

**gold [1]**   30/23

**gone [3]**   9/11
46/13 46/15

**Gonzalez [1]**   3/17

**good [17]**   3/2 3/12
3/13 3/19 4/24
4/25 5/9 5/10 5/13
51/25 52/1 58/23
58/24 102/2 103/16
120/17 128/8

**got [29]**   8/11 14/8
16/9 24/19 27/3
28/18 40/7 64/3
65/9 65/21 75/18
75/19 76/19 82/22
83/4 88/6 88/20
90/3 91/14 93/21
93/21 96/8 96/15
98/8 98/8 98/9
101/5 101/13
123/24

**gotten [1]**   34/20

**government [6]**
74/24 80/1 83/18
95/25 110/15
122/17

**graduate [1]**
123/18

**Grand [1]**   80/25

**grandfather [6]**
61/19 62/4 62/5
62/17 63/19 63/21

**grandmother [1]**
61/18

**grandparents [3]**
60/24 61/11 61/16

**Granger [8]**   84/19
84/21 87/3 87/5
87/6 87/8 88/16
98/7

**Granger's [1]**
86/19

**granted [2]**   118/4
119/9

# G

**graph [2]** 89/25
91/1
**great [7]** 13/2
15/1 29/19 30/6
30/17 32/7 98/20
**Grokster [2]** 76/8
83/16
**ground [1]** 106/13
**group [1]** 93/25
**growing [4]** 60/15
61/1 61/16 62/9
**growing-up [1]**
60/15
**guess [3]** 5/15
48/22 102/16
**guys [1]** 9/23

# H

**had [146]**
**hadn't [2]** 91/1
127/10
**hair [1]** 43/12
**hair-split [1]**
43/12
**Hal [13]** 94/13
94/16 94/19 94/20
100/11 101/2
101/22 101/22
101/23 102/6 103/7
103/15 110/1
**half [2]** 106/11
120/13
**Halloween [5]**
64/15 66/5 99/25
122/24 123/16
**hamshack [3]** 62/6
62/10 63/19
**hand [4]** 55/18
58/8 59/12 129/14
**hands [1]** 37/18
**handwriting [2]**
85/7 88/3
**handwritten [2]**

**happen [1]** 57/14
**happened [2]** 79/18
91/15
**happening [1]** 83/3
**happens [3]** 13/19
43/14 57/6
**happy [4]** 57/3
57/3 91/15 91/17
**hard [3]** 24/8
37/10 102/25
**has [35]** 4/4 4/12
13/20 15/11 23/1
28/5 36/5 38/21
39/15 41/9 42/4
43/17 44/14 44/19
45/25 45/25 46/25
48/18 49/10 49/11
49/17 49/25 50/11
50/20 55/2 55/17
78/2 79/22 85/21
86/14 88/14 104/14
116/4 119/4 126/20
**hate [1]** 120/16
**have [146]**
**haven't [2]** 7/23
78/1
**having [7]** 12/5
18/7 57/25 61/5
64/24 71/17 80/14
**he [143]**
**he's [14]** 38/8
38/9 41/12 42/3
42/13 42/14 44/20
46/18 54/18 57/4
94/24 95/25 103/10
103/10
**heals [1]** 84/3
**hear [2]** 61/4
80/23
**heard [9]** 41/11
45/25 47/21 49/10
49/17 50/20 53/10
77/22 126/18

**hearing [3]** 37/13
61/5 71/17
**heart [1]** 43/16
**heat [1]** 107/18
**heavily [2]** 96/17
101/13
**heavy [1]** 111/7
**Hector [2]** 112/4
112/4
**help [6]** 92/22
94/8 100/17 101/7
101/9 102/7
**helped [9]** 63/22
71/22 72/13 72/20
74/21 75/3 76/9
76/10 90/7
**helpful [1]** 59/7
**helping [1]** 110/1
**her [19]** 13/13
13/15 13/16 13/18
16/24 17/2 17/3
17/4 22/1 22/3
23/20 24/21 60/5
61/13 61/14 117/11
117/25 118/1 118/4
**here [28]** 8/10
16/20 18/6 19/7
19/14 34/10 37/16
37/17 37/20 46/23
54/19 82/22 87/8
89/8 90/3 94/23
102/9 103/9 107/17
112/19 112/25
117/12 120/7 121/8
121/21 126/24
126/25 128/12
**Here's [2]** 8/10
116/18
**hereby [1]** 129/7
**hereunto [1]**
129/14
**hernandez [6]** 1/23
1/25 129/5 129/17
129/17 129/19

# H

**heteroscedastics [1]** 123/2

**Hi [2]** 3/2 3/12

**high [5]** 21/20 30/20 52/24 64/16 107/4

**high-end [1]** 107/4

**higher [2]** 11/10 11/11

**highlight [4]** 10/18 26/25 113/13 113/14

**highly [1]** 21/11

**highways [1]** 121/2

**him [37]** 11/11 26/2 31/8 36/18 36/19 36/20 37/3 37/5 37/15 38/17 41/13 41/15 42/6 42/7 42/10 42/11 45/1 45/20 45/24 46/1 47/4 48/18 50/25 53/9 60/11 62/6 62/8 62/22 64/7 65/23 86/21 92/6 93/5 100/24 103/1 103/9 127/22

**himself [1]** 33/10

**hire [1]** 112/6

**hired [1]** 112/4

**his [63]** 7/11 10/18 10/24 11/11 24/8 25/22 26/1 26/7 26/10 27/9 27/13 27/15 28/7 28/17 30/22 32/4 32/6 33/14 36/8 36/13 38/12 40/9 41/8 41/11 41/13 41/16 42/14 42/16 43/24 44/15 44/15 45/10 45/19 45/21

45/9 47/15 47/20 48/1 48/18 50/2 53/6 53/7 53/8 53/8 57/1 57/5 62/7 62/7 62/11 63/19 63/19 78/18 78/19 88/18 100/15 101/4 104/15 104/16 113/7 113/7 114/2 114/3 127/18

**history [2]** 21/8 35/25

**hold [2]** 42/6 115/4

**holding [2]** 36/24 37/17

**holidays [1]** 67/5

**home [6]** 105/25 106/3 106/4 106/5 106/10 106/17

**Hong [3]** 79/24 80/9 81/12

**Honor [61]** 3/8 3/14 3/17 3/24 4/20 5/6 7/11 10/18 33/24 34/4 38/25 39/3 39/6 40/4 41/19 42/22 43/20 44/9 45/19 46/8 46/11 47/7 48/17 50/13 51/9 51/13 51/14 51/17 51/20 52/20 53/22 54/1 54/3 54/7 54/13 54/15 54/23 58/5 58/16 59/11 61/23 65/2 67/20 67/23 76/20 77/16 77/18 78/16 85/11 85/14 104/19 112/13 114/25 115/2 115/3 115/7 115/24 116/1 119/1 119/3 128/7

**Honor's [3]** 42/9 45/5 45/7

**HONORABLE [1]** 1/10

**hooked [2]** 106/23 106/25

**hope [2]** 3/20 4/25

**hoping [1]** 81/9

**hosted [1]** 100/2

**hour [7]** 12/10 12/12 12/21 12/25 29/24 34/23 104/4

**hours [4]** 74/2 82/2 121/3 127/25

**hours' [2]** 120/13 120/24

**house [4]** 63/20 70/9 83/7 105/11

**household [2]** 56/6 57/12

**how [55]** 5/11 8/19 16/8 16/20 17/6 17/25 18/2 29/1 30/18 31/15 38/18 38/20 42/12 47/5 47/15 47/23 48/1 56/4 57/11 61/10 63/4 64/25 70/2 73/9 73/22 74/12 76/25 78/11 83/2 83/19 91/2 91/4 91/6 92/11 92/19 95/14 96/20 97/24 98/12 98/14 101/18 104/23 105/9 106/9 106/13 107/5 109/7 113/11 113/17 115/16 120/15 120/24 127/14 127/16 127/18

**however [2]** 56/21 82/19

**Hugely [1]** 22/1

**human [1]** 52/9

**humor [3]** 35/20

**H**

**humor... [2]**   36/6
37/10
**hundred [2]**   108/13
108/13
**hundreds [1]**   15/23
**hurt [1]**   56/21
**husbands [1]**   60/6
**hypothetical [3]**
47/14 47/24 50/17

**I**

**I'd [21]**   67/3
80/20 80/24 80/24
85/11 87/10 91/4
93/5 93/8 94/15
98/2 100/23 109/7
110/11 111/15
112/9 114/25 119/1
119/13 125/4
127/23
**I'll [26]**   3/8 3/14
7/6 22/5 23/17
27/6 31/12 41/10
41/18 42/19 44/10
48/23 51/17 52/21
66/9 68/7 72/2
75/8 79/21 80/21
81/8 90/21 102/5
108/18 123/9
128/11
**I'm [63]**   4/7 4/13
5/12 17/9 20/7
20/7 20/24 23/14
23/25 24/2 26/4
28/14 29/4 32/23
33/3 35/21 35/21
36/24 37/5 38/4
39/15 40/17 41/8
41/13 41/14 41/18
42/5 42/7 42/9
42/17 49/6 49/7
49/8 49/22 58/19
59/3 61/4 61/5

62/20 68/18 70/1
71/16 75/20 77/22
77/25 78/4 80/23
86/21 87/25 94/14
94/23 95/17 97/23
100/19 101/4 102/2
105/3 115/7 116/17
119/18 123/12
123/15 126/17
**I've [11]**   6/8 6/18
10/23 15/13 15/13
51/2 51/20 79/12
101/5 119/8 121/23
**i3 [3]**   109/20
109/20 109/24
**i3-type [1]**   109/20
**i5 [1]**   109/24
**ICANN [1]**   118/13
**idea [14]**   17/8
17/25 31/14 31/15
41/20 61/10 78/11
81/15 81/25 83/13
84/4 84/8 84/8
90/3
**identified [1]**
14/2
**identify [1]**
104/19
**identity [1]**   101/4
**Ignatius [1]**   90/4
**ignore [1]**   47/3
**ill [1]**   99/23
**Illievich [3]**
95/22 95/24 103/12
**illness [2]**   67/1
67/15
**illustrate [2]**
5/19 34/17
**illustrations [1]**
14/13
**immensely [1]**
102/9
**impairment [2]**
23/5 27/8

**important [6]**
21/24 22/1 22/2
29/5 48/18 54/16
**importantly [1]**
33/21
**inappropriate [2]**
44/3 44/6
**inch [1]**   106/14
**include [1]**   71/6
**included [8]**   25/22
25/23 26/3 26/3
28/2 28/4 28/8
81/21
**includes [1]**   127/4
**including [6]**   60/3
60/5 73/5 73/6
84/13 110/1
**income [7]**   71/5
120/5 121/9 124/18
124/20 125/6
126/25
**incomplete [1]**
25/14
**inconsistencies [1]**
14/3
**increase [1]**   125/6
**incriminating [1]**
35/15
**incrimination [2]**
35/13 51/5
**independent [2]**
56/5 57/12
**India [1]**   99/19
**individual [10]**
10/16 13/6 23/21
29/12 32/9 32/10
34/23 101/11 120/2
120/4
**individuals [29]**
23/9 23/11 25/6
26/10 26/11 26/12
27/13 27/15 29/4
29/6 30/11 30/19
32/17 37/10 49/19

**individuals... [14]**
50/4 51/3 52/22
52/24 53/19 56/17
56/22 57/15 57/17
57/18 57/25 74/25
100/5 119/15
**infer [1]**  42/15
**InfiniBand [1]**
107/3
**Info [1]**  1/4
**informants [1]**
38/22
**information [20]**
4/3 9/21 10/10
10/12 12/6 12/13
13/11 13/17 13/17
14/4 14/14 25/17
30/18 31/18 74/11
75/19 114/23
114/24 119/4
125/25
**informed [2]**
127/15 127/17
**initial [2]**  89/12
89/19
**input [3]**  12/7
13/20 31/18
**inputs [2]**  14/9
14/19
**insinuate [1]**
46/15
**installed [1]**
106/20
**Institute [1]**
57/22
**instructions [2]**
4/10 4/12
**instrument [1]**
27/22
**insulated [1]**
106/19
**intact [1]**  57/16

**integrated [1]**
83/21
**Integyrs [1]**
125/25
**Intel [1]**  109/20
**intellect [5]**
21/20 23/22 30/20
52/24 57/16
**intellectual [2]**
21/10 82/2
**intelligent [1]**
21/11
**intended [2]**  36/11
45/10
**intending [1]**  45/6
**intends [1]**  44/17
**intent [6]**  31/3
43/10 44/23 44/23
46/15 56/24
**intention [2]**
37/22 57/5
**interactive [1]**
101/20
**interest [7]**  25/22
25/24 26/1 26/10
27/9 27/13 122/14
**interested [2]**
26/6 98/12
**interests [4]**
52/25 53/7 53/8
57/19
**intermediaries [1]**
123/21
**internal [2]**  86/6
86/8
**internally [1]**
86/4
**international [3]**
80/15 123/20
123/21
**internationally [1]**
16/23
**Internet [5]**  63/2
72/19 105/21 117/6

**interpersonal [3]**
20/2 22/6 23/23
**interpretation [3]**
43/5 44/15 44/18
**interpreting [1]**
21/2
**interview [9]**
11/24 12/4 16/6
25/16 29/24 31/5
31/19 36/17 38/21
**interviews [1]**
12/19
**introduce [1]**  3/8
**introduced [1]**
112/10
**invade [3]**  40/7
40/11 43/4
**invent [2]**  59/1
103/9
**inventing [1]**
103/21
**invention [1]**
127/24
**inventor [1]**  77/24
**invite [2]**  92/8
110/10
**invoice [1]**  12/22
**involved [12]**  6/6
6/8 6/18 6/20 6/25
63/5 63/6 73/15
92/25 101/12
101/14 110/2
**IP [6]**  113/6 113/9
113/11 113/13
113/14 113/17
**Ipswich [1]**  104/3
**IQ [4]**  23/8 23/9
26/20 26/22
**IRA [3]**  1/3 3/5
3/11
**irony [1]**  37/9
**irrelevant [1]**
50/8

**ir:** 128/11

**irrespective [1]**
30/19
**is [349]**
**isn't [5]**   7/4
31/21 44/4 71/18
91/13
**isolated [1]**
107/10
**ISP [1]**   72/20
**issue [8]**   39/6
43/24 45/17 59/16
75/23 77/21 77/22
89/12
**issues [2]**   4/18
40/16
**it [252]**
**it's [74]**   4/8 4/25
7/14 9/16 9/18
10/12 11/1 11/6
12/3 12/4 12/5
14/10 14/23 18/21
21/7 22/11 22/18
23/4 24/8 25/11
28/13 28/24 30/13
30/21 30/22 31/4
44/1 44/2 45/3
45/3 47/1 47/1
47/7 47/8 47/16
47/23 47/25 48/20
52/20 59/16 62/11
62/11 70/14 70/17
70/20 71/11 78/10
78/17 78/18 79/9
79/11 85/5 85/8
86/6 86/11 88/2
88/6 89/17 90/19
98/22 104/3 104/4
108/2 108/10 112/2
115/17 117/2
119/15 119/20
120/4 120/13
123/10 123/13

**item [6]**   14/18
21/24 31/1 31/2
31/3 31/7
**items [17]**   13/23
14/14 15/14 15/23
16/1 16/25 17/1
17/2 17/15 17/16
17/20 18/9 18/15
21/12 25/20 31/5
64/8
**its [6]**   4/4 4/10
21/8 93/2 94/9
119/18
**itself [2]**   85/21
86/9

**J**

**Jack [1]**   69/12
**Jamie [2]**   104/11
113/6
**January [11]**   93/2
94/9 100/7 100/18
100/22 105/6
121/10 121/20
121/21 127/9
127/11
**Japanese [6]**   63/20
63/25 64/4 64/5
64/6 64/9
**jest [1]**   37/20
**job [8]**   58/2 61/13
61/14 71/9 71/11
71/20 72/5 72/24
**jobs [3]**   68/25
69/2 72/11
**join [2]**   67/6
67/11
**joined [1]**   67/4
**joint [5]**   2/12
66/12 119/11
119/13 119/21
**JORGE [2]**   1/20
3/15

**Josh [2]**   117/10
117/18
**judge [12]**   1/10
4/21 34/7 39/10
41/5 48/7 50/10
58/19 77/21 78/7
114/14 119/17
**judgment [3]**   22/2
23/20 24/21
**judicial [1]**
108/16
**July [2]**   89/21
120/6
**junction [1]**   107/2
**June [1]**   120/6
**juror [2]**   39/15
39/24
**jury [49]**   1/11
3/22 4/10 4/13
4/19 4/22 4/23
5/16 6/5 19/3 20/6
37/4 39/1 39/9
39/22 40/8 42/15
44/2 45/20 45/25
46/14 46/22 47/19
47/25 48/12 48/25
49/10 49/17 49/25
50/11 50/20 51/12
54/14 54/16 54/25
55/2 55/11 58/18
59/24 69/25 85/17
112/15 116/13
116/16 117/9
119/18 119/23
126/24 128/14
**jury's [4]**   42/12
42/17 43/4 50/12
**just [93]**   3/8 4/14
7/21 9/3 11/8
11/19 11/24 14/9
15/15 16/10 17/3
17/5 18/13 20/6
20/9 21/5 22/5
24/4 24/4 26/24

**J**

**just... [73]**   34/18 35/21 38/18 38/19 39/17 39/23 39/24 41/11 41/13 41/14 44/5 44/8 45/6 45/13 45/20 46/13 52/2 55/18 55/25 56/15 59/15 61/10 69/21 69/23 70/8 70/9 70/11 71/18 75/5 78/5 78/20 81/9 83/10 83/19 83/25 85/2 85/20 85/22 86/14 88/21 89/22 90/9 90/12 91/8 91/20 94/3 94/7 97/25 98/2 99/24 100/5 101/5 101/8 102/3 102/24 102/24 104/13 106/2 106/7 107/1 107/14 107/18 108/5 110/16 110/24 114/12 114/14 115/4 117/2 119/18 124/1 124/10 127/25

**K**

**Kangaroo [1]**   69/12
**Karabi [1]**   104/8
**Karl [1]**   3/17
**KASS [2]**   1/21 3/16
**keep [12]**   18/11 22/10 23/25 24/3 29/5 58/19 82/1 82/18 111/9 111/15 124/14 125/15
**keeping [1]**   110/24
**Kendalls [1]**   77/4
**kept [4]**   68/10 73/25 74/1 100/22
**kettles [1]**   70/8

**key [2]**   22/16 22/22
**kid [1]**   63/9
**kids [1]**   36/20
**killed [1]**   80/2
**kilograms [1]** 111/7
**kilometers [2]** 104/9 104/17
**kilos [2]**   111/13 112/2
**kind [5]**   82/13 86/14 102/21 108/17 122/15
**kinds [1]**   102/20
**KLEIMAN [28]**   1/3 1/4 3/5 3/11 41/16 42/14 42/16 43/22 59/1 92/5 92/8 92/25 94/8 96/13 97/5 98/8 98/17 98/17 99/8 101/9 102/6 102/18 103/2 103/21 110/17 128/1 128/3 128/5
**Kleiman's [4]** 99/20 102/11 127/14 127/16
**KLIN [49]**   2/6 3/23 5/2 5/3 5/9 8/16 19/1 25/25 30/21 33/7 34/9 39/5 39/8 40/7 40/19 40/20 42/3 43/1 43/2 43/6 43/18 43/21 44/5 44/13 45/13 46/16 46/21 46/25 47/3 48/9 48/18 49/5 51/19 51/25 52/3 52/8 53/15 53/23 53/24 53/25 54/17 54/18 54/25 55/1 55/8 55/16 55/17 56/14

**Klin's [3]**   19/2 44/20 47/12
**Kmart [2]**   72/12 72/12
**knew [1]**   110/14
**know [40]**   4/2 5/23 6/2 12/21 13/12 15/2 15/5 15/14 15/15 16/20 17/1 17/3 17/13 17/22 17/25 18/2 18/13 23/14 27/2 31/15 42/12 51/13 51/17 54/15 55/18 57/2 62/19 71/10 89/10 91/1 91/3 91/4 101/5 104/11 107/16 113/3 113/17 116/3 117/2 119/7
**knowing [1]**   29/1
**knowledge [3]** 57/20 79/9 104/11
**knows [2]**   10/8 10/16
**Kong [3]**   79/24 80/9 81/12
**KYLE [2]**   1/13 3/10

**L**

**Ladies [8]**   4/24 39/20 49/1 55/12 56/11 58/17 104/23 128/11
**language [16]** 19/24 35/9 69/17 69/18 70/1 70/12 70/14 70/17 70/18 70/19 70/21 70/23 70/23 70/24 90/18 90/19
**languages [2]** 69/22 71/9

**laptop [1]** 109/24
**laptops [1]** 105/13
**large [6]** 8/3 73/6
82/6 86/2 94/1
111/6
**larger [2]** 93/21
93/21
**Lasseters [14]**
74/21 75/8 78/9
79/3 79/16 79/19
79/22 80/2 80/4
81/2 82/12 82/15
87/11 90/17
**last [3]** 42/1 60/3
104/6
**Late [1]** 69/16
**later [12]** 12/7
13/14 21/8 53/9
69/10 70/25 72/17
72/18 73/24 83/8
87/13 93/20
**launch [1]** 74/21
**law [8]** 4/7 7/24
122/20 123/16
123/17 123/18
123/19 123/20
**lay [1]** 46/13
**layer [2]** 107/24
107/24
**Leading [4]** 72/1
79/4 80/19 109/14
**learn [5]** 62/20
62/21 79/11 127/14
127/16
**learned [3]** 70/25
83/11 83/18
**learning [2]** 57/20
70/2
**least [2]** 25/7
29/15
**leave [1]** 74/3
**left [8]** 9/6 64/5

121/16 121/23
121/23
**legal [1]** 8/21
**legally [1]** 74/22
**leisure [1]** 20/3
**Leon [1]** 1/22
**less [1]** 108/25
**let [35]** 4/2 5/3
8/10 20/6 24/5
24/10 39/11 39/17
42/19 44/13 46/12
54/24 54/24 55/20
58/12 59/15 60/7
70/11 82/21 83/10
86/25 87/3 88/13
90/8 90/12 94/7
99/24 103/24 105/4
106/2 112/9 114/4
115/4 116/8 122/15
**let's [45]** 3/2
4/22 5/14 8/6
11/13 11/18 11/19
19/1 20/9 22/10
24/10 26/24 26/24
28/1 28/6 28/10
28/11 29/14 29/19
29/20 30/7 39/20
48/5 54/11 54/21
55/2 55/10 64/15
74/17 81/5 85/20
88/20 89/3 89/15
98/8 114/5 121/25
122/12 124/1
124/13 124/22
125/11 125/13
125/15 125/18
**level [10]** 18/20
23/21 53/20 70/17
109/5 109/10
109/18 109/19
118/14 122/22
**libraries [2]** 71/1
100/10

**library [1]** 100/13
**LICATA [2]** 1/17
3/10
**licensed [1]** 74/22
**lie [1]** 49/16
**life [17]** 5/17
17/9 22/19 23/12
29/1 29/1 29/2
29/8 30/12 30/16
30/22 38/22 53/6
59/25 60/5 60/8
65/16
**lightning [1]**
111/17
**like [60]** 8/3
13/19 14/9 14/23
16/10 16/17 21/22
23/8 29/10 37/19
38/1 38/3 38/3
46/15 57/21 61/20
62/11 62/11 62/19
63/8 64/6 69/11
69/13 69/19 69/20
70/7 73/6 75/11
79/11 80/7 80/9
80/13 81/12 83/21
86/20 89/10 90/5
93/1 94/16 94/17
99/5 100/3 101/13
102/18 102/20
104/4 104/9 104/15
109/20 112/9
114/11 118/14
119/11 121/2 122/5
122/13 122/22
123/6 123/13
123/21
**likely [1]** 11/1
**likes [1]** 57/1
**LimeWire [2]** 76/8
83/15
**limine [1]** 41/10
**Limited [2]** 74/11
75/2

**line [9]**   42/10
44/24 87/9 87/15
89/5 89/18 89/22
90/12 99/3
**lines [5]**   32/20
32/24 33/2 92/11
92/19
**link [2]**   100/3
100/10
**linked [1]**   70/21
**Linux [1]**   101/25
**Lisarow [7]**   105/11
105/19 106/1 106/6
106/10 107/12
120/15
**list [10]**   6/18
6/19 6/20 6/22 7/6
7/11 16/17 18/18
102/5 122/7
**listed [1]**   82/5
**listen [4]**   25/25
59/4 59/10 93/8
**listens [2]**   32/4
33/9
**listings [1]**   122/2
**lists [2]**   94/13
110/15
**literal [16]**   32/10
34/12 34/15 35/13
35/23 37/25 38/8
38/9 38/17 41/13
41/15 42/13 43/13
44/15 44/18 44/19
**literally [1]**
48/18
**litigation [1]**
114/9
**little [6]**   12/18
13/21 70/7 104/14
104/16 108/6
**live [9]**   60/14
61/1 92/18 104/1

113/21 113/23
113/25 118/5 119/9
**lived [3]**   104/6
104/7 120/18
**lives [4]**   104/3
104/12 113/4 113/4
**living [5]**   18/24
19/19 19/25 31/21
83/7
**LLC [1]**   1/4
**LLM [1]**   123/19
**LLP [2]**   1/12 1/19
**load [1]**   15/24
**located [1]**   68/20
**location [2]**
112/25 113/4
**locations [3]**
108/3 111/3 111/25
**logo [3]**   85/23
86/1 86/2
**long [11]**   47/8
73/9 73/22 74/12
76/11 76/25 83/2
95/14 96/8 96/20
107/18
**look [20]**   8/6 13/2
14/3 24/20 25/9
26/24 26/24 28/1
28/10 28/11 29/20
51/11 85/20 88/20
89/3 89/15 89/22
93/5 93/6 126/7
**looked [5]**   12/9
25/1 25/2 97/13
102/5
**looking [7]**   19/14
21/13 21/15 21/16
27/4 123/2 124/7
**looks [3]**   24/12
28/3 89/10
**lot [23]**   15/14
15/15 15/16 62/5
63/8 63/21 63/25
64/4 64/8 71/1

97/23 98/11 100/8
100/9 101/17
101/20 101/23
103/15 111/24
117/1
**love [1]**   110/11
**loved [2]**   102/23
102/23
**loves [1]**   103/1
**low [2]**   21/13
70/17
**low-level [1]**
70/17
**lower [2]**   23/5
26/22
**lump [1]**   121/11
**lunch [4]**   128/9
128/13 128/15
128/16
**Lynam [4]**   96/3
97/15 103/17
103/19
**Lynn [4]**   83/1 83/1
83/9 124/10

**M**

**Mac [1]**   101/25
**MacArthur [2]**
63/24 64/5
**machine [6]**   70/18
70/18 70/19 70/23
100/15 129/8
**machines [5]**   63/4
100/11 105/12
105/14 105/16
**made [15]**   5/16
24/21 37/8 37/19
40/9 42/3 47/6
50/14 78/18 98/2
100/8 101/20
102/24 103/15
126/3
**Madura [1]**   109/10

**M**

magazines [2]   70/6
70/7
maid [1]   81/12
mailing [2]   94/12
110/14
Maille [3]   73/1
73/3 73/10
main [6]   87/17
94/13 96/8 104/16
107/22 126/13
maintaining [1]
52/11
maintenance [1]
111/22
major [3]   29/12
102/13 122/8
make [30]   15/15
36/2 36/7 36/10
36/23 36/23 40/18
41/7 44/17 44/22
48/17 49/8 50/8
50/9 51/3 55/9
57/20 62/20 69/21
78/18 86/24 87/4
96/6 98/2 98/23
98/25 102/25
107/14 109/6
115/19
makes [2]   49/15
84/2
making [1]   101/24
maladaptive [1]
20/4
maladjustment [1]
64/22
Malaysia [2]   79/25
105/16
Malaysian [1]   64/1
Malbburang [1]
112/4
man [5]   24/22 26/3
26/8 27/25 30/23

manage [1]   101/8
management [4]
75/20 101/17
105/13 107/25
manager [1]   73/4
managing [2]   84/9
102/2
manner [1]   50/13
manual [1]   14/16
many [15]   8/19 9/3
16/20 17/6 17/25
18/2 91/2 92/11
92/19 105/9 106/9
107/5 109/2 109/7
120/24
map [1]   14/17
maps [1]   14/14
March [6]   90/25
91/9 92/22 93/12
93/24 95/9
marked [2]   114/13
119/11
marketplace [1]
92/16
marriage [2]   83/4
127/21
married [5]   76/18
76/19 82/22 82/23
83/2
mask [1]   58/14
master's [16]
68/12 68/15 75/12
75/19 75/20 90/1
115/20 122/19
122/20 122/22
122/22 123/2
123/12 123/13
123/13 123/19
match [1]   27/11
materials [2]
19/11 27/5
math [4]   64/20
64/25 65/19 97/9
mathematics [4]

65/7 65/8 68/11
90/7
Matthew [1]   112/20
Max [7]   95/20 96/2
96/3 96/5 96/11
103/19 110/21
may [40]   5/5 7/11
7/12 10/18 10/20
19/3 19/4 28/15
34/2 34/4 38/25
39/2 42/15 42/18
45/2 50/5 54/9
54/9 55/9 57/25
58/11 58/17 59/14
67/22 76/20 77/16
81/18 81/19 88/21
91/21 93/18 95/13
96/24 97/20 100/2
100/4 112/16
116/14 119/24
126/18
May '08 [1]   95/13
May called [1]
93/18
May had [1]   81/19
May in [1]   81/18
May of [1]   96/24
maybe [3]   7/6 8/23
42/1
McDonald's [1]
110/12
MCGOVERN [10]   1/20
2/7 3/15 8/7 8/12
33/3 40/2 42/19
42/21 44/21
me [96]   5/3 6/11
6/17 7/6 7/24 8/10
9/12 13/16 16/16
17/22 18/7 23/15
23/24 24/4 24/5
24/9 25/10 31/25
35/21 36/17 38/2
38/3 39/11 39/17
41/25 44/13 46/12

**M**

me... **[69]** 49/12 51/13 54/24 54/24 55/20 58/12 58/19 59/15 60/2 60/3 60/7 61/12 62/19 62/20 62/21 63/4 63/7 64/19 64/21 64/22 64/23 65/1 65/1 67/6 70/11 71/18 72/24 75/5 82/1 82/21 83/10 83/16 87/1 87/2 87/4 88/13 90/7 90/8 90/12 91/5 91/15 91/17 94/7 94/17 98/13 98/20 99/24 100/21 100/21 101/8 101/20 102/17 103/16 103/24 105/4 106/2 110/1 112/5 112/9 113/19 114/4 114/13 115/4 116/8 117/15 120/4 122/15 125/15 127/5

me ask **[1]** 90/8

mean **[21]** 21/21 25/18 37/12 41/18 70/1 74/16 78/20 79/12 87/16 87/17 87/24 89/3 89/7 89/16 89/23 102/10 102/15 103/8 108/1 120/16 120/20

meaning **[9]** 35/23 35/25 36/8 37/6 38/5 38/8 38/8 38/9 56/23

meaningful **[3]** 52/10 52/11 52/14

means **[12]** 15/25

27/3 31/24 33/11 41/12 42/5 42/16 70/13 90/23

meant **[6]** 5/23 43/6 43/13 43/22 45/9 99/22

meantime **[1]** 83/14

measurement **[1]** 27/22

meeting **[10]** 85/5 86/6 86/8 86/13 86/18 86/19 86/20 86/22 86/24 90/13

meetings **[3]** 82/9 84/10 84/13

Melbourne **[1]** 63/1

Mellon **[1]** 57/22

member **[1]** 71/24

members **[2]** 74/14 90/5

memo **[1]** 84/20

memorabilia **[4]** 63/20 63/25 64/4 64/10

memory **[1]** 75/16

men **[1]** 60/5

mentioned **[10]** 14/7 22/10 51/2 60/23 73/22 82/21 102/4 107/11 107/19 129/9

MESTRE **[3]** 1/19 1/20 3/15

met **[4]** 26/2 60/11 117/11 117/25

met him **[1]** 60/11

metadata **[5]** 114/23 115/16 116/2 116/5 116/18

metaphors **[1]** 37/9

methodologies **[1]** 62/16

mezzanine **[2]**

MGM **[1]** 80/25

Miami **[7]** 1/14 1/18 1/24 1/25 129/15 129/18 129/18

MICHAEL **[2]** 1/21 3/16

Micro **[1]** 70/4

microphone **[1]** 61/6

Microsoft **[1]** 100/14

middle **[2]** 36/1 94/16

might **[6]** 18/17 37/19 43/6 43/21 55/9 128/8

mile **[1]** 34/23

million **[4]** 91/2 125/7 125/8 125/9

mind **[3]** 29/5 54/7 55/1

mine **[6]** 59/1 85/8 99/13 110/17 110/19 110/21

mined **[1]** 41/25

minimum **[2]** 17/13 109/4

mining **[3]** 103/21 110/10 125/4

minister **[1]** 67/25

minority **[1]** 57/17

minute **[9]** 8/9 12/21 29/24 39/21 48/5 54/11 55/6 85/5 109/6

minutes **[12]** 12/10 12/12 12/25 40/21 40/22 54/8 55/2 85/5 86/13 91/3 109/12 120/17

mischaracterizes **[1]** 50/14

**M**

**misrepresenting [1]**
 26/5
**mistaken [1]**  40/17
**misunderstood [2]**
 43/15 46/16
**MIT [1]**  57/22
**model [2]**  89/25
 91/1
**modeling [1]**  90/2
**module [1]**  46/10
**moment [5]**  34/4
 51/13 76/20 104/19
 114/14
**money [9]**  64/2
 79/25 80/8 80/14
 81/13 81/20 84/12
 98/13 98/14
**monitor [1]**  74/24
**monitoring [1]**
 74/25
**month [1]**  95/7
**monthly [1]**  108/20
**months [2]**  73/24
 83/8
**more [22]**  6/6 6/8
 13/21 22/10 23/3
 23/4 23/5 23/13
 33/21 42/10 44/12
 81/11 83/23 84/2
 84/3 94/5 97/14
 98/12 99/22 109/22
 110/4 110/4
**morning [13]**  3/2
 3/12 3/13 3/19 4/6
 4/24 5/9 5/10
 51/25 52/1 58/23
 58/24 61/12
**most [6]**  21/6
 27/22 60/6 61/15
 65/14 79/24
**mother [13]**  16/6
 57/8 60/1 60/2

 60/5 60/16 60/19
 61/7 61/12 61/14
 64/19 64/23 113/23
**mother's [2]**  60/25
 103/25
**motion [3]**  4/5
 41/9 43/8
**motor [1]**  19/20
**move [12]**  45/7
 47/13 61/6 76/12
 78/5 79/2 79/7
 85/11 114/25
 115/24 119/1
 119/18
**moved [7]**  64/19
 64/23 77/4 81/24
 83/8 120/21 120/23
**movie [1]**  69/11
**movie-based [1]**
 69/11
**moving [2]**  64/19
 112/2
**MR [9]**  2/6 2/8
 84/23 88/21 114/16
 118/6 122/12 124/2
 126/22
**Mr. [22]**  5/5 40/15
 40/18 41/6 44/7
 47/22 48/19 67/21
 85/22 87/21 90/9
 109/10 109/10
 112/11 113/25
 114/6 114/12
 116/12 118/20
 121/6 121/25
 125/12
**Mr. Antonopoulos
 [1]**  109/10
**Mr. Brenner [7]**
 5/5 40/15 40/18
 41/6 44/7 47/22
 48/19
**Mr. Madura [1]**
 109/10

**Mr. Reed [11]**
 85/22 87/21 90/9
 112/11 114/6
 114/12 116/12
 118/20 121/6
 121/25 125/12
**Mr. Rivero [1]**
 67/21
**Mr. Wilson [1]**
 113/25
**Mrs. [2]**  25/17
 26/6
**Mrs. Watts [2]**
 25/17 26/6
**MS [3]**  2/7 9/16
 41/5
**Ms. [13]**  8/7 8/12
 9/12 10/1 11/16
 12/1 12/13 33/3
 40/2 42/19 42/21
 44/21 83/2
**Ms. McGovern [7]**
 8/7 8/12 33/3 40/2
 42/19 42/21 44/21
**Ms. Vela [1]**  11/16
**Ms. Watts [3]**  9/12
 12/1 12/13
**Ms. Watts' [1]**
 10/1
**Ms. Wright [1]**
 83/2
**much [8]**  15/18
 21/22 51/19 53/22
 61/10 83/23 97/9
 101/19
**multiple [3]**  83/22
 105/15 115/22
**my [137]**
**myself [4]**  29/10
 86/21 119/15
 127/25

**N**

**Nally [2]**  65/21

**N**

**Nally...** [1]   65/21
**name** [10]   82/25
 89/1 101/4 114/2
 117/4 117/4 118/24
 126/8 126/10
 127/11
**named** [1]   101/11
**Nana** [2]   61/18
 61/20
**Napster** [2]   76/10
 76/10
**narrative** [8]
 33/24 53/11 65/2
 66/10 72/21 79/13
 79/20 110/7
**narratives** [2]
 14/12 31/6
**nascent** [1]   84/8
**nationally** [1]
 16/22
**native** [3]   100/13
 116/2 116/3
**nature** [3]   33/20
 49/19 85/2
**navigate** [1]   29/2
**nearby** [1]   61/1
**neat** [1]   97/24
**necessary** [2]
 23/19 107/12
**necessary for** [1]
 23/19
**need** [25]   4/14
 4/18 15/24 16/3
 17/14 17/15 17/19
 17/22 26/18 26/19
 29/3 29/10 32/19
 34/2 37/21 48/11
 54/9 54/25 78/21
 104/19 104/24
 110/4 111/8 111/12
 114/14
**needed** [8]   28/7

29/18 28/25 79/23
100/10 107/13
109/4 109/22
**needs** [5]   14/17
 31/6 39/24 97/14
 111/9
**nefarious** [1]
 43/15
**neglected** [1]
 55/15
**network** [15]   68/12
 68/15 73/15 73/16
 73/16 75/13 88/19
 90/2 90/5 90/6
 107/4 107/22
 109/23 109/25
 123/3
**networked** [2]
 106/23 106/25
**networks** [4]   73/17
 83/16 90/6 90/6
**never** [11]   6/5
 15/13 22/25 28/18
 28/22 28/23 29/16
 29/16 29/25 29/25
 57/2
**Neville** [1]   84/13
**new** [6]   73/6 76/4
 83/13 84/8 120/11
 121/1
**Newcastle** [3]
 89/25 97/2 123/1
**News** [1]   75/2
**next** [29]   7/17
 16/9 24/8 28/13
 42/18 45/17 46/10
 49/6 54/6 54/22
 58/4 66/9 67/22
 68/5 72/24 75/17
 89/5 89/15 89/22
 89/24 107/24 118/1
 121/25 124/4 124/5
 124/6 124/22
 125/11 126/22

**nice** [1]   3/21
**night** [1]   61/14
**nine** [1]   98/3
**Nipper** [2]   73/15
 73/16
**no** [69]   1/2 2/11
 4/14 4/20 7/4 8/14
 17/9 17/10 17/23
 24/4 25/25 30/10
 30/25 31/10 32/25
 33/5 34/1 35/5
 37/20 38/21 44/23
 46/25 48/16 49/21
 53/22 56/2 56/3
 56/7 56/8 59/2
 59/12 59/16 66/19
 73/19 85/14 88/4
 88/18 91/14 92/10
 92/24 93/3 93/10
 93/22 96/14 97/6
 98/11 98/24 99/6
 101/8 101/10 103/4
 103/6 103/13
 103/18 103/20
 103/23 106/14
 111/1 111/1 111/1
 112/4 112/8 113/2
 113/22 113/24
 128/2 128/4 128/6
 128/7
**Nobody's** [1]   78/19
**node** [1]   84/2
**nodes** [2]   83/22
 88/10
**non** [6]   32/10
 56/24 122/22 126/4
 127/1 127/3
**non-literal** [1]
 32/10
**non-master's** [1]
 122/22
**non-primary** [3]
 126/4 127/1 127/3
**non-verbal** [1]

**N**

**non-verbal... [1]**
56/24
**noon [1]** 48/19
**normal [1]** 71/18
**normative [2]** 11/5
23/8
**North [2]** 1/24
129/18
**Northern [1]** 74/23
**Northumbria [1]**
123/19
**not [119]** 12/3
12/16 16/1 16/10
17/7 18/2 18/7
18/11 18/14 18/14
18/21 19/9 19/18
20/8 21/9 21/14
22/2 23/1 23/11
23/11 25/22 26/3
26/6 26/11 26/12
26/21 27/15 27/24
28/20 28/24 29/2
30/25 31/1 31/9
31/9 33/13 35/12
35/24 38/21 38/22
39/9 39/22 40/7
40/14 42/7 42/9
43/4 43/9 43/12
43/13 43/19 43/21
45/4 45/14 45/15
46/13 47/1 47/11
47/12 48/19 49/7
50/16 51/12 52/7
52/22 53/9 53/19
53/20 53/21 54/9
54/14 54/16 55/9
56/1 56/15 57/4
57/4 57/4 57/14
66/21 75/20 77/22
78/17 80/12 86/2
86/7 86/9 86/21
86/22 86/23 88/1

91/12 92/24 94/15
94/23 96/14 97/6
97/23 98/11 98/24
100/5 101/4 102/2
103/9 103/10 109/9
111/1 111/24 116/4
119/4 125/5 126/18
128/2 128/4 128/6
128/14
**note [2]** 85/5
87/16
**noted [1]** 86/23
**notepad [1]** 13/7
**notes [10]** 13/3
13/4 13/4 13/13
13/18 86/6 86/8
86/24 87/4 129/11
**nothing [14]** 4/21
41/9 44/11 45/22
46/3 47/16 48/13
48/14 48/15 49/12
49/15 49/19 50/2
50/25
**Nothing's [1]**
37/17
**notice [1]** 108/17
**November [7]** 1/5
100/24 117/25
118/5 119/10 129/9
129/15
**now [50]** 6/5 7/21
8/11 10/23 10/24
15/2 16/16 21/11
23/14 24/15 24/19
31/14 31/16 37/19
41/13 75/23 76/11
76/12 76/25 78/5
78/13 81/24 82/12
83/10 83/11 85/20
88/13 89/9 91/24
93/11 94/24 94/25
99/24 101/9 101/11
102/4 104/2 104/3

108/7 109/2 109/21
109/22 117/23
119/11 119/23
122/2 124/1 124/24
**nowadays [1]** 14/21
**NSW [2]** 120/8
120/10
**number [47]** 3/4
6/21 8/3 16/3 17/1
17/2 17/15 17/20
18/8 18/14 21/12
23/2 23/19 28/2
60/5 63/1 63/3
64/18 68/11 69/11
69/12 71/12 71/13
76/5 78/1 82/5
82/9 84/10 84/12
84/16 94/12 96/17
98/3 104/20 105/4
105/22 107/3
109/11 109/18
109/22 109/23
114/14 121/8
122/18 126/15
126/18 126/21
**numbers [2]** 18/8
107/18
**numerous [1]** 102/4

**O**

**oath [2]** 5/4 58/9
**object [4]** 33/24
51/14 70/21 116/1
**objection [59]**
8/14 18/4 33/5
39/6 40/4 42/18
42/24 44/3 45/4
48/2 50/13 52/18
53/11 56/2 56/3
56/7 56/8 59/13
60/9 60/12 60/17
60/18 61/21 61/25
63/16 64/11 65/2

**objection... [32]**
65/25 67/8 67/12
67/18 67/21 68/2
68/6 69/3 72/1
72/8 72/21 76/15
77/10 77/14 78/6
78/22 78/24 79/4
79/13 79/20 80/19
81/7 85/13 85/14
92/2 108/14 109/14
110/7 115/2 115/6
119/3 123/8

**observation [1]**
37/8

**observations [1]**
14/13

**obsessed [1]** 50/7

**obsession [2]** 53/1
53/8

**obsessions [1]**
57/19

**obtain [8]** 66/17
66/18 66/21 68/15
75/10 123/4 123/17
123/23

**obtained [3]** 68/5
75/17 123/15

**occasionally [2]**
72/16 92/6

**occasions [1]**
84/17

**occupation [3]**
63/22 63/23 64/2

**occur [2]** 86/17
86/18

**occurred [1]** 86/19

**October [5]** 88/5
100/5 116/23 118/3
119/9

**off [10]** 9/6 58/14
60/21 61/12 70/8
79/17 80/2 87/1

**offered [2]** 2/11
38/22

**office [2]** 86/19
106/20

**officer [1]** 35/1

**official [1]**
118/13

**officially [1]**
127/10

**offsets [1]** 124/3

**often [5]** 53/19
56/4 56/21 57/11
57/15

**Oh [12]** 15/18
23/25 24/2 28/14
32/23 48/14 54/18
82/15 102/9 111/1
111/24 124/9

**okay [101]** 3/9
5/19 5/23 6/5 6/10
6/23 7/10 8/1 8/6
8/19 9/2 9/6 9/16
10/1 11/13 11/23
12/3 12/9 12/25
13/2 14/5 14/8
15/1 15/11 16/19
17/11 17/13 18/11
18/16 19/1 19/14
20/12 20/15 20/21
21/4 22/5 22/14
22/21 23/7 23/14
23/18 24/15 24/16
25/3 25/11 25/21
26/12 26/15 26/17
27/2 27/14 28/1
28/6 28/10 29/19
30/3 30/6 31/14
31/17 31/24 32/20
34/7 34/17 36/15
38/2 38/15 38/24
39/5 39/17 44/11
48/21 49/5 49/8
50/11 50/22 50/23

**74/6 74/12 75/22**
78/12 78/21 82/11
86/7 86/12 87/19
88/6 89/15 89/18
89/22 93/23 97/7
106/9 120/10
120/18 121/4 121/8
124/21 125/18

**old [21]** 15/16
16/1 16/11 21/5
21/11 21/18 21/25
22/3 24/22 26/3
26/7 27/12 27/25
28/8 30/3 30/4
30/10 30/23 31/8
65/11 73/20

**older [2]** 64/4
94/21

**oldest [2]** 117/18
117/20

**Omega [1]** 71/13

**once [8]** 13/15
14/12 24/24 31/18
58/8 66/3 67/1
99/13

**one [94]** 5/24 6/6
6/8 6/16 6/17 8/9
9/9 9/11 10/18
11/10 11/24 12/1
13/3 14/1 15/7
15/9 18/18 19/21
20/9 20/25 22/7
22/10 25/21 26/19
26/20 27/8 28/2
28/2 28/4 30/13
31/6 34/4 35/16
36/17 37/14 41/16
42/1 42/10 44/12
46/4 48/17 50/16
51/13 52/15 53/1
56/13 56/25 64/7
66/9 66/9 66/18
71/2 75/18 75/20

# Q

one... **[40]**   76/20
81/5 83/24 84/1
84/15 86/3 88/14
88/16 89/24 90/4
94/7 94/20 95/8
96/20 96/21 98/1
98/6 98/6 104/13
104/16 106/6 106/7
106/15 107/15
107/23 109/5
109/19 111/17
112/11 112/23
114/1 114/1 114/2
114/3 115/4 118/17
125/19 126/13
126/14 127/1
one-sided **[2]**
52/15 53/1
ones **[11]**   64/2
70/20 71/2 71/12
74/10 81/23 96/8
100/14 105/22
107/6 107/22
online **[12]**   9/18
14/24 73/8 74/21
75/3 80/16 81/3
81/6 81/16 83/11
92/7 101/4
only **[15]**   5/20
5/20 5/24 12/22
16/14 21/7 33/13
47/11 53/20 64/14
66/5 78/16 80/12
84/24 111/24
only taken **[1]**
5/20
open **[4]**   40/16
66/22 70/14 75/14
openers **[1]**   70/8
opening **[3]**   43/25
127/2 127/3
operate **[1]**   74/12

operating **[2]**   71/4
105/9
operation **[5]**
74/22 81/2 81/16
104/15 104/17
operations **[3]**
82/19 88/17 122/6
operative **[1]**
105/5
opine **[1]**   43/21
opining **[1]**   43/6
opinion **[5]**   41/14
46/25 47/1 47/16
102/24
opportunities **[1]**
52/23
opportunity **[2]**
4/9 4/15
ordained **[1]**   67/25
order **[17]**   3/1 4/5
4/6 13/10 14/16
15/20 15/24 16/3
37/20 41/10 42/9
43/20 44/9 44/10
47/3 59/8 122/9
org **[2]**   118/14
118/14
organization **[1]**
77/7
organized **[2]**
17/16 101/17
original **[4]**   15/18
70/24 89/1 92/15
originally **[1]**
70/16
origins **[4]**   35/25
38/14 93/19 115/17
other **[60]**   5/24
17/3 17/4 22/5
26/10 26/20 36/20
37/12 37/21 37/22
38/18 44/16 45/18
47/23 50/22 51/16
57/5 58/1 60/5

60/6 62/14 62/15
62/23 63/1 64/8
64/21 66/22 68/11
69/12 69/19 75/10
75/25 76/2 76/9
80/20 80/24 81/20
88/4 91/8 91/17
93/25 94/7 95/22
99/5 99/5 100/23
101/24 101/24
104/14 105/22
107/2 107/7 107/20
113/8 114/3 124/20
125/2 125/16 126/5
127/3
others **[16]**   23/13
29/12 30/9 30/24
31/9 36/5 50/5
52/25 53/2 53/3
56/24 70/16 83/24
84/3 98/9 102/7
otherwise **[2]**
29/11 107/13
our **[10]**   3/11 3/16
6/2 25/4 32/14
40/10 44/5 54/21
70/3 83/3
Ourimbah **[1]**
105/18
out **[33]**   9/13 9/17
9/23 10/4 16/21
25/16 29/23 29/24
31/16 42/8 42/17
43/17 46/13 54/21
56/5 66/20 72/13
80/14 83/8 85/22
91/18 97/14 99/2
100/3 102/12 104/3
104/9 111/8 111/19
111/25 114/1
119/16 120/13
outages **[1]**   111/16
outdoor **[2]**   30/9
30/24

**O**

**outfit [1]**  78/10
**output [1]**  19/10
**outset [1]**  105/9
**outside [13]**  31/10
 40/20 47/20 50/9
 51/3 57/12 82/2
 86/10 88/22 104/13
 106/7 106/10 107/1
**outskirts [1]**
 104/7
**over [27]**  6/18 7/2
 7/3 11/6 15/13
 21/8 35/1 35/4
 44/4 53/6 60/2
 65/18 76/12 77/4
 83/25 89/5 94/23
 98/19 99/3 99/7
 100/15 102/1 106/2
 107/17 108/6 109/5
 111/20
**overjudged [1]**
 109/7
**overlap [1]**  12/18
**overly [5]**  34/12
 35/12 37/25 50/7
 50/7
**overruled [11]**
 18/5 48/2 52/21
 60/18 68/7 72/2
 79/21 80/21 81/8
 108/18 123/9
**oversimply [1]**
 109/9
**own [21]**  8/11 9/13
 28/7 28/17 50/2
 56/23 62/11 63/9
 63/15 70/3 71/10
 73/24 74/4 78/18
 78/19 81/13 84/11
 84/12 87/2 111/17
 127/11
**Oxford [1]**  38/13

**P**

**P-O-C [1]**  88/6
**p.m [2]**  128/14
 128/16
**P2 [1]**  116/12
**P2P [2]**  89/4 89/6
**P459 [1]**  38/25
**P5 [2]**  126/7
 126/20
**P710 [1]**  51/9
**P748 [1]**  51/9
**package [1]**  91/16
**pad [5]**  13/4 59/7
 59/12 59/15 59/16
**Padua [2]**  64/23
 64/24
**page [25]**  2/5 7/18
 8/7 19/2 26/25
 28/12 28/12 28/14
 29/14 30/7 32/20
 32/21 32/21 34/19
 121/5 121/25
 122/12 124/4 124/5
 124/22 124/22
 124/24 125/11
 125/17 126/22
**pages [9]**  1/8 52/9
 95/15 95/18 96/17
 96/21 97/18 98/4
 129/12
**paid [3]**  105/22
 125/7 125/9
**paint [1]**  82/7
**PALM [1]**  1/2
**pandemic [1]**  6/2
**paper [20]**  37/17
 59/7 59/12 59/16
 89/17 89/19 89/20
 93/5 93/13 93/15
 93/21 93/23 94/1
 94/25 96/16 98/18
 99/8 99/8 99/21
 102/5

**paralegal [1]**  3/19
**parameter [1]**  25/4
**parameters [1]**
 91/1
**pardon [2]**  58/19
 114/13
**parent [1]**  28/3
**parent/caregiver
 [1]**  28/3
**parents [1]**  56/20
**Park [1]**  64/17
**part [7]**  10/7 25/4
 29/9 51/6 67/4
 78/10 114/21
**partial [1]**  25/7
**participation [1]**
 91/13
**particular [13]**
 17/21 22/19 23/2
 29/3 31/7 35/17
 35/25 44/11 50/8
 75/18 78/5 84/2
 86/21
**particularly [2]**
 38/8 56/18
**partly [2]**  87/1
 87/1
**partner [12]**  41/17
 41/21 42/2 42/15
 42/16 43/12 46/19
 84/9 84/10 86/20
 88/17 103/21
**partners [1]**  88/16
**partnership [4]**
 58/25 84/15 102/13
 124/19
**Partnerships [1]**
 124/18
**parts [4]**  60/7
 64/15 66/8 71/22
**Pascal [2]**  69/20
 69/20
**passed [2]**  13/15
 65/23

**P**

**past [3]**   8/4 80/25
115/22
**pastor [1]**   105/20
**patient [2]**   10/14
34/19
**Pause [9]**   8/13
33/4 34/6 40/24
59/17 76/23 104/22
105/1 114/15
**paved [1]**   63/24
**payment [5]**   121/9
121/11 121/20
121/22 121/24
**payments [2]**   121/9
122/20
**Payne [1]**   90/4
**pedantic [1]**   50/7
**peer [6]**   76/9 76/9
83/16 83/16 89/10
89/10
**peers [4]**   25/24
26/10 27/15 52/23
**Pegasus [1]**   72/19
**pen [2]**   59/7 59/12
**pending [2]**   4/5
33/1
**people [41]**   34/10
35/8 37/19 53/9
62/13 62/13 62/24
64/19 73/5 81/11
81/21 82/9 84/3
91/14 94/12 94/20
95/22 96/5 97/2
97/3 97/12 98/7
100/3 100/9 101/24
101/25 102/2 102/2
102/4 102/7 102/10
105/22 109/8 110/1
110/2 110/4 110/12
110/13 110/14
110/14 110/16
**per [1]**   42/8

**perceived [2]**
52/14 53/17
**percent [11]**   5/17
23/16 26/23 31/21
32/1 32/5 33/11
57/15 57/16 62/8
82/7
**perfectly [3]**
29/18 30/3 47/23
**performs [2]**   22/20
31/20
**perhaps [1]**   55/8
**period [14]**   6/18
7/3 69/7 74/17
74/20 75/8 76/11
76/18 81/24 82/12
94/14 108/11 120/5
123/15
**periodically [1]**
111/8
**perjury [1]**   49/16
**permissible [1]**
56/12
**permission [2]**
59/11 105/18
**permit [1]**   59/13
**permitted [1]**
58/13
**person [27]**   10/8
10/15 11/1 11/24
12/1 18/19 18/21
21/10 22/14 22/15
22/19 23/1 37/4
37/21 46/3 49/15
52/15 55/24 55/25
56/5 56/14 56/15
57/11 94/13 95/21
95/25 112/4
**person's [3]**   22/19
29/11 30/16
**personal [7]**   1/3
19/25 104/11
124/19 125/2 125/5
127/23

**personally [8]**
107/19 107/20
113/18 115/9 116/4
120/4 122/5 127/7
**PGP [1]**   94/20
**Ph.D [1]**   122/21
**Philippines [2]**
63/22 63/24
**phone [2]**   92/6
99/3
**physical [1]**
111/23
**physics [1]**   64/20
**pick [2]**   5/14 9/6
**piece [2]**   37/17
47/4
**PIX [1]**   107/23
**place [3]**   13/4
78/23 107/2
**placed [2]**   5/4
58/9
**places [3]**   57/21
62/14 104/13
**plagiarized [1]**
93/20
**PLAINTIFF [2]**   1/12
44/17
**Plaintiffs [11]**
1/5 3/10 39/8 40/5
40/15 48/13 48/14
48/15 54/2 77/23
78/15
**Plaintiffs' [9]**
3/7 43/11 78/17
112/10 114/6
114/19 115/10
115/13 116/9
**Plans [1]**   29/23
**platform [2]**   70/14
74/21
**play [4]**   20/3 31/9
31/9 91/6
**Playboy [1]**   81/1
**playground [1]**

**P**

**playground... [1]** 36/20
**Plays [2]**  30/9 30/24
**pleasant [3]**  5/1 128/13 128/15
**please [21]**  3/6 4/25 8/9 20/10 24/7 24/17 25/25 32/22 33/2 49/1 51/10 51/12 55/14 55/21 58/17 59/3 61/6 64/14 75/5 85/20 94/3
**plug [1]**  91/5
**plus [5]**  52/3 107/6 107/7 107/7 121/2
**POC [3]**  87/23 88/1 88/3
**point [16]**  34/17 65/15 67/2 67/15 72/6 73/1 82/20 84/7 84/20 88/11 93/12 98/10 98/18 101/11 102/16 107/24
**pointed [3]**  98/13 99/2 100/3
**poker [3]**  80/7 80/11 92/14
**police [6]**  35/1 76/4 76/5 76/5 83/19 115/22
**policy [1]**  113/18
**Ponce [1]**  1/22
**Pop [2]**  61/18 63/15
**population [5]** 11/6 31/21 32/1 32/5 33/11
**portal [2]**  9/18

**pose [1]**  17/19
**position [1]** 102/13
**possible [2]**  40/11 88/19
**post [1]**  123/18
**post-graduate [1]** 123/18
**potentially [1]** 47/5
**pounds [1]**  111/7
**power [7]**  106/22 111/5 111/6 111/14 111/16 111/18 112/1
**practical [1]** 31/20
**practice [2]**  25/4 113/7
**precise [5]**  35/9 36/13 37/6 38/5 38/18
**Precisely [1]** 36/12
**premature [1]**  4/8
**preparation [1]** 99/20
**prepared [2]**  4/12 96/22
**preparing [1]** 93/23
**prepublication [1]** 95/4
**prerelease [1]** 100/24
**present [7]**  39/22 52/17 54/14 84/16 118/19 128/14 129/7
**presented [7]**  43/3 43/3 46/18 47/4 47/8 53/17 99/18
**pretty [1]**  95/2

**previous [2]**  29/23 81/23
**previously [1]**  5/3
**priest [2]**  65/22 65/24
**primarily [1]**  21/9
**primary [4]**  107/6 126/4 127/1 127/3
**print [1]**  119/14
**printed [1]**  119/16
**prior [2]**  91/24 92/22
**probably [6]**  71/20 82/7 92/14 96/21 107/15 121/1
**probed [1]**  16/25
**problem [3]**  75/1 82/15 109/12
**problems [13]** 64/18 64/21 64/24 80/14 83/3 99/2 99/5 100/16 100/21 101/22 111/5 127/23 127/23
**procedure [1]** 24/24
**proceedings [10]** 8/13 33/4 34/6 40/24 59/17 76/23 104/22 105/1 114/15 129/8
**process [5]**  68/10 100/7 100/20 102/1 114/21
**produce [1]**  49/20
**produced [2]**  49/18 94/1
**production [3]** 126/5 127/1 127/3
**products [1]**  127/5
**professional [4]** 5/17 7/22 8/2 8/20
**professor [1]** 94/23

**professors [1]**
57/21
**proffer [2]**   40/18
41/7
**profit [1]**   84/3
**profitable [2]**
84/2 126/3
**program [2]**   91/5
99/4
**programmer [2]**
69/8 94/21
**programs [5]**   71/5
71/6 71/12 71/14
72/17
**project [11]**   41/23
84/16 86/25 87/1
93/17 98/13 98/15
99/14 101/13
101/17 102/8
**projects [1]**   122/6
**proof [1]**   87/25
**proper [1]**   111/10
**properly [1]**   42/24
**property [1]**   82/2
**proposal [1]**   91/12
**propose [1]**   89/25
**proposed [3]**   4/12
98/25 99/1
**proposing [2]**   87/3
87/12
**prosecution [1]**
115/21
**Protestant [1]**
68/1
**protocols [1]**   63/2
**provide [6]**   4/3
4/14 26/21 32/18
32/21 41/1
**provided [5]**   6/11
6/12 6/14 6/19
19/11
**providing [2]**   6/22

**province [3]**   40/7
40/12 46/22
**proviso [2]**   33/13
50/4
**pruned [2]**   92/14
96/17
**Ps [1]**   89/11
**psychologist [3]**
8/20 65/1 65/22
**PTY [1]**   74/11
**public [1]**   118/23
**publications [1]**
6/17
**publicly [1]**   100/4
**publish [7]**   7/11
10/18 19/3 28/15
38/25 39/9 51/9
**published [4]**
46/14 51/11 99/18
118/4
**pull [2]**   85/22
112/11
**pulled [5]**   35/1
35/4 101/16 116/4
119/4
**pulling [2]**   102/1
127/25
**punish [1]**   51/7
**purchase [1]**
127/12
**purchases [1]**
127/11
**purpose [3]**   47/18
57/24 79/7
**purposes [1]**   46/1
**push [1]**   109/23
**put [17]**   13/21
14/10 24/5 45/23
46/20 84/11 86/25
87/16 90/21 92/18
107/1 107/9 107/14
113/12 114/5 118/3
119/8

**put through [1]**
113/12
**putting [2]**   14/23
103/11

## Q

**Queensland [7]**
59/21 66/12 66/16
66/16 104/4 112/25
113/20
**question [65]**   8/17
8/24 16/9 17/10
17/22 18/11 18/12
22/11 24/8 25/25
26/1 27/3 27/14
28/1 28/6 28/13
29/20 30/9 30/11
33/1 33/7 33/9
33/16 33/25 34/1
36/2 36/3 36/10
38/1 45/14 46/4
46/5 46/6 50/15
51/18 53/12 55/17
55/19 55/20 55/24
56/4 56/16 57/10
57/13 59/4 59/5
67/22 75/6 75/22
78/4 78/13 81/2
82/11 86/7 86/7
88/13 92/13 92/19
93/8 93/23 94/5
100/17 116/18
116/24 126/18
**questioning [2]**
5/2 49/3
**questionnaire [1]**
9/13
**questions [43]**
7/25 15/11 15/15
16/5 16/10 16/17
16/20 17/6 17/14
18/1 18/3 20/17
21/1 21/16 21/22
22/7 24/21 25/21

# Q

**questions... [25]**
30/15 31/4 31/14
31/15 43/9 43/18
45/19 46/2 47/22
48/6 48/20 49/6
53/23 54/16 55/2
55/9 55/10 55/15
56/12 56/13 57/1
58/14 59/3 103/25
128/7
**quickly [1]**  5/15
**Quill [2]**  85/23
86/1
**quite [7]**  7/1
35/24 60/19 63/21
97/22 109/7 111/6
**quote [3]**  30/24
34/11 36/20

# R

**Rachel [2]**  117/10
117/22
**rack [2]**  106/16
111/6
**racks [8]**  105/12
105/14 106/14
106/14 106/14
106/15 106/21
111/25
**radio [4]**  62/11
62/12 62/23 63/22
**radios [1]**  62/12
**raise [3]**  55/18
58/8 111/20
**raised [4]**  40/4
40/6 57/1 60/3
**raising [1]**  40/13
**Ramona [5]**  9/12
28/19 29/25 117/10
117/12
**ran [6]**  41/23
41/24 41/25 84/15
100/11 105/20

**random [2]**  70/9
91/5
**range [4]**  10/25
11/10 14/1 17/21
**rather [1]**  83/21
**rating [4]**  11/3
13/24 14/2 27/8
**rcjbr [2]**  116/22
118/22
**rcjbr.org [7]**
116/19 116/21
116/24 117/8 117/9
118/2 118/17
**re [1]**  97/10
**reached [1]**  25/16
**react [1]**  127/18
**reaction [1]**  53/3
**read [4]**  32/9
33/25 44/8 59/9
**reading [4]**  12/5
31/1 37/14 38/4
**reads [3]**  33/10
55/24 57/10
**ready [2]**  5/1
96/23
**real [6]**  23/12
29/1 29/8 71/20
98/24 101/4
**real-life [3]**
23/12 29/1 29/8
**reality [1]**  27/11
**realize [3]**  24/6
24/16 35/4
**really [8]**  5/15
44/19 44/24 79/11
84/6 101/5 102/1
103/10
**reason [4]**  29/9
47/8 51/15 110/3
**reasons [1]**  13/25
**recall [13]**  5/2
5/17 5/21 5/22 6/6
6/21 7/1 9/7 9/9
18/17 52/12 91/21

**receive [2]**  9/23
97/11
**received [2]**  85/16
119/21
**recent [1]**  77/24
**Receptive [2]**
19/16 19/23
**recess [6]**  39/21
48/8 54/8 55/6
55/7 128/9
**reciprocal [3]**
52/11 52/15 53/17
**reciprocated [2]**
53/20 53/21
**recognize [2]**  19/7
113/11
**record [7]**  3/6
39/13 39/18 50/15
55/22 77/20 118/11
**recorded [1]**
121/20
**records [1]**  64/3
**recovered [1]**  67/1
**recovering [1]**
67/15
**redesign [1]**  71/22
**redirect [5]**  2/7
47/3 48/22 51/21
51/23
**redone [1]**  106/18
**reduce [1]**  95/10
**redundancy [2]**
91/16 91/19
**Reed [19]**  3/17
84/23 85/22 87/21
88/21 90/9 112/11
114/6 114/12
114/16 116/12
118/6 118/20 121/6
121/25 122/13
124/2 125/12
126/22
**refer [2]**  88/14

**refer... [1]**
118/10
**reference [7]** 43/8
88/25 89/18 89/19
121/8 122/8 126/7
**referenced [1]**
19/15
**references [2]**
124/9 124/10
**referred [1]**
121/15
**referring [10]**
14/5 43/22 46/19
80/17 89/13 91/22
94/14 96/2 108/4
113/9
**reflected [3]**
122/9 126/16
126/19
**reflects [1]**
124/24
**regard [8]** 44/18
44/19 44/24 45/1
47/23 78/22 102/7
110/23
**regarding [2]** 4/10
43/9
**regards [1]** 27/12
**registering [1]**
116/22
**registration [5]**
118/10 118/12
118/17 118/18
119/3
**registry [2]**
118/13 118/23
**rejected [1]** 90/3
**related [14]** 72/6
72/11 73/2 74/7
74/19 77/8 93/13
101/15 113/1 122/4
122/13 124/16

**relates [2]** 21/17
21/18
**relating [1]** 75/10
**relation [6]**
112/22 114/19
115/9 116/18
118/22 120/12
**relationship [11]**
53/20 53/21 60/24
61/20 62/3 91/25
92/5 102/18 109/17
115/12 117/23
**relationships [4]**
20/3 22/7 23/23
52/23
**relatively [1]**
62/18
**release [4]** 93/2
94/9 94/14 100/6
**released [4]** 92/20
98/22 99/25 100/4
**relevance [23]**
44/19 60/9 60/17
61/21 63/16 64/11
65/3 65/25 67/8
67/12 67/18 68/2
68/6 69/3 72/8
76/15 77/10 77/14
79/13 79/20 81/7
92/2 123/8
**relevant [6]** 17/12
47/12 47/13 47/25
48/2 61/24
**remain [2]** 21/7
58/8
**remember [27]** 6/10
6/12 6/14 6/20
6/21 8/16 8/24
12/10 13/11 27/4
31/11 33/7 33/16
34/12 34/15 34/21
34/24 35/19 36/21
36/25 37/14 75/18

120/20 120/22
**remind [1]** 5/3
**removed [1]** 92/17
**Rephrase [1]** 50/18
**Rephrasing [1]**
27/11
**replaced [1]**
111/18
**report [14]** 6/11
6/12 10/7 10/19
10/23 11/9 13/15
18/17 18/25 19/7
19/9 34/14 52/8
52/19
**reported [5]** 10/12
10/13 10/15 11/11
129/8
**REPORTER [2]** 1/23
129/5
**reporting [1]** 9/9
**represent [2]**
23/14 29/12
**representation [1]**
23/18
**representative [1]**
1/3
**request [4]** 9/4
40/1 48/17 113/5
**requested [3]**
19/13 25/17 25/18
**requests [1]** 4/17
**require [3]** 25/8
47/2 111/23
**required [1]** 25/15
**research [5]** 1/4
52/4 76/3 93/16
122/6
**researched [1]**
15/13
**reservation [1]**
52/5
**residence [4]**
103/25 106/6 106/7

# R

**residence... [1]**
114/1
**resilient [2]**
83/19 110/5
**respect [10]** 40/8
40/9 40/16 43/12
43/25 46/23 46/25
51/15 52/6 53/16
**respond [1]** 42/19
**responding [1]**
58/14
**response [5]** 34/2
48/16 96/12 96/15
97/17
**responsiveness [1]**
11/5
**restroom [1]** 39/24
**result [3]** 64/9
87/5 87/7
**return [7]** 75/8
119/14 120/2 120/4
122/10 124/17
124/24
**returned [1]** 67/1
**revealing [1]**
10/10
**review [2]** 4/9
4/16
**reviewed [2]** 45/2
115/9
**ride [2]** 61/2 61/8
**Ridges [5]** 76/2
76/3 76/13 76/25
77/1
**right [105]** 3/25
4/22 6/3 6/12 6/19
6/25 7/14 7/16 9/6
9/14 9/17 9/19
10/5 10/9 11/8
12/20 13/5 13/9
13/14 15/22 16/9
16/9 16/16 17/2

20/19 21/1 21/2
21/5 22/3 22/17
22/25 23/3 27/10
28/4 28/19 28/21
30/1 35/2 35/8
35/11 35/21 36/9
36/12 37/2 37/11
38/9 39/11 40/2
41/6 41/13 42/10
42/21 44/1 44/13
47/18 48/9 49/1
50/3 51/21 53/24
54/4 54/11 54/12
54/21 55/6 55/12
55/23 56/11 58/7
58/8 62/3 65/13
68/24 69/8 74/17
79/17 80/17 81/3
83/9 86/15 86/17
87/15 89/3 91/13
93/8 97/18 100/15
104/21 104/25
106/12 109/13
114/11 116/8
116/16 116/21
122/7 122/12 124/1
124/12 125/18
126/24 128/8
**rights [1]** 125/3
**ringgit [1]** 80/9
**rivalry [1]** 65/18
**RIVERO [5]** 1/19
1/19 2/8 3/15
67/21
**RMR [1]** 129/17
**ROCHE [3]** 1/12
1/13 3/10
**rock [1]** 127/21
**role [4]** 52/4 53/2
99/20 102/11
**roll [1]** 77/1
**roll-up [1]** 77/1
**room [7]** 1/24 62/8

107/10 107/15
**round [1]** 97/15
**routers [1]** 107/25
**Royal [5]** 67/4
67/6 67/11 71/21
71/24
**RPR [1]** 129/17
**ruled [1]** 47/7
**ruling [8]** 40/8
40/12 42/25 43/17
44/3 45/5 45/7
46/14
**run [12]** 11/21
12/14 43/20 44/22
45/6 47/2 79/12
88/10 107/10 108/1
108/7 111/19
**running [16]** 30/23
98/13 100/11
100/16 105/6 105/7
106/3 106/9 107/18
107/21 109/3
109/24 110/24
111/9 111/14 127/8

# S

**said [29]** 5/15
5/19 5/20 12/22
14/8 29/25 35/4
35/5 35/22 37/3
37/5 37/15 43/9
43/22 57/25 71/3
75/23 88/3 89/8
96/10 97/13 102/15
104/1 107/22 119/8
122/9 123/15 125/7
125/9
**sale [3]** 125/5
126/1 126/5
**SAMANTHA [2]** 1/17
3/10
**same [24]** 3/14
10/4 10/24 12/16

**S**

**same... [20]**   12/17
12/20 16/4 16/12
25/10 32/9 34/19
46/5 46/6 46/11
50/6 51/15 52/23
57/25 83/7 96/24
97/12 97/25 103/15
104/18
**samurai [1]**   64/4
**Sara [1]**   15/19
**Sarah [1]**   3/17
**sarcasm [1]**   37/10
**Saulnier [22]**
11/21 11/23 12/3
12/12 13/3 13/20
14/9 16/21 16/22
17/6 18/3 18/7
21/15 22/1 22/8
23/15 24/21 25/16
26/5 28/2 28/8
35/18
**Saulnier's [1]**
31/19
**save [1]**   98/2
**saving [1]**   82/7
**saw [4]**   24/4 46/8
64/24 102/5
**say [30]**   8/22 9/3
18/14 22/2 26/4
26/9 37/4 43/7
44/13 45/10 45/13
47/12 56/20 62/19
65/6 69/21 69/25
71/11 78/16 81/5
84/18 87/15 93/4
96/2 100/19 103/8
108/8 109/24
110/11 110/12
**saying [7]**   18/11
20/7 46/17 57/3
74/18 91/10 123/12
**says [18]**   22/16

22/22 33/14 41/12
41/12 41/12 41/12
41/19 41/22 42/2
42/5 45/13 89/20
90/24 116/19 120/7
124/24 126/15
**scale [5]**   11/3
13/24 14/2 98/15
111/22
**SCHILLER [1]**   1/15
**school [6]**   61/13
64/16 64/21 64/25
65/24 73/6
**science [7]**   65/10
66/13 66/13 66/22
68/12 122/21
123/13
**scope [1]**   52/18
**score [23]**   9/17
9/23 9/24 11/9
11/11 13/22 14/10
16/21 23/5 23/16
25/19 27/2 27/3
28/21 30/10 30/13
30/25 31/7 31/10
31/16 31/17 32/6
33/21
**scored [12]**   9/18
18/1 18/9 20/7
20/21 21/1 22/8
22/11 23/4 23/15
31/5 31/8
**scores [12]**   9/16
10/1 10/5 10/24
11/6 14/18 14/19
14/22 14/22 18/6
19/10 26/19
**scoring [8]**   12/7
14/15 14/15 14/18
15/16 28/3 29/15
31/2
**script [2]**   12/4
90/19
**seat [2]**   3/20 40/3

**seated [4]**   1/25
49/2 55/14 58/11
**second [16]**   6/17
13/2 14/7 22/10
35/16 56/4 57/10
61/14 87/23 95/15
96/18 96/25 97/8
97/15 115/4 117/20
**secondary [1]**
111/18
**section [4]**   18/18
20/4 122/11 124/7
**sections [1]**
101/17
**security [4]**   74/11
75/3 75/19 102/21
**see [29]**   4/25 5/14
19/15 20/17 23/23
27/7 31/11 39/10
39/11 50/5 51/10
55/2 55/10 85/23
87/19 90/9 91/6
91/17 98/8 116/11
116/18 116/20
118/6 118/8 118/20
121/5 122/7 122/8
128/11
**seeing [3]**   57/4
57/4 112/22
**seem [1]**   86/23
**seen [8]**   49/25
50/11 50/12 56/4
57/11 114/8 114/20
116/16
**Seidman [2]**   77/9
85/4
**self [12]**   9/8 10/7
10/12 10/13 11/9
35/13 35/15 51/5
84/3 93/20 122/14
122/16
**self-education [2]**
122/14 122/16
**self-heals [1]**

**S**

**self-heals... [1]** 84/3

**self-incriminating [1]** 35/15

**self-incrimination [2]** 35/13 51/5

**self-plagiarized [1]** 93/20

**self-report [2]** 10/7 11/9

**self-reported [2]** 10/12 10/13

**selling [2]** 125/10 127/6

**semi [4]** 11/24 12/5 31/4 31/19

**semi-structured [4]** 11/24 12/5 31/4 31/19

**send [1]** 62/14

**sense [6]** 12/4 14/1 15/16 35/20 36/5 55/9

**sent [6]** 35/18 35/18 94/15 94/17 97/12 100/21

**separated [3]** 60/1 83/4 83/7

**series [2]** 45/18 49/6

**server [2]** 111/6 111/9

**servers [6]** 105/12 107/18 108/1 109/21 111/4 118/24

**services [8]** 26/19 26/21 26/23 32/19 73/4 84/14 124/20 125/22

**SESSION [1]** 1/9

**set [9]** 84/10 89/1

109/12 107/19 108/13 109/5 110/5 117/4 129/14

**sets [1]** 64/6

**setting [1]** 72/25

**settle [1]** 48/23

**seven [1]** 20/25

**several [4]** 7/2 13/25 18/15 18/23

**severe [4]** 10/25 11/2 11/6 11/10

**SHA [1]** 94/18

**share [6]** 50/6 95/19 96/12 96/25 97/5 98/5

**shared [5]** 51/4 53/7 95/20 95/21 96/6

**sharing [1]** 104/17

**she [45]** 12/3 13/3 13/5 13/13 13/13 14/12 14/12 14/13 14/14 14/18 14/19 14/19 16/24 16/25 16/25 17/5 17/23 23/15 23/16 23/19 24/12 24/13 24/22 24/24 24/25 25/1 25/2 25/9 25/9 25/11 25/18 26/9 27/24 28/3 28/5 31/4 31/8 31/10 35/2 35/18 61/12 104/1 104/3 104/6 104/7

**she'll [1]** 12/7

**she's [7]** 12/4 12/5 12/6 13/15 27/2 57/4 57/4

**shed [1]** 107/9

**sheet [1]** 27/2

**shoots [2]** 9/17 9/23

**short [3]** 51/22

**shorten [1]** 15/24

**shorthand [2]** 129/5 129/8

**should [10]** 9/3 21/5 21/13 39/7 44/3 44/4 54/20 89/5 89/24 119/17

**show [26]** 7/6 23/1 25/22 26/9 27/13 29/3 41/14 44/22 55/25 56/15 59/15 84/23 85/17 88/21 112/9 112/15 114/4 114/11 114/12 114/16 116/2 116/2 116/12 116/13 119/11 119/23

**showed [5]** 24/4 38/16 95/21 97/3 127/1

**showing [1]** 23/24

**shown [4]** 9/16 10/1 112/22 119/18

**Shows [2]** 26/1 27/9

**shutdown [1]** 111/10

**Shyaam [3]** 99/11 99/12 99/13

**side [6]** 6/11 57/3 60/25 76/8 86/20 115/21

**sidebar [10]** 39/7 39/12 39/13 39/19 55/21 55/22 56/10 77/16 77/20 78/25

**sidebars [1]** 78/21

**sided [2]** 52/15 53/1

**sign [1]** 88/18

**sign-off [1]** 88/18

**signed [1]** 113/18

**silly [1]** 29/11

**S**

**similar [2]**   98/14
107/8
**simply [2]**   53/15
53/16
**Simultaneously [1]**
68/10
**since [7]**   5/21
15/13 18/7 21/9
42/17 55/20 120/19
**Sinclair [1]**   84/13
**Singapore [1]**
74/16
**Singaporean [2]**
64/1 80/9
**single [1]**   83/21
**sir [111]**   7/15
32/25 34/2 35/4
40/21 40/23 44/7
54/4 58/11 59/3
59/24 60/7 60/12
60/14 60/23 61/10
62/3 62/10 62/17
63/19 64/9 64/14
64/15 65/6 65/13
65/15 66/3 66/10
67/1 67/15 68/5
68/24 69/6 69/14
69/21 70/11 70/11
71/8 71/24 72/11
73/9 73/22 74/3
75/22 76/11 76/18
76/25 77/13 79/2
80/4 82/21 84/18
84/20 85/2 85/9
85/20 86/4 86/17
89/18 90/8 90/21
91/12 91/24 93/4
93/8 93/11 94/3
94/7 94/14 94/25
95/17 99/7 99/24
100/6 101/9 102/4
103/2 103/24

105/22 106/3
107/11 108/7
108/20 109/2 109/9
109/17 110/23
111/22 112/25
113/15 113/20
114/4 114/11
114/19 116/8
116/11 116/24
118/8 118/10 119/7
119/11 119/13
120/2 121/8 122/2
122/7 124/1 124/5
124/16 124/24
126/24
**sisters [2]**   60/19
60/20
**sit [1]**   62/21
**site [3]**   100/1
118/18 118/24
**sites [2]**   75/2
118/13
**sitting [4]**   16/20
18/6 106/12 117/10
**situation [3]**
46/12 50/5 50/8
**situations [2]**
32/1 38/19
**six [2]**   6/25 20/25
**skill [5]**   23/8
28/24 28/25 28/25
29/3
**skilled [1]**   14/21
**skills [11]**   17/21
18/24 19/19 19/25
20/3 20/3 23/10
23/13 29/1 29/8
57/16
**Skype [1]**   98/19
**slash [1]**   20/21
**slide [1]**   29/21
**slow [2]**   71/16
71/18
**slowed [1]**   6/3

**small [3]**   57/17
104/7 107/10
**smaller [3]**   93/21
103/25 122/21
**smiling [1]**   57/5
**smoothly [1]**   94/6
**so [203]**
**social [8]**   11/5
30/12 30/16 30/22
31/25 50/6 64/22
76/13
**socialization [3]**
18/24 19/20 20/2
**software [20]**
14/21 71/7 73/7
73/19 73/21 73/25
74/23 74/25 75/2
76/7 76/10 82/3
82/4 90/17 91/6
92/15 99/4 125/4
125/8 126/5
**sold [8]**   69/24
71/12 71/14 125/2
126/2 127/8 127/11
127/13
**sole [1]**   77/24
**solely [1]**   78/2
**solid [1]**   16/4
**solve [1]**   109/12
**some [50]**   6/14
8/21 16/10 20/7
20/7 21/7 23/13
25/15 25/17 25/18
29/7 36/18 37/19
39/24 46/15 61/25
62/24 70/3 70/15
71/6 71/21 73/21
75/2 75/23 76/7
80/24 81/21 86/22
87/11 90/7 90/16
91/16 91/17 91/21
93/19 94/17 97/2
98/7 99/2 99/3
99/22 100/21

**S**

**some... [8]** 100/23
101/11 102/5
103/25 105/16
108/17 111/4
125/16

**somebody [5]** 10/7
40/14 43/14 53/7
78/22

**somehow [1]** 38/19

**someone [2]** 10/15
50/3

**someone's [1]**
109/24

**something [22]**
5/15 9/4 15/19
22/18 28/18 28/20
29/25 32/10 37/12
37/15 38/3 39/7
56/19 57/5 57/23
59/24 70/15 86/9
86/10 87/12 110/13
117/25

**sometime [1]**
120/22

**sometimes [14]** 7/2
12/16 22/23 23/2
28/20 29/7 29/16
30/19 53/1 53/5
57/7 61/7 111/15
121/3

**somewhat [1]**
108/25

**somewhere [2]**
81/12 122/9

**Sophocles [1]** 32/9

**sorry [23]** 23/25
24/2 26/4 28/14
32/23 33/3 39/15
61/4 66/11 67/23
68/18 75/7 78/4
80/23 82/15 84/19
88/2 88/8 93/3

127/16

**sort [20]** 19/15
27/8 40/11 42/4
43/17 46/15 52/16
63/23 70/14 70/22
84/8 84/8 86/14
90/5 98/21 98/22
99/2 104/17 105/20
114/21

**sorts [1]** 110/16

**sound [8]** 6/25
16/16 16/17 21/5
37/19 38/1 38/3
38/3

**sounds [2]** 8/3
20/19

**SourceForge [1]**
101/19

**south [7]** 1/14
73/6 76/4 76/5
104/14 104/16
120/11

**Southeast [1]** 1/17

**SOUTHERN [3]** 1/1
129/3 129/6

**Sparrow [1]** 15/19

**speaks [1]** 33/20

**special [1]** 26/19

**specializing [1]**
123/20

**specific [4]** 14/14
14/18 16/7 40/5

**specifically [3]**
43/7 43/7 52/20

**spectrum [3]** 11/2
11/7 22/6

**speculate [1]**
120/17

**speculating [1]**
101/6

**speech [3]** 32/10
33/10 37/9

**speeches [1]** 42/5

**speed [1]** 34/23

**spend [1]** 80/13

**spending [1]** 62/22

**spent [6]** 61/10
61/15 62/5 62/8
127/22 127/24

**split [1]** 43/12

**spoke [1]** 84/18

**spousal [1]** 124/9

**spouse [1]** 10/23

**Springwood [1]**
104/8

**SRS [8]** 9/8 10/6
13/19 13/24 14/5
14/7 14/9 36/3

**SRSs [1]** 14/4

**ss [1]** 129/2

**staff [5]** 74/14
86/22 90/5 91/17
112/5

**stage [8]** 72/14
84/15 97/4 97/18
97/22 101/19
101/23 126/4

**stand [4]** 24/20
40/7 42/8 44/4

**standard [1]** 30/23

**standardized [1]**
14/17

**standing [1]** 58/8

**stands [1]** 117/9

**start [17]** 15/24
16/1 59/25 67/2
71/8 71/8 73/24
74/4 80/4 81/15
84/7 84/12 90/15
93/23 106/2 110/10
117/23

**started [29]** 3/3
7/4 64/24 69/14
69/18 70/2 70/2
70/6 70/7 71/1
72/18 73/11 81/18
82/16 82/19 83/3

# S

**started... [13]**
84/1 84/5 87/10
90/13 93/13 100/16
101/20 101/25
102/1 116/22 118/1
127/9 127/9
**starting [3]** 3/7
74/9 101/22
**state [5]** 3/6
26/21 52/9 64/20
73/18
**stated [1]** 37/1
**statement [2]** 24/8
50/14
**statements [4]**
40/11 47/6 50/9
51/3
**states [6]** 1/1
1/10 86/13 118/23
129/1 129/6
**station [2]** 62/11
62/12
**stationery [2]**
86/11 86/12
**stations [1]** 63/23
**statistical [2]**
74/24 82/4
**statistics [6]**
90/1 122/19 122/24
123/2 123/3 123/14
**staying [1]** 55/1
**steal [1]** 128/1
**stenographic [1]**
129/11
**step [3]** 3/25
40/20 58/7
**stepfathers [1]**
60/20
**STEPHEN [1]** 1/16
**Steve [1]** 3/11
**Steven [2]** 58/6
65/17

**Stewart [1]** 68/18
**sticking [1]** 35/14
**sticky [2]** 13/4
13/7
**still [8]** 54/18
74/1 74/15 74/16
92/15 97/9 97/13
97/20
**stock [9]** 73/12
73/13 73/23 73/25
74/3 75/4 127/2
127/4 127/5
**stop [3]** 80/1
107/15 125/18
**stopped [4]** 9/8
79/18 79/22 82/20
**store [2]** 72/12
97/24
**stories [1]** 34/17
**story [1]** 34/18
**straight [1]**
100/15
**Street [1]** 1/17
**strengths [2]** 29/7
32/13
**stress [2]** 56/18
57/8
**stretch [2]** 48/5
54/12
**strike [2]** 47/13
111/17
**structured [4]**
11/24 12/5 31/4
31/19
**stubs [1]** 92/15
**student [2]** 65/18
99/13
**studied [4]** 64/16
66/11 79/8 123/5
**studies [3]** 38/14
67/2 67/20
**Studio [2]** 100/9
100/14
**study [6]** 25/8

67/16 79/9
**studying [1]** 68/11
**stuff [6]** 46/7
71/10 72/13 72/15
98/21 98/22
**Sturt [3]** 68/17
68/19 75/19
**sub [2]** 32/8 33/23
**sub-domains [2]**
32/8 33/23
**subdomain [5]**
20/12 20/13 20/14
20/15 20/16
**subdomains [2]**
19/21 19/22
**subject [7]** 9/21
9/22 10/14 42/18
44/12 94/7 105/4
**subject's [1]** 9/22
**subjects [1]** 66/17
**submissions [2]**
4/4 4/10
**submit [1]** 49/13
**submitted [8]**
49/11 50/1 50/11
50/21 99/17 123/5
123/6 123/24
**submitting [3]**
46/5 71/11 72/17
**subsequent [1]**
25/15
**subsequently [1]**
83/5
**suburb [3]** 59/20
104/8 120/7
**succeed [1]** 57/18
**successful [2]**
56/5 57/12
**such [2]** 52/14
62/14
**sufficient [1]**
109/11
**Suite [3]** 1/14

**S**

Suite... [2]   1/17
 1/22
sum [1]   121/11
summarize [1]
 35/22
summarizes [1]
 14/19
summary [1]   14/22
Summer [1]   99/7
Sundays [1]   112/8
supplement [1]
 71/5
Supplementary [1]
 124/18
supplies [4]   111/6
 111/6 111/15 112/1
support [3]   102/12
 107/23 108/2
sure [20]   7/8
 10/12 11/4 13/12
 16/2 36/2 36/7
 36/10 36/23 36/23
 37/5 40/14 69/21
 75/20 77/22 86/21
 87/4 94/23 101/4
 107/15
surprised [1]
 30/18
suspicions [1]
 101/5
sustain [1]   78/22
sustainable [1]
 83/24
sustained [36]
 24/11 42/24 42/24
 44/3 45/4 50/17
 53/13 60/10 60/12
 61/22 62/1 63/17
 64/12 65/4 66/1
 67/9 67/13 67/19
 67/21 68/3 69/4
 72/9 72/22 76/16

 78/24 79/5 79/14
 92/3 109/15 110/8
 115/6 116/6 119/5
SWIFT [2]   79/23
 80/15
switch [1]   107/25
swords [1]   64/2
SWORN [1]   58/10
Sydney [8]   88/11
 106/7 106/10
 120/12 120/14
 120/15 120/22
 120/24
symptomatology [1]
 14/2
system [25]   6/3
 70/5 71/4 73/19
 75/14 80/15 81/22
 82/14 82/17 82/18
 83/11 83/21 83/22
 84/1 84/12 88/1
 88/10 89/9 89/11
 101/15 105/5 105/7
 108/2 112/2 125/21
systems [14]   63/7
 68/13 73/5 73/7
 74/11 75/3 76/7
 82/10 88/12 107/7
 107/25 108/1
 111/11 111/12

**T**

take [26]   3/22
 11/14 13/2 13/4
 24/15 24/17 27/6
 28/7 31/6 31/12
 39/21 39/24 48/5
 54/9 54/11 58/14
 60/7 64/15 66/9
 80/13 81/12 83/25
 110/25 111/8 121/3
 128/9
takedown [2]   76/8

taken [4]   5/20
 5/21 5/24 46/19
takes [3]   13/3
 14/13 28/17
taking [3]   60/3
 83/17 109/12
Tal [1]   4/13
talented [1]   78/19
talk [6]   24/16
 31/16 74/17 87/5
 92/6 109/10
talked [14]   11/19
 13/12 18/7 24/25
 35/17 62/7 91/8
 98/19 99/3 100/23
 102/15 110/15
 110/16 127/23
talking [17]   9/7
 9/8 14/6 16/24
 20/7 24/6 36/18
 37/4 81/18 81/19
 91/20 95/1 98/15
 105/24 120/21
 123/16 127/22
tantrums [1]   57/9
task [2]   22/19
 84/11
tasks [1]   31/20
taught [3]   63/4
 63/7 83/16
tax [7]   119/14
 120/2 120/4 124/3
 125/6 125/7 125/9
taxed [1]   125/5
tea [1]   64/6
teach [2]   62/17
 62/19
teacher [1]   62/20
teaching [1]   83/19
team [3]   73/4 90/3
 94/20
technical [1]   95/4
technically [5]

**T**

**technically... [5]**
71/10 74/14 100/2
102/23 110/11
**techniques [1]**
82/4
**technology [8]**
57/22 62/17 62/23
74/7 74/19 75/10
103/9 115/19
**teenager [2]**  76/12
76/12
**telegraph [1]**
62/15
**tell [14]**  7/6 18/8
36/17 42/17 59/24
64/16 65/15 67/6
72/24 82/22 85/2
117/9 119/13
125/15
**telling [1]**  13/23
**temperature [2]**
28/7 28/17
**Ten [1]**  40/22
**tend [3]**  34/11
51/3 52/25
**tendency [1]**  51/4
**tends [2]**  44/21
44/22
**tens [3]**  18/15
18/23 38/23
**term [2]**  36/24
43/12
**terminal [1]**  63/3
**Termination [1]**
121/9
**terms [1]**  43/15
**terrible [2]**  62/20
100/8
**terribly [3]**  54/7
97/24 126/3
**Territory [1]**
74/23

**test [13]**  10/25
12/14 13/5 15/2
15/5 15/11 16/8
16/13 17/19 22/16
33/20 88/10 88/12
**tested [1]**  65/1
**testified [7]**  8/1
8/19 34/10 44/14
44/20 52/8 116/4
**testifying [3]**
5/21 7/21 58/15
**testimony [23]**  6/7
27/16 27/18 27/19
36/25 38/4 38/16
40/9 41/9 41/11
43/3 43/24 44/20
45/11 46/21 47/9
47/12 47/21 49/18
50/2 54/8 108/16
112/19
**tests [1]**  64/20
**text [1]**  13/16
**textbooks [1]**  71/5
**than [24]**  6/6 6/8
11/10 11/11 17/3
17/4 23/13 26/22
28/22 31/21 31/25
32/1 32/5 33/10
37/12 50/5 58/1
59/9 81/11 83/21
90/24 94/7 99/6
109/22
**thank [30]**  5/6
5/12 10/21 11/16
19/5 31/13 33/19
34/7 39/3 41/3
48/7 49/24 51/19
53/22 53/24 54/13
54/23 55/4 55/23
56/11 58/3 58/16
71/19 76/22 87/21
105/23 112/17
113/15 119/22
119/25

**Thanksgiving [1]**
42/2
**that [621]**
**that's [68]**  3/9
6/9 9/25 10/6
13/21 21/8 21/24
22/2 22/7 25/25
26/16 28/11 28/12
28/12 28/18 29/9
29/9 29/18 29/24
32/25 33/11 33/14
35/15 37/7 37/25
38/2 38/20 40/5
42/8 43/3 44/24
45/9 45/9 45/13
46/3 46/4 46/10
46/23 50/22 57/6
68/21 78/5 81/4
86/1 86/8 88/1
88/2 88/2 88/6
89/13 90/19 92/13
100/19 100/19
103/11 110/5 116/3
117/6 117/10
117/12 118/11
118/11 119/14
120/9 120/21
121/11 121/22
124/18
**their [28]**  9/13
23/9 23/10 23/12
29/7 29/13 30/19
32/17 35/9 38/14
44/1 51/7 52/23
52/25 53/1 53/1
53/2 56/6 56/23
57/12 57/19 57/19
58/2 80/14 81/13
82/8 91/13 91/14
**them [46]**  11/8
13/13 13/13 13/14
14/1 14/19 15/13
19/15 22/8 23/16
26/20 32/16 32/18

**them... [33]**   49/7
49/20  50/9  50/10
51/7  51/11  56/13
56/18  57/20  61/17
70/4  70/10  74/1
78/1  82/18  83/17
83/17  83/18  83/19
98/1  98/6  102/6
104/15  106/13
107/17  107/23
110/24  111/8  111/9
111/9  126/1  126/13
127/12

**themselves [1]**
110/25

**then [87]**   4/16
4/22  6/14  9/16
9/23  10/4  12/3
12/6  13/17  13/19
14/8  14/14  14/17
14/18  14/18  16/4
19/24  20/4  22/22
25/7  31/6  35/16
36/16  37/2  37/2
39/11  39/17  41/17
41/22  42/1  43/13
43/16  46/5  46/7
46/19  47/12  48/5
54/24  68/8  69/18
70/21  70/23  70/24
72/18  74/6  74/17
77/1  80/10  80/10
81/11  83/4  83/21
83/24  86/13  89/15
89/18  89/20  89/22
91/6  93/21  94/1
94/2  94/2  94/5
95/16  97/22  100/22
104/25  107/10
107/24  108/2
111/14  113/5  118/4
118/5  121/2  121/20

124/20  125/5  125/9
126/4  126/8  127/8
127/11  128/9

**theology [2]**   67/16
68/9

**theoretic [1]**   84/1

**there [102]**   4/18
6/16  6/16  7/19
12/17  12/17  13/23
14/15  15/14  15/19
15/23  16/6  16/7
16/10  18/18  18/23
19/18  19/20  20/4
25/13  25/14  32/12
36/2  37/8  41/24
41/24  41/25  42/18
42/23  43/8  44/16
44/18  46/5  46/6
48/11  49/15  55/17
56/13  57/21  61/2
61/8  61/13  61/15
62/9  64/18  70/24
71/22  72/19  73/11
73/19  74/2  74/10
75/23  77/2  78/14
80/16  84/7  84/20
84/22  85/6  85/13
86/22  88/12  90/4
92/13  93/12  93/15
93/22  94/12  96/18
97/22  98/9  98/10
98/11  99/3  100/2
100/7  101/23
105/15  105/15
105/22  106/15
106/20  107/1  107/3
107/6  110/24
111/16  111/19
111/24  113/21
113/23  114/1
117/11  121/20
121/23  122/13
122/14  125/18

**there's [28]**   4/14
13/4  16/13  20/17
20/21  20/24  21/22
22/7  23/4  30/9
32/25  41/17  45/21
49/12  49/19  50/2
59/12  59/16  74/16
89/18  92/15  107/22
111/11  117/4  122/2
122/14  124/25
125/16

**therefore [3]**
13/24  31/5  38/14

**Thermonuclear [2]**
69/10  72/18

**these [25]**   17/2
23/16  31/4  31/5
32/13  47/6  83/19
85/3  87/4  96/5
102/2  102/7  102/10
106/12  106/23
110/23  121/1  122/2
122/3  122/4  124/3
124/9  124/9  124/10
126/24

**thesis [1]**   90/2

**they [61]**   7/7
12/17  12/18  16/11
17/7  17/16  19/18
21/7  22/22  22/25
23/3  26/14  29/6
32/19  34/24  35/9
35/10  35/10  37/12
44/1  50/6  50/7
50/7  51/4  51/7
51/11  52/24  53/2
54/16  55/8  55/9
56/17  56/18  56/18
56/21  56/21  56/23
57/8  57/23  57/23
58/1  61/1  64/22
64/24  71/12  79/23
82/19  86/3  86/23

**they... [12]**   87/5
91/15 97/12 97/13
97/13 105/14
106/12 106/14
106/25 107/22
110/24 116/1
**they're [11]**   12/20
43/25 44/1 46/23
86/1 86/2 87/7
89/10 102/10
109/24 111/7
**They're a [1]**   86/1
**thing [16]**   10/4
10/5 16/4 22/14
23/17 42/10 42/11
45/18 47/11 78/16
81/18 83/25 86/15
86/20 96/8 102/21
**things [30]**   7/25
12/16 16/13 21/13
25/1 25/2 25/7
25/13 29/1 29/11
41/23 42/5 43/10
45/23 46/14 46/17
49/7 62/22 63/8
69/13 70/7 70/8
70/9 76/9 83/20
100/3 101/24 122/4
122/13 122/15
**think [25]**   6/1 8/3
12/21 12/24 22/3
28/7 30/13 35/18
36/3 39/7 45/8
47/17 50/15 61/23
62/8 68/23 82/21
88/22 94/5 96/11
100/22 112/5
119/17 121/16
122/23
**thinking [3]**   81/15
83/12 88/3
**third [4]**   36/16

**thirties [1]**   65/23
**this [214]**
**those [45]**   6/24
7/1 7/2 7/25 12/16
14/17 14/19 15/15
15/23 16/25 18/19
19/16 19/21 27/24
47/16 57/16 57/17
57/18 60/6 64/7
66/17 66/21 68/12
77/25 79/25 80/13
82/17 87/2 91/7
92/17 97/11 97/17
98/6 100/20 105/21
106/4 106/14 107/8
107/19 108/8
109/13 111/8
122/15 122/23
126/2
**though [1]**   111/16
**thought [7]**   70/9
83/23 98/15 98/16
98/19 116/16
127/24
**three [12]**   19/18
19/21 20/25 32/8
32/11 33/23 34/17
38/23 52/3 82/7
105/13 120/13
**three-plus [1]**
52/3
**threshold [1]**
26/23
**through [24]**   1/8
5/14 9/11 11/8
11/19 13/20 14/2
15/21 17/17 31/6
32/20 33/3 33/10
41/18 42/3 49/5
64/16 66/22 67/3
68/9 97/13 102/15
111/10 113/12
**thrown [1]**   43/17

**tidied [1]**   97/23
**tidy [1]**   97/24
**till [3]**   69/8
100/2 127/10
**Tim [3]**   81/18
81/19 93/18
**time [73]**   3/22 4/8
4/15 4/16 6/18 7/3
12/16 12/17 17/9
24/19 24/20 24/24
26/7 47/8 51/19
52/2 56/13 58/20
60/3 61/2 61/10
62/6 62/8 62/22
63/10 64/23 67/2
68/24 69/6 69/7
69/14 72/6 72/14
72/18 73/19 74/20
75/9 76/11 76/18
81/24 82/12 83/10
84/11 87/1 89/21
90/13 91/3 91/24
91/25 92/8 93/2
94/14 97/3 97/12
99/4 99/23 102/12
104/6 108/11 109/1
109/7 109/20
110/25 111/17
118/25 120/19
120/23 121/14
123/15 126/1
127/22 127/22
128/8
**timechain [2]**   89/1
89/2
**timeline [3]**   44/1
46/20 86/25
**timely [1]**   4/4
**times [6]**   8/2 8/4
8/19 9/3 61/2 61/7
**today [5]**   16/20
24/20 39/25 64/9
102/9
**together [7]**   3/15

**together... [6]** 25/5 101/16 102/2 106/24 106/25 127/25

**token [7]** 80/4 80/6 80/7 81/6 81/20 82/13 82/16

**tokenize [1]** 80/8

**tokenized [1]** 76/3

**tokens [5]** 81/16 83/12 89/12 91/2 93/19

**Tokyo [1]** 105/17

**told [11]** 5/16 6/5 8/6 34/17 34/18 38/15 45/9 65/1 98/20 100/4 110/2

**tolerated [1]** 53/7

**too [9]** 10/5 16/10 21/21 89/5 96/8 96/8 96/9 97/9 97/9

**took [8]** 5/25 25/9 70/3 73/20 74/15 91/19 93/25 102/1

**tool [1]** 27/20

**Toowoomba [1]** 104/3

**top [3]** 82/9 105/21 118/14

**top-level [1]** 118/14

**topic [2]** 16/23 103/24

**topics [1]** 34/9

**topped [1]** 64/20

**total [2]** 20/17 124/25

**touching [1]** 42/9

**town [2]** 104/7 120/7

**track [1]** 58/19

**tracking [2]** 76/7 83/17

**trade [1]** 74/24

**traded [1]** 80/12

**trading [2]** 73/16 73/20

**traffic [1]** 120/16

**trained [2]** 15/18 27/21

**trait [4]** 11/5 35/8 38/16 38/22

**transcript [4]** 1/9 129/10 129/11 129/12

**transcriptions [1]** 37/14

**transfer [3]** 79/25 81/10 81/13

**transformer [1]** 111/17

**transitioned [1]** 82/12

**translate [2]** 23/12 29/7

**translating [1]** 31/2

**transmit [1]** 98/25

**treated [1]** 66/23

**tremendous [1]** 33/21

**TRIAL [1]** 1/9

**tried [3]** 42/4 84/16 98/1

**trouble [1]** 61/5

**true [3]** 37/7 46/3 129/10

**trust [4]** 16/18 17/2 124/18 125/2

**trusted [1]** 27/24

**truth [2]** 35/10 45/9

**truthful [1]** 35/14

**try [7]** 51/6 62/12 71/5 102/5 109/4

**trying [11]** 12/6 20/24 32/15 35/21 58/19 80/1 82/16 82/18 92/16 100/19 105/3

**Tumbi [1]** 105/19

**turn [2]** 21/23 70/8

**turned [2]** 65/14 70/20

**turnover [1]** 82/8

**two [27]** 6/6 6/8 6/16 6/24 7/14 10/11 12/18 14/4 20/25 21/25 25/6 26/19 46/8 50/21 51/10 56/13 57/15 66/14 66/17 66/18 104/15 105/12 106/15 107/14 108/3 111/3 111/8

**two-year-old [1]** 21/25

**type [5]** 53/16 64/8 70/4 71/20 109/20

**typed [2]** 95/10 95/14

**types [1]** 80/8

**typically [9]** 10/7 17/12 18/15 23/9 26/11 26/12 32/16 57/6 57/18

**typos [1]** 99/2

---

**U**

---

**U.S [2]** 1/24 41/23

**UK [2]** 86/2 123/19

**ultimately [2]** 23/4 91/12

**Umbi [1]** 105/19

**unable [1]** 29/6

**uncle [4]** 72/3

**U**

**uncle... [3]** 93/6
95/20 110/19
**under [12]** 5/4
18/17 19/23 19/25
20/2 42/25 56/18
57/7 58/9 122/22
126/20 127/11
**undergraduate [1]**
66/4
**understand [15]**
32/10 32/16 37/3
37/21 37/21 45/5
45/7 51/6 53/2
59/5 64/25 65/7
69/21 86/8 87/4
**understanding [6]**
32/12 36/8 36/13
43/5 47/7 71/17
**understands [3]**
20/6 32/5 33/9
**understood [1]**
75/23
**Unfortunately [2]**
57/14 90/3
**unhappy [1]** 91/16
**uni [1]** 98/7
**uniforms [1]** 63/25
**uninterrupted [1]**
111/14
**unit [1]** 60/14
**UNITED [4]** 1/1
1/10 128/17 129/6
**units [2]** 107/14
111/14
**universities [4]**
63/1 66/5 95/22
110/13
**university [15]**
62/25 66/11 66/16
66/23 67/3 68/17
68/18 75/14 75/19
79/9 89/25 94/24

**Unix [1]** 70/15
**unless [6]** 12/21
26/14 26/21 30/17
32/12 40/17
**until [5]** 65/23
66/5 74/3 79/17
84/6
**up [71]** 5/14 5/16
6/23 7/10 9/6 10/2
10/17 16/4 16/17
19/1 19/7 20/9
22/10 23/17 23/25
24/2 24/3 24/5
24/19 25/5 28/1
29/14 41/2 41/4
41/5 42/4 43/25
59/25 60/15 61/1
61/16 62/9 64/14
64/19 65/8 65/15
65/23 66/5 68/24
72/17 73/11 74/3
75/9 77/1 77/2
77/5 79/17 83/12
84/4 88/10 88/13
91/14 91/25 92/13
93/1 97/22 106/13
107/8 107/15 108/3
109/4 109/12
109/23 110/5
111/19 112/11
113/8 114/5 117/4
122/19 126/3
**update [1]** 118/24
**updated [1]** 111/12
**upload.ie [1]**
100/1
**us [21]** 4/21 6/19
8/6 19/11 25/19
38/15 47/2 54/8
54/18 61/10 63/22
64/16 65/15 66/9
80/12 82/16 82/22
85/2 90/21 119/13

**us that [1]** 38/15
**usage [1]** 28/24
**use [12]** 10/6 12/7
23/16 23/19 27/24
41/7 41/18 51/14
56/23 57/23 63/5
81/10
**used [22]** 13/24
16/21 21/9 27/20
35/23 46/21 61/2
61/8 61/15 63/7
63/9 64/6 65/17
65/22 71/4 82/5
85/3 86/4 92/6
102/22 105/13
126/10
**uses [1]** 100/12
**using [10]** 27/12
45/8 62/15 70/21
71/8 81/16 88/12
89/9 99/4 100/9
**usually [5]** 22/14
22/16 22/18 37/12
56/20

**V**

**vaccinated [1]**
58/13
**validating [1]**
83/23
**values [1]** 91/5
**variables [1]** 91/7
**variety [2]** 71/4
74/10
**various [4]** 33/22
60/20 73/18 94/12
**Vel [1]** 3/10
**Vela [3]** 3/11
11/16 41/5
**venue [1]** 86/13
**verbal [3]** 48/16
56/24 96/8
**Verdict [2]** 4/11

**V**

**Verdict... [1]**
4/13
**version [19]**   92/15
95/10 95/14 95/15
95/15 95/17 95/18
95/19 96/6 96/7
96/13 96/14 96/16
96/18 96/25 97/5
97/6 97/8 97/21
**versions [6]**   97/23
97/25 98/3 100/24
101/25 101/25
**very [50]**   7/25 8/3
10/8 10/10 11/1
12/18 13/23 15/18
16/7 16/23 21/24
27/21 29/5 35/9
35/10 35/15 35/22
37/6 37/10 38/5
38/9 38/17 40/6
40/6 41/12 41/15
43/18 48/18 50/5
51/22 53/22 57/14
57/17 57/25 60/11
60/25 62/5 65/21
70/18 79/9 85/21
89/8 91/15 91/16
91/17 96/17 98/14
101/19 101/20
107/3
**vetted [1]**   13/17
**video [1]**   69/24
**view [1]**   102/16
**Vineland [33]**
11/18 11/20 11/20
11/20 12/13 12/25
14/6 14/8 14/9
15/2 15/3 15/5
15/6 15/7 15/11
15/20 17/16 18/18
18/21 19/10 19/17
19/19 20/16 21/8

22/8 25/14 25/16
25/21 26/10 26/12
27/12 27/19 28/6
**Vineland-3 [4]**
15/6 15/7 15/11
20/16
**virtual [1]**   108/1
**visit [1]**   65/22
**Visual [2]**   100/9
100/14
**VMS [2]**   63/3 63/5
**vocation [2]**   57/20
57/24
**voice [1]**   21/23
**volumes [1]**   38/13
**vs [1]**   1/6

**W**

**Wagga [2]**   68/21
68/21
**Wales [3]**   73/6
76/4 120/11
**walk [1]**   41/18
**walks [1]**   103/1
**want [30]**   3/22 4/2
4/15 5/14 6/23 9/6
13/10 16/16 18/14
23/25 26/18 31/10
31/16 35/10 39/23
41/2 42/20 46/1
48/4 49/10 49/17
49/25 50/12 50/20
66/5 66/9 87/5
103/24 116/1 117/2
**wanted [12]**   24/2
25/5 36/2 36/7
36/10 36/23 36/23
62/22 80/8 81/22
89/25 90/1
**wants [1]**   47/22
**war [1]**   64/3
**WarGames [2]**   69/10
72/18
**was [300]**

vasn't [15]   20/21
24/12 27/4 36/4
38/2 38/19 38/19
45/6 45/12 81/9
97/25 101/23
103/15 111/3 126/3
**Watts [8]**   9/12
9/12 12/1 12/13
25/17 26/6 28/19
29/25
**Watts' [2]**   9/16
10/1
**Wattyl [1]**   82/6
**way [26]**   13/10
15/21 17/17 23/4
24/13 33/14 33/20
35/2 36/1 36/11
38/1 46/13 47/9
62/20 63/24 76/11
78/8 87/3 94/16
96/12 102/3 102/25
103/8 103/11 108/8
110/23
**we [150]**
**we'll [10]**   3/3
13/2 13/20 27/7
40/21 45/7 48/5
49/3 83/9 128/9
**we're [11]**   8/7
14/6 15/2 16/17
19/14 39/25 49/5
55/6 80/17 124/7
127/4
**we've [5]**   10/1
10/1 40/10 44/4
94/25
**weapons [1]**   64/6
**weather [1]**   29/23
**web [1]**   73/7
**week [2]**   65/23
74/2
**weekend [2]**   3/21
5/1
**weekends [2]**   61/15

W

**weekends... [1]**
61/16
**Wei [13]** 94/16
94/22 94/23 98/6
98/8 98/11 98/12
98/14 100/3 101/7
101/8 102/6 103/5
**weigh [1]** 111/12
**weird [4]** 35/19
35/20 36/4 36/5
**Welcome [2]** 48/9
55/12
**well [37]** 4/7 4/10
4/13 5/12 7/1 8/5
8/6 10/8 10/16
12/17 12/20 14/3
16/22 17/24 22/2
27/17 28/11 40/12
44/10 44/13 45/8
47/5 55/8 57/23
61/15 62/6 63/7
64/19 65/21 67/3
71/7 89/24 97/4
98/9 101/24 112/15
114/5
**went [14]** 61/12
64/17 66/22 73/12
78/8 79/10 81/5
84/14 98/6 98/6
100/20 105/5 118/5
124/10
**were [101]** 5/2 5/3
6/5 6/16 6/20 6/24
6/24 9/8 12/16
16/12 17/2 18/1
18/9 18/23 18/25
21/1 24/6 24/16
25/13 25/14 25/14
29/19 33/22 34/10
34/24 35/5 35/23
36/18 37/4 37/15
40/6 43/18 45/8

45/16 57/23 58/19
60/6 61/1 62/5
64/8 65/6 65/11
66/17 67/25 70/1
71/14 72/5 72/6
72/14 73/22 74/10
76/25 79/3 79/24
80/14 81/24 82/11
83/2 87/3 87/8
88/10 91/15 91/17
91/18 92/17 92/19
93/13 93/15 97/22
98/3 98/10 98/11
99/3 99/5 101/23
104/1 105/6 105/6
105/9 105/14
105/15 105/15
105/22 105/24
106/3 106/4 106/12
106/14 106/15
106/15 106/25
107/3 107/8 107/19
109/25 110/23
111/2 112/19
113/18 120/19
122/16
**weren't [1]** 17/7
**west [2]** 1/2 104/4
**what [186]**
**what's [8]** 37/16
37/20 45/17 105/24
112/9 114/13
119/11 121/8
**whatever [3]** 23/19
84/8 90/22
**whatsoever [1]**
52/5
**when [100]** 10/6
13/6 13/19 15/16
19/13 20/7 21/24
23/4 26/2 27/2
28/7 28/17 28/25
34/10 36/2 42/5
42/14 43/9 43/22

56/18 56/18 59/9
59/9 60/1 60/4
61/1 61/7 61/16
63/9 64/5 64/7
64/24 67/6 69/8
69/16 69/25 70/20
71/8 71/10 72/6
73/10 73/10 73/11
73/20 73/23 73/23
74/3 76/11 76/12
78/21 81/15 82/15
83/3 83/6 83/10
83/11 84/4 85/6
87/15 88/3 90/15
90/22 91/14 91/18
91/18 92/17 93/6
95/6 95/12 96/2
96/22 96/22 97/10
97/11 97/19 97/24
98/2 98/22 99/3
99/24 100/11 104/6
105/5 108/8 109/9
117/23 118/2
118/24 120/20
120/21 121/2
121/22 122/24
123/4 123/23
125/16 127/8
**whenever [1]** 22/18
**where [48]** 9/6
9/11 9/20 17/23
20/21 22/7 29/19
40/14 40/15 41/15
41/17 41/19 41/22
42/2 44/24 45/19
45/20 59/19 64/16
66/15 68/15 68/20
72/12 72/25 78/5
83/15 84/7 84/20
86/17 86/17 89/11
90/1 92/16 100/20
102/13 104/1
104/11 104/11

**W**

**where... [10]**
106/5 106/17
106/17 113/25
116/3 120/12
122/25 126/16
126/18 126/25
**WHEREOF [1]**   129/14
**whether [6]**   18/21
21/9 30/24 42/7
43/9 43/12
**which [49]**   9/8
12/14 14/14 15/25
16/9 17/21 23/2
24/21 25/6 25/17
26/23 33/23 37/9
42/1 42/11 43/16
43/23 44/17 46/8
47/6 50/14 59/20
61/3 61/18 61/18
65/9 69/10 71/3
74/22 75/13 75/18
75/20 77/5 82/6
84/3 88/4 88/10
93/13 93/17 93/18
102/14 104/8 106/7
107/3 109/5 110/5
118/10 119/7 120/8
**while [6]**   45/3
58/14 66/23 105/3
109/7 111/9
**whitepaper [9]**
88/5 93/11 95/1
95/2 95/4 95/6
99/15 99/24 99/25
**who [47]**   7/24 10/7
10/15 16/6 26/2
27/20 30/11 32/10
34/19 49/19 53/7
53/9 54/21 56/1
56/14 56/15 57/18
57/21 65/17 65/18
65/22 71/24 71/24

82/25 84/18 89/4
90/5 94/11 94/19
94/20 94/22 95/19
95/24 95/25 96/10
96/25 98/5 99/10
99/12 100/12 101/3
102/4 110/10
110/10 113/3
117/14 118/17
**whoever [1]**   96/5
**WhoIs [1]**   118/11
**whole [7]**   15/5
15/16 71/1 90/9
94/15 100/8 117/1
**whom [3]**   101/1
113/3 121/12
**Whose [1]**   85/7
**why [18]**   21/8 29/9
40/18 41/6 46/16
67/11 77/3 77/13
77/17 78/4 78/6
78/22 95/3 107/11
109/2 110/5 121/20
127/20
**wide [1]**   88/18
**widespread [1]**
27/22
**wife [15]**   9/13
9/22 11/11 26/2
30/23 57/1 82/25
97/3 102/14 102/19
112/6 117/10
117/12 117/24
118/19
**wife's [1]**   114/2
**will [10]**   3/25
23/19 26/21 30/18
40/20 48/3 56/12
56/13 88/1 94/5
**Williams [2]**   97/1
98/7
**Wilson [3]**   104/12
113/7 113/25
**Windows [1]**   105/14

**Wipes [2]**   89/8
99/21
**wish [1]**   45/12
**withdraw [1]**   51/18
**within [2]**   11/2
81/10
**without [8]**   18/6
18/7 70/18 80/14
88/18 91/7 102/9
103/9
**witness [18]**   5/16
24/7 24/10 24/20
44/25 45/4 45/16
47/14 47/18 51/15
54/5 54/6 54/22
58/4 61/5 84/24
114/17 129/14
**won't [1]**   83/11
**wonderful [2]**
56/16 57/13
**Wong [1]**   65/17
**Wooloowin [4]**
104/14 104/18
112/25 113/20
**word [8]**   27/6
31/12 35/19 35/25
36/1 36/8 36/13
38/11
**words [7]**   27/24
35/20 35/23 37/6
38/5 38/9 38/14
**work [33]**   5/1 5/16
52/3 69/6 71/21
72/7 72/19 73/14
74/1 75/25 79/3
79/16 79/17 80/24
80/24 82/2 82/13
82/20 83/12 83/14
83/17 84/7 84/11
87/1 91/6 93/24
95/25 98/12 99/7
101/15 112/8 122/4
122/13
**work-related [2]**

**W**

**work-related...** **[2]**
122/4 122/13

**worked** **[16]** 62/24
69/9 72/12 73/1
76/4 79/10 80/20
81/21 82/17 83/15
83/17 90/4 94/20
99/10 110/6 112/5

**working** **[12]** 4/3
67/2 67/3 67/5
76/2 77/4 77/6
83/18 88/1 93/13
93/14 98/21

**workshops** **[2]**
16/22 62/7

**workspace** **[1]**
106/21

**world** **[3]** 27/23
52/5 62/13

**worldwide** **[1]**
118/13

**worse** **[5]** 31/21
31/25 32/1 32/5
33/10

**worse than** **[1]**
31/25

**worth** **[1]** 125/8

**would** **[106]** 8/22
16/12 16/13 21/16
21/22 22/2 22/3
25/19 26/6 26/9
29/11 32/7 32/14
32/15 38/1 40/11
42/23 42/24 43/17
45/13 45/22 45/24
46/3 46/5 46/6
47/2 47/5 47/12
47/13 49/12 49/13
49/20 50/3 50/8
50/10 50/25 53/7
53/9 54/7 57/2
59/7 59/11 59/13

61/12 61/13 62/12
62/14 62/19 62/20
62/21 62/21 71/6
71/11 71/12 71/18
75/16 78/1 78/6
78/16 80/12 81/6
81/11 81/12 82/18
83/23 83/23 83/25
86/12 88/4 88/19
89/11 89/13 89/17
89/20 90/25 91/3
91/4 91/6 95/8
95/13 97/1 97/20
98/12 98/16 101/5
103/8 103/9 106/11
107/6 107/13
107/15 108/11
108/25 109/8
109/12 109/19
109/21 110/11
111/4 111/16
114/11 114/12
121/3 122/11 124/2
124/2

**wouldn't** **[10]** 17/1
17/12 18/8 32/17
32/18 42/8 55/1
98/15 102/9 107/15

**WRIGHT** **[93]** 1/7
2/8 3/5 3/16 3/18
9/13 10/4 10/24
16/21 18/2 20/22
21/17 23/15 25/22
26/6 27/8 27/14
28/7 29/25 30/14
31/9 31/17 31/20
33/9 34/14 35/17
36/18 37/5 37/7
38/2 38/5 38/20
40/14 41/12 41/15
41/19 41/22 42/7
43/6 43/9 43/21
44/14 45/22 45/25
46/17 49/11 49/13

50/21 52/6 53/6
56/25 58/6 58/7
58/10 58/12 58/23
58/25 59/12 59/19
67/25 71/16 72/24
75/5 78/17 80/23
83/1 83/1 83/2
87/12 88/6 105/3
112/19 113/14
114/8 114/13 115/9
116/4 116/16
116/19 117/16
119/4 120/7 124/10
125/15 125/15
126/7 126/12
126/13 126/16
127/14

**Wright's** **[9]** 9/12
11/9 18/1 42/4
47/19 57/3 57/8
67/20 77/23

**write** **[9]** 13/5
13/6 13/7 13/7
13/10 59/9 71/4
89/19 92/11

**writes** **[1]** 33/10

**writing** **[4]** 55/19
71/11 86/9 92/22

**written** **[4]** 19/9
19/16 19/24 50/1

**wrong** **[6]** 12/23
14/8 35/21 36/17
99/5 110/12

**wrote** **[3]** 13/13
13/13 84/20

**X**

**Xen** **[2]** 105/15
108/1

**Xenon** **[1]** 109/21

**Y**

**yeah** **[10]** 10/17

**Y**

**yeah... [9]** 14/23
24/5 28/11 71/19
87/12 88/8 88/23
100/19 102/22
**year [42]** 6/6 6/9
15/16 16/1 16/11
21/5 21/11 21/18
21/25 22/3 24/22
26/3 26/7 27/12
27/25 28/8 30/3
30/4 30/10 30/23
31/8 59/22 63/13
64/17 64/18 64/23
66/19 66/24 68/22
74/4 75/15 82/22
94/17 95/7 96/24
101/13 109/5 118/1
121/18 122/18
122/19 124/25
**years [13]** 6/19
6/21 6/24 7/2 8/4
15/14 43/22 60/2
60/15 65/11 69/16
82/17 121/2
**yen [1]** 80/10
**yes [147]**
**yesterday [1]**
13/12
**yet [2]** 25/15
119/18
**you [576]**
**you just [1]** 17/3
**you to [1]** 50/12
**you'll [2]** 36/17
58/7
**you're [26]** 13/6
14/5 14/23 15/16
15/25 16/1 17/5
17/22 21/13 21/15
23/24 31/1 31/1
37/17 69/21 74/18
81/17 83/12 84/4

81/10 91/20 91/22
95/8 108/4 111/10
113/9
**you've [6]** 7/22
25/11 25/11 83/10
98/20 102/4
**young [3]** 62/18
69/9 121/2
**younger [3]** 16/12
16/13 19/20
**youngest [1]**
117/22
**your [162]**
**yuan [1]** 80/10
**yvette [6]** 1/23
1/25 129/5 129/17
129/17 129/19

**Z**

**ZACK [2]** 1/16 3/11
**ZALMAN [2]** 1/21
3/16
**ZED80 [1]** 70/4
**ZED80-type [1]**
70/4
**zeros [1]** 70/20
**zone [1]** 34/24
**Zoren [6]** 95/22
95/24 96/5 96/11
98/7 103/12