```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                   WEST PALM BEACH DIVISION
                   CASE NO. 9:18-cv-80176-BB
 3

 4   IRA KLEIMAN, as the personal representative
     of the Estate of David Kleiman, and W&K Info
 5   Defense Research, LLC,

 6          Plaintiffs,                  November 23, 2021
                                         9:26 a.m.
 7       vs.

 8   CRAIG WRIGHT,

 9          Defendant.                   Pages 1 THROUGH 192
     _____

10                 TRANSCRIPT OF TRIAL DAY 15
              BEFORE THE HONORABLE BETH BLOOM
11               UNITED STATES DISTRICT JUDGE
                   And a Jury of 10
12
     Appearances:
13   FOR THE PLAINTIFF:  ROCHE FREEDMAN, LLP
                         DEVIN FREEDMAN, ESQ.
14                       KYLE ROCHE, ESQ.
                         200 South Biscayne, Suite 5500
15                       Miami, Florida 33131

16                       BOIES SCHILLER & FLEXNER
                         ANDREW BRENNER, ESQ.
17                       STEPHEN N. ZACK, ESQ.
                         STEPHEN LAGOS, ESQ.
18                       100 Southeast 2nd Street, Suite 2800
                         Miami, Florida 33131
19

20   FOR THE DEFENDANT:  RIVERO MESTRE, LLP
                         ANDRES RIVERO, ESQ.
21                       JORGE MESTRE, ESQ.
                         AMANDA M. MCGOVERN, ESQ.
22                       MICHAEL A. FERNANDEZ, ESQ.
                         ZALMAN KASS, ESQ.
23                       AMANDA L. FERNANDEZ, ESQ.
                         2525 Ponce de Leon Boulevard, Suite 1000
24                       Coral Gables, Florida 33134

25
```

```
 1    APPEARANCES CONTINUED:

 2

 3    COURT REPORTER:        Yvette Hernandez
                             U.S. District Court
 4                           400 North Miami Avenue, Room 10-2
                             Miami, Florida 33128
 5                           yvette_hernandez@flsd.uscourts.gov

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

# I N D E X

Certificate.....................................    192
Jury Instructions .............................     20
Plaintiffs' closing argument ..................     56
Defendant's closing argument ..................    110
Plaintiffs' rebuttal close ....................    175
Final Jury Instructions .......................    184

```
 1          (Call to order of the Court, 9:26 a.m.)

 2              THE COURT:  Good morning to each of you.

 3              Are the attorneys present, as well as the parties, and

 4      are we able to call the case a few minutes early?

 5              MR. FREEDMAN:  Your Honor, if it's all right, I think

 6      the lawyers need to talk to you at sidebar for one second.

 7              MR. RIVERO:  We certainly request a sidebar if we can.

 8              THE COURT:  Certainly.

 9              All right.  Come on forward.

10          (At sidebar on the record.)

11              MR. FREEDMAN:  The gentleman in the back of the

12      courtroom with the tattoos and the white shirt intends at some

13      point to stand up and talk about how Craig Wright has ruined

14      his life.  He's on the left-hand side -- the left-hand of the

15      gallery, white shirt, second to back.

16              MR. RIVERO:  One thing is -- like I learned a long

17      time ago, when people have these kinds of problems, not to look

18      at them.  The second thing is, Judge --

19              THE COURT:  I just would - I would let the marshal

20      know.

21              MR. RIVERO:  -- I didn't hear the comment, but

22      Mr. Zack and Mr. Freedman reported it to me.  And it has the

23      indicia of credibility to us, Judge, because -- I mean, I know

24      personally -- Ms. McGovern and I have received emails from

25      people who, terribly, I would characterize as cranks, saying
```

1    things like what Mr. Freedman --

2             THE COURT:  Oh, okay.

3             MR. RIVERO:  -- and we are very concerned and we don't

4    know what to do about it.

5             THE COURT:  So, I mean, for my purpose, I want to make

6    sure that everyone is protected.  So if I know ahead of time --

7             MR. RIVERO:  White T-shirt, Judge.

8             THE COURT:  Oh, I see him.  I thought you said in the

9    back.  Okay.  I got it.

10            MR. RIVERO:  Judge, let me just say this:  I guess if

11   we're talking about what he's saying -- we are in a court, and

12   I know it's a public proceeding, and I know the Court -- its

13   powers are quite great, but to a limit.  If it's going to be an

14   interruption while I'm speaking, so be it.  If that's what it

15   is, it is.  But Judge, what I would ask is if the gentleman

16   starts going on, that the marshals be prepared -- that the

17   security people be prepared to escort him out.

18            THE COURT:  Yeah.  That's why I want to let Scott

19   know.  So if it's all right -- Officer Campbell is here -- I

20   can actually instruct him that anybody; this gentleman or

21   anybody else -- that they need to leave the courtroom.

22            MR. RIVERO:  And Judge, I don't know what Mr. Freedman

23   had in mind, so I don't want to speak for him.  I mean,

24   obviously, it's not that we wouldn't agree that he should be

25   removed preemptively in advance, but I think there could be a

```
 1    constitutional problem with that because --

 2              THE COURT:  Well, I'm not going to do it in advance.

 3    I mean, he would have to do something to obstruct the case.

 4              Is that the only issue?

 5              MR. BRENNER:  We have a couple issues, which we can do

 6    not at sidebar regarding jury instructions.

 7              THE COURT:  Yeah.  Okay.  Perfect.

 8              Thank you.

 9         (End of discussion at sidebar.)

10              THE COURT:  All right.  Let's go ahead and call the

11    case and we can get started.

12              COURTROOM DEPUTY:  Calling Civil Case Number 18-80176,

13    Ira Kleiman v. Dr. Craig Wright.

14              Counsel, please state your appearances for the record,

15    starting with Plaintiffs' counsel.

16              MR. FREEDMAN:  Good morning, Your Honor.  Vel Freedman

17    for the Plaintiffs.

18              MR. ROCHE:  Kyle Roche for Plaintiffs.

19              MR. LAGOS:  Stephen Lagos for Plaintiffs.

20              MR. ZACK:  Stephen Zack for the Plaintiffs.

21              MR. BRENNER:  Good morning.  Andrew Brenner for

22    Plaintiffs.  We also have at counsel table Ira Kleiman and

23    Dorian Vela.

24              THE COURT:  Good morning to each of you.

25              MR. RIVERO:  Good morning, Your Honor.  Andres
```

```
 1    Rivero -- and I'll go ahead and introduce our team to make this
 2    quicker, Judge -- of course Amanda McGovern, Jorge Mestre,
 3    Dr. Wright is present, Michael Fernandez, and Zalman Kass, all
 4    lawyers with us, Sarah Gonzalez of our office and Karl Reed.
 5    Judge, also Ms. Amanda Fernandez, who argued to the Court
 6    yesterday.  Good morning, Your Honor.
 7            THE COURT:  Good morning to each of you.
 8            Last night, the Court did rule on the objections at
 9    our charge conference.  I did file the Court's instructions to
10    the jury, as well as the Verdict Form.  And that would include
11    the objections and the Court's consideration and ruling on each
12    of the objections that were made.
13            Are there any final objections to the Court's
14    instructions to the jury or the Verdict Form?
15            MR. BRENNER:  Your Honor, if I could raise just a
16    couple issues.  One, I think the parties are in agreement on
17    the slight change to instruction -- the fraudulent concealment
18    instruction on Page 15.
19            THE COURT:  All right.  Let me get to it.
20        (Pause in proceedings.)
21            THE COURT:  All right.
22            MR. BRENNER:  We think it should read as follows:
23    "Fraudulent concealment goes beyond a defendant's mere
24    non-disclosure of fact," and then I have a period there.  And
25    then the next sentence should start with:  "It requires."  So
```

```
1    take out:  "Must constitute."

2              THE COURT:  All right.

3              MR. BRENNER:  "Active and willful concealment of a

4    material fact," and then the word "where" should become

5    "unless."

6              THE COURT:  "Unless."  All right.

7              MR. BRENNER:  And then the rest of the sentence is:

8    "Unless the plaintiffs did not have the equal opportunity to

9    become apprised of the fact."

10             And if I could just read it from beginning to end, to

11   make sure we're ...

12             THE COURT:  After one and two, it should state:

13   "Fraudulent concealment goes beyond a defendant's mere

14   non-disclosure of a fact.  It requires active and willful

15   concealment of a material fact, unless the plaintiffs did not

16   have the equal opportunity to become apprised of the fact."

17             MR. BRENNER:  I believe that is correct.

18             THE COURT:  All right.  What other changes?

19             MR. BRENNER:  So on the -- Your Honor, may I approach

20   and hand something up?  May I approach to hand something up?

21   Because it will be easier to follow the instruction.

22             THE COURT:  Certainly.

23        (Pause in proceedings.)

24             THE COURT:  All right.  And the next change that the

25   parties have agreed to?
```

1        MR. BRENNER:  Your Honor, we're now focused on the

2    instruction on partnership defined on Pages 8 and 9.  And so

3    the record is clear, what I've handed to Your Honor is a --

4    sort of a one-page bullet point of what I'm going to ask for,

5    and then the second page has the proposed changes.  I have

6    given this to Defense counsel.  I'm confident they will not

7    agree.  So -- but I did hand it to them when I got here this

8    morning.

9        So here's what happened, Judge:  You had an original

10   instruction on partnership defined, and then yesterday evening

11   you sent out a revised instruction.  And here's our concern:

12   What appears to have happened is you've added, based on -- what

13   I must presume is based on the Williams v. Obstfeld case.

14       THE COURT:  That's right.

15       MR. BRENNER:  You added certain elements.  And what

16   our concern is, in adding those elements, you did not also add

17   the elements that -- the fact that RUPA, which is controlling,

18   also presumes, in the absence of agreement, some of those same

19   elements.  So now we have an instruction that added elements,

20   but then doesn't add the presumptions that RUPA provides.

21       So we obviously would go back -- would ask that we go

22   back to our original instruction.  But if not, I think this

23   instruction needs certain additional language, which is what

24   I've given to you on the second page that I handed up to the

25   Court.  And the additional language is in bold.  So that's our

1    request.

2            We object to the new instruction and ask either to go

3    back to the old one or to add this new language, which I'm

4    happy to file what I've handed up to the Court so it's part of

5    the court record.

6            THE COURT:  But you would agree that the four factors

7    of the elements are appropriate to instruct the jury.

8            MR. BRENNER:  No.  I believe that Williams is

9    pre-RUPA.  And so I don't agree.  But our position is if Your

10   Honor's going to do those elements, we believe it's appropriate

11   to also instruct on the presumptions according to RUPA.

12           THE COURT:  Okay.  A response?

13           MS. FERNANDEZ:  Thank you, Your Honor.  Amanda

14   Fernandez on behalf of Dr. Wright.

15           As to the fraudulent concealment, we are in agreement

16   that, for those changes, that's fine.

17           As to the definition of partnership, we disagree that

18   the elements that were added by Your Honor should be removed.

19   We did cite two cases post-RUPA that still require those

20   elements, such as Dreyfuss and Rafael -- and the Roca case, 856

21   So.2d 1.  We are fine with including the bold language that

22   states whether or not the persons intend to form a partnership.

23   We agree that that is what the statute states.

24           THE COURT:  And as to the assets?

25           MS. FERNANDEZ:  Would you like to argue that first

```
 1    or --
 2            MR. BRENNER:  Yeah.  I think I did because I gave Her
 3    Honor this paper.  So ...
 4            MS. FERNANDEZ:  As to the partnership assets, we would
 5    disagree as to the first part of the bold language and the
 6    losses of the partnership.  The statute language, which is
 7    620.8401, states -- we would say that we should use the exact
 8    language from the statute, which should be:  "Is chargeable
 9    with a share of partnership losses in proportion to partner's
10    share of profits."
11            And as to the rest of the language, we were fine with
12    that addition.  "In addition, in the absence of contrary
13    agreement among the partners, each partner has equal rights in
14    the management and conduct of the partnership business," as
15    that is what the statute says, Your Honor.
16            THE COURT:  Okay.  Are there any others?
17            MR. BRENNER:  Your Honor, I think you made it clear,
18    but just for the record, when you said you ruled on objections,
19    I take it from your instructions you've also -- or should I
20    take it that you have denied the Plaintiffs' motion for
21    judgment as a matter of law on the laches and statute of
22    limitations defenses?
23            THE COURT:  That is correct.  It's a question of fact.
24            MR. BRENNER:  Okay.  So we have nothing further other
25    than to restate all our prior objections and submissions and
```

```
1    arguments as already heard by the Court.

2              THE COURT:  All right.  And with regard to the Verdict

3    Form, are there any additional objections?

4              MR. BRENNER:  No additional objections from the

5    Plaintiffs, Your Honor.

6              THE COURT:  On behalf of the Defendant?

7              MS. FERNANDEZ:  Other than the objections we raised

8    yesterday, no additional objections, Your Honor.

9              THE COURT:  All right.  Then thank you for the

10   additional comments.  At this point, I am going to ask Liz to

11   make copies for the jurors of the jury instructions, as well as

12   a Verdict Form.  Many jurors are visual learners and I believe

13   that it helps the jury to have a copy of the jury

14   instructions -- okay -- if there's nothing further with regard

15   to jury instructions and Verdict Form.

16             MR. BRENNER:  Right.  Are you adding what we agreed

17   upon?

18             THE COURT:  I am.  I'm adding that language.

19             MR. BRENNER:  Okay.  Thank you, Judge.

20             THE COURT:  Okay.  All right, then.

21             Let me discuss with you -- as we are going to be

22   making the copies, I would ask at this time that we have an

23   acknowledgment on the record regarding the uploading of

24   exhibits, one exhibit list that can be provided to the

25   courtroom deputy, and I would like to see the laptops and have
```

1    the laptops given to the courtroom deputy, so at the time that

2    the jury deliberates we can bring the laptops in to them.  I

3    just want to make sure that if there's a password in order to

4    get into the laptop that the information is also provided.

5          MR. BRENNER:  Your Honor, can I check to get the

6    status of all that?  I think it's all done.

7          THE COURT:  Certainly.

8          MS. MCGOVERN:  Your Honor, could I bring one issue to

9    the attention of the Court?

10         THE COURT:  Yes.

11         MS. MCGOVERN:  There was an issue raised this morning

12   regarding an exhibit, which is a Slack channel, Exhibit 853.4.

13   We looked back at the trial transcript because our

14   understanding on that exhibit was that it was the two pages

15   that was referenced during the examination.  And when we went

16   back to the transcript, because we didn't want to raise an

17   issue with the Court that we didn't think it was right, but it

18   actually does specifically say -- there was confusion as to the

19   numbered exhibit.  There was reference that it's just two

20   pages.

21         This is Day 9, 11/15/21 on Page 170 of the transcript.

22   And we specifically say:  "There's a bit of confusion about the

23   Slack channel exhibit.  We can address it outside the presence

24   of the jury."  Your Honor agreed, as did Plaintiffs' counsel.

25   We've now been advised they want the entire Slack channel as

1    the exhibit for 853.4 that goes beyond two pages that was

2    referenced.  And we would ask the Court not to allow that, but

3    rather just to allow the specific reference that was made

4    during that examination, which we reserved the right to address

5    later, Your Honor, so that we wouldn't cause confusion in front

6    of the jury and delay the proceedings.

7         THE COURT:  All right.  Response?

8         MR. BRENNER:  Your Honor, I was just chatting with

9    Mr. Freedman very quickly.  I think that there's not going to

10   be disagreement.  Let us just look at it.  But I think our

11   position is going to be the same as the Defendant's.

12        THE COURT:  All right.  So have the exhibits been

13   uploaded?

14        MR. BRENNER:  As of last night they were uploaded and

15   both sides were reviewing them.  So I'm assuming they got that

16   done.  But I'll find out.  And I believe the list was approved

17   by both sides.

18        MS. MCGOVERN:  Yes.

19        MR. BRENNER:  So there's a list.

20        THE COURT:  Actually, Scott, do you want to just let

21   me have the list so I can give it to Liz?

22        MS. MCGOVERN:  Can we just make sure that what we just

23   talked about is reflected?  853.4, just the two pages.

24        THE COURT:  All right.  So I'll leave it to the

25   attorneys.  I would like to have that done at some point before

1    the jury goes back to deliberate, so that we don't spend a lot

2    of time with the uploading of exhibits.  So if we can work on

3    that now that would be helpful.

4         Mr. Brenner, if you can provide the court security

5    officer with the exhibit list or is that subject to change?

6         MR. BRENNER:  Let me make sure it's right with

7    Ms. McGovern.  Because this last exhibit I'm not sure what --

8         THE COURT:  All right.

9         MS. MCGOVERN:  Your Honor, I've just been advised that

10   there's an agreement, that the parties are going to meet.  It's

11   going to be ready to go by lunchtime.  They're just going to

12   confer for 10 minutes and we should be good to go.

13        THE COURT:  Well, let me discuss with you an

14   anticipated schedule because I certainly am sensitive to taking

15   breaks within the time period that you're presenting closing

16   argument.  I try very hard to avoid that and I'd like to avoid

17   it in this trial.

18        I have set forth a schedule that I believe works well.

19   The jury has been advised that they are going to have a later

20   lunch than usual.  They have snacks in the jury room.  They're

21   comfortable in the jury room.  They've told the courtroom

22   deputy that they do not want to be in the conference room.

23   They would like to be in the jury room, that they're very

24   comfortable.  They have the restrooms.  They have coffee.  So

25   they would like to stay there.

1            The anticipated schedule -- hopefully, we'll stay

2       within give or take a few moments -- would be the Court would

3       give the charge to the jury between 9:30 and 10:15.  I would

4       suggest that at that time the Plaintiff proceed with the

5       closing argument, which is 70 minutes that you have asked on

6       the first close, of 10:15 to 11:25.  We would then take a

7       20-minute break from 11:25 to 11:45.  We would then return.

8       And from 11:45 to 1:15 the Defendant would present the 90

9       minutes of closing.  Then the Plaintiff would have an

10      opportunity, after a 15-minute break, from 1:15 to 1:30, to

11      give the 20-minute rebuttal from 1:30 to 1:50.  We've ordered

12      lunch for the jurors.  The jury will have lunch and begin their

13      deliberations at 1:50.

14            I am asking Liz whether they are able to stay a little

15      bit later than 5:00.  I certainly don't want to keep them past

16      6:00.  If they have not concluded their deliberations and

17      decided their verdict by 6:00 p.m., then we would bring them

18      back on Monday morning.

19            You do not need to be here on Monday morning.  They

20      would be assembled outside and the court security officer --

21      once all 10 of them are here, they would be brought back into

22      the jury room.  The jury room would be secured with the

23      laptops.  So they don't need to come back into the courtroom.

24      They would go right into the jury room.

25            So does the schedule that I have given present an

```
1    issue for either side?  On behalf of the Plaintiffs?

2              MR. FREEDMAN:  Your Honor, the only thing is that if

3    you recall we were aiming for 70, but there's a chance we might

4    go 80 minutes and then 10 only in rebuttal.  So I just don't

5    know that.

6              THE COURT:  I'll keep track of your time.  You have a

7    full 90 minutes.  So you can use as much time as you want on

8    the front end.  If you use less, then I'll credit you that time

9    on your final close.

10             MR. FREEDMAN:  Thank you, Your Honor.  Then no other

11   issues from the Plaintiff.

12             THE COURT:  Okay.  All right.  Then give us some time

13   to make the copies of the jury instructions and Verdict Form.

14   You'll be given a copy as well.  And can we take this time now,

15   the next five minutes or so, to work on the exhibits and the

16   laptops?

17             MS. MCGOVERN:  Yes, Your Honor.

18             THE COURT:  Okay.  All right.  I'll see you back here

19   in five minutes.

20        (Recess from 9:45 a.m. to 9:55 a.m.)

21             THE COURT:  All right.  Go ahead and have a seat.  You

22   are now being provided the jury instructions and Verdict Form,

23   and when the jurors come in they will be provided that as well.

24             Is there anything further we need to address?

25             MR. BRENNER:  Your Honor, you wanted a copy of the
```

```
 1   exhibit list.

 2          THE COURT:  Yes.  If you can provide that to Liz.

 3          Thank you.

 4          And then the laptops?  Have we --

 5          MR. BRENNER:  On the laptops, both sides are doing a

 6   final pass-through on exhibits.  Hopefully, the laptops will be

 7   here by noon.

 8          THE COURT:  All right.  Wonderful.  So we'll address

 9   that at the break.

10      (Pause in proceedings.)

11          THE COURT:  All right.  Anything further we need to

12   address?  Behalf of the Plaintiffs?

13          MR. FREEDMAN:  One moment, Your Honor.

14          Can we just have a moment to look at the instructions,

15   Your Honor?

16          THE COURT:  Yes.  Of course.

17          MR. BRENNER:  It's not a big deal, Your Honor.

18   There's a slight typo on what was just added.  It says:

19   "Intended to form a partnership," but --

20          THE COURT:  What page?  What page?

21          MR. BRENNER:  8.  Page 8.

22          THE COURT:  All right.  So it's not substantive?

23          MR. BRENNER:  No.  It's just --

24          THE COURT:  Oh, okay.  Hold on.  Hold on.

25          On Page 8?
```

```
 1              MR. BRENNER:  I think it's in the first paragraph at

 2      the very end of the partnership definition.

 3              Can I grab it, Judge?

 4              THE COURT:  Yeah.  Yeah.  I have it.  I'm just trying

 5      to -- oh, "form."  Okay.  It just needed a space.  Not a

 6      problem.  Okay.

 7              MR. BRENNER:  Is that it guys?  Is that it?

 8              Okay.  Thank you, Judge.

 9              THE COURT:  On behalf of the Defendant, ready to

10      proceed?

11              MS. MCGOVERN:  Yes, Your Honor.

12              THE COURT:  All right.  Let's bring in the jury.

13          (Before the Jury, 9:56 a.m.)

14              THE COURT:  Hi.  Good morning, Ladies and Gentlemen.

15      It's good to see each of you.  Please be seated.

16              We have been working very hard and we are at the stage

17      where both the Plaintiffs and the Defendant have rested their

18      case and it is the Court's responsibility to instruct you on

19      the law that you must apply.  Following the Court's

20      instruction, the attorneys will then have the opportunity to

21      make their final arguments.

22              As some of us are auditory learners, some of us are

23      visual learners, copies of the jury instructions have been made

24      for you, as well as the form of verdict.  You are welcome to

25      follow along.  You don't need to follow along, but I would ask
```

1   that you pay close attention to the instructions that I'm about

2   to give you.

3          And I see that everyone has a copy.

4          Members of the Jury:

5          It is my duty to instruct you on the rules of law that

6   you must use in deciding this case.  When I have finished, you

7   will go to the jury room and begin your discussions, which are

8   called deliberations.

9          Your decision must be based only on the evidence

10  presented here.  You must not be influenced in any way by

11  either sympathy for or prejudice against anyone.

12         You must follow the law as I explain it, even if you

13  do not agree with the law.  And you must follow all of my

14  instructions as a whole.  You must not single out or disregard

15  any of the instructions on the law.

16         The fact that a limited liability company is involved

17  as a party must not affect your decision in any way.  A

18  company, like all other persons, stand equal before the law and

19  must be dealt with as equals in a court of justice.

20         When a company is involved, of course it may act only

21  through people as its employees.  And in general, a company is

22  responsible under the law for the acts and statements of its

23  employees that are made within the scope of their duties as

24  employees of the company.

25         As I said before, you must consider only the evidence

1    that I have admitted in this case.

2            Evidence includes the testimony of witnesses and the

3    exhibits admitted.  But anything the lawyers say is not

4    evidence and is not binding on you.

5            You should not assume from anything I have said that I

6    have any opinion about any factual issue in this case.  Except

7    for my instructions to you on the law, you should disregard

8    anything I may have said during the trial in arriving at your

9    own decision about the facts.

10           Your own recollection and interpretation of the

11   evidence is what matters.

12           In considering the evidence, you may use reasoning and

13   common sense to make deductions and reach conclusions.  You

14   should not be concerned about whether the evidence is direct or

15   circumstantial.

16           Direct evidence is the testimony of a person who

17   asserts that he or she has actual knowledge of a fact, such as

18   an eyewitness.

19           Circumstantial evidence is proof of a chain of facts

20   and circumstances that tend to prove or disprove a fact.  There

21   is no legal difference in the weight you may give to either

22   direct or circumstantial evidence.

23           When I say you must consider all the evidence, I do

24   not mean that you must accept all the evidence as true or

25   accurate.  You should decide whether you believe what each

1   witness had to say and how important that testimony was.  In

2   making that decision, you may believe or disbelieve any witness

3   in whole or in part.

4        The number of witnesses testifying concerning a

5   particular point does not necessarily matter.

6        To decide whether you believe any witness, I suggest

7   that you ask yourself a few questions.  Did the witness impress

8   you as one who was telling the truth?  Did the witness have any

9   particular reason not to tell the truth?  Did the witness have

10  a personal interest in the outcome of the case?  Did the

11  witness seem to have a good memory?  Did the witness have the

12  opportunity and ability to accurately observe the things he or

13  she testified about?  Did the witness appear to understand the

14  questions clearly and answer them directly?  And did the

15  witness's testimony differ from other testimony or other

16  evidence?

17       You should also ask yourself whether there was

18  evidence that a witness testified falsely about an important

19  fact.  And ask yourself whether there was evidence that at some

20  other time a witness said or did something or did not say or do

21  something that was different from the testimony the witness

22  gave during this trial.

23       But keep in mind that a simple mistake does not mean a

24  witness was not telling the truth as he or she remembers it.

25  People naturally tend to forget some things or remember them

1    inaccurately.  So if a witness misstated something, you must

2    decide whether it was because of an innocent lapse in memory or

3    an intentional deception.  The significance of your decision

4    may depend on whether the misstatement is about an important

5    fact or an unimportant detail.

6          When scientific, technical, or other specialized

7    knowledge might be helpful, a person who has special training

8    or experience in that field is permitted to state an opinion

9    about the matter.  This person is referred to as an expert

10   witness.  As with any other witness's testimony, you must

11   decide for yourself whether to rely upon an expert's opinion.

12   The expert witnesses who testified in this case did so to

13   assist you in reaching a decision about these issues.

14         The testimony of these expert witnesses might have

15   conflicted.  You must remember that you are the sole trier of

16   the facts and their testimony relates to questions of fact.

17   The way you resolve these conflicts is the same way that you

18   decide other fact questions and the same way you decide whether

19   to believe ordinary witnesses.  You may give the testimony of

20   each expert witness the weight that you think it deserves in

21   light of all the evidence.

22         Plaintiff Ira Kleiman, on behalf of the estate of

23   David Kleiman, has asserted claims against Defendant Dr. Craig

24   Wright, or Dr. Wright, of breach of partnership, conversion,

25   civil theft, fraud, constructive fraud, and unjust enrichment.

1          Plaintiff W&K Info Defense Research, LLC, or W&K, has

2     asserted claims against Defendant Dr. Craig Wright for

3     conversion, civil theft, fraud, constructive fraud, breach of

4     fiduciary duty, and unjust enrichment.

5          In this case, it is the responsibility of the

6     Plaintiffs to prove all but one of their claims by a

7     preponderance of the evidence.  The Plaintiffs must prove their

8     civil theft claims by clear and convincing evidence.  This is

9     sometimes called the burden of proof, or the burden of

10    persuasion.

11         A preponderance of the evidence simply means an amount

12    of evidence that is enough to persuade you that the Plaintiffs'

13    claim is more likely true than not true.

14         Since there is more than one claim involved, you

15    should consider each claim separately.

16         In deciding whether any fact has been proven by a

17    preponderance of the evidence, you may consider the testimony

18    of all the witnesses, regardless of who may have called them,

19    and all the exhibits received in evidence, regardless of who

20    may have produced them, along with facts stipulated by the

21    parties.

22         If the proof fails to establish any essential part of

23    Ira Kleiman or W&K's claims by a preponderance of the evidence,

24    you should find for Dr. Craig Wright as to that particular

25    claim.

In addition, Plaintiffs have the burden of proving their civil theft claims by clear and convincing evidence. This is a higher standard of proof than the preponderance of the evidence standard and requires that the Plaintiffs prove that the claim is highly probable or reasonably certain, not merely more likely true than not true.

In deciding whether any fact has been proven by clear and convincing evidence, you may consider the testimony of all the witnesses, regardless of who may have called them, and all the exhibits received in evidence, regardless of who may have produced them, along with facts stipulated by the parties.

If the proof fails to establish any essential part of Ira Kleiman or W&K's civil theft claim by clear and convincing evidence, you should find for Dr. Craig Wright as to that particular claim.

In this case, the Defendant Dr. Craig Wright asserts the affirmative defenses of statute of limitations and laches. Even if Ira Kleiman or W&K prove their claims, the Defendant, Dr. Craig Wright, can prevail on that claim if he proves an affirmative defense to that claim by a preponderance of the evidence.

Since more than one affirmative defense is involved, you should consider each one separately.  However, you should consider each affirmative defense only as to the claim or claims to which it is directed.

1          I caution you that the Defendant, Dr. Craig Wright,

2    does not have to disprove the Plaintiffs Ira Kleiman and W&K's

3    claims.  But if the Defendant, Dr. Craig Wright, raises an

4    affirmative defense, the only way he can prevail on that

5    specific defense is if he proves that defense by a

6    preponderance of the evidence.

7          Similarly, if the proof fails to establish an

8    essential part of any of the Defendant's affirmative defenses

9    by a preponderance of the evidence, you should find against the

10   Defendant, Dr. Craig Wright, on that affirmative defense.

11         Sometimes the parties have agreed that certain facts

12   are true.  Such agreement is called a stipulation.  You must

13   treat these stipulated facts as proved for this cause.

14         The stipulated facts are:  One, Plaintiff filed this

15   action on February 14th, 2018.

16         Two, the Plaintiffs in this case are Ira Kleiman as

17   the personal representative of the estate of David Kleiman and

18   W&K Info Defense Research, LLC, W&K.

19         Three, Ira Kleiman is David Kleiman's brother and he

20   serves as the personal representative of David Kleiman's

21   estate.

22         Four, David Kleiman was a resident of Florida at all

23   material times.

24         Five, on February 14th, 2011, W&K was formed as a

25   Florida limited liability company.

1          Six, Dr. Craig Wright is an Australian citizen.

2          Seven, the Bitcoin Whitepaper was publicly released on

3     October 31st, 2008 under the pseudonym Satoshi Nakamoto.

4          Eight, Ira Kleiman opened an estate proceeding related

5     to David Kleiman in the Circuit Court for Palm Beach County,

6     the probate proceeding.

7          Plaintiff W&K is a limited liability company.  A

8     limited liability company, or LLC, is a business structure

9     whereby the owners are not personally liable for the company's

10    debts or assets.  An LLC combines some characteristics of a

11    corporation with those of a partnership.  LLCs are managed by

12    their members unless explicitly stated otherwise in an

13    operating agreement or formation document.

14         The Rules of Evidence allow me to accept facts that no

15    one can reasonably dispute.  The law calls this judicial

16    notice.  There is some evidence in the record referring to

17    currencies other than the US dollars.  I have accepted the

18    following currency exchange rates as proved:

19         On April 2nd, 2014, the exchange rate for US dollars

20    to Australian dollars was 0.9236 US dollars per Australian

21    dollar.

22         On November 13th, 2014, the exchange rate for US

23    dollars to Australian dollars was 0.8730 US dollars per

24    Australian dollar.

25         And on October 20th, 2016, the exchange rate for US

1    dollars to British pounds was 1.2256 US dollars per British

2    pound.

3            You must accept these exchange rates as true for this

4    case.

5            Certain demonstrative exhibits, such as charts and

6    diagrams, have been shown to you.  Those charts and diagrams

7    are used for convenience and to help explain the facts of the

8    case.  They are not themselves evidence or proof of any facts.

9            The estate of David Kleiman has brought a claim

10   against Dr. Craig Wright for breach of partnership.

11   Specifically, the estate of David Kleiman claims that David

12   Kleiman and Dr. Craig Wright formed a partnership to develop

13   the original Bitcoin protocol to mine Bitcoin and to develop

14   related blockchain technology.

15           The estate further alleges that no assets of the

16   partnership were distributed to it after David Kleiman's death.

17   Dr. Craig Wright does not dispute that no assets were

18   distributed.  Instead, he claims that there was no partnership

19   and therefore no distribution was required.

20           Accordingly, you will be asked to determine two

21   questions on this claim.  One, whether there was a partnership

22   between David Kleiman and Dr. Craig Wright and whether

23   Dr. Craig Wright breached his duties to the partnership.  And

24   if so, two, what portion of the partnership's assets are now

25   owed to the estate of David Kleiman.

1          A partnership means an association of two or more

2     persons to carry on as co-owners of a business for profit,

3     whether or not the persons intend to form a partnership.

4          A partnership based on a written or oral agreement

5     must include each of the following elements:  Number one, a

6     common purpose.  Two, a joint proprietary interest in the

7     subject matter or purpose of the partnership.  Three, the right

8     to share profits and the duty to share losses.  And four, joint

9     control or right of control over the partnership.

10         Plaintiffs must prove each of these elements by a

11     preponderance of the evidence to establish the existence of a

12     partnership.

13         If you find that there was a partnership between David

14     Kleiman and Dr. Craig Wright, you will then have to determine

15     the assets of the partnership and what share of those assets

16     belong to David Kleiman and are now owed to his estate.

17         On the issue of determining the respective parties'

18     ownership share in the partnership, I instruct you that in the

19     absence of a contrary agreement among the partners, the

20     partners in a partnership are entitled to share equally in the

21     assets and profits of the partnership and the losses of the

22     partnership.

23         In addition, in the absence of a contrary agreement

24     among the partners, each partner has equal rights in the

25     management and conduct of the partnership business.

1          Further, on the issue of what assets are owed to the

2     estate of David Kleiman, I instruct you that if rather than

3     winding up the partnership's business following the death of

4     his partner, the surviving partner continues the partnership

5     business with partnership assets, then the surviving partner

6     acts as a trustee for the deceased partner.

7          As a trustee, the surviving partner is required to

8     administer the portion of partnership assets belonging to the

9     deceased partner solely in the interest of deceased partner's

10    estate and not for the interest of the surviving partner.

11         The surviving partner must administer the partnership

12    assets belonging to the deceased partner as a prudent person

13    would, in light of the circumstances, exercising reasonable

14    care, skill, and caution.

15         Furthermore, the surviving partner is required to

16    account to the deceased partner's estate and provide a list of

17    the partnership assets to the deceased partner's heirs.  The

18    rationale underlying the rule is based upon the surviving

19    partner's superior knowledge.

20         The surviving partner does not deal at arm's length

21    with the heirs of a deceased partner, but must make an open and

22    full disclosure to them.

23         The heirs are at a big disadvantage in dealing with

24    the surviving partners, lacking knowledge of the extent of the

25    partnership property or information about the amount of

1     business done or the value of the partnership.

2          Partners in a partnership owe duties to each other and

3     to the partnership.  These duties include a duty of care, a

4     duty of loyalty, and an obligation of good faith and fair

5     dealing.

6          Under the duty of care, the partner must not engage in

7     grossly negligent or reckless conduct, intentional misconduct,

8     or a knowing violation of law.

9          Under the duty of loyalty, a partner must account to

10    the partnership and hold as trustee for the partnership any

11    property, profit, or benefit derived by the partner in the

12    conduct and winding up of the partnership business or derived

13    from a use by the partner of partnership property, including

14    the appropriation of a partnership opportunity.

15         A partner must discharge his duties to the other

16    partner and to the partnership and act in a manner that does

17    not frustrate the agreed common purpose of the parties and

18    deprive the other party of the benefits of the agreement.

19         W&K has asserted a claim for breach of a fiduciary

20    duty against Dr. Craig Wright.  W&K claims that Dr. Craig

21    Wright breached his fiduciary duties in fraudulently procuring

22    a judgment against it in Australia following David Kleiman's

23    death, using that judgment to claim ownership over W&K's

24    assets, and then using those assets for his benefit.

25         The two issues for your determination on this claim:

1    One, did Dr. Craig Wright owe a fiduciary duty to W&K?  And if

2    so, two, did he breach that duty?

3          On the first issue, whether Dr. Craig Wright owed W&K

4    a fiduciary duty, W&K must prove the following by a

5    preponderance of the evidence:  One, a relationship existed

6    between W&K and Dr. Craig Wright.  Two, Dr. Craig Wright was in

7    a position of trust with respect to W&K's financial and

8    property interests.  And three, Dr. Craig accepted that trust.

9          If you find that Dr. Craig Wright owed a fiduciary

10   duty to W&K, you will then consider the issue of whether he

11   breached that duty.

12         A fiduciary duty imposes a duty to act with the utmost

13   good faith in the best interest of the company.  This includes

14   the duty to refrain from self-dealing, the duty of loyalty, the

15   duty to disclose material facts, and the overall duty not to

16   take unfair advantage and to act in the best interest of the

17   company.

18         To prove a breach of a fiduciary duty, W&K must show,

19   one, that Dr. Wright breached a fiduciary duty by

20   misappropriating W&K's intellectual property.  And two, that

21   this breach was a legal cause of damages to W&K.

22         The estate of David Kleiman and W&K have asserted

23   claims for conversion against Dr. Craig Wright.  They claim

24   that Dr. Craig Wright wrongfully exercised control over the

25   property of David Kleiman and the property of W&K.

1          Conversion means a distinct act of control wrongfully

2     asserted over another's personal property in a manner that is

3     inconsistent with the other's right to that property.

4          There are a number of ways that conversion can occur,

5     such as intentionally dispossessing another of the property,

6     using the property without authority, or disposing of the

7     property by selling, pledging, gifting, or leasing it.

8          To prevail on their claim of conversion, the

9     Plaintiffs must prove each of the following by a preponderance

10    of the evidence:  One, Dr. Craig Wright wrongfully asserted

11    dominion or ownership over certain property.  Two, this

12    property belonged to the estate of David Kleiman and/or W&K

13    respectively.  And three, Dr. Craig Wright's action was

14    inconsistent with the ownership or right to possess the

15    property by the estate of Ira Kleiman and/or W&K.

16         The estate of David Kleiman and W&K have asserted

17    claims for civil theft against Dr. Craig Wright.  The

18    Plaintiffs must prove the following by clear and convincing

19    evidence:  Number one, Dr. Craig Wright obtained, used, or

20    attempted to obtain or use, the estate of David Kleiman's,

21    W&K's, or the partnership's property.  Two, the criminal intent

22    to deprive the estate of David Kleiman, W&K or the partnership

23    either temporarily or permanently of that property or a benefit

24    from that property.  And three, Dr. Craig Wright's actions were

25    a legal cause of damage to the estate of David Kleiman or W&K.

1          The estate of David Kleiman and W&K have asserted

2     claims of unjust enrichment against Dr. Craig Wright.  To

3     prevail on their claims of unjust enrichment, the estate of

4     David Kleiman and/or W&K must prove the following by a

5     preponderance of the evidence:  One, David Kleiman and/or W&K

6     conferred a benefit on Dr. Craig Wright.  Two, that Dr. Craig

7     Wright voluntarily accepted and retained that benefit.  And

8     three, it would be inequitable or unfair for Dr. Craig Wright

9     to retain the benefit without paying the value of the benefit

10    to the estate of David Kleiman and/or W&K.

11         The estate of David Kleiman and W&K have alleged

12    claims against Dr. Craig Wright for fraud.  To prevail on their

13    claims of fraud, the Plaintiffs must prove the following by a

14    preponderance of the evidence:  One, Dr. Craig Wright made a

15    false statement or omission of a material fact.  Two, that he

16    knew the statement was false at the time it was made.  Three,

17    Dr. Craig Wright intended that David Kleiman, Ira Kleiman, or

18    W&K would rely on the false statement or omission.  Four, David

19    Kleiman, Ira Kleiman, or W&K relied on the false statement or

20    omission.  And five, the false statement or omission caused

21    damage to the estate of David Kleiman or W&K.

22         The estate of David Kleiman and W&K have asserted

23    claims for constructive fraud against Dr. Craig Wright.  For

24    the Plaintiffs to prevail on their constructive fraud claims,

25    they must prove the following by a preponderance of the

1    evidence:  One, a relationship of trust and confidence existed

2    between one or more of the Plaintiffs and Dr. Craig Wright.

3    Two, Dr. Craig Wright took advantage of this relationship of

4    trust and confidence.  Three, proximately caused one or more of

5    the Plaintiffs to suffer damages.

6            If you find that the estate of David Kleiman and W&K

7    have proven by a preponderance of the evidence one or more of

8    their claims against Dr. Craig Wright, then you shall next

9    consider the affirmative defenses raised by Dr. Wright.

10           In this case, Dr. Craig Wright asserts the affirmative

11   defenses of statute of limitation and laches and contends that

12   the claims asserted by the Plaintiffs have not been filed

13   timely, and as a result those claims are barred.

14           Even if the Plaintiffs prove their claims by a

15   preponderance of the evidence, or by clear and convincing

16   evidence for civil theft, the Defendant can prevail in this

17   case if he proves an affirmative defense by a preponderance of

18   the evidence.

19           When more than one affirmative defense is involved, as

20   it is here, you should consider each one separately.

21           The statute of limitations requires the Plaintiffs to

22   commence their lawsuit within certain time periods, as

23   prescribed by law.  The Defendant's statute of limitation

24   defense is directed at each of the Plaintiffs' claims, except

25   the civil theft claim.  As such, you should not consider the

1    statute of limitations affirmative defense as to Plaintiffs'

2    civil theft claim.

3         The Plaintiffs' remaining claims each have a four-year

4    statute of limitations.  This lawsuit was filed on

5    February 14th, 2018.  Accordingly, to prevail on the statute of

6    limitations affirmative defense, the Defendant must prove by a

7    preponderance of the evidence that the Plaintiffs' claims,

8    excluding the civil theft claim, accrued before February 14th,

9    2014.

10        A cause of action accrues when the Plaintiffs

11   discover, or should have discovered through the exercise of

12   reasonable care and diligence, the facts establishing the

13   elements of a cause of action.

14        If you find by a preponderance of the evidence that

15   Defendant has proven that one or more of Plaintiffs' claims

16   accrued before February 14th, 2014, then you must find in favor

17   of the Defendant.

18        If, however, you find that the preponderance of the

19   evidence does not support Defendant Dr. Craig Wright's statute

20   of limitations affirmative defense, you must find against him

21   on this affirmative defense.

22        An exception to the statute of limitations affirmative

23   defense is the doctrine of fraudulent concealment.  Where a

24   plaintiff alleges that a defendant engaged in willful

25   concealment of the claim or cause of action using fraudulent

means, such fraudulent actions will delay the beginning of the

limitations period until the plaintiff either knows or should

have known that the plaintiff suffered damages.

You will only consider the fraudulent concealment

exception if you find that the Defendant has proven a statute

of limitations affirmative defense.  The Defendant's statute of

limitations affirmative defense cannot succeed if the Defendant

fraudulently concealed his misconduct.

To prove fraudulent concealment, the estate of David

Kleiman or W&K must prove by a preponderance of the evidence:

One, Dr. Craig Wright fraudulently concealed the causes of

action from the estate of David Kleiman and W&K until at least

February 14th, 2014.  And two, the estate of David Kleiman or

W&K exercised reasonable care and diligence in seeking to

discover the facts that formed the basis of the claim.

Fraudulent concealment goes beyond a defendant's mere

non-disclosure of a fact.  It requires active and willful

concealment of a material fact.  Unless the Plaintiffs did not

have the equal opportunity to become apprised of the fact,

Plaintiffs bear the burden of establishing by a preponderance

of the evidence that fraudulent concealment should be applied.

Ira Kleiman and W&K claim that their claims were

timely filed.  In the alternative, they contend that the

commencement of the statute of limitations for their claim

should be delayed because Dr. Craig Wright fraudulently

 1   concealed their claims.

 2         Dr. Craig Wright denies that fraudulent concealment

 3   should apply because there's no evidence that he actively and

 4   willfully concealed any of the Plaintiffs' purported claims.

 5         Laches is an equitable doctrine that prevents the

 6   estate of David Kleiman and W&K from recovering damages on

 7   their claims if they have inexcusably delayed asserting their

 8   claims and the delay has caused undue hardship to Dr. Craig

 9   Wright.

10         To prevail on his affirmative defense of laches, the

11   Defendant must prove the following by a preponderance of the

12   evidence:  Number one, a delay in the Plaintiffs' assertion of

13   their claims.  Two, that the delay was inexcusable.  And three,

14   that the delay caused the Defendant undue prejudice.

15         If you find by a preponderance of the evidence that

16   Plaintiffs have inexcusably delayed bringing their claims,

17   which caused undue prejudice to the Defendant, then you must

18   find in favor of the Defendant.

19         If, however, you find that the preponderance of the

20   evidence does not support Defendant Dr. Craig Wright's laches

21   affirmative defense, then you must find against him on this

22   affirmative defense.

23         If you find for the estate of David Kleiman and/or W&K

24   on any of its claims, you must consider the matter of damages.

25   Generally, you should award an amount of money that the

1    preponderance of the evidence shows will fairly and adequately

2    compensate the estate of David Kleiman and/or W&K for its

3    damages.

4         If you find for the estate of David Kleiman or W&K on

5    civil theft, you should award the estate of David Kleiman or

6    W&K an amount of money, if any, that the clear and convincing

7    evidence shows are the actual damages sustained by the estate

8    of David Kleiman or W&K.

9         You should consider the following types of damages:

10   The amount of money you find to be justified by a preponderance

11   of the evidence as full, just, and reasonable compensation for

12   the Plaintiffs' damages caused by the Defendant.

13        If you find that David Kleiman and Dr. Craig Wright

14   had a partnership, you will be asked to determine the value of

15   the assets of the partnership that correspond to David

16   Kleiman's partnership interest, which will now belong to his

17   estate.  As I explained earlier, absent a contrary agreement,

18   the assets of the partnership are to be divided equally among

19   partners.  Because the assets of the partnership were never

20   distributed to David Kleiman or his estate at the time of his

21   death, the damages you should award should be based on present

22   value of any Bitcoin and/or intellectual property you find was

23   part of the partnership.

24        First, you will be asked to determine the quantity of

25   any Bitcoin, if any, owned by the partnership.  You will then

1  be asked to decide the current value of that Bitcoin and award

2  the estate 50 percent of that value, unless you find that there

3  was a different amount agreed upon by David Kleiman and

4  Dr. Craig Wright.  In which case, you should adjust the portion

5  you award to the estate of David Kleiman to reflect the amount

6  you have decided.

7          Second, you will be asked to determine the

8  intellectual property, if any, owned by the partnership.  You

9  will then be asked to determine the current value of the

10  intellectual property and award the estate 50 percent of that

11  value, unless you find that there was a different amount agreed

12  upon by David Kleiman and Dr. Craig Wright.  In which case, you

13  should adjust the portion you award to the estate of David

14  Kleiman to reflect the amount you have decided.

15          If you find for the estate of David Kleiman or W&K on

16  conversion, you should award the estate of David Kleiman or W&K

17  the quantity of assets, if any, you determine were converted

18  and the value of those assets.  Plaintiffs are entitled to the

19  highest value of the assets between the time of conversion and

20  the date of your verdict.

21          If you find for the estate of David Kleiman and/or W&K

22  on their claims of civil theft, you should award the estate of

23  David Kleiman or W&K an amount of money, if any, that the clear

24  and convincing evidence shows are the actual damages sustained

25  by the estate of David Kleiman or W&K.

 1            Plaintiffs are entitled to highest value of the assets

 2      between the time of conversion and the date -- and actually,

 3      this should say the time of civil theft and the date of your

 4      verdict.  So if you'll make that note accordingly, that it's

 5      the value of the assets between the time of the civil theft and

 6      the date of your verdict.

 7            If you find for the estate of David Kleiman and/or W&K

 8      on either fraud or constructive fraud, you should award the

 9      estate of David Kleiman or W&K the amount of any damages

10      calculated as of the time the Defendant committed the fraud or

11      the constructive fraud.

12            If you find for W&K on its claim for breach of

13      fiduciary duty, you should award W&K the amount of any damages,

14      if any, calculated as of the time the Defendant breached his

15      fiduciary duty to W&K.

16            If you find for the estate of David Kleiman and/or W&K

17      on their claims for unjust enrichment, then they are entitled

18      to an amount of money equal to the value of the benefit

19      conferred upon the Defendant and attributable to his

20      wrongdoing.

21            If you find for the estate of David Kleiman or W&K on

22      their conversion, fraud, and/or constructive fraud claims, you

23      must decide whether to award punitive damages in addition to

24      any compensatory damages awarded.

25            Punitive damages are warranted against Dr. Craig

1   Wright if you find by clear and convincing evidence that he

2   engaged in intentional misconduct or gross negligence, which

3   was a substantial cause of damage to the estate of David

4   Kleiman or W&K.

5           Under those circumstances, you may, in your

6   discretion, award punitive damages against Dr. Wright.  If

7   clear and convincing evidence does not show such conduct by

8   Dr. Craig Wright, punitive damages are not warranted against

9   him.

10          Intentional misconduct means that Dr. Craig Wright had

11  actual knowledge of the wrongfulness of the conduct and that

12  there was a high probability of injury or damage to the estate

13  of David Kleiman or W&K and, despite that knowledge, the

14  Defendant intentionally pursued that course of conduct

15  resulting in injury or damage.

16          Gross negligence means that the Defendant's conduct

17  was so reckless or wanton in care that it constituted a

18  conscious disregard or indifference to the life, safety, or

19  rights of persons exposed to such conduct.

20          If you decide that punitive damages are warranted

21  against the Defendant, then you must decide the amount of

22  punitive damages, if any, to be assessed at punishment against

23  the Defendant and as a deterrent to others.  This amount would

24  be in addition to any compensatory damages you award to the

25  Plaintiffs.

 1          In making this determination, you should consider the

 2     following:  One, the nature, extent, and degree of misconduct

 3     and the related circumstances, including the following:  A,

 4     whether the wrongful conduct was motivated solely by

 5     unreasonable financial gain; B, whether the unreasonably

 6     dangerous nature of the conduct, together with the high

 7     likelihood of injury resulting from the conduct, was actually

 8     known by the Defendant; C, whether at the time of damage the

 9     Defendant had a specific intent to harm a plaintiff and the

10     conduct of the Defendant did, in fact, harm a plaintiff.

11          Two, the financial resources of Defendant.

12          You may in your discretion decline to assess punitive

13     damages.

14          You have been permitted to take notes during the

15     trial.  Most of you, perhaps all of you, have taken advantage

16     of that opportunity.  You must use your notes only as a memory

17     aid during deliberations.  You must not give your notes

18     priority over your independent recollection of the evidence and

19     you must not allow yourself to be unduly influenced by the

20     notes of other jurors.

21          I emphasize that notes are not entitled to any greater

22     weight than your memories or impressions about the testimony.

23          Now, in your deliberations, you will consider and

24     decide distinct claims and affirmative defenses.  Although

25     these claims and affirmative defenses have been tried together,

1    each is separate from the others and each party is entitled to

2    have you separately consider each claim and affirmative defense

3    as it affects that party.

4           Therefore, in your deliberations, you should consider

5    the evidence as it relates to each claim and affirmative

6    defense separately, as you would had each claim and affirmative

7    defense been tried before you separately.

8           Of course, the fact that I have given you instructions

9    concerning the issue of the Plaintiffs Ira Kleiman and W&K's

10   damages should not be interpreted in any way as an indication

11   that I believe that the Plaintiffs should or should not prevail

12   in this case.  You must decide the case solely on the evidence

13   and the law before you and must not be influenced by any

14   personal likes or dislikes, opinions, prejudices, sympathy, or

15   biases.

16          Your verdict must be unanimous; in other words, you

17   must all agree.

18          Your deliberations are secret and you will never have

19   to explain your verdict to anyone.

20          Each of you must decide the case for yourself, but

21   only after fully considering the evidence with other jurors.

22          You must discuss this case with one another and try to

23   reach an agreement.  While you are discussing the case, do not

24   hesitate to reexamine your own opinion and change your mind if

25   you become convinced that you were wrong.  But do not give up

1   your honest beliefs just because others think differently or

2   because you simply want to get the case over with.  Remember

3   that in a very real way you are judges, judges of facts.  Your

4   only interest is to seek the truth from the evidence in the

5   case.

6           When you get to the jury room, you'll choose one of

7   your members to act as foreperson.  The foreperson will direct

8   your deliberations and speak for you in court.

9           A Verdict Form has been prepared for your convenience.

10  The Verdict Form contains questions and directions for

11  answering them.

12          In answering the questions, you must apply the law in

13  these instructions to the facts that were proven by the

14  evidence.  You may also refer to the jury instructions for

15  guidance on the law applicable to the subject matter covered by

16  each question.

17          The questions are organized by claim, first asking

18  whether you find the Defendant liable for the particular claim.

19  If your answer to the first question is yes, you are then

20  instructed to answer further questions asking you to identify

21  which Plaintiffs have proven their claims and the amount of

22  damages to be awarded to each Plaintiff.

23          You will then consider the Defendant's affirmative

24  defenses and decide whether they bar or preclude certain

25  claims.

1          Finally, you will consider whether punitive damages

2     are appropriate as to certain claims.

3          You must agree on each answer before you complete the

4     Verdict Form.

5          After you reach a verdict, your foreperson should be

6     designated to complete the Verdict Form by inserting all

7     necessary answers in the form.

8          Let us now go through the Verdict Form.

9          "We, the jury, return the following verdict in this

10    matter:

11         "Breach of partnership asserted by the estate of David

12    Kleiman.

13         "Question 1:  Do you find that Craig Wright is liable

14    to the estate of David Kleiman for breach of partnership?

15         "Answer yes or no.

16         "If you answered no to question 1, please skip to

17    question 3.

18         "If you answered yes to question 1, please continue to

19    question 2.

20         "Question 2:  What is the amount of damages you find

21    were caused by Craig Wright's breach of partnership?"

22         There are two lines.  One is:  "Provide numerical

23    amount owed from Bitcoin."  The second line is:  "Provide

24    numerical amount owed from intellectual property.

25         "Please answer question 3.

1          "Conversion asserted by the estate of David Kleiman

2     and W&K Info Defense Research, LLC.

3          "Question 3:  Do you find that Craig Wright is liable

4     to the estate of David Kleiman and/or W&K Info Defense

5     Research, LLC for conversion?

6          "Answer yes or no.

7          "If you answered no to question 3, please skip to

8     question 6.

9          "If you answered yes to question 3, please continue to

10    question 4.

11         "Question 4:  If you answered yes to question 3,

12    identify the Plaintiff to whom Craig Wright is liable for

13    conversion by placing an identifying marking next to one or

14    both of the following."

15         And there's a line for estate of David Kleiman and a

16    line for W&K Info Defense Research, LLC.

17         "Please answer question 5.

18         "Question 5:  For each Plaintiff you checked yes to in

19    question 4, what is the amount of compensatory damages you find

20    were caused by Craig Wright's conversion?

21         "Estate of Dave Kleiman."  There are two lines.  One:

22    "Provide a numerical amount owed from Bitcoin."  The second

23    line:  "Provide a numerical amount owed from intellectual

24    property."

25         "W&K Info Defense Research, LLC."  One line:  "Provide

1    numerical amount owed from Bitcoin."  The second line:

2    "Provide numerical amount owed from intellectual property.

3            "Please answer question 6.

4            "Civil theft asserted by the estate of David Kleiman

5    and W&K Info Defense Research, LLC.

6            "Question 6:  Do you find that either the estate of

7    David Kleiman or W&K Info Defense Research, LLC has proven its

8    claim for civil theft against Craig Wright by clear and

9    convincing evidence?

10            "Answer yes or no.

11            "If you answered no to question 6, please skip to

12    question 9.

13            "If you answered yes to question 6, please continue to

14    question 7.

15            "Question 7:  If you answered yes to question 6,

16    identify which Plaintiff has proven their claims of civil theft

17    by placing an identifying mark next to one or both of the

18    following," and there's a line for estate of David Kleiman, a

19    line for W&K Info Defense Research, LLC.

20            "Please answer question 8.

21            "Question 8:  For each Plaintiff that you checked yes

22    to in question 7, what is the amount of compensatory damages

23    you find was caused by Craig Wright's civil theft?

24            "Estate of David Kleiman."  There are two lines.  One

25    is:  "Provide a numerical amount owed from Bitcoin."  The

second is:  "Provide numerical amount owed from intellectual

property."

"W&K Info Defense Research, LLC."  Two lines.  One

for:  "Provide numerical amount owed from Bitcoin."  One for:

"Provide numerical amount owed from intellectual property."

"Please answer question 9.

"Fraud asserted by the estate of David Kleiman and W&K

Info Defense Research, LLC.

"Question 9:  Do you find that Craig Wright is liable

to the estate of David Kleiman and/or W&K Info Defense

Research, LLC for fraud?

"Answer yes or no.

"If you answered no to question 9, please skip to

question 12.

"If you answered yes to question 9, please continue to

question 10.

"Question 10:  If you answered yes to question 9,

identify which Plaintiffs were subject to fraud by placing an

identifying mark next to one or both of the following."

There's a line for estate of David Kleiman, a line or

W&K Info Defense Research, LLC.

"Please answer question 11.

"Question 11:  If you answered yes to question 9, for

each Plaintiff that you checked yes to in question 10, what is

the amount of compensatory damages you find were caused by

```
 1   Craig Wright's fraud?
 2           "Estate of David Kleiman."  There are two lines.  One:
 3   "Provide numerical amount owed from Bitcoin."  Second:
 4   "Provide numerical amount owed from intellectual property."
 5           "W&K Info Defense Research, LLC."  Two lines.  One
 6   for:  "Provide numerical amount owed from Bitcoin."  The
 7   second:  "Provide numerical amount owed from intellectual
 8   property."
 9           "Please answer question 12.
10           "Constructive fraud asserted by the estate of David
11   Kleiman and W&K Info Defense Research, LLC.
12           "Question 12:  Do you find that Craig Wright is liable
13   to the estate of David Kleiman and/or W&K Info Defense
14   Research, LLC for constructive fraud?
15           "Answer yes or no.
16           "If you answered no to question 12, please skip to
17   question 15.
18           "If you answered yes to question 12, please continue
19   to question 13.
20           "Question 13:  If you answered yes to question 12,
21   please identify which Plaintiffs were subject to constructive
22   fraud by placing an identifying mark next to one or both of the
23   following."  There's a line for estate of David Kleiman, a line
24   for W&K Info Defense Research, LLC.
25           "Please answer question 14.
```

1          "Question 14:  If you answered yes to question 12, for

2     each Plaintiff that you checked yes to in question 13, what is

3     the amount of compensatory damages you find were caused by

4     Craig Wright's constructive fraud?

5          "Estate of David Kleiman."  There are two lines.  One:

6     "Provide numerical amount owed from Bitcoin."  One:  "Provide

7     numerical amount owed from intellectual property."

8          "W&K Info Defense Research, LLC."  There are two

9     lines.  One:  "Provide numerical amount owed from Bitcoin."

10    The second:  "Provide numerical amount owed from intellectual

11    property."

12         "Please answer question 15.

13         "Breach of fiduciary duty asserted by W&K Info Defense

14    Research, LLC.

15         "Question 15:  Do you find that Craig Wright is liable

16    to W&K Info Defense Research, LLC for breach of fiduciary duty?

17         "Answer yes or no.

18         "If you answered no to question 15, please skip to

19    question 17.

20         "If you answered yes to question 15, please continue

21    to question 16.

22         "Question 16:  If yes, what is the amount of

23    compensatory damages you find were caused to W&K Info Defense

24    Research, LLC by Craig Wright's breach of fiduciary duty?"

25    There are two lines.  One:  "Provide numerical amount owed from

1  Bitcoin."  Second:  "Provide numerical amount owed from

2  intellectual property."

3          "Please answer question 17.

4          "Unjust enrichment asserted by the estate of David

5  Kleiman and W&K Info Defense Research, LLC.

6          "Question 17, if you found for the estate of David

7  Kleiman on its claim for breach of partnership in question 1,

8  you should skip the next three questions with respect to the

9  estate of David Kleiman.  Please answer them with respect to

10  W&K Info Defense Research, LLC.

11          "Do you find that Craig Wright is liable to the estate

12  of David Kleiman and/or W&K Info Defense Research, LLC for

13  unjust enrichment?

14          "Answer yes or no.

15          "If you answered no to question 17, please skip to

16  question 20.

17          "If you answered yes to question 17, please continue

18  to question 18.

19          "Question 18:  If you answered yes to question 17,

20  identify the Plaintiffs to whom Craig Wright is liable for

21  unjust enrichment by placing an identifying mark next to one or

22  both of the following."  There's a line for estate of David

23  Kleiman, a line for W&K Info Defense Research, LLC.

24          "Please answer question 19.

25          "Question 19:  If you answered yes to question 17, for

1    each Plaintiff that you checked yes to in question 18, what is

2    the amount of compensatory damages you find were caused by

3    Craig Wright's unjust enrichment?

4         "Estate of Dave Kleiman."  There are two lines.  One:

5    "Provide numerical amount owed from Bitcoin."  The second:

6    "Provide numerical amount owed from intellectual property."

7         "W&K Info Defense Research, LLC."  There are two

8    lines.  One:  "Provide numerical amount owed from Bitcoin."

9    The second:  "Provide numerical amount owe from intellectual

10   property."

11        "Please answer question 20.

12        "Amount of Bitcoin.

13        "Question 20:  If you found for Plaintiffs, estate of

14   David Kleiman and/or W&K Info Defense Research, LLC, on some or

15   all of the claims above, what number of Bitcoin do you find

16   belongs to the estate of David Kleiman?"  There's a line:

17   "Provide a number of Bitcoin."

18        "W&K Info Defense Research, LLC."  There's a line:

19   "Provide a number of Bitcoin."

20        "Please answer question 21.

21        "Affirmative defense of statute of limitations

22   asserted by Dr. Craig Wright as to the estate's claims.

23        "Question 21:  Do you find that any of the following

24   claims by the estate of David Kleiman are barred by the statute

25   of limitations?"

1        You are to check one related to breach of partnership,

2  conversion, unjust enrichment, fraud, and constructive fraud.

3  The lines are "barred" and "not barred."

4        "Please answer question 22.

5        "Affirmative defense of statute of limitations

6  asserted by Dr. Craig Wright as to W&K's claims.

7        "Question 22:  Do you find that any of the following

8  claims by W&K Info Defense Research, LLC are barred by the

9  statute of limitations?"

10       There are two lines, one for barred, one for not

11  barred, as to conversion, unjust enrichment, fraud,

12  constructive fraud, breach of fiduciary duty.  You are to check

13  one line as to each claim.

14       "Please answer question 23.

15       "Affirmative defense of laches asserted by Dr. Craig

16  Wright as to the estate's claims.

17       "Question 23:  Do you find that any of the following

18  claims by the estate of David Kleiman are barred by laches?"

19       There are two lines, one for barred, one for not

20  barred.  You are to check one as to each of breach of

21  partnership, conversion, unjust enrichment, fraud, constructive

22  fraud, and civil theft.

23       "Affirmative defense of laches asserted by Dr. Craig

24  Wright as to W&K's claims.

25       "Question 24:  Do you find that any of the following

claims by W&K Info Defense Research, LLC are barred by laches?"

There are two lines, one for barred, one for not barred.  You are to check only one line as to the following claims:  Conversion, unjust enrichment, fraud, constructive fraud, breach of fiduciary duty, civil theft.

"Please answer question 25.

"Punitive damages.

"Question 25:  If you found in favor of the estate of David Kleiman and/or W&K Info Defense Research, LLC on their conversion, fraud, or constructive fraud claims, then you must decide whether punitive damages are appropriate.  And if so, determine the amount of punitive damages to award to the estate of David Kleiman and/or W&K Info Defense Research, LLC.

"Do you find that Craig Wright is liable to the estate of David Kleiman on claims asserted by the estate of Dave Kleiman for punitive damages?

"If the answer is yes, set forth the amount."  There's a line:  "Provide numerical amount."

"Do you find that Craig Wright is liable to W&K Info Defense Research, LLC on claims asserted by W&K Info Defense Research, LLC for punitive damages?

"If the answer is yes, set forth the amount."  There's a line:  "Provide numerical amount."

Please have the foreperson sign and date the Verdict Form.

1           "So say we all," with the date and the line for

2    foreperson to sign the Verdict Form.

3           Ladies and Gentlemen, the attorneys now will have an

4    opportunity to present their final arguments.  Each side will

5    have equal time, but the Plaintiffs are entitled to divide this

6    time between an opening argument and a rebuttal argument after

7    the Defendant has spoken.

8           I would ask that you put down the jury instructions

9    and Verdict Form and give the attorneys your undivided

10   attention, unless they specifically refer to a provision in the

11   law or the Verdict Form.

12          And at this point in time we will proceed.

13          On behalf of the Plaintiffs?

14          MR. FREEDMAN:  May it please the Court.

15          Ladies and Gentlemen of the Jury, it's been a long

16   month.  It's been a long trial.  And I thank you for the

17   attention you have given me, my colleagues, the other side, and

18   all the witnesses who have appeared in this trial.

19          At the beginning of this trial, my partner, Kyle

20   Roche, told each of you that this case was about a choice, a

21   choice that Craig Wright made after he found out that Dave

22   Kleiman, his best friend and business partner, died.

23          His choice has led us here today.  And in our final

24   moments together, I'd like to walk through the evidence showing

25   that Craig chose to steal from his dead best friend and to

1   cover up that theft with forgeries and lies.

2          But now, more than eight years after Dave Kleiman's

3   death, the final decision is not up to Craig Wright, Ira

4   Kleiman, or anyone else in Dave Kleiman's family.  The final

5   determination as to how this story ends comes down to a choice

6   that each of you have to make.

7          Plaintiffs are asking you to return to them half of

8   the partnership's 1.1 million Bitcoin and half of the value of

9   the intellectual property that Dave Kleiman and Craig Wright

10  jointly developed in W&K.

11         Plaintiffs submit to you that this would be the fair

12  way for this partnership, this partnership that created one of

13  the most revolutionary technologies the world has ever seen --

14  that would be a fair way for this partnership to end.

15         When you go back to deliberate later, the choice each

16  of you now confront is to either award the estate its fair

17  share of these assets or allow Craig Wright to get away with

18  the spoils of his theft and fraud.

19         Does Craig Wright get away with his fraudulent scheme

20  to steal Dave's share of the partnership assets?  Does he get

21  away with the lies he told to Dave's grieving family?  Does he

22  get away with the forgeries he drafted in the name of his dead

23  best friend?  Does he get away with the fake trusts he created

24  to hide his theft and frustrate Dave's family's ability to

25  recover the assets in this case?  And does he get away with the

1    lies he told you when he looked each of you in the eye for four

2    straight days and told you that he was the victim, all while

3    bragging about how smart and how rich he is?  He should not get

4    away with this.  He just shouldn't.

5          In the United States of America, we resolve our

6    disputes in courtrooms.  We resolve our disputes with evidence.

7    And we ask our juries, our peers, to fulfill a civic, but

8    sacred duty.  We ask you to review the evidence, to weigh that

9    evidence, and to render a decision.  We are asking you to do

10   that here, no more and no less.

11         Now, the lawyers in this case have had years to review

12   the evidence.  The trials are formal and the evidence that

13   comes in through trial comes in in formal channels.  And

14   sometimes that can make it hard to put together all the

15   evidence.  It's almost like a puzzle.  So it will be my job now

16   to walk you through this evidence in a clear and coherent way.

17         Before we do that in detail, though, I think it would

18   be helpful if I give a very high-level map of what the evidence

19   shows happened here.

20         Craig and Dave partnered to create and mine Bitcoin.

21   We saw Craig tell the New South Wales Police that he was

22   working on Bitcoin with Dave since 2004.

23         They released the whitepaper.  They released the

24   Bitcoin protocol.  They released the Bitcoin software and they

25   begin mining Bitcoin.

```
1          When that starts getting traction, they release --
2     they create intellectual property from W&K and they continue
3     their mining in intellectual property through W&K.
4          They know their invention can change the world and
5     threaten government currency, so they keep it a secret.  In
6     fact, at some point, they get so scared that they agree to
7     delete all records of their partnership.  You heard Craig
8     testify about that in one of his videotaped deposition clips.
9          But Dave dies unexpectedly in 2013, and Craig sees an
10    opportunity.  As we've discussed, Craig takes the partnership's
11    assets for himself, his access to the Bitcoin because they
12    mined it into a trust.
13         But he needs title to the intellectual property, so he
14    can sell it.  So he files sham lawsuits against W&K to steal
15    its intellectual property and he forges Dave's signature on a
16    contract weeks before -- that is dated weeks before Dave dies,
17    which says that Dave gives Craig 570,000, half of the
18    1.1 million Bitcoin -- to Craig, gives Craig all of W&K's
19    shares and all of W&K's intellectual property, all in exchange
20    for a minority stake in a company that doesn't even exist yet
21    and a company that amounted to nothing called Coin-Exch.
22         Of course, Dave isn't around to dispute this
23    outrageous contract.  So Craig just forges Dave's signature on
24    it.
25         But Craig's greedy.  He then takes all the IP he stole
```

1    from W&K and he applies to the Australian Taxation Office for

2    tens of millions of dollars in tax rebates.  Which, as you

3    might expect, results in a tax audit.

4         The ATO doesn't want to cut the $10 million check

5    without proof.  And so they start digging.  It seems that, like

6    the IRS, the evidence shows that the ATO was dogged.  They

7    examined everything.  And when they start doing that, Craig is

8    forced to start revealing the truth about his partnership with

9    Dave to defend himself from the Australian authorities.

10        To be sure, he's not entirely truthful with the ATO

11   either.  And he forges documents with them too.  For example,

12   he lies to them about supercomputers.  And he gets himself in

13   trouble in Australia as well.

14        Eventually, the Australian Taxation Office finds that

15   he forged documents and that he lied to them.  When his

16   Australian lawyers, that never tell a lie, find out that he

17   submitted forged documents to the Australian Taxation Office,

18   they fire him too.  Think about that for a minute.  His own

19   lawyers fire him for forging documents.

20        And that's why you've seen documents in this case from

21   the Australian Taxation Office.  These documents help us piece

22   together the story of this incredible partnership and they help

23   us get to the truth of the matter.

24        But I'm getting a little bit ahead of myself.  Let me

25   start with partnership.  Judge Bloom has instructed you on the

law.  Her instructions are clear.  The law does not require a written partnership agreement.  People can and do form oral partnerships.  And the law obligates us to respect those when they are formed.  In fact, Judge Bloom has instructed you that a partnership means an association of two or more persons to carry on as co-owners of a business for profit whether or not those persons intend to form a partnership.

To find that Craig and Dave partnered, you must find that they had a common purpose.  That's easy.  The evidence shows that Dave and Craig had a common purpose to create Bitcoin, to mine 1.1 million Bitcoin, and to create intellectual property based on Bitcoin.

You have to find that they had a joint proprietary interest in the purpose of the partnership.  They clearly were mining Bitcoin and creating intellectual property for profit, as Craig told the Australian Taxation Office that they were mining into trust to fund their research for the benefit of their cryptocurrencies, and Craig eventually sells all the intellectual property.

You have to find that they had a right to share in the profits and losses.  Craig told the ATO that they mined the Bitcoin into the trust to fund their research activities.  And Craig told Ira that he convinced Dave to wait until 2014, in October, to finally take some money from the Bitcoin and spend it on themselves.

1          And you have to find that they had joint control over

2     the partnership.  And we've already clearly seen that in emails

3     from Craig to Dave he refers to the Bitcoin that are in the

4     trusts and:  "What we are going to do with it."

5          We're going to see more on all of these factors later.

6     But in opening, Ladies and Gentlemen, we promised you evidence,

7     hard evidence, that Craig Wright and Dave Kleiman weren't just

8     friends, but were business partners to create Bitcoin, to mine

9     Bitcoin, and to create Bitcoin-based IP.  And we delivered.  We

10    showed you time and time again that Craig Wright said he and

11    Dave were business partners; he and Dave mined Bitcoin; he and

12    Dave created intellectual property.  We're going to run through

13    that evidence quickly.

14         Now, the Defense has made a big deal out of the fact

15    that there is no written agreement.  But again, the law doesn't

16    require one.  And you heard Carter Conrad, one of Dave's best

17    friends, testify in court that Dave was a "my word is my bond"

18    type of guy, that his word was his honor.  And that if he

19    committed to do something, he would do that based on his word

20    alone.  He didn't need written agreements.

21         You heard that Craig was similar.  Craig's ex-wife,

22    Lynn Wright, testified by video deposition.  And she said that

23    he was informal in business, that they wrote nothing down

24    except when they hired employees.  And so it's no surprise that

25    these best friends didn't have a written partnership agreement.

1          While the Defense promised you that you wouldn't see

2     contemporaneous emails between Craig and Dave about Bitcoin,

3     what they failed to tell you was that Dave and Craig agreed to

4     keep their partnership to create and mine Bitcoin a secret and

5     that these computer experts, who literally wrote the paper on

6     how to destroy digital data, agreed to delete all records of

7     their partnership to create and mine Bitcoin.

8          During Kyle's opening statement, he flagged for you

9     that you were going to see two different Craig Wrights.  You

10    were going to see the pre-litigation Craig Wright who admitted

11    Dave's role to a select few people he trusted or to people he

12    needed something from, and a post-litigation Craig who swore:

13    "Dave was never my partner" and that Craig would never form a

14    partnership and that he will never form a partnership, that he

15    hates the whole concept of a partnership, that he will never be

16    a partner, and that he will never have a partner.

17         And at trial we walked you through the written

18    admissions of Craig.  We're going to quickly run through those

19    in a moment, so you have them fresh in your mind when you begin

20    deliberations.  But recall that, in addition to the written

21    evidence, Ira testified that Craig told him they were 50/50

22    partners.  And Jamie Wilson testified that Craig described Dave

23    as his business partner.

24         (Video:)

25              "A.  No.  Not me personally, no.

```
1              "Q.  Had you heard of Dave Kleiman?

2              "A.  Yes, I had.

3              "Q.  How did you hear of Dave Kleiman?

4              "A.  Through Craig.  Said he was his best friend and

5    they had been working on projects together.

6              "Q.  Did he describe him as his partner?

7              "A.  A good mate.

8              "Q.  Okay.  And I don't mean a romantic partner.  I

9    mean --

10             "A.  No.  No.  No.  No.  Business partner.

11             "Q.  Did he describe him as a business partner?

12             "A.  Yes.

13             "Q.  Okay.  And somebody he was working on projects

14   with?

15             "A.  That's right."

16        (End of video.)

17             Described him as his business partner.

18             But after seeing the evidence that Plaintiffs

19   collected in this case, even Craig himself realized he had to

20   change course from his original testimony that he hates

21   partnerships.  And he testified at trial that in a variety of

22   different contexts and at times Dave had been his business

23   partner.

24             Let's move to the documentary evidence.  We saw a

25   Skype chat between Craig Wright and Mark Ferrier in 2013 right
```

1    before and after Dave dies.  Craig calls Dave his business

2    partner three times.

3           Craig didn't only tell business associates that he was

4    his business partner, though, he told that to people you trust.

5    He told that to people you rely on in times of need.  He told

6    the police that.  He told his lawyer that.  He tells the

7    government that during a tax investigation.

8           And we see that things don't go well between Craig and

9    Ferrier.  And in 2014 Craig eventually goes to the police for

10   help.  In doing that, he sends the police a written witness

11   statement.  And in that statement to Detective Catherine Unger

12   from the New South Wales Police Department, he says that he had

13   been business partners with Dave Kleiman in Bitcoin for over a

14   decade.  Over a decade.  Craig submitted this statement in

15   2014.  That means he and Dave were partners in Bitcoin since

16   2004.

17          When asked about the admission at trial, Craig had

18   nothing to say other than deny it was true; in other words, his

19   defense is that he lied to the police.

20          But Craig told his lawyers that Dave was his business

21   partner too.  And faced with that evidence at trial, he

22   admitted that Dave and he were partners.

23          And when the ATO began investigating Craig, they met

24   with him multiple times.  His lawyers were there, his

25   accountants were there.  And in those 40-page transcripts with

1    his meetings with the ATO, he tells them:  "We were partners

2    for years."

3         We saw in 2015, years later, Craig is still telling

4    the same story.  He emails Michele Seven that:  "Dave Kleiman

5    was my best friend and business partner."  And when confronted

6    with this at trial, Craig denied this admission of partnership

7    because he claimed Michele Seven was blackmailing him.  But

8    look at this email.  This isn't the exchange of a blackmailer.

9         Craig says to Michele Seven, who he said was his --

10   Dave was his business partner -- he says:  "What I need is a

11   person who can be my secret, know the secrets I have, and be

12   the mirror I need."  And Michele writes back:  "I know I'm fun,

13   but at my core I'm just very sweet.  You should find someone

14   who is more detached."  That's not an exchange with a

15   blackmailer.

16        One of the most damning admissions of all, though, is

17   the one Craig makes to Ira directly in Thanksgiving -- about

18   Thanksgiving 2009.  Recall that in May of 2009 no litigation

19   has been filed.  Craig Wright has reached out to Ira and

20   promised him the world.  "Dave was one of the cocreators of

21   Bitcoin.  Dave got a digital fortune.  I can help you get it.

22   You have shares in this company called Coin-Exch."

23        Ira completely trusts Craig, thinks he's the greatest

24   guy in the world, and Ira is reminiscing about his memory of

25   Dave, and he tells him:  "I remember this one time Dave may

1    have mentioned Bitcoin to me.  It was Thanksgiving 2009.  It

2    was the first time Dave was meeting my newborn baby girl.  And

3    at that Thanksgiving dinner, I said to him:  'Hey' -- we were

4    talking about Facebook and how successful it was, and he

5    says" -- Ira says to Dave:  "Are you working on anything

6    interesting?"  And Dave says:  "I'm making my own money."

7          Ira immediately flips out.  "You're making your own

8    money?  Are you making counterfeit money?  What?  You're making

9    your own money?"

10          Dave says:  "No.  No.  No.  I'm making digital money,"

11   and he pulls out a business card, he flips it over, he writes

12   the Bitcoin logo on the back, he hands it to Ira.  And he tells

13   Ira:  "I'm working with this well-to-do foreign man."  Ira says

14   to him -- he speculates to Craig, he says:  "I asked him:  'Why

15   don't you partner with this man?'" And Dave just kind of looks

16   at him, and Ira says to Craig:  "Well, I thought that that

17   might have been Dave's way -- he didn't want to tell me you

18   were already partners."

19          And what does Craig respond with?  What does Craig say

20   to Ira's question of:  "Maybe he didn't want to directly come

21   out and say that you guys were already partners"?  Craig says:

22   "We did partner."

23          Confronted with this evidence at trial, what's Craig's

24   explanation?  That Ira catfished him.  Really?

25          In the same email, Craig says to Ira that he will try

to find him "the old Bitcoin logo we did," thus, demonstrating

again that he and Dave designed the first Bitcoin logo.

The evidence that there's a partnership is

overwhelming.  And the only thing Craig has to rebut the

evidence that there is a partnership is the word of Craig

Wright.

Realizing that at trial, Craig attempts to pivot.  He

now claims, in conflict with his sworn testimony, that he hates

partnerships and would never form a partner -- never has a

partner -- that he and Dave were partners, just not to create,

mine and develop Bitcoin -- 1.1 million Bitcoin and

Bitcoin-based IP.  Yeah, right.

I want to underscore that for a moment.  After this

admission, there can be no real dispute that they were

partners.  And the evidence is equally as powerful about what

the partnership was for.  As you'll recall, the evidence that

Dave and Craig were two halves to the Satoshi Nakamoto

partnership to create Bitcoin, to mine 1.1 million Bitcoin that

were worth over $73 billion, and to develop what is now worth

over $252 billion worth of intellectual property, is likewise

overwhelming.

In fact, you need not go any further than Craig's own

recorded statements when asked directly about Satoshi Nakamoto.

He admitted it was a partnership.  He admitted it was with him

and Dave.  And he admitted that Satoshi died with Dave.

```
1          (Video:)
2                 "Q.  Have you claimed to be Satoshi?
3                 "A.  I said I was part of the creation.  I've also
4      said that if you have a partnership and someone dies, it's no
5      longer a partnership.
6                 "Q.  So the Nakamoto part of the partnership died?
7                 "A.  Well, there's no real part of the partnership.
8      If you had (inaudible) and all partners disappear and you don't
9      have a K or anything like that, you just have nothing.  It's
10     not an individual.
11                "Q.  So you're saying Satoshi Nakamoto is a pseudonym
12     for a group of at least two or more people that you were a part
13     of?
14                "A.  Umm, I had help from Dave.
15                "Q.  Dave's not here.  Dave's not here, man.
16                "A.  I know.  Dave's not here.  Dave is never going to
17     be here again."
18          (End of video.)
19                There's far more evidence than this recording to prove
20     that Dave and Craig were partners in Satoshi Nakamoto to create
21     Bitcoin.
22                Patrick Paige, one of Dave's good friends and
23     colleagues, testified that, quote, Craig Wright told him that
24     Dave Kleiman was one of the creators of Bitcoin and that
25     Craig's new claim in this lawsuit that Dave is not a cocreator
```

1    of Bitcoin is inconsistent with Craig's statements to him, it's

2    inconsistent with Craig's emails to him, and it is inconsistent

3    with Craig's promise to Patrick that when this all comes out

4    there is no way Dave will be left off the credit.

5           Gavin Andresen, Satoshi Nakamoto's successor,

6    testified that Craig told him the person of Satoshi was Dave,

7    Craig, and some mystery person.

8           Ms. Vela?

9      (Video:)

10          "Q.  And do you know in what context Dave Kleiman was

11   raised in this initial conversation?

12          "A.  I think we had a conversation about the person of

13   Satoshi actually being the three people, Dave Kleiman, Craig

14   Wright, and some other mysterious person who I never asked

15   about."

16     (End of video.)

17          Jamie Wilson testified that Craig told him he started

18   Bitcoin and that Craig told him:  "I did it with Dave Kleiman."

19     (Video:)

20          "Q.  Okay.  And did Craig tell you that?

21          "A.  Yes.

22          "Q.  Okay.  And how many occasions did Craig tell you

23   that?

24          "A.  Well, that's how he started blockchain Bitcoin.

25   And it was a matter of:  'I did it with Dave Kleiman.'"

1    (End of video.)

2        Andrew O'Hagan, the serious Scottish award-winning

3    investigative journalist, testified that Craig told him Dave

4    Kleiman was the man that helped him do Satoshi's work.

5    (Video:)

6        "Q.  Is it accurate that Dr. Wright told you that Dave

7    Kleiman was the man that helped him do Satoshi's work?

8        "A.  Yes."

9    (End of video.)

10       All of these men have no stake in the outcome of this

11   lawsuit.  They are simply reporting what pre-litigation Craig

12   told them.

13       But it goes beyond just direct testimony from

14   disinterested witnesses.  There's also written evidence from

15   Craig himself.  In 2014, Craig emailed Ira and told him that

16   Satoshi was a team.  Without the other part of that team, he

17   died.  That same month, Craig emails Louis Kleiman, Dave's late

18   father.  He says:  "Your son Dave and I are two of the three

19   key people behind Bitcoin.  Know also that Dave was a key part

20   of an invention that will revolutionize the world."

21       Still, in February of 2014, Craig confirms to Ira that

22   Dave helped him write the Bitcoin Whitepaper and confirms to

23   Ira that Dave had the famous Satoshi Nakamoto Vistomail

24   account, the account that announced the Bitcoin Whitepaper to

25   the world, and that mining was one of Satoshi Nakamoto's

1    partnerships' jobs.

2           We've established it was a partnership.  We've

3    established it was Satoshi Nakamoto.  Well, what else did it

4    encompass beyond the creation of Bitcoin?  It encompassed

5    Bitcoin mining.  The fact that Bitcoin mining was one of

6    Satoshi Nakamoto's jobs is undeniable.  Recall that

7    Mr. Antonopoulos testified that Satoshi Nakamoto's mining was

8    absolutely critical to the start of Bitcoin.  There would be no

9    Bitcoin if Satoshi Nakamoto was not mining to move the chain

10   along.

11          Jamie Wilson, Craig's former CFO, testified that Craig

12   told him he obtained Bitcoin through mining with Dave Kleiman

13   and also told him that Dave and Craig set up Bitcoin and were

14   Satoshi.  In fact, Jamie testified that when Craig showed him

15   his Bitcoin and his Bitcoin wallets, he also told him that he

16   mined that Bitcoin with Dave.

17       (Video:)

18           "Q.  Do you know how Craig Wright obtained Bitcoin?

19           "A.  Through mining with Dave Kleiman.  That was my

20   understanding.

21           "Q.  What is your understanding based on?

22           "A.  From Craig saying that he was working with a

23   great man who was in the USA.  And they set up Bitcoin.  And

24   that it was Satoshi.

25           "Q.  Craig Wright never told you that he mined with

1    Dave?

2         "A.  Yes, he did.

3         "Q.  When did he tell you that?

4         "A.  Well, that's how I knew all about the Bitcoin and

5    his wallets."

6       (End of video.)

7       Andrew O'Hagan testified that Craig told him that Dave

8    and Craig's mining led to a complicated trust.

9       (Video:)

10        "Q.  Dr. Wright told you that his and Kleiman's mining

11   activity had led to a complicated trust?

12        "A.  That's what he said."

13      (End of video.)

14      This testimony again is backed up by hard evidence.

15   In April of 2014, Craig emails his wife, his lawyer, and his

16   CFO.  These are all people you do not lie to.  And he says to

17   them:  "Dave mined all this outside Australia."  And he says:

18   "I was not the person doing the mining.  Dave was."

19      And remember, when Craig submitted a witness statement

20   to the police, he attaches an email chain between him and Mark

21   Ferrier, where Mark Ferrier asks Craig:  "Where did you get

22   this Bitcoin from?"  And Craig responds:  "I moved it in the

23   mining process to Dave Kleiman."  And less than an hour later,

24   he follows that up with another email.  He says:  "I had Dave

25   mine the Bitcoin overseas."

1           One year later, Craig is engaging with the Australian

2    Taxation Office, fighting for his life, in terms of the rebates

3    and the audits.  And he confirms to them directly that the

4    Bitcoin he controls was mined in the United States, somewhere

5    Craig has never lived and somewhere Dave has always lived.  And

6    that statement is absolutely consistent with what he then tells

7    Patrick Paige and Carter Conrad, that Dave mined the Bitcoin in

8    the United States for both of them.

9           A year later, he confirms the same statement again to

10   his wife.  He forwards the email from Patrick to Ramona Watts

11   and he says:  "I said:  'We mined.'"

12          Craig confirmed this, that Dave did the mining for

13   them in the United States, to the Australian Taxation Office.

14   Craig's chief financial officer, John Chesher, told the ATO in

15   that meeting that Craig took the Bitcoin that he had mined

16   overseas, by Dave, and he started W&K with Dave Kleiman, an

17   entity created for the purpose of mining Bitcoins.

18          Craig says the exact same thing to Ira in 2014.  Craig

19   founds a company with Dave Kleiman in 2011 that's called W&K.

20   It's set up to mine Bitcoin.

21          One year later, Craig says the same thing to Uyen

22   Nguyen.  2011 established W&K with Dave Kleiman.  It was set up

23   to mine Bitcoin.

24          Then in early 2014, Craig sends a LinkedIn message.

25   He's looking to be introduced to one of the Winklevoss twins

1    from Facebook.  And in seeking that introduction, he says:

2    "The Winklevoss twins are right into Bitcoin.  Dave Kleiman and

3    I started mining in 2009."

4         Next, in August of 2014, Craig tells the Australian

5    Taxation Office that he and Dave set up a trust to put Bitcoin

6    that Dave was mining into, and the purpose of the trust was to

7    fund research that both Craig and Dave were doing on promoting

8    cryptocurrencies.  This is the very definition of a

9    partnership.  Dave is contributing mining into a trust for

10   their joint work.

11        Seven days later, Craig is back to meeting with the

12   Australian Taxation Office.  In that meeting, he tells them

13   that the assets of the trust, the real trust -- he tells them

14   the assets of the trust were originally sourced from both him

15   and Dave Kleiman.  They even ask him to confirm:  "And David?"

16        "Yes."

17        Ladies and Gentlemen, I want this to sink in for a

18   moment.  Craig admitted unequivocally that both he and Dave

19   funded the trust together.  We know the trust was funded with

20   Bitcoin.  That is the definition of partnership; joint

21   contribution of assets for a common goal.

22        And the ATO was clear about this too.  In April of

23   2016, the Australian Taxation Office issues an incredibly

24   detailed 56-page decision denying Craig's tax refunds.  And in

25   doing so, they document in excruciating detail the

1    investigation conclusions and reasons for reaching their

2    decision.

3         In that report, they say that Craig told them directly

4    that the trust Bitcoin came from both Craig and Dave Kleiman.

5    They also say that Ms. Uyen Nguyen told them that while Craig

6    contributed 650,000 Bitcoin into the trust of the 1.1 million,

7    Dave contributed 350,000.

8         Not only did Craig and Dave mine the Bitcoin together

9    for the partnership; they treated that jointly mined Bitcoin as

10   partnership property.  In a statement to the New South Wales

11   Police, Craig says that he and Dave held the Bitcoin together.

12   Specifically, he says the only way that he could pay Mark

13   Ferrier was:  "With Bitcoin that Dave and I held."  And

14   eventually after Dave dies, Craig pays Ferrier that Bitcoin,

15   thus proving he had access to Bitcoin that he and Dave held.

16        But it wasn't just communications to third parties.

17   In the few communications Craig did save from his partnership

18   with Dave, he forwarded some to Ira after making Ira promise to

19   delete them.  In these communications it is very clear that

20   Craig and Dave treated decisions about what to do with the

21   trust Bitcoin as a joint decision, decisions that had to be

22   made by both Craig and Dave.

23        For example, in October 10th, 2012, Craig emails Dave

24   saying:  "We need to discuss the trust and work out what the F

25   we are going to do with it all."  And when confronted with this

1    evidence at trial, Craig actually claimed that when he said

2    "we" here, he meant "the royal we."  Absurd.

3           In May of 2012, Craig emails Dave again.  And he again

4    says that the decisions about what to do with the trust Bitcoin

5    are a joint decision.  And that decision was not to sell any of

6    their joint Bitcoin at that time.  Specifically, he says to

7    Dave:  "We do not touch the trusts, not yet, not even for this.

8    One day, they will change the world.  Not millions, not

9    billions.  If I am right, they will be trillions."

10          And while Craig claims that there is no written

11   agreement to hold the Bitcoin in trust jointly, that's not

12   true.  If you recall, we showed Craig a document he signed that

13   includes a long list of Bitcoin wallets.  And on the right side

14   in Craig's own handwriting is written:  "As agreed, all wallets

15   to be held in the UK in trust until all regulatory issues

16   solved and group company formed with Dave K and Craig Steven

17   Wright."  So Craig and Dave did agree to hold all the Bitcoin

18   in trust.

19          At trial, I asked Craig about this document.  And

20   sitting right there before you, he testified it was not his

21   handwriting and it was not his signature.  Unbelievable because

22   we have him on video testifying exactly the opposite.

23       (Video:)

24       "Q.  Can you look at Page 9 of 10.

25       "A.  Yes.

1          "Q.  And the signature at the bottom, is that your

2     signature?

3          "A.  Yes.

4          "Q.  The handwriting on the right-hand side of all the

5     Bitcoin wallets listed there, whose handwriting is that?

6          "A.  That looks like mine."

7       (End of video.)

8          And when I confronted him with those lies while he was

9     on the stand, right in front of you, he says that I got him

10    angry at his deposition.  Come on.  You saw that video.  That

11    man's not angry.

12         The evidence we've just reviewed is clear.  Dave mined

13    Bitcoin for the partnership.  He mined that Bitcoin into a

14    trust that funded Dave and Craig's research.  They treated the

15    Bitcoin as joint property and they made joint decisions about

16    what to do with it all.  In fact, Craig wrote it in his own

17    handwriting that all wallets were to be held in trust until a

18    joint company could be formed between him and Dave.

19         And I'd like to walk you through in a minute -- we've

20    done partnership.  We've done creation of Bitcoin.  We've done

21    Bitcoin mining.  How much Bitcoin?  The evidence shows the

22    partnership mined 1.1 million Bitcoin.  But Craig's own

23    testimony shows that he at least agrees that he mined and

24    controls a little over 800,000 Bitcoin.

25         First, we have Andrew O'Hagan, who testified that

1   Craig admitted to him that the Satoshi horde was around one

2   million Bitcoin.

3       (Video:)

4           "Q.  The Satoshi mine horde is around a million

5   Bitcoin?

6           "A.  Yes.  That's what he said."

7       (End of video.)

8           Craig admitted the same to the Australian Taxation

9   Office.  On August 11th, 2014, he told them:  "At the start of

10  this, we have approximately 1.1 approximately Bitcoin."

11          Later, in that exact same interview, Craig tells the

12  ATO again -- he says:  "The entire pot of Bitcoin is

13  1.1 million Bitcoin."

14          And importantly, while the Plaintiffs have proven they

15  are entitled to half of the 1.1 million Bitcoin -- that would

16  be 550,000 Bitcoin -- Craig himself has admitted that Dave owns

17  at least 300,000 Bitcoin in the trust.  Ira emails Craig in

18  March of 2014.  And in that email, he says:  "It appears from

19  emails you've sent that Dave told you you have a million

20  Bitcoin in the trust.  And since you," Craig, "told me that

21  Dave had 300,000, that means that yours is around 700."

22          And what does Craig respond?  He says:  "Around that."

23  He doesn't say:  "No.  Dave didn't have any Bitcoin in the

24  trust."  He doesn't say:  "What are you talking about 300,000

25  is Dave's?"  He says:  "Around that."  At a minimum, Craig has

1    admitted 300,000 Bitcoin in the trust belong to Dave Kleiman.

2           We've also submitted a list into evidence that

3    contains a list of 820,200 Bitcoin that Craig Wright submitted

4    to this Court to fulfill a court order that he identify his

5    Bitcoin holdings.  That's P554.  It contains 16,404 Bitcoin

6    addresses, which at the time of production included 50 Bitcoin

7    per address.  That's 820,200 Bitcoin.

8           At trial, Craig testified that Wright International

9    Investments owns the balance of the Bitcoin on the list and

10   that he owns 100 percent of the Wright International

11   Investments in trust.

12          And while Craig now claims he mined this Bitcoin

13   through various companies, he's previously said that the

14   825,000 Bitcoin that was mined in 2009 and 2010 was mined as

15   Satoshi, the very partnership at issue in this case.

16          And while obviously Plaintiffs have put forward

17   evidence to show you it was Dave that did this mining for the

18   partnership, I put this forward to show you that even Craig has

19   admitted that the Satoshi Nakamoto partnership mined 825,000

20   Bitcoin.

21          And we've demonstrated Dave and Craig mined over

22   1.1 million Bitcoin.  One million, one hundred thousand, one

23   hundred and eleven Bitcoin to be exact.  That's one million,

24   one hundred thousand, one hundred and eleven Bitcoin.  That is

25   the exact amount that Craig puts into his forged Tulip Trust

document to create a false paper trail to make it seem like Dave has nothing.  And we will get there in a moment.

So half of 1,100,111, that's 550,055.5 Bitcoin for Dave and 550,050.5 Bitcoin for Craig.  That's an even split of the partnership's Bitcoin.

As we showed at trial, Craig and Dave partnered to develop Bitcoin-based intellectual property too.  Robert Radvanovsky testified that he attended a conference call in 2009 where Craig and Dave were discussing a partnership to create revolutionary blockchain-related intellectual property. And while he's refused to answer the simple question at trial, his previous deposition testimony couldn't be cleaner.  He worked on intellectual property with Dave.

(Video:)

"Q.  Did you ever work on any intellectual property with Dave?

"A.  Yes."

(End of video.)

And that intellectual property included software that they developed together, including Bitcoin software that Dave enhanced.  In fact, Craig wrote to Ira that Dave took two million lines of code and turned it into six million lines of code.  He also told both Ira and Mark Ferrier that Dave was involved in creating a completely open and malleable form of scriptable money.  He told the New South Wales Police that he

1    and Dave were developing a Bitcoin exchange by which smart

2    contracts would be connected since 2004.

3          And in the same document, he said that Dave and him

4    conceived of the idea to develop a system that integrated SCADA

5    and a Bitcoin exchange.  The record is clear that Craig and

6    Dave created Bitcoin-based intellectual property in W&K.

7          Now, in opening statement, Ms. McGovern told you that

8    the evidence would not show that the intellectual property has

9    tremendous value.  She is wrong.  She was wrong.  We saw the IP

10   grow in value as Bitcoin grew in popularity and value, which

11   just makes sense.

12          In July and August of 2013, Craig filed lawsuits

13   against W&K valuing its IP at $56 million.  He expressly tells

14   the Australian Taxation Office, after telling him that he

15   didn't want to rip off the estate, that it was valued at $56

16   million.  Less than a year after valuing the IP at $56 million

17   in 2013, Craig commissions a valuation of the W&K source code

18   that pegged it at 303,895,458 Australian dollars.

19          THE COURT:  Mr. Freedman, I apologize, but one of the

20   jurors needs to take a restroom break.

21          MR. FREEDMAN:  Absolutely.

22          THE COURT:  All right.  So let's go ahead and take a

23   15-minute recess, Ladies and Gentlemen.

24      (Jury not present, 11:27 a.m.)

25          THE COURT:  All right.  We're on a 15-minute recess.

1          MR. FREEDMAN:  Thank you, Your Honor.

2       (Recess from 11:27 a.m. to 11:42 a.m.)

3          THE COURT:  All right.  Welcome back.

4          Mr. Freedman, you were at 45 minutes, sir.  I just

5    wanted to let you know.

6          MR. FREEDMAN:  Your Honor, we have 43.

7          THE COURT:  I'm sorry?  You have 43?  I had that you

8    started at 10:43 and we took a recess at 11 -- I'm sorry -- a

9    recess at 11 --

10         MR. FREEDMAN:  I just had Mr. Brenner on a literal

11   stopwatch.

12         THE COURT:  We've two minutes apart?

13         MR. BRENNER:  Yeah.  I have 43.

14         THE COURT:  Okay.  All right.  We'll put two minutes

15   in the reserve.

16         All right.  Let's bring the jury back in.

17      (Before the Jury, 11:44 a.m.)

18         THE COURT:  All right.  Welcome back, Ladies and

19   Gentlemen.  Please be seated.

20         We will continue with the closing argument.

21         MR. FREEDMAN:  Less than a year after valuing the

22   intellectual property at $56 million, Craig commissions a

23   valuation of W&K's IP source code that gets it pegged at 303

24   million Australian dollars.

25         Six months later, a second valuation is put in by a

1    valuation expert, 378 million Australian dollars.  And a little

2    less than a year after the nChain deal closes, and Craig has

3    sold all of W&K's intellectual property into nChain, a new

4    valuation projected -- done by Baker McKenzie, projects the

5    valuation in 2018 to be worth 2.6 billion pounds.  That's about

6    3.19 billion US dollars.  You can do the math with the Court's

7    judicially noticed exchange rates.  The Court has given you the

8    exchange rates.

9           And then Dr. Wright has given you the most up-to-date

10   valuation for these -- for this intellectual property.  Two

11   days before trial, he pronounced that the value of the

12   intellectual property at issue in this case is worth 252

13   billion US dollars.  Remember, that when Craig made this

14   statement he had every incentive to lie about the value.  He

15   knew he was about to face a trial.  He knew he was about to

16   face a jury.  He knew there were lawyers on the other side.

17   And despite that, he admitted the intellectual property at

18   issue in this case is worth an astronomical $252 billion.

19          Craig then takes this intellectual property and

20   transfers it to his Australian entities.  His honest lawyer,

21   Andrew Sommer, that never lies, says so.  And his wife admits

22   it in an email in 2015.  He then sells it all through various

23   agreements, not telling Ira anything about these sales.  And

24   eventually these companies file patents based on W&K's

25   intellectual property, all when Craig's associates admitted

1    that W&K's intellectual property would potentially expose

2    Satoshi Nakamoto and core blockchain intellectual property.

3          So the next thing I'd like to walk you through is

4    Craig's scheme to steal all this Bitcoin and intellectual

5    property from his dead best friend's estate.  I'd like to make

6    something very clear here.  The Defense has said over and over

7    that Dave Kleiman never said anything bad about Craig Wright.

8    Dave Kleiman never had a bad word to say about Craig Wright.

9    Of course not.  Craig waited until he died to steal from him.

10   Dead men tell no tales.

11         And to put it in Craig's own words:

12      (Video:)

13         "Dave is never going to be here again."

14      (End of video.)

15         So Craig Wright is now sitting on 1.1 million Bitcoin

16   that he and Dave mined.  He knows that no one really knows

17   about it because he and Dave agreed to keep it a secret.  And

18   that's the type of person Dave was.  He was a man of his word.

19   So he realizes he needs a paper trail to cover up his theft.

20   What does Craig do next?  He forges trust documents to make it

21   look like Dave Kleiman agrees that he owns all 1.1 million

22   Bitcoin in the trust.

23         And before we get into these forgeries, I want to

24   remind you that Craig has admitted he creates fake trusts.  We

25   showed you this at trial.  "I get so damn confused.  You're

1   suggesting there's a separate real trust and then a fake trust,

2   or multiple fake trusts?"  And Craig says:  "Real and fake."

3   He creates fake trusts.  You see it in his own words.

4         Let's start with the first fake trust.  This document

5   appears to be an email from Dave Kleiman to Craig, dated June

6   24th, 2011.  It is not.  It is a forgery.  It attaches a Tulip

7   Trust document that appears to be a document written by Dave

8   Kleiman.  It says:  "I, Dave Kleiman, have received

9   1,100,111" -- that's the number of the partnership's Bitcoin.

10  This is the fake paper trail he creates to hide that number.

11  This is the number of the partnership's Bitcoin.  And he

12  says -- he forges Dave's name on this contract -- "I, Dave

13  Kleiman, have received 1,100,111 Bitcoin from Craig Wright.

14  All Bitcoin will be returned to Dr. Wright on January 1st,

15  2020."  That's basically Dave saying:  "None of it's mine."

16        So if this document is real, it shows that Craig has

17  all the Bitcoin in the partnership.  But it's not real.

18  Remember, Dave dies in April of 2013.  And right here is an

19  identical version of the email that you just saw, dated June

20  24th, 2011, except it's dated October 17th, 2014, a year and a

21  half after Dave dies.  Craig forgot to delete the draft when he

22  forged the email.

23        Dr. Edman brought you through all the metadata.

24  Dr. Edman gave unrebutted expert testimony that that email is a

25  forgery created in October 17th, 2014.  If I may, write that

1    date down, October 17th, 2014.  We're going to come back to it

2    in a minute.

3            The next fake trust that Craig makes to hide the

4    spoils of his theft, is Tulip Trust I.  Craig makes it look

5    like this document was formed between Wright International

6    Investments and Tulip Trading in October of 2012.  At trial,

7    Craig swore it was authentic.  But like the last fake trust

8    document, it also makes it appear that Dave has no claim to the

9    1.1 million Bitcoin.  It says:  "The assets and joint agreement

10   and deed between the parties include the 1,100,111 Bitcoin."

11   That's the partnership's Bitcoin.

12           But the truth is -- the truth is that Craig had no

13   connection to Tulip Trading, one of the companies that created

14   this fake trust in 2012, because he didn't buy Tulip Trading

15   until 2014, two years later.  This email shows Craig reaching

16   out to a company he calls Abacus Offshore.  They say to him:

17   "Hey, we got your request to buy a shelf company."  That's a

18   company that you form -- these different corporations, they

19   form companies.  They put them on a shelf until somebody wants

20   to buy them and they sell them the company.  They say:  "Hey,

21   we got your request to buy a shelf company.  Here's a list of

22   companies.  Tell me which one you want."

23           Craig Wright, October 16th, 2014:  "I want Tulip

24   Trading, Limited," with a creation date of 2011.  It's been on

25   the shelf for three years.

1          Craig arranges to pay for this company and he

2    transfers the money that's required to pay for this company to

3    Abacus Offshore.  This is October 17th, 2014, commonwealth

4    transfer.  See, he's transferring the money for Abacus

5    Offshore.  At the bottom is a reference to an invoice.  We have

6    that invoice.  That invoice is an invoice to purchase a

7    Seychelles 2011 shelf company called Tulip Trading, Limited.

8    It's dated October 17th, 2014.  Recall Dr. Edman also gave

9    unrebutted expert testimony this document is a forgery, the

10   Tulip Trust I.

11         I want you to go back to that date, October 17th,

12   2014, the date of the email that he forged to make it look like

13   it was June 2011, same day he buys Tulip Trading.

14   October 17th, 2014.  Craig had a pretty busy October 17th,

15   2014, forging two documents to hide his theft of Dave Kleiman's

16   Bitcoin.  So now he can show the world that he's got trusts

17   where Dave Kleiman signed off and says:  "No.  No.  No.  It's

18   all yours, Craig."  They're forgeries.

19         So truth of the matter is Craig forged both versions

20   of the Tulip Trust documents we've seen to make it look like

21   Dave Kleiman signed off on owning the partnership's property.

22   Let that sink in for a moment.

23         The evidence is undeniable and unrebutted that Craig

24   Wright forged fake trusts to hide the fortune he stole from his

25   dead best friend.  Unreal.

1          That's not the only forgery in this case.  You'll

2     recall that Dr. Edman testified -- gave unrebutted expert

3     testimony that Craig created over 40 forgeries.  And I'm going

4     to focus on just one more.  Craig needed to dupe Ira into

5     thinking Craig owned everything after he reached out to him.

6     So what does he do?  He creates a series of emails from his

7     dead best friend that appear to confirm the fact that he owns

8     the Bitcoin and Dave owns nothing.

9          This was forgery number one.  Dr. Edman told you it

10    was created on February 28th, 2014.  That's less than two weeks

11    after Craig's first email exchange with Ira.  Dr. Edman showed

12    you that Craig forged a draft email that appeared to come from

13    Dave.  And that less than an hour before he sends that forgery

14    to Ira Kleiman, he adds this bombshell forged sentence.  He

15    says to him -- he makes it look like Dave Kleiman emailed him

16    an email which says:  "You have over one million Bitcoin now in

17    the trust.  Start doing something for yourself and this family

18    you have."  And then Craig takes that forgery and sends it to

19    Ira to pass it off as if Dave Kleiman told him:  "All million

20    Bitcoin in the trust belong to you."

21         This man forged documents to steal his dead best

22    friend's fortune and told his brother that that's what he did.

23         I want to walk you through the timeline of what

24    happened after Dave dies.  On April 30th, 2013, Carter Conrad

25    emails some of Dave's friends telling them that he's passed.

1    Craig is on that email.  Craig responds to that email to

2    express sorrow for the loss.  But he never mentions his

3    business partnership with Dave.  He never mentions that Dave

4    had Bitcoin, Dave had intellectual property, or that he could

5    locate a literal fortune of digital assets.  He also doesn't

6    reach out to Dave's family.  In fact, it would be over nine and

7    a half months before Craig did any of those things.  On the

8    stand, he told you about some reach-out to a fiancee.  Did you

9    see any evidence of that?  No.  Did the fiancee come and

10   testify?  No.  Another lie.

11        And during those nine months, Craig completely strips

12   out Dave Kleiman's estate from all of its assets, all of its

13   Bitcoin, all of its intellectual property, and strips Dave's

14   legacy.

15        We showed how that less than three months after Dave

16   died, Craig sues Dave's company W&K and claims it owes him $60

17   million.  We then saw he told the Australian courts that he,

18   Craig Wright, was the legal agent and representative and

19   director of W&K.  And that through him W&K agreed it owed Craig

20   Wright $60 million.  He was the plaintiff and the defendant in

21   this case.  He was sitting at both sides of the table.

22        We showed you he submitted a document to the

23   Australian courts that made it look like Jamie Wilson had

24   agreed on behalf of W&K to transfer W&K's intellectual property

25   to Craig.  But we then heard Jamie Wilson testify that he had

1    nothing to do with W&K.

2         Ms. Vela?

3      (Video:)

4         "Q.  Were you ever a director of W&K?

5         "A.  No.

6         "Q.  Were you ever a shareholder of W&K?

7         "A.  No.

8         "Q.  Were you ever an officer of W&K?

9         "A.  No.  I wasn't even aware of it."

10     (End of video.)

11         Left-hand side, forged signature from Jamie Wilson,

12   Jamie Wilson's sworn testimony.

13         We showed you the next thing Craig did was to rush to

14   the courthouse in Australia to trick the judge into giving him

15   what he wanted.  He told the judge he was the sole director of

16   W&K, precisely the opposite of his sworn declaration in this

17   court that he never was a director in W&K.

18         Craig then told the Australian judge that he had

19   already taken control over W&K's accounts, that he had a

20   statutory declaration to prove it, and that the lawsuit in

21   front of that judge was a mere formality.

22         Craig only submitted one statutory declaration in

23   Australia and that statutory declaration contains a list of

24   Bitcoin addresses.  Craig took control over W&K's Bitcoin

25   addresses.

1          We showed you that there was a forged contract between

2    Dave, Craig, and W&K, with outrageous terms, the deathbed

3    contract.  Dave never signed that outrageous deathbed contract.

4    Dave's signature is a forgery.  We showed you that Dave's real

5    electronic signature was a cryptographic signature.  On the

6    right-hand side, all the little details on the Computer

7    Forensic's signature, that was Dave Kleiman, the cryptographic

8    expert -- that was his signature.  And it looks nothing like

9    the deathbed contract on the left-hand side.

10          We showed you Dave's handwritten signature, the one --

11   Ms. Vela, could you go back one moment.

12          We showed you Dave's handwritten signature that --

13   sorry -- go ahead, Ms. Vela, please.

14          Dave's handwritten signature looks absolutely nothing

15   like the signature on the deathbed contract.  And Carter Conrad

16   and Ira Kleiman both testified that was not Dave Kleiman's

17   signature.

18          The only person, the only person to claim that this

19   was Dave's signature was Craig Wright, who, under the contract,

20   would receive assets that are now worth billions of dollars,

21   hundreds of billions of dollars.

22          Craig treated the forged contract as real, though.  He

23   goes back to the Australian courts and tells them that now he

24   owns all of W&K.  And he confirmed that he already obtained

25   W&K's IP.  And because Dave had died, and no one was there to

1    defend W&K, his fraud worked and the Court signed off on his

2    sham.

3           So Craig obtains W&K's IP and he already had full

4    control over the partnership's 1.1 million Bitcoin.

5           Jamie Wilson testified that the Bitcoin came from Dave

6    and Craig's mining operation.  Craig admitted it too.  He told

7    the Australian Taxation Office that the Bitcoin came into his

8    control as a matter of fate and other circumstances and that

9    Dave Kleiman had been a central part of that project but had

10   died earlier that year.  And at deposition, Craig admitted that

11   the fate that resulted in him having all this Bitcoin was

12   Dave's death.

13   (Video:)

14           "Q.  Was that something (inaudible)?

15           "A.  Yes.  This sounds like something I would

16   (inaudible).

17           "Q.  What did you mean by fate?

18           "A.  I mean exactly the meaning of the word.  Fate

19   means circumstances beyond control.  So the fact that my best

20   friend died is fate, misfortune.  It would not be a random

21   occurrence."

22   (End of video.)

23           As with many stories, it's Craig's greed that results

24   in his downfall.  He had almost gotten away with it.  But in

25   September 2013, he applies for $10 million tax refunds from the

1   Australian government based on the intellectual property he had

2   stolen.  The Australian government quickly audits Craig's

3   companies -- Ms. Vela, if you could jump ahead with me --

4   quickly audits Craig's companies.  And then after auditing his

5   companies, in February of 2014, they begin asking questions

6   about W&K.

7          Can you guys jump ahead for me, please.  I'm on Page

8   40.

9          Craig finally reaches out -- do we have a

10  technological issue?

11         It was then, right after W&K -- right after the ATO

12  reaches out about W&K, five days later, all of a sudden Craig

13  Wright reaches out.  Make no mistake.  This is not a good man

14  doing a good deed.  This is a desperate man attempting to

15  protect the fruits of his theft and protect himself from the

16  Australian Taxation Office breathing down his neck.  He needed

17  the Kleimans to help him convince the Australian government

18  that his actions against W&K were proper.

19         So he emails Ira Kleiman and he promises them fool's

20  gold.  Knowing that Dave's Bitcoin is really in the trust, he

21  tells them:  "Oh, I can help you find Dave's Bitcoin on these

22  drives."  He's Dave's best friend.  He knows Dave's a computer

23  forensic expert.  He knows there are encrypted files on the

24  drives.  He knows he has the perfect excuse when Bitcoin is

25  never found because it's already in the trust.  "Yeah.  Oh,

```
1    they're probably in that encrypted file."
2             Craig's trick works.  When the Australian Taxation
3    Office finally reaches out to Ira Kleiman, Ira reaches back out
4    to Craig.  He says:  "What should I say to them?"  Craig, the
5    confidence man.  It worked.  Ira trusted Craig, Ira believed in
6    Craig, and Ira did what he wanted.
7             In this case, the Defense has almost no reliable
8    evidence to offer.  So instead, they implemented what lawyers
9    sometimes call the spaghetti defense.  They throw everything
10   against the wall to see what sticks.  But their defenses are so
11   desperate that they contradict each other.  On the one hand,
12   the Defense is telling you that Dave couldn't have mined
13   Bitcoin with Craig Wright because he was poor; couldn't have
14   paid his bills, and anyone with millions of dollars in Bitcoin
15   wouldn't have fallen on tough times.
16            But they also ask you to believe that Dave died in
17   poverty with a fortune of Bitcoin locked on his devices that
18   Ira Kleiman deleted.  Which is it?  Did he have Bitcoin on his
19   devices?  And he died in poverty?  No.  The only thing that
20   makes sense is that Dave didn't have any Bitcoin in his
21   personal devices, which is why he was short on cash.  The
22   Bitcoin were in the partnership's trusts.  And Craig wouldn't
23   agree to distribute the partnership's trusts.
24            You heard Carter Conrad testify that Dave was not a
25   thief.  He was an honorable person.  He never stole from his
```

1    partnership with Carter Conrad.  He never took assets from

2    Computer Forensics without Patrick's permission, even though he

3    was on tough times.

4         Dave wouldn't have stolen from the Satoshi Nakamoto

5    partnership either.  And that's completely consistent with

6    Ira's testimony that Craig told him that he and Dave had an

7    agreement in place not to sell Bitcoin.  It's also consistent

8    with Craig's communications with Dave where he says:  "We don't

9    touch the trust, not now, not ever.  One day they'll be worth

10   billions."

11        It's also consistent with Craig's own life during that

12   period.  His own wife testified in deposition that she was

13   working two jobs, that her and Craig didn't have a lot of

14   money, that it was financially very difficult for them and she

15   couldn't even put proper food on the table.

16        It also aligned perfectly with Jamie Wilson's

17   testimony that as soon as Dave died Craig and Dave's -- Craig's

18   partner Dave was no longer around to make sure he honored the

19   deal, Craig began spending like a madman; $15,000 top shelf

20   champagne, new cars, flashy suits, new watches.  All of a

21   sudden, he could spend the money.

22        The Bitcoin are on Dave's devices fails even if you

23   ignore the fact that it's contradictory and that it was clearly

24   a ploy by Craig to gain Ira's trust.  There's zero credible

25   evidence supporting it.  The only person who has ever said that

1    Craig Wright.

2            And Craig Wright's own expert Nicholas Chambers

3    testified on cross-examination that he found no evidence of any

4    Bitcoin private keys on those devices.  The Defense is simply a

5    continuation of the fraud that Craig perpetuated against the

6    Kleiman estate in 2014.  It wasn't true then.  It's not true

7    now.  There are no Bitcoin on those drives.  They're in the

8    trust that Craig told the ATO over and over that they were

9    mining Bitcoin into.

10           The next thing is Craig claims Dave was too sick to

11   mine Bitcoin.  That's absurd.  Every fact witness in the case,

12   Patrick Paige, Carter Conrad, Kimon Andreou, testified Dave

13   worked in the hospital with powerful computers by his bedside.

14   Dave's medical records contain hundreds of references to him

15   working on his computers.  Carter testified Dave leveraged his

16   expertise in networking to remotely control computers.  And

17   Antonopoulos testified that somebody being in a wheelchair

18   doesn't stop you from mining.  And Craig himself -- Craig

19   himself told the ATO that Dave Kleiman was, quote -- he was

20   still working in the damn hospital, unquote.

21           I want to touch briefly on autism.  First, no one in

22   this courtroom disputes that autism or Asperger's is a serious

23   condition that affects many people.  I'm not a medical

24   professional.  But what I can say is that it's odd that Dr.

25   Wright was first diagnosed with this condition at 50 years old

1    by a doctor that was hired by his lawyers after a lawsuit was

2    brought against him.

3          But most importantly, autism diagnosis is irrelevant

4    to this case.  Dr. Klin told you that this condition does not

5    cause you to lie, or forge documents, or submit false

6    affidavits to courts.  If anything, Dr. Klin's statements that

7    Craig Wright is overly literal should all but resolve this

8    case.  Craig has admitted time and time again that Dave was his

9    business partner, that Dave mined the Bitcoin, that Dave

10   created IP for him.  And if he's literal, it's true.

11         Craig tried to explain away the ATO evidence.  "They

12   had a witch hunt against me.  Des McMaster was sent to Papua

13   New Guinea."  I told him I was to ask you -- for him -- to ask

14   you if he proved it.  He didn't prove it.  I dared him to do

15   it.  He couldn't do it.  It's all lies.  The ATO didn't write

16   him a written letter of apology.  He fled the country.

17         Craig has tried to poke holes in the coding.  He says:

18   "Dave didn't know how to code."  Well, putting aside the fact

19   that Craig Wright said that Dave Kleiman was an okay coder,

20   which is the same words that he used to describe, by the way --

21   put that all aside for a moment, there's so much more to

22   Bitcoin than a code.  There's one part of Bitcoin that's a

23   code.  That's the software.  Beyond that, there's the

24   whitepaper.  There's thinking of the idea.  There's mining.

25   There's interacting with the people.  There's the Satoshi

1    Nakamoto email accounts, the Satoshi Nakamoto Bitcoin Talk

2    accounts.  There's partnership.  So much more than just code.

3            I'd like to take you for a moment through the Verdict

4    Form the Court has shown you.

5            Ms. Vela, can we get that on the screen, please.

6            The first question on the Verdict Form asks you

7    whether you would find the Defendant is liable to the estate of

8    Dave Kleiman for breach of partnership.  You should write:

9    "Yes."

10           Dave's Kleiman's estate should receive his share of

11   the partnership's assets that's 1.1 million Bitcoin --

12   1,100,111.  You've heard about it many times.

13           As Judge Bloom instructed you, the appropriate measure

14   of damages for this partnership claim is the current value of

15   Dave's interest in the partnership.  You heard Antonopoulos

16   testify that the current price of Bitcoin is -- write this down

17   if you want -- $61,637.76 -- excuse me -- per Bitcoin.  You can

18   use the calculator on the laptops that are given in your jury

19   room.

20           The total amount of damages for the partnership claim,

21   550,055.5 Bitcoin multiplied by the price of Bitcoin, is

22   $33,904,188,895.68.  That's half of the partnership in Bitcoin.

23           You'll leave the next line blank because, as the

24   evidence showed, the IP was with W&K.  The Bitcoin were with

25   the partnership; the estate, the IP, is with W&K.

```
 1          So question 3 asks you to find whether the Defendant
 2   is liable for conversion.  You should write:  "Yes."
 3          In question 4, you should put checkmarks by both the
 4   estate of Dave Kleiman and W&K because Craig stole from them
 5   both; Bitcoin from the estate and intellectual property from
 6   W&K.
 7          Each of these claims stand by itself, which means you
 8   need to fill each one out.  It's not going to add up each claim
 9   to each other.  Fill out each one as you see it.
10          As Judge Bloom instructed you, the appropriate measure
11   of damages for the conversion claim is the highest value of the
12   stolen asset between the time of theft and trial.  You heard
13   Andreas Antonopoulos testify that the highest price of
14   Bitcoin -- write this down, if you need it -- is $64,947.44 per
15   Bitcoin.  Multiplied by the half of the partnership's Bitcoin,
16   that's 550,000 -- 550,055.5, that's $35,724,696,582.92.
17          The IP is with W&K, so let's go there next.  In W&K,
18   you need the value of the intellectual property.  Craig Wright
19   said that the IP at issue in this case is worth $252 billion.
20   He said it when he had all incentives to lie about it.  That is
21   W&K's IP which Dr. Wright stole.  So you should award at least
22   half of the intellectual property to W&K.  That is $126
23   billion, half of the 252 it's worth.
24          The next questions are about civil theft.  The clear
25   and convincing evidence in this case shows that Craig stole
```

 1   from his dead best friend's estate and stole from W&K.  In

 2   fact, the evidence is basically unrebutted.  Because the theft

 3   was from both the estate and W&K, you should check both for the

 4   estate and W&K in question 7.  Question 7.

 5          Now let's go to Question 8, please.  In question 8,

 6   the Court has instructed you that civil theft damages are also

 7   the highest value between the theft and trial.  You should fill

 8   in the same numbers based on the same calculation that gets us

 9   to -- I'm going to read the numbers this time -- 35, comma,

10   724, comma, 696, comma, 582, decimal, 92.  And for W&K, 126

11   billion.

12          Next, you'll consider the estate and W&K's fraud

13   claims.  All the elements for fraud were met.  So in question 9

14   you should say:  "Yes."

15          For question 10, you should put checkmarks next to

16   both the estate and W&K because Craig Wright defrauded them

17   both.

18          For question 11, Judge Bloom has instructed you that

19   the amount of damages for fraud is calculated at the time Craig

20   committed the fraud or constructive fraud; therefore, the

21   damages from Craig Wright's fraud calculated at the time Craig

22   committed the fraud is the estate's share of 1.1 million

23   Bitcoin and W&K's share of the IP.

24          As you already filled in the partnership claims, the

25   estate's share of Bitcoin, which the estate continues to be

1   deprived of by Craig Wright's fraud, is -- I'm going to read

2   the numbers -- 33, comma, 904, comma, 188, comma, 895.68.  And

3   the damages for Defendant's fraud against W&K is $126 billion.

4           Next is the constructive fraud claim.  Because Wright

5   betrayed the trust of both W&K and Dave Kleiman you should

6   write:  "Yes" in question 12.

7           For question 13, you should put checkmarks by both

8   Plaintiffs.

9           And for question 14, the damages are the same for

10  fraud.  $33,904,188,895.68.  And for W&K half of the 252, 126

11  billion.

12          Next, you will consider W&K's breach of fiduciary

13  duty.  By misrepresenting his relationship with W&K to the

14  Australian courts, and then stealing W&K's IP, Craig breached

15  his fiduciary duty to W&K.  You should write:  "Yes" for

16  question 15.

17          Again, the harm from the breach of fiduciary duty to

18  W&K is its lost IP.  Half of 252 billion is 126 billion.

19          Plaintiffs' final claim is for unjust enrichment.  You

20  should write:  "Yes" here.  And if, as you have suggested, you

21  find Dave Kleiman and Craig Wright were a partnership, you will

22  skip this question for the estate because it doesn't apply if

23  you found there was a partnership for the estate.

24          Question 19.  You check -- question 19.

25          Thank you.

1        Here, the award for -- you skip this question for the

2   estate because you have found for the estate on partnership

3   claims.  And so now for the intellectual property you'll put

4   126 billion for W&K.

5        The Court has also asked you to determine the number

6   of Bitcoin that you find belonged to the estate and/or W&K.

7   The evidence you have seen has shown you over and over again

8   that supports 550,055.5 Bitcoin.  550 -- there it is on the

9   screen.

10       The next stage of the Verdict Form is about statute of

11  limitations and laches.  The idea that the Kleimans should have

12  figured out Craig's complex fraud before Craig even emailed Ira

13  Kleiman is absurd.  You should reject "not barred" on all of

14  these claims.

15       Finally, punitive damages.  Punitive damages are

16  different than compensatory damages.  They're damages that ask

17  you to not give the estate back what it's owed.  That's not a

18  punishment.  Punitive damages are meant to punish wrongful

19  conduct.  Ordering Craig to return what he took wrongfully

20  isn't punishment.  What amount of punishment is up to you.  If

21  there should be punishment is up to you.  But we would submit

22  to you that forcing Craig to give the other half of his half,

23  so half of his half of the Bitcoin would be punishment, be

24  about $17 billion.

25       THE COURT:  Mr. Freedman, I just want to remind you

```
1    you've exceeded the allotted time.  I'll give you more time on
2    the front.
3         MR. FREEDMAN:  Thank you.
4         $17 billion.  It will still leave Craig with $17
5    billion in Bitcoin and $126 billion worth of intellectual
6    property, but it will hurt.
7         Finally, Ladies and Gentlemen, I want to thank you one
8    last time.  This case hasn't been easy, and I know.  It's got a
9    lot of information.  But at the end of the day, the two issues
10   at the heart of Plaintiffs claim are this:  Did Dave and Craig
11   have a partnership and did that partnership mine Bitcoin and
12   intellectual property?  Clearly, yes.
13        And after Dave's death, did Craig steal Dave's share
14   of the partnership assets from Dave's family?  Clearly, yes.
15        The instructions Judge Bloom read to you this morning
16   say we must prove the estate's claim by only a preponderance of
17   the evidence.  That means our side just has to be more likely
18   than not right.  It's like if you take one of those old-time
19   scales and you're weighing the evidence and you put everything
20   we've shown you on one side.  Dr. Wright should be all the way
21   at the top.  In order for us to lose, the evidence Dr. Wright
22   has put forward needs to not just even the scales; he needs to
23   outweigh us.  I'll submit to you he's not even close.
24        We've submitted evidence, witnesses, testimony,
25   documents.  Dr. Wright has told you his own words.  And you
```

1   have seen with your own eyes you can't believe his words.  We

2   have to be just a little bit heavier.  We are way more than

3   that, Ladies and Gentlemen.

4           As I sit down, you're going to hear from Mr. Rivero.

5   He may try to point to the absence of a written partnership

6   agreement, which is not required under the law.  He may point

7   to the absence of communications with Dave, which Craig

8   admittedly destroyed to distance himself from Satoshi.

9           You may -- he may ask you to ignore what you saw, what

10  you heard, and what Dr. Wright means when he says with his

11  hyper-literalness that he repeatedly called Dave his partner

12  and repeatedly said Dave Kleiman mined 1.1 million Bitcoin.

13          I want you to listen closely to Mr. Rivero.

14          What does he say to explain away the mountains of

15  admissions that Craig Wright made before the estate brought

16  this lawsuit?  What does he say to explain away the testimony

17  of Jamie Wilson, Patrick Paige, Carter Conrad, Andrew O'Hagan,

18  and the others who have said that Craig Wright told them he

19  partnered with Dave?

20          What does he say about the forgeries that Craig wrote

21  in his dead best friend's name?

22          What does he say about the ATO transcripts, the ATO

23  documents?

24          We told you at the start of this trial that the case

25  was about a choice made by Dr. Wright.  He could have done the

```
 1    right thing by his best friend.  He could have made sure Dave's

 2    share of the partnership's assets made their way into the

 3    estate.  Dr. Wright chose not to.  And now you must all choose

 4    whether he gets away with it.

 5            Thank you, Your Honor.

 6            THE COURT:  Thank you, Mr. Freedman.

 7            On behalf of the Defendant?

 8            MR. RIVERO:  Your Honor, I understood there would be a

 9    quick break.  May I have a short rest break?

10            THE COURT:  You need a comfort break?

11            All right.  Certainly.  Let's go ahead and take a

12    10-minute recess.

13        (Jury not present, 12:20 p.m.)

14            THE COURT:  All right.  We're on a 10-minute recess.

15        (Recess from 12:20 p.m. to 12:29 p.m.)

16            MR. RIVERO:  Your Honor, just before the jury comes

17    in, I do have one matter to bring to the Court's attention.

18            THE COURT:  Of course.  Go ahead and have a seat.

19            MR. RIVERO:  During the --

20            MR. BRENNER:  Mr. Freedman is actually --

21            THE COURT:  Oh.  All right.  Hold on.  Let's wait for

22    Mr. Freedman.

23        (Pause in proceedings.)

24            THE COURT:  All right.  Yes, Mr. Rivero?

25            MR. RIVERO:  Yes, Your Honor.
```

1           During the course of the closing argument, in our

2     notes and understanding of what he said, Mr. Freedman referred

3     to Dr. Wright's having fled from Australia.  There was a ruling

4     by the Court during the course of this proceeding that that

5     evidence was excluded, and that statement violated the Court's

6     order.  I would ask for some curative on it, Your Honor,

7     whether it be an instruction or otherwise.

8           THE COURT:  Mr. Freedman?

9           MR. FREEDMAN:  First of all, Your Honor, the -- two

10    things.  One is Dr. Wright testified on the stand that he left

11    Australia and never returned.  I did not mention the warrant,

12    which was the subject of the Court's sustained objection.  I

13    just repeated Dr. Wright's own testimony.  Also -- okay.

14    That's my response, Your Honor.

15          THE COURT:  Mr. Rivero, what type of curative

16    instruction are you asking the Court to give the jury that

17    would serve the Defendant's --

18          MR. RIVERO:  Your Honor, I would have to design such a

19    request, and I'm glad to take it up.  But I want to say just

20    one word:  Fleeing.  I was a federal prosecutor, Judge.  One

21    flees when one is charged or convicted.  That was the word that

22    was used purposely, and there was a specific ruling by this

23    Court it should not be permitted.

24          THE COURT:  Yes.  Well, what would you like the Court

25    to give by way of a curative?

```
 1            MR. RIVERO:  Your Honor, I would need -- perhaps I
 2     could consult with my colleagues to come up with such a
 3     suggestion, but I can't do it -- I don't have it right here in
 4     my mind, Your Honor.
 5            THE COURT:  So you don't want the Court to give it to
 6     the jury right now when they return?
 7            MR. RIVERO:  Your Honor, then if I can have one moment
 8     I will talk to Ms. McGovern and come up with some language.
 9            MR. FREEDMAN:  Your Honor, the only other thing I
10     would like to add is there was no contemporaneous objection to
11     the word --
12            MR. RIVERO:  I can't talk to Ms. McGovern and listen
13     to Mr. Freedman.  So if he has something to say ...
14            THE COURT:  Let me first hear what you're asking the
15     Court to instruct the jury.
16        (Pause in proceedings.)
17            MR. RIVERO:  Your Honor, the request we would have is
18     that:  "During closing counsel stated that Dr. Wright had fled
19     the jurisdiction of Australia.  There has been no evidence in
20     this case that Dr. Wright fled the jurisdiction of Australia."
21            THE COURT:  So you want the Court to highlight for the
22     jury that portion of the argument?
23            MR. RIVERO:  Actually, Judge, it is so prejudicial
24     that we do request it.
25            THE COURT:  And if it was so prejudicial, Mr. Rivero,
```

```
1    why is it that the Defendant did not object?

2           MR. RIVERO:  Because I did not want, in the middle --

3    first of all, I haven't done it in 35 years in a closing

4    argument, Judge.  And -- which -- because I think it's a

5    tactical question at that moment.  I don't believe this

6    argument was strong enough to merit any objections.  And so I

7    wasn't going to show the jury that I believed so.

8           But it is, in fact, contrary to a specific ruling of

9    this Court by an officer of the court.  And it is a statement

10   commenting on -- implying -- in fact saying directly under the

11   law that he left because of some criminal allegation.  We do

12   need it cleared, Your Honor -- cured.

13          MR. FREEDMAN:  Your Honor, may I respond?

14          THE COURT:  Yes.  Certainly.

15          MR. FREEDMAN:  Again, the fact that Mr. Rivero has

16   made a practice of not objecting for 35 years doesn't alter the

17   Rules of Evidence.  There was no contemporaneous objection.

18   And second of all, I believe it's a fair commentary on the

19   evidence in this case that came in.  Again, no warrant was

20   mentioned, which is where the objection was sustained.  Dr.

21   Wright testified he left Australia and never returned.

22          THE COURT:  I agree.  The request for a curative

23   instruction would have required that an objection be made in

24   order to preserve it.

25          All right.  The request for a curative instruction is
```

1    denied.

2           Let's bring in the jury.

3       (Before the Jury, 12:33 p.m.)

4           THE COURT:  All right.  Welcome back, Ladies and

5    Gentlemen.  Please be seated.

6           And as you did with Mr. Freedman, please give

7    Mr. Rivero your undivided attention.  And we will continue --

8    or we will begin with the Defendant's closing argument.

9           MR. RIVERO:  May it please the Court.

10           THE COURT:  Yes.  Of course.

11           MR. RIVERO:  Counsel.  Good afternoon, Ladies and

12    Gentlemen of the Jury.

13           We have just listened for more than 70 minutes to the

14    very best assembly of evidence that these Plaintiffs could put

15    together after four years of litigation, after hundreds of

16    thousands of documents, after countless witnesses, not just the

17    ones who appeared in this trial, between interviews,

18    depositions, and now trial testimony.  And that's what they

19    brought you.  That's what they brought you, Ladies and

20    Gentlemen.

21           I want to remind you that in opening Counsel Roche

22    told you that there were three time periods that were relevant.

23    There was this time period of 2008 to April of 2013 -- you'll

24    remember that is the death of David Kleiman -- 2013 to 2018,

25    and 2018 to today.  And he said they were going to focus on

1    this time period.  And guess what, Ladies and Gentlemen?  They

2    did it from day one until today.

3         And what is that time period?  That is after the death

4    of David Kleiman, what I call AD.  Extremely important.

5    Because what they never want to talk about, and what they never

6    talk about, is during David Kleiman's life.

7         Now, just here at the beginning, I want to hit this on

8    the head -- and by the way, there were strong things said.  I

9    take umbrage at the suggestion that the Defense is a

10   continuation of the fraud.  That is not a proper statement in

11   this court.

12        Ladies and Gentlemen, here's what they gave you as

13   evidence after Dave's death, AD.  This is the only evidence

14   they give you -- by the way, I'm going to correct this because

15   in that 70 minutes you heard exactly -- exactly one shred of

16   detail about during David's death.  And I'll tell you what it

17   is.  It's Bob Radvanovsky.  But I'm going to deal with that in

18   the real case, in what -- the real events of what happened.

19        Now, what do they tell you about it?  They have made a

20   case from day one to establish that Craig Wright is a damnable

21   liar.  That is the entire case that they have put on, the

22   statements between 2013 and 2018.  In fact, in the first

23   opening they told you:  "Pay attention to what he said after

24   Dave died up to the lawsuit and what he said after the

25   lawsuit."

1          All right.  That's their theory.  He's a damnable

2     liar.  And they put evidence in front of you with an expert

3     that he's not just a damnable liar, he's a damnable forger.  He

4     is a damnable forger.  That's the evidence they are putting in

5     front of you.

6          By the way, at the end, there will be no count for

7     lying.  There will be no count for forging.  There will be no

8     count for cheating the ATO.  That won't be the counts that

9     you're going to look at.  In fact, I think you just saw them.

10    Those will not be the counts.

11         So Ladies and Gentlemen, they tell you this -- all of

12    this in this time period is a bunch of nasty, filthy lies and

13    invented documents.  It's just a heaping, stinking pile of lies

14    and forgeries from that man.

15         By the way, did you notice that every single statement

16    of fact in that 70 minutes you heard started:  "Craig Wright

17    said.  Craig Wright said.  Craig Wright forged.  Craig Wright

18    said"?  Okay.  That's their case, is that he's a liar and a

19    forger.  But Ladies and Gentlemen, I've been doing this for a

20    long time -- so he's a liar and he's a forger.  I'm going to

21    add another word because I think this is where this question of

22    this diagnosis fits in.  Fantasist; is not right.  We'll talk

23    about it.  I'm from another time when these conditions weren't

24    understood as well.  I'm trying to understand personally.

25    Fantasist.

1     And so there it is.  It's a stinking pile.  But they

2   say:  "Wait a minute, Ladies and Gentlemen.  Hold on.  Right

3   here, here's a cherry that I want to offer, and I want to put

4   it here."

5     By the way, this man -- by the way, they proved --

6   there's no doubt -- let's -- I'm not going to argue that he

7   said at some times black and at some times he said white in

8   front of you.  All right?  Black and white.  But so there it

9   is.  It's a pile of black/sometimes white contradictions.  They

10  say:  "Damnable liar, damnable forger."  But wait a minute.

11  Here it says black.  Wait.  Here it says black.  Here it says

12  black.  Here's a bunch of cherries.  Here's what I'm going to

13  do:  "I'm going to cook up those cherries into a cherry pie and

14  I'm going to tell you:  'This is what you should consume.  This

15  is the story you should believe.  This is the story that I put

16  together from this stuff that is all lies and forgeries'" --

17  and that's what you should believe actually happened?

18    Oh, Ladies and Gentlemen.  Ladies and Gentlemen,

19  there's a basic fundamental thing.  You know, I think this

20  description just now of the burden is not right.  It's not

21  whether it comes back to even.  No.  They have to be -- they

22  have to have the better weight of the evidence.  Does -- and it

23  has to make sense.

24    The Judge is going to instruct you -- or the Judge did

25  instruct you, pardon me.  First thing up she said you have to

1    use your powers of reasoning and your common sense.  Your

2    common sense.  You do not check that at the door in this

3    service.

4          By the way, people underestimate common sense.  Common

5    sense doesn't mean in some way elite versus common, so it's

6    lesser.  Let's be real clear.  Common sense is the sense that

7    we share as human beings.  It is common to us.  It is not

8    inferior in any way.  Common sense.

9          If this set of cherries put together out of a pile of

10   lies doesn't make sense, you have to decide for the Defense.

11   That's just the way it is.  Because if it doesn't make sense,

12   they didn't meet their burden.

13         So Ladies and Gentlemen, here's what I'd like to do:

14   Having addressed the overarching question in this case -- and

15   by the way, the question:  Which is it -- the question I asked

16   just now:  Which is it, that's what I want you to ask them.

17   When he says it, and he's a liar, is it a lie or do you want me

18   to believe it?  When he forges it -- that's what they say --

19   when he forges a document, and it's from the wrong time period,

20   and they say a fake document, do you believe it or do you not

21   believe it?  Which is it, sir?

22         That's the question I want you -- because they'll have

23   a chance to come back.  That's what I want you to have in your

24   head because -- why do I make such a big point about this?

25   Every single shred of evidence they offered you in the closing,

1  except for the reference to Bob Radvanovsky, every -- every

2  single reference is a statement of Craig Wright after David

3  Kleiman's death.

4        Now, let me take a moment of personal privilege,

5  Ladies and Gentlemen.  And I just spilled all my water here, so

6  I am going to take this cup and refill it.  But I want to say

7  to you-all that I have been appearing before courts like you

8  for 35 years.  And -- I mean in courts like this and juries

9  like you for 35 years.  And I have great respect for what

10 you-all are doing and how you have come to sit here.

11       I remember the day right after Halloween that you-all

12 came here and you didn't know each other and you answered my

13 questions.  And you will remember that one of the first

14 things -- the first thing I said to you was that no matter how

15 long and complicated this case is, the subject matter of the

16 case is whether or not there was a partnership between David

17 Kleiman and Craig Wright to invent and mine Bitcoin.  That's

18 the question.

19       The question is not whether Craig Wright is a forger.

20 The question is not whether Craig Wright is a liar.  The

21 question is not whether Craig Wright cheated the ATO.  Those

22 aren't on the Verdict Form.  The question at the end of the day

23 is whether there was a partnership to invent and mine Bitcoin.

24       Now, Ladies and Gentlemen, let me go back to your

25 service.  Judge Bloom said something that I really haven't

1    heard said, but struck me.  Your service in our democracy and

2    in this system is -- I think Judge Bloom is right -- is second

3    only to military service.  There may be other equal ones.  The

4    service as a district court judge, for example, is a very, very

5    important service in our system.  But your service is not

6    inferior to anyone.

7         Judge Bloom told you you're the judges of facts.  And

8    our system may have defects.  It certainly does.  But you know,

9    in our country cases about billions of dollars are settled by

10   decisions of members of the community with common sense like

11   you, whereas in other countries you know these problems are

12   settled with machine guns and machetes.  So this is remarkable,

13   what you're doing.  And I appreciate it and I know everyone in

14   this courtroom appreciates it.

15        I want to say another word of personal privilege.  I

16   have had a fantastic trial team.  I can't name them all.  But I

17   want to say to you that I could not have better trial partners

18   than Amanda McGovern and Jorge Mestre.  And I want to call out

19   my team.

20        And I just want to make sure that you also take into

21   account if at any moment -- I'm only an advocate and what I

22   say, the Judge has told you, does not decide the case.  You

23   have to rely on your memory of the evidence.  If at any moment,

24   Ladies and Gentlemen, I have offended in word or deed, tone or

25   tenor, it would not be right for you to hold that against Dr.

1    Wright.  This has to stand -- this case -- remember that I

2    asked you at the end of voir dire in groups -- I remember

3    exactly where you-all were located -- if you could -- you-all

4    were located in those two sections -- if you could separate

5    your sympathies and your dislikes from making a decision on the

6    evidence.  And I asked that question directly to each you of

7    you, and that was a critical thing in the decision to have you

8    serve on this jury.  And so I'm going to ask you not to decide

9    on whether you have sympathy for the ending of David Kleiman,

10   which was, as I had told you, sad, or if you have a dislike,

11   even an intense one, for Dr. Wright or in any other direction.

12   That's not the question.  The question is the evidence.

13           So let me tell you how I want to break this

14   conversation down that I'm going to have with you.  And let me

15   just, Ladies and Gentlemen, make sure that I keep track of my

16   time, if I can.

17           Here's how I want to break down my conversation with

18   you:  I want to talk first with you about the real evidence in

19   the case, not what you have just heard about.  The real

20   evidence in this case.

21           There was a radio commentator when I was coming up

22   named Paul Harvey, had a great voice.  And he would say:  "And

23   now for the rest of the story."  I want to tell you the rest of

24   the story, which is the real story.  Then, Ladies and

25   Gentlemen, because I don't want to avoid this central issue

1    about the statements that Craig Wright made post -- after the

2    death of David Kleiman, AD -- I want to talk about those

3    statements.  Having addressed those, I then want to talk with

4    you about the issue of potential damages.  And then at the end

5    I want to discuss with you what the Judge instructed you on the

6    law and how that law, given the evidence that we will now have

7    discussed, applies to the verdict.

8         So let me start, Ladies and Gentlemen, with the

9    question of what happened during David Kleiman's life.  And

10   we'll start with -- and counsel made a prediction about what I

11   would talk with you -- he got a couple of points.  This is not

12   spaghetti, by the way.  This is what happened.  What --

13   spaghetti is taking one kind of evidence and stretching and

14   stretching -- and I don't know if you have ever seen a kid

15   doing this -- and what happens with a piece of spaghetti is it

16   breaks.  They're taking the statements of Craig Wright -- they

17   have one strand of spaghetti.  You can throw one strand.

18   That's not what his analogy was.  They're taking a stand of

19   spaghetti and they're pulling it as far as they can right in

20   front of your eyes, but it snaps.  We're going to talk about it

21   right now.

22         What happened during David Kleiman's life?  Simple.

23   They admit it.  There's no evidence of a written agreement

24   between these men.  Absolutely none.  There is no partnership

25   agreement written for sure.  So now we're in the territory of:

```
1    Is there an oral agreement?  So how would you expect to see an
2    oral agreement?
3           Ladies and Gentlemen, you may remember in voir dire I
4    asked you if you had a relationship what would happen
5    naturally.  This is a lot of what I'm going to talk about, is
6    what would happen naturally if there were, in fact, this
7    relationship.  You know, my experience is that the truth has a
8    gravitational pull.  It's like a very powerful planet, a star.
9    And for the truth to be so, certain things have to follow from
10   it.
11          So what you would expect would be, for example,
12   communications between the two partners or multiple partners.
13   Because it doesn't make sense for a lot of reasons.  Remember,
14   they tell you it is a two-person partnership for 1.1 million
15   Bitcoin based on Craig Wright's statements, except Craig Wright
16   says a lot of things.  Sometimes it's three people.  Sometimes
17   it's 800,000.  Sometimes it's 300,000.  We'll get back --
18   that's back to this other thing that if you build a building --
19   it's a house of cards.  If you build a building on what they
20   allege are lies and what they allege are forgeries, you're
21   building on quicksand, not even sand, and that will not stand.
22   And that does not make sense.  And if that does not make sense,
23   you have to vote for the Defense.
24          Let me going back to the writings between David
25   Kleiman and Craig Wright.  We didn't see anything ever --
```

1  there's nothing, there's no email, there's no text message,

2  there's no anything during David Kleiman's life, anyone, Craig

3  Wright, David Kleiman, or anyone else -- there's not a single

4  writing.  Think about it, Ladies and Gentlemen.  This is

5  critical, critical that you stay with me.  I'm not talking

6  about the documents they say were forged.  They say those were

7  forged in 2014 and 2015.  David Kleiman is dead.  I'm talking

8  about during David Kleiman's his life, DD.  There's not a

9  single communication between the partners or with anyone else

10  that says:  "We're partners."

11        On the other hand -- and Mr. Reed, if you have the --

12  I believe that there should be emails from David Kleiman

13  referring to Patrick Paige.  If you could show the jury.  There

14  are two.  And while you look for that, I'll continue explaining

15  to the jury -- here it is.

16        On the other hand, David Kleiman never sent such an

17  email.  Could you bring out here -- could you highlight, sir --

18  I'll read it to you.  This is Dave Kleiman.  No one challenges

19  the authenticity of this email in December of 2012.  You never

20  see an email like this -- there's one.  There's one about a

21  different subject.  But here it is.  Dave Kleiman refers to

22  Patrick Paige as his business partner.

23        Now let's go to the next one, if you have it,

24  Mr. Reed.

25        This should be -- yep.  Can you pull this one up and

1   can you show the jury.

2          Here's David Kleiman.  He's forwarding from Patrick

3   Paige.  By the way, just to get the sense of what's going on is

4   Dave Kleiman is very sick at this time period and he is

5   shifting his work to his real partners.  He has a real business

6   called Computer Forensics, LLC, has all the trappings and marks

7   of a business, which -- the non-business?  They're talking

8   about he has none?

9          And what happens?  He says:  "Hi, Katy.  Received your

10  voice email.  I'm unavailable today.  My business partner

11  Patrick Paige" -- and then what you would expect is Katy writes

12  back:  "In a meeting.  I will call your partner as soon as I

13  get in."

14         Now, I'm going to show you, in fact there's another

15  partnership.  It's a little bit out of order of what I was

16  going to discuss with you.  When, in 2012, they go to talk

17  about W&K, Craig Wright uses real time the word:  "How about a

18  partnership?"  Now, just think about that.  If they were

19  supposedly in a partnership since 2009 to invent Bitcoin, and

20  they were supposedly mining up all these Bitcoin, a million

21  Bitcoin, how come for the first time Craig Wright's saying:

22  "How about a partnership" -- I don't know if we can show that.

23  I don't know if you can find it now.  How come he -- there's a

24  communication where the word "partnership" is used, but it's

25  not till February of 2011.

```
 1              Look.  Here's Craig Wright.  Nobody challenges this

 2     email.  This is in life, during Dave, DD.  And they say I have

 3     nothing to show you?  Talk about laughable.  Talk about absurd.

 4     But look:  "We could do something in partnership."  But that's

 5     in 2011.  If they already had a partnership -- what you're

 6     going to remember, there supposedly is this oral agreement

 7     before W&K.  Why aren't they saying:  "Why don't we add to our

 8     partnership?"  If you had a business going, you would say:

 9     "You know, we already do one line of business.  We already do

10     maintenance work at hotels.  Let's do maintenance work at

11     restaurants."  Okay?  You would say:  "Let's add to."

12              No.  This is the only reference in this entire time

13     period during Dave's life, DD, of such a thing.

14              Now, let me keep moving because I have a lot to show

15     you.  Contrary to what they have suggested, I have a lot to

16     show you.

17              Now, here's another thing:  No agreement.  You know

18     there's no agreement as to this supposed partnership.  But

19     David Kleiman had another business called Computer Forensics,

20     LLC.  I'm sure you remember that.  So if we could show,

21     Mr. Reed -- as you'll remember -- if we could show that

22     operating agreement which is attached to Defendant's 5, the

23     lawsuit by Ira Kleiman against David Kleiman's other best

24     friends Carter Conrad -- you want to talk about greed?  You

25     want to talk about somebody who's looking for a treasure?  He
```

1    sued the best friends.  He hasn't sued Kimon yet.  You want to
2    talk -- they talk about greed.
3         So here's the lawsuit and here's the attachment.  And
4    you're going to remember that in the attachment -- Mr. Mestre
5    was asking Carter Conrad -- Carter Conrad said:  "It was my
6    idea."  There's no doubt about that.  But David Kleiman clearly
7    very much participated in making that -- and you're going to
8    remember -- there's emails I'll show you in a second -- where
9    Dave Kleiman says:  "Hey, let's use my accountant," and he
10   brings the accountant David Kuharcik to the party.
11        And you're going to remember in looking at this
12   agreement it tells you the names of the members.  It tells you
13   who is the managing member.  It's all there.  It's Defendant's
14   5, the first attachment.  It's in here.  It tells you the
15   percentage of ownership in writing.  It tells you the
16   revenue -- how you pay for the expenses, what happens with the
17   expenses.  And then what's left over, the net, the net profit,
18   it tells you how you split that.  It tells you what the
19   ownership of IP is in this company in writing.  That's how
20   David Kleiman arranged his affairs.
21        And it's not just that they did it in writing.  It's
22   also that there are then later writings.  Like, for example --
23   if you can show the next email.  This is relating to his real
24   business Computer Forensics, LLC, which was treated like a real
25   business, not a fantasy business, the real thing.

```
 1              If we can see the next email, Mr. Reed.

 2              Okay.  So here's David Kleiman to David Kuharcik.  You

 3     saw David Kuharcik.  "What would your annual fees be for doing

 4     the taxes for a newly formed Florida LLC that has three

 5     partners?"  By the way, this has multiple things about it.

 6     It's not just that you see how David Kleiman actually would

 7     work a real business.  Pretty naturally, he would communicate

 8     with others about the real business, and he says:  "The

 9     business has three partners."  That's what you should expect to

10     see about a business.

11              Certainly:  "Currently, the partners being are paid

12     1099 style with an 80-20 split," and then he goes on.

13              Are there attachments, Mr. Reed?  Could you show that

14     to the jury.  Just scroll down, if you can.

15              And if you can't, I'll keep going.

16              Okay.  Yeah.  One more page.

17              Yeah, look.  Guess what Computer Forensics has?  Has a

18     profit and loss statement like a regular business, prepared by

19     a bookkeeper.  Written -- businesses by their nature,

20     especially nowadays, leave fingerprints.  They leave evidence

21     of their existence.  And how come there's no evidence of the

22     existence of W&K?  Oh, it's the secret phone booth.  We'll get

23     to that too.  It's a secret -- talk about convenient

24     explanations.  There's a secret phone booth.  These gentlemen

25     step in there, Clark Kent and Bruce Wayne, and they become
```

1    Superman and Batman.  Tell me another story.

2           Let's keep looking at what happens.  I think -- now

3    let's go to another subject.  You've got a business and you

4    have a treasure.  Now they want to say that it's not on these

5    devices.  That's not the point.  Which is it?  That's not the

6    point.  I don't know that it's on these devices.  I know that

7    if Dave Kleiman, who was a computer forensics person, did

8    something, and he had one of these military specification

9    things that's built to survive down to -- now I'm going to

10   forget, but it's 600 feet that you would have to take a

11   submarine, and made out of aircraft quality aluminum -- if he

12   had something important that he kept on his key chain or his

13   body all the time -- former military, former police, all this

14   stuff -- something would have been here.  We're going to talk

15   about that in a minute.

16          But before we get there, before we talk about devices,

17   let's talk about in the law it's called devises, when you

18   devise.  So if he had a fortune, I don't care if it was shared,

19   in a trust, wherever it was, he had a fortune -- and we'll get

20   to the economics of it -- that doesn't make sense.  But just

21   think about it.  You have a fortune.  You care about somebody

22   in the world.  He had an old will.  How come he never changed

23   the will to address this fortune that was -- that story --

24   again, these stories never -- they don't make sense.  That's

25   why you have to decide for the Defense.  They don't make sense.

It's not about whether there was a secret.  You're not
going to keep it so secret that if you die and you know for the
last 900 days of your life before you check yourself out of the
VA hospital -- you-all have loved ones.  You know you have a
presence of death.  And you know that you have a fortune.
You're not going to try to get that to whoever it is that you
want?  In the movies, even the pirates mark a map with an X.
Come on.  It doesn't make sense.  That's why you should decide
for the Defense.

Ladies and Gentlemen, I want to talk with you here in
my documents that I have destroyed -- I'm not as high-tech as
the other side.  I want to talk with you about the devices.
And I think this is pretty straightforward.  The devices were
reviewed up and down, backwards and forwards.  We have them
here.  So there's two things to say about this.  Number one, if
this man, who was a computer guy -- certainly if it's their
house of cards story that he was an inventor of Bitcoin,
really?  He didn't have anything on any of these devices?
There's nothing.

But there's another story about these devices.  You
know who made a choice?  When Dave Kleiman died, it wasn't just
these devices -- by the way, these aren't the -- the devices
are in a backpack somewhere in his house.  Somewhere in his
house.  They're not here.  This is examples.  Those are
somewhere else.  He had a choice.  His brother had just died.

1    He went in -- his brother supposedly -- the last time he saw

2    him in life, his brother said:  "I'm doing something bigger

3    than Facebook."  And what did he do?  He went, and there's

4    papers there, and he says he threw them all out?

5         Now, when he was asked about it -- you're going to

6    remember this.  I asked him about it.  And I asked him:  "Did

7    you see work papers," because if you're going to do this kind

8    of invention there would be work papers.  He didn't see

9    anything like that.  "Did you see research papers?"  Didn't see

10   anything like that.  "Did you see anything that looked like a

11   long string of numbers and letters that would be the keys,"

12   right?  Didn't see anything like that.

13        And then what does he do?  He takes the evidence

14   that -- I would argue to you this is the natural place to find

15   the treasure.  I'm not saying it's there.  Because Ladies and

16   Gentlemen, which is it?  What I believe is that Dave Kleiman

17   didn't do this.  And I'm going to show you why.  So it's not

18   there.  But if it were there, it would be here.  If he had it,

19   it would be here.

20        What does he do?  It's on the notations.  I don't have

21   to remind you.  He takes one of these and he writes over it and

22   puts Windows 7 on it.  And he takes the other one and puts

23   Windows 8 on it.  And he takes one to power up a laptop for his

24   wife.  He says he puts family photos on it and he overwrites

25   it.  And it is ironic that David Kleiman and Craig Wright did

1   work on a paper in 2008 that is a really significant paper,

2   that Dave Kleiman was proud of and bragged about to Carter

3   Conrad and others, the Data Wipe Fallacy paper.  And that

4   principle that they established -- because I have to tell you,

5   regardless of how we may feel about Dr. Wright, he really is

6   established in this area.  And I'm not saying that Dave Kleiman

7   wasn't.

8        There was a debate about whether if you only overwrote

9   one of these things one time -- some people said that wasn't

10  enough, you had to do multiple overwrites.  And they called

11  that the Data Wipe Fallacy.  They said -- what they posited as

12  computer scientists was that you should overwrite it one time

13  and that would do it enough.

14       Ira Kleiman didn't leave it at one time.  He used

15  these devices -- and can we have the demonstrative from

16  Mr. Madura?

17       He overwrote these devices, you remember -- you

18  remember, Ladies and Gentlemen?  Look at the overwrites.

19  Thirteen out of the 14 devices he overwrote in 2013, in 2014,

20  in '15, in '16, in '17.  The lawsuit gets filed.  He writes

21  over it in '18, when there's an obligation to preserve

22  evidence.  It sounds like perhaps he didn't want to see or

23  didn't want anyone to see what was on these devices.  It sounds

24  like that.  I can't prove it to you.  But to consistently

25  continue to overwrite it and then deny it on the stand -- and

1    then Mr. Madura's expert testimony was -- I'm sorry -- it was

2    Mr. Chambers.  I apologize.  I'm misstating the witnesses.  It

3    was Chambers who told you, and they showed each of these that

4    was overwritten.

5            Now, the data encryption.  It may be there's nothing

6    there.  But whatever it is, and if it was very valuable, a

7    computer security expert might have done that.  That's our

8    point.

9            Let me speed up a little bit because I have too much

10   to cover and not, as it turns out, enough time.  I would like

11   to go to the witnesses.  And I want to go quickly through the

12   witnesses because I want to -- this is all the evidence during

13   Kleiman's life.  My point is the devices are during David

14   Kleiman's life.  The lack of a partnership agreement, the lack

15   of communication, that's during David Kleiman's life.

16           Let's show, please, Mr. Reed, in whatever order you

17   have, the witnesses who have testified about the question of

18   what was said during David Kleiman's life about whether there

19   was a partnership to mine -- invent and mine Bitcoin.  If you

20   could pull the first one up, whichever it is.  And I need to

21   know -- that's Kimon.

22           So here you go.  Kimon, one of Dave Kleiman's closest

23   friends.  I would -- I don't want to make -- it's hard to say,

24   but this may be his closest friend.  "During his lifetime --

25   during Dave Kleiman's lifetime, the entire time that you knew

1    him, did he ever tell you that he was working on Bitcoin?"

2            "No."

3            "During his lifetime, did David Kleiman ever tell you

4    he was mining Bitcoin?"

5            "No."

6            You can read it.

7            "Did he ever tell you" -- we can highlight -- "Did he

8    ever tell you that he formed a business partnership with Craig

9    Wright to either mine or invent Bitcoin?"

10           "No."

11           "Did he ever tell you that he had hundreds of millions

12   of dollars in Bitcoin?"

13           That's in this trial.  You heard it.

14           Let's go to -- if you have Patrick Paige, that would

15   be great -- or Carter Conrad, whoever you have.

16           Okay.  So this would be Carter Conrad.

17           "Did you ever hear Dave Kleiman call it a Data White

18   [sic] Fallacy paper" -- that's "wipe."

19           "We're going back many, many years, so I don't know,

20   but when we discussed it, we believed that it would be" --

21   okay.  That's -- Mr. Reed, if we could show the next clip.

22           Ladies and Gentlemen, while we're waiting for these to

23   be pulled up, the point is I have -- and hopefully we'll put it

24   in order.  I can show you that -- and you'll remember this --

25   every single witness who came before you -- let's put the

1    people who were with Dave Kleiman.  Here is -- I believe this

2    is Paige.

3         "So during Dave Kleiman's lifetime, despite all the

4    conversations that you had with him, he never told you that he

5    had Bitcoin?"

6         "Right."

7         "In fact, during his lifetime, he didn't mention

8    Bitcoin at all to you?"

9         "No, he never did."

10        "And during his lifetime, he never told you that he

11   mined Bitcoin?"

12        "Right."

13        Go ahead and show the next one, if you would.

14        Is this the next one, sir?

15        No.  That's still Paige.

16        "So during Dave's lifetime, he never said to you that

17   he had a business partnership with Dr. Wright to invent or mine

18   Bitcoin?"

19        And his answer was:  "No."

20        So we can keep going.  Keep showing them.  Mr. Reed,

21   just put them up as you're able to and I'll talk about them as

22   we go.  I want to distinguish them.

23        Then there are people that we called.  We brought you

24   Carter Conrad.  We brought you Kimon Andreou.  We brought you

25   David Kuharcik.  I was surprised they brought you Patrick

1    Paige, but we would have.  And then we also brought Don Lynam

2    and Lynn Wright by video.  You saw them.  The four witnesses

3    related to Kleiman all say they never heard of Bitcoin, mining,

4    anything else.

5         You just saw, though, that Carter Conrad did tell you

6    that David was very proud to talk about his work with Craig

7    Wright, about the Data Wipe Fallacy paper.  So it's not that he

8    was hiding his relationship with Craig Wright.  It's that he

9    was describing his relationship with Craig Wright.  And his

10   relationship with Craig Wright wasn't related to Bitcoin.  It

11   was related to other things.

12        Which one do you have up now, Mr. Reed?

13        This is Conrad.  "During his lifetime, did he ever say

14   he had a partnership to mine or invent Bitcoin with

15   Dr. Wright?"

16        "No."

17        "During his lifetime, did David Kleiman ever say that

18   he mined Bitcoin?"

19        "No."

20        This is all from the trial.  And you saw it.  I'm only

21   doing it to refresh your recollection.  Because if we look at

22   Don Lynam -- and just keep going, Mr. Reed.  Show whoever you

23   have.

24        And this is to Kuharcik.  "Do either of these tax

25   returns" -- these are Dave Kleiman's personal tax returns --

 1    "Do they make reference to Bitcoin?"

 2            "No."

 3            Next one, Mr. Reed.

 4            This is the people related to Kleiman.

 5            All right.  Okay.  I'm sorry.  We won't we be able to

 6    wait for these to show, but I can take you through each

 7    witness.

 8            No.  This is another subject.  Let's put that aside.

 9            All right.  Ladies and Gentlemen, now that's the

10    witnesses.  There's not a single witness -- when they tell you

11    that witnesses said that there was a partnership, please

12    remember -- this is so critical -- even Jamie Wilson.  What

13    they are saying is that Jamie Wilson heard from Craig Wright

14    later.  "Craig Wright says."  That's what Jamie Wilson says.

15    Jamie Wilson never talked to Dave Kleiman.  None of the

16    witnesses that they're talking about talked to Dave Kleiman.

17    Radvanovsky is the only exception.  You can go back and look at

18    your notes.  This is just what it is.

19            And I wish we could show you.  I would show you right

20    now if I could get this on the screen.  It is a little bit

21    frustrating between spilling the water and not being able to

22    show you on the screen, but we'll keep going like in the old

23    days.

24            I want to switch to another topic because we've now

25    gone through lack of documentation on a deal, lack of

1     communications about a deal, lack of a will other message about

2     treasure.

3             Now, we talked about the fact that witnesses don't

4     talk about it, other than people reporting what Craig Wright

5     says AD.  I need to keep making that distinction.  I'm going to

6     come back to AD.  And if I remember it was:  "I don't have

7     anything to say."  During David's life the evidence is

8     completely inconsistent with this story.

9             Now, let's go to the ticktock and let's see if we can

10    show you.  What I want to discuss with you now is there are

11    actual communications.  And I call this the ticktock, Ladies

12    and Gentlemen, because some -- Mr. Mestre's daughters showed me

13    what TikTok is.  But this is the back-and-forth, the

14    back-and-forth.  It's -- you might call it a timeline, but I

15    like the idea -- it's Mr. Kleiman says something and then Mr.

16    Wright says something, ticktock, ticktock, like a clock.

17    Right?

18            So let's look at the first one, Mr. Reed.

19            Oh, I'll show you first -- you've seen this

20    demonstrative, but I think it's quite good.  And this actually

21    illustrates -- as I go through, I'll try to make some other

22    points.  On March 12th, 2008, this is where the Plaintiffs

23    start the case.  They don't want to talk about it anymore.

24    There are things they want you to forget and wipe out because

25    they're cherrypicking.  They are cherrypicking.

1          Initially, in the opening statement, they told you

2   this whole thing started on March 12th, 2008.  And it was this

3   email that you're seeing.  It's Plaintiffs' 2.  It's marked by

4   the Plaintiffs.  And that one is the one where supposedly Craig

5   Wright invites David Kleiman to the party.  And it's in their

6   complaint.  I showed it to you multiple times.  It's in their

7   complaint, which unfortunately didn't go into evidence.

8          But in their complaint, the way that they make the --

9   they start the story is -- this is the first quicksand pit that

10  they get themselves into.  They want to use the March 12 -- I'm

11  going to show you right now.  First of all, let me just come

12  back because we're going to show the back-and-forth, but I want

13  to take this right now.  Because this is one of -- I believe

14  it's four pieces of information, at all, that they talk about

15  during David's life.  Everything else is AD from Craig Wright,

16  all of their evidence.

17         You cannot -- it makes no -- it makes no sense to rely

18  on those statements to make this case.  And if it doesn't make

19  sense, the verdict ought to be for the Defense.

20         Ladies and Gentlemen, here's -- what's wrong with

21  this?  If we can open it up, Mr. Reed.

22         Can you please open it up?

23         Yeah.

24         All right.  I thought you were looking at it.  Sorry,

25  Ladies and Gentlemen.

1          This is supposedly from Craig Wright to Dave Kleiman

2     on March 12.  It's the invitation.  "I need your help editing a

3     paper I'm going to release later this year.  I've been working

4     on a new form of electric money bit cash, Bitcoin."

5          You remember that we had Wright's testimony that

6     rcjbr.org is Ramona, Craig, Josh, Benjamin, Rachel.  That's the

7     family unit formed after Dr. Wright gets together with his wife

8     Ramona Watts in 2012.  But the -- do you notice -- and there's

9     other problems with this.  The create date is later.  There's

10    other problems with this.  But understand when I say:

11    "Cherrypicking," I'm not saying that to be mean or making it

12    up.  That's not the point.  The point is what the Plaintiffs

13    have done here -- and you've heard it from Edman -- is these

14    counsel -- there were hundreds of thousand of documents.  These

15    counsel chose a set.  We couldn't get it clear whether it was

16    35, 40, 45 documents.  They gave those documents to Edman.  And

17    every single one he found was, he told you, forged.  But

18    remember he says that means modified, et cetera.  Because he

19    can't tell you for sure it was Dr. Wright, but it's consistent

20    with Dr. Wright.  That's what he's talking about.

21         But the point is they don't want to talk about this

22    anymore.  They want you to forget -- they want this to go into

23    the amnesia pile so you never remember about it again.  This is

24    BS.  And I'm going to show you why.  Not just because the date

25    is wrong.  Watch.  What happens?

1          If you're going to this revolutionary

2     world-changing -- you just heard it from Plaintiffs' counsel --

3     revolutionary world-changing invention that ends up being worth

4     not millions, not billions, trillions of dollars -- what's the

5     next thing they say?  Where's the:  "Hey, yeah.  Let's do it"?

6          Can we show that, Mr. Reed?

7          The next one.

8          Can we blow that up.

9          Okay.  This is not the very next day.  In fact, there

10    are several emails in between where they're talking about

11    whether they're going to meet.  And here's -- within two weeks:

12    "Hi, Dave.  It looks like a while longer before I get to meet

13    you in person.  I came runner's up and thus shall not be over

14    there again soon."  "Runner's up" must be some Australian thing

15    for:  "I had a problem."

16         Ladies and Gentlemen, you're in the middle of this

17    revolutionary thing -- show the next email, Mr. Reed, while I'm

18    explaining -- you're in the middle of the revolutionary process

19    and you're not talking about it?

20         Let's see the next one.

21         Look at this, April 9.  That's less than a month

22    later.  "Craig" -- here it is.  "Craig, how are you?"  It

23    doesn't sound like they've even been talking.  Secret phone

24    booth?  Secret phone booth?  In this time period, they're not

25    talking.  There's no secret phone booth.

1          Do you think -- is the story going to be -- because,

2     maybe if you listen to counsel -- ask him.  Ask him in your

3     mind, as he's talking -- ask him:  Which is it?  Is it a lie,

4     is it a forgery, or is it the truth?

5          So let's -- this one, nobody says is unauthentic.

6     There's the secret phone booth?  So did they make this up to

7     make it look like they really weren't talking, while secretly

8     in the phone booth they are talking?  Come on, Ladies and

9     Gentlemen.  That doesn't make any sense.  And if it doesn't

10    make any sense, you really have to decide for the Defense.  You

11    really do.

12         So what does he say?  "How are you?"

13         "I've been laid up for a bit."  And then he says:

14    "I've not worked in about 10 days, so I have a lot of catching

15    up to do" -- go to the next one, Mr. Reed, so I can explain --

16    because Dave Kleiman is very, very ill, Ladies and Gentlemen.

17    He doesn't work.  This is the one-month period right after the

18    invitation.  He can't even work.  He's been laid up.

19         Now, here's April 16.  Mark Heighenbaum (phonetic

20    listing) is from this organization called (ISC)2.  You have

21    this all in the evidence, and I ask you please to look at the

22    chronological order of documents from March 12th all the way

23    through Halloween 2008.  And this case lends itself, for some

24    reason, conveniently for a way that we can remember when things

25    happen.  It was Halloween of 2008.  And look at the emails.

1        And here's what you're going to see.  So now

2    Heighenbaum says:  "Just wanted to follow up with you on our

3    invitation to write the law chapter for the ISSMP textbook."

4        Can we show the next email.

5        And here's what Dave Kleiman says on 4/22 to Craig

6    Wright.  Says:  "Craig, I know you have a bazillion initials

7    after your name.  Cannot remember if CISSP, ISSMP are among

8    them.  If so, do you have any interest in writing this?  You

9    will be writing for (ISC)2 and their new official guide.  I've

10   not been doing well lately.  And I am not going to be able to

11   fulfill the requirements."

12       Next one.

13       Here's the point, Ladies and Gentlemen:  Come on.

14   It's right there in the real history of what really happened,

15   during the real time period.  He's not able to do things.  He

16   can't be inventing the revolutionary, world-changing thing

17   because he can't even work on the law chapter of this thing.

18       So here's what -- and then when Wright says:  "Yeah,

19   I'll do it," he writes to Heighenbaum -- Kleiman does -- "I do

20   apologize.  I've had some physical problems arise and have

21   sporadically been checking my email.  Sadly, I do not think I

22   will be able to participate in the project.  I'm taking this

23   time to introduce Dr. Craig Wright to you.  Here's a summary of

24   Craig's qualifications."

25       And just -- Mr. Reed, if you can just show all that

1    long list.  By the way, just in case there's any doubt -- I

2    don't think you do have a doubt -- is Wright's qualifications.

3    I'm going to talk about this in a second.  Because whatever you

4    think of Wright, again, that he had the ability, the capacity,

5    the experience to create this, I don't think anybody can

6    dispute that.

7              Mr. Reed, if you can go to the next email.

8              But my point is they're trying to -- they're doing

9    things, but not -- so here's April 23.  That's now 40 days out.

10   "Hi, Dave.  Just on a different note, if you hear of anything

11   in the US or Canada at my level, could you let me know?"  No

12   mention of:  "While we're working on the radical,

13   world-changing project."

14             Next email, sir.

15             All of it is consistent.  Here's Dave Kleiman.  This

16   is just qualifications again.  Let's go to the next one.  He's

17   just -- Dave Kleiman had -- truly had respect and admiration

18   for Craig Wright.

19             Look at this.  Look at this, Ladies and Gentlemen.

20   June 3.  June 3 is almost three months after the purported

21   invitation email that supposedly kicks this whole thing off.

22   Remember, their theory is Dave Kleiman's in here coinventing,

23   cocreating, right?  And what does Dave Kleiman say to Craig

24   Wright on June 3rd?  "Speaking of plagiarizing" -- they're

25   talking about academic issues, about whether someone

1    plagiarized, et cetera -- "Maybe we could write a paper

2    together.  I think it would be fun to write something

3    together."  And by the way, very deprecating.  You could see

4    his charm.  "The world of digital forensics by Dr. Craig Wright

5    and some dude named Dave."  His personality comes through even

6    in the documents and he seems like he was a -- I would like to

7    have met him.  But that's not my point.

8         My point is:  "Maybe we could write a paper together"?

9    How about:  "Hey, since we're already writing a paper together,

10   maybe we could write another paper together"?  Does that -- how

11   does this make sense?  It doesn't make sense.  And it may get

12   repetitious to you, but that goes for the Defense.

13        Let's go to the next one, Mr. Reed.

14        Okay.  This is maybe the most important part of this

15   entire thing that I'm showing you.  Craig Wright writes to a

16   fellow named Shyaam, and he copies Dave Kleiman.  And he says:

17   "Hi, Dave.  Shyaam is going to be helping me in the writing of

18   the paper of the Drive Wipe Fallacy" -- I think I called it the

19   Data Wipe Fallacy -- "Drive Wipe Fallacy.  Paper submission

20   date is July 19th, 2008.  All that is needed is to turn the

21   data into a paper.  Dave, are you interested?"

22        So this is how people work together for real.  This is

23   how, when they're really doing something -- please show the

24   next one -- there's a date.  There's a topic.  They talk about

25   it in email.  And they don't say:  "Another paper."  They don't

1   say:  "An additional paper.  We're already working on a big

2   one."

3            Then here's -- can we go to the next one.

4            This is July 16th.  The deadline is coming up fast.

5   And Craig Wright writes to Dave Kleiman.  This is about the

6   data wipe paper.  It's the thing that I told you about where it

7   proves that overwriting a disk more than once will -- is not

8   necessary.  It can be done once.  "Hi.  Just wanted to see if

9   you have made any headway."  Again, it doesn't sound like --

10  because they're not in daily contact.  Between June 3rd and

11  July 16th, Craig just expects Dave's going to do what he said

12  he would do and now he's checking in.  It's due like July 17.

13           What happens next?  "Not too much."  This is Dave

14  Kleiman.  "Not too much.  Attached what I started on so far.

15  Tracked changes are on."

16           Next.

17           Then so -- Wright answers to that and says:  "We are

18  in a little luck.  So as late as Saturday night, Sunday night,

19  as long as we get a draft up on the 19th, we can update it

20  until the 21st.  If you can get me something on Sunday, I can

21  get it done for Monday."  That's how people really work

22  together on a paper.

23           Show the next one, Mr. Reed.

24           And in fact, Dave Kleiman had a lot going on.  He had

25  his real business going on.  He was sick and he wasn't getting

```
1    to it.  And so Wright is extending a deadline.  And then what

2    happens, just so you know, in between is they submit it.  It's

3    in all the documents.  They talk about it.  And then finally a

4    couple months later it gets approved.  And guess what?  There's

5    a congratulations, like people do.  Academics?  What do they

6    have?  They are computer scientists.  This is their life.

7    "Congratulations and thanks for the effort," from Dave -- to

8    Shyaam and Dave Kleiman.  "Our paper."  That's the paper

9    they're working on in this time period, not the whitepaper.

10            Let's see what Kleiman responds.

11            Okay.  By the way, if you look in that one, you're

12    going to see what Kleiman says.  "Hey.  Tell me anything you

13    need and I'll help."  It's on the same -- on the data wipe.

14            Now, here's -- and you can look at it all.  Here's the

15    next communication.  And look at what's going on.  They're not

16    talking about the Bitcoin Whitepaper coming out in two weeks.

17    Dave is saying -- can we make that bigger, Mr. Reed -- dave is

18    saying:  "I apologize" -- this is on domains.  Has nothing to

19    do with anything.  But this is what they're talking about.  He

20    says:  "I apologize for being a hold-up on my portion of this.

21    No excuse.  I forgot my accountant filed an extension for me on

22    taxes.  I've been working on that nonstop until the wee hours

23    of the morning.  I will not be working tomorrow or Tuesday.  I

24    will get it to you ASAP."

25            Next, Mr. -- that's what they're -- this man is doing
```

```
 1    other things.  He can't get to his domains, much less work on a

 2    whitepaper.  There's no more.  There's never, ever an email

 3    where these two men say the word "Bitcoin" ever, except for the

 4    March 12 that they don't want to talk -- they brought it up

 5    initially.  They don't want to talk about it anymore because it

 6    doesn't fit.  It doesn't make sense, which means that our

 7    version is it's -- you should decide for the Defense.

 8              Now, can we show -- let's see what happens.  Can we go

 9    to the next one, please, Mr. Reed.

10              Now, I'm going to just show some random ones.  You

11    have all this in evidence.  June 3rd or the days after,

12    Antonopoulos and Madura told you when the system goes

13    operational.  A lot of debugging had to be done.  This is a big

14    deal.  What do they talk about?  "I really do hope you had a

15    great holiday season.  You and your wife deserve some downtime.

16    Take it while you can."  This is the mundane things they're

17    talking about.  They haven't even talked during the holidays.

18    It's the 6th, which in some cultures is Three Kings Day.  It's

19    the end of the holidays.  But the holidays go back at least

20    two, three weeks before this.  They're not in touch.  And the

21    system was released and made operational.

22              Next, Mr. Reed, please.

23              It doesn't fit.  It doesn't make sense.

24              Could we see the next one, please.

25              Well, listen, here's what I'll do, though, because I
```

1    don't want to consume my time because it's there.  So I'm going

2    to tell you what this -- if you look at it, there's a next time

3    period.  And maybe we'll get to the next one in a minute, if

4    Mr. Reed will help me out.

5           What happens -- this is another time period around the

6    formation of W&K.  And there Wright -- Lynn Wright, Craig

7    Wright, and David Kleiman -- you can look at the emails -- they

8    exchange emails a bunch, in a flurry about:  "Should we

9    register it?" "Wait a minute.  We're going to do this for the

10   DHS because you're a vet and you're disabled and we could get

11   some advantage with you doing that.  Can you form a

12   corporation?"  "What kind of corporation?"

13          Do we have any more emails to show?  Can we show the

14   next one?

15          No?

16          Okay.  "Is it an LLC?" "What should the name be?" "W&K

17   Info Defense."  The three of them are talking about it.  And

18   they finally come up with it and they form the corporation.

19   And in there -- let me see, which one this is.

20          Yeah.  This email comes up.

21          This is the only time at all, DD, during Dave Kleiman

22   life, that these two men use the word "partnership."  And he

23   says:  "On the other hand, we could do something in

24   partnership.  Are you interested being the lead if I'm to put

25   in the funding for research?"  That's it.  That's it.

1          And you saw -- can we show -- do we have any of the

2     documents related to W&K?  You saw that what W&K did -- I'm not

3     talking about Craig Wright's statements later.  I'm going to

4     talk about that in a minute.  I'm talking about the reality of

5     what happened at that time.  You saw that there were these DHS

6     requests for proposal.  We call them RFPs in the United States.

7     The Australians call them tenders.  That's what they were doing

8     in W&K.

9          And it was Plaintiffs who asked DHS -- this fits

10    together.  Kleiman was a disabled veteran who was in the United

11    States.  And there are government preferences for disabled

12    veterans and they wanted to put in Wright's research and see if

13    they could win some of these RFPs, these proposals.  And I seem

14    to remember it was registration TTA.

15         Could we show the whole document.

16         You see, this is the lead for -- this is -- the first

17    has to do with the attached papers TTA 1, whitepaper title.

18    Kleiman says:  "Last page of attached.  Do you think I can list

19    you as manager or MGRM with a foreign address or do you think

20    they would kick it?"

21         By the way, I'm not doubting Carter Conrad's word that

22    he was the one who came up with the idea to document Computer

23    Forensics, but there you see Dave Kleiman's deep into the

24    details.  "Who is the member?  Who is the managing member?"

25    And they go on.

1             Let's go to the next one, Mr. Reed.

2             So the point is, if you remember from memory, they

3     asked DHS for -- here's one of the ideas that he has, an idea

4     for research on this same area.  Notice it's information

5     defense.  "Stop attackers from jumping into industrial control

6     systems."  It's these security issues.

7             Show the next one, if you can, Mr. Reed.

8             So I'll just do it from memory.  You'll remember that

9     there was a request to DHS and then DHS produces it to the

10    Plaintiffs and we brought it to trial.  DHS says:  "We're not

11    interested."  And there were a bunch of them, TTA 01, TTA 03,

12    TTA 05.  I asked Mr. Kleiman about all this and they got

13    rejected on all of these requests.  They put in the research,

14    but it didn't work.

15            That's the only business that we see for W&K during

16    David Kleiman's life.  And Lynn Wright also testified about

17    this.  Lynn Wright said that was the purpose of W&K and that

18    that's what it did.

19            Now, see, this is interesting.  Now he does say -- I

20    guess there are two places -- "The three of us should be able

21    to do something good as a partnership."  So there's the place

22    where they're talking about it, but they're talking about W&K.

23    And this is very important reasoning, right, and logic and

24    common sense.  You can't bootstrap into W&K -- I'm talking

25    about what happened during his life.  We'll talk about the

1    Craig Wright statements later.  But what they're trying to say

2    is Craig Wright said these things later; therefore, that means

3    this is what W&K did.  But during the time the only thing you

4    see W&K doing -- the only thing you see W&K doing is these TTA

5    01, 02, whatever these numbers are.

6              The next one, please, sir.

7              Okay.  This is going to be -- you can see -- look over

8    the attached real quick.  You see TTA 1.

9              Let's go to the next one.  It would show you -- if you

10   go back and look at it, you will see that it is exactly what I

11   tell you.

12             Now, let me go from there, Ladies and Gentlemen.  And

13   you can keep showing these because you'll see it as they go.

14   This is -- every one of these -- Mr. Reed, just keep rolling

15   through, but I'm not going to -- go ahead.  It's just going to

16   confirm what I've told you as you watch these documents.

17             And blow them out and let the jury see them.

18             Every reference to W&K has to do with submissions to

19   the DHS.

20             I want to talk with you, Ladies and Gentlemen, about

21   the logic of what would be involved in doing the blockchain.  I

22   want to tell you this about this:  Whoever Satoshi Nakamoto

23   was -- and we have evidence that it is Craig Wright -- whoever

24   Satoshi Nakamoto was, one or more persons, when that thing went

25   operational, Satoshi Nakamoto wanted the thing to work -- I'm

1   sorry.  I've got to back up because I forgot a whole topic.

2          Before -- before it goes operational, it's got to be

3   coded.  It's got to be coded first.  It's a computer program.

4   It's not about a paper.  The paper is something.  It's a

5   nine-page paper.  People say it's important.  It had to be

6   coded.

7          What do we know about the coding?  We know that

8   Satoshi Nakamoto said -- Antonopoulos testified about this.

9   Satoshi himself said that the codes happened in the two years

10  to 18 months before its release.  It was released in Halloween

11  of 2008.  I don't know if they will be able to show you the

12  testimony of Andreas Antonopoulos on this.  But your memory is

13  the key to remember this.  Again, I'm talking about at the time

14  of David Kleiman's life.

15         So in that time period, that goes back to the

16  beginning of 2007.  Dr. Wright tells you that he started coding

17  this in 2007.  And there were the BDO notes.  And they do not

18  have evidence to show that the BDO notes are forged.  But

19  here's the point:  What we know -- and here's what Wright says.

20  Wright says that between the time he started in '07 going into

21  March, April, of 2008, he personally coded it.

22         Do you remember that Madura told you that it was his

23  expert opinion that it was coded by a single person in an

24  old-fashioned style?  And Wright told you he coded 32,000

25  lines, but he cut it back to 15 to 16.  Madura told you that

1    the Bitcoin blockchain is approximately 16,000 lines of code.

2    And Wright told you that he did it alone, but they want you to

3    believe that Dave Kleiman coinvented this.

4         Here's the problem:  Kimon Andreou, one of the people

5    who knew Dave Kleiman very best in the world -- there are 200

6    pages of text messages between David Kleiman and Kimon Andreou.

7    And please, please look at it.  Because you will not find the

8    word "Bitcoin" in 200 pages between these best of friends.

9         But here's another thing:  Kimon Andreou wasn't just a

10   personal friend going every business day to the VA hospital to

11   visit Dave Kleiman.  He was also a computer buddy.  And he told

12   you straight up, as straight as can be said, he knew the man's

13   work.  He could not code.  He said:  "If there was a simple

14   coding issue, Dave would bring it to me because he could not

15   code."

16        On the other hand, Dr. Wright tells you that he

17   started coding in the C language at age eight and that he had

18   coded in C++.  This was coded in C++.  And it had to have been

19   coded by March, which would be prior to the kickoff date for

20   the Plaintiffs' story, one of the four pieces of information.

21   So all that coding would have been done.

22        Now, besides that, now let's move to when it was

23   operational.  This was -- is this Kimon?

24        Yeah.  This is Kimon.

25        Thank you, Mr. Reed.

1          Mr. Reed, you can just bring it up if it's relevant to

2     what I'm saying.

3          I'm not going to wait for the screen, Ladies and

4     Gentlemen, but I hope that Mr. Reed can match to what I'm

5     saying on his own because it's in the evidence and you heard

6     it.  And your memory is what controls.

7          Ladies and Gentlemen, the launch -- the launch --

8     Satoshi wants this to work.  For it to work, there's got to be

9     a lot of computers up.

10          And I'm going to want to see the Antonopoulos

11     demonstrative at Page 23.  I think it's Page 23.  It's the rack

12     of servers.

13          To have the system work, there had to be a lot of

14     computers.  Wright says he had 69 computers running, told you

15     about the racks and the rest.  Okay?  We know it has to be a

16     lot of racks.  Antonopoulos has a photograph of the kind of

17     racks you would have for a mining farm.  Satoshi has an

18     interest in making this go.  What do we know that David Kleiman

19     has?  At any event, at the end, he had three -- the only thing

20     we know is he had three laptops.  Nobody ever gave any

21     testimony that he had anything other than that.

22          Ira Kleiman, perhaps in desperation, says:  "Well, he

23     could have had servers in Tampa."  But there's no evidence of

24     that, Ladies and Gentlemen.  Let's put that aside because

25     that's not evidence.

1           Look at this.  This is the picture from Antonopoulos.

2    This is Antonopoulos' demonstrative.  This is what this would

3    look like.  This is the dozens of computers.  Let's use our

4    common sense.  Could David Kleiman do anything to put something

5    like this together?  He was in a wheelchair.  Could he do

6    anything to do the wiring of this?  Could he do anything to do

7    the electrical connections?  Could he do anything to do the

8    maintenance, Ladies and Gentlemen?  This stuff -- computers

9    don't run 24/7.  These are super heated.  Wright told you, and

10   it's been said, you have to use air-conditioners.  He couldn't

11   set up the air-conditioners.

12          If the air-conditioners failed in Florida, which does

13   happen sometimes -- I'm sure you-all know that -- he

14   couldn't -- because he was in a wheelchair, he couldn't do any

15   of that.  And there's no evidence that he hired a man to work

16   with him.  Wright says he hired a man named Hector Malbburang,

17   but he wasn't 24/7.

18          So in the middle of the night, if it goes down, to

19   keep it going, you've got to go and do it.  And David Kleiman

20   couldn't do that.  Not to mention that out of the last 900 days

21   of his life, except for the last month, he was in the hospital

22   literally for 877 days.

23          Now, let me just move -- I'm talking about the things

24   that happened during David Kleiman's life.  And I'm telling you

25   why their story doesn't make sense and why that means that you

1    should decide for the Defense.

2            Now, Ladies and Gentlemen, besides what I have told

3    you, what are the economics of it?  You saw that big thing of

4    racks.  Did David Kleiman have the economic means to buy the

5    computers, to buy the transformers, to pay for the electricity?

6    He couldn't pay for his phone bill.  He couldn't pay for his

7    mortgage.  He couldn't pay for his electricity.  You heard all

8    the evidence.  He had a sad end.  His -- you saw the tax

9    returns.  His income -- because he was busy working in '09 and

10   even in '10.  He got sick in September of 2010, which is one of

11   the dates in these AD statements.  One of the times -- W&K is

12   formed after September of 2010.

13           Dave Kleiman is in the hospital every single day from

14   September 10, 2010 until March 21st, 2013.  You may say:  "How

15   does he remember that?"  It's my birthday.  So this case does

16   lend itself -- he's in the hospital every single day, except

17   for 23 days.  How he could run a mining farm, Ladies and

18   Gentlemen?  There are no racks of servers at the hospital.

19           Let me just say some of the other things that just

20   make this impossible because the truth has a gravitational

21   pull.  The economics.  He couldn't have paid for it.  His other

22   work would have interfered with it.  And a couple more things,

23   Ladies and Gentlemen.

24           Supposedly, they shared private keys.  That's the

25   idea.  Do you remember Mr. Antonopoulos -- this one's in

1   Spanish.  I know some of you speak Spanish.  It says:  "Si no

2   son tus llaves, no son tus monedas."  "Not your keys, not your

3   coin."  I have one in English.

4          You know who knows that better than Antonopoulos and

5   better than everybody else in the world?  Satoshi Nakamoto.  He

6   invented it.  And if there were two or there were three, those

7   are the people who know this better than everybody else.  So

8   why would they do that?  So they wouldn't have security over

9   the keys?  That doesn't make sense.

10          And I'll tell you something else that doesn't make

11  sense that was told to you by Madura.  The code -- the

12  blockchain code anticipated this issue.  The fellow who was

13  Satoshi was a bright guy.  He put in something called multisig.

14  Multisig stands for multi-signature.  It was a way within the

15  blockchain to not have to trust the other person.  But nobody

16  used multisig.  Satoshi, of course, had to know because Satoshi

17  wrote the code.  And if it was both these gentlemen, they would

18  both know it.  Nobody used multisig -- this was the testimony

19  from Madura -- until 2018.

20          How could it be, if they were both the designers and

21  they were going to share keys, that they wouldn't use the exact

22  device they had built into the code to protect against the "not

23  your keys, not your coin" problem?  It doesn't make sense.  The

24  case that makes sense is the Defense.

25          Now, I'm going to move on and I'm going talk about the

1    elephant in the room because I could keep going with you, but

2    time is running out.  I think I'm down to half an hour.  And

3    the elephant in the room -- when I was coming up -- and I want

4    to tell you two things about this, this question about the

5    truth.  You know, I was looking for inspiration -- this is

6    literally true.  And this is the second longest closing

7    argument I've ever given -- and I went to my bible.  And it

8    didn't -- I was looking for inspiration.  It didn't open

9    directly to the first place I opened.

10           After a couple times, though, I fell on this passage,

11   which was -- to me, it's amazing because I think sometimes

12   things are meant to be.  And this passage gives me, I think,

13   something that I want to share with you.  It's a situation --

14   this is from Luke at 11, Paragraph 45.

15           MR. FREEDMAN:  Objection, Your Honor.

16           THE COURT:  And the basis?

17           MR. FREEDMAN:  The bible's not in evidence.

18           THE COURT:  Are you making argument from passages from

19   the bible?

20           MR. RIVERO:  I am, Your Honor.

21           THE COURT:  All right.  I'll permit it at this point.

22           MR. RIVERO:  I think it's been done for hundreds of

23   years in this country.

24           THE COURT:  Overruled.

25           MR. RIVERO:  Thank you.

1          Luke 11:45.  What happens?  Jesus is invited to dinner

2    with the Pharisees.  The chapter is called "The Pharisees and

3    the Lawyers Attacked."  I had absolutely no memory of this, but

4    you can imagine my surprise when I saw this open up in front of

5    me.  And what happens?  Jesus is giving a speech and a lawyer

6    stands up.  And he says:  "Master, when you speak like this,

7    you insult us."  That's the lawyer.

8          And Jesus says -- Jesus says:  "Alas for you, the

9    lawyers, for you burden people with unendurable burdens that

10   you have not touched with your fingertips."  That's, I believe,

11   at 45.  And then at 52 he says:  "Alas for the lawyers, because

12   they hide the key of knowledge, they hide the key of knowledge,

13   and they will not go in and they have prevented others who

14   wanted to from going in."

15          Ladies and Gentlemen, what's my point?  The key of

16   knowledge here is the evidence interpreted through your good

17   common sense and your reasoning.  That is my point.  And I want

18   to talk with you -- I've already talked to you -- I've been

19   talking with you about the actual evidence during David

20   Kleiman's life.  That is the key.  That is the key that you

21   need to use.  I don't want to be that kind of lawyer.  I want

22   to talk about what happened.

23          Now I want to talk -- that's our case.  Now I want to

24   talk about what didn't happen.  Because they told you that

25   their entire case relied on the statements from 2013 to 2018.

1    They just told you in their argument and they told you in their

2    opening.  Their case relies on those statements and four data

3    points besides that aren't during David's life.  So I want to

4    break this down quickly.

5         Let me say as to the four data points, one, this is

6    all the Plaintiffs have to come to say to you about what

7    happened during David Kleiman's life.  And in logic, Ladies and

8    Gentlemen -- and I want to make sure that you follow me on

9    this.  In logic, you have to agree with me that if there was a

10   partnership, it was formed during Kleiman's life.  No

11   partnership could have formed in the AD period.  The real facts

12   have to have happened during David Kleiman's life.

13        And Ladies and Gentlemen, I want to remind you of a

14   riddle that Ms. McGovern told you about in the opening.  And

15   this really applies to what I'm going to be talking about,

16   which is what gets said after Dave Kleiman is dead, that --

17   that could be statements -- and it's statements by Dr. Wright,

18   who I represent -- that is powerful.  But this is a riddle from

19   Abraham Lincoln, who before he was president of the United

20   States was a very good trial lawyer.  And the riddle is this:

21   "How many legs does a dog have if you call a tail a leg?"  I

22   think Lincoln was probably arguing to a jury about something

23   like what I'm arguing to you about.

24        "How many legs does a dog have if you call a tail a

25   leg?"  And the answer, Lincoln said to the jury, is:  "Four."

1   Because a leg -- a tail is not a leg.  Doesn't matter what you

2   call it.  A tail is not a leg.  This dog has four legs.  This

3   dog does not have five legs.  I've just showed the legs of the

4   dog.

5        Let's talk about their evidence.  Number one, of the

6   four data points inside the time period that's relevant, they

7   have given you March 12th, 2008.  I've already shown you March

8   12th doesn't fit.  It doesn't make sense.  It's actually

9   helpful to the Defense because that didn't happen.

10        Now, though, say -- the Turkey Day talk -- the

11   Thanksgiving Day talk -- I'll say this quickly, Ladies and

12   Gentlemen because I spent time with you, but I think you're

13   going to remember.  There is only one person in this case who

14   says that he had a direct conversation with Dave Kleiman, which

15   supposedly it's about Bitcoin.  Right?  And that's Ira Kleiman.

16   Talk about an interest.  He's claiming $32 billion, plus 120 --

17   a hundred and 50 billion dollars of interest.  That's 150

18   billion reasons.  Right?

19        And so here's what he says.  Here's the story.  It's

20   November 26th, 2009.  It's Thanksgiving.  The father and the

21   wife are washing the dishes conveniently.  And it's just the

22   little girl and the two adults.  And I have a younger brother.

23   So I think I hear this conversation a little differently from

24   the way counsel does.  And remember, Mr. Kleiman was very

25   successful.  And I don't know that we've heard anything about

1    all these qualifications and the rest from this brother.  And

2    what I hear is this:  "Hey, why don't you do something --

3    you're such a big shot in computers.  Why don't you do

4    something like this kid Zuckerberg?  Why don't you invent

5    something?"

6            And I hear the older brother saying -- I'm the older

7    brother, by the way.  I hear the older brother -- so I think I

8    can understand this -- "What are you talking about?  I am doing

9    something bigger than that.  I'm inventing money."  And the

10   conversation keeps going in the same vein.  "Inventing money?

11   What are you doing, counterfeiting?"  And he says:  "No.  I'm

12   inventing digital currency."

13           And then this is what is said to you by Kleiman.  This

14   is the conversation.  He takes out a business card and he takes

15   it out of his wallet, Dave Kleiman does, without saying a word

16   and he writes that on the business card and shows it.  I had a

17   business card that I had Kleiman draw on, but I can't find it

18   right now.  But you'll remember I did that.

19           And then he also tells him -- they go on:  "Rich

20   foreigner," this kind of stuff.

21           Ladies and Gentlemen, why doesn't this fit together?

22   You already know.  I just hope you'll remember.  Inventing

23   Bitcoin on November 26th, 2009?  Inventing it?  Antonopoulos

24   told you that Halloween 2008 was when the whitepaper was

25   released, Bitcoin was invented.  That's 13 months earlier.

1     You know who would know that better than anybody?  The

2  inventor.  The inventor would never say that.  So this doesn't

3  make sense.  But the other thing is this logo you heard -- this

4  logo wasn't the logo at that time.  They tried to fuzz it up

5  with this -- and this goes into what Wright said that's after

6  Dave.  But that's not the point.  This is testified to that

7  this was suggested for the first time on February 4, 2010,

8  three months later, by a handle called New liberty.  And it's

9  adopted later in 2010.  This is not the symbol for Bitcoin at

10 the time.  It can't be.

11     At that time, the symbol was a B and a C with a circle

12 around it.  And even if you look at the email that they may

13 show you now in rebuttal, which is after the fact, you'll see

14 the first one.  That's the one that's in place on this date.

15 This story doesn't hold together.

16     Now, was there a conversation about something?  I

17 don't know.  I wasn't there.  It sounds to me like somebody has

18 a very great interest in telling you that story.  But I won't

19 exclude the possibility that Dave Kleiman knew about what his

20 friend was doing and wanted to respond and rebut what his

21 brother was saying without actually being involved.  I suppose

22 that's possible.  But whatever.  David Kleiman wouldn't have

23 said these things because they weren't the case.  It doesn't

24 make sense.  That's why the powerful case is the Defense.

25     Now, I'm just talking right now about their evidence.

1    There's only a couple more.  And this, I really need, Mr. Reed.

2    This is -- I need to -- he was showing you here a fellow named

3    New Liberty on February 5, 2010 proposed the B with the line

4    through it.

5              Now, what I need is I need that testimony about

6    Mr. Andreou and I really do need to show that to the jury.

7              This is point three from the other side.  When Ira

8    Kleiman gets on that standard, and I'm cross-examining him -- I

9    hope you remember this because it's somewhat dramatic for me --

10   I ask him -- and the questions are going to come up.

11   Approximately, I ask him:  "So beside the Thanksgiving Day

12   story, you didn't hear anything else from anybody" -- okay.

13   I'll set it up.

14             "You didn't know from anybody else -- there was nobody

15   else you have information from that they had talked to Dave

16   about Bitcoin during his life?"  Had to be during his life.

17   And he says:  "No.  There's an email."

18             And -- no.  You got to go back.  I'll set it up.  If

19   you can find the testimony that Mr. Kleiman gave me, I would

20   really appreciate it.

21             What happens is he says:  "There's an email.  There's

22   an email, and that email shows that one of his friends talked

23   to Dave.  And then we had a discussion -- the friend and I had

24   a discussion more recently."  I was taken aback, you may

25   remember.

```
 1            And the next day -- now you can go ahead, since I've
 2   set it up anyway.
 3            The next day, Mr. Brenner is trying to fix this issue
 4   that Kleiman is now saying that there's an email that one of
 5   Dave's friends talked to Dave in life.  This is point three.
 6   Ira Kleiman is making this up on the stand in front of you.  In
 7   life?  So you know why it can't be because it didn't happen.
 8   But he's saying this on the stand.  So next day Mr. Brenner
 9   says:  "What is the basis for Kimon's opinion that he was
10   convinced that Craig and Dave are the cocreators of Bitcoin?"
11   Let's make sure you follow that.
12            So in the email Kimon says something -- you might
13   remember the email.  So Kimon -- he -- "Kimon told me that they
14   had had a discussion with Dave."  You remember that?  They are
15   trying to -- this gentleman is trying to make up a fact in this
16   critical time period of during Dave.  But let's see what Kimon
17   Andreou said about that.  "The Plaintiff" -- about this
18   email -- "Ira Kleiman was asked: 'What is the basis for Kimon's
19   opinion'" -- this is to Kimon Andreou -- "'that he was
20   convinced that Craig and Dave are cocreators of Bitcoin?' And
21   what Ira said was that you had had a discussion with Dave
22   Kleiman.  Is that true?"
23            "No.  That is false."
24            The key to knowledge is truth, Ladies and Gentlemen.
25   The key to knowledge is truth.  Ira Kleiman got on the stand.
```

1    He doesn't have anything in Dave's life.  He doesn't have

2    anything.  So to add to the Turkey Day story and the March 12th

3    email that they don't want to put in that stinking pile of

4    forged material where they're cherrypicking from -- he's got to

5    add and he adds something that's just completely and blatantly

6    false.

7            And just in case -- because he says they had

8    discussions, let's see what Patrick Paige says, just to make

9    sure that we're not confused.  Can we see the Patrick Paige

10   comment about whether he ever talked to Dave Kleiman about

11   these subjects.  It should be lined up next.

12           "So during David's lifetime, despite all the

13   conversations that you had with him, he never told you that he

14   had Bitcoin, right?"

15           "Correct."

16           "In fact, during his lifetime, he didn't mention

17   Bitcoin at all to you?"

18           "Right.  No.  He never did."

19           "And during his lifetime, he never told you that he

20   mined Bitcoin?"

21           "Right."

22           Ladies and Gentlemen, just because of the pressing

23   time -- I think I'm making my point.  But I want to talk about

24   the elephant in the room.  Their entire case is cherrypicked

25   out of what they tell you is stinking, filthy lies and

1    forgeries.  They say he's a damnable liar and a damnable

2    forger.  Number one, there's not going to be a count for

3    forger.  There's not going to be a count for liar.  There's not

4    going to be a count for ATO cheat.  That's not what this case

5    is about.

6         Number two, in logic, how can you build your entire

7    case -- you heard from them for almost 75 minutes, about the

8    amount of time I've talked about, and they didn't bring up one

9    factor in David's life.  When I've been talking to you 70

10   minutes and I can't get to it all.  There's so much during

11   David's life that shows it didn't happen.

12        What they talked to you about for 75 minutes was about

13   exactly the statements of Craig Wright and about the forgeries

14   of Craig Wright.  That's the only thing they put in front of

15   you.  That's how they baked the cherry pie.  And in logic -- in

16   logic, you have to pick.  Either he's a damnable liar -- and

17   the minute he's a damnable liar, you can't rely on it.  I don't

18   understand how you can say:  "The man says black.  The man says

19   white.  It was proven to you" and then you say:  "No.  But I

20   want to pick this black stuff.  This is what I want to pick."

21   That doesn't make sense.  I don't want to operate in my life --

22   you can't operate in your life that way.  If a person's a liar,

23   then you disregard it.  Don't use that information.

24        That's what common sense dictates, not build a case

25   after four years, hundreds of thousands of documents, witness

1    after witness, devices, computers, everything else, and now

2    we're just going to go with what the liar and forger says?

3    Fantasist.

4            Now, here's another thing.  The statements.  You can

5    look at them.  And I'm not going to have time now because I

6    still have to cover damages and these counts.  The statements

7    fall into three broad categories.  I'm going to do this in a

8    general way.  And I hope that you will stay with me on this.

9    There are statements, Ladies and Gentlemen, that they are

10   pointing to that are true statements.  There are some of these

11   that are true statements.  When Wright says:  "My friend and

12   business partner died," that is a true statement because they

13   were partners -- as you see he deemed it partner -- in W&K.

14   Okay?  So some of these are true.  Others are completely taken

15   out of context.

16           Another document that they would like to disappear

17   is -- at one point they showed you a document from December.

18   That document, they suggested, was about Bitcoin.  It would

19   have been a data point during David's life.  But the problem is

20   that document was about the Data Wipe Fallacy paper.  That's

21   what they were talking about.  And they weren't talking about

22   Bitcoin, so they don't want to talk about it.

23           So some of these statements are taken out of context.

24   And the rest of the statements, which they say are lies, and

25   they say are forgeries, are all they told you -- Edman told

```
1    you -- when did he tell you the forgeries were done?  He didn't

2    say the forgeries were done in 2018 after this lawsuit was

3    filed.  In fact, Plaintiffs' counsel made a point of saying you

4    have to compare him before the lawsuit to after.  So they're

5    not saying there was a forgery after 2018.

6            Think to yourself.  A liar and forger, now he's sued

7    and he's going to produce hundreds of thousands of documents?

8    How come none of the forgeries are from 2018?  How come none of

9    the forgeries are from 2019?  Use your common sense because

10   it's going to lead you to the Defense.

11           If you're a forger today, you're a forger tomorrow.

12   You're a forger every day.  And you have an interest -- if your

13   real interest is to beat the litigation, when you know you need

14   the forgeries is after you're sued in February of 2018.  They

15   didn't tell you there was a single forgery after February 2018.

16   They tell you the forgeries are in 2014 and 2015.

17           And Ladies and Gentlemen, the New South Wales

18   litigation, you've seen it.  They make the case better than I

19   do.  His invention and his profit from his invention, right, is

20   being threatened by the ATO.  The Plaintiffs' counsel -- I was

21   trying to go -- I was going to go into evidence.  But the

22   Plaintiffs' counsel describes it very accurately.  He was

23   fighting for his life.

24           You know, in Craig Wright's mind -- and I don't

25   understand Craig Wright's mind.  When I was growing up, we
```

1    didn't have any diagnoses and we didn't know.  And so I'm

2    trying to learn.  And in its -- I've learned a lot in general

3    and with Dr. Klin too.  I didn't know that only 42 percent of

4    the people with autism have their mental abilities intact and

5    that a very small percentage of those people are able to

6    function at these high levels.  I didn't understand all these

7    things.  But what I am saying to you is that those statements

8    are at a time, as counsel tells you, that he's fighting for his

9    life.  And in his mind -- I think this is the question that

10   Klin talks about -- it's not an excuse or late diagnosis.

11          If any one of you thinks that Dr. Craig Wright is like

12   a normal person walking down the street, if any one of you buys

13   that we made this up and that this is a show, the way he's

14   acting -- I don't know people who act like that.  If you

15   believe that, go back and vote for them.  If you buy that, go

16   back.  That's -- come on.  There's something that doesn't fit

17   our concepts of normal behavior.  Dr. Klin suggests some ways

18   that that operates.

19          But one of the things that keeps coming up -- and I've

20   learned a little bit from talking to people who have autistic

21   relatives -- is there's this acting out.  There's this

22   frustration.  It depends whether the individuals are higher

23   functioning or lower functioning.  But he was described --

24   Dr. Klin says he has adult tantrums.  His being was threatened.

25          Now, what is the simpler explanation in 2014 and 2015?

1    And these statements that we're talking about are all '13, '14,

2    '15 and later, and these contradictions -- there's a

3    principle -- and I don't want to get too fancy -- in logic

4    called Occam's razor.  Occam's razor is that when there are

5    multiple explanations, the simplest one is generally the true

6    one.

7            I'm going to tell you the simplest one right now.

8    This is as to the bucket of statements that's mostly what they

9    rely on.  And let me give you examples.  "I had Dave do the

10   mining in the United States."  Well, why would you say that?

11   Well, I'm going to tell you one reason.  Because you're being

12   threatened by the Australia tax authorities.  And if you move

13   this thing offshore and project it onto your dead friend, and

14   move it offshore, you escape tax liability.

15           "Dave mined it into a trust in Seychelles."  Same

16   thing.  Offshore.  Look at the statements.  And ask yourself --

17   when they're talking, ask these questions.  Why do they only

18   rely on after Dave?  Why do they only rely on a gentleman that

19   they say is a liar and forger?  And why do they rely on

20   statements that plainly -- I'm going to get to the punchline --

21   plainly are in furtherance of tax arguments?  I'm not going to

22   condone it.  I'm not going to justify it.  I can barely explain

23   it.  But I'm telling you that Occam's Razor dictates that the

24   simplest explanation is the explanation -- is the true

25   explanation.

1          And here's my point:  In 2014 and 2015, Craig Wright

2     was in the fight of his life with the ATO.  And the statements

3     are statements that have explanatory power on the ATO.  And

4     2014 and in 2015, he's not in a fight with Ira Kleiman.  He's

5     not making up statements -- to the extent that he's making up

6     statements, he's not making up statements for Ira Kleiman.  It

7     doesn't make sense.  That's why your correct decision is for

8     the Defense.

9          Now, I have very little time, so I am going to

10    compress this.  I need to talk about damages with you briefly.

11    And I'm going to do this in this spirit:  When I got in the car

12    to come here this morning -- I don't know if you drove.  When I

13    got in the car, I put my seat belt on because it's the law and

14    just in case.  But I've driven here many, many times over the

15    last 35 years and I've never had an accident, but I put the

16    seat belt on.  And I'm going to talk to you about damages

17    because it's the law and because just in case.

18          Ladies and Gentlemen, you have in evidence -- and Mr.

19    Reed, if you can show those two or three emails, you know, how

20    Ira Kleiman would have behaved with this Bitcoin had he had it

21    at the time.

22          And here it is.  He said he would have sold at least

23    parts of it.

24          If you can show the other emails.

25          There are multiple emails that he would have extracted

1    a portion of the value.  He also says elsewhere:  "You should

2    reduce your risk."  He says:  "Dave would have sold the

3    Bitcoin" -- pull that out, Mr. Reed.  "If my brother had

4    Bitcoin of any value, he wouldn't have died with only his

5    debts.  And if Dave owned a great number of Bitcoin, why

6    wouldn't he sell a few?"

7            These gentlemen wouldn't have held this all the way

8    through.  So they're asking you for something that is

9    completely unreasonable.  Even if you found -- and there's not

10   a basis to -- but even if you found that there were damages, it

11   shouldn't be the value now.  It should be the value on April

12   26th, 2013.  And Antonopoulos gave you that date.  That's when

13   Dave died.  It should be the earlier value.

14           You can't play the stock market -- you can't say --

15   let's say that somebody stole a painting from you today.  And

16   then they went -- they took it away and 10 years later you

17   discovered it and it had gone from very valuable to zero.  It

18   would be right to say zero.  It would be when it was stolen.

19   And if it went up, it's the same.  Both are the same.

20           The damages, Ladies and Gentlemen, should not be

21   calculated based on current values.  The value at that time, if

22   memory serves -- you will have it in Antonopoulos' testimony --

23   was sub a hundred dollars, if there were damages.  And I'm

24   going to tell you in a moment why it shouldn't be.

25           MR. FREEDMAN:  Your Honor, objection.  This is

1    directly contrary to the Court's instruction on the law.

2              THE COURT:  Mr. Rivero?

3              MR. RIVERO:  Judge, I think is a fact argument.  It's

4    a fact argument, Your Honor.

5              THE COURT:  All right.  Let's stick with the law with

6    regard to --

7              MR. FREEDMAN:  Your Honor, the damages should not be

8    based at the time of the highest value.  It should be based --

9              THE COURT:  Ladies and Gentlemen, you are to follow

10   the law that the Court has provided you both in written and

11   oral.

12             You may continue.

13             MR. RIVERO:  Ladies and Gentlemen, besides that,

14   remember, that to find a partnership it has to be clear on

15   critical elements like ownership and entitlement to a

16   percentage of ownership.  If you're going to rely on the

17   stinking heap of cherrypicked lies, was it Dave Kleiman and

18   Craig Wright?  Was it Dave Kleiman, Craig Wright, and Hal

19   Finney?  Was it Dave Kleiman, Craig Wright, and the other guy

20   who is not named?  Was it another team because you heard other

21   ones mentioned by Wright today?  You've got to have something

22   that makes sense, and that doesn't make sense.

23             Ladies and Gentlemen, since my time is really almost

24   up, first of all, I want to thank you for your patience in

25   listening to me for all this time and often with technology

1    that didn't serve me as well as I would have hoped.  But what I

2    ask you to do -- you've already seen this Verdict Form -- is in

3    every instance where there's a count, I ask you to write

4    simply -- it's a yes or no.  I ask you to write "no" on every

5    single one because the evidence does not come to the burden

6    that they have to meet to establish that partnership existed.

7         With regard to W&K and the IP, what I ask you to

8    remember and to look at the evidence during David Kleiman's

9    life.  And that evidence is that they did proposals that

10   failed.  And therefore, that value -- whatever fantasy Craig

11   Wright may have built up later, for whatever reasons, that

12   value wasn't there.  There's no evidence, unless you're going

13   to rely on statements made by the guy that they tell you is a

14   damnable liar and a damnable forger.

15        Now, Your Honor, one moment, if I may.  I just want to

16   make sure I haven't missed anything from my co-counsel.

17        THE COURT:  All right.

18    (Pause in proceedings.)

19        MR. RIVERO:  Ladies and Gentlemen, let me go back to

20   where I started and thank you for your service.  It's really

21   important.  But I also want to go back to where we really,

22   really started in the case.  And I hope -- you know, there are

23   two sides to every story and I have done my best to put this in

24   before you.  But the sides of this story are quite

25   straightforward.  One side, my side, is what actually happened

1    and what could have happened.  What does the evidence -- what

2    do the facts show happened in truth and in fact during the time

3    period that the partnership could have been formed and the

4    partnership could have been executed.

5          And that time period is from whenever the coding

6    started of Bitcoin or whenever the invitation happened to

7    Bitcoin, which they say is March 12, until David Kleiman dies.

8    That's the only time period.  And I've tried to put forth --

9    and I'm sure I missed important details because there are many

10   on my side of that.  There are many.  That's one side.

11         The other side -- they spent 70 minutes -- they could

12   spend 70 hours.  This 20 minutes, ask yourself:  Where do they

13   go other than to Craig Wright's statements?  And if they are

14   going -- and by the way, there is one more.  I just remembered.

15   I need to mention Radvanovsky.

16         Ladies and Gentlemen, Radvanovsky says that -- he

17   does.  He says in conversations with Wright and Kleiman -- it's

18   in 2009, and it's about -- he doesn't say that it's about

19   inventing Bitcoin or mining Bitcoin at all.  All right?  So if

20   they show you Radvanovsky, just remember -- we'll make sure

21   it's in context -- that's the only other point they have in

22   life.  I suspect under the circumstances they may need to lean

23   heavily on that because they don't have anything else.

24         It can't be -- and here's the point:  Their case is

25   built entirely, Ladies and Gentlemen, on the statements of

1   Craig Wright and the alleged forgeries of Craig Wright.  You

2   saw it.  I'm not making it up.  I'm not telling you something

3   you don't know.  If you listen carefully, they never -- every

4   declaratory statement starts:  "Craig Wright says," "Craig

5   Wright says."

6          In logic, Ladies and Gentlemen, we do not operate in

7   life by saying:  "You know, this individual is just a

8   straight-up liar.  That's all they do.  But when they say

9   something that I want to use, I'm going to believe that."  You

10  know why we don't do that?  Your common sense says it doesn't

11  make sense.  And that's why the only correct verdict, the only

12  true verdict, the only verdict that you can return is a

13  return -- a verdict for the Defense.

14         And Ladies and Gentlemen, I thank you so much for the

15  careful attention that you have paid to me and throughout this

16  trial.  And I only apologize that I don't -- I wasn't able to

17  cover everything during this period of time.  But I think I've

18  made -- the central point to you is that if you line up the

19  evidence of -- the false statements and forgeries are

20  weightless.  They are weightless.  They cannot bear weight.

21  That's a quicksand.  That's a sand trap.  You don't build --

22  it's a house of cards that falls over with a touch.  Against

23  what happened in life, it's clear.  It's clear that they fail

24  to meet their burdens -- their burden at all.  They don't get

25  close.  Therefore, Ladies and Gentlemen, I ask you to enter a

1    verdict in every instance for the Defense.

2         Thank you very much.

3         THE COURT:  All right.  Thank you, Mr. Rivero.

4         Let's go ahead and take a 10-minute comfort break.

5    (Jury not present, 2:05 p.m.)

6         THE COURT:  All right.  Mr. Freedman, you have 12

7    minutes remaining on your rebuttal close, sir.

8         MR. FREEDMAN:  Thank you, Your Honor.

9         THE COURT:  All right.  All right.  We're on a

10   10-minute recess.

11   (Recess from 2:05 p.m. to 2:16 p.m.)

12        THE COURT:  All right.  Welcome back.

13        Scott, can you make sure we have all our jurors ready?

14        COURT SECURITY OFFICER:  Yes.  I will.

15   (Before the Jury, 2:16 p.m.)

16        THE COURT:  All right.  Welcome back, Ladies and

17   Gentlemen.  Please be seated, everyone.

18        And we'll proceed with the rebuttal closing argument

19   by the Plaintiffs.

20        MR. FREEDMAN:  May it please the Court.

21        Ladies and Gentlemen, you know what the bible also

22   says?  "Thou shall not steal.  Thou shall not bear false

23   witness against thy neighbor."

24        Ms. Vela, can you bring up P76.

25        Mr. Rivero got up here and told you Ira Kleiman lied.

1    No, he didn't.  Kimon told him clearly that he had a

2    discussion -- can we put up P767, please.

3           Kimon told him clearly he had a discussion with Dave

4    about Bitcoin.  It's right here.  "With the addition of

5    anecdotal information we have from discussions with Dave."

6           Ira was telling the truth.  Did Kimon get on the stand

7    and tell you:  "'We' didn't mean 'we,' it meant some other

8    people"?  Yeah, he did.  But Ira didn't lie.  That's what Kimon

9    said.

10           There is one liar in this courtroom.  In fact,

11   Mr. Rivero has agreed that his client is, I believe I'm

12   quoting, a damnable liar.  Stipulated.

13           You know what's not a lie?  The fact that this man is

14   a multi-billionaire, that he said -- and he has more money than

15   the country of Rwanda, a nation state.  And that he got half of

16   that wealth from stealing it from his dead best friend.

17           He tells you to ignore the fact that Craig Wright is a

18   damnable liar.  But that's not what Judge Bloom told you to do.

19   In her instructions, the bottom of Page 3, she said:  "Ask

20   yourself whether a witness testified falsely over an important

21   fact or gave conflicting testimony."  That is something you are

22   supposed to think about.

23           Mr. Rivero says:  "There will be no count for lying,

24   no count for cheating, no count for forgery when you go back in

25   the jury room."  He's wrong.  There's a partnership count.

1    You're not allowed to cheat your partner in this country.  And

2    if you do, you get held accountable.  You're not allowed to

3    commit fraud.  You're not allowed to commit theft.

4          Mr. Rivero seems to be accusing Plaintiffs of

5    cherrypicking Craig Wright's statements.  That's not true.

6    Mr. Rivero didn't show you a single statement from Craig Wright

7    during his opening statement that conflicted what we said he

8    said all along before he was sued.  He didn't show you a single

9    pre-litigation Craig Wright statement that conflicted what we

10   told you, not one.

11         Sure, did Craig Wright change his tune after he got

12   sued by the Kleiman estate?  Yes.  But that's because he's a

13   damnable liar.  Before then, not a single piece of evidence did

14   he show you.  We didn't cherrypick anything.  We just gave you

15   the truth.

16         Here's what you have to know:  Craig Wright says

17   whatever he needs to serve his purpose, to serve Craig Wright.

18   He tells the truth when it helps him.  So telling the truth

19   about Dave would have helped with the police?  He told the

20   truth.  Telling the truth to the Australian Taxation Office to

21   protect himself from Australian tax investigation?  He told the

22   truth.  He lied to the ATO when it came to where he got W&K

23   from because that was in his best interest.  And he's lying to

24   you now because that's his best interest.

25         If you want to find out the truth, you just have to

```
1    look at why Craig is doing what he's doing.  What serves Craig

2    Wright best today?  And that's the lie of the day from Craig

3    Wright.

4            Especially -- Ms. Vela, can you put up "Satoshi's

5    Vision," Craig Wright's book, please, for us -- especially

6    since this man puts in his book that he does it on purpose.  He

7    tells you:  "Feign madness, but keep your balance.  Hide behind

8    the mask of a fool, a drunk, or a madman to create conviction

9    about your intentions and motivations."  That's Craig Wright

10   for you.

11           Let's talk about the devices for a second.  This

12   devices defense, that the Bitcoin are on the Ira Kleiman -- the

13   devices that Ira Kleiman has is just plain silly now.

14   Mr. Rivero told you clearly, in plain English, that even he

15   doesn't believe there are Bitcoin on the devices.  Which makes

16   sense, since his own expert testified that there was no

17   evidence of any Bitcoin on the devices.

18           Ms. Vela, can we look at that testimony for a minute.

19           While that's coming up, I just want to make sure --

20   Nicholas Chambers, the Defense expert.  "You have no evidence

21   that any private keys were overwritten?"

22           "I did not see evidence of private keys being

23   overwritten, no."

24           It's a joke, that defense.

25           Mr. Rivero made jokes today about a secret phone
```

1    booth, about Clark Kent and Batman.  Yeah.  Does he not realize

2    the world we're in right now?  We're talking about Bitcoin.

3    We're talking about digital currencies.  We're talking about

4    Satoshi Nakamoto, the greatest mystery of digital age.  Yeah,

5    that's right.  There is a secret phone booth.

6          But you don't have to take my word for it.  Take Craig

7    Wright's word for it.  He told you over and over again that his

8    relationship with Dave Kleiman was a secret.  Dr. Wright and

9    his attorneys have pointed out that Dave didn't talk about

10   Bitcoin with many people, that there aren't communications

11   between him and Craig Wright.  But there's a reason.  They

12   agreed -- Ms. Vela, can we please put up the next slide.

13         "Dave and I had a project in the US there.  We did

14   what he kept secret."  They had an agreement to keep it a

15   secret.

16         Dr. Wright explained -- and you know what?  For good

17   reason.  They created a digital currency that's worth over a

18   trillion-dollar market cap.  That's challenging fiat currencies

19   of nation states.  They had good reason to keep it secret.

20         Dr. Wright explained to Ira, for example -- Ms. Vela,

21   can you go to the next slide -- in an email to Ira on

22   February 16th, 2014 he said:  "Nobody with this wants to ever,

23   even after death, be known.  Please understand Dave would not

24   have wanted the world knowing.  If the Department of Homeland

25   Security and others had known what we were doing, they would

```
1    have stopped it early."  They had good reason to keep it

2    secret.

3              In fact, Dr. Wright kept it secret from his wife.

4              Ms. Vela, can we look at Ms. Lynn Wright's testimony.

5              "When was the first time you heard the term Satoshi

6    Nakamoto?"

7              "Probably around 2012."

8              "'12.  And how did you hear about that term?"

9              "In an article that my sister-in-law sent me."

10             "Did Craig ever mention the term Satoshi Nakamoto to

11   you?"

12             "No."

13             His own wife.  Secret phone booth.

14             Well, let's look at what Craig Wright said about why

15   he had a secret phone booth.

16             Ms. Vela, can you play clip 31 from Dr. Wright's

17   deposition.

18      (Video:)

19             "Q.  How were you in contact with him in 2006?

20             "A.  We spoke over IRC.  We spoke over video chats.

21   We spoke over chats.

22             "Q.  You said:  'Chats.' Can you drill down on that

23   for me?  What do you mean by 'chats'?

24             "A.  Digital chat media.  IRC is an example of an

25   early chat format.  It has rooms.  Some of those are public.
```

```
 1    Some of those are private.
 2            "Would you like me to detail the format of the
 3    protocol anymore?
 4            "Q.  No, but I would like you to drill down a little
 5    bit on the type of chats besides IRC that you used to discuss
 6    with Dave Kleiman."
 7        (Pause.)
 8            "Q.  No, but I would like you to drill down a little
 9    bit more on the type of chats besides IRC that you used to
10    discuss with Dave Kleiman.
11            "A.  I don't remember.  These things have changed.
12            "Q.  Do you have any access to any of these IRC chats?
13            "A.  No.  That is the nature of IRC.
14            "Q.  Do you have any access to any of these video
15    chats?
16            "A.  No.  That is the nature of video chats.
17            "Q.  Do you have access to any of the other chat
18    forums that you used to discuss with Dave Kleiman in 2006?
19            "A.  No."
20        MR. FREEDMAN:  Listen to this.
21        (Video continues:)
22            "Q.  We made sure that we talked on things that were
23    chats.
24            "A.  Meaning there was no record?
25            "Q.  Meaning that there was no record."
```

```
1          (End of video.)

2               Secret phone booth.

3               Ms. Vela, can you play clip 35 from Dr. Wright's

4    deposition.

5          (Video:)

6               "Q.  Dr. Wright, in discovery, we received this as a

7    scan of paper printout.  We also received it as a PDF file.

8    But we did not receive it as an actual email file.  Can you

9    explain why that is?

10              "A.  When I was outed in December 2015 as Satoshi, I

11   tried to remove all evidence of who I was.  I did my best to

12   wipe out all of my social media.  I did my best to wipe out my

13   emails and any other record that would tie me to being Satoshi

14   Nakamoto."

15         (End of video.)

16              He got rid of everything.

17              Ms. Vela, clip number 36 in a second.

18              He even testified that he got Dave Kleiman's help and

19   agreement to destroy everything that related to Satoshi.

20              Ms. Vela, clip number 36, please -- sorry -- 35.

21         (Pause in proceedings.)

22              MR. FREEDMAN:  Oh, 36.  36.  Yes.  My mistake.

23         (Video:)

24              "Q.  Why did you involve Dave Kleiman in that

25   conversation?
```

1         "A.   I wanted to clean up everything to do with

2    Satoshi.   Dave was not only my friend, but he's a forensic

3    expert.   I wanted to ensure that there was no record of my

4    being Satoshi left."

5         (End of video.)

6         I have 12 minutes.   You'll remember from the

7    cross-examination this went on and on.   They agreed to delete

8    the records.   They deleted the records and they talked on

9    secret chats.

10        You know -- so why do we have only Craig Wright's

11   statements?   Well, it's tough when the partner is dead and was

12   an honorable man that abided by his commitments to keep it a

13   secret and delete all the records.

14        You know, they showed you a huge rack of servers.

15   What they didn't show was the caption from Antonopoulos that

16   showed that was post-2013.   If you remember, Mr. Antonopoulos

17   testified after 2013 it became a lot more difficult to mine and

18   then you needed lots of servers.   Before that, you could do it

19   on a home computer.   Dave Kleiman had powerful computers at all

20   times and controlled remotely other computers.

21        You also heard Dr. Wright testify about having racks

22   of servers on the last day of trial, until I impeached him with

23   his prior testimony where he said:   "Well, actually, I only

24   mined in one location."

25        I want to talk to you for a moment about the statute

1    of limitations defenses and laches defenses that are on the

2    verdict sheet.  They're a joke.  Mr. Rivero didn't even raise

3    them in his closing statement.  There's zero evidence of any of

4    that.  If there was, he would have talked about it.  And he

5    didn't.

6         So Ladies and Gentlemen of the Jury, it's been a long

7    trial, but there's been a lot of evidence on one side and a lot

8    of gobbledygook and lies and forgeries on the other.  I think

9    the estate of Dave Kleiman and W&K have made a very clear case

10   that they were partners, they did this together, that Craig

11   Wright's choice has led us here today.  And we're relying on

12   you and your choice to return those assets to the estate.

13   That's what we ask you to do.

14        Thank you.

15        THE COURT:  All right.  Thank you, Mr. Freedman.

16        Ladies and Gentlemen, take the Verdict Form with you

17   to the jury room.  When you have all agreed on the verdict,

18   your foreperson must fill in the form, sign it, and date it.

19   Then you will return to the courtroom.

20        If you do wish to communicate with me at any time,

21   please write down your message or question and give it to the

22   court security officer.  The court security officer will bring

23   it to me and I will respond as promptly as possible either in

24   writing or by speaking with you in the courtroom.

25        Please understand that I may have to speak with the

1    lawyers and the parties before I respond to your question or

2    message.  So you should be patient as you await my response.

3         But I caution you not to tell me how many jurors have

4    voted one way or the other at that time.  That type of

5    information should remain in the jury room and not be shared

6    with anyone, including me, in your note or question.

7         In just a few moments, as you return to the jury room

8    to begin your deliberations, you will be receiving three

9    laptops.  Each laptop has been uploaded with all of the

10   exhibits that have been admitted into evidence.

11        As well, you will receive three exhibit lists with a

12   brief description that will aid you in considering the evidence

13   that has been presented in this trial.

14        As I stated previously -- and I know that Liz has

15   arranged for lunch -- lunch is in the jury room.  I would ask

16   that you retire to the jury room to begin your deliberations at

17   the end of the day.  At that point, if you have not arrived at

18   a verdict, then we'll bring you back in the courtroom and the

19   Court will give you further instructions.

20        All right.

21     (Jury not present, 2:30 p.m.)

22        THE COURT:  All right.  Please have a seat.

23        I know that the courtroom deputy has asked you for

24   phone numbers in the event that the jury has a question or does

25   arrive at a verdict.  This is the hardest part for each of you.

1    I recognize, after serving as a trial judge for over 27 years,

2    that this is a very difficult part in the trial.

3         But regardless of the outcome, I do want to ensure

4    each of your respective clients that each of you, all of you,

5    received tremendous counsel with superb trial skills.  I

6    particularly want to thank Ms. Vela, Mr. Shah, and Mr. Reed.

7    There were 1,021 exhibits admitted into evidence.  There were

8    many witnesses and videotaped depositions.  And I want to thank

9    each of you for mastering the evidence, as well as staying on a

10   strict schedule -- all counsel.  I know that the Court did

11   place you on a strict schedule and I appreciate your

12   compliance.

13        You have each been diligent, professional, and true

14   officers of the Court.  And let me say, as we recess and wait

15   for the jury's verdict, that it has been an honor and a

16   privilege to have worked with and served on this case since

17   February of 2018 and certainly during these last 15 days of

18   trial.

19        I do want to thank you for the excellent service that

20   you provided not only to your respective clients, but certainly

21   to our system of justice.

22        So at this point in time, we will recess.  You can go

23   to lunch.  I do want to let you know the jury is having their

24   lunch.  So for the next one hour, I don't want you to feel that

25   we're going to interrupt your lunch because our jurors are

1    going to have lunch.  So from 3:30 on, I would ask that you

2    stay close at hand.  If you're going back to your offices, if

3    you will provide a phone number or where we can get in contact

4    with you.

5            As I stated, this afternoon I anticipate that the end

6    of the day -- I'm not certain for the jury if it will be 5:00,

7    5:30 -- Liz will find out what time -- I think maybe she found

8    out now.

9            COURTROOM DEPUTY:  One of the jurors wants to go

10   downstairs for a smoke.

11           THE COURT:  Oh, all right.

12           COURTROOM DEPUTY:  Right now, they haven't started

13   anything.  They actually want to eat first.  He desperately

14   wants to go downstairs for a smoke before he starts

15   deliberating or doing anything.

16           THE COURT:  All right.  So we're going to give the

17   jurors the 45 minutes to a one-hour lunch.  So they can

18   certainly go down and have their smoke or go about, even though

19   we have provided the lunch.

20           So for the next hour, enjoy your lunch.  And at about

21   3:30 please be on hand in the event that the jurors have a

22   question or arrive at the verdict.  All right?

23           All right.  Have a pleasant afternoon.

24           MR. RIVERO:  Thank you, Judge.

25      (Recess from 2:33 p.m. to 4:58 p.m.)

```
1              THE COURT:  All right.  Welcome back.  Please be

2    seated.

3              I did want to advise everyone that the jurors are

4    still deliberating, have requested that they be able to leave

5    for the day at 5:00 p.m.  They have also requested that Monday

6    morning -- that they be able to begin deliberations at 9:30.

7              I have advised them that they are -- well, I haven't

8    advised them.  I will advise them when they come in that they

9    are to remain in the vestibule until all 10 of them are here on

10   Monday morning.  And then the court security officer will bring

11   them in the jury room, which will be locked.

12             As well, with regard to your items, we do need the

13   courtroom Monday morning.  So I would just ask that you would

14   be kind enough to -- although I see you have pretty much moved

15   everything.  So if you have some items, take your time to take

16   them out of the courtroom.  And of course you're free to use

17   the conference rooms, if you do need their use.

18             I would suggest on Monday that you just keep in

19   contact with Liz.  She has your contact information.  And I

20   will see everyone -- if not before I will see everyone at 5:00

21   p.m. on Monday.

22             MR. RIVERO:  Judge, just for planning purposes, is it

23   the Court's practice to -- I think I'm reading it.  You have

24   the jury come back in at 5:00 and the parties be present at

25   that time?
```

1        THE COURT:  At 5:00 p.m.  Not in the morning.  But I

2   do like to daily give them the admonition.

3        MR. RIVERO:  But not in the morning.

4        THE COURT:  Not in the morning.  So you do not need to

5   be here Monday morning at 9:30.

6        MR. BRENNER:  And as far as how -- I just want to do a

7   time frame.  Do we need to be across the street or perhaps a

8   few blocks away?

9        THE COURT:  Well, certainly I don't intend for you to

10   hang in the -- out in the courthouse for the next week.  I

11   mean, I don't know how long the jurors are going to deliberate.

12        So what I would suggest is just communicate with Liz.

13   And if you're back at your offices, and you need some time to

14   come back to the courthouse, in the event that the jurors have

15   a question or arrive at the verdict, we'll certainly -- we're

16   going to wait until you're here.  So if that's your question,

17   Mr. Brenner --

18        MR. BRENNER:  I'm just trying to figure out how many

19   minutes I have.  Is it two minutes or three minutes?

20        THE COURT:  We're not going to impose a certain amount

21   of time.  I recognize that you're busy and you need to go back

22   to work.

23        Anything further before we bring the jury out?

24        MR. RIVERO:  No, not from the Defense, Your Honor.

25        MR. FREEDMAN:  Not from the Plaintiffs, Your Honor.

```
1              THE COURT:  Okay.  Let's bring the jury back in.

2         (Before the Jury, 5:00 p.m.)

3              THE COURT:  All right.  Welcome back, Ladies and

4    Gentlemen.  Please be seated, everyone.

5              I've been advised by the courtroom deputy that you

6    would like to go home for the evening.  It is close to 5:00.

7    So of course -- I understand that you will not be deliberating

8    tomorrow because some of you do have commitments.  So I will

9    expect to have you back on Monday.  And that is specifically

10   Monday, November 29th, after the holiday weekend.  And you have

11   requested at 9:30.

12             So I want to make sure that you understand that the

13   jury room will remain locked.  Everything in the jury room will

14   remain secure.  I would ask that you come into the vestibule.

15   There are some couches and chairs.  I would ask that you wait

16   until all 10 of you are here.  And when all 10 of you are here,

17   then you will be brought into the jury room to continue your

18   deliberations.

19             Please remember that, as we adjourn for the weekend --

20   first and foremost, I hope you have a wonderful holiday.  But

21   as we adjourn for the weekend, you're not to discuss this case

22   with anyone, nor permit anyone to speak with you.  You're not

23   to conduct any independent research.  All of the evidence has

24   been presented and you'll continue your deliberations on Monday

25   morning.
```

1          So with that understanding, I understand that there

2     are some letters for your employers that you have requested,

3     and I think Liz has made those arrangements.  So I will see

4     you -- actually, I won't see you, but the courtroom deputy and

5     the court security officer will see you Monday morning at 9:30

6     outside in the vestibule.

7          Have a pleasant holiday weekend.  We'll see you at

8     that time.

9       (Jury not present, 5:03 p.m.)

10          THE COURT:  All right.  Is there anything further we

11    need to address?

12          MR. FREEDMAN:  Not from Plaintiffs, Your Honor.

13          MR. RIVERO:  No, Your Honor.

14          THE COURT:  All right.  Have a wonderful holiday

15    weekend.  I'll see you on Monday.

16       (Proceedings adjourned at 5:03 p.m.)

17

18

19

20

21

22

23

24

25

1   UNITED STATES OF AMERICA      )

2   ss:

3   SOUTHERN DISTRICT OF FLORIDA  )

4                    C E R T I F I C A T E

5        I, Yvette Hernandez, Certified Shorthand Reporter in

6   and for the United States District Court for the Southern

7   District of Florida, do hereby certify that I was present at

8   and reported in machine shorthand the proceedings had the 23rd

9   day of November, 2021, in the above-mentioned court; and that

10  the foregoing transcript is a true, correct, and complete

11  transcript of my stenographic notes.

12       I further certify that this transcript contains pages

13  1 - 192.

14       IN WITNESS WHEREOF, I have hereunto set my hand at

15  Miami, Florida this 1st day of December, 2021.

16

17                    /s/Yvette Hernandez
                      Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                    400 North Miami Avenue, 10-2
                      Miami, Florida 33128
19                    (305) 523-5698
                      yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25

**COURT SECURITY OFFICER: [1]** 175/14
**COURTROOM DEPUTY: [3]** 6/12 187/9 187/12
**MR. BRENNER: [33]** 6/5 6/21 7/15 7/22 8/3 8/7 8/17 8/19 9/1 9/15 10/8 11/2 11/17 11/24 12/4 12/16 12/19 13/5 14/8 14/14 14/19 15/6 17/25 18/5 18/17 18/21 18/23 19/1 19/7 83/13 106/20 189/6 189/18
**MR. FREEDMAN: [27]** 4/5 4/11 6/16 17/2 17/10 18/13 56/14 82/21 83/1 83/6 83/10 83/21 104/3 107/7 108/9 109/13 109/15 155/15 155/17 170/25 171/7 175/8 175/20 181/20 182/22 189/25 191/12
**MR. LAGOS: [1]** 6/19
**MR. RIVERO: [32]** 4/7 4/16 4/21 5/3 5/7 5/10 5/22 6/25 106/8 106/16 106/19 106/25 107/18 108/1 108/7 108/12 108/17 108/23 109/2 110/9 110/11 155/20 155/22 155/25

171/3 171/18 172/19 187/24 188/22 189/3 189/24 191/13
**MR. ROCHE: [1]** 6/18
**MR. ZACK: [1]** 6/20
**MS. FERNANDEZ: [4]** 10/13 10/25 11/4 12/7
**MS. MCGOVERN: [7]** 13/8 13/11 14/18 14/22 15/9 17/17 19/11
**THE COURT: [106]** 4/2 4/8 4/19 5/2 5/5 5/8 5/18 6/2 6/7 6/10 6/24 7/7 7/19 7/21 8/2 8/6 8/12 8/18 8/22 8/24 9/14 10/6 10/12 10/24 11/16 11/23 12/2 12/6 12/9 12/18 12/20 13/7 13/10 14/7 14/12 14/20 14/24 15/8 15/13 17/6 17/12 17/18 17/21 18/2 18/8 18/11 18/16 18/20 18/22 18/24 19/4 19/9 19/12 19/14 82/19 82/22 82/25 83/3 83/7 83/12 83/14 83/18 103/25 106/6 106/10 106/14 106/18 106/21 106/24 107/8 107/15 107/24 108/5 108/14 108/21 108/25 109/14 109/22 110/4 110/10

155/21 155/24 171/2 171/5 171/9 172/17 175/3 175/6 175/9 175/12 175/16 184/15 185/22 187/11 187/16 188/1 189/1 189/4 189/9 189/20 190/1 190/3 191/10 191/14

**$**

**$10 [2]** 60/4 93/25
**$126 [3]** 100/22 102/3 104/5
**$15,000 [1]** 96/19
**$17 [3]** 103/24 104/4 104/4
**$252 [3]** 68/20 84/18 100/19
**$32 [1]** 158/16
**$33,904,188,895.68 [2]** 99/22 102/10
**$35,724,696,582.92 [1]** 100/16
**$56 [4]** 82/13 82/15 82/16 83/22
**$60 [2]** 90/16 90/20
**$61,637.76 [1]** 99/17
**$64,947.44 [1]** 100/14
**$73 [1]** 68/19

**'**

**'07 [1]** 149/20
**'09 [1]** 153/9
**'10 [1]** 153/10
**'12 [1]** 180/8
**'13 [1]** 168/1
**'14 [1]** 168/1
**'15 [2]** 128/20

'15... [1]  168/2
'16 [1]  128/20
'17 [1]  128/20
'18 [1]  128/21
'chats' [1]  180/23
'Chats.' [1]
 180/22
'Hey' [1]  67/3
'I [1]  70/25
'that [1]  162/19
'This [1]  113/14
'We [1]  74/11
'We' [1]  176/7
'we,' [1]  176/7
'What [1]  162/18
'Why [1]  67/14

---

/

/s/Yvette [1]
 192/17

---

0

0.8730 [1]  27/23
0.9236 [1]  27/20
01 [2]  147/11
 148/5
02 [1]  148/5
03 [1]  147/11
05 [1]  147/12

---

1

1,021 [1]  186/7
1,100,111 [5]  81/3
 86/9 86/13 87/10
 99/12
1.1 [3]  79/10 87/9
 93/4
1.1 million [16]
 57/8 59/18 61/11
 68/11 68/18 76/6
 78/22 79/13 79/15
 80/22 85/15 85/21
 99/11 101/22

---

1.2256 [1]  28/1
10 [15]  1/11 15/12
 16/21 17/4 49/16
 49/17 49/24 77/24
 101/15 138/14
 153/14 170/16
 188/9 190/16
 190/16
10-2 [2]  2/3
 192/18
10-minute [4]
 106/12 106/14
 175/4 175/10
100 [2]  1/18 80/10
1000 [1]  1/23
1099 [1]  124/12
10:15 [2]  16/3
 16/6
10:43 [1]  83/8
10th [1]  76/23
11 [6]  49/22 49/23
 83/8 83/9 101/18
 155/14
11/15/21 [1]  13/21
110 [1]  3/3
11:25 [2]  16/6
 16/7
11:27 [2]  82/24
 83/2
11:42 [1]  83/2
11:44 [1]  83/17
11:45 [3]  16/7
 16/8 156/1
11th [1]  79/9
12 [14]  49/14 50/9
 50/12 50/16 50/18
 50/20 51/1 102/6
 135/10 136/2 144/4
 173/7 175/6 183/6
120 [1]  158/16
126 [4]  101/10
 102/10 102/18
 103/4

---

106/15
12:29 [1]  106/15
12:33 [1]  110/3
12th [6]  134/22
 135/2 138/22 158/7
 158/8 163/2
13 [5]  50/19 50/20
 51/12 102/7 159/25
13th [1]  27/22
14 [4]  50/25 51/1
 102/9 128/19
14th [6]  26/15
 26/24 36/5 36/8
 36/16 37/13
15 [10]  1/10 7/18
 50/17 51/12 51/15
 51/18 51/20 102/16
 149/25 186/17
15-minute [3]
 16/10 82/23 82/25
150 [1]  158/17
16 [4]  51/21 51/22
 138/19 149/25
16,000 [1]  150/1
16,404 [1]  80/5
16th [4]  87/23
 142/4 142/11
 179/22
17 [8]  51/19 52/3
 52/6 52/15 52/17
 52/19 52/25 142/12
170 [1]  13/21
175 [1]  3/4
17th [8]  86/20
 86/25 87/1 88/3
 88/8 88/11 88/14
 88/14
18 [4]  52/18 52/19
 53/1 149/10
18-80176 [1]  6/12
184 [1]  3/4
188 [1]  102/2
19 [4]  52/24 52/25

**1**

**19... [2]** 102/24
102/24
**192 [3]** 1/8 3/2
192/13
**19th [2]** 141/20
142/19
**1:15 [2]** 16/8
16/10
**1:30 [2]** 16/10
16/11
**1:50 [2]** 16/11
16/13
**1st [2]** 86/14
192/15

**2**

**2.6 billion [1]**
84/5
**20 [6]** 3/2 52/16
53/11 53/13 124/12
173/12
**20-minute [2]** 16/7
16/11
**200 [3]** 1/14 150/5
150/8
**2004 [3]** 58/22
65/16 82/2
**2006 [2]** 180/19
181/18
**2007 [2]** 149/16
149/17
**2008 [12]** 27/3
110/23 128/1
134/22 135/2
138/23 138/25
141/20 149/11
149/21 158/7
159/24
**2009 [10]** 66/18
66/18 67/1 75/3
80/14 81/9 121/19
158/20 159/23
173/18

**2010 [7]** 80/14
153/10 153/12
153/14 160/7 160/9
161/3
**2011 [10]** 26/24
74/19 74/22 86/6
86/20 87/24 88/7
88/13 121/25 122/5
**2012 [8]** 76/23
77/3 87/6 87/14
120/19 121/16
136/8 180/7
**2013 [16]** 59/9
64/25 82/12 82/17
86/18 89/24 93/25
110/23 110/24
111/22 128/19
153/14 156/25
170/12 183/16
183/17
**2014 [36]** 27/19
27/22 36/9 36/16
37/13 61/23 65/9
65/15 71/15 71/21
73/15 74/18 74/24
75/4 79/9 79/18
86/20 86/25 87/1
87/15 87/23 88/3
88/8 88/12 88/14
88/15 89/10 94/5
97/6 120/7 128/19
166/16 167/25
169/1 169/4 179/22
**2015 [8]** 66/3
84/22 120/7 166/16
167/25 169/1 169/4
182/10
**2016 [2]** 27/25
75/23
**2018 [14]** 26/15
36/5 84/5 110/24
110/25 111/22
154/19 156/25
166/2 166/5 166/8

186/17
**2019 [1]** 166/9
**2020 [1]** 86/15
**2021 [3]** 1/5 192/9
192/15
**20th [1]** 27/25
**21 [3]** 13/21 53/20
53/23
**21st [2]** 142/20
153/14
**22 [3]** 54/4 54/7
139/5
**23 [7]** 1/5 54/14
54/17 140/9 151/11
151/11 153/17
**23rd [1]** 192/8
**24 [1]** 54/25
**24/7 [2]** 152/9
152/17
**24th [2]** 86/6
86/20
**25 [2]** 55/6 55/8
**252 [4]** 84/12
100/23 102/10
102/18
**2525 [1]** 1/23
**26th [3]** 158/20
159/23 170/12
**27 [1]** 186/1
**2800 [1]** 1/18
**28th [1]** 89/10
**29th [1]** 190/10
**2:05 [2]** 175/5
175/11
**2:16 [2]** 175/11
175/15
**2:30 [1]** 185/21
**2:33 [1]** 187/25
**2nd [2]** 1/18 27/19

**3**

**3.19 billion [1]**
84/6

**3**

**300,000 [5]**   79/17
 79/21 79/24 80/1
 119/17
**303 [1]**   83/23
**303,895,458 [1]**
 82/18
**305 [1]**   192/19
**30th [1]**   89/24
**31 [1]**   180/16
**31st [1]**   27/3
**32,000 [1]**   149/24
**33 [1]**   102/2
**33128 [2]**   2/4
 192/18
**33131 [2]**   1/15
 1/18
**33134 [1]**   1/24
**35 [9]**   101/9 109/3
 109/16 115/8 115/9
 136/16 169/15
 182/3 182/20
**350,000 [1]**   76/7
**36 [4]**   182/17
 182/20 182/22
 182/22
**378 [1]**   84/1
**3:30 [2]**   187/1
 187/21
**3rd [3]**   140/24
 142/10 144/11

**4**

**4/22 [1]**   139/5
**40 [4]**   89/3 94/8
 136/16 140/9
**40-page [1]**   65/25
**400 [2]**   2/3 192/18
**42 [1]**   167/3
**43 [3]**   83/6 83/7
 83/13
**45 [5]**   83/4 136/16
 155/14 156/11
 187/17

**5**

**50 [6]**   40/2 40/10
 63/21 80/6 97/25
 158/17
**50/50 [1]**   63/21
**52 [1]**   156/11
**523-5698 [1]**
 192/19
**550 [1]**   103/8
**550,000 [2]**   79/16
 100/16
**550,050.5 [1]**   81/4
**550,055.5 [4]**   81/3
 99/21 100/16 103/8
**5500 [1]**   1/14
**56 [1]**   3/3
**56-page [1]**   75/24
**5698 [1]**   192/19
**570,000 [1]**   59/17
**582 [1]**   101/10
**5:00 [8]**   16/15
 187/6 188/5 188/20
 188/24 189/1 190/2
 190/6
**5:03 [2]**   191/9
 191/16
**5:30 [1]**   187/7

**6**

**600 [1]**   125/10
**620.8401 [1]**   11/7
**650,000 [1]**   76/6
**69 [1]**   151/14
**696 [1]**   101/10
**6:00 [2]**   16/16
 16/17
**6th [1]**   144/18

**7**

**70 [8]**   16/5 17/3
 110/13 111/15
 112/16 164/9
 173/11 173/12

**724 [1]**   101/10
**75 [2]**   164/7
 164/12

**8**

**80 [1]**   17/4
**80-20 [1]**   124/12
**800,000 [2]**   78/24
 119/17
**80176 [1]**   6/12
**820,200 [2]**   80/3
 80/7
**825,000 [2]**   80/14
 80/19
**853.4 [3]**   13/12
 14/1 14/23
**856 [1]**   10/20
**877 [1]**   152/22
**895.68 [1]**   102/2

**9**

**90 [2]**   16/8 17/7
**900 [2]**   126/3
 152/20
**904 [1]**   102/2
**92 [1]**   101/10
**9:18-cv-80176-BB
 [1]**   1/2
**9:26 [2]**   1/6 4/1
**9:30 [5]**   16/3
 188/6 189/5 190/11
 191/5
**9:45 [1]**   17/20
**9:55 [1]**   17/20
**9:56 [1]**   19/13

**A**

**a.m [9]**   1/6 4/1
 17/20 17/20 19/13
 82/24 83/2 83/2
 83/17
**aback [1]**   161/24
**Abacus [3]**   87/16
 88/3 88/4

**A**

**abided [1]** 183/12
**abilities [1]**
167/4
**ability [3]** 22/12
57/24 140/4
**able [14]** 4/4
16/14 131/21 133/5
133/21 139/10
139/15 139/22
147/20 149/11
167/5 174/16 188/4
188/6
**about [216]**
**above [2]** 53/15
192/9
**above-mentioned [1]**
192/9
**Abraham [1]** 157/19
**absence [6]** 9/18
11/12 29/19 29/23
105/5 105/7
**absent [1]** 39/17
**absolutely [6]**
72/8 74/6 82/21
92/14 118/24 156/3
**absurd [4]** 77/2
97/11 103/13 122/3
**academic [1]**
140/25
**Academics [1]**
143/5
**accept [3]** 21/24
27/14 28/3
**accepted [3]** 27/17
32/8 34/7
**access [5]** 59/11
76/15 181/12
181/14 181/17
**accident [1]**
169/15
**according [1]**
10/11

**accordingly [3]**
28/20 36/5 41/4
**account [5]** 30/16
31/9 71/24 71/24
116/21
**accountable [1]**
177/2
**accountant [3]**
123/9 123/10
143/21
**accountants [1]**
65/25
**accounts [3]** 91/19
99/1 99/2
**accrued [2]** 36/8
36/16
**accrues [1]** 36/10
**accurate [2]** 21/25
71/6
**accurately [2]**
22/12 166/22
**accusing [1]** 177/4
**acknowledgment [1]**
12/23
**across [1]** 189/7
**act [7]** 20/20
31/16 32/12 32/16
33/1 45/7 167/14
**acting [2]** 167/14
167/21
**action [6]** 26/15
33/13 36/10 36/13
36/25 37/12
**actions [3]** 33/24
37/1 94/18
**active [3]** 8/3
8/14 37/17
**actively [1]** 38/3
**activities [1]**
61/22
**activity [1]** 73/11
**acts [2]** 20/22
30/6
**actual [7]** 21/17

134/11 156/19
182/8
**actually [18]** 5/20
13/18 14/20 41/2
43/7 70/13 77/1
106/20 108/23
113/17 124/6
134/20 158/8
160/21 172/25
183/23 187/13
191/4
**AD [8]** 111/4
111/13 118/2 134/5
134/6 135/15
153/11 157/11
**add [10]** 9/16 9/20
10/3 100/8 108/10
112/21 122/7
122/11 163/2 163/5
**added [5]** 9/12
9/15 9/19 10/18
18/18
**adding [3]** 9/16
12/16 12/18
**addition [8]** 11/12
11/12 25/1 29/23
41/23 42/24 63/20
176/4
**additional [7]**
9/23 9/25 12/3
12/4 12/8 12/10
142/1
**address [9]** 13/23
14/4 17/24 18/8
18/12 80/7 125/23
146/19 191/11
**addressed [2]**
114/14 118/3
**addresses [3]** 80/6
91/24 91/25
**adds [2]** 89/14
163/5
**adequately [1]**

**A**

**adequately... [1]**
39/1
**adjourn [2]**  190/19
190/21
**adjourned [1]**
191/16
**adjust [2]**  40/4
40/13
**administer [2]**
30/8 30/11
**admiration [1]**
140/17
**admission [3]**
65/17 66/6 68/14
**admissions [3]**
63/18 66/16 105/15
**admit [1]**  118/23
**admits [1]**  84/21
**admitted [21]**  21/1
21/3 63/10 65/22
68/24 68/24 68/25
75/18 79/1 79/8
79/16 80/1 80/19
84/17 84/25 85/24
93/6 93/10 98/8
185/10 186/7
**admittedly [1]**
105/8
**admonition [1]**
189/2
**adopted [1]**  160/9
**adult [1]**  167/24
**adults [1]**  158/22
**advance [2]**  5/25
6/2
**advantage [4]**
32/16 35/3 43/15
145/11
**advise [2]**  188/3
188/8
**advised [6]**  13/25
15/9 15/19 188/7

198/8 190/5

**advocate [1]**
116/21
**affairs [1]**  123/20
**affect [1]**  20/17
**affects [2]**  44/3
97/23
**affidavits [1]**
98/6
**affirmative [31]**
25/17 25/20 25/22
25/24 26/4 26/8
26/10 35/9 35/10
35/17 35/19 36/1
36/6 36/20 36/21
36/22 37/6 37/7
38/10 38/21 38/22
43/24 43/25 44/2
44/5 44/6 45/23
53/21 54/5 54/15
54/23
**after [60]**  8/12
16/10 28/16 44/21
46/5 56/6 56/21
57/2 64/18 65/1
68/13 76/14 76/18
82/14 82/16 83/21
84/2 86/21 89/5
89/11 89/24 90/15
94/4 94/11 94/11
98/1 104/13 110/15
110/15 110/16
111/3 111/13
111/23 111/24
115/2 115/11 118/1
136/7 138/17 139/7
140/20 144/11
153/12 155/10
157/16 160/5
160/13 164/25
165/1 166/2 166/4
166/5 166/14
166/15 168/18
177/11 179/23

192/17  186/18

190/10
**afternoon [3]**
110/11 187/5
187/23
**again [23]**  62/10
62/15 68/2 69/17
73/14 74/9 77/3
77/3 79/12 85/13
98/8 102/17 103/7
109/15 109/19
125/24 136/23
137/14 140/4
140/16 142/9
149/13 179/7
**against [34]**  20/11
23/23 24/2 26/9
28/10 31/20 31/22
32/23 33/17 34/2
34/12 34/23 35/8
36/20 38/21 41/25
42/6 42/8 42/21
42/22 48/8 59/14
82/13 94/18 95/10
97/5 98/2 98/12
102/3 116/25
122/23 154/22
174/22 175/23
**age [2]**  150/17
179/4
**agent [1]**  90/18
**ago [1]**  4/17
**agree [13]**  5/24
9/7 10/6 10/9
10/23 20/13 44/17
46/3 59/6 77/17
95/23 109/22 157/9
**agreed [17]**  8/25
12/16 13/24 26/11
31/17 40/3 40/11
63/3 63/6 77/14
85/17 90/19 90/24
176/11 179/12
183/7 184/17

**A**

agreement [32]
7/16 9/18 10/15
11/13 15/10 26/12
27/13 29/4 29/19
29/23 31/18 39/17
44/23 61/2 62/15
62/25 77/11 87/9
96/7 105/6 118/23
118/25 119/1 119/2
122/6 122/17
122/18 122/22
123/12 129/14
179/14 182/19
agreements [2]
62/20 84/23
agrees [2]   78/23
85/21
ahead [15]   5/6
6/10 7/1 17/21
60/24 82/22 92/13
94/3 94/7 106/11
106/18 131/13
148/15 162/1 175/4
aid [2]   43/17
185/12
ail [1]   183/13
aiming [1]   17/3
air [3]   152/10
152/11 152/12
air-conditioners
 [3]   152/10 152/11
152/12
aircraft [1]
125/11
Alas [2]   156/8
156/11
aligned [1]   96/16
all [202]
allegation [1]
109/11
allege [2]   119/20
119/20

alleged [2]   34/11
174/1
alleges [2]   28/15
36/24
allotted [1]   104/1
allow [5]   14/2
14/3 27/14 43/19
57/17
allowed [3]   177/1
177/2 177/3
almost [6]   58/15
93/24 95/7 140/20
164/7 171/23
alone [2]   62/20
150/2
along [6]   19/25
19/25 24/20 25/11
72/10 177/8
already [18]   12/1
62/2 67/18 67/21
91/19 92/24 93/3
94/25 101/24 122/5
122/9 122/9 141/9
142/1 156/18 158/7
159/22 172/2
also [39]   6/22 7/5
9/16 9/18 10/11
11/19 13/4 22/17
45/14 69/3 71/14
71/19 72/13 72/15
76/5 80/2 81/23
87/8 88/8 90/5
95/16 96/7 96/11
96/16 101/6 103/5
107/13 116/20
123/22 132/1
147/16 150/11
159/19 170/1
172/21 175/21
182/7 183/21 188/5
alter [1]   109/16
alternative [1]
37/23
although [2]   43/24

aluminum [1]
125/11
always [1]   74/5
am [11]   12/10
12/18 15/14 16/14
77/9 115/6 139/10
155/20 159/8 167/7
169/9
AMANDA [6]   1/21
1/23 7/2 7/5 10/13
116/18
amazing [1]   155/11
America [2]   58/5
192/1
amnesia [1]   136/23
among [5]   11/13
29/19 29/24 39/18
139/7
amount [59]   24/11
30/25 38/25 39/6
39/10 40/3 40/5
40/11 40/14 40/23
41/9 41/13 41/18
42/21 42/23 45/21
46/20 46/23 46/24
47/19 47/22 47/23
48/1 48/2 48/22
48/25 49/1 49/4
49/5 49/25 50/3
50/4 50/6 50/7
51/3 51/6 51/7
51/9 51/10 51/22
51/25 52/1 53/2
53/5 53/6 53/8
53/9 53/12 55/12
55/17 55/18 55/22
55/23 80/25 99/20
101/19 103/20
164/8 189/20
amounted [1]   59/21
analogy [1]   118/18
Andreas [2]   100/13
149/12

# A

**Andreou [8]** 97/12
131/24 150/4 150/6
150/9 161/6 162/17
162/19
**ANDRES [2]** 1/20
6/25
**Andresen [1]** 70/5
**ANDREW [7]** 1/16
6/21 71/2 73/7
78/25 84/21 105/17
**anecdotal [1]**
176/6
**angry [2]** 78/10
78/11
**announced [1]**
71/24
**annual [1]** 124/3
**another [22]** 33/5
44/22 73/24 90/10
112/21 112/23
116/15 121/14
122/17 122/19
125/1 125/3 126/20
133/8 133/24
141/10 141/25
145/5 150/9 165/4
165/16 171/20
**another's [1]** 33/2
**answer [33]** 22/14
45/19 45/20 46/3
46/15 46/25 47/6
47/17 48/3 48/10
48/20 49/6 49/12
49/22 50/9 50/15
50/25 51/12 51/17
52/3 52/9 52/14
52/24 53/11 53/20
54/4 54/14 55/6
55/17 55/22 81/11
131/19 157/25
**answered [23]**
46/16 46/18 47/7

47/9 47/11 48/11
48/13 48/15 49/13
49/15 49/17 49/23
50/16 50/18 50/20
51/1 51/18 51/20
52/15 52/17 52/19
52/25 115/12
**answering [2]**
45/11 45/12
**answers [2]** 46/7
142/17
**anticipate [1]**
187/5
**anticipated [3]**
15/14 16/1 154/12
**Antonopoulos [16]**
72/7 97/17 99/15
100/13 144/12
149/8 149/12
151/10 151/16
152/1 153/25 154/4
159/23 170/12
183/15 183/16
**Antonopoulos' [2]**
152/2 170/22
**any [80]** 7/13
11/16 12/3 20/10
20/15 20/17 21/6
21/6 22/2 22/6
22/8 23/10 24/16
24/22 25/7 25/12
26/8 28/8 31/10
38/4 38/24 39/6
39/22 39/25 39/25
40/8 40/17 40/23
41/9 41/13 41/14
41/24 42/22 42/24
43/21 44/10 44/13
53/23 54/7 54/17
54/25 68/22 77/5
79/23 81/15 90/7
90/9 95/20 97/3
109/6 114/8 116/21
116/23 117/11

138/10 139/8 140/1
142/9 145/13 146/1
151/19 151/20
152/14 167/1
167/11 167/12
170/4 178/17
178/21 181/12
181/12 181/14
181/14 181/17
182/13 184/3
184/20 190/23
**anybody [6]** 5/20
5/21 140/5 160/1
161/12 161/14
**anymore [4]** 134/23
136/22 144/5 181/3
**anyone [12]** 20/11
44/19 57/4 95/14
116/6 120/2 120/3
120/9 128/23 185/6
190/22 190/22
**anything [38]**
17/24 18/11 21/3
21/5 21/8 67/5
69/9 84/23 85/7
98/6 119/25 120/2
126/18 127/9
127/10 127/10
127/12 132/4 134/7
140/10 143/12
143/19 151/21
152/4 152/6 152/6
152/7 158/25
161/12 163/1 163/2
172/16 173/23
177/14 187/13
187/15 189/23
191/10
**anyway [1]** 162/2
**apart [1]** 83/12
**apologize [6]**
82/19 129/2 139/20
143/18 143/20

**A**

**apologize... [1]**
 174/16
**apology [1]**   98/16
**appear [3]**   22/13
87/8 89/7
**appearances [3]**
 1/12 1/25 6/14
**appeared [3]**   56/18
89/12 110/17
**appearing [1]**
 115/7
**appears [4]**   9/12
79/18 86/5 86/7
**applicable [1]**
 45/15
**applied [1]**   37/21
**applies [4]**   60/1
93/25 118/7 157/15
**apply [4]**   19/19
38/3 45/12 102/22
**appreciate [3]**
 116/13 161/20
186/11
**appreciates [1]**
 116/14
**apprised [3]**   8/9
8/16 37/19
**approach [2]**   8/19
8/20
**appropriate [6]**
 10/7 10/10 46/2
55/11 99/13 100/10
**appropriation [1]**
 31/14
**approved [2]**   14/16
143/4
**approximately [4]**
 79/10 79/10 150/1
161/11
**April [11]**   27/19
73/15 75/22 86/18
89/24 110/23

137/21 138/19
140/9 149/21
170/11
**are [207]**
**area [2]**   128/6
147/4
**aren't [5]**   115/22
122/7 126/22 157/3
179/10
**argue [3]**   10/25
113/6 127/14
**argued [1]**   7/5
**arguing [2]**   157/22
157/23
**argument [18]**   3/3
3/3 15/16 16/5
56/6 56/6 83/20
107/1 108/22 109/4
109/6 110/8 155/7
155/18 157/1 171/3
171/4 175/18
**arguments [4]**   12/1
19/21 56/4 168/21
**arise [1]**   139/20
**arm's [1]**   30/20
**around [10]**   59/22
79/1 79/4 79/21
79/22 79/25 96/18
145/5 160/12 180/7
**arranged [2]**
123/20 185/15
**arrangements [1]**
191/3
**arranges [1]**   88/1
**arrive [3]**   185/25
187/22 189/15
**arrived [1]**   185/17
**arriving [1]**   21/8
**article [1]**   180/9
**as [175]**   1/3 4/3
 4/3 4/25 7/10 7/10
7/22 10/15 10/17
10/20 10/24 11/4
11/5 11/11 11/14

12/11 12/21 13/18
13/24 13/25 14/11
14/14 17/7 17/7
17/14 17/23 19/22
19/24 19/24 20/12
20/14 20/17 20/19
20/21 20/23 20/25
21/17 21/24 22/8
22/24 23/9 23/10
24/24 25/14 25/24
26/13 26/16 26/20
26/24 27/18 28/3
28/5 29/2 30/6
30/7 30/12 31/10
33/5 35/13 35/19
35/22 35/25 36/1
39/11 39/17 41/10
41/14 42/23 43/16
44/3 44/5 44/6
44/10 45/7 46/2
53/22 54/6 54/11
54/13 54/16 54/20
54/24 55/3 57/5
59/10 60/2 60/13
61/6 61/16 63/23
64/6 64/11 64/17
68/15 68/16 76/9
76/21 77/14 78/15
80/14 81/6 82/10
89/19 92/22 93/8
93/23 96/17 96/17
99/13 99/23 100/9
100/10 101/24
102/20 105/4 110/6
111/12 112/24
114/7 116/4 117/10
118/19 118/19
120/22 121/12
121/12 122/18
122/21 126/11
126/11 128/11
129/10 131/21
131/21 134/21

**A**

**as... [37]** 138/3
142/18 142/18
142/19 142/19
146/19 147/21
148/13 148/16
150/12 150/12
157/5 165/13 167/8
168/8 172/1 172/1
182/6 182/7 182/8
182/10 184/23
184/23 185/2 185/7
185/11 185/14
186/1 186/9 186/9
186/14 187/5
188/12 189/6 189/6
190/19 190/21
**ASAP [1]** 143/24
**aside [4]** 98/18
98/21 133/8 151/24
**ask [44]** 5/15 9/4
9/21 10/2 12/10
12/22 14/2 19/25
22/7 22/17 22/19
56/8 58/7 58/8
75/15 95/16 98/13
98/13 103/16 105/9
107/6 114/16 117/8
138/2 138/2 138/3
138/21 161/10
161/11 168/16
168/17 172/2 172/3
172/4 172/7 173/12
174/25 176/19
184/13 185/15
187/1 188/13
190/14 190/15
**asked [25]** 16/5
28/20 39/14 39/24
40/1 40/7 40/9
65/17 67/14 68/23
70/14 77/19 103/5
114/15 117/2 117/6
119/4 127/5 127/6
127/6 146/9 147/3
147/12 162/18
185/23
**asking [10]** 16/14
45/17 45/20 57/7
58/9 94/5 107/16
108/14 123/5 170/8
**asks [3]** 73/21
99/6 100/1
**Asperger's [1]**
97/22
**assembled [1]**
16/20
**assembly [1]**
110/14
**asserted [23]**
23/23 24/2 31/19
32/22 33/2 33/10
33/16 34/1 34/22
35/12 46/11 47/1
48/4 49/7 50/10
51/13 52/4 53/22
54/6 54/15 54/23
55/15 55/20
**asserting [1]** 38/7
**assertion [1]**
38/12
**asserts [3]** 21/17
25/16 35/10
**assess [1]** 43/12
**assessed [1]** 42/22
**asset [1]** 100/12
**assets [40]** 10/24
11/4 27/10 28/15
28/17 28/24 29/15
29/15 29/21 30/1
30/5 30/8 30/12
30/17 31/24 31/24
39/15 39/18 39/19
40/17 40/18 40/19
41/1 41/5 57/17
57/20 57/25 59/11
75/13 75/14 75/21
92/20 96/1 99/11
104/14 106/2
184/12
**assist [1]** 23/13
**associates [2]**
65/3 84/25
**association [2]**
29/1 61/5
**assume [1]** 21/5
**assuming [1]** 14/15
**astronomical [1]**
84/18
**ATO [23]** 60/4 60/6
60/10 61/21 65/23
66/1 74/14 75/22
79/12 94/11 97/8
97/19 98/11 98/15
105/22 105/22
112/8 115/21 164/4
166/20 169/2 169/3
177/22
**attached [5]**
122/22 142/14
146/17 146/18
148/8
**attaches [2]** 73/20
86/6
**attachment [3]**
123/3 123/4 123/14
**attachments [1]**
124/13
**Attacked [1]** 156/3
**attackers [1]**
147/5
**attempted [1]**
33/20
**attempting [1]**
94/14
**attempts [1]** 68/7
**attended [1]** 81/8
**attention [8]** 13/9
20/1 56/10 56/17
106/17 110/7

**A**

**attention... [2]**
111/23 174/15
**attorneys [6]** 4/3
14/25 19/20 56/3
56/9 179/9
**attributable [1]**
41/19
**audit [1]** 60/3
**auditing [1]** 94/4
**auditory [1]** 19/22
**audits [3]** 74/3
94/2 94/4
**August [3]** 75/4
79/9 82/12
**Australia [11]**
31/22 60/13 73/17
91/14 91/23 107/3
107/11 108/19
108/20 109/21
168/12
**Australian [37]**
27/1 27/20 27/20
27/23 27/24 60/1
60/9 60/14 60/16
60/17 60/21 61/16
74/1 74/13 75/4
75/12 75/23 79/8
82/14 82/18 83/24
84/1 84/20 90/17
90/23 91/18 92/23
93/7 94/1 94/2
94/16 94/17 95/2
102/14 137/14
177/20 177/21
**Australians [1]**
146/7
**authentic [1]** 87/7
**authenticity [1]**
120/19
**authorities [2]**
60/9 168/12
**authority [1]** 33/6

**autism [4]** 97/21
97/22 98/3 167/4
**autistic [1]**
167/20
**Avenue [2]** 2/3
192/18
**avoid [3]** 15/16
15/16 117/25
**await [1]** 185/2
**award [19]** 38/25
39/5 39/21 40/1
40/5 40/10 40/13
40/16 40/22 41/8
41/13 41/23 42/6
42/24 55/12 57/16
71/2 100/21 103/1
**award-winning [1]**
71/2
**awarded [2]** 41/24
45/22
**aware [1]** 91/9
**away [14]** 57/17
57/19 57/21 57/22
57/23 57/25 58/4
93/24 98/11 105/14
105/16 106/4
170/16 189/8

**B**

**baby [1]** 67/2
**back [64]** 4/11
4/15 5/9 9/21 9/22
10/3 13/13 13/16
15/1 16/18 16/21
16/23 17/18 57/15
66/12 67/12 75/11
83/3 83/16 83/18
87/1 88/11 92/11
92/23 95/3 103/17
110/4 113/21
114/23 115/24
119/17 119/18
119/24 121/12
130/19 133/17

134/14 135/12
135/12 144/19
148/10 149/1
149/15 149/25
161/18 167/15
167/16 172/19
172/21 175/12
175/16 176/24
185/18 187/2 188/1
188/24 189/13
189/14 189/21
190/1 190/3 190/9
**backed [1]** 73/14
**backpack [1]**
126/23
**backwards [1]**
126/14
**bad [2]** 85/7 85/8
**baked [1]** 164/15
**Baker [1]** 84/4
**balance [2]** 80/9
178/7
**bar [1]** 45/24
**barely [1]** 168/22
**barred [14]** 35/13
53/24 54/3 54/3
54/8 54/10 54/11
54/18 54/19 54/20
55/1 55/2 55/3
103/13
**based [20]** 9/12
9/13 20/9 29/4
30/18 39/21 61/12
62/9 62/19 68/12
72/21 81/7 82/6
84/24 94/1 101/8
119/15 170/21
171/8 171/8
**basic [1]** 113/19
**basically [2]**
86/15 101/2
**basis [5]** 37/15
155/16 162/9

# B

**basis... [2]**
162/18 170/10

**Batman [2]** 125/1
179/1

**bazillion [1]**
139/6

**BB [1]** 1/2

**BDO [2]** 149/17
149/18

**be [191]** 5/13 5/14
5/16 5/17 5/24
5/25 8/21 10/18
11/8 12/21 12/24
14/10 14/11 15/3
15/11 15/12 15/22
15/23 16/2 16/19
16/20 16/21 16/22
17/14 17/23 18/6
19/15 20/9 20/10
20/19 21/14 23/7
28/20 34/8 37/21
37/25 39/10 39/14
39/18 39/21 39/24
40/1 40/7 40/9
42/22 42/24 43/19
44/10 44/13 44/16
45/22 46/5 57/11
57/14 58/15 58/18
60/10 63/15 66/11
66/11 68/14 69/2
69/17 70/4 72/8
74/25 76/21 77/9
77/15 78/17 78/18
79/16 80/23 81/12
82/2 83/19 84/5
85/13 86/5 86/7
86/14 90/6 93/20
96/9 101/25 103/21
103/23 103/23
104/17 104/20
105/2 106/8 107/7
107/23 109/23

112/7 112/8 112/10
113/21 114/6 116/3
116/25 119/9
119/11 120/12
120/25 124/3 127/8
127/11 127/18
127/19 129/5
129/24 130/15
130/16 130/20
130/23 133/5
135/19 136/11
137/13 137/14
138/1 139/9 139/10
139/16 139/22
141/2 141/17 142/8
143/23 144/13
145/16 147/20
148/7 148/21 149/2
149/3 149/5 149/11
150/12 150/19
151/8 151/13
151/15 154/20
155/12 156/21
157/15 157/17
160/10 161/16
162/7 163/11 164/2
164/3 164/4 170/11
170/11 170/13
170/18 170/18
170/20 170/24
171/7 171/8 171/14
173/24 175/17
176/23 177/4
179/23 185/2 185/5
185/8 187/6 187/21
188/1 188/4 188/6
188/11 188/14
188/24 189/5 189/7
190/4 190/7 190/17

**BEACH [2]** 1/2 27/5

**bear [3]** 37/20
174/20 175/22

**beat [1]** 166/13

became [1] 183/17

**because [101]** 4/23
6/1 8/21 11/2
13/13 13/16 15/7
15/14 23/2 37/25
38/3 39/19 45/1
45/2 59/11 66/7
77/21 85/17 87/14
92/25 94/25 95/13
99/23 100/4 101/2
101/16 102/4
102/22 103/2 109/2
109/4 109/11 111/5
111/14 112/21
114/11 114/22
114/24 117/25
119/13 122/14
127/7 127/15 128/4
129/9 129/12
132/21 133/24
134/12 134/24
135/12 135/13
136/18 136/24
138/1 138/16
139/17 140/3
142/10 144/5
144/25 145/1
145/10 148/13
149/1 150/7 150/14
151/5 151/24
152/14 153/9
153/20 154/16
155/1 155/11
156/11 156/24
158/1 158/9 158/12
160/23 161/9 162/7
163/7 163/22 165/5
165/12 166/9
168/11 169/13
169/17 169/17
171/20 172/5 173/9
173/23 177/12
177/23 177/24
186/25 190/8

**B**

**become [6]** 8/4 8/9
8/16 37/19 44/25
124/25
**bedside [1]** 97/13
**been [53]** 13/25
14/12 15/9 15/19
19/16 19/23 24/16
25/7 28/6 35/12
43/14 43/25 44/7
45/9 56/15 56/16
64/5 64/22 65/13
66/19 67/17 87/24
93/9 104/8 108/19
112/19 115/7
125/14 136/3
137/23 138/13
138/18 139/10
139/21 143/22
150/18 150/21
152/10 155/22
156/18 164/9
165/19 173/3 173/4
184/6 184/7 185/9
185/10 185/13
186/13 186/15
190/5 190/24
**before [47]** 1/10
14/25 19/13 20/18
20/25 36/8 36/16
44/7 44/13 46/3
58/17 59/16 59/16
65/1 77/20 83/17
84/11 85/23 89/13
90/7 103/12 105/15
106/16 110/3 115/7
122/7 125/16
125/16 126/3
130/25 137/12
144/20 149/2 149/2
149/10 157/19
166/4 172/24
175/15 177/8

177/12 183/18
185/1 187/14
188/20 189/23
190/2
**began [2]** 65/23
96/19
**begin [9]** 16/12
20/7 58/25 63/19
94/5 110/8 185/8
185/16 188/6
**beginning [5]** 8/10
37/1 56/19 111/7
149/16
**behalf [9]** 10/14
12/6 17/1 18/12
19/9 23/22 56/13
90/24 106/7
**behaved [1]** 169/20
**behavior [1]**
167/17
**behind [2]** 71/19
178/7
**being [15]** 17/22
70/13 97/17 124/11
133/21 137/3
143/20 145/24
160/21 166/20
167/24 168/11
178/22 182/13
183/4
**beings [1]** 114/7
**beliefs [1]** 45/1
**believe [30]** 8/17
10/8 10/10 12/12
14/16 15/18 21/25
22/2 22/6 23/19
44/11 95/16 105/1
109/5 109/18
113/15 113/17
114/18 114/20
114/21 120/12
127/16 131/1
135/13 150/3
156/10 167/15

178/15
**believed [3]** 95/5
109/7 130/20
**belong [4]** 29/16
39/16 80/1 89/20
**belonged [2]** 33/12
103/6
**belonging [2]** 30/8
30/12
**belongs [1]** 53/16
**belt [2]** 169/13
169/16
**benefit [9]** 31/11
31/24 33/23 34/6
34/7 34/9 34/9
41/18 61/17
**benefits [1]** 31/18
**Benjamin [1]** 136/6
**beside [1]** 161/11
**besides [6]** 150/22
153/2 157/3 171/13
181/5 181/9
**best [30]** 32/13
32/16 56/22 56/25
57/23 62/16 62/25
64/4 66/5 85/5
88/25 89/7 89/21
93/19 94/22 101/1
105/21 106/1
110/14 122/23
123/1 150/5 150/8
172/23 176/16
177/23 177/24
178/2 182/11
182/12
**BETH [1]** 1/10
**betrayed [1]** 102/5
**better [7]** 113/22
116/17 154/4 154/5
154/7 160/1 166/18
**between [34]** 16/3
28/22 29/13 32/6
35/2 40/19 41/2

**B**

**between... [27]**
41/5 56/6 63/2
64/25 65/8 73/20
78/18 87/5 87/10
92/1 100/12 101/7
110/17 111/22
115/16 118/24
119/12 119/24
120/9 133/21
137/10 142/10
143/2 149/20 150/6
150/8 179/11
**beyond [8]**   7/23
8/13 14/1 37/16
71/13 72/4 93/19
98/23
**biases [1]**   44/15
**bible [3]**   155/7
155/19 175/21
**bible's [1]**   155/17
**big [8]**   18/17
30/23 62/14 114/24
142/1 144/13 153/3
159/3
**bigger [3]**   127/2
143/17 159/9
**bill [1]**   153/6
**billion [21]**   68/19
68/20 84/5 84/6
84/13 84/18 100/19
100/23 101/11
102/3 102/11
102/18 102/18
103/4 103/24 104/4
104/5 104/5 158/16
158/17 158/18
**billionaire [1]**
176/14
**billions [6]**   77/9
92/20 92/21 96/10
116/9 137/4
**bills [1]**   95/14

**binding [1]**   21/4
**birthday [1]**
153/15
**Biscayne [1]**   1/14
**bit [12]**   13/22
16/15 60/24 105/2
121/15 129/9
133/20 136/4
138/13 167/20
181/5 181/9
**Bitcoin [255]**
**Bitcoin-based [4]**
62/9 68/12 81/7
82/6
**Bitcoins [1]**   74/17
**black [8]**   113/7
113/8 113/9 113/11
113/11 113/12
164/18 164/20
**black/sometimes [1]**
113/9
**blackmailer [2]**
66/8 66/15
**blackmailing [1]**
66/7
**blank [1]**   99/23
**blatantly [1]**
163/5
**blockchain [8]**
28/14 70/24 81/10
85/2 148/21 150/1
154/12 154/15
**blockchain-related**
**[1]**   81/10
**blocks [1]**   189/8
**BLOOM [11]**   1/10
60/25 61/4 99/13
100/10 101/18
104/15 115/25
116/2 116/7 176/18
**blow [2]**   137/8
148/17
**Bob [2]**   111/17
115/1

**body [1]**   125/13
**BOIES [1]**   1/16
**bold [3]**   9/25
10/21 11/5
**bombshell [1]**
89/14
**bond [1]**   62/17
**book [2]**   178/5
178/6
**bookkeeper [1]**
124/19
**booth [12]**   124/22
124/24 137/24
137/24 137/25
138/6 138/8 179/1
179/5 180/13
180/15 182/2
**bootstrap [1]**
147/24
**both [32]**   14/15
14/17 18/5 19/17
47/14 48/17 49/19
50/22 52/22 74/8
75/7 75/14 75/18
76/4 76/22 81/23
88/19 90/21 92/16
100/3 100/5 101/3
101/3 101/16
101/17 102/5 102/7
154/17 154/18
154/20 170/19
171/10
**bottom [3]**   78/1
88/5 176/19
**Boulevard [1]**   1/23
**bragged [1]**   128/2
**bragging [1]**   58/3
**breach [22]**   23/24
24/3 28/10 31/19
32/2 32/18 32/21
41/12 46/11 46/14
46/21 51/13 51/16
51/24 52/7 54/1
54/12 54/20 55/5

**B**

**breach... [3]** 99/8
102/12 102/17
**breached [6]** 28/23
31/21 32/11 32/19
41/14 102/14
**break [11]** 16/7
16/10 18/9 82/20
106/9 106/9 106/10
117/13 117/17
157/4 175/4
**breaks [2]** 15/15
118/16
**breathing [1]**
94/16
**BRENNER [7]** 1/16
6/21 15/4 83/10
162/3 162/8 189/17
**brief [1]** 185/12
**briefly [2]** 97/21
169/10
**bright [1]** 154/13
**bring [17]** 13/2
13/8 16/17 19/12
83/16 106/17 110/2
120/17 150/14
151/1 164/8 175/24
184/22 185/18
188/10 189/23
190/1
**bringing [1]** 38/16
**brings [1]** 123/10
**British [2]** 28/1
28/1
**broad [1]** 165/7
**brother [12]** 26/19
89/22 126/25 127/1
127/2 158/22 159/1
159/6 159/7 159/7
160/21 170/3
**brought [15]** 16/21
28/9 86/23 98/2
105/15 110/19

150/18 131/23
131/24 131/24
131/25 132/1 144/4
147/10 190/17
**Bruce [1]** 124/25
**BS [1]** 136/24
**bucket [1]** 168/8
**buddy [1]** 150/11
**build [5]** 119/18
119/19 164/6
164/24 174/21
**building [3]**
119/18 119/19
119/21
**built [4]** 125/9
154/22 172/11
173/25
**bullet [1]** 9/4
**bunch [4]** 112/12
113/12 145/8
147/11
**burden [9]** 24/9
24/9 25/1 37/20
113/20 114/12
156/9 172/5 174/24
**burdens [2]** 156/9
174/24
**business [54]**
11/14 27/8 29/2
29/25 30/3 30/5
31/1 31/12 56/22
61/6 62/8 62/11
62/23 63/23 64/10
64/11 64/17 64/22
65/1 65/3 65/4
65/13 65/20 66/5
66/10 67/11 90/3
98/9 120/22 121/5
121/7 121/7 121/10
122/8 122/9 122/19
123/24 123/25
123/25 124/7 124/8
124/9 124/10
124/18 125/3 130/8

131/21 142/25
147/15 150/10
159/14 159/16
159/17 165/12
**businesses [1]**
124/19
**busy [3]** 88/14
153/9 189/21
**buy [7]** 87/14
87/17 87/20 87/21
153/4 153/5 167/15
**buys [2]** 88/13
167/12

**C**

**calculated [5]**
41/10 41/14 101/19
101/21 170/21
**calculation [1]**
101/8
**calculator [1]**
99/18
**call [16]** 4/1 4/4
6/10 81/8 95/9
111/4 116/18
121/12 130/17
134/11 134/14
146/6 146/7 157/21
157/24 158/2
**called [21]** 20/8
24/9 24/18 25/9
26/12 59/21 66/22
74/19 88/7 105/11
121/6 122/19
125/17 128/10
131/23 138/20
141/18 154/13
156/2 160/8 168/4
**Calling [1]** 6/12
**calls [3]** 27/15
65/1 87/16
**came [9]** 76/4 93/5
93/7 109/19 115/12
130/25 137/13

**C.**

**came... [2]**   146/22
177/22
**Campbell [1]**   5/19
**can [114]**   4/7 5/20
6/5 6/11 12/24
13/2 13/5 13/23
14/21 14/22 15/2
15/4 17/7 17/14
18/2 18/14 19/3
25/19 26/4 27/15
33/4 35/16 58/14
59/4 59/14 61/2
66/11 66/21 68/14
77/24 84/6 88/16
94/7 94/21 97/24
99/5 99/17 108/7
117/16 118/17
118/19 120/25
121/1 121/22
121/23 123/23
124/1 124/14
128/15 130/6 130/7
130/24 131/20
133/6 133/17 134/9
135/21 135/22
137/6 137/8 138/15
138/24 139/4
139/25 140/5 140/7
142/3 142/8 142/19
142/20 142/20
143/14 143/17
144/8 144/8 144/16
145/7 145/11
145/13 146/1
146/18 147/7 148/7
148/13 150/12
151/1 151/4 156/4
159/8 161/19 162/1
163/9 164/6 164/18
165/4 168/22
169/19 169/24
174/12 175/13
175/24 176/2 178/4
178/18 179/12
179/21 180/4
180/16 180/22
182/3 182/8 186/22
187/3 187/17
**can't [21]**   105/1
108/3 108/12
116/16 124/15
128/24 136/19
138/18 139/16
139/17 144/1
147/24 159/17
160/10 162/7
164/10 164/17
164/22 170/14
170/14 173/24
**Canada [1]**   140/11
**cannot [4]**   37/7
135/17 139/7
174/20
**cap [1]**   179/18
**capacity [1]**   140/4
**caption [1]**   183/15
**car [2]**   169/11
169/13
**card [4]**   67/11
159/14 159/16
159/17
**cards [3]**   119/19
126/17 174/22
**care [8]**   30/14
31/3 31/6 36/12
37/14 42/17 125/18
125/21
**careful [1]**   174/15
**carefully [1]**
174/3
**carry [2]**   29/2
61/6
**cars [1]**   96/20
**Carter [18]**   62/16
74/7 89/24 92/15
95/24 96/1 97/12
122/24 123/5 123/5
128/2 130/15
130/16 131/24
132/5 146/21
**case [85]**   1/2 4/4
6/3 6/11 6/12 9/13
10/20 19/18 20/6
21/1 21/6 22/10
23/12 24/5 25/16
26/16 28/4 28/8
35/10 35/17 40/4
40/12 44/12 44/12
44/20 44/22 44/23
45/2 45/5 56/20
57/25 58/11 60/20
64/19 80/15 84/12
84/18 89/1 90/21
95/7 97/11 98/4
98/8 100/19 100/25
104/8 105/24
108/20 109/19
111/18 111/20
111/21 112/18
114/14 115/15
115/16 116/22
117/1 117/19
117/20 134/23
135/18 138/23
140/1 153/15
154/24 156/23
156/25 157/2
158/13 160/23
160/24 163/7
163/24 164/4 164/7
164/24 166/18
169/14 169/17
172/22 173/24
184/9 186/16
190/21
**cases [2]**   10/19
116/9
**cash [2]**   95/21
136/4

**C.**

catching [1]
138/14
categories [1]
165/7
catfished [1]
67/24
Catherine [1]
65/11
cause [9]   14/5
26/13 32/21 33/25
36/10 36/13 36/25
42/3 98/5
caused [13]   34/20
35/4 38/8 38/14
38/17 39/12 46/21
47/20 48/23 49/25
51/3 51/23 53/2
causes [1]   37/11
caution [3]   26/1
30/14 185/3
central [3]   93/9
117/25 174/18
certain [12]   9/15
9/23 25/5 26/11
28/5 33/11 35/22
45/24 46/2 119/9
187/6 189/20
certainly [16]   4/7
4/8 8/22 13/7
15/14 16/15 106/11
109/14 116/8
124/11 126/16
186/17 186/20
187/18 189/9
189/15
Certificate [1]
3/2
Certified [1]
192/5
certify [2]   192/7
192/12
cetera [2]   136/18

141/1
CFO [2]   72/11
73/16
chain [4]   21/19
72/9 73/20 125/12
chairs [1]   190/15
challenges [2]
120/18 122/1
challenging [1]
179/18
Chambers [4]   97/2
129/2 129/3 178/20
champagne [1]
96/20
chance [2]   17/3
114/23
change [8]   7/17
8/24 15/5 44/24
59/4 64/20 77/8
177/11
changed [2]   125/22
181/11
changes [4]   8/18
9/5 10/16 142/15
changing [4]   137/2
137/3 139/16
140/13
channel [3]   13/12
13/23 13/25
channels [1]   58/13
chapter [3]   139/3
139/17 156/2
characteristics [1]
27/10
characterize [1]
4/25
charge [2]   7/9
16/3
chargeable [1]
11/8
charged [1]   107/21
charm [1]   141/4
charts [2]   28/5
28/6

chat [4]   64/25
180/24 180/25
181/17
chats [9]   180/20
180/21 181/5 181/9
181/12 181/15
181/16 181/23
183/9
chatting [1]   14/8
cheat [2]   164/4
177/1
cheated [1]   115/21
cheating [2]   112/8
176/24
check [10]   13/5
54/1 54/12 54/20
55/3 60/4 101/3
102/24 114/2 126/3
checked [5]   47/18
48/21 49/24 51/2
53/1
checking [2]
139/21 142/12
checkmarks [3]
100/3 101/15 102/7
cherries [3]
113/12 113/13
114/9
cherry [3]   113/3
113/13 164/15
cherrypick [1]
177/14
cherrypicked [2]
163/24 171/17
cherrypicking [5]
134/25 134/25
136/11 163/4 177/5
Chesher [1]   74/14
chief [1]   74/14
choice [10]   56/20
56/21 56/23 57/5
57/15 105/25
126/21 126/25
184/11 184/12

**C.**

**choose [2]**   45/6
106/3
**chose [3]**   56/25
106/3 136/15
**chronological [1]**
138/22
**circle [1]**   160/11
**Circuit [1]**   27/5
**circumstances [7]**
21/20 30/13 42/5
43/3 93/8 93/19
173/22
**circumstantial [3]**
21/15 21/19 21/22
**CISSP [1]**   139/7
**cite [1]**   10/19
**citizen [1]**   27/1
**civic [1]**   58/7
**civil [23]**   6/12
23/25 24/3 24/8
25/2 25/13 33/17
35/16 35/25 36/2
36/8 39/5 40/22
41/3 41/5 48/4
48/8 48/16 48/23
54/22 55/5 100/24
101/6
**claim [44]**   24/13
24/14 24/15 24/25
25/5 25/13 25/15
25/19 25/20 25/24
28/9 28/21 31/19
31/23 31/25 32/23
33/8 35/25 36/2
36/8 36/25 37/15
37/22 37/24 41/12
44/2 44/5 44/6
45/17 45/18 48/8
52/7 54/13 69/25
87/8 92/18 99/14
99/20 100/8 100/11
102/4 102/19

**claimed [3]**   66/7
69/2 77/1
**claiming [1]**
158/16
**claims [68]**   23/23
24/2 24/6 24/8
24/23 25/2 25/18
25/25 26/3 28/11
28/18 31/20 32/23
33/17 34/2 34/3
34/12 34/13 34/23
34/24 35/8 35/12
35/13 35/14 35/24
36/3 36/7 36/15
37/22 38/1 38/4
38/7 38/8 38/13
38/16 38/24 40/22
41/17 41/22 43/24
43/25 45/21 45/25
46/2 48/16 53/15
53/22 53/24 54/6
54/8 54/16 54/18
54/24 55/1 55/4
55/10 55/15 55/20
68/8 77/10 80/12
90/16 97/10 100/7
101/13 101/24
103/3 103/14
**Clark [2]**   124/25
179/1
**clean [1]**   183/1
**cleaner [1]**   81/12
**clear [27]**   9/3
11/17 24/8 25/2
25/7 25/13 33/18
35/15 39/6 40/23
42/1 42/7 48/8
58/16 61/1 75/22
76/19 78/12 82/5
85/6 100/24 114/6
136/15 171/14
174/23 174/23
184/9

**cleared [1]**   109/23
**clearly [10]**   22/14
61/14 62/2 96/23
104/12 104/14
123/6 176/1 176/3
178/14
**client [1]**   176/11
**clients [2]**   186/4
186/20
**clip [5]**   130/21
180/16 182/3
182/17 182/20
**clips [1]**   59/8
**clock [1]**   134/16
**close [9]**   3/4 16/6
17/9 20/1 104/23
174/25 175/7 187/2
190/6
**closely [1]**   105/13
**closes [1]**   84/2
**closest [2]**   129/22
129/24
**closing [14]**   3/3
3/3 15/15 16/5
16/9 83/20 107/1
108/18 109/3 110/8
114/25 155/6
175/18 184/3
**CLR [1]**   192/17
**co [3]**   29/2 61/6
172/16
**co-counsel [1]**
172/16
**co-owners [2]**   29/2
61/6
**cocreating [1]**
140/23
**cocreator [1]**
69/25
**cocreators [3]**
66/20 162/10
162/20
**code [15]**   81/22
81/23 82/17 83/23

**C.**

**code... [11]** 98/18
98/22 98/23 99/2
150/1 150/13
150/15 154/11
154/12 154/17
154/22

**coded [9]** 149/3
149/3 149/6 149/21
149/23 149/24
150/18 150/18
150/19

**coder [1]** 98/19

**codes [1]** 149/9

**coding [7]** 98/17
149/7 149/16
150/14 150/17
150/21 173/5

**coffee [1]** 15/24

**coherent [1]** 58/16

**coin [4]** 59/21
66/22 154/3 154/23

**Coin-Exch [2]**
59/21 66/22

**coinvented [1]**
150/3

**coinventing [1]**
140/22

**colleagues [3]**
56/17 69/23 108/2

**collected [1]**
64/19

**combines [1]** 27/10

**come [33]** 4/9
16/23 17/23 67/20
78/10 87/1 89/12
90/9 108/2 108/8
114/23 115/10
121/21 121/23
124/21 125/22
126/8 134/6 135/11
138/8 139/13
145/18 157/6

161/10 166/9 166/8
167/16 169/12
172/5 188/8 188/24
189/14 190/14

**comes [8]** 57/5
58/13 58/13 70/3
106/16 113/21
141/5 145/20

**comfort [2]** 106/10
175/4

**comfortable [2]**
15/21 15/24

**coming [6]** 117/21
142/4 143/16 155/3
167/19 178/19

**comma [6]** 101/9
101/10 101/10
102/2 102/2 102/2

**commence [1]** 35/22

**commencement [1]**
37/24

**comment [2]** 4/21
163/10

**commentary [1]**
109/18

**commentator [1]**
117/21

**commenting [1]**
109/10

**comments [1]** 12/10

**commissions [2]**
82/17 83/22

**commit [2]** 177/3
177/3

**commitments [2]**
183/12 190/8

**committed [4]**
41/10 62/19 101/20
101/22

**common [21]** 21/13
29/6 31/17 61/9
61/10 75/21 114/1
114/2 114/4 114/4
114/5 114/6 114/7

147/24 152/4
156/17 164/24
166/9 174/10

**commonwealth [1]**
88/3

**communicate [3]**
124/7 184/20
189/12

**communication [4]**
120/9 121/24
129/15 143/15

**communications [9]**
76/16 76/17 76/19
96/8 105/7 119/12
134/1 134/11
179/10

**community [1]**
116/10

**companies [8]**
80/13 84/24 87/13
87/19 87/22 94/3
94/4 94/5

**company [26]** 20/16
20/18 20/20 20/21
20/24 26/25 27/7
27/8 32/13 32/17
59/20 59/21 66/22
74/19 77/16 78/18
87/16 87/17 87/18
87/20 87/21 88/1
88/2 88/7 90/16
123/19

**company's [1]** 27/9

**compare [1]** 166/4

**compensate [1]**
39/2

**compensation [1]**
39/11

**compensatory [9]**
41/24 42/24 47/19
48/22 49/25 51/3
51/23 53/2 103/16

**complaint [3]**

**C**  8/16

confront [1]  57/16

**complaint... [3]**
135/6 135/7 135/8
**complete [3]**  46/3
46/6 192/10
**completely [8]**
66/23 81/24 90/11
96/5 134/8 163/5
165/14 170/9
**complex [1]**  103/12
**compliance [1]**
186/12
**complicated [3]**
73/8 73/11 115/15
**compress [1]**
169/10
**computer [17]**  63/5
92/6 94/22 96/2
121/6 122/19
123/24 124/17
125/7 126/16
128/12 129/7 143/6
146/22 149/3
150/11 183/19
**computers [13]**
97/13 97/15 97/16
151/9 151/14
151/14 152/3 152/8
153/5 159/3 165/1
183/19 183/20
**concealed [4]**  37/8
37/11 38/1 38/4
**concealment [14]**
7/17 7/23 8/3 8/13
8/15 10/15 36/23
36/25 37/4 37/9
37/16 37/18 37/21
38/2
**conceived [1]**  82/4
**concept [1]**  63/15
**concepts [1]**
167/17
**concern [2]**  9/11

**concerned [2]**  5/3
21/14
**concerning [2]**
22/4 44/9
**concluded [1]**
16/16
**conclusions [2]**
21/13 76/1
**condition [3]**
97/23 97/25 98/4
**conditioners [3]**
152/10 152/11
152/12
**conditions [1]**
112/23
**condone [1]**  168/22
**conduct [15]**  11/14
29/25 31/7 31/12
42/7 42/11 42/14
42/16 42/19 43/4
43/6 43/7 43/10
103/19 190/23
**confer [1]**  15/12
**conference [4]**  7/9
15/22 81/8 188/17
**conferred [2]**  34/6
41/19
**confidence [3]**
35/1 35/4 95/5
**confident [1]**  9/6
**confirm [3]**  75/15
89/7 148/16
**confirmed [2]**
74/12 92/24
**confirms [4]**  71/21
71/22 74/3 74/9
**conflict [1]**  68/8
**conflicted [3]**
23/15 177/7 177/9
**conflicting [1]**
176/21
**conflicts [1]**
23/17

**confronted [4]**
66/5 67/23 76/25
78/8
**confused [2]**  85/25
163/9
**confusion [3]**
13/18 13/22 14/5
**congratulations [2]**
143/5 143/7
**connected [1]**  82/2
**connection [1]**
87/13
**connections [1]**
152/7
**Conrad [17]**  62/16
74/7 89/24 92/15
95/24 96/1 97/12
105/17 122/24
123/5 123/5 128/3
130/15 130/16
131/24 132/5
132/13
**Conrad's [1]**
146/21
**conscious [1]**
42/18
**consider [22]**
20/25 21/23 24/15
24/17 25/8 25/23
25/24 32/10 35/9
35/20 35/25 37/4
38/24 39/9 43/1
43/23 44/2 44/4
45/23 46/1 101/12
102/12
**consideration [1]**
7/11
**considering [3]**
21/12 44/21 185/12
**consistent [6]**
74/6 96/5 96/7
96/11 136/19
140/15

**C**

consistently [1]
128/24

constitute [1]   8/1

constituted [1]
42/17

constitutional [1]
6/1

constructive [18]
23/25 24/3 34/23
34/24 41/8 41/11
41/22 50/10 50/14
50/21 51/4 54/2
54/12 54/21 55/4
55/10 101/20 102/4

consult [1]   108/2

consume [2]   113/14
145/1

contact [5]   142/10
180/19 187/3
188/19 188/19

contain [1]   97/14

contains [5]   45/10
80/3 80/5 91/23
192/12

contemporaneous [3]
63/2 108/10
109/17

contend [1]   37/23

contends [1]   35/11

context [4]   70/10
165/15 165/23
173/21

contexts [1]   64/22

continuation [2]
97/5 111/10

continue [15]
46/18 47/9 48/13
49/15 50/18 51/20
52/17 59/2 83/20
110/7 120/14
128/25 171/12
190/17 190/24

continues [3]   30/4
101/25 181/21

contract [10]
59/16 59/23 86/12
92/1 92/3 92/3
92/9 92/15 92/19
92/22

contracts [1]   82/2

contradict [1]
95/11

contradictions [2]
113/9 168/2

contradictory [1]
96/23

contrary [7]   11/12
29/19 29/23 39/17
109/8 122/15 171/1

contributed [2]
76/6 76/7

contributing [1]
75/9

contribution [1]
75/21

control [12]   29/9
29/9 32/24 33/1
62/1 91/19 91/24
93/4 93/8 93/19
97/16 147/5

controlled [1]
183/20

controlling [1]
9/17

controls [3]   74/4
78/24 151/6

convenience [2]
28/7 45/9

convenient [1]
124/23

conveniently [2]
138/24 158/21

conversation [10]
70/11 70/12 117/14
117/17 158/14

159/14 160/16
182/25

conversations [3]
131/4 163/13
173/17

conversion [21]
23/24 24/3 32/23
33/1 33/4 33/8
40/16 40/19 41/2
41/22 47/1 47/5
47/13 47/20 54/2
54/11 54/21 55/4
55/10 100/2 100/11

converted [1]
40/17

convicted [1]
107/21

conviction [1]
178/8

convince [1]   94/17

convinced [4]
44/25 61/23 162/10
162/20

convincing [12]
24/8 25/2 25/8
25/13 33/18 35/15
39/6 40/24 42/1
42/7 48/9 100/25

cook [1]   113/13

copies [5]   12/11
12/22 17/13 19/23
141/16

copy [4]   12/13
17/14 17/25 20/3

Coral [1]   1/24

core [2]   66/13
85/2

corporation [4]
27/11 145/12
145/12 145/18

corporations [1]
87/18

correct [7]   8/17

**C**

**correct... [6]**
11/23 111/14
163/15 169/7
174/11 192/10
**correspond [1]**
39/15
**couches [1]** 190/15
**could [55]** 5/25
7/15 8/10 13/8
76/12 78/18 90/4
92/11 94/3 96/21
105/25 106/1 108/2
110/14 116/17
117/3 117/4 120/13
120/17 120/17
122/4 122/20
122/21 124/13
129/20 130/21
133/19 133/20
140/11 141/1 141/3
141/8 141/10
144/24 145/10
145/23 146/13
146/15 150/13
150/14 151/23
152/4 152/5 152/6
152/7 153/17
154/20 155/1
157/11 157/17
173/1 173/3 173/4
173/11 183/18
**couldn't [14]**
81/12 95/12 95/13
96/15 98/15 136/15
152/10 152/14
152/14 152/20
153/6 153/6 153/7
153/21
**counsel [21]** 6/14
6/15 6/22 9/6
13/24 108/18
110/11 110/21

158/10 136/14
136/15 137/2 138/2
158/24 166/3
166/20 166/22
167/8 172/16 186/5
186/10
**count [11]** 112/6
112/7 112/8 164/2
164/3 164/4 172/3
176/23 176/24
176/24 176/25
**counterfeit [1]**
67/8
**counterfeiting [1]**
159/11
**countless [1]**
110/16
**countries [1]**
116/11
**country [5]** 98/16
116/9 155/23
176/15 177/1
**counts [3]** 112/8
112/10 165/6
**County [1]** 27/5
**couple [7]** 6/5
7/16 118/11 143/4
153/22 155/10
161/1
**course [15]** 7/2
18/16 20/20 42/14
44/8 59/22 64/20
85/9 106/18 107/1
107/4 110/10
154/16 188/16
190/7
**court [54]** 1/1 2/2
2/3 4/1 5/11 5/12
7/5 7/8 9/25 10/4
10/5 12/1 13/9
13/17 14/2 15/4
16/2 16/20 20/19
27/5 45/8 56/14
62/17 80/4 80/4

99/4 101/6 103/5
107/4 107/16
107/23 107/24
108/5 108/15
108/21 109/9 109/9
110/9 111/11 116/4
171/10 175/20
184/22 184/22
185/19 186/10
186/14 188/10
191/5 192/6 192/9
**Court's [11]** 7/9
7/11 7/13 19/18
19/19 84/6 106/17
107/5 107/12 171/1
188/23
**courthouse [3]**
91/14 189/10
189/14
**courtroom [17]**
4/12 5/21 12/25
13/1 15/21 16/23
97/22 116/14
176/10 184/19
184/24 185/18
185/23 188/13
188/16 190/5 191/4
**courtrooms [1]**
58/6
**courts [7]** 90/17
90/23 92/23 98/6
102/14 115/7 115/8
**cover [5]** 57/1
85/19 129/10 165/6
174/17
**covered [1]** 45/15
**CRAIG [396]**
**Craig's [29]** 59/25
62/21 67/23 68/22
69/25 70/1 70/2
70/3 72/11 73/8
74/14 75/24 77/14
78/14 78/22 84/25

**C**

**Craig's... [13]**  85/4 85/11 89/11 93/6 93/23 94/2 94/4 95/2 96/8 96/11 96/17 103/12 139/24

**cranks [1]**  4/25

**create [16]**  58/20 59/2 61/10 61/11 62/8 62/9 63/4 63/7 68/10 68/18 69/20 81/1 81/10 136/9 140/5 178/8

**created [11]**  57/12 57/23 62/12 74/17 82/6 86/25 87/13 89/3 89/10 98/10 179/17

**creates [4]**  85/24 86/3 86/10 89/6

**creating [2]**  61/15 81/24

**creation [4]**  69/3 72/4 78/20 87/24

**creators [1]**  69/24

**credibility [1]**  4/23

**credible [1]**  96/24

**credit [2]**  17/8 70/4

**criminal [2]**  33/21 109/11

**critical [7]**  72/8 117/7 120/5 120/5 133/12 162/16 171/15

**cross [3]**  97/3 161/8 183/7

**cross-examination [2]**  97/3 183/7

**cross-examining [1]**  161/8

**CRR [1]**  192/17

**cryptocurrencies [2]**  61/18 75/8

**cryptographic [2]**  92/5 92/7

**CSR [1]**  192/17

**cultures [1]**  144/18

**cup [1]**  115/6

**curative [5]**  107/6 107/15 107/25 109/22 109/25

**cured [1]**  109/12

**currencies [3]**  27/17 179/3 179/18

**currency [4]**  27/18 59/5 159/12 179/17

**current [5]**  40/1 40/9 99/14 99/16 170/21

**Currently [1]**  124/11

**cut [2]**  60/4 149/25

**cv [1]**  1/2

**D**

**daily [2]**  142/10 189/2

**damage [6]**  33/25 34/21 42/3 42/12 42/15 43/8

**damages [58]**  32/21 35/5 37/3 38/6 38/24 39/3 39/7 39/9 39/12 39/21 40/24 41/9 41/13 41/23 41/24 41/25 42/6 42/8 42/20 42/22 42/24 43/13 44/10 45/22 46/1 46/20 47/19 48/22 49/25 51/3 51/23 53/2 55/7 55/11

99/14 99/20 100/11 101/6 101/19 101/21 102/3 102/9 103/15 103/15 103/16 103/16 103/18 118/4 165/6 169/10 169/16 170/10 170/20 170/23 171/7

**damn [2]**  85/25 97/20

**damnable [16]**  111/20 112/1 112/3 112/3 112/4 113/10 113/10 164/1 164/1 164/16 164/17 172/14 172/14 176/12 176/18 177/13

**damning [1]**  66/16

**dangerous [1]**  43/6

**dared [1]**  98/14

**data [15]**  63/6 128/3 128/11 129/5 130/17 132/7 141/19 141/21 142/6 143/13 157/2 157/5 158/6 165/19 165/20

**date [19]**  40/20 41/2 41/3 41/6 55/24 56/1 84/9 87/1 87/24 88/11 88/12 136/9 136/24 141/20 141/24 150/19 160/14 170/12 184/18

**dated [5]**  59/16 86/5 86/19 86/20 88/8

**dates [1]**  153/11

**daughters [1]**  134/12

**D**

**dave [276]**

**Dave's [45]**   57/20
57/21  57/24  59/15
59/23  62/16  63/11
67/17  69/15  69/15
69/16  69/22  71/17
79/25  86/12  89/25
90/6  90/13  90/16
92/4  92/4  92/10
92/12  92/14  92/19
93/12  94/20  94/21
94/24  94/22  96/17
96/22  97/14  99/10
99/15  104/13
104/13  104/14
106/1  111/13
122/13  131/16
142/11  162/5  163/1

**David [141]**   1/4
23/23  26/17  26/19
26/20  26/22  27/5
28/9  28/11  28/11
28/16  28/22  28/25
29/13  29/16  30/2
31/22  32/22  32/25
33/12  33/16  33/20
33/22  33/25  34/1
34/4  34/5  34/10
34/11  34/17  34/18
34/21  34/22  35/6
37/9  37/12  37/13
38/6  38/23  39/2
39/4  39/5  39/8
39/13  39/15  39/20
40/3  40/5  40/12
40/13  40/15  40/16
40/21  40/23  40/25
41/7  41/9  41/16
41/21  42/3  42/13
46/11  46/14  47/1
47/4  47/15  48/4
48/7  48/18  48/24
49/7  49/10  49/20
50/2  50/10  50/13
50/23  51/5  52/4
52/6  52/9  52/12
52/22  53/14  53/16
53/24  54/18  55/9
55/13  55/15  75/15
110/24  111/4  111/6
115/2  115/16  117/9
118/2  118/9  118/22
119/24  120/2  120/3
120/7  120/8  120/12
120/16  121/2
122/19  122/23
123/6  123/10
123/20  124/2  124/2
124/3  124/6  127/25
129/13  129/15
129/18  130/3
131/25  132/6
132/17  135/5  145/7
147/16  149/14
150/6  151/18  152/4
152/19  152/24
153/4  156/19  157/7
157/12  160/22
172/8  173/7

**David's [8]**   111/16
134/7  135/15  157/3
163/12  164/9
164/11  165/19

**day [30]**   1/10
13/21  77/8  88/13
96/9  104/9  111/2
111/20  115/11
115/22  137/9
144/18  150/10
153/13  153/16
158/10  158/11
161/11  162/1  162/3
162/8  163/2  166/12
178/2  183/22
185/17  187/6  188/5
192/9  192/15

**days [13]**   58/2
75/11  84/11  94/12
126/3  133/23
138/14  140/9
144/11  152/20
152/22  153/17
186/17

**DD [4]**   120/8  122/2
122/13  145/21

**de [1]**   1/23

**dead [14]**   56/25
57/22  85/5  85/10
88/25  89/7  89/21
101/1  105/21  120/7
157/16  168/13
176/16  183/11

**deadline [2]**   142/4
143/1

**deal [9]**   18/17
30/20  62/14  84/2
96/19  111/17
133/25  134/1
144/14

**dealing [3]**   30/23
31/5  32/14

**dealt [1]**   20/19

**death [15]**   28/16
30/3  31/23  39/21
57/3  93/12  104/13
110/24  111/3
111/13  111/16
115/3  118/2  126/5
179/23

**deathbed [4]**   92/2
92/3  92/9  92/15

**debate [1]**   128/8

**debts [2]**   27/10
170/5

**debugging [1]**
144/13

**decade [2]**   65/14
65/14

**deceased [7]**   30/6
30/9  30/9  30/12

**D**

deceased... [3]
30/16 30/17 30/21
December [4]
120/19 165/17
182/10 192/15
deception [1]   23/3
decide [23]   21/25
22/6 23/2 23/11
23/18 23/18 40/1
41/23 42/20 42/21
43/24 44/12 44/20
45/24 55/11 114/10
116/22 117/8
125/25 126/8
138/10 144/7 153/1
decided [3]   16/17
40/6 40/14
deciding [3]   20/6
24/16 25/7
decimal [1]   101/10
decision [16]   20/9
20/17 21/9 22/2
23/3 23/13 57/3
58/9 75/24 76/2
76/21 77/5 77/5
117/5 117/7 169/7
decisions [5]
76/20 76/21 77/4
78/15 116/10
declaration [4]
91/16 91/20 91/22
91/23
declaratory [1]
174/4
decline [1]   43/12
deductions [1]
21/13
deed [3]   87/10
94/14 116/24
deemed [1]   165/13
deep [1]   146/23
defects [1]   116/8

defend [2]   60/9
93/1
defendant [44]   1/8
1/20 12/6 16/8
19/9 19/17 23/23
24/2 25/16 25/18
26/1 26/3 26/10
35/16 36/6 36/15
36/17 36/19 36/24
37/5 37/7 38/11
38/14 38/17 38/18
38/20 39/12 41/10
41/14 41/19 42/14
42/21 42/23 43/8
43/9 43/10 43/11
45/18 56/7 90/20
99/7 100/1 106/7
109/1
defendant's [15]
3/3 7/23 8/13
14/11 26/8 35/23
37/6 37/16 42/16
45/23 102/3 107/17
110/8 122/22
123/13
defense [94]   1/4
9/6 24/1 25/20
25/22 25/24 26/4
26/5 26/5 26/10
26/18 35/17 35/19
35/24 36/1 36/6
36/20 36/21 36/23
37/6 37/7 38/10
38/21 38/22 44/2
44/6 44/7 47/2
47/4 47/16 47/25
48/5 48/7 48/19
49/3 49/8 49/10
49/21 50/5 50/11
50/13 50/24 51/8
51/13 51/16 51/23
52/5 52/10 52/12
52/23 53/7 53/14
53/18 53/21 54/5

54/8 54/15 54/23
55/1 55/9 55/13
55/20 55/20 62/14
63/1 65/19 85/6
95/7 95/9 95/12
97/4 111/9 114/10
119/23 125/25
126/9 135/19
138/10 141/12
144/7 145/17 147/5
153/1 154/24 158/9
160/24 166/10
169/8 174/13 175/1
178/12 178/20
178/24 189/24
defenses [11]
11/22 25/17 26/8
35/9 35/11 43/24
43/25 45/24 95/10
184/1 184/1
defined [2]   9/2
9/10
definition [4]
10/17 19/2 75/8
75/20
defrauded [1]
101/16
degree [1]   43/2
delay [6]   14/6
37/1 38/8 38/12
38/13 38/14
delayed [3]   37/25
38/7 38/16
delete [6]   59/7
63/6 76/19 86/21
183/7 183/13
deleted [2]   95/18
183/8
deliberate [3]
15/1 57/15 189/11
deliberates [1]
13/2
deliberating [3]
187/15 188/4 190/7

**D**

**deliberations [14]**
16/13 16/16 20/8
43/17 43/23 44/4
44/18 45/8 63/20
185/8 185/16 188/6
190/18 190/24
**delivered [1]** 62/9
**democracy [1]**
116/1
**demonstrated [1]**
80/21
**demonstrating [1]**
68/1
**demonstrative [5]**
28/5 128/15 134/20
151/11 152/2
**denied [3]** 11/20
66/6 110/1
**denies [1]** 38/2
**deny [2]** 65/18
128/25
**denying [1]** 75/24
**Department [2]**
65/12 179/24
**depend [1]** 23/4
**depends [1]** 167/22
**deposition [8]**
59/8 62/22 78/10
81/12 93/10 96/12
180/17 182/4
**depositions [2]**
110/18 186/8
**deprecating [1]**
141/3
**deprive [2]** 31/18
33/22
**deprived [1]** 102/1
**deputy [6]** 12/25
13/1 15/22 185/23
190/5 191/4
**derived [2]** 31/11
31/12

**describe [3]** 64/6
64/11 98/20
**described [3]**
63/22 64/17 167/23
**describes [1]**
166/22
**describing [1]**
132/9
**description [2]**
113/20 185/12
**deserve [1]** 144/15
**deserves [1]** 23/20
**design [1]** 107/18
**designated [1]**
46/6
**designed [1]** 68/2
**designers [1]**
154/20
**desperate [2]**
94/14 95/11
**desperately [1]**
187/13
**desperation [1]**
151/22
**despite [4]** 42/13
84/17 131/3 163/12
**destroy [2]** 63/6
182/19
**destroyed [2]**
105/8 126/11
**detached [1]** 66/14
**detail [5]** 23/5
58/17 75/25 111/16
181/2
**detailed [1]** 75/24
**details [3]** 92/6
146/24 173/9
**Detective [1]**
65/11
**determination [3]**
31/25 43/1 57/5
**determine [9]**
28/20 29/14 39/14

40/17 55/12 103/5
**determining [1]**
29/17
**deterrent [1]**
42/23
**develop [6]** 28/12
28/13 68/11 68/19
81/7 82/4
**developed [2]**
57/10 81/20
**developing [1]**
82/1
**device [1]** 154/22
**devices [25]** 95/17
95/19 95/21 96/22
97/4 125/5 125/6
125/16 126/12
126/13 126/18
126/20 126/22
126/22 128/15
128/17 128/19
128/23 129/13
165/1 178/11
178/12 178/13
178/15 178/17
**DEVIN [1]** 1/13
**devise [1]** 125/18
**devises [1]** 125/17
**DHS [8]** 145/10
146/5 146/9 147/3
147/9 147/9 147/10
148/19
**diagnosed [1]**
97/25
**diagnoses [1]**
167/1
**diagnosis [3]** 98/3
112/22 167/10
**diagrams [2]** 28/6
28/6
**dictates [2]**
164/24 168/23
**did [102]** 7/8 7/9

# D

**did... [100]**   8/8
8/15 9/7 9/16
10/19 11/2 13/24
22/7 22/8 22/9
22/10 22/11 22/13
22/14 22/20 22/20
23/12 32/1 32/2
37/18 43/10 64/3
64/6 64/11 67/22
68/1 70/18 70/20
70/22 70/25 72/3
73/2 73/3 73/21
74/12 76/8 76/17
77/17 80/17 81/15
89/22 90/7 90/8
90/9 91/13 93/17
95/6 95/18 104/10
104/11 104/13
107/11 109/1 109/2
110/6 111/2 112/15
113/24 123/21
125/7 127/3 127/6
127/9 127/10
127/25 130/1 130/3
130/7 130/7 130/11
130/17 131/9 132/5
132/13 132/17
138/6 146/2 147/18
148/3 150/2 153/4
159/18 163/18
166/1 172/9 176/6
176/8 177/11
177/13 178/22
179/13 180/8
180/10 182/8
182/11 182/12
182/24 184/10
186/10 188/3
**didn't [57]**   4/21
13/16 13/17 62/20
62/25 65/3 67/17
67/20 79/23 82/15

85/14 95/20 96/13
98/14 98/15 98/18
114/12 115/12
119/25 126/18
127/8 127/9 127/12
127/17 128/14
128/22 128/23
131/7 135/7 147/14
155/8 155/8 156/24
158/9 161/12
161/14 162/7
163/16 164/8
164/11 166/1
166/15 167/1 167/1
167/3 167/6 172/1
176/1 176/7 176/8
177/6 177/8 177/14
179/9 183/15 184/2
184/5
**die [1]**   126/2
**died [18]**   56/22
68/25 69/6 71/17
85/9 90/16 92/25
93/10 93/20 95/16
95/19 96/17 111/24
126/21 126/25
165/12 170/4
170/13
**dies [9]**   59/9
59/16 65/1 69/4
76/14 86/18 86/21
89/24 173/7
**differ [1]**   22/15
**difference [1]**
21/21
**different [9]**
22/21 40/3 40/11
63/9 64/22 87/18
103/16 120/21
140/10
**differently [2]**
45/1 158/23
**difficult [3]**
96/14 183/17 186/2

**digging [1]**   60/5
**digital [10]**   63/6
66/21 67/10 90/5
141/4 159/12 179/3
179/4 179/17
180/24
**diligence [2]**
36/12 37/14
**diligent [1]**
186/13
**dinner [2]**   67/3
156/1
**dire [2]**   117/2
119/3
**direct [6]**   21/14
21/16 21/22 45/7
71/13 158/14
**directed [2]**   25/25
35/24
**direction [1]**
117/11
**directions [1]**
45/10
**directly [10]**
22/14 66/17 67/20
68/23 74/3 76/3
109/10 117/6 155/9
171/1
**director [4]**   90/19
91/4 91/15 91/17
**disabled [3]**
145/10 146/10
146/11
**disadvantage [1]**
30/23
**disagree [2]**   10/17
11/5
**disagreement [1]**
14/10
**disappear [2]**   69/8
165/16
**disbelieve [1]**
22/2
**discharge [1]**

**D**

**discharge... [1]**
31/15

**disclose [1]** 32/15

**disclosure [4]**
7/24 8/14 30/22
37/17

**discover [2]** 36/11
37/15

**discovered [2]**
36/11 170/17

**discovery [1]**
182/6

**discretion [2]**
42/6 43/12

**discuss [11]** 12/21
15/13 44/22 76/24
118/5 121/16
134/10 181/5
181/10 181/18
190/21

**discussed [3]**
59/10 118/7 130/20

**discussing [2]**
44/23 81/9

**discussion [7]** 6/9
161/23 161/24
162/14 162/21
176/2 176/3

**discussions [3]**
20/7 163/8 176/5

**dishes [1]** 158/21

**disinterested [1]**
71/14

**disk [1]** 142/7

**dislike [1]** 117/10

**dislikes [2]** 44/14
117/5

**disposing [1]** 33/6

**dispossessing [1]**
33/5

**disprove [2]** 21/20
26/2

**dispute [5]** 27/15
28/17 59/22 68/14
140/6

**disputes [3]** 58/6
58/6 97/22

**disregard [4]**
20/14 21/7 42/18
164/23

**distance [1]** 105/8

**distinct [2]** 33/1
43/24

**distinction [1]**
134/5

**distinguish [1]**
131/22

**distribute [1]**
95/23

**distributed [3]**
28/16 28/18 39/20

**distribution [1]**
28/19

**district [8]** 1/1
1/1 1/11 2/3 116/4
192/3 192/6 192/7

**divide [1]** 56/5

**divided [1]** 39/18

**DIVISION [1]** 1/2

**do [160]** 5/4 6/2
6/3 6/5 10/10
14/20 15/22 16/19
20/13 21/23 22/20
44/23 44/25 46/13
47/3 48/6 49/9
50/12 51/15 52/11
53/15 53/23 54/7
54/17 54/25 55/14
55/19 58/9 58/17
61/2 62/4 62/19
62/19 67/13 70/10
71/4 71/7 72/18
73/16 76/20 76/25
77/4 77/7 78/16
84/6 85/20 89/6
91/1 94/9 98/14

108/15 106/17 108/3
108/24 109/11
111/19 113/13
114/2 114/13
114/17 114/20
114/20 114/24
122/4 122/9 122/9
122/10 127/3 127/7
127/13 127/17
127/20 128/10
128/13 132/12
132/24 133/1 136/8
137/5 138/1 138/11
138/15 139/8
139/15 139/19
139/19 139/21
140/2 142/11
142/12 143/5 143/5
143/19 144/14
144/14 144/25
145/9 145/13
145/23 146/1
146/17 146/18
146/19 147/8
147/21 148/18
149/7 149/17
149/22 151/18
152/4 152/5 152/6
152/6 152/6 152/7
152/7 152/14
152/19 152/20
153/25 154/8 159/2
159/3 161/6 165/7
166/19 168/9
168/17 168/18
168/19 169/11
172/2 173/2 173/12
174/6 174/8 174/10
176/18 177/2
180/23 181/12
181/14 181/17
183/1 183/10
183/18 184/13
184/20 186/3

**D**

**do... [10]**   186/19
186/23 188/12
188/17 189/2 189/4
189/6 189/7 190/8
192/7
**doctor [1]**   98/1
**doctrine [2]**   36/23
38/5
**document [22]**
27/13 75/25 77/12
77/19 81/1 82/3
86/4 86/7 86/7
86/16 87/5 87/8
88/9 90/22 114/19
114/20 146/15
146/22 165/16
165/17 165/18
165/20
**documentary [1]**
64/24
**documentation [1]**
133/25
**documents [27]**
60/11 60/15 60/17
60/19 60/20 60/21
85/20 88/15 88/20
89/21 98/5 104/25
105/23 110/16
112/13 120/6
126/11 136/14
136/16 136/16
138/22 141/6 143/3
146/2 148/16
164/25 166/7
**does [54]**   13/18
16/25 22/5 22/23
26/2 28/17 30/20
31/16 36/19 38/20
42/7 57/19 57/20
57/21 57/23 57/25
61/1 67/19 67/19
79/22 85/20 89/6

105/20 105/22
113/22 116/8
116/22 119/22
119/22 127/13
127/20 138/12
139/19 140/23
141/10 141/11
147/19 152/12
153/15 153/15
157/21 157/24
158/3 158/24
159/15 172/5 173/1
173/17 178/6 179/1
185/24
**doesn't [47]**   9/20
59/20 60/4 62/15
79/23 79/24 90/5
97/18 102/22
109/16 114/5
114/10 114/11
119/13 125/20
126/8 135/18
137/23 138/9 138/9
138/17 141/11
142/9 144/6 144/6
144/23 144/23
152/25 154/9
154/10 154/23
158/1 158/8 158/8
159/21 160/2
160/15 160/23
163/1 163/1 164/21
167/16 169/7
171/22 173/18
174/10 178/15
**dog [5]**   157/21
157/24 158/2 158/3
158/4
**dogged [1]**   60/6
**doing [31]**   18/5
60/7 65/10 73/18
75/7 75/25 89/17
94/14 112/19

118/15 124/3 127/2
132/21 139/10
140/8 141/23
143/25 145/11
146/7 148/4 148/4
148/21 159/8
159/11 160/20
178/1 178/1 179/25
187/15
**dollar [3]**   27/21
27/24 179/18
**dollars [23]**   27/17
27/19 27/20 27/20
27/23 27/23 27/23
28/1 28/1 60/2
82/18 83/24 84/1
84/6 84/13 92/20
92/21 95/14 116/9
130/12 137/4
158/17 170/23
**domains [2]**   143/18
144/1
**dominion [1]**   33/11
**Don [2]**   132/1
132/22
**don't [68]**   5/3
5/22 5/23 10/9
15/1 16/15 16/23
17/4 19/25 64/8
65/8 67/15 69/8
96/8 108/3 108/5
109/5 117/25
118/14 121/22
121/23 122/7 125/6
125/18 125/24
125/25 127/20
129/23 130/19
134/3 134/6 134/23
136/21 140/2 140/5
141/25 141/25
144/4 144/5 145/1
149/11 152/9
156/21 158/25

**D**

**don't... [24]**
159/2 159/3 159/4
160/17 163/3
164/17 164/21
164/23 165/22
166/24 167/14
168/3 169/12
173/23 174/3
174/10 174/16
174/21 174/24
179/6 181/11
186/24 189/9
189/11

**done [20]** 13/6
14/16 14/25 31/1
78/20 78/20 78/20
84/4 105/25 109/3
129/7 136/13 142/8
142/21 144/13
150/21 155/22
166/1 166/2 172/23

**door [1]** 114/2

**Dorian [1]** 6/23

**doubt [4]** 113/6
123/6 140/1 140/2

**doubting [1]**
146/21

**down [22]** 56/8
57/5 62/23 87/1
94/16 99/16 100/14
105/4 117/14
117/17 124/14
125/9 126/14
152/18 155/2 157/4
167/12 180/22
181/4 181/8 184/21
187/18

**downfall [1]** 93/24

**downstairs [2]**
187/10 187/14

**downtime [1]**
144/15

**dozens [1]** 152/3

**Dr [38]** 10/14 71/6
73/10 84/9 86/14
97/24 98/6 100/21
104/20 104/21
104/25 105/10
105/25 106/3 107/3
107/10 107/13
108/18 108/20
109/20 116/25
117/11 128/5
131/17 136/7
136/19 136/20
149/16 150/16
157/17 179/8
179/16 179/20
180/3 180/16 182/3
182/6 183/21

**Dr. [79]** 6/13 7/3
23/23 23/24 24/2
24/24 25/14 25/16
25/19 26/1 26/3
26/10 27/1 28/10
28/12 28/17 28/22
28/23 29/14 31/20
31/20 32/1 32/3
32/6 32/6 32/8
32/9 32/19 32/23
32/24 33/10 33/13
33/17 33/19 33/24
34/2 34/6 34/6
34/8 34/12 34/14
34/17 34/23 35/2
35/3 35/8 35/9
35/10 36/19 37/11
37/25 38/2 38/8
38/20 39/13 40/4
40/12 41/25 42/6
42/8 42/10 53/22
54/6 54/15 54/23
86/23 86/24 88/8
89/2 89/9 89/11
98/4 132/15 139/23
141/4 167/3 167/11

**Dr. Craig [63]**
6/13 23/23 24/2
24/24 25/14 25/16
25/19 26/1 26/3
26/10 27/1 28/10
28/12 28/17 28/22
28/23 29/14 31/20
31/20 32/1 32/3
32/6 32/6 32/8
32/9 32/23 32/24
33/10 33/13 33/17
33/19 33/24 34/2
34/6 34/6 34/8
34/12 34/14 34/17
34/23 35/2 35/3
35/8 35/10 36/19
37/11 37/25 38/2
38/8 38/20 39/13
40/4 40/12 41/25
42/8 42/10 53/22
54/6 54/15 54/23
139/23 141/4
167/11

**Dr. Edman [6]**
86/23 86/24 88/8
89/2 89/9 89/11

**Dr. Klin [4]** 98/4
167/3 167/17
167/24

**Dr. Wright [6]** 7/3
23/24 32/19 35/9
42/6 132/15

**draft [3]** 86/21
89/12 142/19

**drafted [1]** 57/22

**dramatic [1]** 161/9

**draw [1]** 159/17

**Dreyfuss [1]** 10/20

**drill [3]** 180/22
181/4 181/8

**Drive [2]** 141/18
141/19

**driven [1]** 169/14

**D**

**drives [3]**   94/22
94/24 97/7
**drove [1]**   169/12
**drunk [1]**   178/8
**dude [1]**   141/5
**due [1]**   142/12
**dupe [1]**   89/4
**during [62]**   13/15
14/4 21/8 22/22
43/14 43/17 63/8
65/7 90/11 96/11
106/19 107/1 107/4
108/18 111/6
111/16 118/9
118/22 120/2 120/8
122/2 122/13
129/12 129/13
129/15 129/18
129/24 129/25
130/3 131/3 131/7
131/10 131/16
132/13 132/17
134/7 135/15
139/15 144/17
145/21 147/15
147/25 148/3
152/24 156/19
157/3 157/7 157/10
157/12 161/16
161/16 162/16
163/12 163/16
163/19 164/10
165/19 172/8 173/2
174/17 177/7
186/17
**duties [6]**   20/23
28/23 31/2 31/3
31/15 31/21
**duty [32]**   20/5
24/4 29/8 31/3
31/4 31/6 31/9
31/20 32/1 32/2
32/4 32/10 32/11
32/12 32/12 32/14
32/14 32/15 32/15
32/18 32/19 41/13
41/15 51/13 51/16
51/24 54/12 55/5
58/8 102/13 102/15
102/17

**E**

**each [56]**   4/2 6/24
7/7 7/11 11/13
19/15 21/25 23/20
24/15 25/23 25/24
29/5 29/10 29/24
31/2 33/9 35/20
35/24 36/3 44/1
44/1 44/2 44/5
44/6 44/20 45/16
45/22 46/3 47/18
48/21 49/24 51/2
53/1 54/13 54/20
56/4 56/20 57/6
57/15 58/1 95/11
100/7 100/8 100/8
100/9 100/9 115/12
117/6 129/3 133/6
185/9 185/25 186/4
186/4 186/9 186/13
**earlier [4]**   39/17
93/10 159/25
170/13
**early [4]**   4/4
74/24 180/1 180/25
**easier [1]**   8/21
**easy [2]**   61/9
104/8
**eat [1]**   187/13
**economic [1]**   153/4
**economics [3]**
125/20 153/3
153/21
**editing [1]**   136/2
**Edman [9]**   86/23

89/9 89/11 136/13
136/16 165/25
**effort [1]**   143/7
**eight [3]**   27/4
57/2 150/17
**either [15]**   10/2
17/1 20/11 21/21
33/23 37/2 41/8
48/6 57/16 60/11
96/5 130/9 132/24
164/16 184/23
**electric [1]**   136/4
**electrical [1]**
152/7
**electricity [2]**
153/5 153/7
**electronic [1]**
92/5
**elements [14]**   9/15
9/16 9/17 9/19
9/19 10/7 10/10
10/18 10/20 29/5
29/10 36/13 101/13
171/15
**elephant [3]**   155/1
155/3 163/24
**eleven [2]**   80/23
80/24
**elite [1]**   114/5
**else [16]**   5/21
57/4 72/3 120/3
120/9 126/25 132/4
135/15 154/5 154/7
154/10 161/12
161/14 161/15
165/1 173/23
**elsewhere [1]**
170/1
**email [49]**   66/8
67/25 73/20 73/24
74/10 79/18 84/22
86/5 86/19 86/22
86/24 87/15 88/12

**E**

**email... [36]**
89/11 89/12 89/16
90/1 90/1 99/1
120/1 120/17
120/19 120/20
121/10 122/2
123/23 124/1 135/3
137/17 139/4
139/21 140/7
140/14 140/21
141/25 144/2
145/20 160/12
161/17 161/21
161/22 161/22
162/4 162/12
162/13 162/18
163/3 179/21 182/8
**emailed [3]**   71/15
89/15 103/12
**emails [25]**   4/24
62/2 63/2 66/4
70/2 71/17 73/15
76/23 77/3 79/17
79/19 89/6 89/25
94/19 120/12 123/8
137/10 138/25
145/7 145/8 145/13
169/19 169/24
169/25 182/13
**emphasize [1]**
43/21
**employees [4]**
20/21 20/23 20/24
62/24
**employers [1]**
191/2
**encompass [1]**   72/4
**encompassed [1]**
72/4
**encrypted [2]**
94/23 95/1
**encryption [1]**

**end [31]**   6/9 8/10
17/8 19/2 57/14
64/16 69/18 70/16
71/1 71/9 73/6
73/13 78/7 79/7
81/18 85/14 91/10
93/22 104/9 112/6
115/22 117/2 118/4
144/19 151/19
153/8 182/1 182/15
183/5 185/17 187/5
**ending [1]**   117/9
**ends [2]**   57/5
137/3
**engage [1]**   31/6
**engaged [2]**   36/24
42/2
**engaging [1]**   74/1
**English [2]**   154/3
178/14
**enhanced [1]**   81/21
**enjoy [1]**   187/20
**enough [6]**   24/12
109/6 128/10
128/13 129/10
188/14
**enrichment [14]**
23/25 24/4 34/2
34/3 41/17 52/4
52/13 52/21 53/3
54/2 54/11 54/21
55/4 102/19
**ensure [2]**   183/3
186/3
**enter [1]**   174/25
**entire [9]**   13/25
79/12 111/21
122/12 129/25
141/15 156/25
163/24 164/6
**entirely [2]**   60/10
173/25
**entities [1]**   84/20

**entitled [8]**   29/20
40/18 41/1 41/17
43/21 44/1 56/5
79/15
**entitlement [1]**
171/15
**entity [1]**   74/17
**equal [9]**   8/8 8/16
11/13 20/18 29/24
37/19 41/18 56/5
116/3
**equally [3]**   29/20
39/18 68/15
**equals [1]**   20/19
**equitable [1]**   38/5
**escape [1]**   168/14
**escort [1]**   5/17
**especially [3]**
124/20 178/4 178/5
**ESQ [11]**   1/13 1/14
1/16 1/17 1/17
1/20 1/21 1/21
1/22 1/22 1/23
**essential [3]**
24/22 25/12 26/8
**establish [6]**
24/22 25/12 26/7
29/11 111/20 172/6
**established [5]**
72/2 72/3 74/22
128/4 128/6
**establishing [2]**
36/12 37/20
**estate [112]**   1/4
23/22 26/17 26/21
27/4 28/9 28/11
28/15 28/25 29/16
30/2 30/10 30/16
32/22 33/12 33/15
33/16 33/20 33/22
33/25 34/1 34/3
34/10 34/11 34/21
34/22 35/6 37/9
37/12 37/13 38/6

**E**

**estate... [81]**
38/23 39/2 39/4
39/5 39/7 39/17
39/20 40/2 40/5
40/10 40/13 40/15
40/16 40/21 40/22
40/25 41/7 41/9
41/16 41/21 42/3
42/12 46/11 46/14
47/1 47/4 47/15
47/21 48/4 48/6
48/18 48/24 49/7
49/10 49/20 50/2
50/10 50/13 50/23
51/5 52/4 52/6
52/9 52/11 52/22
53/4 53/13 53/16
53/24 54/18 55/8
55/12 55/14 55/15
57/16 82/15 85/5
90/12 97/6 99/7
99/10 99/25 100/4
100/5 101/1 101/3
101/4 101/12
101/16 101/25
102/22 102/23
103/2 103/2 103/6
103/17 105/15
106/3 177/12 184/9
184/12

**estate's [5]**  53/22
54/16 101/22
101/25 104/16

**et [2]**  136/18
141/1

**even [35]**  20/12
25/18 35/14 59/20
64/19 75/15 77/7
80/18 81/4 91/9
96/2 96/15 96/22
103/12 104/22
104/23 113/21

117/11 119/21
126/7 133/12
137/23 138/18
139/17 141/5
144/17 153/10
160/12 170/9
170/10 178/14
179/23 182/18
184/2 187/18

**evening [2]**  9/10
190/6

**event [4]**  151/19
185/24 187/21
189/14

**events [1]**  111/18

**eventually [5]**
60/14 61/18 65/9
76/14 84/24

**ever [24]**  57/13
81/15 91/4 91/6
91/8 96/9 96/25
118/14 119/25
130/1 130/3 130/7
130/8 130/11
130/17 132/13
132/17 144/2 144/3
151/20 155/7
163/10 179/22
180/10

**every [19]**  84/14
97/11 112/15
114/25 115/1 115/1
130/25 136/17
148/14 148/18
150/10 153/13
153/16 166/12
172/3 172/4 172/23
174/3 175/1

**everybody [2]**
154/5 154/7

**everyone [8]**  5/6
20/3 116/13 175/17
188/3 188/20
188/20 190/4

**everything [12]**
60/7 89/5 95/9
104/19 135/15
165/1 174/17
182/16 182/19
183/1 188/15
190/13

**evidence [174]**
20/9 20/25 21/2
21/4 21/11 21/12
21/14 21/16 21/19
21/22 21/23 21/24
22/16 22/18 22/19
23/21 24/7 24/8
24/11 24/12 24/17
24/19 24/23 25/2
25/4 25/8 25/10
25/14 25/21 26/6
26/9 27/14 27/16
28/8 29/11 32/5
33/10 33/19 34/5
34/14 35/1 35/7
35/15 35/16 35/18
36/7 36/14 36/19
37/10 37/21 38/3
38/12 38/15 38/20
39/1 39/7 39/11
40/24 42/1 42/7
43/18 44/5 44/12
44/21 45/4 45/14
48/9 56/24 58/6
58/8 58/9 58/12
58/12 58/15 58/16
58/18 60/6 61/9
62/6 62/7 62/13
63/21 64/18 64/24
65/21 67/23 68/3
68/5 68/15 68/16
69/19 71/14 73/14
77/1 78/12 78/21
80/2 80/17 82/8
88/23 90/9 95/8
96/25 97/3 98/11
99/24 100/25 101/2

**E.**

**evidence... [66]**
103/7 104/17
104/19 104/21
104/24 107/5
108/19 109/17
109/19 110/14
111/13 111/13
112/2 112/4 113/22
114/25 116/23
117/6 117/12
117/18 117/20
118/6 118/13
118/23 124/20
124/21 127/13
128/22 129/12
134/7 135/7 135/16
138/21 144/11
148/23 149/18
151/5 151/23
151/25 152/15
153/8 155/17
156/16 156/19
158/5 160/25
166/21 169/18
172/5 172/8 172/9
172/12 173/1
174/19 177/13
178/17 178/20
178/22 182/11
184/3 184/7 185/10
185/12 186/7 186/9
190/23
**ex [1]**  62/21
**ex-wife [1]**  62/21
**exact [6]**  11/7
74/18 79/11 80/23
80/25 154/21
**exactly [7]**  77/22
93/18 111/15
111/15 117/3
148/10 164/13
**examination [4]**

183/7
**examined [1]**  60/7
**examining [1]**
161/8
**example [7]**  60/11
76/23 116/4 119/11
123/22 179/20
180/24
**examples [2]**
126/24 168/9
**exceeded [1]**  104/1
**excellent [1]**
186/19
**except [9]**  21/6
35/24 62/24 86/20
115/1 119/15 144/3
152/21 153/16
**exception [3]**
36/22 37/5 133/17
**Exch [2]**  59/21
66/22
**exchange [14]**
27/18 27/19 27/22
27/25 28/3 59/19
66/8 66/14 82/1
82/5 84/7 84/8
89/11 145/8
**exclude [1]**  160/19
**excluded [1]**  107/5
**excluding [1]**  36/8
**excruciating [1]**
75/25
**excuse [4]**  94/24
99/17 143/21
167/10
**executed [1]**  173/4
**exercise [1]**  36/11
**exercised [2]**
32/24 37/14
**exercising [1]**
30/13
**exhibit [11]**  12/24
13/12 13/12 13/14

15/5 15/7 18/1
185/11
**exhibits [11]**
12/24 14/12 15/2
17/15 18/6 21/3
24/19 25/10 28/5
185/10 186/7
**exist [1]**  59/20
**existed [3]**  32/5
35/1 172/6
**existence [3]**
29/11 124/21
124/22
**expect [6]**  60/3
119/1 119/11
121/11 124/9 190/9
**expects [1]**  142/11
**expenses [2]**
123/16 123/17
**experience [3]**
23/8 119/7 140/5
**expert [18]**  23/9
23/12 23/14 23/20
84/1 86/24 88/9
89/2 92/8 94/23
97/2 112/2 129/1
129/7 149/23
178/16 178/20
183/3
**expert's [1]**  23/11
**expertise [1]**
97/16
**experts [1]**  63/5
**explain [9]**  20/12
28/7 44/19 98/11
105/14 105/16
138/15 168/22
182/9
**explained [3]**
39/17 179/16
179/20
**explaining [2]**
120/14 137/18

**E**

explanation [5]
67/24 167/25
168/24 168/24
168/25

explanations [2]
124/24 168/5

explanatory [1]
169/3

explicitly [1]
27/12

expose [1]   85/1

exposed [1]   42/19

express [1]   90/2

expressly [1]
82/13

extending [1]
143/1

extension [1]
143/21

extent [3]   30/24
43/2 169/5

extracted [1]
169/25

Extremely [1]
111/4

eye [1]   58/1

eyes [2]   105/1
118/20

eyewitness [1]
21/18

**F**

face [2]   84/15
84/16

Facebook [3]   67/4
75/1 127/3

faced [1]   65/21

fact [62]   7/24 8/4
8/9 8/14 8/15 8/16
9/17 11/23 20/16
21/17 21/20 22/19
23/5 23/16 23/18
24/16 25/7 34/15

37/17 37/18 37/18
43/10 44/8 59/6
61/4 62/14 68/22
72/5 72/14 78/16
81/21 89/7 90/6
93/19 96/23 97/11
98/18 101/2 109/8
109/10 109/15
111/22 112/9
112/16 119/6
121/14 131/7 134/3
137/9 142/24
160/13 162/15
163/16 166/3 171/3
171/4 173/2 176/10
176/13 176/17
176/21 180/3

factor [1]   164/9

factors [2]   10/6
62/5

facts [19]   21/9
21/19 23/16 24/20
25/11 26/11 26/13
26/14 27/14 28/7
28/8 32/15 36/12
37/15 45/3 45/13
116/7 157/11 173/2

factual [1]   21/6

fail [1]   174/23

failed [3]   63/3
152/12 172/10

fails [4]   24/22
25/12 26/7 96/22

fair [5]   31/4
57/11 57/14 57/16
109/18

fairly [1]   39/1

faith [2]   31/4
32/13

fake [13]   57/23
85/24 86/1 86/2
86/2 86/3 86/4
86/10 87/3 87/7
87/14 88/24 114/20

fall [1]   165/7

Fallacy [8]   128/3
128/11 130/18
132/7 141/18
141/19 141/19
165/20

fallen [1]   95/15

falls [1]   174/22

false [11]   34/15
34/16 34/18 34/19
34/20 81/1 98/5
162/23 163/6
174/19 175/22

falsely [2]   22/18
176/20

family [7]   57/4
57/21 89/17 90/6
104/14 127/24
136/7

family's [1]   57/24

famous [1]   71/23

fancy [1]   168/3

Fantasist [3]
112/22 112/25
165/3

fantastic [1]
116/16

fantasy [2]   123/25
172/10

far [4]   69/19
118/19 142/14
189/6

farm [2]   151/17
153/17

fashioned [1]
149/24

fast [1]   142/4

fate [5]   93/8
93/11 93/17 93/18
93/20

father [2]   71/18
158/20

favor [3]   36/16
38/18 55/8

**F**

**February [16]**
26/15 26/24 36/5
36/8 36/16 37/13
71/21 89/10 94/5
121/25 160/7 161/3
166/14 166/15
179/22 186/17

**February 14th [4]**
26/15 36/5 36/8
37/13

**February 16th [1]**
179/22

**February 2018 [1]**
166/15

**February 28th [1]**
89/10

**February 4 [1]**
160/7

**February 5 [1]**
161/3

**February of [4]**
71/21 94/5 166/14
186/17

**federal [1]** 107/20
**feel [2]** 128/5
186/24
**fees [1]** 124/3
**feet [1]** 125/10
**Feign [1]** 178/7
**fell [1]** 155/10
**fellow [3]** 141/16
154/12 161/2
**FERNANDEZ [5]** 1/22
1/23 7/3 7/5 10/14
**Ferrier [7]** 64/25
65/9 73/21 73/21
76/13 76/14 81/23
**few [8]** 4/4 16/2
22/7 63/11 76/17
170/6 185/7 189/8
**fiancee [2]** 90/8
90/9

**fiat [1]** 179/19
**fiduciary [19]**
24/4 31/19 31/21
32/1 32/4 32/9
32/12 32/18 32/19
41/13 41/15 51/13
51/16 51/24 54/12
55/5 102/12 102/15
102/17
**field [1]** 23/8
**fight [2]** 169/2
169/4
**fighting [3]** 74/2
166/23 167/8
**figure [1]** 189/18
**figured [1]** 103/12
**file [6]** 7/9 10/4
84/24 95/1 182/7
182/8
**filed [9]** 26/14
35/12 36/4 37/23
66/19 82/12 128/20
143/21 166/3
**files [2]** 59/14
94/23
**fill [4]** 100/8
100/9 101/7 184/18
**filled [1]** 101/24
**filthy [2]** 112/12
163/25
**final [10]** 3/4
7/13 17/9 18/6
19/21 56/4 56/23
57/3 57/4 102/19
**finally [8]** 46/1
61/24 94/9 95/3
103/15 104/7 143/3
145/18
**financial [4]** 32/7
43/5 43/11 74/14
**financially [1]**
96/14
**find [73]** 14/16
24/24 25/14 26/9

26/13 32/8 35/6
36/14 36/16 36/18
36/20 37/5 38/15
38/18 38/19 38/21
38/23 39/4 39/10
39/13 39/22 40/2
40/11 40/15 40/21
41/7 41/12 41/16
41/21 42/1 45/18
46/13 46/20 47/3
47/19 48/6 48/23
49/9 49/25 50/12
51/3 51/15 51/23
52/11 53/2 53/15
53/23 54/7 54/17
54/25 55/14 55/19
60/16 61/8 61/8
61/13 61/20 62/1
66/13 68/1 94/21
99/7 100/1 102/21
103/6 121/23
127/14 150/7
159/17 161/19
171/14 177/25
187/7
**finds [1]** 60/14
**fine [3]** 10/16
10/21 11/11
**fingerprints [1]**
124/20
**fingertips [1]**
156/10
**finished [1]** 20/6
**Finney [1]** 171/19
**fire [2]** 60/18
60/19
**first [40]** 10/25
11/5 16/6 19/1
32/3 39/24 45/17
45/19 67/2 68/2
78/25 86/4 89/11
97/21 97/25 99/6
107/9 108/14 109/3
111/22 113/25

**first... [19]**
115/13 115/14
117/18 121/21
123/14 129/20
134/18 134/19
135/9 135/11
146/16 149/3 155/9
160/7 160/14
171/24 180/5
187/13 190/20
**fit [5]**  144/6
144/23 158/8
159/21 167/16
**fits [2]**  112/22
146/9
**five [6]**  17/15
17/19 26/24 34/20
94/12 158/3
**fix [1]**  162/3
**flagged [1]**  63/8
**flashy [1]**  96/20
**fled [4]**  98/16
107/3 108/18
108/20
**Fleeing [1]**  107/20
**flees [1]**  107/21
**FLEXNER [1]**  1/16
**flips [2]**  67/7
67/11
**FLORIDA [13]**  1/1
1/15 1/18 1/24 2/4
26/22 26/25 124/4
152/12 192/3 192/7
192/15 192/18
**flsd.uscourts.gov
[2]**  2/4 192/19
**flurry [1]**  145/8
**focus [2]**  89/4
110/25
**focused [1]**  9/1
**follow [10]**  8/21
19/25 19/25 20/12

157/8 162/11 171/9
**following [26]**
19/19 27/18 29/5
30/3 31/22 32/4
33/9 33/18 34/4
34/13 34/25 38/11
39/9 43/2 43/3
46/9 47/14 48/18
49/19 50/23 52/22
53/23 54/7 54/17
54/25 55/3
**follows [2]**  7/22
73/24
**food [1]**  96/15
**fool [1]**  178/8
**fool's [1]**  94/19
**forced [1]**  60/8
**forcing [1]**  103/22
**foregoing [1]**
192/10
**foreign [2]**  67/13
146/19
**foreigner [1]**
159/20
**foremost [1]**
190/20
**forensic [2]**  94/23
183/2
**Forensic's [1]**
92/7
**forensics [8]**  96/2
121/6 122/19
123/24 124/17
125/7 141/4 146/23
**foreperson [6]**
45/7 45/7 46/5
55/24 56/2 184/18
**forge [1]**  98/5
**forged [19]**  60/15
60/17 80/25 86/22
88/12 88/19 88/24
89/12 89/14 89/21
91/11 92/1 92/22

136/17 149/18
163/4
**forger [15]**  112/3
112/4 112/19
112/20 113/10
115/19 164/2 164/3
165/2 166/6 166/11
166/11 166/12
168/19 172/14
**forgeries [20]**
57/1 57/22 85/23
88/18 89/3 105/20
112/14 119/20
164/1 164/13
165/25 166/1 166/2
166/8 166/9 166/14
166/16 174/1
174/19 184/8
**forgeries' [1]**
113/16
**forgery [12]**  86/6
86/25 88/9 89/1
89/9 89/13 89/18
92/4 138/4 166/5
166/15 176/24
**forges [7]**  59/15
59/23 60/11 85/20
86/12 114/18
114/19
**forget [4]**  22/25
125/10 134/24
136/22
**forging [3]**  60/19
88/15 112/7
**forgot [3]**  86/21
143/21 149/1
**form [40]**  7/10
7/14 10/22 12/3
12/12 12/15 17/13
17/22 18/19 19/5
19/24 29/3 45/9
45/10 46/4 46/6
46/7 46/8 55/25

**F**

**form... [21]** 56/2
56/9 56/11 61/2
61/7 63/13 63/14
68/9 81/24 87/18
87/19 99/4 99/6
103/10 115/22
136/4 145/11
145/18 172/2
184/16 184/18
**formal [2]** 58/12
58/13
**formality [1]**
91/21
**format [2]** 180/25
181/2
**formation [2]**
27/13 145/6
**formed [14]** 26/24
28/12 37/15 61/4
77/16 78/18 87/5
124/4 130/8 136/7
153/12 157/10
157/11 173/3
**former [3]** 72/11
125/13 125/13
**forth [7]** 15/18
55/17 55/22 134/13
134/14 135/12
173/8
**fortune [10]** 66/21
88/24 89/22 90/5
95/17 125/18
125/19 125/21
125/23 126/5
**forums [1]** 181/18
**forward [4]** 4/9
80/16 80/18 104/22
**forwarded [1]**
76/18
**forwarding [1]**
121/2
**forwards [2]** 74/10

**found [12]** 52/6
53/13 55/8 56/21
94/25 97/3 102/23
103/2 136/17 170/9
170/10 187/7
**founds [1]** 74/19
**four [16]** 10/6
26/22 29/8 34/18
36/3 58/1 110/15
132/2 135/14
150/20 157/2 157/5
157/25 158/2 158/6
164/25
**four-year [1]** 36/3
**frame [1]** 189/7
**fraud [49]** 23/25
23/25 24/3 24/3
34/12 34/13 34/23
34/24 41/8 41/8
41/10 41/11 41/22
41/22 49/7 49/11
49/18 50/1 50/10
50/14 50/22 51/4
54/2 54/2 54/11
54/12 54/21 54/22
55/4 55/5 55/10
55/10 57/18 93/1
97/5 101/12 101/13
101/19 101/20
101/20 101/21
101/22 102/1 102/3
102/4 102/10
103/12 111/10
177/3
**fraudulent [13]**
7/17 7/23 8/13
10/15 36/23 36/25
37/1 37/4 37/9
37/16 37/21 38/2
57/19
**fraudulently [4]**
31/21 37/8 37/11
37/25

**free [1]** 188/16
**FREEDMAN [19]** 1/13
1/13 4/22 5/1 5/22
6/16 14/9 82/19
83/4 103/25 106/6
106/20 106/22
107/2 107/8 108/13
110/6 175/6 184/15
**fresh [1]** 63/19
**friend [18]** 56/22
56/25 57/23 64/4
66/5 88/25 89/7
93/20 94/22 106/1
129/24 150/10
160/20 161/23
165/11 168/13
176/16 183/2
**friend's [4]** 85/5
89/22 101/1 105/21
**friends [11]** 62/8
62/17 62/25 69/22
89/25 122/24 123/1
129/23 150/8
161/22 162/5
**front [12]** 14/5
17/8 78/9 91/21
104/2 112/2 112/5
113/8 118/20 156/4
162/6 164/14
**fruits [1]** 94/15
**frustrate [2]**
31/17 57/24
**frustrating [1]**
133/21
**frustration [1]**
167/22
**fulfill [3]** 58/7
80/4 139/11
**full [4]** 17/7
30/22 39/11 93/3
**fully [1]** 44/21
**fun [2]** 66/12
141/2
**function [1]** 167/6

**F**

**functioning [2]**
167/23 167/23
**fund [3]** 61/17
61/22 75/7
**fundamental [1]**
113/19
**funded [3]** 75/19
75/19 78/14
**funding [1]** 145/25
**further [12]** 11/24
12/14 17/24 18/11
28/15 30/1 45/20
68/22 185/19
189/23 191/10
192/12
**furtherance [1]**
168/21
**Furthermore [1]**
30/15
**fuzz [1]** 160/4

**G**

**Gables [1]** 1/24
**gain [2]** 43/5
96/24
**gallery [1]** 4/15
**gave [12]** 11/2
22/22 86/24 88/8
89/2 111/12 136/16
151/20 161/19
170/12 176/21
177/14
**Gavin [1]** 70/5
**general [3]** 20/21
165/8 167/2
**generally [2]**
38/25 168/5
**gentleman [5]** 4/11
5/15 5/20 162/15
168/18
**gentlemen [78]**
19/14 56/3 56/15
62/6 75/17 82/23

110/5 110/12
110/20 111/1
111/12 112/11
112/19 113/2
113/18 113/18
114/13 115/5
115/24 116/24
117/15 117/25
118/8 119/3 120/4
124/24 126/10
127/16 128/18
130/22 133/9
134/12 135/20
135/25 137/16
138/9 138/16
139/13 140/19
148/12 148/20
151/4 151/7 151/24
152/8 153/2 153/18
153/23 154/17
156/15 157/8
157/13 158/12
159/21 162/24
163/22 165/9
166/17 169/18
170/7 170/20 171/9
171/13 171/23
172/19 173/16
173/25 174/6
174/14 174/25
175/17 175/21
184/6 184/16 190/4
**get [47]** 6/11 7/19
13/4 13/5 45/2
45/6 57/17 57/19
57/20 57/22 57/23
57/25 58/3 59/6
60/23 66/21 73/21
81/2 85/23 85/25
99/5 119/17 121/3
121/13 124/22
125/16 125/19
126/6 133/20

137/12 141/11
142/19 142/20
142/21 143/24
144/1 145/3 145/10
164/10 168/3
168/20 174/24
176/6 177/2 187/3
**gets [9]** 60/12
83/23 101/8 106/4
128/20 136/7 143/4
157/16 161/8
**getting [3]** 59/1
60/24 142/25
**gifting [1]** 33/7
**girl [2]** 67/2
158/22
**give [25]** 14/21
16/2 16/3 16/11
17/12 20/2 21/21
23/19 43/17 44/25
56/9 58/18 103/17
103/22 104/1
107/16 107/25
108/5 110/6 111/14
168/9 184/21
185/19 187/16
189/2
**given [13]** 9/6
9/24 13/1 16/25
17/4 44/8 56/17
84/7 84/9 99/18
118/6 155/7 158/7
**gives [3]** 59/17
59/18 155/12
**giving [2]** 91/14
156/5
**glad [1]** 107/19
**go [76]** 6/10 7/1
9/21 9/21 10/2
15/11 15/12 16/24
17/4 17/21 20/7
46/8 57/15 65/8
68/22 82/22 88/11

**G**

**go... [59]**   92/11
92/13 100/17 101/5
106/11 106/18
115/24 120/23
121/16 125/3
129/11 129/11
129/22 130/14
131/13 131/22
133/17 134/9
134/21 135/7
136/22 138/15
140/7 140/16
141/13 142/3 144/8
144/19 146/25
147/1 148/9 148/10
148/12 148/13
148/15 151/18
152/19 156/13
159/19 161/18
162/1 165/2 166/21
166/21 167/15
167/15 172/19
172/21 173/13
175/4 176/24
179/21 186/22
187/9 187/14
187/18 187/18
189/21 190/6
**goal [1]**   75/21
**gobbledygook [1]**
184/8
**goes [15]**   7/23
8/13 14/1 15/1
37/16 65/9 71/13
92/23 124/12
141/12 144/12
149/2 149/15
152/18 160/5
**going [132]**   5/13
5/16 6/2 9/4 10/10
12/10 12/21 14/9
14/11 15/10 15/11

15/11 15/19 62/4
62/5 62/12 63/9
63/10 63/18 69/16
76/25 85/13 87/1
89/3 100/8 101/9
102/1 105/4 109/7
110/25 111/14
111/17 112/9
112/20 113/6
113/12 113/13
113/14 113/24
115/6 117/8 117/14
118/20 119/5
119/24 121/3
121/14 121/16
122/6 122/8 123/4
123/7 123/11
124/15 125/9
125/14 126/2 126/6
127/5 127/7 127/17
130/19 131/20
132/22 133/22
134/5 135/11
135/12 136/3
136/24 137/1
137/11 138/1 139/1
139/10 140/3
141/17 142/11
142/24 142/25
143/12 143/15
144/10 145/1 145/9
146/3 148/7 148/15
148/15 149/20
150/10 151/3
151/10 152/19
154/21 154/25
154/25 155/1
156/14 157/15
158/13 159/10
161/10 164/2 164/3
164/4 165/2 165/5
165/7 166/7 166/10
166/21 168/7
168/11 168/20

169/9 169/11
169/16 170/24
171/16 172/12
173/14 174/9
186/25 187/1 187/2
187/16 189/11
189/16 189/20
**gold [1]**   94/20
**gone [2]**   133/25
170/17
**Gonzalez [1]**   7/4
**good [25]**   4/2 6/16
6/21 6/24 6/25 7/6
7/7 15/12 19/14
19/15 22/11 31/4
32/13 64/7 69/22
94/13 94/14 110/11
134/20 147/21
156/16 157/20
179/16 179/19
180/1
**got [30]**   5/9 9/7
14/15 66/21 78/9
87/17 87/21 88/16
104/8 118/11 125/3
147/12 149/1 149/2
149/3 151/8 152/19
153/10 161/18
162/25 163/4
169/11 169/13
171/21 175/25
176/15 177/11
177/22 182/16
182/18
**gotten [1]**   93/24
**government [6]**
59/5 65/7 94/1
94/2 94/17 146/11
**grab [1]**   19/3
**gravitational [2]**
119/8 153/20
**great [8]**   5/13
72/23 115/9 117/22

## G

**great... [4]**
130/15 144/15
160/18 170/5
**greater [1]** 43/21
**greatest [2]** 66/23
179/4
**greed [3]** 93/23
122/24 123/2
**greedy [1]** 59/25
**grew [1]** 82/10
**grieving [1]** 57/21
**gross [2]** 42/2
42/16
**grossly [1]** 31/7
**group [2]** 69/12
77/16
**groups [1]** 117/2
**grow [1]** 82/10
**growing [1]** 166/25
**guess [5]** 5/10
111/1 124/17 143/4
147/20
**guidance [1]** 45/15
**guide [1]** 139/9
**Guinea [1]** 98/13
**guns [1]** 116/12
**guy [6]** 62/18
66/24 126/16
154/13 171/19
172/13
**guys [3]** 19/7
67/21 94/7

## H

**had [126]** 5/23 9/9
22/1 39/14 42/10
43/9 44/6 58/11
61/9 61/10 61/13
61/20 62/1 64/1
64/2 64/5 64/19
64/22 65/12 65/17
69/8 69/14 70/12
71/23 73/11 73/24

74/15 76/15 76/21
79/21 83/7 83/10
84/14 85/8 87/12
88/14 90/4 90/4
90/23 90/25 91/18
91/19 92/25 93/3
93/9 93/9 93/24
94/1 96/6 98/12
100/20 108/18
116/16 117/10
117/22 119/4 122/5
122/8 122/19 125/8
125/12 125/18
125/19 125/22
126/25 126/25
127/18 128/10
130/11 131/4 131/5
131/17 132/14
136/5 137/15
139/20 140/4
140/17 140/17
142/24 142/24
144/13 144/14
149/5 150/17
150/18 151/13
151/14 151/19
151/20 151/21
151/23 153/8
154/16 154/22
156/3 158/14
159/16 159/17
161/15 161/16
161/23 161/23
162/14 162/14
162/21 162/21
163/7 163/13
163/14 168/9
169/15 169/20
169/20 170/3
170/17 176/1 176/3
179/13 179/14
179/19 179/25
180/1 180/15
183/19 192/8

**had... [12]** 171/18
**half [19]** 57/7
57/8 59/17 79/15
81/3 86/21 90/7
99/22 100/15
100/22 100/23
102/10 102/18
103/22 103/22
103/23 103/23
155/2 176/15
**Halloween [5]**
115/11 138/23
138/25 149/10
159/24
**halves [1]** 68/17
**hand [17]** 4/14
4/14 8/20 8/20 9/7
78/4 91/11 92/6
92/9 95/11 120/11
120/16 145/23
150/16 187/2
187/21 192/14
**handed [3]** 9/3
9/24 10/4
**handle [1]** 160/8
**hands [1]** 67/12
**handwriting [5]**
77/14 77/21 78/4
78/5 78/17
**handwritten [3]**
92/10 92/12 92/14
**hang [1]** 189/10
**happen [8]** 119/4
119/6 138/25
152/13 156/24
158/9 162/7 164/11
**happened [22]** 9/9
9/12 58/19 89/24
111/18 113/17
118/9 118/12
118/22 139/14
146/5 147/25 149/9
152/24 156/22
157/7 157/12

**H**

**happened... [5]**
172/25 173/1 173/2
173/6 174/23
**happens [12]**
118/15 121/9
123/16 125/2
136/25 142/13
143/2 144/8 145/5
156/1 156/5 161/21
**happy [1]** 10/4
**hard [6]** 15/16
19/16 58/14 62/7
73/14 129/23
**hardest [1]** 185/25
**hardship [1]** 38/8
**harm [3]** 43/9
43/10 102/17
**Harvey [1]** 117/22
**has [101]** 4/13
4/22 9/5 11/13
15/19 20/3 21/17
23/7 23/23 24/1
24/16 25/7 28/9
29/24 31/19 36/15
37/5 38/8 45/9
48/7 48/16 56/7
56/23 57/13 60/25
61/4 62/14 66/19
66/19 68/4 68/9
74/5 74/5 79/16
79/25 80/18 81/2
82/8 84/2 84/7
84/9 85/6 85/24
86/16 87/8 94/24
95/7 96/25 98/8
98/17 99/4 101/6
101/18 103/5 103/7
104/17 104/22
104/25 108/13
108/19 109/15
113/23 116/22
117/1 119/7 121/5

124/6 121/8 124/4
124/5 124/9 124/17
124/17 143/18
146/17 147/3
148/18 151/15
151/16 151/17
151/19 153/20
158/2 160/17
167/24 171/10
171/14 176/11
176/14 178/13
180/25 184/11
185/9 185/13
185/14 185/23
185/24 186/15
188/19 190/23
191/3
**hasn't [2]** 104/8
123/1
**hates [3]** 63/15
64/20 68/8
**have [326]**
**haven't [6]** 109/3
115/25 144/17
172/16 187/12
188/7
**having [6]** 93/11
107/3 114/14 118/3
183/21 186/23
**he [514]**
**he's [47]** 4/14
5/11 60/10 66/23
74/25 80/13 81/11
88/4 88/16 89/25
94/22 98/10 104/23
112/1 112/3 112/3
112/18 112/20
112/20 114/17
121/2 136/20 138/3
138/18 139/15
140/16 142/12
153/16 158/16
162/8 163/4 164/1
164/16 164/17

167/13 169/1 169/4
169/5 169/6 176/25
177/12 177/23
178/1 183/2
**head [2]** 111/8
114/24
**headway [1]** 142/9
**heap [1]** 171/17
**heaping [1]** 112/13
**hear [12]** 4/21
64/3 105/4 108/14
130/17 140/10
158/23 159/2 159/6
159/7 161/12 180/8
**heard [28]** 12/1
59/7 62/16 62/21
64/1 90/25 95/24
99/12 99/15 100/12
105/10 111/15
112/16 116/1
117/19 130/13
132/3 133/13
136/13 137/2 151/5
153/7 158/25 160/3
164/7 171/20 180/5
183/21
**heart [1]** 104/10
**heated [1]** 152/9
**heavier [1]** 105/2
**heavily [1]** 173/23
**Hector [1]** 152/16
**Heighenbaum [3]**
138/19 139/2
139/19
**heirs [3]** 30/17
30/21 30/23
**held [7]** 76/11
76/13 76/15 77/15
78/17 170/7 177/2
**help [12]** 28/7
60/21 60/22 65/10
66/21 69/14 94/17
94/21 136/2 143/13

# H

**help... [2]** 145/4
182/18
**helped [4]** 71/4
71/7 71/22 177/19
**helpful [4]** 15/3
23/7 58/18 158/9
**helping [1]** 141/17
**helps [2]** 12/13
177/18
**her [4]** 11/2 61/1
96/13 176/19
**here [59]** 5/19 9/7
16/19 16/21 17/18
18/7 20/10 35/20
56/23 58/10 58/19
69/15 69/15 69/16
69/17 77/2 85/6
85/13 86/18 102/20
103/1 108/3 111/7
113/3 113/4 113/11
113/11 113/11
115/5 115/10
115/12 120/15
120/17 120/21
123/14 125/14
126/10 126/15
126/24 127/18
127/19 129/22
131/1 136/13
137/22 140/22
156/16 161/2
169/12 169/14
169/22 175/25
176/4 184/11 188/9
189/5 189/16
190/16 190/16
**here's [40]** 9/9
9/11 87/21 111/12
113/3 113/12
113/12 114/13
117/17 121/2 122/1
122/17 123/3 123/3

124/2 135/20
137/11 138/19
139/1 139/5 139/13
139/18 139/23
140/9 140/15 142/3
143/14 143/14
144/25 147/3
149/19 149/19
150/4 150/9 158/19
158/19 165/4 169/1
173/24 177/16
**hereby [1]** 192/7
**hereunto [1]**
192/14
**hernandez [6]** 2/2
2/4 192/5 192/17
192/17 192/19
**hesitate [1]** 44/24
**Hey [7]** 87/17
87/20 123/9 137/5
141/9 143/12 159/2
**Hi [6]** 19/14 121/9
137/12 140/10
141/17 142/8
**hide [8]** 57/24
86/10 87/3 88/15
88/24 156/12
156/12 178/7
**hiding [1]** 132/8
**high [5]** 42/12
43/6 58/18 126/11
167/6
**high-level [1]**
58/18
**high-tech [1]**
126/11
**higher [2]** 25/3
167/22
**highest [6]** 40/19
41/1 100/11 100/13
101/7 171/8
**highlight [3]**
108/21 120/17
130/7

**highly [1]** 25/5
**him [91]** 5/8 5/17
5/20 5/23 36/20
38/21 42/9 60/18
60/19 63/21 64/6
64/11 64/17 65/24
66/7 66/20 66/25
67/3 67/14 67/14
67/16 67/24 68/1
68/24 69/23 70/1
70/2 70/6 70/17
70/18 71/3 71/4
71/7 71/15 71/22
72/12 72/13 72/14
72/15 73/7 73/20
75/14 75/15 77/22
78/8 78/9 78/18
79/1 82/3 82/14
85/9 87/16 89/5
89/15 89/15 89/19
90/16 90/19 91/14
93/11 94/17 96/6
97/14 98/2 98/10
98/13 98/13 98/14
98/16 127/2 127/6
127/6 130/1 131/4
138/2 138/2 138/3
141/7 152/16
159/19 161/8
161/10 161/11
163/13 166/4 176/1
176/3 177/18
179/11 180/19
183/22
**himself [12]** 59/11
60/9 60/12 64/19
71/15 79/16 94/15
97/18 97/19 105/8
149/9 177/21
**hired [4]** 62/24
98/1 152/15 152/16
**his [187]** 4/14
28/23 29/16 30/4
31/15 31/21 31/24

**H**

his... [180]   37/8
38/10 39/16 39/20
39/20 41/14 41/19
56/22 56/23 56/25
57/18 57/19 57/22
57/24 59/8 59/11
60/8 60/15 60/18
62/18 62/18 62/19
63/23 64/4 64/6
64/17 64/20 64/22
65/1 65/4 65/6
65/18 65/20 65/20
65/24 65/24 66/1
66/9 66/10 66/24
68/8 72/15 72/15
73/5 73/10 73/15
73/15 73/15 74/2
74/10 76/17 77/20
77/21 78/10 78/16
80/4 80/25 81/12
84/20 84/20 84/21
85/5 85/18 85/19
86/3 87/4 88/15
88/24 89/6 89/21
89/22 90/2 91/16
92/8 93/1 93/1
93/7 93/24 94/4
94/15 94/16 94/18
95/14 95/17 95/18
95/20 95/25 96/12
97/13 97/15 97/15
98/1 98/8 99/10
101/1 102/13
102/15 103/22
103/23 104/25
105/1 105/10
105/11 105/21
106/1 118/18 120/8
120/22 121/5 121/5
123/20 123/23
125/12 125/12
126/23 126/23

126/25 127/1 127/2
127/23 129/24
129/24 130/3 131/7
131/10 131/19
132/6 132/8 132/9
132/9 132/13
132/17 136/7 141/4
141/5 142/25 144/1
147/25 149/22
151/5 152/21 153/6
153/6 153/7 153/8
153/9 153/21
159/15 160/19
160/20 161/16
161/16 161/22
163/16 163/19
166/19 166/19
166/19 166/23
167/8 167/9 167/24
169/2 170/4 176/11
176/16 177/7
177/11 177/17
177/23 177/24
178/6 178/16 179/7
179/9 180/3 180/13
183/12 183/23
184/3
history [1]   139/14
hit [1]   111/7
hold [10]   18/24
18/24 31/10 77/11
77/17 106/21 113/2
116/25 143/20
160/15
hold-up [1]   143/20
holdings [1]   80/5
holes [1]   98/17
holiday [5]   144/15
190/10 190/20
191/7 191/14
holidays [3]
144/17 144/19
144/19
home [2]   183/19

Homeland [1]
179/24
honest [2]   45/1
84/20
honor [59]   4/5
6/16 6/25 7/6 7/15
8/19 9/1 9/3 10/13
10/18 11/3 11/15
11/17 12/5 12/8
13/5 13/8 13/24
14/5 14/8 15/9
17/2 17/10 17/17
17/25 18/13 18/15
18/17 19/11 62/18
83/1 83/6 106/5
106/8 106/16
106/25 107/6 107/9
107/14 107/18
108/1 108/4 108/7
108/9 108/17
109/12 109/13
155/15 155/20
170/25 171/4 171/7
172/15 175/8
186/15 189/24
189/25 191/12
191/13
Honor's [1]   10/10
honorable [3]   1/10
95/25 183/12
honored [1]   96/18
hope [7]   144/14
151/4 159/22 161/9
165/8 172/22
190/20
hoped [1]   172/1
hopefully [3]   16/1
18/6 130/23
horde [2]   79/1
79/4
hospital [8]   97/13
97/20 126/4 150/10
152/21 153/13

158/17 170/23

121/21 122/20

**H**

**hospital... [2]**
153/16 153/18
**hotels [1]**  122/10
**hour [6]**  73/23
89/13 155/2 186/24
187/17 187/20
**hours [2]**  143/22
173/12
**house [5]**  119/19
126/17 126/23
126/24 174/22
**how [56]**  4/13 22/1
57/5 58/3 58/3
63/6 64/3 67/4
70/22 70/24 72/18
73/4 78/21 90/15
98/18 115/10
115/14 117/13
117/17 118/6 119/1
121/17 121/21
121/22 121/23
123/16 123/18
123/19 124/6
124/21 125/22
128/5 137/22
138/12 141/9
141/10 141/22
141/23 142/21
153/14 153/17
154/20 157/21
157/24 164/6
164/15 164/18
166/8 166/8 169/19
180/8 180/19 185/3
189/6 189/11
189/18
**however [3]**  25/23
36/18 38/19
**huge [1]**  183/14
**human [1]**  114/7
**hundred [6]**  80/22
80/23 80/24 80/24

**hundreds [8]**  92/21
97/14 110/15
130/11 136/14
155/22 164/25
166/7
**hunt [1]**  98/12
**hurt [1]**  104/6
**hyper [1]**  105/11
**hyper-literalness**
**[1]**  105/11

**I**

**I'd [7]**  15/16
56/24 78/19 85/3
85/5 99/3 114/13
**I'll [26]**  7/1
14/16 14/24 17/6
17/8 17/18 104/1
104/23 111/16
120/14 120/18
123/8 124/15
131/21 134/19
134/21 139/19
143/13 144/25
147/8 154/10
155/21 158/11
161/13 161/18
191/15
**I'm [110]**  5/14 6/2
9/4 9/6 10/3 12/18
14/15 15/7 19/4
20/1 60/24 66/12
66/13 67/6 67/10
67/13 83/7 83/8
89/3 94/7 97/23
101/9 102/1 107/19
111/14 111/17
112/20 112/23
112/24 113/6
113/12 113/13
113/14 116/21
117/8 117/14 119/5
120/5 120/7 121/10

125/9 126/11 127/2
127/15 127/17
128/6 129/1 129/2
132/20 133/5 134/5
135/10 136/3
136/11 136/24
137/17 139/22
140/3 141/15
144/10 145/1
145/24 146/2 146/3
146/4 146/21
147/24 148/15
148/25 149/13
151/2 151/3 151/4
151/10 152/13
152/23 152/24
154/25 154/25
155/2 157/15
157/23 159/6 159/9
159/11 160/25
161/8 163/23 165/5
165/7 167/1 168/7
168/11 168/20
168/21 168/22
168/23 169/11
169/16 170/23
173/9 174/2 174/2
174/9 176/11 187/6
188/23 189/18
**I've [29]**  9/3 9/24
10/4 15/9 69/3
112/19 136/3
138/13 138/14
139/9 139/20
143/22 148/16
149/1 155/7 156/18
156/18 158/3 158/7
162/1 164/8 164/9
167/2 167/19
169/14 169/15
173/8 174/17 190/5
**idea [8]**  82/4
98/24 103/11 123/6

**idea... [4]** 134/15
146/22 147/3
153/25

**ideas [1]** 147/3

**identical [1]**
86/19

**identify [7]** 45/20
47/12 48/16 49/18
50/21 52/20 80/4

**identifying [5]**
47/13 48/17 49/19
50/22 52/21

**ignore [3]** 96/23
105/9 176/17

**ill [1]** 138/16

**illustrates [1]**
134/21

**imagine [1]** 156/4

**immediately [1]**
67/7

**impeached [1]**
183/22

**implemented [1]**
95/8

**implying [1]**
109/10

**important [12]**
22/1 22/18 23/4
111/4 116/5 125/12
141/14 147/23
149/5 172/21 173/9
176/20

**importantly [2]**
79/14 98/3

**impose [1]** 189/20

**imposes [1]** 32/12

**impossible [1]**
153/20

**impress [1]** 22/7

**impressions [1]**
43/22

**inaccurately [1]**

**inaudible [3]** 69/8
93/14 93/16

**incentive [1]**
84/14

**incentives [1]**
100/20

**include [4]** 7/10
29/5 31/3 87/10

**included [2]** 80/6
81/19

**includes [3]** 21/2
32/13 77/13

**including [5]**
10/21 31/13 43/3
81/20 185/6

**income [1]** 153/9

**inconsistent [6]**
33/3 33/14 70/1
70/2 70/2 134/8

**incredible [1]**
60/22

**incredibly [1]**
75/23

**independent [2]**
43/18 190/23

**indication [1]**
44/10

**indicia [1]** 4/23

**indifference [1]**
42/18

**individual [2]**
69/10 174/7

**individuals [1]**
167/22

**industrial [1]**
147/5

**inequitable [1]**
34/8

**inexcusable [1]**
38/13

**inexcusably [2]**
38/7 38/16

**inferior [2]** 114/8

**influenced [3]**
20/10 43/19 44/13

**Info [36]** 1/4 24/1
26/18 47/2 47/4
47/16 47/25 48/5
48/7 48/19 49/3
49/8 49/10 49/21
50/5 50/11 50/13
50/24 51/8 51/13
51/16 51/23 52/5
52/10 52/12 52/23
53/7 53/14 53/18
54/8 55/1 55/9
55/13 55/19 55/20
145/17

**informal [1]** 62/23

**information [11]**
13/4 30/25 104/9
135/14 147/4
150/20 161/15
164/23 176/5 185/5
188/19

**initial [1]** 70/11

**initially [2]**
135/1 144/5

**initials [1]** 139/6

**injury [3]** 42/12
42/15 43/7

**innocent [1]** 23/2

**inserting [1]** 46/6

**inside [1]** 158/6

**inspiration [2]**
155/5 155/8

**instance [2]** 172/3
175/1

**instead [2]** 28/18
95/8

**instruct [10]** 5/20
10/7 10/11 19/18
20/5 29/18 30/2
108/15 113/24
113/25

**instructed [8]**

**instructed... [8]**
45/20 60/25 61/4
99/13 100/10 101/6
101/18 118/5
**instruction [16]**
7/17 7/18 8/21 9/2
9/10 9/11 9/19
9/22 9/23 10/2
19/20 107/7 107/16
109/23 109/25
171/1
**instructions [25]**
3/2 3/4 6/6 7/9
7/14 11/19 12/11
12/14 12/15 17/13
17/22 18/14 19/23
20/1 20/14 20/15
21/7 44/8 45/13
45/14 56/8 61/1
104/15 176/19
185/19
**insult [1]** 156/7
**intact [1]** 167/4
**integrated [1]**
82/4
**intellectual [54]**
32/20 39/22 40/8
40/10 46/24 47/23
48/2 49/1 49/5
50/4 50/7 51/7
51/10 52/2 53/6
53/9 57/9 59/2
59/3 59/13 59/15
59/19 61/12 61/15
61/19 62/12 68/20
81/7 81/10 81/13
81/15 81/19 82/6
82/8 83/22 84/3
84/10 84/12 84/17
84/19 84/25 85/1
85/2 85/4 90/4
90/13 90/24 94/1

100/5 100/19
100/22 103/3 104/5
104/12
**intend [4]** 10/22
29/3 61/7 189/9
**intended [2]** 18/19
34/17
**intends [1]** 4/12
**intense [1]** 117/11
**intent [2]** 33/21
43/9
**intentional [4]**
23/3 31/7 42/2
42/10
**intentionally [2]**
33/5 42/14
**intentions [1]**
178/9
**interacting [1]**
98/25
**interest [19]**
22/10 29/6 30/9
30/10 32/13 32/16
39/16 45/4 61/14
99/15 139/8 151/18
158/16 158/17
160/18 166/12
166/13 177/23
177/24
**interested [3]**
141/21 145/24
147/11
**interesting [2]**
67/6 147/19
**interests [1]** 32/8
**interfered [1]**
153/22
**International [3]**
80/8 80/10 87/5
**interpretation [1]**
21/10
**interpreted [2]**
44/10 156/16
**interrupt [1]**

**interruption [1]**
5/14
**interview [1]**
79/11
**interviews [1]**
110/17
**introduce [2]** 7/1
139/23
**introduced [1]**
74/25
**introduction [1]**
75/1
**invent [8]** 115/17
115/23 121/19
129/19 130/9
131/17 132/14
159/4
**invented [3]**
112/13 154/6
159/25
**inventing [7]**
139/16 159/9
159/10 159/12
159/22 159/23
173/19
**invention [6]** 59/4
71/20 127/8 137/3
166/19 166/19
**inventor [3]**
126/17 160/2 160/2
**investigating [1]**
65/23
**investigation [3]**
65/7 76/1 177/21
**investigative [1]**
71/3
**Investments [3]**
80/9 80/11 87/6
**invitation [5]**
136/2 138/18 139/3
140/21 173/6
**invited [1]** 156/1
**invites [1]** 135/5

**invoice [4]**   88/5
 88/6 88/6 88/6
**involve [1]**   182/24
**involved [8]**   20/16
 20/20 24/14 25/22
 35/19 81/24 148/21
 160/21
**IP [20]**   59/25 62/9
 68/12 82/9 82/13
 82/16 83/23 92/25
 93/3 98/10 99/24
 99/25 100/17
 100/19 100/21
 101/23 102/14
 102/18 123/19
 172/7
**IRA [73]**   1/3 6/13
 6/22 23/22 24/23
 25/13 25/18 26/2
 26/16 26/19 27/4
 33/15 34/17 34/19
 37/22 44/9 57/3
 61/23 63/21 66/17
 66/19 66/23 66/24
 67/5 67/7 67/12
 67/13 67/13 67/16
 67/24 67/25 71/15
 71/21 71/23 74/18
 76/18 76/18 79/17
 81/21 81/23 84/23
 89/4 89/11 89/14
 89/19 92/16 94/19
 95/3 95/3 95/5
 95/5 95/6 95/18
 103/12 122/23
 128/14 151/22
 158/15 161/7 162/6
 162/18 162/21
 162/25 169/4 169/6
 169/20 175/25
 176/6 176/8 178/12
 178/13 179/20

**Ira's [3]**   67/20
 96/6 96/24
**IRC [6]**   180/20
 180/24 181/5 181/9
 181/12 181/13
**ironic [1]**   127/25
**irrelevant [1]**
 98/3
**IRS [1]**   60/6
**is [538]**
**is David [1]**   26/19
**ISC [2]**   138/20
 139/9
**isn't [3]**   59/22
 66/8 103/20
**ISSMP [2]**   139/3
 139/7
**issue [21]**   6/4
 13/8 13/11 13/17
 17/1 21/6 29/17
 30/1 32/3 32/10
 44/9 80/15 84/12
 84/18 94/10 100/19
 117/25 118/4
 150/14 154/12
 162/3
**issues [10]**   6/5
 7/16 17/11 23/13
 31/25 75/23 77/15
 104/9 140/25 147/6
**it [480]**
**it's [146]**   4/5
 5/12 5/13 5/19
 5/24 10/4 10/10
 11/23 13/6 13/19
 15/6 15/10 18/17
 18/22 18/23 19/1
 19/15 41/4 56/15
 56/16 58/15 62/24
 69/4 69/9 70/1
 74/20 86/15 86/17
 86/20 87/24 88/8
 88/17 93/23 94/25

 97/6 97/24 98/10
 98/15 100/8 100/23
 103/17 104/8
 104/18 109/4
 109/18 111/17
 112/13 113/1 113/9
 113/20 114/5
 114/19 119/8
 119/16 119/17
 119/17 119/19
 121/15 121/24
 123/13 123/13
 123/14 123/21
 123/21 124/6
 124/22 124/23
 125/4 125/6 125/10
 125/17 126/1
 126/16 127/15
 127/17 127/20
 129/23 132/7 132/8
 134/14 134/15
 134/20 135/3 135/3
 135/5 135/6 135/14
 136/2 136/19
 139/14 142/6
 142/12 143/2
 143/13 144/7
 144/18 144/18
 145/1 147/4 147/6
 148/15 149/2 149/3
 149/3 149/4 149/4
 149/5 151/1 151/5
 151/11 151/11
 152/10 153/15
 155/11 155/13
 155/22 157/17
 158/8 158/15
 158/19 158/20
 158/21 160/8 161/9
 166/10 167/10
 169/13 169/17
 170/19 171/3 172/4
 172/20 173/17

it's... [10]
173/18 173/18
173/21 174/22
174/23 174/23
176/4 178/24
183/11 184/6
items [2]   188/12
188/15
its [17]   5/12
20/21 20/22 38/24
39/2 41/12 48/7
52/7 57/16 59/15
82/13 90/12 90/12
90/13 102/18
149/10 167/2
itself [3]   100/7
138/23 153/16

**J**

Jamie [15]   63/22
70/17 72/11 72/14
90/23 90/25 91/11
91/12 93/5 96/16
105/17 133/12
133/13 133/14
133/15
January [1]   86/14
Jesus [4]   156/1
156/5 156/8 156/8
job [1]   58/15
jobs [3]   72/1 72/6
96/13
John [1]   74/14
joint [13]   29/6
29/8 61/13 62/1
75/10 75/20 76/21
77/5 77/6 78/15
78/15 78/18 87/9
jointly [3]   57/10
76/9 77/11
joke [2]   178/24
184/2
jokes [1]   178/25

116/18
Josh [1]   136/6
journalist [1]
71/3
judge [39]   1/11
4/18 4/23 5/7 5/10
5/15 5/22 7/2 7/5
9/9 12/19 19/3
19/8 60/25 61/4
91/14 91/15 91/18
91/21 99/13 100/10
101/18 104/15
107/20 108/23
109/4 113/24
113/24 115/25
116/2 116/4 116/7
116/22 118/5 171/3
176/18 186/1
187/24 188/22
judges [3]   45/3
45/3 116/7
judgment [3]   11/21
31/22 31/23
judicial [1]   27/15
judicially [1]
84/7
July [5]   82/12
141/20 142/4
142/11 142/12
jump [2]   94/3 94/7
jumping [1]   147/5
June [8]   86/5
86/19 88/13 140/20
140/20 140/24
142/10 144/11
juries [2]   58/7
115/8
jurisdiction [2]
108/19 108/20
jurors [16]   12/11
12/12 16/12 17/23
43/20 44/21 82/20
175/13 185/3

187/17 187/21
188/3 189/11
189/14
jury [82]   1/11 3/2
3/4 6/6 7/10 7/14
10/7 12/11 12/13
12/13 12/15 13/2
13/24 14/6 15/1
15/19 15/20 15/21
15/23 16/3 16/12
16/22 16/22 16/24
17/13 17/22 19/12
19/13 19/23 20/4
20/7 45/6 45/14
46/9 56/8 56/15
82/24 83/16 83/17
84/16 99/18 106/13
106/16 107/16
108/6 108/15
108/22 109/7 110/2
110/3 110/12 117/8
120/13 120/15
121/1 124/14
148/17 157/22
157/25 161/6 175/5
175/15 176/25
184/6 184/17 185/5
185/7 185/15
185/16 185/21
185/24 186/23
187/6 188/11
188/24 189/23
190/1 190/2 190/13
190/13 190/17
191/9
jury's [1]   186/15
just [121]   4/19
5/10 7/15 8/10
11/18 13/3 13/19
14/3 14/8 14/10
14/20 14/22 14/22
14/23 15/9 15/11
17/4 18/14 18/18

185/7 188/13

**just... [102]**
18/23 19/4 19/5
39/11 45/1 58/4
59/23 62/7 66/13
67/15 68/10 69/9
71/13 76/16 78/12
82/11 83/4 83/10
86/19 89/4 99/2
103/25 104/17
104/22 105/2
106/16 107/13
107/19 110/13
110/16 111/7 112/3
112/9 112/13
113/20 114/11
114/16 115/5
116/20 117/15
117/19 121/3
121/18 123/21
124/6 124/14
125/20 126/21
126/25 131/21
132/5 132/22
133/18 135/11
136/24 137/2 139/2
139/25 139/25
140/1 140/10
140/16 140/17
142/8 142/11 143/2
144/10 147/8
148/14 148/15
150/9 151/1 152/23
153/19 153/19
157/1 158/3 158/21
159/22 160/25
163/5 163/7 163/8
163/22 165/2
169/14 169/17
172/15 173/14
173/20 174/7
177/14 177/25
178/13 178/19

188/18 188/22
189/6 189/12
189/18
**justice [2]**   20/19
186/21
**justified [1]**
39/10
**justify [1]**   168/22

# K

**K's [26]**   24/23
25/13 26/2 31/23
32/7 32/20 33/21
44/9 54/6 54/24
59/18 59/19 83/23
84/3 84/24 85/1
90/24 91/19 91/24
92/25 93/3 100/21
101/12 101/23
102/12 102/14
**Karl [1]**   7/4
**KASS [2]**   1/22 7/3
**Katy [2]**   121/9
121/11
**keep [26]**   16/15
17/6 22/23 59/5
63/4 85/17 117/15
122/14 124/15
125/2 126/2 131/20
131/20 132/22
133/22 134/5
148/13 148/14
152/19 155/1 178/7
179/14 179/19
180/1 183/12
188/18
**keeps [2]**   159/10
167/19
**Kent [2]**   124/25
179/1
**kept [3]**   125/12
179/14 180/3
**key [11]**   71/19

149/13 156/12
156/12 156/15
156/20 156/20
162/24 162/25
**keys [9]**   97/4
127/11 153/24
154/2 154/9 154/21
154/23 178/21
178/22
**kick [1]**   146/20
**kickoff [1]**   150/19
**kicks [1]**   140/21
**kid [2]**   118/14
159/4
**Kimon [19]**   97/12
123/1 129/21
129/22 131/24
150/4 150/6 150/9
150/23 150/24
162/12 162/13
162/13 162/16
162/19 176/1 176/3
176/6 176/8
**Kimon's [2]**   162/9
162/18
**kind [8]**   67/15
118/13 127/7
145/12 151/16
156/21 159/20
188/14
**kinds [1]**   4/17
**Kings [1]**   144/18
**KLEIMAN [258]**
**Kleiman's [39]**
26/19 26/20 28/16
31/22 33/20 39/16
57/2 57/4 73/10
88/15 90/12 92/16
99/10 111/6 115/3
118/9 118/22 120/2
120/8 122/23
129/13 129/14
129/15 129/18

**K**

**Kleiman's... [15]**
129/22 129/25
131/3 132/25
140/22 146/23
147/16 149/14
152/24 156/20
157/7 157/10
157/12 172/8
182/18
**Kleiman.' [1]**
70/25
**Kleimans [2]**  94/17
103/11
**Klin [5]**  98/4
167/3 167/10
167/17 167/24
**Klin's [1]**  98/6
**knew [9]**  34/16
73/4 84/15 84/15
84/16 129/25 150/5
150/12 160/19
**know [85]**  4/20
4/23 5/4 5/6 5/12
5/12 5/19 5/22
17/5 59/4 66/11
66/12 69/16 70/10
71/19 72/18 75/19
83/5 98/18 104/8
113/19 115/12
116/8 116/11
116/13 118/14
119/7 121/22
121/23 122/9
122/17 125/6 125/6
126/2 126/4 126/5
126/21 129/21
130/19 139/6
140/11 143/2 149/7
149/7 149/11
149/19 151/15
151/18 151/20
152/13 154/1 154/4

154/18 155/5
158/25 159/22
160/1 160/1 160/17
161/14 162/7
166/13 166/24
167/1 167/3 167/14
169/12 169/19
172/2 174/3 174/7
174/10 175/21
176/13 177/16
179/16 183/10
183/14 185/14
185/23 186/10
186/23 189/11
**knowing [3]**  31/8
94/20 179/24
**knowledge [11]**
21/17 23/7 30/19
30/24 42/11 42/13
156/12 156/12
156/16 162/24
162/25
**known [4]**  37/3
43/8 179/23 179/25
**knows [7]**  37/2
85/16 85/16 94/22
94/23 94/24 154/4
**knows Dave's [1]**
94/22
**Kuharcik [5]**
123/10 124/2 124/3
131/25 132/24
**KYLE [3]**  1/14 6/18
56/19
**Kyle's [1]**  63/8

**L**

**laches [12]**  11/21
25/17 35/11 38/5
38/10 38/20 54/15
54/18 54/23 55/1
103/11 184/1
**lack [5]**  129/14

133/25 134/1
**lacking [1]**  30/24
**Ladies [75]**  19/14
56/3 56/15 62/6
75/17 82/23 83/18
104/7 105/3 110/4
110/11 110/19
111/1 111/12
112/11 112/19
113/2 113/18
113/18 114/13
115/5 115/24
116/24 117/15
117/24 118/8 119/3
120/4 126/10
127/15 128/18
130/22 133/9
134/11 135/20
135/25 137/16
138/8 138/16
139/13 140/19
148/12 148/20
151/3 151/7 151/24
152/8 153/2 153/17
153/23 156/15
157/7 157/13
158/11 159/21
162/24 163/22
165/9 166/17
169/18 170/20
171/9 171/13
171/23 172/19
173/16 173/25
174/6 174/14
174/25 175/16
175/21 184/6
184/16 190/3
**LAGOS [2]**  1/17
6/19
**laid [2]**  138/13
138/18
**language [11]**  9/23
9/25 10/3 10/21

**language... [7]**
11/5 11/6 11/8
11/11 12/18 108/8
150/17
**lapse [1]**   23/2
**laptop [3]**   13/4
127/23 185/9
**laptops [11]**   12/25
13/1 13/2 16/23
17/16 18/4 18/5
18/6 99/18 151/20
185/9
**last [13]**   7/8
14/14 15/7 87/7
104/8 126/3 127/1
146/18 152/20
152/21 169/15
183/22 186/17
**late [3]**   71/17
142/18 167/10
**lately [1]**   139/10
**later [29]**   14/5
15/19 16/15 57/15
62/5 66/3 73/23
74/1 74/9 74/21
75/11 79/11 83/25
87/15 94/12 123/22
133/14 136/3 136/9
137/22 143/4 146/3
148/1 148/2 160/8
160/9 168/2 170/16
172/11
**laughable [1]**
122/3
**launch [2]**   151/7
151/7
**law [33]**   11/21
19/19 20/5 20/12
20/13 20/15 20/18
20/22 21/7 27/15
31/8 35/23 44/13
45/12 45/15 56/11

62/15 105/6 109/11
118/6 118/6 125/17
139/3 139/17
169/13 169/17
171/1 171/5 171/10
180/9
**lawsuit [14]**   35/22
36/4 69/25 71/11
91/20 98/1 105/16
111/24 111/25
122/23 123/3
128/20 166/2 166/4
**lawsuits [2]**   59/14
82/12
**lawyer [7]**   65/6
73/15 84/20 156/5
156/7 156/21
157/20
**lawyers [15]**   4/6
7/4 21/3 58/11
60/16 60/19 65/20
65/24 84/16 95/8
98/1 156/3 156/9
156/11 185/1
**lead [3]**   145/24
146/16 166/10
**lean [1]**   173/22
**learn [1]**   167/2
**learned [3]**   4/16
167/2 167/20
**learners [3]**   12/12
19/22 19/23
**leasing [1]**   33/7
**least [7]**   37/12
69/12 78/23 79/17
100/21 144/19
169/22
**leave [8]**   5/21
14/24 99/23 104/4
124/20 124/20
128/14 188/4
**led [4]**   56/23 73/8
73/11 184/11

left [10]   4/14
4/14 70/4 91/11
92/9 107/10 109/11
109/21 123/17
183/4
**left-hand [4]**   4/14
4/14 91/11 92/9
**leg [5]**   157/21
157/25 158/1 158/1
158/2
**legacy [1]**   90/14
**legal [4]**   21/21
32/21 33/25 90/18
**legs [5]**   157/21
157/24 158/2 158/3
158/3
**lend [1]**   153/16
**lends [1]**   138/23
**length [1]**   30/20
**Leon [1]**   1/23
**less [11]**   17/8
58/10 73/23 82/16
83/21 84/2 89/10
89/13 90/15 137/21
144/1
**lesser [1]**   114/6
**let [34]**   4/19 5/10
5/18 7/19 12/21
14/10 14/20 15/6
15/13 46/8 60/24
83/5 88/22 108/14
115/4 115/24
117/13 117/14
118/8 119/24
122/14 129/9
135/11 140/11
145/19 148/12
148/17 152/23
153/19 157/5 168/9
172/19 186/14
186/23
**let's [49]**   6/10
19/12 64/24 82/22
83/16 86/4 100/17

**let's... [42]**
101/5 106/11
106/21 110/2 113/6
114/6 120/23
122/10 122/11
123/9 125/2 125/3
125/17 129/16
130/14 130/25
133/8 134/9 134/9
134/18 137/5
137/20 138/5
140/16 141/13
143/10 144/8 147/1
148/9 150/22
151/24 152/3 158/5
162/11 162/16
163/8 170/15 171/5
175/4 178/11
180/14 190/1
**letter [1]** 98/16
**letters [2]** 127/11
191/2
**level [2]** 58/18
140/11
**levels [1]** 167/6
**leveraged [1]**
97/15
**liability [5]**
20/16 26/25 27/7
27/8 168/14
**liable [14]** 27/9
45/18 46/13 47/3
47/12 49/9 50/12
51/15 52/11 52/20
55/14 55/19 99/7
100/2
**liar [22]** 111/21
112/2 112/3 112/18
112/20 113/10
114/17 115/20
164/1 164/3 164/16
164/17 164/22

165/2 166/6 169/10
172/14 174/8
176/10 176/12
176/18 177/13
**liberty [2]** 160/8
161/3
**lie [11]** 60/16
73/16 84/14 90/10
98/5 100/20 114/17
138/3 176/8 176/13
178/2
**lied [4]** 60/15
65/19 175/25
177/22
**lies [16]** 57/1
57/21 58/1 60/12
78/8 84/21 98/15
112/12 112/13
113/16 114/10
119/20 163/25
165/24 171/17
184/8
**life [48]** 4/14
42/18 74/2 96/11
111/6 118/9 118/22
120/2 120/8 122/2
122/13 126/3 127/2
129/13 129/14
129/15 129/18
134/7 135/15 143/6
145/22 147/16
147/25 149/14
152/21 152/24
156/20 157/3 157/7
157/10 157/12
161/16 161/16
162/5 162/7 163/1
164/9 164/11
164/21 164/22
165/19 166/23
167/9 169/2 172/9
173/22 174/7
174/23
**lifetime [12]**

130/3 131/3 131/7
131/10 131/16
132/13 132/17
163/12 163/16
163/19
**light [2]** 23/21
30/13
**like [76]** 4/16 5/1
10/25 12/25 14/25
15/16 15/23 15/25
20/18 56/24 58/15
60/5 69/9 78/6
78/19 81/1 85/3
85/5 85/21 87/5
87/7 88/12 88/20
89/15 90/23 92/8
92/15 93/15 96/19
99/3 104/18 107/24
108/10 114/13
115/7 115/8 115/9
116/10 119/8
120/20 123/22
123/24 124/18
127/9 127/10
127/10 127/12
128/22 128/24
129/10 133/22
134/15 134/16
137/12 137/23
138/7 141/6 141/6
142/9 142/12 143/5
152/3 152/5 156/6
157/23 159/4
160/17 165/16
167/11 167/14
171/15 181/2 181/4
181/8 189/2 190/6
**likelihood [1]**
43/7
**likely [3]** 24/13
25/6 104/17
**likes [1]** 44/14
**likewise [1]** 68/20

**limit [1]**   5/13
**limitation [2]**
35/11 35/23
**limitations [18]**
11/22 25/17 35/21
36/1 36/4 36/6
36/20 36/22 37/2
37/6 37/7 37/24
53/21 53/25 54/5
54/9 103/11 184/1
**limited [6]**   20/16
26/25 27/7 27/8
87/24 88/7
**Lincoln [3]**   157/19
157/22 157/25
**line [25]**   46/23
47/15 47/16 47/23
47/25 48/1 48/18
48/19 49/20 49/20
50/23 50/23 52/22
52/23 53/16 53/18
54/13 55/3 55/18
55/23 56/1 99/23
122/9 161/3 174/18
**lined [1]**   163/11
**lines [19]**   46/22
47/21 48/24 49/3
50/2 50/5 51/5
51/9 51/25 53/4
53/8 54/3 54/10
54/19 55/2 81/22
81/22 149/25 150/1
**LinkedIn [1]**   74/24
**list [15]**   12/24
14/16 14/19 14/21
15/5 18/1 30/16
77/13 80/2 80/3
80/9 87/21 91/23
140/1 146/18
**listed [1]**   78/5
**listen [6]**   105/13
108/12 138/2

181/20
**listened [1]**
110/13
**listening [1]**
171/25
**listing [1]**   138/20
**lists [1]**   185/11
**literal [4]**   83/10
90/5 98/7 98/10
**literally [3]**   63/5
152/22 155/6
**literalness [1]**
105/11
**litigation [8]**
63/10 63/12 66/18
71/11 110/15
166/13 166/18
177/9
**little [16]**   16/14
60/24 78/24 84/1
92/6 105/2 121/15
129/9 133/20
142/18 158/22
158/23 167/20
169/9 181/4 181/8
**lived [2]**   74/5
74/5
**Liz [9]**   12/10
14/21 16/14 18/2
185/14 187/7
188/19 189/12
191/3
**llaves [1]**   154/2
**LLC [42]**   1/4 24/1
26/18 27/8 27/10
47/2 47/5 47/16
47/25 48/5 48/7
48/19 49/3 49/8
49/11 49/21 50/5
50/11 50/14 50/24
51/8 51/14 51/16
51/24 52/5 52/10
52/12 52/23 53/7

55/1 55/9 55/13
55/20 55/21 121/6
122/20 123/24
124/4 145/16
**LLCs [1]**   27/11
**LLP [2]**   1/13 1/20
**locate [1]**   90/5
**located [2]**   117/3
117/4
**location [1]**
183/24
**locked [3]**   95/17
188/11 190/13
**logic [9]**   147/23
148/21 157/7 157/9
164/6 164/15
164/16 168/3 174/6
**logo [6]**   67/12
68/1 68/2 160/3
160/4 160/4
**long [11]**   4/16
56/15 56/16 77/13
112/20 115/15
127/11 140/1
142/19 184/6
189/11
**longer [3]**   69/5
96/18 137/12
**longest [1]**   155/6
**look [44]**   4/17
14/10 18/14 66/8
77/24 85/21 87/4
88/12 88/20 89/15
90/23 112/9 120/14
122/1 122/4 124/17
128/18 132/21
133/17 134/18
137/21 138/7
138/21 138/25
140/19 140/19
143/11 143/14
143/15 145/2 145/7
148/7 148/10 150/7

**look... [10]**   152/1
152/3 160/12 165/5
168/16 172/8 178/1
178/18 180/4
180/14
**looked [3]**   13/13
58/1 127/10
**looking [7]**   74/25
122/25 123/11
125/2 135/24 155/5
155/8
**looks [5]**   67/15
78/6 92/8 92/14
137/12
**lose [1]**   104/21
**loss [2]**   90/2
124/18
**losses [5]**   11/6
11/9 29/8 29/21
61/21
**lost [1]**   102/18
**lot [18]**   15/1
96/13 104/9 119/5
119/13 119/16
122/14 122/15
138/14 142/24
144/13 151/9
151/13 151/16
167/2 183/17 184/7
184/7
**lots [1]**   183/18
**Louis [1]**   71/17
**loved [1]**   126/4
**lower [1]**   167/23
**loyalty [3]**   31/4
31/9 32/14
**luck [1]**   142/18
**Luke [2]**   155/14
156/1
**lunch [12]**   15/20
16/12 16/12 185/15
185/15 186/23

186/24 186/25
187/1 187/17
187/19 187/20
**lunchtime [1]**
15/11
**lying [3]**   112/7
176/23 177/23
**Lynam [2]**   132/1
132/22
**Lynn [6]**   62/22
132/2 145/6 147/16
147/17 180/4

## M

**machetes [1]**
116/12
**machine [2]**   116/12
192/8
**made [34]**   7/12
11/17 14/3 19/23
20/23 34/14 34/16
56/21 62/14 76/22
78/15 84/13 90/23
105/15 105/25
106/1 106/2 109/16
109/23 111/19
118/1 118/10
125/11 126/21
142/9 144/21 166/3
167/13 172/13
174/18 178/25
181/22 184/9 191/3
**madman [2]**   96/19
178/8
**madness [1]**   178/7
**Madura [6]**   128/16
144/12 149/22
149/25 154/11
154/19
**Madura's [1]**   129/1
**maintenance [3]**
122/10 122/10
152/8
**make [71]**   5/5 7/1

14/22 15/6 17/13
19/21 21/13 30/21
41/4 57/6 58/14
81/1 85/5 85/20
88/12 88/20 94/13
96/18 113/23
114/10 114/11
114/24 116/20
117/15 119/13
119/22 119/22
125/20 125/24
125/25 126/8
129/23 133/1
134/21 135/8
135/18 135/18
138/6 138/7 138/9
138/10 141/11
141/11 143/17
144/6 144/23
152/25 153/20
154/9 154/10
154/23 157/8 158/8
160/3 160/24
162/11 162/15
163/8 164/21
166/18 169/7
171/22 172/16
173/20 174/11
175/13 178/19
190/12
**makes [12]**   66/17
82/11 87/3 87/4
87/8 89/15 95/20
135/17 135/17
154/24 171/22
178/15
**making [21]**   12/22
22/2 43/1 67/6
67/7 67/8 67/8
67/10 76/18 117/5
123/7 134/5 136/11
151/18 155/18
162/6 163/23 169/5

**M**

**making... [3]**
169/5 169/6 174/2
**Malbburang [1]**
152/16
**malleable [1]**
81/24
**man [22]**  67/13
67/15 69/15 71/4
71/7 72/23 85/18
89/21 94/13 94/14
95/5 112/14 113/5
126/16 143/25
152/15 152/16
164/18 164/18
176/13 178/6
183/12
**man's [2]**  78/11
150/12
**managed [1]**  27/11
**management [2]**
11/14 29/25
**manager [1]**  146/19
**managing [2]**
123/13 146/24
**manner [2]**  31/16
33/2
**many [17]**  12/12
70/22 93/23 97/23
99/12 130/19
130/19 157/21
157/24 169/14
169/14 173/9
173/10 179/10
185/3 186/8 189/18
**map [2]**  58/18
126/7
**March [14]**  79/18
134/22 135/2
135/10 136/2
138/22 144/4
149/21 150/19
153/14 158/7 158/7

**mark [11]**  48/17
49/19 50/22 52/21
64/25 73/20 73/21
76/12 81/23 126/7
138/19
**marked [1]**  135/3
**market [2]**  170/14
179/18
**marking [1]**  47/13
**marks [1]**  121/6
**marshal [1]**  4/19
**marshals [1]**  5/16
**mask [1]**  178/8
**Master [1]**  156/6
**mastering [1]**
186/9
**match [1]**  151/4
**mate [1]**  64/7
**material [7]**  8/4
8/15 26/23 32/15
34/15 37/18 163/4
**math [1]**  84/6
**matter [15]**  11/21
22/5 23/9 29/7
38/24 45/15 46/10
60/23 70/25 88/19
93/8 106/17 115/14
115/15 158/1
**matters [1]**  21/11
**may [46]**  8/19 8/20
20/20 21/8 21/12
21/21 22/2 23/4
23/19 24/17 24/18
24/20 25/8 25/9
25/10 42/5 43/12
45/14 56/14 66/18
66/25 77/3 86/25
105/5 105/6 105/9
105/9 106/9 109/13
110/9 116/3 116/8
119/3 128/5 129/5
129/24 141/11
153/14 160/12

172/11 172/15
173/22 175/20
184/25
**May of [2]**  66/18
77/3
**maybe [8]**  67/20
138/2 141/1 141/8
141/10 141/14
145/3 187/7
**MCGOVERN [9]**  1/21
4/24 7/2 15/7 82/7
108/8 108/12
116/18 157/14
**McKenzie [1]**  84/4
**McMaster [1]**  98/12
**me [71]**  4/22 5/10
7/19 12/21 14/21
15/6 15/13 27/14
56/17 60/24 63/25
67/1 67/17 79/20
87/22 94/3 94/7
98/12 99/17 108/14
113/25 114/17
115/4 115/24 116/1
117/13 117/14
118/8 119/24 120/5
122/14 125/1 129/9
134/12 135/11
140/11 141/17
142/20 143/12
143/21 145/4
145/19 148/12
150/14 152/23
153/19 155/11
155/12 156/5 157/5
157/8 157/9 160/17
161/9 161/19
162/13 165/8 168/9
171/25 172/1
172/19 174/15
180/9 180/23 181/2
182/13 184/20
184/23 185/3 185/6

**M**

**me... [1]**   186/14
**mean [16]**   4/23 5/5
  5/23 6/3 21/24
  22/23 64/8 64/9
  93/17 93/18 114/5
  115/8 136/11 176/7
  180/23 189/11
**meaning [3]**   93/18
  181/24 181/25
**means [18]**   24/11
  29/1 33/1 37/1
  42/10 42/16 61/5
  65/15 79/21 93/19
  100/7 104/17
  105/10 136/18
  144/6 148/2 152/25
  153/4
**meant [4]**   77/2
  103/18 155/12
  176/7
**measure [2]**   99/13
  100/10
**media [2]**   180/24
  182/12
**medical [2]**   97/14
  97/23
**meet [6]**   15/10
  114/12 137/11
  137/12 172/6
  174/24
**meeting [5]**   67/2
  74/15 75/11 75/12
  121/12
**meetings [1]**   66/1
**member [3]**   123/13
  146/24 146/24
**members [5]**   20/4
  27/12 45/7 116/10
  123/12
**memories [1]**   43/22
**memory [11]**   22/11
  23/2 43/16 66/24

156/22 147/2 147/8
149/12 151/6 156/3
170/22
**men [5]**   71/10
  85/10 118/24 144/3
  145/22
**mental [1]**   167/4
**mention [7]**   107/11
  131/7 140/12
  152/20 163/16
  173/15 180/10
**mentioned [4]**   67/1
  109/20 171/21
  192/9
**mentions [2]**   90/2
  90/3
**mere [4]**   7/23 8/13
  37/16 91/21
**merely [1]**   25/6
**merit [1]**   109/6
**message [5]**   74/24
  120/1 134/1 184/21
  185/2
**messages [1]**   150/6
**MESTRE [5]**   1/20
  1/21 7/2 116/18
  123/4
**Mestre's [1]**
  134/12
**met [3]**   65/23
  101/13 141/7
**metadata [1]**   86/23
**MGRM [1]**   146/19
**Miami [7]**   1/15
  1/18 2/3 2/4
  192/15 192/18
  192/18
**MICHAEL [2]**   1/22
  7/3
**Michele [4]**   66/4
  66/7 66/9 66/12
**middle [4]**   109/2
  137/16 137/18
  152/18

**might [81]**   17/3
  23/7 23/14 60/3
  67/17 129/7 134/14
  162/12
**military [3]**   116/3
  125/8 125/13
**million [38]**   57/8
  59/18 60/4 61/11
  68/11 68/18 76/6
  78/22 79/2 79/4
  79/13 79/15 79/19
  80/22 80/22 80/23
  81/22 81/22 82/13
  82/16 82/16 83/22
  83/24 84/1 85/15
  85/21 87/9 89/16
  89/19 90/17 90/20
  93/4 93/25 99/11
  101/22 105/12
  119/14 121/20
**millions [5]**   60/2
  77/8 95/14 130/11
  137/4
**mind [9]**   5/23
  22/23 44/24 63/19
  108/4 138/3 166/24
  166/25 167/9
**mine [25]**   28/13
  58/20 61/11 62/8
  63/4 63/7 68/11
  68/18 73/25 74/20
  74/23 76/8 78/6
  79/4 86/15 97/11
  104/11 115/17
  115/23 129/19
  129/19 130/9
  131/17 132/14
  183/17
**mined [28]**   59/12
  61/21 62/11 72/16
  72/25 73/17 74/4
  74/7 74/15 76/9
  78/12 78/13 78/22
  78/23 80/12 80/14

**M**

**mined... [12]**
80/14 80/19 80/21
85/16 95/12 98/9
105/12 131/11
132/18 163/20
168/15 183/24
**mined.' [1]**   74/11
**minimum [1]**   79/25
**mining [33]**   58/25
59/3 61/15 61/17
71/25 72/5 72/5
72/7 72/9 72/12
72/19 73/8 73/10
73/18 73/23 74/12
74/17 75/3 75/6
75/9 78/21 80/17
93/6 97/9 97/18
98/24 121/20 130/4
132/3 151/17
153/17 168/10
173/19
**minority [1]**   59/20
**minute [20]**   16/7
16/10 16/11 60/18
78/19 82/23 82/25
87/2 106/12 106/14
113/2 113/10
125/15 145/3 145/9
146/4 164/17 175/4
175/10 178/18
**minutes [25]**   4/4
15/12 16/5 16/9
17/4 17/7 17/15
17/19 83/4 83/12
83/14 110/13
111/15 112/16
164/7 164/10
164/12 173/11
173/12 175/7 183/6
187/17 189/19
189/19 189/19
**mirror [1]**   66/12

**misappropriating**
**[1]**   32/20
**misconduct [5]**
31/7 37/8 42/2
42/10 43/2
**misfortune [1]**
93/20
**misrepresenting [1]**
102/13
**missed [2]**   172/16
173/9
**misstated [1]**   23/1
**misstatement [1]**
23/4
**misstating [1]**
129/2
**mistake [3]**   22/23
94/13 182/22
**modified [1]**
136/18
**moment [18]**   18/13
18/14 63/19 68/13
75/18 81/2 88/22
92/11 98/21 99/3
108/7 109/5 115/4
116/21 116/23
170/24 172/15
183/25
**moments [3]**   16/2
56/24 185/7
**Monday [14]**   16/18
16/19 142/21 188/5
188/10 188/13
188/18 188/21
189/5 190/9 190/10
190/24 191/5
191/15
**monedas [1]**   154/2
**money [20]**   38/25
39/6 39/10 40/23
41/18 61/24 67/6
67/8 67/8 67/9
67/10 81/25 88/2
88/4 96/14 96/21

money... [3]   159/9 159/10
176/14
**month [5]**   56/16
71/17 137/21
138/17 152/21
**months [9]**   83/25
90/7 90/11 90/15
140/20 143/4
149/10 159/25
160/8
**more [36]**   24/13
24/14 25/6 25/22
29/1 35/2 35/4
35/7 35/19 36/15
57/2 58/10 61/5
62/5 66/14 69/12
69/19 89/4 98/21
99/2 104/1 104/17
105/2 110/13
124/16 142/7 144/2
145/13 148/24
153/22 161/1
161/24 173/14
176/14 181/9
183/17
**morning [24]**   4/2
6/16 6/21 6/24
6/25 7/6 7/7 9/8
13/11 16/18 16/19
19/14 104/15
143/23 169/12
188/6 188/10
188/13 189/1 189/3
189/4 189/5 190/25
191/5
**mortgage [1]**   153/7
**most [6]**   43/15
57/13 66/16 84/9
98/3 141/14
**mostly [1]**   168/8
**motion [1]**   11/20
**motivated [1]**   43/4
**motivations [1]**
178/9

**M**

**mountains [1]**
 105/14
**move [7]** 64/24
 72/9 150/22 152/23
 154/25 168/12
 168/14
**moved [2]** 73/22
 188/14
**movies [1]** 126/7
**moving [1]** 122/14
**Mr [18]** 105/4
 120/11 124/1
 129/16 131/20
 134/15 137/17
 138/15 139/25
 140/7 142/23
 143/25 144/9
 144/22 145/4 147/1
 161/1 169/18
**Mr. [71]** 4/22 4/22
 5/1 5/22 14/9 15/4
 72/7 82/19 83/4
 83/10 103/25
 105/13 106/6
 106/20 106/22
 106/24 107/2 107/8
 107/15 108/13
 108/25 109/15
 110/6 110/7 120/24
 122/21 123/4
 124/13 128/16
 129/1 129/2 130/21
 132/12 132/22
 133/3 134/12
 134/15 134/18
 135/21 137/6
 141/13 143/17
 147/7 147/12
 148/14 150/25
 151/1 151/4 153/25
 158/24 161/6
 161/19 162/3 162/8

 170/3 171/2 175/3
 175/6 175/25
 176/11 176/23
 177/4 177/6 178/14
 178/25 183/16
 184/2 184/15 186/6
 186/6 189/17
**Mr. Andreou [1]**
 161/6
**Mr. Antonopoulos
 [3]** 72/7 153/25
 183/16
**Mr. Brenner [5]**
 15/4 83/10 162/3
 162/8 189/17
**Mr. Chambers [1]**
 129/2
**Mr. Freedman [16]**
 4/22 5/1 5/22 14/9
 82/19 83/4 103/25
 106/6 106/20
 106/22 107/2 107/8
 108/13 110/6 175/6
 184/15
**Mr. Kleiman [4]**
 134/15 147/12
 158/24 161/19
**Mr. Madura [1]**
 128/16
**Mr. Madura's [1]**
 129/1
**Mr. Mestre [1]**
 123/4
**Mr. Mestre's [1]**
 134/12
**Mr. Reed [19]**
 120/24 122/21
 124/13 130/21
 132/12 132/22
 133/3 134/18
 135/21 137/6
 141/13 143/17
 147/7 148/14
 150/25 151/1 151/4

**Mr. Rivero [16]**
 105/13 106/24
 107/15 108/25
 109/15 110/7 171/2
 175/3 175/25
 176/11 176/23
 177/4 177/6 178/14
 178/25 184/2
**Mr. Shah [1]** 186/6
**Mr. Zack [1]** 4/22
**Ms [17]** 70/8 91/2
 92/11 92/13 94/3
 99/5 175/24 178/4
 178/18 179/12
 179/20 180/4
 180/16 182/3
 182/17 182/20
 186/6
**Ms. [9]** 4/24 7/5
 15/7 76/5 82/7
 108/8 108/12
 157/14 180/4
**Ms. Amanda [1]** 7/5
**Ms. Lynn [1]** 180/4
**Ms. McGovern [6]**
 4/24 15/7 82/7
 108/8 108/12
 157/14
**Ms. Uyen [1]** 76/5
**much [13]** 17/7
 78/21 98/21 99/2
 123/7 129/9 142/13
 142/14 144/1
 164/10 174/14
 175/2 188/14
**multi [2]** 154/14
 176/14
**multi-billionaire
 [1]** 176/14
**multi-signature [1]**
 154/14
**multiple [8]** 65/24
 86/2 119/12 124/5

**M**

multiple... **[4]**
128/10 135/6 168/5
169/25
multiplied **[2]**
99/21 100/15
multisig **[4]**
154/13 154/14
154/16 154/18
mundane **[1]**   144/16
must **[61]**   8/1 9/13
19/19 20/6 20/9
20/10 20/12 20/13
20/14 20/17 20/19
20/25 21/23 21/24
23/1 23/10 23/15
24/7 26/12 28/3
29/5 29/10 30/11
30/21 31/6 31/9
31/15 32/4 32/18
33/9 33/18 34/4
34/13 34/25 36/6
36/16 36/20 37/10
38/11 38/17 38/21
38/24 41/23 42/21
43/16 43/17 43/19
44/12 44/13 44/16
44/17 44/20 44/22
45/12 46/3 55/10
61/8 104/16 106/3
137/14 184/18
my **[67]**   5/5 20/5
20/13 21/7 56/17
56/19 58/15 62/17
62/17 63/13 66/5
66/11 66/13 67/2
67/6 72/19 93/19
107/14 108/2 108/4
115/5 115/12
116/19 117/15
117/17 119/7
121/10 123/5 123/9
126/11 129/13

139/21 140/9
140/11 141/7 141/8
143/20 143/21
145/1 153/15 155/7
156/4 156/15
156/17 163/23
164/21 165/11
169/1 169/13 170/3
171/23 172/16
172/23 172/25
173/10 179/6 180/9
182/11 182/12
182/12 182/12
182/22 183/2 183/3
185/2 192/11
192/14
myself **[1]**   60/24
mysterious **[1]**
70/14
mystery **[2]**   70/7
179/4

**N**

Nakamoto **[23]**   27/3
68/17 68/23 69/6
69/11 69/20 71/23
72/3 72/9 80/19
85/2 96/4 99/1
99/1 148/22 148/24
148/25 149/8 154/5
179/4 180/6 180/10
182/14
Nakamoto's **[4]**
70/5 71/25 72/6
72/7
name **[6]**   57/22
86/12 105/21
116/16 139/7
145/16
named **[6]**   117/22
141/5 141/16
152/16 161/2
171/20
names **[1]**   123/12

nasty **[1]**   112/12
nation **[2]**   176/15
179/19
natural **[1]**   127/14
naturally **[4]**
22/25 119/5 119/6
124/7
nature **[5]**   43/2
43/6 124/19 181/13
181/16
nChain **[2]**   84/2
84/3
necessarily **[1]**
22/5
necessary **[2]**   46/7
142/8
neck **[1]**   94/16
need **[40]**   4/6 5/21
16/19 16/23 17/24
18/11 19/25 62/20
65/5 66/10 66/12
68/22 76/24 100/8
100/14 100/18
106/10 108/1
109/12 129/20
134/5 136/2 143/13
156/21 161/1 161/2
161/5 161/5 161/6
166/13 169/10
173/15 173/22
188/12 188/17
189/4 189/7 189/13
189/21 191/11
needed **[6]**   19/5
63/12 89/4 94/16
141/20 183/18
needs **[7]**   9/23
59/13 82/20 85/19
104/22 104/22
177/17
negligence **[2]**
42/2 42/16
negligent **[1]**   31/7
neighbor **[1]**

**N**

**neighbor... [1]**
175/23
**net [2]**   123/17
123/17
**networking [1]**
97/16
**never [47]**   39/19
44/18 60/16 63/13
63/13 63/14 63/15
63/16 68/9 68/9
69/16 70/14 72/25
74/5 84/21 85/7
85/8 85/13 90/2
90/3 91/17 92/3
94/25 95/25 96/1
107/11 109/21
111/5 111/5 120/16
120/19 125/22
125/24 131/4 131/9
131/10 131/16
132/3 133/15
136/23 144/2 160/2
163/13 163/18
163/19 169/15
174/3
**new [16]**   10/2 10/3
58/21 65/12 69/25
76/10 81/25 84/3
96/20 96/20 98/13
136/4 139/9 160/8
161/3 166/17
**newborn [1]**   67/2
**newly [1]**   124/4
**next [69]**   7/25
8/24 17/15 35/8
47/13 48/17 49/19
50/22 52/8 52/21
75/4 85/3 85/20
87/3 91/13 97/10
99/23 100/17
100/24 101/12
101/15 102/4

102/12 103/19
120/23 123/23
124/1 130/21
131/13 131/14
133/3 137/5 137/7
137/9 137/17
137/20 138/15
139/4 139/12 140/7
140/14 140/16
141/13 141/24
142/3 142/13
142/16 142/23
143/15 143/25
144/9 144/22
144/24 145/2 145/3
145/14 147/1 147/7
148/6 148/9 162/1
162/3 162/8 163/11
179/12 179/21
186/24 187/20
189/10
**Nguyen [2]**   74/22
76/5
**Nicholas [2]**   97/2
178/20
**night [5]**   7/8
14/14 142/18
142/18 152/18
**nine [3]**   90/6
90/11 149/5
**nine-page [1]**
149/5
**no [141]**   1/2 10/8
12/4 12/8 17/10
18/23 21/21 27/14
28/15 28/17 28/18
28/19 38/3 46/15
46/16 47/6 47/7
48/10 48/11 49/12
49/13 50/15 50/16
51/17 51/18 52/14
52/15 58/10 58/10
62/15 62/24 63/25
63/25 64/10 64/10

67/10 67/10 67/10
68/14 69/4 69/7
70/4 71/10 72/8
77/10 79/23 85/10
85/16 87/8 87/12
88/17 88/17 88/17
90/9 90/10 91/5
91/7 91/9 92/25
94/13 95/7 95/19
96/18 97/3 97/7
97/21 108/10
108/19 109/17
109/19 112/6 112/7
112/7 113/6 113/21
115/14 118/23
118/24 120/1 120/1
120/2 120/18
122/12 122/17
122/18 123/6
124/21 130/2 130/5
130/10 131/9
131/15 131/19
132/16 132/19
133/2 133/8 135/17
135/17 137/25
140/11 143/21
144/2 145/15
151/23 152/15
153/18 154/1 154/2
156/3 157/10
159/11 161/17
161/18 162/23
163/18 164/19
172/4 172/4 172/12
176/1 176/23
176/24 176/24
178/16 178/20
178/23 180/12
181/4 181/8 181/13
181/16 181/19
181/24 181/25
183/3 189/24
191/13

**N**

**nobody [7]** 122/1
138/5 151/20
154/15 154/18
161/14 179/22
**non [4]** 7/24 8/14
37/17 121/7
**non-business [1]**
121/7
**non-disclosure [3]**
7/24 8/14 37/17
**none [6]** 86/15
118/24 121/8
133/15 166/8 166/8
**nonstop [1]** 143/22
**noon [1]** 18/7
**normal [2]** 167/12
167/17
**North [2]** 2/3
192/18
**not [281]**
**notations [1]**
127/20
**note [3]** 41/4
140/10 185/6
**notes [10]** 43/14
43/16 43/17 43/20
43/21 107/2 133/18
149/17 149/18
192/11
**nothing [16]** 11/24
12/14 59/21 62/23
65/18 69/9 81/2
89/8 91/1 92/8
92/14 120/1 122/3
126/19 129/5
143/18
**notice [4]** 27/16
112/15 136/8 147/4
**noticed [1]** 84/7
**November [6]** 1/5
27/22 158/20
159/23 190/10

**now [103]** 9/1 9/19
13/25 15/3 17/14
17/22 28/24 29/16
39/16 43/23 46/8
56/3 57/2 57/16
58/11 58/15 62/14
68/8 68/19 80/12
82/7 85/15 88/16
89/16 92/20 92/23
96/9 97/7 101/5
103/3 106/3 108/6
110/18 111/7
111/19 113/20
114/16 115/4
115/24 117/23
118/6 118/21
118/25 120/23
121/14 121/18
121/23 122/14
122/17 125/2 125/4
125/9 127/5 129/5
132/12 133/9
133/20 133/24
134/3 134/9 134/10
135/11 135/13
138/19 139/1 140/9
142/12 143/14
144/8 144/10
147/19 147/19
148/12 150/22
150/22 152/23
153/2 154/25
156/23 156/23
158/10 159/18
160/13 160/16
160/25 160/25
161/5 162/1 162/4
165/1 165/4 165/5
166/6 167/25 168/7
169/9 170/11
172/15 177/24
178/13 179/2 187/8
187/12

**nowadays [1]**
124/20
**number [22]** 6/12
22/4 29/5 33/4
33/19 38/12 53/15
53/17 53/19 86/9
86/10 86/11 89/9
103/5 126/15 158/5
164/2 164/6 170/5
182/17 182/20
187/3
**numbered [1]** 13/19
**numbers [6]** 101/8
101/9 102/2 127/11
148/5 185/24
**numerical [26]**
46/22 46/24 47/22
47/23 48/1 48/2
48/25 49/1 49/4
49/5 50/3 50/4
50/6 50/7 51/6
51/7 51/9 51/10
51/25 52/1 53/5
53/6 53/8 53/9
55/18 55/23

**O**

**O'Hagan [4]** 71/2
73/7 78/25 105/17
**object [2]** 10/2
109/1
**objecting [1]**
109/16
**objection [7]**
107/12 108/10
109/17 109/20
109/23 155/15
170/25
**objection to [1]**
108/10
**objections [11]**
7/8 7/11 7/12 7/13
11/18 11/25 12/3
12/4 12/7 12/8

# Q

**objections... [1]**
109/6

**obligates [1]** 61/3

**obligation [2]**
31/4 128/21

**observe [1]** 22/12

**Obstfeld [1]** 9/13

**obstruct [1]** 6/3

**obtain [1]** 33/20

**obtained [4]** 33/19
72/12 72/18 92/24

**obtains [1]** 93/3

**obviously [3]** 5/24
9/21 80/16

**Occam's [3]** 168/4
168/4 168/23

**occasions [1]**
70/22

**occur [1]** 33/4

**occurrence [1]**
93/21

**October [14]** 27/3
27/25 61/24 76/23
86/20 86/25 87/1
87/6 87/23 88/3
88/8 88/11 88/14
88/14

**October 16th [1]**
87/23

**October 17th [4]**
87/1 88/8 88/11
88/14

**October 20th [1]**
27/25

**October 31st [1]**
27/3

**odd [1]** 97/24

**off [7]** 70/4 82/15
88/17 88/21 89/19
93/1 140/21

**offended [1]**
116/24

**offer [2]** 95/8
113/3

**offered [1]** 114/25

**office [17]** 7/4
60/1 60/14 60/17
60/21 61/16 74/2
74/13 75/5 75/12
75/23 79/9 82/14
93/7 94/16 95/3
177/20

**officer [10]** 5/19
15/5 16/20 74/14
91/8 109/9 184/22
184/22 188/10
191/5

**officers [1]**
186/14

**offices [2]** 187/2
189/13

**official [1]** 139/9

**offshore [6]** 87/16
88/3 88/5 168/13
168/14 168/16

**often [1]** 171/25

**oh [12]** 5/2 5/8
18/24 19/5 94/21
94/25 106/21
113/18 124/22
134/19 182/22
187/11

**okay [38]** 5/2 5/9
6/7 10/12 11/16
11/24 12/14 12/19
12/20 17/12 17/18
18/24 19/5 19/6
19/8 64/8 64/13
70/20 70/22 83/14
98/19 107/13
112/18 122/11
124/2 124/16
130/16 130/21
133/5 137/9 141/14
143/11 145/16
148/7 151/15

**old [7]** 10/3 68/1
97/25 104/18
125/22 133/22
149/24

**old-fashioned [1]**
149/24

**old-time [1]**
104/18

**older [3]** 159/6
159/6 159/7

**omission [4]** 34/15
34/18 34/20 34/20

**once [3]** 16/21
142/7 142/8

**one [211]**

**one's [1]** 153/25

**one-hour [1]**
187/17

**one-month [1]**
138/17

**one-page [1]** 9/4

**ones [5]** 110/17
116/3 126/4 144/10
171/21

**only [54]** 6/4 17/2
17/4 20/9 20/20
20/25 25/24 26/4
37/4 43/16 44/21
45/4 55/3 65/3
68/4 76/8 76/12
89/1 91/22 92/18
92/18 95/19 96/25
104/16 108/9
111/13 116/3
116/21 122/12
128/8 132/20
133/17 145/21
147/15 148/3 148/4
151/19 158/13
161/1 164/14 167/3
168/17 168/18
170/4 173/8 173/21

# Q

**only... [8]**  174/11
174/11 174/12
174/16 183/2
183/10 183/23
186/20
**open [6]**  30/21
81/24 135/21
135/22 155/8 156/4
**opened [2]**  27/4
155/9
**opening [10]**  56/6
62/6 63/8 82/7
110/21 111/23
135/1 157/2 157/14
177/7
**operate [3]**  164/21
164/22 174/6
**operates [1]**
167/18
**operating [2]**
27/13 122/22
**operation [1]**  93/6
**operational [5]**
144/13 144/21
148/25 149/2
150/23
**opinion [6]**  21/6
23/8 23/11 44/24
149/23 162/9
**opinion' [1]**
162/19
**opinions [1]**  44/14
**opportunity [10]**
8/8 8/16 16/10
19/20 22/12 31/14
37/19 43/16 56/4
59/10
**opposite [2]**  77/22
91/16
**oral [6]**  29/4 61/2
119/1 119/2 122/6
171/11

**order [10]**  4/1
13/3 80/4 104/21
107/6 109/24
121/15 129/16
130/24 138/22
**ordered [1]**  16/11
**Ordering [1]**
103/19
**ordinary [1]**  23/19
**organization [1]**
138/20
**organized [1]**
45/17
**original [4]**  9/9
9/22 28/13 64/20
**originally [1]**
75/14
**other [66]**  8/18
11/24 12/7 17/10
20/18 22/15 22/15
22/20 23/6 23/10
23/18 27/17 31/2
31/15 31/18 43/20
44/16 44/21 56/17
65/18 65/18 70/14
71/16 84/16 93/8
95/11 100/9 103/22
108/9 115/12 116/3
116/11 117/11
119/18 120/11
120/16 122/23
126/12 127/22
132/11 134/1 134/4
134/21 136/9
136/10 144/1
145/23 150/16
151/21 153/19
153/21 154/15
160/3 161/7 169/24
171/19 171/20
173/11 173/13
173/21 176/7
181/17 182/13
183/20 184/8 185/4

**others [10]**  11/16
42/23 44/1 45/1
105/18 124/8 128/3
156/13 165/14
179/25
**otherwise [2]**
27/12 107/7
**ought [1]**  135/19
**our [33]**  7/1 7/4
7/9 9/11 9/16 9/22
9/25 10/9 11/25
13/13 14/10 56/23
58/5 58/6 58/7
58/7 104/17 107/1
116/1 116/5 116/8
116/9 122/7 129/7
139/2 143/8 144/6
152/3 156/23
167/17 175/13
186/21 186/25
**out [60]**  5/17 8/1
9/11 14/16 20/14
56/21 60/16 62/14
66/19 67/7 67/11
67/21 70/3 76/24
87/16 89/5 90/6
90/8 90/12 94/9
94/12 94/13 95/3
95/3 100/8 100/9
103/12 114/9
116/18 120/17
121/15 125/11
126/3 127/4 128/19
129/10 134/24
140/9 143/16 145/4
148/17 152/20
155/2 159/14
159/15 163/25
165/15 165/23
167/21 170/3
177/25 179/9
182/12 182/12
187/7 187/8 188/16

**Q**

**out... [3]**   189/10
189/18 189/23
**out here [1]**
120/17
**outcome [3]**   22/10
71/10 186/3
**outed [1]**   182/10
**outrageous [3]**
59/23 92/2 92/3
**outside [4]**   13/23
16/20 73/17 191/6
**outweigh [1]**
104/23
**over [43]**   29/9
31/23 32/24 33/2
33/11 43/18 45/2
62/1 65/13 65/14
67/11 68/19 68/20
78/24 80/21 85/6
85/6 89/3 89/16
90/6 91/19 91/24
93/4 97/8 97/8
103/7 103/7 123/17
127/21 128/21
137/13 148/7 154/8
169/14 174/22
176/20 179/7 179/7
179/17 180/20
180/20 180/21
186/1
**overall [1]**   32/15
**overarching [1]**
114/14
**overly [1]**   98/7
**Overruled [1]**
155/24
**overseas [2]**   73/25
74/16
**overwhelming [2]**
68/4 68/21
**overwrite [2]**
128/12 128/25

**overwrites [3]**
127/24 128/10
128/18
**overwriting [1]**
142/7
**overwritten [3]**
129/4 178/21
178/23
**overwrote [3]**
128/8 128/17
128/19
**owe [3]**   31/2 32/1
53/9
**owed [30]**   28/25
29/16 30/1 32/3
32/9 46/23 46/24
47/22 47/23 48/1
48/2 48/25 49/1
49/4 49/5 50/3
50/4 50/6 50/7
51/6 51/7 51/9
51/10 51/25 52/1
53/5 53/6 53/8
90/19 103/17
**owes [1]**   90/16
**own [22]**   21/9
21/10 44/24 60/18
67/6 67/7 67/9
68/22 77/14 78/16
78/22 85/11 86/3
96/11 96/12 97/2
104/25 105/1
107/13 151/5
178/16 180/13
**owned [4]**   39/25
40/8 89/5 170/5
**owners [3]**   27/9
29/2 61/6
**ownership [8]**
29/18 31/23 33/11
33/14 123/15
123/19 171/15
171/16
**owning [1]**   88/21

**owns [7]**   79/16
80/9 80/10 85/21
89/7 89/8 92/24

**P**

**p.m [18]**   16/17
106/13 106/15
106/15 110/3 175/5
175/11 175/11
175/15 185/21
187/25 187/25
188/5 188/21 189/1
190/2 191/9 191/16
**P554 [1]**   80/5
**P76 [1]**   175/24
**P767 [1]**   176/2
**page [19]**   7/18 9/4
9/5 9/24 13/21
18/20 18/20 18/21
18/25 65/25 75/24
77/24 94/7 124/16
146/18 149/5
151/11 151/11
176/19
**pages [9]**   1/8 9/2
13/14 13/20 14/1
14/23 150/6 150/8
192/12
**paid [4]**   95/14
124/11 153/21
174/15
**Paige [14]**   69/22
74/7 97/12 105/17
120/13 120/22
121/3 121/11
130/14 131/2
131/15 132/1 163/8
163/9
**painting [1]**
170/15
**PALM [2]**   1/2 27/5
**paper [29]**   11/3
63/5 81/1 85/19
86/10 128/1 128/1

**P**

**paper... [22]**
128/3 130/18 132/7
136/3 141/1 141/8
141/9 141/10
141/18 141/19
141/21 141/25
142/1 142/6 142/22
143/8 143/8 149/4
149/4 149/5 165/20
182/7

**papers [5]** 127/4
127/7 127/8 127/9
146/17

**Papua [1]** 98/12

**paragraph [2]** 19/1
155/14

**pardon [1]** 113/25

**part [18]** 10/4
11/5 22/3 24/22
25/12 26/8 39/23
69/3 69/6 69/7
69/12 71/16 71/19
93/9 98/22 141/14
185/25 186/2

**participate [1]**
139/22

**participated [1]**
123/7

**particular [5]**
22/5 22/9 24/24
25/15 45/18

**particularly [1]**
186/6

**parties [12]** 4/3
7/16 8/25 15/10
24/21 25/11 26/11
31/17 76/16 87/10
185/1 188/24

**parties' [1]** 29/17

**partner [51]** 11/13
29/24 30/4 30/4
30/5 30/6 30/7

30/9 30/10 30/11
30/12 30/15 30/20
30/21 31/6 31/9
31/11 31/13 31/15
31/16 56/19 56/22
63/13 63/16 63/16
63/23 64/6 64/8
64/10 64/11 64/17
64/23 65/2 65/4
65/21 66/5 66/10
67/15 67/22 68/9
68/10 96/18 98/9
105/11 120/22
121/10 121/12
165/12 165/13
177/1 183/11

**partner's [5]** 11/9
30/9 30/16 30/17
30/19

**partnered [4]**
58/20 61/8 81/6
105/19

**partners [31]**
11/13 29/19 29/20
29/24 30/24 31/2
39/19 62/8 62/11
63/22 65/13 65/15
65/22 66/1 67/18
67/21 68/10 68/15
69/8 69/20 116/17
119/12 119/12
120/9 120/10 121/5
124/5 124/9 124/11
165/13 184/10

**partnership [151]**
9/2 9/10 10/17
10/22 11/4 11/6
11/9 11/14 18/19
19/2 23/24 27/11
28/10 28/12 28/16
28/18 28/21 28/23
29/1 29/3 29/4
29/7 29/9 29/12
29/13 29/15 29/18

29/21 29/22
29/25 30/4 30/5
30/8 30/11 30/17
30/25 31/1 31/2
31/3 31/10 31/10
31/12 31/13 31/14
31/16 33/22 39/14
39/15 39/16 39/18
39/19 39/23 39/25
40/8 46/11 46/14
46/21 52/7 54/1
54/21 57/12 57/12
57/14 57/20 59/7
60/8 60/22 60/25
61/2 61/5 61/7
61/14 62/2 62/25
63/4 63/7 63/14
63/14 63/15 66/6
68/3 68/5 68/16
68/18 68/24 69/4
69/5 69/6 69/7
72/2 75/9 75/20
76/9 76/10 76/17
78/13 78/20 78/22
80/15 80/18 80/19
81/9 86/17 90/3
96/1 96/5 99/2
99/8 99/14 99/15
99/20 99/22 99/25
101/24 102/21
102/23 103/2
104/11 104/11
104/14 105/5
115/16 115/23
118/24 119/14
121/15 121/18
121/19 121/22
121/24 122/4 122/5
122/8 122/18
129/14 129/19
130/8 131/17
132/14 133/11
145/22 145/24
147/21 157/10

**partnership... [6]**
157/11 171/14
172/6 173/3 173/4
176/25

**partnership's [16]**
28/24 30/3 33/21
57/8 59/10 81/5
86/9 86/11 87/11
88/21 93/4 95/22
95/23 99/11 100/15
106/2

**partnerships [3]**
61/3 64/21 68/9

**partnerships' [1]**
72/1

**parts [1]**   169/23

**party [6]**   20/17
31/18 44/1 44/3
123/10 135/5

**pass [2]**   18/6
89/19

**pass-through [1]**
18/6

**passage [2]**   155/10
155/12

**passages [1]**
155/18

**passed [1]**   89/25

**password [1]**   13/3

**past [1]**   16/15

**patents [1]**   84/24

**patience [1]**
171/24

**patient [1]**   185/2

**Patrick [14]**   69/22
70/3 74/7 74/10
97/12 105/17
120/13 120/22
121/2 121/11
130/14 131/25
163/8 163/9

**Patrick's [1]**   96/2

**Pause [8]**   7/20
8/23 18/10 106/23
108/16 172/18
181/7 182/21

**pay [10]**   20/1
76/12 88/1 88/2
111/23 123/16
153/5 153/6 153/6
153/7

**paying [1]**   34/9

**pays [1]**   76/14

**PDF [1]**   182/7

**peers [1]**   58/7

**pegged [2]**   82/18
83/23

**people [36]**   4/17
4/25 5/17 20/21
22/25 61/2 63/11
63/11 65/4 65/5
69/12 70/13 71/19
73/16 97/23 98/25
114/4 119/16 128/9
131/1 131/23 133/4
134/4 141/22
142/21 143/5 149/5
150/4 154/7 156/9
167/4 167/5 167/14
167/20 176/8
179/10

**per [6]**   27/20
27/23 28/1 80/7
99/17 100/14

**percent [4]**   40/2
40/10 80/10 167/3

**percentage [3]**
123/15 167/5
171/16

**perfect [2]**   6/7
94/24

**perfectly [1]**
96/16

**perhaps [5]**   43/15
108/1 128/22

**period [25]**   7/24
15/15 37/2 96/12
110/23 111/1 111/3
112/12 114/19
121/4 122/13
137/24 138/17
139/15 143/9 145/3
145/5 149/15
157/11 158/6
162/16 173/3 173/5
173/8 174/17

**periods [2]**   35/22
110/22

**permanently [1]**
33/23

**permission [1]**
96/2

**permit [2]**   155/21
190/22

**permitted [3]**   23/8
43/14 107/23

**perpetuated [1]**
97/5

**person [22]**   21/16
23/7 23/9 30/12
66/11 70/6 70/7
70/12 70/14 73/18
85/18 92/18 92/18
95/25 96/25 119/14
125/7 137/13
149/23 154/15
158/13 167/12

**person's [1]**
164/22

**personal [11]**   1/3
22/10 26/17 26/20
33/2 44/14 95/21
115/4 116/15
132/25 150/10

**personality [1]**
141/5

**personally [5]**
4/24 27/9 63/25

**personally... [2]**
112/24 149/21
**persons [8]** 10/22
20/18 29/2 29/3
42/19 61/5 61/7
148/24
**persuade [1]** 24/12
**persuasion [1]**
24/10
**Pharisees [2]**
156/2 156/2
**phone [15]** 124/22
124/24 137/23
137/24 137/25
138/6 138/8 153/6
178/25 179/5
180/13 180/15
182/2 185/24 187/3
**phonetic [1]**
138/19
**photograph [1]**
151/16
**photos [1]** 127/24
**physical [1]**
139/20
**pick [3]** 164/16
164/20 164/20
**picture [1]** 152/1
**pie [2]** 113/13
164/15
**piece [3]** 60/21
118/15 177/13
**pieces [2]** 135/14
150/20
**pile [6]** 112/13
113/1 113/9 114/9
136/23 163/3
**pirates [1]** 126/7
**pit [1]** 135/9
**pivot [1]** 68/7
**place [6]** 96/7
127/14 147/21

155/9 160/14
186/11
**places [1]** 147/20
**placing [5]** 47/13
48/17 49/18 50/22
52/21
**plagiarized [1]**
141/1
**plagiarizing [1]**
140/24
**plain [2]** 178/13
178/14
**plainly [2]** 168/20
168/21
**plaintiff [23]**
1/13 16/4 16/9
17/11 23/22 24/1
26/14 27/7 36/24
37/2 37/3 43/9
43/10 45/22 47/12
47/18 48/16 48/21
49/24 51/2 53/1
90/20 162/17
**plaintiffs [62]**
1/5 6/17 6/18 6/19
6/20 6/22 8/8 8/15
12/5 17/1 18/12
19/17 24/6 24/7
25/1 25/4 26/2
26/16 29/10 33/9
33/18 34/13 34/24
35/2 35/5 35/12
35/14 35/21 36/10
37/18 37/20 38/16
40/18 41/1 42/25
44/9 44/11 45/21
49/18 50/21 52/20
53/13 56/5 56/13
57/7 57/11 64/18
79/14 80/16 102/8
104/10 110/14
134/22 135/4
136/12 146/9
147/10 157/6

189/25 191/12
**Plaintiffs' [21]**
3/3 3/4 6/15 11/20
13/24 24/12 35/24
36/1 36/3 36/7
36/15 38/4 38/12
39/12 102/19 135/3
137/2 150/20 166/3
166/20 166/22
**planet [1]** 119/8
**planning [1]**
188/22
**play [3]** 170/14
180/16 182/3
**pleasant [2]**
187/23 191/7
**please [69]** 6/14
19/15 46/16 46/18
46/25 47/7 47/9
47/17 48/3 48/11
48/13 48/20 49/6
49/13 49/15 49/22
50/9 50/16 50/18
50/21 50/25 51/12
51/18 51/20 52/3
52/9 52/15 52/17
52/24 53/11 53/20
54/4 54/14 55/6
55/24 56/14 83/19
92/13 94/7 99/5
101/5 110/5 110/6
110/9 129/16
133/11 135/22
138/21 141/23
144/9 144/22
144/24 148/6 150/7
150/7 175/17
175/20 176/2 178/5
179/12 179/23
182/20 184/21
184/25 185/22
187/21 188/1 190/4
190/19

**P**

**pledging [1]**   33/7
**ploy [1]**   96/24
**plus [1]**   158/16
**point [40]**   4/13
  9/4 12/10 14/25
  22/5 56/12 59/6
  105/5 105/6 114/24
  125/5 125/6 129/8
  129/13 130/23
  136/12 136/12
  136/21 139/13
  140/8 141/7 141/8
  147/2 149/19
  155/21 156/15
  156/17 160/6 161/7
  162/5 163/23
  165/17 165/19
  166/3 169/1 173/21
  173/24 174/18
  185/17 186/22
**pointed [1]**   179/9
**pointing [1]**
  165/10
**points [5]**   118/11
  134/22 157/3 157/5
  158/6
**poke [1]**   98/17
**police [11]**   58/21
  65/6 65/9 65/10
  65/12 65/19 73/20
  76/11 81/25 125/13
  177/19
**Ponce [1]**   1/23
**poor [1]**   95/13
**popularity [1]**
  82/10
**portion [7]**   28/24
  30/8 40/4 40/13
  108/22 143/20
  170/1
**posited [1]**   128/11
**position [3]**   10/9

**possess [1]**   33/14
**possibility [1]**
  160/19
**possible [2]**
  160/22 184/23
**post [4]**   10/19
  63/12 118/1 183/16
**post-2013 [1]**
  183/16
**post-litigation [1]**
  63/12
**post-RUPA [1]**
  10/19
**pot [1]**   79/12
**potential [1]**
  118/4
**potentially [1]**
  85/1
**pound [1]**   28/2
**pounds [2]**   28/1
  84/5
**poverty [2]**   95/17
  95/19
**power [2]**   127/23
  169/3
**powerful [6]**   68/15
  97/13 119/8 157/18
  160/24 183/19
**powers [2]**   5/13
  114/1
**practice [2]**
  109/16 188/23
**pre [4]**   10/9 63/10
  71/11 177/9
**pre-litigation [3]**
  63/10 71/11 177/9
**pre-RUPA [1]**   10/9
**precisely [1]**
  91/16
**preclude [1]**   45/24
**prediction [1]**
  118/10
**preemptively [1]**

**preferences [1]**
  146/11
**prejudice [3]**
  20/11 38/14 38/17
**prejudices [1]**
  44/14
**prejudicial [2]**
  108/23 108/25
**prepared [4]**   5/16
  5/17 45/9 124/18
**preponderance [28]**
  24/7 24/11 24/17
  24/23 25/3 25/20
  26/6 26/9 29/11
  32/5 33/9 34/5
  34/14 34/25 35/7
  35/15 35/17 36/7
  36/14 36/18 37/10
  37/20 38/11 38/15
  38/19 39/1 39/10
  104/16
**prescribed [1]**
  35/23
**presence [2]**   13/23
  126/5
**present [13]**   4/3
  7/3 16/8 16/25
  39/21 56/4 82/24
  106/13 175/5
  185/21 188/24
  191/9 192/7
**presented [3]**
  20/10 185/13
  190/24
**presenting [1]**
  15/15
**preserve [2]**
  109/24 128/21
**president [1]**
  157/19
**pressing [1]**
  163/22
**presume [1]**   9/13

# P

**presumes [1]**   9/18
**presumptions [2]**
9/20 10/11
**pretty [4]**   88/14
124/7 126/13
188/14
**prevail [10]**   25/19
26/4 33/8 34/3
34/12 34/24 35/16
36/5 38/10 44/11
**prevented [1]**
156/13
**prevents [1]**   38/5
**previous [1]**   81/12
**previously [2]**
80/13 185/14
**price [3]**   99/16
99/21 100/13
**principle [2]**
128/4 168/3
**printout [1]**   182/7
**prior [3]**   11/25
150/19 183/23
**priority [1]**   43/18
**private [5]**   97/4
153/24 178/21
178/22 181/1
**privilege [3]**
115/4 116/15
186/16
**probability [1]**
42/12
**probable [1]**   25/5
**probably [3]**   95/1
157/22 180/7
**probate [1]**   27/6
**problem [6]**   6/1
19/6 137/15 150/4
154/23 165/19
**problems [5]**   4/17
116/11 136/9
136/10 139/20

**proceed [4]**   6/4
19/10 56/12 175/18
**proceeding [4]**
5/12 27/4 27/6
107/4
**proceedings [10]**
7/20 8/23 14/6
18/10 106/23
108/16 172/18
182/21 191/16
192/8
**process [2]**   73/23
137/18
**procuring [1]**
31/21
**produce [1]**   166/7
**produced [2]**   24/20
25/11
**produces [1]**   147/9
**production [1]**
80/6
**professional [2]**
97/24 186/13
**profit [7]**   29/2
31/11 61/6 61/15
123/17 124/18
166/19
**profits [4]**   11/10
29/8 29/21 61/21
**program [1]**   149/3
**project [5]**   93/9
139/22 140/13
168/13 179/13
**projected [1]**   84/4
**projects [3]**   64/5
64/13 84/4
**promise [2]**   70/3
76/18
**promised [3]**   62/6
63/1 66/20
**promises [1]**   94/19
**promoting [1]**   75/7
**promptly [1]**
184/23

**pronounced [1]**
84/11
**proof [8]**   21/19
24/9 24/22 25/3
25/12 26/7 28/8
60/5
**proper [3]**   94/18
96/15 111/10
**property [74]**
30/25 31/11 31/13
32/8 32/20 32/25
32/25 33/2 33/3
33/5 33/6 33/7
33/11 33/12 33/15
33/21 33/23 33/24
39/22 40/8 40/10
46/24 47/24 48/2
49/2 49/5 50/4
50/8 51/7 51/11
52/2 53/6 53/10
57/9 59/2 59/3
59/13 59/15 59/19
61/12 61/15 61/19
62/12 68/20 76/10
78/15 81/7 81/10
81/13 81/15 81/19
82/6 82/8 83/22
84/3 84/10 84/12
84/17 84/19 84/25
85/1 85/2 85/5
88/21 90/4 90/13
90/24 94/1 100/5
100/18 100/22
103/3 104/6 104/12
**proportion [1]**
11/9
**proposal [1]**   146/6
**proposals [2]**
146/13 172/9
**proposed [2]**   9/5
161/3
**proprietary [2]**
29/6 61/13
**prosecutor [1]**

**P**

**prosecutor... [1]**
107/20
**protect [4]** 94/15
94/15 154/22
177/21
**protected [1]** 5/6
**protocol [3]** 28/13
58/24 181/3
**proud [2]** 128/2
132/6
**prove [23]** 21/20
24/6 24/7 25/4
25/18 29/10 32/4
32/18 33/9 33/18
34/4 34/13 34/25
35/14 36/6 37/9
37/10 38/11 69/19
91/20 98/14 104/16
128/24
**proved [4]** 26/13
27/18 98/14 113/5
**proven [11]** 24/16
25/7 35/7 36/15
37/5 45/13 45/21
48/7 48/16 79/14
164/19
**proves [4]** 25/19
26/5 35/17 142/7
**provide [32]** 15/4
18/2 30/16 46/22
46/23 47/22 47/23
47/25 48/2 48/25
49/1 49/4 49/5
50/3 50/4 50/6
50/7 51/6 51/6
51/9 51/10 51/25
52/1 53/5 53/6
53/8 53/9 53/17
53/19 55/18 55/23
187/3
**provided [7]** 12/24
13/4 17/22 17/23

171/10 186/20
187/19
**provides [1]** 9/20
**proving [2]** 25/1
76/15
**provision [1]**
56/10
**proximately [1]**
35/4
**prudent [1]** 30/12
**pseudonym [2]** 27/3
69/11
**public [2]** 5/12
180/25
**publicly [1]** 27/2
**pull [5]** 119/8
120/25 129/20
153/21 170/3
**pulled [1]** 130/23
**pulling [1]** 118/19
**pulls [1]** 67/11
**punchline [1]**
168/20
**punish [1]** 103/18
**punishment [6]**
42/22 103/18
103/20 103/20
103/21 103/23
**punitive [16]**
41/23 41/25 42/6
42/8 42/20 42/22
43/12 46/1 55/7
55/11 55/12 55/16
55/21 103/15
103/15 103/18
**purchase [1]** 88/6
**purported [2]** 38/4
140/20
**purpose [12]** 5/5
29/6 29/7 31/17
61/9 61/10 61/14
74/17 75/6 147/17
177/17 178/6
**purposely [1]**

**purposes [1]**
188/22
**pursued [1]** 42/14
**put [42]** 56/8
58/14 75/5 80/16
80/18 83/14 83/25
85/11 87/19 96/15
98/21 100/3 101/15
102/7 103/3 104/19
104/22 110/14
111/21 112/2 113/3
113/15 114/9
130/23 130/25
131/21 133/8
145/24 146/12
147/13 151/24
152/4 154/13 163/3
164/14 169/13
169/15 172/23
173/8 176/2 178/4
179/12
**puts [5]** 80/25
127/22 127/22
127/24 178/6
**putting [2]** 98/18
112/4
**puzzle [1]** 58/15

**Q**

**qualifications [4]**
139/24 140/2
140/16 159/1
**quality [1]** 125/11
**quantity [2]** 39/24
40/17
**question [131]**
11/23 45/16 45/19
46/13 46/16 46/17
46/18 46/19 46/20
46/25 47/3 47/7
47/8 47/9 47/10
47/11 47/11 47/17
47/18 47/19 48/3

**Q**

**question... [110]**
48/6 48/11 48/12
48/13 48/14 48/15
48/15 48/20 48/21
48/22 49/6 49/9
49/13 49/14 49/15
49/16 49/17 49/17
49/22 49/23 49/23
49/24 50/9 50/12
50/16 50/17 50/18
50/19 50/20 50/20
50/25 51/1 51/1
51/2 51/12 51/15
51/18 51/19 51/20
51/21 51/22 52/3
52/6 52/7 52/15
52/16 52/17 52/18
52/19 52/19 52/24
52/25 52/25 53/1
53/11 53/13 53/20
53/23 54/4 54/7
54/14 54/17 54/25
55/6 55/8 67/20
81/11 99/6 100/1
100/3 101/4 101/4
101/5 101/5 101/13
101/15 101/18
102/6 102/7 102/9
102/16 102/22
102/24 102/24
103/1 109/5 112/21
114/14 114/15
114/15 114/22
115/18 115/19
115/20 115/21
115/22 117/6
117/12 117/12
118/9 129/17 155/4
167/9 184/21 185/1
185/6 185/24
187/22 189/15
189/16

**questions [15]**
22/7 22/14 23/16
23/18 28/21 45/10
45/12 45/17 45/20
52/8 94/5 100/24
115/13 161/10
168/17
**quick [2]**   106/9
148/8
**quicker [1]**   7/2
**quickly [8]**   14/9
62/13 63/18 94/2
94/4 129/11 157/4
158/11
**quicksand [3]**
119/21 135/9
174/21
**quite [3]**   5/13
134/20 172/24
**quote [2]**   69/23
97/19
**quoting [1]**   176/12

**R**

**Rachel [1]**   136/6
**rack [2]**   151/11
183/14
**racks [6]**   151/15
151/16 151/17
153/4 153/18
183/21
**radical [1]**   140/12
**radio [1]**   117/21
**Radvanovsky [7]**
81/8 111/17 115/1
133/17 173/15
173/16 173/20
**Rafael [1]**   10/20
**raise [3]**   7/15
13/16 184/2
**raised [4]**   12/7
13/11 35/9 70/11
**raises [1]**   26/3
**Ramona [3]**   74/10

**random [2]**   93/20
144/10
**rate [3]**   27/19
27/22 27/25
**rates [4]**   27/18
28/3 84/7 84/8
**rather [2]**   14/3
30/2
**rationale [1]**
30/18
**razor [3]**   168/4
168/4 168/23
**rcjbr.org [1]**
136/6
**reach [5]**   21/13
44/23 46/5 90/6
90/8
**reach-out [1]**   90/8
**reached [2]**   66/19
89/5
**reaches [5]**   94/9
94/12 94/13 95/3
95/3
**reaching [3]**   23/13
76/1 87/15
**read [7]**   7/22 8/10
101/9 102/1 104/15
120/18 130/6
**reading [1]**   188/23
**ready [3]**   15/11
19/9 175/13
**real [31]**   45/3
68/14 69/7 75/13
86/1 86/2 86/16
86/17 92/4 92/22
111/18 111/18
114/6 117/18
117/19 117/24
121/5 121/5 121/17
123/23 123/24
123/25 124/7 124/8
139/14 139/15
141/22 142/25

**R**

**real... [3]** 148/8
157/11 166/13
**reality [1]** 146/4
**realize [1]** 179/1
**realized [1]** 64/19
**realizes [1]** 85/19
**Realizing [1]** 68/7
**really [22]** 67/24
85/16 94/20 115/25
126/18 128/1 128/5
138/7 138/10
138/11 139/14
141/23 142/21
144/14 157/15
161/1 161/6 161/20
171/23 172/20
172/21 172/22
**reason [7]** 22/9
138/24 168/11
179/11 179/17
179/19 180/1
**reasonable [4]**
30/13 36/12 37/14
39/11
**reasonably [2]**
25/5 27/15
**reasoning [4]**
21/12 114/1 147/23
156/17
**reasons [4]** 76/1
119/13 158/18
172/11
**rebates [2]** 60/2
74/2
**rebut [2]** 68/4
160/20
**rebuttal [7]** 3/4
16/11 17/4 56/6
160/13 175/7
175/18
**recall [8]** 17/3
63/20 66/18 68/16

89/2
**receive [4]** 92/20
99/10 182/8 185/11
**received [9]** 4/24
24/19 25/10 86/8
86/13 121/9 182/6
182/7 186/5
**receiving [1]**
185/8
**recently [1]**
161/24
**recess [14]** 17/20
82/23 82/25 83/2
83/8 83/9 106/12
106/14 106/15
175/10 175/11
186/14 186/22
187/25
**reckless [2]** 31/7
42/17
**recognize [2]**
186/1 189/21
**recollection [3]**
21/10 43/18 132/21
**record [12]** 4/10
6/14 9/3 10/5
11/18 12/23 27/16
82/5 181/24 181/25
182/13 183/3
**recorded [1]** 68/23
**recording [1]**
69/19
**records [6]** 59/7
63/6 97/14 183/8
183/8 183/13
**recover [1]** 57/25
**recovering [1]**
38/6
**reduce [1]** 170/2
**Reed [35]** 7/4
120/11 120/24
122/21 124/1
124/13 129/16

132/12 132/22
133/3 134/18
135/21 137/6
137/17 138/15
139/25 140/7
141/13 142/23
143/17 144/9
144/22 145/4 147/1
147/7 148/14
150/25 151/1 151/4
161/1 169/19 170/3
186/6
**reexamine [1]**
44/24
**refer [2]** 45/14
56/10
**reference [8]**
13/19 14/3 88/5
115/1 115/2 122/12
133/1 148/18
**referenced [2]**
13/15 14/2
**references [1]**
97/14
**referred [2]** 23/9
107/2
**referring [2]**
27/16 120/13
**refers [2]** 62/3
120/21
**refill [1]** 115/6
**reflect [2]** 40/5
40/14
**reflected [1]**
14/23
**refrain [1]** 32/14
**refresh [1]** 132/21
**refunds [2]** 75/24
93/25
**refused [1]** 81/11
**regard [5]** 12/2
12/14 171/6 172/7
188/12

**R**

**regarding [3]** 6/6
12/23 13/12
**regardless [6]**
24/18 24/19 25/9
25/10 128/5 186/3
**register [1]** 145/9
**registration [1]**
146/14
**regular [1]** 124/18
**regulatory [1]**
77/15
**reject [1]** 103/13
**rejected [1]**
147/13
**related [11]** 27/4
28/14 43/3 54/1
81/10 132/3 132/10
132/11 133/4 146/2
182/19
**relates [2]** 23/16
44/5
**relating [1]**
123/23
**relationship [10]**
32/5 35/1 35/3
102/13 119/4 119/7
132/8 132/9 132/10
179/8
**relatives [1]**
167/21
**release [3]** 59/1
136/3 149/10
**released [7]** 27/2
58/23 58/23 58/24
144/21 149/10
159/25
**relevant [3]**
110/22 151/1 158/6
**reliable [1]** 95/7
**relied [2]** 34/19
156/25
**relies [1]** 157/2

**rely [12]** 23/11
34/18 65/5 116/23
135/17 164/17
168/9 168/18
168/18 168/19
171/16 172/13
**relying [1]** 184/11
**remain [4]** 185/5
188/9 190/13
190/14
**remaining [2]** 36/3
175/7
**remarkable [1]**
116/12
**remember [54]**
22/25 23/15 45/2
66/25 73/19 84/13
86/18 110/24
115/11 115/13
117/1 117/2 119/3
119/13 122/6
122/20 122/21
123/4 123/8 123/11
127/6 128/17
128/18 130/24
133/12 134/6 136/5
136/18 136/23
138/24 139/7
140/22 146/14
147/2 147/8 149/13
149/22 153/15
153/25 158/13
158/24 159/18
159/22 161/9
161/25 162/13
162/14 171/14
172/8 173/20
181/11 183/6
183/16 190/19
**remembered [1]**
173/14
**remembers [1]**
22/24
**remind [5]** 85/24

127/21 157/13
**reminiscing [1]**
66/24
**remotely [2]** 97/16
183/20
**remove [1]** 182/11
**removed [2]** 5/25
10/18
**render [1]** 58/9
**repeated [1]**
107/13
**repeatedly [2]**
105/11 105/12
**repetitious [1]**
141/12
**report [1]** 76/3
**reported [2]** 4/22
192/8
**REPORTER [2]** 2/2
192/5
**reporting [2]**
71/11 134/4
**represent [1]**
157/18
**representative [4]**
1/3 26/17 26/20
90/18
**request [10]** 4/7
10/1 87/17 87/21
107/19 108/17
108/24 109/22
109/25 147/9
**requested [4]**
188/4 188/5 190/11
191/2
**requests [2]** 146/6
147/13
**require [3]** 10/19
61/1 62/16
**required [6]** 28/19
30/7 30/15 88/2
105/6 109/23
**requirements [1]**

**R**

**requirements... [1]**
139/11
**requires [5]** 7/25
8/14 25/4 35/21
37/17
**research [45]** 1/4
24/1 26/18 47/2
47/5 47/16 47/25
48/5 48/7 48/19
49/3 49/8 49/11
49/21 50/5 50/11
50/14 50/24 51/8
51/14 51/16 51/24
52/5 52/10 52/12
52/23 53/7 53/14
53/18 54/8 55/1
55/9 55/13 55/20
55/21 61/17 61/22
75/7 78/14 127/9
145/25 146/12
147/4 147/13
190/23
**reserve [1]** 83/15
**reserved [1]** 14/4
**resident [1]** 26/22
**resolve [4]** 23/17
58/5 58/6 98/7
**resources [1]**
43/11
**respect [6]** 32/7
52/8 52/9 61/3
115/9 140/17
**respective [3]**
29/17 186/4 186/20
**respectively [1]**
33/13
**respond [6]** 67/19
79/22 109/13
160/20 184/23
185/1
**responds [3]** 73/22
90/1 143/10

**response [4]** 100/12
14/7 107/14 185/2
**responsibility [2]**
19/18 24/5
**responsible [1]**
20/22
**rest [8]** 8/7 11/11
106/9 117/23
117/23 151/15
159/1 165/24
**restate [1]** 11/25
**restaurants [1]**
122/11
**rested [1]** 19/17
**restroom [1]** 82/20
**restrooms [1]**
15/24
**result [1]** 35/13
**resulted [1]** 93/11
**resulting [2]**
42/15 43/7
**results [2]** 60/3
93/23
**retain [1]** 34/9
**retained [1]** 34/7
**retire [1]** 185/16
**return [10]** 16/7
46/9 57/7 103/19
108/6 174/12
174/13 184/12
184/19 185/7
**returned [3]** 86/14
107/11 109/21
**returns [3]** 132/25
132/25 153/9
**revealing [1]** 60/8
**revenue [1]** 123/16
**review [2]** 58/8
58/11
**reviewed [2]** 78/12
126/14
**reviewing [1]**
14/15
**revised [1]** 9/11

**revolutionary [7]**
57/13 81/10 137/1
137/3 137/17
137/18 139/16
**revolutionize [1]**
71/20
**RFPs [2]** 146/6
146/13
**rich [2]** 58/3
159/19
**rid [1]** 182/16
**riddle [3]** 157/14
157/18 157/20
**right [123]** 4/5
4/9 5/19 6/10 7/19
7/21 8/2 8/6 8/18
8/24 9/14 12/2
12/9 12/16 12/20
13/17 14/4 14/7
14/12 14/24 15/6
15/8 16/24 17/12
17/18 17/21 18/8
18/11 18/22 19/12
29/7 29/9 33/3
33/14 61/20 64/15
64/25 68/12 75/2
77/9 77/13 77/20
78/4 78/9 82/22
82/25 83/3 83/14
83/16 83/18 86/18
92/6 94/11 94/11
104/18 106/1
106/11 106/14
106/21 106/24
108/3 108/6 109/25
110/4 112/1 112/22
113/2 113/8 113/20
115/11 116/2
116/25 118/19
118/21 127/12
131/6 131/12 133/5
133/9 133/19
134/17 135/11
135/13 135/24

# R

**right... [39]**
138/17 139/14
140/23 147/23
155/21 158/15
158/18 159/18
160/25 163/14
163/18 163/21
166/19 168/7
170/18 171/5
172/17 173/19
175/3 175/6 175/9
175/9 175/12
175/16 176/4 179/2
179/5 184/15
185/20 185/22
187/11 187/12
187/16 187/22
187/23 188/1 190/3
191/10 191/14
**right-hand [2]**
78/4 92/6
**rights [3]** 11/13
29/24 42/19
**rip [1]** 82/15
**risk [1]** 170/2
**RIVERO [20]** 1/20
1/20 7/1 105/4
105/13 106/24
107/15 108/25
109/15 110/7 171/2
175/3 175/25
176/11 176/23
177/4 177/6 178/14
178/25 184/2
**RMR [1]** 192/17
**Robert [1]** 81/7
**Roca [1]** 10/20
**ROCHE [5]** 1/13
1/14 6/18 56/20
110/21
**role [1]** 63/11
**rolling [1]** 148/14

**romantic [1]** 64/8
**room [24]** 2/3
15/20 15/21 15/22
15/23 16/22 16/22
16/24 20/7 45/6
99/19 155/1 155/3
163/24 176/25
184/17 185/5 185/7
185/15 185/16
188/11 190/13
190/13 190/17
**rooms [2]** 180/25
188/17
**royal [1]** 77/2
**RPR [1]** 192/17
**ruined [1]** 4/13
**rule [2]** 7/8 30/18
**ruled [1]** 11/18
**rules [3]** 20/5
27/14 109/17
**ruling [4]** 7/11
107/3 107/22 109/8
**run [4]** 62/12
63/18 152/9 153/17
**runner's [2]**
137/13 137/14
**running [2]** 151/14
155/2
**RUPA [5]** 9/17 9/20
10/9 10/11 10/19
**rush [1]** 91/13
**Rwanda [1]** 176/15

# S

**sacred [1]** 58/8
**sad [2]** 117/10
153/8
**Sadly [1]** 139/21
**safety [1]** 42/18
**said [73]** 5/8
11/18 20/25 21/5
21/8 22/20 62/10
62/22 64/4 66/9
67/3 69/3 69/4

79/6 80/13 82/3
85/6 85/7 96/25
98/19 100/19
100/20 105/12
105/18 107/2
110/25 111/8
111/23 111/24
112/17 112/17
112/18 113/7 113/7
113/25 115/14
115/25 116/1 123/5
127/2 128/9 128/11
129/18 131/16
133/11 142/11
147/17 148/2 149/8
149/9 150/12
150/13 152/10
157/16 157/25
159/13 160/5
160/23 162/17
162/21 169/22
176/9 176/14
176/19 177/7 177/8
179/22 180/14
180/22 183/23
**sales [1]** 84/23
**same [24]** 9/18
14/11 23/17 23/18
66/4 67/25 71/17
74/9 74/18 74/21
79/8 79/11 82/3
88/13 98/20 101/8
101/8 102/9 143/13
147/4 159/10
168/15 170/19
170/19
**sand [2]** 119/21
174/21
**Sarah [1]** 7/4
**Satoshi [47]** 27/3
68/17 68/23 68/25
69/2 69/11 69/20
70/5 70/6 70/13

# S

**Satoshi... [37]**
71/16 71/23 71/25
72/3 72/6 72/7
72/9 72/14 72/24
79/1 79/4 80/15
80/19 85/2 96/4
98/25 99/1 105/8
148/22 148/24
148/25 149/8 149/9
151/8 151/17 154/5
154/13 154/16
154/16 179/4 180/5
180/10 182/10
182/13 182/19
183/2 183/4
**Satoshi's [3]**   71/4
71/7 178/4
**Saturday [1]**
142/18
**save [1]**   76/17
**saw [21]**   58/21
64/24 66/3 78/10
82/9 86/19 90/17
105/9 112/9 124/3
127/1 132/2 132/5
132/20 146/1 146/2
146/5 153/3 153/8
156/4 174/2
**say [83]**   5/10 11/7
13/18 13/22 21/3
21/23 22/1 22/20
41/3 56/1 65/18
67/19 67/21 76/3
76/5 79/23 79/24
85/8 87/16 87/20
95/4 97/24 101/14
104/16 105/14
105/16 105/20
105/22 107/19
108/13 113/2
113/10 114/18
114/20 115/6

116/22 117/22
120/6 120/6 122/2
122/8 122/11 125/4
126/15 129/23
132/3 132/13
132/17 134/7
136/10 137/5
138/12 140/23
141/25 142/1 144/3
147/19 148/1 149/5
153/14 153/19
157/5 157/6 158/10
158/11 160/2 164/1
164/18 164/19
165/24 165/25
166/2 168/10
168/19 170/14
170/15 170/18
173/7 173/18 174/8
186/14
**saying [26]**   4/25
5/11 69/11 72/22
76/24 86/15 109/10
121/21 122/7
127/15 128/6
133/13 136/11
143/17 143/18
151/2 151/5 159/6
159/15 160/21
162/4 162/8 166/3
166/5 167/7 174/7
**says [108]**   11/15
18/18 59/17 65/12
66/9 66/10 67/5
67/5 67/6 67/10
67/13 67/14 67/16
67/21 67/25 71/18
73/16 73/17 73/24
74/11 74/18 74/21
75/1 76/11 76/12
77/4 77/6 78/9
79/12 79/18 79/22
79/25 84/21 86/2

88/17 89/15 89/16
95/4 96/8 98/17
105/10 113/11
113/11 113/11
114/17 119/16
120/10 121/9 123/9
124/8 127/4 127/24
133/14 133/14
134/5 134/15
134/16 136/18
138/5 138/13 139/2
139/5 139/6 139/18
141/16 142/17
143/12 143/20
145/23 146/18
147/10 149/19
149/20 151/14
151/22 152/16
154/1 156/6 156/8
156/8 156/11
158/14 158/19
159/11 161/17
161/21 162/9
162/12 163/7 163/8
164/18 164/18
165/2 165/11
167/24 170/1 170/2
173/16 173/17
174/4 174/5 174/10
175/22 176/23
177/16
**SCADA [1]**   82/4
**scales [2]**   104/19
104/22
**scan [1]**   182/7
**scared [1]**   59/6
**schedule [6]**   15/14
15/18 16/1 16/25
186/10 186/11
**scheme [2]**   57/19
85/4
**SCHILLER [1]**   1/16
**scientific [1]**

**S**

scientific... [1]
 23/6
scientists [2]
 128/12 143/6
scope [1]   20/23
Scott [3]   5/18
 14/20 175/13
Scottish [1]   71/2
screen [5]   99/5
 103/9 133/20
 133/22 151/3
scriptable [1]
 81/25
scroll [1]   124/14
season [1]   144/15
seat [5]   17/21
 106/18 169/13
 169/16 185/22
seated [6]   19/15
 83/19 110/5 175/17
 188/2 190/4
second [24]   4/6
 4/15 4/18 9/5 9/24
 40/7 46/23 47/22
 48/1 49/1 50/3
 50/7 51/10 52/1
 53/5 53/9 83/25
 109/18 116/2 123/8
 140/3 155/6 178/11
 182/17
secret [27]   44/18
 59/5 63/4 66/11
 85/17 124/22
 124/23 124/24
 126/1 126/2 137/23
 137/24 137/25
 138/6 178/25 179/5
 179/8 179/14
 179/15 179/19
 180/2 180/3 180/13
 180/15 182/2 183/9
 183/13

secretly [1]   38/7
secrets [1]   66/11
sections [1]   117/4
secure [1]   190/14
secured [1]   16/22
security [11]   5/17
 15/4 16/20 129/7
 147/6 154/8 179/25
 184/22 184/22
 188/10 191/5
see [66]   5/8 12/25
 17/18 19/15 20/3
 62/5 63/1 63/9
 63/10 65/8 86/3
 88/4 90/9 95/10
 100/9 119/1 119/25
 120/20 124/1 124/6
 124/10 127/7 127/8
 127/9 127/9 127/10
 127/12 128/22
 128/23 134/9
 137/20 139/1 141/3
 142/8 143/10
 143/12 144/8
 144/24 145/19
 146/12 146/16
 146/23 147/15
 147/19 148/4 148/4
 148/7 148/8 148/10
 148/13 148/17
 151/10 160/13
 162/16 163/8 163/9
 165/13 178/22
 188/14 188/20
 188/20 191/3 191/4
 191/5 191/7 191/15
seeing [2]   64/18
 135/3
seek [1]   45/4
seeking [2]   37/14
 75/1
seem [3]   22/11
 81/1 146/13
seems [3]   60/5

seen [10]   57/13
 60/20 62/2 88/20
 103/7 105/1 118/14
 134/19 166/18
 172/2
sees [1]   59/9
select [1]   63/11
self [1]   32/14
self-dealing [1]
 32/14
sell [5]   59/14
 77/5 87/20 96/7
 170/6
selling [1]   33/7
sells [2]   61/18
 84/22
sends [4]   65/10
 74/24 89/13 89/18
sense [50]   21/13
 82/11 95/20 113/23
 114/1 114/2 114/4
 114/5 114/6 114/6
 114/8 114/10
 114/11 116/10
 119/13 119/22
 119/22 121/3
 125/20 125/24
 125/25 126/8
 135/17 135/19
 138/9 138/10
 141/11 141/11
 144/6 144/23
 147/24 152/4
 152/25 154/9
 154/11 154/23
 154/24 156/17
 158/8 160/3 160/24
 164/21 164/24
 166/9 169/7 171/22
 171/22 174/10
 174/11 178/16
sensitive [1]
 15/14

**S**

**sent [5]**   9/11
79/19 98/12 120/16
180/9
**sentence [3]**   7/25
8/7 89/14
**separate [3]**   44/1
86/1 117/4
**separately [6]**
24/15 25/23 35/20
44/2 44/6 44/7
**September [4]**
93/25 153/10
153/12 153/14
**series [1]**   89/6
**serious [2]**   71/2
97/22
**serve [5]**   107/17
117/8 172/1 177/17
177/17
**served [1]**   186/16
**servers [6]**   151/12
151/23 153/18
183/14 183/18
183/22
**serves [3]**   26/20
170/22 178/1
**service [9]**   114/3
115/25 116/1 116/3
116/4 116/5 116/5
172/20 186/19
**serving [1]**   186/1
**set [15]**   15/18
55/17 55/22 72/13
72/23 74/20 74/22
75/5 114/9 136/15
152/11 161/13
161/18 162/2
192/14
**settled [2]**   116/9
116/12
**Seven [5]**   27/2
66/4 66/7 66/9

**several [1]**   137/10
**Seychelles [2]**
88/7 168/15
**Shah [1]**   186/6
**shall [4]**   35/8
137/13 175/22
175/22
**sham [2]**   59/14
93/2
**share [19]**   11/9
11/10 29/8 29/8
29/15 29/18 29/20
57/17 57/20 61/20
99/10 101/22
101/23 101/25
104/13 106/2 114/7
154/21 155/13
**shared [3]**   125/18
153/24 185/5
**shareholder [1]**
91/6
**shares [2]**   59/19
66/22
**she [12]**   21/17
22/13 22/24 62/22
82/9 82/9 96/12
96/14 113/25
176/19 187/7
188/19
**sheet [1]**   184/2
**shelf [6]**   87/17
87/19 87/21 87/25
88/7 96/19
**shifting [1]**   121/5
**shirt [3]**   4/12
4/15 5/7
**short [2]**   95/21
106/9
**shorthand [2]**
192/5 192/8
**shot [1]**   159/3
**should [91]**   5/24
7/22 7/25 8/4 8/12

11/19 15/12 21/5
21/7 21/14 21/25
22/17 24/15 24/24
25/14 25/23 25/23
26/9 35/20 35/25
36/11 37/2 37/21
37/25 38/3 38/25
39/5 39/9 39/21
39/21 40/4 40/13
40/16 40/22 41/3
41/8 41/13 43/1
44/4 44/10 44/11
44/11 46/5 52/8
58/3 66/13 95/4
98/7 99/8 99/10
100/2 100/3 100/21
101/3 101/7 101/14
101/15 102/5 102/7
102/15 102/20
103/11 103/13
103/21 104/20
107/23 113/14
113/15 113/17
120/12 120/25
124/9 126/8 128/12
144/7 145/8 145/16
147/20 153/1
163/11 170/1
170/11 170/13
170/20 171/7 171/8
185/2 185/5
**shouldn't [3]**   58/4
170/11 170/24
**show [61]**   32/18
42/7 80/17 80/18
82/8 88/16 109/7
120/13 121/1
121/14 121/22
122/3 122/14
122/16 122/20
122/21 123/8
123/23 124/13
127/17 129/16

**S**

**show... [40]**
130/21 130/24
131/13 132/22
133/6 133/19
133/19 133/22
134/10 134/19
135/11 135/12
136/24 137/6
137/17 139/4
139/25 141/23
142/23 144/8
144/10 145/13
145/13 146/1
146/15 147/7 148/9
149/11 149/18
160/13 161/6
167/13 169/19
169/24 173/2
173/20 177/6 177/8
177/14 183/15
**showed [21]**  62/10
72/14 77/12 81/6
85/25 89/11 90/15
90/22 91/13 92/1
92/4 92/10 92/12
99/24 129/3 134/12
135/6 158/3 165/17
183/14 183/16
**showing [5]**  56/24
131/20 141/15
148/13 161/2
**shown [5]**  28/6
99/4 103/7 104/20
158/7
**shows [14]**  39/1
39/7 40/24 58/19
60/6 61/10 78/21
78/23 86/16 87/15
100/25 159/16
161/22 164/11
**shred [2]**  111/15
114/25

**Shyaam [3]**  141/16
141/17 143/8
**Si [1]**  154/1
**sic [1]**  130/18
**sick [4]**  97/10
121/4 142/25
153/10
**side [20]**  4/14
17/1 56/4 56/17
77/13 78/4 84/16
91/11 92/6 92/9
104/17 104/20
126/12 161/7
172/25 172/25
173/10 173/10
173/11 184/7
**sidebar [5]**  4/6
4/7 4/10 6/6 6/9
**sides [6]**  14/15
14/17 18/5 90/21
172/23 172/24
**sign [3]**  55/24
56/2 184/18
**signature [18]**
59/15 59/23 77/21
78/1 78/2 91/11
92/4 92/5 92/5
92/7 92/8 92/10
92/12 92/14 92/15
92/17 92/19 154/14
**signed [5]**  77/12
88/17 88/21 92/3
93/1
**significance [1]**
23/3
**significant [1]**
128/1
**silly [1]**  178/13
**similar [1]**  62/21
**Similarly [1]**  26/7
**simple [4]**  22/23
81/11 118/22
150/13
**simpler [1]**  167/25

**simplest [3]**  169/5
168/7 168/24
**simply [5]**  24/11
45/2 71/11 97/4
172/4
**since [13]**  24/14
25/22 58/22 65/15
79/20 82/2 121/19
141/9 162/1 171/23
178/6 178/16
186/16
**single [17]**  20/14
112/15 114/25
115/2 120/3 120/9
130/25 133/10
136/17 149/23
153/13 153/16
166/15 172/5 177/6
177/8 177/13
**sink [2]**  75/17
88/22
**sir [7]**  83/4
114/21 120/17
131/14 140/14
148/6 175/7
**sister [1]**  180/9
**sit [2]**  105/4
115/10
**sitting [3]**  77/20
85/15 90/21
**situation [1]**
155/13
**six [3]**  27/1 81/22
83/25
**skill [1]**  30/14
**skills [1]**  186/5
**skip [10]**  46/16
47/7 48/11 49/13
50/16 51/18 52/8
52/15 102/22 103/1
**Skype [1]**  64/25
**Slack [3]**  13/12
13/23 13/25
**slide [2]**  179/12

**S**

**slide... [1]**
179/21
**slight [2]**   7/17
18/18
**small [1]**   167/5
**smart [2]**   58/3
82/1
**smoke [3]**   187/10
187/14 187/18
**snacks [1]**   15/20
**snaps [1]**   118/20
**so [185]**   5/5 5/6
5/14 5/19 5/23
7/25 8/19 9/2 9/7
9/9 9/19 9/21 9/25
10/4 10/9 11/3
11/24 13/1 14/5
14/12 14/15 14/19
14/21 14/24 15/1
15/2 15/24 16/23
16/25 17/4 17/7
17/15 18/8 18/22
23/1 23/12 28/24
32/2 41/4 42/17
55/11 56/1 58/15
59/5 59/6 59/13
59/14 59/23 60/5
62/24 63/19 69/6
69/11 75/25 77/17
81/3 82/22 84/21
85/3 85/15 85/19
85/25 86/16 88/16
88/19 89/6 93/3
93/19 94/19 95/8
95/10 98/21 99/2
100/1 100/17
100/21 101/13
103/3 103/23 108/5
108/13 108/21
108/23 108/25
109/6 109/7 112/11
112/20 113/1 113/8

114/5 114/13 115/6
116/12 117/8
117/13 118/8
118/25 119/1 119/9
119/11 122/20
123/3 124/2 125/18
126/2 126/15
127/17 129/22
130/16 130/19
131/3 131/16
131/20 132/7
133/12 134/18
136/23 138/5 138/6
138/12 138/14
138/15 139/1 139/8
139/18 140/9
141/22 142/14
142/17 142/18
143/1 143/2 145/1
147/2 147/8 147/21
149/15 150/21
152/18 153/15
154/7 154/8 157/3
158/19 158/23
159/7 160/2 161/11
162/7 162/8 162/12
162/13 163/2
163/12 164/10
165/14 165/22
165/23 166/4 167/1
169/9 170/8 173/19
174/14 177/18
183/10 184/6 185/2
186/22 186/24
187/1 187/16
187/17 187/20
188/13 188/15
189/4 189/12
189/16 190/7 190/8
190/12 191/1 191/3
**So.2d [1]**   10/21
**social [1]**   182/12
**software [4]**   58/24
81/19 81/20 98/23

**sold [2]**   84/2
169/22 170/2
**sole [2]**   23/15
91/15
**solely [3]**   30/9
43/4 44/12
**solved [1]**   77/16
**some [50]**   4/12
9/18 14/25 17/12
19/22 19/22 22/19
22/25 27/10 27/16
53/14 59/6 61/24
70/7 70/14 76/18
89/25 90/8 107/6
108/8 109/11 113/7
113/7 114/5 128/9
134/12 134/21
137/14 138/23
139/20 141/5
144/10 144/15
144/18 145/11
146/13 153/19
154/1 165/10
165/14 165/23
167/17 176/7
180/25 181/1
188/15 189/13
190/8 190/15 191/2
**somebody [7]**   64/13
87/19 97/17 122/25
125/21 160/17
170/15
**someone [3]**   66/13
69/4 140/25
**something [45]**   6/3
8/20 8/20 22/20
22/21 23/1 62/19
63/12 85/6 89/17
93/14 93/15 108/13
115/25 122/4 125/8
125/12 125/14
127/2 134/15
134/16 141/2
141/23 142/20

**something... [21]**
145/23 147/21
149/4 152/4 154/10
154/13 155/13
157/22 159/2 159/4
159/5 159/9 160/16
162/12 163/5
167/16 170/8
171/21 174/2 174/9
176/21
**sometimes [10]**
24/9 26/11 58/14
95/9 113/9 119/16
119/16 119/17
152/13 155/11
**somewhat [1]** 161/9
**somewhere [5]** 74/4
74/5 126/23 126/23
126/25
**Sommer [1]** 84/21
**son [3]** 71/18
154/2 154/2
**soon [3]** 96/17
121/12 137/14
**sorrow [1]** 90/2
**sorry [8]** 83/7
83/8 92/13 129/1
133/5 135/24 149/1
182/20
**sort [1]** 9/4
**sound [2]** 137/23
142/9
**sounds [4]** 93/15
128/22 128/23
160/17
**source [2]** 82/17
83/23
**sourced [1]** 75/14
**South [6]** 1/14
58/21 65/12 76/10
81/25 166/17
**Southeast [1]** 1/18

192/3 192/6
**space [1]** 19/5
**spaghetti [6]** 95/9
118/12 118/13
118/15 118/17
118/19
**Spanish [2]** 154/1
154/1
**speak [6]** 5/23
45/8 154/1 156/6
184/25 190/22
**speaking [3]** 5/14
140/24 184/24
**special [1]** 23/7
**specialized [1]**
23/6
**specific [5]** 14/3
26/5 43/9 107/22
109/8
**specifically [7]**
13/18 13/22 28/11
56/10 76/12 77/6
190/9
**specification [1]**
125/8
**speculates [1]**
67/14
**speech [1]** 156/5
**speed [1]** 129/9
**spend [4]** 15/1
61/24 96/21 173/12
**spending [1]** 96/19
**spent [2]** 158/12
173/11
**spilled [1]** 115/5
**spilling [1]**
133/21
**spirit [1]** 169/11
**split [3]** 81/4
123/18 124/12
**spoils [2]** 57/18
87/4
**spoke [3]** 180/20

**spoken [1]** 56/7
**sporadically [1]**
139/21
**ss [1]** 192/2
**stage [2]** 19/16
103/10
**stake [2]** 59/20
71/10
**stand [14]** 4/13
20/18 78/9 90/8
100/7 107/10 117/1
118/18 119/21
128/25 162/6 162/8
162/25 176/6
**standard [3]** 25/3
25/4 161/8
**stands [2]** 154/14
156/6
**star [1]** 119/8
**start [14]** 7/25
60/5 60/7 60/8
60/25 72/8 79/9
86/4 89/17 105/24
118/8 118/10
134/23 135/9
**started [16]** 6/11
70/17 70/24 74/16
75/3 83/8 112/16
135/2 142/14
149/16 149/20
150/17 172/20
172/22 173/6
187/12
**starting [1]** 6/15
**starts [4]** 5/16
59/1 174/4 187/14
**state [4]** 6/14
8/12 23/8 176/15
**stated [4]** 27/12
108/18 185/14
187/5
**statement [28]**
34/15 34/16 34/18

**S**

statement... [25]
34/19 34/20 63/8
65/11 65/11 65/14
73/19 74/6 74/9
76/10 82/7 84/14
107/5 109/9 111/10
112/15 115/2
124/18 135/1
165/12 174/4 177/6
177/7 177/9 184/3

statements [41]
20/22 68/23 70/1
98/6 111/22 118/1
118/3 118/16
119/15 135/18
146/3 148/1 153/11
156/25 157/2
157/17 157/17
164/13 165/4 165/6
165/9 165/10
165/11 165/23
165/24 167/7 168/1
168/8 168/16
168/20 169/2 169/3
169/5 169/6 169/6
172/13 173/13
173/25 174/19
177/5 183/11

states [16]   1/1
1/11 10/22 10/23
11/7 58/5 74/4
74/8 74/13 146/6
146/11 157/20
168/10 179/19
192/1 192/6

status [1]   13/6

statute [23]   10/23
11/6 11/8 11/15
11/21 25/17 35/11
35/21 35/23 36/1
36/4 36/5 36/19
36/22 37/5 37/6

statutory [3]
91/20 91/22 91/23

stay [6]   15/25
16/1 16/14 120/5
165/8 187/2

staying [1]   186/9

steal [8]   56/25
57/20 59/14 85/4
85/9 89/21 104/13
175/22

stealing [2]
102/14 176/16

stenographic [1]
192/11

step [1]   124/25

STEPHEN [4]   1/17
1/17 6/19 6/20

Steven [1]   77/16

stick [1]   171/5

sticks [1]   95/10

still [8]   10/19
66/3 71/21 97/20
104/4 131/15 165/6
188/4

stinking [5]
112/13 113/1 163/3
163/25 171/17

stipulated [5]
24/20 25/11 26/13
26/14 176/12

stipulation [1]
26/12

stock [1]   170/14

stole [8]   59/25
88/24 95/25 100/4
100/21 100/25
101/1 170/15

stolen [4]   94/2
96/4 100/12 170/18

stop [2]   97/18
147/5

stopwatch [1]
83/11

stories [2]   93/23
125/24

story [24]   57/5
60/22 66/4 113/15
113/15 117/23
117/24 117/24
125/1 125/23
126/17 126/20
134/8 135/9 138/1
150/20 152/25
158/19 160/15
160/18 161/12
163/2 172/23
172/24

straight [4]   58/2
150/12 150/12
174/8

straight-up [1]
174/8

straightforward [2]
126/13 172/25

strand [2]   118/17
118/17

street [3]   1/18
167/12 189/7

stretching [2]
118/13 118/14

strict [2]   186/10
186/11

string [1]   127/11

strips [2]   90/11
90/13

strong [2]   109/6
111/8

struck [1]   116/1

structure [1]   27/8

stuff [5]   113/16
125/14 152/8
159/20 164/20

style [2]   124/12
149/24

# S

**sub [1]**   170/23
**subject [10]**   15/5
29/7 45/15 49/18
50/21 107/12
115/15 120/21
125/3 133/8
**subjects [1]**
163/11
**submarine [1]**
125/11
**submission [1]**
141/19
**submissions [2]**
11/25 148/18
**submit [5]**   57/11
98/5 103/21 104/23
143/2
**submitted [8]**
60/17 65/14 73/19
80/2 80/3 90/22
91/22 104/24
**substantial [1]**
42/3
**substantive [1]**
18/22
**succeed [1]**   37/7
**successful [2]**
67/4 158/25
**successor [1]**   70/5
**such [15]**   10/20
21/17 26/12 28/5
33/5 35/25 37/1
42/7 42/19 107/18
108/2 114/24
120/16 122/13
159/3
**sudden [2]**   94/12
96/21
**sued [6]**   123/1
123/1 166/6 166/14
177/8 177/12
**sues [1]**   90/16

**suffer [1]**   35/5
**suffered [1]**   37/3
**suggest [4]**   16/4
22/6 188/18 189/12
**suggested [4]**
102/20 122/15
160/7 165/18
**suggesting [1]**
86/1
**suggestion [2]**
108/3 111/9
**suggests [1]**
167/17
**Suite [3]**   1/14
1/18 1/23
**suits [1]**   96/20
**summary [1]**   139/23
**Sunday [2]**   142/18
142/20
**super [1]**   152/9
**superb [1]**   186/5
**supercomputers [1]**
60/12
**superior [1]**   30/19
**Superman [1]**   125/1
**support [2]**   36/19
38/20
**supporting [1]**
96/25
**supports [1]**   103/8
**suppose [1]**   160/21
**supposed [2]**
122/18 176/22
**supposedly [9]**
121/19 121/20
122/6 127/1 135/4
136/1 140/21
153/24 158/15
**sure [26]**   5/6 8/11
13/3 14/22 15/6
15/7 60/10 96/18
106/1 116/20
117/15 118/25
122/20 136/19

162/11 163/9
172/16 173/9
173/20 175/13
177/11 178/19
181/22 190/12
**surprise [2]**   62/24
156/4
**surprised [1]**
131/25
**survive [1]**   125/9
**surviving [9]**   30/4
30/5 30/7 30/10
30/11 30/15 30/18
30/20 30/24
**suspect [1]**   173/22
**sustained [4]**   39/7
40/24 107/12
109/20
**sweet [1]**   66/13
**switch [1]**   133/24
**swore [2]**   63/12
87/7
**sworn [3]**   68/8
91/12 91/16
**symbol [2]**   160/9
160/11
**sympathies [1]**
117/5
**sympathy [3]**   20/11
44/14 117/9
**system [8]**   82/4
116/2 116/5 116/8
144/12 144/21
151/13 186/21
**systems [1]**   147/6

# T

**T-shirt [1]**   5/7
**table [3]**   6/22
90/21 96/15
**tactical [1]**   109/5
**tail [4]**   157/21
157/24 158/1 158/2

**T**

**take [29]**   8/1
11/19 11/20 16/2
16/6 17/14 32/16
43/14 61/24 82/20
82/22 99/3 104/18
106/11 107/19
111/9 115/4 115/6
116/20 125/10
133/6 135/13
144/16 175/4 179/6
179/6 184/16
188/15 188/15
**taken [5]**   43/15
91/19 161/24
165/14 165/23
**takes [10]**   59/10
59/25 84/19 89/18
127/13 127/21
127/22 127/23
159/14 159/14
**taking [5]**   15/14
118/13 118/16
118/18 139/22
**tales [1]**   85/10
**talk [58]**   4/6 4/13
99/1 108/8 108/12
111/5 111/6 112/22
117/18 118/2 118/3
118/11 118/20
119/5 121/16 122/3
122/3 122/24
122/25 123/2 123/2
124/23 125/14
125/16 125/17
126/10 126/12
131/21 132/6 134/4
134/23 135/14
136/21 140/3
141/24 143/3 144/4
144/5 144/14 146/4
147/25 148/20
154/25 156/18

156/24 158/5
158/10 158/11
158/16 163/23
165/22 169/10
169/16 178/11
179/9 183/25
**talked [15]**   14/23
133/15 133/16
134/3 144/17
156/18 161/15
161/22 162/5
163/10 164/8
164/12 181/22
183/8 184/4
**talking [40]**   5/11
67/4 79/24 120/5
120/7 121/7 133/16
136/20 137/10
137/19 137/23
137/25 138/3 138/7
138/8 140/25
143/16 143/19
144/17 145/17
146/3 146/4 147/22
147/22 147/24
149/13 152/23
156/19 157/15
159/8 160/25 164/9
165/21 165/21
167/20 168/1
168/17 179/2 179/3
179/3
**talks [1]**   167/10
**Tampa [1]**   151/23
**tantrums [1]**
167/24
**tattoos [1]**   4/12
**tax [12]**   60/2 60/3
65/7 75/24 93/25
132/24 132/25
153/8 168/12
168/14 168/21
177/21

**Taxation [1]**   60/1
60/14 60/17 60/21
61/16 74/2 74/13
75/5 75/12 75/23
79/8 82/14 93/7
94/16 95/2 177/20
**taxes [2]**   124/4
143/22
**team [6]**   7/1 71/16
71/16 116/16
116/19 171/20
**tech [1]**   126/11
**technical [1]**   23/6
**technological [1]**
94/10
**technologies [1]**
57/13
**technology [2]**
28/14 171/25
**tell [44]**   22/9
58/21 60/14 63/3
65/3 67/17 70/20
70/22 73/3 85/10
87/22 111/16
111/19 112/11
113/14 117/13
117/23 119/14
125/1 128/4 130/1
130/3 130/7 130/8
130/11 132/5
133/10 136/19
143/12 145/2
148/11 148/22
154/10 155/4
163/25 166/1
166/15 166/16
168/7 168/11
170/24 172/13
176/7 185/3
**telling [14]**   22/8
22/24 66/3 82/14
84/23 89/25 95/12
152/24 160/18
168/23 174/2 176/6

**telling... [2]**
177/18 177/20
**tells [25]** 65/6
66/1 66/25 67/12
74/6 75/4 75/12
75/13 79/11 82/13
92/23 94/21 123/12
123/12 123/14
123/15 123/18
123/18 149/16
150/16 159/19
167/8 176/17
177/18 178/7
**temporarily [1]**
33/23
**tend [2]** 21/20
22/25
**tenders [1]** 146/7
**tenor [1]** 116/25
**tens [1]** 60/2
**term [3]** 180/5
180/8 180/10
**terms [2]** 74/2
92/2
**terribly [1]** 4/25
**territory [1]**
118/25
**testified [37]**
22/13 22/18 23/12
62/22 63/21 63/22
64/21 69/23 70/6
70/17 71/3 72/7
72/11 72/14 73/7
77/20 78/25 80/8
81/8 89/2 92/16
93/5 96/12 97/3
97/12 97/15 97/17
107/10 109/21
129/17 147/16
149/8 160/6 176/20
178/16 182/18
183/17

**testify [8]** 59/8
62/17 90/10 90/25
95/24 99/16 100/13
183/21
**testifying [2]**
22/4 77/22
**testimony [41]**
21/2 21/16 22/1
22/15 22/15 22/21
23/10 23/14 23/16
23/19 24/17 25/8
43/22 64/20 68/8
71/13 73/14 78/23
81/12 86/24 88/9
89/3 91/12 96/6
96/17 104/24
105/16 107/13
110/18 129/1 136/5
149/12 151/21
154/18 161/5
161/19 170/22
176/21 178/18
180/4 183/23
**text [2]** 120/1
150/6
**textbook [1]** 139/3
**than [44]** 11/25
12/7 15/20 16/15
24/13 24/14 25/3
25/6 25/22 27/17
30/2 35/19 43/22
57/2 65/18 68/22
69/19 73/23 82/16
83/21 84/2 89/10
89/13 90/15 98/22
99/2 103/16 104/18
105/2 110/13
116/18 127/3 134/4
137/21 142/7
151/21 154/4 154/5
154/7 159/9 160/1
166/18 173/13
176/14
**thank [28]** 6/8

130/13 12/9 12/19
17/10 18/3 19/8
56/16 83/1 102/25
104/3 104/7 106/5
106/6 150/25
155/25 171/24
172/20 174/14
175/2 175/3 175/8
184/14 184/15
186/6 186/8 186/19
187/24
**thanks [1]** 143/7
**Thanksgiving [7]**
66/17 66/18 67/1
67/3 158/11 158/20
161/11
**that [1042]**
**that's [131]** 5/14
5/18 9/14 9/25
10/16 60/20 61/9
64/15 66/14 70/24
73/4 73/12 74/19
77/11 79/6 80/5
80/7 80/23 81/3
81/4 84/5 85/18
86/9 86/15 87/11
87/17 88/2 89/1
89/10 89/22 96/5
97/11 98/22 98/23
99/11 99/22 100/16
100/16 103/17
107/14 110/18
110/19 112/1 112/4
112/18 113/17
114/11 114/16
114/18 114/22
114/23 115/17
117/12 118/18
119/18 122/4
123/19 124/9 125/5
125/5 125/9 125/24
126/8 129/7 129/15
129/21 130/13
130/18 130/21

**that's... [62]**
131/15 133/9
133/14 136/6
136/12 136/20
137/21 140/9 141/7
142/21 143/8
143/25 145/25
145/25 146/7
147/15 147/18
151/25 153/24
156/7 156/10
156/23 158/6
158/15 158/17
159/25 160/5 160/6
160/14 160/14
160/22 160/24
163/5 164/4 164/14
164/15 164/24
165/20 167/16
168/8 169/7 170/12
173/8 173/10
173/21 174/8
174/11 174/21
174/21 176/8
176/18 177/5
177/12 177/24
178/2 178/9 178/19
179/5 179/17
179/18 184/13
189/16

**theft [33]** 23/25
24/3 24/8 25/2
25/13 33/17 35/16
35/25 36/2 36/8
39/5 40/22 41/3
41/5 48/4 48/8
48/16 48/23 54/22
55/5 57/1 57/18
57/24 85/19 87/4
88/15 94/15 100/12
100/24 101/2 101/6
101/7 177/3

**their [74]** 16/12
16/16 16/17 19/17
19/21 20/23 23/16
24/6 24/7 25/2
25/18 27/12 33/8
34/3 34/12 34/24
35/8 35/14 35/22
37/22 37/24 38/1
38/7 38/7 38/13
38/16 40/22 41/17
41/22 45/21 48/16
55/9 56/4 59/3
59/4 59/7 61/17
61/18 61/22 63/4
63/7 75/10 76/1
77/6 95/10 106/2
112/1 112/18
114/12 124/19
124/21 126/16
135/5 135/6 135/8
135/16 139/9
140/22 143/6
152/25 156/25
157/1 157/1 157/2
158/5 160/25
163/24 167/4
173/24 174/24
174/24 186/23
187/18 188/17

**them [73]** 4/18 9/7
13/2 14/15 16/15
16/17 16/21 22/14
22/25 24/18 24/20
25/9 25/11 30/22
45/11 52/9 57/7
60/11 60/12 60/15
63/19 66/1 71/12
73/17 74/3 74/8
74/13 75/12 75/13
76/3 76/5 76/19
79/9 87/19 87/20
87/20 89/25 92/23
94/19 94/21 95/4
96/14 100/4 101/16

114/16 116/16
126/14 127/4
131/20 131/21
131/21 131/22
132/2 139/8 145/17
146/6 146/7 147/11
148/17 148/17
164/7 165/5 167/15
184/3 188/7 188/8
188/8 188/9 188/11
188/16 189/2

**themselves [3]**
28/8 61/25 135/10

**then [83]** 7/24
7/25 8/4 8/7 9/5
9/10 9/20 12/9
12/20 16/6 16/7
16/9 16/17 17/4
17/8 17/10 17/12
18/4 19/20 29/14
30/5 31/24 32/10
35/8 36/16 38/17
38/21 39/25 40/9
41/17 42/21 45/19
45/23 55/10 59/25
74/6 74/24 84/9
84/19 84/22 86/1
89/18 90/17 90/25
91/18 94/4 94/11
97/6 102/14 108/7
117/24 118/3 118/4
121/11 123/17
123/22 124/12
127/13 128/25
129/1 131/23 132/1
134/15 138/13
139/18 142/3
142/17 143/1 143/3
147/9 156/11
159/13 159/19
161/23 164/19
164/23 170/16
177/13 183/18

**then... [4]**   184/19
185/18 188/10
190/17
**theory [2]**   112/1
140/22
**there [151]**   5/25
7/13 7/24 11/16
12/3 13/11 13/18
13/19 15/25 17/24
21/20 22/17 22/19
24/14 27/16 28/18
28/21 29/13 33/4
40/2 40/11 42/12
46/22 47/21 48/24
50/2 51/5 51/8
51/25 53/4 53/7
54/10 54/19 55/2
62/15 65/24 65/25
68/5 68/14 70/4
72/8 77/10 77/20
78/5 81/2 84/16
92/1 92/25 94/23
97/7 100/17 102/23
103/8 103/21 106/8
107/3 107/22
108/10 108/19
109/17 110/22
110/23 111/8 112/6
112/7 112/7 113/1
113/8 115/16
115/23 116/3
117/21 118/24
119/1 119/6 120/12
120/13 122/6
123/13 123/22
124/13 124/25
125/16 126/1 127/4
127/8 127/15
127/18 127/18
128/8 129/6 129/18
131/23 133/11
134/10 134/24

137/14 139/14
145/1 145/6 145/19
146/5 146/11
146/23 147/9
147/11 147/20
148/12 149/17
150/5 150/13
151/13 153/18
154/6 154/6 157/9
158/13 160/16
160/17 161/14
165/9 165/10 166/5
166/15 168/4
169/25 170/10
170/23 172/12
172/22 173/9
173/10 173/14
176/10 176/23
178/15 178/16
179/5 179/10
179/13 181/24
181/25 183/3 184/4
186/7 186/7 190/15
191/1 191/10
**there's [92]**   12/14
13/3 13/22 14/9
14/19 15/10 17/3
18/18 38/3 47/15
48/18 49/20 50/23
52/22 53/16 53/18
55/17 55/22 68/3
69/7 69/19 71/14
86/1 96/24 98/21
98/22 98/23 98/24
98/24 98/25 98/25
99/2 113/6 113/19
118/23 120/1 120/1
120/1 120/2 120/3
120/8 120/20
120/20 121/14
121/23 122/18
123/6 123/8 124/21
124/24 126/15

127/3 128/21 129/5
133/10 136/8 136/9
137/25 138/6 140/1
141/24 141/24
143/4 144/2 144/2
145/2 147/21 151/8
151/23 152/15
161/1 161/17
161/21 161/21
162/4 164/2 164/3
164/3 164/10
167/16 167/21
167/21 168/2 170/9
172/3 172/12
176/25 179/11
184/3 184/7
**therefore [6]**
28/19 44/4 101/20
148/2 172/10
174/25
**these [86]**   4/17
23/13 23/14 23/17
26/13 28/3 29/10
31/3 43/25 45/13
57/17 60/21 62/5
62/25 63/5 71/10
73/16 76/19 84/10
84/23 84/24 85/23
87/18 94/21 100/7
103/14 110/14
112/23 116/11
118/24 121/20
124/24 125/4 125/6
125/8 125/24
126/18 126/20
126/22 126/22
127/21 128/9
128/15 128/17
128/23 129/3
130/22 132/24
132/25 133/6
136/13 136/14
144/3 145/22 146/5

**T**

**these... [31]**
146/13 146/13
147/6 147/13 148/2
148/4 148/5 148/13
148/14 148/16
150/8 152/9 153/11
154/17 159/1
160/23 163/11
165/6 165/10
165/14 165/23
167/6 167/6 168/1
168/2 168/17 170/7
181/11 181/12
181/14 186/17

**they [278]**

**they'll [2]**   96/9
114/22

**they're [36]**   15/11
15/20 15/23 88/18
95/1 97/7 103/16
118/16 118/18
118/19 121/7
126/24 133/16
134/25 137/10
137/11 137/24
140/8 140/8 140/24
141/23 142/10
143/9 143/15
143/19 143/25
144/16 144/20
147/22 147/22
148/1 163/4 166/4
168/17 170/8 184/2

**they've [2]**   15/21
137/23

**thief [1]**   95/25

**thing [41]**   4/16
4/18 17/2 68/4
74/18 74/21 85/3
91/13 95/19 97/10
106/1 108/9 113/19
113/25 115/14

122/13 122/17
123/25 135/2 137/5
137/14 137/17
139/16 139/17
140/21 141/15
142/6 148/3 148/4
148/24 148/25
150/9 151/19 153/3
160/3 164/14 165/4
168/13 168/16

**things [32]**   5/1
22/12 22/25 65/8
90/7 107/10 111/8
115/14 119/9
119/16 124/5 125/9
126/15 128/9
132/11 134/24
138/24 139/15
140/9 144/1 144/16
148/2 152/23
153/19 153/22
155/4 155/12
160/23 167/7
167/19 181/11
181/22

**think [56]**   4/5
5/25 7/16 7/22
9/22 11/2 11/17
13/6 13/17 14/9
14/10 19/1 23/20
45/1 58/17 60/18
70/12 109/4 112/9
112/21 113/19
116/2 120/4 121/18
125/2 125/21
126/13 134/20
138/1 139/21 140/2
140/4 140/5 141/2
141/18 146/18
146/19 151/11
155/2 155/11
155/12 155/22
157/22 158/12

163/23 166/6 167/9
171/3 174/17
176/22 184/8 187/7
188/23 191/3

**thinking [2]**   89/5
98/24

**thinks [2]**   66/23
167/11

**third [1]**   76/16

**Thirteen [1]**
128/19

**this [440]**

**those [41]**   9/16
9/18 10/10 10/16
10/19 27/11 28/6
29/15 31/24 35/13
40/18 42/5 61/3
61/7 63/18 65/25
78/8 90/7 90/11
97/4 97/7 104/18
112/10 113/13
115/21 117/4 118/2
118/3 120/6 126/24
135/18 136/16
154/6 157/2 167/5
167/7 169/19
180/25 181/1
184/12 191/3

**Thou [2]**   175/22
175/22

**though [10]**   58/17
65/4 66/16 92/22
96/2 132/5 144/25
155/10 158/10
187/18

**thought [3]**   5/8
67/16 135/24

**thousand [3]**   80/22
80/24 136/14

**thousands [3]**
110/16 164/25
166/7

**threaten [1]**   59/5

**T**

**threatened [3]**
166/20 167/24
168/12

**three [35]** 26/19
29/7 32/8 33/13
33/24 34/8 34/16
35/4 38/13 52/8
65/2 70/13 71/18
87/25 90/15 110/22
119/16 124/4 124/9
140/20 144/18
144/20 145/17
147/20 151/19
151/20 154/6 160/8
161/7 162/5 165/7
169/19 185/8
185/11 189/19

**threw [1]** 127/4

**through [33]** 1/8
18/6 20/21 36/11
46/8 56/24 58/13
58/16 59/3 62/12
63/17 63/18 64/4
72/12 72/19 78/19
80/13 84/22 85/3
86/23 89/23 90/19
99/3 129/11 133/6
133/25 134/21
138/23 141/5
148/15 156/16
161/4 170/8

**throughout [1]**
174/15

**throw [2]** 95/9
118/17

**thus [3]** 68/1
76/15 137/13

**thy [1]** 175/23

**ticktock [4]** 134/9
134/11 134/16
134/16

**tie [1]** 182/13

**TikTok [1]** 134/13

**till [1]** 121/25

**time [108]** 4/17
5/6 12/22 13/1
15/2 15/15 16/4
17/6 17/7 17/8
17/12 17/14 22/20
34/16 35/22 39/20
40/19 41/2 41/3
41/5 41/10 41/14
43/8 56/5 56/6
56/12 62/10 62/10
66/25 67/2 77/6
80/6 98/8 98/8
100/12 101/9
101/19 101/21
104/1 104/1 104/8
104/18 110/22
110/23 111/1 111/3
112/12 112/20
112/23 114/19
117/16 121/4
121/17 121/21
122/12 125/13
127/1 128/9 128/12
128/14 129/10
129/25 137/24
139/15 139/23
143/9 145/1 145/2
145/5 145/21 146/5
148/3 149/13
149/15 149/20
155/2 158/6 158/12
160/4 160/7 160/10
160/11 162/16
163/23 164/8 165/5
167/8 169/9 169/21
170/21 171/8
171/23 171/25
173/2 173/5 173/8
174/17 180/5
184/20 185/4
186/22 187/7
188/15 188/25

189/21 191/8

**timeline [2]** 89/23
134/14

**timely [2]** 35/13
37/23

**times [15]** 26/23
64/22 65/2 65/5
65/24 95/15 96/3
99/12 113/7 113/7
135/6 153/11
155/10 169/14
183/20

**title [2]** 59/13
146/17

**today [10]** 56/23
110/25 111/2
121/10 166/11
170/15 171/21
178/2 178/25
184/11

**together [26]** 43/6
43/25 56/24 58/14
60/22 64/5 75/19
76/8 76/11 81/20
110/15 113/16
114/9 136/7 141/2
141/3 141/8 141/9
141/10 141/22
142/22 146/10
152/5 159/21
160/15 184/10

**told [94]** 15/21
56/20 57/21 58/1
58/2 61/16 61/21
61/23 63/21 65/4
65/5 65/5 65/6
65/20 69/23 70/6
70/17 70/18 71/3
71/6 71/12 71/15
72/12 72/13 72/15
72/25 73/7 73/10
74/14 76/3 76/5
79/9 79/19 79/20

**told... [60]**   81/23
81/25 82/7 89/9
89/19 89/22 90/8
90/17 91/15 91/18
93/6 96/6 97/8
97/19 98/4 98/13
104/25 105/18
105/24 110/22
111/23 116/7
116/22 117/10
129/3 131/4 131/10
135/1 136/17 142/6
144/12 148/16
149/22 149/24
149/25 150/2
150/11 151/14
152/9 153/2 154/11
156/24 157/1 157/1
157/14 159/24
162/13 163/13
163/19 165/25
165/25 175/25
176/1 176/3 176/18
177/10 177/19
177/21 178/14
179/7
**tomorrow [3]**
143/23 166/11
190/8
**tone [1]**   116/24
**too [13]**   60/11
60/18 65/21 75/22
81/7 93/6 97/10
124/23 129/9
142/13 142/14
167/3 168/3
**took [8]**   35/3
74/15 81/21 83/8
91/24 96/1 103/19
170/16
**top [2]**   96/19
104/21

**topic [3]**   13/24
141/24 149/1
**total [1]**   99/20
**touch [5]**   77/7
96/9 97/21 144/20
174/22
**touched [1]**   156/10
**tough [3]**   95/15
96/3 183/11
**track [2]**   17/6
117/15
**Tracked [1]**   142/15
**traction [1]**   59/1
**Trading [6]**   87/6
87/13 87/14 87/24
88/7 88/13
**trail [3]**   81/1
85/19 86/10
**training [1]**   23/7
**transcript [7]**
1/10 13/13 13/16
13/21 192/10
192/11 192/12
**transcripts [2]**
65/25 105/22
**transfer [2]**   88/4
90/24
**transferring [1]**
88/4
**transfers [2]**
84/20 88/2
**transformers [1]**
153/5
**trap [1]**   174/21
**trappings [1]**
121/6
**treasure [4]**
122/25 125/4
127/15 134/2
**treat [1]**   26/13
**treated [5]**   76/9
76/20 78/14 92/22
123/24
**tremendous [2]**

**trial [45]**   1/10
13/13 15/17 21/8
22/22 43/15 56/16
56/18 56/19 58/13
63/17 64/21 65/17
65/21 66/6 67/23
68/7 77/1 77/19
80/8 81/6 81/11
84/11 84/15 85/25
87/6 100/12 101/7
105/24 110/17
110/18 116/16
116/17 130/13
132/20 147/10
157/20 174/16
183/22 184/7
185/13 186/1 186/2
186/5 186/18
**trials [1]**   58/12
**trick [2]**   91/14
95/2
**tried [7]**   43/25
44/7 98/11 98/17
160/4 173/8 182/11
**trier [1]**   23/15
**trillion [1]**
179/18
**trillion-dollar [1]**
179/18
**trillions [2]**   77/9
137/4
**trouble [1]**   60/13
**true [24]**   21/24
24/13 24/13 25/6
25/6 26/12 28/3
65/18 77/12 97/6
97/6 98/10 155/6
162/22 165/10
165/11 165/12
165/14 168/5
168/24 174/12
177/5 186/13
192/10

**T**

**truly [1]** 140/17
**trust [57]** 32/7
32/8 35/1 35/4
59/12 61/17 61/22
65/4 73/8 73/11
75/5 75/6 75/9
75/13 75/13 75/14
75/19 75/19 76/4
76/6 76/21 76/24
77/4 77/11 77/15
77/18 78/14 78/17
79/17 79/20 79/24
80/1 80/11 80/25
85/20 85/22 86/1
86/1 86/4 86/7
87/3 87/4 87/7
87/14 88/10 88/20
89/17 89/20 94/20
94/25 96/9 96/24
97/8 102/5 125/19
154/15 168/15
**trusted [2]** 63/11
95/5
**trustee [3]** 30/6
30/7 31/10
**trusts [11]** 57/23
62/4 66/23 77/7
85/24 86/2 86/3
88/16 88/24 95/22
95/23
**truth [25]** 22/8
22/9 22/24 45/4
60/8 60/23 87/12
87/12 88/19 119/7
119/9 138/4 153/20
155/5 162/24
162/25 173/2 176/6
177/15 177/18
177/18 177/20
177/20 177/22
177/25
**truthful [1]** 60/10

**try [6]** 15/16
44/22 67/25 105/5
126/6 134/21
**trying [10]** 19/4
112/24 140/8 148/1
162/3 162/15
162/15 166/21
167/2 189/18
**TTA [7]** 146/14
146/17 147/11
147/11 147/12
148/4 148/8
**Tuesday [1]** 143/23
**Tulip [11]** 80/25
86/6 87/4 87/6
87/13 87/14 87/23
88/7 88/10 88/13
88/20
**tune [1]** 177/11
**Turkey [2]** 158/10
163/2
**turn [1]** 141/20
**turned [1]** 81/22
**turns [1]** 129/10
**tus [2]** 154/2
154/2
**twins [2]** 74/25
75/2
**two [71]** 8/12
10/19 13/14 13/19
14/1 14/23 26/16
28/20 28/24 29/1
29/6 31/25 32/2
32/6 32/20 33/11
33/21 34/6 34/15
35/3 37/13 38/13
43/11 46/22 47/21
48/24 49/3 50/2
50/5 51/5 51/8
51/25 53/4 53/7
54/10 54/19 55/2
61/5 63/9 68/17
69/12 71/18 81/21
83/12 83/14 84/10

87/15 88/15 89/19
96/13 104/9 107/9
117/4 119/12
119/14 120/14
126/15 137/11
143/16 144/3
144/20 145/22
147/20 149/9 154/6
155/4 158/22 164/6
169/19 172/23
189/19
**two-person [1]**
119/14
**type [6]** 62/18
85/18 107/15 181/5
181/9 185/4
**types [1]** 39/9
**typo [1]** 18/18

**U**

**U.S [1]** 2/3
**UK [1]** 77/15
**umbrage [1]** 111/9
**Umm [1]** 69/14
**unanimous [1]**
44/16
**unauthentic [1]**
138/5
**unavailable [1]**
121/10
**Unbelievable [1]**
77/21
**undeniable [2]**
72/6 88/23
**under [9]** 20/22
27/3 31/6 31/9
42/5 92/19 105/6
109/10 173/22
**underestimate [1]**
114/4
**underlying [1]**
30/18
**underscore [1]**
68/13

**U**

**understand [12]**
22/13 112/24
136/10 159/8
164/18 166/25
167/6 179/23
184/25 190/7
190/12 191/1
**understanding [5]**
13/14 72/20 72/21
107/2 191/1
**understood [2]**
106/8 112/24
**undivided [2]**  56/9
110/7
**undue [3]**  38/8
38/14 38/17
**unduly [1]**  43/19
**unendurable [1]**
156/9
**unequivocally [1]**
75/18
**unexpectedly [1]**
59/9
**unfair [2]**  32/16
34/8
**unfortunately [1]**
135/7
**Unger [1]**  65/11
**unimportant [1]**
23/5
**unit [1]**  136/7
**UNITED [12]**  1/1
1/11 58/5 74/4
74/8 74/13 146/6
146/10 157/19
168/10 191/17
192/6
**unjust [14]**  23/25
24/4 34/2 34/3
41/17 52/4 52/13
52/21 53/3 54/2
54/11 54/21 55/4

**unless [10]**  8/5
8/6 8/8 8/15 27/12
37/18 40/2 40/11
56/10 172/12
**unquote [1]**  97/20
**Unreal [1]**  88/25
**unreasonable [2]**
43/5 170/9
**unreasonably [1]**
43/5
**unrebutted [5]**
86/24 88/9 88/23
89/2 101/2
**until [18]**  37/2
37/12 61/23 77/15
78/17 85/9 87/15
87/19 111/2 142/20
143/22 153/14
154/19 173/7
183/22 188/9
189/16 190/16
**up [93]**  4/13 8/20
8/20 9/24 10/4
30/3 31/12 44/25
57/1 57/3 72/13
72/23 73/14 73/24
74/20 74/22 75/5
84/9 85/19 100/8
103/20 103/21
107/19 108/2 108/8
111/24 113/13
113/25 117/21
120/25 121/20
126/14 127/23
129/9 129/20
130/23 131/21
132/12 135/21
135/22 136/12
137/3 137/8 137/13
137/14 138/6
138/13 138/15
138/18 139/2 142/4
142/19 143/20

145/20 146/22
149/1 150/12 151/1
151/9 152/11 155/3
156/4 156/6 160/4
161/10 161/13
161/18 162/2 162/6
162/15 163/11
164/8 166/25
167/13 167/19
169/5 169/5 169/6
170/19 171/24
172/11 174/2 174/8
174/18 175/24
175/25 176/2 178/4
178/19 179/12
183/1
**update [1]**  142/19
**uploaded [3]**  14/13
14/14 185/9
**uploading [2]**
12/23 15/2
**upon [6]**  12/17
23/11 30/18 40/3
40/12 41/19
**us [30]**  4/23 7/4
14/10 17/12 19/22
19/22 27/17 27/19
27/20 27/22 27/23
27/25 28/1 46/8
56/23 60/21 60/23
61/3 84/6 84/13
101/8 104/21
104/23 114/7
140/11 147/20
156/7 178/5 179/13
184/11
**USA [1]**  72/23
**use [22]**  11/7 17/7
17/8 20/6 21/12
31/13 33/20 43/16
99/18 114/1 123/9
135/10 145/22
152/3 152/10

**U**

**use... [7]** 154/21
156/21 164/23
166/9 174/9 188/16
188/17
**used [11]** 28/7
33/19 98/20 107/22
121/24 128/14
154/16 154/18
181/5 181/9 181/18
**uses [1]** 121/17
**using [4]** 31/23
31/24 33/6 36/25
**usual [1]** 15/20
**utmost [1]** 32/12
**Uyen [2]** 74/21
76/5

**V**

**VA [2]** 126/4
150/10
**valuable [2]** 129/6
170/17
**valuation [7]**
82/17 83/23 83/25
84/1 84/4 84/5
84/10
**value [32]** 31/1
34/9 39/14 39/22
40/1 40/2 40/9
40/11 40/18 40/19
41/1 41/5 41/18
57/8 82/9 82/10
82/10 84/11 84/14
99/14 100/11
100/18 101/7 170/1
170/4 170/11
170/11 170/13
170/21 171/8
172/10 172/12
**valued [1]** 82/15
**values [1]** 170/21
**valuing [3]** 82/13
82/16 83/21

**variety [1]** 64/2
**various [2]** 80/13
84/22
**vein [1]** 159/10
**Vel [1]** 6/16
**Vela [18]** 6/23
70/8 91/2 92/11
92/13 94/3 99/5
175/24 178/4
178/18 179/12
179/20 180/4
180/16 182/3
182/17 182/20
186/6
**verdict [45]** 7/10
7/14 12/2 12/12
12/15 16/17 17/13
17/22 19/24 40/20
41/4 41/6 44/16
44/19 45/9 45/10
46/4 46/5 46/6
46/8 46/9 55/24
56/2 56/9 56/11
99/3 99/6 103/10
115/22 118/7
135/19 172/2
174/11 174/12
174/12 174/13
175/1 184/2 184/16
184/17 185/18
185/25 186/15
187/22 189/15
**version [2]** 86/19
144/7
**versions [1]** 88/19
**versus [1]** 114/5
**very [38]** 5/3 14/9
15/16 15/23 19/2
19/16 45/3 58/18
66/13 75/8 76/19
80/15 85/6 96/14
110/14 116/4 116/4
119/8 121/4 123/7
129/6 132/6 137/9

141/3 147/23 150/5
157/20 158/24
160/18 166/22
167/5 169/9 170/17
175/2 184/9 186/2
**vestibule [3]**
188/9 190/14 191/6
**vet [1]** 145/10
**veteran [1]** 146/10
**veterans [1]**
146/12
**victim [1]** 58/2
**video [40]** 62/22
63/24 64/16 69/1
69/18 70/9 70/16
70/19 71/1 71/5
71/9 72/17 73/6
73/9 73/13 77/22
77/23 78/7 78/10
79/3 79/7 81/14
81/18 85/12 85/14
91/3 91/10 93/13
93/22 132/2 180/18
180/20 181/14
181/16 181/21
182/1 182/5 182/15
182/23 183/5
**videotaped [2]**
59/8 186/8
**violated [1]** 107/5
**violation [1]** 31/8
**Vision [1]** 178/5
**visit [1]** 150/11
**Vistomail [1]**
71/23
**visual [2]** 12/12
19/23
**voice [2]** 117/22
121/10
**voir [2]** 117/2
119/3
**voluntarily [1]**
34/7

**V**

**vote [2]**   119/23
  167/15
**voted [1]**   185/4
**vs [1]**   1/6

**W**

**wait [11]**   61/23
  106/21 113/2
  113/10 113/11
  133/6 145/9 151/3
  186/14 189/16
  190/15
**waited [1]**   85/9
**waiting [1]**   130/22
**Wales [5]**   58/21
  65/12 76/10 81/25
  166/17
**walk [5]**   56/24
  58/16 78/19 85/3
  89/23
**walked [1]**   63/17
**walking [1]**   167/12
**wall [1]**   95/10
**wallet [1]**   159/15
**wallets [6]**   72/15
  73/5 77/13 77/14
  78/5 78/17
**want [116]**   5/5
  5/18 5/23 13/3
  13/16 13/25 14/20
  15/22 16/15 17/7
  45/2 60/4 67/17
  67/20 68/13 75/17
  82/15 85/23 87/22
  87/23 88/11 89/23
  97/21 99/17 103/25
  104/7 105/13
  107/19 108/5
  108/21 109/2
  110/21 111/5 111/7
  113/3 113/3 114/16
  114/17 114/22
  114/23 115/6

  116/15 116/17
  116/18 116/20
  117/13 117/17
  117/18 117/23
  117/25 118/2 118/3
  118/5 122/24
  122/25 123/1 125/4
  126/7 126/10
  126/12 128/22
  128/23 129/11
  129/12 129/23
  131/22 133/24
  134/10 134/23
  134/24 135/10
  135/12 136/21
  136/22 136/22
  144/4 144/5 145/1
  148/20 148/22
  150/2 151/10 155/3
  155/13 156/17
  156/21 156/21
  156/23 156/23
  157/3 157/8 157/13
  163/3 163/23
  164/20 164/20
  164/21 165/22
  168/3 171/24
  172/15 172/21
  174/9 177/25
  178/19 183/25
  186/3 186/6 186/8
  186/19 186/23
  186/24 187/13
  188/3 189/6 190/12
**wanted [13]**   17/25
  83/5 91/15 95/6
  139/2 142/8 146/12
  148/25 156/14
  160/20 179/24
  183/1 183/3
**wanton [1]**   42/17
**wants [5]**   87/19
  151/8 179/22 187/9
  187/14

**warrant [2]**   107/11
  109/19
**warranted [3]**
  41/25 42/8 42/20
**was [313]**
**washing [1]**   158/21
**wasn't [15]**   76/16
  91/9 97/6 109/7
  126/21 128/7 128/9
  132/10 142/25
  150/9 152/17 160/4
  160/17 172/12
  174/16
**watch [2]**   136/25
  148/16
**watches [1]**   96/20
**water [2]**   115/5
  133/21
**Watts [2]**   74/10
  136/8
**way [50]**   20/10
  20/17 23/17 23/17
  23/18 26/4 44/10
  45/3 57/12 57/14
  58/16 67/17 70/4
  76/12 98/20 104/20
  105/2 106/2 107/25
  111/8 111/14 112/6
  112/15 113/5 113/5
  114/4 114/5 114/8
  114/11 114/15
  118/12 121/3 124/5
  126/22 135/8
  138/22 138/24
  140/1 141/3 143/11
  146/21 154/14
  158/24 159/7
  164/22 165/8
  167/13 170/7
  173/14 185/4
**Wayne [1]**   124/25
**ways [2]**   33/4
  167/17
**we [235]**

**W**

**we'll [17]** 16/1
18/8 83/14 112/22
118/10 119/17
124/22 125/19
130/23 133/22
145/3 147/25
173/20 175/18
185/18 189/15
191/7

**we're [34]** 5/11
8/11 9/1 62/5
62/12 63/18 82/25
87/1 106/14 118/20
118/25 120/10
125/14 130/19
130/22 135/12
140/12 141/9 142/1
145/9 147/10 163/9
165/2 168/1 175/9
179/2 179/2 179/3
179/3 184/11
186/25 187/16
189/15 189/20

**we've [18]** 13/25
16/11 59/10 62/2
72/2 72/2 78/12
78/19 78/20 78/20
80/2 80/21 83/12
88/20 104/20
104/24 133/24
158/25

**wealth [1]** 176/16
**wee [1]** 143/22
**week [1]** 189/10
**weekend [5]** 190/10
190/19 190/21
191/7 191/15

**weeks [6]** 59/16
59/16 89/10 137/11
143/16 144/20

**weigh [1]** 58/8
**weighing [1]**

**weight [5]** 21/21
23/20 43/22 113/22
174/20

**weightless [2]**
174/20 174/20

**welcome [8]** 19/24
83/3 83/18 110/4
175/12 175/16
188/1 190/3

**well [34]** 4/3 6/2
7/10 12/11 15/13
15/18 17/14 17/23
19/24 60/13 65/8
67/13 67/16 69/7
70/24 72/3 73/4
98/18 107/24
112/24 139/10
144/25 151/22
168/10 168/11
172/1 180/14
183/11 183/23
185/11 186/9 188/7
188/12 189/9

**went [8]** 13/15
127/1 127/3 148/24
155/7 170/16
170/19 183/7

**were [97]** 7/12
10/18 11/11 14/14
14/15 17/3 28/16
28/17 33/24 37/22
39/19 40/17 44/25
45/13 46/21 47/20
49/18 49/25 50/21
51/3 51/23 53/2
61/14 61/16 62/8
62/11 63/9 63/10
63/21 65/15 65/22
65/24 65/25 66/1
67/3 67/18 67/21
68/10 68/14 68/17
68/19 69/12 69/20
72/13 75/7 75/14

83/4 84/16 91/4
91/6 91/8 94/18
95/22 97/8 99/24
101/13 102/21
110/22 110/22
110/25 111/8 117/3
117/4 119/6 120/6
120/6 121/18
121/20 126/13
127/18 131/1
135/24 136/14
146/5 146/7 147/11
149/17 154/6 154/6
154/20 154/21
165/13 165/21
166/1 166/2 170/10
170/23 178/21
179/25 180/19
181/22 184/10
186/7 186/7

**weren't [5]** 62/7
112/23 138/7
160/23 165/21

**WEST [1]** 1/2
**what [249]**
**what's [8]** 67/23
121/3 123/17
135/20 137/4
143/15 156/15
176/13

**whatever [8]** 129/6
129/16 140/3 148/5
160/22 172/10
172/11 177/17

**wheelchair [3]**
97/17 152/5 152/14

**when [85]** 4/17 9/7
11/18 13/15 17/23
20/6 20/20 21/23
23/6 35/19 36/10
45/6 57/15 58/1
59/1 60/7 60/15
61/3 62/24 63/19

**W**

**when... [65]** 65/17 65/23 66/5 68/23 70/3 72/14 73/3 73/19 76/25 77/1 78/8 84/13 84/25 86/21 94/24 95/2 100/20 105/10 107/21 108/6 112/23 114/17 114/18 114/19 117/21 121/16 125/17 126/21 127/5 128/21 130/20 133/10 136/10 138/24 139/18 141/23 144/12 148/24 150/22 155/3 156/4 156/6 159/24 161/7 164/9 165/11 166/1 166/13 166/25 168/4 168/17 169/11 169/12 170/12 170/18 174/8 176/24 177/18 177/22 180/5 182/10 183/11 184/17 188/8 190/16

**whenever [2]** 173/5 173/6

**where [27]** 8/4 19/17 36/23 73/21 73/21 81/9 88/17 96/8 109/20 112/21 117/3 121/24 123/8 134/22 135/4 137/10 142/6 144/3 147/22 163/4 172/3 172/20 172/21 173/12 177/22 183/23 187/3

**where's [1]** 137/5

**whereas [1]** 116/11

**whereby [1]** 27/9

**WHEREOF [1]** 192/14

**wherever [1]** 125/19

**whether [47]** 10/22 16/14 21/14 21/25 22/6 22/17 22/19 23/2 23/4 23/11 23/18 24/16 25/7 28/21 28/22 29/3 32/3 32/10 41/23 43/4 43/5 43/8 45/18 45/24 46/1 55/11 61/6 99/7 100/1 106/4 107/7 113/21 115/16 115/19 115/20 115/21 115/23 117/9 126/1 128/8 129/18 136/15 137/11 140/25 163/10 167/22 176/20

**which [65]** 6/5 9/17 9/23 10/3 11/6 11/8 13/12 14/4 16/5 20/7 25/25 38/17 39/16 40/4 40/12 42/2 45/21 48/16 49/18 50/21 59/17 60/2 80/6 82/1 82/10 87/22 89/16 95/18 95/21 98/20 100/7 100/21 101/25 105/6 105/7 107/12 109/4 109/20 114/15 114/16 114/21 117/10 117/24 121/7 122/22 123/24 125/5 127/16

144/6 144/18 145/19 150/19 152/12 153/10 155/11 157/16 158/14 160/13 165/24 173/7 178/15 188/11

**whichever [1]** 129/20

**while [19]** 5/14 44/23 58/2 63/1 76/5 77/10 78/8 79/14 80/12 80/16 81/11 120/14 130/22 137/12 137/17 138/7 140/12 144/16 178/19

**white [8]** 4/12 4/15 5/7 113/7 113/8 113/9 130/17 164/19

**whitepaper [10]** 27/2 58/23 71/22 71/24 98/24 143/9 143/16 144/2 146/17 159/24

**who [50]** 4/25 7/5 21/16 22/8 23/7 23/12 24/18 24/19 25/9 25/10 56/18 63/5 63/10 63/12 66/9 66/11 66/14 70/14 72/23 78/25 92/19 96/25 105/18 110/17 123/13 125/7 126/16 126/21 129/3 129/17 130/25 131/1 146/9 146/10 146/22 146/24 146/24 150/5 154/4 154/7 154/12

**W**

**who... [9]** 156/13
157/18 157/19
158/13 160/1
167/14 167/20
171/20 182/11
**who's [1]** 122/25
**whoever [5]** 126/6
130/15 132/22
148/22 148/23
**whole [7]** 20/14
22/3 63/15 135/2
140/21 146/15
149/1
**whom [2]** 47/12
52/20
**whose [1]** 78/5
**why [34]** 5/18
60/20 95/21 109/1
114/24 122/7 122/7
125/25 126/8
127/17 136/24
152/25 152/25
154/8 159/2 159/3
159/4 159/21
160/24 162/7
168/10 168/17
168/18 168/19
169/7 170/5 170/24
174/10 174/11
178/1 180/14 182/9
182/24 183/10
**wife [11]** 62/21
73/15 74/10 84/21
96/12 127/24 136/7
144/15 158/21
180/3 180/13
**will [94]** 8/21 9/6
16/12 17/23 18/6
19/20 20/7 28/20
29/14 32/10 37/1
37/4 39/1 39/14
39/16 39/24 39/25

40/7 40/9 43/23
44/18 45/7 45/23
46/1 56/3 56/4
56/12 58/15 63/14
63/15 63/16 67/25
70/4 71/20 77/8
77/9 81/2 83/20
86/14 102/12
102/21 104/4 104/6
108/8 110/7 110/8
112/6 112/7 112/7
112/10 115/13
118/6 119/21
121/12 125/22
125/23 134/1 139/9
139/22 142/7
143/23 143/24
145/4 148/10
149/11 150/7
156/13 165/8
170/22 175/14
176/23 184/19
184/22 184/23
185/8 185/11
185/12 185/19
186/22 187/3 187/6
187/7 188/8 188/10
188/11 188/20
188/20 190/7 190/8
190/13 190/13
190/17 191/3 191/5
**willful [4]** 8/3
8/14 36/24 37/17
**willfully [1]** 38/4
**Williams [2]** 9/13
10/8
**Wilson [12]** 63/22
70/17 72/11 90/23
90/25 91/11 93/5
105/17 133/12
133/13 133/14
133/15
**Wilson's [2]** 91/12
96/16

**win [1]** 146/23
**winding [2]** 30/3
31/12
**Windows [2]** 127/22
127/23
**Winklevoss [2]**
74/25 75/2
**winning [1]** 71/2
**wipe [13]** 128/3
128/11 130/18
132/7 134/24
141/18 141/19
141/19 142/6
143/13 165/20
182/12 182/12
**wiring [1]** 152/6
**wish [2]** 133/19
184/20
**witch [1]** 98/12
**within [6]** 15/15
16/2 20/23 35/22
137/11 154/14
**without [7]** 33/6
34/9 60/5 71/16
96/2 159/15 160/21
**witness [27]** 22/1
22/2 22/6 22/7
22/8 22/9 22/11
22/11 22/13 22/18
22/20 22/21 22/24
23/1 23/10 23/20
65/10 73/19 97/11
130/25 133/7
133/10 164/25
165/1 175/23
176/20 192/14
**witness's [2]**
22/15 23/10
**witnesses [21]**
21/2 22/4 23/12
23/14 23/19 24/18
25/9 56/18 71/14
104/24 110/16
129/2 129/11

**W**

**witnesses... [8]**
129/12 129/17
132/2 133/10
133/11 133/16
134/3 186/8
**won't [4]** 112/8
133/5 160/18 191/4
**wonderful [3]** 18/8
190/20 191/14
**word [23]** 8/4
62/17 62/18 62/19
68/5 85/8 85/18
93/18 107/20
107/21 108/11
112/21 116/15
116/24 121/17
121/24 144/3
145/22 146/21
150/8 159/15 179/6
179/7
**words [7]** 44/16
65/18 85/11 86/3
98/20 104/25 105/1
**work [30]** 15/2
17/15 71/4 71/7
75/10 76/24 81/15
121/5 122/10
122/10 124/7 127/7
127/8 128/1 132/6
138/17 138/18
139/17 141/22
142/21 144/1
147/14 148/25
150/13 151/8 151/8
151/13 152/15
153/22 189/22
**worked [6]** 81/13
93/1 95/5 97/13
138/14 186/16
**working [18]** 19/16
58/22 64/5 64/13
67/5 67/13 72/22

130/1 136/3 140/12
142/1 143/9 143/22
143/23 153/9
**works [2]** 15/18
95/2
**world [18]** 57/13
59/4 66/20 66/24
71/20 71/25 77/8
88/16 125/22 137/2
137/3 139/16
140/13 141/4 150/5
154/5 179/2 179/24
**world-changing [4]**
137/2 137/3 139/16
140/13
**worth [13]** 68/19
68/19 68/20 84/5
84/12 84/18 92/20
96/9 100/19 100/23
104/5 137/3 179/17
**would [139]** 4/19
4/19 4/25 5/15 6/3
7/10 9/21 9/21
10/6 10/25 11/4
11/7 12/22 12/25
14/2 14/25 15/3
15/23 15/25 16/2
16/2 16/3 16/6
16/7 16/8 16/9
16/17 16/20 16/21
16/22 16/24 19/25
30/13 34/8 34/18
42/23 44/6 56/8
57/11 57/14 58/17
62/19 63/13 68/9
72/8 79/15 82/2
82/8 85/1 90/6
92/20 93/15 93/20
99/7 103/21 103/23
106/8 107/6 107/17
107/18 107/24
108/1 108/10
108/17 109/23

118/11 119/1 119/4
119/6 119/11
119/11 121/11
122/8 122/11 124/3
124/6 124/7 125/10
125/14 127/8
127/11 127/14
127/18 127/19
128/13 129/10
129/23 130/14
130/16 130/20
131/13 132/1
133/19 141/2 141/6
142/12 146/20
148/9 148/21
150/14 150/19
150/21 151/17
152/2 153/22 154/8
154/17 160/1 160/2
161/19 165/16
165/18 168/10
169/20 169/22
169/25 170/2
170/18 170/18
172/1 177/19
179/23 179/25
181/2 181/4 181/8
182/13 184/4
185/15 187/1
188/13 188/13
188/18 189/12
190/6 190/14
190/15
**wouldn't [12]** 5/24
14/5 63/1 95/15
95/22 96/4 154/8
154/21 160/22
170/4 170/6 170/7
**WRIGHT [232]**
**Wright's [33]**
33/13 33/24 36/19
38/20 46/21 47/20
48/23 50/1 51/4

**W**

**Wright's... [24]**
51/24 53/3 97/2
101/21 102/1 107/3
107/13 119/15
121/21 136/5 140/2
146/3 146/12
166/24 166/25
173/13 177/5 178/5
179/7 180/4 180/16
182/3 183/10
184/11

**Wrights [1]**   63/9

**write [18]**   71/22
86/25 98/15 99/8
99/16 100/2 100/14
102/6 102/15
102/20 139/3 141/1
141/2 141/8 141/10
172/3 172/4 184/21

**writes [9]**   66/12
67/11 121/11
127/21 128/20
139/19 141/15
142/5 159/16

**writing [9]**   120/4
123/15 123/19
123/21 139/8 139/9
141/9 141/17
184/24

**writings [2]**
119/24 123/22

**written [18]**   29/4
61/2 62/15 62/20
62/25 63/17 63/20
65/10 71/14 77/10
77/14 86/7 98/16
105/5 118/23
118/25 124/19
171/10

**wrong [7]**   44/25
82/9 82/9 114/19
135/20 136/25

**wrongdoing [1]**
41/20

**wrongful [2]**   43/4
103/18

**wrongfully [4]**
32/24 33/1 33/10
103/19

**wrongfulness [1]**
42/11

**wrote [6]**   62/23
63/5 78/16 81/21
105/20 154/17

**Y**

**yeah [18]**   5/18 6/7
11/2 19/4 19/4
68/12 83/13 94/25
124/16 124/17
135/23 137/5
139/18 145/20
150/24 176/8 179/1
179/4

**year [10]**   36/3
74/1 74/9 74/21
82/16 83/21 84/2
86/20 93/10 136/3

**years [19]**   57/2
58/11 66/2 66/3
87/15 87/25 97/25
109/3 109/16
110/15 115/8 115/9
130/19 149/9
155/23 164/25
169/15 170/16
186/1

**yep [1]**   120/25

**yes [65]**   13/10
14/18 17/17 18/2
18/16 19/11 45/19
46/15 46/18 47/6
47/9 47/11 47/18
48/10 48/13 48/15
48/21 49/12 49/15

50/15 50/18 50/20
51/1 51/2 51/17
51/20 51/22 52/14
52/17 52/19 52/25
53/1 55/17 55/22
64/2 64/12 70/21
71/8 73/2 75/16
77/25 78/3 79/6
81/17 93/15 99/9
100/2 101/14 102/6
102/15 102/20
104/12 104/14
106/24 106/25
107/24 109/14
110/10 172/4
175/14 177/12
182/22

**yesterday [3]**   7/6
9/10 12/8

**yet [3]**   59/20 77/7
123/1

**you [1048]**

**you'll [18]**   17/14
41/4 45/6 68/16
89/1 99/23 101/12
103/3 110/23
122/21 130/24
147/8 148/13
159/18 159/22
160/13 183/6
190/24

**you're [49]**   15/15
67/7 67/8 69/11
85/25 104/19 105/4
108/14 112/9 116/7
116/13 119/20
122/5 123/4 123/7
123/11 126/1 126/6
127/5 127/7 131/21
135/3 137/1 137/16
137/18 137/19
139/1 143/11
145/10 145/10

**Y**

**you're... [19]**   158/12 159/3
166/11 166/11
166/12 166/14
168/11 171/16
172/12 177/1 177/2
177/3 187/2 188/16
189/13 189/16
189/21 190/21
190/22
**you've [13]**   9/12
11/19 60/20 79/19
99/12 104/1 125/3
134/19 136/13
152/19 166/18
171/21 172/2
**you-all [7]**   115/7
115/10 115/11
117/3 117/3 126/4
152/13
**younger [1]**   158/22
**your [168]**   4/5
6/14 6/16 6/25 7/6
7/15 8/19 9/1 9/3
10/9 10/13 10/18
11/15 11/17 11/19
12/5 12/8 13/5
13/8 13/24 14/5
14/8 15/9 17/2
17/6 17/9 17/10
17/17 17/25 18/13
18/15 18/17 19/11
20/7 20/9 20/17
21/8 21/10 23/3
31/25 40/20 41/3
41/6 42/5 43/12
43/16 43/17 43/18
43/22 43/23 44/4
44/16 44/18 44/19
44/24 44/24 45/1
45/3 45/7 45/8
45/9 45/19 46/5

56/9 63/19 67/7
67/9 71/18 72/21
78/1 83/1 83/6
87/17 87/21 99/18
105/1 106/5 106/8
106/16 106/25
107/6 107/9 107/14
107/18 108/1 108/4
108/7 108/9 108/17
109/12 109/13
110/7 114/1 114/1
114/1 114/23
115/24 116/1 116/5
116/23 117/5 117/5
118/20 121/9
121/12 124/3 126/3
132/21 133/18
136/2 138/2 139/7
144/15 149/12
151/6 154/2 154/2
154/23 154/23
155/15 155/20
156/10 156/16
156/17 164/6
164/22 166/9
166/12 168/13
169/7 170/2 170/25
171/4 171/7 171/24
172/15 172/20
174/10 175/7 175/8
177/1 178/7 178/9
184/12 184/18
184/21 185/1 185/6
185/8 185/16 186/4
186/11 186/20
186/25 187/2
187/20 188/12
188/15 188/19
189/13 189/16
189/24 189/25
190/17 190/24
191/2 191/12
191/13
**yours [2]**   79/21

**yourself [12]**   22/7
22/17 22/19 23/11
43/19 44/20 89/17
126/3 166/6 168/16
173/12 176/20
**yvette [6]**   2/2 2/4
192/5 192/17
192/17 192/19

**Z**

**ZACK [3]**   1/17 4/22
6/20
**ZALMAN [2]**   1/22
7/3
**zero [4]**   96/24
170/17 170/18
184/3
**Zuckerberg [1]**
159/4