```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA
                       WEST PALM BEACH DIVISION
                     CASE NO. 9:18-cv-80176-BB

   IRA KLEIMAN, as the personal representative
   of the Estate of David Kleiman, and W&K Info
   Defense Research, LLC,

          Plaintiffs,                           November 30, 2021
                                                4:59 p.m.
          vs.

   CRAIG WRIGHT,

          Defendant.                            Pages 1 THROUGH 4
   _____

                       TRANSCRIPT OF TRIAL DAY 17
                    BEFORE THE HONORABLE BETH BLOOM
                       UNITED STATES DISTRICT JUDGE
                            And a Jury of 10

   Appearances:
   FOR THE PLAINTIFF:    ROCHE FREEDMAN, LLP
                         DEVIN FREEDMAN, ESQ.
                         KYLE ROCHE, ESQ.
                         200 South Biscayne, Suite 5500
                         Miami, Florida 33131

                         BOIES SCHILLER & FLEXNER
                         ANDREW BRENNER, ESQ.
                         100 Southeast 2nd Street, Suite 2800
                         Miami, Florida 33131

   FOR THE DEFENDANT:    RIVERO MESTRE, LLP
                         ANDRES RIVERO, ESQ.
                         AMANDA M. MCGOVERN, ESQ.
                         2525 Ponce de Leon Boulevard, Suite 1000
                         Coral Gables, Florida 33134

   COURT REPORTER:       Yvette Hernandez
                         U.S. District Court
                         400 North Miami Avenue, Room 10-2
                         Miami, Florida 33128
                         yvette_hernandez@flsd.uscourts.gov
```

1          (Call to order of the Court, 4:59 p.m.)
2                  All right.  It's good to see everyone.
3                  Our jury is still deliberating.  Is there anything we
4     need to address?
5                  MR. FREEDMAN:  Not for Plaintiffs, Your Honor.
6                  MR. RIVERO:  Not from the Defendants, Your Honor.
7                  THE COURT:  All right.  And moving forward, obviously,
8     we never know when the jury is going to arrive at their
9     verdict, but I would ask that you continue to stay close at
10    hand.  I would like to daily give them the admonishment in
11    person.  So I would like you to be present obviously when I
12    bring the jury into the courtroom.
13                 All right.  Let's bring in the jury.
14       (Before the Jury, 4:59 p.m.)
15                 THE COURT:  All right.  Go ahead and have a seat.
16                 It's good to see each of you, Ladies and Gentlemen.
17    As I understand, each of you were here at 10:00 and you did
18    begin deliberating.  As you can see, it is 5:00.  So we will
19    adjourn for the day.
20                 And I will expect to see each of you back tomorrow
21    morning at 10:00 a.m.  Please remember to wait outside in the
22    vestibule until all of you are here.  And then the court
23    security officer will bring you into the jury room, which will
24    remain locked.
25                 As we adjourn for the evening, please remember that

```
 1    you are not to discuss this case with anyone, nor permit anyone
 2    to speak with you.  All of the evidence has been received and
 3    you are not to conduct any independent research.
 4            Have a nice evening, and we'll see you tomorrow
 5    morning at 10:00 a.m.
 6       (Jury not present, 5:01 p.m.)
 7            THE COURT:  It's good to see each of you.  Have a
 8    pleasant evening.
 9            MS. McGOVERN:  Thank you.
10            MR. RIVERO:  Have a good night, Your Honor.
11       (Proceedings adjourned at 5:02 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1    UNITED STATES OF AMERICA       )

 2    ss:

 3    SOUTHERN DISTRICT OF FLORIDA   )

 4                    C E R T I F I C A T E

 5           I, Yvette Hernandez, Certified Shorthand Reporter in

 6    and for the United States District Court for the Southern

 7    District of Florida, do hereby certify that I was present at

 8    and reported in machine shorthand the proceedings had the 30th

 9    day of November, 2021, in the above-mentioned court; and that

10    the foregoing transcript is a true, correct, and complete

11    transcript of my stenographic notes.

12           I further certify that this transcript contains pages

13    1 - 4.

14           IN WITNESS WHEREOF, I have hereunto set my hand at

15    Miami, Florida this 2nd day of December, 2021.

16

17                      /s/Yvette Hernandez
                        Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                      400 North Miami Avenue, 10-2
                        Miami, Florida 33128
19                      (305) 523-5698
                        yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```