```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF FLORIDA
                       WEST PALM BEACH DIVISION
                     CASE NO. 9:18-cv-80176-BB

IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K Info
Defense Research, LLC,

          Plaintiffs,                       December 2, 2021
                                            4:59 p.m.
          vs.

CRAIG WRIGHT,

          Defendant.                        Pages 1 THROUGH 5
_____

                    TRANSCRIPT OF TRIAL DAY 19
                 BEFORE THE HONORABLE BETH BLOOM
                   UNITED STATES DISTRICT JUDGE
                         And a Jury of 10

Appearances:
FOR THE PLAINTIFF:    ROCHE FREEDMAN, LLP
                      DEVIN FREEDMAN, ESQ.
                      KYLE ROCHE, ESQ.
                      200 South Biscayne, Suite 5500
                      Miami, Florida 33131

                      BOIES SCHILLER & FLEXNER
                      ANDREW BRENNER, ESQ.
                      STEPHEN N. ZACK, ESQ.
                      100 Southeast 2nd Street, Suite 2800
                      Miami, Florida 33131

FOR THE DEFENDANT:    RIVERO MESTRE, LLP
                      ANDRES RIVERO, ESQ.
                      AMANDA M. MCGOVERN, ESQ.
                      2525 Ponce de Leon Boulevard, Suite 1000
                      Coral Gables, Florida 33134

COURT REPORTER:       Yvette Hernandez
                      U.S. District Court
                      400 North Miami Avenue, Room 10-2
                      Miami, Florida 33128
                      yvette_hernandez@flsd.uscourts.gov
```

```
 1          (Call to order of the Court, 4:59 p.m.)
 2              THE COURT:  Good afternoon.  It's good to see each of
 3    you.
 4              Our jury is still deliberating.  They have asked to
 5    come back tomorrow.  And they have also requested, since some
 6    of them have a conflict, that they would like to -- if they
 7    don't obviously come to a conclusion, they would like to
 8    adjourn tomorrow by 3:00 p.m.
 9              So I did want to let both sides know.
10              MR. FREEDMAN:  Your Honor, I was going to ask if we
11    could end at 3:00 p.m. anyway because of the Sabbath and how
12    early it starts, so no objection from Plaintiffs' counsel.
13              THE COURT:  It certainly works well.
14              MS. MCGOVERN:  Thank you, Your Honor.
15              MR. BRENNER:  10:00 to 3:00 tomorrow?
16              THE COURT:  Anything we need to address -- I'm sorry?
17              MR. BRENNER:  It's a 10:00-to-3:00 day tomorrow?
18              THE COURT:  It's 10:00.  As we know, one of the jurors
19    has difficulty coming earlier.
20              MR. BRENNER:  Yeah.
21              THE COURT:  All right.  I'm not sure where our court
22    security officer is.
23              COURTROOM DEPUTY:  She's on the other side.
24              THE COURT:  I'm not sure who is with us.  Can you ask
25    him or her to bring the jury in.
```

1       (Pause in proceedings.)

2           THE COURT:  Well, it's good to see each of you.

3           MR. RIVERO:  Good to see you, Judge.

4       (Before the Jury, 5:00 p.m.)

5           THE COURT:  All right.  Please be seated.

6           It's good to see each of you, Ladies and Gentlemen.  I

7   know you are working hard and you have asked to recess for the

8   evening.  And I note tomorrow morning you will be here at

9   10:00.  Please remember to gather outside in the vestibule

10  until all 10 of you are here, and then the court security

11  officer will open up the jury room so you can continue your

12  deliberations.

13          There was also a request to the courtroom deputy that

14  we adjourn tomorrow at 3:00 p.m., if you have not concluded

15  your work.  So certainly we will honor that request.

16          Please remember, as we adjourn for the evening, that

17  you are not to discuss this case with anyone, nor permit anyone

18  to speak with you.  You're not to conduct any independent

19  research.  The evidence has already been presented to each of

20  you.

21          It's good to see each of you.  Have a pleasant evening

22  and we'll see you tomorrow morning.

23      (Jury not present, 5:03 p.m.)

24          THE COURT:  Is there anything further?

25          MR. FREEDMAN:  Not for Plaintiffs, Your Honor.

4

| | |
|---|---|
| 1 | MR. RIVERO:  Not from the Defense, Judge.  Good night. |
| 2 | THE COURT:  Have a pleasant evening. |
| 3 | MR. RIVERO:  You too. |
| 4 | (Proceedings adjourned at 5:03 p.m.) |

400 North Miami Avenue, 10-2
Miami, Florida 33128
(305) 523-5698

```
1    UNITED STATES OF AMERICA        )
2    ss:
3    SOUTHERN DISTRICT OF FLORIDA    )
4                    C E R T I F I C A T E
5           I, Yvette Hernandez, Certified Shorthand Reporter in
6    and for the United States District Court for the Southern
7    District of Florida, do hereby certify that I was present at
8    and reported in machine shorthand the proceedings had the 2nd
9    day of December, 2021, in the above-mentioned court; and that
10   the foregoing transcript is a true, correct, and complete
11   transcript of my stenographic notes.
12          I further certify that this transcript contains pages
13   1 - 5.
14          IN WITNESS WHEREOF, I have hereunto set my hand at
15   Miami, Florida this 8th day of December, 2021.
16
17                      /s/Yvette Hernandez
                        Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                      400 North Miami Avenue, 10-2
                        Miami, Florida 33128
19                      (305) 523-5698
                        yvette_hernandez@flsd.uscourts.gov
20
21
22
23
24
25
```