# EXHIBIT A

```
 1                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                      WEST PALM BEACH DIVISION
                       CASE NO. 9:18-cv-80176-BB
 3
       IRA KLEIMAN, as the personal representative
 4     of the Estate of David Kleiman, and W&K Info
       Defense Research, LLC,
 5
                  Plaintiffs,              November 1, 2021
 6                                         9:01 a.m.
                  vs.
 7
       CRAIG WRIGHT,
 8
                  Defendant.               Pages 1 THROUGH 273
 9     _____

10                  TRANSCRIPT OF TRIAL DAY 1
                   BEFORE THE HONORABLE BETH BLOOM
11                  UNITED STATES DISTRICT JUDGE
                       And a Jury of 10
12
       Appearances:
13     FOR THE PLAINTIFF:   ROCHE FREEDMAN, LLP
                            DEVIN FREEDMAN, ESQ.
14                          KYLE ROCHE, ESQ.
                            200 South Biscayne, Suite 5500
15                          Miami, Florida 33131

16                          BOIES SCHILLER & FLEXNER
                            ANDREW BRENNER, ESQ.
17                          STEPHEN N. ZACK, ESQ.
                            100 Southeast 2nd Street, Suite 2800
18                          Miami, Florida 33131

19     FOR THE DEFENDANT:   RIVERO MESTRE, LLP
                            ANDRES RIVERO, ESQ.
20                          JORGE MESTRE, ESQ.
                            AMANDA M. MCGOVERN, ESQ.
21                          MICHAEL A. FERNANDEZ, ESQ.
                            2525 Ponce de Leon Boulevard, Suite 1000
22                          Coral Gables, Florida 33134

23     COURT REPORTER:      Yvette Hernandez
                            U.S. District Court
24                          400 North Miami Avenue, Room 10-2
                            Miami, Florida 33128
25                          yvette_hernandez@flsd.uscourts.gov
```

1                          I N D E X

2     Certificate ...................................    273
      Voir Dire .....................................     18
3     Jury sworn ....................................    172
      Preliminary jury instructions .................    173
4     Plaintiff opening statement ...................    183
      Defense opening statement .....................    212

5

6

7                        W I T N E S S

8     **ON BEHALF OF THE PLAINTIFF:**                    PAGE
      ANDREAS M. ANTONOPOULOS
9     DIRECT EXAMINATION BY MR. ROCHE                    239

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    comfort break.  The court security officer will take you into

 2    the jury room.  We have two restrooms in the back.  And I'll

 3    see you back here in 20 minutes, at 3:15, please.

 4         (Jury not present, 2:57 p.m.)

 5              THE COURT:  All right.  I'll see you back here at

 6    3:15.

 7              MR. RIVERO:  Your Honor, may I raise one issue before

 8    the break?

 9              THE COURT:  Yes, sir.

10              MR. RIVERO:  Yes.  Thank you, Judge.  I did not object

11    other than on the specific demonstrative issue.

12              THE COURT:  You can go ahead and have a seat, counsel.

13              MR. RIVERO:  Although I believe much of the opening

14    went far beyond what is ordinary in an opening, we didn't raise

15    that issue.

16              But Judge, the Plaintiffs have squarely injected the

17    relationship between Ira Kleiman and his deceased brother,

18    including the sharing of a memory -- "I want to share a memory

19    about my dead brother" and the Thanksgiving Day story, which

20    there was a ruling by the Court that we could not comment on

21    the relationship between the brothers.

22              But Judge, I think, frankly, this is only the opening

23    saga.  Their intention is -- and I think the Court will see

24    already, their intention is to build up that relationship to

25    increase the credibility of Ira Kleiman as to the only evidence
```

1    during David Kleiman's lifetime that he ever said anything to

2    anyone about this supposed partnership.

3         My request to the Court is that we should be permitted

4    to comment on and bring out evidence about the credibility of

5    that relationship and those statements.

6         MR. ROCHE:  Your Honor, may I respond?

7         THE COURT:  Mr. Roche?

8         MR. ROCHE:  I don't have Your Honor's motion in limine

9    ruling in front of me, but I've read it many times.  Your

10   ruling stated that what was excluded was everything that

11   happened after the Thanksgiving dinner.

12        I was very careful in my opening to only reference

13   Dave, the individual, and that Thanksgiving dinner.  We did not

14   open the door to anything discussing Ira and Dave's

15   relationship.  Certainly nothing after 2009.

16        THE COURT:  All right.  Well, let me state what's

17   elementary, and that is this is an opening statement.  This is

18   not the evidence in the case.  I'm certainly not going to

19   address any anticipated intentions.

20        With regard to opening the door, we will address it at

21   the time that the door is actually opened.

22        MR. RIVERO:  Thank you, Your Honor.

23        THE COURT:  I'll see you back here at 3:15.

24     (Recess from 3:00 p.m. to 3:13 p.m.)

25        THE COURT:  All right.  Welcome back.

```
 1    UNITED STATES OF AMERICA      )

 2    ss:

 3    SOUTHERN DISTRICT OF FLORIDA  )

 4                   C E R T I F I C A T E

 5          I, Yvette Hernandez, Certified Shorthand Reporter in

 6    and for the United States District Court for the Southern

 7    District of Florida, do hereby certify that I was present at

 8    and reported in machine shorthand the proceedings had the 1st

 9    day of November, 2021, in the above-mentioned court; and that

10    the foregoing transcript is a true, correct, and complete

11    transcript of my stenographic notes.

12          I further certify that this transcript contains pages

13    1 - 273.

14          IN WITNESS WHEREOF, I have hereunto set my hand at

15    Miami, Florida this 10th day of November, 2021.

16

17                         /s/Yvette Hernandez
                           Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                         400 North Miami Avenue, 10-2
                           Miami, Florida 33128
19                         (305) 523-5698
                           yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```

```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                     WEST PALM BEACH DIVISION
                      CASE NO. 9:18-cv-80176-BB
 3
      IRA KLEIMAN, as the personal representative
 4    of the Estate of David Kleiman, and W&K Info
      Defense Research, LLC,
 5
              Plaintiffs,                   November 2, 2021
 6                                          9:59 a.m.
                  vs.
 7
      CRAIG WRIGHT,
 8
              Defendant.                    Pages 1 THROUGH 197
 9    _____
                     TRANSCRIPT OF TRIAL DAY 2
10                BEFORE THE HONORABLE BETH BLOOM
                   UNITED STATES DISTRICT JUDGE
11                      And a Jury of 10

12    Appearances:
      FOR THE PLAINTIFF:    ROCHE FREEDMAN, LLP
13                          DEVIN FREEDMAN, ESQ.
                            KYLE ROCHE, ESQ.
14                          200 South Biscayne, Suite 5500
                            Miami, Florida 33131
15
                            BOIES SCHILLER & FLEXNER
16                          ANDREW BRENNER, ESQ.
                            STEPHEN N. ZACK, ESQ.
17                          100 Southeast 2nd Street, Suite 2800
                            Miami, Florida 33131
18
      FOR THE DEFENDANT:    RIVERO MESTRE, LLP
19                          ANDRES RIVERO, ESQ.
                            JORGE MESTRE, ESQ.
20                          AMANDA M. MCGOVERN, ESQ.
                            MICHAEL A. FERNANDEZ, ESQ.
21                          ZALMAN KASS, ESQ.
                            2525 Ponce de Leon Boulevard, Suite 1000
22                          Coral Gables, Florida 33134

23    COURT REPORTER:       Yvette Hernandez
                            U.S. District Court
24                          400 North Miami Avenue, Room 10-2
                            Miami, Florida 33128
25                          yvette_hernandez@flsd.uscourts.gov
```

```
1                          I N D E X

2        Certificate..................................        197

3                        W I T N E S S

4     ON BEHALF OF THE PLAINTIFF:                          PAGE

5     ANDREAS ANTONOPOULOS
      CONTINUED DIRECT EXAMINATION BY MR. ROCHE                7
6     CROSS-EXAMINATION BY MR. RIVERO                         37
      REDIRECT EXAMINATION BY MR. ROCHE                      111
7
      ROBERT RADVANOVSKY
8     (via video deposition)                                 120

9     PATRICK PAIGE
      DIRECT EXAMINATION BY MR. FREEDMAN                     122
10    CROSS-EXAMINATION BY MR. MESTRE                        175
      REDIRECT EXAMINATION BY MR. FREEDMAN                   185
11
      GAVIN ANDRESEN
12    (via video deposition)                                 186

13                      E X H I B I T S
14    EX. NO.:                              OFFERED   ADMITTED
      Defendant's 408                          54          54
15    Defendant's 398                          69          70
      Defendant's 005                         143         143
16    Defendant's 042                         150         150
      Plaintiff's 122                         155         155
17    Joint      045                         160         160
      Plaintiff's 717                         164         165
18    Plaintiff's 696                         169         169
      Defendant's 425                         183         183
19

20

21

22

23

24

25
```

```
 1    what Paragraph 45 actually asks for is to enjoin you personally

 2    from using any Bitcoin that was the property of David Kleiman;

 3    isn't that right?

 4    A.  Yes.

 5    Q.  Did you know Mr. Kleiman before he sued you?

 6    A.  I was aware he had a brother.

 7    Q.  Do you recognize him here?

 8    A.  I don't believe he's here.

 9          MR. MESTRE:  Your Honor, may I have a moment to confer

10    with my co-counsel?

11          THE COURT:  Certainly.

12       (Pause in proceedings.)

13          THE COURT:  Mr. Mestre?

14          MR. MESTRE:  Just a few more questions.  Thank you,

15    Your Honor.

16    BY MR. MESTRE:

17    Q.  Did David Kleiman ever ask you to mine Bitcoin?

18    A.  No.

19    Q.  So you knew David Kleiman for about 20 years.

20    A.  Yeah.  I believe it was about 20 years.

21    Q.  During that time, how many times did you hear of Ira

22    Kleiman?

23    A.  I can't really recall of any offhand, other than he had a

24    brother.

25    Q.  So Mr. Freedman asked you about this claim.  Have you read
```

```
 1    UNITED STATES OF AMERICA        )

 2    ss:

 3    SOUTHERN DISTRICT OF FLORIDA   )

 4                   C E R T I F I C A T E

 5          I, Yvette Hernandez, Certified Shorthand Reporter in

 6    and for the United States District Court for the Southern

 7    District of Florida, do hereby certify that I was present at

 8    and reported in machine shorthand the proceedings had the 2nd

 9    day of November, 2021, in the above-mentioned court; and that

10    the foregoing transcript is a true, correct, and complete

11    transcript of my stenographic notes.

12          I further certify that this transcript contains pages

13    1 - 197.

14          IN WITNESS WHEREOF, I have hereunto set my hand at

15    Miami, Florida this 11th day of November, 2021.

16

17                      /s/Yvette Hernandez
                        Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                      400 North Miami Avenue, 10-2
                        Miami, Florida 33128
19                      (305) 523-5698
                        yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```

1                    IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF FLORIDA
2                       WEST PALM BEACH DIVISION
                     CASE NO. 9:18-cv-80176-BB
3

4    IRA KLEIMAN, as the personal representative
     of the Estate of David Kleiman, and W&K Info
     Defense Research, LLC,
5

6            Plaintiffs,                   November 3, 2021
                                           9:42 a.m.
     vs.
7

8    CRAIG WRIGHT,

9            Defendant.                    Pages 1 THROUGH 193
     _____

10                   TRANSCRIPT OF TRIAL DAY 3
                BEFORE THE HONORABLE BETH BLOOM
11                UNITED STATES DISTRICT JUDGE
                     And a Jury of 10
12

     Appearances:
13

     FOR THE PLAINTIFF:   ROCHE FREEDMAN, LLP
14                        DEVIN FREEDMAN, ESQ.
                          KYLE ROCHE, ESQ.
15                        200 South Biscayne, Suite 5500
                          Miami, Florida 33131
16
                          BOIES SCHILLER & FLEXNER
17                        ANDREW BRENNER, ESQ.
                          STEPHEN N. ZACK, ESQ.
18                        100 Southeast 2nd Street, Suite 2800
                          Miami, Florida 33131
19

20   FOR THE DEFENDANT:   RIVERO MESTRE, LLP
                          ANDRES RIVERO, ESQ.
21                        JORGE MESTRE, ESQ.
                          AMANDA M. MCGOVERN, ESQ.
22                        MICHAEL A. FERNANDEZ, ESQ.
                          ZALMAN KASS, ESQ.
23                        2525 Ponce de Leon Boulevard, Suite 1000
                          Coral Gables, Florida 33134
24

25

```
 1    Appearances continued:

 2    FOR JOHN DOE:        GLASER WEIL
      (Via Zoom)           PATRICIA L. GLASER, ESQ.
 3                         RICHARD BUCKNER, ESQ.
                           10250 Constellation Boulevard, 19th Floor
 4                         Los Angeles, California 90067

 5                         STEARNS WEAVER MILLER
                           DARRELL PAYNE, ESQ.
 6                         150 West Flagler Street, Suite 2200
                           Miami, Florida 33130

 7
      COURT REPORTER:      Yvette Hernandez
 8                         U.S. District Court
                           400 North Miami Avenue, Room 10-2
 9                         Miami, Florida 33128
                           yvette_hernandez@flsd.uscourts.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        **I N D E X**

2    Certificate.................................     193

3

4                   **W I T N E S S**

5    **ON BEHALF OF THE PLAINTIFF:**                    PAGE

6    JAMIE WILSON
     (via video deposition)                             20
7
     JIMMY NGUYEN
8    (via video deposition)                        20 & 21

9    IRA KLEIMAN
     DIRECT EXAMINATION BY MR. BRENNER                  24
10   CROSS-EXAMINATION BY MR. RIVERO                    149

11

12                   **E X H I B I T S**

| **EX. NO.:** | | OFFERED | ADMITTED |
|---|---|---|---|
| Joint | 2022 | 32 | 32 |
| Plaintiffs' | 863 | 36 | 36 |
| Plaintiffs' | 867 | 41 | 41 |
| Plaintiffs' | 120 | 45 | 45 |
| Plaintiffs' | 138 | 51 | 51 |
| Plaintiffs' | 862 | 61 | 62 |
| Plaintiffs' | 156 | 73 | 73 |
| Plaintiffs' | 164 | 85 | 85 |
| Plaintiffs' | 105 | 88 | 88 |
| Plaintiffs' | 509 | 89 | 89 |
| Plaintiffs' | 709 | 89 | 90 |
| Plaintiffs' | 710 | 90 | 90 |
| Plaintiffs' | 161 | 94 | 94 |
| Plaintiffs' | 564 | 126 | 127 |
| Plaintiffs' | 731 | 133 | 133 |
| Defendant's | 285 | 138 | 138 |
| Plaintiffs' | 133 | 139 | 139 |
| Plaintiffs' | 733 | 143 | 144 |

```
 1              THE COURT:  Certainly.

 2         (Pause in proceedings.)

 3              MR. BRENNER:  Mr. Kleiman, I have no further questions

 4    at this time.  Please give the same responsiveness to

 5    Mr. Rivero.

 6              THE COURT:  Cross-examination.

 7              MR. RIVERO:  Thank you, Your Honor.

 8         (Pause in proceedings.)

 9              MR. RIVERO:  May it please the Court, counsel.

10                        CROSS-EXAMINATION

11    BY MR. RIVERO:

12    Q.  Mr. Kleiman, this is a chart -- you were here for opening;

13    isn't that right?  You were here for opening, were you not,

14    Mr. Kleiman?

15    A.  Yes.

16    Q.  This is the chart your counsel used during opening,

17    correct?

18    A.  Yes.

19    Q.  You spoke a lot, sir, here on your direct examination about

20    the period 2013 to 2018, did you not?

21    A.  Yes.

22    Q.  All right.  You spoke very little -- if I remember

23    correctly, the only thing you commented on in the period

24    between 2008 and April of 2013 is Thanksgiving Day 2009; isn't

25    that right?
```

1    A.   Yes.

2    Q.   Okay.  And that was a -- that was November 26th, 2009,

3    right?

4    A.   Correct.

5    Q.   Okay.  And you know that date because that's the last day

6    you saw your brother in life, correct?

7              MR. BRENNER:  Objection.  May we approach?

8              MR. RIVERO:  Judge, I'll --

9              THE COURT:  The objection is overruled at this point.

10   BY MR. RIVERO:

11   Q.   Sir?

12   A.   I'm not exactly certain if that's the very last day.  But

13   that's the -- I guess the best memory of last seeing him.  I

14   may have seen him other times after that, but I just don't

15   recall it.

16   Q.   Sir, your testimony under oath and your best memory is that

17   that was the last day you saw your brother in life, is it not?

18             MR. BRENNER:  Same objection, Your Honor.

19             THE WITNESS:  Like I said, I'm not certain that that

20   was --

21             THE COURT:  The objection is noted.  It's overruled at

22   this point.

23             THE WITNESS:  I could have possibly seen him other

24   days.

25

193

```
 1    UNITED STATES OF AMERICA        )

 2    ss:

 3    SOUTHERN DISTRICT OF FLORIDA  )

 4                    C E R T I F I C A T E

 5           I, Yvette Hernandez, Certified Shorthand Reporter in

 6    and for the United States District Court for the Southern

 7    District of Florida, do hereby certify that I was present at

 8    and reported in machine shorthand the proceedings had the 3rd

 9    day of November, 2021, in the above-mentioned court; and that

10    the foregoing transcript is a true, correct, and complete

11    transcript of my stenographic notes.

12           I further certify that this transcript contains pages

13    1 - 193.

14           IN WITNESS WHEREOF, I have hereunto set my hand at

15    Miami, Florida this 11th day of November, 2021.

16

17                         /s/Yvette Hernandez
                           Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                         400 North Miami Avenue, 10-2
                           Miami, Florida 33128
19                         (305) 523-5698
                           yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 9:18-cv-80176-BB

IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K Info
Defense Research, LLC,

        Plaintiffs,              November 4, 2021
                             9:43 a.m.
      vs.

CRAIG WRIGHT,

        Defendant.              Pages 1 THROUGH 293
_____

TRANSCRIPT OF TRIAL DAY 4
BEFORE THE HONORABLE BETH BLOOM
UNITED STATES DISTRICT JUDGE
And a Jury of 10

Appearances:

FOR THE PLAINTIFF:  ROCHE FREEDMAN, LLP
                      DEVIN FREEDMAN, ESQ.
                      KYLE ROCHE, ESQ.
                      200 South Biscayne, Suite 5500
                      Miami, Florida 33131

                      BOIES SCHILLER & FLEXNER
                      ANDREW BRENNER, ESQ.
                      STEPHEN N. ZACK, ESQ.
                      SAMANTHA LICATA, ESQ.
                      100 Southeast 2nd Street, Suite 2800
                      Miami, Florida 33131

FOR THE DEFENDANT:  RIVERO MESTRE, LLP
                      ANDRES RIVERO, ESQ.
                      JORGE MESTRE, ESQ.
                      AMANDA M. MCGOVERN, ESQ.
                      ZALMAN KASS, ESQ.
                      2525 Ponce de Leon Boulevard, Suite 1000
                      Coral Gables, Florida 33134

COURT REPORTER:     Yvette Hernandez
                      U.S. District Court
                      400 North Miami Avenue, Room 10-2
                      Miami, Florida 33128
                      yvette_hernandez@flsd.uscourts.gov

2

```
1                         I N D E X

2    Certificate...................................    293

3                      W I T N E S S

4    ON BEHALF OF THE PLAINTIFF:                      PAGE

5    IRA KLEIMAN
     CONTINUED CROSS-EXAMINATION BY MR. RIVERO         15
6

7                      E X H I B I T S
     EX. NO.:                          OFFERED   ADMITTED
8    Plaintiffs' 420                      35         35
     Defendant's  18                      64         65
9    Defendant's  19                      72         72
     Defendant's 301                      79         79
10   Defendant's 302                      83         83
     Defendant's 303                      85         85
11   Defendant's 481                      92         92
     Defendant's 396                      92         93
12   Defendant's  58                      95         95
     Defendant's  15                      97         97
13   Defendant's 257                     101        101
     Joint       103                     106        107
14   Defendant's 284                     108        109
     Defendant's 489                     116        116
15   Joint        31                     119        119
     Plaintiffs'   2                     121        122
16   Defendant's 161                     129        130
     Defendant's  10                     137        137
17   Joint         1                     139        140
     Defendant's  11                     142        142
18   Plaintiffs' 424                     148        149
     Defendant's  67                     152        153
19   Defendant's 252                     165        165
     Joint        21                     168        168
20   Defendant's   8                     171        172
     Defendant's 256                     205        206
21   Defendant's  40                     210        210
     Joint        99                     212        212
22   Joint        98                     219        219
     Joint        97                     221        222
23   Defendant's 357                     238        239
     Defendant's 359                     242        242
24   Defendant's 360                     243        244
     Plaintiffs' 157                     247        248
25
```

3

**E X H I B I T S** (Continued)

| EX. NO.: | | OFFERED | ADMITTED |
|---|---|---|---|
| Joint | 48 | 253 | 253 |
| Defendant's | 289 | 254 | 254 |
| Joint | 49 | 255 | 255 |
| Defendant's | 45 | 256 | 257 |
| Joint | 31 | 257 | 257 |
| Defendant's | 46 | 263 | 263 |
| Defendant's | 488 | 270 | 270 |

```
 1   A.  No.  I know that --
 2   Q.  You know it was New Liberty who proposed --
 3        MR. BRENNER:  He's trying to answer the question --
 4   objection.  The witness is trying to --
 5        THE COURT:  Give the witness an opportunity to answer
 6   the question, please.
 7        THE WITNESS:  I know who the New Liberty person is,
 8   yes.
 9   BY MR. RIVERO:
10   Q.  You know the person who proposed this was New Liberty?
11   A.  I mean, now I know of him, yes.
12   Q.  Right.
13        The last time you spoke to David Kleiman in life was in
14   2009, right?
15   A.  Correct -- well, no, no.  Actually, I shouldn't say that.
16   Q.  I said that the wrong way.
17   A.  That's the last time I recall seeing him.
18   Q.  Are you finished, Mr. Kleiman?
19   A.  Yes.
20   Q.  Let me restate the question.
21        The last time you saw your brother in person was in 2009?
22        MR. BRENNER:  Your Honor, just renew the objection
23   from yesterday on this issue.
24        THE COURT:  I'm sorry.  The objection is?
25        MR. BRENNER:  It violates an order of the Court.
```

```
1              THE COURT:  Sustained.
2    BY MR. RIVERO:
3    Q.  Now, sir, I want to be very clear about some testimony you
4    gave yesterday.  There isn't any email anywhere from a friend
5    of David Kleiman's that says that they had any conversation
6    like the one you had with David Kleiman, the turkey-talk; isn't
7    that right?
8    A.  Did you receive the new email that they produced to you
9    last night?
10   Q.  Oh, I have it, sir, but I want to be real clear.  Nobody
11   says they had such a conversation with David Kleiman except for
12   you?
13   A.  I don't agree with that.
14   Q.  All right, sir.  Do you understand that Patrick Paige has
15   already testified here?
16   A.  Yes.
17   Q.  And you know that Patrick Paige testified that he never
18   talked with David Kleiman about Bitcoin or anything to do with
19   it?
20   A.  That's also not correct.
21   Q.  Okay.  So then that's your testimony.
22   A.  No.  I can show the email where Patrick says that Dave did
23   discuss Bitcoin with him.
24   Q.  Sir, we're going to -- I want to -- we've already heard
25   from Patrick Paige.  I don't need -- I'm not asking you your
```

1    Q.   You never saw him in the hospital?

2    A.   No.

3    Q.   But you know he was in the hospital?

4    A.   Yes.   I continued a lot of communications through email and

5    through telephone.

6    Q.   Now, you live in Palm Beach, right?

7    A.   Palm Beach Gardens, yes.

8    Q.   Palm Beach Gardens, okay.

9         So his income really dropped off, right?

10   A.   Yes.

11            MR. RIVERO:   Can we go to the top and look at this

12   other section.

13   BY MR. RIVERO:

14   Q.   But it looks like he had managed to pay down some of the

15   debt to the IRS and it was -- he was -- gotten it down to

16   $3,246.10, right?

17   A.   Yes.

18            MR. RIVERO:   Okay.   Let's look at Defendant's 303.

19   BY MR. RIVERO:

20   Q.   I may have said -- you know, this is the tax period --

21            MR. RIVERO:   I may have said that wrong, Your Honor,

22   if I said -- I may have referred, just to clarify for the jury

23   and the Court -- if I said as to the previous one it was

24   2000 -- anything other than 2010, I meant 2010.

25            Now we'll talk about 2011.

```
 1            THE COURT:  You want to now introduce Joint Exhibit

 2    60?

 3            MR. RIVERO:  60.  Yes.  Yes.

 4            THE COURT:  All right.  Let's make sure the screen

 5    reflects -- this is Joint Exhibit 50 and -- or 60?

 6            MR. RIVERO:  60, yes.  Thank you.

 7            THE COURT:  And once that's verified, Mr. Brenner,

 8    it's a joint exhibit and --

 9            MR. BRENNER:  Yeah.  Again, I don't know how to do

10    it --

11            THE COURT:  This says D205.  Can we reflect Joint 60,

12    please.

13       (Pause in proceedings.)

14            MR. RIVERO:  Your Honor, I am going to move to another

15    subject and make sure that over the lunch hour we are exactly

16    clear on our exhibit numbers, although that was not my plan.

17    But I, again, apologize to everyone and we will have this

18    straightened out by the time we're back after the lunch hour.

19            So let me go to something else.  I really do

20    apologize.

21    BY MR. RIVERO:

22    Q.  All right.  To be clear, just to make this crystal clear,

23    you didn't learn of Dave's death until a few days after his

24    body was found?

25    A.  Yes.
```

```
 1   Q.  And he -- you don't know the exact date, but he had died

 2   some days before?

 3   A.  I believe so.

 4   Q.  Sir, you got a copy of what I'm going to show you now as

 5   Defense 10.

 6           MR. RIVERO:  If Mr. Shah could show that to you, to

 7   Mr. Brenner, and to the Court.

 8   BY MR. RIVERO:

 9   Q.  You got a copy of this, did you not?

10   A.  I think you're talking about what was sent to my brother's

11   office, his UPS -- like his PO box address.

12   Q.  Okay, sir.

13   A.  But this is what Patrick Paige received?  Is that what

14   you're taking about?

15   Q.  Well, let's start there.  Patrick Paige definitely received

16   this, right?

17   A.  Yes.

18   Q.  And then Patrick Paige handed it to you?

19   A.  I think it was -- I don't recall the date.  This is

20   sometime in 2014, when I asked him if he ever found any

21   documents about W&K.  And then like the next day or two, he

22   emailed me this.

23   Q.  All right, sir.  So you got it from Patrick Paige.  Let's

24   just establish that you received this from Patrick Paige,

25   right?
```

```
 1              MR. BRENNER:  Your Honor --

 2              THE COURT:  I'm sorry?

 3              MR. BRENNER:  Your Honor, may we take that down for

 4    one moment and approach?

 5              THE COURT:  It's in evidence, sir.

 6              You may continue.

 7    BY MR. RIVERO:

 8    Q.  Mr. Kleiman --

 9              MR. RIVERO:  Judge, may I proceed?

10              THE COURT:  You may.

11    BY MR. RIVERO:

12    Q.  Mr. Kleiman --

13              MR. RIVERO:  Mr. Shah, if you could highlight the

14    first two sentences of Paragraph 3.

15    BY MR. RIVERO:

16    Q.  "Ira is David's brother.  He had limited contact and

17    personal knowledge as to David's financial affairs throughout

18    David's life."  Correct?

19    A.  Correct.

20              MR. BRENNER:  Your Honor, I have to ask to approach.

21              THE COURT:  I'm sorry?

22              MR. BRENNER:  I have to ask to approach, Your Honor,

23    and ask that it be taken down during the sidebar.

24              THE COURT:  All right.  If we can take it down for a

25    moment.
```

```
 1    UNITED STATES OF AMERICA        )

 2    ss:

 3    SOUTHERN DISTRICT OF FLORIDA    )

 4                    C E R T I F I C A T E

 5            I, Yvette Hernandez, Certified Shorthand Reporter in

 6    and for the United States District Court for the Southern

 7    District of Florida, do hereby certify that I was present at

 8    and reported in machine shorthand the proceedings had the 4th

 9    day of November, 2021, in the above-mentioned court; and that

10    the foregoing transcript is a true, correct, and complete

11    transcript of my stenographic notes.

12            I further certify that this transcript contains pages

13    1 - 293.

14            IN WITNESS WHEREOF, I have hereunto set my hand at

15    Miami, Florida this 12th day of November, 2021.

16

17                         /s/Yvette Hernandez
                           _____
                           Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                         400 North Miami Avenue, 10-2
                           Miami, Florida 33128
19                         (305) 523-5698
                           yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```

```
 1                 IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                      WEST PALM BEACH DIVISION
                        CASE NO. 9:18-cv-80176-BB
 3
     IRA KLEIMAN, as the personal representative
 4   of the Estate of David Kleiman, and W&K Info
     Defense Research, LLC,
 5
                Plaintiffs,                  November 5, 2021
 6                                           9:58 a.m.
            vs.
 7
     CRAIG WRIGHT,
 8
                Defendant.                   Pages 1 THROUGH 182
 9   _____
                      TRANSCRIPT OF TRIAL DAY 5
10                 BEFORE THE HONORABLE BETH BLOOM
                    UNITED STATES DISTRICT JUDGE
11                        And a Jury of 10
     Appearances:
12   FOR THE PLAINTIFF:   ROCHE FREEDMAN, LLP
                          DEVIN FREEDMAN, ESQ.
13                        KYLE ROCHE, ESQ.
                          200 South Biscayne, Suite 5500
14                        Miami, Florida 33131

15                        BOIES SCHILLER & FLEXNER
                          ANDREW BRENNER, ESQ.
16                        STEPHEN N. ZACK, ESQ.
                          SAMANTHA LICATA, ESQ.
17                        100 Southeast 2nd Street, Suite 2800
                          Miami, Florida 33131
18
     FOR THE DEFENDANT:   RIVERO MESTRE, LLP
19                        ANDRES RIVERO, ESQ.
                          JORGE MESTRE, ESQ.
20                        AMANDA M. MCGOVERN, ESQ.
                          MICHAEL A. FERNANDEZ, ESQ.
21                        ZALMAN KASS, ESQ.
                          2525 Ponce de Leon Boulevard, Suite 1000
22                        Coral Gables, Florida 33134

23   COURT REPORTER:      Yvette Hernandez
                          U.S. District Court
24                        400 North Miami Avenue, Room 10-2
                          Miami, Florida 33128
25                        yvette_hernandez@flsd.uscourts.gov
```

```
 1                     I N D E X

 2     Certificate...................................      182

 3                   W I T N E S S

 4     ON BEHALF OF THE PLAINTIFF:                        PAGE

 5     IRA KLEIMAN
       CONTINUED CROSS-EXAMINATION BY MR. RIVERO           18
 6     REDIRECT EXAMINATION BY MR. BRENNER                 129

 7     JONATHAN WARREN
       (via video deposition)                        170 & 174
 8
       DEBORAH KOBZA
 9     (via video deposition)                             174

10

11                   E X H I B I T S
       EX. NO.:                           OFFERED   ADMITTED
12     Plaintiffs' 139                      38         39
       Defendant's  30                      43         43
13     Defendant's  59                      44         44
       Defendant's  72                      44         45
14     Defendant's  73                      46         46
       Joint        12                      48         48
15     Defendant's  75                      52         52
       Defendant's  78                      58         58
16     Joint        13                      61         61
       Defendant's  80                      72         72
17     Defendant's  82                      76         76
       Defendant's  83                      79         80
18     Defendant's  84                      80         80
       Defendant's  88                      81         81
19     Defendant's 171                      83         83
       Defendant's 173                      85         85
20     Defendant's 174                      89         89
       Defendant's 175                      89         89
21     Defendant's 176                      89         89
       Defendant's 177                      89         89
22     Defendant's 245                      91         91
       Defendant's 246                      91         92
23     Defendant's 247                      92         92
       Defendant's 248                      95         95
24     Defendant's 249                      96         96
       Defendant's 250                      96         96

25
```

3

**E X H I B I T S** (Continued)

| EX. NO.: | OFFERED | ADMITTED |
|---|---|---|
| Defendant's 251 | 96 | 96 |
| Defendant's 319 | 97 | 97 |
| Defendant's 326 | 100 | 100 |
| Defendant's 329 | 100 | 100 |
| Defendant's 330 | 101 | 101 |
| Defendant's 335 | 101 | 102 |
| Defendant's 336 | 104 | 104 |
| Defendant's 337 | 104 | 104 |
| Defendant's 338 | 105 | 105 |
| Defendant's 339 | 106 | 106 |
| Defendant's 341 | 107 | 107 |
| Defendant's 342 | 109 | 110 |
| Defendant's 343 | 110 | 110 |
| Defendant's 344 | 111 | 111 |
| Defendant's 345 | 111 | 112 |
| Defendant's 346 | 112 | 112 |
| Defendant's 348 | 112 | 112 |
| Defendant's 350 | 113 | 113 |
| Defendant's 352 | 114 | 114 |
| Defendant's 353 | 114 | 115 |
| Defendant's 354 | 115 | 115 |
| Defendant's 356 | 116 | 116 |
| Defendant's 360 | 116 | 116 |
| Defendant's 361 | 117 | 117 |
| Defendant's 362 | 117 | 117 |
| Defendant's 363 | 117 | 117 |
| Defendant's 380 | 119 | 119 |
| Defendant's 389 | 119 | 119 |
| Joint      32 | 119 | 120 |
| Joint      34 | 119 | 120 |
| Joint      35 | 119 | 120 |
| Joint      52-55 | 119 | 120 |
| Joint      57 | 119 | 120 |
| Joint      58 | 119 | 120 |
| Joint      60 | 119 | 120 |
| Joint      61 | 120 | 121 |
| Joint      62 | 120 | 121 |
| Joint      96-98 | 120 | 121 |
| Joint     124 | 120 | 121 |
| Defendant's 340 | 125 | 125 |
| Defendant's 351 | 127 | 128 |
| Plaintiffs' 767 | 132 | 133 |
| Plaintiffs' 160 | 145 | 145 |

```
 1              THE COURT:  Okay.  We can bring in the jury.
 2         (Before the Jury, 11:44 a.m.)
 3              THE COURT:  All right.  Welcome back, Ladies and
 4    Gentlemen.
 5              Please be seated.
 6              And we'll continue with the cross-examination.
 7    BY MR. RIVERO:
 8    Q.  Mr. Kleiman, before I come back to these email exchanges
 9    between your brother and Craig Wright, I just want to talk with
10    you about one other subject and that is your telephone
11    communications with David Kleiman.
12         Would you agree with me that between March 12 and
13    April 7th, 2013, on the cell phone at least, you spoke with
14    David Kleiman six times?
15    A.  What time again?
16    Q.  This is between -- this is in the last year, the last 13
17    months of your brother's life.
18              MR. BRENNER:  Objection, Your Honor.  Subject to court
19    order.
20              THE COURT:  The objection is sustained.
21              MR. RIVERO:  I'll move on.
22    BY MR. RIVERO:
23    Q.  Sir, would you agree with me that David Kleiman's telephone
24    voice messages from March 12, 2012 to February 19, 2013 contain
25    voice mails left for David Kleiman?
```

1    A.   It may have.

2    Q.   All right.   Let me show you what's been marked as

3    Defendant's 429.

4            MR. RIVERO:   But not for publication to the jury yet.

5            And it's a lengthy exhibit, so if you would show it --

6    Mr. Shah, if you would just page through for counsel.

7        (Pause in proceedings.)

8            MR. RIVERO:   Judge, I don't know if counsel have seen

9    enough or if they need to see every page.

10           MR. BRENNER:   Unfortunately --

11           MR. RIVERO:   You can keep going, Mr. Shah.

12           MR. BRENNER:   No.   No.   Unfortunately, this was not on

13   the list that we were given to review over the break.

14           But I do have an objection to this.   I've seen enough

15   to know that I have an objection.

16           MR. RIVERO:   Okay.   Judge, I guess what I would like

17   to ask, then, Mr. Kleiman -- could we go to the top, Mr. Shah.

18           Just to explain to counsel, this is a different topic.

19   I'm going to be coming back to the other topic, but I wanted to

20   get this out of the way.   It's only one exhibit.

21   BY MR. RIVERO:

22   Q.   Sir, is this a document produced by your side in this

23   litigation?

24   A.   It looks to be.

25   Q.   And you are the personal representative of your brother's

```
1    estate?

2    A.  Yes.

3    Q.  And this is an email concerning records from TelTech

4    Systems to the estate of David Alan Kleiman?

5    A.  Yes.

6    Q.  All right.  And you produced this in this litigation, as

7    you can see at the bottom of Page 1.

8    A.  Yes.

9            MR. RIVERO:  Judge, I would move the admission of

10   Defendant's 429.

11           MR. BRENNER:  Objection.  Hearsay, Your Honor.

12           THE COURT:  Is that the sole basis, is hearsay?

13           MR. BRENNER:  Hearsay and relevance, Your Honor.

14           THE COURT:  Are there specific voice mails that you

15   wish to focus on?

16           MR. RIVERO:  Judge, it's the absence of voice mails

17   and that is highly relevant.

18           MR. BRENNER:  Yeah, Judge.  And also, understand,

19   subject to the Court's order, too.

20           THE COURT:  Yeah.  That's where -- the objection is

21   sustained.

22           MR. RIVERO:  Well, Judge, then I guess I would want to

23   show specific entries, in that event.  But I'm not sure I

24   understand -- Judge, if I could just understand.  I didn't

25   understand what the objection was.
```

```
1              THE COURT:  With regard to certain communications --
2       that's why I'm -- the objection is sustained.  If you want to
3       ask Mr. Kleiman about -- the objection is sustained.
4              MR. RIVERO:  Okay.  Thank you, Judge.
5              THE COURT:  So let's continue.
6              MR. RIVERO:  All right.  I'll continue.
7              All right.  Let's take that down, Mr. Shah.
8       BY MR. RIVERO:
9       Q.  Okay.  Let's go back to the series of documents we were
10      talking about before the break.
11          Sir, I just want to make sure that -- you don't know of any
12      message received by your brother about Bitcoin at any time in
13      the last 13 months of his life on his telephone voice mails?
14      A.  Not to my knowledge, no.
15      Q.  Okay.  So going --
16             MR. RIVERO:  Mr. Shah, if you would put up
17      Defendant's 80.
18             MR. BRENNER:  8-0?
19             MR. RIVERO:  8-0.
20             Judge, I don't know if there's a position from the
21      Plaintiff on this.  We would move its admission.
22             THE COURT:  Is there any objection?
23             MR. BRENNER:  I'm sorry.  He said -- I didn't hear him
24      say "we move."  We object to this particular document on
25      hearsay.
```

```
1    UNITED STATES OF AMERICA        )

2    ss:

3    SOUTHERN DISTRICT OF FLORIDA  )

4                    C E R T I F I C A T E

5            I, Yvette Hernandez, Certified Shorthand Reporter in

6    and for the United States District Court for the Southern

7    District of Florida, do hereby certify that I was present at

8    and reported in machine shorthand the proceedings had the 5th

9    day of November, 2021, in the above-mentioned court; and that

10   the foregoing transcript is a true, correct, and complete

11   transcript of my stenographic notes.

12           I further certify that this transcript contains pages

13   1 - 182.

14           IN WITNESS WHEREOF, I have hereunto set my hand at

15   Miami, Florida this 14th day of November, 2021.

16

17                       /s/Yvette Hernandez
                         Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                       400 North Miami Avenue, 10-2
                         Miami, Florida 33128
19                       (305) 523-5698
                         yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```