# EXHIBIT B



# Day 4 of Kleiman v. Wright: Craig Wright's Testimony Delayed

**Cheyenne Ligon**
November 4, 2021 · 2 min read



MIAMI — Craig Wright – the Australian computer scientist best known for his *widely disputed* claim to be Satoshi Nakamoto, the pseudonymous creator of Bitcoin – is now expected to testify in a Miami court on Monday.



**TRENDING**

1. New laws take effect across US on abortion, policing, taxes



- However, Wright's defense team's questioning of Ira Kleiman, the plaintiff in the case, went all day Thursday and is expected to spill over into late Friday morning.

- After Kleiman's testimony wraps, the plaintiffs are expected to introduce pre-taped video testimony from two witnesses, including Wright's ex-wife, Lynn Wright.

- Kleiman is suing Wright for what he alleges to be his brother Dave's share of proceeds derived from business arrangements between the two men, including intellectual property and bitcoin that Ira says they mined together.

- Ira based these claims on information he received from Wright and others following Dave's death in April 2013, as well as emails and other documents.

- However, it is unclear whether Wright has access to any of the alleged 1.1 million bitcoin (which would be worth over $67 billion).

- Much of it is in wallets associated with Nakamoto and other sources, but Wright has never been willing or able to demonstrate he controls the wallets of Bitcoin's creator.

- Andres Rivero, lead counsel for Wright's defense, focused his cross-examination of Ira on his strained relationship with his brother Dave before the latter's death, in an attempt to depict Ira as purely motivated by financial gain.

- The defense also sought to downplay Dave's purported role in the conception of Bitcoin by establishing a timeline of his poor physical health in 2008, the year the Bitcoin white paper was published.

- Under cross-examination by Rivero, Kleiman said he erased and overwrote data on all but one of the 14 devices that were recovered among David's belongings, and threw another away. The defense argues that if Dave had any bitcoin or other information and Ira couldn't find it, that's his fault.

4. 'Crazy' omicron surge could peak soon, but the virus is unpredictable as the pandemic enters its third year

5. T-Pain Sends Internet Into a Frenzy with Post About How Many Song Streams It Takes an Artist to Earn $1

1/1/22, 12:05 AM
Day 4 of Kleiman v Wright: Craig Wright's Testimony Delayed
Case 9:18-cv-80176-BB Document 861-2 Entered on FLSD Docket 01/04/2022 Page 4 of 7



Our goal is to create a safe and engaging place for users to connect over interests and passions. In order to improve our community experience, we are temporarily suspending article commenting

## LATEST STORIES

**Astrology.com**
**The Sky Today, January 1, 2022**
Earth is, simply put, a ball of confusion these days for most of us—from its pandemics to its politics and everything in between. Fortunately, we can find clarity simply by looking…

4m ago

**The Wrap**
**Here's What's New on Netflix in January 2022**
New year, new Netflix watchlist

6m ago

**Ad • Legacy Research**
**Major Crypto Event - Days Away. Are You Prepared?**
"This could be the most profitable event in crypto history. And it only happens once. If you miss it, there are no second chances."

Shop Now

**GlobeNewswire**
**ChildCare Education Institute Offers No-Cost Online Course on Reducing Exclusionary Discipline in Early Childhood Education**
ChildCare Education Institute Offers No-Cost Online Course on Reducing Exclusionary Discipline in Early Childhood Education ChildCare Education Institute® (CCEI), an online…

6m ago

**PR Newswire**
**It's 'Lights Out' for the ROKiT Racing Star F4 Esports Programme!**
Free to enter and free to play, the ROKiT Racing Star F4 Esports Programme is now open for UK-resident 14 and 15 year old's offering the chance to win one of two fully-funde…

6m ago

**BBC**
**South Africa holds state funeral for Archbishop Desmond Tutu**
The funeral for the anti-apartheid campaigner is taking place in St George's Cathedral in Cape Town.

8m ago

yahoo!                                    [                                    ]                           Sign in                    M

Mail        News        Finance        Sports        Entertainment        Life        COVID-19        Shopping        Tech Tips        Yahoo Plus

**The Standard-Times**

**Calling all readers: Submit your lists by Jan. 3 for the BookLovers Century Club**

BookLovers columnist Lauren Daley looks to highlight what readers were reading in 2021.

11m ago

**The Independent**

**Vaishno Devi: 12 dead and dozens injured in stampede at Indian temple on New Year's Day**

Stampede was triggered by huge rush of devotees who reportedly entered shrine without permission slips

21m ago

**BBC**

**Kim Jong-un: North Korea to focus on economy in 2022**

Kim Jong-un says the faltering economy will be the national priority as he marks 10 years in power.

25m ago

**Ad • PlayJunkie**

**Actor Posed With A Fan Without Knowing Who She Is**

Modern Family' Star Posed With A Fan But Didn't Notice She Was A Bigger Star



**Storyful**

**Destructive Tornado Touches Down in Covington, Georgia**

A confirmed tornado wreaked havoc in the city of Covington, Georgia, flipping cars and and causing minor injuries as it touched down on the evening of Friday, December 31.The...

26m ago

**Reuters**

**Japan PM pledges 2022 will be year of "summit diplomacy" in New Year address**

Japan's Prime Minister Fumio Kishida said on Saturday he would refocus his efforts on foreign policy and pledged to make 2022 the year of diplomacy, in a New Year statement...

26m ago

**The Independent**

**Covid news - live: WHO chief says pandemic could be ended this year if world works together**

Follow the latest updates below

28m ago

1/1/22, 12:05 AM
Day 4 of Kleiman v. Wright: Craig Wright's Testimony Delayed
Case 9:18-cv-80176-BB   Document 861-2   Entered on FLSD Docket 01/04/2022   Page 6 of 7



**GlobeNewswire**

**NIO Inc. Provides December, Fourth Quarter and Full Year 2021 Delivery Update**

Company Achieved New Quarterly Record and Delivered a Total of 91,429 Vehicles in 2021NIO delivered 10,489 vehicles in December 2021, increasing by 49.7% year-over-year NIO delivered 25,034 vehicles in the three months ended December 2021, increasing by 44.3% year-over-yearNIO delivered 91,429…

29m ago

**CBSTV Videos**

**Chris Janson Performs "Buy Me A Boat" At New Year's Eve Live: Nashville's Big Bash**

Chris Janson performs "Buy Me A Boat" on the CBS Special New Year's Eve Live: Nashville's Big Bash. Stream now on Paramount+.

30m ago

**KFSN – Fresno**

**Fresno Street Eats hosts New Year's Eve Block Party**

Crowds of people came out to celebrate with craft beers and tasty food at the Fresno Street Eats New Year's Eve Block Party.

34m ago

Ad • Guardio

**Chrome Users? Protect Your Browser in 30 Seconds.**

Click to Check Your Chrome now! Download Guardio to Scan & Protect Your Browser from Popups, Phishing, Malware & Other Threats.

**STYLECASTER**

**Here's How to Watch 'Harry Potter: Return to Hogwarts' to See the Magical 20th Anniversary**

Potterheads, grab some tissues because this "Harry Potter" reunion is emotional.

35m ago

**USA TODAY**

**Grocery stores open New Year's Day: Hours for Wegmans, Hy-Vee, Kroger, Whole Foods and more**

Many grocery stores have reduced hours New Year's Day, but some are open normal hours. Aldi, Trader Joe's, Sam's Club and Costco are closed Saturday.

36m ago

**Storyful**

**Snow Blankets Boulder After Strong Winds and Wildfires Wreak Havoc**

A winter storm brought snow to parts of Boulder County, Colorado, on December 31, only one day after intense winds fuelled destructive wildfires across the county.This footage,…

37m ago

1/1/22, 12:05 AM
Case 9:18-cv-80176-BB Document 861-2 Entered on FLSD Docket 01/04/2022 Page 7 of 7
Day 4 of Kleiman v. Wright: Craig Wright's Testimony Delayed

# yahoo!

Sign in       M

Mail   News   Finance   Sports   Entertainment   Life   COVID-19   Shopping   Tech Tips   Yahoo Plus

**BBC**

**Betty White: Biden leads tributes for Golden Girls actress**

The long-time Hollywood star died on Friday at the age of 99 after an eight-decade film and TV career.

37m ago

**KGO – San Francisco**

**Subdued New Year's Eve celebrations in San Francisco**

"People need to be reminded that there's a reason to celebrate."

42m ago

**KERO - Bakersfield Scripps**

**Looking back at the top local stories of 2021 on 23ABC**

Tragedies, COVID-19, and News you can use: here's a look back at some of the top stories that you were reading on our website.

45m ago