# EXHIBIT C

NEWS       CONFERENCES       BITCOIN 101       VENTURES

  

BUY BSV



Home » Editorial » Ira Kleiman serves up a Bitcoin turkey in Wright lawsuit testimony

EDITORIAL   5 NOVEMBER 2021                                    Steven Stradbrooke 

# Ira Kleiman serves up a Bitcoin turkey in Wright lawsuit testimony

Alongside his Thanksgiving turkey, Ira Kleiman may have served himself a side dish of perjury in the Kleiman v Wright civil lawsuit against Bitcoin creator Dr. Craig Wright.

On Wednesday, Ira Kleiman appeared in a Florida federal court to offer testimony supporting his civil case against Dr. Wright, whom Ira accuses of improperly purloining hundreds of thousands of BTC tokens (worth tens of billions of dollars) that Ira claims his late brother Dave Kleiman mined in partnership with Wright.

Dr. Wright has acknowledged that Dave helped him edit the Bitcoin white paper ahead of its 2008 release, but denies that he and Dave ever had a formal partnership to mine BTC. Dr. Wright has also accused Ira of irresponsibly handling Dave's tech gear following the latter's death, including Ira's wiping of digital devices on which the private keys to significant caches of BTC could conceivably have been stored.

There's much to be critical about in Ira's actions following Dave's April 2013 death, including giving some of Dave's hard drives to Patrick Paige, Dave's partner in a forensic computer business, based on Paige's claims that they contained data related to the business. Ira doesn't appear to have inspected the drives to ascertain their contents before handing them to Paige. Ira later attempted to sue Paige to recover these drives but failed to secure their return.

Equally baffling is Ira's decision to effectively overwrite several of Dave's hard drives seemingly without care for whatever existing information might be permanently compromised. In his testimony to the court this week, Ira admitted tossing one drive in the trash because "it never powered on."

**NEVER MISS AN UPDATE AGAIN**

Within months of Dave's death, Ira had already formatted two of Dave's d[rives because] "we were looking for a computer for my wife to use." Asked by Andrew Brenne[r, attorney for the] plaintiffs, whether he had "any memory of ever deleting any of the stuff th[at was on there,"] Ira replied "I don't believe so, no."

First Name

However, during extended cross-examination Thursday by Wright's attorn[ey Andres Rivero, Ira admitted he] erased or overwritten nearly all of Dave's drives despite negligible knowle[dge of what data they] contained therein. Rivero also got Ira to admit that he'd lied when he clai[med he'd stored Dave's drives in a safe] deposit box, instead leaving the drives piled in a backpack in Ira's residen[ce.]

Last Name

Email Address*

Yes, I want to receive updates via email*
○ Newsletters, Conferences and Events
○ Newsletters Only

We use cookies to ensure that we give you the best experience on our website. If you continue[...]

SUBSCRIBE NOW

Ok

conversation Ira claims to have had with Dave at a Thanksgiving dinner at their father's home in 2009. Once the plates had been cleared away and with all the other guests out of earshot, Ira claims Dave revealed that he was involved in a "digital money" project that would ultimately be "bigger" than Facebook.

Ira further claimed that Dave then took a business card from his wallet and "drew a 'B' with a line or two through it, and commented on how 'we' were working on a logo" for this unspecified digital money project. Dave allegedly said he was working with "a relatively wealthy foreign man" that Ira took as a reference to a formal partnership.

But Ira's timeline for Dave's alleged description of the Bitcoin logo doesn't match the official record. At the time of that November 26, 2009, dinner, the Bitcoin logo was simply the letters 'BC' on a gold-coin backdrop. It wasn't until February 24, 2010—three months after Thanksgiving—that the logo was changed to include two vertical strokes protruding from both the top and bottom of a capital 'B'.

This change may have been in response to a February 5, 2010 suggestion by a forum member known as NewLibertyStandard, who proposed the Bitcoin community "adopt the Thai baht currency symbol, ฿, as the official bitcoin currency symbol." Asked Thursday (under oath) if Ira had any evidence that his brother was behind the NewLibertyStandard identity, Ira admitted he had nothing.

When Rivero pointed out that the logo Ira was referencing "was not the logo for Bitcoin" at the time of the Thanksgiving dinner, Ira could only state that Dave had previously sought Ira's help "to create, like, logos for him … so at the time I thought maybe he was asking me … 'we're working on a logo check this out.'"

**The investment path not taken**

Ira can't say for sure what Dave's intentions were in showing him this mysterious 'B,' as Ira doesn't appear to have asked Dave any follow-up questions whatsoever. And if Dave ever mentioned the word 'Bitcoin,' Ira doesn't remember it. Not at this dinner, nor at any other point in their lives.

Dave also doesn't appear to have made any full court press to convince his brother of the financial opportunity at hand. While Wright was pushing relatives and friends to get involved in Bitcoin mining while the block reward was high and the difficulty was low, Dave evidently didn't advise Ira to expend some minor CPU labors in the possibility of a major payday down the road.

Dave also apparently didn't suggest that Ira simply buy some Bitcoin tokens while they were still relatively worthless. This, despite Ira admitting on the stand that he and his brother "had lots of email exchanges about different stocks," including Dave's recommendations that Ira buy shares in a variety of tech

Ira confirmed Dave's lack of effort to get his family on the Bitcoin bandwagon, saying "to this day me and my family have wondered "why the heck didn't [Dave] tell us to buy some [Bitcoin] when it was cheap."

**Stuff this turkey**

That Thanksgiving dinner would seemingly have offered the perfect opportunity for Dave to enlist his brother in the opportunity of a lifetime. That is, if the brothers had actually discussed Bitcoin at all. The more logical conclusion is that this is simply something Ira conjured out of thin air in order to justify his pursuit

We use cookies to ensure that we give you the best experience on our website. If you continue

Ok

many conversations Ira may now wish he'd had with Dave before his death. Those conversations can never happen now, but the chance to score some ill-gotten gains remains. So pass the gravy…

Check out all of the CoinGeek special reports on the Kleiman v Wright YouTube playlist.

*New to Bitcoin? Check out CoinGeek's* **Bitcoin for Beginners** *section, the ultimate resource guide to learn more about Bitcoin—as originally envisioned by Satoshi Nakamoto—and blockchain.*

## TAGGED

BITCOIN    BITCOIN BILLIONS    BITCOIN WHITEPAPER    DAVE KLEIMAN    DR. CRAIG WRIGHT    IRA KLEIMAN    KLEIMAN V WRIGHT    LAWSUIT

SATOSHI NAKAMOTO

## LATEST NEWS

EDITORIAL    31 DECEMBER 2021

**The winner of 2022: BitCoin Satoshi Vision [$BSV]**

This is BSV's year, 2022. If you want to avoid the pitfalls of our current bubblicious over-priced stock market and even frothier "cryptos," yet still invest in something with upside, focus your research gaze toward BSV

EDITORIAL

**The stage is**

The technolog cases by at lea the genetics o





NEWS    CONFERENCES    BITCOIN 101    VENTURES

BUY BSV



**EDITORIAL**   30 DECEMBER 2021

### The dream of Bitcoin

At this point, production of applications that can only be built using the Bitcoin technology are necessary for Bitcoin to succeed. Tokens and NFTs are great, but to preserve true value over time they need projects and constant innovation behind them.



**EDITORIAL**   30 DECEMBER 2021

### Craig Wright, Bitcoin SV and 2022: Liability activated

Satoshi is back and is stewarding Bitcoin again. This is not about pumping the price of Bitcoin SV to a reasonable level (which might happen in and by itself from now on), but bringing order into chaos.

## COINGEEK NEWSLETTERS

First Name            Last Name

Email Address

**Yes, I want to receive updates via email***

○ Newsletters, Conferences and Events

○ Newsletters Only

SUBMIT

## NEVER MISS AN UPDATE AGAIN

ABOUT US    ABOUT CALVIN AYRE    OUR TEAM    ADVERTISING

First Name

Last Name

Email Address*

**Yes, I want to receive updates via email***

○ Newsletters, Conferences and Events

○ Newsletters Only

SUBSCRIBE NOW

We use cookies to ensure that we give you the best experience on our website. If you continue

Ok