# EXHIBIT G



Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# No Proof Bitcoin 'Inventor' Owed Friend, Juror Tells Law360

By Carolina Bolado

Law360, Miami (December 23, 2021, 3:02 PM EST) -- The estate of computer forensics expert Dave Kleiman had only two jurors on its side in its attempt to get bitcoins from self-professed bitcoin inventor Craig Wright, who had the support of the remaining members of the jury over six days of deliberations, according to one of the jurors.

Attorneys for Ira Kleiman, who represents his brother's estate, couldn't come up with enough evidence to convince the jury that Dave Kleiman was involved in developing the technology or mining bitcoins, according to the juror, who asked to remain anonymous.

"They never proved to me without a shadow of a doubt that he was involved in bitcoin in any way," the juror said. "Everybody said he wasn't a miner, he wasn't a coder. I just felt like he may have written papers for Dr. Wright, and that's where their friendship was."

Jurors deliberated for more than a week, as the two holdouts in Kleiman's camp pored through all the evidence, according to the juror.

"They finally realized there was no positive connection with bitcoin," the juror said. "That's when they agreed that as far as liability towards bitcoin, there was none."

Eventually, the jury came back with a **win for Wright** on six of the seven claims in the suit. The jury awarded W&K Info Defense Research LLC — the company that Dave Kleiman and Wright started in 2011 — $100 million on a count of conversion for the intellectual property moved by Wright from the company to his own entities.

The juror said everyone agreed early on that Wright was liable for conversion of intellectual property, but they were split primarily on whether the estate was owed any of the 1.1 million bitcoins at issue in the case. The bitcoins, which are worth almost $50 billion today, were mined by Satoshi Nakamoto, the pseudonymous author of the October 2008 white paper that described a "peer-to-peer version of electronic cash" that would later become bitcoin. The Australian-born Wright claims to be Nakamoto.

During the course of the three-week trial, attorneys for Ira Kleiman said Wright repeatedly referred to Dave Kleiman as his business partner **after his death** and told Ira Kleiman that his brother had been a key part of the creation of bitcoin. But Ira Kleiman said Wright changed his story once the lawsuit was filed and began saying Dave Kleiman had been no more than a good friend.

Wright testified that, at most, Dave Kleiman helped clean up the grammar on the bitcoin white paper. Wright said Dave Kleiman was **not a coder** and never helped create the bitcoin code or debug it.

The juror said that the personalities of Dave Kleiman and Wright did not play a significant role in the verdict, and that they looked strictly at the evidence in the computer exhibit the court gave them.

But the juror did not warm to Ira Kleiman because he did not testify about visiting his brother at the hospital when he was ill. Dave Kleiman used a wheelchair and was in and out of the hospital continually with serious health problems in the years leading up to his death in 2013. The parties were barred from discussing the brothers' relationship, according to a pretrial order from U.S. District Judge Beth Bloom.

"In three years he didn't go to the hospital?" the juror said. "That clouded my view as far as what the actual record stated."

The evidence presented by the defense on Ira Kleiman's decisions to **reformat the hard drives** found at his brother's house also stuck with the juror, who said that "gave me an idea that he was trying to hide something."

The juror was impressed by Wright, who was on the stand for several days, and found the testimony by the defense's **autism expert** particularly interesting. The expert was put on the stand to explain how Wright's statements could be misconstrued because of his autism, which often makes it difficult for others to understand him.

"For Dr. Wright to have the tunnel vision that he had toward seeking education and getting all the degrees that he got, that just really amazed me," the juror said.

When asked about documents produced by Wright that the plaintiffs demonstrated were forged, the juror said there was "a lot of ambiguity in that" and no "concrete proof" that the signatures on the documents were not valid.

"I'm not surprised by this description of the jury's work because they were very careful, and that's why they reached the right result," Wright's attorney Andrés Rivero told Law360.

Ira Kleiman sued Wright in February 2018, claiming that after his brother's death, Wright schemed to steal 1.1 million bitcoins and intellectual property related to bitcoin software. Ira Kleiman argued that Wright breached an oral partnership agreement to mine bitcoins and develop bitcoin-related technology when he cut Dave Kleiman out of any assets from the partnership, which Wright maintains did not exist.

At trial, Ira Kleiman presented evidence of two suits Wright filed against W&K in Australian court after Dave Kleiman's death, seeking $56 million. In those suits, Wright said he and Dave Kleiman each owned 50% of W&K. He eventually got consent judgments against the company and used them to transfer its intellectual property assets to his own entities in Australia.

Ira Kleiman's team also showed jurors emails, text messages and other communications between Wright and others in which Wright referred to Dave Kleiman as his partner.

Wright's attorneys, on the other hand, pointed to the complete lack of communications between Wright and Dave Kleiman discussing plans to develop or mine bitcoin.

An attorney for Ira Kleiman declined to comment.

Ira Kleiman is represented by Devin "Vel" Freedman, Joseph M. Delich, Kyle Roche, Constantine Philip Economides and Stephen Lagos of Roche Freedman LLP, and Andrew Scott Brenner, Maxwell V. Pritt, Laselve Elijah Harrison and Stephen N. Zack of Boies Schiller Flexner LLP.

Wright is represented by Andrés Rivero, Amanda Marie McGovern, Jorge A. Mestre, Michael A. Fernández, Alan H. Rolnick, Daniela Tenjido Sierra, Schneur Zalman Kass and Zaharah R. Markoe of Rivero Mestre LLP.

The case is Kleiman v. Wright, case number 9:18-cv-80176, in the U.S. District Court for the Southern District of Florida.

--Editing by Adam LoBelia.

All Content © 2003-2022, Portfolio Media, Inc.