UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                                     Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    defendant.
_____/

### DR. CRAIG WRIGHT'S MOTION FOR 14-DAY ENLARGEMENT OF TIME TO FILE BILL OF COSTS

Dr. Craig Wright hereby moves for a 14-day enlargement of time to file his bill of costs. In support of this motion, Dr. Wright states as follows:

After a complex, five-week jury trial, on December 7, 2021, the Court entered final judgment consistent with the jury's verdict. [D.E. 814]. Local Rule 7.3(c) provides that "a bill of costs pursuant to 28 U.S.C. § 1920 shall be filed and served within thirty (30) days of entry of final judgment or other applicable order that gives rise to a right to tax costs under the circumstances listed in 28 U.S.C. § 1920." Absent enlargement of time, Dr. Wright's bill of costs would be due on January 6, 2022.

One day ago, on January 4, 2022, W&K Info Defense Research, LLC filed a motion to alter or amend judgment. [D.E. 860]. On the same day, the Estate of David Kleiman filed a motion for a new trial. [D.E. 861]. Plaintiffs' post-trial motions, which were filed pursuant to Fed. R. Civ. P. 59, suspend the finality of the judgment herein, and logically toll the time to file a bill of costs. *Members First Fed. Credit Union v. Members First Credit Union of Fla.*, 244 F. 3d 806, 807 (11th Cir. 2001) ("A timely Rule 59 motion to alter or amend judgment operates to

1

suspend the finality of the district court's judgment . . . ."); *Harvey v. City of Bradenton, Fla.*, 2006 U.S. Dist. LEXIS 21402, at *4 (M.D. Fla. 2006) (applying the *Members First* court's reasoning to toll the time for filing a bill of costs). However, S.D. Fla. Local Rule 7.3 states that "[t]he prospects or pendency of supplemental review or appellate proceedings shall not toll or otherwise extend the time for filing a bill of costs with the Court." Therefore, in an abundance of caution, Dr. Wright moves for an enlargement of time to file his bill of costs.

Plaintiffs' Rule 59 post-trial motions necessarily require Dr. Wright to immediately focus on responding to them. Dr. Wright's responses are due January 18, 2022. Simultaneously, Dr. Wright is diligently pursuing documentation of his taxable costs from experts, court reporters and witnesses, all of which must be included in his bill of costs. *See* Local Rule 7.3(c) ("The bill of costs shall attach copies of any documentation showing the amount of costs . . . ."). To accomplish the latter in the same time frame, Dr. Wright reasonably requests a 14-day enlargement of time to file his bill of costs, up to and including January 20, 2022.

The requested enlargement of time is sought in good faith, not for dilatory purposes, will promote efficiency, and will not prejudice any party. Consequently, Dr. Wright respectfully requests that the Court grant this motion for a 14-day enlargement of time to file his bill of costs.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that the undersigned has conferred with plaintiffs' counsel regarding the relief requested herein, and plaintiffs stated that they do not oppose a mutual enlargement of time, but that if no such enlargement were to be granted by midday on January 6, 2022, they would file their own bill of costs on January 6th.

Dated: January 5, 2022                     Respectfully submitted,

By: *s/Alan H. Rolnick*
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ALAN H. ROLNICK
Florida Bar No. 715085

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: arolnick@riveromestre.com

**CERTIFICATE OF SERVICE**

I CERTIFY that on January 5, 2022, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Alan H. Rolnick*