## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>      Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>      Defendant. | CASE NO.: 9:18-cv-80176-BB |

**[PROPOSED] ORDER GRANTING DR WRIGHT'S MOTION FOR**
**14-DAY ENLARGEMENT OF TIME TO FILE BILL OF COSTS**

THIS CAUSE is before the Court on Dr. Wright's Motion for 14-Day Enlargement of Time to File Bill of Costs [D.E. 863]. The Court has reviewed the Motion and is otherwise fully advised.

Accordingly, it is herby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.** Dr. Wright has up to and including January 20, 2022 to file his bill of costs.

DONE AND ORDERED in chambers in Miami-Dade County, Florida on this ___ day of January 2022.

_____
JUDGE BETH BLOOM
United States District Judge

Copies furnished: All counsel of record