# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.: 9:18-cv-80176-BB |

## RESPONSE TO DEFENDANT'S MOTION FOR ENLARGMENT OF TIME TO FILE BILL OF COSTS

Plaintiffs don't oppose Wright's motion. After four years of litigation, and securing a $100,000,000.00 verdict against Wright for conversion, there are a significant number of invoices and costs W&K must incorporate into a motion to tax costs against Wright. Hoping to avoid filing this response, Plaintiffs gave Wright permission to file a joint motion seeking this extension, but Wright decided to only request the extension for himself. Consequently, Plaintiffs submit this response asking the Court to grant all parties a 14 day extension of time to file their bill of costs.

Dated: January 5, 2022

Respectfully submitted,

*s/ Devin "Vel" Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
vel@rochefreedman.com
nbermond@rochefreedman.com

Kyle W. Roche, Esq.
Joseph M. Delich

**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rochefreedman.com
jdelich@rochefreedman.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Devin "Vel" Freedman*
Velvel (Devin) Freedman