UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Ira Kleiman, as Personal Representative )
of the Estate of David Kleiman, )
)
and )
) **Case No.: 18-cv-80176-BB**
W&K Info Defense Research, LLC )
)
    Plaintiffs, )
)
v. )
)
Craig Wright, )
)
    Defendant. )
_____ )

**NON-PARTY ANDREW O'HAGAN'S NOTICE OF WITHDRAWAL OF HIS REPLY TO PLAINTIFFS' OPPOSITION TO O'HAGAN'S OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [D.E. 867]**

Non-party witness Andrew O'Hagan ("O'Hagan") hereby gives notice that he is withdrawing his Reply to Plaintiffs' Opposition to O'Hagan's Objection to Magistrate Judge's Report and Recommendation filed on January 10, 2022 [D.E. 867]. Undersigned counsel inadvertently filed the Reply without realizing the Local Rules were revised to no longer permit a reply to be filed for non-dispositive matters.

Dated: January 11, 2022.

        Respectfully submitted,

        DEVINE GOODMAN & RASCO, LLP
        2800 Ponce de Leon Blvd., Suite 1400
        Coral Cables, FL 33134
        Tel.: 305-374-8200
        grasco@devinegoodman.com

        */s/ Guy A. Rasco*
        Guy A. Rasco, Esq. (F.B.N.: 727520)
        Robert J. Kuntz, Jr., Esq. (F.N.B.: 094668)
        *Attorneys for Andrew O'Hagan*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the CM/ECF Filing System this 11th day of January 2022, on counsel of record.

                                          */s/ Guy A. Rasco*
                                          Guy A. Rasco, Esq.