# Zalman Kass

| | |
|---|---|
| **From:** | Joseph Delich <jdelich@rcfllp.com> |
| **Sent:** | Wednesday, August 11, 2021 3:21 PM |
| **To:** | Zaharah Markoe |
| **Cc:** | Amanda McGovern; Sarah Gonzalez |
| **Subject:** | [EXTERNAL] Re: Kleiman v. Wright |

**THIS MESSAGE ORIGINATED FROM OUTSIDE YOUR ORGANIZATION**

Confirmed.

**Joseph M. Delich**
Partner
Roche Freedman LLP
99 Park Avenue Suite 1910
New York, New York 10016
(t) (646) 970-7541

(@) jdelich@rcfllp.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

**From:** Zaharah Markoe <zmarkoe@riveromestre.com>
**Date:** Wednesday, August 11, 2021 at 2:16 PM
**To:** Joseph Delich <jdelich@rcfllp.com>
**Cc:** Amanda McGovern <amcgovern@riveromestre.com>, Sarah Gonzalez <sgonzalez@riveromestre.com>
**Subject:** RE: Kleiman v. Wright

Thank. And just to confirm these are Dave Kleiman's cell phone records that were acquired by Ira in 2016, correct?

**RIVERO MESTRE**

**Zaharah Markoe**
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(O) (305) 445-2500 | (D) (786) 746-8234
 | (F) (305) 445-2505
zmarkoe@riveromestre.com
www.riveromestre.com | Bio | LinkedIn | Vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

**From:** Joseph Delich <jdelich@rcfllp.com>
**Sent:** Wednesday, August 11, 2021 2:06 PM
**To:** Zaharah Markoe <zmarkoe@riveromestre.com>

1

**Cc:** Amanda McGovern <amcgovern@riveromestre.com>; Sarah Gonzalez <sgonzalez@riveromestre.com>
**Subject:** [EXTERNAL] Re: Kleiman v. Wright

**THIS MESSAGE ORIGINATED FROM OUTSIDE YOUR ORGANIZATION**

That is correct.

**Joseph M. Delich**
Partner
Roche Freedman LLP
99 Park Avenue, Suite 1910
New York, NY 10016
(t) (646) 970-7541

(@) jdelich@rcfllp.com


> On Aug 11, 2021, at 1:50 PM, Zaharah Markoe <zmarkoe@riveromestre.com> wrote:
>
> Joe,
>
> Just to confirm, the items in the dropbox were not previously produced. Is that correct?
>
> **RIVERO MESTRE**
>
> **Zaharah Markoe**
> Rivero Mestre LLP
> 2525 Ponce de Leon Blvd., Suite 1000
> Miami, Florida 33134
> (O) (305) 445-2500 | (D) (786) 746-8234
> | (F) (305) 445-2505
> zmarkoe@riveromestre.com
> www.riveromestre.com | Bio | LinkedIn | Vcard
>
> This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
>
> **From:** Joseph Delich <jdelich@rcfllp.com>
> **Sent:** Wednesday, August 11, 2021 10:47 AM
> **To:** Zaharah Markoe <zmarkoe@riveromestre.com>; Velvel Freedman <vel@rcfllp.com>; Kyle Roche <kyle@rcfllp.com>; Andrew Brenner <abrenner@bsfllp.com>
> **Cc:** Amanda McGovern <amcgovern@riveromestre.com>; Andres Rivero <arivero@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Sarah Gonzalez <sgonzalez@riveromestre.com>
> **Subject:** [EXTERNAL] Re: Kleiman v. Wright
>
> **THIS MESSAGE ORIGINATED FROM OUTSIDE YOUR ORGANIZATION**
>
> Just to close the loop on this, attached are two of the exhibits, and transfer links for P721, which is two zip files and too large to email:
> - https://www.dropbox.com
> - https://www.dropbox.com

**Joseph M. Delich**
Partner

Roche Freedman LLP
99 Park Avenue Suite 1910
New York, New York 10016
(t) (646) 970-7541

(@) jdelich@rcfllp.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Zaharah Markoe <zmarkoe@riveromestre.com>
**Date:** Monday, August 9, 2021 at 5:12 PM
**To:** Joseph Delich <jdelich@rcfllp.com>, Velvel Freedman <vel@rcfllp.com>, Kyle Roche <kyle@rcfllp.com>, Andrew Brenner <abrenner@bsfllp.com>
**Cc:** Amanda McGovern <amcgovern@riveromestre.com>, Andres Rivero <arivero@riveromestre.com>, Zalman Kass <zkass@riveromestre.com>, Sarah Gonzalez <sgonzalez@riveromestre.com>
**Subject:** RE: Kleiman v. Wright

Joe,

Please send us by email the following documents you added to the exhibit list as they have not been previously produced to us.

P714 - WAT00000002
P721 - ATT phone records - no bates
P749 - CONTROL00154469

Thank you,

Zaharah

**RIVERO MESTRE**

**Zaharah Markoe**
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(O) (305) 445-2500 | (D) (786) 746-8234
| (F) (305) 445-2505
zmarkoe@riveromestre.com
www.riveromestre.com | Bio | LinkedIn | Vcard

This message may contain confidential and privileged information. If it has

been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Joseph Delich <jdelich@rcfllp.com>
**Sent:** Friday, August 6, 2021 4:59 PM
**To:** Zaharah Markoe <zmarkoe@riveromestre.com>; Velvel Freedman <vel@rcfllp.com>; Kyle Roche <kyle@rcfllp.com>; Andrew Brenner <abrenner@bsfllp.com>
**Cc:** Amanda McGovern <amcgovern@riveromestre.com>; Andres Rivero <arivero@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Sarah Gonzalez <sgonzalez@riveromestre.com>
**Subject:** [EXTERNAL] Re: Kleiman v. Wright

**THIS MESSAGE ORIGINATED FROM OUTSIDE YOUR ORGANIZATION**

Rivero Team-

Attached is Plaintiffs' revised exhibit list. Please note that while we added some new documents, most of the changes merely reflect clean-up of the original list. Let me know if you have any questions that come up as you work through it.

Have a good weekend.


**Joseph M. Delich**
Partner

Roche Freedman LLP
99 Park Avenue Suite 1910
New York, New York 10016
(t) (646) 970-7541

(@) jdelich@rcfllp.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.