| Name, City and State of Residence | Witness Fees |||||||
|---|---|---|---|---|---|---|---|
| | Attendance || Subsistence || Mileage || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Kimon Andreou, Plantation, Florida | 1 | $40.00 | | | 56.4 | $31.58 | $71.58 |
| Carter Conrad, Greenacres, Florida | 1 | $40.00 | | | 137.6 | $77.06 | $117.06 |
| David Kuharcik, North Palm Beach, Florida | 1 | $40.00 | | | 0 | $0.00 | $40.00 |
| Patrick Paige, Lake Worth, Florida | 1 | $40.00 | | | 120.2 | $67.31 | $107.31 |
| Ami Klin, Atlanta, GA | 4 | $160.00 | | | Airfare | $541.80 | $701.80 |
| D. Stewart MacIntyre, Miami, FL | 2 | $80.00 | | | 15.6 | $8.74 | $88.74 |
| Kevin Madura, Washington, D.C. | 4 | $160.00 | 3 | $1,509.63 | Airfare | $408.01 | $2,077.64 |
| Nicholas Chambers, Washington, D.C. | 3 | $120.00 | 2 | $435.40 | Airfare | $408.01 | $963.41 |
| **Total** | | | | | | | **$4,167.54** |

| Transcript Fees | | |
|---|---|---|
| Hearing/Deposition | Date | Total Cost |
| Discovery Hearing re: DE 91, DE 92, DE 96 and DE 97 | February 20, 2019 | $166.80 |
| Discovery Hearing | March 7, 2019 | $193.60 |
| Discovery Status Conference | March 14, 2019 | $268.78 |
| Discovery Status Conference | March 26, 2019 | $299.47 |
| Craig Wright Deposition Transcript | April 4, 2019 | $3,804.40 |
| Craig Wright Deposition Video | April 4, 2019 | $758.75 |
| Ira Kleiman Deposition Transcript | April 8, 2019 | $2,078.74 |
| Ira Kleiman Deposition Video | April 8, 2019 | $630.00 |
| Craig Wright Deposition Transcript | June 28, 2019 | $1,430.00 |
| Craig Wright Deposition Video | June 28, 2019 | $205.00 |
| Motion Hearing re DE 144 Motion for Judgment on the Pleadings for Lack of Subject-Matter Jurisdiction | July 10, 2019 | $97.20 |
| Jonathan Warren Deposition Transcript | July 24, 2019 | $1,143.65 |
| Jonathan Warren Deposition Video | July 24, 2019 | $378.75 |
| Discovery Hearing | November 20, 2019 | $299.75 |
| Joseph Karp Deposition Transcript | November 25, 2019 | $1,568.00 |
| Kimon Andreou Deposition Transcript | December 3, 2019 | $1,798.42 |
| David Kuharcik Deposition Transcript | December 9, 2019 | $973.92 |
| Carter Conrad and Patrick Paige Deposition Videos | December 10, 2019 | $390.00 |
| Carter Conrad and Patrick Paige Deposition Video Syncs | December 10, 2019 | $200.00 |
| Discovery Hearing | December 18, 2019 | $453.75 |
| Discovery Hearing re: Joint Motion for Joint Discovery Memorandum | January 2, 2020 | $260.15 |
| Frank Norwitch Deposition Transcript | January 3, 2020 | $475.35 |
| Frank Norwitch Deposition Video | January 3, 2020 | $236.25 |
| Andreas Antonopoulos Deposition Transcript | January 7, 2020 | $4,038.64 |
| Andreas Antonopoulos Deposition Video | January 7, 2020 | $1,553.75 |
| Andreas Antonopoulos Deposition Video Sync | January 7, 2020 | $362.50 |
| Discovery Hearing | January 9, 2020 | $88.80 |
| D. Stewart MacIntyre Deposition Transcript | January 10, 2020 | $1,252.65 |
| D. Stewart MacIntyre Deposition Video | January 10, 2020 | $142.50 |
| Ira Kleiman Deposition Transcript | January 10, 2020 | $2,662.94 |
| Ira Kleiman Deposition Video | January 10, 2020 | $1,080.00 |
| Matthew Edman Deposition Video | January 16, 2020 | $727.50 |
| Matthew Edman Deposition Transcript | January 16, 2020 | $2,122.74 |
| Craig Wright Deposition Transcript | March 16, 2020 | $2,991.80 |
| Craig Wright Deposition Video | March 16, 2020 | $743.75 |
| Andrew O'Hagan Deposition Transcript | March 17, 2020 | $1,959.55 |
| Andrew O'Hagan Deposition Video | March 17, 2020 | $530.00 |
| Craig Wright Deposition Transcript | March 18, 2020 | $2,917.60 |
| Craig Wright Deposition Video | March 18, 2020 | $720.00 |

| Transcript Fees | | |
|---|---|---|
| Ramona Watts Deposition Transcript | March 19, 2020 | $3,287.35 |
| Don Lynam Deposition | April 2, 2020 | $4,513.10 |
| D. Stewart MacIntyre Deposition Transcript | April 20, 2020 | $279.80 |
| Ami Klin Deposition Transcript | April 21, 2020 | $2,619.06 |
| Stefan Boedeker Deposition Transcript | April 22, 2020 | $2,033.45 |
| Andreas Antonopoulos Deposition Transcript | April 24, 2020 | $1,945.95 |
| Robert Leonard Deposition Transcript | April 24, 2020 | $2,013.02 |
| Status Conference | April 29, 2020 | $119.70 |
| William Eggington Deposition Transcript | April 29, 2020 | $2,811.00 |
| Matthew Edman Deposition Transcript | April 29, 2020 | $3,224.30 |
| Kevin Madura Deposition Transcript | April 30, 2020 | $2,330.29 |
| John Doe Deposition Transcript | April 30, 2020 | $382.20 |
| Gordon Klein Deposition Transcript | April 30, 2020 | $4,387.10 |
| Nicholas Chambers Deposition Transcript | May 1, 2020 | $1,427.75 |
| Donald Lynam Deposition Videos | June 11, 2020 | $467.50 |
| Status Conference | May 11, 2021 | $126.00 |
| Status Conference | August 27, 2021 | $266.40 |
| Calendar Call | September 14, 2021 | $84.60 |
| Mathew Edman Deposition Transcript | October 1, 2021 | $1,534.91 |
| Pretrial Hearing | October 14, 2021 | $342.00 |
| Trial Day 1 Rough Draft Transcript | November 1, 2021 | $562.80 |
| Trial Day 1 Final Transcript, Day 8 Rough Draft Transcript | November 1, 2021 | $1,516.62 |
| Trial Day 2 Rough Draft Transcript | November 2, 2021 | $401.10 |
| Trial Day 2 and Day 3 Final Transcript | November 2, 2021; and November 3, 2021 | $1,709.76 |
| Trial Day 3 Rough Draft Transcript | November 3, 2021 | $401.10 |
| Trial Day 4 Rough Draft Transcript | November 4, 2021 | $592.20 |
| Trial Day 4 Final Transcript | November 4, 2021 | $1,263.60 |
| Trial Day 5 Rough Draft Transcript | November 5, 2021 | $371.70 |
| Trial Day 5 Final Transcript | November 5, 2021 | $786.24 |
| Trial Day 6 Final Transcript, Day 11 Rough Draft Transcript | November 8, 2021 | $1,440.12 |
| Trial Day 6 and Day 7 Rough Draft Transcript | November 8, 2021; and November 9, 2021 | $1,003.80 |
| Trial Day 7 Final Transcript | November 9, 2021 | $1,079.52 |
| Trial Day 8 Final Transcript | November 10, 2021 | $552.24 |
| Trial Day 9 Rough Draft Transcript | November 15, 2021 | $447.30 |
| Trial Day 9 Final Transcript | November 15, 2021 | $1,004.64 |
| Trial Day 10, Day 11, Day 12 and Day 13 Final and Day 16 Rough Transcript | November 16, 2021; November 17, 2021; November 18, 2021; | $2,916.78 |

| Transcript Fees | | |
|---|---|---|
| | and November 19, 2021 | |
| Trial Day 10 Rough Draft Transcript | November 16, 2021 | $497.70 |
| Trial Day 12 AM Rough Draft Transcript | November 18, 2021 | $241.50 |
| Trial Day 12 PM, Day 13 PM and Day 14 PM Rough Draft and Final Transcripts | November 18, 2021; November 19, 2021; and November 22, 2021 | $1,978.50 |
| Trial Day 13 AM Rough Draft Transcript | November 19, 2021 | $239.40 |
| Trial Day 14 Rough Draft Transcript | November 22, 2021 | $262.50 |
| Trial Day 14 AM Final and Trial Day 17 Rough Transcript | November 22, 2021 | $600.12 |
| Trial Day 15 Rough Draft Transcript | November 23, 2021 | $392.70 |
| Trial Day 15 Final and Trial Day 18 Rough Draft Transcript | November 23, 2021, December 1 | $939.36 |
| Trial Day 16, Day 17 and Day 18 Final and Trial Day 19 Rough Draft Transcript | November 29, 2021; November 30, 2021; December 1, 2021; and December 2, 2021 | $153.96 |
| Trial Day 19 Final Transcript | December 2, 2021 | $12.48 |
| Trial Day 21 Transcript | December 6, 2021 | $59.28 |
| **Total** | | **$97,627.95** |

| Fees for Exemplifications and Copies | | |
|---|---|---|
| Exemplification/Copies | Date Purchased | Total Cost |
| USB for trial exhibits | October 22, 2021 | $24.57 |
| Foam Boards for Trial | October 28, 2021 | $263.22 |
| Certified Copies from Clerk of the Circuit Court & Comptroller Palm Beach County | April 27, 2019 | $44.00 |
| Certified Copies from Clerk of the Circuit Court & Comptroller Palm Beach County | August 4, 2021 | $112.00 |
| **Total** | | **$443.79** |

| Service Fees | | |
|---|---|---|
| Served | Date | Total Cost |
| Ira Kleiman | January 22, 2019 | $90.00 |
| Carter Conrad | March 5, 2019 | $125.00 |
| Patrick Paige | March 5, 2019 | $125.00 |
| Joseph Karp | March 12, 2019 | $90.00 |
| Carter Conrad for Computer Forensic LLC | March 29, 2019 | $45.00 |
| Patrick Paige for Computer Forensic LLC | March 29, 2019 | $45.00 |
| Joseph Karp | May 28, 2019 | $45.00 |
| Angela Ojea | May 28, 2019 | $65.00 |
| Kimon Andreou | May 28, 2019 | $45.00 |
| Springleaf Financial Services, Inc. | June 10, 2019 | $165.00 |
| Carter Conrad, Jr. | September 25, 2019 | $90.00 |
| Patrick Paige | September 25, 2019 | $90.00 |
| David Kuharcik | November 13, 2019 | $125.00 |
| Patrick Paige – Computer Forensic LLC | November 26, 2019 | $125.00 |
| Carter Conrad – Computer Forensic LLC | November 26, 2019 | $125.00 |
| Bob Radvanovsky | November 26, 2019 | $295.00 |
| Carter Conrad – Computer Forensics LLC | November 26, 2019 | $125.00 |
| Patrick Paige – Computer Forensics LLC | November 26, 2019 | $125.00 |
| Carter Conrad – Computer Forensics LLC | November 26, 2019 | $125.00 |
| Patrick Paige – Computer Forensics LLC | November 26, 2019 | $125.00 |
| Carter Conrad – Computer Forensics LLC | November 26, 2019 | $75.00 |
| Patrick Paige – Computer Forensics LLC | November 26, 2019 | $75.00 |
| David Kuharcik | December 3, 2019 | $125.00 |
| Comcast Cable C T Corporation System | March 25, 2020 | $125.00 |
| Capital One, N.A. | March 25, 2020 | $250.00 |
| USAA Savings Bank – CSC Services of Nevada | March 25, 2020 | $250.00 |
| Bank of America – CT Corporation System | March 25, 2020 | $125.00 |
| DELL Financial Services / Corporation Service Company | March 25, 2020 | $125.00 |
| Corporate Representative for Gizmodo Media Group | March 26, 2020 | $295.00 |
| Corporate Representative for Gizmodo Media Group | March 26, 2020 | $295.00 |
| Emily Ann Icenhower | March 30, 2020 | $125.00 |
| Maria Smith-Frechette | March 30, 2020 | $125.00 |
| Wells Fargo N.A. | April 23, 2020 | $195.00 |
| Carter Conrad | July 2, 2020 | $45.00 |
| David Kuharcik | July 2, 2020 | $45.00 |
| Patrick Paige – Computer Forensic LLC | July 2, 2020 | $45.00 |
| Ira Kleiman | July 2, 2020 | $45.00 |
| Joseph Karp | July 2, 2020 | $45.00 |
| Patrick Paige – Computer Forensic LLC | July 2, 2020 | $45.00 |
| Carter Conrad | September 8, 2021 | $790.00 |
| **Total** | | **$5,435.00** |

| Total Fees and Costs | |
|---|---:|
| Witness Fees Total | $4,167.54 |
| Transcript Fees Total | $97,627.95 |
| Fees for Exemplifications and Copies | $443.79 |
| Service Fees Total | $5,435.00 |
| **Total** | **$107,674.28** |