Jose H. Mejia, P.I., Inc.
161-E BENTLEY DRIVE
MIAMI SPRINGS, FL 33166
305-871-6477

Invoice #: 368765

Date: 01/22/2019

RIVERO MESTRE, LLP
2525 PONCE DE LEON BLVD
STE #1000
CORAL GABLES, FL 33134
ATTY: ZAHARAH MARKOE
SEC: RAQUEL SANCHEZ

## INVOICE FOR SERVICE

Service #930757: IRA KLEIMAN, IN HIS PERSONAL CAPACITY

Your File#
Court Case #: 9:18-cv-80176

IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE
OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v.
CRAIG WRIGHT

| | |
|---|---:|
| ADDRESS - 155 BENT TREE DR Palm Beach Gardens FL 33418 | $0.00 |
| SERVICE COMPLETE - INDIVIDUAL | $0.00 |
| RUSH SERVICE TRI-COUNTY | $90.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| **TOTAL CHARGES:** | **$90.00** |
| **BALANCE:** | **$90.00** |

Thank you. We really appreciate your business.

Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

PLEASE NOTE: There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

Default in payment: The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

Jose H. Mejia, P.I., Inc.
161-E BENTLEY DRIVE
MIAMI SPRINGS, FL33166
305-871-6477

Invoice #: 369069

Date: 03/05/2019

RIVERO MESTRE, LLP
2525 PONCE DE LEON BLVD
STE #1000
CORAL GABLES, FL33134
ATTY: ANDRES RIVERO, ESQ
SEC: ANDRES RIVERO

## INVOICE FOR SERVICE

| Service #931618: CARTER CONRAD, IN HIS PERSONAL CAPACITY COMPUTER FORENSICS, LLC | Your File#<br>Court Case #: 9 18-CV-80176 |
|---|---|
| IRA KLEIMAN AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT | |
| PRIORITY SERVICE (TRI-COUNTY) | $125.00 |
| ADDRESS - 933 S. MILITARY TRL SUITE E8 WEST PALM BEACH FL 33415 | $0.00 |
| SERVICE COMPLETE - CORP SERVICE | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |

| Service #931619: PATRICK PAIGE, IN HIS PERSONAL CAPACITY COMPUTER FORENSICS, LLC | Your File#<br>Court Case #: 9 18-CV-80176 |
|---|---|
| IRA KLEIMAN AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT | |
| PRIORITY SERVICE (TRI-COUNTY) | $125.00 |
| ADDRESS - 933 S. MILITARY TRL SUITE E8 WEST PALM BEACH FL 33415 | $0.00 |
| SERVICE COMPLETE - CORP SERVICE | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |

**TOTAL CHARGES:** $250.00

**BALANCE:** $250.00

THIRD-PARTY COST APPROVAL
MATTER NO. 1167.01
MATTER NAME Kleiman v. Wright
WORKING LAWYER Z. Kass
SIGNATURE

Thank you. We really appreciate your business.

Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

PLEASE NOTE: There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

Default in payment: The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

Jose H. Mejia, P.I., Inc.
161-E BENTLEY DRIVE
MIAMI SPRINGS, FL33166
305-871-6477

Invoice #: 369126

Date: 03/12/2019

RIVERO MESTRE, LLP
2525 PONCE DE LEON BLVD
STE #1000
CORAL GABLES, FL33134
ATTY: ZAHARAH MARKOE
SEC: PAULA ALVAREZ

## INVOICE FOR SERVICE

| | |
|---|---:|
| Service #931734: JOSEPH KARP, in his personal capacity | Your File# |
| | Court Case #: 9-18-CV-80176 |
| IRA KLEIMAN AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT | |
| RUSH SERVICE TRI-COUNTY | $90.00 |
| ADDRESS - c/o THE KARP LAW FIRM 2875 PGA BLVD, STE 100 PALM BEACH GARDENS FL 33410 | $0.00 |
| SERVICE COMPLETE - INDIVIDUAL | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| **TOTAL CHARGES:** | **$90.00** |
| **BALANCE:** | **$90.00** |

Thank you. We really appreciate your business.

Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

**PLEASE NOTE:** There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

**Default in payment:** The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

Jose H. Mejia, P.I., Inc.  
161-E BENTLEY DRIVE  
MIAMI SPRINGS, FL 33166  
305-871-6477

Invoice #: 369404  
Date: 03/29/2019

RIVERO MESTRE, LLP  
2525 PONCE DE LEON BLVD  
STE #1000  
CORAL GABLES, FL 33134  
ATTY: ANDRES RIVERO, ESQ  
SEC: RAQUEL SANCHEZ

### INVOICE FOR SERVICE

Service #932065: CARTER CONRAD COMPUTER FORENSICS, LLC  
Your File#  
Court Case #: 9-18-CV-80176-BB-BR

IRA KLEIMAN, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT

| | |
|---|---|
| ATTEMPTING SERVICE (TRI-COUNTY FLORIDA) - 1ST ADDRESS | $45.00 |
| ADDRESS - 933 S. MILITARY TRL SUITE E8 WEST PALM BEACH FL 33415 | $0.00 |
| SERVICE COMPLETE - CORP SERVICE | $0.00 |
| LATE FEE (1.5% INTEREST FEE - PAST DUE 30 DAYS) | $0.00 |

Service #932066: PATRICK PAIGE COMPUTER FORENSICS, LLC  
Your File#  
Court Case #: 9-18-CV-80176-BB-BR

IRA KLEIMAN, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT

| | |
|---|---|
| ATTEMPTING SERVICE (TRI-COUNTY FLORIDA) - 1ST ADDRESS | $45.00 |
| ADDRESS - 933 S. MILITARY TRL SUITE E8 WEST PALM BEACH FL 33415 | $0.00 |
| SERVICE COMPLETE - CORP SERVICE | $0.00 |
| LATE FEE (1.5% INTEREST FEE - PAST DUE 30 DAYS) | $0.00 |

**TOTAL CHARGES:** **$90.00**

**BALANCE:** **$90.00**

Thank you. We really appreciate your business.

Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

PLEASE NOTE: There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

Default in payment: The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

1

Jose H. Mejia, P.I., Inc.  
161-E BENTLEY DRIVE  
MIAMI SPRINGS, FL33166  
305-871-6477

Invoice #: 369911  
Date: 05/28/2019

RIVERO MESTRE, LLP  
2525 PONCE DE LEON BLVD  
STE #1000  
CORAL GABLES, FL33134  
ATTY: ANDRES RIVERO, ESQ  
SEC: RAQUEL SANCHEZ

## INVOICE FOR SERVICE

Service #932187: JOSE KARP, THE KARP LAW FIRM  
Your File#  
Court Case #: 9:18-cv 80176 BB/BR

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT

| | | |
|---|---|---|
| WITNESS FEE | FEDERAL SUBPOENA | $45.00 |
| ATTEMPTING SERVICE (TRI-COUNTY FLORIDA) - 1ST ADDRESS | | $45.00 |
| SERVICE COMPLETE - INDIVIDUAL | | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | | $0.00 |

Service #932190: Angela Ojea  
Your File#  
Court Case #: 9:18-cv-80176-BB/BR

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT

| | |
|---|---|
| ATTEMPTING SERVICE (OUT OF TRI-COUNTY STATE OF FLORIDA) - 1ST ADDRESS | $65.00 |
| ADDRESS - 6189 Barbara Street Jupiter FL 33458 | $0.00 |
| NON SERVICE - NOT AT ADDRESS / MOVED | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |

Service #932189: Kimon Andreou  
Your File#  
Court Case #: 9:18-cv-80176-BB/BR

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT

| | |
|---|---|
| ATTEMPTING SERVICE (TRI-COUNTY FLORIDA) - 1ST ADDRESS | $45.00 |
| ADDRESS - 12350 NW 6TH STREET PLANTATION FL 33325 | $0.00 |
| SERVICE COMPLETE - INDIVIDUAL | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |

**TOTAL CHARGES:** $200.00

**BALANCE:** $200.00

Thank you. We really appreciate your business.

Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

PLEASE NOTE: There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

Default in payment: The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

THIRD-PARTY COST APPROVAL

MATTER NO. 1667.01

MATTER NAME Kleiman v. Wright

WORKING LAWYER Z. KASS

SIGNATURE_____

1

Jose H. Mejia, P.I., Inc.
161-E BENTLEY DRIVE
MIAMI SPRINGS, FL 33166
305-871-6477

Invoice #: 370093
Date: 06/10/2019

RIVERO MESTRE, LLP
2525 PONCE DE LEON BLVD
STE #1000
CORAL GABLES, FL 33134
ATTY: ANDRES RIVERO, ESQ
SEC: RAQUEL SANCHEZ

## INVOICE FOR SERVICE

Service #933188: SPRINGLEAF FINANCIAL SERVICES, INC. N/K/A
ONE MAIN FINANCIAL SERVICES, INC.

Your File#
Court Case #: 9:18-CV-80176

IRA KLEIMAN AS PERSONAL REPRESENTATIVE OF THE ESTATE
OF DAVID A. KLEIMAN, ET AL. v. CRAIG WRIGHT

| | |
|---|---|
| ATTEMPTING SERVICE (OUT OF STATE) - 1ST ADDRESS | $165.00 |
| ADDRESS - 601 NW SECOND STREET, EVANSVILLE IN 47708 | $0.00 |
| SERVICE COMPLETE - CORP SERVICE | $0.00 |
| LATE FEE: (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| **TOTAL CHARGES:** | **$165.00** |
| **BALANCE:** | **$165.00** |

Thank you. We really appreciate your business.
Payment DUE Upon Receipt. Past Due 30 days from the date of Invoice.

PLEASE NOTE: There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.
Default in payment: The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

THIRD-PARTY COST
APPROVAL

MATTER NO. 1627.01
MATTER NAME Kleiman v Wright
WORKING LAWYER B. Paschal
SIGNATURE _____

Jose H. Mejia, P.I., Inc.
161-E BENTLEY DRIVE
MIAMI SPRINGS, FL33166
305-871-6477

Invoice #: 370955
Date: 09/25/2019

RIVERO MESTRE, LLP
2525 PONCE DE LEON BLVD
STE #1000
CORAL GABLES, FL33134
ATTY: ANDRES RIVERO, ESQ
SEC: RAQUEL SANCHEZ

## INVOICE FOR SERVICE

| | |
|---|---:|
| Service #934787: Carter Contrad, Jr. | Your File#<br>Court Case #: 9:18-cv-80176-BB/BR |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT | |
| RUSH SERVICE TRI-COUNTY | $90.00 |
| ADDRESS - 933 S. Military Trl Suite E8 West Palm Beach FL 33415 | $0.00 |
| NON SERVICE - VACANT | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| | |
| Service #934788: PATRICK PAIGE COMPUTER FORENSICS, LLC | Your File#<br>Court Case #: 9:18-cv-80176-BB/BR |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT | |
| RUSH SERVICE TRI-COUNTY | $90.00 |
| ADDRESS - 933 S. MILITARY TRL SUITE E8 WEST PALM BEACH FL 33415 | $0.00 |
| NON SERVICE - VACANT | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| **TOTAL CHARGES:** | **$180.00** |
| **BALANCE:** | **$180.00** |

Thank you. We really appreciate your business.

Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

PLEASE NOTE: There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

Default in payment: The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

THIRD-PARTY COST APPROVAL

MATTER NO. 1467.01
MATTER NAME Kleiman v. Wright
WORKING LAWYER B.Z. KASS
SIGNATURE

2

Jose H. Mejia, P.I., Inc.
161-E BENTLEY DRIVE
MIAMI SPRINGS, FL33166
305-871-6477

Invoice #: 371329

Date: 11/13/2019



RIVERO MESTRE, LLP
2525 PONCE DE LEON BLVD
STE #1000
CORAL GABLES, FL33134
ATTY: ZAHARAH MARKOE
SEC: PAULA ALVAREZ

### INVOICE FOR SERVICE

Service #935798: DAVID KUHARCIK

Your File#
Court Case #: 9:18-cv-80176

IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT

| | |
|---|---|
| PRIORITY SERVICE (TRI-COUNTY) | $125.00 |
| ADDRESS - 860 US HWY 1 STE 207B North Palm Beach FL 33408 | $0.00 |
| SERVICE COMPLETE - INDIVIDUAL | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| **TOTAL CHARGES:** | **$125.00** |
| **BALANCE:** | **$125.00** |

Thank you. We really appreciate your business.

Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

PLEASE NOTE: There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

Default in payment: The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

THIRD-PARTY COST APPROVAL
MATTER NO. 1607-01
MATTER NAME IrA Klei
WORKING LAWYER
SIGNATURE

1

Jose H. Mejia, P.I., Inc.
161-E BENTLEY DRIVE
MIAMI SPRINGS, FL 33166
305-871-6477

Invoice #: 371413
Date: 11/26/2019

RIVERO MESTRE, LLP
2525 PONCE DE LEON BLVD
STE #1000
CORAL GABLES, FL 33134
ATTY: ANDRES RIVERO, ESQ
SEC: PAULA ALVAREZ



## INVOICE FOR SERVICE

Service #935916: PATRICK PAIGE - COMPUTER FORENSICS LLC

Your File#
Court Case #: 9:18-cv-80176

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT

| | |
|---|---|
| PRIORITY SERVICE (TRI-COUNTY) | $125.00 |
| ADDRESS - 933 S MILITARY TRL SUITE E8 West Palm Beach FL 33415 | $0.00 |
| NON SERVICE - NOT AT ADDRESS / MOVED | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |

Service #935914: CARTER CONRAD - COMPUTER FORENSICS, LLC

Your File#
Court Case #: 9:18-cv-80176

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT

| | |
|---|---|
| PRIORITY SERVICE (TRI-COUNTY) | $125.00 |
| ADDRESS - 933 S. MILITARY TRL SUITE E8 West Palm Beach FL 33415 | $0.00 |
| NON SERVICE - NOT AT ADDRESS / MOVED | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |

Service #935955: BOB RADVANOVKY

Your File#
Court Case #: 9:18-cv-80176

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT

| | |
|---|---|
| PRIORITY SERVICE (OUT OF STATE SERVICE) | $295.00 |
| ADDRESS - 1706 MILLBROOK CT Geneva IL 60134 | $0.00 |
| SERVICE COMPLETE - INDIVIDUAL | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |

THIRD-PARTY COST APPROVAL
MATTER NO. 16670.01  Kleiman v. Wright 188



| | | |
|---|---|---|
| Service #936038: CARTER CONRAD - COMPUTER FORENSICS, LLC | | Your File#<br>Court Case #: 9:18-cv-80176 |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT | | |
| PRIORITY SERVICE (TRI-COUNTY) | | $125.00 |
| ADDRESS - 8461 Lake Worth Road Lake Worth FL 33467 | | $0.00 |
| NON-SERVICE - UNABLE TO CONTACT | | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | | $0.00 |
| Service #936039: PATRICK PAIGE - COMPUTER FORENSICS LLC | | Your File#<br>Court Case #: 9:18-cv-80176 |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT | | |
| PRIORITY SERVICE (TRI-COUNTY) | | $125.00 |
| ADDRESS - 8461 Lake Worth Road Lake Worth FL 33467 | | $0.00 |
| NON-SERVICE - UNABLE TO CONTACT | | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | | $0.00 |
| Service #936055: CARTER CONRAD - COMPUTER FORENSICS, LLC | | Your File#<br>Court Case #: 9:18-cv-80176 |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT | | |
| PRIORITY SERVICE (TRI-COUNTY) | | $125.00 |
| ADDRESS - 1207 OLYMPIC CIR GREEN ACRES FL 33413 | | $0.00 |
| SERVICE COMPLETE - INDIVIDUAL | | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | | $0.00 |
| Service #936056: PATRICK PAIGE - COMPUTER FORENSICS LLC | | Your File#<br>Court Case #: 9:18-cv-80176 |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT | | |
| PRIORITY SERVICE (TRI-COUNTY) | | $125.00 |
| ADDRESS - 7179 COPPERFIELD CIR LAKE WORTH FL 33467 | | $0.00 |
| SERVICE COMPLETE - INDIVIDUAL | | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | | $0.00 |
| Service #936053: CARTER CONRAD - COMPUTER FORENSICS, LLC | | Your File#<br>Court Case #: 9:18-cv-80176 |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT | | |
| LOCATE / SKIP TRACE | | $75.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | | $0.00 |
| Service #936054: PATRICK PAIGE - COMPUTER FORENSICS LLC | | Your File#<br>Court Case #: 9:18-cv-80176 |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT | | |
| LOCATE / SKIP TRACE | | $75.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | | $0.00 |
| **TOTAL CHARGES:** | | **$1855.00** |
| **BALANCE:** | | **$1855.00** |

Thank you. We really appreciate your business.

Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

PLEASE NOTE: There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

2

Default in payment: The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

Jose H. Mejia, P.I., Inc.  
161-E BENTLEY DRIVE  
MIAMI SPRINGS, FL33166  
305-871-6477

Invoice #: 371443  
Date: 12/03/2019

RIVERO MESTRE, LLP  
2525 PONCE DE LEON BLVD  
STE #1000  
CORAL GABLES, FL33134  
ATTY: ZAHARAH MARKOE  
SEC: PAULA ALVAREZ



## INVOICE FOR SERVICE

Service #936124: DAVID KUHARCIK

Your File#  
Court Case #: 9:18-cv-80176

IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT

| | |
|---|---:|
| PRIORITY SERVICE (TRI-COUNTY) | $125.00 |
| ADDRESS - 860 US HWY 1 STE 207B North Palm Beach FL 33408 | $0.00 |
| SERVICE COMPLETE - INDIVIDUAL | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| **TOTAL CHARGES:** | **$125.00** |
| **BALANCE:** | **$125.00** |

Thank you. We really appreciate your business.

Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

PLEASE NOTE: There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

Default in payment: The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

THIRD-PARTY COST APPROVAL  
MATTER NO. 1647.01  
MATTER NAME Kleiman v. Wright  
WORKING LAWYER  
SIGNATURE Zaharah Markoe

1

Jose H. Mejia, P.I., Inc.
161-E BENTLEY DRIVE
MIAMI SPRINGS, FL33166
305-871-6477

Invoice #: 372240

Date: 03/25/2020

RIVERO MESTRE, LLP
2525 PONCE DE LEON BLVD
STE #1000
CORAL GABLES, FL33134
ATTY: ANDRES RIVERO, ESQ
SEC: PAULA ALVAREZ



## INVOICE FOR SERVICE

| | |
|---|---|
| Service #937492: COMCAST CABLE C T CORPORATION SYSTEM | Your File#<br>Court Case #: 9-18-CV-80176-BB-BR |
| IRA KLEIMAN, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT | |
| PRIORITY SERVICE (TRI-COUNTY) | $125.00 |
| ADDRESS - 1200 SOUTH PINE ISLAND ROAD PLANTATION FL 33324 | $0.00 |
| SERVICE COMPLETE - CORP SERVICE | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| Service #937495: CAPITAL ONE, N.A., - CORPORATION SERVICE COMPANY | Your File#<br>Court Case #: 9-18-CV-80176-BB-BR |
| IRA KLEIMAN, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT | |
| PRIORITY SERVICE (OUT OF STATE SERVICE) | $250.00 |
| ADDRESS - 100 SHOCKOE SLIP 2ND FLOOR RICHMOND VA 23219 | $0.00 |
| SERVICE COMPLETE - CORP SERVICE | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| Service #937496: USAA SAVINGS BANK - CSC SERVICES OF NEVADA INC. | Your File#<br>Court Case #: 9-18-CV-80176-BB-BR |
| IRA KLEIMAN, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT | |
| PRIORITY SERVICE (OUT OF STATE SERVICE) | $250.00 |
| ADDRESS - 2215-B RENAISSANCE DR. LAS VEGAS NV 89119 | $0.00 |
| SERVICE COMPLETE - CORP SERVICE | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| Service #937493: BANK OF AMERICA - CT CORPORATION SYSTEM | Your File#<br>Court Case #: 9-18-CV-80176-BB-BR |
| IRA KLEIMAN, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT | |
| PRIORITY SERVICE (TRI-COUNTY) | $125.00 |
| ADDRESS - 1200 SOUTH ISLAND ROAD PLANTATION FL 33324 | $0.00 |
| SERVICE COMPLETE - CORP SERVICE | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| Service #937494: DELL FINANCIAL SEDRVICES / CORPORATION SERVICE COMPANY | Your File#<br>Court Case #: 9-18-CV-80176-BB-BR |
| IRA KLEIMAN, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT | |
| PRIORITY SERVICE (STATE OF FLORIDA) | $195.00 |
| ADDRESS - 1201 HAYS ST TALLAHASSEE FL 32301 | $0.00 |
| SERVICE COMPLETE - CORP SERVICE | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| **TOTAL CHARGES:** | **$945.00** |

Thank you. We really appreciate your business.

Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

PLEASE NOTE: There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

Default in payment: The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

Jose H. Mejia, P.I., Inc.
161-E BENTLEY DRIVE
MIAMI SPRINGS, FL 33166
305-871-6477

Invoice #: 372274
Date: 03/30/2020



RIVERO MESTRE, LLP
2525 PONCE DE LEON BLVD
STE #1000
CORAL GABLES, FL 33134
ATTY: ANDRES RIVERO
SEC: RAQUEL SANCHEZ

### INVOICE FOR SERVICE

Service #936992: EMILY ANN ICENHOWER

Your File#
Court Case #: 18-cv-80176-BB

IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT

| | |
|---|---|
| PRIORITY SERVICE (TRI-COUNTY) | $125.00 |
| ADDRESS - 4051 Jonquil Cir N Palm Beach Gardens FL 33410 | $0.00 |
| SERVICE COMPLETE - INDIVIDUAL | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |

Service #936995: MARIA SMITH-FRECHETTE

Your File#
Court Case #: 18-cv-80176-BB

IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT

| | |
|---|---|
| PRIORITY SERVICE (TRI-COUNTY) | $125.00 |
| ADDRESS - 4417 LACEY OAK DR. Palm Beach Gardens FL 33410 | $0.00 |
| NON-SERVICE - UNABLE TO CONTACT | $0.00 |
| PRIORITY SERVICE (TRI-COUNTY) | $125.00 |
| ADDRESS - 3530 Gun Club Rd., West Palm Beach, FL. | $0.00 |
| SERVICE COMPLETE - INDIVIDUAL | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |

**TOTAL CHARGES:** $625.00

**BALANCE:** $625.00

Thank you. We really appreciate your business.
Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

PLEASE NOTE: There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

1

Jose H. Mejia, P.I., Inc.
161-E BENTLEY DRIVE
MIAMI SPRINGS, FL 33166
305-871-6477

Invoice #: 372247

Date: 03/26/2020

*1647.01*
*off*

RIVERO MESTRE, LLP
2525 PONCE DE LEON BLVD
STE #1000
CORAL GABLES, FL 33134
ATTY: ANDRES RIVERO, ESQ
SEC: RAQUEL SANCHEZ

## INVOICE FOR SERVICE

| | |
|---|---|
| Service #936510: CORPORATE REPRESENTATIVE FOR GIZMODO MEDIA GROUP -- GIAMEDIA | Your File# <br> Court Case #: 18-CV-80176 |
| IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT | |
| PRIORITY SERVICE (OUT OF STATE SERVICE) | $295.00 |
| ADDRESS - 1209 ORANGE STREET WILMINGTON DE 19801 | $0.00 |
| SERVICE COMPLETE - CORP SERVICE | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| Service #936511: CORPORATE REPRESENTATIVE FOR GIZMODO MEDIA GROUP -- GIAMEDIA | Your File# <br> Court Case #: 18-CV-80176 |
| IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT | |
| PRIORITY SERVICE (OUT OF STATE SERVICE) | $295.00 |
| ADDRESS - 1540 BROADWAY, 27TH FLOOR NEW YORK NY 10036 | $0.00 |
| SERVICE COMPLETE - CORP SERVICE | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |
| **TOTAL CHARGES:** | **$590.00** |
| **BALANCE:** | **$590.00** |

Thank you. We really appreciate your business.

Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

PLEASE NOTE: There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

Default in payment: The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

Jose H. Mejia, P.I., Inc.
161-E BENTLEY DRIVE
MIAMI SPRINGS, FL 33166
305-871-6477

Invoice #: 372441

Date: 04/23/2020

RIVERO MESTRE, LLP
2525 PONCE DE LEON BLVD
STE #1000
CORAL GABLES, FL 33134
ATTY: AMANDA McGOVERN
SEC: RAQUEL SANCHEZ



## INVOICE FOR SERVICE

Service #937838: Wells Fargo N.A

Your File#
Court Case #: 9 18-cv-80176-BB

IRA KLEIMAN, AS THE PERSONAL REPRESENTATIVE OF THE
ESTATE OF DAVID KLEIMAN AND W&K INFO DEFENSE
RESEARCH, LLC v. CRAIG WRIGHT

| | |
|---|---|
| PRIORITY SERVICE (STATE OF FLORIDA) | $195.00 |
| ADDRESS - 100000 Overseas Hwy, KEY LARGO FL 33037 | $0.00 |
| SERVICE COMPLETE - CORP SERVICE | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |

**TOTAL CHARGES:** $195.00

**BALANCE:** $195.00

Thank you. We really appreciate your business.

Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

**PLEASE NOTE:** There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

**Default in payment:** The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

Jose H. Mejia, P.I., Inc.  
161-E BENTLEY DRIVE  
MIAMI SPRINGS, FL 33166  
305-871-6477

Invoice #: 372869  
Date: 07/02/2020

RIVERO MESTRE, LLP  
2525 PONCE DE LEON BLVD  
STE #1000  
CORAL GABLES, FL 33134  
ATTY: ZAHARAH MARKOE  
SEC: PAULA ALVAREZ



### INVOICE FOR SERVICE

Service #938548: CARTER CONRAD  
Your File#  
Court Case #: 9:18-cv-80176

IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT

| | |
|---|---|
| ATTEMPTING SERVICE (TRI-COUNTY FLORIDA) - 1ST ADDRESS | $45.00 |
| ADDRESS - 1207 OLYMPIC CIR GREEN ACRES, FL 33413 | $0.00 |
| SERVICE COMPLETE - INDIVIDUAL | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |



Service #938550: DAVID KUHARCIK  
Your File#  
Court Case #: 9:18-cv-80176

IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT

| | |
|---|---|
| ATTEMPTING SERVICE (TRI-COUNTY FLORIDA) - 1ST ADDRESS | $45.00 |
| ADDRESS - 860 US HWY 1 STE 207B North Palm Beach FL 33408 | $0.00 |
| SERVICE COMPLETE - INDIVIDUAL | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |

Service #938552: PATRICK PAIGE - COMPUTER FORENSICS LLC  
Your File#  
Court Case #: 9:18-cv-80176

IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT

| | |
|---|---|
| ATTEMPTING SERVICE (TRI-COUNTY FLORIDA) - 1ST ADDRESS | $45.00 |
| ADDRESS - 933 S MILITARY TRL SUITE E8 West Palm Beach FL 33415 | $0.00 |
| NON-SERVICE - UNKNOWN | $0.00 |
| LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS) | $0.00 |



Service #938588: IRA KLEIMAN  
Your File#  
Court Case #: 9:18-cv-80176

IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT

ADDRESS - 155 BENT TREE DR PALM BEACH GARDENS FL 33418     $0.00
SERVICE COMPLETE - SUB-SERVICE     $0.00
LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS)     $0.00

Service #938596: JOSEPH KARP     Your File#
    Court Case #: 9:18-cv-80176

IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT

ATTEMPTING SERVICE (TRI-COUNTY FLORIDA) - 1ST ADDRESS     $45.00
ADDRESS - 2875 PGA BOULEVARD PALM BEACH GARDENS FL 33410     $0.00
SERVICE COMPLETE - INDIVIDUAL     $0.00
LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS)     $0.00

Service #938677: PATRICK PAIGE - COMPUTER FORENSICS LLC     Your File#
    Court Case #: 9:18-cv-80176

IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, AND W&K INFO DEFENSE RESEARCH, LLC v. CRAIG WRIGHT

ATTEMPTING SERVICE (TRI-COUNTY FLORIDA) - 1ST ADDRESS     $45.00
ADDRESS - 7179 COPPERFIELD CIR LAKE WORTH FL 33467     $0.00
SERVICE COMPLETE - INDIVIDUAL     $0.00
LATE FEE (1.5% INTEREST FEE- PAST DUE 30 DAYS)     $0.00

**TOTAL CHARGES:**     **$490.00**

**BALANCE:**     **$490.00**

Thank you. We really appreciate your business.

Payment DUE Upon Receipt. Past Due 30 days from the date of invoice.

PLEASE NOTE: There will be a 3.5% processing fee added to all credit card transactions. There will be a 1.5% interest per month on late invoices.

Default in payment: The client shall assume responsibility for all collection of legal fees necessitated by default in payment.

2

# Yvette Puentes

| | |
|---|---|
| **From:** | Leslie Perez <Lperez@miamiprocessserver.com> |
| **Sent:** | Monday, October 4, 2021 12:30 PM |
| **To:** | Raquel Sanchez; Yvette Puentes |
| **Subject:** | [EXTERNAL] Statement of account RIVERO MESTRE - Jose H Mejia PI Inc. |
| **Attachments:** | Rivero Mestre LLP.pdf |

THIS MESSAGE ORIGINATED FROM OUTSIDE YOUR ORGANIZATION

Good Afternoon Yvette ,

Please accept this as a reminder :

RIVERO MESTRE, LLP
2525 PONCE DE LEON BLVD
STE #1000
CORAL GABLES, FL 33134

Date Invoiced: 09/07/2021                                         Amount: $790.00
Servee: CARTER CONRAD
Date Compl     08/31/2021 at 11:34 - Manner: 5a - PERSONAL (DEPO
DATE & TI
                                                                                      $790.00

PAST DUE BALANCE:

Your prompt attention to this matter is appreciated.

Thank you and have a great day.

*Leslie Perez*
*Accounts Receivable*
*JOSE H. MEJIA, P.I., INC161-E Bentley Drive*
*Miami Springs, FL 33166*
*(305) 871-6477 Phone*
*(305) 871-6480 Fax*
*lperez@miamiprocessserver.com*