**United States District Court**

Date: 02/22/2019
Invoice Number: 201900170
Re: Kleiman v Wright

To:

**Ms. Zahara Markoe**
**Rivero Mestre, LLP**
2500 Ponce de Leon Blvd
Suite 1000
Miami, FL, 33134
**Phone:** (305) 445-2500
**Email:** zmarkoe@riveromestre.com
**Assistant's Name:** Raquel Sanchez
**Assistant's Email:** rsanchez@riveromestre.com

Make Checks Payable To:

**Joanne Mancari, Joanne Mancari**
**Official US Court Reporter**
212 West Key Palm Road
Boca Raton, FL, 33432
**Phone:** (917) 270-7048
**Email:** jemancari@gmail.com

Case Details:

**Case Number:** 18CV80176
**Case Title:** Ira Kleiman vs. Craig Wright
**Case Description:** Discovery Hearing
**Criminal or Civil:** Civil

**Proceeding Date:** Feb 20, 2019
**Courthouse:** WPB
**Judge Hearing Case:** Reinhart

Transcripts:

**Date Ordered:** Feb 21, 2019
**Date Delivered:** Feb 22, 2019

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily 1st Copy | 139 | $1.20 | $166.80 |

**Total:** $166.80

**Amount Due:** $166.80

*/s/ Joanne Mancari*

THIRD-PARTY COST
APPROVAL
MATTER NO. 1667.01
MATTER NAME Kleiman v. Wright
WORKING LAWYER Z. Markoe
SIGNATURE Zaharah Markoe

**Yvette Puentes**

| | |
|---|---|
| **From:** | Raquel Sanchez |
| **Sent:** | Monday, March 11, 2019 8:19 AM |
| **To:** | Anthony A Roman; Yvette Puentes |
| **Cc:** | Zaharah Markoe |
| **Subject:** | 1667.01- Kleiman v Wright- INV. |
| **Attachments:** | 201900184.pdf |

1667.01

Good morning,

Please see attached invoice.

The total cost is **$387.20**, so each side owes **$193.60**.

Thank you!
Raquel Sanchez
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
rsanchez@riveromestre.com
www.riveromestre.com

This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.

**From:** Zaharah Markoe
**Sent:** Saturday, March 9, 2019 7:10 PM
**To:** Andres Rivero <arivero@riveromestre.com>; Raquel Sanchez <rsanchez@riveromestre.com>; Nicole Puentes
<npuentes@riveromestre.com>; Yvette Puentes <ypuentes@riveromestre.com>
**Subject:** Fwd: Kleiman v Wright

Sent from my iPhone

Begin forwarded message:

> **From:** Kyle Roche <kroche@bsfllp.com>
> **Date:** March 9, 2019 at 11:32:06 AM EST
> **To:** Zaharah Markoe <zmarkoe@riveromestre.com>

1

**Cc:** Amanda McGovern <amcgovern@riveromestre.com>, Zalman Kass <zkass@riveromestre.com>, "Velvel (Devin) Freedman" <vfreedman@bsfllp.com>
**Subject: Fw: Kleiman v Wright**

Good Morning Zaharah,

Please see attached for the transcript from last week along with the receipt.  Per below, the court reporter is okay with splitting cost between the parties.

The total cost is **$387.20**, so each side owes **$193.60**.  I will be paying her by Venmo (her username is @Joanne-Mancari).  If you need to make alternative arrangements for payment, you can reach out to her at the email below.

Have a good weekend,

**Kyle Roche**
Associate

**BOIES SCHILLER FLEXNER** LLP
333 Main Street
Armonk, NY 10504
(t) +1 914-749-8324

kroche@bsfllp.com
www.bsfllp.com

**From:** Joanne Mancari <jemancari@gmail.com>
**Sent:** Saturday, March 9, 2019 11:24 AM
**To:** Kyle Roche
**Subject:** Kleiman v Wright

Please pay the invoice at your earliest convenience.

If you are splitting cost, that is between the parties.

Thank you.

--
*Joanne Mancari, RPR, CRR*
*Court Reporter*
*917-270-7048*

*jemancari@gmail.com*

 Virus-free. www.avast.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.t 08201831BSF]

**United States District Court**

Date: 03/09/2019
Invoice Number: 201900184
Re: Kleiman v Wright

To:

**Kyle Roche**
**Boies Schiller Flexner**
333 Main Street
Armonk, NY, 10504
**Phone:** (716) 348-6003
**Email:** kroche@bsfllp.com

Make Checks Payable To:

**Joanne Mancari, Joanne Mancari**
**Official US Court Reporter**
212 West Key Palm Road
Boca Raton, FL. 33432
**Phone:** (917) 270-7048
**Email:** jemancari@gmail.com

Case Details:

**Case Number:** 18CV80176
**Case Title:** Ira Kleiman vs. Craig Wright
**Case Description:** Discovery hearing
**Criminal or Civil:** Civil

**Proceeding Date:** Mar 07, 2019
**Courthouse:** WPB
**Judge Hearing Case:** Reinhart

Transcripts:

**Date Ordered:** Mar 07, 2019
**Date Delivered:** Mar 09, 2019

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 64 | $6.05 | $387.20 |

**Total:** $387.20

**Amount Due:** $387.20

*/s/ Joanne Mancari*

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the District of Columbia

INVOICE 20220273

**MAKE CHECKS PAYABLE TO:**

Andres Rivero
Rivero Mestre, LLP
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134

Lisa Edwards
10005 Banyan Drive
Coral Gables, FL 33156
(305) 523-5637
Lisa_Edwards@flsd.uscourts.gov
Tax ID: 20-0649279

| __ CRIMINAL | X CIVIL | DATE ORDERED: 03-15-2019 | DATE DELIVERED: 03-18-2019 |
|---|---|---|---|

**In the matter of:** 18CV80176, Ira Kleiman v Craig Wright

Transcript of the Discovery Status Conference held before Magistrate Judge Reinhart on March 14, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | 89 | 3.02 | 268.78 | | | | | | | 268.78 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 268.78 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 268.78 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Lisa Edwards | DATE: 01-06-2022 |
|---|---|

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

**Yvette Puentes**

| | |
|---|---|
| **From:** | Zaharah Markoe |
| **Sent:** | Thursday, March 28, 2019 3:12 PM |
| **To:** | Yvette Puentes; Raquel Sanchez |
| **Subject:** | Fwd: Kleiman Transcript |
| **Attachments:** | 201900199.pdf; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** Kyle Roche <kroche@bsfllp.com>
> **Date:** March 28, 2019 at 3:11:15 PM EDT
> **To:** Zaharah Markoe <zmarkoe@riveromestre.com>
> **Cc:** Zalman Kass <zkass@riveromestre.com>, Amanda McGovern <amcgovern@riveromestre.com>,
> "Velvel (Devin) Freedman" <vfreedman@bsfllp.com>
> **Subject: Fw: Kleiman Transcript**
>
> Zaharah,
>
>
> Please see attached for the receipt of the latest transcript. See instructions below regarding
> payment. Plaintiffs will go ahead and pay $299.48. Please go ahead and pay $299.47.
>
>
> Best,
>
>
> **Kyle Roche**
> Associate
>
> **BOIES SCHILLER FLEXNER** LLP
> 333 Main Street
> Armonk, NY 10504
> (t) +1 914-749-8324
>
> kroche@bsfllp.com
> www.bsfllp.com
>
>
> **From:** Joanne Mancari <jemancari@gmail.com>
> **Sent:** Thursday, March 28, 2019 2:38 PM
> **To:** Kyle Roche
> **Subject:** Kleiman Transcript

1

Good afternoon.  The transcript is ready.  Please pay the attached invoice either by Venmo or check.  If paying by check, please email a copy of the check before mailing so I can release the transcript.

Thank you

--
*Joanne Mancari, RPR, CRR*
*Court Reporter*
*917-270-7048*
*jemancari@gmail.com*

 Virus-free. www.avast.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

**United States District Court**

Date: 03/28/2019
Invoice Number: 201900199
Re: Kleiman v. Wright

To:

**Mr. Kyle Roche**
**Boies Schiller Flexner**
333 Main Street
Armonk, NY, 10504
**Phone:** (716) 348-6003
**Email:** kroche@bsfllp.com

Make Checks Payable To:

**Joanne Mancari, Joanne Mancari**
**Official US Court Reporter**
212 West Key Palm Road
Boca Raton, FL, 33432
**Phone:** (917) 270-7048
**Email:** jemancari@gmail.com

Case Details:

**Case Number:** 18CV81076
**Case Title:** Ira Kleiman vs. David Wright
**Case Description:** Discovery Hearing
**Criminal or Civil:** Civil

**Proceeding Date:** Mar 26, 2019
**Courthouse:** West Palm Beach
**Judge Hearing Case:** Reinhart

Transcripts:

**Date Ordered:** Mar 27, 2019
**Date Delivered:** Mar 28, 2019

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 99 | $6.05 | $598.95 |

**Total:** $598.95

**Amount Due:** $598.95

*/s/ Joanne Mancari*

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221    Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 498537 | 4/30/2019 | 472122 |
| **Job Date** | **Case No.** | |
| 4/4/2019 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |



Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Coral Gables, FL  33134

ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---|
| Dr. Craig Wright | 433.00 | Pages | @ | 4.50 | 1,948.50 |
| Exhibit | 168.00 | Pages | @ | 0.55 | 92.40 |
| After 6 pm pages | 150.00 | Pages | @ | 0.45 | 67.50 |
| Rough Draft | 405.00 | Pages | @ | 2.00 | 810.00 |
| RealTime | 388.00 | Pages | @ | 2.00 | 776.00 |
| iPad/Laptop Rental | | | | 75.00 | 75.00 |
| GoGreenScripts Lit Package | | | | 35.00 | 35.00 |

**TOTAL DUE >>>**    **$3,804.40**

Reference No.   : O

Location: London

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Remote Realtime Connections to: amcgovern@riveromestre.com, bpaschal@riveromestre.com

**Tax ID:** ▮▮▮▮▮▮▮                                                    Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Coral Gables, FL  33134

THIRD-PARTY COST
APPROVAL
166701
MATTER NO.
MATTER NAME  Kleiman
WORKING LAWYER  Z. MARKOE
SIGNATURE

Invoice No.     : 498537
Invoice Date   : 4/30/2019
**Total Due     : $ 3,804.40**

Remit To: **Magna Legal Services LLC**
              **P.O. Box 822804**
              **Philadelphia, PA  19182-2804**

Job No.      : 472122
BU ID        : New York
Case No.     :
Case Name  : Estate of David Kleiman, et al. v. Craig
                Wright

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221  Fax:917-591-1113



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 499528 | 4/30/2019 | 472123 |
| **Job Date** | **Case No.** | |
| 4/4/2019 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134

VIDEO SERVICES FOR:

Dr. Craig Wright

| | | | | |
|---|---|---|---|---|
| MPEG, split, burn & sync to DVD or CD | 7.25 Hours | @ | 95.00 | 688.75 |
| Shipping | | | 70.00 | 70.00 |

TOTAL DUE >>>     **$758.75**

Reference No.  : O

Location: London

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Tax ID: ▮▮▮▮▮▮                                       Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134

THIRD-PARTY APPROVAL
MATTER NO.
MATTER NAME
WORKING LAWYER
SIGNATURE

Invoice No.   : 499528
Invoice Date : 4/30/2019
Total Due    : $ 758.75

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

| | | |
|---|---|---|
| Job No. | : | 472123 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |



**First Choice**
REPORTING & VIDEO SERVICES

121 S Orange Ave
Suite 800
Orlando, FL 32801
407-830-9044 Voice
407-767-8166 Fax
www.fcreporting.com

# INVOICE

| Invoice No | Invoice Date |
|---|---|
| 379727 | 04/11/2019 |
| Job No | Job Date |
| 477798 | 04/08/2019 |
| Case No | |
| 9:18-cv-80176-BB/BR | |
| Case Name | |
| Kleiman, Ira (Estate of Kleiman, David) vs Wright, Craig | |



Bryan Paschal, Esq.
Rivero Mestre, LLP - MIF
2525 Ponce de Leon Blvd.
Ste. 1000
Miami, FL 33134

Original Transcript&Index - REGULAR DELIVERY of:
Ira Kleiman

| | | |
|---|---|---|
| Copy w/ Original | 174.00 | 1,393.74 |
| Exhibit | 0.00 | |
| Additional hours | 4.00 | 260.00 |
| Hourly | 1.00 | 85.00 |
| Delivery/Processing | | 35.00 |
| Electronic transcript | | |
| Rough ASCII | 150.00 | 270.00 |
| Litigation Package | 1.00 | 35.00 |

| | |
|---|---|
| TOTAL DUE | $2,078.74 |
| AFTER 05/11/2019 PAY | $2,286.61 |
| LATE & FINANCE | $0.00 |
| PAYMENTS & CREDITS | $0.00 |
| INVOICE BALANCE | $2,078.74 |



THIRD-PARTY COST
APPROVAL
MATTER NO. 1667.01
MATTER NAME Kleiman v. Wright
WORKING LAWYER 2. Mirkve
SIGNATURE

Transcripts include word index.
Payment is not contingent upon any third-party reimbursement. Payments after 30 days shall bear an interest rate of 1.5% monthly, plus late fee. Above-named addressee agrees to pay all costs of collection, including court costs and attorney's fees. The venue for disputes shall be filed in Orange County FL where payment is due

TAX ID: ▇▇▇▇▇▇▇

Bryan Paschal, Esq.
Rivero Mestre, LLP - MIF
2525 Ponce de Leon Blvd.
Ste. 1000
Miami, FL 33134

Remit To:  **First Choice Reporting Services, Inc**
**PO Box 865039**
**Orlando, FL 32886-5039**

Invoice No:379727     Job No: 477798

Case Name: Kleiman, Ira (Estate of Kleiman, David) vs Wright, Craig

## Invoice Balance: $2,078.74

**PAY BY CREDIT CARD**  VISA  MasterClub  BILL

Cardholder's Name:

Card Number:

Exp. Date:          Phone:

Billing Address:

Zip:               Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

First-Choice Reporting Services, Inc.
1080 Woodcock Rd
Ste 100
Orlando FL  32803
Phone:407-830-9044   Fax:407-767-8166

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 379822 | 4/12/2019 | 477799 |
| **Job Date** | **Case No.** | |
| 4/8/2019 | 9:18-cv-80176-BB/BR | |
| **Case Name** | | |
| Kleiman, Ira (Estate of Kleiman, David) vs Wright, Craig | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Bryan Paschal, Esq.
Rivero Mestre, LLP - MIF
2525 Ponce de Leon Blvd.
Ste. 1000
Miami FL  33134

Video for the deposition of:

    Ira Kleiman

|  |  |  |
|---|---|---|
| Video -  1st hour | 1.00  Hours | 250.00 |
| Video - additional hours | 4.00  Hours | 380.00 |
|  | **TOTAL DUE  >>>** | **$630.00** |
|  | AFTER 5/12/2019  PAY | $693.00 |

Thank you for choosing First-Choice Reporting, a U.S. Legal Support Company!

PAY ONLINE -  Go to www.firstchoicereporting.com and select MAKE PAYMENT

Payment is not contingent upon any third-party reimbursement.  Payments after 30 days shall bear an interest rate of 1.5% monthly, plus late fee.  Above-named addressee agrees to pay all costs of collection, including court costs and attorney's fees.  The venue for disputes shall be filed in Orange County, FL where payment is due.

THIRD-PARTY COST
APPROVAL

MATTER NO. _1467.01_

MATTER NAME _Kleiman v. Wright_

WORKING LAWYER _2. Markoe_

SIGNATURE _Markoe_

*Please detach bottom portion and return with payment.*

**Tax ID:** ▮▮▮▮▮▮▮▮

Phone: 305.445.2500   Fax:305.445.2505

Bryan Paschal, Esq.
Rivero Mestre, LLP - MIF
2525 Ponce de Leon Blvd.
Ste. 1000
Miami FL  33134

Job No.      :  477799        BU ID        : S Florida2
Case No.     :  9:18-cv-80176-BB/BR
Case Name :  Kleiman, Ira (Estate of Kleiman, David) vs
                      Wright, Craig
Invoice No. :  379822            Invoice Date  : 4/12/2019
**Total Due  :  $ 630.00**
AFTER 5/12/2019  PAY  $693.00

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **First-Choice Reporting Services, Inc.**
                   **P.O. Box 865039**
                   **Orlando FL  32886-5039**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 517510 | 7/11/2019 | 493075 |
| **Job Date** | **Case No.** | |
| 6/28/2019 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Coral Gables, FL  33134

---

ONE CERTIFIED COPY OF: (DAILY EXPEDITE)

| | | | | |
|---|---|---|---|---:|
| Dr. Craig Wright | 133.00 Pages | @ | 7.00 | 931.00 |
| Rough Draft | 116.00 Pages | @ | 2.00 | 232.00 |
| RealTime | 116.00 Pages | @ | 2.00 | 232.00 |
| GoGreenScripts Lit Package | | | 35.00 | 35.00 |

**TOTAL DUE >>>**           **$1,430.00**

Reference No.   : O

Location: West Palm Beach, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

THIRD-PARTY COST
APPROVAL

MATTER NO. _16601_

MATTER NAME _Kleiman v. Wright_

WORKING LAWYER _Z. MArkoe_

SIGNATURE _[signature]_

**Tax ID:** ▮▮▮▮▮▮                                    Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Coral Gables, FL  33134

Invoice No.    :  517510
Invoice Date  :  7/11/2019
**Total Due**     :  **$ 1,430.00**

Remit To: **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA  19182-2804**

| | | |
|---|---|---|
| Job No. | : | 493075 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221   Fax:917-591-1113

*(handwritten annotations: THIRD-PARTY COST APPROVAL / MATTER NO. 1667.01 / MATTER NAME Kleiman v. Wright / WORKING LAWYER Z. Kass / SIGNATURE)*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 520491 | 7/16/2019 | 493076 |

| Job Date | Case No. |
|---|---|
| 6/20/2019 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Coral Gables, FL  33134

---

VIDEO SERVICES FOR:

Dr. Craig Wright

| | | | | |
|---|---|---|---|---|
| MPEG, split, burn & sync to DVD or CD | 2.00 Hours | @ | 95.00 | 190.00 |
| Shipping | | | 15.00 | 15.00 |

TOTAL DUE >>>     **$205.00**

Reference No.      : O

Location: West Palm Beach, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 3.08 |
| (=) New Balance: | **208.08** |

Tax ID: ▮▮▮▮▮

Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Coral Gables, FL  33134

| | | | |
|---|---|---|---|
| Job No. | : 493076 | BU ID | : New York |
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 520491 | Invoice Date | : 7/16/2019 |
| **Total Due** | : **$208.08** | | |

Remit To:  **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA  19182-2804**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| **INVOICE** | NUMBER<br>B0569 |
|---|---|

| TO:     Rivero Mestre<br>Jorge A. Mestre, Esq.<br><br>PHONE:<br>FAX: | MAKE CHECK PAYABLE TO:<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, Florida 33024<br><br>PHONE:     (305) 523-5698 |
|---|---|

## TRANSCRIPTS

| CRIMINAL | ✓ CIVIL | DATE ORDERED<br>08/05/2019 | DATE DELIVERED<br>08/05/2019 |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

Kleiman v. Wright, 9:18-cv-80176-BB

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | 108 | 0.90 | 97.20 | | | 0.00 | 97.20 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):     7/10/2019 | TOTAL | 97.20 |
|---|---|---|
| Motion Hearing before Judge Bloom<br>Credit card payment, | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | 97.20 |
| | **AMOUNT DUE (OR REFUND)** | 0.00 |

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>Yvette Hernandez | DATE<br>08/05/2019 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 525088 | 8/6/2019 | 494987 |
| **Job Date** | **Case No.** | |
| 7/24/2019 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Zalman Kass, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Coral Gables, FL  33134

| | | | | | |
|---|---|---|---|---|---|
| ONE CERTIFIED COPY OF: (6 DAY EXPEDITE) | | | | | |
| Jonathan Warren | 169.00 | Pages | @ | 4.40 | 743.60 |
| Exhibit | 111.00 | Pages | @ | 0.55 | 61.05 |
| RealTime | 152.00 | Pages | @ | 2.00 | 304.00 |
| GoGreenScripts Lit Package | | | | 35.00 | 35.00 |
| | | **TOTAL DUE >>>** | | | **$1,143.65** |

Reference No.  :  O

Location: New York, NY

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

*[handwritten: APPROVAL. 1667.01 MATTER NO. MATTER NAME Kleiman v. Craig Wright WORKING LAWYER Z-KAS]*

**Tax ID:** ▮▮▮▮▮▮

Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Zalman Kass, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Coral Gables, FL  33134

Invoice No.   :  525088
Invoice Date  :  8/6/2019
**Total Due**   :  **$ 1,143.65**

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

Job No.      :  494987
BU ID        :  New York
Case No.     :
Case Name    :  Estate of David Kleiman, et al. v. Craig
                Wright

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221  Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 525183 | 8/12/2019 | 494990 |

| Job Date | Case No. |
|---|---|
| 7/24/2019 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

Zalman Kass, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Coral Gables, FL  33134

| Payment Terms |
|---|
| Due upon receipt |

*THIRD-PARTY COST APPROVAL*
*MATTER NO. 1667.01*
*MATTER NAME Kleiman v. Wright*
*WORKING LAWYER Z. Kass*
*SIGNATURE*

VIDEO SERVICES FOR:

Jonathan Warren

| | | | | |
|---|---|---|---|---|
| MPEG, split, burn & sync to DVD or CD | 3.25  Hours | @ | 95.00 | 308.75 |
| Shipping | | | 70.00 | 70.00 |

**TOTAL DUE >>>**          **$378.75**

Reference No.   :  O

Location: New York, NY

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 5.68 |
| **(=) New Balance:** | 384.43 |

Tax ID: ▮▮▮▮▮                                          Phone: 305-445-2500  Fax:

*Please detach bottom portion and return with payment.*

Zalman Kass, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Coral Gables, FL  33134

| | | | |
|---|---|---|---|
| Job No. | : 494990 | BU ID | : New York |
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 525183 | Invoice Date | : 8/12/2019 |
| **Total Due** | : **$384.43** | | |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

**PAYMENT WITH CREDIT CARD**            AMEX  [master card]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



**Rivero Mestre LLP**

1556

```
DATE    : Dec/11/2019                ** GENERAL BALANCES **
CHE #   : 1556                       UNBILLED DISBS:
AMOUNT  : $299.75                    A/R BALANCE    :
ACCOUNT: █████████████
PAID TO: Franklin Court Reporting, Inc.
Court Reporter Fees
1667 - Wright, Mr. Craig
MATTER :1667.01
                                     ** TRUST BALANCES **
                                     Trust Acct31:


Kleiman v. Wright                    TRUST BALANCE :
```

TO REORDER PLEASE CALL CHECK-O-MATIC (845) 781-7675 TOLL FREE 800-555-6374

**Yvette Puentes**

| | |
|---|---|
| **From:** | Raquel Sanchez |
| **Sent:** | Wednesday, December 11, 2019 12:02 PM |
| **To:** | Yvette Puentes |
| **Cc:** | Zalman Kass; Stephen Franklin |
| **Subject:** | TRANSCRIPT COSTS:  Kleiman v. Wright |
| **Attachments:** | FCR W-9.pdf |

Hello Yvette,

Can you please send this payment today? This is re: 1667.01 -hearing transcript request.

Thank you,

Raquel Sanchez
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
rsanchez@riveromestre.com
www.riveromestre.com

This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.

**From:** Stephen Franklin <sfranklinusdc@aol.com>
**Sent:** Wednesday, December 11, 2019 11:43 AM
**To:** Raquel Sanchez <rsanchez@riveromestre.com>
**Subject:** Re: TRANSCRIPT COSTS: Kleiman v. Wright

The instructions are below:

Your firm's check MUST be made payable as follows:

FRANKLIN COURT REPORTING, INC.
1079 LYTHAM COURT
WEST PALM BEACH, FL  33411

AMOUNT:  $299.75

Please print a copy of this email and include with payment.

I'm attaching a signed W-9 for accounting purposes.

Your transcript will be emailed to you within 3 days of payment.

Regards,

Stephen W. Franklin
Official Court Reporter
Hon. Kenneth A. Marra
United States District Judge
561-313-8439

# INVOICE

U.S. Legal Support, Inc.
444 West Railroad Avenue
Suite 300
West Palm Beach FL  33401
Phone:561 835 0220   Fax:561 835-3583

*THIRD-PARTY COST APPROVAL*

*1667.01*

Bryan Paschal, Esquire   *MATTER NO.*   *Kleiman v. Wright*
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard  *MATTER NAME*   *B. Paschal.*
Suite 1000
Miami FL  33134-6046   *WORKING LAWYER*

*SIGNATURE*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120409330 | 12/1/2019 | 2042498 |
| **Job Date** | **Case No.** | |
| 11/25/2019 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

| | | | | | |
|---|---|---|---|---|---|
| Joseph Karp, Esquire | | | | | |
| Exhibit | 32.00 | Pages | @ | 0.50 | 16.00 |
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Joseph Karp, Esquire | 120.00 | Pages | @ | 4.45 | 534.00 |
| Overnight Expedited Transcript. | | | | | 588.00 |
| Attendance - First Hour | | | | 85.00 | 85.00 |
| Additional Hour(s) | 2.00 | | @ | 65.00 | 130.00 |
| Realtime Page Premium | 85.00 | Pages | @ | 2.00 | 170.00 |
| Processing & Handling | | | | 45.00 | 45.00 |

|  | TOTAL DUE >>> | **$1,568.00** |
|---|---|---|

Reference No.   : 1667.01

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **1,568.00** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ▨▨▨▨▨                                   Phone: 305-445-2500   Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Bryan Paschal, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

| | | | |
|---|---|---|---|
| Job No. | : 2042498 | BU ID | : 53-WPB |
| Case No. | : 918CV80176BBBR | | |
| Case Name | : Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| Invoice No. | : 120409330 | Invoice Date | : 12/1/2019 |
| **Total Due** | **: $ 1,568.00** | | |

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 4772-12**
**Houston TX  77210-4772**

| **PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                       Phone#: |
| Billing Address: |
| Zip:            Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

# INVOICE

U.S. Legal Support, Inc.
100 Northeast Third Avenue
Suite 1050
Fort Lauderdale FL 33301
Phone:954-463-2933   Fax:954-525-8919

THIRD-PARTY COST
APPROVAL

MATTER NO. 1667.01

MATTER NAME Kleiman v. W[right]

WORKING LAWYER

SIGNATURE

Bryan Paschal, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL 33134-6046

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120412272 | 12/9/2019 | 2044113 |

| Job Date | Case No. | |
|---|---|---|
| 12/3/2019 | 918CV80176BBBR | |

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kimon Andreaou | 152.00 Pages | @ | 4.45 | 676.40 |
| 2-Day Expedited Transcript | | | | 609.52 |
| Attendance - First Hour | | | 85.00 | 85.00 |
| Additional Hour(s) | | | 65.00 | 65.00 |
| Realtime Page Premium | 110.00 Pages | @ | 2.00 | 220.00 |
| Processing & Handling | | | 45.00 | 45.00 |
| Kimon Andreaou | | | | |
| Exhibit | 195.00 Pages | @ | 0.50 | 97.50 |

TOTAL DUE >>>  **$1,798.42**

Reference No.   : 1667.01

(-) Payments/Credits:          0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:            1,798.42

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ▮▮▮▮▮▮

Phone: 305-445-2500   Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Bryan Paschal, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL 33134-6046

Job No.      : 2044113          BU ID      : 52-FT.LA
Case No.     : 918CV80176BBBR
Case Name    : Ira Kleiman/Estate of David Kleiman vs. Craig
               Wright
Invoice No.  : 120412272       Invoice Date : 12/9/2019
Total Due    : $ 1,798.42

| PAYMENT WITH CREDIT CARD | AMEX   VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support, Inc.**
          **P.O. Box 4772-12**
          **Houston TX  77210-4772**

# INVOICE

U.S. Legal Support, Inc.
100 Northeast Third Avenue
Suite 1050
Fort Lauderdale FL 33301
Phone:954-463-2933  Fax:954-525-8919

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120414085 | 12/12/2019 | 2053723 |
| **Job Date** | **Case No.** | |
| 12/9/2019 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*THIRD-PARTY COST APPROVAL*

Andres Rivero, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

MATTER NO. *1667.01*
MATTER NAME *Kleiman v. Wright*
WORKING LAWYER *Z. Marke*
SIGNATURE *[signature]*

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| David Kuharcik | 77.00 Pages | @ | 4.45 | 342.65 |
| 2-Day Expedited Transcript | | | | 308.77 |
| Attendance - First Hour | | | 85.00 | 85.00 |
| Additional Hour(s) | | | 65.00 | 65.00 |
| Realtime Page Premium | 55.00 Pages | @ | 2.00 | 110.00 |
| Processing & Handling | | | 45.00 | 45.00 |
| David Kuharcik | | | | |
| Exhibit | 35.00 Pages | @ | 0.50 | 17.50 |
| | **TOTAL DUE >>>** | | | **$973.92** |

Client Matter No.   :  1667.01

Tax ID: ▓▓▓▓▓▓▓▓

Phone: 305-445-2500   Fax:305-445-2505

---

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

| | | |
|---|---|---|
| Invoice No. | : | 120414085 |
| Invoice Date | : | 12/12/2019 |
| **Total Due** | : | **$973.92** |

Remit To:   **U.S. Legal Support, Inc.**
**P.O. Box 4772-12**
**Houston TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 2053723 |
| BU ID | : | 52-FT.LA |
| Case No. | : | 918CV80176BBBR |
| Case Name | : | Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

# INVOICE

U.S. Legal Support, Inc.
444 West Railroad Avenue
Suite 300
West Palm Beach FL  33401
Phone:561-835-0220   Fax:561-835-3583

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120416643 | 12/18/2019 | 2060134 |
| **Job Date** | **Case No.** | |
| 12/10/2019 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

Videotaped Deposition Of:

Carter Conrad & Patrick Paige

| | | | | |
|---|---|---|---|---|
| 1.Videography Services | | | 200.00 | 200.00 |
| Videography Services:  Additional Hour(s) | 2.00  Hours | @ | 95.00 | 190.00 |
| | **TOTAL DUE >>>** | | | **$390.00** |

Reference No.      :  1667.01

Thank you for choosing U.S. Legal Support!

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ▮▮▮▮▮▮▮

Phone: 305-445-2500    Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

| | | |
|---|---|---|
| Job No. | : 2060134 | BU ID      : 53-WPB |
| Case No. | : 918CV80176BBBR | |
| Case Name | : Ira Kleiman/Estate of David Kleiman vs. Craig Wright | |
| Invoice No. | : 120416643 | Invoice Date   : 12/18/2019 |
| **Total Due** | : **$390.00** | |

Remit To:   **U.S. Legal Support, Inc.**
**P.O. Box 4772-12**
**Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**                    AMEX   ▮▮▮   VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
444 West Railroad Avenue
Suite 300
West Palm Beach FL 33401
Phone:561-835-0220  Fax:561-835-3583

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120425416 | 1/13/2020 | 2060134 |
| **Job Date** | **Case No.** | |
| 12/10/2019 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

| | | | | | |
|---|---|---|---|---|---|
| Videotaped Deposition Of: | | | | | |
| Carter Conrad & Patrick Paige | | | | | |
| Video Format Conversion | 2.50 | Hours | @ | 35.00 | 87.50 |
| Video/Text Synchronization | 2.50 | Hours | @ | 35.00 | 87.50 |
| Processing/Delivery:  Video Media | | | | 25.00 | 25.00 |
| | | **TOTAL DUE >>>** | | | **$200.00** |

Reference No.      :  1667.01

Thank you for choosing U.S. Legal Support!

THIRD-PARTY COST
APPROVAL

MATTER NO._____

MATTER NAME_____

WORKING LAWYER_____

SIGNATURE_____
Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: ███████

Phone: 305-445-2500   Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

| | | | |
|---|---|---|---|
| Job No. | : 2060134 | BU ID | : 53-WPB |
| Case No. | : 918CV80176BBBR | | |
| Case Name | : Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| Invoice No. | : 120425416 | Invoice Date | : 1/13/2020 |
| **Total Due** | **: $200.00** | | |

Remit To:   **U.S. Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston TX  77210-4772**

| PAYMENT WITH CREDIT CARD | AMEX  MASTER CARD  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# Franklin Court Reporting, Inc.

Stephen Franklin

stephen_franklin@flsd.uscourts.gov



**INVOICE**

Paid

Invoice #:  031
Invoice Date:  Dec 19, 2019
Due date:  Dec 19, 2019

Amount due:
**$0.00**

Bill To:

rsanchez@riveromestre.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| One-Day delivery, Kleiman v. Wright HEARING HELD 12/18/19 | 1 | $453.75 | $453.75 |
| | | Subtotal | $453.75 |
| | | Total | $453.75 |

CASE LAW REPORTING, INC.
PROFESSIONAL REPORTERS
7001 SOUTHWEST 13 STREET
PEMBROKE PINES, FL 33023
954-985-8875/954-239-7775 fax
CASELAWRPTG@GMAIL.COM

# Invoice

Number:   **20002**

Date:     **1/3/2020**

Bill To:

RIVERO MESTRE LLP
2500 Ponce de Leon Blvd. Suite 1000,
Miami, FL 33134
ATTN: Raquel

| DATE TAKEN | REFERENCE | # PAGES | PRICE | CLIENT % | TOTAL |
|---|---|---|---|---|---|
| 01/02/20 | Ira Kleiman as the Personal Representative of the Estate of David Kleiman, et al., Plaintiffs v. Craig Wright, Defendant | | | | |
| | Case No.: 18-cv-80176-BB | | | | |
| | DAILY transcript of discovery proceedings held before Federal Magistrate Judge Bruce E. Reinhart | 43.00 | $6.05 | | $260.15 |
| | (inv. sent 01/06/20 p.m.) | | | | |

| | |
|---|---|
| SubTotal | $260.15 |
| 0.00% on $0.00 | $0.00 |
| 0.00% on $0.00 | $0.00 |
| Total | $260.15 |

Payment due upon receipt. Client shall be responsible for all costs of collection and reasonable attorney's fees.
Venue shall lie in Broward County, Florida. Interest on past due accounts shall be charged at 1.5% per month.

(NOTE FOR AGENCY:   NO WRITEUP, NO % TAKEN)

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $260.15 | $0.00 | $0.00 | $0.00 | $260.15 |

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 564286 | 1/13/2020 | 541611 |
| **Job Date** | **Case No.** | |
| 1/3/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*THIRD-PARTY COST*
*APPROVAL*

Bryan L. Paschal
Rivero Mestre
2525 Ponce De Leon Blvd.
Miami, FL  33134

MATTER NO. _1667.01_
MATTER NAME _Kleiman v. Wright_
WORKING LAWYER _2 Mayloe._

_SIGNATURE_

ONE CERTIFIED COPY OF: (2 DAY EXPEDITE)

| | | | | |
|---|---|---|---|---|
| Frank Norwitch | 42.00 Pages | @ | 6.65 | 279.30 |
| Exhibit | 31.00 Pages | @ | 0.55 | 17.05 |
| Rough Draft | 36.00 Pages | @ | 2.00 | 72.00 |
| RealTime | 36.00 Pages | @ | 2.00 | 72.00 |
| GoGreenScripts Lit Package | | | 35.00 | 35.00 |
| | **TOTAL DUE >>>** | | | **$475.35** |

Location: Loxahatchee, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Tax ID: ▆▆▆▆▆▆▆

Phone:      Fax:

*Please detach bottom portion and return with payment.*

Bryan L. Paschal
Rivero Mestre
2525 Ponce De Leon Blvd.
Miami, FL  33134

| | | |
|---|---|---|
| Invoice No. | : | 564286 |
| Invoice Date | : | 1/13/2020 |
| **Total Due** | : | **$ 475.35** |

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

| | | |
|---|---|---|
| Job No. | : | 541611 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221  Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 567210 | 1/15/2020 | 541612 |
| **Job Date** | **Case No.** | |
| 1/3/2020 | | |

THIRD-PARTY COST
APPROVAL

MATTER NO. 1467.01

MATTER NAME Kleiman v. Wright

Bryan L. Paschal
Rivero Mestre
2525 Ponce De Leon Blvd.
Miami, FL 33134

WORKING LAWYER Z. Markoe

SIGNATURE

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

| VIDEO SERVICES FOR: | | | | |
|---|---|---|---|---|
| Frank Norwitch | | | | |
| MPEG, split, burn & sync to DVD or CD | 0.75 Hours | @ | 95.00 | 71.25 |
| Linked Exhibit File | | | 150.00 | 150.00 |
| Shipping | | | 15.00 | 15.00 |
| | | **TOTAL DUE >>>** | | **$236.25** |

Reference No.  : O/ 06327

Location: Loxahatchee, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** ███████

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Bryan L. Paschal
Rivero Mestre
2525 Ponce De Leon Blvd.
Miami, FL 33134

| Invoice No. | : | 567210 |
|---|---|---|
| Invoice Date | : | 1/15/2020 |
| **Total Due** | : | **$ 236.25** |

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

| Job No. | : | 541612 |
|---|---|---|
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120423988 | 1/9/2020 | 2073180 |
| **Job Date** | **Case No.** | |
| 1/7/2020 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

Videotaped Deposition Of:

   Andres Antonopoulos

| | | | | | |
|---|---|---|---|---|---|
| 1.Videography Services | | | | 250.00 | 250.00 |
| Videography Services:  Additional Hour(s) | 6.50 | Hours | @ | 95.00 | 617.50 |
| Videography Services:  Additional Hour(s) (5:30 p.m. or after) | 2.50 | | @ | 142.50 | 356.25 |
| Media Archival | 3.00 | Tapes | @ | 20.00 | 60.00 |
| Video Format Conversion | 7.00 | Hours | @ | 35.00 | 245.00 |
| Processing/Delivery:  Video Media | | | | 25.00 | 25.00 |
| | | **TOTAL DUE >>>** | | | **$1,553.75** |

Reference No.      :  1667.01

Thank you for choosing U.S. Legal Support!

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ▮▮▮▮▮▮                                      Phone: 305-445-2500   Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

| | | | |
|---|---|---|---|
| Job No. | : 2073180 | BU ID | : 51-MIAMI |
| Case No. | : 918CV80176BBBR | | |
| Case Name | : Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| Invoice No. | : 120423988 | Invoice Date | : 1/9/2020 |
| **Total Due** | : **$1,553.75** | | |

**PAYMENT WITH CREDIT CARD**          AMEX  [  ]  VISA

Cardholder's Name:

Card Number:

Exp. Date: _____  Phone#: _____

Billing Address:

Zip: _____  Card Security Code: _____

Amount to Charge:

Cardholder's Signature:

Remit To:   **U.S. Legal Support, Inc.**
          **P.O. Box 4772**
          **Houston TX  77210-4772**

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120426457 | 1/15/2020 | 2073179 |
| **Job Date** | **Case No.** | |
| 1/7/2020 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

THIRD-PARTY COST
APPROVAL

MATTER NO. _1667.0_

MATTER NAME _Kleiman v. Wright_

WORKING LAWYER

SIGNATURE

Zalman Kass, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL 33134-6046

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Andreas Antonopoulos | 372.00 Pages | @ | 4.45 | 1,655.40 |
| 5-Day Expedited Transcript | | | | 993.24 |
| Attendance - First Hour | | | 85.00 | 85.00 |
| Additional Hour(s) | 6.50 | @ | 65.00 | 422.50 |
| Attendance: Additional Hour(s) (Starting 5:30 p.m. or after) | 2.50 | @ | 75.00 | 187.50 |
| Realtime Page Premium | 265.00 Pages | @ | 2.00 | 530.00 |
| Processing & Handling | | | 45.00 | 45.00 |
| Andreas Antonopoulos | | | | |
| Exhibit | 240.00 Pages | @ | 0.50 | 120.00 |

|  | TOTAL DUE  >>> | **$4,038.64** |
|---|---|---|

Reference No.   : 1667.01

|  |  |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **4,038.64** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ▓▓▓▓▓▓

Phone: 305-445-2500   Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Zalman Kass, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL 33134-6046

Job No.    : 2073179      BU ID    : 51-MIAMI
Case No.   : 918CV80176BBBR
Case Name  : Ira Kleiman/Estate of David Kleiman vs. Craig Wright
Invoice No. : 120426457      Invoice Date : 1/15/2020
**Total Due  : $ 4,038.64**

Remit To: **U.S. Legal Support, Inc.**
          **P.O. Box 4772**
          **Houston TX  77210-4772**

| **PAYMENT WITH CREDIT CARD** |   |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

# U.S. Legal Support

## INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120427388 | 1/17/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2073180 | 1/7/2020 | $362.50 |

**U.S. Legal Support, Inc.**
**One Southeast Third Avenue Suite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-1427**

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

**Andres Rivero, Esquire**
**Rivero, Mestre, L.L.P.**
**2525 Ponce De Leon Boulevard**
**Suite 1000**
**Miami FL 33134-6046**

| Case No |
|---|
| 918CV80176BBBR |

*(handwritten: THIRD-PARTY COST APPROVAL 1667.01 MATTER NO. MATTER NAME Kleiman v. Wright WORKING LAWYER SIGNATURE)*

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Rivero, Mestre, L.L.P.<br>2525 Ponce De Leon Boulevard Suite 1000<br>Miami FL 33134-6046 | Andres Rivero, Esquire<br>Rivero, Mestre, L.L.P.<br>2525 Ponce De Leon Boulevard<br>Suite 1000<br>Miami FL 33134-6046 | Client Matter No:1667.01<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: Videotaped Deposition Of:Andres Antonopoulos | | | | | |
| Video/Text Synchronization | 7.00 | $37.50 | $262.50 | $0.00 | $262.50 |
| Expedited Processing/Delivery - Video Media | 1.00 | $100.00 | $100.00 | $0.00 | $100.00 |
| ( Taxable 0.00) | | | | | |
| | | | $362.50 | $0.00 | |

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| **Total Due** | **$362.50** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$362.50** |

**Tax ID :** 

Phone: 305-445-2500     Fax:305-445-2505

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Andres Rivero, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard Suite 1000
Miami FL 33134-6046

| Invoice No. | 120427388 |
|---|---|
| **Invoice Date:** | 1/17/2020 |
| **Total Due** | **$362.50** |
| **Job No.** | 2073180 |
| **Case No:** | 918CV80176BBBR |

Remit To:  **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

**Rivero Mestre LLP**

12016

```
DATE    : Jan/16/2020
CHE #   : 12016
AMOUNT  : $88.80
```
███████████████████████████

```
PAID TO: Franklin Court Reporting
Court Reporter Fees
1667 - Wright, Mr. Craig
MATTER :1667.01
```
███████████████████████████████

Kleiman v. Wright

** GENERAL BALANCES **
UNBILLED DISBS:
A/R BALANCE   :          ████████████

** TRUST BALANCES **
Trust Acct31:            ██████████

TRUST BALANCE :          ██████████

TO REORDER PLEASE CALL CHECK-O-MATIC (845) 781-7675 TOLL FREE 800-555-6374

**Yvette Puentes**

| | |
|---|---|
| **From:** | Raquel Sanchez |
| **Sent:** | Thursday, January 16, 2020 10:47 AM |
| **To:** | Yvette Puentes |
| **Subject:** | FW: TRANSCRIPT AVAILABLE: Kleiman v. Wright |
| **Attachments:** | FCR W-9.pdf |

Hi Yvette,

Can we send this payment today, we need this transcript today please? Thank you so much!

**From:** Stephen Franklin <sfranklinusdc@aol.com>
**Sent:** Thursday, January 16, 2020 10:22 AM
**To:** Raquel Sanchez <rsanchez@riveromestre.com>
**Subject:** TRANSCRIPT AVAILABLE: Kleiman v. Wright

Telephonic discovery conference held 1-9-20 before Judge Reinhart.

Ms. Sanchez,

The transcript is available for purchase of the above-listed hearing. The cost is $88.80. I can either email you an electronic invoice that is payable by credit card, or just follow these instructions.

Your firm's check MUST be made payable as follows:

FRANKLIN COURT REPORTING, INC.
1079 LYTHAM COURT
WEST PALM BEACH, FL 33411

AMOUNT: $88.80

Please print a copy of this email and include it with payment.

If Fedexing, please put "NO SIGNATURE REQUIRED."

I am attaching a signed W-9 for your accounting department.

I will forward the transcript via email to you upon receipt of payment.

THANKS!

Regards,

Stephen W. Franklin
Official Court Reporter
Hon. Kenneth A. Marra
United States District Judge
561-313-8439

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1442

*THIRD-PARTY COST APPROVAL*

*MATTER NO. 1667.0*

*MATTER NAME Kleiman v. Wright*

*WORKING LAWYER*

*SIGNATURE*

Bryan Paschal, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120428061 | 1/20/2020 | 2068611 |
| **Job Date** | **Case No.** | |
| 1/10/2020 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

| ORIGINAL TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Ira Kleiman | 237.00 | Pages | @ | 4.45 | 1,054.65 |
| 5-Day Expedited Transcript | | | | | 632.79 |
| Attendance - First Hour | | | | 85.00 | 85.00 |
| Additional Hour(s) | 5.50 | | @ | 65.00 | 357.50 |
| Realtime Page Premium | 175.00 | Pages | @ | 2.00 | 350.00 |
| Processing & Handling | | | | 45.00 | 45.00 |
| Ira Kleiman | | | | | |
| Exhibit | 276.00 | Pages | @ | 0.50 | 138.00 |

TOTAL DUE  >>>                                           **$2,662.94**

Reference No.  : 1667.01

(-) Payments/Credits:                    0.00
(+) Finance Charges/Debits:              0.00
(=) New Balance:                    2,662.94

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ▮▮▮▮▮

Phone: 305-445-2500    Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Bryan Paschal, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

Job No.    : 2068611        BU ID    : 51-MIAMI
Case No.   : 918CV80176BBBR
Case Name  : Ira Kleiman/Estate of David Kleiman vs. Craig Wright
Invoice No. : 120428061        Invoice Date : 1/20/2020
**Total Due  : $ 2,662.94**

Remit To: **U.S. Legal Support, Inc.**
          **P.O. Box 4772**
          **Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

*THIRD-PARTY COST APPROVAL*

*MATTER NO. 1667.01*

*MATTER NAME Kleiman v. Wright*

*WORKING LAWYER*

*SIGNATURE*

Andres Rivero, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL 33134-6046

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120428483 | 1/21/2020 | 2068612 |

| Job Date | Case No. | |
|---|---|---|
| 1/10/2020 | 918CV80176BBBR | |

| Case Name | | |
|---|---|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Videotaped Deposition Of:

  Ira Kleiman

| | | | | | |
|---|---|---|---|---|---|
| 1.Videography Services | | | | 250.00 | 250.00 |
| Videography Services:  Additional Hour(s) | 5.00 | Hours | @ | 95.00 | 475.00 |
| Media Archival | 2.00 | Tapes | @ | 20.00 | 40.00 |
| Video Format Conversion | 4.00 | Hours | @ | 35.00 | 140.00 |
| Video/Text Synchronization | 4.00 | Hours | @ | 37.50 | 150.00 |
| Processing/Delivery:  Video Media | | | | 25.00 | 25.00 |

| TOTAL DUE  >>> | $1,080.00 |
|---|---|

Reference No.    :  1667.01

Thank you for choosing U.S. Legal Support!

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ▮▮▮▮▮▮

Phone: 305-445-2500   Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL 33134-6046

| Job No. | : 2068612 | BU ID | : 51-MIAMI |
|---|---|---|---|
| Case No. | : 918CV80176BBBR | | |
| Case Name | : Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| Invoice No. | : 120428483 | Invoice Date | : 1/21/2020 |
| Total Due | : $1,080.00 | | |

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|

Cardholder's Name:

Card Number:

Exp. Date:                      Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **U.S. Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston TX  77210-4772**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221  Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 566043 | 1/13/2020 | 542339 |

| Job Date | Case No. | |
|---|---|---|
| 1/10/2020 | | |

THIRD-PARTY COST
APPROVAL

MATTER NO. _1667.01_

MATTER NAME _Kleman v. Wright_

Zaharah R. Markoe
Rivero Mestre
2525 Ponce De Leon Blvd.
Miami, FL 33134

WORKING LAWYER _Z. MARKOE_

SIGNATURE _____

| Case Name | | |
|---|---|---|
| Estate of David Kleiman, et al. v. Craig Wright | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

| ONE CERTIFIED COPY OF: (DAILY EXPEDITE) | | | | | |
|---|---|---|---|---|---|
| D. Stewart MacIntyre, Jr. M.D. | 115.00 | Pages | @ | 7.00 | 805.00 |
| Exhibit | 23.00 | Pages | @ | 0.55 | 12.65 |
| Rough Draft | 100.00 | Pages | @ | 2.00 | 200.00 |
| RealTime | 100.00 | Pages | @ | 2.00 | 200.00 |
| GoGreenScripts Lit Package | | | | 35.00 | 35.00 |

**TOTAL DUE >>>** $1,252.65

Reference No.  : O

Location: Miami, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** ▮▮▮▮▮▮▮                                                    Phone:        Fax:

*Please detach bottom portion and return with payment.*

Zaharah R. Markoe
Rivero Mestre
2525 Ponce De Leon Blvd.
Miami, FL 33134

| | | |
|---|---|---|
| Invoice No. | : | 566043 |
| Invoice Date | : | 1/13/2020 |
| **Total Due** | **:** | **$ 1,252.65** |

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

| | | |
|---|---|---|
| Job No. | : | 542339 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 567554 | 1/20/2020 | 542340 |

| Job Date | Case No. | |
|---|---|---|
| 1/10/2020 | | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

*THIRD-PARTY COST APPROVAL*
*MATTER NO. 1617-0*
*MATTER NAME Kleiman v. Wright*
*WORKING LAWYER*
*SIGNATURE*

Zaharah R. Markoe
Rivero Mestre
2525 Ponce De Leon Blvd.
Miami, FL 33134

---

VIDEO SERVICES FOR:

D. Stewart MacIntyre, Jr. M.D.

| | | | | |
|---|---|---|---|---|
| MPEG, split, burn & sync to DVD or CD | 1.50 Hours | @ | 95.00 | 142.50 |
| | TOTAL DUE >>> | | | $142.50 |

Reference No.  : O/ 06370

Location: Miami, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Tax ID: ███████                                                    Phone:    Fax:

*Please detach bottom portion and return with payment.*

Zaharah R. Markoe
Rivero Mestre
2525 Ponce De Leon Blvd.
Miami, FL 33134

| | | |
|---|---|---|
| Invoice No. | : | 567554 |
| Invoice Date | : | 1/20/2020 |
| **Total Due** | : | **$ 142.50** |

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

| | | |
|---|---|---|
| Job No. | : | 542340 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120429761 | 1/23/2020 | 2079320 |

| Job Date | Case No. | |
|---|---|---|
| 1/16/2020 | 18CV80176 | |

*THIRD PARTY COST*
*APPROVAL*
MATTER NO. 1067.01
MATTER NAME *Kleiman v. Wright*
WORKING LAWYER
SIGNATURE

| Case Name | | |
|---|---|---|
| Ira Kleiman vs. Craig Wright | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL 33134-6046

**Videotaped Deposition Of:**

Matthew Edman

| | | | | | |
|---|---|---|---|---|---|
| 1.Videography Services | | | | 200.00 | 200.00 |
| Videography Services:  Additional Hour(s) | 3.00 | Hours | @ | 95.00 | 285.00 |
| Media Archival | 5.00 | Tapes | @ | 0.00 | 0.00 |
| Video Format Conversion | 3.00 | Hours | @ | 35.00 | 105.00 |
| Video/Text Synchronization | 3.00 | Hours | @ | 37.50 | 112.50 |
| Processing/Delivery:  Video Media | | | | 25.00 | 25.00 |

**TOTAL DUE  >>>**                        **$727.50**

Thank you for choosing U.S. Legal Support!

*Please contact us immediately with questions or corrections regarding billing or payment.*
*No adjustments or refunds will be made after 120 days from date of payments.*

**Tax ID:** ▓▓▓▓▓                                          Phone: 305-445-2500   Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL 33134-6046

| | | |
|---|---|---|
| Job No. | : 2079320 | BU ID        : 51-MIAMI |
| Case No. | : 18CV80176 | |
| Case Name | : Ira Kleiman vs. Craig Wright | |

| | | |
|---|---|---|
| Invoice No. | : 120429761 | Invoice Date   : 1/23/2020 |
| **Total Due** | **: $727.50** | |

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**       AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120430347 | 1/24/2020 | 2079319 |
| **Job Date** | **Case No.** | |
| 1/16/2020 | 18CV80176 | |
| | **Case Name** | |
| | Ira Kleiman vs. Craig Wright | |
| | **Payment Terms** | |
| | Due upon receipt | |

*THIRD-PARTY COST APPROVAL*

*MATTER NO.* 14170l

Zalman Kass, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

*MATTER NAME* Kleiman v Wright

*WORKING LAWYER* Z Kass

*SIGNATURE*

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Matthew Edman | 174.00 | Pages | @ | 4.45 | 774.30 |
| 3-Day Expedited Transcript | | | | | 619.44 |
| Attendance - First Hour | | | | 85.00 | 85.00 |
| Additional Hour(s) | 4.00 | | @ | 65.00 | 260.00 |
| Realtime Page Premium | 125.00 | Pages | @ | 2.00 | 250.00 |
| Medical/Technical surcharge | 130.00 | Pages | @ | 0.25 | 32.50 |
| Processing & Handling | | | | 45.00 | 45.00 |
| Matthew Edman | | | | | |
| Exhibit | 113.00 | Pages | @ | 0.50 | 56.50 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$2,122.74** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 2,122.74 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Phone: 305-445-2500   Fax:305-445-2505

**Tax ID:** ▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Zalman Kass, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

Job No.     : 2079319        BU ID     : 51-MIAMI
Case No.    : 18CV80176
Case Name   : Ira Kleiman vs. Craig Wright

Invoice No. : 120430347      Invoice Date : 1/24/2020
**Total Due  : $ 2,122.74**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:                        Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **U.S. Legal Support, Inc.**
          **P.O. Box 4772**
          **Houston TX  77210-4772**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588746 | 4/20/2020 | 550991 |
| **Job Date** | **Case No.** | |
| 3/16/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---|
| Dr. Craig Wright | 287.00 | Pages | @ | 4.50 | 1,291.50 |
| Exhibit | 206.00 | Pages | @ | 0.55 | 113.30 |
| Rough Draft | 247.00 | Pages | @ | 2.00 | 494.00 |
| Remote Realtime Feed | 247.00 | | @ | 2.00 | 494.00 |
| Remote Realtime Feed | 247.00 | | @ | 2.00 | 494.00 |
| Remote Realtime Set-up Fee | | | | 70.00 | 70.00 |
| GoGreenScripts Lit Package | | | | 35.00 | 35.00 |

TOTAL DUE >>>                                    $2,991.80

Reference No.      :  O/ 109448

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Remote Connections To: Arivero@riveromestre.com & jpaez@riveromestre.com

(-) Payments/Credits:                               0.00

**Tax ID:**                                         Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

| | | | | |
|---|---|---|---|---|
| Job No. | : | 550991 | BU ID | : New York |
| Case No. | : | | | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : | 588746 | Invoice Date | : 4/20/2020 |
| **Total Due** | : | **$2,991.80** | | |

| PAYMENT WITH CREDIT CARD | AMEX   MasterCard   VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221   Fax:917-591-1113





| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 590322 | 4/20/2020 | 550994 |

| Job Date | Case No. | |
|---|---|---|
| 3/16/2020 | | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134

| | | | | | |
|---|---|---|---|---|---|
| Dr. Craig Wright | | | | | |
| MPEG, split, burn & sync to DVD or CD | 6.25 | Hours | @ | 95.00 | 593.75 |
| Linked Exhibit File | | | | 150.00 | 150.00 |

**TOTAL DUE >>>**   **$743.75**

Reference No.      : O/ 109593

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 743.75 |

**Tax ID:** ▮▮▮▮▮▮

Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134

| | | | | |
|---|---|---|---|---|
| Job No. | : 550994 | | BU ID | : New York |
| Case No. | : | | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | | |
| Invoice No. | : 590322 | | Invoice Date | : 4/20/2020 |
| **Total Due** | **: $743.75** | | | |

| PAYMENT WITH CREDIT CARD | AMEX   MasterCard   VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone: 866-624-6221   Fax: 917-591-1113



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588074 | 4/20/2020 | 560274 |
| **Job Date** | **Case No.** | |
| 3/17/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---:|
| Andrew O'Hagan | | 239.00 | Pages | @ | 4.50 | 1,075.50 |
| Exhibit | | 71.00 | Pages | @ | 0.55 | 39.05 |
| Rough Draft | | 185.00 | Pages | @ | 2.00 | 370.00 |
| Remote Realtime Feed | | 185.00 | | @ | 2.00 | 370.00 |
| Remote Realtime Set-up Fee | | | | | 70.00 | 70.00 |
| GoGreenScripts Lit Package | | | | | 35.00 | 35.00 |

**TOTAL DUE  >>>**                                **$1,959.55**

Reference No.       :  O/ 109448

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Remote Connections To: jpaez@riveromestre.com

(-) Payments/Credits:                          0.00
(+) Finance Charges/Debits:                    0.00

**Tax ID:** ▬▬▬▬▬                              Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

Job No.        :  560274          BU ID        : New York
Case No.       :
Case Name      :  Estate of David Kleiman, et al. v. Craig Wright

Invoice No.    :  588074          Invoice Date  : 4/20/2020
**Total Due**      :  **$1,959.55**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 590327 | 4/20/2020 | 560279 |
| **Job Date** | **Case No.** | |
| 3/17/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

| | | | | |
|---|---|---|---|---|
| Andrew O'Hagan | | | | |
| MPEG, split, burn & sync to DVD or CD | 4.00   Hours | @ | 95.00 | 380.00 |
| Linked Exhibit File | | | 150.00 | 150.00 |
| | **TOTAL DUE  >>>** | | | **$530.00** |

Reference No.     :  O/ 109448

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 530.00 |

**Tax ID:** ▮▮▮▮▮▮▮                                                    Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

| | | | | | |
|---|---|---|---|---|---|
| Job No. | : | 560279 | BU ID | : New York | |
| Case No. | : | | | | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright | | | |
| Invoice No. | : | 590327 | Invoice Date | : 4/20/2020 | |
| **Total Due** | : | **$530.00** | | | |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

| **PAYMENT WITH CREDIT CARD** | AMEX  MASTERCARD  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221  Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588168 | 4/20/2020 | 550996 |
| **Job Date** | **Case No.** | |
| 3/18/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

ONE CERTIFIED COPY OF:

| | | | | |
|---|---|---|---|---|
| Dr. Craig Wright | 323.00 Pages | @ | 4.50 | 1,453.50 |
| Exhibit | 442.00 Pages | @ | 0.55 | 243.10 |
| Rough Draft | 279.00 Pages | @ | 2.00 | 558.00 |
| Remote Realtime Feed | 279.00 | @ | 2.00 | 558.00 |
| Remote Realtime Set-up Fee | | | 70.00 | 70.00 |
| GoGreenScripts Lit Package | | | 35.00 | 35.00 |
| | **TOTAL DUE >>>** | | | **$2,917.60** |

Reference No.     : O/ 109448

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Remote Connections To: jpaez@riveromestre.com

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |

**Tax ID:** ▮▮▮▮▮▮                                                      Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

| | | | |
|---|---|---|---|
| Job No. | : 550996 | BU ID | : New York |
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 588168 | Invoice Date | : 4/20/2020 |
| **Total Due** | : **$2,917.60** | | |

**PAYMENT WITH CREDIT CARD**     AMEX | | | VISA

Cardholder's Name:

Card Number:

Exp. Date:                         Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 590319 | 4/20/2020 | 550997 |

| Job Date | Case No. |
|---|---|
| 3/18/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

---

Dr. Craig Wright

| | | | | |
|---|---|---|---|---|
| MPEG, split, burn & sync to DVD or CD | 6.00  Hours | @ | 95.00 | 570.00 |
| Linked Exhibit File | | | 150.00 | 150.00 |

**TOTAL DUE >>>**                    **$720.00**

Reference No.        : O/ 109448

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 720.00 |

Tax ID: ███████

Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

| | | | |
|---|---|---|---|
| Job No. | : 550997 | BU ID | : New York |
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 590319 | Invoice Date | : 4/20/2020 |
| **Total Due** | : **$720.00** | | |

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221  Fax:917-591-1113



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588070 | 4/20/2020 | 550999 |
| **Job Date** | **Case No.** | |
| 3/19/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---|
| Ramona Watts (Confidential) | 388.00 | Pages | @ | 4.50 | 1,746.00 |
| Exhibit | 267.00 | Pages | @ | 0.55 | 146.85 |
| Rough Draft | 310.00 | Pages | @ | 2.00 | 620.00 |
| Remote Realtime Feed | 310.00 | | @ | 2.00 | 620.00 |
| Remote Realtime Set-up Fee | | | | 70.00 | 70.00 |
| GoGreenScripts Lit Package | | | | 35.00 | -35.00 |

ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---|
| Ramona Watts (Absence of Witness) | 11.00 | Pages | @ | 4.50 | 49.50 |

TOTAL DUE >>> **$3,287.35**

Reference No.      :  O/ 109448

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Remote Connections To: jpaez@riveromestre.com

**Tax ID:** [REDACTED]                                                                                    Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

| | | | | |
|---|---|---|---|---|
| Job No. | : 550999 | | BU ID | : New York |
| Case No. | : | | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | | |
| Invoice No. | : 588070 | | Invoice Date | : 4/20/2020 |
| **Total Due** | **: $3,287.35** | | | |

Remit To:   **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

| **PAYMENT WITH CREDIT CARD** | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |



**ABN 85 120 213 381  P +613 8628 5555**
GPO Box 1618
Melbourne VIC 3001

Rivero Mestre LLP (USA)
2525 Ponce de Leon Blvd (Suite 1000)
Miami  Florida  33134
United States of America

Invoice No:   **CR10919**

Date:          24/04/2020

# Tax Invoice

### *Provision of recording & Transcription Services for the period ending*  24/04/2020

| Units | Particulars: | Price | Amount: |
|---|---|---|---|
| | Attention : S Gonzalez | | |
| | Case Number : 9:18-cv-80176-BB/BR | | |
| | Matter - Deposition : IRA Kleiman, as the personal representative of the Estate of David Kleiman, and W&K info Defense Research LLC v Craig Wright | | |
| | Location : Epiq, Level 4, 190 Queen Street Melbourne - conducted via zoom conferencing | | |
| | Date : 2nd April 2020 - Thursday | | |
| | Deponent : Mr Don Lynam | | |
| 1 | Dep Attendance | $425.00 | $425.00 |
| 82 | Dep Transcription - standard turnaround | $14.55 | $1,193.10 |
| | **VIDEOGRAPHER COSTS** | | |
| 1 | Videographer attendance | $875.00 | $875.00 |
| 4 | Master tapes/ DVD's | $30.00 | $120.00 |
| 1 | Zoom conferencing and boardroom facilities | $900.00 | $900.00 |
| 1 | Videographer - travel (flights, accommodation, transport) | $1,000.00 | $1,000.00 |
| | *** ALL COSTS IN US$ *** | | |

Direct deposit by EFT: Epiq Australia Pty Ltd
Westpac Banking Corporation
BSB:
Account:
crsremit@EpiqGlobal.com

GST Amount                    $0.00

**Total Amount:**            **$4,513.10**

Terms - Nett 14 days

Epiq Australia Pty Ltd

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592222 | 4/30/2020 | 572723 |
| **Job Date** | **Case No.** | |
| 4/20/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Zaharah R. Markoe, Esquire
Rivero Mestre
2525 Ponce De Leon Blvd.
Suite 1000
Miami, FL  33134

---

ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---|
| D. Stewart McIntyre | | 69.00  Pages | @ | 3.50 | 241.50 |
| Exhibit | | 6.00  Pages | @ | 0.55 | 3.30 |
| GoGreenScripts Lit Package | | | | 35.00 | 35.00 |

**TOTAL DUE >>>**                                          **$279.80**

Reference No.       :  O

Location: Florida

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 279.80 |

---

**Tax ID:** ████████                                          Phone:    Fax:

*Please detach bottom portion and return with payment.*

Zaharah R. Markoe, Esquire
Rivero Mestre
2525 Ponce De Leon Blvd.
Suite 1000
Miami, FL  33134

| | | | | |
|---|---|---|---|---|
| Job No. | : 572723 | BU ID | : New York | |
| Case No. | : | | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | | |
| Invoice No. | : 592222 | Invoice Date | : 4/30/2020 | |
| **Total Due** | **: $279.80** | | | |

**PAYMENT WITH CREDIT CARD**                    AMEX  MasterCard  VISA

| |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                 Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592552 | 5/7/2020 | 572756 |
| **Job Date** | **Case No.** | |
| 4/21/2020 | | |

| **Case Name** |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| **Payment Terms** |
|---|
| Due upon receipt |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

| | | | | |
|---|---|---|---|---|
| ONE CERTIFIED COPY OF: | | | | |
| Ami Klin | 432.00 Pages | @ | 3.50 | 1,512.00 |
| Exhibit | 297.00 Pages | @ | 0.55 | 163.35 |
| Rough Draft | 384.00 Pages | @ | 2.00 | 768.00 |
| GoGreenScripts Lit Package | | | 35.00 | 35.00 |
| ONE CERTIFIED COPY OF: | | | | |
| Ami Klin - Attorney's Eyes Only | 20.00 Pages | @ | 3.50 | 70.00 |
| Rough Draft | 16.00 Pages | @ | 2.00 | 32.00 |

TOTAL DUE  >>>                                                    $2,580.35

Reference No.       :  O

Location: Georgia

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 38.71 |

**Tax ID:** ▓▓▓▓▓

Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

| | | | |
|---|---|---|---|
| Job No. | :  572756 | BU ID | : New York |
| Case No. | : | | |
| Case Name | :  Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | :  592552 | Invoice Date | : 5/7/2020 |
| **Total Due** | :  **$2,619.06** | | |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592552 | 5/7/2020 | 572756 |
| **Job Date** | **Case No.** | |
| 4/21/2020 | | |

| **Case Name** |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| **Payment Terms** |
|---|
| Due upon receipt |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

**(=) New Balance:**          **2,619.06**

Tax ID: ███████                                      Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

Job No.      : 572756        BU ID      : New York
Case No.     :
Case Name    : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 592552        Invoice Date  : 5/7/2020
**Total Due  : $2,619.06**

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

| **PAYMENT WITH CREDIT CARD** | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1427

*1667.01*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120470214 | 5/6/2020 | 2144147 |
| **Job Date** | **Case No.** | |
| 4/22/2020 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Zalman Kass, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

| | | | | | |
|---|---|---|---|---|---|
| Stefan Boedeker | | | | | |
| Exhibit | 1,074.00 | Pages | @ | 0.35 | 375.90 |
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Stefan Boedeker | 259.00 | Pages | @ | 4.45 | 1,152.55 |
| Attendance - First Hour | | | | 85.00 | 85.00 |
| Additional Hour(s) | 4.50 | | @ | 65.00 | 292.50 |
| Attendance:  Additional Hour(s) (Starting 5:30 p.m. or after) | 0.50 | | @ | 75.00 | 37.50 |
| Medical/Technical surcharge | 180.00 | Pages | @ | 0.25 | 45.00 |
| Processing & Handling | | | | 45.00 | 45.00 |

| | | |
|---|---|---|
| | **TOTAL DUE >>>** | **$2,033.45** |

Reference No.   :  1667.01

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **2,033.45** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ███████

Phone: 305-445-2500   Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Zalman Kass, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

| | | | | |
|---|---|---|---|---|
| Job No. | : 2144147 | BU ID | :51-MIAMI | |
| Case No. | : 918CV80176BBBR | | | |
| Case Name | : Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | | |
| Invoice No. | : 120470214 | Invoice Date | :5/6/2020 | |
| **Total Due** | **: $ 2,033.45** | | | |

Remit To: **U S Legal Support, Inc.**
         **P.O. Box 4772**
         **Houston TX  77210-4772**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120467854 | 4/28/2020 | 2144377 |
| **Job Date** | **Case No.** | |
| 4/24/2020 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Zalman Kass, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

| ORIGINAL TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Andreas Antonopoulos | 170.00 | Pages | @ | 4.45 | 756.50 |
| 2-Day Expedited Transcript | | | | | 681.70 |
| Attendance - First Hour | | | | 85.00 | 85.00 |
| Additional Hour(s) | 5.00 | | @ | 65.00 | 325.00 |
| Medical/Technical surcharge | 125.00 | Pages | @ | 0.25 | 31.25 |
| Processing & Handling | | | | 45.00 | 45.00 |
| Andreas Antonopoulos | | | | | |
| Exhibit | 43.00 | Pages | @ | 0.50 | 21.50 |

TOTAL DUE  >>>  **$1,945.95**

Reference No.   : 1667.01

(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:  **1,945.95**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ▮▮▮▮▮▮              Phone: 305-445-2500   Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Zalman Kass, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

Job No.     : 2144377          BU ID      : 51-MIAMI
Case No.    : 918CV80176BBBR
Case Name   : Ira Kleiman/Estate of David Kleiman vs. Craig
              Wright
Invoice No. : 120467854          Invoice Date  : 4/28/2020
**Total Due  : $ 1,945.95**

Remit To: **U S Legal Support, Inc.**
          **P.O. Box 4772**
          **Houston TX  77210-4772**

| **PAYMENT WITH CREDIT CARD** |  |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120468645 | 4/30/2020 | 2144378 |
| **Job Date** | **Case No.** | |
| 4/24/2020 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Zalman Kass, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL 33134-6046

| ORIGINAL TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Robert Leonard | | | | | |
| | 187.00 Pages | @ | 4.45 | 832.15 |
| 2-Day Expedited Transcript | | | | 749.87 |
| Attendance - First Hour | | | 85.00 | 85.00 |
| Additional Hour(s) | 4.00 | @ | 65.00 | 260.00 |
| Processing & Handling | | | 45.00 | 45.00 |
| Robert Leonard | | | | |
| Exhibit | 82.00 Pages | @ | 0.50 | 41.00 |

TOTAL DUE >>>  **$2,013.02**

Reference No.  : 1667.01

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 2,013.02 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** Phone: 305-445-2500  Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Zalman Kass, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL 33134-6046

Job No.    : 2144378    BU ID    :51-MIAMI
Case No.   : 918CV80176BBBR
Case Name  : Ira Kleiman/Estate of David Kleiman vs. Craig Wright
Invoice No. : 120468645    Invoice Date :4/30/2020
**Total Due  : $ 2,013.02**

Remit To: **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX  77210-4772**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1427

*1667.01*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120470854 | 5/7/2020 | 2144372 |
| **Job Date** | **Case No.** | |
| 4/29/2020 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Zalman Kass, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Dr. Matthew Edman | 240.00 Pages | @ | 4.45 | 1,068.00 |
| 5-Day Expedited Transcript | | | | 640.80 |
| Attendance - First Hour | | | 85.00 | 85.00 |
| Additional Hour(s) | 6.00 | @ | 65.00 | 390.00 |
| Medical/Technical surcharge | 181.00 Pages | @ | 0.25 | 45.25 |
| Processing & Handling | | | 45.00 | 45.00 |
| Dr. Matthew Edman | | | | |
| Exhibit | 2,667.00 Pages | @ | 0.35 | 933.45 |
| Exhibits: Color | 48.00 Pages | @ | 0.35 | 16.80 |

**TOTAL DUE  >>>**            **$3,224.30**

Reference No.   : 1667.01

|  |  |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **3,224.30** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ▮▮▮▮▮▮▮

Phone: 305-445-2500    Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Zalman Kass, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

Job No.     : 2144372        BU ID     :51-MIAMI
Case No.    : 918CV80176BBBR
Case Name  : Ira Kleiman/Estate of David Kleiman vs. Craig
              Wright

Invoice No. : 120470854        Invoice Date  :5/7/2020
**Total Due  : $ 3,224.30**

Remit To: **U S Legal Support, Inc.**
          **P.O. Box 4772**
          **Houston TX   77210-4772**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221  Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592640 | 5/7/2020 | 572757 |
| **Job Date** | **Case No.** | |
| 4/29/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Neha Dagley, Esquire
Rivero Mestre
2525 Ponce De Leon Blvd.
Suite 1000
Miami, FL 33134

| ONE CERTIFIED COPY OF: (3 DAY EXPEDITE) | | | | |
|---|---|---|---|---|
| William Eggington-Confidential | 332.00 Pages | @ | 6.30 | 2,091.60 |
| Exhibit | 168.00 Pages | @ | 0.55 | 92.40 |
| Rough Draft | 296.00 Pages | @ | 2.00 | 592.00 |
| GoGreenScripts Lit Package | | | 35.00 | 35.00 |

TOTAL DUE >>>                   **$2,811.00**

Reference No.       : O

Location: Utah

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| (-) Payments/Credits: | 2,810.50 |
|---|---|
| (+) Finance Charges/Debits: | 42.18 |
| (=) New Balance: | **42.68** |

**Tax ID:** ▓▓▓▓▓

Phone:     Fax:

*Please detach bottom portion and return with payment.*

Neha Dagley, Esquire
Rivero Mestre
2525 Ponce De Leon Blvd.
Suite 1000
Miami, FL 33134

| Job No. | : 572757 | BU ID | : New York |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| | | | |
| Invoice No. | : 592640 | Invoice Date | : 5/7/2020 |
| **Total Due** | : **$42.68** | | |

Remit To:   **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 740

Andres Rivero, Esq.
Rivero Mestre, LLP
2525 Ponce de Leon Boulevard
Suite1000
Miami, FL 33134
(305) 445-2500   Fax: (305) 445-2505
www.riveromestre.com

**MAKE CHECKS PAYABLE TO:**
Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: ▉▉▉▉▉

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL    X CIVIL | | 09-01-2021 | 09-01-2021 |

**In the matter of:** 9:18-CV-80176-BB, Kleiman v Wright

Telephonic hearing before Judge Bloom, 4/29/2020, 15p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 15 | 7.98 | 119.70 | | | | | | | 119.70 |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 119.70 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 09-01-2021 | **Check:** Credit Card, ▉▉ | **Amount:** 119.70 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>09-01-2021 |
|---|---|

**DISTRIBUTION:**       TO PARTY (2 copies - 1 to be returned with payment)       COURT REPORTER       COURT REPORTER SUPERVISOR

# INVOICE



Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 593144 | 5/28/2020 | 576194 |
| **Job Date** | **Case No.** | |
| 4/30/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134

---

ONE CERTIFIED COPY OF: (4 DAY EXPEDITE)

_____ (Confidential)

GoGreenScripts Lit Package

John Doe

Reference No.      : O

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | | | |
|---|---|---|---|
| 62.00 Pages | @ | 5.60 | 347.20 |
| | | 35.00 | 35.00 |
| **TOTAL DUE >>>** | | | **$382.20** |

Tax ID: ■■■■■

Phone: 305-445-2500   Fax:

---

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134

| | | | | |
|---|---|---|---|---|
| Job No. | : 576194 | BU ID | : New York | |
| Case No. | : | | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | | |
| Invoice No. | : 593144 | Invoice Date | : 5/28/2020 | |
| **Total Due** | : **$382.20** | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA 19182-2804**

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404 Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120470511 | 5/6/2020 | 2144381 |
| **Job Date** | **Case No.** | |
| 4/30/2020 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |



Amanda McGovern, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL 33134-6046

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Gordon Klein | 385.00 Pages | @ | 4.45 | 1,713.25 |
|    3-Day Expedited Transcript | | | | 1,370.60 |
|    Attendance - First Hour | | | 85.00 | 85.00 |
|    Additional Hour(s) | 6.50 | @ | 65.00 | 422.50 |
|    Attendance: Additional Hour(s) (Starting 5:30 p.m. or after) | 2.50 | @ | 75.00 | 187.50 |
|    Rough Draft | 265.00 Pages | @ | 1.80 | 477.00 |
|    Medical/Technical surcharge | 275.00 Pages | @ | 0.25 | 68.75 |
|    Processing & Handling | | | 45.00 | 45.00 |
| Gordon Klein | | | | |
|    Exhibit | 35.00 Pages | @ | 0.50 | 17.50 |
| | **TOTAL DUE >>>** | | | **$4,387.10** |

**Tax ID:**

Phone: 305-445-2500    Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Amanda McGovern, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL 33134-6046

| | | |
|---|---|---|
| Invoice No. | : | 120470511 |
| Invoice Date | : | 5/6/2020 |
| **Total Due** | : | **$4,387.10** |

| | | |
|---|---|---|
| Job No. | : | 2144381 |
| BU ID | : | 51-MIAMI |
| Case No. | : | 918CV80176BBBR |
| Case Name | : | Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

Remit To:    **U S Legal Support, Inc.**
             **P.O. Box 4772**
             **Houston TX 77210-4772**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221 Fax:917-591-1113



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592622 | 5/29/2020 | 573687 |
| **Job Date** | **Case No.** | |
| 4/30/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134

---

ONE CERTIFIED COPY OF:

| | | | | |
|---|---|---|---|---|
| Kevin Madura | 269.00 Pages | @ | 6.65 | 1,788.85 |
| Rough Draft | 236.00 Pages | @ | 2.00 | 472.00 |
| GoGreenScripts Lit Package | | | 35.00 | 35.00 |

TOTAL DUE >>>                    $2,295.85

Reference No.   : O

Location: New York

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 34.44 |
| (=) New Balance: | 2,330.29 |

---

**Tax ID:** ▮▮▮▮▮▮▮

Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134

| | | | |
|---|---|---|---|
| Job No. | : 573687 | BU ID | : New York |
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 592622 | Invoice Date | : 5/29/2020 |
| **Total Due** | **: $2,330.29** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA 19182-2804**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592815 | 5/15/2020 | 573692 |
| **Job Date** | **Case No.** | |
| 5/1/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

| | | | | |
|---|---|---|---|---|
| ONE CERTIFIED COPY OF: | | | | |
| Nicholas Chambers - Confidential | 241.00 Pages | @ | 3.50 | 843.50 |
| Rough Draft | 214.00 Pages | @ | 2.00 | 428.00 |
| ONE CERTIFIED COPY OF: | | | | |
| Nicholas Chambers - AEO | 16.00 Pages | @ | 3.50 | 56.00 |
| Exhibit | 33.00 Pages | @ | 0.55 | 18.15 |
| Rough Draft | 13.00 Pages | @ | 2.00 | 26.00 |
| GoGreenScripts Lit Package | | | 35.00 | 35.00 |
| | **TOTAL DUE >>>** | | | **$1,406.65** |

Reference No.      :  O

Location: Washington, DC

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 21.10 |

**Tax ID:** ▓▓▓▓▓▓                                                      Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

| | | | |
|---|---|---|---|
| Job No. | : 573692 | BU ID | : New York |
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 592815 | Invoice Date | : 5/15/2020 |
| **Total Due** | **: $1,427.75** | | |

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

# I N V O I C E

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221  Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592815 | 5/15/2020 | 573692 |
| **Job Date** | **Case No.** | |
| 5/1/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

(=) New Balance:                1,427.75

Tax ID:

Phone: 305-445-2500   Fax:

*Please detach bottom portion and return with payment.*

Andres Rivero, Esquire
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

| Job No. | : 573692 | BU ID | : New York |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 592815 | Invoice Date | : 5/15/2020 |
| **Total Due** | **: $1,427.75** | | |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

| PAYMENT WITH CREDIT CARD | AMEX   VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120483528 | 6/12/2020 | 2183743 |
| **Job Date** | **Case No.** | |
| 6/11/2020 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Raquel Sanchez
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

---

Videotaped Deposition Of:

   Lynn Wright &  Donald Lynam (RUSH EDITS)

| | | | | | |
|---|---|---|---|---|---|
| Audio/Video Editing:  Expedited Service | 2.00 | Hours | @ | 142.50 | 285.00 |
| Video/Text Synchronization | 6.00 | Hours | @ | 75.00 | 450.00 |
| Expedited Processing/Delivery - Video Media | 2.00 | | @ | 100.00 | 200.00 |

TOTAL DUE  >>>                                          **$935.00**

Reference No.   : 1667.01

Thank you for choosing U.S. Legal Support!

(-) Payments/Credits:                         0.00
(+) Finance Charges/Debits:              0.00
(=) New Balance:                            935.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:**                                                          Phone: 305-445-2500   Fax:305-445-2505

*Please detach bottom portion and return with payment.*

Raquel Sanchez
Rivero, Mestre, L.L.P.
2525 Ponce De Leon Boulevard
Suite 1000
Miami FL  33134-6046

Job No.      : 2183743        BU ID      :51-MIAMI
Case No.    : 918CV80176BBBR
Case Name  : Ira Kleiman/Estate of David Kleiman vs. Craig
                  Wright
Invoice No.  : 120483528        Invoice Date  :6/12/2020
**Total Due  :  $ 935.00**

Remit To:  **U S Legal Support, Inc.**
                **P.O. Box 4772**
                **Houston TX  77210-4772**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                                Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

**Kristina Gomez**

| | |
|---|---|
| **From:** | Yvette Puentes |
| **Sent:** | Tuesday, May 18, 2021 8:22 AM |
| **To:** | Sarah  Gonzalez; Kristina Gomez |
| **Subject:** | RE: Receipt Confirmation |

Thank you Sarah.

**From:** Sarah Gonzalez <sgonzalez@riveromestre.com>
**Sent:** Monday, May 17, 2021 3:11 PM
**To:** Yvette Puentes <ypuentes@riveromestre.com>; Kristina Gomez <kgomez@riveromestre.com>
**Subject:** FW: Receipt Confirmation

Hey sunshines,

Here's a receipt for 1667.01 for a transcript Zaharah had me request.

Thank you,


**Sarah Gonzalez**
**Paralegal**

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
sgonzalez@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.

**From:** do_not_reply <do_not_reply@payments.intuit.com>
**Reply-To:** "rptr63@yahoo.com" <rptr63@yahoo.com>
**Date:** Monday, May 17, 2021 at 3:08 PM
**To:** Sarah Gonzalez <sgonzalez@riveromestre.com>
**Subject:** Receipt Confirmation



YVETTE HERNANDEZ INC.
HOLLYWOOD, FL 33024
(786) 218-4204



Receipt                                                         SALE
AMERICAN EXPRESS                                          05/17/2021
Entry Method: Keyed                                         12:06 PM

1

# $126.00

| Custom Amount | 126.00 |
|---|---|
| 1 x $126.00 Each | |

| | Subtotal | 126.00 |
|---|---|---|
| | **Total** | **$126.00** |

AMERICAN EXPRESS ███

ANDRES RIVERO

NOT SIGNED

Transaction ID: PH0080596111

Auth ID: 262394

I agree to pay the above total amount according to the card issuer agreement.

Please retain for your records.

### Thank you! Yvette Hernandez, Inc.
rptr63@yahoo.com

### YVETTE HERNANDEZ INC.
HOLLYWOOD, FL 33024

(786) 218-4204

powered by



Sent using QuickBooks GoPayment.
Get the app to take payments on-the-go with your mobile device.

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 742

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite 1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ███████ |

| __ CRIMINAL    X CIVIL | DATE ORDERED:<br>09-01-2021 | DATE DELIVERED:<br>09-02-2021 |
|---|---|---|

In the matter of: 9:18-CV-80176-BB, Kleiman v Wright

Status conference before Judge Bloom, via Zoom, 40p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | 40 | 6.66 | 266.40 | | | | | | | 266.40 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 266.40 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 09-02-2021 | **Check:** Credit Card, ███ | **Amount:** 266.40 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>09-02-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

| ST44 Rev. 04/18<br>Derived from AO44 Rev. 04/18 | UNITED STATES DISTRICT COURT<br>For the Southern District of Florida | 146 7.03 |

**INVOICE 747**

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ▮▮▮ |

| | DATE ORDERED:<br>09-21-2021 | DATE DELIVERED:<br>09-23-2021 |
|---|---|---|
| ___ CRIMINAL     X CIVIL | | |

**In the matter of:** 9:18-CV-80176, Kleiman v Wright

Calendar Call before Judge Bloom, 9/14/2021, 94p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 94 | 0.90 | 84.60 | | | | 84.60 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 84.60 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |

| Date: 09-23-2021 | Check: Credit Card, ▮▮▮ | Amount: 84.60 | **Total Due** | 0.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>09-23-2021 |

| **DISTRIBUTION:** | TO PARTY (2 copies - 1 to be returned with payment) | COURT REPORTER | COURT REPORTER SUPERVISOR |



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20210006363-12 | 10/10/2021 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 3138971 | 10/1/2021 | $1534.91 |

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

| Case No. |
|---|
| 918CV80176BBBR |

**SE - MIAMI**
1 Southeast 3rd Avenue # Suite 2500
Miami FL 33131
Phone: 3053738404  Fax: 3053581427

Zalman Kass, Esquire
Rivero, Mestre, L.L.P.
2525 Ponce de Leon # #1000
Coral Gables FL 33134

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | Zalman Kass, Esquire<br>Rivero, Mestre, L.L.P.<br>2525 Ponce de Leon # #1000<br>Coral Gables FL 33134 | Client Matter No: 1667.01<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance - Additional Hours | 3.00 | Hours | $65.00 | $195.00 |
| Appearance Fee - First Hour | 1.00 | N/A | $85.00 | $85.00 |
| RemoteDepo (Virtual Room) | 1.00 | N/A | - | - |
| ORIGINAL TRANSCRIPT OF: Matthew Edman | | | | |
| Original | 141.00 | Pages | $4.45 | $627.45 |
| 3 Day Expedite | | | | $501.96 |
| Exhibit | 41.00 | Pages | $0.50 | $20.50 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| Transcript Technology Package | 1.00 | N/A | $40.00 | $40.00 |

| | |
|---|---|
| **Total Due** | **$1534.91** |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Late Fees | $0.00 |
| (=) New Balance | **$1534.91** |

Tax ID :

Phone: 3054452500

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 753

Andres Rivero, Esq.
Rivero Mestre, LLP
2525 Ponce de Leon Boulevard
Suite1000
Miami, FL 33134
(305) 445-2500   Fax: (305) 445-2505
www.riveromestre.com

**MAKE CHECKS PAYABLE TO:**
Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: ███████

| \_\_ CRIMINAL | X CIVIL | DATE ORDERED: 10-16-2021 | DATE DELIVERED: 10-18-2021 |
|---|---|---|---|

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Transcript of motion hearings before Judge Bloom, 10/14/2021, 57p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | 57 | 6.00 | 342.00 | | | | | | | 342.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 342.00 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |

| **Date:** 10-18-2021 | **Check:** Credit Card, ███ | **Amount:** 342.00 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 10-18-2021 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 764

**MAKE CHECKS PAYABLE TO:**

Andres Rivero, Esq.
Rivero Mestre, LLP
2525 Ponce de Leon Boulevard
Suite1000
Miami, FL 33134
(305) 445-2500   Fax: (305) 445-2505
www.riveromestre.com

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: ▮

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| __ CRIMINAL   ☒ CIVIL | 11-01-2021 | 11-01-2021 |

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of Trial, Day 1, AM Session, 161p
PM Session, 107p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 268 | 2.10 | 562.80 | | | | | | | 562.80 |
| Misc. | | | | | | | | | | |

| | | |
|---|---|---|
| | Misc. Charges | |
| | **Subtotal** | 562.80 |
| | Less Discount for Late Delivery | |
| | Tax (If Applicable) | |
| | Less Amount of Deposit | |
| | Total Refund | |

| **Date:** 11-01-2021 | **Check:** Credit card, ▮ | **Amount:** 562.80 | **Total Due** | 0.00 |
|---|---|---|---|---|

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|
| Yvette Hernandez | 11-01-2021 |

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

| ST44 Rev. 04/18<br>Derived from AO44 Rev. 04/18 | UNITED STATES DISTRICT COURT<br>**For the Southern District of Florida** |
|---|---|

INVOICE 766

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ▉ |

| \_ CRIMINAL | X CIVIL | DATE ORDERED:<br>11-02-2021 | DATE DELIVERED:<br>11-02-2021 |
|---|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of Trial Day 2, AM Session 116p
PM Session 75p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL<br>CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 191 | 2.10 | 401.10 | | | | | | | 401.10 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 401.10 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |

| **Date:** 11-02-2021 | **Check:** Credit card ▉ | **Amount:** 401.10 | **Total Due** | 0.00 |
|---|---|---|---|---|

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-02-2021 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

| ST44 Rev. 04/18<br>Derived from AO44 Rev. 04/18 | UNITED STATES DISTRICT COURT<br>**For the Southern District of Florida** |
|---|---|

INVOICE 768

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: |

| _ CRIMINAL     X CIVIL | DATE ORDERED:<br>11-03-2021 | DATE DELIVERED:<br>11-03-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of Trial Day 3
AM Session, 56p, PM Session, 135p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 191 | 2.10 | 401.10 | | | | | | | 401.10 |
| Misc. | Misc. Charges | | | | | | | | | |
| | Subtotal | | | | | | | | | 401.10 |
| | Less Discount for Late Delivery | | | | | | | | | |
| | Tax (If Applicable) | | | | | | | | | |
| | Less Amount of Deposit | | | | | | | | | |
| | Total Refund | | | | | | | | | |

| **Date:** 11-03-2021 | **Check:** Credit Card, | **Amount:** 401.10 | **Total Due** | 0.00 |
|---|---|---|---|---|

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-03-2021 |
|---|---|

| **DISTRIBUTION:** | TO PARTY (2 copies - 1 to be returned with payment) | COURT REPORTER | COURT REPORTER SUPERVISOR |
|---|---|---|---|

| ST44 Rev. 04/18<br>Derived from AO44 Rev. 04/18 | UNITED STATES DISTRICT COURT<br>For the Southern District of Florida | | | | | | | |
|---|---|---|---|---|---|---|---|---|

INVOICE 770

**MAKE CHECKS PAYABLE TO:**

Andres Rivero, Esq.
Rivero Mestre, LLP
2525 Ponce de Leon Boulevard
Suite1000
Miami, FL 33134
(305) 445-2500   Fax: (305) 445-2505
www.riveromestre.com

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID:

| _ CRIMINAL | X CIVIL | DATE ORDERED: 11-04-2021 | DATE DELIVERED: 11-04-2021 |
|---|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of trial Day 4
AM Session 157p ,PM Session 125p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 282 | 2.10 | 592.20 | | | | | | | 592.20 |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 592.20 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-04-2021 | **Check:** Credit card, | **Amount:** 592.20 | **Total Due** | 0.00 |
|---|---|---|---|---|

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-04-2021 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 776

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ███████ |

| \_\_ CRIMINAL    X  CIVIL | DATE ORDERED:<br>11-10-2021 | DATE DELIVERED:<br>11-10-2021 |
|---|---|---|

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of trial Day 8 AM Session 73p, PM Session 46
Final of Trial Day 1, 406p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 406 | 3.12 | 1266.72 | | | | | | | 1266.72 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 119 | 2.10 | 249.90 | | | | | | | 249.90 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 1516.62 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| **Date:** 11-10-2021 | | **Check:** Credit Card, ███ | | | **Amount:** 1516.62 | | | **Total Due** | | 0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-10-2021 |
|---|---|

**DISTRIBUTION:**       TO PARTY (2 copies - 1 to be returned with payment)       COURT REPORTER       COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 778

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ▮▮▮▮▮ |

| \_\_ CRIMINAL    X CIVIL | DATE ORDERED:<br>11-11-2021 | DATE DELIVERED:<br>11-11-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Final of Trial Day 2 with index, 281p
Final of Trial Day 3 with index, 267p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 548 | 3.12 | 1709.76 | | | | | | | 1709.76 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 1709.76 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |

| **Date:** 11-11-2021 | **Check:** Credit Card, ▮▮▮ | **Amount:** 1709.76 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-11-2021 |
|---|---|

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 780

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ▮▮▮▮ |

| __ CRIMINAL   X CIVIL | DATE ORDERED:<br>11-12-2021 | DATE DELIVERED:<br>11-12-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Final of Trial Day 4 with index, 405p, 11/4/2021

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 405 | 3.12 | 1263.60 | | | | | | | 1263.60 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 1263.60 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-12-2021 | **Check:** Credit Card, ▮▮ | **Amount:** 1263.60 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-12-2021 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 772

Andres Rivero, Esq.
Rivero Mestre, LLP
2525 Ponce de Leon Boulevard
Suite1000
Miami, FL 33134
(305) 445-2500   Fax: (305) 445-2505
www.riveromestre.com

**MAKE CHECKS PAYABLE TO:**

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: ▮▮▮▮▮

| __ CRIMINAL   X CIVIL | DATE ORDERED: 11-05-2021 | DATE DELIVERED: 11-05-2021 |
|---|---|---|

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of trial Day 5
AM Session 124p, PM Session 53p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 177 | 2.10 | 371.70 | | | | | | | 371.70 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 371.70 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-05-2021 | **Check:** Credit card, ▮▮▮ | **Amount:** 371.70 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-05-2021 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 782

Andres Rivero, Esq.
Rivero Mestre, LLP
2525 Ponce de Leon Boulevard
Suite1000
Miami, FL 33134
(305) 445-2500   Fax: (305) 445-2505
www.riveromestre.com

**MAKE CHECKS PAYABLE TO:**
Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: ███████

| | | |
|---|---|---|
| __ CRIMINAL   X CIVIL | DATE ORDERED: 11-14-2021 | DATE DELIVERED: 11-14-2021 |

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Final of Trial Day 5 with index, 252p, 11/5/2021

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 252 | 3.12 | 786.24 | | | | | | | 786.24 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 786.24 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| **Date:** 11-14-2021 | **Check:** Credit Card, ███ | | **Amount:** 786.24 | | | | **Total Due** | | | 0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Yvette Hernandez

DATE: 11-14-2021

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 774

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ███████ |

| \_\_ CRIMINAL    X  CIVIL | DATE ORDERED:<br>11-09-2021 | DATE DELIVERED:<br>11-08-2021 |
|---|---|---|

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of trial Day 6 AM Session 80p, PM Session 1, 72p, PM Session 2, 94
Rough draft of trial Day 7, AM Session 105, PM Session 127

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 478 | 2.10 | 1003.80 | | | | | | | 1003.80 |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 1003.80 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-09-2021 | **Check:** Credit card, ███ | **Amount:** 1003.80 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-09-2021 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 790

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ▮▮▮▮▮ |

| __ CRIMINAL    X  CIVIL | DATE ORDERED: 11-17-2021 | DATE DELIVERED: 11-17-2021 |
|---|---|---|

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 11 Rough, AM, 113p
Rough PM, 29p
Trial Day 6 FINAL, with index, 11/8/2021, 366p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 366 | 3.12 | 1141.92 | | | | | | | 1141.92 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 142 | 2.10 | 298.20 | | | | | | | 298.20 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 1440.12 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |

| **Date:** 11-17-2921 | **Check:** Credit Card, ▮▮ | **Amount:** 1440.12 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-17-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 794

**MAKE CHECKS PAYABLE TO:**

Andres Rivero, Esq.
Rivero Mestre, LLP
2525 Ponce de Leon Boulevard
Suite1000
Miami, FL 33134
(305) 445-2500   Fax: (305) 445-2505
www.riveromestre.com

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: ▮▮▮▮▮▮

| __ CRIMINAL    X  CIVIL | DATE ORDERED: 11-19-2021 | DATE DELIVERED: 11-19-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 7 FINAL with index, 11/9/2021, 346p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 346 | 3.12 | 1079.52 | | | | | | | 1079.52 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | | Subtotal | | 1079.52 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-19-2021 | **Check:** Credit Card, ▮▮▮ | **Amount:** 1079.52 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-19-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 798

**MAKE CHECKS PAYABLE TO:**

Andres Rivero, Esq.
Rivero Mestre, LLP
2525 Ponce de Leon Boulevard
Suite1000
Miami, FL 33134
(305) 445-2500   Fax: (305) 445-2505
www.riveromestre.com

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: █████

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL   X  CIVIL | | 11-20-2021 | 11-20-2021 |

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 8 FINAL with index, 11/10/2021, 177p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 177 | 3.12 | 552.24 | | | | | | | 552.24 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 552.24 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |

**Date:** 11-20-2021    **Check:** Credit Card, █    **Amount:** 552.24    **Total Due**    0.00

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
Yvette Hernandez

DATE:
11-20-2021

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 786

**MAKE CHECKS PAYABLE TO:**

Andres Rivero, Esq.
Rivero Mestre, LLP
2525 Ponce de Leon Boulevard
Suite1000
Miami, FL 33134
(305) 445-2500   Fax: (305) 445-2505
www.riveromestre.com

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: █████████

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL | X CIVIL | 11-15-2021 | 11-15-2021 |

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 9 Rough, AM & PM-1, 154p
Rough PM-2, 59p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 213 | 2.10 | 447.30 | | | | | | | 447.30 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 447.30 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| **Date:** 11-15-2021 | | Check: Credit Card, ███ | | **Amount:** 447.30 | | | | **Total Due** | | 0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|
| Yvette Hernandez | 11-15-2021 |

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 800

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ▮▮▮▮▮ |

| __ CRIMINAL    X CIVIL | DATE ORDERED:<br>11-21-2021 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 9 FINAL with index, 11/9/2021, 322p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 322 | 3.12 | 1004.64 | | | | | | | 1004.64 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | **Subtotal** | | | | 1004.64 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |

| **Date:** 11-21-2021 | **Check:** Credit Card, ▮▮▮ | **Amount:** 1004.64 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-21-2021 |
|---|---|

**DISTRIBUTION:**         TO PARTY (2 copies - 1 to be returned with payment)         COURT REPORTER         COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 788

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ███████ |

| __ CRIMINAL    X  CIVIL | DATE ORDERED:<br>11-16-2021 | DATE DELIVERED:<br>11-16-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 10 Rough, AM, 115p
Rough PM, 122p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 237 | 2.10 | 497.70 | | | | | | | 497.70 |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 497.70 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-16-2021 | **Check:** Credit Card, ███ | **Amount:** 497.70 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-16-2021 |
|---|---|

**DISTRIBUTION:**        TO PARTY (2 copies - 1 to be returned with payment)        COURT REPORTER        COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 807

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ▮▮▮▮▮ |

| __ CRIMINAL      X  CIVIL | DATE ORDERED:<br>11-28-2021 | DATE DELIVERED:<br>11-29-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 10, FINAL, with index, 345p
Trial Day 11, FINAL, with index, 214p
Trial Day 12, FINAL, with index, 177p
Trial Day 13, FINAL, with index, 178p
Trial Day 16, ROUGH, 31p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 914 | 3.12 | 2851.68 | | | | | | | 2851.68 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 31 | 2.10 | 65.10 | | | | | | | 65.10 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | Subtotal | 2916.78 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |

| **Date:** 11-29-2021 | **Check:** Credit Card, ▮▮▮ | **Amount:** 2916.78 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-29-2021 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 792

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ■■■■ |

| \_\_ CRIMINAL    X  CIVIL | DATE ORDERED:<br>11-18-2021 | DATE DELIVERED:<br>11-18-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 12 ROUGH AM 115

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 115 | 2.10 | 241.50 | | | | | | | 241.50 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | Subtotal | 241.50 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |

| **Date:** 11-18-2021 | **Check:** Credit Card, ■■ | **Amount:** 241.50 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-18-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 796

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ███████ |

| __ CRIMINAL     X  CIVIL | DATE ORDERED:<br>11-19-2021 | DATE DELIVERED:<br>11-19-2021 |
|---|---|---|

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 13 ROUGH, AM, 114p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 114 | 2.10 | 239.40 | | | | | | | 239.40 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 239.40 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-19-2021 | **Check:** Credit Card, ███ | **Amount:** 239.40 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-19-2021 |
|---|---|

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

**Rivero Mestre LLP**

13074

```
DATE   : Nov/18/2021            ** GENERAL BALANCES **
CHE #  : 13074                  UNBILLED DISBS:
AMOUNT : $5,011.20              A/R BALANCE   :
ACCOUNT: GENERAL - 31
PAID TO: James Pence-Aviles
Transcript deposit
1667 - Wright, Mr. Craig
MATTER :1667.03                 ** TRUST BALANCES **
                                Trust Acct31:


                                TRUST BALANCE :
Kleiman v. Wright (Cost Only)
```

TO REORDER PLEASE CALL CHECK-O-MATIC (945) 781-7575 TOLL FREE 800-555-6374

## Yvette Puentes

| | |
|---|---|
| **From:** | Sarah Gonzalez |
| **Sent:** | Thursday, November 18, 2021 2:17 PM |
| **To:** | Andres Rivero; Yvette Puentes |
| **Cc:** | Raquel Sanchez |
| **Subject:** | RE: Kleiman vs. Wright Trial Transcripts |
| **Attachments:** | W-9 Form (James Pence-Aviles).pdf |

Andres,

Below is for the new court reporter. He wants a down payment of $5,011.20 to start for the rough and final drafts.

Is it ok for Yvette to send payment?

Thank you,

Sarah



**From:** James Pence-Aviles <James_PenceAviles@flsd.uscourts.gov>
**Sent:** Thursday, November 18, 2021 11:34 AM
**To:** Yvette Puentes <ypuentes@riveromestre.com>
**Subject:** [SUSPICIOUS MESSAGE] Kleiman vs. Wright Trial Transcripts

This Message contains suspicious characteristics and has originated outside your organization.

Good morning, Ms. Puentes. My name is James Pence-Aviles, and I'm an Official Court Reporter for the United States District Court, Southern District of Florida. This email is in regards to trial transcripts you're requesting in the Ira Kleiman vs. Craig Wright matter, Case No. 18-CV-80176-BB. This is regarding the trial that's currently before Judge Beth Bloom. I'll be assisting Judge Bloom's court reporter, Yvette Hernandez, with the trial starting today (Yvette will be reporting the morning sessions, and I'll be reporting the afternoon sessions) until the conclusion of the evidence, and I'm writing to inform you of the cost of the transcripts and how to send the payment.

by check, please do not send a personal check for payment. I'm attaching a copy of my W-9 form to this email for your accounting department if they need it.

Please let me know if you have any questions. Thank you!


James C. Pence-Aviles, RMR, CRR, CA CSR No. 13059
Official Court Reporter
United States District Court, Southern District of Florida
400 North Miami Avenue, 8th Floor South
Miami, Florida 33128
(305) 523-5633

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 803

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ███████ |

| __ CRIMINAL   X CIVIL | DATE ORDERED:<br>11-22-2021 | DATE DELIVERED:<br>11-22-2021 |
|---|---|---|

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 14, ROUGH, 125

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 125 | 2.10 | 262.50 | | | | | | | 262.50 |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 262.50 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-22-2021 | **Check:** Credit Card, ███ | **Amount:** 262.50 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-22-2021 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

## UNITED STATES DISTRICT COURT
### For the Southern District of Florida

INVOICE 810

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ████ |

| \_\_ CRIMINAL      X  CIVIL | DATE ORDERED:<br>11-30-2021 | DATE DELIVERED:<br>11-30-2021 |
|---|---|---|

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 14 AM SESSION, FINAL, with index, 191p
Trial Day 17, ROUGH, 2p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 191 | 3.12 | 595.92 | | | | | | | 595.92 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 2 | 2.10 | 4.20 | | | | | | | 4.20 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 600.12 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |

| **Date:** 11-30-2021 | **Check:** Credit Card, ████ | **Amount:** 600.12 | **Total Due** | 0.00 |
|---|---|---|---|---|

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-30-2021 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 805

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ▮▮▮▮▮ |

| __ CRIMINAL    X CIVIL | DATE ORDERED: 11-24-2021 | DATE DELIVERED: 01-02-2021 |
|---|---|---|

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 15, ROUGH, 187p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 187 | 2.10 | 392.70 | | | | | | | 392.70 |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 392.70 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-24-2021 | **Check:** Credit Card, ▮▮▮ | **Amount:** 392.70 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-24-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 812

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ███████ |

| \_\_ CRIMINAL   X CIVIL | DATE ORDERED:<br>12-01-2021 | DATE DELIVERED:<br>12-01-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 15, FINAL, with index, 293p
Trial Day 18, ROUGH, 12p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 293 | 3.12 | 914.16 | | | | | | | 914.16 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 12 | 2.10 | 25.20 | | | | | | | 25.20 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 939.36 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 12-01-2021 | **Check:** Credit Card, ███ | **Amount:** 939.36 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>12-01-2021 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 814

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ███████ |

| \_\_ CRIMINAL    X CIVIL | DATE ORDERED:<br>12-02-2021 | DATE DELIVERED:<br>12-01-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 16, FINAL, 32p
Trial Day 17, FINAL, 3p
Trial Day 18 FINAL, 13p
Trial Day 19 ROUGH, 2

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 48 | 3.12 | 149.76 | | | | | | | 149.76 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 2 | 2.10 | 4.20 | | | | | | | 4.20 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 153.96 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |

| **Date:** 12-02-2021 | **Check:** Credit Card, ███ | **Amount:** 153.96 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>12-02-2021 |
|---|---|

**DISTRIBUTION:**        TO PARTY (2 copies - 1 to be returned with payment)        COURT REPORTER        COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 819

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: ▮▮▮▮▮ |

| __ CRIMINAL    X  CIVIL | DATE ORDERED:<br>12-08-2021 | DATE DELIVERED:<br>12-08-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 19, FINAL, 4p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 4 | 3.12 | 12.48 | | | | | | | 12.48 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 12.48 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 12-08-2021 | **Check:** Credit Card ▮▮ | **Amount:** 12.48 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>12-08-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the District of Columbia

INVOICE 20200256

**MAKE CHECKS PAYABLE TO:**

Andres Rivero
Rivero Mestre, LLP
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134

Lisa Edwards
10005 Banyan Drive
Coral Gables, FL 33156
(305) 523-5637
Lisa_Edwards@flsd.uscourts.gov
Tax ID: █████████

| __ CRIMINAL    X CIVIL | DATE ORDERED: 12-09-2021 | DATE DELIVERED: 12-09-2021 |
|---|---|---|

**In the matter of:** 18-CV-80176, Ira Kleiman v Craig Wright

Transcript of the jury trial held before Judge Bloom on December 6, 2021

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 19 | 3.12 | 59.28 | | | | | | | 59.28 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | Subtotal | | | | 59.28 |
| | | | | | Less Discount for Late Delivery | | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | Less Amount of Deposit | | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | Total Due | | | | 59.28 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Lisa Edwards | DATE: 01-20-2022 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR