**Yvette Puentes**

| | |
|---|---|
| **From:** | Daniela Tenjido |
| **Sent:** | Thursday, October 21, 2021 1:02 PM |
| **To:** | Yvette Puentes; Zaharah Markoe; Jorge A. Mestre; Andres Rivero; Zalman Kass |
| **Subject:** | Kimon Andreou Attendance and Mileage Fee |

Hi, Yvette.

We need another check like the one made for Kursten Karr yesterday. Here are the details.

The attendance fee for one day of trial is $40 and the mileage fee the IRS has set for 2021 is .56 cents per mile. A roundtrip from where we'll be meeting him today to the courthouse is 56.4 miles **(total $71.58).**

I will pass by the office in about an hour to pick this up! Thank you.

RIVERO MESTRE

**Daniela Tenjido**
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(O) (305) 445-2500

dtenjido@riveromestre.com
www.riveromestre.com

1

**Rivero Mestre LLP**

12972

```
DATE   : Cct/26/2021
CHE #  : 12972
AMOUNT : $117.06
ACCOUNT: GENERAL - 31
PAID TO: Carter Conrad
Witness Fees
1667 - Wright, Mr. Craig
MATTER :1667.03
```

Kleiman v. Wright (Cost Only)

```
** GENERAL BALANCES **
UNBILLED DISBS:
A/R BALANCE    :
```



```
** TRUST BALANCES **
Trust Acct31:



TRUST BALANCE :
```

TO REORDER PLEASE CALL CHECK-O-MATIC (845) 781-7675 TOLL FREE 800-555-6374

**Rivero Mestre LLP**

12974 

```
DATE    : Oct/26/2021
CHE #   : 12974
AMOUNT  : $40.00
ACCOUNT : GENERAL - 31
PAID TO : David Kuharcik
Witness Fees
1667 - Wright, Mr. Craig
MATTER  :1667.03
```

** GENERAL BALANCES **
UNBILLED DISBS:
A/R BALANCE    :



** TRUST BALANCES **
Trust Acct31:



TRUST BALANCE :

Kleiman v. Wright (Cost Only)

TO REORDER PLEASE CALL CHECK-O-MATIC (845) 781-7675 TOLL FREE 800-555-6374

**Rivero Mestre LLP**

12973

```
DATE   : Oct/26/2021
CHE #  : 12973
AMOUNT : $107.31
ACCOUNT: GENERAL - 31
PAID TO: Patrick Paige
Witness Fees
1667 - Wright, Mr. Craig
MATTER :1667.03
```

** GENERAL BALANCES **
UNBILLED DISBS:
A/R BALANCE  :



** TRUST BALANCES **
Trust Acct31:

TRUST BALANCE :

Kleiman v. Wright (Cost Only)

TO REORDER PLEASE CALL CHECK-O-MATIC (845) 781-7675 TOLL FREE 800-555-5374

**Subject:** [External] Your Flight Receipt - AMI KLIN 18NOV21
**Date:** Wednesday, November 17, 2021 at 8:58:35 PM Eastern Standard Time
**From:** Delta Air Lines
**To:** ami.klin@emory.edu



## Hello, Ami Klin

#9403386296   |   Platinum Medallion®

### Confirmation #: HT6V7E



**OUR COMMITMENT TO CLEANLINESS IS HERE TO STAY.**
Learn more about the Delta CareStandard℠ >

You're all set. If your plans change, be sure to make changes or cancel via MyTrips on delta.com before your flight departs to maintain the value of your ticket.

### WE'VE GOT YOU COVERED
With the Delta CareStandard℠, we're partnering with trusted health experts to raise the standard for safer travel and offering added flexibility to change your plans with ease.

YOUR PRE-TRIP CHECKLIST FOR EASIER TRAVEL:

**DOWNLOAD THE FLY DELTA APP** – With real-time push notifications sent to your mobile device, you'll never miss an update. With the Fly Delta app, you can easily track your checked bags, check your flight status under the "My Trips" tab, access your digital boarding pass, message Delta and more. Download Now ›

VISIT OUR HELP CENTER PAGE – get all your travel questions

VISIT OUR HELP CENTER PAGE – get all your travel questions answered with information on self-service tools, baggage, SkyMiles, and more. Find Help ›

Have a great trip, and thank you for choosing Delta.

| Thu, 18NOV | DEPART | ARRIVE |
|---|---|---|
| DELTA 1264<br>Main Cabin (U) | ATLANTA<br>9:00am | FT LAUDERDALE, FL<br>10:51am |

| Sun, 28NOV | DEPART | ARRIVE |
|---|---|---|
| DELTA 1171<br>Main Cabin (Q) | FT LAUDERDALE, FL<br>4:33pm | ATLANTA<br>6:27pm |

## MANAGE MY TRIP>

**CHECK DELTA DISCOVER MAP FOR YOUR DESTINATION'S ENTRY REQUIREMENTS**

Many destinations have issued travel requirements that may affect your trip. We strongly encourage you to review the Delta Discover Map for the latest on your destination's test, vaccine and quarantine requirements. You may check your eligibility to change or cancel your flight here.

**MASKS REQUIRED IN THE AIRPORT & ON BOARD**

It's Delta's policy and federal law that all employees and customers wear masks during boarding and deplaning, while in the airport and during public transit. Customers requiring exemptions for not wearing face masks due to a disability should be prepared to complete a clearance to fly process prior to departure at the airport. Thank you for your compliance. Learn More ›

## Passenger Info

Name: AMI KLIN
SkyMiles #9403386296
Platinum

| FLIGHT | SEAT |
|--------|------|
| DELTA 1264 | 28D |
| DELTA 1171 | 15E |

Visit delta.com or use the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062484304818
Place of Issue:
Issue Date: 17NOV21
Expiration Date: 31DEC22

| METHOD OF PAYMENT | |
|-------------------|---|
| VI************ ▮ | **$541.80 USD** |

| CHARGES | |
|---------|---|
| **Air Transportation Charges** | |
| Base Fare | $477.21 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $35.79 USD |

| United States - Passenger Facility Charge (XF) | $9.00 USD |
|---|---|
| United States - Flight Segment Tax (ZP) | $8.60 USD |
| **TICKET AMOUNT** | **$541.80 USD** |

NONREF/CHANGES PERMITTED

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ATL DL FLL147.91UA0NA0MC DL ATL Q55.81 273.49QA7OA0MG USD477.21END ZP ATLFLL XF ATL4.5FLL4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in.

**Thu 18 Nov 2021**                                                                                   **ATL-FLL**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: $30.00<sup>USD</sup> | FREE (70LBS/32KG) WAS: $40.00<sup>USD</sup> |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Sun 28 Nov 2021**                                                                                   **FLL-ATL**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: $30.00<sup>USD</sup> | FREE (70LBS/32KG) WAS: $10.00<sup>USD</sup> |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

# D. Stewart MacIntyre, Jr., M.D.

Practice Limited to Infectious Diseases
182 Shore Drive South
Miami, Florida 33133

Tel: (305) 854-4357
Fax (305) 854-3632

Diplomate, American Board of Internal Medicine
Diplomate, Subspecialty of Infectious Disease

Rivero Mestre LLP

2525 Ponce de Leon Blvd., Suite 1000

Coral Gables FL 33134

ATTN: Kass Zalman, Esq.

RE: Kleiman v. W& K Info Defense Research LLC

## Statement

| | | |
|---|---|---|
| 11/17/21 Court appearance | 1 ½ hr @ $500/hr | 750.00 |
| 11/18/21 Continuation court appearance | 3 hr @ $500/hr | 1500.00 |

Tax Identification Number: ▉▉ ▉▉▉



**American Airlines**
US

## $192.00

**11/04/2021 11:59 PM**

Receipt: 0017674600176

**Passenger Name:** MADURA/KEVIN EVERETT

Depart   ✈   11/06/2021 10:10 AM

DCA   →   MIA          Flight Number: AA 491   Class: V

| Description | Amount |
|---|---:|
| Ticket (MADURA/KEVIN EVERETT) | |

Subtotal: $165.21

Tax: $26.79

**Total: $192.00**



 Printer Friendly

**PLEASE READ CAREFULLY *COVID-19 TRAVELER ALERT*: Most airlines, hotels, car rental, rail services and other travel suppliers, as well as local authorities, impose or recommend special procedures due to COVID. Before traveling, travelers should make themselves aware and be prepared to comply with such requirements for their destination(s), such as for example, entry and exit rules, and the need to wear approved protective face covering nose and mouth (note: some airlines do not accept scarf type face coverings). Such special procedures may cause travel restrictions, requirements, and/or adjustments to services and amenities. For additional information about COVID-19 travel, please visit: https://need2know.tripsource.com/.**

**TRAVEL INFORMATION PROVIDED BY BCD TRAVEL SHOULD NOT BE RELIED UPON AS LEGAL OR MEDICAL ADVICE. TRAVELERS SHOULD VISIT THE WORLD HEALTH ORGANIZATION OR LOCAL SITES FOR THE LATEST AND MOST ACCURATE INFORMATION ON SPECIFIC TRAVEL REQUIREMENTS AND RESTRICTIONS. BCD TRAVEL DISCLAIMS ANY AND ALL LIABILITY FOR ANY LOSS RESULTING FROM RELIANCE ON SUCH INFORMATION.**

Review this summary and the detailed attachment for accuracy. If you find an error, contact your Travel Adviser right away to avoid potential fees and penalties. For additional trip details, go to tripsource.com or download the app and take it with you.
By way of accessing and/or utilizing any of our services, you acknowledge that your personal data will be used in accordance with BCD's Global Privacy Policy.

## Washington, District of Columbia, United States

| Passenger | Agency Record Locator |
|---|---|
| **MADURA KEVIN EVERETT** | **CCVJOL** |

⚠ **We've got your back**. You have been enrolled to receive BCD Travel Safety and Security alerts. We will notify you of any critical events that impact your trip.

## 📄 Ticket Receipt — Total Amount: 219.73 USD

| Date | From/To | Flight/Vendor | Status |
|---|---|---|---|
| **Thursday, November 18 2021** | **MIA-DCA** | **American Airlines 2878** | Confirmed |
| Electronic Ticket Number / Issue Date | Invoice Number | Form of Payment | **Ticket Amount** |
| **0017676964914 / 17Nov21** | **0329475** | **AX***********■ | **216.01 USD** |
| Service Fee Number / Issue Date | Invoice Number | Form of Payment | **Fee Amount** |
| **8900805361945 / 17Nov21** | **0329476** | **AX***********■ | **9.00 USD** |
| Service Fee Details | | | Fee Amount Details |
| Service Fee Amount | | | 9.00 USD |

### Ticket Exchange Details

| Exchange Ticket Information | Total |
|---|---|
| **Prior Ticket: 0018990410294** | |
| **Old Ticket Value:** | (5.28 USD) |
| **New Ticket:** | 216.01 USD |
| **Penalty/Exchange Fee:** | 0.00 USD |
| **Total Exchange Amount:** | 210.73 USD |
| **Refund Amount:** | 0.00 USD |
| **Credit Amount for Future Travel:** | 0.00 USD |

## 🧳 Travel Summary

| Date | From/To | Flight/Vendor | Status | Depart/Arrive | Class/Type | Baggage Allowance |
|---|---|---|---|---|---|---|
| 11/18/2021 | MIA-DCA | AA 2878 | Confirmed | 08:30 AM/11:00 AM | Economy/V | 0PC |

Get additional flight details and mobile flight alerts with **TripSource.**

✈ Flight | Total duration 2 h 30 min | 🗓 Not working?

**American Airlines AA2878**
**Online check-in**

Airline Record Locator **KCPMYB**
Loyalty Number AAXXXXL42

# MIA                ✈            # DCA
2 h 30 min
921 miles
1482 kilometers

Miami International Airport
Miami, Florida, United States

Ronald Reagan National
Washington, District of
Columbia, United States

| **Departure** | **Seat** | **Arrival** |
|---|---|---|
| **Thursday** | | **Thursday** |
| **November 18 2021** | **13F Confirmed** | **November 18 2021** |
| **Weather** | | **Weather** |
| **8:30 AM** | Economy / V | **11:00 AM** |
| | Confirmed | **Terminal TERMINAL C** |

✈ CO2 Emissions: DEFRA 424.01 lbs/192.73 kgs, GHGP 269.48 lbs/122.49 kgs
Non-stop
Meal: Refreshment
Equipment: Boeing 737 MAX 8
Baggage Allowance: 0PC

💺 We're monitoring eligible trips for price drops. If we find a lower fare before travel we'll let you know.

## 🛄 Remarks

\*\*\*\*\*\*\* IMPORTANT NUMBERS \*\*\*\*\*\*\*

ALIXPARTNERS PHONE NUMBERS
ALIXPARTNERS TRAVEL - 866-924-6185
ALIXPARTNERS AFTER HOURS- 866-924-6185
ALIXPARTNERS OVERSEAS 248-386-3326


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PLEASE REVIEW YOUR TRAVEL ITINERARY AND CONTACT
BCD TRAVEL WITHIN 24HRS WITH ANY DISCREPANCY.
DURING NORMAL BUSINESS HOURS PLEASE CALL
866-924-6185
FOR EMERGENCY SERVICE AFTER BUSINESS HOURS
PLEASE CONTACT 866-924-6185 AND REFER TO CODE
PW0I --PAPA WILLIAM ZERO INDIA--
IF CALLING FROM OUTSIDE THE US PLEASE CALL
COLLECT 248-386-3326.
\*\*\*\*\*\*\*CREDITS ON FILE\*\*\*\*\*\*\*
BCD WILL ATTEMPT TO USE ANY CREDIT ON FILE TOWARDS
NEW TICKET COST, HOWEVER THERE ARE TIMES WHEN THE
AIRLINES WILL NOT ACCEPT A CREDIT AND YOU WILL BE
RESPOSIBLE FOR THE FULL TICKET AMOUNT.
PLEASE VERIFY YOUR FREQUENT FLYER INFORMATION
AT CHECK IN TO ENSURE CREDIT TO YOUR ACCOUNT
PENALTY INFORMATION - TICKET IS REFUNDABLE
WE RECOMMEND A TWO HOUR CHECK IN FOR DOMESTIC
FLIGHTS AND A THREE HOUR CHECK IN FOR INTERNATIONAL
FLIGHTS. PLEASE NOTE A GOVERNMENT-ISSUED PHOTO
ID IS REQUIRED. YOU WILL WANT TO HAVE YOUR BOARDING
PASS PRIOR TO REACHING THE MAIN SECURITY CHECK POINT.
IF YOU ARE TRAVELING INTERNATIONALLY PLEASE
RECONFIRM 72 HOURS IN ADVANCE.
CHECKED BAGGAGE POLICIES VARY BASED ON CARRIER AND FINAL
DESTINATION. FOR THE LATEST INFORMATION PLEASE CHECK
WITH YOUR TRAVEL CONSULTANT OR THE AIRLINES WEBSITE.

17Nov/05:40PM
Email generated on 17Nov/10:40 PM UTC

## ⓘ Additional trip information

| | |
|---|---|
| **Real ID** | The US Department of Homeland Security (DHS) will enforce the REAL ID Act requiring a REAL ID compliant driver's license, or another acceptable form of identification, to fly within the United States effective May 3, 2023. International Passports and US Passports also qualify as REAL-IDs for international travel.<br>For more details see https://www.dhs.gov/real-id |
| **Baggage Policy** | TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change.<br>Travelers are responsible for verifying all fees charged by individual carriers.<br>**Please visit the operating carrier website of your ticketed itinerary for applicable fees.** |
| **Hazardous Materials** | **Advice to Passengers**<br><br>**Transportation of Hazardous Materials**<br><br>Federal law forbids the carriage of hazardous material aboard the aircraft, in your luggage, or on your person. A violation can result in 5 years imprisonment and penalties of $250,000 or more (49 U.S.C 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials.<br><br>**Forbidden Dangerous Items Examples:**<br><br>Paints, lighter fluid, fireworks, tear gases, oxygen bottles and radiopharmaceuticals. There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information, contact your airline representative.<br><br>Note: Spare batteries and fuel cells are not permitted in checked or hold baggage. These items MUST be packed in carry-on baggage. If your carry-on bag is gate checked, the spare batteries and fuel cells must be removed and carried in the cabin. |
| **Airline Notification** | In accordance with IATA regulations, BCD Travel will share your mobile phone number and email address included in this reservation with the airline(s) to reach you if flight disruptions occur, excluding travelers who previously requested we not do so. For all others, If you do not want BCD Travel to send this information to the airline(s) for this purpose, please contact a travel consultant to remove it from the reservation and you will not be notified of such disruptions. |



Don't look away<br>BCD Travel is proud to partner with ECPAT in the fight to end child trafficking and exploitation. Together we can make a difference to the lives of children.<br>Join us - don't look away!<br>sustainability<br>ECPAT<br>BCD travel

Click here or download the app to get this itinerary on your mobile device.




To access historical itineraries/travel receipts click here.



BCD Travel acts only as an agent for the airlines, hotels, bus companies, railroads, tour operators, cruise lines, car rental companies, and other similar third parties providing accommodations, transportation, or other meeting and travel related services ("Suppliers"). Suppliers are independent and do not act for or on behalf of BCD Travel, are not employees of BCD Travel, and do not have a joint venture or partnership with BCD Travel. Suppliers have their own terms and conditions for the services they provide, and you agree to abide by the terms and conditions set forth in any and all documents for any such Supplier services, including, without limitation, all cancellation fees. By utilizing the services represented by this itinerary, you agree to the foregoing and also agree that neither BCD Travel or its parent, affiliates, subsidiaries, partners, agents, and their respective officers, directors, employees, and representatives shall be or become liable for any loss, cost, expense, injury, accident, or damage to person or property resulting directly or indirectly from (i) the acts or omissions of Suppliers, including, but not limited to, delays or cancellation of services, cessation of operations, breakdown in machinery or equipment, or changes in fares, itineraries, or schedules; and/or (ii) acts of God, dangers incident to the sea, fires, acts of government or other authorities, wars, acts of terrorism, civil unrest, strikes, riots, thefts, pilferage, epidemics, quarantines, other diseases, climatic aberrations, or from any other cause beyond BCD Travel's control. Please see additional terms and conditions related to this itinerary at Terms and Conditions.



**JW Marriott Marquis Miami**
255 Biscayne Boulevard Way
Miami, FL, US 33131
+1 (305) 421-8600

Page 1 of 5

---

## Summary of Charges

---

| Guest Information | MADURA/KEVIN | Dates Of Stay | 11/06/2021 - 11/18/2021 |
|---|---|---|---|
| | | Room Number | 3109 |
| | | Guest Number | 5058 |
| | | Member Number | ******391 |
| | | Group Number | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|



---

**Questions about your bill?**  Please contact your hotel directly at +1 (305) 421-8600



**JW Marriott Marquis Miami**
255 Biscayne Boulevard Way
Miami, FL, US 33131
+1 (305) 421-8600

Page 2 of 5

## Summary of Charges Continued

| Date | Description | Reference | Charges | Credits |
|------|-------------|-----------|---------|---------|
|      |             |           |         |         |



**JW Marriott Marquis Miami**
255 Biscayne Boulevard Way
Miami, FL, US 33131
+1 (305) 421-8600

Page 3 of 5

## Summary of Charges Continued

| Date | Description | Reference | Charges | Credits |
|------|-------------|-----------|---------|---------|
| 11/15/2021 | SUD REST | 53793109 | 32.58 | |
| 11/15/2021 | TELECOMM | FREEHSIA | 0.00 | |
| 11/15/2021 | DAF FEE | DAF BASE | 25.00 | |
| 11/15/2021 | OCC TAX | DAF BASE | 1.50 | |
| 11/15/2021 | TAX 7% | DAF BASE | 1.75 | |
| 11/15/2021 | ROOM | 3109, 1 | 391.00 | |
| 11/15/2021 | ROOM TAX | 3109, 1 | 27.37 | |
| 11/15/2021 | OCC TAX | 3109, 1 | 23.46 | |
| 11/16/2021 | SUD REST | 54533109 | 32.58 | |



**JW Marriott Marquis Miami**
255 Biscayne Boulevard Way
Miami, FL, US 33131
+1 (305) 421-8600

Page 4 of 5

## Summary of Charges Continued

| Date | Description | Reference | Charges | Credits |
|------|-------------|-----------|---------|---------|
| 11/16/2021 | TELECOMM | FREEHSIA | 0.00 | |
| 11/16/2021 | DAF FEE | DAF BASE | 25.00 | |
| 11/16/2021 | OCC TAX | DAF BASE | 1.50 | |
| 11/16/2021 | TAX 7% | DAF BASE | 1.75 | |
| 11/16/2021 | ROOM | 3109, 1 | 391.00 | |
| 11/16/2021 | ROOM TAX | 3109, 1 | 27.37 | |
| 11/16/2021 | OCC TAX | 3109, 1 | 23.46 | |
| 11/17/2021 | SUD REST | 50383109 | 33.87 | |
| 11/17/2021 | TELECOMM | FREEHSIA | 0.00 | |
| 11/17/2021 | DAF FEE | DAF BASE | 25.00 | |
| 11/17/2021 | OCC TAX | DAF BASE | 1.50 | |
| 11/17/2021 | TAX 7% | DAF BASE | 1.75 | |
| 11/17/2021 | ROOM | 3109, 1 | 391.00 | |
| 11/17/2021 | ROOM TAX | 3109, 1 | 27.37 | |
| 11/17/2021 | OCC TAX | 3109, 1 | 23.46 | |
| ██████████ | | | | |

**Total Charges** ███████

**Total Balance** ███████



**JW Marriott Marquis Miami**
255 Biscayne Boulevard Way
Miami, FL, US 33131
+1 (305) 421-8600

Page 5 of 5

---

## Summary of Charges Continued

---

## Important Information

**Authenticity Of Hotel Bills**
Marriott retains official records of all charges and credits to your account and will honor only these records.

**Privacy**
Your privacy is important to us. For full details please view our
Privacy Statement.

**Credit of Marriott Bonvoy Points**
Marriott retains official records of all charges and credits to your account and will honor only these records.

---



**Hyatt Regency Miami**
400 SE Second Avenue
Miami, FL 33131-2197
Tel: 305 358 1234
Fax: 305 358 0529

INVOICE

Nicholas Joseph Chambers

███████████████

| | |
|---|---|
| Room No. | 1241 |
| Arrival | 11-15-21 |
| Departure | 11-18-21 |
| Folio Window | 1 |
| Folio No. | 1342958 |

Confirmation No.   445875801

Group Name

Booking No.   WFFJJX

| Date | Description | Charges | Credits |
|---|---|---|---|
| ███ | ████████ | ██ | ██ |
| 11-16-21 | Accommodation | 192.65 | |
| 11-16-21 | FL State Occupancy Tax 7% | 13.49 | |
| 11-16-21 | Miami Dade Occupancy Tax 6% | 11.56 | |
| 11-17-21 | Accommodation | 192.65 | |
| 11-17-21 | FL State Occupancy Tax 7% | 13.49 | |
| 11-17-21 | Miami Dade Occupancy Tax 6% | 11.56 | |
| 11-18-21 | American Express   XXXXXXXXXXXX██XX/XX | | ██ |

| | | |
|---|---|---|
| **Total** | ██ | ██ |
| **Balance** | 0.00 | |

Guest Signature

  agree that my liability for this bill is not waived and   agree
to be held personally liable in the event that the indicated
person  company or association fails to pay for any part or
the full amount of these charges

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing the Hyatt Regency Miami. We hope you had an exceptional stay
with us. If you have any comments or questions regarding your stay, please contact:
Email: qualitymiarm@hyatt.com
Mail: Customer Service: Attn General Manager
400 SE Second Avenue, Miami, Florida 33131

For questions regarding your World of Hyatt account, call 1-800-30-HYATT
For inquiries concerning your bill, please call 888-588-6308

For balances due please remit payment to:
Hyatt Regency Miami
P.O. Box 842231
Dallas, Texas 75284

**World of Hyatt Summary**

Membership:        XXXXXX199K
Bonus Codes:
Qualifying Nights:   3
Eligible Spend:     ██
Redemption Eligible: ██

Summary Invoice, please see front desk
for eligible details.



Business travel simplified.

Printer Friendly 

**PLEASE READ CAREFULLY *COVID-19 TRAVELER ALERT*: Most airlines, hotels, car rental, rail services and other travel suppliers, as well as local authorities, impose or recommend special procedures due to COVID. Before traveling, travelers should make themselves aware and be prepared to comply with such requirements for their destination(s), such as for example, entry and exit rules, and the need to wear approved protective face covering nose and mouth (note: some airlines do not accept scarf type face coverings). Such special procedures may cause travel restrictions, requirements, and/or adjustments to services and amenities. For additional information about COVID-19 travel, please visit: https://need2know.tripsource.com/.**

**TRAVEL INFORMATION PROVIDED BY BCD TRAVEL SHOULD NOT BE RELIED UPON AS LEGAL OR MEDICAL ADVICE. TRAVELERS SHOULD VISIT THE WORLD HEALTH ORGANIZATION OR LOCAL SITES FOR THE LATEST AND MOST ACCURATE INFORMATION ON SPECIFIC TRAVEL REQUIREMENTS AND RESTRICTIONS. BCD TRAVEL DISCLAIMS ANY AND ALL LIABILITY FOR ANY LOSS RESULTING FROM RELIANCE ON SUCH INFORMATION.**

Review this summary and the detailed attachment for accuracy. If you find an error, contact your Travel Adviser right away to avoid potential fees and penalties. For additional trip details, go to tripsource.com or download the app and take it with you.
By way of accessing and/or utilizing any of our services, you acknowledge that your personal data will be used in accordance with BCD's Global Privacy Policy.

## 🚶 Miami, Florida, United States

| Passenger | Agency Record Locator |
|---|---|
| **CHAMBERS NICHOLAS JOSEPH** | **WFFJJX** |

⚠ **We've got your back.** You have been enrolled to receive BCD Travel Safety and Security alerts. We will notify you of any critical events that impact your trip.

## 📄 Ticket Receipt

Total Amount: 201.00 USD

| Date | From/To | Flight/Vendor | Status |
|---|---|---|---|
| Monday, November 15 2021 | DCA-MIA | American Airlines 422 | Confirmed |
| Electronic Ticket Number / Issue Date | Invoice Number | Form of Payment | Ticket Amount |
| 0017676964807 / 14Nov21 | 0329173 | AX*********** | 192.00 USD |
| Base | | | 165.21 USD |
| Total Tax | | | 26.79 USD |
| Service Fee Number / Issue Date | Invoice Number | Form of Payment | Fee Amount |
| 8900805276264 / 14Nov21 | 0329176 | AX*********** | 9.00 USD |
| Service Fee Details | | | Fee Amount Details |
| Service Fee Amount | | | 9.00 USD |

## 🧳 Travel Summary

| Date | From/To | Flight/Vendor | Status | Depart/Arrive | Class/Type | Baggage Allowance |
|---|---|---|---|---|---|---|
| 11/15/2021 | DCA-MIA | AA 422 | Confirmed | 08:27 AM/11:20 AM | Economy/V | 0PC |
| 11/15/2021 | MIA | Hyatt Regency Miami | Confirmed | 11/15-11/17 | | |

Get additional flight details and mobile flight alerts with **TripSource.**
For additional trip details, including maps and amenities, go to **TripSource.**

## ✈ Flight

Total duration
2 h 53 min

🗓 Not working?

### American Airlines AA422
Online check-in

**Airline Record Locator WFFKRK**
**Loyalty Number AAXXXXR14**

### DCA

✈ 2 h 53 min
921 miles
1482 kilometers

### MIA

Ronald Reagan National
Washington, District of
Columbia, United States

Miami International Airport
Miami, Florida, United States

| Departure | Seat | Arrival |
|---|---|---|
| Monday | | Monday |
| November 15 2021 | **17F Confirmed** | November 15 2021 |
| Weather | | Weather |
| 8:27 AM | Economy / V | 11:20 AM |
| Terminal TERMINAL C | Confirmed | |

✈ CO2 Emissions: DEFRA 424.01 lbs/192.73 kgs, GHGP 269.48 lbs/122.49 kgs
Non-stop
Meal: Refreshment
Equipment: Boeing 737 MAX 8
Baggage Allowance: 0PC

We're monitoring eligible trips for price drops. If we find a lower fare before travel we'll
let you know.

## ⓘ Additional trip information

| | |
|---|---|
| **Real ID** | The US Department of Homeland Security (DHS) will enforce the REAL ID Act requiring a REAL ID compliant driver's license, or another acceptable form of identification, to fly within the United States effective May 3, 2023. International Passports and US Passports also qualify as REAL-IDs for international travel.<br>For more details see https://www.dhs.gov/real-id |
| **Baggage Policy** | TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change.<br>Travelers are responsible for verifying all fees charged by individual carriers.<br>**Please visit the operating carrier website of your ticketed itinerary for applicable fees.** |
| **Hazardous Materials** | **Advice to Passengers**<br><br>**Transportation of Hazardous Materials**<br><br>Federal law forbids the carriage of hazardous material aboard the aircraft, in your luggage, or on your person. A violation can result in 5 years imprisonment and penalties of $250,000 or more (49 U.S.C 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials.<br><br>**Forbidden Dangerous Items Examples:**<br><br>Paints, lighter fluid, fireworks, tear gases, oxygen bottles and radiopharmaceuticals. There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information, contact your airline representative.<br><br>Note: Spare batteries and fuel cells are not permitted in checked or hold baggage. These items MUST be packed in carry-on baggage. If your carry-on bag is gate checked, the spare batteries and fuel cells must be removed and carried in the cabin. |
| **Airline Notification** | In accordance with IATA regulations, BCD Travel will share your mobile phone number and email address included in this reservation with the airline(s) to reach you if flight disruptions occur, excluding travelers who previously requested we not do so. For all others, If you do not want BCD Travel to send this information to the airline(s) for this purpose, please contact a travel consultant to remove it from the reservation and you will not be notified of such disruptions. |



Click here or download the app to get this itinerary on your mobile device.

 

To access historical itineraries/travel receipts click here.



BCD Travel acts only as an agent for the airlines, hotels, bus companies, railroads, tour operators, cruise lines, car rental companies, and other similar third parties providing accommodations, transportation, or other meeting and travel related services ("Suppliers").  Suppliers are independent and do not act for or on behalf of BCD Travel, are not employees of BCD Travel, and do not have a joint venture or partnership with BCD Travel.  Suppliers have their own terms and conditions for the services they provide, and you agree to abide by the terms and conditions set forth in any and all documents for any such Supplier services, including, without limitation, all cancellation fees.  By utilizing the services represented by this itinerary, you agree to the foregoing and also agree that neither BCD Travel or its parent, affiliates, subsidiaries, partners, agents, and their respective officers, directors, employees, and representatives shall be or become liable for any loss, cost, expense, injury, accident, or damage to person or property resulting directly or indirectly from (i) the acts or omissions of Suppliers, including, but not limited to, delays or cancellation of services, cessation of operations, breakdown in machinery or equipment, or changes in fares, itineraries, or schedules; and/or (ii) acts of God, dangers incident to the sea, fires, acts of government or other authorities, wars, acts of terrorism, civil unrest, strikes, riots, thefts, pilferage, epidemics, quarantines, other diseases, climatic aberrations, or from any other cause beyond BCD Travel's control.  Please see additional terms and conditions related to this itinerary at Terms and Conditions.




Printer Friendly

**PLEASE READ CAREFULLY \*COVID-19 TRAVELER ALERT\*: Most airlines, hotels, car rental, rail services and other travel suppliers, as well as local authorities, impose or recommend special procedures due to COVID. Before traveling, travelers should make themselves aware and be prepared to comply with such requirements for their destination(s), such as for example, entry and exit rules, and the need to wear approved protective face covering nose and mouth (note: some airlines do not accept scarf type face coverings). Such special procedures may cause travel restrictions, requirements, and/or adjustments to services and amenities. For additional information about COVID-19 travel, please visit: https://need2know.tripsource.com/.**

**TRAVEL INFORMATION PROVIDED BY BCD TRAVEL SHOULD NOT BE RELIED UPON AS LEGAL OR MEDICAL ADVICE. TRAVELERS SHOULD VISIT THE WORLD HEALTH ORGANIZATION OR LOCAL SITES FOR THE LATEST AND MOST ACCURATE INFORMATION ON SPECIFIC TRAVEL REQUIREMENTS AND RESTRICTIONS. BCD TRAVEL DISCLAIMS ANY AND ALL LIABILITY FOR ANY LOSS RESULTING FROM RELIANCE ON SUCH INFORMATION.**

Review this summary and the detailed attachment for accuracy. If you find an error, contact your Travel Adviser right away to avoid potential fees and penalties. For additional trip details, go to tripsource.com or download the app and take it with you.
By way of accessing and/or utilizing any of our services, you acknowledge that your personal data will be used in accordance with BCD's Global Privacy Policy.

## 🚶 Washington, District of Columbia, United States

| Passenger | Agency Record Locator |
|---|---|
| **CHAMBERS NICHOLAS JOSEPH** | **GOBVBL** |

⚠️ **We've got your back.** You have been enrolled to receive BCD Travel Safety and Security alerts. We will notify you of any critical events that impact your trip.

## 📄 Ticket Receipt

**Total Amount: 225.01 USD**

| Date | From/To | Flight/Vendor | Status |
|---|---|---|---|
| **Thursday, November 18 2021** | **MIA-DCA** | **American Airlines 2878** | Confirmed |
| Electronic Ticket Number / Issue Date | Invoice Number | Form of Payment | **Ticket Amount** |
| **0017676964921 / 17Nov21** | **0329491** | **AX*********** | 216.01 USD |
| Base | | | 187.54 USD |
| Total Tax | | | 28.47 USD |
| Service Fee Number / Issue Date | Invoice Number | Form of Payment | **Fee Amount** |
| **8900805387227 / 17Nov21** | **0329492** | **AX*********** | 9.00 USD |
| Service Fee Details | | | Fee Amount Details |
| Service Fee Amount | | | 9.00 USD |

## 🧳 Travel Summary

| Date | From/To | Flight/Vendor | Status | Depart/Arrive | Class/Type | Baggage Allowance |
|---|---|---|---|---|---|---|
| 11/18/2021 | MIA-DCA | AA 2878 | Confirmed | 08:30 AM/11:00 AM | Economy/V | 0PC |

Get additional flight details and mobile flight alerts with **TripSource.**

## ✈️ Flight

**Total duration 2 h 30 min**

📅 **Not working?**

**American Airlines AA2878**
**Online check-in**

Airline Record Locator **LTLUNE**
Loyalty Number **AAXXXXR14**

### MIA

Miami International Airport
Miami, Florida, United States

✈️
2 h 30 min
921 miles
1482 kilometers

### DCA

Ronald Reagan National Washington, District of Columbia, United States

| **Departure** | **Seat** | **Arrival** |
|---|---|---|
| **Thursday** | | **Thursday** |
| **November 18 2021** | **18F Confirmed** | **November 18 2021** |
| **Weather** | | **Weather** |
| **8:30 AM** | Economy / V | **11:00 AM** |
| | Confirmed | **Terminal TERMINAL C** |

✈️ CO2 Emissions: DEFRA 424.01 lbs/192.73 kgs, GHGP 269.48 lbs/122.49 kgs
Non-stop
Meal: Refreshment
Equipment: Boeing 737 MAX 8
Baggage Allowance: 0PC

🦜 We're monitoring eligible trips for price drops. If we find a lower fare before travel we'll let you know.

## 🛄 Remarks

******* IMPORTANT NUMBERS *******

ALIXPARTNERS PHONE NUMBERS
ALIXPARTNERS TRAVEL - 866-924-6185
ALIXPARTNERS AFTER HOURS- 866-924-6185
ALIXPARTNERS OVERSEAS 248-386-3326


****************************************
PLEASE REVIEW YOUR TRAVEL ITINERARY AND CONTACT
BCD TRAVEL WITHIN 24HRS WITH ANY DISCREPANCY.
DURING NORMAL BUSINESS HOURS PLEASE CALL
866-924-6185
FOR EMERGENCY SERVICE AFTER BUSINESS HOURS
PLEASE CONTACT 866-924-6185 AND REFER TO CODE
PW0I --PAPA WILLIAM ZERO INDIA--
IF CALLING FROM OUTSIDE THE US PLEASE CALL
COLLECT 248-386-3326.
*******CREDITS ON FILE*******
BCD WILL ATTEMPT TO USE ANY CREDIT ON FILE TOWARDS
NEW TICKET COST, HOWEVER THERE ARE TIMES WHEN THE
AIRLINES WILL NOT ACCEPT A CREDIT AND YOU WILL BE
RESPOSIBLE FOR THE FULL TICKET AMOUNT.
PLEASE VERIFY YOUR FREQUENT FLYER INFORMATION
AT CHECK IN TO ENSURE CREDIT TO YOUR ACCOUNT
PENALTY INFORMATION - TICKET IS REFUNDABLE
WE RECOMMEND A TWO HOUR CHECK IN FOR DOMESTIC
FLIGHTS AND A THREE HOUR CHECK IN FOR INTERNATIONAL
FLIGHTS. PLEASE NOTE A GOVERNMENT-ISSUED PHOTO
ID IS REQUIRED. YOU WILL WANT TO HAVE YOUR BOARDING
PASS PRIOR TO REACHING THE MAIN SECURITY CHECK POINT.
IF YOU ARE TRAVELING INTERNATIONALLY PLEASE
RECONFIRM 72 HOURS IN ADVANCE.
CHECKED BAGGAGE POLICIES VARY BASED ON CARRIER AND FINAL
DESTINATION. FOR THE LATEST INFORMATION PLEASE CHECK
WITH YOUR TRAVEL CONSULTANT OR THE AIRLINES WEBSITE.
5H-CT ONLINE -TKT 0018990220498 EXPIRED OR USED - REMOVE FROM
PROFILE

17Nov/09:12PM
Email generated on 18Nov/2:12 AM UTC

## ⓘ Additional trip information

| | |
|---|---|
| **Real ID** | The US Department of Homeland Security (DHS) will enforce the REAL ID Act requiring a REAL ID compliant driver's license, or another acceptable form of identification, to fly within the United States effective May 3, 2023. International Passports and US Passports also qualify as REAL-IDs for international travel.<br>For more details see https://www.dhs.gov/real-id |
| **Baggage Policy** | TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change.<br>Travelers are responsible for verifying all fees charged by individual carriers.<br>**Please visit the operating carrier website of your ticketed itinerary for applicable fees.** |
| **Hazardous Materials** | **Advice to Passengers**<br><br>**Transportation of Hazardous Materials**<br><br>Federal law forbids the carriage of hazardous material aboard the aircraft, in your luggage, or on your person. A violation can result in 5 years imprisonment and penalties of $250,000 or more (49 U.S.C 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials.<br><br>**Forbidden Dangerous Items Examples:**<br><br>Paints, lighter fluid, fireworks, tear gases, oxygen bottles and radiopharmaceuticals. There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information, contact your airline representative.<br><br>Note: Spare batteries and fuel cells are not permitted in checked or hold baggage. These items MUST be packed in carry-on baggage. If your carry-on bag is gate checked, the spare batteries and fuel cells must be removed and carried in the cabin. |
| **Airline Notification** | In accordance with IATA regulations, BCD Travel will share your mobile phone number and email address included in this reservation with the airline(s) to reach you if flight disruptions occur, excluding travelers who previously requested we not do so. For all others, If you do not want BCD Travel to send this information to the airline(s) for this purpose, please contact a travel consultant to remove it from the reservation and you will not be notified of such disruptions. |



Click here or download the app to get this itinerary on your mobile device.

 

To access historical itineraries/travel receipts click here.



BCD Travel acts only as an agent for the airlines, hotels, bus companies, railroads, tour operators, cruise lines, car rental companies, and other similar third parties providing accommodations, transportation, or other meeting and travel related services ("Suppliers").  Suppliers are independent and do not act for or on behalf of BCD Travel, are not employees of BCD Travel, and do not have a joint venture or partnership with BCD Travel.  Suppliers have their own terms and conditions for the services they provide, and you agree to abide by the terms and conditions set forth in any and all documents for any such Supplier services, including, without limitation, all cancellation fees.  By utilizing the services represented by this itinerary, you agree to the foregoing and also agree that neither BCD Travel or its parent, affiliates, subsidiaries, partners, agents, and their respective officers, directors, employees, and representatives shall be or become liable for any loss, cost, expense, injury, accident, or damage to person or property resulting directly or indirectly from (i) the acts or omissions of Suppliers, including, but not limited to, delays or cancellation of services, cessation of operations, breakdown in machinery or equipment, or changes in fares, itineraries, or schedules; and/or (ii) acts of God, dangers incident to the sea, fires, acts of government or other authorities, wars, acts of terrorism, civil unrest, strikes, riots, thefts, pilferage, epidemics, quarantines, other diseases, climatic aberrations, or from any other cause beyond BCD Travel's control.  Please see additional terms and conditions related to this itinerary at Terms and Conditions.