

# GALLOWAY
## Office Supplies & Furniture
**Est. 1984**

10201 N.W. 21st Street, Miami, FL 33172
Phone: (305) 591-1616 • Fax: (305) 591-5655
Website: gallowayofficesupply.com

| SALESMAN | 145 | TIME | 17:48:47 | INV# | 1269473-0 |
|---|---|---|---|---|---|
| WRITER | 145 | PAGE | 1 | | |
| FEDERAL # | 59-2524876 | | | | |

**CUSTOMER #** 5790
**PO#**
**INVOICE DATE:** 10/22/21

**BILLING ADDRESS**
RIVERO MESTRE LLP
SUITE 1000
2525 PONCE DELEON BLVD
MIAMI       FL 33134

**ROUTE #** CHARGE INVOICE

**SHIPPING ADDRESS**
RIVERO MESTRE LLP
SUITE 1000
2525 PONCE DELEON BLVD
MIAMI       FL 33134

| ITEM NUMBER | CO. | DESCRIPTION | UNIT | ORDER QTY. | B/O QTY. | SHIP QTY. | UNIT PRICE | DT | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 25025 | SAN | HIGHLIGHTER,ACCENT,TANK | S DZ | 1 | | 1 | 6.350 | N | 6.35 |
| 3R02047 | XER | PAPER,COPY,VITALITY,8.5 | * CT | 3 | | 3 | 40.990 | C | 122.97 |
| 58092 | TAB | LABEL,EXHIBIT,LGL,WE,25 | S PK | 1 | | 1 | 8.190 | N | 8.19 |
| 63109 | BSN | PAD,LEGAL,8.5X14,50SH,W | * DZ | 2 | | 2 | 19.990 | N | 39.98 |
| 680-BE2 | MMM | FLAGS,POST-IT,1",100CT, | S PK | 6 | | 6 | 4.850 | N | 29.10 |
| 680-RD2 | MMM | FLAGS,POST-IT,1",100CT, | * PK | 6 | | 6 | 4.850 | N | 29.10 |
| 96806 | VER | DRIVE,USB,32GB,RED | S EA | 3 | | 3 | 8.190 | N | 24.57 |

*Katrina*

| | | |
|---|---|---|
| SUBTOTAL | | 260.26 |
| TAX | | 18.22 |
| TOTAL | | 278.48 |

**TERMS: NET 30 DAYS OF INVOICE DATE.**
Title to the above merchandise remains with GALLOWAY OFFICE SUPPLIES & FURNITURE until paid in full. In the event of default, purchaser agrees to pay all costs of collection, including reasonable attorney's fees. A service charge of 1.5% per month will be added to all past due accounts.

# SYKES PRINTING

222 ANDALUSIA AVE, CORAL GABLES, FL 33134
305.444.6505 - 305.444.4452
www.sykesprinting.com

1667.03 paid

| Invoice # | 619281 |
|---|---|
| Account # | |

| Bill To | Delivery Date | Deliver To |
|---|---|---|
| Rivero Mestre LLP<br>2525 Ponce de Leon Blvd.<br>Suite 1000<br>Coral Gables, FL 33134 | 10/28/2021 | Rivero Mestre LLP<br>2525 Ponce de Leon Blvd.<br>Suite 1000<br>Coral Gables, FL 33134 |

| Date | Customer Project Reference / PO# | Terms |
|---|---|---|
| 10/28/2021 | 1667.01 | Card on File |

| Item | Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| OS0 | 36 X 48 COLOR BOARD W/ LAMINATION | 2 | 123.00 | 246.00T |

*Y,*
*Here is the receipt for the ultra foam boards.*
*-KC*

| Ship Via: | Ordere... | | | |
|---|---|---|---|---|
| Pick Up | KATEH... | Subtotal | | $246.00 |
| | | Sales Tax | | $17.22 |
| | | Balance Due | | $263.22 |

Thank You For Your Business !!!

Customer acknowledges receipt and acceptance of the completed assignment.

Customer acknowledges the return of all supplied originals and or products.

# Nicole Puentes

**From:** Nicole Puentes
**Sent:** Friday, April 27, 2018 11:31 AM
**To:** Yvette Puentes
**Subject:** Check request-1667.01

$44.00 payable to Clerk & Comptroller Palm Beach County
For: court copies

Nicole A. Puentes
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
npuentes@riveromestre.com
www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**Rivero Mestre LLP**                                                                                                  12821

```
DATE    : Aug/ 4/2021
CHE #   : 16821
AMOUNT  : $112.00
ACCOUNT : GENERAL - 31
PAID TO : Clerk of the Circuit Court & Comptroller
```

```
Certified Documents

CLIENT: 1667 - Wright, Mr. Craig
MATTER: 1667.03
```