# COMPOSITE EXHIBIT A-1

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-80176 (BB/BR)

IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH, LLC,

Plaintiffs,

vs.

CRAIG WRIGHT,

Defendant.

EXHIBIT A-1
PLAINTIFFS' ITEMIZED COSTS

| Cost Description | Invoice # | Vendor | Deponent | Depo Date | Invoice Amount |
|---|---|---|---|---|---|
| Videographer | 499527 | Magna Legal Support | Craig Wright | 4/4/2019 | $1,510.00 |
| Deposition Transcript | 498536 | Magna Legal Support | Craig Wright | 4/4/2019 | $4,567.10 |
| Deposition Transcript | 379728 | First Choice Reporting | Ira Kleiman | 4/8/2019 | $1,022.90 |
| Videographer | 520490 | Magna Legal Support | Craig Wright | 6/28/2019 | $489.95 |
| Deposition Transcript | 517509 | Magna Legal Support | Craig Wright | 6/28/2019 | $1,221.00 |
| Videographer | 525182 | Magna Legal Support | Jonathan Warren | 7/24/2019 | $688.75 |
| Deposition Transcript | 525092 | Magna Legal Support | Jonathan Warren | 7/24/2019 | $948.60 |
| Videographer | 552509 | Magna Legal Support | Jamie Wilson | 11/8/2019 | $527.50 |
| Realtime Deposition | 550616 | Magna Legal Support | Jamie Wilson | 11/8/2019 | $1,428.60 |
| Deposition Transcript | 120412248 | US Legal Support | Kimon Andreaou | 12/3/2019 | $740.95 |
| Deposition Transcript | 120414107 | US Legal Support | David Kuharcik | 12/9/2019 | $385.70 |
| Deposition Transcript | 120414605 | US Legal Support | Patrick Paige and Carter Conrad | 12/10/2019 | $686.00 |
| Realtime Deposition | 564287 | Magna Legal Support | Frank Norwitch | 1/3/2020 | $252.00 |
| Videographer | 567209 | Magna Legal Support | Frank Norwitch | 1/3/2020 | $576.25 |
| Video Format Conversion | 120423989 | US Legal Support | Andreas Antonopoulos | 1/7/2020 | $270.00 |
| Deposition Transcript | 120426458 | US Legal Support | Andreas Antonopoulos | 1/7/2020 | $2,169.70 |
| Videographer | 566377 | Magna Legal Support | William Nicholson | 1/9/2020 | $417.50 |
| Realtime Deposition | 566042 | Magna Legal Support | Wiliam Nicholson | 1/9/2020 | $918.50 |
| Video Format Conversion | 120424620 | US Legal Support | W&K Info Defense Research LLC | 1/9/2020 | $130.00 |
| Deposition Transcript | 120427542 | US Legal Support | Zack Eisner | 1/9/2020 | $1,120.85 |
| Videographer | 567553 | Magna Legal Support | D. Stewart McIntyre | 1/10/2020 | $370.00 |
| Deposition Transcript | 566044 | Magna Legal Support | D. Stewart McIntyre | 1/10/2020 | $1,070.00 |
| Video Format Conversion | 120428484 | US Legal Support | Ira Kleiman | 1/10/2020 | $165.00 |
| Deposition Transcript | 120428062 | US Legal Support | Ira Kleiman | 1/10/2020 | $1,503.35 |
| Video Format Conversion | 120429762 | US Legal Support | Matthew Edman | 1/16/2020 | $130.00 |
| Deposition Transcript | 120430348 | US Legal Support | Matthew Edman | 1/16/2020 | $1,106.35 |
| Videographer | 582015 | Magna Legal Support | Gavin Andresen | 2/26/2020 | $1,151.25 |
| Realtime Deposition | 580875 | Magna Legal Support | Gavin Andresen | 2/26/2020 | $2,233.70 |
| Videographer | 582025 | Magna Legal Support | Gavin Andresen (part 2) | 2/27/2020 | $538.75 |
| Realtime Deposition | 580928 | Magna Legal Support | Gavin Andresen (part 2) | 2/27/2020 | $600.75 |
| Videographer | 588783 | Magna Legal Support | Craig Wright | 3/16/2020 | $1,636.00 |
| Realtime Deposition | 587617 | Magna Legal Support | Craig Wright | 3/16/2020 | $3,385.20 |
| Videographer | 588825 | Magna Legal Support | Andrew O'Hagan | 3/17/2020 | $1,232.00 |
| Realtime Deposition | 588076 | Magna Legal Support | Andrew O'Hagan | 3/17/2020 | $2,228.55 |
| Videographer | 588781 | Magna Legal Support | Craig Wright | 3/18/2020 | $1,504.00 |
| Realtime Deposition | 588169 | Magna Legal Support | Craig Wright | 3/18/2020 | $3,660.40 |
| Realtime Deposition | 588069 | Magna Legal Support | Ramona Watts | 3/19/2020 | $3,888.35 |
| Realtime Deposition | 592152 | Magna Legal Support | William Nicholson | 4/20/2020 | $138.75 |
| Deposition Transcript | 592223 | Magna Legal Support | D. Stewart McIntyre | 4/20/2020 | $244.80 |
| Realtime Deposition | 592553 | Magna Legal Support | F. Harley Norwitch | 4/21/2020 | $2,245.35 |
| Deposition Transcript | 120470215 | US Legal Support | Stefan Boedeker | 4/22/2020 | $1,393.55 |
| Deposition Transcript | 120468644 | US Legal Support | Robert Leonard | 4/24/2020 | $784.75 |
| Deposition Transcript | 120467855 | US Legal Support | Andreas Antonopoulos | 4/24/2020 | $733.70 |
| Realtime Deposition | 592928 | Magna Legal Support | Bill Choi | 4/28/2020 | $2,418.45 |
| Deposition Transcript | 592639 | Magna Legal Support | William Eggington | 4/29/2020 | $1,624.40 |
| Deposition Transcript | 120470855 | US Legal Support | Matthew Edman | 4/29/2020 | $1,904.50 |
| Telephonic Deposition | 593143 | Magna Legal Support | John Doe | 4/30/2020 | $217.00 |
| Realtime Deposition | 592623 | Magna Legal Support | Kevin Madura | 4/30/2020 | $2,095.90 |

| | | | | | |
|---|---|---|---|---|---|
| Videographer | 120470991 | US Legal Support | James Nguyen | 4/30/2020 | $1,837.50 |
| Deposition Transcript | 120471520 | US Legal Support | James Nguyen | 4/30/2020 | $3,132.58 |
| Deposition Transcript | 120470510 | US Legal Support | Gordon Klein | 4/30/2020 | $1,417.50 |
| Realtime Deposition | 592581 | Magna Legal Support | F. Harley Norwitch | 5/1/2020 | $918.75 |
| Realtime Deposition | 592813 | Magna Legal Support | Nicholas Chambers | 5/1/2020 | $2,100.90 |
| Realtime Deposition | 120480898 | US Legal Support | James Nguyen | 5/26/2020 | $286.00 |
| Deposition Transcript | 120480742 | US Legal Support | James Nguyen | 5/26/2020 | $1,280.05 |
| Videographer | 120481922 | US Legal Support | James Nguyen | 5/26/2020 | $830.00 |
| | | | | **Deposition Transcripts Total** | **$72,079.93** |
| | | | | *See Invoices attached as Composite Exhibit A-2* | |

| Cost Description | Invoice # | Vendor | Service | Date | Invoice Total |
|---|---|---|---|---|---|
| Subpoena Fees/Service of Process | SD-6899 | Serving by Irving | Brendan Sullivan | 9/4/2019 | $639.50 |
| Subpoena Fees/Service of Process | JM-0616 | Serving by Irving | Eric Stouch | 12/9/2019 | $778.25 |
| Subpoena Fees/Service of Process | JM-0617 | Serving by Irving | Tom Cindric | 12/9/2019 | $916.00 |
| Subpoena Fees/Service of Process | JM-0649 | Serving by Irving | Deborah Kobza | 1/2/2020 | $488.50 |
| Subpoena Fees/Service of Process | JM-0999 | Serving by Irving | Michelle Seven, Dustin Trammell, Jimmy Nguyen | 2/7/2020 | $1,087.50 |
| Subpoena Fees/Service of Process | JM-1011 | Serving by Irving | Fees to locate John Woostock and John Doe | 2/10/2020 | $452.00 |
| Subpoena Fees/Service of Process | 582876 | Magna Legal Support | Process service on Jimmy Nguyen, Michelle Seven, and Dustin Trammell | 2/21/2020 | $858.00 |
| Subpoena Fees/Service of Process | GG-004 | Serving by Irving | John Doe | 3/25/2020 | $678.50 |
| Subpoena Fees/Service of Process | GG-0014 | Serving by Irving | Jimmy Nguyen | 4/17/2020 | $833.50 |
| Subpoena Fees/Service of Process | PIS-2021001732 | PI Services | Patrick Paige | 9/10/2021 | $290.00 |
| | | | | **Subpoena Fees Total** | **$7,021.75** |
| | | | | *See Invoices attached as Composite Exhibit A-3* | |

| Cost Description | Invoice # | Vendor | Hearing/Trial Date | Invoice Total |
|---|---|---|---|---|
| Hearing Transcript | 201900169 | Joanne Mancari | 2/20/2019 | $840.95 |
| Hearing Transcript | 201900184 | Joanne Mancari | 3/7/2019 | $387.20 |
| Hearing Transcript | 20190071 | Lisa Edwards | 3/14/2019 | $538.45 |
| Hearing Transcript | 201900199 | Joanne Mancari | 3/26/2019 | $598.95 |
| Hearing Transcript | 19046 | Case Law Reporting | 4/12/2019 | $423.50 |
| Hearing Transcript | 20190620 | Certified Reporting | 5/6/2019 | $90.75 |
| Hearing Transcript | 201900268 | Joanne Mancari | 6/11/2019 | $235.95 |
| Hearing Transcript | xxxxx | Franklin Court Reporting | 6/28/2019 | $1,531.80 |
| Hearing Transcript | 8201904 | Franklin Court Reporting | 8/5/2019 | $1,938.75 |
| Hearing Transcript | xxxxx | Franklin Court Reporting | 8/26/2019 | $126.00 |
| Hearing Transcript | 33 | Franklin Court Reporting | 11/20/2019 | $84.00 |
| Hearing Transcript | 32 | Franklin Court Reporting | 12/18/2019 | $81.60 |
| Hearing Transcript | 20021 | Case Law Reporting | 1/2/2020 | $52.80 |
| Hearing Transcript | 38 | Franklin Court Reporting | 1/9/2020 | $453.75 |
| Hearing Transcript | 20062 | Case Law Reporting | 2/25/2020 | $10.80 |
| Hearing Transcript | 202000371 | Joanne Mancari | 3/5/2020 | $121.80 |
| Hearing Transcript | 20064 | Case Law Reporting | 4/1/2020 | $44.40 |
| Hearing Transcript | 202000397 | Joanne Mancari | 4/9/2020 | $130.80 |
| Hearing Transcript | 51 | Franklin Court Reporting | 4/17/2020 | $57.75 |
| Hearing Transcript | 52 | Franklin Court Reporting | 4/24/2020 | $163.35 |
| Hearing Transcript | 54 | Franklin Court Reporting | 4/30/2020 | $163.35 |
| Hearing Transcript | 754 | Yvette Hernandez | 10/15/2021 | $51.30 |
| Trial Transcript | 765 | Yvette Hernandez | 11/1/2021 | $562.80 |
| Trial Transcript | 767 | Yvette Hernandez | 11/2/2021 | $401.10 |
| Trial Transcript | 769 | Yvette Hernandez | 11/3/2021 | $401.10 |
| Trial Transcript | 771 | Yvette Hernandez | 11/4/2021 | $592.20 |
| Trial Transcript | 773 | Yvette Hernandez | 11/5/2021 | $371.70 |
| Trial Transcript | 775 | Yvette Hernandez | 11/9/2021 | $1,003.80 |
| Trial Transcript | 777 | Yvette Hernandez | 11/10/2021 | $1,516.62 |
| Trial Transcript | 778 | Yvette Hernandez | 11/11/2021 | $1,709.76 |
| Trial Transcript | 781 | Yvette Hernandez | 11/12/2021 | $1,263.60 |
| Trial Transcript | 783 | Yvette Hernandez | 11/15/2021 | $786.24 |

| Trial Transcript | 787 | Yvette Hernandez | 11/15/2021 | $447.30 |
|---|---|---|---|---|
| Trial Transcript | 789 | Yvette Hernandez | 11/16/2021 | $497.70 |
| Trial Transcript | 791 | Yvette Hernandez | 11/17/2021 | $1,440.12 |
| Trial Transcript | 793 | Yvette Hernandez | 11/18/2021 | $241.50 |
| Trial Transcript | 1207 | James C. Pence-Aviles | 11/18/2021 | $1,978.50 |
| Trial Transcript | 795 | Yvette Hernandez | 11/19/2021 | $1,079.52 |
| Trial Transcript | 797 | Yvette Hernandez | 11/19/2021 | $239.40 |
| Trial Transcript | 799 | Yvette Hernandez | 11/20/2021 | $552.24 |
| Trial Transcript | 801 | Yvette Hernandez | 11/21/2021 | $1,004.64 |
| Trial Transcript | 804 | Yvette Hernandez | 11/22/2021 | $262.50 |
| Trial Transcript | 806 | Yvette Hernandez | 11/24/2021 | $392.70 |
| Trial Transcript | 808 | Yvette Hernandez | 11/28/2021 | $2,916.78 |
| Trial Transcript | 811 | Yvette Hernandez | 11/30/2021 | $600.12 |
| Trial Transcript | 813 | Yvette Hernandez | 12/1/2021 | $939.36 |
| Trial Transcript | 815 | Yvette Hernandez | 12/2/2021 | $153.96 |
| Trial Transcript | 20200257 | Lisa Edwards | 12/6/2021 | $59.28 |
| Trial Transcript | 820 | Yvette Hernandez | 12/8/2021 | $12.40 |
| | | | **Hearing & Trial Transcripts Total** | **$29,554.94** |
| | | | *See Invoices attached as Composite Exhibit A-4* | |