# COMPOSITE EXHIBIT A-2

# COMPOSITE EXHIBIT A-2

# DEPOSITION TRANSCRIPT INVOICES

# I N V O I C E

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 499527 | 4/30/2019 | 472123 |

| Job Date | Case No. |
|---|---|
| 4/4/2019 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel (Devin) Freedman, Esq.
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

VIDEO SERVICES FOR:

    Dr. Craig Wright

| | | | | |
|---|---|---|---|---|
| Video Full Day | | | 650.00 | 650.00 |
| Video Overtime Per Hour | 3.00 | @ | 70.00 | 210.00 |
| MPEG, split, burn & sync to DVD or CD | 7.25 Hours | @ | 80.00 | 580.00 |
| Shipping | | | 70.00 | 70.00 |
| | | **TOTAL DUE  >>>** | | **$1,510.00** |

Reference No.　　: O

Location: London

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **1,510.00** |

**Tax ID:** 20-8474245

Phone: (305) 539-8400   Fax:305.539.1307

*Please detach bottom portion and return with payment.*

Velvel (Devin) Freedman, Esq.
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

| | | | | |
|---|---|---|---|---|
| Job No. | : 472123 | BU ID | : New York |
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 499527 | Invoice Date | : 4/30/2019 |
| **Total Due** | **: $1,510.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:　　　　　　Phone#:

Billing Address:

Zip:　　　　Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:　**Magna Legal Services LLC**
　　　　　**P.O. Box 822804**
　　　　　**Philadelphia, PA  19182-2804**

# I N V O I C E

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221  Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 498536 | 4/30/2019 | 472122 |
| **Job Date** | **Case No.** | |
| 4/4/2019 | | |

| **Case Name** |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |
| **Payment Terms** |
| Due upon receipt |

Velvel (Devin) Freedman, Esq.
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

---

ORIGINAL AND ONE CERTIFIED COPY OF: (5 DAY EXPEDITE)

| | | | | |
|---|---|---|---|---|
| Dr. Craig Wright | 433.00 Pages | @ | 6.50 | 2,814.50 |
| Exhibit | 168.00 Pages | @ | 0.55 | 92.40 |
| Attendance Fee | | | 175.00 | 175.00 |
| Overtime | 3.00 | @ | 70.00 | 210.00 |
| Rough Draft | 405.00 Pages | @ | 1.40 | 567.00 |
| RealTime | 388.00 Pages | @ | 1.40 | 543.20 |
| iPad/Laptop Rental | | | 75.00 | 75.00 |
| GoGreenScripts Lit Package | | | 0.00 | 0.00 |
| Shipping of Exhibits/Exhibit Return | | | 90.00 | 90.00 |
| | | **TOTAL DUE  >>>** | | **$4,567.10** |

Reference No.      :  O

Location: London

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 20-8474245                                          Phone: (305) 539-8400   Fax:305.539.1307

*Please detach bottom portion and return with payment.*

Velvel (Devin) Freedman, Esq.
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

| | | | | |
|---|---|---|---|---|
| Job No. | : 472122 | BU ID | : New York |
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| | | | |
| Invoice No. | : 498536 | Invoice Date | : 4/30/2019 |
| **Total Due** | : **$4,567.10** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 498536 | 4/30/2019 | 472122 |
| **Job Date** | **Case No.** | |
| 4/4/2019 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Velvel (Devin) Freedman, Esq.
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

Remote Realtime Connections to: abrenner@bsfllp.com

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **4,567.10** |

**Tax ID:** 20-8474245

Phone: (305) 539-8400   Fax:305.539.1307

*Please detach bottom portion and return with payment.*

Velvel (Devin) Freedman, Esq.
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

| | | | | |
|---|---|---|---|---|
| Job No. | : | 472122 | BU ID | : New York |
| Case No. | : | | | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : | 498536 | Invoice Date | : 4/30/2019 |
| **Total Due** | : | **$4,567.10** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

*09987.0001*
*V458 016*

# INVOICE

First-Choice Reporting Services, Inc.
1080 Woodcock Rd
Ste 100
Orlando FL 32803
Phone:407-830-9044  Fax:407-767-8166

RECEIVED
APR 17 2019
Schiller & Flexner LLP

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 379728 | 4/11/2019 | 477798 |
| **Job Date** | **Case No.** | |
| 4/8/2019 | 9:18-cv-80176-BB/BR | |
| **Case Name** | | |
| Kleiman, Ira (Estate of Kleiman, David) vs Wright, Craig | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Vel Freedman, Esq.
Boies, Schiller, & Flexner - MIF
100 S.E. 2nd St.
Ste. 2800
Miami FL 33131

---

Certified - Transcript&Index - REGULAR DELIVERY:

Ira Kleiman

| | | | |
|---|---|---|---|
| Exhibit | 174.00 | Pages | 582.90 |
| Rough ASCII | 200.00 | Pages | 100.00 |
| Electronic transcript | 150.00 | Pages | 270.00 |
| Litigation Package | 1.00 | | 0.00 |
| Delivery/Processing | 1.00 | Disks | 35.00 |
| | 1.00 | | 35.00 |

Client Matter: 9 9 87. 001

Cost Code: 6205 C

Approved: _____

**TOTAL DUE  >>>**        **$1,022.90**
AFTER 5/11/2019  PAY        $1,125.19

Thank you for choosing First-Choice Reporting, a U.S. Legal Support Company!

PAY ONLINE - Go to www.firstchoicereporting.com and select MAKE PAYMENT

Payment is not contingent upon any third-party reimbursement.  Payments after 30 days shall bear an interest rate of 1.5% monthly, plus late fee.  Above-named addressee agrees to pay all costs of collection, including court costs and attorney's fees.  The venue for disputes shall be filed in Orange County, FL where payment is due.


POSTED 5/11/92

**Tax ID:** 59-347-3648                                    Phone: 305.539.8400    Fax:

---

*Please detach bottom portion and return with payment.*

Vel Freedman, Esq.
Boies, Schiller, & Flexner - MIF
100 S.E. 2nd St.
Ste. 2800
Miami FL 33131

Invoice No.    :  379728
Invoice Date   :  4/11/2019
**Total Due**      :  **$ 1,022.90**
AFTER 5/11/2019  PAY  $1,125.19

Remit To: **First-Choice Reporting Services, Inc.**
          **P.O. Box 865039**
          **Orlando FL 32886-5039**

Job No.      :  477798
BU ID        :  S Florida2
Case No.     :  9:18-cv-80176-BB/BR
Case Name    :  Kleiman, Ira (Estate of Kleiman, David) vs
                Wright, Craig

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 520490 | 7/16/2019 | 493076 |
| **Job Date** | **Case No.** | |
| 6/28/2019 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Velvel (Devin) Freedman, Esq.
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

VIDEO SERVICES FOR:

   Dr. Craig Wright

| | | | | |
|---|---|---|---|---|
| Video Service First 2 Hours | | | 240.00 | 240.00 |
| Video Service Additional Hours | 1.50 Hours | @ | 80.00 | 120.00 |
| MPEG, split, burn & sync to DVD or CD | 2.00 Hours | @ | 55.00 | 110.00 |
| Shipping | | | 15.00 | 19.95 |

**TOTAL DUE  >>>**                                                      **$489.95**

Reference No.      :  O/ 05379

Location: West Palm Beach, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 20-8474245                                    Phone: (305) 539-8400    Fax:305.539.1307

*Please detach bottom portion and return with payment.*

Velvel (Devin) Freedman, Esq.
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

| | | |
|---|---|---|
| Invoice No. | : | 520490 |
| Invoice Date | : | 7/16/2019 |
| **Total Due** | **:** | **$489.95** |

Remit To:   **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA  19182-2804**

| | | |
|---|---|---|
| Job No. | : | 493076 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 517509 | 7/11/2019 | 493075 |
| **Job Date** | **Case No.** | |
| 6/28/2019 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Velvel (Devin) Freedman, Esq.
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL 33131

ORIGINAL AND ONE CERTIFIED COPY OF: (DAILY EXPEDITE)

| | | | | | |
|---|---|---|---|---|---|
| Dr. Craig Wright | 133.00 | Pages | @ | 7.00 | 931.00 |
| Attendance Fee | | | | 0.00 | 0.00 |
| Rough Draft | 116.00 | Pages | @ | 1.25 | 145.00 |
| RealTime | 116.00 | Pages | @ | 1.25 | 145.00 |
| GoGreenScripts Lit Package | | | | 0.00 | 0.00 |
| | | **TOTAL DUE >>>** | | | **$1,221.00** |

Reference No.    : O

Location: West Palm Beach, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,221.00** |

**Tax ID:** 20-8474245

Phone: (305) 539-8400    Fax:305.539.1307

*Please detach bottom portion and return with payment.*

Velvel (Devin) Freedman, Esq.
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL 33131

| | | |
|---|---|---|
| Invoice No. | : | 517509 |
| Invoice Date | : | 7/11/2019 |
| **Total Due** | : | **$1,221.00** |

| | | |
|---|---|---|
| Remit To: | **Magna Legal Services LLC** | |
| | **P.O. Box 822804** | |
| | **Philadelphia, PA  19182-2804** | |

| | | |
|---|---|---|
| Job No. | : | 493075 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221  Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 525182 | 8/12/2019 | 494990 |
| **Job Date** | **Case No.** | |
| 7/24/2019 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

RECEIVED

SEP 13 2019

Boies Schiller Flexner LLP

Robert Keefe, Esquire
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

VIDEO SERVICES FOR:

Jonathan Warren

| | | | | | |
|---|---|---|---|---|---|
| Video Service First 2 Hours | | | | 240.00 | 240.00 |
| Video Service Additional Hours | 2.50 | Hours | @ | 80.00 | 200.00 |
| MPEG, split, burn & sync to DVD or CD | 3.25 | Hours | @ | 55.00 | 178.75 |
| Shipping | | | | 70.00 | 70.00 |

TOTAL DUE >>>                                                 $688.75

Reference No.        :  O

Location: New York, NY

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance | 688.75 |

**Tax ID: 20-8474245**

Phone: (305) 539-8400   Fax:305.539.1307

*Please detach bottom portion and return with payment.*

Robert Keefe, Esquire
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

| | | | |
|---|---|---|---|
| Job No. | : 494990 | BU ID | : New York |
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 525182 | Invoice Date | : 8/12/2019 |
| **Total Due** | **: $688.75** | | |

**PAYMENT WITH CREDIT CARD**

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

# I N V O I C E

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 525092 | 8/6/2019 | 494987 |
| **Job Date** | **Case No.** | |
| 7/24/2019 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert Keefe, Esquire
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

ORIGINAL AND ONE CERTIFIED COPY OF: (6 DAY EXPEDITE)

| | | | | | |
|---|---|---|---|---|---|
| Jonathan Warren | 169.00 | Pages | @ | 4.40 | 743.60 |
| Attendance Fee | | | | 0.00 | 0.00 |
| RealTime | 152.00 | Pages | @ | 1.25 | 190.00 |
| GoGreenScripts Lit Package | | | | 0.00 | 0.00 |
| Shipping | | | | 15.00 | 15.00 |
| | | | **TOTAL DUE  >>>** | | **$948.60** |

Reference No.      :  O

Location: New York, NY

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$948.60** |

**Tax ID:** 20-8474245                                                         Phone: (305) 539-8400    Fax:305.539.1307

*Please detach bottom portion and return with payment.*

Robert Keefe, Esquire
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

| | | |
|---|---|---|
| Invoice No. | : | 525092 |
| Invoice Date | : | 8/6/2019 |
| **Total Due** | : | **$948.60** |

Remit To:   **Magna Legal Services LLC**
                  **P.O. Box 822804**
                  **Philadelphia, PA  19182-2804**

| | | |
|---|---|---|
| Job No. | : | 494987 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 550616 | 11/20/2019 | 528739 |
| **Job Date** | **Case No.** | |
| 11/8/2019 | | |

| **Case Name** |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| **Payment Terms** |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

ORIGINAL AND ONE CERTIFIED COPY OF: (NEXT DAY EXPEDITE)

| | | | | | |
|---|---|---|---|---|---|
| Jamie R. Wilson | 190.00 | Pages | @ | 7.00 | 1,330.00 |
| Exhibit | 152.00 | Pages | @ | 0.55 | 83.60 |
| Attendance Fee | | | | 0.00 | 0.00 |
| Depo Disc/Lit Package (Complimentary) | | | | 0.00 | 0.00 |
| Shipping | | | | 15.00 | 15.00 |
| | | | **TOTAL DUE  >>>** | | **$1,428.60** |

Reference No.       :   O/ 0001261

Location: Washington, D.C.

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 20-8474245                                                                                   Phone: (305) 753-3675   Fax:

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

| | | |
|---|---|---|
| Invoice No. | : | 550616 |
| Invoice Date | : | 11/20/2019 |
| **Total Due** | **:** | **$1,428.60** |

| | | |
|---|---|---|
| Job No. | : | 528739 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

**Nathalie Bermond**

| | |
|---|---|
| **From:** | noreply@mxmerchant.com |
| **Sent:** | Friday, December 6, 2019 4:22 PM |
| **To:** | Nathalie Bermond |
| **Subject:** | Magna Legal Services Receipt #22 |

View this receipt in your browser by going to https://mxmerchant.com/receipts/payment/934021082434/PhDlSdAEmyLlSEv2pBuV9KvC0BKEYNnl

# Magna Legal Services

1635 Market St 8th Floor
Philadelphia, PA 19103
(215) 207-9440
Dec 6th 2019, 4:21:27 PM
www.magnals.com
Thank you for your payment, If you have any questions or concerns, please contact us at
ARTeam@MagnaLS.com

Amount:                 **$1,956.10**

Total:          **$1,956.10**

Payment

---

**Visa**                              $1,956.10
(****6194)
Auth Code: 006235
Card Not Present
Invoice #O00SM9NW
Memo: 550616 552509

---

Customer Signature

Card holder agrees to pay according to card issuer agreement.

Return Policy
na

1

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 552509 | 11/20/2019 | 528740 |

| Job Date | Case No. |
|---|---|
| 11/8/2019 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

VIDEO SERVICES FOR:

James Wilson

| | | | | |
|---|---|---|---|---|
| Video Service First 2 Hours | | | 240.00 | 240.00 |
| Video Service Additional Hours | 1.50 Hours | @ | 80.00 | 120.00 |
| MPEG, split, burn & sync to DVD or CD | 2.50 Hours | @ | 55.00 | 137.50 |
| Shipping | | | 30.00 | 30.00 |

**TOTAL DUE  >>>**                    **$527.50**

Reference No.      :  O/ DAVID528740

Location: Washington, D.C.

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 20-8474245                                            Phone: (305) 753-3675   Fax:

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

| Invoice No. | : | 552509 |
|---|---|---|
| Invoice Date | : | 11/20/2019 |
| **Total Due** | **:** | **$527.50** |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

| Job No. | : | 528740 |
|---|---|---|
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

**Nathalie Bermond**

---

**From:** noreply@mxmerchant.com
**Sent:** Friday, December 6, 2019 4:22 PM
**To:** Nathalie Bermond
**Subject:** Magna Legal Services Receipt #22

View this receipt in your browser by going to https://mxmerchant.com/receipts/payment/934021082434/PhDlSdAEmyLtSEy2pBuV9KvC0BKEYNnl

# Magna Legal Services

1635 Market St 8th Floor
Philadelphia, PA 19103
(215) 207-9540
Dec 6th 2019, 4:21:27 PM
www.magnals.com
Thank you for your payment, If you have any questions or concerns, please contact us at
ARTeam@MagnaLS.com

Amount: **$1,956.10**

Total: **$1,956.10**

Payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Visa** $1,956.10
(****6194)
Auth Code: 006235
Card Not Present
Invoice #O00SM9NW
Memo: 550616 552509

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____

Customer Signature

Card holder agrees to pay according to card issuer agreement.

Return Policy
na

1

# INVOICE

U.S. Legal Support, Inc.
100 Northeast Third Avenue
Suite 1050
Fort Lauderdale FL 33301
Phone:954-463-2933   Fax:954-525-8919

*Approved by _____*

*RECEIVED*
*DEC 18 2019*
*Boies Schiller Flexner LLP*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120412248 | 12/9/2019 | 2044113 |
| **Job Date** | **Case No.** | |
| 12/3/2019 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Brenner, Esquire
Boies, Schiller & Flexner LLP
100 Southeast Second Street
Suite 2800
Miami FL 33131

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kimon Andreaou | 152.00 Pages | @ | 3.35 | 509.20 |
|    Litigation Support Package | | | 40.00 | 40.00 |
|    Condensed Transcript | | | 20.00 | 20.00 |
|    Processing & Handling | | | 45.00 | 45.00 |
| Kimon Andreaou | | | | |
|    Exhibit | 195.00 Pages | @ | 0.65 | 126.75 |

TOTAL DUE  >>>  **$740.95**
AFTER 1/8/2020 PAY  $852.09

Client Matter: 9987.001

Cost Code: 6205C

Approved: See attached

(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:  740.95

 

POSTED (12/18/19) KH

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                    Phone: 305-539-8400    Fax:305-539-1307

*Please detach bottom portion and return with payment.*

Andrew Brenner, Esquire
Boies, Schiller & Flexner LLP
100 Southeast Second Street
Suite 2800
Miami FL 33131

Job No.     : 2044113      BU ID    : 52-FT.LA
Case No.    : 918CV80176BBBR
Case Name  : Ira Kleiman/Estate of David Kleiman vs. Craig
                    Wright
Invoice No. : 120412248      Invoice Date : 12/9/2019
**Total Due  : $ 740.95**

Remit To: **U.S. Legal Support, Inc.**
       **P.O. Box 4772-12**
       **Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

U.S. Legal Support, Inc.
100 Northeast Third Avenue
Suite 1050
Fort Lauderdale FL 33301
Phone:954-463-2933   Fax:954-525-8919

*Approved by* _____

*RECEIVED*

*DEC 1 8 2019*

*Boies Schiller Flexner LLP*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120414107 | 12/12/2019 | 2053723 |
| **Job Date** | **Case No.** | |
| 12/9/2019 | 918CV80176BBBR | |

| **Case Name** |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

| **Payment Terms** |
|---|
| Due upon receipt |

Andrew Brenner, Esquire
Boies, Schiller & Flexner LLP
100 Southeast Second Street
Suite 2800
Miami FL  33131

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| David Kuharcik | 77.00 Pages | @ | 3.35 | 257.95 |
|     Litigation Support Package | | | 40.00 | 40.00 |
|     Condensed Transcript | | | 20.00 | 20.00 |
|     Processing & Handling | | | 45.00 | 45.00 |
| David Kuharcik | | | | |
|     Exhibit | 35.00 Pages | @ | 0.65 | 22.75 |

Client Matter: 9987.001 

Cost Code: 6205C

Approved: See attached 

*POSTED 12/10/19 KH*

| | |
|---|---|
| **TOTAL DUE >>>** | **$385.70** |
| AFTER 1/11/2020 PAY | $443.56 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 385.70 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                    Phone: 305-539-8400    Fax:305-539-1307

*Please detach bottom portion and return with payment.*

Andrew Brenner, Esquire
Boies, Schiller & Flexner LLP
100 Southeast Second Street
Suite 2800
Miami FL  33131

| | | | |
|---|---|---|---|
| Job No. | : 2053723 | BU ID | :52-FT.LA |
| Case No. | : 918CV80176BBBR | | |
| Case Name | : Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| Invoice No. | : 120414107 | Invoice Date | :12/12/2019 |
| **Total Due** | **: $ 385.70** | | |

Remit To:  **U.S. Legal Support, Inc.**
        **P.O. Box 4772-12**
        **Houston TX  77210-4772**

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date: _____   Phone#:
Billing Address:
Zip: _____   Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120414605 | 12/13/2019 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2060133 | 12/10/2019 | $788.90 |

**U.S. Legal Support, Inc.**
**444 West Railroad AvenueSuite 300**
**West Palm Beach FL 33401**
**Phone: 561-835-0220  Fax: 561-835-3583**

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

**Velvel Freedman, Esquire**
**Roche Freedman**
**200 South Biscayne Boulevard,**
**Suite 5500**
**Miami FL 33131**

| Case No |
|---|
| 918CV80176BBBR |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Office of Bruce A. Zimet, Esq. One Clearlake Centre250 North Australian AvenueSuite 1400 West Palm Beach FL 33401 | Velvel Freedman, Esquire Roche Freedman 200 South Biscayne Boulevard, Suite 5500 Miami FL 33131 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Carter Conrad | | | | | |
| Copy | 52.00 | $3.35 | $174.20 | $0.00 | $174.20 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| Items Covered: Carter Conrad | | | | | |
| Exhibit | 3.00 | $0.65 | $1.95 | $0.00 | $1.95 |
| ( Taxable 0.00) | | | | | |
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Patrick Paige | | | | | |
| Copy | 80.00 | $3.35 | $268.00 | $0.00 | $268.00 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| Items Covered: Patrick Paige | | | | | |
| Exhibit | 49.00 | $0.65 | $31.85 | $0.00 | $31.85 |
| ( Taxable 0.00) | | | | | |
| | | | $686.00 | $0.00 | |

*** This invoice replace invoices 120414406 ***

| | |
|---|---|
| Total Due | **$686.00** |
| (-) Payments/Credits | **$0.00** |
| (+) Finance Charges/Debits | **$102.90** |
| (=) New Balance | **$788.90** |

**Tax ID : 76-0523238**                                                                 Phone: 305-357-3861

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Velvel Freedman, Esquire
Roche Freedman
200 South Biscayne Boulevard,Suite 5500
Miami FL 33131

| Invoice No. | 120414605 |
|---|---|
| **Invoice Date:** | 12/13/2019 |
| **Total Due** | **$788.90** |
| **Job No.** | 2060133 |
| **Case No:** | 918CV80176BBBR |

Remit To:   **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 564287 | 1/13/2020 | 541611 |

| Job Date | Case No. |
|---|---|
| 1/3/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Kyle W. Roche, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

ORIGINAL AND ONE CERTIFIED COPY OF:

| | | | | |
|---|---|---|---|---|
| Frank Norwitch | 42.00 Pages | @ | 3.50 | 147.00 |
|    Exhibit | 31.00 Pages | @ | 0.00 | 0.00 |
|    Attendance Fee | | | 0.00 | 0.00 |
|    Rough Draft | 36.00 Pages | @ | 1.25 | 45.00 |
|    RealTime | 36.00 Pages | @ | 1.25 | 45.00 |
|    Go Green Lit Package (Complimentary) | | | 0.00 | 0.00 |
|    Shipping of Exhibits/Exhibit Return | | | 15.00 | 15.00 |

**TOTAL DUE  >>>**                                    **$252.00**

Reference No.       : O

Location: Loxahatchee, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**(-) Payments/Credits:**                    252.00
**(+) Finance Charges/Debits:**              0.00

**Tax ID:** 20-8474245                                              Phone: (305) 753-3675    Fax:

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 541611 | BU ID | : New York |
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 564287 | Invoice Date | : 1/13/2020 |
| **Total Due** | : **$0.00** | | |

Kyle W. Roche, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

# I N V O I C E

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 564287 | 1/13/2020 | 541611 |
| **Job Date** | **Case No.** | |
| 1/3/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kyle W. Roche, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

|  |  |
|---|---|
| **(=) New Balance:** | **0.00** |

**Tax ID:** 20-8474245

Phone: (305) 753-3675   Fax:

*Please detach bottom portion and return with payment.*

Kyle W. Roche, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

| | | | | |
|---|---|---|---|---|
| Job No. | : | 541611 | BU ID | : New York |
| Case No. | : | | | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright | | |
| | | | | |
| Invoice No. | : | 564287 | Invoice Date | : 1/13/2020 |
| **Total Due** | : | **$0.00** | | |

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

**Nathalie Bermond**                                    **Friday, February 21, 2020 at 3:12:46 PM Eastern Standard Time**

**Subject:**      FW: Magna Legal Services Receipt #9
**Date:**         Friday, February 21, 2020 at 1:16:41 PM Eastern Standard Time
**From:**         John Ryan <jryan@magnals.com>
**To:**           Nathalie Bermond <nbermond@rcfllp.com>
**CC:**           AR Team <arteam@magnals.com>
**Attachments:**  image001.jpg, image002.jpg, image003.jpg, 564287.pdf

Hello Natalie,

Pursuant to your request, please find below the receipt for invoice # 564287 along with a copy of the paid invoice attached.

Thank you,

JOHN RYAN
ACCOUNTS RECEIVABLE SPECIALIST



T: 866.624.6221 x1550 |F: 215.207.2322

MagnaLS.com



This e-mail may contain confidential material for the sole use of the intended recipient. Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

**From:** noreply@mxmerchant.com <noreply@mxmerchant.com>
**Sent:** Tuesday, February 04, 2020 12:12 PM
**To:** AR Team <arteam@magnals.com>
**Subject:** Magna Legal Services Receipt #9

View this receipt in your browser by going to https://mxmerchant.com/receipts/payment/003517037194/PPuv09dlWTkpAJVK3lMfulUYNwEPZ4sRa.

## Magna Legal Services

1635 Market St 8th Floor
Philadelphia, PA 19103
(215) 207-9460
Feb 4th 2020, 12:12:00 PM
www.magnals.com
Thank you for your payment, If you have any
questions or concerns, please contact us at
ARTeam@MagnaLS.com

Amount: **$252.00**

Total: **$252.00**

Payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Visa**                                    $252.00
(****6194)
Auth Code: 004843
Card Not Present
Invoice #100KQ5AE
Memo: 564287

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Customer Signature

Card holder agrees to pay according to card
issuer agreement.

Return Policy
na

*This email and its attachments may contain privileged and confidential information and/or protected health information (PHI). If you are not the recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at 866-624-6221 and permanently delete this email and any attachments.*

# INVOICE

1 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 567209 | 1/15/2020 | 541612 |

| Job Date | Case No. | |
|---|---|---|
| 1/3/2020 | | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Kyle W. Roche, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

VIDEO SERVICES FOR:

    Frank Norwitch

| | | | | |
|---|---|---|---|---|
| Video Service First 2 Hours | 1.00 | Hours | @ 240.000 | 240.00 |
| Video Service Additional Hours | 3.50 | Hours | @ 80.000 | 280.00 |
| MPEG, split, burn & sync to DVD or CD | 0.75 | Hours | @ 55.000 | 41.25 |
| Shipping | 1.00 | Delivery | @ 15.000 | 15.00 |

**TOTAL DUE  >>>**         **$576.25**

D/O/L       : 1/1/1900
Location of Job  : Norwitch Document Laboratory
                 17026 Hamlin Boulevard
                 Loxahatchee, FL 33470
Reference No.   : O/ 06327

Location: Loxahatchee, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kyle W. Roche, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.    : 541612         BU ID      : New York
Case No.   :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 567209      Invoice Date : 1/15/2020
**Total Due**  : $0.00

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:            Phone#: |
| Billing Address: |
| Zip:       Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To: **Magna Legal Services LLC**
             **P.O. Box 822804**
             **Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 567209 | 1/15/2020 | 541612 |

| Job Date | Case No. |
|---|---|
| 1/3/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Kyle W. Roche, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

(-) Payments/Credits: 576.25
(+) Finance Charges/Debits: 0.00
(=) New Balance: **$0.00**

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kyle W. Roche, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.   : 541612        BU ID      : New York
Case No.   :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 567209      Invoice Date : 1/15/2020
**Total Due**  : **$0.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804**

# I N V O I C E

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120423989 | 1/9/2020 | 2073180 |

| Job Date | Case No. | |
|---|---|---|
| 1/7/2020 | 918CV80176BBBR | |

| Case Name | | |
|---|---|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kyle Roche, Esquire
Roche Freedman, LLP
185 Wythe Avenue
Suite F2
Brooklyn NY  11249

Videotaped Deposition Of:

    Andres Antonopoulos

| | | | | |
|---|---|---|---|---|
| Video Format Conversion | 7.00 Hours | @ | 35.00 | 245.00 |
| Processing/Delivery: Video Media | | | 25.00 | 25.00 |

**TOTAL DUE  >>>**                    **$270.00**
AFTER 2/8/2020  PAY                    $310.50

Thank you for choosing U.S. Legal Support!

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                        Phone: 716-348-6003    Fax:

*Please detach bottom portion and return with payment.*

Kyle Roche, Esquire
Roche Freedman, LLP
185 Wythe Avenue
Suite F2
Brooklyn NY  11249

Job No.         :  2073180            BU ID          : 51-MIAMI
Case No.       :  918CV80176BBBR
Case Name    :  Ira Kleiman/Estate of David Kleiman vs. Craig
                        Wright

Invoice No.    :  120423989          Invoice Date   : 1/9/2020

**Total Due     :  $270.00**
AFTER 2/8/2020  PAY  $310.50

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **U.S. Legal Support, Inc.**
          **P.O. Box 4772**
          **Houston TX  77210-4772**



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120426458 | 1/15/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2073179 | 1/7/2020 | $2495.16 |

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

| Case No |
|---|
| 918CV80176BBBR |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-1427**

**Kyle Roche, Esquire**
**Roche Freedman, LLP**
**185 Wythe Avenue**
**Suite F2**
**Brooklyn NY 11249**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Rivero, Mestre, L.L.P.<br>2525 Ponce De Leon BoulevardSuite 1000<br>Miami FL 33134-6046 | Kyle Roche, Esquire<br>Roche Freedman, LLP<br>185 Wythe Avenue<br>Suite F2<br>Brooklyn NY 11249 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Andreas Antonopoulos | | | | | |
| Copy | 372.00 | $3.35 | $1246.20 | $0.00 | $1246.20 |
| Realtime Page Premium | 265.00 | $2.50 | $662.50 | $0.00 | $662.50 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| Items Covered: Andreas Antonopoulos | | | | | |
| Exhibit | 240.00 | $0.65 | $156.00 | $0.00 | $156.00 |
| ( Taxable 0.00) | | | | | |
| | | | $2169.70 | $0.00 | |

| | |
|---|---|
| Total Due | $2169.70 |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $325.46 |
| (=) New Balance | $2495.16 |

**Tax ID : 76-0523238**                                                                Phone: 716-348-6003

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Kyle Roche, Esquire
Roche Freedman, LLP
185 Wythe AvenueSuite F2
Brooklyn NY 11249

| Invoice No. | 120426458 |
|---|---|
| Invoice Date: | 1/15/2020 |
| Total Due | **$2495.16** |
| Job No. | 2073179 |
| Case No: | 918CV80176BBBR |

Remit To:     **U S Legal Support, Inc.**
              **P.O. Box 4772**
              **Houston TX 77210-4772**

# I N V O I C E

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120424620 | 1/10/2020 | 2073211 |

| Job Date | Case No. | |
|---|---|---|
| 1/9/2020 | 18CV80176 | |

| Case Name | | |
|---|---|---|
| Ira Kleiman vs. Craig Wright | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kyle Roche, Esquire
Roche Freedman, LLP
185 Wythe Avenue
Suite F2
Brooklyn NY  11249

Videotaped Deposition Of:

    C/R: W&K Info Defense Research, LLC

        Video Format Conversion                 3.00  Hours       @       35.00     105.00

        Processing/Delivery: Video Media                                 25.00      25.00

        **TOTAL DUE  >>>**             **$130.00**

        AFTER 2/9/2020  PAY            $149.50

Thank you for choosing U.S. Legal Support!

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                            Phone: 716-348-6003    Fax:

*Please detach bottom portion and return with payment.*

Kyle Roche, Esquire
Roche Freedman, LLP
185 Wythe Avenue
Suite F2
Brooklyn NY  11249

Job No.       :  2073211       BU ID       : 51-MIAMI

Case No.      :  18CV80176

Case Name   :  Ira Kleiman vs. Craig Wright

Invoice No.    :  120424620      Invoice Date   : 1/10/2020

**Total Due    :  $130.00**

AFTER 2/9/2020  PAY  $149.50

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **U.S. Legal Support, Inc.**
           **P.O. Box 4772**
           **Houston TX  77210-4772**

# I N V O I C E

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120427542 | 1/17/2020 | 2073210 |
| **Job Date** | **Case No.** | |
| 1/9/2020 | 18CV80176 | |
| **Case Name** | | |
| Ira Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kyle Roche, Esquire
Roche Freedman, LLP
185 Wythe Avenue
Suite F2
Brooklyn NY  11249

---

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Zachary Eisner | 186.00  Pages | @ | 3.35 | 623.10 |
|    Realtime Page Premium | 135.00  Pages | @ | 2.50 | 337.50 |
|    Litigation Support Package | | | 40.00 | 40.00 |
|    Condensed Transcript | | | 20.00 | 20.00 |
|    Processing & Handling | | | 45.00 | 45.00 |
| Zachary Eisner | | | | |
|    Exhibit | 85.00  Pages | @ | 0.65 | 55.25 |

**TOTAL DUE  >>>**              **$1,120.85**
AFTER 2/16/2020  PAY              $1,288.98

---

**Tax ID:** 76-0523238                                   Phone: 716-348-6003   Fax:

*Please detach bottom portion and return with payment.*

Kyle Roche, Esquire
Roche Freedman, LLP
185 Wythe Avenue
Suite F2
Brooklyn NY  11249

Invoice No.     :   120427542
Invoice Date   :   1/17/2020
**Total Due**      :   **$1,120.85**
AFTER 2/16/2020  PAY  $1,288.98

Remit To:   **U.S. Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston TX  77210-4772**

Job No.        :   2073210
BU ID          :   51-MIAMI
Case No.       :   18CV80176
Case Name      :   Ira Kleiman vs. Craig Wright

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 566042 | 1/13/2020 | 541610 |

| Job Date | Case No. | |
|---|---|---|
| 1/9/2020 | | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Nathalie Bermond
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

ORIGINAL AND ONE CERTIFIED COPY OF: (DAILY EXPEDITE)

| | | | | |
|---|---|---|---|---|
| William R. Nicholson | 98.00 Pages | @ | 7.00 | 686.00 |
| Exhibit | 292.00 Pages | @ | 0.00 | 0.00 |
| Attendance Fee | | | 0.00 | 0.00 |
| Rough Draft | 87.00 Pages | @ | 1.25 | 108.75 |
| RealTime | 87.00 Pages | @ | 1.25 | 108.75 |
| Go Green Lit Package (Complimentary) | | | 0.00 | 0.00 |
| Shipping of Exhibits/Exhibit Return | | | 15.00 | 15.00 |

**TOTAL DUE  >>>**                               **$918.50**

Reference No.      : O

Location: Coral Gables, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

(-) Payments/Credits:                              918.50
(+) Finance Charges/Debits:                          0.00

**Tax ID:** 20-8474245                                   Phone: (305) 753-3675    Fax:

*Please detach bottom portion and return with payment.*

Nathalie Bermond
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

Job No.      : 541610            BU ID        : New York
Case No.     :
Case Name    : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 566042           Invoice Date  : 1/13/2020
**Total Due**    : **$0.00**

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 566042 | 1/13/2020 | 541610 |
| **Job Date** | **Case No.** | |
| 1/9/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Nathalie Bermond
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

**(=) New Balance:**                                    **0.00**

**Tax ID:** 20-8474245                                                                 Phone: (305) 753-3675   Fax:

*Please detach bottom portion and return with payment.*

Nathalie Bermond
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

| | | | | |
|---|---|---|---|---|
| Job No. | : | 541610 | BU ID | : New York |
| Case No. | : | | | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : | 566042 | Invoice Date | : 1/13/2020 |
| **Total Due** | : | **$0.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

**Nathalie Bermond**                                    **Friday, February 21, 2020 at 3:12:27 PM Eastern Standard Time**

**Subject:**     FW: Magna Legal Services Receipt #8
**Date:**        Friday, February 21, 2020 at 1:16:43 PM Eastern Standard Time
**From:**        John Ryan <jryan@magnals.com>
**To:**          Nathalie Bermond <nbermond@rcfllp.com>
**CC:**          AR Team <arteam@magnals.com>
**Attachments:** image001.jpg, image002.jpg, image004.jpg, 566042.pdf

Hello Natalie,

Pursuant to your request, please find below the receipt for invoice # 566042 along with a copy of the paid invoice attached.

Thank you,

JOHN RYAN
ACCOUNTS RECEIVABLE SPECIALIST



T: 866.624.6221 x1550 IF: 215.207.2322

MagnaLS.com



This e-mail may contain confidential material for the sole use of the intended recipient. Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

**From:** noreply@mxmerchant.com <noreply@mxmerchant.com>
**Sent:** Tuesday, February 04, 2020 12:11 PM
**To:** AR Team <arteam@magnals.com>
**Subject:** Magna Legal Services Receipt #8

View this receipt in your browser by going to https://mxmerchant.com/receipts/payment/003517037083/PjL0jTfUCVssE2k47gKlI8Dpz0AIShpw.

**Magna Legal Services**

1635 Market St 8th Floor
Philadelphia, PA 19103
(215) 207-9460
Feb 4th 2020, 12:11:04 PM
www.magnals.com
Thank you for your payment, If you have any
questions or concerns, please contact us at
ARTeam@MagnaLS.com

Amount: **$918.50**

Total: **$918.50**

Payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Visa**                                    $918.50
(****6194)
Auth Code: 004910
Card Not Present
Invoice #100KOXOT
Memo: 566042

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____
Customer Signature

Card holder agrees to pay according to card
issuer agreement.

Return Policy
na

This email and its attachments may contain privileged and confidential information and/or protected health information (PHI). If you are not the recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at 866-624-6221 and permanently delete this email and any attachments.

# I N V O I C E

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 566377 | 1/15/2020 | 541615 |

| Job Date | Case No. |
|---|---|
| 1/9/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Nathalie Bermond
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

VIDEO SERVICES FOR:

    William R. Nicholson

| | | | | |
|---|---|---|---|---|
| Video Service First 2 Hours | | | 240.00 | 240.00 |
| Video Service Additional Hours | | | 80.00 | 80.00 |
| MPEG, split, burn & sync to DVD or CD | 1.50 Hours | @ | 55.00 | 82.50 |
| Shipping | | | 15.00 | 15.00 |

**TOTAL DUE >>>**                                                  **$417.50**

Reference No.      :  O/ 06363

Location: Coral Gables, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 20-8474245                                          Phone: (305) 753-3675   Fax:

*Please detach bottom portion and return with payment.*

Nathalie Bermond
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

| | | |
|---|---|---|
| Invoice No. | : | 566377 |
| Invoice Date | : | 1/15/2020 |
| **Total Due** | : | **$417.50** |

| | | |
|---|---|---|
| Job No. | : | 541615 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

Remit To:   **Magna Legal Services LLC**
               **P.O. Box 822804**
               **Philadelphia, PA  19182-2804**



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120428062 | 1/20/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2068611 | 1/10/2020 | $1728.85 |

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

| Case No |
|---|
| 918CV80176BBBR |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-1427**

**Velvel Freedman, Esquire**
**Roche Freedman**
**200 South Biscayne Boulevard,**
**Suite 5500**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Rivero, Mestre, L.L.P.<br>2525 Ponce De Leon BoulevardSuite 1000<br>Miami FL 33134-6046 | Velvel Freedman, Esquire<br>Roche Freedman<br>200 South Biscayne Boulevard,<br>Suite 5500<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Ira Kleiman | | | | | |
| Copy | 237.00 | $3.35 | $793.95 | $0.00 | $793.95 |
| Realtime Page Premium | 170.00 | $2.50 | $425.00 | $0.00 | $425.00 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| Items Covered: Ira Kleiman | | | | | |
| Exhibit | 276.00 | $0.65 | $179.40 | $0.00 | $179.40 |
| ( Taxable 0.00) | | | | | |
| | | | $1503.35 | $0.00 | |

| | |
|---|---|
| Total Due | **$1503.35** |
| (-) Payments/Credits | **$0.00** |
| (+) Finance Charges/Debits | **$225.50** |
| (=) New Balance | **$1728.85** |

**Tax ID : 76-0523238**                                                      Phone: 305-357-3861

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Velvel Freedman, Esquire
Roche Freedman
200 South Biscayne Boulevard,Suite 5500
Miami FL 33131

| Invoice No. | 120428062 |
|---|---|
| Invoice Date: | 1/20/2020 |
| Total Due | **$1728.85** |
| Job No. | 2068611 |
| Case No: | 918CV80176BBBR |

Remit To:       **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

**Nathalie Bermond**                    **Friday, February 21, 2020 at 2:38:20 PM Eastern Standard Time**

---

**Subject:**      Order Confirmation
**Date:**         Friday, February 21, 2020 at 12:44:20 PM Eastern Standard Time
**From:**         USLegalSupportCreditCardProcessing <ccprocessing@uslegalsupport.com>
**To:**           Nathalie Bermond <nbermond@rcfllp.com>
**Attachments:**  ATT00001.jpg, ATT00002.gif



# Receipt

**Date:** 21-02-2020
**Order Number:** 115189

---

### Billing Information

Roche Cyrulnik Freedman LLP
Devin Freedman
9500 W. Bay Harbor Drive, Apt. 7A
Bay Harbor Islands
FL
US
33154

nbermond@rcfllp.com
3057533675

---

### Payment Details

Visa

xxxxxxxxxxxx6194

### Order Total

Total amount $1,503.35

---

Please keep a copy of this receipt for your records

---

 U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120428484 | 1/21/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2068612 | 1/10/2020 | $189.75 |

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

| Case No |
|---|
| 918CV80176BBBR |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-1427**

**Velvel Freedman, Esquire**
**Roche Freedman**
**200 South Biscayne Boulevard,**
**Suite 5500**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Rivero, Mestre, L.L.P.<br>2525 Ponce De Leon BoulevardSuite 1000<br>Miami FL 33134-6046 | Velvel Freedman, Esquire<br>Roche Freedman<br>200 South Biscayne Boulevard,<br>Suite 5500<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: Videotaped Deposition Of:Ira Kleiman | | | | | |
| Video Format Conversion | 4.00 | $35.00 | $140.00 | $0.00 | $140.00 |
| Processing/Delivery:  Video Media | 1.00 | $25.00 | $25.00 | $0.00 | $25.00 |
| ( Taxable 0.00) | | | | | |
| | | | $165.00 | $0.00 | |

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| **Total Due** | **$165.00** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$24.75** |
| **(=) New Balance** | **$189.75** |

**Tax ID : 76-0523238**                                                                 Phone: 305-357-3861

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Velvel Freedman, Esquire
Roche Freedman
200 South Biscayne Boulevard,Suite 5500
Miami FL 33131

| Invoice No. | 120428484 |
|---|---|
| Invoice Date: | 1/21/2020 |
| Total Due | $189.75 |
| Job No. | 2068612 |
| Case No: | 918CV80176BBBR |

Remit To:    **U S Legal Support, Inc.**
               **P.O. Box 4772**
               **Houston TX 77210-4772**

**Nathalie Bermond** · **Friday, February 21, 2020 at 1:19:56 PM Eastern Standard Time**

**Subject:** Order Confirmation
**Date:** Friday, February 21, 2020 at 12:46:06 PM Eastern Standard Time
**From:** USLegalSupportCreditCardProcessing <ccprocessing@uslegalsupport.com>
**To:** Nathalie Bermond <nbermond@rcfllp.com>
**Attachments:** ATT00001.jpg, ATT00002.gif

 U.S. Legal Support

# Receipt

**Date:** 21-02-2020
**Order Number:** 115190

## Billing Information

Roche Cyrulnik Freedman LLP
Devin Freedman
9500 W. Bay Harbor Drive, Apt. 7A
Bay Harbor Islands
FL
US
33154

nbermond@rcfllp.com
3057533675

## Payment Details

Visa

xxxxxxxxxxxx6194

## Order Total

Total amount $165.00

Please keep a copy of this receipt for your records

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone:866-624-6221   Fax:917-591-1113

RECEIVED

JAN 2 8 2020

Boies Schiller Flexner LLP

Andrew Brenner, Esquire
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL 33131

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 567553 | 1/20/2020 | 542340 |
| **Job Date** | **Case No.** | |
| 1/10/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

VIDEO SERVICES FOR:

D. Stewart MacIntyre, Jr. M.D.

| | | | | |
|---|---|---|---|---|
| Video Service First 2 Hours | | | 240.00 | 240.00 |
| Video Service Additional Hours | 0.50 Hours | @ 65.00 | 32.50 |
| MPEG, split, burn & sync to DVD or CD | 1.50 Hours | @ 55.00 | 82.50 |
| Shipping | | | 15.00 | 15.00 |

**TOTAL DUE >>>** **$370.00**

Reference No.     : O/ 06370

Location: Miami, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Client Matter: 9987.001

Cost Code: 6201D

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **370.00** |

Tax ID: 20-8474245   Approved: See attached

Phone: (305) 539-8400   Fax:305.539.1307

*Please detach bottom portion and return with payment.*

Andrew Brenner, Esquire
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL 33131

PAID 1/28/2020 KH

| | | |
|---|---|---|
| Job No. | : 542340 | BU ID : New York |
| Case No. | : | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | |
| Invoice No. | : 567553 | Invoice Date : 1/20/2020 |
| **Total Due** | : **$370.00** | |

**PAYMENT WITH CREDIT CARD**     AMEX  [card]  VISA

Cardholder's Name:

Card Number:

Exp. Date:             Phone#:

Billing Address:

Zip:             Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 566044 | 1/13/2020 | 542339 |
| **Job Date** | **Case No.** | |
| 1/10/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Brenner, Esquire
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

ORIGINAL AND ONE CERTIFIED COPY OF: (DAILY EXPEDITE)

| | | | | | |
|---|---|---|---|---|---|
| D. Stewart MacIntyre, Jr. M.D. | 115.00 | Pages | @ | 7.00 | 805.00 |
| Exhibit | 23.00 | Pages | @ | 0.00 | 0.00 |
| Attendance Fee | | | | 0.00 | 0.00 |
| Rough Draft | 100.00 | Pages | @ | 1.25 | 125.00 |
| RealTime | 100.00 | Pages | @ | 1.25 | 125.00 |
| Go Green Lit Package (Complimentary) | | | | 0.00 | 0.00 |
| Shipping of Exhibits/Exhibit Return | | | | 15.00 | 15.00 |

**TOTAL DUE  >>>**                    **$1,070.00**

Reference No.     : O

Location: Miami, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 20-8474245                    Phone: (305) 539-8400    Fax:305.539.1307

*Please detach bottom portion and return with payment.*

Andrew Brenner, Esquire
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

| | | |
|---|---|---|
| Invoice No. | : | 566044 |
| Invoice Date | : | 1/13/2020 |
| **Total Due** | : | **$1,070.00** |

| | | |
|---|---|---|
| Job No. | : | 542339 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

Remit To:    **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120429762 | 1/23/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2079320 | 1/16/2020 | $130.00 |

| Case Name |
|---|
| Ira Kleiman vs. Craig Wright |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-1427**

| Case No |
|---|
| 18CV80176 |

**Velvel Freedman, Esquire**
**Roche Freedman**
**200 South Biscayne Boulevard,**
**Suite 5500**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Rivero, Mestre, L.L.P.<br>2525 Ponce De Leon BoulevardSuite 1000<br>Miami FL 33134-6046 | Velvel Freedman, Esquire<br>Roche Freedman<br>200 South Biscayne Boulevard,<br>Suite 5500<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: Videotaped Deposition Of:Matthew Edman | | | | | |
| Video Format Conversion | 3.00 | $35.00 | $105.00 | $0.00 | $105.00 |
| Processing/Delivery:  Video Media | 1.00 | $25.00 | $25.00 | $0.00 | $25.00 |
| ( Taxable 0.00) | | | | | |
| | | | $130.00 | $0.00 | |

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| **Total Due** | **$130.00** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$130.00** |

**Tax ID : 76-0523238**                                                                    Phone: 305-357-3861

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Velvel Freedman, Esquire
Roche Freedman
200 South Biscayne Boulevard,Suite 5500
Miami FL 33131

| Invoice No. | 120429762 |
|---|---|
| **Invoice Date:** | 1/23/2020 |
| **Total Due** | **$130.00** |
| **Job No.** | 2079320 |
| **Case No:** | 18CV80176 |

Remit To:     **U S Legal Support, Inc.**
              **P.O. Box 4772**
              **Houston TX 77210-4772**

**Nathalie Bermond**                                                      **Friday, February 21, 2020 at 1:19:30 PM Eastern Standard Time**

**Subject:**     Order Confirmation
**Date:**        Friday, February 21, 2020 at 12:47:23 PM Eastern Standard Time
**From:**        USLegalSupportCreditCardProcessing <ccprocessing@uslegalsupport.com>
**To:**          Nathalie Bermond <nbermond@rcfllp.com>
**Attachments:** ATT00001.jpg, ATT00002.gif



# Receipt

**Date:** 21-02-2020
**Order Number:** 115191

## Billing Information

Roche Cyrulnik Freedman LLP
Devin Freedman
9500 W. Bay Harbor Drive, Apt. 7A
Bay Harbor Islands
FL
US
33154

nbermond@rcfllp.com
3057533675

## Payment Details

Visa
xxxxxxxxxxxx6194

## Order Total

Total amount $130.00

Please keep a copy of this receipt for your records

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120430348 | 1/24/2020 | 2079319 |
| **Job Date** | **Case No.** | |
| 1/16/2020 | 18CV80176 | |
| **Case Name** | | |
| Ira Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Velvel Freedman, Esquire
Roche Freedman
200 South Biscayne Boulevard,
Suite 5500
Miami FL  33131

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Matthew Edman | 174.00 | Pages | @ | 3.35 | 582.90 |
| Realtime Page Premium | 125.00 | Pages | @ | 2.50 | 312.50 |
| Medical/Technical surcharge | 130.00 | Pages | @ | 0.25 | 32.50 |
| Litigation Support Package | | | | 40.00 | 40.00 |
| Condensed Transcript | | | | 20.00 | 20.00 |
| Processing & Handling | | | | 45.00 | 45.00 |
| Matthew Edman | | | | | |
| Exhibit | 113.00 | Pages | @ | 0.65 | 73.45 |

|  |  |
|---|---|
| **TOTAL DUE  >>>** | **$1,106.35** |
| AFTER 2/23/2020 PAY | $1,272.30 |

**Tax ID:** 76-0523238

Phone: 305-357-3861   Fax:

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esquire
Roche Freedman
200 South Biscayne Boulevard,
Suite 5500
Miami FL  33131

| | | |
|---|---|---|
| Invoice No. | : | 120430348 |
| Invoice Date | : | 1/24/2020 |
| **Total Due** | : | **$1,106.35** |
| AFTER 2/23/2020 PAY | | $1,272.30 |

| | | |
|---|---|---|
| Job No. | : | 2079319 |
| BU ID | : | 51-MIAMI |
| Case No. | : | 18CV80176 |
| Case Name | : | Ira Kleiman vs. Craig Wright |

Remit To:   **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX  77210-4772**

**Subject:** Magna Legal Services Receipt #29
**Date:** Tuesday, March 31, 2020 at 3:42:06 PM Eastern Daylight Time
**From:** noreply@mxmerchant.com <noreply@mxmerchant.com>
**To:** Nathalie Bermond <nbermond@rochefreedman.com>

View this receipt in your browser by going to  https://mxmerchant.com/receipts/payment/009119043374/PjmSbMqkswl49zZ3NVCN4MOQm5N5dPgm

**Magna Legal Services**
1635 Market St 8th Floor
Philadelphia, PA 19103
(215) 207-9460
Mar 31st 2020, 3:41:55 PM
www.magnals.com
Thank you for your payment, If you have any
questions or concerns, please contact us at
ARTeam@MagnaLS.com

Amount:     **$2,233.70**

Total:     **$2,233.70**

Payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Visa**                                                 $2,233.70
(****6194)
Auth Code: 031868
Card Not Present
Invoice #500RVW0Z
Memo: 580875

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____
Devin Freedman

Card holder agrees to pay according to card
issuer agreement.

Return Policy
na

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 580875 | 3/10/2020 | 554555 |
| **Job Date** | **Case No.** | |
| 2/26/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Velvel Freedman, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

ORIGINAL AND ONE CERTIFIED COPY OF: (5 DAY EXPEDITE)

| | | | | | |
|---|---|---|---|---|---|
| Gavin Andresen | 313.00 | Pages | @ | 4.90 | 1,533.70 |
| Exhibit | 246.00 | Pages | @ | 0.00 | 0.00 |
| Attendance Fee | | | | 0.00 | 0.00 |
| Rough Draft | 274.00 | Pages | @ | 1.25 | 342.50 |
| RealTime | 274.00 | Pages | @ | 1.25 | 342.50 |
| Go Green Lit Package (Complimentary) | | | | 0.00 | 0.00 |
| Shipping of Exhibits/Exhibit Return | | | | 15.00 | 15.00 |
| | | | **TOTAL DUE  >>>** | | **$2,233.70** |

Reference No.      :  O

Location: Hadley, MA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$2,233.70** |

**Tax ID:** 20-8474245                                                                 Phone: (305) 501-4582   Fax:

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

| | | |
|---|---|---|
| Invoice No. | : | 580875 |
| Invoice Date | : | 3/10/2020 |
| **Total Due** | **:** | **$2,233.70** |

| | | |
|---|---|---|
| Job No. | : | 554555 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

**Subject:** Magna Legal Services Receipt #30
**Date:** Tuesday, March 31, 2020 at 3:44:22 PM Eastern Daylight Time
**From:** noreply@mxmerchant.com <noreply@mxmerchant.com>
**To:** Nathalie Bermond <nbermond@rochefreedman.com>



View this receipt in your browser by going to https://mxmerchant.com/receipts/payment/009119043594/Pk80HhaVEeJwbaN4IlkNJ7V9k2kYooXS

**Magna Legal Services**
1635 Market St 8th Floor
Philadelphia, PA 19103
(215) 207-9460
Mar 31st 2020, 3:44:07 PM
www.magnals.com
Thank you for your payment, If you have any
questions or concerns, please contact us at
ARTeam@MagnaLS.com

Amount:      **$1,151.25**

Total:      **$1,151.25**

Payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Visa**                                     $1,151.25
(****6194)
Auth Code: 031474
Card Not Present
Invoice #800OON2I
Memo: 582015

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____
Devin Freedman

Card holder agrees to pay according to card
issuer agreement.

Return Policy
na

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 582015 | 3/10/2020 | 554556 |

| Job Date | Case No. |
|---|---|
| 2/26/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

VIDEO SERVICES FOR:

Gavin Andresen

| | | | | |
|---|---|---|---|---|
| Video Service First 2 Hours | | | 240.00 | 240.00 |
| Video Service Additional Hours | 7.25  Hours | @ | 80.00 | 580.00 |
| MPEG, split, burn & sync to DVD or CD | 5.75  Hours | @ | 55.00 | 316.25 |
| Shipping | | | 15.00 | 15.00 |

TOTAL DUE  >>>                    $1,151.25

Reference No.      :  O/ MAGNA - 02262

Location:  Hadley, MA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,151.25 |

**Tax ID:** 20-8474245                                                      Phone: (305) 501-4582   Fax:

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

| | | |
|---|---|---|
| Invoice No. | : | 582015 |
| Invoice Date | : | 3/10/2020 |
| **Total Due** | : | **$1,151.25** |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

| | | |
|---|---|---|
| Job No. | : | 554556 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

**Subject:** Magna Legal Services Receipt #31

**Date:** Tuesday, March 31, 2020 at 3:45:10 PM Eastern Daylight Time

**From:** noreply@mxmerchant.com <noreply@mxmerchant.com>

**To:** Nathalie Bermond <nbermond@rochefreedman.com>

View this receipt in your browser by going to https://mxmerchant.com/receipts/payment/0091119043674/Ph1fW0dioNYQgEKyIy7NUsEAfj9lQtA1.

**Magna Legal Services**

1635 Market St 8th Floor
Philadelphia, PA 19103
(215) 207-9460
Mar 31st 2020, 3:44:55 PM
www.magnals.com
Thank you for your payment, If you have any
questions or concerns, please contact us at
ARTeam@MagnaLS.com

Amount: **$600.75**

Total: **$600.75**

Payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Visa**                                              $600.75
(****6194)
Auth Code: 031219
Card Not Present
Invoice #500RZQTY
Memo: 580928

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____
Devin Freedman

Card holder agrees to pay according to card
issuer agreement.

Return Policy
na

# I N V O I C E

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 580928 | 3/10/2020 | 559472 |
| **Job Date** | **Case No.** | |
| 2/27/2020 | | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

ORIGINAL AND ONE CERTIFIED COPY OF:

| | | | | |
|---|---|---|---|---|
| Gavin Andresen (cont) | 127.00 Pages | @ | 3.50 | 444.50 |
| Exhibit | 7.00 Pages | @ | 0.00 | 0.00 |
| Attendance Fee | | | 0.00 | 0.00 |
| RealTime | 113.00 Pages | @ | 1.25 | 141.25 |
| Go Green Lit Package (Complimentary) | | | 0.00 | 0.00 |
| Shipping of Exhibits/Exhibit Return | | | 15.00 | 15.00 |

**TOTAL DUE  >>>**                     **$600.75**

Reference No.      :  O

Location: Hadley, MA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$600.75** |

**Tax ID:** 20-8474245                                    Phone: (305) 501-4582   Fax:

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

| | | |
|---|---|---|
| Invoice No. | : | 580928 |
| Invoice Date | : | 3/10/2020 |
| **Total Due** | **:** | **$600.75** |

| | | |
|---|---|---|
| Job No. | : | 559472 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

Remit To:  **Magna Legal Services LLC**
              **P.O. Box 822804**
              **Philadelphia, PA  19182-2804**

**Subject:** Magna Legal Services Receipt #32

**Date:** Tuesday, March 31, 2020 at 3:45:46 PM Eastern Daylight Time

**From:** noreply@mxmerchant.com <noreply@mxmerchant.com>

**To:** Nathalie Bermond <nbermond@rochefreedman.com>

View this receipt in your browser by going to https://mxmerchant.com/receipts/payment/009119043728/PvmSgjX9caJYaD1CeWwlvi15pvMhir30

**Magna Legal Services**
1635 Market St 8th Floor
Philadelphia, PA 19103
(215) 207-9460
Mar 31st 2020, 3:45:39 PM
www.magnals.com
Thank you for your payment, If you have any
questions or concerns, please contact us at
ARTeam@MagnaLS.com

Amount: _____ **$538.75**

Total: **$538.75**

Payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Visa**                                                   $538.75
(****6194)
Auth Code: 031591
Card Not Present
Invoice #500S0OWM
Memo: 582025

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____
Devin Freedman

Card holder agrees to pay according to card
issuer agreement.

Return Policy
na

# I N V O I C E

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 582025 | 3/10/2020 | 559473 |

| Job Date | Case No. |
|---|---|
| 2/27/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

VIDEO SERVICES FOR:

    Gavin Andresen(cont)

| | | | | |
|---|---|---|---|---|
| Video Service First 2 Hours | | | 240.00 | 240.00 |
| Video Service Additional Hours | 2.00  Hours | @ | 80.00 | 160.00 |
| MPEG, split, burn & sync to DVD or CD | 2.25  Hours | @ | 55.00 | 123.75 |
| Shipping | | | 15.00 | 15.00 |

**TOTAL DUE  >>>**                    **$538.75**

Reference No.        :  O/ MAGNA - 022720

Location: Hadley, MA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$538.75** |

**Tax ID:** 20-8474245                                        Phone: (305) 501-4582   Fax:

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

| | | |
|---|---|---|
| Invoice No. | : | 582025 |
| Invoice Date | : | 3/10/2020 |
| **Total Due** | **:** | **$538.75** |

Remit To:   **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA  19182-2804**

| | | |
|---|---|---|
| Job No. | : | 559473 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

# INVOICE

1 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 587617 | 4/20/2020 | 550991 |
| Job Date | Case No. | |
| 3/16/2020 | | |
| Case Name | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| Payment Terms | | |
| Due upon receipt | | |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

ORIGINAL AND ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---|
| Dr. Craig Wright | 287.00 | Pages | @ | 5.500 | 1,578.50 |
| Exhibit | 206.00 | Pages | @ | 0.550 | 113.30 |
| Attendance Fee | 1.00 | | @ | 175.000 | 175.00 |
| Evening Attendance | 3.00 | | @ | 112.000 | 336.00 |
| Rough Draft | 247.00 | Pages | @ | 1.400 | 345.80 |
| RealTime | 247.00 | Pages | @ | 1.400 | 345.80 |
| Remote Realtime Feed | 247.00 | | @ | 1.400 | 345.80 |
| Remote Realtime Set-up Fee | 1.00 | | @ | 70.000 | 70.00 |
| iPad/Laptop Rental | 1.00 | Days | @ | 75.000 | 75.00 |
| Go Green Lit Package (Complimentary) | 1.00 | | @ | 0.000 | 0.00 |

**TOTAL DUE  >>>**          **$3,385.20**

Location of Job   : Boies Schiller Flexner LLP
5 New Street Square
London EC4A 3BF
Reference No.   : O/ 109448

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.   : 550991          BU ID        : New York
Case No.   :
Case Name   : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.   : 587617          Invoice Date : 4/20/2020
**Total Due   : $0.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# I N V O I C E

2 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 587617 | 4/20/2020 | 550991 |

| Job Date | Case No. |
|---|---|
| 3/16/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Remote Connections to: vel@rcfllp.com

| | |
|---|---|
| (-) Payments/Credits: | 3,385.20 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.    : 550991          BU ID        : New York
Case No.   :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 587617          Invoice Date : 4/20/2020
**Total Due**  : **$0.00**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:              Phone#: | |
| Billing Address: | |
| Zip:          Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804**

# I N V O I C E

1 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588783 | 4/20/2020 | 550994 |
| Job Date | Case No. | |
| 3/16/2020 | | |
| Case Name | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| Payment Terms | | |
| Due upon receipt | | |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

VIDEO SERVICES FOR:

   Dr. Craig Wright

| | | | | |
|---|---|---|---|---|
| Video Full Day | 1.00 | @ | 650.000 | 650.00 |
| Video Overtime Per Hour | 3.00 | @ | 112.000 | 336.00 |
| MPEG, split, burn & sync to DVD or CD | 6.25 Hours | @ | 80.000 | 500.00 |
| Linked Exhibit File | 1.00 | @ | 150.000 | 150.00 |

**TOTAL DUE  >>>**                                **$1,636.00**

Location of Job   : Boies Schiller Flexner LLP
                  5 New Street Square
                  London EC4A 3BF
Reference No.   : O/ 109448

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**(-) Payments/Credits:**                          1,636.00

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.   : 550994       BU ID      : New York
Case No.   :
Case Name   : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.   : 588783      Invoice Date : 4/20/2020
**Total Due**   : **$0.00**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:            Phone#: | |
| Billing Address: | |
| Zip:        Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

# I N V O I C E

2 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588783 | 4/20/2020 | 550994 |

| Job Date | Case No. |
|---|---|
| 3/16/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

|  |  |
|---|---|
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.      : 550994          BU ID        : New York

Case No.     :

Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 588783          Invoice Date : 4/20/2020

**Total Due**  : **$0.00**

**PAYMENT WITH CREDIT CARD**       AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

1 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588076 | 4/20/2020 | 560274 |

| Job Date | Case No. |
|---|---|
| 3/17/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

ORIGINAL AND ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---|
| Andrew O'Hagan | 239.00 | Pages | @ | 5.500 | 1,314.50 |
| Exhibit | 71.00 | Pages | @ | 0.550 | 39.05 |
| Attendance Fee | 1.00 | | @ | 175.000 | 175.00 |
| Evening Attendance | 1.00 | | @ | 112.000 | 112.00 |
| Rough Draft | 185.00 | Pages | @ | 1.400 | 259.00 |
| Remote Realtime Feed | 185.00 | | @ | 1.400 | 259.00 |
| Remote Realtime Set-up Fee | 1.00 | | @ | 70.000 | 70.00 |
| Go Green Lit Package (Complimentary) | 1.00 | | @ | 0.000 | 0.00 |

**TOTAL DUE  >>>**                       **$2,228.55**

Location of Job  : Simons Muirheads & Burton
                          87-91 Newman Street
                          London W1T 3EY
Reference No.   : O/ 109448

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.     : 560274          BU ID        : New York
Case No.    :
Case Name   : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 588076          Invoice Date : 4/20/2020
**Total Due  : $0.00**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:              Phone#: | |
| Billing Address: | |
| Zip:         Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Magna Legal Services LLC**
                  **P.O. Box 822804**
                  **Philadelphia, PA 19182-2804**

# INVOICE
2 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588076 | 4/20/2020 | 560274 |
| **Job Date** | **Case No.** | |
| 3/17/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Remote Connections to: vel@rcfllp.com

| | |
|---|---|
| **(-) Payments/Credits:** | 2,228.55 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.   : 560274     BU ID     : New York
Case No.   :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 588076     Invoice Date : 4/20/2020
**Total Due**   : **$0.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804**

# I N V O I C E

1 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588169 | 4/20/2020 | 550996 |

| Job Date | Case No. |
|---|---|
| 3/18/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

ORIGINAL AND ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---|
| Dr. Craig Wright | 323.00 | Pages | @ | 5.500 | 1,776.50 |
| Exhibit | 442.00 | Pages | @ | 0.550 | 243.10 |
| Attendance Fee | 1.00 | | @ | 175.000 | 175.00 |
| Evening Attendance | 2.00 | | @ | 112.000 | 224.00 |
| Rough Draft | 279.00 | Pages | @ | 1.400 | 390.60 |
| Remote Realtime Feed | 279.00 | | @ | 1.400 | 390.60 |
| Remote Realtime Feed | 279.00 | | @ | 1.400 | 390.60 |
| Remote Realtime Set-up Fee | 1.00 | | @ | 70.000 | 70.00 |
| Go Green Lit Package (Complimentary) | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE  >>>** | | | **$3,660.40** |

Location of Job   : SCA Ontier
                         Halton House
                         20-23 Holborn
                         London EC1N 2JD
Reference No.    : O/ 109448

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.    : 550996          BU ID        : New York
Case No.   :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.   : 588169          Invoice Date  : 4/20/2020
**Total Due**   : **$0.00**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:               Phone#: | |
| Billing Address: | |
| Zip:          Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Magna Legal Services LLC**
              **P.O. Box 822804**
              **Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588169 | 4/20/2020 | 550996 |

| Job Date | Case No. |
|---|---|
| 3/18/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Remote Connections to: vel@rcfllp.com & Jdelich@rcfllp.com

| | |
|---|---|
| (-) Payments/Credits: | 3,660.40 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.     : 550996          BU ID       : New York
Case No.    :
Case Name   : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 588169          Invoice Date : 4/20/2020
**Total Due**  : **$0.00**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

# INVOICE

1 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588825 | 4/20/2020 | 560279 |

| Job Date | Case No. | |
|---|---|---|
| 3/17/2020 | | |

| Case Name | |
|---|---|
| Estate of David Kleiman, et al. v. Craig Wright | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

VIDEO SERVICES FOR:
    Andrew O'Hagan

| | | | | |
|---|---|---|---|---|
| Video Full Day | 1.00 | @ | 650.000 | 650.00 |
| Video Overtime Per Hour | 1.00 | @ | 112.000 | 112.00 |
| MPEG, split, burn & sync to DVD or CD | 4.00  Hours | @ | 80.000 | 320.00 |
| Linked Exhibit File | 1.00 | @ | 150.000 | 150.00 |

**TOTAL DUE  >>>**                                                  **$1,232.00**

Location of Job   : Simons Muirheads & Burton
                          87-91 Newman Street
                          London W1T 3EY
Reference No.     : O/ 109448

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**( - ) Payments/Credits:**                    1,232.00

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.      : 560279            BU ID        : New York
Case No.     :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 588825            Invoice Date : 4/20/2020
**Total Due   : $0.00**

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:              Phone#: |
| Billing Address: |
| Zip:           Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To:  **Magna Legal Services LLC**
               **P.O. Box 822804**
               **Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588825 | 4/20/2020 | 560279 |

| Job Date | Case No. |
|---|---|
| 3/17/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

(+) Finance Charges/Debits:      0.00

(=) New Balance:      **$0.00**

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.    : 560279      BU ID     : New York
Case No.   :
Case Name   : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.   : 588825      Invoice Date   : 4/20/2020
**Total Due**   : **$0.00**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:   **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**

# INVOICE

1 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588781 | 4/20/2020 | 550997 |

| Job Date | Case No. |
|---|---|
| 3/18/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

VIDEO SERVICES FOR:

Dr. Craig Wright

| | | | | |
|---|---|---|---|---|
| Video Full Day | 1.00 | @ | 650.000 | 650.00 |
| Video Overtime Per Hour | 2.00 | @ | 112.000 | 224.00 |
| MPEG, split, burn & sync to DVD or CD | 6.00 Hours | @ | 80.000 | 480.00 |
| Linked Exhibit File | 1.00 | @ | 150.000 | 150.00 |

**TOTAL DUE  >>>**           **$1,504.00**

Location of Job   : SCA Ontier
                            Halton House
                            20-23 Holborn
                            London EC1N 2JD
Reference No.     : O/ 109448

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.    : 550997              BU ID        : New York
Case No.   :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 588781         Invoice Date  : 4/20/2020
**Total Due**  : **$0.00**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Magna Legal Services LLC**
              **P.O. Box 822804**
              **Philadelphia, PA 19182-2804**

# I N V O I C E

2 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588781 | 4/20/2020 | 550997 |

| Job Date | Case No. |
|---|---|
| 3/18/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

| | |
|---|---:|
| **(-) Payments/Credits:** | 1,504.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

| | | | |
|---|---|---|---|
| Job No. | : 550997 | BU ID | : New York |
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 588781 | Invoice Date | : 4/20/2020 |
| **Total Due** | : **$0.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

1 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588069 | 4/20/2020 | 550999 |

| Job Date | Case No. |
|---|---|
| 3/19/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

ORIGINAL AND ONE CERTIFIED COPY OF:

| | | | | |
|---|---|---|---|---|
| Ramona Watts (Confidential) | 388.00 Pages | @ | 5.500 | 2,134.00 |
| Exhibit | 267.00 Pages | @ | 0.550 | 146.85 |
| Attendance Fee | 1.00 | @ | 175.000 | 175.00 |
| Rough Draft | 310.00 Pages | @ | 1.400 | 434.00 |
| Remote Realtime Feed | 310.00 | @ | 1.400 | 434.00 |
| Remote Realtime Feed | 310.00 | @ | 1.400 | 434.00 |
| Remote Realtime Set-up Fee | 1.00 | @ | 70.000 | 70.00 |
| Go Green Lit Package (Complimentary) | 1.00 | @ | 0.000 | 0.00 |

ORIGINAL AND ONE CERTIFIED COPY OF:

| | | | | |
|---|---|---|---|---|
| Ramona Watts (Absence of Witness) | 11.00 Pages | @ | 5.500 | 60.50 |

**TOTAL DUE  >>>**                                          **$3,888.35**

Location of Job  : SCA Ontier
                  Halton House
                  20-23 Holborn
                  London EC1N 2JD
Reference No.   : O/ 109448

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.    : 550999          BU ID      : New York
Case No.   :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 588069        Invoice Date : 4/20/2020
**Total Due**  : **$0.00**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 588069 | 4/20/2020 | 550999 |

| Job Date | Case No. |
|---|---|
| 3/19/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Location: London, England

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Remote Connections to: vel@rcfllp.com & Jdelich@rcfllp.com

| | |
|---|---|
| (-) Payments/Credits: | 3,888.35 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.    : 550999          BU ID        : New York
Case No.   :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 588069          Invoice Date : 4/20/2020
**Total Due**  : **$0.00**

**PAYMENT WITH CREDIT CARD**       AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

1 of 1

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592152 | 5/7/2020 | 572722 |

| Job Date | Case No. |
|---|---|
| 4/20/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

ORIGINAL AND ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---|
| William Nicholson (3pm Eastern) | 31.00 | Pages | @ | 3.500 | 108.50 |
| Exhibit | 55.00 | Pages | @ | 0.550 | 30.25 |
| Attendance Fee | 1.00 | | @ | 0.000 | 0.00 |
| Go Green Lit Package (Complimentary) | 1.00 | | @ | 0.000 | 0.00 |

**TOTAL DUE  >>>**                                        **$138.75**

Location of Job   : VIRTUAL DEPOSITION, FL
Reference No.   : O

Location: Florida

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **( - ) Payments/Credits:** | 138.75 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.   : 572722          BU ID      : New York
Case No.   :
Case Name : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.   : 592152          Invoice Date : 5/7/2020
**Total Due**   : **$0.00**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592223 | 4/30/2020 | 572723 |
| **Job Date** | **Case No.** | |
| 4/20/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Brenner, Esquire
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

ORIGINAL AND ONE CERTIFIED COPY OF:

| | | | | |
|---|---|---|---|---|
| D. Stewart McIntyre | 69.00  Pages | @ | 3.50 | 241.50 |
| Exhibit | 6.00  Pages | @ | 0.55 | 3.30 |
| Attendance Fee | | | 0.00 | 0.00 |
| Go Green Lit Package (Complimentary) | | | 0.00 | 0.00 |

|  |  |
|---|---|
| **TOTAL DUE  >>>** | **$244.80** |

Reference No.      :  O

Location: Florida

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **244.80** |

**Tax ID:** 20-8474245

Phone: (305) 539-8400    Fax:305.539.1307

*Please detach bottom portion and return with payment.*

Andrew Brenner, Esquire
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

| | | | | |
|---|---|---|---|---|
| Job No. | : 572723 | BU ID | : New York |
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 592223 | Invoice Date | : 4/30/2020 |
| **Total Due** | : **$244.80** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

# I N V O I C E

1 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592553 | 5/7/2020 | 572756 |

| Job Date | Case No. |
|---|---|
| 4/21/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

ORIGINAL AND ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---|
| Ami Klin | 432.00 | Pages | @ | 3.500 | 1,512.00 |
| Exhibit | 297.00 | Pages | @ | 0.550 | 163.35 |
| Attendance Fee | 1.00 | | @ | 0.000 | 0.00 |
| Rough Draft | 384.00 | Pages | @ | 1.250 | 480.00 |
| Go Green Lit Package (Complimentary) | 1.00 | | @ | 0.000 | 0.00 |

ORIGINAL AND ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---|
| Ami Klin - Attorney's Eyes Only | 20.00 | Pages | @ | 3.500 | 70.00 |
| Rough Draft | 16.00 | Pages | @ | 1.250 | 20.00 |
| **TOTAL DUE   >>>** | | | | | **$2,245.35** |

Location of Job   : VIRTUAL DEPOSITION, GA
Reference No.   : O

Location: Georgia

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.   : 572756          BU ID          : New York
Case No.   :
Case Name   : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.   : 592553          Invoice Date : 5/7/2020
**Total Due**   : **$0.00**

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:          Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592553 | 5/7/2020 | 572756 |

| Job Date | Case No. |
|---|---|
| 4/21/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

| | |
|---|---|
| (-) Payments/Credits: | 2,245.35 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.    : 572756          BU ID        : New York
Case No.   :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 592553          Invoice Date : 5/7/2020
**Total Due   : $0.00**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:              Phone#: | | | |
| Billing Address: | | | |
| Zip:              Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**


**U.S. Legal Support**

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120470215 | 5/6/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2144147 | 4/22/2020 | $1602.58 |

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

| Case No |
|---|
| 918CV80176BBBR |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-1427**

**Velvel Freedman, Esquire**
**Roche Cyrulnik Freedman LLP**
**200 South Biscayne Boulevard,**
**Suite 5500**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and all Parties will appear via Video Conference. | Velvel Freedman, Esquire Roche Cyrulnik Freedman LLP 200 South Biscayne Boulevard, Suite 5500 Miami FL 33131 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: Stefan Boedeker | | | | | |
| Exhibit | 1074.00 | $0.35 | $375.90 | $0.00 | $375.90 |
| ( Taxable 0.00) | | | | | |
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Stefan Boedeker | | | | | |
| Copy | 259.00 | $3.35 | $867.65 | $0.00 | $867.65 |
| Medical/Technical surcharge | 180.00 | $0.25 | $45.00 | $0.00 | $45.00 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| | | | $1393.55 | $0.00 | |

| | |
|---|---|
| Total Due | **$1393.55** |
| (-) Payments/Credits | **$0.00** |
| (+) Finance Charges/Debits | **$209.03** |
| (=) New Balance | **$1602.58** |

**Tax ID : 76-0523238**                                                                 Phone: 305-357-3861

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Velvel Freedman, Esquire
Roche Cyrulnik Freedman LLP
200 South Biscayne Boulevard,Suite 5500
Miami FL 33131

| Invoice No. | 120470215 |
|---|---|
| Invoice Date: | 5/6/2020 |
| Total Due | **$1602.58** |
| Job No. | 2144147 |
| Case No: | 918CV80176BBBR |

Remit To:    **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

**FINAL AMOUNT PAID on 9/30/20 $1,348.55**

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404    Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120468644 | 4/30/2020 | 2144378 |

| Job Date | Case No. | |
|---|---|---|
| 4/24/2020 | 918CV80176BBBR | |

| Case Name | | |
|---|---|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |

Andrew Brenner, Esquire
Boies, Schiller & Flexner LLP
100 Southeast Second Street
Suite 2800
Miami FL  33131

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Robert Leonard | 187.00  Pages | @ | 3.35 | 626.45 |
|    Litigation Support Package | | | 40.00 | 40.00 |
|    Condensed Transcript | | | 20.00 | 20.00 |
|    Processing & Handling | | | 45.00 | 45.00 |
| Robert Leonard | | | | |
|    Exhibit | 82.00  Pages | @ | 0.65 | 53.30 |

**TOTAL DUE  >>>**      **$784.75**

AFTER 5/30/2020  PAY      $902.46

Client Matter: _9987.001_

Cost Code: _6205D_

Approved: _See attached_

*POSTED 5/8/20*

Tax ID: 76-0523238

Phone: 305-539-8400    Fax:305-539-1307

*Please detach bottom portion and return with payment.*

Andrew Brenner, Esquire
Boies, Schiller & Flexner LLP
100 Southeast Second Street
Suite 2800
Miami FL  33131

| | | |
|---|---|---|
| Invoice No. | : | 120468644 |
| Invoice Date | : | 4/30/2020 |
| **Total Due** | **:** | **$784.75** |
| AFTER 5/30/2020  PAY  $902.46 | | |

| | | |
|---|---|---|
| Remit To: | **U S Legal Support, Inc.** | |
| | **P.O. Box 4772** | |
| | **Houston TX  77210-4772** | |

| | | |
|---|---|---|
| Job No. | : | 2144378 |
| BU ID | : | 51-MIAMI |
| Case No. | : | 918CV80176BBBR |
| Case Name | : | Ira Kleiman/Estate of David Kleiman vs. Craig Wright |



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120467855 | 4/28/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2144377 | 4/24/2020 | $843.76 |

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

| Case No |
|---|
| 918CV80176BBBR |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-1427**

**Kyle Roche, Esquire**
**Roche Freedman, LLP**
**185 Wythe Avenue**
**Suite F2**
**Brooklyn NY 11249**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and all Parties will appear via Video Conference. | Kyle Roche, Esquire Roche Freedman, LLP 185 Wythe Avenue Suite F2 Brooklyn NY 11249 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Andreas Antonopoulos | | | | | |
| Copy | 170.00 | $3.35 | $569.50 | $0.00 | $569.50 |
| Medical/Technical surcharge | 125.00 | $0.25 | $31.25 | $0.00 | $31.25 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| Items Covered: Andreas Antonopoulos | | | | | |
| Exhibit | 43.00 | $0.65 | $27.95 | $0.00 | $27.95 |
| ( Taxable 0.00) | | | | | |
| | | | $733.70 | $0.00 | |

| | |
|---|---|
| Total Due | $733.70 |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $110.06 |
| (=) New Balance | $843.76 |

**Tax ID : 76-0523238**                                                                 Phone: 716-348-6003

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Kyle Roche, Esquire
Roche Freedman, LLP
185 Wythe AvenueSuite F2
Brooklyn NY 11249

| | |
|---|---|
| **Invoice No.** | 120467855 |
| **Invoice Date:** | 4/28/2020 |
| **Total Due** | **$843.76** |
| **Job No.** | 2144377 |
| **Case No:** | 918CV80176BBBR |

Remit To:     **U S Legal Support, Inc.**
              **P.O. Box 4772**
              **Houston TX 77210-4772**

**Final amount paid on 9/30/20: $702.45**

# INVOICE

1 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592928 | 5/7/2020 | 573686 |

| Job Date | Case No. |
|---|---|
| 4/28/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Kyle W. Roche, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

ORIGINAL AND ONE CERTIFIED COPY OF: (DAILY EXPEDITE)

| | | | | |
|---|---|---|---|---|
| Bill Choi  - Confidential | 275.00 Pages | @ | 7.000 | 1,925.00 |
| Rough Draft | 242.00 Pages | @ | 1.250 | 302.50 |

ORIGINAL AND ONE CERTIFIED COPY OF: (DAILY EXPEDITE)

| | | | | |
|---|---|---|---|---|
| Bill Choi - Attorneys Eyes Only | 16.00 Pages | @ | 7.000 | 112.00 |
| Exhibit | 114.00 Pages | @ | 0.550 | 62.70 |
| Attendance Fee | 1.00 | @ | 0.000 | 0.00 |
| Rough Draft | 13.00 Pages | @ | 1.250 | 16.25 |
| Go Green Lit Package (Complimentary) | 1.00 | @ | 0.000 | 0.00 |

**TOTAL DUE  >>>**             **$2,418.45**

Location of Job   : VIRTUAL DEPOSITION, CA
Reference No.     : O

Location: California

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kyle W. Roche, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.    : 573686          BU ID       : New York
Case No.   :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 592928          Invoice Date : 5/7/2020
**Total Due**  : **$0.00**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:          Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592928 | 5/7/2020 | 573686 |

| Job Date | Case No. |
|---|---|
| 4/28/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Kyle W. Roche, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

| | |
|---|---|
| (-) Payments/Credits: | 2,418.45 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kyle W. Roche, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.    : 573686          BU ID        : New York
Case No.   :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No. : 592928          Invoice Date : 5/7/2020
**Total Due   : $0.00**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:              Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

 **U.S. Legal Support**

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120470855 | 5/7/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2144372 | 4/29/2020 | $2190.18 |

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

| Case No |
|---|
| 918CV80176BBBR |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-1427**

**Velvel Freedman, Esquire**
**Roche Cyrulnik Freedman LLP**
**200 South Biscayne Boulevard,**
**Suite 5500**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and all Parties will appear via Video Conference. | Velvel Freedman, Esquire Roche Cyrulnik Freedman LLP 200 South Biscayne Boulevard, Suite 5500 Miami FL 33131 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Dr. Matthew Edman | | | | | |
| Copy | 240.00 | $3.35 | $804.00 | $0.00 | $804.00 |
| Medical/Technical surcharge | 181.00 | $0.25 | $45.25 | $0.00 | $45.25 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| Items Covered: Dr. Matthew Edman | | | | | |
| Exhibit | 2667.00 | $0.35 | $933.45 | $0.00 | $933.45 |
| Exhibits:  Color | 48.00 | $0.35 | $16.80 | $0.00 | $16.80 |
| ( Taxable 0.00) | | | | | |
| | | | $1904.50 | $0.00 | |

| | |
|---|---|
| **Total Due** | **$1904.50** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$285.68** |
| **(=) New Balance** | **$2190.18** |

Tax ID : 76-0523238                                                                                   Phone: 305-357-3861

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Velvel Freedman, Esquire
Roche Cyrulnik Freedman LLP
200 South Biscayne Boulevard,Suite 5500
Miami FL 33131

| Invoice No. | 120470855 |
|---|---|
| **Invoice Date:** | 5/7/2020 |
| **Total Due** | **$2190.18** |
| Job No. | 2144372 |
| Case No: | 918CV80176BBBR |

Remit To:   **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

**FINAL AMOUNT PAID ON 9/30/20: $1,859.25**

# I N V O I C E

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592639 | 5/7/2020 | 572757 |
| **Job Date** | **Case No.** | |
| 4/29/2020 | | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Andrew Brenner, Esquire
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

ORIGINAL AND ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---|
| William Eggington-Confidential | 332.00 | Pages | @ | 3.50 | 1,162.00 |
| Exhibit | 168.00 | Pages | @ | 0.55 | 92.40 |
| Attendance Fee | | | | 0.00 | 0.00 |
| Rough Draft | 296.00 | Pages | @ | 1.25 | 370.00 |
| Go Green Lit Package (Complimentary) | | | | 0.00 | 0.00 |

**TOTAL DUE >>>**                 **$1,624.40**

Reference No.      :  O

Location: Utah

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **1,624.40** |

**Tax ID:** 20-8474245                 Phone: (305) 539-8400   Fax:305.539.1307

*Please detach bottom portion and return with payment.*

Andrew Brenner, Esquire
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL  33131

| | | | | |
|---|---|---|---|---|
| Job No. | : | 572757 | BU ID | : New York |
| Case No. | : | | | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : | 592639 | Invoice Date | : 5/7/2020 |
| **Total Due** | : | **$1,624.40** | | |

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120470510 | 5/6/2020 | 2144381 |

| Job Date | Case No. |
|---|---|
| 4/30/2020 | 918CV80176BBBR |

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

Andrew Brenner, Esquire
Boies, Schiller & Flexner LLP
100 Southeast Second Street
Suite 2800
Miami FL  33131

| Payment Terms |
|---|
| Due upon receipt |

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Gordon Klein | | 385.00 | Pages | @ | 3.35 | 1,289.75 |
| Litigation Support Package | | | | 40.00 | 40.00 |
| Condensed Transcript | | | | 20.00 | 20.00 |
| Processing & Handling | | | | 45.00 | 45.00 |
| Gordon Klein | | | | | |
| Exhibit | | 35.00 | Pages | @ | 0.65 | 22.75 |

**TOTAL DUE  >>>**                        **$1,417.50**
AFTER 6/5/2020  PAY                         $1,630.13

Client Matter: 9987.001
Cost Code: 6205D
Approved: *Su Attached* POSTED 5/21/2020 *LG*

Tax ID: 76-0523238                                    Phone: 305-539-8400   Fax:305-539-1307

*Please detach bottom portion and return with payment.*

Andrew Brenner, Esquire
Boies, Schiller & Flexner LLP
100 Southeast Second Street
Suite 2800
Miami FL  33131

| | | |
|---|---|---|
| Invoice No. | : | 120470510 |
| Invoice Date | : | 5/6/2020 |
| **Total Due** | **:** | **$1,417.50** |
| AFTER 6/5/2020  PAY  $1,630.13 | | |

| | | |
|---|---|---|
| Remit To: | **U S Legal Support, Inc.** | |
| | **P.O. Box 4772** | |
| | **Houston TX  77210-4772** | |

| | | |
|---|---|---|
| Job No. | : | 2144381 |
| BU ID | : | 51-MIAMI |
| Case No. | : | 918CV80176BBBR |
| Case Name | : | Ira Kleiman/Estate of David Kleiman vs. Craig Wright |



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120470991 | 5/7/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2151065 | 4/30/2020 | $2113.13 |

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

| Case No |
|---|
| 918CV80176BBBR |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-1427**

**Velvel Freedman, Esquire**
**Roche Cyrulnik Freedman LLP**
**200 South Biscayne Boulevard,**
**Suite 5500**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and all Parties will appear via Video Conference. | Velvel Freedman, Esquire Roche Cyrulnik Freedman LLP 200 South Biscayne Boulevard, Suite 5500 Miami FL 33131 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: Videotaped Deposition Of:James Nguyen | | | | | |
| Depo Tech - (2-hr min) | 8.00 | $200.00 | $1600.00 | $0.00 | $1600.00 |
| Media Archival | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Video Format Conversion | 5.50 | $35.00 | $192.50 | $0.00 | $192.50 |
| Processing/Delivery:  Video Media | 1.00 | $25.00 | $25.00 | $0.00 | $25.00 |
| ( Taxable 0.00) | | | | | |
| | | | $1837.50 | $0.00 | |

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| **Total Due** | **$1837.50** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$275.63** |
| **(=) New Balance** | **$2113.13** |

**Tax ID : 76-0523238**                                    Phone: 305-357-3861

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Velvel Freedman, Esquire
Roche Cyrulnik Freedman LLP
200 South Biscayne Boulevard,Suite 5500
Miami FL 33131

| Invoice No. | 120470991 |
|---|---|
| Invoice Date: | 5/7/2020 |
| Total Due | $2113.13 |
| Job No. | 2151065 |
| Case No: | 918CV80176BBBR |

Remit To:    **U S Legal Support, Inc.**
             **P.O. Box 4772**
             **Houston TX 77210-4772**

# FINAL AMOUNT PAID ON 9/30/20: $1,837.50



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120471520 | 5/8/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2151003 | 4/30/2020 | $3602.47 |

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

| Case No |
|---|
| 918CV80176BBBR |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-1427**

**Velvel Freedman, Esquire**
**Roche Cyrulnik Freedman LLP**
**200 South Biscayne Boulevard,**
**Suite 5500**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and all Parties will appear via Video Conference. | Velvel Freedman, Esquire Roche Cyrulnik Freedman LLP 200 South Biscayne Boulevard, Suite 5500 Miami FL 33131 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: ORIGINAL TRANSCRIPT OF:James Nguyen | | | | | |
| Original | 292.00 | $4.55 | $1328.60 | $0.00 | $1328.60 |
| 4-Day Expedited Transcript | | | | | $931.48 |
| Attendance - First Hour | 1.00 | $95.00 | $95.00 | $0.00 | $95.00 |
| Additional Hour(s) | 4.50 | $85.00 | $382.50 | $0.00 | $382.50 |
| Attendance:  Additional Hour(s) (Starting 5:30 p.m. or after) | 2.50 | $95.00 | $237.50 | $0.00 | $237.50 |
| Medical/Technical surcharge | 210.00 | $0.25 | $52.50 | $0.00 | $52.50 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| | | | $2201.10 | $0.00 | |

| | |
|---|---|
| **Total Due** | **$3132.58** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$469.89** |
| **(=) New Balance** | **$3602.47** |

**Tax ID : 76-0523238**                                                                 Phone: 305-357-3861

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Velvel Freedman, Esquire
Roche Cyrulnik Freedman LLP
200 South Biscayne Boulevard,Suite 5500
Miami FL 33131

| Invoice No. | 120471520 |
|---|---|
| Invoice Date: | 5/8/2020 |
| Total Due | **$3602.47** |
| Job No. | 2151003 |
| Case No: | 918CV80176BBBR |

Remit To:     **U S Legal Support, Inc.**
              **P.O. Box 4772**
              **Houston TX 77210-4772**

**Final amount paid on 9/30/20: $3,080.08**

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592623 | 5/29/2020 | 573687 |

| Job Date | Case No. |
|---|---|
| 4/30/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

ORIGINAL AND ONE CERTIFIED COPY OF: (2 DAY EXPEDITE)

| | | | | |
|---|---|---|---|---|
| Kevin Madura | 269.00  Pages | @ | 6.30 | 1,694.70 |
| Attendance Fee | | | 0.00 | 0.00 |
| Rough Draft | 236.00  Pages | @ | 1.70 | 401.20 |
| Go Green Lit Package (Complimentary) | | | 0.00 | 0.00 |
| | | **TOTAL DUE  >>>** | | **$2,095.90** |

Reference No.    :  O

Location: New York, NY

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 2,095.90 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 20-8474245                                              Phone: (305) 501-4582    Fax:

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL  33131

| | | |
|---|---|---|
| Invoice No. | : | 592623 |
| Invoice Date | : | 5/29/2020 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 573687 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Estate of David Kleiman, et al. v. Craig Wright |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

# INVOICE

1 of 1

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 593143 | 5/28/2020 | 576194 |

| Job Date | Case No. |
|---|---|
| 4/30/2020 | |

| Case Name |
|---|
| Estate of David Kleiman, et al. v. Craig Wright |

| Payment Terms |
|---|
| Due upon receipt |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

ORIGINAL AND ONE CERTIFIED COPY OF: (4 DAY EXPEDITE)

| | | | | |
|---|---|---|---|---|
| ███ (Confidential) | 62.00 Pages | @ | 3.500 | 217.00 |
| Attendance Fee | 1.00 | @ | 0.000 | 0.00 |
| Go Green Lit Package (Complimentary) | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE  >>>** | | | | **$217.00** |

Location of Job    : COMPLETELY TELEPHONIC, CA
Reference No.      : O

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **( - ) Payments/Credits:** | 217.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.    : 576194          BU ID        : New York
Case No.   :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 593143          Invoice Date : 5/28/2020
**Total Due**  : **$0.00**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804**

# I N V O I C E

1 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592581 | 5/15/2020 | 573690 |

| Job Date | Case No. | |
|---|---|---|
| 5/1/2020 | | |

| Case Name | |
|---|---|
| Estate of David Kleiman, et al. v. Craig Wright | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

ORIGINAL AND ONE CERTIFIED COPY OF: (SAME DAY EXPEDITE)

| | | | | | |
|---|---|---|---|---|---|
| F. Harley Norwitch | 71.00 | Pages | @ | 7.350 | 521.85 |
| Exhibit | 583.00 | Pages | @ | 0.550 | 320.65 |
| Attendance Fee | 1.00 | | @ | 0.000 | 0.00 |
| RealTime | 61.00 | Pages | @ | 1.250 | 76.25 |
| Go Green Lit Package (Complimentary) | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE  >>>** | | | **$918.75** |

Location of Job    : VIRTUAL DEPOSITION, FL
Reference No.     : O

Location: Florida

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 918.75 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

| | | | |
|---|---|---|---|
| Job No.    | : 573690 | BU ID | : New York |
| Case No.   | : | | |
| Case Name  | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 592581 | Invoice Date | : 5/15/2020 |
| **Total Due** | : **$0.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592581 | 5/15/2020 | 573690 |
| **Job Date** | **Case No.** | |
| 5/1/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

**(=) New Balance:**                    **$0.00**

---

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.      : 573690         BU ID        : New York
Case No.     :
Case Name    : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 592581         Invoice Date : 5/15/2020
**Total Due**   : **$0.00**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:                Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

# I N V O I C E

1 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592813 | 5/15/2020 | 573692 |
| **Job Date** | **Case No.** | |
| 5/1/2020 | | |
| **Case Name** | | |
| Estate of David Kleiman, et al. v. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kyle W. Roche, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL AND ONE CERTIFIED COPY OF: (DAILY EXPEDITE) | | | | | |
| Nicholas Chambers - Confidential | 241.00 | Pages | @ | 7.000 | 1,687.00 |
| Rough Draft | 214.00 | Pages | @ | 1.250 | 267.50 |
| ORIGINAL AND ONE CERTIFIED COPY OF: (DAILY EXPEDITE) | | | | | |
| Nicholas Chambers - AEO | 16.00 | Pages | @ | 7.000 | 112.00 |
| Exhibit | 33.00 | Pages | @ | 0.550 | 18.15 |
| Attendance Fee | 1.00 | | @ | 0.000 | 0.00 |
| Rough Draft | 13.00 | Pages | @ | 1.250 | 16.25 |
| Go Green Lit Package (Complimentary) | 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE   >>>** | | | | | **$2,100.90** |

Location of Job   : VIRTUAL DEPOSITION, DC
Reference No.   : O

Location: Washington, DC

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kyle W. Roche, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.   : 573692          BU ID        : New York
Case No.   :
Case Name  : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.   : 592813          Invoice Date : 5/15/2020
**Total Due**   : $0.00

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:          Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 592813 | 5/15/2020 | 573692 |

| Job Date | Case No. | |
|---|---|---|
| 5/1/2020 | | |

| Case Name | | |
|---|---|---|
| Estate of David Kleiman, et al. v. Craig Wright | | |

| Payment Terms |
|---|
| Due upon receipt |

Kyle W. Roche, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

| | |
|---|---|
| (-) Payments/Credits: | 2,100.90 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

---

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kyle W. Roche, Esq.
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

| | | | |
|---|---|---|---|
| Job No. | : 573692 | BU ID | : New York |
| Case No. | : | | |
| Case Name | : Estate of David Kleiman, et al. v. Craig Wright | | |
| Invoice No. | : 592813 | Invoice Date | : 5/15/2020 |
| **Total Due** | : **$0.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120480742 | 6/4/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2167983 | 5/26/2020 | $1280.05 |

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

| Case No |
|---|
| 918CV80176BBBR |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-1427**

**Velvel Freedman, Esquire**
**Roche Cyrulnik Freedman LLP**
**200 South Biscayne Boulevard,**
**Suite 5500**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference<br>Reporter, Witness and all Parties will appear via Video Conference. | Velvel Freedman, Esquire<br>Roche Cyrulnik Freedman LLP<br>200 South Biscayne Boulevard,<br>Suite 5500<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: Jimmy Nguyen | | | | | |
| Exhibit | 106.00 | $0.65 | $68.90 | $0.00 | $68.90 |
| ( Taxable 0.00) | | | | | |
| Items Covered: ORIGINAL TRANSCRIPT OF:Jimmy Nguyen | | | | | |
| Original | 178.00 | $4.55 | $809.90 | $0.00 | $809.90 |
| Attendance - First Hour | 1.00 | $95.00 | $95.00 | $0.00 | $95.00 |
| Additional Hour(s) | 2.00 | $85.00 | $170.00 | $0.00 | $170.00 |
| Medical/Technical surcharge | 125.00 | $0.25 | $31.25 | $0.00 | $31.25 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| | | | $1280.05 | $0.00 | |

*** THIS CORRECTED INVOICE REPLACES INVOICE 120479484.
PREVIOUS INVOICE INCORRECTLY CHARGED FOR REALTIME ***

| | |
|---|---|
| **Total Due** | **$1280.05** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$1280.05** |

**Tax ID : 76-0523238**
Phone: 305-357-3861

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Velvel Freedman, Esquire
Roche Cyrulnik Freedman LLP
200 South Biscayne Boulevard,Suite 5500
Miami FL 33131

| | |
|---|---|
| **Invoice No.** | 120480742 |
| **Invoice Date:** | 6/4/2020 |
| **Total Due** | **$1280.05** |
| **Job No.** | 2167983 |
| **Case No:** | 918CV80176BBBR |

Remit To:  **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

**FINAL AMOUNT PAID ON 9/30/20: $1,248.80**



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120481922 | 6/9/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2167035 | 5/26/2020 | $830.00 |

| Case Name |
|---|
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-1427**

| Case No |
|---|
| 918CV80176BBBR |

**Velvel Freedman, Esquire**
**Roche Cyrulnik Freedman LLP**
**200 South Biscayne Boulevard,**
**Suite 5500**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and all Parties will appear via Video Conference. | Velvel Freedman, Esquire Roche Cyrulnik Freedman LLP 200 South Biscayne Boulevard, Suite 5500 Miami FL 33131 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: Videotaped Deposition Of:James Nguyen | | | | | |
| Depo Tech - (2-hr min) | 3.50 | $200.00 | $700.00 | $0.00 | $700.00 |
| Video Format Conversion | 3.00 | $35.00 | $105.00 | $0.00 | $105.00 |
| Processing/Delivery:  Video Media | 1.00 | $25.00 | $25.00 | $0.00 | $25.00 |
| ( Taxable 0.00) | | | | | |
| | | | $830.00 | $0.00 | |

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| **Total Due** | **$830.00** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$830.00** |

**Tax ID : 76-0523238**                                                                    Phone: 305-357-3861

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Velvel Freedman, Esquire
Roche Cyrulnik Freedman LLP
200 South Biscayne Boulevard,Suite 5500
Miami FL 33131

| Invoice No. | 120481922 |
|---|---|
| Invoice Date: | 6/9/2020 |
| Total Due | $830.00 |
| Job No. | 2167035 |
| Case No: | 918CV80176BBBR |

Remit To:     **U S Legal Support, Inc.**
              **P.O. Box 4772**
              **Houston TX 77210-4772**

**FINAL AMOUNT PAID ON 9/30/20: $830.00**



## Receipt

**Date:** 6/9/2020
**Order Number:** 120995

### Billing Information

Devin Freedman
Roche Cyrulnik Freedman LLP
9500 W. Bay Harbor Drive, Apt. 7A
Bay Harbor Islands, FL 33154

### Payment Details

**Card Type:** Visa
**Card Number:** xxxxxxxxxxxx6194
**Expiration Date:** 08-2022

**Total amount:** $286

A copy of this receipt will be emailed to you shortly.

**Information security is embedded in our culture.**
U.S. Legal Support follows the NIST and ISO/IEC 27001:2013 security frameworks regarding policies, procedures, and controls. We are SOC 2 Type II certified. This means we are also HIPAA and PII compliant. We have a 24/7 Network & Security Operations Center and maintain fully redundant datacenters to guarantee you the highest standard of availability. Security awareness is drilled into our staff exhaustively. We work hard so you can rest easy.

© 2019 U.S. Legal Support. All rights reserved.

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120480898 | 6/5/2020 | 2167983 |
| **Job Date** | **Case No.** | |
| 5/26/2020 | 918CV80176BBBR | |
| **Case Name** | | |
| Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Velvel Freedman, Esquire
Roche Cyrulnik Freedman LLP
200 South Biscayne Boulevard,
Suite 5500
Miami FL  33131

Jimmy Nguyen t

Realtime Page Premium   110.00  Pages   @   2.60   286.00

**TOTAL DUE  >>>**   **$286.00**

AFTER 7/5/2020  PAY   $328.90

*** REALTIME CHARGES - INVOICE 120479484 INCORRECTLY VOIDED REALTIME, TEXT STREAMING CHARGES WERER TO BE VOIDED ***

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees
and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                                                                             Phone: 305-357-3861   Fax:

*Please detach bottom portion and return with payment.*

Velvel Freedman, Esquire
Roche Cyrulnik Freedman LLP
200 South Biscayne Boulevard,
Suite 5500
Miami FL  33131

| Job No. | : 2167983 | BU ID | : 51-MIAMI |
|---|---|---|---|
| Case No. | : 918CV80176BBBR | | |
| Case Name | : Ira Kleiman/Estate of David Kleiman vs. Craig Wright | | |
| Invoice No. | : 120480898 | Invoice Date | : 6/5/2020 |
| **Total Due** | **: $286.00** | | |

AFTER 7/5/2020  PAY  $328.90

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX   77210-4772**