# COMPOSITE EXHIBIT A-3

# COMPOSITE EXHIBIT A-3

# SUBPOENA FEES/SERVICE OF PROCESS

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington



Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

*"Serving the Legal Community Since 1977."*

September 4, 2019

ATTN: VELVEL (DEVIN) FREEDMAN

ROCHE FREEDMAN LLP
SOUTHEAST FINANCIAL CENTER
200 S BISCAYNE BLVD., SUITE 5500
MIAMI, FL 33131

INVOICE # SD-6899

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Ira Kleiman et al. | Craig Wright | Subpoena Emergency Service Personal Service On Brendan Jay Sullivan 3 Hours | $800.00 |
| | | -30% Discount | $240.00 |
| | | TOTAL BILL: | $560.00 |
| | | Subpoena Fees | $ 60.00 |
| | | Expenditures | $ 13.50 |
| | | Printing Fees | $  6.00 |
| | | BALANCE: | $639.50 |

*2nd Request  11/5/19*

*PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington



Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

*"Serving the Legal Community Since 1977."*

December 9, 2019

ATTN:   NATHALIE BERMOND

ROCHE FREEDMAN LP
SOUTHEAST FINANCIAL CENTER
200 S. BISCAYNE BOULEVARD, SUITE 5500
MIAMI, FL 33131

INVOICE # JM-0616

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Ira Kleiman, et al., | Craig Wright | Subpoena Emergency Service Personal Service On Eric Stouch In Manheim, PA | $450.00 |
| | | Fee for Locating For 1 ½ Hours | $292.50 |
| | | TOTAL BILL: | $742.50 |
| | | -30% Discount | $222.75 |
| | | BALANCE: | $519.75 |
| | | Subpoena Fees | $ 48.00 |
| | | Expenditures | $ 13.50 |
| | | Disbursements | $197.00 |
| | | FINAL BIL: | $778.25 |

\*PLEASE SUBMIT INVOICE TO ACCOUNTING UPON RECEIPT\*

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



*"Serving the Legal Community Since 1977."*

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

December 9, 2019

ATTN:  NATHALIE BERMOND

ROCHE FREEDMAN LP
SOUTHEAST FINANCIAL CENTER
200 S. BISCAYNE BOULEVARD, SUITE 5500
MIAMI, FL 33131

INVOICE # JM-0617

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Ira Kleiman, et al., | Craig Wright | Subpoena Rush Service Personal Service On Tom Cindric In Mount Airy, MD | $450.00 |
| | | Fee to Locate | $390.00 |
| | | TOTAL BILL: | $840.00 |
| | | -30% Discount | $252.00 |
| | | BALANCE: | $588.00 |
| | | Disbursements | $204.50 |
| | | Subpoena Fees | $110.00 |
| | | Expenditures | $ 13.50 |
| | | FINAL BILL: | $916.00 |

\*PLEASE SUBMIT INVOICE TO ACCOUNTING UPON RECEIPT\*

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

*"Serving the Legal Community Since 1977."*

December 11, 2019

ATTN: NATHALIE BERMOND

ROCHE FREEDMAN LLP
185 WYTHE F2
BROOKLYN, NY 11249

INVOICE#: JM-0649

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Ira Kleiman, et al., | Craig Wright | Subpoena Rush Personal Service On Deborah Kobza In Saint Augustine, FL | $550.00 |
| | | -30% Discount | $165.00 |
| | | BALANCE: | $385.00 |
| | | Subpoena Fees | $ 90.00 |
| | | Expenditures | $ 13.50 |
| | | FINAL BILL: | $488.50 |

*PLEASE SUBMIT INVOICE TO ACCOUNTING UPON RECEIPT*

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

Irving Botwinick, Founder
New York State Professional Process Servers
Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington



"Serving the Legal Community Since 1977."

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

February 7, 2020

ATTN: STEPHEN LAGOS

ROCHE FREEDMAN LLP
SOUTHEAST FINANCIAL CENTER
200 S. BISCAYNE BOULEVARD, SUITE 5500
MIAMI, FL 33131

INVOICE # JM-0999

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Re: Kleinman Matter | | Fee to Locate On Michele Seven 2 Hours | $ 390.00 |
| | | Dustin Trammell 1 ½ Hours | $ 292.50 |
| | | Jimmy Nguyen a/k/a James Duy Nguyen 2 ½ Hours | $ 487.50 |
| | | TOTAL BILL: | $1,170.00 |
| | | -30% Discount | $ 351.00 |
| | | BALANCE: | $ 819.00 |
| | | Disbursements | $ 268.50 |
| | | FINAL BILL: | $1,087.50 |

*PLEASE SUBMIT INVOICE TO ACCOUNTING UPON RECEIPT*

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

Case 9:18-cv-80176-BB   Document 872-4   Entered on FLSD Docket 01/20/2022   Page 8 of 15

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

"Serving the Legal Community Since 1977."

February 11, 2020

ATTN: NATHALIE M. BERMOND

ROCHE FREEDMAN LLP
SOUTHEAST FINANCIAL CENTER
200 S. BISCAYNE BOULEVARD, SUITE 5500
MIAMI, FL 33131

INVOICE # JM-1011

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Kleiman | Wright Case | Fees to Locate On John Woodstock | $195.00 |
| | | Fees to Locate ▉▉▉▉▉ | $195.00 |
| | | TOTAL BILL: | $390.00 |
| | | -30% Discount | $117.00 |
| | | BALANCE: | $273.00 |
| | | Disbursements | $179.00 |
| | | FINAL BILL: | $452.00 |

*PLEASE SUBMIT INVOICE TO ACCOUNTING UPON RECEIPT*

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

```
========== TRANSACTION RECORD ==========
SERVING BY IRVING INC
233 BROADWAY RM 2201
NEW YORK, NY 10279
United States


TYPE: Purchase

ACCT: Visa                    $ 452.00 USD

CARDHOLDER NAME : Devin Freedman
CARD NUMBER     : ############6194
DATE/TIME       : 21 Feb 20 13:20:15
REFERENCE #     : 001 0133677 T
AUTHOR. #       : 021927
TRANS. REF.     : Invoice JM-1011

    Approved - Thank You 100


Please retain this copy for your records.

Cardholder will pay above amount to
card issuer pursuant to cardholder
agreement.
=========================================
```

# I N V O I C E

1 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 582876 | 3/11/2020 | 558220 |
| **Job Date** | **Case No.** ||
| 2/21/2020 | ||
| **Case Name** |||
| Estate of David Kleiman, et al. v. Craig Wright |||
| **Payment Terms** |||
| Due upon receipt |||

Nathalie Bermond
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

RUSH DOCUMENT SUBPOENA SERVICE FOR:
    Jimmy Nguyen
        Subpoena Service          1.00     @     214.500     214.50
RUSH SUBPOENA SERVICE FOR:
    Jimmy Nguyen
        Subpoena Service          1.00     @     214.500     214.50
RUSH SUBPOENA SERVICE FOR:
    Dustin Trammell
        Subpoena Service          1.00     @     214.500     214.50
RUSH SUBPOENA SERVICE FOR:
    Michele Seven
        Subpoena Service          1.00     @     214.500     214.50

**TOTAL DUE >>>**     **$858.00**

Reference No.    : O/ 21424

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Nathalie Bermond
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.       : 558220      BU ID       : New York
Case No.    :
Case Name : Estate of David Kleiman, et al. v. Craig Wright

Invoice No. : 582876      Invoice Date : 3/11/2020
**Total Due** : **$0.00**

Remit To: **Magna Legal Services LLC**
        **P.O. Box 822804**
        **Philadelphia, PA 19182-2804**

| **PAYMENT WITH CREDIT CARD**     AMEX MasterCard VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:        Phone#: |
| Billing Address: |
| Zip:        Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

# I N V O I C E

2 of 2

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
T: 866-624-6221  F: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 582876 | 3/11/2020 | 558220 |
| **Job Date** | **Case No.** ||
| 2/21/2020 |  ||
| **Case Name** |||
| Estate of David Kleiman, et al. v. Craig Wright |||
| **Payment Terms** |||
| Due upon receipt |||

Nathalie Bermond
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

|  |  |
|---|---:|
| ( - ) Payments/Credits: | 858.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Nathalie Bermond
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131

Job No.      : 558220           BU ID        : New York
Case No.     :
Case Name    : Estate of David Kleiman, et al. v. Craig Wright

Invoice No.  : 582876           Invoice Date : 3/11/2020
**Total Due**    : **$0.00**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**



**233 Broadway, Suite 2201**
**New York, New York 10279**
**212-233-3346**


March 25, 2020

**INVOICE# GG-004**

Attn: Stephen Lagos
Roche Cyrulnik Freedman LLP
99 Park Avenue 19th Floor
New York, New York 10016

Ira Kleiman et al.
vs.
Craig Wright

Personal in hand service of Deposition Subpoena on ███████████
███████████
Multiple Attempts

| | |
|---|---|
| TOTAL BILL: | $750.00 |
| Less 30% Discount | $225.00 |
| Balance Due | $525.00 |
| + Witness fee | $140.00 |
| + Expenditures: | $ 13.50 |
| | |
| **FINAL BALANCE DUE** | **$678.50** |


**\*PLEASE SUBMIT INVOICE TO ACCOUNTING FOR PROMPT PAYMENT\***



**233 Broadway, Suite 2201**
**New York, New York 10279 – Tax ID# 13-3074123**
**212-233-3346**

April 17, 2020

**INVOICE# GG-0014**

**Attn:** Stephen Lagos
Roche Cyrulnik Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016

Ira Kleinman
Vs.
Craig Wright

| | | |
|---|---|---|
| Subpoena, numerous attempts | | $1,100.00 |
| On Jimmy Nguyen | -30% Discount | $  330.00 |
| In Seattle, WA | Balance | $  770.00 |
| +Subpoena Fess | | $   50.00 |
| + Expenditures | | $   13.50 |
| | | _____ |
| FINAL BILL: | | $  833.50 |

```
========== TRANSACTION RECORD ==========
SERVING BY IRVING INC
233 BROADWAY RM 2201
NEW YORK, NY 10279
United States


TYPE: Purchase

ACCT: Visa                    $ 833.50 USD

CARDHOLDER NAME : Nathalie Bermond
CARD NUMBER     : ############6194
DATE/TIME       : 11 Jun 20 16:18:40
REFERENCE #     : 001 0217188 T
AUTHOR. #       : 011898
TRANS. REF.     : Invoice GG-0014

    Approved - Thank You 100


Please retain this copy for your records.

Cardholder will pay above amount to
card issuer pursuant to cardholder
agreement.
=========================================
```

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
Phone: (305) 666-0142
Tax I.D. #85-0563038

**INVOICE**

Invoice #PIS-2021001732
1/5/2022

Original Date: 9/10/2021

Velvel Freedman
ROCHE CYRULNIK FREEDMAN LLP
200 S. BISCAYNE BLVD.
SUITE 5500
Miami, FL 33131

**Case Number: SOUTHERN 9:18-CV-80176-BB**

Plaintiff:
**IRA KLEIMAN, ET AL.**

Defendant:
**CRAIG WRIGHT**

Received: 9/7/2021   Served: 9/10/2021 8:25 am   INDIVIDUAL
To be served on: PATRICK PAIGE COMPUTER FORENSICS LLC

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee-SUBPOENA-SAME DAY RUSH | 1.00 | 100.00 | 100.00 |
| Additional Addresses-SUBPOENA-RUSH (24 HOUR) | 1.00 | 75.00 | 75.00 |
| WITNESS FEE | 1.00 | 115.00 | 115.00 |

TOTAL CHARGED: $290.00

| 9/28/2021 | Check #PAYPAL | Final Payment | 290.00 |

BALANCE DUE: $0.00

**Thank you for your business!**

Please include invoice number with your payment. A Finance Charge of 1.5% per month (Annual Percentage rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein described sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including Attorney's fees.