# COMPOSITE EXHIBIT A-4

United States District Court

Date: 02/22/2019
Invoice Number: 201900169
Re: Kleiman v Wright

To:

Kyle Roche
Boies Schiller Flexner
333 Main Street
Armonk, NY, 10504
Phone: (716) 348-6003
Email: kroche@bsflp.com

Make Checks Payable To:

Joanne Mancari, Joanne Mancari
Official US Court Reporter
212 West Key Palm Road
Boca Raton, FL, 33432
Phone: (917) 270-7048
Email: jemancari@gmail.com

## Case Details:

Case Number: 18CV80176
Case Title: IRA KLEIMAN vs. CRAIG WRIGHT
Case Description: Discovery Hearing
Criminal or Civil: Civil

Proceeding Date: Feb 20, 2019
Courthouse: WPB
Judge Hearing Case: Reinhart

## Transcripts:

Date Ordered: Feb 21, 2019
Date Delivered: Feb 22, 2019

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 139 | $6.05 | $840.95 |

Total: $840.95
Paid Amount: $840.95

## Amount Due: $0.00

/s/ *Joanne Mancari*

**United States District Court**

Date: 03/09/2019
Invoice Number: 201900184
Re: Kleiman v Wright

To:

**Kyle Roche**
**Boies Schiller Flexner**
333 Main Street
Armonk, NY, 10504
**Phone:** (716) 348-6003
**Email:** kroche@bsfllp.com

Make Checks Payable To:

**Ms. Joanne Mancari, RPR, RMR**
**Official US Court Reporter**
212 West Key Palm Road
Boca Raton, FL, 33432
**Phone:** (917) 270-7048
**Email:** jemancari@gmail.com

Case Details:

**Case Number:** 18CV80176
**Case Title:** Ira Kleiman vs. Craig Wright
**Case Description:** Discovery hearing
**Criminal or Civil:** Civil

**Proceeding Date:** Mar 07, 2019
**Courthouse:** WPB
**Judge Hearing Case:** Reinhart

Transcripts:

**Date Ordered:** Mar 07, 2019
**Date Delivered:** Mar 09, 2019

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 64 | $6.05 | $387.20 |

**Total:** $387.20
**Paid Amount:** $387.20

**Amount Due:** $0.00

*/s/ Joanne Mancari*

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
**For the District of Columbia**

INVOICE NO.: 20190071

| | |
|---|---|
| Kyle Roche<br>Boies Schiller Flexner (Armonk office)<br>333 Main Street<br>Armonk, NY 10504 | **MAKE CHECKS PAYABLE TO:**<br>Lisa Edwards<br>U.S. District Court for the District of Columbia<br>333 Constitution Avenue, NW - Room 6706<br>Washington, DC,  20001<br>(202) 354-3269<br>Lisa_Edwards@dcd.uscourts.gov<br>Tax ID: 20-0649279  |

| _ CRIMINAL   ✕ CIVIL | DATE ORDERED:<br>03-15-2019 | DATE DELIVERED:<br>03-18-2019 |
|---|---|---|

**In the matter of:** 18-CV-80176, Ira Kleiman, et al., v Craig Wright

Transcript of the digital audio recording of the Discovery Status
Conference held before Magistrate Judge Reinhart on March 14, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | 89 | 6.05 | 538.45 | | | | | | | 538.45 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 538.45 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 538.45 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Lisa Edwards /s/ | DATE:<br>03-19-2019 |
|---|---|

DISTRIBUTION:        TO PARTY (2 copies - 1 to be returned with payment)        COURT REPORTER        COURT REPORTER SUPERVISOR

**United States District Court**

Date: 03/28/2019
Invoice Number: 201900199
Re: Kleiman v. Wright

To:

**Mr. Kyle Roche**
**Boies Schiller Flexner**
333 Main Street
Armonk, NY, 10504
**Phone:** (716) 348-0003
**Email:** kroche@bsfllp.com

Make Checks Payable To:

**Joanne Mancari, Joanne Mancari**
**Official US Court Reporter**
212 West Key Palm Road
Boca Raton, FL, 33432
**Phone:** (917) 270-7048
**Email:** jemancari@gmail.com

Case Details:

**Case Number:** 18CV81076
**Case Title:** Ira Kleiman vs. David Wright
**Case Description:** Discovery Hearing
**Criminal or Civil:** Civil

**Proceeding Date:** Mar 26, 2019
**Courthouse:** West Palm Beach
**Judge Hearing Case:** Reinhart

Transcripts:

**Date Ordered:** Mar 27, 2019
**Date Delivered:** Mar 28, 2019

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 99 | $6.05 | $598.95 |

Total: $598.95

**Amount Due:** $598.95

*/s/ Joanne Mancari*

CASE LAW REPORTING, INC.
PROFESSIONAL REPORTERS
7001 SOUTHWEST 13 STREET
PEMBROKE PINES, FL 33023
954-985-8875/954-239-7775 fax
CASELAWRPTG@GMAIL.COM

# Invoice

Number: 19046

Date: 4/12/2019

Bill To:

BOIS SCHILLER & FLEXNER, LLP
333 Main Street
Armonk, NY 10504
ATTN: Kyle Roche

| DATE TAKEN | REFERENCE | # PAGES | PRICE | CLIENT % | TOTAL |
|---|---|---|---|---|---|
| 04/11/19 | Ira Kleiman, et al., Plaintiffs v. Craig Wright, Defendant | | | | |
| | Case Number: 18-cv-80176 | | | | |
| | DAILY expedited discovery hearing before Magistrate Judge Bruce E. Reinhart | 70.00 | $6.05 | | $423.50 |
| | (inv. sent 04/12/19 a.m.) | | | | |

| | | |
|---|---|---|
| SubTotal | | $423.50 |
| 0.00% on $0.00 | | $0.00 |
| 0.00% on $0.00 | | $0.00 |
| Total | | $423.50 |

Payment due upon receipt. Client shall be responsible for all costs of collection and reasonable attorney's fees. Venue shall lie in Broward County, Florida. Interest on past due accounts shall be charged at 1.5% per month.

(NOTE FOR AGENCY: NO WRITEUP, NO % TAKEN)

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $423.50 | $0.00 | $0.00 | $19.20 | $442.70 |

**United States District Court**
**Southern District of Florida**

Date: 05/17/2019
Invoice Number: 20190620

To:

Kyle Roche
333 Main Street
Armonk, NY, 10504

**Make Checks Payable To:**

Certified Reporting
Official US Court Reporter
EIN / Tax ID: 02-0629763
400 North Miami Avenue
Courtroom 10-1
Miami, Florida, 33128
Phone: (305) 523-5598
Fax: (305) 523-5599
Email: dawn_savino@flsd.uscourts.gov

Case Details:

Case Number: 18-81076-civ-Bloom
Case Title: Ira Kleiman, et al vs. Craig Wright
Case Description: Transcript of telephonic motion hearing held on 5-6-2019 before US Magistrate Judge Bruce E. Reinhart - DAR AUDIO
Criminal or Civil: Civil

Proceeding Date: May 06, 2019
Courthouse: West Palm Beach
Judge Hearing Case: Bruce E. Reinhart

Transcripts:

Date Ordered: May 17, 2019
Date Delivered: May 20, 2019
Transcripts Requested By: Kyle Roche

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 15 | $6.05 | $90.75 |

**Total:** $90.75
**Paid Amount:** $90.75

**Amount Due:** $0.00

Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

*/s/ Certified Reporting*

**United States District Court**

Date: 06/13/2019
Invoice Number: 201900268
Re: Kleiman v Wright

To:

Mr. Kyle Roche
Boies Schiller Flexner
333 Main Street
Armonk, NY, 10504
Phone: (716) 348-6003

Make Checks Payable To:

Joanne Mancari, Joanne Mancari
Official US Court Reporter
212 West Key Palm Road
Boca Raton, FL, 33432
Phone: (917) 270-7048
Email: jemancari@gmail.com

Case Details:

Case Number: 18CV80176
Case Title: Ira Kleiman, et al. vs. Craig Wright
Case Description: Discovery Hearing
Criminal or Civil: Civil

Proceeding Date: Jun 11, 2019
Courthouse: West Palm Beach
Judge Hearing Case: Bruce E. Reinhart

Transcripts:

Date Ordered: Jun 12, 2019
Date Delivered: Jun 13, 2019

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 39 | $6.05 | $235.95 |

Total: $235.95

Amount Due: $235.95

*/s/ Joanne Mancari*

Vendor # 12094
Client # 9987
Matter # 001
Disb. Code 6205C

**From:** Stephen Franklin <sfranklinusdc@aol.com>
**Sent:** Friday, June 28, 2019 6:39 PM
**To:** Kyle Roche
**Subject:** TRANSCRIPT COSTS: Kleiman v. Wright

Hearing held 6-28-19, before Magistrate Bruce Reinhart.

Please follow these instructions in order to receive your copy of the transcript:

Your firm's check MUST be made as follows:

FRANKLIN COURT REPORTING, INC.
1079 LYTHAM COURT
WEST PALM BEACH, FL  33411

AMOUNT:  $1531.80

OR, if you prefer, here are the wiring instructions:

Franklin Court Reporting, Inc.

BANK:  Wells Fargo, N.A.

ROUTING NUMBER:  063107513
ACCOUNT #:  2000700024106

Wiring usually takes a day or so for me to receive, or Wells Fargo also offers Zelle if your firm happens to bank with them, which is instant.

If you are Fedexing, please put "NO SIGNATURE REQUIRED."  If Fedexing, please email me a .pdf copy of the CHECK and FEDEX slip and I will get started upon receipt of that.

I am attaching a signed W-9 for your accounting department.

Your transcript will be emailed to you within one day of receipt of payment.

Please reply to this email and let me know how you are making payment so I can know to be on the lookout.

If you have any further questions, please email me.

Thanks!

Regards,

Stephen W. Franklin
Official Court Reporter
Hon. Kenneth A. Marra
United States District Judge
561-313-8439

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

## UNITED STATES DISTRICT COURT
### For the Eastern District of Arkansas

INVOICE 8201904

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Kyle Roche<br>Boies, Schiller & Flexner, LLP<br>100 SE 2nd Street<br>Ste. 2800<br>Miami, FL 33131 | Franklin Court Reporting, Inc.<br>623 Rock Street<br>Little Rock, AR 72202<br>(561) 313-8439<br>SFranklinUSDC@aol.com<br>Tax ID: 02-0578694 |

| __ CRIMINAL  ✗ CIVIL | DATE ORDERED:<br>08-14-2019 | DATE DELIVERED:<br>08-14-2019 |
|---|---|---|

In the matter of: 18-80176-CIV-BB, Ira Kleiman, et al. v Craig Wright

Reporter's Transcript of Continuation of Evidentiary Hearing held 8/5/19 before Magistrate Bruce E. Reinhart. (Plaintiff paying for both parties' copies.  Defendant to reimburse plaintiff.)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 4.02 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.68 | | | 0.90 | | | 0.60 | | |
| Expedited | | 5.34 | | | 0.90 | | | 0.60 | | |
| 3-Day | 275 | 6.00 | 1650.00 | 275 | 1.05 | 288.75 | | 0.75 | | 1938.75 |
| Daily | | 6.66 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.98 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 1938.75 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| **Date:** 08-14-2019 | | **Check:** 2293 | | | | | Less Amount of Deposit | | | 1680.00 |
| | | | | | | | Total Refund | | | |
| **Date:** 08-15-2019 | | **Check:** 2294 | | **Amount:** 228.75 | | | **Total Due** | | | 0.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>s:/Stephen W. Franklin | DATE:<br>08-14-2019 |
|---|---|

**DISTRIBUTION:**  TO PARTY (2 copies - 1 to be returned with payment)  COURT REPORTER  COURT REPORTER SUPERVISOR

## Lori Glonek

---

**From:** Andrew S. Brenner
**Sent:** Tuesday, August 27, 2019 2:58 PM
**To:** Tracy L. Lopez
**Subject:** Fwd: TRANSCRIPT AVAILABLE: Kleiman v. Wright
**Attachments:** FCR W-9.pdf


Sent by Boxer

---------- Forwarded message ----------

**From:** Stephen Franklin <sfranklinusdc@aol.com>
**Date:** August 27, 2019 at 2:38:15 PM EDT
**Subject:** TRANSCRIPT AVAILABLE: Kleiman v. Wright
**To:** vel@rochefreedman.com,Andrew S. Brenner <abrenner@bsfllp.com>,Judy Little
<jwikel@bsfllp.com>,Luis E. Suarez <lsuarez@bsfllp.com>,Kyle Roche <kroche@bsfllp.com>

hearing held 8-26-19 before Magistrate Bruce E. Reinhart.

Please follow these instructions in order to receive your transcript.

Your firm's check MUST be made payable as follows:

FRANKLIN COURT REPORTING, INC.
1079 LYTHAM COURT
WEST PALM BEACH, FL  33411

AMOUNT:   $126.00

If Fedexing, please put "NO SIGNATURE REQUIRED".

Please print a copy of this email chain and include it with correspondence for my reference.

I am attaching a signed W-9 for your accounting department.

Once payment is received, I will immediately forward the transcript to you via email.

To speed up your receipt, if you will email me a .pdf copy of BOTH the Fedex Slip showing **overnight** delivery and
CHECK, I will consider it ordered and will forward the transcript to you upon receipt of that email.

Thanks!

Regards,

Stephen W. Franklin
Official Court Reporter
Hon. Kenneth A. Marra
United States District Judge
561-313-8439

1

# INVOICE

## Franklin Court Reporting, Inc.

Stephen Franklin

stephen_franklin@flsd.uscourts.gov

**Paid**

Invoice #:  033
Invoice Date:  Dec 26, 2019
Due date:  Dec 26, 2019

Amount due:
**$0.00**

---

Bill To:

nbermond@rochefreedman.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Kleiman v. Wright 11-20-19 hearing | 1 | $84.00 | $84.00 |
| | | Subtotal | $84.00 |
| | | Total | $84.00 |

# INVOICE

## Franklin Court Reporting, Inc.

Stephen Franklin

stephen_franklin@flsd.uscourts.gov

**Paid**

Invoice #:   032
Invoice Date:   Dec 23, 2019
Due date:   Dec 23, 2019

Amount due:
**$0.00**

Bill To:

nbermond@rochefreedman.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Kleiman v. Wright - Discovery Hearing held 12-18-19 | 1 | $81.60 | $81.60 |
| | | Subtotal | $81.60 |
| | | Discount ($0.00) | $0.00 |
| | | Total | $81.60 |

CASE LAW REPORTING, INC.
PROFESSIONAL REPORTERS
7001 SOUTHWEST 13 STREET
PEMBROKE PINES, FL 33023
954-985-8875/954-239-7775  fax
CASELAWRPTG@GMAIL.COM

# Invoice

Number:   20021

Date:     2/5/2020

Bill To:

ROCHE CYRULNIK FREEDMAN, LLP
200 S. Biscayne Blvd., Suite 5500,
Miami, FL  33131
ATTN:  Nathalie

| DATE TAKEN | REFERENCE | # PAGES | PRICE | CLIENT % | TOTAL |
|---|---|---|---|---|---|
| 1/2/2020 | Ira Kleiman as the Personal Representative of the Estate of David Kleiman, et al., Plaintiffs v. Craig Wright, Defendant | | | | |
| | Case No.:  18-cv-80176-BB | | | | |
| | COPY of DAILY transcript of discovery proceedings held before Federal Magistrate Judge Bruce E. Reinhart | 44.00 | $1.20 | | $52.80 |
| | (inv. sent 02/05/20 p.m.) | | | | |

| | | |
|---|---|---|
| | SubTotal | $52.80 |
| | 0.00% on $0.00 | $0.00 |
| | 0.00% on $0.00 | $0.00 |
| Total | | $52.80 |

Payment due upon receipt.  Client shall be responsible for all costs of collection and reasonable attorney's fees.
Venue shall lie in Broward County, Florida.  Interest on past due accounts shall be charged at 1.5% per month.

(NOTE FOR AGENCY:   NO WRITEUP, NO % TAKEN)

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $52.80 | $0.00 | $0.00 | $0.00 | $52.80 |

# INVOICE

## Franklin Court Reporting, Inc.

Stephen Franklin

stephen_franklin@flsd.uscourts.gov

**Paid**

Invoice #:   038
Invoice Date:   Jan 14, 2020
Due date:   Jan 14, 2020

Amount due:
**$0.00**

Bill To:

nbermond@rcfllp.com

| Description | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Kleiman v. Wright, hearing 1-9-20 before Magistrate Reinhart. | 1 | $453.75 | $453.75 |
| | | Subtotal | $453.75 |
| | | Total | $453.75 |

CASE LAW REPORTING, INC.
PROFESSIONAL REPORTERS
7001 SOUTHWEST 13 STREET
PEMBROKE PINES, FL 33023
954-985-8875/954-239-7775 fax
CASELAWRPTG@GMAIL.COM

# Invoice

Number: 20062

Date: 4/1/2020

Bill To:

Roche Cyrulnik Freedman LLP
200 S. Biscayne Blvd., Suite 5500,
Miami, FL 33131
ATTN: Nathalie

| DATE TAKEN | REFERENCE | # PAGES | PRICE | CLIENT % | TOTAL |
|---|---|---|---|---|---|
| 02/25/20 | Ira Kleiman as the Personal Representative of the Estate of David Kleiman, et al., Plaintiffs v. Craig Wright, Defendant | | | | |
| | Case No.: 18-cv-80176-BB | | | | |
| | COPY of DAILY transcript of discovery proceedings held before Federal Magistrate Judge Bruce E. Reinhart | 12.00 | $0.90 | | $10.80 |
| | (inv. sent to Nathalie 04/01/20 p.m.) | | | | |

| | | |
|---|---|---|
| | SubTotal | $10.80 |
| | 0.00% on $0.00 | $0.00 |
| | 0.00% on $0.00 | $0.00 |
| Total | | $10.80 |

Payment due upon receipt. Client shall be responsible for all costs of collection and reasonable attorney's fees. Venue shall lie in Broward County, Florida. Interest on past due accounts shall be charged at 1.5% per month.

(NOTE FOR AGENCY: NO WRITEUP, NO % TAKEN)

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $10.80 | $0.00 | $0.00 | $0.00 | $10.80 |

Date: 03/10/2020
Invoice Number: 202000371

To:

**Nathalie Bermond**
**Roche Cyrulnik Freedman, LLP**
200 South Biscayne Blvd
Miami, FL, 33131
**Phone:** (305) 357-3861
**Email:** nbermond@rcfllp.com

Make Checks Payable To:

**Ms. Joanne Mancari**
212 West Key Palm Road
Boca Raton, FL, 33432
**Phone:** (917) 270-7048
**Email:** jemancari@gmail.com

Case Details:

**Case Number:** 18CV80176
**Case Title:** Kleiman v. Wright
**Criminal or Civil:** Civil
**Proceeding Date:** Mar 05, 2020
**Judge Hearing Case:** Bruce E. Reinhart

Transcripts:

**Date Ordered:** Mar 09, 2020
**Date Delivered:** Mar 12, 2020

Charges:

| Date | Trial | Activity Type | Pages Count | Page Rate | Other Fees | Sub-Total |
|------|-------|---------------|-------------|-----------|------------|-----------|
| 03/05/2020 | Ira Kleiman v. Craig Wright | 3-Day Expedited | 116 | $1.05 | $0.00 | $121.80 |

**Total:** $121.80

**Amount Due:** $121.80

*/s/ Joanne Mancari*

CASE LAW REPORTING, INC.
PROFESSIONAL REPORTERS
7001 SOUTHWEST 13 STREET
PEMBROKE PINES, FL 33023
954-985-8875/954-239-7775  fax
CASELAWRPTG@GMAIL.COM

# Invoice

Number:   20064

Date:      4/1/2020

Bill To:

Roche Cyrulnik Freedman LLP
200 S. Biscayne Blvd., Suite 5500,
Miami, FL  33131
ATTN:  Nathalie

| DATE TAKEN | REFERENCE | # PAGES | PRICE | CLIENT % | TOTAL |
|---|---|---|---|---|---|
| 04/01/2020 | Ira Kleiman<br>as the Personal Representative of the<br>Estate of David Kleiman, et al., Plaintiffs v.<br>Craig Wright, Defendant | | | | |
| | Case No.:  18-cv-80176-BB | | | | |
| | COPY of DAILY transcript of telephonic<br>discovery proceedings held before Federal<br>Magistrate Judge Bruce E. Reinhart | 37.00 | $1.20 | | $44.40 |
| | (inv. 04/02/20 p.m.) | | | | |

| | | |
|---|---|---|
| SubTotal | | $44.40 |
| 0.00% on $0.00 | | $0.00 |
| 0.00% on $0.00 | | $0.00 |
| Total | | $44.40 |

Payment due upon receipt.  Client shall be responsible for all costs of collection and reasonable attorney's fees.
Venue shall lie in Broward County, Florida.  Interest on past due accounts shall be charged at 1.5% per month.

(NOTE FOR AGENCY:  NO WRITEUP, NO % TAKEN)

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $55.20 | $0.00 | $0.00 | $0.00 | $55.20 |

Date: 04/20/2020
Invoice Number: 202000397

To:

**Nathalie Bermond**
**Roche Cyrulnik Freedman, LLP**
200 South Biscayne Blvd
Miami, FL, 33131
**Phone:** (305) 357-3861
**Email:** naty1209@gtlaw.com

Make Checks Payable To:

**Ms. Joanne Mancari**
212 West Key Palm Road
Boca Raton, FL, 33432
**Phone:** (917) 270-7048
**Email:** jemancari@gmail.com

## Case Details:

**Case Number:** 18CV80176
**Case Title:** Kleiman v. Wright
**Criminal or Civil:** Civil
**Proceeding Date:** Apr 09, 2020
**Judge Hearing Case:** Bruce E. Reinhart

## Transcripts:

**Date Ordered:** Apr 17, 2020
**Date Delivered:** Apr 20, 2020

## Charges:

| Date | Trial | Activity Type | Pages Count | Page Rate | Other Fees | Sub-Total |
|------|-------|---------------|-------------|-----------|------------|-----------|
| 04/09/2020 | Ira Kleiman v. Craig Wright | 3-Day Expedited | 24 | $5.45 | $0.00 | $130.80 |

**Total:** $130.80

**Amount Due:** $130.80

*/s/ Joanne Mancari*

# INVOICE

## Franklin Court Reporting, Inc.

Stephen Franklin

stephen_franklin@flsd.uscourts.gov

**Paid**

Invoice #:  051
Invoice Date:  Apr 27, 2020
Due date:  Apr 27, 2020

Amount due:
**$0.00**

Bill To:

nbermond@rcfllp.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Kleiman v. Wright, Pretrial hearing held 4/17/20 | 1 | $57.75 | $57.75 |
| | | Subtotal | $57.75 |
| | | Total | $57.75 |
| | | Amount paid | -$57.75 |
| | | **Amount due** | **$0.00 USD** |

# INVOICE

**Franklin Court Reporting, Inc.**
Stephen Franklin
stephen_franklin@flsd.uscourts.gov

**Invoice No#:** 052
**Invoice Date:** Apr 28, 2020
**Due Date:** Apr 28, 2020



**$0.00**
AMOUNT DUE

## BILL TO
nb******@rcfllp.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | Kleiman v. Wright, hearing held 4/24/20 | 1 | $163.35 | $163.35 |

|  | | |
|---|---|---|
| Subtotal | $163.35 |
| TOTAL | $163.35 USD |
| Amount paid | $163.35 |
| **AMOUNT DUE** | **$0.00 USD** |

# INVOICE

**Franklin Court Reporting, Inc.**
Stephen Franklin
stephen_franklin@flsd.uscourts.gov

Invoice No#: 054
Invoice Date: May 1, 2020
Due Date: May 1, 2020

**PAID**

## $0.00
AMOUNT DUE

### BILL TO
nb******@rcfllp.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---------------------|---------|-------|-----------|
| 1 | Kleiman v. Wright hearing held 4/30/20 | 1 | $163.35 | $163.35 |

| | | |
|---|---|---|
| Subtotal | | $163.35 |
| TOTAL | | $163.35 USD |
| Amount paid | | $163.35 |

**AMOUNT DUE**          **$0.00 USD**

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 754

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

**MAKE CHECKS PAYABLE TO:**
Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| \_\_ CRIMINAL    ✗ CIVIL | DATE ORDERED: 10-15-2021 | DATE DELIVERED: 10-18-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Transcript of motion hearings before Judge Bloom, 10/14/2021, 57p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 57 | 0.90 | 51.30 | | | | 51.30 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 51.30 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 51.30 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 10-18-2021 |
|---|---|

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

| INVOICE 765 | |
|---|---|
| Kyle Roche<br>Roche Freedman, LLP<br>200 South Biscayne Boulevard<br>Suite 5500<br>Miami, FL 33131<br>(786) 924-2900<br>www.rcfllp.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: 51-0597795 |

| __ CRIMINAL    ☒ CIVIL | DATE ORDERED:<br>11-01-2021 | DATE DELIVERED:<br>11-01-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of Trial, Day 1, AM Session, 161p
PM Session, 107p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 268 | 2.10 | 562.80 | | | | | | | 562.80 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 562.80 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-01-2021 | **Check:** Credit Card, 4204 | **Amount:** 562.80 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-01-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 767

**MAKE CHECKS PAYABLE TO:**

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| \_ CRIMINAL   X CIVIL | DATE ORDERED: 11-02-2021 | DATE DELIVERED: 11-02-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of Trial Day 2, AM Session 116p
PM Session 75p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 191 | 2.10 | 401.10 | | | | | | | 401.10 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 401.10 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| **Date:** 11-02-2021 | | **Check:** Credit card, 4204 | | **Amount:** 401.10 | | | | **Total Due** | | 0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-02-2021 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 769

**MAKE CHECKS PAYABLE TO:**

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| __ CRIMINAL | X CIVIL | DATE ORDERED: 11-03-2021 | DATE DELIVERED: 11-03-2021 |
|---|---|---|---|

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of Trial Day 3
AM Session, 56p, PM Session, 135p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 191 | 2.10 | 401.10 | | | | | | | 401.10 |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 401.10 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-03-2021 | **Check:** Credit Card, 4204 | **Amount:** 401.10 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-03-2021 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 771

**MAKE CHECKS PAYABLE TO:**

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| __ CRIMINAL    X CIVIL | DATE ORDERED: 11-04-2021 | DATE DELIVERED: 11-04-2021 |
| --- | --- | --- |

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of trial Day 4
AM Session 157p ,PM Session 125p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 282 | 2.10 | 592.20 | | | | | | | 592.20 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 592.20 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |

| **Date:** 11-04-2021 | **Check:** Credit card, 4204 | **Amount:** 592.20 | **Total Due** | 0.00 |
| --- | --- | --- | --- | --- |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-04-2021 |
| --- | --- |

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 773

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

**MAKE CHECKS PAYABLE TO:**

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL   ☒ CIVIL | | 11-05-2021 | 11-05-2021 |

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of trial Day 5
AM Session 124p ,PM Session 53p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 177 | 2.10 | 371.70 | | | | | | | 371.70 |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 371.70 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| **Date:** 11-05-2021 | | **Check:** Credit card, 4204 | | **Amount:** 371.70 | | | **Total Due** | | | 0.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
Yvette Hernandez

DATE:
11-05-2021

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

## UNITED STATES DISTRICT COURT
### For the Southern District of Florida

INVOICE 775

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

**MAKE CHECKS PAYABLE TO:**
Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| __ CRIMINAL ✕ CIVIL | DATE ORDERED: 11-09-2021 | DATE DELIVERED: 11-08-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of trial Day 6 AM Session 80p, PM Session 1 72p, PM Session 2, 94
Rough draft of trial Day 7, AM Session 105, PM Session 127

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 478 | 2.10 | 1003.80 | | | | | | | 1003.80 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 1003.80 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-09-2021 | **Check:** Credit card, 4204 | **Amount:** 1003.80 | **Total Due** | 0.00 |
|---|---|---|---|---|

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-09-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

| INVOICE 777 | |
|---|---|
| Kyle Roche<br>Roche Freedman, LLP<br>200 South Biscayne Boulevard<br>Suite 5500<br>Miami, FL 33131<br>(786) 924-2900<br>www.rcfllp.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: 51-0597795 |

| __ CRIMINAL     X  CIVIL | DATE ORDERED:<br>11-10-2021 | DATE DELIVERED:<br>11-10-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Rough draft of trial Day 8 AM Session 73p, PM Session 46
Final of Trial Day 1, 406p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 406 | 3.12 | 1266.72 | | | | | | | 1266.72 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 119 | 2.10 | 249.90 | | | | | | | 249.90 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 1516.62 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-10-2021 | **Check:** Credit Card, 4204 | **Amount:** 1516.62 | **Total Due** | 0.00 |
|---|---|---|---|---|

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-10-2021 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 778

| | |
|---|---|
| Andres Rivero, Esq.<br>Rivero Mestre, LLP<br>2525 Ponce de Leon Boulevard<br>Suite1000<br>Miami, FL 33134<br>(305) 445-2500   Fax: (305) 445-2505<br>www.riveromestre.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: 51-0597795 |

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL    X  CIVIL | | 11-11-2021 | 11-11-2021 |

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Final of Trial Day 2 with index, 281p
Final of Trial Day 3 with index, 267p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 548 | 3.12 | 1709.76 | | | | | | | 1709.76 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 1709.76 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| **Date:** 11-11-2021 | | **Check:** Credit Card, 1364 | | **Amount:** 1709.76 | | | **Total Due** | | | 0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|
| Yvette Hernandez | 11-11-2021 |

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 781

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Kyle Roche<br>Roche Freedman, LLP<br>200 South Biscayne Boulevard<br>Suite 5500<br>Miami, FL 33131<br>(786) 924-2900<br>www.rcfllp.com | Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: 51-0597795 |

| __ CRIMINAL   X CIVIL | DATE ORDERED: 11-12-2021 | DATE DELIVERED: 11-12-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Final of Trial Day 4 with index, 405p, 11/4/2021

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 405 | 3.12 | 1263.60 | | | | | | | 1263.60 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 1263.60 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-12-2021 | **Check:** Credit Card, 4204 | **Amount:** 1263.60 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-12-2021 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 783

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Kyle Roche<br>Roche Freedman, LLP<br>200 South Biscayne Boulevard<br>Suite 5500<br>Miami, FL 33131<br>(786) 924-2900<br>www.rcfllp.com | Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: 51-0597795 |

| __ CRIMINAL    X CIVIL | DATE ORDERED:<br>11-14-2021 | DATE DELIVERED:<br>11-14-2021 |
|---|---|---|

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Final of Trial Day 5 with index, 252p, 11/5/2021

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 252 | 3.12 | 786.24 | | | | | | | 786.24 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 786.24 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| **Date:** 11-14-2021 | | **Check:** Credit Card, 4204 | | **Amount:** 786.24 | | | **Total Due** | | | 0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-14-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

| INVOICE 787 | |
|---|---|

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

**MAKE CHECKS PAYABLE TO:**

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| __ CRIMINAL   ☒ CIVIL | DATE ORDERED: 11-15-2021 | DATE DELIVERED: 11-15-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 9 Rough, AM & PM-1, 154p
Rough PM-2, 59p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 213 | 2.10 | 447.30 | | | | | | | 447.30 |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 447.30 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| **Date:** 11-15-2021 | | **Check:** Credit Card, 1001 | | **Amount:** 447.30 | | | **Total Due** | | | 0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-15-2021 |
|---|---|

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 789

**MAKE CHECKS PAYABLE TO:**

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| | | DATE ORDERED: 11-16-2021 | DATE DELIVERED: 11-16-2021 |
|---|---|---|---|
| __ CRIMINAL | X CIVIL | | |

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 10 Rough, AM, 115p
Rough PM, 122p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 237 | 2.10 | 497.70 | | | | | | | 497.70 |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 497.70 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-16-2021 | **Check:** Credit Card, 4204 | **Amount:** 497.70 | **Total Due** | 0.00 |
|---|---|---|---|---|

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-16-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 791

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

## MAKE CHECKS PAYABLE TO:
Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| | | DATE ORDERED: 11-17-2021 | DATE DELIVERED: 11-17-2021 |
|---|---|---|---|
| __ CRIMINAL | X CIVIL | | |

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 11 Rough, AM, 113p
Rough PM, 29p
Trial Day 6 FINAL, with index, 11/8/2021, 366p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 366 | 3.12 | 1141.92 | | | | | | | 1141.92 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 142 | 2.10 | 298.20 | | | | | | | 298.20 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 1440.12 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-17-2021 | **Check:** Credit Card, 4204 | **Amount:** 1440.12 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-17-2021 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 1207

**MAKE CHECKS PAYABLE TO:**

Devin Freedman
Roche Freedman, LLP
One Southeast Third Avenue, Suite 1240
Miami, FL 33131
(305) 306-9211
vel@rcfllp.com

James C Pence-Aviles, RMR, CRR
Official Court Reporter
400 North Miami Avenue, 8th Floor South
Miami, FL 33128
(305) 523-5633
james_penceaviles@flsd.uscourts.gov

| \_ CRIMINAL   X CIVIL | DATE ORDERED: 11-18-2021 | DATE DELIVERED: 11-24-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman, et al. v Craig Wright

Transcripts of jury trial (afternoon sessions) heard before Judge Beth Bloom on 11/18/21, 11/19/21, and 11/22/21.
Rough drafts and certified final transcripts prepared.



| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 410 | 3.12 | 1279.20 | | | | | | | 1279.20 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 333 | 2.10 | 699.30 | | | | | | | 699.30 |
| Misc. | Misc. Charges | | | | | | | | | |
| | **Subtotal** | | | | | | | | | 1978.50 |
| | Less Discount for Late Delivery | | | | | | | | | |
| | Tax (If Applicable) | | | | | | | | | |
| Date: 11-18-2021 | **Check:** | | | | Less Amount of Deposit | | | | | 5000.00 |
| Date: 11-24-2021 | **Check:** | | | | **Total Refund** | | | | | 3021.50 |
| | **Total Due** | | | | | | | | | 0.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *Jam C. Pen* | DATE: 11-24-21 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 793

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

**MAKE CHECKS PAYABLE TO:**

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| | | DATE ORDERED: 11-18-2021 | DATE DELIVERED: 11-18-2021 |
|---|---|---|---|
| __ CRIMINAL | X CIVIL | | |

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 12 ROUGH AM 115p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 115 | 2.10 | 241.50 | | | | | | | 241.50 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | Subtotal | 241.50 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| **Date:** 11-18-2021 | | **Check:** Credit Card, 4204 | | | **Amount:** 241.50 | | | | **Total Due** | 0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
Yvette Hernandez

DATE:
11-18-2021

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 795

| | |
|---|---|
| Kyle Roche<br>Roche Freedman, LLP<br>200 South Biscayne Boulevard<br>Suite 5500<br>Miami, FL 33131<br>(786) 924-2900<br>www.rcfllp.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: 51-0597795 |

| __ CRIMINAL    X  CIVIL | DATE ORDERED:<br>11-19-2021 | DATE DELIVERED:<br>11-19-2021 |
|---|---|---|

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 7 FINAL with index, 11/9/2021, 346p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 346 | 3.12 | 1079.52 | | | | | | | 1079.52 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 1079.52 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |

| **Date:** 11-19-2021 | **Check:** Credit Card, 4204 | **Amount:** 1079.52 | **Total Due** | 0.00 |
|---|---|---|---|---|

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-19-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 797

| | |
|---|---|
| Kyle Roche<br>Roche Freedman, LLP<br>200 South Biscayne Boulevard<br>Suite 5500<br>Miami, FL 33131<br>(786) 924-2900<br>www.rcfllp.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: 51-0597795 |

| __ CRIMINAL    X CIVIL | DATE ORDERED: 11-19-2021 | DATE DELIVERED: 11-19-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 13 ROUGH, AM, 114p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 114 | 2.10 | 239.40 | | | | | | | 239.40 |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 239.40 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| **Date:** 11-19-2021 | | **Check:** Credit Card, 4204 | | **Amount:** 239.40 | | | **Total Due** | | | 0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-19-2021 |
|---|---|

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

| INVOICE 799 | |
|---|---|
| Kyle Roche<br>Roche Freedman, LLP<br>200 South Biscayne Boulevard<br>Suite 5500<br>Miami, FL 33131<br>(786) 924-2900<br>www.rcfllp.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: 51-0597795 |

| __ CRIMINAL ☒ CIVIL | DATE ORDERED: 11-20-2021 | DATE DELIVERED: 11-20-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 8 FINAL with index, 11/10/2021, 177p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 177 | 3.12 | 552.24 | | | | | | | 552.24 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 552.24 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| **Date:** 11-20-2021 | | **Check:** Credit Card, 4204 | | **Amount:** 552.24 | | | **Total Due** | | | 0.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-20-2021 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 801

| | |
|---|---|
| Kyle Roche<br>Roche Freedman, LLP<br>200 South Biscayne Boulevard<br>Suite 5500<br>Miami, FL 33131<br>(786) 924-2900<br>www.rcfllp.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: 51-0597795 |

| __ CRIMINAL    X  CIVIL | DATE ORDERED: 11-21-2021 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 9 FINAL with index, 11/9/2021, 322p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 322 | 3.12 | 1004.64 | | | | | | | 1004.64 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 1004.64 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |

| **Date:** 11-21-2021 | **Check:** Credit Card, 4204 | **Amount:** 1004.64 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-21-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 804

**MAKE CHECKS PAYABLE TO:**

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| | | |
|---|---|---|
| __ CRIMINAL    X CIVIL | DATE ORDERED: 11-22-2021 | DATE DELIVERED: 11-22-2021 |

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 14, ROUGH, 125

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 125 | 2.10 | 262.50 | | | | | | | 262.50 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 262.50 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| **Date:** 11-22-2021 | | **Check:** Credit Card, 4204 | | **Amount:** 262.50 | | | | **Total Due** | | 0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-22-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 806

| | |
|---|---|
| Kyle Roche<br>Roche Freedman, LLP<br>200 South Biscayne Boulevard<br>Suite 5500<br>Miami, FL 33131<br>(786) 924-2900<br>www.rcfllp.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: 51-0597795 |

| \_\_ CRIMINAL    X CIVIL | DATE ORDERED: 11-24-2021 | DATE DELIVERED: 01-02-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 15, ROUGH, 187p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 187 | 2.10 | 392.70 | | | | | | | 392.70 |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | **Subtotal** | | | | 392.70 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |

| **Date:** 11-24-2021 | **Check:** Credit Card, 4204 | **Amount:** 392.70 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>11-24-2021 |
|---|---|

**DISTRIBUTION:**          TO PARTY (2 copies - 1 to be returned with payment)          COURT REPORTER          COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 808

**MAKE CHECKS PAYABLE TO:**

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| \_\_ CRIMINAL    ☒ CIVIL | DATE ORDERED: 11-28-2021 | DATE DELIVERED: 11-29-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 10, FINAL, with index, 346p
Trial Day 11, FINAL, with index, 215p
Trial Day 12, FINAL, with index, 178p
Trial Day 13, FINAL, with index, 179p
Trial Day 16, ROUGH, 31p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 914 | 3.12 | 2851.68 | | | | | | | 2851.68 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 31 | 2.10 | 65.10 | | | | | | | 65.10 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 2916.78 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 11-29-2021 | **Check:** Credit Card, 4204 | **Amount:** 2916.78 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 11-29-2021 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 811

**MAKE CHECKS PAYABLE TO:**

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL   X  CIVIL | | 11-30-2021 | 11-30-2021 |

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 14 AM SESSION, FINAL, with index, 191p
Trial Day 17, ROUGH, 2p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 191 | 3.12 | 595.92 | | | | | | | 595.92 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 2 | 2.10 | 4.20 | | | | | | | 4.20 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 600.12 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| **Date:** 11-30-2021 | | **Check:** Credit Card, 4204 | | **Amount:** 600.12 | | | **Total Due** | | | 0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|
| Yvette Hernandez | 11-30-2021 |

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

| INVOICE 813 | |
|---|---|
| Kyle Roche<br>Roche Freedman, LLP<br>200 South Biscayne Boulevard<br>Suite 5500<br>Miami, FL 33131<br>(786) 924-2900<br>www.rcfllp.com | **MAKE CHECKS PAYABLE TO:**<br>Yvette Hernandez, Inc.<br>8451 NW 11 Street<br>Pembroke Pines, FL 33024<br>(305) 523-5698<br>yvette_hernandez@flsd.uscourts.gov<br>Tax ID: 51-0597795 |

| __ CRIMINAL    X  CIVIL | DATE ORDERED: 12-01-2021 | DATE DELIVERED: 12-01-2021 |
|---|---|---|

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 15, FINAL, with index, 293p
Trial Day 18, ROUGH, 12p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 293 | 3.12 | 914.16 | | | | | | | 914.16 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 12 | 2.10 | 25.20 | | | | | | | 25.20 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 939.36 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 12-01-2021 | **Check:** Credit Card, 4204 | **Amount:** 939.36 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Yvette Hernandez | DATE:<br>12-01-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 815

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

**MAKE CHECKS PAYABLE TO:**

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| __ CRIMINAL | X CIVIL | DATE ORDERED: 12-02-2021 | DATE DELIVERED: 12-01-2021 |
|---|---|---|---|

In the matter of: 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 16, FINAL, 32p
Trial Day 17, FINAL, 3p
Trial Day 18 FINAL, 13p
Trial Day 19 ROUGH, 2p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 48 | 3.12 | 149.76 | | | | | | | 149.76 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 2 | 2.10 | 4.20 | | | | | | | 4.20 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | Subtotal | 153.96 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |

| **Date:** 12-02-2021 | **Check:** Credit Card, 4204 | **Amount:** 153.96 | **Total Due** | 0.00 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Yvette Hernandez | DATE: 12-02-2021 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the District of Columbia

### INVOICE 20200257

**MAKE CHECKS PAYABLE TO:**

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131

Lisa Edwards
10005 Banyan Drive
Coral Gables, FL 33156
(305) 523-5637
Lisa_Edwards@flsd.uscourts.gov
Tax ID: 20-0649279

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL   ☒ CIVIL | | 12-09-2021 | 12-09-2021 |

**In the matter of:** 18-CV-80176, Ira Kleiman v Craig Wright

Transcript of the jury trial held before Judge Bloom on December 6, 2021

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 19 | 3.12 | 59.28 | | | | | | | 59.28 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 59.28 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 59.28 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|
| Lisa Edwards | 12-09-2021 |

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE 820

**MAKE CHECKS PAYABLE TO:**

Kyle Roche
Roche Freedman, LLP
200 South Biscayne Boulevard
Suite 5500
Miami, FL 33131
(786) 924-2900
www.rcfllp.com

Yvette Hernandez, Inc.
8451 NW 11 Street
Pembroke Pines, FL 33024
(305) 523-5698
yvette_hernandez@flsd.uscourts.gov
Tax ID: 51-0597795

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL   X  CIVIL | | 12-08-2021 | 12-08-2021 |

**In the matter of:** 9:18-CV-80176-BB, Ira Kleiman v Craig Wright

Trial Day 19, FINAL, 4p

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 4 | 3.10 | 12.40 | | | | | | | 12.40 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 12.40 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |

**Date:** 12-08-2021      **Check:** Credit Card, 4204      **Amount:** 12.40      **Total Due**      0.00

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                                                    DATE:

Yvette Hernandez                                                      12-08-2021

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR