# EXHIBIT B



CL-2019-000696

**IN THE HIGH COURT OF JUSTICE**
**BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES**
**COMMERCIAL COURT (QBD)**

IN THE MATTER OF THE EVIDENCE (PROCEEDINGS IN OTHER JURISDICTIONS) ACT 1975

AND

IN THE MATTER OF A CIVIL PROCEEDING PENDING BEFORE THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA ("SDF COURT") ENTITLED AS: -

(1) Ira Kleiman (as the personal representative of the Estate of David Kleiman) and (2) W&K Info Defense Research, LLC, Plaintiffs, v Craig Wright, Defendant (Case No.: 9-18-cv-80176-BB)

BEFORE: HIS HONOUR JUDGE PELLING QC
SITTING AS A JUDGE OF THE HIGH COURT
5 NOVEMBER 2021

B E T W E E N :

(1) IRA KLEIMAN
(as the personal representative of the Estate of David Kleiman)
(2) W&K INFO DEFENSE RESEARCH, LLC

**Applicants**

-and-

RAMONA WATTS

**Respondent**

**ORDER**

**UPON** the Order of Mr Justice Butcher dated 13 November 2019 (the "**Order**") pursuant to section 2(2) of the Evidence (Proceedings in Other Jurisdictions) Act 1975, made without notice and without a hearing

**AND UPON** the Respondent's ("**Ms Watts**") application dated 9 December 2019 pursuant to CPR 23.10 to vary the Order (the "**Variation Application**")

**AND UPON** the Consent Order of Mr Justice Butcher dated 14 January 2020 (the "**Consent Order**") that, at paragraph 1, ordered that a hearing be listed to determine the extent of the Applicants' liability for, and the quantum of, Ms Watts' costs of complying with the Order

**AND UPON** the Court hearing Alexander Robson for the Applicants and Shail Patel for Ms Watts

**AND UPON** the parties filing further written submissions on the principle and quantum of costs of the hearing on 5 November 2021

**IT IS ORDERED THAT:**

1. The Applicants shall pay Ms Watts' costs of and occasioned by the Order and the Variation Application, summarily assessed in the total sum of £119,808.05.

2. The Applicants shall pay Ms Watts' costs of the hearing on 5 November 2021, summarily assessed in the sum of £22,559.58.

3. The foregoing payments to be made by 4.30 pm on 3 December 2021, net of the sum of £25,000 previously paid by the Applicants as security for the costs of and occasioned by the Order.

**Service of the order:**

The Court has provided a sealed copy of this order to the serving party's solicitors: ONTIER LLP of Halton House, 20-23 Holborn, London EC1N 2JD (ref: PF/ND/HR/ANG3.3).