# EXHIBIT C

# Final costs certificate

| Name of court | Claim No. |
|---|---|
| In the Senior Courts Costs Office | SC-2020-BTP-000858 |

| Name of Claimant |
|---|
| IRA KLEIMAN (AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN) & W & K INFO DEFENSE RESEARCH LLC |

| Name of Respondent |
|---|
| ANDREW O'HAGAN |

To [Claimant's][Solicitor]

BOIES SCHILLER FLEXNER (UK) (LLP)
5 New Street Square
London
EC4A 3BF

[Defendant's][Claimant's] date of birth

Date    23/03/2021

*[Stamp: SENIOR COURTS OF ENGLAND AND WALES COSTS OFFICE — 26 MAR 2021]*

In accordance with [identify the document giving the right to detailed assessment] The Order sealed by the Court on 13 March 2020.

Costs Judge Rowley has assessed the total costs as £ 127,695.48 [including £ 21,435 for the costs of the detailed assessment] and interest of £5,077 agreed between the parties from 13/03/20 to 26/02/21.

[And £34,988 already having been paid on 28 February 2020.

You must pay [the balance of]£ 92,707.48 to the Respondent within 14 days from the date of this order on or before 6/4/21

The date from which any entitlement to interest under this certificate is to run is:-

1. as to the amount of the bill as assessed excluding the costs of assessment, 13 March 2020 at a daily rate of £14.70.

2. and as to [£21,435] being the costs of assessment, the date of this certificate at a daily rate of £4.70.

--- **Take Notice** ---

**To the (claimant)**

**If you do not pay in accordance with this order your goods may be removed and sold or other enforcement proceedings may be taken against you. If your circumstances change and you cannot pay, ask at the court office about what you can do.**

**Further interest may be added if judgment has been given for £5,000 or more or is in respect of debt which attracts contractual or statutory interest for late payment.**

If you do not pay as ordered, this judgment may be registered on the Register of Judgments, Orders and Fines. This may make it difficult for you to get credit. **If you then pay in full within one month** you can ask the court to cancel the entry on the Register. You will need to give proof of payment. You can (for a fee) also obtain a Certificate of Cancellation from the court. If you pay the debt in full after one month you can ask the court to mark the entry on the Register as satisfied and (for a fee) obtain a Certificate of Satisfaction to prove that the debt has been paid.

--- **Address for Payment** ---

Simons Muirhead Burton
87-91 Newman Street
London
W1T 3EY
Ref: MX.EJ.18208.3

--- **How to Pay** ---

- PAYMENT(S) MUST BE MADE to the person named at the address for payment quoting their reference and the court case number. **DO NOT bring or send payments to the court. THEY WILL NOT BE ACCEPTED.**
- You should allow <u>at least</u> 4 days for your payment to reach the claimant (defendant) or his representative.
- Make sure that you keep records and can account for all payments made.
- Proof may be required if there is any disagreement. It is not safe to send cash unless you use registered post.
- A leaflet giving further advice about payment can be obtained from the

The court office at

is open between 10 am and 4 pm Monday to Friday. Address all communications to the Court Manager quoting the claim number

N256 (HC) Final cost certificate (04.06)