# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al*.,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

**FINAL JUDGMENT**

**THIS CAUSE** came before the Court following a jury trial held in this matter. The issues having been duly tried and the jury having duly rendered its verdict, it is **ORDERED AND ADJUDGED** as follows, consistent with the jury's verdict, ECF No. [812]:

1. Judgment is entered in favor of Plaintiff W&K Info Defense Research, LLC, as to its claim against Defendant Craig Wright for Conversion in the amount of $100,000,000.00, for which sum let execution issue.

2. The Court reserves jurisdiction to award attorneys' fees and costs.

3. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

4. The Clerk of Court is directed to mark this case **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 7, 2021.

 

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record