UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR A
REPORT AND RECOMMENDATIONS**

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Defendant Craig Wright's ("Defendant") Motion for Bill of Costs, ECF No. [871], and Plaintiff W&K Info Defense Research, LLC's ("Plaintiff") Motion for Entry of Taxable Costs of Litigation, ECF No. [872], are **REFERRED** to Magistrate Judge Bruce E. Reinhart for a Report and Recommendations.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 31, 2022.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record