UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>    Defendant. | CASE NO.:  9:18-cv-80176-BB/BR |

## SECOND SUPPLEMENTAL JOINT NOTICE OF FILING ADMITTED EXHIBITS

Plaintiffs Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, and Defendant Dr. Craig Wright (collectively, the "Parties"), hereby give notice of filing the following additional exhibits originally subject to Dr. Wright's motion to seal [ECF No. 823], in compliance with the Court's order granting in part and denying in part the motion [ECF No. 866], and which were admitted during the trial in this action as reflected in the Corrected Admitted Trial Exhibit List in re: Kleiman v. Wright [ECF No. 815]:

J101, P078, P094, P096, P127, P137, P143, P172, P173, P175, P191, P209, P215, P219, P223, P229, P230, P296, P308, P310, P315, P337, P350, P457, P469, P565, P598, P685, P742, and P871.[1]

Dated: January 31, 2022

Respectfully submitted,

By: /s/ Andrew S. Brenner
Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

---

[1] Admitted trial exhibits J101, P310, and P350 are filed with redactions pursuant to the Court's Order [ECF No. 866] and with the consent of both parties.

Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rochefreedman.com
jdelich@rochefreedman.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*


By: *s/ Amanda McGovern*
Andres Rivero, Esq.
Amanda McGovern, Esq.
Jorge Mestre, Esq.
Schneur Zalman Kass, Esq.
Zaharah Markoe, Esq.
**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
arivero@riveromestre.com
amcgovern@riveromestre.com
jmestre@riveromestre.com
zkass@riveromestre.com
zmarkoe@riveromestre.com
receptionist@riveromestre.com

*Counsel for Dr. Craig Wright*

2

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on January 31, 2022, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

                */s/ Amanda McGovern*
                Amanda McGovern