

**Australian Government**
**Australian Taxation Office**

# Tax return for **individuals** 2009
1 July 2008 to 30 June 2009

| | | |
|---|---|---|
| **Your tax file number (TFN)** | 2 986 | See the **Privacy** note in the *Taxpayer's declaration* on page 8 of your tax return. |

**Are you an Australian resident?**  YES [X]   NO [ ]

**Your sex**  Male [X]   Female [ ]

**Your name**
Print your full name.
Title -- for example, Mr, Mrs, Ms, Miss:  Doctor
Surname or family name:  Wright
Given names:  Craig Steven

**Has any part of your name changed since completing your last tax return?**
NO [X]   YES [ ] ——▶   Previous surname [ ]

**Your postal address**
Print the address where you want your mail sent.
51 Cowangarra Rd

**Has this address changed since completing your last tax return?**
Fill in the appropriate box then read on.
NO [X]   YES [ ]
Suburb or town:  Bagnoo
State  NSW   Postcode  2446   Country if not Australia [ ]

**Is your home address different from your postal address?**
NO [X]  Read on.
YES [ ]  Print your home address.
51 Cowangarra Rd
Suburb or town:  Bagnoo
State  NSW   Postcode  2446   Country if not Australia [ ]

**Your date of birth**
If you were under 18 years old on 30 June 2009 you must complete item **A1** on page 6.
DAY MONTH YEAR
23/10/1970
Provide your date of birth to avoid delays in the processing of your tax return.

**Your telephone number during business hours** --If we need to ask you about your tax return, it is quicker by telephone.
Area code  02   Telephone number  1512

**Will you need to lodge an Australian tax return in the future?**  YES [X]   DON'T KNOW [ ]   NO [ ]  FINAL TAX RETURN

**It's faster and simpler to have your refund paid directly to your financial institution account.**
**Do you want your refund paid directly into your financial institution account?**

YES [X]  Fill in the BSB number, account number and account name below.

BSB number must be six digits:  732099   Account number  4088

Account name -- for example, JQ Citizen. Do not show the account type, such as cheque, savings, mortgage offset.
Craig Wright

NO [ ]  Read on.

IN CONFIDENCE - when completed

Lodgment Ref No: 1881442
1

D277

**Joint Exhibit**
**J101**

## INCOME

**1** **Salary or wages** — Your main salary and wage occupation — Computing professional - security specialist

| Payer's Australian business number | Tax withheld — do not show cents | | Income — do not show cents | |
|---|---|---|---|---|
| 5 258 | 1972 ·00 | **C** | 91049 ·00 | |
| | ·00 | **D** | ·00 | |
| | ·00 | **E** | ·00 | |
| | ·00 | **F** | ·00 | |
| | ·00 | **G** | ·00 | |

**2** **Allowances, earnings, tips, director's fees etc** | ·00 | **K** | ·00 |

**3** **Employer lump sum payments**

| | ·00 | Amount A in lump sum payments box **R** ·00 | TYPE |
|---|---|---|---|
| | ·00 | 5% of amount B in lump sum payments box **H** ·00 | |

**4** **Employment termination payments (ETP)**

Date of payment  22/01/2009
Payer's ABN  5258

| | 1 ·00 | Taxable component **I** 10938 ·00 | TYPE |
|---|---|---|---|

**5** **Australian Government allowances and payments like Newstart, Youth Allowance and Austudy payment** | ·00 | **A** | ·00 |

**6** **Australian Government pensions and allowances** You must also complete item  T2 T8  Tax offsets. | ·00 | **B** | ·00 |

**7** **Australian annuities and superannuation income streams** | ·00 |

| | Taxable component | Taxed element | **J** | ·00 |
|---|---|---|---|---|
| | | Untaxed element | **N** | ·00 |
| | Lump sum in arrears — taxable component | Taxed element | **Y** | ·00 |
| | | Untaxed element | **Z** | ·00 |

**8** **Australian superannuation lump sum payments** | ·00 | | TYPE |

Date of payment

Payer's ABN

| | Taxable component | Taxed element | **Q** | ·00 |
|---|---|---|---|---|
| | | Untaxed element | **P** | ·00 |

**9** **Attributed personal services income** | ·00 | **O** | ·00 |

**TOTAL TAX WITHHELD**  $ 1973 ·00  ◄— For items 1 to 9 add up all the amounts in the tax withheld column.

**10** **Total reportable fringe benefits amount**  **W**  ·00

**11** **Gross Interest**  If you are a non-resident make sure you have printed your country of residence on page 1.
Tax file number amounts withheld from gross interest **M**  | Gross interest **L** | 0 ·00 |

**12** **Dividends**  If you are a non-resident make sure you have printed your country of residence on page 1.
Tax file number amounts withheld from dividends **V**
| Unfranked amount **S** | ·00 |
| Franked amount **T** | ·00 |
| Franking credit **U** | ·00 |

**13**  Only used by taxpayers completing the *Tax return for individuals (supplementary section) 2009*
Transfer the amount from **TOTAL SUPPLEMENT INCOME OR LOSS** $ 154533 ·00  LOSS
on page 11 and write it here.

**TOTAL INCOME OR LOSS**  Add up all the income amounts and deduct any loss amount in the right-hand column.  $ 256520 ·00  LOSS

IN CONFIDENCE - when completed  Lodgment Ref No: 1881442

DEF_00250697

## DEDUCTIONS

| | | | Deductions – do not show cents | |
|---|---|---|---|---|
| **D1** | Work related car expenses | **A** | 57763 .00 | CLAIM **B** TYPE |
| **D2** | Work related travel expenses | **B** | 39 .00 | |
| **D3** | Work related uniform, occupation specific or protective clothing, laundry and dry cleaning expenses | **C** | 182 .00 | CLAIM **P** TYPE |
| **D4** | Work related self-education expenses | **D** | 40222 .00 | CLAIM **K** TYPE |
| **D5** | Other work related expenses | **E** | 43778 .00 | |
| **D6** | Low value pool deduction | **K** | .00 | |
| **D7** | Interest and dividend deductions | **I** | 86410 .00 | |
| **D8** | Gifts or donations | **J** | 1700 .00 | |
| **D9** | Cost of managing tax affairs | **M** | 1105 .00 | |

| | Only used by taxpayers completing the *Tax return for individuals (supplementary section) 2009* | | |
|---|---|---|---|
| **D** | Transfer the amount from **TOTAL SUPPLEMENT DEDUCTIONS** on page 11 and write it here | $ | .00 |

| **TOTAL DEDUCTIONS** | Add up all the deduction amounts at items **D1** to **D** | $ | 231199 .00 |
|---|---|---|---|

| **SUBTOTAL** | TOTAL INCOME OR LOSS less TOTAL DEDUCTIONS | $ | 25321 .00 LOSS |
|---|---|---|---|

## LOSSES

**L1**  Tax losses of earlier income years

| | | | | | | |
|---|---|---|---|---|---|---|
| Primary production  losses carried forward from earlier income years | **Q** | .00 | Primary production losses claimed this income year | **F** | .00 | |
| Non-primary production losses carried forward from earlier income years | **R** | .00 | Non-primary production losses claimed this income year | **Z** | .00 | |

| **TAXABLE INCOME OR LOSS** | If you  were not required to complete **L1** write the amount from **SUBTOTAL**  here. | 25321 .00 | LOSS |
|---|---|---|---|

IN CONFIDENCE - when completed

Lodgment Ref No:  1881442

DEF_00250698

## TAX OFFSETS

**T1** **Spouse (without dependent child or student), child-housekeeper or housekeeper**

To claim the spouse tax offset you must also complete **Spouse details –** married or de facto   on pages 6-7. Separate net income of your spouse must be shown on page 7, not here.

Tax offsets – do not show cents

**P** [_____] ·00

CLAIM TYPE

Child-housekeeper's separate net income **V** [_____] ·00

**T2** **Senior Australians (includes age pensioners, service pensioners and self-funded retirees)**

If you had a spouse during 2008–09 you must also complete **Spouse details – married or de facto** on pages 6-7 of your tax return.

TAX OFFSET
**N** [ ] CODE

VETERAN
**Y** [ ] CODE

**T3** **Pensioner**    If you completed item   **T2 Senior Australians** above   **DO NOT** complete this item.

If you had a spouse during 2008–09 you must also complete **Spouse details – married or de facto** on pages 6-7 of your tax return.

TAX OFFSET
**O** [ ] CODE

VETERAN
**T** [ ] CODE

**T4** **Australian superannuation income stream**
**S** [_____] ·00

**T5** **Private health insurance**
You must also complete   **Private health insurance policy details**  below.

Amount of refundable tax offset not previously claimed by way of reduced private health insurance premiums **G** [_____] ·00

**T6** **Education tax refund**
**L** [_____] ·00

Number of primary school students **W** [____]

Number of secondary school students **X** [____]

**T7** **Ongoing baby bonus claim**
CODE
Number of eligible days **H** [_____] [ ]

First-time baby bonus claimants and all transferees must use the  *Baby bonus instructions and claim*   2009.

Only used by taxpayers completing the *Tax return for individuals (supplementary section) 2009*

**T** Transfer the amount from   **TOTAL SUPPLEMENT TAX OFFSETS** on page 12 and write it here. $ [_____] ·00

**TOTAL TAX OFFSETS**
Add up all the tax offset amounts at items **T1 T4 T5 T6** and **T**. **U** $ [    0] ·00

## PRIVATE HEALTH INSURANCE POLICY DETAILS

You must provide the details for each policy if item    **T5** or **M2** asked you to complete this section.

| Health insurer ID | Membership number | Type of cover |
|---|---|---|
| **B** NIB | **C** 1458 | **C** [ ] |
| **B** [ ] | **C** [ ] | [ ] |
| **B** [ ] | **C** [ ] | [ ] |

IN CONFIDENCE - when completed

**Lodgment Ref No: 18814424**

## MEDICARE LEVY RELATED ITEMS

**M1** Medicare levy reduction or exemption

**Reduction based on family income**

Number of dependent children and students **Y** [ ]

**Exemption categories**

| NOTE |
|------|
| Only certain taxpayers are entitled to a Medicare levy reduction or exemption. |

Full 1.5% levy exemption – number of days **V** [ ]

CLAIM
[ ]
TYPE

Half 1.5% levy exemption – number of days **W** [ ]

If you have completed item   M1 and had a spouse during   2008–09 you must also complete **Spouse details – married or de facto** on pages 6-7.

**M2** Medicare levy surcharge (MLS)

**THIS ITEM IS COMPULSORY FOR ALL TAXPAYERS.**

If you do not complete this item you may be charged the full Medicare levy surcharge.

For the **whole** period 1 July 2008 to 30 June 2009 were **you** and **all** of your dependants (including your spouse) – if you had any – covered by private patient **hospital** cover?

| NOTE |
|------|
| **For this year only:** |
| For the purpose of answering this question, if you were covered by a health insurance policy that provided private patient hospital cover during any part of the period 1 July to 31 December 2008 and you continued to be covered by that policy on 1 January 2009 then the law will treat you as having held private patient hospital cover for the whole of the period 1 July to 31 December 2008. |

**E** YES [X] You **must** complete **Private health insurance policy details** on page 4 of your tax return. You have now finished this item.

NO [ ]  Read on.

For the whole of   2008–09 were you:
- **a single person** – without a dependent child or children – and your taxable income for MLS purposes (including your total reportable fringe benefits amounts) was $70,000 or less   **or**
- **a member of a family** – which may consist of you and your spouse (married or de facto) with or without a dependent child or children; or a sole parent with a dependent child or children – and the combined taxable income for MLS purposes (including the total reportable fringe benefits amounts) of you and your spouse (if you had one) was $140,000 (plus $1,500 for each dependent child after the first) or less?

NO [ ]  You may have to pay the surcharge.

YES [X] You do not have to pay the surcharge. You must write   365 at **A**.

| You must write the following at   **A** : |
|---|
| - **0** when you have to pay the surcharge for the whole period 1 July 2008 to 30 June 2009 |
| - **365** when you do   **not** have to pay the surcharge for the whole period 1 July 2008 to 30 June 2009 |
| - **the number of days**   you do   **not** have to pay the surcharge for part of the period 1 July 2008 to 30 June 2009. |

→ Number of days you do   **not** have to pay the surcharge **A** [ 365 ]

Number of dependent children **D** [ 0 ]

If you had a spouse during 2008–09 complete   **Spouse details – married or de facto**   on pages 6-7.

If you were covered by private patient hospital cover at any time during   2008–09 you **must** complete **Private health insurance policy details.**

**Make sure you sign the** *Taxpayer's declaration* on page 8 of your tax return.

IN CONFIDENCE - when completed

Lodgment Ref No: 1881442

5

DEF_00250700

## ADJUSTMENTS

**A1** **Under 18**
If you were under 18 years of age on 30 June 2009 you must complete this item or you may be taxed at a higher rate.

J [_____] · 00  TYPE [__]

**A2** **Part-year tax-free threshold**

Months eligible for threshold  N [_____]

Date [  Day    Month    Year  ]

## SPOUSE DETAILS – MARRIED OR DE FACTO

If you completed any of the items listed below, and you had a spouse during 2008–09, or if you consent to use part or all of your 2009 tax refund to repay your spouse's Family Assistance Office (FAO) debt, you must complete   **Spouse details – married or de facto.**   We need the information included in this section to assess your tax accurately.

**Did you complete any of the following items or do you consent to use part or all of your 2009 tax refund to repay your spouse's FAO debt?**

| | |
|---|---|
| **T1** | Spouse (without dependent child or student) tax offset |
| **T2** | Senior Australians tax offset |
| **T3** | Pensioner tax offset |
| **M1** | Medicare levy reduction or exemption |
| **M2** | Medicare levy surcharge – and you printed [X] in the NO box at 🅔 |
| **T8** | Superannuation contributions on behalf of your spouse (on the supplementary section of the tax return) |

NO [X] You do not need to complete this section. Go to page 8.

YES [ ] You must complete this section. Complete the information required below then go to page 8.

**Your spouse's name**
If you had more than one spouse during 2008–09 print the name of your spouse on 30 June 2009   or your last spouse.

Surname or family name  WRIGHT

Given names  LYNN CARROL

**Your spouse's date of birth**

K [___] /1952   [ Day   Month   Year ]

Your spouse's sex  Male [ ]  Female [X]

**Period you had a spouse – married or de facto**

Did you have a spouse for the full year – 1 July 2008 to 30 June 2009?

L YES [X]   NO [ ]

If you did not have a spouse for the full year, write the dates you had a spouse between 1 July 2008 and 30 June 2009.

From  [ Day   Month   Year ]
M [_____]

To  [ Day   Month   Year ]
N [_____]

IN CONFIDENCE - when completed

Lodgment Ref No: 1881442

CONFIDENTIAL

DEF_00250701

## SPOUSE DETAILS – MARRIED OR DE FACTO – continued

Make sure you have checked on page 6 that you need to complete
**Spouse details – married or de facto.**

The information on this page relates to your spouse's income.
The following list shows which details you need to complete.

If you have completed:

| | |
|---|---|
| ▪ item **T1** | complete **R** |
| ▪ item **T2** or **T3** | complete **C** , **T** , **P** and **Q** |
| ▪ item **M1** ( **V** or **W** ) | complete **C** |
| ▪ item **M1** ( **W** only) | complete **C** if you had a spouse on 30 June 2009 |
| ▪ item **M2** and you printed **X** in the **NO** box at **E** | complete **C** , **T** , **U** , and **S** if you had a spouse for all of 2008–09 or your spouse died during the year |
| ▪ item **T8** | complete **C** and **S** . |

For any of the following that you are required to complete, if the amount is zero, do not leave blank – write **0** .

Spouse's 2008–09 taxable income **C** [ 6000 ] . 00

Your spouse's share of trust income on which the trustee is assessed under section 98 and which has not been included in your spouse's taxable income **T** [ 0 ] . 00

Distributions to your spouse on which family trust distribution tax has been paid which your spouse would have had to show as assessable income if the tax had not been paid **U** [ 0 ] . 00

Your spouse's total reportable fringe benefits amounts **S** [ 0 ] . 00

Amount of Australian Government pensions and allowances that your spouse received in 2008–09 (not including **exempt pension** income) **P** [ ] . 00

Amount of any exempt pension income that your spouse received in 2008–09 (make sure you only include your spouse's **exempt pension** income) **Q** [ ] . 00

Your spouse's 2008–09 **separate net income** **R** [ ] . 00

**Family Assistance Office consent** – Complete this section only if you consent to use part or all of your 2009 tax refund to repay your spouse's Family Assistance Office (FAO) debt.

Complete the details below only if:
▪ you were the spouse of a family tax benefit (FTB) claimant, or the spouse of a child care benefit claimant on 30 June 2009, and
▪ your spouse has given you authority to quote their customer reference number (CRN) on your tax return -- if your spouse does not know their CRN, they can contact the FAO -- and
▪ your spouse has a debt due to the FAO or expects to have a FAO debt for 2009 and
▪ you expect to receive a refund for 2009 and
▪ you consent to use part or all of your refund to repay your spouse's FAO debt.

Do you consent to use part or all of your 2009 tax refund to repay your spouse's FAO debt? [YES] → Your spouse's CRN **Z** [ ]

[NO] [X] You do not need to complete this section. Go to page 8

I consent to the Tax Office using part or all of my 2009 tax refund to repay any FAO debt of my spouse, whose details I have provided above. I have obtained my spouse's permission to quote their CRN.

Your signature for FAO consent purposes only [ ]   Date [ Day  Month  Year ]

IN CONFIDENCE - when completed

**Lodgment Ref No: 1881442**
7

CONFIDENTIAL

DEF_00250702

## TAXPAYER'S DECLARATION    All taxpayers must sign and date the declaration below.   

Read and answer the questions below before you sign the *Taxpayer's declaration.*

**1   Are you required to complete any of the items on the *Tax return for individuals (supplementary section) 2009*?**

 NO   Go to question 2.   YES X  Attach pages 9-12 to this page.

**2   Has *e-tax 2009* asked you to  attach the following?**

a.  Any attachments relating to specific
    questions -- to page 3 of your tax return          NO X          YES

b.  *Business and professional items
    schedule for individuals 2009*  -- to page 3
    of your tax return                                 NO          YES X

Make sure you have also attached all other documents that
*e-tax*  tells you to.

### Privacy

The Tax Office is authorised by the  *Taxation Administration Act
1953* to request you to quote your tax file number (TFN). It is not
an offence not to quote your TFN. However, your assessment may
be delayed if you do not quote your TFN.

The Tax Office is also authorised by the  *Income Tax Assessment
Act 1936,* the  *Income Tax Assessment Act 1997* and the    *A New
Tax System (Family Assistance) (Administration) Act 1999*   to ask
for the other information on this tax return. We need this information
to help us to administer the taxation laws.

We may give this information to other government agencies as
authorised in taxation law -- for example, benefit payment
agencies such as Centrelink, the Department of Education,
Employment and Workplace Relations, and the Department of
Families, Housing, Community Services and Indigenous Affairs;
law enforcement agencies such as state and federal police; and
other agencies such as the Child Support Agency, the Australian
Bureau of Statistics and the Reserve Bank of Australia. The
Commissioner of Taxation, as Registrar of the Australian
Business Register, may use the ABN and business details which
you provide on this tax return to maintain the integrity of the
register.

I declare that:

■ all the information I have given on this tax return, including any
  attachments, is true and correct

■ I have shown all my income -- including net capital gains -- for
  tax purposes for 2008-09

■ I have completed and attached the supplementary section,
  schedules and other attachments -- as appropriate -- that    *e-tax*
  told me to provide

■ I have completed item  **M2 -- Medicare levy surcharge**

■ I have the necessary receipts and/or other records -- or expect to
  obtain the necessary written evidence within a reasonable time of
  lodging this tax return -- to support my claims for deductions and tax
  offsets.

**IMPORTANT**

The tax law imposes heavy penalties for giving false or misleading
information.


**FOR YOUR TAX RETURN TO BE VALID
YOU MUST SIGN BELOW.**

|  DAY  |  MONTH  |  YEAR  |
Date

The Tax Office will issue your assessment based on your tax return.
However, the Tax Office has some time to review your tax return, and
issue an amended assessment if a review shows inaccuracies that
change the assessment. The standard review period is two years, but
for some taxpayers it is four years. For more information go to
**www.ato.gov.au/notices**

IN CONFIDENCE - when completed                    Lodgment Ref No: 1881442 8

# Tax return for **individuals**
# (supplementary section)
## 2009

**Australian Government**
**Australian Taxation Office**

1 July 2008 to 30 June 2009

**Your tax file number (TFN)**     | 2 986 |

See the *Privacy* note in the *Taxpayer's declaration* on page 8 of your *Tax return for individuals 2009*.

**Your name**     Title – for example, Mr, Mrs, Ms, Miss     | Doctor |
Print your full name.     Surname or family name     | Wright |
Given names     | Craig Steven |

## INCOME

### 13   Partnerships and trusts

Include any deferred non-commercial business losses from a prior year at **X** **Y** as appropriate and insert the relevant code in the **TYPE** box.

**Primary production**

Distribution from partnerships **N**     | ·00 |

Distribution from trusts **L**     | ·00 |

Landcare operations and deduction for decline in value of water facility **I**     | ·00 | TYPE

Other deductions relating to distribution **X**     | ·00 |

Net primary production distribution     | ·00 | LOSS

If you have a net loss from a partnership business activity, complete items **P3** and **P9** in the *Business and professional items schedule for individuals 2009* in addition to item **13**

**Non-primary production**

Distribution from partnerships, less foreign income **O**     | ·00 |

Distribution from trusts, less net capital gains and foreign income **U**     | ·00 |

Landcare operations expenses **J**     | ·00 |

Other deductions relating to distributions shown at **O** and **U** **Y**     | ·00 | TYPE

Net non-primary production distribution     | ·00 | LOSS

Show distributions of:
■ net capital gains at item **18** and
■ foreign income at item **19** or **20**

**Share of credits from income and tax offsets**

Share of credit for tax withheld where Australian business number not quoted **P**     | |

Share of franking credit from franked dividends **Q**     | |

Share of credit for tax file number amounts withheld from interest, dividends, and unit trust distributions **R**     | |

Share of credit for tax paid by trustee **S**     | |

Share of credit for amounts withheld from foreign resident withholding or a managed investment trust fund payment **A**     | |

Share of National rental affordability scheme tax offset **B**     | |

### 14   Personal services income (PSI)

Tax withheld -- voluntary agreement **G**     | ·00 |

Tax withheld where Australian business number not quoted **H**     | |

Tax withheld -- labour hire or other specified payments **J**     | ·00 |

Net PSI – transferred from **A** on your *Business and professional items schedule for individuals 2009*  **A**     | ·00 | LOSS

To complete this item, you must have read the publication *Business and professional items 2009* and completed the *Business and professional items schedule for individuals 2009*. Attach the schedule to page 3 of your tax return.

IN CONFIDENCE - when completed

9

Lodgment Ref No: **1881442**

DEF_00250704

## INCOME continued

### 15 Net income or loss from business

To complete this item, you must have read the publication *Business and professional items 2009* and completed the *Business and professional items schedule for individuals 2009*. Attach the schedule to page 3 of your tax return.

| | | |
|---|---|---|
| Primary production -- transferred from Y item P8 on your *Business and professional items schedule for individuals 2009* | **B** | 8800 .00  LOSS |
| Non-primary production -- transferred from Z item P8 on your *Business and professional items schedule for individuals 2009* | **C** | 61189 .00  LOSS |

If you show a loss at **B** or **C** you must complete item P9 in the *Business and professional items schedule for individuals 2009.*

| | | |
|---|---|---|
| Tax withheld -- voluntary agreement | **D** | .00 |
| Tax withheld where Australian business number not quoted | **W** | |
| Tax withheld -- foreign resident withholding | **E** | |
| Tax withheld -- labour hire or other specified payments | **F** | .00 |

### 16 Deferred non-commercial business losses

| | | |
|---|---|---|
| Your share of deferred losses from partnership activities | **F** | .00 |
| Deferred losses from sole trader activities | **G** | .00 |

Item P9 in the *Business and professional items schedule for individuals 2009* must be completed before you complete this item.

| | | |
|---|---|---|
| Primary production deferred losses | **I** | .00 |
| Non-primary production deferred losses | **J** | .00 |

### 17 Net farm management deposits or withdrawals

| | | |
|---|---|---|
| | **E** | .00  LOSS |

### 18 Capital Gains

| | | |
|---|---|---|
| Did you have a capital gains tax event during the year? | **G** | NO ☐   YES ☒ |

You must print X in the YES box at **G** if you received a distribution of a capital gain from a trust.

| | | |
|---|---|---|
| Did this CGT event relate to a forestry managed investment scheme interest that you held other than as an initial participant? | **Q** | NO ☒   YES ☐ |
| Net capital gains | **A** | 34713 .00 |
| Total current year capital gains | **H** | 2235000 .00 |
| Net capital losses carried forward to later income years | **V** | .00 |

### 19 Foreign entities

| | | |
|---|---|---|
| Did you have either a direct or indirect interest in a controlled foreign company (CFC)? | **I** | NO ☒   YES ☐ |
| Have you ever, either directly or indirectly, caused the transfer of property -- including money -- or services to a non-resident trust estate? | **W** | NO ☒   YES ☐ |
| Did you have an interest in a foreign investment fund (FIF) or a foreign life assurance policy (FLP)? | **J** | NO ☒   YES ☐ |

| | | |
|---|---|---|
| CFC income | **K** | .00 |
| Transferor trust income | **B** | .00 |
| FIF and FLP income | **C** | .00 |

### 20 Foreign source income and foreign assets or property

| | | |
|---|---|---|
| Assessable foreign source income | **E** | .00 |
| Net foreign employment and net foreign pension or annuity income WITHOUT an undeducted purchase price | **L** | .00  LOSS |
| Net foreign pension or annuity income WITH an undeducted purchase price | **D** | .00  LOSS |
| Net foreign rent | **R** | .00  LOSS |
| Other net foreign source income | **M** | .00  LOSS |

Also include at **F** Australian franking credits from a New Zealand company that you have received indirectly through a partnership or trust distribution.

| | | |
|---|---|---|
| Australian franking credits from a New Zealand company | **F** | .00 |
| Exempt foreign employment income | **N** | .00 |
| Foreign income tax offsets | **O** | |
| During the year did you own, or have an interest in, assets located outside Australia which had a total value of AUD$50,000 or more? | **P** | NO ☒   YES ☐ |

IN CONFIDENCE - when completed

Lodgment Ref No: 1881442

10

## INCOME continued

**21** Rent

| | | | | |
|---|---|---|---|---|
| Gross rent | **P** | 174000 ·00 | | |
| Interest deductions | **Q** | 87610 ·00 | | **P** less ( **Q** + **F** + **U** ) |
| Capital works deductions | **F** | ·00 | | |
| Other rental deductions | **U** | 36559 ·00 | Net rent | 49831 ·00  LOSS |

**22** Bonuses from life insurance companies and friendly societies   **W**   ·00

**23** Forestry managed investment scheme income   **A**   ·00

**24** Other income   Type of Income
Category 1   **Y**   ·00
Category 2   **V**   ·00

**Employee share scheme**
Do you elect to be taxed this year on the discounts you received on    a the qualifying shares, rights, options and stapled securities you acquired under an employee share scheme in 2008–09? If yes, print **Y** at **C** and write the assessable amount of the discount at **B** If no, leave blank.   **C**

Assessable amount of the discounts   **B**   ·00

Tax withheld – lump sum payments in arrears   **E**   ·00

Taxable professional income   **Z**   ·00

**TOTAL SUPPLEMENT INCOME OR LOSS**
For the amounts in the right-hand column at items **13** to **24** add up all the income amounts and deduct any loss amounts.

Transfer this amount to the bottom of page 2 of your tax return at **A**

$ 154533 ·00  LOSS

## DEDUCTIONS

**D10** Australian film industry incentives   **G**   ·00

**D11** Deductible amount of undeducted purchase price of a foreign pension or annuity   **Y**   ·00

**D12** Personal superannuation contributions
Full name of fund
Account number   **H**   ·00
Fund Australian business number
Fund tax file number

**D13** Deduction for project pool   **D**   ·00

**D14** Forestry managed investment scheme deduction   **F**   ·00
Product or private ruling information
Code **U**   Year **V**   / Number **W**

**D15** Other deductions -- not claimable at items **D1** to **D14** or elsewhere on your tax return
Election expenses   **E**   ·00
Other deductions   **J**   ·00
Description of claim

**TOTAL SUPPLEMENT DEDUCTIONS**
Add up all the deduction amounts in the right-hand column.

Transfer this amount to page 3 of your tax return at **D**

·00

CONFIDENTIAL

## TAX OFFSETS

| | | | | |
|---|---|---|---|---|
| **T8** | **Superannuation contributions on behalf of your spouse** You must also complete **Spouse details – married or de facto** on pages 6-7 of your tax return. | Contributions paid [ ] .00 | Tax offsets – do not show cents **A** [ ] .00 |

**T9** Zone or overseas forces    **R** [ ] .00

**T10** 20% tax offset on net medical expenses over the threshold amount    **X** [ ] .00

**T11** Parent, spouse's parent or invalid relative    **B** [ ] .00

**T12** Landcare and water facility    Landcare and water facility tax offsets brought forward from earlier years **T** [ ] .00

**T13** Net income from working – supplementary section    **M** [ ] .00    LOSS [ ]    We use this amount to work out your mature age worker tax offset entitlement. Do not include it in your total supplement tax offsets below.

**T14** Entrepreneurs tax offset
Small business entity aggregated turnover **K** [ ] .00    Net small business entity income **N** [ ] .00    CODE [ ]

**T15** Other tax offsets    If you are entitled to a tax offset for low income, do not write it anywhere on your tax return. The Tax Office will work it out for you.    **C** [ ] .00    CLAIM TYPE [ ]

**TOTAL SUPPLEMENT TAX OFFSETS**    Add up all the tax offset amounts at items **T8**, **T9**, **T10**, **T11**, **T12** and **T15**    $ [ ] .00
Transfer this amount to page 4 of your tax return at **T**

## ADJUSTMENT

**A3** Amount on which family trust distribution tax has been paid    **X** [ ] .00
If a trust, partnership or company made a distribution to you on which family trust distribution tax has been paid.

## CREDIT FOR INTEREST ON TAX PAID

**C1** Credit for interest on early payments – amount of interest    **L** [ ]

TAXPAYER'S SIGNATURE    When you have completed your supplementary section, sign and date below.

| Signature | | Date | DAY | MONTH | YEAR |
|---|---|---|---|---|---|
| | | | | | |

## What to do when you have completed this supplementary section

- [ ] Sign and date the supplementary section above
- [ ] Make sure you answer **YES** at *Taxpayer's declaration* question **1** on page 8 of your tax return.
- [ ] If you completed item **13** on page 9 and you were asked to complete the *Business and professional items schedule for individuals 2009*, attach your completed schedule to page 3 of your tax return.
- [ ] If you completed item **14** on page 9, or **15** or **16** on page 10, attach your completed *Business and professional items schedule for individuals 2009* to page 3 of your tax return.
- [ ] Attach your supplementary section to page 8 of your tax return.

**Don't forget to sign the *Taxpayer's declaration* on page 8 of your tax return.**

IN CONFIDENCE - when completed

12

Lodgment Ref No: 1881442

**Australian Government**
**Australian Taxation Office**

# Business and professional items schedule for **individuals**  **2009**

1 July 2008 to 30 June 2009

You must read the publication *Business and professional items 2009* before you can complete this schedule and items 13, 14, 15 or 16 on your *Tax return for individuals (supplementary section) 2009*.

| Your tax file number (TFN) | 2 986 | See the *Privacy* note in the *Taxpayer's declaration* on page 8 of your *Tax return for individuals 2009*. |
| --- | --- | --- |

**Your name**
Print your full name.

| Title – for example, Mr, Mrs, Ms, Miss | Doctor |
| --- | --- |
| Surname or family name | Wright |
| Given names | Craig Steven |

## Personal services income (PSI)

Did you receive any personal services income?  **NO** [X] Go to Item **P2.**   **YES** Go to part A.

### PART A

Did you satisfy the results test? **P3** **NO**  Read on.   **YES** Go to item **P2.**

Have you received a personal services business determination(s) that was in force for the whole of the period you earned PSI? **C** **NO**  Read on.   **YES** Go to item **P2.**

Did you receive 80% or more of your PSI from one source? **Q** **NO**  Read on.   **YES** Go to part B.

If you received less than 80% of your PSI from each source for the whole of the period you earned PSI and you satisfied any of the following personal services business tests, indicate which business test(s) you satisfied.
Print [X] in the appropriate boxes.

Unrelated clients test **D1**        Employment test **E1**        Business premises test **F1**

If you printed [X] at **D1** , **E1** or **F1** go to item **P2** on page 2; otherwise go to part B.

### PART B
Do not show amounts at part B that were subject to foreign resident withholding. Show these at item **P8.**

| | | |
| --- | --- | --- |
| PSI – voluntary agreement **M** | | ·00 |
| PSI – where Australian business number not quoted **N** | | ·00 |
| PSI – labour hire or other specified payments **O** | | ·00 |
| PSI – other **H** | | ·00 |
| Deductions for payments to associates for principal work **K** | | ·00 |
| Total amount of other deductions against PSI **H** | | ·00 |
| Net PSI ( **M** + **N** + **O** + **H** ) less ( **K** + **H** ) **A** | | ·00  LOSS |

Transfer the amount at **A** above to **A** item **14** on page 9 of your tax return. Complete items **P2** and **P3**. Do not show at item **P8** any amount you have shown at part B of item **P1.**

IN CONFIDENCE - when completed

Lodgment Ref No:  1881442  1

CONFIDENTIAL

DEF_00250708

**P2** Description of main business or professional activity

Computer System Design and Related Services

Tax Office **A** use only [ ]

**P3** Number of business activities      **B**   2

**P4** Status of business   Print ☒ in the appropriate box.

Ceased business **C1** [ ]

Commenced business **C2** [ ]

**P5** Business name of main business and Australian business number (ABN)

Craig Wright R And D

ABN   97 481 146 384

**P6** Business address of main business

[ ]

[ ]

Suburb or town   [ ]

State [ ]      Postcode **D** [ ]

**P7** Did you sell any goods or services using the internet?      **Q** YES [ ]   NO ☒

**P8** Business income and expenses

### INCOME

| | Primary production | Non-primary production | Totals |
|---|---|---|---|
| Gross payments where **C** Australian business number not quoted | ·00 | **D** ·00 | ·00 |
| Gross payments subject **A** to foreign resident withholding | ·00 | **B** ·00 | ·00 |
| Gross payments – **E** voluntary agreement | ·00 | **F** ·00 | ·00 |
| Gross payments – **N** labour hire or other specified payments | ·00 | **O** ·00 | ·00 |
| Assessable **G** government industry payments | TYPE ·00 | **H** TYPE ·00 | ·00 |
| Other business **H** income | 8800 ·00 [ ] | **I** 535825 ·00 [ ] | 544625 ·00 [ ] |

| **TOTAL BUSINESS INCOME** | 8800 ·00 [ ] | 535825 ·00 [ ] | 544625 ·00 [ ] |
|---|---|---|---|

IN CONFIDENCE - when completed      Lodgment Ref No: **1881442** 2

CONFIDENTIAL      DEF_00250709

**P8** **Business income and expenses– continued**

**EXPENSES**

| | Primary production | Non-primary production | | Totals | |
|---|---|---|---|---|---|
| Opening stock | ·00 | 646000 ·00 | **K** | 646000 ·00 | |
| Purchases and other costs | ·00 | 42015 ·00 | **L** | 42015 ·00 | |
| Closing stock | ·00 | 224025 ·00 | **M** | 224025 ·00 | TYPE **C** |
| Cost of sales ( **K** + **L** ) less **M** | ·00 | 463990 ·00 | | 463990 ·00 | |
| Foreign resident withholding expenses | ·00 | ·00 | **U** | ·00 | |
| Contractor, sub-contractor and commission expenses | ·00 | ·00 | **F** | ·00 | |
| Superannuation expenses | ·00 | ·00 | **G** | ·00 | |
| Bad debts | ·00 | 825 ·00 | **H** | 825 ·00 | |
| Lease expenses | ·00 | ·00 | **J** | ·00 | |
| Rent expenses | ·00 | ·00 | **K** | ·00 | |
| Interest expenses within Australia | ·00 | 9821 ·00 | **Q** | 9821 ·00 | |
| Interest expenses overseas | ·00 | ·00 | **R** | ·00 | |
| Depreciation expenses | ·00 | ·00 | **M** | ·00 | |
| Motor vehicle expenses | ·00 | ·00 | **N** | ·00 | TYPE |
| Repairs and Maintenance | ·00 | ·00 | **O** | ·00 | |
| All other expenses | ·00 | ·00 | **P** | ·00 | |

| **TOTAL EXPENSES** | **S** ·00 | **T** 474636 ·00 | | 474636 ·00 | |
|---|---|---|---|---|---|

Add up the boxes for each column.

**RECONCILIATION ITEMS**

| | Primary production | Non-primary production | | Totals | |
|---|---|---|---|---|---|
| Deduction for environmental protection expenses | ·00 | ·00 | **V** | ·00 | |
| Section 40-880 deduction | ·00 | ·00 | **A** | ·00 | |
| Business deduction for project pool | ·00 | ·00 | **E** | ·00 | |
| Small business and general business tax break | ·00 | ·00 | **B** | ·00 | |
| Landcare operations and business deduction for decline in value of water facility | ·00 | ·00 | **W** | ·00 | |
| Income reconciliation adjustments | ·00 | ·00 | **X** | ·00 | |
| Expense reconciliation adjustments | ·00 | ·00 | **H** | ·00 | |

| **NET INCOME OR LOSS FROM BUSINESS THIS YEAR** | **B** 8800 ·00 | **C** 61189 ·00 | | 69989 ·00 | |
|---|---|---|---|---|---|

| Deferred non-commercial business losses from a prior year | **D** ·00 | **E** ·00 | | ·00 | |
|---|---|---|---|---|---|

| **NET INCOME OR LOSS FROM BUSINESS** | **Y** 8800 ·00 | **Z** 61189 ·00 | | 69989 ·00 | |
|---|---|---|---|---|---|

Transfer this amount to item **15** on page 10 of your tax return.  Transfer this amount to item **15** on page 10 of your tax return.

IN CONFIDENCE - when completed

Lodgment Ref No:  1881442  3

**P9** **Business loss activity details** Show details of up to three business activities in which you made a net loss this year. List them in order of size of loss – greatest first. If you are completing this item because you have deferred non-commercial business losses, you must also complete item **16** on your tax return.

### ACTIVITY 1

| | |
|---|---|
| Description of activity | **D** |
| Tax Office use only | **E** |
| | **F** Partnership ☐  Sole trader ☐ |
| Type of loss | **G** |
| Reference for code 5 | **C** CODE  **Y** YEAR / **A** NUMBER |
| Deferred non-commercial business loss from a prior year | **H** ·00   Net loss **I** ·00 |

### ACTIVITY 2

| | |
|---|---|
| Description of activity | **J** |
| Tax Office use only | **K** |
| | **L** Partnership ☐  Sole trader ☐ |
| Type of loss | **M** |
| Reference for code 5 | **C** CODE  **Y** YEAR / **A** NUMBER |
| Deferred non-commercial business loss from a prior year | **N** ·00   Net loss **O** ·00 |

### ACTIVITY 3

| | |
|---|---|
| Description of activity | **P** |
| Tax Office use only | **Q** |
| | **R** Partnership ☐  Sole trader ☐ |
| Type of loss | **S** |
| Reference for code 5 | **C** CODE  **Y** YEAR / **A** NUMBER |
| Deferred non-commercial business loss from a prior year | **T** ·00   Net loss **U** ·00 |

**P10** **Small business entity depreciating assets**  For completion by small business entities only. Small business entities using this concession are not required to complete a *Capital allowances schedule 2009.*

| | | |
|---|---|---|
| Deduction for low-cost assets (less than $1,000) | **A** | ·00 |
| Deduction for general pool assets (less than 25 years) | **B** | ·00 |
| Deduction for long-life pool assets (25 years or more) | **C** | ·00 |

Write the depreciation deductions, not the pool balances, at **A**, **B** and **C**.

## Other business and professional items

| | | | | | | |
|---|---|---|---|---|---|---|
| **P11** | Trade debtors | **E** | ·00 | **P16** | Other depreciating assets first deducted | **J** ·00 |
| **P12** | Trade creditors | **F** | ·00 | **P17** | Termination value of intangible depreciating assets | **D** ·00 |
| **P13** | Total salary and wage expenses | **G** | ·00 TYPE ☐ | **P18** | Termination value of other depreciating assets | **K** ·00 |
| **P14** | Payments to associated persons | **H** | ·00 | **P19** | Trading stock election – print **Y** for yes or leave blank | **S** ☐ |
| **P15** | Intangible depreciating assets first deducted | **I** | ·00 | | | |

## TAXPAYER'S SIGNATURE

When you have completed this schedule, complete the time taken, sign and date below.

Hours taken to prepare and complete this schedule **S** 3

| | | | |
|---|---|---|---|
| Signature | | Date | DAY MONTH YEAR |

Check that you have included your personal details on this schedule. Attach this schedule to page 3 of your *Tax return for individuals* **2009**. You will receive your correct entitlement only if this schedule is attached.

IN CONFIDENCE - when completed

Lodgment Ref No: 1881442  4

CONFIDENTIAL

## Rental property schedule - 1 July 2008 to 30 June 2009

### Rental details

▷ **Your tax file number (TFN)**     2 986

▷ **Your name**    Surname or family name    Wright

         Given names    Craig Steven

▷ **Address of property**    51 Cowangarra Rd

         Suburb or town    Bagnoo

         State    WA    Postcode   2446

▷ **Date property first earned rental income**    01/07/2008    ▷ Number of weeks property was rented this year    52

### Income

| | | |
|---|---|---|
| Rental income **A** | 174000 | ·00 |
| Other rental related income **B** | | ·00 |

**Gross rent**    Income amounts A and B   **C**   $    174000 ·00

### Expenses

| | | | | | |
|---|---|---|---|---|---|
| Advertising for tenants **D** | | ·00 | Legal fees **N** | | ·00 |
| Body Corporate Fees **E** | | ·00 | Pest control **O** | 450 | ·00 |
| Borrowing expenses **F** | | ·00 | Property agent fees and commission **P** | | ·00 |
| Cleaning **G** | 482 | ·00 | Repairs and maintenance **Q** | 564 | ·00 |
| Council rates **H** | 2645 | ·00 | Capital works deductions **R** | | ·00 |
| Capital allowances **I** | 32110 | ·00 | Stationery, telephone and postage **S** | 54 | ·00 |
| Gardening and lawn mowing **J** | | ·00 | Travel expenses **T** | | ·00 |
| Insurance **K** | | ·00 | Water charges **U** | | ·00 |
| Interest on loans **L** | 87610 | ·00 | Sundry rental expenses **V** | | ·00 |
| Land tax **M** | 254 | ·00 | | | |

**Total expenses**    Expenses amounts D to V    $ **W**    124169 ·00

**GROSS RENT less TOTAL EXPENSES**    $ **X**    49831 \

IN CONFIDENCE - when completed

Attach this page to your tax return – the information on this page is sent to the Tax Office.

DEF_00250712

CONFIDENTIAL

DEF_00250713

CONFIDENTIAL

DEF_00250714

Taxpayer name:   **Craig Steven Wright**

Tax file number:   ████2 986                                    Signature   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Individual non-business payment summary – 2008–09 (Downloaded)

Date downloaded:   13/10/2009

Payer's name:   BDO KENDALLS (NSW-VIC) PTY   **Payer's ABN:**   ████5258   **Branch:**   1

Period during which payments were made:   01/07/2008   to 22/01/2009   Type of payment:   INB

| Payments | Total amount | Tax return item |
|---|---|---|
| Gross payments – (whole dollars) (excluding amounts shown under 'Allowances', 'Lump sum payments', 'CDEP payments' and any 'other income') | 91,049.00 | 1 |
| Total allowances | 0.00 | 2 |
| Lump sum payments (whole dollars) | | |
| Lump sum payment A | 0.00 | 3 |
| Lump sum payment B | 0.00 | 3 |
| Lump sum payment D | 21,877.00 | |
| Lump sum payment E | 0.00 | 24 |
| CDEP payments (whole dollars) | 0.00 | 5 |
| Other income (whole dollars) (eg exempt income or foreign source salary and wages) | 0.00 | * |
| Reportable fringe benefits amount | 0.00 | 10 |
| Total tax withheld (whole dollars)                1,972.00 | | |

**\*Note: 11**   This information cannot be pre-filled directly into your tax return. You should consult your records or your payer for details relating to this amount.

❷   Amounts for **Union/professional association fees** and **Workplace giving** are not shown. If your employer issued payment summary shows either of these amounts, you must complete **D5**   – Other work-related expenses or **D8**   – Gifts or donations to claim these amounts.

Retain this page for your records - the information on this page is NOT sent to the Tax Office.

                                    DEF_00250715

Taxpayer name: **Craig Steven Wright**

Tax file number: ▮▮▮ 2 986      Signature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## HELP/SFSS summary – 2008–09 (Downloaded)

**Date downloaded:** 13/10/2009

The downloaded repayable balance of your debt is:

HELP      68,388.00

SFSS

Your downloaded balance is the balance of your HELP and/or SFSS account as at 1 July 2009 .

**Note:** The downloaded balance does not include any activity that has occurred on your account since 1 July 2009 . If you believe this balance is incorrect, you will need to enter your information into the HELP/SFSS section of *e-tax*.

---

Retain this page for your records - the information on this page is NOT sent to the Tax Office.

CONFIDENTIAL      DEF_00250716

Taxpayer name:   **Craig Steven Wright**

Tax file number:       2 986                                                    Signature     . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Tax Office related interest – 2008–09 (Downloaded)

**Date Downloaded:**   13/10/2009

|  | **Total amount** | **Tax return item** |
|---|---|---|
| Interest on early payments | 0.00 | 11 |
| Interest on overpayments | 0.00 | 11 |
| Delayed refund interest | 0.00 | 11 |
| General interest charge – credit | 6.57 | * |
| General interest charge – debit | 358.77 | * |
| Shortfall interest charge – credit | 0.00 | * |
| Shortfall interest charge – debit | 0.00 | * |
| Late payment interest -- credit | 0.00 | * |
| Late payment interest – debit | 0.00 | * |

**\* Note:**

**General interest charge, shortfall interest charge and late payment interest debits**

These amounts relate to interest imposed by the Tax Office. As these amounts were imposed in the 2008–09 year, you may be able to claim them at item  D9 – Cost of managing tax affairs. However, if you are a small business entity taxpayer and you continue to  use the simplified tax system (STS) accounting method, you will only be able to claim these amounts at  D9 if they were paid by you in the 2008–09 year.

**General interest charge, shortfall interest charge and late payment interest credits**

These amounts relate to a remission  of a Tax Office interest charge. If these amounts relate to interest for which you claimed a tax deduction in 2007–08   or an earlier year, you must include the remission amount at item  24 – Other income. If these amounts relate to interest that you are claiming a deduction for at item D9 – Cost of managing tax affairs in the 2008–09    year, you must include the remission amount at item  24 – Other income.

**Interest amounts released due to hardship**

If you have been released from paying an amount of interest due to hardship, you cannot claim the released amount.

Retain this page for your records - the information on this page is NOT sent to the Tax Office.

Taxpayer name:   **Craig Steven Wright**

Tax file number:   ■ **2 986**                                    Signature   . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## PAYG payment summary – employment termination payment – 2008–09 (Downloaded)

Date downloaded:        13/10/2009

| | | |
|---|---|---|
| **Payer's name:**    BDO KENDALLS (NSW-VIC) PTY | **Payer's ABN:**   ■5258 | **Branch:**    1 |
| **Date of payment:**    22/01/2009 | | |

| | Total amount | Tax return item |
|---|---|---|
| **Taxable component** | 10,938.00 | 4 |
| **Tax free component** | 0.00 | 4 |
| **Total tax withheld** | 1.00 | 4 |

Is this payment a transitional termination payment?          No  [X]   Yes  [ ]

Is this payment part of a payment made in an earlier income year for the same termination?          No  [X]   Yes  [ ]

Is this payment a death benefit?          No  [X]   Yes  [ ]

Type of death benefit        Trustee of deceased estate   [ ]      or Non-dependant  [ ]      or Dependant  [ ]

---

Retain this page for your records - the information on this page is NOT sent to the Tax Office.

CONFIDENTIAL                                                                                                  DEF_00250718

Taxpayer name: **Craig Steven Wright**

Tax file number: **2 986**                    Signature  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Prior year rental property details (Downloaded)

**Date downloaded:**    13/10/2009

Your 2008 tax return included one or more rental property schedules with the following details:

**Rental property address**                              **Date property first**
                                                          **earned rental income**

51/52 COWANGARRA RD  BAGNOO NSW 2446                      01/07/2002

---

Retain this page for your records - the information on this page is NOT sent to the Tax Office.

CONFIDENTIAL                                                           DEF_00250719

# E-tax estimate

for year ended 30 June 2009

|  | $ | $ |
|---|---|---|
| **Taxable income** | | 25321.00 |
| Tax on your taxable income | 2898.15 | |
| Medicare levy | 379.81 | |
| Medicare levy surcharge | 0.00 | |
| Financial supplement repayment | 0.00 | |
| HELP repayment | 0.00 | |
| **Gross tax payable** | | 3277.96 |
| Subtract: | | |
| Tax withheld - salary and wage type income | 1973.00 | |
| Tax withheld - voluntary agreement | 0.00 | |
| Tax withheld - where ABN not quoted | 0.00 | |
| Tax withheld - labour hire or other specified payment | 0.00 | |
| Tax withheld - where TFN not quoted | 0.00 | |
| Franking credits | 0.00 | |
| Australian franking credits from a NZ company | 0.00 | |
| Foreign resident withholding credits and managed investment trust fund payments | 0.00 | |
| Share of credit for tax paid by trustee | 0.00 | |
| Tax offsets available (see page 2 for details) | 1200.00 | |
| Tax offsets used | 1200.00 | |
| Early payment interest credit | 0.00 | |
| **Total tax offsets & credits subtracted** | | 3173.00 |
| **Estimated tax payable**        for  2008–09 | | 104.96 |

Calculations for:  Craig Steven Wright

Date of print:  12/08/2010

This calculation is an estimate and is based on the information supplied by you, and does not take into account any prior year assessments, or other situations outlined in the hyperlink "Tax estimate – important information" on the estimate screen.

**Retain this page for your records - the information on this page is NOT sent to the Tax Office.**

*E-tax* 2009

DEF_00250720

# Tax offsets:

The tax offsets included in the tax estimate have been calculated as follows:

| | |
|---|---|
| Spouse / child-housekeeper / housekeeper | 0.00 |
| Senior Australians (SATO) | 0.00 |
| Superannuation | 0.00 |
| Private health insurance | 0.00 |
| Education tax refund | 0.00 |
| Zone or overseas forces | 0.00 |
| Medical expenses | 0.00 |
| Parent / parent in law / invalid relative | 0.00 |
| Mature age worker | 0.00 |
| Entrepreneurs | 0.00 |
| Landcare and water facility | 0.00 |
| Land transport facilities or infrustructure borrowings interest | 0.00 |
| Joint Petroleum Development Area | 0.00 |
| Beneficiary or pensioner | 0.00 |
| Life insurance bonuses from item 22 | 0.00 |
| Lump sum payments – 'A' amounts on payments summary, employment termination payments and superannuation lump sum payments | 0.00 |
| Foreign income tax credits allowed (amount available: 0.00) | 0.00 |
| Low income | 1200.00 |
| Share of credit for tax paid by trustee - legal disability | 0.00 |
| National rental affordability scheme tax offset | 0.00 |
| Baby bonus claim | 0.00 |
| **Total available tax offsets** | **1200.00** |

Calculations for:Craig Steven Wright

Date of print:    12/08/2010

**Retain this page for your records - the information on this page is NOT sent to the Tax Office.**

*E-tax* 2009

CONFIDENTIAL

CONFIDENTIAL

Taxpayer Name    **Craig Steven Wright**
Tax File Number    ▓▓2 986        Signature   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Net income or loss from business – other income

| Description | Primary production | Non-primary production |
|---|---|---|
| Info D | 0 | 210706 |
| Integyrs | 0 | 325119 |
| GN | 8800 | |
| **Total** | **8800** | **535825** |

## Work related car expenses – logbook method

| Description | | Total expenses | Business use |
|---|---|---|---|
| Jeep | | 29928 | 98.00 |
| Merc | | 33451 | 85.00 |
| **Total claim for logbook method** | **57763** | | |

## Work related travel expenses

| Description of expenses | Amount claimed |
|---|---|
| Trailer | 39 |
| **Total** | **39** |

## Work related uniform, clothing and laundry

| Description of expenses | Amount claimed |
|---|---|
| Laundry | 125 |
| Anti-Static | 57 |
| **Total** | **182** |

## Work related self-education expenses – general expenses

| Description of expenses | Amount claimed |
|---|---|
| CSU | 11700 |
| MSTAT | 3600 |
| GSE | 4300 |
| General Certs | 3205 |
| **Total** | **22805** |

## Work related self-education expenses – decline in value of depreciating assets

| Description of expenses | Amount claimed |
|---|---|
| Decline | 17245 |
| **Total** | **17245** |

## Work related self-education expenses – repairs to equipment

| Description of expenses | Amount claimed |
|---|---|
| Systems | 172 |
| **Total** | **172** |

## Work related self-education expenses – general expenses not allowable as a deduction

| Description of expenses | Amount claimed |
|---|---|
| Cap | 20350 |

Retain this page for your records - the information on this page is NOT sent to the Tax Office.

CONFIDENTIAL

Taxpayer Name   **Craig Steven Wright**
Tax File Number   ▮2 986                                    Signature   ...................................

## Work related self-education expenses – general expenses not allowable as a deduction

**Description of expenses**                                    **Amount claimed**
**Total**                                                              **20350**

## Other work related expenses

| Description of expenses | Amount claimed |
|---|---|
| ACM, ISC, etc | 680.00 |
| Tools | 21057.00 |
| Books etc | 984.00 |
| **Total** | **22721.00** |

## Deductions – interest and dividends

| Description of expenses | Amount claimed |
|---|---|
| Home Loan and farm | 86410 |
| **Total** | **86410** |

## Gifts or donations

| Description | Amount claimed |
|---|---|
| UC | 1700 |
| **Total** | **1700** |

## Cost of managing tax affairs

| Description | Amount of deduction |
|---|---|
| MYOB | 1105 |
| **Total** | **1105** |

Retain this page for your records - the information on this page is NOT sent to the Tax Office.

Taxpayer Name   **Craig Steven Wright**

Tax File Number   ▆2 986                                            Signature   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Employment termination payments summary

### Payer details

Payer's name                                    BDO KENDALLS (NSW-VIC) PTY LTD

Payer's Australian business number      ▆5258

### Payment details

| | | | |
|---|---|---|---|
| Date of payment | 22/01/2009 | Total tax withheld | 1 |
| Taxable component | 10938 | | |
| Tax free component | 0 | | |

| | |
|---|---|
| Is this a payment a transitional termination payment? | N |
| Is this payment part of a payment made in an earlier income year for the same termination? | N |
| Is this payment a death benefit? | N |
| Type of death benefit | N/A |

**Retain this page for your records - the information on this page is NOT sent to the Tax Office.**

CONFIDENTIAL

CONFIDENTIAL

DEF_00250727