| Number | Description |
|--------|-------------|

*environment.*

*Our goal is to begin to answer the question:  under what conditions does a PSOMAD represent a key performance characteristic in a full application?*

*Test 3 - Weak Scaling*

*Our goal is to understand where specificity is required and where it is not.  Sensitivity and specificity are statistical measures of the performance of a binary classification test.*

*We postulate that previous algorithms are not predictive of existing processor systems as they do not include the sort of computations found in the operations that we seek to do.  Our previous research has demonstrated that inter process message passing requirements send over 40% more message per core than would be acceptable.  We reason that in analytically comparing scaling behavior, we expect performance to differ significantly across different architectures.  We further speculate that this would be a function of the differences in pre conditioning strategies used across different architectures.*

*To test this we are using an incomplete factorization algorithm with no fill, a multilevel ML algorithm and a solver with 2 preconditioning strategies.  We collected the results of each of these strategies across different Hardware platforms using tests on the scaling of vectors, inner products and sparse matrix vector product.*

*Conclusion: From our memory bandwidth and cache hit studies, we have been able to show that the codes we used work well when it is representative of the performance within a single compute node.  However the weak scaling study for large numbers of compute nodes demonstrates the differences between system architecture. We conclude that the codes used were not intended to model an application code that employs a multi-grid preconditioner.  This is a concern as there will be no convergence of algorithms across multiple nodes in our large scale simulations with multi grid multilevel preconditions.  Hence further investigations into the impact of differences such as the difference in domain decomposition are necessary.*

*The experiments undertaken are further detailed in the document entitled "Cloudcroft - Development of a Core hardware Platform (Part 1, Part 2 & Part 3)" by Craig Wright.*

10.  All Intellectual Property Rights owned by Cloudcroft that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project:

**PROJECT TITLE: Reactive and Pre-emptive Security System based on choice theory:**

**Project description:**

*The reactive and pre-emptive security system will revolutionise firewall, IDS, anti-virus and contents scanning industries. Advances in anti-attack protection has been small and incremental in the last 20 years allowing attackers to compromise systems for economical gain. Our project will result in a means to make attacks on systems economically unviable. Resulting in significant global benefits and increased harmful criminal activity.*

**Execution Counterpart**

ATTORNEY'S EYES ONLY                                                                                                            DEF_00073882

| Number | Description |
|---|---|
| | *We will in the first instance need to establish the cybercriminal attack pattern database. This is a massive exercise by modelling criminal groups and attackers (ref. choice theory).* |

*This experiment starts with the proposition that organised criminal groups can be modelled using rational choice theory (Wright, 2011b). It is proposed that criminal groups act as profit-seeking enterprises, and the ability to shift economic returns away from this activity results in a lower amount of crime. Criminal behaviour does not need to rely on social deviance, but is moving towards the greatest financial rewards. As a consequence, as criminal groups face few financial disincentives, a growing class of criminal specialists has resulted. The course of action to best minimise the online criminal threat can be linked to minimisation of economic returns from cyber-crime.*

*To support this, a model is presented that extends the concept of economic defendability (Brown, 1964) to the use of criminal botnets. The research shows that the size of a botnet is constrained in economic terms. Crime groups need to maintain "territories" based on compromised systems (Wright, 2012b) that need to be defended from competing criminal groups as well as from the system owners who seek to purge the attacker as an immune system seeks to purge a virus.*

*These experiments are executed on super computers due to the large numbers of interactions modelling these system becomes computationally unviable without the ability to replicate large number of systems interactions using self-adjusting and self-tuning artificial Intelligent agents that self-compete in an evolutionary manner to self NP level complexity problems.*

*These result from the exponential interactions of non-deterministic agents. As cybercriminals can interact with multiple entities and in multiple manners, the agent is a pan-dimensional structure that increases in computational complexity as the number of agents in a system is incremented. We hypothesise that this system can be modelled to an economically viable solution using evolutionary systems of Artificial intelligent agents (bots) that "learn", adapt and replicate based on a results based economic framework using evolutionary programming to deliver the proposed solution.*

*We hypothesise that we can create a system which redirects network traffic instead of blocking it, and that the Virtual Universe server system will make cybercriminal attacks economically unprofitable.*

***Supporting:*** *This activity is mainly associated with management of the core activity including:*

*1. Manage the execution of the research activities (planning, schedule, reporting);*

*2. Ensuring we have correctly documented the design in a manner that defines the scientific or technological objectives stated in the core processes;*

*3. Documentation issued in-line with Croudcraft project lifecycle processes and practices;*

*4. System Design;*

*5. System Setup and Configuration;*

*6. System Deployment and Testing; and*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073883

| Number | Description |
|---|---|
| | *7. System Acceptance Testing.* |
| | *In looking at the types of systems, one can compare the time required to maintain the botnet against the benefits received and then formulate economic defence strategies that reduce the benefits reaped by the botnet. We look at the decision to be territorial or not from the perspective of the criminal bot-herder. This is extended to an analysis of territorial size. The criminal running a botnet seeks to maximise profit (or economic returns). In doing this they need to analyse the costs expended and benefits received against the territorial size. The result is a means to calculate the optimal size of the botnet and the expected returns. This information can be used to formulate security strategies designed to reduce the profitability of criminal botnets.* |
| | *Continuous monitoring is essential. Automation is an aid, but it does not replace people, it allows them to do more. To achieve this, we needed to develop systems that are designed to be secure and not to simply fulfil a checklist, a systematic tool to ensure that one remembers and executes all the things one has to do.* |
| | *This activity was modelled and reported for analysis.* |

11.    The Works comprised in the body of work described as: Reactive and Pre-emptive Security System based on choice theory including the pending patent application described below

**Pending patent application description**:

*Patent application for invention relating to a pre-emptive security system that protects network connected systems. This system redirects network traffic instead of blocking it.*

*Abstract: A system, method, server processing system, and computer program product for operating a cybercriminal attack pattern database and using this to update systems to intercept and modify attacks. In one aspect, the server processing system is configured to: receive, from a local processing system in data communication with the server processing system, attack data indicative of cybercriminal probes and attacks against information systems relating to the security state of the individual site; receive, from the server protection system, summarised criminal profile data indicative of an attack against a system; store, in a data store associated with the server processing system, a traffic pattern database for the individual site indicative of the cybercriminal profile data and the attack specification data; determine that the particular information flow is an attack or normal traffic that should not be interfered with; and in response to determining that the traffic is from an attacker or cybercriminal, provide the local security system access to the criminal profile data via a server processing system in data communication with the server processing system and which allows the local security device to redirect the attacker (without alerting them) to a honeypot system such that the attacker has to expend large amounts of time and resources to attack a system and to make the attack of most systems using this method economically untenable.*

12.    The Works comprised in the body of work described as: System to enhance security of mobile ad hoc networks using ECCDSA and the Blockchain.

ATTORNEY'S EYES ONLY                                                                    DEF_00073884

| Number | Description |
|---|---|
| 13. | The Works comprised in the body of work described as: A system and method to provide for automated secure cloud based file sharing. |
| 14. | The Works comprised in the body of work described as: A system and methodology to integrate key exchange and bonding for site and system access. |
| 15. | The Works comprised in the body of work described as: A blockchain integrated transaction accounting payment and classification system. |
| 16. | The Works comprised in the body of work described as: Smart media contract. |
| 17. | The Works comprised in the body of work described as: Blockchain system to ensure the prioritization of group communications at a wireless communication device. |
| 18. | The Works comprised in the body of work described as: A system and method to store and implement network and system level controls into the Blockchain. |
| 19. | The Works comprised in the body of work described as: Reactive and preemptive security system based on choice theory. |
| 20. | The Works comprised in the body of work described as: Secure bitcoin messaging platform. |
| 21. | The Works comprised in the body of work described as: Automata-Theoretic Approach Compiler for Adaptive Software. |
| 22. | The Works comprised in the body of work described as: Blockchain enabled automata driven self-evolution in multi-agent environments. |
| 23. | The Works comprised in the body of work described as: Blockchain based Deterministic finite automata (DFA) processing. |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073885

## Schedule 9

### Chaos

| Number | Description |
| --- | --- |
| 1. | All Intellectual Property Rights owned by Chaos in its 100% theory based, fractal patterns in finance and trade application to BTC and cryptocurrencies. |
| 2. | All Intellectual Property Rights owned by Chaos that were assigned by Pholus to Chaos under the Consultancy Agreement between Pholus and Chaos. |
| 3. | All Intellectual Property Rights owned by Chaos that were assigned by Panopticrypt to Chaos under the Consultancy Agreement between Panopticrypt and Chaos. |
| 4. | All Intellectual Property Rights owned by Chaos that were assigned by Interconnected Research to Chaos under the Consultancy Agreement between Interconnected Research and Chaos. |
| 5. | All Intellectual Property Rights owned by Chaos that were assigned by Intergyrz to Chaos under the Consultancy Agreement between Intergyrz and Chaos. |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073886

## Schedule 10

### C01N

| Number | Description |
|---|---|
| 1. | All Intellectual Property Rights owned by C01N in eWallet and iDaemon. |
| 2. | All Intellectual Property Rights owned by C01N in and to the material developed including any Works created by C01N under the Software Development Agreement between Strasan Pty Ltd, Craig Wright and David Kleiman dated 4 April 2013 (acknowledging that Hotwire Preemptive Intelligence owns the majority of the Intellectual Property Rights in this material including any such Works). |
| 3. | All Intellectual Property Rights owned by C01N that were assigned by Interconnected Research to C01N under the R&D Services Agreement between Interconnected Research and C01N including all such Intellectual Property Rights created in the course of or in connection with the following projects, including in all Works created in the course of or in connection with these projects:<br>• eWallet Secure;<br>• iDaemon; and<br>• 3D Transactions Analysis Tool. |
| 4. | All Intellectual Property Rights owned by C01N that were assigned by Integyrz to C01N under the R&D Services Agreement between Intergyrz and C01N including all such Intellectual Property Rights created in the course of or in connection with the following projects, including in all Works created in the course of or in connection with these projects:<br>• eWallet Secure;<br>• iDaemon; and<br>• 3D Transactions Analysis Tool. |
| 5. | All Intellectual Property Rights owned by C01N that were assigned by Pholus to Interconnected Research under the Consultancy Agreement between Pholus and Interconnected Research. |
| 6. | All Intellectual Property Rights owned by C01N that were assigned by Panopticrypt to Interconnected Research under the Consultancy Agreement between Panopticrypt and Interconnected Research. |
| 7. | The Intellectual Property Rights owned by C01N in and to the specifications for chip and board designs and other associated hardware including as used for the purposes of works completed by Craig Wright and commissioned by C01N. |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073887

| Number | Description |
|---|---|
| 8. | The Intellectual Property Rights owned by C01N in and to Algorithmic Matching System and associated mathematics in relation to commutative ring theory. |
| 9. | All Intellectual Property Rights owned by C01N that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project: |

**PROJECT TITLE: Sukuriputo: Sukuriputo okane**

**Project description**:

> Sukuriputo okane (S0) is being developed as a software library for financial cryptography, including a prototype server and a high-level client API (available in most languages.) The S0 server is able to process all sorts of P2P Bitcoin transactions. S0 also supports markets (for offers and trading, like you might see on MtGox or other exchanges) as well as basket currencies. S0 will feature a full client-side scripting engine enabling the creation of financial scripts using the S0 API.

> C01N is creating a resilient financial system based on bitcoin that grows and changes over time according to the needs of the financial market.  We seek to create autonomous agents in the Bitcoin block in order to facilitate this. One of the objectives is to make bitcoin secure and to enable it to be open so that the bitcoin blockchain can be used for all transactions including monetary transaction, contracts etc.  Currently when a person who uses bitcoin wants to make a transaction, it involves a time consuming process of checking for changes in the blockchain that relate to his keys.  With Sukuriputo Okane, we are aiming to reduce the time while making it much more secure by having a partial completion of the transaction that is listed on the blockchain which will only be finalised when a transaction is agreed upon (eg signature).  In effect it is putting the transaction on escrow.

> C01N is experimenting with different smart contract forms (e.g. escrow, multi-party agreements, DRM payments and two way trade), the evolution of autonomous agents (bots) and the total security and viability of the system.   In order to do this, we are working primarily on a set of linked experiments.

> The objective of this project Sukuriputo okane (S0) is to create a completely open and malleable form of scriptable money. This is money that can be contracted in advance (Smart Contract).  It has added security measures, hence it greatly reduces the chances of fraud and speeds up the transaction process considerably.    We are seeking to explore ways to program a distributed contract using Bitcoin to form agreements with people via the block chain. These are agreements built into the coin itself. That is, money with conditions (such as you get paid if you pay your taxes or the house sells if the pest inspection comes back OK).

> S0 will start with a few sample smart contracts including:

> - Escrow,
> - Multi-party agreements,
> - DRM payments, and

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073888

| Number | Description |
|---|---|

- *Two-Way Trade.*

*One iteration is a form of Bitcoin with GST payments built in. This will allow tax enabled transactions. Thus for instance, a GST component could be built into the transaction BEFORE it is completed allowing complete compliance and payment in advance.*

*The primary research is into scriptable contracts ("Smart Contracts") using Bitcoin (BTC). These will be able to be signed by multiple parties and then activated on the BTC blockchain for processing.*

*ANZSRC code: Information, computing and communication services; Artificial intelligence and image processing.*

10. All Intellectual Property Rights owned by C01N that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project:

**PROJECT TITLE: Core - Scriptable Money:**

**Project description**:

*Our hypothesis is that it is possible to create a distributed contract system that integrates seamlessly into the bitcoin blockchain.*

*Currently transaction in bitcoin allows payments to be made between two individuals without the intercession of an independent agency. Contracts solve common problems in a way that minimizes trust. Minimal trust makes transactions more convenient by removing the need for human judgement and emotions, thus allowing for complete automation. We seek to build contracts into the bitcoin blockchain (Scriptable money).*

*Experiment:*

*Our experiment is an attempt to create an autonomous agent that can search for selected information and feed that information back into the system. The goal is to find a way of matching the idealised algorithm for different types of conditions over a period of time by running many ( millions) of iterations of self autonomous algorithms (also called bots) to self-create their own contract into the blockchain.*

*In this, we set each "agent" as a block of code. We set the code with a slightly different set of parameters with distinct algorithms for each bot.(a bot is a self-autonomous algorithm)*

*We then "release" the agents (ie the blocks of code).*

*The most successful bot (self- autonomous algorithms ) learns over time and over many millions of iterations to self- create their own contract into their own bitcoin test net code and eventually into the Bitcoin Blockchain. Over time we will have created a smarter bot that looks for its own information (e.g. twitter feeds or currency ratings etc.) and start solving problems on its own.*

*This is an evolutionary program (the bot evolves constantly) and is based on swarm technology because there are millions and billions of bots working at the same time. These agents are all PSO's. (Particle Swarm Optimised agents).*

*We compare these algorithms with the actual reality by running perhaps 1 billion iterations of these formulas. The bots are programmed with a set balance in the database. The bot that predicts well survives. The ones that do not will be deleted. The*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

| Number | Description |
|--------|-------------|

*end result is that we have created a series of "bot"s, ie an algorithm which is self autonomous, that has the ability to build a secure and viable contract (through trial and error and millions of iterations) into the blockchain.*

*Results and conclusions*

*We have found that this is a much larger program than anticipated. It is indeed possible to create self autonomous algorithms that build their own contracts into the bitcoin blockchain, but the computational power required is substantial. . As a result we are splitting these experiments off and setting up separate projects computationally. We have increased the size and scope of this project.*

*Our research has led us to believe that distributed markets allow for a means to implement peer to peer bond and stock trading, allowing Bitcoin to be evolve into a full competitor to the international financial system if the issues are solved.*

*Sukuriputo okane (S0) seeks to create a completely open and malleable form of scriptable money.*

*This is money that can be contracted in advance. We are seeking to explore ways to program a distributed contract using Bitcoin to form agreements with people via the block chain. These are agreements built into the coin itself. That is, money with conditions (such as you get paid if you pay your taxes or the house sells if the pest inspection comes back OK).*

*Contracts solve common problems in a way that minimizes trust. Minimal trust often makes things more convenient by allowing human judgments to be taken out of the loop, thus allowing complete automation. We seek to create autonomous agents in the Bitcoin block.*

*By building low trust protocols that interact with Bitcoin, entirely new products can be created:*

- *Smart property is property that can be atomically traded and loaned via the block chain.*
- *Transferable virtual property are digital items that can be traded but not duplicated.*

*We seek to explore currency agents. Agents are autonomous programs that maintain their own BTC wallet, which they use to buy server time. It is expected that funds are to be obtained by the agent selling services. If demand exceeds supply the agents can spawn children that either survive or die depending on whether they can get enough business.*

11.  All Intellectual Property Rights owned by C01N that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project:

**PROJECT TITLE: Core - BTC Agents**

**Project description**:

*By building low trust protocols that interact with Bitcoin, entirely new products can be created:*

- *Smart property is property that can be atomically traded and loaned via the block chain.*
- *Transferable virtual property are digital items that can be traded but not duplicated.*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073890

| Number | Description |
|--------|-------------|
|        |             |

*We seek to explore currency agents. Agents are autonomous programs that maintain their own BTC wallet, which they use to buy server time. It is expected that funds are to be obtained by the agent selling services. If demand exceeds supply the agents can spawn children that either survive or die depending on whether they can get enough business. Distributed markets allow for a means to implement peer to peer bond and stock trading, allowing Bitcoin to be evolve into a full competitor to the international financial system if the issues are solved.*

***Supporting - Coding test side:*** *We will code an API to test data and validate the APIs.*

*The supporting activity for Smart contracts (and thus Scriptable Money) is the Coding test site. This is required to run the self-autonomous algorithms that are necessary for the SO project. We have explained that we define "agents" as blocks of code. Here we seek to explore currency agents - the agents are autonomous programs that maintain their own BTC wallet, which they use to buy server time. It is expected that funds are to be obtained by the agent selling services. If demand exceeds supply the agents can spawn other agents that either survive or die depending on whether they can get enough business.*

*We have started to test and create a quasi-opportunistic supercomputing platform that utilises a self-defining platform and a programming language that makes it possible for any developer to build and publish next-generation distributed applications. To complete this, we have established a virtual supercomputer that uses virtualised system cores. Without this, we are not able to test the core project. Evolutionary coding utilises an enormous volume of processing and memory and hence without a supercomputer we could not run the bots discussed.*

*The project will create a AI (artificial intelligence) and learning system can be used to codify, decentralize, secure and trade just about anything: voting, domain names, financial exchanges, crowd funding, company governance, contracts and agreements of most kind, intellectual property, and even smart property through hardware integration. At present, laws are created by intuition and written in an imprecise language. This project seeks to create the tools for expressing laws in a precise semantic language, better understanding their likely impacts, and automatically designing laws to achieve desired outcomes.*

12.   All Intellectual Property Rights owned by C01N that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project:

**PROJECT TITLE: Core - Transaction Signing**

**Project description**:

*The hypothesis is that it is possible to create a system that enables payment and signalling in a single transaction. We further believe this will allow in the creation of an address derivation function to contract that will involve a creation of a payment address related to a defined payment merchant, but also obscured from general analysis – i.e. a person involved in a transaction can prove it is actually them, however, their identity will not be known to the general public unless you choose to allow that (pseudo anonymous). The core activity for transaction signing involves building a system that cannot be easily repudiated and that can sign contracts on someone else's behalf which is legally accountable whilst maintaining security with a complete audit*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073891

| Number | Description |
|---|---|
| | *trail.* |
| | *The initial coding will be set up and we will continue by coding new types of contracts, escrow etc. to see what works best on the Blockchain. To ensure that the system is resilient, the security of the system will be constantly tested. We do this by programming certain bots to try to "cheat" the system and monitor its survival. In this way, bots compete, but can also attack one another to test for security issues. For example, bot A will try to cheat bot B by forging or creating an insecure document. If bot B is repudiated, it loses a predetermined amount of the monetary value assigned to it. If this occurs several times, bot B will lose its money and may eventually be deleted. It is not a good algorithm in terms of the security of the system. Thus algorithms that allow for insecurity and break-ins will not survive. As such, the more secure bot wins.* |
| | *We used an agile development system coupled with evolutionary programming (that is contantly refining a system) where merchants identified with a public key as a pseudonym create a reputation system and funding source. We are currently testing a variety of models to ensure that security implications do not lead to private keys that can be computed from one another allowing recipients access to other users funds.* |
| | *Results and conclusions* |
| | *We have found that this is a much larger program than anticipated. It is indeed possible to create a secure system that enables payment and signalling in a single transaction, but the computational power required is substantial. As a result we are splitting these experiments off and setting up separate projects computationally. We have increased the size and scope of this project.* |
| | *While transactions are signed, the signature does not currently cover all the data in a transaction that is hashed to create the transaction hash. Thus while uncommon it is possible for a node on the network to change a transaction you send in such a way that the hash is invalidated. Note that this just changes the hash, the output of the transaction remains the same and the bitcoins will go to their intended recipient. However this does mean that, for instance, it is not safe to accept a chain of unconfirmed transactions under any circumstance because the latter transactions will depend on the hashes of the previous transactions, and those hashes can be changed until they are confirmed in a block.* |
| | *This leads to an issue where a transaction could be issued potentially even after a confirmation if the block chain is reorganized. We seek to solve this issue and also create a means to embed simple scripting into BTC. Currently in BTC, clients must always actively scan for transactions to them; assuming a txout exists because the client created it previously is unsafe.* |
| | 1. ↑ ***https://bitcointalk.org/index.php?topic=8392.msg122410#msg122410.*** |
| | 2. ↑ *https://bitcointalk.org/index.php?topic=8392.msg1245898#msg1245898.* |
| 13. | The Works comprised in the body of work described as: Method for the processing of allocated and automated coloured coins. |
| 14. | The Works comprised in the body of work described as: Coloured coins. |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073892

| Number | Description |
|--------|-------------|
| 15. | The Works comprised in the body of work described as: System, method, and computer program product for reconciling financial data from multiple sources and tagged "coloured coin" sources. |
| 16. | The Works comprised in the body of work described as: Coloured coin exchange exception balancing system. |
| 17. | The Works comprised in the body of work described as: On block Futures Derivative and risk instrument. |
| 18. | The Works comprised in the body of work described as: Programmable Bond system. |
| 19. | The Works comprised in the body of work described as: Single or multi-company business accounting system and method for same including account number maintenance. |
| 20. | The Works comprised in the body of work described as: Method and system for storing inventory holders against a tagged Blockchain token. |
| 21. | The Works comprised in the body of work described as: System and method for utilizing pro-forma processing of adjustments in consolidation processes based on colored coins. |
| 22. | The Works comprised in the body of work described as: Date effective quantity on hand and adjusted unit cost calculation system for cryptocurrencies. |
| 23. | The Works comprised in the body of work described as: Blockchain automata financial trading method and system. |
| 24. | The Works comprised in the body of work described as: System and method for synchronizing ledger accounts by company group in blockchain allocated transactions. |
| 25. | The Works comprised in the body of work described as: Secure account aggregation using the Blockchain with one-way chains. |
| 26. | The Works comprised in the body of work described as: Programmable budget. |
| 27. | The Works comprised in the body of work described as: A method of automatic accounting that can be used for Input, Authorize and Settlement without need for reconciliation. |
| 28. | The Works comprised in the body of work described as: Method and system to allow for the adjustments to relational chart of accounts against the blockchain. |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073893

| Number | Description |
|---|---|
| 29. | The Works comprised in the body of work described as: Selective Processing of Reverse Invoices in Computer Systems for Financial Transactions and implementing a chargeback system for merchant using a blockchain based payment system. |
| 30. | The Works comprised in the body of work described as: System and method for utilizing proforma processing of adjustments in blockchain based consolidation processes. |
| 31. | The Works comprised in the body of work described as: System, method, and computer program product for automatically posting transactions associated with a transaction in the blockchain that is mapped to an account into a general ledger. |
| 32. | The Works comprised in the body of work described as: 6. Intelligent bitcoin agents. |
| 33. | The Works comprised in the body of work described as: System and method for cryptocurrency business logic and validation. |
| 34. | The Works comprised in the body of work described as: Automated automata and system and method for managing and monitoring financial performance associated with benefits. |
| 35. | The Works comprised in the body of work described as: Automated blockchain system for customizing and managing benefits. |

Execution Counterpart

ATTORNEY'S EYES ONLY

DEF_00073894

**Schedule 11**

**Denariuz**

| Number | Description |
|--------|-------------|
| 1. | All Intellectual Property Rights owned by Denariuz in its Bitcoin Banking System. |
| 2. | All Intellectual Property Rights owned by Denariuz that were assigned by Interconnected Research to Denariuz under the R&D Services Agreement between Interconnected Research and Denariuz including all such Intellectual Property Rights created in the course of or in connection with the following projects, including in all Works created in the course of or in connection with these projects: |

- Bitcoin Core banking;
- Bitcoin Bank regulated;
- Bitcoin Payment and Merchant Gateway; and
- Smart Contract (basic transactions).

| | |
|--------|-------------|
| 3. | All Intellectual Property Rights owned by Denariuz that were assigned by Intergyrz to Denariuz under the R&D Services Agreement between Intergyrz and Denariuz including all such Intellectual Property Rights created in the course of or in connection with the following projects, including in all Works created in the course of or in connection with these projects: |

- Bitcoin Core banking;
- Bitcoin Bank regulated;
- Bitcoin Payment and Merchant Gateway; and
- Smart Contract (basic transactions).

| | |
|--------|-------------|
| 4. | All Intellectual Property Rights owned by Denariuz that were assigned by Pholus to Denariuz under the Consultancy Agreement between Pholus and Denariuz. |
| 5. | All Intellectual Property Rights owned by Denariuz that were assigned by Panopticrypt to Denariuz under the Consultancy Agreement between Panopticrypt and Denariuz. |
| 6. | All Intellectual Property Rights owned by Denariuz under the Consultancy Agreement between Denariuz and Daso (being Intellectual Property Rights other than intellectual property in "Inventions and Works" as defined in and created under the Consultancy Agreement between Denariuz and Daso). |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073895

| Number | Description |
|---|---|
| 7. | All Intellectual Property Rights owned by Denariuz in the Core Technology as defined in and created under the IP Deed of Assignment between Denariuz and Misfit Games Pty Ltd dated 30 December 2014 (acknowledging that Misfit Games may also own some Intellectual Property Rights in the Core Technology). |
| 8. | All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project): |

**PROJECT TITLE: Core – Triple entry distributed Ledger**

**Project description**:

*The ability for a centralized platform to tap into decentralized processes can be used in the creation of an in-application accounting API that enables developers and businesses to integrate financial databases, including those based on cryptoprotocols into a triple-entry real-time ledger analytics engine.*

*We propose that the creation of an API and Application designed to make entries into an Online Distributed Ledger (ODL) can be created that will account for and report on every transaction in real-time. We propose that this will allow the simple sharing of account records with the parties they represent, such as customers and vendors. The use of a decentralised ledger is designed to build trust by eliminating the need for it. Based and attached to the Blockchain, the token will consist of an assigned Satoshi.*

*We hypothesise that this can be segmented to provide refined segmentation that allows users create individual, separate and private accounts for anything that needs to be tracked. These would be able to be aggregated during reporting and for tax consolidation. This would be created in a manner that never deletes old entries saving the complete documents (time-stamped and hashed) against each transaction in a manner that will maintain an audit trail.*

*We state that accounting is not simply about money. The process is nearly universally used to track money but it's really about tracking state changes of units of account which are not necessarily money. We hypothesise that this system can be extended into a universal tracking and reporting system.*

*We note that the time to close (e.g., the lag time between the close of a quarter and the close of the books) is a well-documented business problem. The time needed to obtain and report on actionable information is critical for all companies and large amounts are spent on minimising this time gap. We seek to prove that this form of ledger is more effective than existing software accounting systems and could be incrementally improved to outperform any existing accounting system and reporting platform.*

*As the system maintains a triple entry ledger with all records in a time-stamped format that cannot be altered, the need to audit accounts is also greatly reduced. We postulate that this will result in a far less expensive reporting and auditing process where auditing can take place in real-time and where tax audits will not interrupt business. Auditors could verify a percentage of transactions every day, hour or minute and, essentially, continually attest to the accuracy of the information and this would be maintained in perpetuity.*

ATTORNEY'S EYES ONLY                                                                      DEF_00073896

| Number | Description |
|---|---|

*The information contained within the ledger DASO would be public knowledge. We propose that the use of a hashed key could maintain these records privately allowing the organisations internal cost accounting to be shared publicly (such as with listed reporting entities) where needed and maintained secretly in other cases.*

9.    All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project:

**PROJECT TITLE: Multilayer Perceptrons for DASO:**

**Project description**:

*We propose to use an Artificial Intelligence paradigm (Multi-Layer Perceptrons) in a decentralised trustless mode to automate and manage risk modelling functions in our proposed DASO. If this can be achieved using the existing Bitcoin Blockchain, it will facilitate the advent of smart contracting and allow global use and deployment of distributed corporations.*

*We hypothesise that for market data that can be built into a DASO that MLPs can be used to accept data from risk models and automatically update the risk profile of an organization or individual. This will minimise economic loss conditions to create a more rational considered approach to financial transactions. We further hypothesise that when modelling risk, each application and system can be modelled using a perceptron. The aim is to model the selected risk factors for the system and calculate a base risk that is trained and updated over time. The data from multiple organizations can be fed into a central system that can be distributed to all users. In this way, a risk function can be created that not only calculates data based on existing and known variables [5], but also updates automatically using external sources and trends.*

*As an example, an input layer with one neuron for each input (system or application) could be used to map for IP Options, fraud and market conditions, price volatility and reputation, etc. The system of perceptrons would be processed using a hidden neuron layer in which each neuron represents combinations of inputs and calculates a response based on current data coupled with expected future data, a priori data and external systems data. Data processed at this level would feed into an output layer. The result of the neural network would supply the output as an economic risk function. Progress has been limited due to staff and funding constraints. Progress is expected to ramp up once the constraints are lifted in the latter part of this year.*

10.   All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project:

**PROJECT TITLE: Core - Sub-experiment and extentsion**

11.   All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project:

**PROJECT TITLE: Core -Trustless oracle**

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073897

| Number | Description |
| --- | --- |
| 12. | All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project:<br>**PROJECT TITLE: Core -Smart Registry** |
| 13. | All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project:<br>**PROJECT TITLE: Core -Multi Signature Trust** |
| 14. | All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project):<br>**PROJECT TITLE: Decentralized Consensus (Distributed Autonomous Smart Organisation) Project**<br>**Project description:**<br>*The creation of a self-defining platform and a programming language that makes it possible for any developer to build and publish next-generation distributed applications. The project will create a AI (artificial intelligence) and learning system can be used to codify, decentralize, secure and trade just about anything: voting, domain names, financial exchanges, crowd funding, company governance, contracts and agreements of most kind, intellectual property, and even smart property through hardware integration.*<br>*At present, laws are created by intuition and written in an imprecise language. This project seeks to create the tools for expressing laws in a precise semantic language, better understanding their likely impacts, and automatically designing laws to achieve desired outcomes.*<br>*At present Smart Contracts are limited. Contracts are society's programming language. Today they're written in an imprecise, hard to read, and hard to write language. We seek to develop a new framework that supports automatic contract creation, enforcement, and interpretation.*<br>*This will extend into developing a smarter framework for modelling economic behaviour and making better decisions.*<br>*A DASO is a virtual AI agent capable of performing, fulfilling, and executing the tasks, actions, and functions normally conducted by managers and executives, such as paying bills, issuing dividends and even crowd funding an IPO.*<br>*The aim is to produce a system that allows this to occur within a trustless or quasi-trustless environment with the "balance of trustlessness" determined by the intention of the parties and the capabilities of the code.  The use of a Turing-complete language integrated with a cryptoledger, a DASO could be used to create a tamper-resistant or tamperproof entity, immune to many of the abuses and vulnerabilities that have been happening to brick-and-mortar organizations are today (e.g., burglaries, arson,* |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073898

| Number | Description |
| --- | --- |

*unintentional exposure to proprietary documents).*

*Currently no real decentralized autonomous organization (also known as a decentralized autonomous corporation or autonomous agent) is known to actually exist on a cryptoledger, although there are payroll bots and various software-based HR tools out on the market that integrate at the edges (BitPay) .*

*The use of Bitcoin will help facilitate the creation of a DASO as all users technically must submit a digital key which counts as some kind of voting mechanism, shareholders (miners) receive direct compensation for their work (seigniorage) – and there is no administrative overhead per se.*

15.  All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project):

**PROJECT TITLE: Core - Virtualised HPC: The development of a HPC (High Performance Computing) Platform**

**Project description**:

*Multi-Layer perceptron (MLP) is a feedforward neural network with one or more layers between input and output layer. Feedforward means that data flows in one direction from input to output layer (forward). This type of network is trained with the backpropagation learning algorithm. MLPs are widely used for pattern classification, recognition, prediction and approximation. Multi-Layer Perceptron can solve problems which are not linearly separable.*

*To create and train Multi-Layer Perceptron neural network we will do the following set of steps for each test or experiment subset:*

*1. Create start case Perceptron neural network project;*

*2. Create Multi-Layer perceptron network;*

*3. Create training set;*

*4. Train network; and*

*5. Test trained network.*

*The main advantage to a systems engineering approach is the ease with which it can be automated. We hypothesise that the various inputs and formula we seek to test as seed inputs can become inputs into a neural network algorithm. Equation (1) could be modelled in three layers*

*Here, an input layer with one neuron for each Input (system or application) could be used to map for IP Options, fraud and market conditions, price volatility and reputation etc. The system of perceptrons would be processed using a hidden neuron layer in which each neuron represents combinations of inputs and calculates a response based on current data coupled with expected future data, a prior data and external systems data. Data processed at this level would feed into an output layer. The result of the*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073899

| Number | Description |
|---|---|
| | |

*neural network would supply the output as an economic risk function. In this way, a risk function can be created that not only calculates data based on existing and known variables (He, Wang, & Yan, 1992), but also updates automatically using external sources and trends. Many external sources have become available in recent years that provide external trending and correlation points. Unfortunately, most of these services have clipped data as the determination of complex market conditions is generally unclear and takes time to diagnose where much otherwise useful data is lost.*

*A depiction of a Multi-Layer layer topology neural network: We hypothesise that for market data that can be built into a DASO that multi- layer topology neural networks can be used to accept data from risk models and automatically update the risk profile of an organization or individual and hence to minimise economic loss conditions and create a more rational considered approach to financial transactions. We further hypothesise that when modelling risk, each application and system can be modelled using a perceptron.*

*Inputs being fed into a perceptron: The perceptron is the computational workhorse in this system. In this it is reasonable to model the selected risk factors for the system and calculate a base risk that is trained and updated over time.*

16.    All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: Supporting – Development of a virtualised multicore platform:**

**Project description**:

*Supercomputing is rapidly becoming an essential element of innovation and competitiveness. Computer-based methods now play a central role in all areas of economic development, education, and research. Economically, computational analysis, modelling, and simulation have become a distinguishing factor in business competitiveness. Educationally, developing computing skills in students is an essential part in preparing for a future in a wide range of careers.*

*Establishing the virtualised core supercomputer will greatly accelerate these trends to the benefit of Denariuz and allow it to complete the creation of a DASO in a timely manner.*

*These systems will have very high-speed fibre connectivity, small computing clusters, high-speed, high definition video conferencing, a large 3-D visualization screen, and desktop computing platforms with 3-D visualization. In order to support the proposed research activities with access to world-class computing assets, we will first acquire state-of-the-art cluster computing capacity with a nominal speed of 1,000-2,000 Teraflops. The central workhorse of the project will be one of the fastest computers for unclassified research in the world performing at more than 1,000 Teraflops when it goes live. Opportunistic Supercomputing is a form of networked grid computing whereby a "super virtual computer" of many loosely coupled volunteer computing machines performs very large computing tasks. Grid computing has been applied to a number of large-scale embarrassingly parallel problems that require supercomputing performance scales.  The problem with many approaches is that basic grid and*

**Execution Counterpart**

ATTORNEY'S EYES ONLY                                                                      DEF_00073900

| Number | Description |
|--------|-------------|

cloud computing approaches that rely on volunteer computing cannot handle traditional supercomputing tasks such as fluid dynamic simulations and will not be adequate for the use in the creation of a set of multi-level perceptron based DASO's that compete in evolutionary formats.

17. All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project):

**PROJECT TITLE: Core – Decentralized Autonomous Consensus Platform (DACP) and associated experimental case studies: - Project description:**

*Unlike in a legacy company where decision-making authority is concentrated at the executive level, in a Decentralized Autonomous Consensus Platform (DACP), the decision-making authority is part automated, in that it has specific rules that are followed without possibility of deviation from expected form, and conversely human interaction and bias is limited to the edges. In such a model, power and authority, rather than being collected at the top, is spread to the edges of the network by allowing key holders (or VoiceHolders) to influence the decision-making and priorities of the DACP proportionally with their preapproved voting rights (e.g., when setting up a firm, a voting structure is put in place usually based on the amount of equity or shares an individual has).*

*Bitcoin introduced the idea of autonomous distributed consensus, automation at the centre of the network and intelligence on the edges.*

*The legal liability and responsibility of a DACP or DAC still trace back to the key holders who sign their digital keys with a DACP which then calculates results based upon the prearranged voting proportionality. For example, Bob's Boutique requires that the allocation of special funds used by the DACP to hire contractors must be approved by a threshold of digital signatures. If the threshold is unmet then the DACP does not release the funds to hire the contractors.*

*Software-based solutions used to calculate, authenticate and verify shareholder votes for many corporations and organizations exist. These however are all centralised and rely on a trusted third party (or parties) making them susceptible to social engineering and man-in-the-middle attacks. The initial opportunity is the creation of a DASO that allows for e-voting enterprises built using consoles and virtual applications that utilize a cryptoledger, allowing members of organizations and institutions of all sizes to securely sign policy decisions. This would be designed in a manner able to prevent internal takeovers and allow for quick dissolution (e.g., to manually reallocate assets), as a self-termination clause could be programmatically designed within a DACP that could be triggered if enough shareholders submit signatures (or Voice) to a specific internal address within a specific timeframe (nLockTime). In such a model, power and authority, rather than being collected at the top, is spread to the edges of the network by allowing key holders (or VoiceHolders) to influence the decision-making and priorities of the DACP proportionally with their preapproved voting rights (e.g., when setting up a firm, a voting structure is put in place usually based on the amount of equity or shares an individual has). The legal liability and responsibility of a DACP or DAC still trace back to the key holders who*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073901

| Number | Description |
|--------|-------------|

sign their digital keys with a DACP which then calculates results based upon the prearranged voting proportionality. For example, Craig's Coffee requires that the allocation of special funds.

18. All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project):

**PROJECT TITLE: DACP Assurance Contracts:**

**Project description:**

A DACP can be created as articulation of an assurance contract based upon a predesigned outcome, those who agree with the sentiment send funds to the DACP (the fundraising) and after a value-threshold is met, the DACP acts to bring about the desired result. Funds that are raised during this process are not releasable until a threshold (e.g., 51%) of those who put the value there in the first place, or those who purchased extra shares (e.g., giving larger voting pools) agree to both the need for the expenditure, and the final product being submitted for reimbursement. This would be created as a DASO with the ability to spend funds, but only at the direction and authorization of the majority of shareholders. The creation of such a system will mirror and utilise Bitcoin creating a DACS and DACP that are consensus driven, rules-based systems. To be part of the system is to follow the rules, so there can be no pre-mining, no individuals with privileged status at all. Privilege is the antithesis of efficiency, and these structures seek efficiency above all things.

A hypothetical DACP assurance contract that will be built and tested is detailed below:

1. DACP specification is proposed with Kickstarter Address collecting Bitcoin;

2. Received funds comprise development funds and initial DACP monetary base;

3. Kickstarter Address hits funding threshold and DACP Proposal Hub bounty is issued and rewarded by DACP consensus,

4. Proposals to develop DACP are created, and one or multiple are accepted;

5. Completed bounties are reviewed, and bounties are released by prearranged consensus. DACs cannot integrate submitted bounty solutions until the winner has been paid; and

6. Once the platform is created and operational, DACP token holders can sell their tokens for Bitcoin at current market rate, hold it to speculate on the platform becoming more popular relative to the fixed number of DACP tokens, or exchange their DACP token with the DACP itself for DAC token as described above.

**Associated Experimental Case Studies:** Creating an initial simple DAO designed to execute a contract based on pre-agreed to conditions.

In this, the contract would be coded such that if a digital signature counts as a vote, the only way to modify what a DAO would do is to get X amount of votes to approve some kind of execution process. The specific amounts are hardcoded into the program

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073902

| Number | Description |
|--------|-------------|

*beforehand and perhaps some are weighted differently. To a limited extent, multi-signature transactions, also known as m-of-n transactions (e.g., "joint bank account" "multi-signature lotteries").*

*There is some minor ability to do this with Bitcoin alone, but the limit of around 10,000 bytes will not be enough to fit hundreds of "votes" and hence could not be used for any large scale system. Multi-signature authorization of transactions is not a new concept as it has existed for hundreds of years in every corner of the globe. These have been utilised in order to force conspiracy to take place in order for abuse to be undertaken. That is to say, no single individual has the unilateral ability to abuse the treasury of an organization (or launch a ballistic missile). For instance, using the Bitcoin protocol today as established by the built-in rules of Script (the name of the internal language), three parties could sign a contract which is programmed to release funds so as long as it receives the digital key of at least two of the parties. As a consequence, this makes the Bitcoin protocol the legal system as it is impossible to use the tokens without the signatures. Or in other words, if Bob operates a small company he may need to have 2-out-of-3 executives sign a document in order to release funds to pay for warehouse expansions. With cryptocurrencies, the same idea applies wherein to move a ledger value (a Bitcoin) to a different address, a smart contract or DAO that holds and controls "locked" tokens needs a predetermined amount (threshold) of digital signatures to release them. While it is not a complete DAO (let alone a DASO), Bits of Proof has developed software that provides this type of 2-out-of-3 reconciliation on a small scale using Bitcoin. The aim is to extend this such that a small company could create a DAO (and one day a DASO) on the Bitcoin ledger. As an example, if the company has five executives, each with a digital key needed to utilize and modify the cryptoledger, based on the company charter (and as specified in the smart contract or DAO), at least three of the five are required to use their keys in order for the tokens within a DAO to be used. After a company meeting, an agreement is made to use the funds and three executives – Alice, Bob, and Carol – are asked to use their digital signatures (keys) to tell the DAO to release a certain amount of tokens. Utilizing their smartphones (or any network connected device with an app tied into the ledger), they then submit their key and the funds are released.*

19. All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: Core - Time Clock and Log-in based contractor DAC**

20. All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: Core - Peer to Peer Insurance Markets and DAC**

21. All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073903

| Number | Description |
|---|---|

Rights in connection with this project*)*:

**PROJECT TITLE: Core – DASO employment and contractor Smart Contract:**

**Project description**:

*We postulate that the creation of a DASO based in the Blockchain can be created that incorporates various clauses programmed into the contract to hedge against (or prevent, or in case of) some type of counterparty risk. One example of such a smart contract system would be the development of a contract for a low paid migrant job.*

*For example, we propose to develop and test a system that would, work in the following way:*

*• Bob, an employee, would use a digital key to sign a smart contract with his boss Alice, who also uses a digital key to sign it.*

*• Within the contract will be a number of provisions and stipulations regarding payment time periods and clauses that hedge against the possibility that one party does not fulfil his or her end of the bargain.*

*• The system will be developed to allow for a clause that says how payment will actually take place and an escrow service will be enabled.*

*• The contract would be stored on a public decentralized cryptoledger (Bitcoin).*

*• Being stored on a public cryptoledger we seek to prove that it would be tamper proof and forge proof as it sits there immune from third party interference.*

*Note that whilst most people think of Bitcoin as a currency tracking tool, in arithmetic terms it is more akin to a database that can be used to track any particular dataset (e.g., a Bitcoin) as long as it fits within the technical limitations.  It just so happens that the sole data this past four years has been for one particular "token" as represented by an integer on the ledger (i.e., Bitcoin).*

*While there is a way to change the way the DAO could operate by convincing the rest of those with votes to modify it with their private keys, the original contract would still be left in public view and remain untampered.*

*We propose that the creation of a contract with an nLockTime (time-based) clause or condition that after X amount of time can be generated such that where predefined conditions are not met (for example, payment) then the contract would follow a turning complete path through a series of predefined termination clauses.*

*It is postulated that this could be extended to send the contract terms to a predefined arbiter or escrow DAO or DASO. There is a long way and much research to be completed before a smart contracts could be expected to solve the majority of the problems on the edges of a network (e.g. brick-and-mortar infrastructure), but we seek to prove that it will prevent tampering with the actual contract itself thereby protecting employees (and employers) from trusted third party risks such as fraud.*

*We seek to demonstrate the initial test contract that would be formulated in the following manner:*

*• Bob (the employee or contractor) digitally signs a smart contract (on the Bitcoin Blockchain) with Alice (the employer) stipulating various expectations, terms of compensation, etc.*

ATTORNEY'S EYES ONLY

DEF_00073904

| Number | Description |
|---|---|
| | • *The smart contract stipulates that payment will be released at set each month if no issues occur.* |
| 22. | All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project): |

**PROJECT TITLE: Core – Anti-Fraud loyalty DASO:**

**Project description**:

*We believe that the development of a series of fraud resistant loyalty programs, merchant reward programs and "Frequent flier tokens" can be built into a Bitcoin based cryptoledger.  These aid in preventing and mitigating the risks involved in travel and loyalty system fraud  (e.g. getting frequent-flier miles without flying).*

*We hypothesise that it will be possible to create an economically viable loyalty scheme on the Blockchain that can offload the auditing, storage and transportation of rewards and utilize the "contract" system of the Bitcoin cryptoledger by using an arbitrary amount of a token (0.001 BTC), creating a "contract" that defines a set amount of mileage (which itself will likely have some predefined expatriation dates).  Assuming that flyers are using cryptocurrency wallets and provide the airline with their wallet addresses, the users will be able to receive the mileage amount in their wallets. In turn the users can sell and trade the reward tokens by sending a specified amount to the company such as trading Airline miles.*

*We propose that this would not simply suit frequent flier miles but that other institutions (even stores such as Woolworths) could use a smart contract to issue and track its own customer loyalty program rewards. We propose that a Blockchain based system similar to a coffee card requiring a customer to collect a certain threshold of stamps for a free coffee can be developed on the cryptoledger where customers would be stopped from gaming the system. Such fraud occurred with Subway where by buying and selling entire reams of stamps on eBay, creating massive stamp inflation costing the parent company an unspecified amount in losses and led to Subway ending the loyalty program in 2005.*

*We hypothesise that this can be extended into cryptoledger based coupons.*

*While this may seem like a mundane area, it is important to note that Juniper Research predicted that by 2016 "the total redemption value of mobile coupons will exceed $43 billion globally" because coupons are increasingly delivered by mobile apps. For perspective, 48% of adult internet users in the United States redeemed a digital coupon for shopping in 2012. Consumer Packaged Goods (CPG) manufacturers distributed 305 billion coupons in 2012, the same quantity as the year prior. Total redemption for 2012 fell 17% to 2.9 billion coupons, saving CPG companies a substantial $800 million in face value discounts. We seek to create a DASO providing coupons or discounts for companies to manage these redemption contracts (e.g., a type of time-locked token), which will not only reduce the logistical overhead but also prevent coupon abuse and fraud (e.g., double-spending).  According to the US postal inspector Roberta Williams, "for every coupon successfully counterfeited, it costs the manufacturer $1 million." Initially these fake coupons are scannable but the coupon inflation ultimately forces*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073905

| Number | Description |
|---|---|
| | |

*manufacturers to redeem more than they had intended.*

23. All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: Core – Smart Switch DASO**

24. All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: Triple entry distributed ledger**

25. All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: Core – Sportsbook:**

**Project description***:*

*We seek to develop and create an artificial intelligence oracle involving a sports bet. This could conduct the scenario of:*

*• Bob bet that team A would win and Alice bet the other team would win.*

*• An oracle holds the deciding key to a contract that says if team A wins, Bob receives the funds (Bitcoins) and if team B wins, Alice receives the funds.*

*The parties write and agree to a bet as a contract noting how the transaction should proceed in the event of disputes or potential ties. On the completion of event, the DAO oracle signs the contract as a payout to the winner without having an explicit middleman.*

*We postulate that unlike ordinary legal disputes involving nuances and grey areas, sports betting is an objective, idealized scenario because there is no grey area as all that an oracle would have to do is have access to an ESPN data feed for instance.*

26. All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: Distributed Autonomous Smart Organisation Project (DASO):**

**Execution Counterpart**

ATTORNEY'S EYES ONLY                                                                          DEF_00073906

| Number | Description |
|---|---|

**Project description**:

*We aim to use the Bitcoin Blockchain to create the world's first true DASO (Distributed Autonomous Smart Organisation). Although the ideas underlying the project are currently much discussed there is a lack of consensus about these concepts and related concepts such as Distributed Autonomous Organisations (DAOs) and Decentralised Autonomous Companies (DACs) (e.g. see [7]). A DAO has been described as a virtual agent capable of performing functions normally conducted by company managers and executives [1], while a DAC can be thought of as a DAO acting as a corporation (i.e. it pays dividends to shareholders [7]). These entities purport to automate business rules without recourse to centralised control and with strong defence against cyber-attacks. Despite the vision of some early luminaries [4] and current attempts to build DAOs/DACs, few known decentralized autonomous organizations exist today [1] and according to Bitcoin developer Mike Hearn there are currently no DACs in existence (though Bitcoin comes close) [1]. Our intention is to go beyond the concept of a DAO and create a Distributed Autonomous Smart Organisation by incorporating artificial intelligence. We will achieve this by leveraging our expertise in Bitcoin protocols, cyber security and AI. A core concept to be employed in our DASO is the 'smart contract' whereby various clauses are programmed into the contract to hedge against all types of counterparty risk [3]. The system operates within the quasi-trustless environment of Bitcoin's cryptoledger. 'Trustless' in this context means the system obviates the need for trust between transacting parties because of secure, independent verification processes. The project consists of research and development of the underlying processes to support this functionality as well as experimental implementations of various applications of the techniques.*

*References used throughout the application and further reading:*

*[1] Swanson, Tim (2014). Great Chain of Numbers (chapter 5). http://www.ofnumbers.com/2014/03/04/chapter-5-how-smartcontracts-could-work/ retrieved Nov 2014.*

*[2] Chen, Caleb (2014). Gavin Andresen Outlines Bitcoin 2.0 Without Ethereum. https://www.cryptocoinsnews.com/gavin-andresenoutlines-bitcoin-2-0-without-ethereum/ retrieved Nov 2014.*

*[3] Omohundro, Steve (2014). Smart Contracts. http://www.ustream.tv/recorded/54549113/highlight/570340?utm_campaign=www.meetup.com&utm_source=ustre.am/_3GSlp:2 on2&utm_medium=social&utm_content=20141125034218retrieved Nov 2014.*

*[4] Szabo, Nick (1996). Smart Contracts: Building Blocks for Digital Markets. http://szabo.best.vwh.net/smart_contracts_2.html retrieved Nov 2014.*

*[5] He, Wang, & Yan (1992). Semimartingale Theory and Stochastic Calculus. Since Press, Beijin, New York*

*[6] Buterin, Vitalik. Bootstrapping A Decentralized Autonomous Corporation: Part I (http://bitcoinmagazine.com/7050/bootstrappinga-decentralized-autonomous-corporation-part-i/) retrieved Nov 2014.*

*[7] Buterin, Vitalik. DAOs, DACs, DAs and More: An Incomplete Terminology Guide. https://blog.ethereum.org/2014/05/06/daos-*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073907

| Number | Description |
|---|---|

*dacsdas-and-more-an-incomplete-terminology-guide/ retrieved Nov 2014.*

*ANZSRC code: Information, computing and communication sciences; Artificial intelligence and image processing.*

27.     All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project):

**PROJECT TITLE: Smart Contracts:**

**Project description**:

*Traditional contracts require interpretation of imprecise language. Using our proposed contract programming language, evenunskilled users can develop 'smart contracts' that encode and automate both obligations and consequences such that once the clauses are agreed by all parties, there is no possibility of default as all behaviours are automatically executed. E.g, we propose monetary transfers be secured using a predefined escrow DASO. As these are stored on a public decentralized cryptoledger they are virtually tamper-proof and immune to third party interference. We will experiment on a range of specific real-world applications, as follows:*

**Employment Smart Contract**

*Employee and employer use digital keys to 'sign' a smart contract specifying all obligations. Payment is enforced via an escrow service.*

**Time Clock DASO**

*A DASO manages employee timekeeping to ensure fair pay for fair work. In the simplest form the DASO monitors the employee'selectronic punch card (log-in/log-out) and enforces payment by the hour. More sophisticated versions process other metrics such as keystroke rates; websites visited; files accessed; etc.*

**Anti-Fraud loyalty DASO**

*Loyalty programs (Frequent Flyer, Merchant Rewards, coupons and even coffee cards) can be economically built into the Blockchain to handle the storage and management of rewards.*

**Smart Switch DASO**

*Utilise smart contracts to create digital security systems for property (e.g. vehicles and housing) [4]. Only the rightful owner controls the cryptographic keys for property operation based on the terms of the contract. E.g, a vehicle could be rendered inoperable unless the proper challenge-response protocol is completed.*

**Sports Betting DASO**

*The parties agree to a bet using a smart contract that encodes clauses to handle ties and other incidents (e.g. horse scratching).*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073908

| Number | Description |
|---|---|
| | *The DASO automatically enacts the payout to the winner.* |
| | ***Peer to Peer Insurance Markets DASO*** |
| | *Smart contracts will be used to instantiate peer-to-peer insurance agreements.* |
| | ***Current progress*** |
| | *Progress has been limited due to staff and funding constraints. Some trials on underlying techniques (i.e. across different types of contract) are underway in which we are investigating an autonomous system with loops based on payment points (i.e., what types of systems can be built with a ten-minute average payment loop, as ten minutes is the average Bitcoin transaction verification lag).* |
| | *Progress is expected to ramp up once the constraints are lifted in the latter part of this year.* |
| 28. | All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project*):* |

**PROJECT TITLE: Experimental DASO Case Studies:**

**Project description**:

*We aim to design and simulate a company capable of executing all company functions and meeting all statutory regulations but operating on the Bitcoin cryptoledger as a full-blown DAC (Distributed Autonomous Corporation). All company operations will be managed by a customised DASO programmed to enforce activities and obligations via smart contracts and multi-signature keys (i.e. consensus voting techniques). A further aim is to extend this concept to experiment with AI bots that hold the keys and act independently based on market conditions or stakeholder representation.*

*In the initial iteration the DAC's stakeholder (e.g., a board of directors, say) will have the ability to modify operations of the DAC based upon pre-approved programmatic rules managed by the DASO. The DASO will use the multi-signature technique to control decisions. By prior agreement of the stakeholders, the DASO would be pre-programmed to enact decisions based on agreed voter thresholds. For example, a five-member board of directors could be set up to require 3 members to vote in favour of any proposal before enacting it. In later versions, AI bots will take the place of human agents. Experiments will be set up where bots run companies based on learned behaviour optimised by 'natural selection' of competing algorithms. In still other experiments, configurable AI bots will be created in such a way as to allow a human stakeholder to delegate authority to the bot. A stakeholder will select values from a range of parameters that essentially encapsulates the stakeholder's personal ethics and business outlook. From this, the AI bot can determine the stakeholder's probable position on any possible proposal and then vote on the stakeholder's behalf automatically. For example, parameters might relate to the stakeholder's risk profile; political leaning; level of profit motivation; degree of social responsibility; etc. Progress has been limited due to staff and funding constraints. Progress is expected to ramp up once the constraints are lifted in the latter part of this year.*

ATTORNEY'S EYES ONLY

DEF_00073909

| Number | Description |
|--------|-------------|
| 29. | All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project*)*:<br><br>**PROJECT TITLE: Online Distributed Ledger DASO**:<br><br>**Project description**:<br><br>*A well-known business problem is the lag time between the close of a financial period and the closing of the books. We aim to build a type of DASO called an Online Distributed Ledger (ODL) into the Bitcoin Blockchain that will account for and report on every transaction in real time. The intention is to create an API designed to allow even traditional companies to make entries into the ODL. Thus, a centralized system can interface with decentralized processes to enable businesses to integrate financial databases. Account records will be kept up to date and will be accessible at any time to all authorised parties including customers, vendors and auditors. Audit trail would persist in perpetuity as each transaction would be time-stamped, hashed and never deleted. This lessens the requirement for regular auditing, thereby reducing costs and minimising disruption to business activities.*<br><br>*Accounting methods are about tracking state changes in units of account. The units usually represent money but the same underlying process can be extended into a universal tracking and reporting system for any type of property. This can be implemented on the Bitcoin Blockchain by assigning a nominal value to the transaction (i.e. a single satoshi). Furthermore, the system can be segmented, allowing individual users to create separate and private accounts for anything that needs to be tracked. We aim to demonstrate this latter function with an experiment on Vehicle Tracking. We will maintain vehicle records using data derived from various sources (e.g. GPS and user calendar information) transmitted into the ODL. Progress has been limited due to staff and funding constraints. Progress is expected to ramp up once the constraints are lifted in the latter part of this year.* |
| 30. | All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project*)*:<br><br>**PROJECT TITLE**: **Decentralized Consensus (Distributed Autonomous Smart Organisation) Project**<br><br>**Project description**:<br><br>*The creation of a self-defining platform and a programming language that makes it possible for any developer to build and publish next-generation distributed applications. The project will create a AI (artificial intelligence) and learning system can be used to codify, decentralize, secure and trade just about anything: voting, domain names, financial exchanges, crowd funding, company governance, contracts and agreements of most kind, intellectual property, and even smart property through hardware integration.* |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073910

| Number | Description |
|---|---|
| | *At present, laws are created by intuition and written in an imprecise language. This project seeks to create the tools for expressing laws in a precise semantic language, better understanding their likely impacts, and automatically designing laws to achieve desired outcomes.* |
| | *At present Smart Contracts are limited. Contracts are society's programming language. Today they're written in an imprecise, hard to read, and hard to write language. We seek to develop a new framework that supports automatic contract creation, enforcement, and interpretation.* |
| | *This will extend into developing a smarter framework for modelling economic behaviour and making better decisions.* |
| | *A DASO is a virtual AI agent capable of performing, fulfilling, and executing the tasks, actions, and functions normally conducted by managers and executives, such as paying bills, issuing dividends and even crowd funding an IPO.* |
| | *The aim is to produce a system that allows this to occur within a trustless or quasi-trustless environment with the "balance of trustlessness" determined by the intention of the parties and the capabilities of the code.  The use of a Turing-complete language integrated with a cryptoledger, a DASO could be used to create a tamper-resistant or tamperproof entity, immune to many of the abuses and vulnerabilities that have been happening to brick-and-mortar organizations are today (e.g., burglaries, arson, unintentional exposure to proprietary documents).* |
| | *Currently no real decentralized autonomous organization (also known as a decentralized autonomous corporation or autonomous agent) is known to actually exist on a cryptoledger, although there are payroll bots and various software-based HR tools out on the market that integrate at the edges (BitPay) .* |
| | *The use of Bitcoin will help facilitate the creation of a DASO as all users technically must submit a digital key which counts as some kind of voting mechanism, shareholders (miners) receive direct compensation for their work (seigniorage) – and there is no administrative overhead per se.* |
| 31. | All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project*)*: |

**PROJECT TITLE: Core - Virtualised HPC: The development of a HPC (High Preformance Computing) Platform**

**Project description**:

*Multi-Layer perceptron (MLP) is a feedforward neural network with one or more layers between input and output layer. Feedforward means that data flows in one direction from input to output layer (forward). This type of network is trained with the backpropagation learning algorithm. MLPs are widely used for pattern classification, recognition, prediction and approximation. Multi-Layer Perceptron can solve problems which are not linearly separable.*

*To create and train Multi-Layer Perceptron neural network we will do the following set of steps for each test or experiment*

**Execution Counterpart**

ATTORNEY'S EYES ONLY                    DEF_00073911

| Number | Description |
|---|---|
|  | subset: |

*subset:*

*1. Create start case Perceptron neural network project;*

*2. Create Multi-Layer perceptron network;*

*3. Create training set;*

*4. Train network; and*

*5. Test trained network.*

*The main advantage to a systems engineering approach is the ease with which it can be automated. We hypothesise that the various inputs and formula we seek to test as seed inputs can become inputs into a neural network algorithm. Equation (1) could be modelled in three layers*

*Here, an input layer with one neuron for each Input (system or application) could be used to map for IP Options, fraud and market conditions, price volatility and reputation etc. The system of perceptrons would be processed using a hidden neuron layer in which each neuron represents combinations of inputs and calculates a response based on current data coupled with expected future data, a prior data and external systems data. Data processed at this level would feed into an output layer. The result of the neural network would supply the output as an economic risk function. In this way, a risk function can be created that not only calculates data based on existing and known variables (He, Wang, & Yan, 1992), but also updates automatically using external sources and trends. Many external sources have become available in recent years that provide external trending and correlation points. Unfortunately, most of these services have clipped data as the determination of complex market conditions is generally unclear and takes time to diagnose where much otherwise useful data is lost.*

*A depiction of a Multi-Layer layer topology neural network: We hypothesise that for market data that can be built into a DASO that multi- layer topology neural networks can be used to accept data from risk models and automatically update the risk profile of an organization or individual and hence to minimise economic loss conditions and create a more rational considered approach to financial transactions. We further hypothesise that when modelling risk, each application and system can be modelled using a perceptron.*

*Inputs being fed into a perceptron: The perceptron is the computational workhorse in this system. In this it is reasonable to model the selected risk factors for the system and calculate a base risk that is trained and updated over time.*

32.     All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project):

**PROJECT TITLE: Supporting – Development of a virtualised multicore platform:**

**Project description:**

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073912

| Number | Description |
|---|---|
| | *Supercomputing is rapidly becoming an essential element of innovation and competitiveness. Computer-based methods now play a central role in all areas of economic development, education, and research. Economically, computational analysis, modelling, and simulation have become a distinguishing factor in business competitiveness. Educationally, developing computing skills in students is an essential part in preparing for a future in a wide range of careers.* |
| | *Establishing the virtualised core supercomputer will greatly accelerate these trends to the benefit of Denariuz and allow it to complete the creation of a DASO in a timely manner.* |
| | *These systems will have very high-speed fibre connectivity, small computing clusters, high-speed, high definition video conferencing, a large 3-D visualization screen, and desktop computing platforms with 3-D visualization. In order to support the proposed research activities with access to world-class computing assets, we will first acquire state-of-the-art cluster computing capacity with a nominal speed of 1,000-2,000 Teraflops. The central workhorse of the project will be one of the fastest computers for unclassified research in the world performing at more than 1,000 Teraflops when it goes live. Opportunistic Supercomputing is a form of networked grid computing whereby a "super virtual computer" of many loosely coupled volunteer computing machines performs very large computing tasks. Grid computing has been applied to a number of large-scale embarrassingly parallel problems that require supercomputing performance scales. The problem with many approaches is that basic grid and cloud computing approaches that rely on volunteer computing cannot handle traditional supercomputing tasks such as fluid dynamic simulations and will not be adequate for the use in the creation of a set of multi-level perceptron based DASO's that compete in evolutionary formats.* |

33.  All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: Core – Decentralized Autonomous Consensus Platform (DACP) and associated experimental case studies: - Project description**:

*Unlike in a legacy company where decision-making authority is concentrated at the executive level, in a Decentralized Autonomous Consensus Platform (DACP), the decision-making authority is part automated, in that it has specific rules that are followed without possibility of deviation from expected form, and conversely human interaction and bias is limited to the edges. In such a model, power and authority, rather than being collected at the top, is spread to the edges of the network by allowing key holders (or VoiceHolders) to influence the decision-making and priorities of the DACP proportionally with their preapproved voting rights (e.g., when setting up a firm, a voting structure is put in place usually based on the amount of equity or shares an individual has).*

*Bitcoin introduced the idea of autonomous distributed consensus, automation at the centre of the network and intelligence on the edges.*

*The legal liability and responsibility of a DACP or DAC still trace back to the key holders who sign their digital keys with a DACP*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073913

| Number | Description |
|--------|-------------|

which then calculates results based upon the prearranged voting proportionality. For example, Bob's Boutique requires that the allocation of special funds used by the DACP to hire contractors must be approved by a threshold of digital signatures. If the threshold is unmet then the DACP does not release the funds to hire the contractors.

Software-based solutions used to calculate, authenticate and verify shareholder votes for many corporations and organizations exist. These however are all centralised and rely on a trusted third party (or parties) making them susceptible to social engineering and man-in-the-middle attacks. The initial opportunity is the creation of a DASO that allows for e-voting enterprises built using consoles and virtual applications that utilize a cryptoledger, allowing members of organizations and institutions of all sizes to securely sign policy decisions. This would be designed in a manner able to prevent internal takeovers and allow for quick dissolution (e.g., to manually reallocate assets), as a self-termination clause could be programmatically designed within a DACP that could be triggered if enough shareholders submit signatures (or Voice) to a specific internal address within a specific timeframe (nLockTime). In such a model, power and authority, rather than being collected at the top, is spread to the edges of the network by allowing key holders (or VoiceHolders) to influence the decision-making and priorities of the DACP proportionally with their preapproved voting rights (e.g., when setting up a firm, a voting structure is put in place usually based on the amount of equity or shares an individual has). The legal liability and responsibility of a DACP or DAC still trace back to the key holders who sign their digital keys with a DACP which then calculates results based upon the prearranged voting proportionality. For example, Craig's Coffee requires that the allocation of special funds.

34. All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project):

**PROJECT TITLE: DACP Assurance Contracts:**

**Project description**:

A DACP can be created as articulation of an assurance contract based upon a predesigned outcome, those who agree with the sentiment send funds to the DACP (the fundraising) and after a value-threshold is met, the DACP acts to bring about the desired result. Funds that are raised during this process are not releasable until a threshold (e.g., 51%) of those who put the value there in the first place, or those who purchased extra shares (e.g., giving larger voting pools) agree to both the need for the expenditure, and the final product being submitted for reimbursement. This would be created as a DASO with the ability to spend funds, but only at the direction and authorization of the majority of shareholders. The creation of such a system will mirror and utilise Bitcoin creating a DACS and DACP that are consensus driven, rules-based systems. To be part of the system is to follow the rules, so there can be no pre-mining, no individuals with privileged status at all. Privilege is the antithesis of efficiency, and these structures seek efficiency above all things.

A hypothetical DACP assurance contract that will be built and tested is detailed below:

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073914

| Number | Description |
|--------|-------------|
| | 1. DACP specification is proposed with Kickstarter Address collecting Bitcoin; |
| | 2. Received funds comprise development funds and initial DACP monetary base; |
| | 3. Kickstarter Address hits funding threshold and DACP Proposal Hub bounty is issued and rewarded by DACP consensus, |
| | 4. Proposals to develop DACP are created, and one or multiple are accepted; |
| | 5. Completed bounties are reviewed, and bounties are released by prearranged consensus.  DACs cannot integrate submitted bounty solutions until the winner has been paid; and |
| | 6. Once the platform is created and operational, DACP token holders can sell their tokens for Bitcoin at current market rate, hold it to speculate on the platform becoming more popular relative to the fixed number of DACP tokens, or exchange their DACP token with the DACP itself for DAC token as described above. |

**Associated Experimental Case Studies:** Creating an initial simple DAO designed to execute a contract based on pre-agreed to conditions.

In this, the contract would be coded such that if a digital signature counts as a vote, the only way to modify what a DAO would do is to get X amount of votes to approve some kind of execution process.  The specific amounts are hardcoded into the program beforehand and perhaps some are weighted differently.  To a limited extent, multi-signature transactions, also known as m-of-n transactions (e.g., "joint bank account" "multi-signature lotteries").

There is some minor ability to do this with Bitcoin alone, but the limit of around 10,000 bytes will not be enough to fit hundreds of "votes" and hence could not be used for any large scale system. Multi-signature authorization of transactions is not a new concept as it has existed for hundreds of years in every corner of the globe.  These have been utilised in order to force conspiracy to take place in order for abuse to be undertaken.  That is to say, no single individual has the unilateral ability to abuse the treasury of an organization (or launch a ballistic missile). For instance, using the Bitcoin protocol today as established by the built-in rules of Script (the name of the internal language), three parties could sign a contract which is programmed to release funds so as long as it receives the digital key of at least two of the parties.  As a consequence, this makes the Bitcoin protocol the legal system as it is impossible to use the tokens without the signatures.  Or in other words, if Bob operates a small company he may need to have 2-out-of-3 executives sign a document in order to release funds to pay for warehouse expansions.  With cryptocurrencies, the same idea applies wherein to move a ledger value (a Bitcoin) to a different address, a smart contract or DAO that holds and controls "locked" tokens needs a predetermined amount (threshold) of digital signatures to release them. While it is not a complete DAO (let alone a DASO), Bits of Proof has developed software that provides this type of 2-out-of-3 reconciliation on a small scale using Bitcoin. The aim is to extend this such that a small company could create a DAO (and one day a DASO) on the Bitcoin ledger.  As an example, if the company has five executives, each with a digital key needed to utilize and modify the cryptoledger, based on the company charter (and as specified in the smart contract or DAO), at least three of the five are required to use their keys in order for the tokens within a DAO to be used.  After a company meeting, an agreement is made to use the funds and three executives – Alice, Bob, and Carol – are asked to use their digital signatures

**Execution Counterpart**

ATTORNEY'S EYES ONLY                                                                    DEF_00073915

| Number | Description |
|---|---|
| | (keys) to tell the DAO to release a certain amount of tokens.  Utilizing their smartphones (or any network connected device with an app tied into the ledger), they then submit their key and the funds are released. |
| 35. | The Works comprised in the body of work described as: consolidated blockchain based accounting. |
| 36. | The Works comprised in the body of work described as: multi signature trust. |
| 37. | The Works comprised in the body of work described as: distributed financial distress rating system. |
| 38. | The Works comprised in the body of work described as: one-step posting for approval-based ledger transactions using multi-signature wallets. |
| 39. | The Works comprised in the body of work described as: non-interest property purchase. |
| 40. | The Works comprised in the body of work described as: lease and loan sub-ledger blockchain accounting methods and system. |
| 41. | The Works comprised in the body of work described as: a capital asset planning system for smart property contracts. |
| 42. | The Works comprised in the body of work described as: combination cryptocurrency wallet and multi-account ledger balancing system for monitoring a user's spending habits in real-time. |
| 43. | The Works comprised in the body of work described as: system and method for capturing and storing casino information in a blockchain. |
| 44. | The Works comprised in the body of work described as: financial management system and method with blockchain transaction and non-debt management. |
| 45. | The Works comprised in the body of work described as: system and method for margin loan securitization using non-debt based allocation and account payment. |
| 46. | The Works comprised in the body of work described as: blockchain mapped budgetary ledger. |
| 47. | The Works comprised in the body of work described as: intercompany transactions elimination system. |
| 48. | The Works comprised in the body of work described as: a stock allocation and capitalisation system for a DAC. |
| 49. | The Works comprised in the body of work described as: a bond system for a DAC. |
| 50. | The Works comprised in the body of work described as: sportsbook. |

**Execution Counterpart**

ATTORNEY'S EYES ONLY                                                                    DEF_00073916

| Number | Description |
|--------|-------------|
| 51. | The Works comprised in the body of work described as: method and system of using invoice categorization in blockchain accounting to deliver an automated management application. |
| 52. | The Works comprised in the body of work described as: Electronic P2P Margin Management System For Managing Actions Such As Margin Calls Under Margin Agreements. |
| 53. | The Works comprised in the body of work described as: Electronic P2P Margin Management System For Managing Actions Such As Margin Recalls Under Margin Agreements. |
| 54. | The Works comprised in the body of work described as: method and system for facilitating commerce, social interaction and charitable activities as a distributed automomous Social organisation. |
| 55. | The Works comprised in the body of work described as: automata, system and Method for Equity-Based Compensation Accounting utilising the blockchain. |
| 56. | The Works comprised in the body of work described as: smart event ticketing. |
| 57. | The Works comprised in the body of work described as: methods and systems for improving timely loan repayment by controlling online accounts, notifying social contacts, using loan repayment DASo's employing social graphs. |
| 58. | The Works comprised in the body of work described as: verify signed software on the Blockchain. |
| 59. | The Works comprised in the body of work described as: system and method of tracking and recognizing the exchange of favors in a DASO. |
| 60. | The Works comprised in the body of work described as: DASO - (e) Sports bet (85%). |
| 61. | The Works comprised in the body of work described as: user-controlled blockchain verified sweepstakes entries. |
| 62. | The Works comprised in the body of work described as: blockchain enabled Enterprise information management system and methods. |
| 63. | The Works comprised in the body of work described as: system and method for international merchandise return service against the blockchain. |
| 64. | The Works comprised in the body of work described as: DASO - (a) Employment smart contract. |
| 65. | The Works comprised in the body of work described as: DASO - (c) Anti-fraud loyalty. |
| 66. | The Works comprised in the body of work described as: blockchain verified Player reward program with loyalty-based reallocation. |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073917

| Number | Description |
| --- | --- |
| 67. | The Works comprised in the body of work described as: automatically verified Player reward program with loyalty-based reallocation. |
| 68. | The Works comprised in the body of work described as: DASO - (d) Smart switch. |
| 69. | The Works comprised in the body of work described as: DASO - (b) Time clock. |
| 70. | The Works comprised in the body of work described as: vehicle history log. |
| 71. | The Works comprised in the body of work described as: autonomous consensus platform. |
| 72. | The Works comprised in the body of work described as: method and system for generating occupant schedules that are maintained in the blockchain. |
| 73. | The Works comprised in the body of work described as: DASO and method for collaborative shopping, business and entertainment. |
| 74. | The Works comprised in the body of work described as: deterministic Finite Automata Graph Traversal with Nodal Bit Mapping based on a distributed block system. |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073918

## Schedule 12

### Interconnected Research

| Number | Description |
|---|---|
| 1. | All Intellectual Property Rights owned by Interconnected Research in its research and development focussed on cryptocurrencies. |
| 2. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Hotwire owns the majority of the Intellectual Property Rights in connection with this project): <br> **PROJECT TITLE: IT infrastructure proof-of-concept platform.** |
| 3. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Hotwire owns the majority of the Intellectual Property Rights in connection with this project): <br> **PROJECT TITLE:** P-20140307-IT-Pholus-DC-Hotwire 2014. |
| 4. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Hotwire owns the majority of the Intellectual Property Rights in connection with this project): <br> **PROJECT TITLE:** P-20130005-Denariuz-Core-Banking. |
| 5. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Hotwire owns the majority of the Intellectual Property Rights in connection with this project): <br> **PROJECT TITLE:** P-20130006-Denariuz-Exchange-Server |
| 6. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Hotwire owns the majority of the Intellectual Property Rights in connection with this project): <br> **PROJECT TITLE:** P-20140002-Hierarchical-Deterministic-eWallet. |
| 7. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Hotwire owns the majority of |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073919

| Number | Description |
|--------|-------------|
| | the Intellectual Property Rights in connection with this project):<br>**PROJECT TITLE:** P-20140003-Sochi-Bitcoin-Management-System. |
| 8. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Hotwire owns the majority of the Intellectual Property Rights in connection with this project):<br>**PROJECT TITLE:** P-20130001-Genoa-eWallet. |
| 9. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Hotwire owns the majority of the Intellectual Property Rights in connection with this project):<br>**PROJECT TITLE:** P-20130004-Beijing-eRedPacket. |
| 10. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Hotwire owns the majority of the Intellectual Property Rights in connection with this project):<br>**PROJECT TITLE:** P-20140004-Denariuz-eWallet. |
| 11. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Hotwire owns the majority of the Intellectual Property Rights in connection with this project):<br>**PROJECT TITLE:** Load Test and Distributed data design (Registration). |
| 12. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Hotwire owns the majority of the Intellectual Property Rights in connection with this project):<br>**PROJECT TITLE:** Course Structuring. |
| 13. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Hotwire owns the majority of the Intellectual Property Rights in connection with this project):<br>**PROJECT TITLE:** P-20130002-Socrates-Adaptive eLearning (Phase 1). |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073920

| Number | Description |
| --- | --- |



14. All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Hotwire owns the majority of the Intellectual Property Rights in connection with this project):

   **PROJECT TITLE:** P-20130007-Plato-eLearning-Phase 2.

15. All Intellectual Property Rights owned by Interconnected Research that were assigned by Integyrz to Interconnected Research under the R&D Services Agreement between Integyrz and Interconnected Research including all such Intellectual Property Rights created in the course of or in connection with the following projects, including in all Works created in the course of or in connection with these projects:
   - XBT Accounting System;
   - XBT Accounting System (regulated); and
   - ABT Accounting System Commercialisation.

16. All Intellectual Property Rights owned by Interconnected Research that were assigned by Pholus to Interconnected Research under the Consultancy Agreement between Pholus and Interconnected Research.

17. All Intellectual Property Rights owned by Interconnected Research that were assigned by Panopticrypt to Interconnected Research under the Consultancy Agreement between Panopticrypt and Interconnected Research.

18. All Intellectual Property Rights owned by Interconnected Research under the R&D Services Agreement between Interconnected Research and Pholus (being all such Intellectual Property Rights in Interconnected Research's methodologies, models and other confidential or proprietary information of Interconnected Research).

19. All Intellectual Property Rights owned by Interconnected Research under the R&D Services Agreement between Interconnected Research and Zuhl (being all such Intellectual Property Rights in Interconnected Research's methodologies, models and other confidential or proprietary information of Interconnected Research).

20. All Intellectual Property Rights owned by Interconnected Research under the R&D Services Agreement between Interconnected Research and Denariuz (being all such Intellectual Property Rights in Interconnected Research's methodologies, models and other confidential or proprietary information of Interconnected Research).

21. All Intellectual Property Rights owned by Interconnected Research under the R&D Services Agreement between Interconnected Research and C01N (being all such Intellectual Property Rights in Interconnected Research's methodologies, models and other confidential or proprietary information of Interconnected Research).

22. All Intellectual Property Rights owned by Interconnected Research under the R&D Services Agreement between Interconnected Research and Cloudcroft (being all such Intellectual Property Rights in Interconnected Research's methodologies, models and other

**Execution Counterpart**

ATTORNEY'S EYES ONLY                                                      DEF_00073921

| Number | Description |
|--------|-------------|
| | confidential or proprietary information of Interconnected Research). |
| 23. | All Intellectual Property Rights owned by Interconnected Research under the R&D Services Agreement between Interconnected Research and Coin-Exch (being all such Intellectual Property Rights in Interconnected Research's methodologies, models and other confidential or proprietary information of Interconnected Research). |
| 24. | All Intellectual Property Rights owned by Interconnected Research under the R&D Services Agreement between Interconnected Research and Daso (being all such Intellectual Property Rights in Interconnected Research's methodologies, models and other confidential or proprietary information of Interconnected Research). |
| 25. | All Intellectual Property Rights owned by Interconnected Research under the R&D Services Agreement between Interconnected Research and Panopticrypt (being all such Intellectual Property Rights in Interconnected Research's methodologies, models and other confidential or proprietary information of Interconnected Research). |
| 26. | All Intellectual Property Rights owned by Interconnected Research under the R&D Services Agreement between Interconnected Research and Integyrz (being all such Intellectual Property Rights in Interconnected Research's methodologies, models and other confidential or proprietary information of Interconnected Research). |
| 27. | All Intellectual Property Rights owned by Interconnected Research under the R&D Services Agreement between Interconnected Research and Hotwire Preemptive Intelligence Pty Ltd and Coin-Exch (being all such Intellectual Property Rights in Interconnected Research's methodologies, models and other confidential or proprietary information of Interconnected Research). |
| 28. | All Intellectual Property Rights owned by Interconnected Research under the Consultancy Agreement between Interconnected Research and Misfit Games (being Intellectual Property Rights other than intellectual property in "Inventions and Works" as defined in and created under the Consultancy Agreement between Interconnected Research and Misfit Games). |
| 29. | All Intellectual Property Rights owned by Interconnected Research under the Consultancy Agreement between Interconnected Research and Chaos (being Intellectual Property Rights other than intellectual property in "Inventions and Works" as defined in and created under the Consultancy Agreement between Interconnected Research and Chaos). |
| 30. | All Intellectual Property Rights owned by Interconnected Research under the Consultancy Agreement between Interconnected Research and Head Vendor Co (being Intellectual Property Rights other than intellectual property in "Inventions and Works" as defined in and created under the Consultancy Agreement between Interconnected Research and Head Vendor Co). |
| 31. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073922

| Number | Description |
|--------|-------------|

project including all Works created in the course of or in connection with such project:

**PROJECT TITLE**: **BTC Accounting: XBT Accounting Project**

**Project description**:

*The project is designed to deliver an accounting system that can utilise the blockchain directly to account for transactions using Bitcoin. No accounting system currently uses any crypto currency natively. The aim of this project is to create an accounting platform that can use both Fiat currency as well as crypto currency. The means to do this will be to develop a system that directly calls the Bitcoin Blockchain and matches the transactions against a market rate. This market rate will be determined as follows:*

- *XE.com  XBT to XBT based transactions;*
- *XE.com  XBT to goods transactions; and*
- *XE.com  Goods to XBT based transactions.*

*In this manner, we believe that a system can be created that can self-reconcile and also resist fraud through the matching of transactions against the public Blockchain. First, with regard to the notion that price can vary from value market-wide, as Ludwig von Mises points out in Human Action, "There is no such thing as prices outside the market." In other words, the price is the market value. Market makers maintain books of Bid and Ask prices.*

*When a buyer or seller enters the market, he, she, it, or they will have a combination of price and quantity in mind.  For example, if the most recent trade took place at USD 120, and one wanted to buy bitcoin, that person would offer to buy a specific quantity at that price.  If a seller were willing to sell that quantity or more at, e.g., USD 119.99, then the buyer might be willing to buy a little bit more, so that the value of the entire transaction were constant, or that person might buy the original quantity at the lower price and keep the difference.*

*From one perspective, Bitcoin is a commodity, where one unit is as valuable as any other.  However, each unit is also unique, and can be traced through the blockchain's permanent transaction record. One can use a Bitcoin wallet to sign blocks of text, and embed the cryptographic hashes of those signed blocks of text into the blockchain as a kind of notarization.  Although it can be used as a currency—as cigarettes can be used as a currency—it is much more. This ability can lead to "Coloured coins" that have a value in market greater than the "face" value of a standard bitcoin and this also needs to be accounted when "smart property" starts to be utilised in force.*

32.  All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project:

**PROJECT TITLE**: **Core - Bitcoin daemon and mapping system:**

**Project description**:

**Testing hypothesis**:

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073923

| Number | Description |
|--------|-------------|
| | *If one can use a Bitcoin wallet to sign blocks of text, and embed the cryptographic hashes of those signed blocks of text into the blockchain as a kind of notarization, can this be accounted separately.* |
| | *Can market transactions be accounted automatically with blockchain based accounts linking to cloud based invoice systems?* |
| 33. | All Intellectual Property Rights owned by Interconnected Research that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project: |
| | **PROJECT TITLE**: **Development of a base accounting system that can be linked to the Blockchain** |
| | **Project description**: |
| | *We will create a system that uses existing accounting practices. This will be used to integrate the blockchain based functions. Users of this platform will have access to discounted accounting and business services in partnership with accountants, including entity incorporation, crowdfunding (pre-sales or equity), and networking.* |
| | *In order to develop a software based platform, the system to run, test and compile this platform needs to exist first.* |
| 34. | The Works comprised in the body of work described as: blockchain based accounting system. |
| 35. | The Works comprised in the body of work described as: blockchain based accounting system (a system and method to utilise the blockchain for an accounts receivable system). |
| 36. | The Works comprised in the body of work described as: system and method for conducting an electronic financial asset deposit auction using the blockchain. |
| 37. | The Works comprised in the body of work described as: method and electronic apparatus for performing automated bookkeeping using the blockchain. |
| 38. | The Works comprised in the body of work described as: P2P system and method for facilitating the lending of digital content using contacts lists. |
| 39. | The Works comprised in the body of work described as: P2P personal financial network. |
| 40. | The Works comprised in the body of work described as: a system for reading, organising and manipulating accounting data held within the blockchain. |
| 41. | The Works comprised in the body of work described as: blockchain based activity information accounting method and system. |

ATTORNEY'S EYES ONLY                                                    DEF_00073924

| Number | Description |
|--------|-------------|
| 42. | The Works comprised in the body of work described as: system and method for automatically managing bad accounts of accounts receivable using the blockchain. |
| 43. | The Works comprised in the body of work described as: transaction accounting payment and classification system for blockchain based accounting. |
| 44. | The Works comprised in the body of work described as: a method to integrate utility accounting, materials management, work management and regulatory reporting software based on the blockchain. |
| 45. | The Works comprised in the body of work described as: automatic taxonomy merge system for blockchain based accounting. |
| 46. | The Works comprised in the body of work described as: extensible vote based property ownership system. |
| 47. | The Works comprised in the body of work described as: vote based blockchain requisition and authorisation process. |
| 48. | The Works comprised in the body of work described as: method and system to manage blockchain enabled services for multiple managed computer systems. |
| 49. | The Works comprised in the body of work described as: XML mapping system block chain integration. |
| 50. | The Works comprised in the body of work described as: an integrated secure blockchain based voting system. |
| 51. | The Works comprised in the body of work described as: auditable secret voting system. |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073925

## Schedule 13

### Zuhl

| Number | Description |
|--------|-------------|
| 1. | All Intellectual Property Rights owned by Zuhl in its online academic network known as a social learning system. |
| 2. | All Intellectual Property Rights owned by Zuhl that were assigned by Intergyrz to Zuhl under the R&D Services Agreement between Intergyrz and Zuhl. |
| 3. | All Intellectual Property Rights owned by Zuhl that were assigned by Interconnected Research to Zuhl under the R&D Services Agreement between Interconnected Research and Zuhl. |
| 4. | All Intellectual Property Rights owned by Zuhl that were assigned by Pholus to Zuhl under the Consultancy Agreement between Pholus and Zuhl. |
| 5. | All Intellectual Property Rights owned by Zuhl that were assigned by Panopticrypt to Zuhl under the Consultancy Agreement between Panopticrypt and Zuhl. |
| 6. | All Intellectual Property Rights owned by Zuhl that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project: |

**PROJECT TITLE: Project - Social Learning system**

**Project description**:

*The object of the Zuhl project is to create an online academic network that extends beyond education to encompass research and career management. The membership will comprise learners (all levels, both formal and informal), educators, researchers, service providers, employers and employment seekers. Members may belong to several of these categories simultaneously.*

*The end product will apply new and emerging technologies to extract deep layer relationships between members; between actions; and between members and actions. This adaptive technology will enable latent mutually beneficial connections to be automatically identified and promoted within the community. Thus, the product will not only subsume the functionality of several existing social networking websites but will significantly supersede them by providing new network-based functionality enhanced by the ability to expose opaque opportunities for collaborations.*

*The range of functions available to members will be in accordance with their category and membership status. For example, learners may form study subgroups and may meet both online or (where geographically appropriate) offline. Educators may form subgroups for sharing educational material and may utilise cohorts of higher-achieving learners to act as tutors. Researchers will*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073926

| Number | Description |
|--------|-------------|
|        | form cross-disciplinary collaborations to share their expertise and accelerate new knowledge acquisition in otherwise undiscoverable research directions. |

All members may upload their profile including qualifications and credits, which will be certified by Zuhl before display. Entities from private individuals to major corporations and government departments may source closer-fitting potential employees and/or service providers automatically. An inbuilt authentication/reputation system will ensure the integrity of the process and protect the interests of both sides of these relationships. An automated feedback system will ensure that reputation credits are kept up to date in real time.

In addition to enhanced networking functionality and connection mapping, cutting edge peer-to-peer payment systems will ensure ultra-secure transactions at minimal overhead costs to members. The platform will use Bitcoins as a medium of exchange between members acting as service providers and their Zuhl clients. Bitcoins will also be used for crowdfunding functionality.

With the aid of the emergent or still-developing technologies mentioned, the product envisioned will provide not only superior services than similar existing networking websites, but will enable all these services to be available from the same website and with cross-functionality. Thus, for example, a learner may begin by building reputation credits (either through internally earned Zuhl credits via Integyrz courses or through traditional educational institutions in the form of degrees) and later may offer her services as either an educator or potential employee or service provider. Alternatively, the individual may earn credits through participation in research projects or peer-reviewing papers submitted to Zuhl's publication journal or successfully publishing their own papers in the Zuhl journal. The individual might later leverage her reputation credits to initiate an entrepreneurial endeavour and seek funding via the Zuhl community. In this way, Zuhl consolidates and supplants existing networking sites such as LinkedIn (for job seeker and employer functions); Kickstarter (for crowdfunding); Freelancer (for service providers); ResearchGate (for research collaborations); and so on.

7.     All Intellectual Property Rights owned by Zuhl that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project:

**PROJECT TITLE: Core – Integrating Distributed Autonomous Smart Organisation DASO to Zuhl**

**Project description**:

DASO is an artificial intelligence and learning system that can be used to codify, decentralize, secure and trade just about anything: voting, domain names, financial exchanges, crowdfunding, company governance, contracts and agreements of most kinds, and intellectual property through hardware integration.

Some of the purposes of integrating DASO to Zuhl are:

• Zuhl Opportunities: crowdfunding, freelancing services, contracts and agreements.

• Club Zuhl Unit: voting & promotion (including prevention of malicious attempts).

2649672-v4A\SYDDMS                          113                          IP Assignment Deed

**Execution Counterpart**

ATTORNEY'S EYES ONLY                                                                        DEF_00073927

| Number | Description |
|---|---|
| | • *Zuhl Research: securing intellectual findings and crediting to correct researchers.* |
| | • *Zuhl Report: automatic "bot" releasing Zuhl reports to requesting parties after transactions or subscriptions.* |
| | • *Zuhl Reading Room: securing book authors' rights of ownership.* |
| | *Automated processes ('bots') are deployed with the intention of exploring self-organising group formation within social networks.* |
| | *The hypothesis is that complex self-organising groups form (sub) network connection patterns that are recognisable (via pattern 'signatures') and therefore detectable. The hypothesis will be tested by modelling the patterns using external data feeds of real world data. Specialised bots (known as 'perceptrons') take publicly available feeds from several sources (Facebook; CNN; Reuters; Twitter; Baidu) and apply varying algorithms to detect group formation. The perceptrons compete with each other. The technique uses an 'artificial selection' paradigm whereby successful algorithms are 'rewarded' and allowed to proliferate while unsuccessful ones are extinguished. Currently 1,118 Xeon Phi processor cores are deployed on this experiment.* |
| | *Multi-Layer perceptron (MLP) is a feedforward neural network with one or more layers between input and output layer. Feedforward means that data flows in one direction from input to output layer (forward). This type of network is trained with the backpropagation learning algorithm. MLPs are widely used for pattern classification, recognition, prediction and approximation. Multi-Layer Perceptrons can solve problems which are not linearly separable.* |
| | *This experiment is still continuing with no definitive results as yet. The research program is highly experimental with many alternative avenues to be explored. Activities include computer programming, monitoring and data collection, and data mapping.* |

8.    All Intellectual Property Rights owned by Zuhl that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project:

**PROJECT TITLE:Core – 3D Neural Network**

**Project description**:

*In this experiment data mining and network visualization techniques were tested for efficacy in highlighting network connections. Real world databases were examined using a test case (child grooming). The hypothesis was that 3D visualisation would simplify complex datasets to uncover previously hidden relationships in the data (such as social networks, chats and logs). This would occur by creating an easily comprehensible 3D map that a user can rotate and zoom. The GEOMI software (Ahmed et al., 2005; Ho et al., 2008) was used to visualize the network. SO far the experiment has resulted in a journal paper (Wright, CS & Pang, I: Three-dimensional visualization of social interactions network) pending publication (available on request).*

*This study analysed the social interaction networks built from person-to-person conversations. The dataset contains the content of the conversation, the IP address of each username, date and time of online events such as log-in, log-out, broadcast, and conversation. The IP address recorded from log-in and log-out records are used to find users with several usernames. The first three layers of the IP address is used to determine whether the same user utilises more than one username. Similarly, using the first two layers of the IP address, we created a network of each person linking to each first two layer of the IP address. The*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073928

| Number | Description |
|--------|-------------|

*resulting network provides a rough idea of the geographical proximity of each user to each other user.*

*So far it has been determined that the presence of multiple identities causes the network to be less connected and, predictably, creates the illusion that there are more users in the network. The ability to consolidate multiple identities helps recover missing connections in the network and therefore could expose a more accurate clustering co-efficient (the degree to which nodes in a network tend to cluster together). Activities include computer programming, monitoring and data collection, and data mapping.*

9.     All Intellectual Property Rights owned by Zuhl that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project:

**PROJECT TITLE:Supporting - Base system**

**Project description**:

*In order to support the proposed research activities with access to world-class computing assets, we will first will acquire state-of-the-art cluster computing capacity with a nominal speed of 1,000-2,000 Teraflops. The central workhorse of the project will be one of the fastest computers for unclassified research in the world performing at more than 1,000 Teraflops when it goes live.*

*We are proposing to test and create a quasi-opportunistic supercomputing platform using cluster cores. In this, distributed computing solution will be developed where the "super virtual computer" of a large number of networked geographically disperse computers performs huge processing power demanding computing tasks. Using quasi-opportunistic supercomputing, we aim to deliver a higher quality of service than opportunistic grid computing by achieving more control over the assignment of tasks to distributed resources and the use of intelligence about the availability and reliability of individual systems within the supercomputing network.*

*The cluster shall consist of commercially available virtualised servers as nodes; with a high-speed interconnect for high-bandwidth, low-latency communication between the nodes, as well as Ethernet for administrative communication. The cluster will be designed to leverage multi-socket/multi-core node technologies to optimize system performance, switch port count and interconnect bandwidth utilization.*

*A scalable administration process will be provided to ensure the system can be rebooted in 30 minutes or less and that the overall uptime for at least 98% or all cores remains at 99.999999%. The project requirement is that the cluster performance, as measured in Tflops/s (10e12) floating point operations per second), be as high as achievable.*

10.     The Works comprised in the body of work described as: P2P social network payment settlement system.

11.     The Works comprised in the body of work described as: Distributed reputation system.

12.     The Works comprised in the body of work described as: Reputation based authentication system .

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073929

| Number | Description |
|--------|-------------|
| 13. | The Works comprised in the body of work described as: System and method for creating a secure trusted social network with reputation recorded into the blockchain |
| 14. | The Works comprised in the body of work described as: Method of sharing possessions among "friends" connected through a social network using blockchain based tracking. |
| 15. | The Works comprised in the body of work described as: A method and system to allow for the exchange of personal information whilst maintaining privacy in social and dating networks. |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073930

## Schedule 14

### Daso

| Number | Description |
|---|---|
| 1. | All Intellectual Property Rights owned by Daso in its primary business functions, including Distributed Autonomous Smart Organisation (DASO) and Decentralized Autonomous Consensus Platforms (DACP). |
| 2. | All Intellectual Property Rights owned by Daso that were assigned by Interconnected Research to Daso under the R&D Services Agreement between Interconnected Research and Daso. |
| 3. | All Intellectual Property Rights owned by Daso that were assigned by Integyrz to Daso under the R&D Services Agreement between Intergyrz and Daso. |
| 4. | All Intellectual Property Rights owned by Daso that were assigned by Pholus to Daso under the Consultancy Agreement between Pholus and Daso. |
| 5. | All Intellectual Property Rights owned by Daso that were assigned by Panopticrypt to Daso under the Consultancy Agreement between Panopticrypt and Daso. |
| 6. | All Intellectual Property Rights owned by Daso that were assigned by Denariuz to Daso under the Consultancy Agreement between Denariuz and Daso. |
| 7. | All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project*)*: <br><br> **PROJECT TITLE**: **Decentralized Consensus (Distributed Autonomous Smart Organisation) Project** <br> **Project description**: <br><br> *The creation of a self-defining platform and a programming language that makes it possible for any developer to build and publish next-generation distributed applications. The project will create a AI (artificial intelligence) and learning system can be used to codify, decentralize, secure and trade just about anything: voting, domain names, financial exchanges, crowd funding, company governance, contracts and agreements of most kind, intellectual property, and even smart property through hardware integration.* <br><br> *At present, laws are created by intuition and written in an imprecise language. This project seeks to create the tools for expressing laws in a precise semantic language, better understanding their likely impacts, and automatically designing laws to* |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073931

| Number | Description |
|--------|-------------|

*achieve desired outcomes.*

*At present Smart Contracts are limited. Contracts are society's programming language. Today they're written in an imprecise, hard to read, and hard to write language. We seek to develop a new framework that supports automatic contract creation, enforcement, and interpretation.*

*This will extend into developing a smarter framework for modelling economic behaviour and making better decisions.*

*A DASO is a virtual AI agent capable of performing, fulfilling, and executing the tasks, actions, and functions normally conducted by managers and executives, such as paying bills, issuing dividends and even crowd funding an IPO.*

*The aim is to produce a system that allows this to occur within a trustless or quasi-trustless environment with the "balance of trustlessness" determined by the intention of the parties and the capabilities of the code. The use of a Turing-complete language integrated with a cryptoledger, a DASO could be used to create a tamper-resistant or tamperproof entity, immune to many of the abuses and vulnerabilities that have been happening to brick-and-mortar organizations are today (e.g., burglaries, arson, unintentional exposure or to proprietary documents).*

*Currently no real decentralized autonomous organization (also known as a decentralized autonomous corporation or autonomous agent) is known to actually exist on a cryptoledger, although there are payroll bots and various software-based HR tools out on the market that integrate at the edges (BitPay) .*

*The use of Bitcoin will help facilitate the creation of a DASO as all users technically must submit a digital key which counts as some kind of voting mechanism, shareholders (miners) receive direct compensation for their work (seigniorage) – and there is no administrative overhead per se.*

8.   All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: Core - Virtualised HPC: The development of a HPC (High Preformance Computing) Platform**

**Project description**:

*Multi-Layer perceptron (MLP) is a feedforward neural network with one or more layers between input and output layer. Feedforward means that data flows in one direction from input to output layer (forward). This type of network is trained with the backpropagation learning algorithm. MLPs are widely used for pattern classification, recognition, prediction and approximation. Multi-Layer Perceptron can solve problems which are not linearly separable.*

*To create and train Multi-Layer Perceptron neural network we will do the following set of steps for each test or experiment subset:*

*1. Create start case Perceptron neural network project;*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073932

| Number | Description |
|--------|-------------|

*2. Create Multi-Layer perceptron network;*

*3. Create training set;*

*4. Train network; and*

*5. Test trained network.*

*The main advantage to a systems engineering approach is the ease with which it can be automated. We hypothesise that the various inputs and formula we seek to test as seed inputs can become inputs into a neural network algorithm. Equation (1) could be modelled in three layers*

*Here, an input layer with one neuron for each Input (system or application) could be used to map for IP Options, fraud and market conditions, price volatility and reputation etc. The system of perceptrons would be processed using a hidden neuron layer in which each neuron represents combinations of inputs and calculates a response based on current data coupled with expected future data, a prior data and external systems data. Data processed at this level would feed into an output layer. The result of the neural network would supply the output as an economic risk function. In this way, a risk function can be created that not only calculates data based on existing and known variables (He, Wang, & Yan, 1992), but also updates automatically using external sources and trends. Many external sources have become available in recent years that provide external trending and correlation points. Unfortunately, most of these services have clipped data as the determination of complex market conditions is generally unclear and takes time to diagnose where much otherwise useful data is lost.*

*A depiction of a Multi-Layer layer topology neural network: We hypothesise that for market data that can be built into a DASO that multi- layer topology neural networks can be used to accept data from risk models and automatically update the risk profile of an organization or individual and hence to minimise economic loss conditions and create a more rational considered approach to financial transactions. We further hypothesise that when modelling risk, each application and system can be modelled using a perceptron.*

*Inputs being fed into a perceptron: The perceptron is the computational workhorse in this system. In this it is reasonable to model the selected risk factors for the system and calculate a base risk that is trained and updated over time.*

9.   All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: Supporting – Development of a virtualised multicore platform:**

**Project description**:

*Supercomputing is rapidly becoming an essential element of innovation and competitiveness. Computer-based methods now play a central role in all areas of economic development, education, and research. Economically, computational analysis, modelling, and simulation have become a distinguishing factor in business competitiveness. Educationally, developing*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073933

| Number | Description |
|---|---|

*computing skills in students is an essential part in preparing for a future in a wide range of careers.*

*Establishing the virtualised core supercomputer will greatly accelerate these trends to the benefit of Denariuz and allow it to complete the creation of a DASO in a timely manner.*

*These systems will have very high-speed fibre connectivity, small computing clusters, high-speed, high definition video conferencing, a large 3-D visualization screen, and desktop computing platforms with 3-D visualization. In order to support the proposed research activities with access to world-class computing assets, we will first acquire state-of-the-art cluster computing capacity with a nominal speed of 1,000-2,000 Teraflops. The central workhorse of the project will be one of the fastest computers for unclassified research in the world performing at more than 1,000 Teraflops when it goes live. Opportunistic Supercomputing is a form of networked grid computing whereby a "super virtual computer" of many loosely coupled volunteer computing machines performs very large computing tasks. Grid computing has been applied to a number of large-scale embarrassingly parallel problems that require supercomputing performance scales. The problem with many approaches is that basic grid and cloud computing approaches that rely on volunteer computing cannot handle traditional supercomputing tasks such as fluid dynamic simulations and will not be adequate for the use in the creation of a set of multi-level perceptron based DASO's that compete in evolutionary formats.*

10.   All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project):

**PROJECT TITLE: Core – Decentralized Autonomous Consensus Platform (DACP) and associated experimental case studies: - Project description**:

*Unlike in a legacy company where decision-making authority is concentrated at the executive level, in a Decentralized Autonomous Consensus Platform (DACP), the decision-making authority is part automated, in that it has specific rules that are followed without possibility of deviation from expected form, and conversely human interaction and bias is limited to the edges. In such a model, power and authority, rather than being collected at the top, is spread to the edges of the network by allowing key holders (or VoiceHolders) to influence the decision-making and priorities of the DACP proportionally with their preapproved voting rights (e.g., when setting up a firm, a voting structure is put in place usually based on the amount of equity or shares an individual has).*

*Bitcoin introduced the idea of autonomous distributed consensus, automation at the centre of the network and intelligence on the edges.*

*The legal liability and responsibility of a DACP or DAC still trace back to the key holders who sign their digital keys with a DACP which then calculates results based upon the prearranged voting proportionality. For example, Bob's Boutique requires that the allocation of special funds used by the DACP to hire contractors must be approved by a threshold of digital signatures. If the*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073934

| Number | Description |
|--------|-------------|

*threshold is unmet then the DACP does not release the funds to hire the contractors.*

*Software-based solutions used to calculate, authenticate and verify shareholder votes for many corporations and organizations exist. These however are all centralised and rely on a trusted third party (or parties) making them susceptible to social engineering and man-in-the-middle attacks. The initial opportunity is the creation of a DASO that allows for e-voting enterprises built using consoles and virtual applications that utilize a cryptoledger, allowing members of organizations and institutions of all sizes to securely sign policy decisions. This would be designed in a manner able to prevent internal takeovers and allow for quick dissolution (e.g., to manually reallocate assets), as a self-termination clause could be programmatically designed within a DACP that could be triggered if enough shareholders submit signatures (or Voice) to a specific internal address within a specific timeframe (nLockTime). In such a model, power and authority, rather than being collected at the top, is spread to the edges of the network by allowing key holders (or VoiceHolders) to influence the decision-making and priorities of the DACP proportionally with their preapproved voting rights (e.g., when setting up a firm, a voting structure is put in place usually based on the amount of equity or shares an individual has). The legal liability and responsibility of a DACP or DAC still trace back to the key holders who sign their digital keys with a DACP which then calculates results based upon the prearranged voting proportionality. For example, Craig's Coffee requires that the allocation of special funds.*

11. All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: DACP Assurance Contracts:**

**Project description**:

*A DACP can be created as articulation of an assurance contract based upon a predesigned outcome, those who agree with the sentiment send funds to the DACP (the fundraising) and after a value-threshold is met, the DACP acts to bring about the desired result. Funds that are raised during this process are not releasable until a threshold (e.g., 51%) of those who put the value there in the first place, or those who purchased extra shares (e.g., giving larger voting pools) agree to both the need for the expenditure, and the final product being submitted for reimbursement. This would be created as a DASO with the ability to spend funds, but only at the direction and authorization of the majority of shareholders. The creation of such a system will mirror and utilise Bitcoin creating a DACS and DACP that are consensus driven, rules-based systems. To be part of the system is to follow the rules, so there can be no pre-mining, no individuals with privileged status at all. Privilege is the antithesis of efficiency, and these structures seek efficiency above all things.*

*A hypothetical DACP assurance contract that will be built and tested is detailed below:*

*1. DACP specification is proposed with Kickstarter Address collecting Bitcoin;*

*2. Received funds comprise development funds and initial DACP monetary base;*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073935

| Number | Description |
|---|---|

*3. Kickstarter Address hits funding threshold and DACP Proposal Hub bounty is issued and rewarded by DACP consensus,*

*4. Proposals to develop DACP are created, and one or multiple are accepted;*

*5. Completed bounties are reviewed, and bounties are released by prearranged consensus. DACs cannot integrate submitted bounty solutions until the winner has been paid; and*

*6. Once the platform is created and operational, DACP token holders can sell their tokens for Bitcoin at current market rate, hold it to speculate on the platform becoming more popular relative to the fixed number of DACP tokens, or exchange their DACP token with the DACP itself for DAC token as described above.*

**Associated Experimental Case Studies:** *Creating an initial simple DAO designed to execute a contract based on pre-agreed to conditions.*

*In this, the contract would be coded such that if a digital signature counts as a vote, the only way to modify what a DAO would do is to get X amount of votes to approve some kind of execution process. The specific amounts are hardcoded into the program beforehand and perhaps some are weighted differently. To a limited extent, multi-signature transactions, also known as m-of-n transactions (e.g., "joint bank account" "multi-signature lotteries").*

*There is some minor ability to do this with Bitcoin alone, but the limit of around 10,000 bytes will not be enough to fit hundreds of "votes" and hence could not be used for any large scale system. Multi-signature authorization of transactions is not a new concept as it has existed for hundreds of years in every corner of the globe. These have been utilised in order to force conspiracy to take place in order for abuse to be undertaken. That is to say, no single individual has the unilateral ability to abuse the treasury of an organization (or launch a ballistic missile). For instance, using the Bitcoin protocol today as established by the built-in rules of Script (the name of the internal language), three parties could sign a contract which is programmed to release funds so as long as it receives the digital key of at least two of the parties. As a consequence, this makes the Bitcoin protocol the legal system as it is impossible to use the tokens without the signatures. Or in other words, if Bob operates a small company he may need to have 2-out-of-3 executives sign a document in order to release funds to pay for warehouse expansions. With cryptocurrencies, the same idea applies wherein to move a ledger value (a Bitcoin) to a different address, a smart contract or DAO that holds and controls "locked" tokens needs a predetermined amount (threshold) of digital signatures to release them. While it is not a complete DAO (let alone a DASO), Bits of Proof has developed software that provides this type of 2-out-of-3 reconciliation on a small scale using Bitcoin. The aim is to extend this such that a small company could create a DAO (and one day a DASO) on the Bitcoin ledger. As an example, if the company has five executives, each with a digital key needed to utilize and modify the cryptoledger, based on the company charter (and as specified in the smart contract or DAO), at least three of the five are required to use their keys in order for the tokens within a DAO to be used. After a company meeting, an agreement is made to use the funds and three executives – Alice, Bob, and Carol – are asked to use their digital signatures (keys) to tell the DAO to release a certain amount of tokens. Utilizing their smartphones (or any network connected device with an app tied into the ledger), they then submit their key and the funds are released.*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073936

| Number | Description |
|---|---|
| 12. | All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project):<br><br>**PROJECT TITLE: Core - Time Clock and Log-in based contractor DAC** |
| 13. | All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project):<br><br>**PROJECT TITLE: Core - Peer to Peer Insurance Markets and DAC** |
| 14. | All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project):<br><br>**PROJECT TITLE: Core – DASO employment and contractor Smart Contract:**<br><br>**Project description**:<br><br>*We postulate that the creation of a DASO based in the Blockchain can be created that incorporates various clauses programmed into the contract to hedge against (or prevent, or in case of) some type of counterparty risk. One example of such a smart contract system would be the development of a contract for a low paid migrant job.*<br><br>*For example, we propose to develop and test a system that would, work in the following way:*<br><br>*• Bob, an employee, would use a digital key to sign a smart contract with his boss Alice, who also uses a digital key to sign it.*<br><br>*• Within the contract will be a number of provisions and stipulations regarding payment time periods and clauses that hedge against the possibility that one party does not fulfil his or her end of the bargain.*<br><br>*• The system will be developed to allow for a clause that says how payment will actually take place and an escrow service will be enabled.*<br><br>*• The contract would be stored on a public decentralized cryptoledger (Bitcoin).*<br><br>*• Being stored on a public cryptoledger we seek to prove that it would be tamper proof and forge proof as it sits there immune from third party interference.*<br><br>*Note that whilst most people think of Bitcoin as a currency tracking tool, in arithmetic terms it is more akin to a database that can be used to track any particular dataset (e.g., a Bitcoin) as long as it fits within the technical limitations.  It just so happens that the sole data this past four years has been for one particular "token" as represented by an integer on the ledger (i.e., Bitcoin).*<br><br>*While there is a way to change the way the DAO could operate by convincing the rest of those with votes to modify it with their* |

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073937

| Number | Description |
|--------|-------------|

*private keys, the original contract would still be left in public view and remain untampered.*

*We propose that the creation of a contract with an nLockTime (time-based) clause or condition that after X amount of time can be generated such that where predefined conditions are not met (for example, payment) then the contract would follow a turning complete path through a series of predefined termination clauses.*

*It is postulated that this could be extended to send the contract terms to a predefined arbiter or escrow DAO or DASO. There is a long way and much research to be completed before a smart contracts could be expected to solve the majority of the problems on the edges of a network (e.g. brick-and-mortar infrastructure), but we seek to prove that it will prevent tampering with the actual contract itself thereby protecting employees (and employers) from trusted third party risks such as fraud.*

*We seek to demonstrate the initial test contract that would be formulated in the following manner:*

*• Bob (the employee or contractor) digitally signs a smart contract (on the Bitcoin Blockchain) with Alice (the employer) stipulating various expectations, terms of compensation, etc.*

*• The smart contract stipulates that payment will be released at set each month if no issues occur.*

15. All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project):

**PROJECT TITLE: Core – Anti-Fraud loyalty DASO:**

**Project description**:

*We believe that the development of a series of fraud resistant loyalty programs, merchant reward programs and "Frequent flier tokens" can be built into a Bitcoin based cryptoledger. These aid in preventing and mitigating the risks involved in travel and loyalty system fraud (e.g. getting frequent-flier miles without flying).*

*We hypothesise that it will be possible to create an economically viable loyalty scheme on the Blockchain that can offload the auditing, storage and transportation of rewards and utilize the "contract" system of the Bitcoin cryptoledger by using an arbitrary amount of a token (0.001 BTC), creating a "contract" that defines a set amount of mileage (which itself will likely have some predefined expatriation dates). Assuming that flyers are using cryptocurrency wallets and provide the airline with their wallet addresses, the users will be able to receive the mileage amount in their wallets. In turn the users can sell and trade the reward tokens by sending a specified amount to the company such as trading Airline miles.*

*We propose that this would not simply suit frequent flier miles but that other institutions (even stores such as Woolworths) could use a smart contract to issue and track its own customer loyalty program rewards. We propose that a Blockchain based system similar to a coffee card requiring a customer to collect a certain threshold of stamps for a free coffee can be developed on the cryptoledger where customers would be stopped from gaming the system. Such fraud occurred with Subway where by buying and selling entire reams of stamps on eBay, creating massive stamp inflation costing the parent company an unspecified amount*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073938

| Number | Description |
|--------|-------------|

*in losses and led to Subway ending the loyalty program in 2005.*

*We hypothesise that this can be extended into cryptoledger based coupons.*

*While this may seem like a mundane area, it is important to note that Juniper Research predicted that by 2016 "the total redemption value of mobile coupons will exceed $43 billion globally" because coupons are increasingly delivered by mobile apps. For perspective, 48% of adult internet users in the United States redeemed a digital coupon for shopping in 2012. Consumer Packaged Goods (CPG) manufacturers distributed 305 billion coupons in 2012, the same quantity as the year prior. Total redemption for 2012 fell 17% to 2.9 billion coupons, saving CPG companies a substantial $800 million in face value discounts. We seek to create a DASO providing coupons or discounts for companies to manage these redemption contracts (e.g., a type of time-locked token), which will not only reduce the logistical overhead but also prevent coupon abuse and fraud (e.g., double-spending). According to the US postal inspector Roberta Williams, "for every coupon successfully counterfeited, it costs the manufacturer $1 million." Initially these fake coupons are scannable but the coupon inflation ultimately forces manufacturers to redeem more than they had intended.*

16.   All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: Core – Smart Switch DASO**

17.   All Intellectual Property Rights owned by Denariuz that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Daso may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: Triple entry distributed ledger**

18.   All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project*)*:

**PROJECT TITLE: Core – Sportsbook:**

**Project description***:*

*We seek to develop and create an artificial intelligence oracle involving a sports bet. This could conduct the scenario of:*

*• Bob bet that team A would win and Alice bet the other team would win.*

*• An oracle holds the deciding key to a contract that says if team A wins, Bob receives the funds (Bitcoins) and if team B wins, Alice receives the funds.*

**Execution Counterpart**

ATTORNEY'S EYES ONLY

DEF_00073939

| Number | Description |
| --- | --- |

*The parties write and agree to a bet as a contract noting how the transaction should proceed in the event of disputes or potential ties. On the completion of event, the DAO oracle signs the contract as a payout to the winner without having an explicit middleman.*

*We postulate that unlike ordinary legal disputes involving nuances and grey areas, sports betting is an objective, idealized scenario because there is no grey area as all that an oracle would have to do is have access to an ESPN data feed for instance.*

19.  All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project):

**PROJECT TITLE: Distributed Autonomous Smart Organisation Project (DASO):**

**Project description**:

*We aim to use the Bitcoin Blockchain to create the world's first true DASO (Distributed Autonomous Smart Organisation). Although the ideas underlying the project are currently much discussed there is a lack of consensus about these concepts and related concepts such as Distributed Autonomous Organisations (DAOs) and Decentralised Autonomous Companies (DACs) (e.g. see [7]). A DAO has been described as a virtual agent capable of performing functions normally conducted by company managers and executives [1], while a DAC can be thought of as a DAO acting as a corporation (i.e. it pays dividends to shareholders [7]). These entities purport to automate business rules without recourse to centralised control and with strong defence against cyber-attacks. Despite the vision of some early luminaries [4] and current attempts to build DAOs/DACs, few known decentralized autonomous organizations exist today [1] and according to Bitcoin developer Mike Hearn there are currently no DACs in existence (though Bitcoin comes close) [1]. Our intention is to go beyond the concept of a DAO and create a Distributed Autonomous Smart Organisation by incorporating artificial intelligence. We will achieve this by leveraging our expertise in Bitcoin protocols, cyber security and AI. A core concept to be employed in our DASO is the 'smart contract' whereby various clauses are programmed into the contract to hedge against all types of counterparty risk [3]. The system operates within the quasi-trustless environment of Bitcoin's cryptoledger. 'Trustless' in this context means the system obviates the need for trust between transacting parties because of secure, independent verification processes. The project consists of research and development of the underlying processes to support this functionality as well as experimental implementations of various applications of the techniques.*

*References used throughout the application and further reading:*

*[1] Swanson, Tim (2014). Great Chain of Numbers (chapter 5). http://www.ofnumbers.com/2014/03/04/chapter-5-how-smartcontracts-could-work/ retrieved Nov 2014.*

*[2] Chen, Caleb (2014). Gavin Andresen Outlines Bitcoin 2.0 Without Ethereum. https://www.cryptocoinsnews.com/gavin-andresenoutlines-bitcoin-2-0-without-ethereum/ retrieved Nov 2014.*

ATTORNEY'S EYES ONLY                                                                 DEF_00073940

| Number | Description |
|---|---|

*[3] Omohundro, Steve (2014). Smart Contracts. http://www.ustream.tv/recorded/54549113/highlight/570340?utm_campaign=www.meetup.com&utm_source=ustre.am/_3GSlp:2 on2&utm_medium=social&utm_content=20141125034218retrieved Nov 2014.*

*[4] Szabo, Nick (1996). Smart Contracts: Building Blocks for Digital Markets.* __http://szabo.best.vwh.net/smart_contracts_2.html retrieved Nov 2014.__

*[5] He, Wang, & Yan (1992). Semimartingale Theory and Stochastic Calculus. Since Press, Beijin, New York*

*[6] Buterin, Vitalik. Bootstrapping A Decentralized Autonomous Corporation: Part I (http://bitcoinmagazine.com/7050/bootstrappinga-decentralized-autonomous-corporation-part-i/) retrieved Nov 2014.*

*[7] Buterin, Vitalik. DAOs, DACs, DAs and More: An Incomplete Terminology Guide. https://blog.ethereum.org/2014/05/06/daos-dacsdas-and-more-an-incomplete-terminology-guide/ retrieved Nov 2014.*

*ANZSRC code: Information, computing and communication sciences; Artificial intelligence and image processing.*

20. All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project):

**PROJECT TITLE: Smart Contracts:**

**Project description**:

*Traditional contracts require interpretation of imprecise language. Using our proposed contract programming language, evenunskilled users can develop 'smart contracts' that encode and automate both obligations and consequences such that once the clauses are agreed by all parties, there is no possibility of default as all behaviours are automatically executed. E.g, we propose monetary transfers be secured using a predefined escrow DASO. As these are stored on a public decentralized cryptoledger they are virtually tamper-proof and immune to third party interference. We will experiment on a range of specific real-world applications, as follows:*

**Employment Smart Contract**

*Employee and employer use digital keys to 'sign' a smart contract specifying all obligations. Payment is enforced via an escrow service.*

**Time Clock DASO**

*A DASO manages employee timekeeping to ensure fair pay for fair work. In the simplest form the DASO monitors the employee'selectronic punch card (log-in/log-out) and enforces payment by the hour. More sophisticated versions process other metrics such as keystroke rates; websites visited; files accessed; etc.*

**Anti-Fraud loyalty DASO**

**Execution Counterpart**

ATTORNEY'S EYES ONLY                                                                DEF_00073941

| Number | Description |
| --- | --- |

Loyalty programs (Frequent Flyer, Merchant Rewards, coupons and even coffee cards) can be economically built into the Blockchain to handle the storage and management of rewards.

**Smart Switch DASO**

Utilise smart contracts to create digital security systems for property (e.g. vehicles and housing) [4]. Only the rightful owner controls the cryptographic keys for property operation based on the terms of the contract. E.g, a vehicle could be rendered inoperable unless the proper challenge-response protocol is completed.

**Sports Betting DASO**

The parties agree to a bet using a smart contract that encodes clauses to handle ties and other incidents (e.g. horse scratching). The DASO automatically enacts the payout to the winner.

**Peer to Peer Insurance Markets DASO**

Smart contracts will be used to instantiate peer-to-peer insurance agreements.

**Current progress**

Progress has been limited due to staff and funding constraints. Some trials on underlying techniques (i.e. across different types of contract) are underway in the course of or in connection with the following project including all what types of systems can be built with a ten-minute average payment loop, as ten minutes is the average Bitcoin transaction verification lag).

Progress is expected to ramp up once the constraints are lifted in the latter part of this year.

21. All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project):

**PROJECT TITLE: Experimental DASO Case Studies:**

**Project description:**

We aim to design and simulate a company capable of executing all company functions and meeting all statutory regulations but operating on the Bitcoin cryptoledger as a full-blown DAC (Distributed Autonomous Corporation). All company operations will be managed by a customised DASO programmed to enforce activities and obligations via smart contracts and multi-signature keys (i.e. consensus voting techniques). A further aim is to extend this concept to experiment with AI bots that hold the keys and act independently based on market conditions or stakeholder representation.

In the initial iteration the DAC's stakeholder (e.g., a board of directors, say) will have the ability to modify operations of the DAC based upon pre-approved programmatic rules managed by the DASO. The DASO will use the multi-signature technique to control decisions. By prior agreement of the stakeholders, the DASO would be pre-programmed to enact decisions based on

ATTORNEY'S EYES ONLY                                                                                    DEF_00073942

| Number | Description |
|---|---|

*agreed voter thresholds. For example, a five-member board of directors could be set up to require 3 members to vote in favour of any proposal before enacting it. In later versions, AI bots will take the place of human agents. Experiments will be set up where bots run companies based on learned behaviour optimised by 'natural selection' of competing algorithms. In still other experiments, configurable AI bots will be created in such a way as to allow a human stakeholder to delegate authority to the bot. A stakeholder will select values from a range of parameters that essentially encapsulates the stakeholder's personal ethics and business outlook. From this, the AI bot can determine the stakeholder's probable position on any possible proposal and then vote on the stakeholder's behalf automatically. For example, parameters might relate to the stakeholder's risk profile; political leaning; level of profit motivation; degree of social responsibility; etc. Progress has been limited due to staff and funding constraints. Progress is expected to ramp up once the constraints are lifted in the latter part of this year.*

22.    All Intellectual Property Rights owned by Daso that were created in the course of or in connection with the following project including all Works created in the course of or in connection with such project (acknowledging that Denariuz may also own some Intellectual Property Rights in connection with this project*):*

**PROJECT TITLE: Online Distributed Ledger DASO**:

**Project description**:

*A well-known business problem is the lag time between the close of a financial period and the closing of the books. We aim to build a type of DASO called an Online Distributed Ledger (ODL) into the Bitcoin Blockchain that will account for and report on every transaction in real time. The intention is to create an API designed to allow even traditional companies to make entries into the ODL. Thus, a centralized system can interface with decentralized processes to enable businesses to integrate financial databases. Account records will be kept up to date and will be accessible at any time to all authorised parties including customers, vendors and auditors. Audit trail would persist in perpetuity as each transaction would be time-stamped, hashed and never deleted. This lessens the requirement for regular auditing, thereby reducing costs and minimising disruption to business activities.*

*Accounting methods are about tracking state changes in units of account. The units usually represent money but the same underlying process can be extended into a universal tracking and reporting system for any type of property. This can be implemented on the Bitcoin Blockchain by assigning a nominal value to the transaction (i.e. a single satoshi). Furthermore, the system can be segmented, allowing individual users to create separate and private accounts for anything that needs to be tracked. We aim to demonstrate this latter function with an experiment on Vehicle Tracking. We will maintain vehicle records using data derived from various sources (e.g. GPS and user calendar information) transmitted into the ODL. Progress has been limited due to staff and funding constraints. Progress is expected to ramp up once the constraints are lifted in the latter part of this year.*

**Execution Counterpart**

ATTORNEY'S EYES ONLY                    DEF_00073943