UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.

                                  Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    defendant.
_____/

## THIRD[1] CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE

I, Andres Rivero, as counsel for the defendant, Dr. Craig Wright, hereby certify the following:

Check the applicable sections:

☒ **ALL EXHIBITS E-FILED**: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

☒ **EXHIBITS NOT E-FILED**: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

P434, P511, P512, D091, D092, D093, D094, D095, D096, D097, D098, D099, D100, D101, D102, D173, D1020, and D1021.

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

---

[1] In accordance with the Court's order granting in part and denying in part Dr. Wright's Motion to Seal [D.E. 866] (the "Order"), Dr. Wright files the following admitted trial exhibits in full: J101, P078, P094, P096, P127, P137, P143, P172, P173, P175, P191, P209, P215, P219, P223, P229, P230, P296, P308, P310, P315, P337, P350, P457, P469, P565, P598, P685, P742, and P871. The following admitted trial exhibits are filed with redactions in accordance with the Order: J101, P310, P350. *See* D.E. 878. Plaintiffs object to proposed redactions Dr. Wright makes to information regarding bitcoins associated with him asserting that such information is not financial account information. Dr. Wright asserts that his proposed redactions are in compliance with the Order. The parties have asked for additional guidance from the Court on this dispute related to redactions [D.E. 877]. Thus, the following admitted trial exhibits have not yet been filed as they are the subject of Plaintiffs' objection: P074, P097, P101, P135, P140, P169, P214, P320, P464, P554, P604, P607, P613, P633, P637, P795.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature: _____/s/Amanda McGovern_____  Date: _1/31/22_____