# *Composite Exhibit B*

## Yvette Puentes

| | |
|---|---|
| **From:** | Raquel Sanchez |
| **Sent:** | Monday, March 11, 2019 8:19 AM |
| **To:** | Anthony A Roman; Yvette Puentes |
| **Cc:** | Zaharah Markoe |
| **Subject:** | 1667.01- Kleiman v Wright- INV. |
| **Attachments:** | 201900184.pdf |

*1667.01*

Good morning,

Please see attached invoice.

The total cost is **$387.20**, so each side owes **$193.60**.

Thank you!
Raquel Sanchez
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
rsanchez@riveromestre.com
www.riveromestre.com

This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.

**From:** Zaharah Markoe
**Sent:** Saturday, March 9, 2019 7:10 PM
**To:** Andres Rivero <arivero@riveromestre.com>; Raquel Sanchez <rsanchez@riveromestre.com>; Nicole Puentes
<npuentes@riveromestre.com>; Yvette Puentes <ypuentes@riveromestre.com>
**Subject:** Fwd: Kleiman v Wright

Sent from my iPhone

Begin forwarded message:

> **From:** Kyle Roche <kroche@bsfllp.com>
> **Date:** March 9, 2019 at 11:32:06 AM EST
> **To:** Zaharah Markoe <zmarkoe@riveromestre.com>

1

**Cc:** Amanda McGovern <amcgovern@riveromestre.com>, Zalman Kass <zkass@riveromestre.com>, "Velvel (Devin) Freedman" <vfreedman@bsfllp.com>
**Subject: Fw: Kleiman v Wright**

Good Morning Zaharah,


Please see attached for the transcript from last week along with the receipt.  Per below, the court reporter is okay with splitting cost between the parties.


The total cost is **$387.20**, so each side owes **$193.60**.  I will be paying her by Venmo (her username is @Joanne-Mancari).  If you need to make alternative arrangements for payment, you can reach out to her at the email below.


Have a good weekend,


**Kyle Roche**
Associate

**BOIES SCHILLER FLEXNER** LLP
333 Main Street
Armonk, NY 10504
(t) +1 914-749-8324
(m) +1 716-348-6003
kroche@bsfllp.com
www.bsfllp.com


**From:** Joanne Mancari <jemancari@gmail.com>
**Sent:** Saturday, March 9, 2019 11:24 AM
**To:** Kyle Roche
**Subject:** Kleiman v Wright

Please pay the invoice at your earliest convenience.

If you are splitting cost, that is between the parties.

Thank you.


--

*Joanne Mancari, RPR, CRR*
*Court Reporter*
*917-270-7048*

2

*jemancari@gmail.com*

 Virus-free. www.avast.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

**Yvette Puentes**

| | |
|---|---|
| **From:** | Zaharah Markoe |
| **Sent:** | Thursday, March 28, 2019 3:12 PM |
| **To:** | Yvette Puentes; Raquel Sanchez |
| **Subject:** | Fwd: Kleiman Transcript |
| **Attachments:** | 201900199.pdf; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** Kyle Roche <kroche@bsfllp.com>
> **Date:** March 28, 2019 at 3:11:15 PM EDT
> **To:** Zaharah Markoe <zmarkoe@riveromestre.com>
> **Cc:** Zalman Kass <zkass@riveromestre.com>, Amanda McGovern <amcgovern@riveromestre.com>,
> "Velvel (Devin) Freedman" <vfreedman@bsfllp.com>
> **Subject: Fw: Kleiman Transcript**
>
> Zaharah,
>
>
> Please see attached for the receipt of the latest transcript.  See instructions below regarding
> payment.  Plaintiffs will go ahead and pay $299.48.  Please go ahead and pay $299.47.
>
>
> Best,
>
>
> **Kyle Roche**
> Associate
>
> BOIES SCHILLER FLEXNER LLP
> 333 Main Street
> Armonk, NY 10504
> (t) +1 914-749-8324
> (m) +1 716-348-6003
> kroche@bsfllp.com
> www.bsfllp.com
>
>
> **From:** Joanne Mancari <jemancari@gmail.com>
> **Sent:** Thursday, March 28, 2019 2:38 PM
> **To:** Kyle Roche
> **Subject:** Kleiman Transcript

1

Good afternoon.  The transcript is ready.  Please pay the attached invoice either by Venmo or check.  If paying by check, please email a copy of the check before mailing so I can release the transcript.

Thank you


--

*Joanne Mancari, RPR, CRR*
*Court Reporter*
*917-270-7048*
*jemancari@gmail.com*


 Virus-free. www.avast.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

**Yvette Puentes**

| | |
|---|---|
| **From:** | Zalman Kass |
| **Sent:** | Thursday, August 8, 2019 3:39 PM |
| **To:** | Yvette Puentes |
| **Cc:** | Zaharah Markoe |
| **Subject:** | FW: Kleiman v. Wright |
| **Attachments:** | FCR W-9.pdf |



Yvette,

We will be splitting the costs of the transcript with opposing counsel. They have offered to pay the court reporter directly, and we will then reimburse opposing counsel. Below is the information for the opposing counsel. Are you able to prepare a check (the case is 1667.01)?

Roche Freedman LLP

200 South Biscayne Boulevard
Suite 5500
Miami, Florida 33131
+1 305 357-3861

Thanks,

Zalman

**From:** Stephen Franklin <sfranklinusdc@aol.com>
**Sent:** Thursday, August 8, 2019 9:04 AM
**To:** Zaharah Markoe <zmarkoe@riveromestre.com>
**Subject:** Kleiman v. Wright

Hearing held 8/5/19 before Magistrate Judge Bruce E. Reinhart.

COUNSEL,

Below is the cost of the transcript. I am informed that you will be splitting the cost between the parties. It is my suggestion that one side reimburse the other and that I receive only one check from one party. Otherwise, it will slow down the process if I have to wait for both parties to pay. I will not consider the transcript ordered until I have received the below amount.

Therefore, Please follow these instructions:

Your firm's check MUST be made payable as follows:

FRANKLIN COURT REPORTING, INC.
1079 LYTHAM COURT
WEST PALM BEACH, FL  33411

AMOUNT:  $1974.00

Please print a copy of this email and include it with the payment.

If Fedexing, please put "NO SIGNATURE REQUIRED."

I am attaching a signed W-9 for your accounting department.