UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>   Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>   Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## DR. CRAIG WRIGHT'S SUPPLEMENTAL NOTICE OF FILING ADMITTED EXHIBITS

Dr. Craig Wright hereby gives notice of filing the following additional exhibits originally subject to Dr. Wright's motion to seal [ECF No. 823], in compliance with the Court's order granting in part and denying in part the motion [ECF No. 866][1], and which were admitted during the trial in this action as reflected in the Corrected Admitted Trial Exhibit List in re: Kleiman v. Wright [ECF No. 815]:

P074, P097, P101, P135, P140, P169, P214, P320, P464, P554, P604, P607, P613, P633, P637, and P795.

Dated: February 17, 2022

Respectfully submitted,

By: *s/Andres Rivero*
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
JORGE A. MESTRE
Florida Bar No. 088145
ZAHARAH MARKOE
Florida Bar No. 504734

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000

---

[1] The Court clarified for the parties that Dr. Wright was permitted to redact the bitcoin addresses (all characters of those addresses except for the last four) and references to bitcoin transactions contained in the subject trial exhibits [ECF No. 882].

Miami, Florida 33134  
Telephone: (305) 445-2500  
Fax: (305) 445-2505  
Email: arivero@riveromestre.com  
Email: amcgovern@riveromestre.com  
Email: zmarkoe@riveromestre.com  
Email: receptionist@riveromestre.com  

## **CERTIFICATE OF SERVICE**

I CERTIFY that on February 17, 2022, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Andres Rivero*