Case 9:18-cv-80176-BB   Document 885-1   Entered on FLSD Docket 02/1...

**P-074**
Case No. 9:18-CV-89176-BB

# DEED OF ASSIGNMENT

(Form A - B)

This Assignment made between:

**Craig Wright R&D (ABN 97 481 146 384) FOR Hotwire PreEmptive Intelligence Pty Ltd [HWPE] (ABN 48 164 068 348) as Director and in Payment for HWPE**
a Business registered and existing under the Laws of <u>NSW Australia</u>
(hereinafter called the ASSIGNOR of the one party), and

**Strasan Pty Ltd (ABN 56 152 222 241)**
a corporation registered and existing under the Laws of <u>NSW Australia</u> (hereinafter called the ASSIGNEE of the one party).

WITNESSETH:

WHEREAS the ASSIGNOR is the registered proprietor in NSW Australia and has the following Bitcoin addresses associated through private keys to be transferred.



- ▇▇▇▇▇▇▇5p2W
- ▇▇▇▇▇▇▇u7SY
- ▇▇▇▇▇▇▇ncKE
- ▇▇▇▇▇▇▇nGFx
- ▇▇▇▇▇▇▇nGFx
- ▇▇▇▇▇▇▇TWML
- ▇▇▇▇▇▇▇rf2s
- ▇▇▇▇▇▇▇nGFx
- ▇▇▇▇▇▇▇zm64
- ▇▇▇▇▇▇▇Bbad
- ▇▇▇▇▇▇▇BRJq

WHEREAS the ASSIGNEE is desirous of acquiring the entire right, title and interest in and to the above-mentioned Bitcoin keys and will at leisure transfer these into the address ▇▇▇▇▇▇▇uERD.

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN: Be it known that in consideration of the payment by ASSIGNEE to ASSIGNOR of the sum of rights to the debt and all associated values thereof, the receipt of which is hereby acknowledged, and for other good and valuable consideration, ASSIGNOR hereby sells, assigns and transfers to ASSIGNEE the full and exclusive right (including the right to claim the priority), title and interest in and to the above-mentioned Bitcoin addresses in consideration for all debt(s) outstanding to the ASSINGEE. ASSIGNOR hereby covenants that no assignment, sale, agreement or encumbrance has been or will be made or entered into which would conflict with this assignment and sale. All values and transfers are noted to be paid and finalized with all rights going from the Assignor to the Assignee immediately.

The authorized representatives of the aforesaid parties have hereunto fixed their signatures on

the date as mentioned below.

**ASSIGNOR:**

By: _____
Representative: Craig S Wright
Sign on:      30 June 2013

**ASSIGNEE:**

By: _____
Representative: Uyen T Nguyen
Sign on: 30 June 2013

*(Note: Neither notarization nor legalization is required)*

CONFIDENTIAL

DEF_00023253



CONFIDENTIAL

DEF_00023254

Rees
Sent 7/11/12



Received 8/11/12



CONFIDENTIAL

Rees

sent 8/1/13



CONFIDENTIAL

DEF_00023257

Rees

sent 29/1/13



Rees

Received 4/2/13



**Home**   **Charts**   **Stats**   **Wallet**

# Transaction

████████████████████████████

████████████████ uERD - (Spent)
████████████████ FyJ2 - (Spent)

████████ BTC

## Summary

| | |
|---|---|
| Size | 2029 (bytes) |
| Received Time | ████████ |
| Included In Blocks | ████████████████ |
| Confirmations | ████ Confirmations |
| Relayed by IP ❓ | ████████ (whois) |
| Visualize | View Tree Chart |

## Inputs and Outputs

| | |
|---|---|
| Total Input | ████ BTC |
| Total Output | ████ BTC |
| Fees | █ BTC |
| Estimated BTC Transacted | ████ BTC |
| Scripts | Hide scripts & coinbase |

**Network Propagation (Click to view)**

19/05/2015  Bitcoin Transaction





## Input Scripts



https://blockchain.info/tx

CONFIDENTIAL

DEF_00023261

19/05/2015 Bitcoin Transaction

## Output Scripts

OK

OK

CONFIDENTIAL DEF_00023262