**P-097**
Case No. 9:18-CV-89176-BB



**From:** Craig S Wright
**Sent:** Wednesday, October 9, 2013 1:42 PM
**To:** Hardy, Michael
**CC:** 'Jamie Wilson'; Ramona Watts
**Subject:** Discussion

Hello Michael,
As we have noted, all discussions are to remain confidential.

There are a couple recent transactions. For the most part, we will be trading these as sparingly as possible. The main addresses we control as a group include the following ones listed below.
We can setup a mapping and plan to in our system. For Australian XBT holders and merchants, we will be recording and reporting TFN transactions and recording these. We will have these audited.
For privacy, we are developing a means to hide transactions whist still reporting tax obligations. We would like to involve the ATO technical teams in this process.
The addresses are in my control now as a matter of fate and other circumstances. David Reese and David Kleiman have both been essential parts of this project. Both of these gentlemen who I had the good fortune to call friends passed away this year. David Reese was a friend of my grandfather before he died of Parkinson's. David Kleiman was my best friend.
The following addresses are not planned to be used. The idea is to have a future reserve function and to be able to backup and bond transactions.
I do have doubts about trusting the ATO with this information. I hope that you understand this. I am not admitting anything to do with the creation of this currency, just that we (and there are remaining others to the we outside of Australia) strongly desire to make a robust online international economy using XBT. At present, we are in the process of finalizing an agreement with a listed Australian company for the development of a core banking solution based on XBT that we plan to deliver globally from Australia. We are seeking to become an ADI and obtain an AFSL.
I hope that you understand the trust we are placing in the ATO and that we do want to roll out a global solution from Australia that
I hope this trust is not misplaced and that this information remains confidential.
The addresses are:

| Wallet (Address) | Balance XBT | $AU | Market |
|---|---|---|---|
| mSCF | | | $144.70 |
| UjBD | | | $144.70 |
| a1K | | | $144.70 |
| N1dr | | | $144.70 |
| XwXy | | | $144.70 |
| BZV | | | $144.70 |
| XdVT | | | $144.70 |
| b6uF | | | $144.70 |
| XY8a | | | $144.70 |

Misc
C01N

| | | | |
|---|---|---|---|
| uERD | | | $144.70 |

Other

| | | | |
|---|---|---|---|
| x5nq | | | $144.70 |

Other wallet addresses are:
jyo



Regards,

Dr. Craig S Wright GSE LLM
Chief Executive Officer
Hotwire Preemptive Intelligence (Group)
Mobile: + 61.417.683.914
craig.wright@hotwirepe.com

