**From:** Craig S Wright
**Sent:** Monday, March 10, 2014 2:25 AM
**To:** John Chesher
**CC:** Ramona Watts
**Subject:** FW: Bond villains

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

Part 1 / 2 (have this one).

**From:** Dave Kleiman <dave@davekleiman.com>
Sent: 2012-10-31 14:27:41
To: 'Craig Wright'
Subject: Re: Bond Villains

-----BEGIN PGP SIGNED MESSAGE-----

Hash: SHA1

Craig,

You need to use that FB picture of yours for a corporate profile. Then with a UK group you can be Bond and the villain all at the same time.

Right now, the trust holds the following keys:



████████████████zCea
████████████████Bqkv
████████████████XwXy
████████████████x5nq
████████████████9fE9
████████████████ta1K
████████████████nLkN
████████████████xiEY
████████████████WJYm
████████████████Uccr
████████████████e4x4
████████████████UjBD
████████████████hERD
████████████████RVZ1
████████████████AyWC
████████████████4Vp1
████████████████GJq

They are all in one wallet, so we need to be careful of backups and also loss.

I have created a paper wallet for a couple of the holdings (as an offline backup and in case). These are:

████████████████XY8a
████████████████b6uF
████████████████N1dr
████████████████mSCF

CONFIDENTIAL

Most of these go back to 2010 and 2011 when you first transferred them, but I have moved a few of the online ones. There are only single copies of the paper wallets and there is no backup.

The rest are with you.

The keys are setup in the TrueCrypt Drive on the main server at http://www.seyhost.com/.

The backups are with http://www.netcetera.co.uk/ in both the UK and as a third in the Isle of Mann.

Respectfully,

Dave Kleiman - http://www.ComputerForensicsLLC.com - \

http://www.computerforensicsexpertwitnesses.com

4371 Northlake Blvd #314

Palm Beach Gardens, FL 33410

561.310.8801

PS As you will see on the SF List, there are ways to handle things without it being personal. Check my password response.

-----BEGIN PGP SIGNATURE-----

Version: GnuPG v2.0.17 (MingW32)

iQGcBAEBAgAGBQJTEsqPAAoJEAQV5sviP8wtV0gL/ixV/h/axBfdtVCSANDxqEus

9UGU4tS0R+q5+osM8ypoOjpwuaWOAKIAf2rjUQWrBOH3QAyL+DmcyB08v5ELuCQp

ouhP5O6TC1HBQBx5kfaDVoDm7/ofuMtIXkGyyVuXVOn1mZJEFcOqKcwwkp32uyb1

OL7zAsGtE2A6e5/GkfKd1o2hTrhBInDp/8F3dFykXCvUth0ywBz8pVkCREQ+b5Fs

549u6JYVc0y0JGOGZP7w8jUYwksgO4Ghdw6+WeBkGGH1CnJrKPVQFGluRyUFMo4B

Oa9aMkhFBAyHG06SRhnk7v8kZLfyxGlxuyDwSqK8VegBEEKoiWyL1fdpqFgmHVT+

+RFzao6VF+cfAw/8DcWviG9Egpy2yGkhv1J1ifGzPI5ulzlvcft/vMtpl6Rh1XC4

yU1yG9utVkoTkCxQExSC344j5m/4xOmhqrvA5mFzY39wcabxvl3jNdPNpB/mXkfF

ii6YRCZeO7HiSQI8QVBYYvWhz4dD0suzsG0m2BFHAw==

=C6y4

-----END PGP SIGNATURE-----