**P-169**

Case No. 9:18-CV-89176-BB

**From**: Ramona Watts [ramona.watts@hotwirepe.com]
**Sent**: 6/3/2015 12:42:58 PM
**To**: Kelly Khoo [kellykhoo@3ecpa.com.sg]
**CC**: Joanne Tang [joannetang@3ecpa.com.sg]; May Tung Ye Wen [reminder@3ecpa.com.sg]; Chong Wen Ai [wenai@3ecpa.com.sg]; Lawrence Chai [3e@3ecpa.com.sg]; Chan Mee Chi [meechi@3ecpa.com.sg]; Yein Ming [yeinming@3ecpa.com.sg]; Craig S Wright [craig.wright@hotwirepe.com]
**Subject**: RE: New submission from ONLINE INCORPORATION FORM - DENARIUZ - signed documents for your records
**Attachments**: 20140625 Trust Instruction.pdf; Letter to Uyen Nguyen BTC trasferred to C01N 27 June 2014.pdf; 26-11-2013-XE Currency Table_ XBT - Bitcoin (1).pdf; Denariuz Pte Ltd.docx; Letter to Uyen Nguyen BTC trasferred to C01N 27 June 2014.pdf; 20131011145721820(1).pdf; Denariuz Sign off.png


Kelly and May,

Please find answers to your questions as well as documentation that you have requested.

This has been an arduous process, and these questions should have been asked before.  I urge you to lodge this asap as we have provided you the financial statements weeks ago, but you seem to come back with more and more questions each time, hence delaying lodgement.

Explanation to attachments:

In the Trust instructions document (20140625 trust instruction.pdf), there are the 2 bitcoin wallet addresses containing a total of 117 956.06 bitcoin.  This was transferred by Dr Wright through his company (DeMorgan) which he is a director of as well as a trustee of a trust in Australia.

The instructions from transfer come from Coin Ltd in the UK, which held control of these bitcoin wallets.

In the letter (Letter to Uyen Nguyen BTC transferred to COIN June 2014), Annexure 1 describes the accounting of that amount 117 959.06 bitcoin to the trustee.

Denarius Pte Ltd.docx show documents for Denarius Pte Ltd receiving those same amounts as capitalisation into the company in Bitcoin  We used xe .com (26-11-2013-XE Currency Table XBT-Bitcoin.pdf)  which has a market rate in Singapore dollars.

(20131011145721820.pdf) is a statutory declaration from lawyers in Sydney validating the existence and control of the bitcoin wallet by Dr Wright prior to the transfer.

Denariuz Sign Off.png is the declaration letter signed by 3 directors.


**Ramona Watts**
**Chief People Officer**
**Hotwire Preemptive Intelligence (Group)**
Mobile:  + 61.423.912.994
ramona.watts@hotwirepe.com



CONFIDENTIAL

DEFAUS_00713213

**From:** Kelly Khoo [mailto:kellykhoo@3ecpa.com.sg]
**Sent:** Tuesday, 2 June 2015 4:12 PM
**To:** Ramona Watts
**Cc:** Lawrence Chai; Crystal Tia; Chan Mee Chi; Yein Ming; Joanne Tang
**Subject:** Re: New submission from ONLINE INCORPORATION FORM - DENARIUZ - signed documents for your records

Dear Ramona

We seek your understanding that it is our company's policy and we are required by ACRA as professional firms to obtain document proof confirming that the share capital has been deposited into the company's accounts.

If it has been paid by bitcoins, please email us the bitcoin e-wallet or account statement in the company's name or such other document proof with the mentioned amount before we proceed. Please also arrange for the attached letter to be signed by the all directors and shareholder.

If you are not able to email us any document proof, we will not be able to assist you on the allotment of shares and you can look for other service providers who will be able to assist you. Please let us know so that we can arrange to refund the amount of penalties you have paid earlier.

We wish to highlight that as a service provider, we are required by ACRA to perform On-going Monitoring on our clients to identify any of the following situations and to highlight them to ACRA (if any):

- Complex or unusually large transactions or unusual patterns of transactions that have no apparent or visible economic or lawful purpose
- Suspicious transactions involving Political Exposed Persons
- Unrealistic turnover in business's accounts.
- Unusual/ uneconomical movement of funds
- Setup of companies in Singapore with no apparent business and low paid up capital.
- No physical business operation addresses.
- Multiple bank accounts opened with various banks for no apparent economic or business reasons.
- Frequent large incoming remittances into bank accounts from different individuals and companies, located mainly overseas with no supporting documents.
- After receipt of funds in the bank accounts, the funds are usually moved out of Singapore within the next few days without valid reasons. These bank accounts generally have low balances.
- Transaction patterns in the bank accounts are often not in line with the company' principal business.
- Any other suspicious transactions relating to money laundering or terrorism financing.

Due to the above and as bitcoin businesses are not regulated in Singapore and is considered a high business risk to our firm, we wish to inform you that we will not be able to extend our services to you for next year and we will have no choice but to terminate our services for your Company once the existing services period ends on 11 December 2015.

Please look for a new service provider by then so that we can handover the secretarial records to them in due course.

Thank you.


**Best Regards,**
**Kelly Khoo**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909264 | Fax: +65 63543261
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: kellykhoo@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration number: 201120337C

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error*

DEFAUS_00713214

you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.

On Sat, May 30, 2015 at 3:06 PM, Ramona Watts <ramona.watts@hotwirepe.com> wrote:

The share capital is in Bitcoin, not cash.  Therefore there are **no** bank deposit slips.

Please just lodge with ACRA.

Ramona Watts

**Chief People Officer**

**Hotwire Preemptive Intelligence (Group)**

Mobile:  + 61.423.912.994

ramona.watts@hotwirepe.com



**From:** Kelly Khoo [mailto:kellykhoo@3ecpa.com.sg]
**Sent:** Friday, 29 May 2015 6:55 PM
**To:** Ramona Watts
**Cc:** Lawrence Chai; Crystal Tia; Chan Mee Chi
**Subject:** Re: New submission from ONLINE INCORPORATION FORM - DENARIUZ - signed documents for your records

Dear Ramona

CONFIDENTIAL

We note that from the email trails below that we still have not receive the bank deposit slips/statements for the share capital amount during incorporation.

In this instance, the share capital has not been fully paid-up on ACRA's records.

As a gesture of goodwill, we will assist to lodge with ACRA that the share capital has been fully paid-up when we do the allotment of shares at the same time.

Hence, we would appreciate it if you could email us copies of the bank statements reflecting the deposit of shareholders' funds before we proceed with the ACRA lodgements.

Thank you.

**Best Regards,**
**Kelly Khoo**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909264 | Fax: +65 63543261
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: kellykhoo@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration number: 201120337C

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

---------- Forwarded message ----------
From: **Angela Damoka** <angela.damoka@hotwirepe.com>
Date: Wed, Dec 11, 2013 at 8:47 AM
Subject: RE: New submission from ONLINE INCORPORATION FORM - DENARIUZ - signed documents

for your records
To: Crystal Tia <crystaltia@3ecpa.com.sg>

Hello Crystal,


Kindly note that the bank account will be opened by the end of the current week.

I'll forward your details to the appropriate person, so he can inform/update you accordingly.


Thank you,


Kind regards,


**Angela Damoka**

**Executive Assistant to CEO**

**Hotwire Preemptive Intelligence (Group)**

Mobile:  + 61.416.405.309

angela.damoka@hotwirepe.com




**From:** crystaltia3e@gmail.com [mailto:crystaltia3e@gmail.com] **On Behalf Of** Crystal Tia
**Sent:** Tuesday, 10 December 2013 9:22 PM
**To:** Angela Damoka
**Subject:** Re: New submission from ONLINE INCORPORATION FORM - DENARIUZ - signed documents for your records


Hi Angela,


Awaiting your confirmation before we proceed for the incorporation the company.

CONFIDENTIAL                                                                                   DEFAUS_00713217

Thanks

** We would like to inform that our office will be closed from 24 December 2013 and 25 December 2013 for Christmas Day Holiday Celebration. Please be informed that our directors and staffs will have no access to the email during these period and all email will be attended to once we are back to the office on the next working day. **

**Best Regards,**

**Crystal Tia**
**Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909269 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: crystaltia@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration number: 201120337C

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

On Tue, Dec 10, 2013 at 9:34 AM, Crystal Tia <crystaltia@3ecpa.com.sg> wrote:

Hi Angela,

Thanks for your email reply.

Please take the paid up capital is shown as zero. Once you have deposited the money in your company bank account. and we can assist in update the paid up capital. Our charge is $50.

Thank you

** We would like to inform that our office will be closed from 24 December 2013 and 25 December 2013 for Christmas Day Holiday Celebration. Please be informed that our directors and staffs will have no access to the email during these period and all email will be attended to once we are back to the office on the next working day. **

**Best Regards,**

**Crystal Tia**
**Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909269 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: crystaltia@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration number: 201120337C

---

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

---

On Tue, Dec 10, 2013 at 8:22 AM, Angela Damoka <angela.damoka@hotwirepe.com> wrote:

Hello Crystal,

Thank you for your e-mail.

The corrections have been amended accordingly, thank you.

But please explain to me what you mean by:

Quote

Kindly take the paid up capital is shown as zero and we can assist in update the paid up capital

subsequent when you have deposited the money in your company bank account. Our charge is $50.

Unquote

Thank you,

Kind regards,

**Angela Damoka**

**Executive Assistant to CEO**

**Hotwire Preemptive Intelligence (Group)**

Mobile:  + 61.416.405.309

angela.damoka@hotwirepe.com



**From:** crystaltia3e@gmail.com [mailto:crystaltia3e@gmail.com] **On Behalf Of** Crystal Tia
**Sent:** Monday, 9 December 2013 1:54 PM
**To:** Angela Damoka
**Cc:** Lawrence Chai
**Subject:** Re: New submission from ONLINE INCORPORATION FORM - DENARIUZ - signed documents for your records

Dear Angela,

DEFAUS_00713220

Attach the amended incorporation detail for your approval (changed the email as request).

Kindly take the paid up capital is shown as zero and we can assist in update the paid up capital subsequent when you have deposited the money in your company bank account. Our charge is $50.

Thanks

** We would like to inform that our office will be closed from 24 December 2013 and 25 December 2013 for Christmas Day Holiday Celebration. Please be informed that our directors and staffs will have no access to the email during these period and all email will be attended to once we are back to the office on the next working day. **

**Best Regards,**

**Crystal Tia**
**Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909269 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: crystaltia@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration number: 201120337C

---

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

---

On Thu, Dec 5, 2013 at 4:27 PM, Sumati Tandon <sumati@3ecpa.com.sg> wrote:

Dear Angela,

DEFAUS_00713221

Attached is the incorporation details for your final approval for us to proceed further. Thank you.

** We would like to inform that our office will be closed from 24 December 2013 and 25 December 2013 for Christmas Day Holiday Celebration. Please be informed that our directors and staffs will have no access to the email during these period and all email will be attended to once we are back to the office on the next working day. **

**Best Regards,**

**Tandon Sumati**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909264 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: sumati@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration number: 201120337C

---

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

---

On Wed, Dec 4, 2013 at 9:28 AM, Sumati Tandon <sumati@3ecpa.com.sg> wrote:

Dear Angela,

Apologizes for my previous email. Please ignore it. We shall do the changes in the incorporation details form and send to you for final approval. Thank you.

DEFAUS_00713222

** We would like to inform that our office will be closed from 24 December 2013 and 25 December 2013 for Christmas Day Holiday Celebration. Please be informed that our directors and staffs will have no access to the email during these period and all email will be attended to once we are back to the office on the next working day. **


**Best Regards,**

**Tandon Sumati**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909264 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: sumati@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration number: 201120337C

---

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

---

On Wed, Dec 4, 2013 at 9:23 AM, Sumati Tandon <sumati@3ecpa.com.sg> wrote:

Dear Angela,


Thank you for your email. We shall incorporate the changes in the name application. It will be good if in the meantime you can send me the signed documents.


** We would like to inform that our office will be closed from 24 December 2013 and 25 December 2013 for Christmas Day Holiday Celebration. Please be informed that our directors and staffs will have no access to the email during these period and all email will be attended to once we are back to the office on the next working day. **

**Best Regards,**

**Tandon Sumati**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909264 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: sumati@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration number:
201120337C

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal*
*privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received*
*this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via*
*return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be*
*reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not*
*accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views*
*expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every*
*effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no*
*responsibility for any viruses which may be transferred by way of this email.*

On Wed, Dec 4, 2013 at 7:35 AM, Angela Damoka <angela.damoka@hotwirepe.com> wrote:

Dear Mr. Sumati,

Thank you for sending me the form.

The only 2 changes we need to make are the e-mails on the first two Directors, as follows:

*1.*

Position Held : ■ Director □ Managing Director

□ Manager □ Secretary

■ Shareholder

□ Public Accountant Employee □ Auditor

Type : ● Individual ○ Corporate

Identification No. :

Identification Type : PASSPORT/ OTHERS

Name : WRIGHT CRAIG STEVEN

Nationality : AUSTRALIAN

Occupation :

Mobile No. :

Email Address : craig.wright@hotwirepe.com


2.

Position Held : ■ Director □ Managing Director

□ Manager □ Secretary

□ Shareholder

□ Public Accountant Employee □ Auditor

Type : ● Individual ○ Corporate

Identification No. :

Identification Type : NRIC

Name : ANG LIAN SENG

Nationality : SINGAPORE CITIZEN

Occupation :

Mobile No. :

Email Address : ramona.watts@hotwirepe.com


Thank you in advance for modifying the document accordingly, and sending me a copy for final approval.


Thank you,


Kind regards,

DEFAUS_00713225

Angela Damoka

**Executive Assistant to CEO**

**Hotwire Preemptive Intelligence (Group)**

Mobile: <u>+ 61.416.405.309</u>

<u>angela.damoka@hotwirepe.com</u>



**From:** <u>sumati3e@gmail.com</u> [mailto:<u>sumati3e@gmail.com</u>] **On Behalf Of** Sumati Tandon
**Sent:** Tuesday, 3 December 2013 7:31 PM
**To:** Angela Damoka; Crystal Tia
**Subject:** Re: New submission from ONLINE INCORPORATION FORM - DENARIUZ - signed documents for your records

Dear Angela,

Please find attached incorporation details for your review and approval before we submit the company registration with the authority. Thank you.

** We would like to inform that our office will be closed from 24 December 2013 and 25 December 2013 for Christmas Day Holiday Celebration. Please be informed that our directors and staffs will have no access to the email during these period and all email will be attended to once we are back to the office on the next working day. **

**Best Regards,**

**Tandon Sumati**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: <u>+65 66909262</u> | DID: <u>+65 66909264</u> | Fax: <u>+65 64151380</u>

Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: sumati@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration number:
201120337C

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

On Mon, Dec 2, 2013 at 1:31 PM, Angela Damoka <angela.damoka@hotwirepe.com> wrote:

Dear Mr. Sumati,

You may proceed with the online company incorporation application.

Please send me the date that the company will be incorporated, so I can change it on the documents accordingly.

Thank you,

Kind regards,

Angela Damoka

**Executive Assistant to CEO**

**From:** sumati3e@gmail.com [mailto:sumati3e@gmail.com] **On Behalf Of** Sumati Tandon
**Sent:** Monday, 2 December 2013 2:40 PM
**To:** Angela Damoka
**Subject:** Re: New submission from ONLINE INCORPORATION FORM - DENARIUZ - signed documents for your records

Dear Angela,

Thank you for your email. Please confirm when do you want us to proceed with the online company incorporation application.

** We would like to inform that our office will be closed from 24 December 2013 and 25 December 2013 for Christmas Day Holiday Celebration. Please be informed that our directors and staffs will have no access to the email during these period and all email will be attended to once we are back to the office on the next working day. **

Best Regards,

**Tandon Sumati**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909264 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: sumati@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration number: 201120337C

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

On Mon, Dec 2, 2013 at 10:33 AM, Angela Damoka <angela.damoka@hotwirepe.com> wrote:

Dear Mr. Sumati,

Kindly find attached the last page (signed) for your records.

I'll look into your below points and get back to you accordingly.


Thank you,


Angela Damoka

**Executive Assistant to CEO**



**From:** sumati3e@gmail.com [mailto:sumati3e@gmail.com] **On Behalf Of** Sumati Tandon
**Sent:** Monday, 2 December 2013 12:58 PM
**To:** Angela Damoka
**Subject:** Re: New submission from ONLINE INCORPORATION FORM - DENARIUZ - signed documents for your records


Dear Angela,


Thank you for the scanned documents. Please be informed that the following attached documents are pending:


1. First board meeting documents - Pending for signature on the last page,


Please also take note that the date of incorporation cannot be back dated to 01 September 2013 ( as mentioned by you in signed documents). Company will be incorporated on the date when we lodge the online application for company registration with the authority.


Also , the paid up share capital can be in the form of cash and it is advisable to deposit in the corporate bank account once it is opened after the company has been incorporated.

CONFIDENTIAL

\*\* We would like to inform that our office will be closed from 24 December 2013 and 25 December 2013 for Christmas Day Holiday Celebration. Please be informed that our directors and staffs will have no access to the email during these period and all email will be attended to once we are back to the office on the next working day. \*\*

**Best Regards,**

**Tandon Sumati**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909264 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: sumati@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration number: 201120337C

---

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

---

On Mon, Dec 2, 2013 at 7:41 AM, Angela Damoka <angela.damoka@hotwirepe.com> wrote:

Dear Mr. Sumati,

Following your request to Craig S Wright, kindly find attached all requested documents (signed & dated), for your records.

Thank you,

Kind regards,

Angela Damoka

CONFIDENTIAL

DEFAUS_00713230

Executive Assistant to CEO

angela.damoka@hotwirepe.com

---

**From:** sumati3e@gmail.com [mailto:sumati3e@gmail.com] **On Behalf Of** Sumati Tandon
**Sent:** Wednesday, 2 October 2013 5:48 PM
**To:** Craig S Wright
**Cc:** Crystal Tia
**Subject:** Re: New submission from ONLINE INCORPORATION FORM - DENARIUZ

Dear Craig,

We have received the signed documents from Ang lian Seng, Please return us the pending attached signed documents to proceed further.

** We would like to inform that our office will be closed from 1 November 2013 to 3 November 2013 for celebrating Deepavali. Please be informed that our directors and staffs will have no access to the email during these period and all email will be attended to once we are back to the office on the next working day. **

**Best Regards,**

**Tandon Sumati**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909264 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: sumati@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration
number: 201120337C

CONFIDENTIAL

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

On Wed, Sep 25, 2013 at 3:22 PM, Craig S Wright <craig@rcjbr.org> wrote:

Hello,

I forgot to ask. In the new year we are applying to be issued a banking license.

Can you act as external auditors for a bank? Internal?

Can you recommend people in Sg to hire?

Regards,

Craig

**From:** sumati3e@gmail.com [mailto:sumati3e@gmail.com] **On Behalf Of** Sumati Tandon
**Sent:** Tuesday, 24 September 2013 5:02 PM
**To:** Craig S Wright
**Cc:** Crystal Tia

**Subject:** Re: New submission from ONLINE INCORPORATION FORM - DENARIUZ

Dear Craig,

Please find attached documents for your review and signing:

1. Reserve company name with ACRA:  Please check the company name application and confirm all details.

     DEFAUS_00713232

2. First board meeting resolution- to be signed on pages 3 and 4

3. Form 45- Consent to act as director- lists down the disqualification a person should not possess if he wishes to act as the director of a Singapore company. Please read through and sign on last page of the document

4. Service agreement for engaging 3E Accounting Pte. Ltd. for corporate secretarial services- to be signed on last page by you both in the capacity as the director and shareholder of the company.

5. Registered office address form for signing,

6. Memorandum and Articles of Association for your reference.

Once all the above mentioned documents are signed, you can either scan or post or personally handover to us the signed documents.

Please also inform the paid up share capital declared at the time of incorporation of the company is required to be deposited in the corporate bank account once it is opened. Hence please inform what will be the paid up share capital of the company.

We shall proceed with the incorporation of the company once the company name is approved and we have received the signed preincorporation documents from you.

**Best Regards,**

**Tandon Sumati**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909264 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: sumati@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration number: 201120337C

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

CONFIDENTIAL

On Thu, Sep 19, 2013 at 11:37 AM, Craig S Wright <craig@rcjbr.org> wrote:

The trust documents and certificate are attached.

----------

**Dr. Craig S Wright GSE LLM**

**Chief Executive Officer**

**Hotwire Preemptive Intelligence (Group)**

Mobile: **+ 61.417.683.914**

craig.wright@hotwirepe.com



**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Wednesday, 18 September 2013 7:43 PM
**To:** Sumati Tandon

**Cc:** 3e Accounting Pte Ltd 3e; Crystal Tia

**Subject:** RE: New submission from ONLINE INCORPORATION FORM - DENARIUZ

Here are the Trust official documents.

My information is also attached.

We will remit payment tomorrow.

CONFIDENTIAL

DEFAUS_00713234

Regards,

…

**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914

http://www.rcjbr.org

  

**From:** sumati3e@gmail.com [mailto:sumati3e@gmail.com] **On Behalf Of** Sumati Tandon
**Sent:** Wednesday, 18 September 2013 2:32 PM
**To:** Craig S Wright
**Cc:** Craig S Wright; 3e Accounting Pte Ltd 3e; Crystal Tia
**Subject:** Re: New submission from ONLINE INCORPORATION FORM - DENARIUZ

Dear Craig,

Thank you for the copy of passport. Please also send me your residential address proof along with following documents for your corporate shareholder: The Wright Family Fidelity Trust, Certificate of Incorporation and Memorandum & Articles of Association and Certificate of Incumbency (Click here, http://www.3ecpa.com.sg/wp-content/uploads/2013/03/Certificate-of-Incumbency.doc to download the sample) of the holding company.

Please also provide us the contact number and email addresses of other 2 directors.

In the meantime, i will issue you the invoice for S$700 for company registration of DENARIUZ PTE. LTD.

Looking forward to your reply to proceed further. Thank you.

**Best Regards,**

CONFIDENTIAL

DEFAUS_00713235

**Tandon Sumati**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909264 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: sumati@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration
number: 201120337C

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

On Wed, Sep 18, 2013 at 9:57 AM, Craig S Wright <craig@rcjbr.org> wrote:

Attached is my passport.

I believe this is only address proof for myself now?

You will have this tonight.

**From:** sumati3e@gmail.com [mailto:sumati3e@gmail.com] **On Behalf Of** Sumati Tandon
**Sent:** Tuesday, 17 September 2013 6:44 PM
**To:** Craig S Wright
**Cc:** 3e Accounting Pte Ltd 3e; Crystal Tia; craig@rcjbr.org

**Subject:** Re: New submission from ONLINE INCORPORATION FORM - DENARIUZ

Dear Craig,

DEFAUS_00713236

Please provide us pending information and documents to advise you further. Thank you.

**Best Regards,**

**Tandon Sumati**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909264 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: sumati@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration
number: 201120337C

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

On Tue, Sep 17, 2013 at 4:27 PM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

Hello,

I have attached the local directors information and will follow up with the information for myself tomorrow.

Thank you.

Craig

**From:** sumati3e@gmail.com [mailto:sumati3e@gmail.com] **On Behalf Of** Sumati Tandon
**Sent:** Tuesday, 10 September 2013 6:18 PM
**To:** Craig S Wright
**Cc:** 3e Accounting Pte Ltd 3e; Crystal Tia

DEFAUS_00713237

**Subject:** Re: New submission from ONLINE INCORPORATION FORM - DENARIUZ

Dear Craig,

Thank you for updating us.

**Best Regards,**

**Tandon Sumati**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909264 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: sumati@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration
number: 201120337C

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject*
*to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If*
*you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it*
*and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information*
*believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or*
*completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has*
*been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not*
*necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check*
*this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this*
*email.*

On Tue, Sep 10, 2013 at 2:00 PM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

I am collecting the supporting documents now.

**From:** sumati3e@gmail.com [mailto:sumati3e@gmail.com] **On Behalf Of** Sumati Tandon
**Sent:** Tuesday, 10 September 2013 2:27 PM
**To:** 3e Accounting Pte Ltd 3e; Craig S Wright

**Cc:** Crystal Tia
**Subject:** Re: New submission from ONLINE INCORPORATION FORM - DENARIUZ

Dear Craig,

Thank you for providing us with the opportunity to offer our services.

The company name DENARIUZ PTE. LTD. is available with the authority.

The related business activities and codes available in ACRA are as follows:

64999 OTHER FINANCIAL SERVICE ACTIVITIES EXCEPT INSURANCE & PENSION FUNDING NEC

62011 DEVELOPMENT OF E-COMMERCE APPLICATIONS

Please provide us the copy of NRIC (Front and back) for the local director.

For foreigners please provide us the copy of passport and address proof of all foreign directors.

If the shareholder is a corporate entity, you need to submit a copy of registration documents such as the Certificate of Incorporation and Memorandum & Articles of Association and Certificate of Incumbency (Click here, http://www.3ecpa.com.sg/wp-content/uploads/2013/03/Certificate-of-Incumbency.doc to download the sample) of the holding company.

The minimum paid up share capital required to set up the company is S$1 .Also note that the amount of paid up share capital declared at the time of incorporation is required to be deposited in the corporate bank account once the bank account is opened.

With regards to registered office address, please confirm whether you wish to use our registered office address or you have your own registered office address.

CONFIDENTIAL

Currently we are charging SGD $700 nett (Promotional price) for incorporation of a Company.

(Free First year secretarial services, stamp, seal, fax services and etc items)

By signing up our incorporation package, you can engage our registered address services at $100 only.

If you have any corporate shareholder, additional $100 is applied.

It is recommended to setup the company prior your visit to the Singapore always to avoid unnecessary delay. We can setup the Company for you upon receipt of all the information required stated below and receipt of full payment of our invoice.

Our Company Incorporation Promotion Package pricing detail, and explanation on each incorporation package, you may refer tohttp://www.3ecpa.com.sg/incorporation/

For government grant available, you can refer to http://www.3ecpa.com.sg/singapore-government-grants-financing-schemes-assistance/

---------------------------------------------------------------------------------------------------------

Why Us?

Attached our company brochure sets out the details about us, but in summary, we believe that we are the best firm in Singapore to be of service to you for the following reasons:

1) A demonstrated ability to meet the reporting deadlines always

2) Outstanding Value and Service Guarantee - every email or message is replied within 24 hours always

3) No Hidden Fees

4) Fast Response

5) Fast Incorporation

6) Truly one stop solution for your business

7) International Recognition by ACCA for the firm

8) Professionally Qualified (We are qualified accountant and tax agents in Singapore)

9) Comprehensive online resource

10) Convenient - We provide flexibility to our clients always. (Nearby to MRT)

11) We are approved Singapore Employment Agency

-----------------------------------------------------------------------------------------------------------

2 options are available to setup the Company in Singapore as follows:

Steps for in-person incorporation

1) Visit our office to submit your information as required above.

2) Make your cash payment.

3) Your company will be setup within one hour!

Steps to incorporate via email

1) Email us the information required above at 3e@3ecpa.com.sg

2) We will check the availability of the company name and get back to you within 24 hours.

3) Once the information is received and the name is confirmed, we will email you our invoice for payment. Upon receipt of payment, the company name will be reserved at your request.

4) We will then email you all the documents for signatures.

5) Upon receipt of the scanned signed documents, we will need 24 hours to perform the basic verification of the identity.

6) Once the verification is done, we will proceed to incorporate the company within one hour.

7) Once the company is setup, we will email you all the completed documents (i.e. Memorandum & Articles of Association, business profile and various other documents). For fast delivery, we can courier the company stamp to your designated address or you may collect the stamp at our office.

Lastly, looking forward for the information to complete the incorporation of Company.

Do not hesitate to contact us should you have any queries always.

CONFIDENTIAL

DEFAUS_00713241

Thank you.

**Best Regards,**

**Tandon Sumati**
**Senior Corporate Secretary**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**
**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Main: +65 66909262 | DID: +65 66909264 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: sumati@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration
number: 201120337C

---

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

---

On Tue, Sep 10, 2013 at 9:59 AM, 3e Accounting Pte Ltd 3e <3e@3ecpa.com.sg> wrote:

HI Sumati

to reply duplicate

**Best Regards,**
**Chong Wen Ai**
**3E ACCOUNTING PTE. LTD.**
**An Accredited Training Organisation for the Chartered Accountant of Singapore**

CONFIDENTIAL

DEFAUS_00713242

**Accounting • Advisory • Secretarial • Taxation • Valuation • Human Resources • Striking Off**
Mobile: +65 82994859 | Main: +65 66909262 | Fax: +65 64151380
Our office address: 51 Goldhill Plaza #07-10/11 Singapore 308900
Email: 3e@3ecpa.com.sg | Website: http://www.3ecpa.com.sg/ | Company registration
number: 201120337C

*Important Notice:*
*This email, its content and any files attached to or transmitted with it are intended solely for the addressee(s) and may be subject to legal privilege and/or confidential. Access by any other party is unauthorized without the express permission of the sender. If you have received this email in error you may not copy or use its content, attachment(s) or information in any way. Please delete it and contact the sender via return email or at the telephone numbers stated above. This email has been prepared using information believed by the author to be reliable and accurate but 3e Accounting Pte. Ltd. ("3E") makes no warranty as to accuracy or completeness. In particular, 3E does not accept responsibility for changes made to the content and/or attachment(s) after it has been sent. Unless otherwise stated, any views expressed in this email and/or its attachment(s) are those of the sender and do not necessarily reflect the views of 3E. We make every effort to keep our network free from viruses. You do, however, need to check this email and its attachment(s) for viruses as we can take no responsibility for any viruses which may be transferred by way of this email.*

---------- Forwarded message ----------
From: **craig.wright@hotwirepe.com** <craig.wright@hotwirepe.com>

Date: Tue, Sep 10, 2013 at 4:39 AM
Subject: New submission from ONLINE INCORPORATION FORM
To: 3e@3ecpa.com.sg, info@3ecpa.com.sg

**Choose your Package**

Incorporation

**Company Name 1**

DENARIUZ

**Business Activities 1**

Financial Serives

**Business activities 2**

Banking

**Director's Name**

Ang Mei Foong Ramona

**Passport/NRIC Number**



**Residential Address**



**Nationailty**

Singaporean

                                                                 DEFAUS_00713243

### Director's Name

Ang Lian Seng

### Passport/NRIC Number



### Residential Address



### Nationailty

Singaporean

### Director's Name

Craig S Wright

### Passport/NRIC Number



### Residential Address

43 St Johns Ave
Gordon NSW 2072
Australia

### Nationailty

Foreigner

### Nationailty

Singaporean

### Nationailty

Singaporean

### Nationailty

Singaporean

### Nationailty

Singaporean

### Nationailty

Singaporean

### Entity's Name

The Wright Family Fidelity Trust

### Registration Number

99657859520

### Entity registered address

43 St Johns Ave
Gordon NSW 2072
Australia

**Entity type**

Foreign entity

**Shareholding %**

100

**Entity type**

Singapore entity

**Initial Share Capital Amount**

119500000

**Company Registered Adddress**

No. 14 Robinson Road #13-00
Far East Finance Building
Singapore 048545
Republic of Singapore

**Applicant Name**

Craig S Wright

**Contact Telephone / Mobile Number**

61417683914

**Contact Email**

craig.wright@hotwirepe.com

**Message to 3E**

Company registered as Denaruz

The shareholder is Australian Registered Trust with ABN (Australian Business Number) "99657859520"

CONFIDENTIAL

DEFAUS_00713245

CONFIDENTIAL

DEFAUS_00713246

**INSTRUCTION FOR TRANSFER OF LEGAL INTEREST IN BTC**

The Financial Controller
C01N Ltd

Date: 25 Nov 2013

Issuer: DeMorgan (Panopticrypt Pty Ltd) "the Company"

Assignee: Denariuz Pte Ltd

       Singapore

No of Bitcoin: 110,957.10 "the Amount"

1. Pursuant to an agreement with Dr Craig Steven Wright (**Dr Wright**), the equitable interest held by Dr Wright in a number of Bitcoin (**BTC**) held by C01N Ltd (**the Trustee**) pursuant to the Deed of Loan dated 23 October 2012 was transferred by Dr Wright to the Company for value.

2. The Company hereby instructs the Trustee to transfer the Amount to the Assignee in satisfaction of the Company's interest in the Amount held by the Trustee.

3. The Trustee will be deemed to have complied with this notice and will, accordingly released by the Company to the extent of the Amount, where the Trustee transfers the Amount to the wallet (or wallets) set out below.

                      N1dr

                      2Hm7

**Executed** by **the Company** in accordance with
section 127 of the Corporations Act 2001 (Cth):

Signature of director

RAMONA WATTS

Full name of director

Signature of company secretary/director

CRAIG S WRIGHT

Full name of company secretary/director

Craig S Wright
43 St Johns Ave
Gordon, NSW

27 June 2014

Uyen Nguyen
Financial Controller
C01N Ltd
Dept 1002 196 High Road Wood Green London, N22 8HH United Kingdom

Dear Ms Nguyen

As you know, pursuant to a Deed of Loan dated 23 October 2012, 650,000 BTC were transferred to
C01N Ltd (**C01N**) to be held on trust for me.

Pursuant to certain arrangements entered into in Australia, I have agreed to assign my beneficial
interest in a number of those BTC to various companies for value.

Attached as Annexure 1 is a current list of the holding in equitable interest in BTC as at 27 June 2014
reflecting those arrangements.

I have instructed all assignees of my equitable interest in BTC held by the Trustee to provide you
with notice of any further assignments of equitable interests in the BTC.

Attached as Annexure 2 is a form of notice to be issued by me or any of the companies holding an
equitable interest in the BTC held by the Trustee recording a further transfer of beneficial interest.

Where you receive such a notice, you should update your records accordingly.

Further, I or one of the holders of beneficial interest in the BTC may from time to time request that
Trustee transfer the legal interest in the BTC held by the Trustee to a third party in satisfaction of the
equitable interest (or part thereof) in those BTC.

Attached as Annexure 3 is a form of notice to be issued by me or any of the companies holding an
equitable interest in the BTC held by the Trustee requesting a transfer of the legal interest in BTC.

At any time, you may request information from me to confirm the current holdings of equitable
interests in the BTC held by the Trustee.

If you have any questions, please let me know.

Craig S Wright

**ANNEXURE 1**

**HOLDINGS OF EQUITABLE INTERESTS IN BTC HELD BY C01N LTD AS AT 27 JUNE 2014**

| Holder | Interest |
|---|---|
| Software deal – MJF Mining Services WA Pty. Ltd. | 358,852.45<br>• Finalised and transferred<br>• 15 Sept 2013 |
| IaaS Deal – Agreement with Signia / High Secured | 111,114.62<br>• 60,000 Finalised and transferred<br>• 09th March 2014<br>• 51,114.62 held by Signia |
| Loan repayment | 117,956.06<br>• Unused – returned to trust in payment<br>• 01 Jan 2014 |

ANNEXURE 2

**NOTIFICATION OF TRANSFER OF EQUITABLE INTEREST**

The Financial Controller
C01N Ltd
[*Address*]

Date: [*insert date*]

Issuer: [*insert name*] "the Company"

Assignee: [*insert name*] "the Assignee"

No of Bitcoin: [*insert number*] "the Amount"

1. Pursuant to an agreement with Dr Craig Steven Wright (**Dr Wright**), the equitable interest held by Dr Wright in a number of Bitcoin (**BTC**) held by C01N Ltd (**the Trustee**) pursuant to the Deed of Loan dated 23 October 2012 was transferred by Dr Wright to the Company for value.

2. The Company hereby notifies the Trustee that as of the Date the Company has agreed to transfer the equitable interest in the Amount of BTC to the Assignee for value.

3. The Company requests the Trustee update its records accordingly.

**Executed** by **the Company** in accordance with
section 127 of the Corporations Act 2001 (Cth):

_____

Signature of director

_____

Signature of company secretary/director

_____

Full name of director

_____

Full name of company secretary/director

DEFAUS_00713250

**ANNEXURE 3**

**INSTRUCTION FOR TRANSFER OF LEGAL INTEREST IN BTC**

The Financial Controller
C01N Ltd

Date: [*insert date*]

Issuer: [*insert name*] "the Company"

Assignee: [*insert name*] "the Assignee"

No of Bitcoin: [*insert number*] "the Amount"

1. Pursuant to an agreement with Dr Craig Steven Wright (**Dr Wright**), the equitable interest held by Dr Wright in a number of Bitcoin (**BTC**) held by C01N Ltd (**the Trustee**) pursuant to the Deed of Loan dated 23 October 2012 was transferred by Dr Wright to the Company for value.

2. The Company hereby instructs the Trustee to transfer the Amount to the Assignee in satisfaction of the Company's interest in the Amount held by the Trustee.

3. The Trustee will be deemed to have complied with this notice and will, accordingly released by the Company to the extent of the Amount, where the Trustee transfers the Amount to the wallet (or wallets) set out below.

[Insert Assignee Wallet Details]

**Executed** by **the Company** in accordance with
section 127 of the Corporations Act 2001 (Cth):

_____
Signature of director

_____
Signature of company secretary/director

_____
Full name of director

_____
Full name of company secretary/director

DEFAUS_00713251



For more information, visit www.xe.com

# Current and Historical Rate Tables

Build current and historic rate tables with your chosen base currency with XE Currency Tables. For commercial purposes, get an automated currency feed through the XE Currency Data Feed.

## XE Currency Table: XBT - Bitcoin

Mid-market rates as of **2013-11-26 17:00 UTC**

| Currency code ▲▼ | Currency name ▲▼ | Units per XBT | XBT per Unit |
|---|---|---|---|
| USD | US Dollar | 884.5310399995 | 0.0011305426 |
| EUR | Euro | 652.5700937231 | 0.0015324024 |
| GBP | British Pound | 546.5037591353 | 0.0018298136 |
| INR | Indian Rupee | 55268.9409643540 | 0.0000180933 |
| AUD | Australian Dollar | 969.8084973566 | 0.0010311314 |
| CAD | Canadian Dollar | 933.0084691653 | 0.0010718016 |
| AED | Emirati Dirham | 3248.8823297645 | 0.0003077982 |
| MYR | Malaysian Ringgit | 2848.6321993279 | 0.0003510457 |
| CHF | Swiss Franc | 803.2694923891 | 0.0012449122 |
| CNY | Chinese Yuan Renminbi | 5389.2072018167 | 0.0001855560 |
| THB | Thai Baht | 28364.5752011193 | 0.0000352552 |
| SAR | Saudi Arabian Riyal | 3317.3893791937 | 0.0003014419 |
| NZD | New Zealand Dollar | 1079.7075091860 | 0.0009261768 |
| JPY | Japanese Yen | 89682.1490629693 | 0.0000111505 |
| SGD | Singapore Dollar | 1108.8710032022 | 0.0009018182 |
| PHP | Philippine Peso | 38698.3991151378 | 0.0000258409 |
| TRY | Turkish Lira | 1781.2330694487 | 0.0005614088 |
| HKD | Hong Kong Dollar | 6856.9972163797 | 0.0001458364 |
| IDR | Indonesian Rupiah | 10269101.3392140158 | 0.0000000974 |
| ZAR | South African Rand | 8970.4754615245 | 0.0001114768 |
| MXN | Mexican Peso | 11558.9080093433 | 0.0000865134 |
| SEK | Swedish Krona | 5819.2562569421 | 0.0001718433 |
| BRL | Brazilian Real | 2032.6863706408 | 0.0004919598 |
| HUF | Hungarian Forint | 194870.1782978202 | 0.0000051316 |
| PKR | Pakistani Rupee | 95617.6620213131 | 0.0000104583 |
| QAR | Qatari Riyal | 3220.5754237553 | 0.0003105035 |
| OMR | Omani Rial | 340.6329032638 | 0.0029357117 |

DEFAUS_00713252

| KWD | Kuwaiti Dinar | 250.2866849184 | 0.0039954183 |
| DKK | Danish Krone | 4867.5212848983 | 0.0002054434 |
| NOK | Norwegian Krone | 5398.9339165103 | 0.0001852218 |
| RUB | Russian Ruble | 29164.7338340191 | 0.0000342880 |
| EGP | Egyptian Pound | 6094.4187331325 | 0.0001640846 |
| KRW | South Korean Won | 938989.2815798419 | 0.0000010650 |
| PLN | Polish Zloty | 2743.8552292134 | 0.0003644507 |
| COP | Colombian Peso | 1704436.6279090242 | 0.0000005867 |
| CZK | Czech Koruna | 17843.4980489711 | 0.0000560428 |
| ILS | Israeli Shekel | 3131.0779953805 | 0.0003193788 |
| IQD | Iraqi Dinar | 1027926.6567407640 | 0.0000009728 |
| NGN | Nigerian Naira | 140551.9401275954 | 0.0000071148 |
| MAD | Moroccan Dirham | 7323.2816944472 | 0.0001365508 |
| ARS | Argentine Peso | 5391.7760834689 | 0.0001854676 |
| LKR | Sri Lankan Rupee | 116050.3387579481 | 0.0000086170 |
| TWD | Taiwan New Dollar | 26195.9412629296 | 0.0000381739 |
| BDT | Bangladeshi Taka | 68716.3273786511 | 0.0000145526 |
| BHD | Bahraini Dinar | 333.5560686733 | 0.0029979967 |
| VND | Vietnamese Dong | 18621750.2421169765 | 0.0000000537 |
| CLP | Chilean Peso | 462167.7571177060 | 0.0000021637 |
| KES | Kenyan Shilling | 76888.7717153862 | 0.0000130058 |
| TND | Tunisian Dinar | 1479.3777243105 | 0.0006759599 |
| XOF | CFA Franc | 428057.9209683135 | 0.0000023361 |
| JOD | Jordanian Dinar | 625.6284154247 | 0.0015983929 |
| GHS | Ghanaian Cedi | 2009.3702438754 | 0.0004976684 |
| HRK | Croatian Kuna | 4990.4805356846 | 0.0002003815 |
| BGN | Bulgarian Lev | 1276.3597572799 | 0.0007834782 |
| RON | Romanian New Leu | 2900.6654997804 | 0.0003447485 |
| PEN | Peruvian Nuevo Sol | 2481.1007879137 | 0.0004030469 |
| DZD | Algerian Dinar | 71381.5976330977 | 0.0000140092 |
| NPR | Nepalese Rupee | 88919.6654847515 | 0.0000112461 |
| XAF | Central African CFA Franc BEAC | 428057.9209683135 | 0.0000023361 |
| ISK | Icelandic Krona | 107381.9677464212 | 0.0000093126 |
| UAH | Ukrainian Hryvnia | 7247.8475300943 | 0.0001379720 |
| FJD | Fijian Dollar | 1625.9328381864 | 0.0006150316 |
| DOP | Dominican Peso | 37681.0130603656 | 0.0000265386 |
| XPF | CFP Franc | 77872.3262199385 | 0.0000128415 |
| MUR | Mauritian Rupee | 27287.6945440408 | 0.0000366466 |
| AZN | Azerbaijani New Manat | 693.7374133132 | 0.0014414676 |
| BAM | Bosnian Convertible Marka | 1276.3161664064 | 0.0007835049 |

DEFAUS_00713253

| XAU | Gold Ounce | 0.7117873586 | 1.4049139646 |
|-----|-----------|-------------|-------------|
| IRR | Iranian Rial | 22113091.4691900946 | 0.0000000452 |
| RSD | Serbian Dinar | 74486.7890041393 | 0.0000134252 |
| LTL | Lithuanian Litas | 2253.1940196071 | 0.0004438144 |
| BND | Bruneian Dollar | 1108.8710032022 | 0.0009018182 |
| ETB | Ethiopian Birr | 16857.8561904665 | 0.0000593195 |
| CRC | Costa Rican Colon | 440284.2194285439 | 0.0000022713 |
| VEF | Venezuelan Bolivar | 5561.4880426035 | 0.0001798080 |
| AFN | Afghan Afghani | 50284.5885141628 | 0.0000198868 |
| TZS | Tanzanian Shilling | 1422738.9805698255 | 0.0000007029 |
| UGX | Ugandan Shilling | 2233440.8394548199 | 0.0000004477 |
| JMD | Jamaican Dollar | 90975.7934869826 | 0.0000109919 |
| GEL | Georgian Lari | 1492.2770162119 | 0.0006701169 |
| ZWD | Zimbabwean Dollar | 320111.7833758300 | 0.0000031239 |
| BWP | Botswana Pula | 7602.1018323905 | 0.0001315426 |
| CUC | Cuban Convertible Peso | 884.5310399995 | 0.0011305426 |
| ZMW | Zambian Kwacha | 4856.0711390994 | 0.0002059278 |
| MMK | Burmese Kyat | 867723.1771631440 | 0.0000011524 |
| GTQ | Guatemalan Quetzal | 6974.9697500071 | 0.0001433698 |
| XCD | East Caribbean Dollar | 2388.2338103870 | 0.0004187195 |
| LYD | Libyan Dinar | 1101.6655789669 | 0.0009077165 |
| MKD | Macedonian Denar | 40184.2547450976 | 0.0000248854 |
| TTD | Trinidadian Dollar | 5687.5317377140 | 0.0001758232 |
| MZN | Mozambican Metical | 26624.3036121534 | 0.0000375597 |
| ALL | Albanian Lek | 91482.1701353030 | 0.0000109311 |
| BOB | Bolivian Boliviano | 6112.1090285548 | 0.0001636096 |
| KZT | Kazakhstani Tenge | 135443.8153383877 | 0.0000073831 |
| BBD | Barbadian or Bajan Dollar | 1769.0620799991 | 0.0005652713 |
| AOA | Angolan Kwanza | 86287.2929460356 | 0.0000115892 |
| KHR | Cambodian Riel | 3552203.5204699994 | 0.0000002815 |
| XAG | Silver Ounce | 44.5238302265 | 0.0224598826 |
| AMD | Armenian Dram | 357915.5599794161 | 0.0000027940 |
| UYU | Uruguayan Peso | 18619.3774416530 | 0.0000537075 |
| MOP | Macau Pataca | 7062.7071328711 | 0.0001415888 |
| NAD | Namibian Dollar | 8970.4754615245 | 0.0001114768 |
| LBP | Lebanese Pound | 1334314.7721178771 | 0.0000007494 |
| LAK | Lao or Laotian Kip | 7064944.3557032254 | 0.0000001415 |
| BYR | Belarusian Ruble | 8246042.2968992973 | 0.0000001213 |
| MGA | Malagasy Ariary | 1988425.0228504313 | 0.0000005029 |
| SYP | Syrian Pound | 99907.3858841895 | 0.0000100093 |
| VUV | Ni-Vanuatu Vatu | 83921.8910902433 | 0.0000119158 |

DEFAUS_00713254

| PGK | Papua New Guinean Kina | 2272.3983044304 | 0.0004400637 |
|-----|------------------------|-----------------|--------------|
| MNT | Mongolian Tughrik | 1528030.5280987599 | 0.0000006544 |
| SDG | Sudanese Pound | 3894.1422181503 | 0.0002567960 |
| ANG | Dutch Guilder | 1565.8879936201 | 0.0006386153 |
| MWK | Malawian Kwacha | 364780.1240698225 | 0.0000027414 |
| GMD | Gambian Dalasi | 33440.7182346140 | 0.0000299037 |
| CUP | Cuban Peso | 23440.0725599876 | 0.0000426620 |
| RWF | Rwandan Franc | 593520.6586595475 | 0.0000016849 |
| MVR | Maldivian Rufiyaa | 13586.3939428828 | 0.0000736030 |
| BTN | Bhutanese Ngultrum | 55268.9409643540 | 0.0000180933 |
| SCR | Seychellois Rupee | 10695.3038175461 | 0.0000934990 |
| HNL | Honduran Lempira | 18172.6866103113 | 0.0000550276 |
| KPW | North Korean Won | 116731.7187060722 | 0.0000085667 |
| PYG | Paraguayan Guarani | 3927314.4242889038 | 0.0000002546 |
| DJF | Djiboutian Franc | 158948.6052146761 | 0.0000062913 |
| XBT | Bitcoin | 1.0000000000 | 1.0000000000 |
| YER | Yemeni Rial | 190078.6893341359 | 0.0000052610 |
| CDF | Congolese Franc | 804040.6126846366 | 0.0000012437 |
| WST | Samoan Tala | 2042.7970057456 | 0.0004895249 |
| GYD | Guyanese Dollar | 181516.6640760793 | 0.0000055091 |
| AWG | Aruban or Dutch Guilder | 1583.3105615992 | 0.0006315880 |
| MDL | Moldovan Leu | 11587.3566626485 | 0.0000863010 |
| BZD | Belizean Dollar | 1766.6727373076 | 0.0005660358 |
| HTG | Haitian Gourde | 37150.2302670642 | 0.0000269177 |
| KGS | Kyrgyzstani Som | 43290.1852921082 | 0.0000230999 |
| NIO | Nicaraguan Cordoba | 22099.9934515362 | 0.0000452489 |
| CVE | Cape Verdean Escudo | 71095.8399255656 | 0.0000140655 |
| KYD | Caymanian Dollar | 725.3155688501 | 0.0013787102 |
| GNF | Guinean Franc | 6133506.4888912737 | 0.0000001630 |
| BSD | Bahamian Dollar | 884.5310399995 | 0.0011305426 |
| BIF | Burundian Franc | 1371025.7079665130 | 0.0000007294 |
| SLL | Sierra Leonean Leone | 3846778.9060241235 | 0.0000002600 |
| MRO | Mauritanian Ouguiya | 257280.7269692158 | 0.0000038868 |
| TOP | Tongan Pa'anga | 1614.1077462918 | 0.0006195373 |
| BMD | Bermudian Dollar | 884.5310399995 | 0.0011305426 |
| SBD | Solomon Islander Dollar | 6342.9977769776 | 0.0001576542 |
| UZS | Uzbekistani Som | 1906316.8969084416 | 0.0000005246 |
| SOS | Somali Shilling | 1067601.1415673448 | 0.0000009367 |
| PAB | Panamanian Balboa | 884.5310399995 | 0.0011305426 |
| SRD | Surinamese Dollar | 2896.5084460154 | 0.0003452433 |
| XDR | IMF Special Drawing Rights | 577.2007266559 | 0.0017324996 |

DEFAUS_00713255

| SZL | Swazi Lilangeni | 8970.4754615245 | 0.0001114768 |
| ERN | Eritrean Nakfa | 9261.0374447881 | 0.0001079793 |
| LRD | Liberian Dollar | 71630.6378649893 | 0.0000139605 |
| TJS | Tajikistani Somoni | 4222.1273715496 | 0.0002368474 |
| TMT | Turkmenistani Manat | 2520.9134639987 | 0.0003966816 |
| GIP | Gibraltar Pound | 546.5037591353 | 0.0018298136 |
| LSL | Basotho Loti | 8970.4754615245 | 0.0001114768 |
| KMF | Comoran Franc | 321043.4407262352 | 0.0000031148 |
| SVC | Salvadoran Colon | 7739.6465999959 | 0.0001292049 |
| GGP | Guernsey Pound | 546.5037591353 | 0.0018298136 |
| XPT | Platinum Ounce | 0.6442500020 | 1.5521924670 |
| STD | Sao Tomean Dobra | 16082284.8780340590 | 0.0000000622 |
| IMP | Isle of Man Pound | 546.5037591353 | 0.0018298136 |
| FKP | Falkland Island Pound | 546.5037591353 | 0.0018298136 |
| XPD | Palladium Ounce | 1.2403645828 | 0.8062145710 |
| JEP | Jersey Pound | 546.5037591353 | 0.0018298136 |
| SHP | Saint Helenian Pound | 546.5037591353 | 0.0018298136 |
| SPL | Seborgan Luigino | 147.4218399999 | 0.0067832555 |
| TVD | Tuvaluan Dollar | 969.8084973566 | 0.0010311314 |

DEFAUS_00713256

Denariuz Pte Ltd





DEFAUS_00713258



DEFAUS_00713259



DEFAUS_00713260

Craig S Wright
43 St Johns Ave
Gordon, NSW

27 June 2014

Uyen Nguyen
Financial Controller
C01N Ltd
Dept 1002 196 High Road Wood Green London, N22 8HH United Kingdom

Dear Ms Nguyen

As you know, pursuant to a Deed of Loan dated 23 October 2012, 650,000 BTC were transferred to C01N Ltd (**C01N**) to be held on trust for me.

Pursuant to certain arrangements entered into in Australia, I have agreed to assign my beneficial interest in a number of those BTC to various companies for value.

Attached as Annexure 1 is a current list of the holding in equitable interest in BTC as at 27 June 2014 reflecting those arrangements.

I have instructed all assignees of my equitable interest in BTC held by the Trustee to provide you with notice of any further assignments of equitable interests in the BTC.

Attached as Annexure 2 is a form of notice to be issued by me or any of the companies holding an equitable interest in the BTC held by the Trustee recording a further transfer of beneficial interest.

Where you receive such a notice, you should update your records accordingly.

Further, I or one of the holders of beneficial interest in the BTC may from time to time request that Trustee transfer the legal interest in the BTC held by the Trustee to a third party in satisfaction of the equitable interest (or part thereof) in those BTC.

Attached as Annexure 3 is a form of notice to be issued by me or any of the companies holding an equitable interest in the BTC held by the Trustee requesting a transfer of the legal interest in BTC.

At any time, you may request information from me to confirm the current holdings of equitable interests in the BTC held by the Trustee.

If you have any questions, please let me know.

Craig S Wright

**ANNEXURE 1**

**HOLDINGS OF EQUITABLE INTERESTS IN BTC HELD BY C01N LTD AS AT 27 JUNE 2014**

| Holder | Interest |
|---|---|
| Software deal – MJF Mining Services WA Pty. Ltd. | 358,852.45<br>• Finalised and transferred<br>• 15 Sept 2013 |
| IaaS Deal – Agreement with Signia / High Secured | 111,114.62<br>• 60,000 Finalised and transferred<br>• 09th March 2014<br>• 51,114.62 held by Signia |
| Loan repayment | 117,956.06<br>• Unused – returned to trust in payment<br>• 01 Jan 2014 |

DEFAUS_00713262

**ANNEXURE 2**

**NOTIFICATION OF TRANSFER OF EQUITABLE INTEREST**

The Financial Controller
C01N Ltd
[*Address*]

Date: [*insert date*]

Issuer: [*insert name*] "the Company"

Assignee: [*insert name*] "the Assignee"

No of Bitcoin: [*insert number*] "the Amount"

1. Pursuant to an agreement with Dr Craig Steven Wright (**Dr Wright**), the equitable interest held by Dr Wright in a number of Bitcoin (**BTC**) held by C01N Ltd (**the Trustee**) pursuant to the Deed of Loan dated 23 October 2012 was transferred by Dr Wright to the Company for value.

2. The Company hereby notifies the Trustee that as of the Date the Company has agreed to transfer the equitable interest in the Amount of BTC to the Assignee for value.

3. The Company requests the Trustee update its records accordingly.

**Executed** by **the Company** in accordance with
section 127 of the Corporations Act 2001 (Cth):

_____
Signature of director

_____
Signature of company secretary/director

_____
Full name of director

_____
Full name of company secretary/director

DEFAUS_00713263

**ANNEXURE 3**

**INSTRUCTION FOR TRANSFER OF LEGAL INTEREST IN BTC**

The Financial Controller
C01N Ltd

Date: [*insert date*]

Issuer: [*insert name*] "the Company"

Assignee: [*insert name*] "the Assignee"

No of Bitcoin: [*insert number*] "the Amount"

1.  Pursuant to an agreement with Dr Craig Steven Wright (**Dr Wright**), the equitable interest held by Dr Wright in a number of Bitcoin (**BTC**) held by C01N Ltd (**the Trustee**) pursuant to the Deed of Loan dated 23 October 2012 was transferred by Dr Wright to the Company for value.

2.  The Company hereby instructs the Trustee to transfer the Amount to the Assignee in satisfaction of the Company's interest in the Amount held by the Trustee.

3.  The Trustee will be deemed to have complied with this notice and will, accordingly released by the Company to the extent of the Amount, where the Trustee transfers the Amount to the wallet (or wallets) set out below.


[Insert Assignee Wallet Details]


**Executed** by **the Company** in accordance with
section 127 of the Corporations Act 2001 (Cth):


_____          _____
Signature of director                        Signature of company secretary/director


_____          _____
Full name of director                        Full name of company secretary/director

DEFAUS_00713264

## Statutory Declaration
OATHS ACT 1900, NSW, EIGHTH SCHEDULE

I, Stephen D'Emilio, of Level 3, 2 Bligh Street, Sydney, in the State of New South Wales, Solicitor, do solemnly and sincerely declare that:

1.   I am the solicitor acting for Mr Craig Wright and Hotwire Pre-emptive Intelligence Pty Ltd.

2.   On 11 October 2013, Mr Wright came into my office and showed me his HTC mobile phone (**Wright mobile**).

3.   On the screen of the Wright mobile, I viewed and verified the following Bitcoin wallet addresses:



(i)   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ N1dr

(ii)   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ 2Hm7

   (**Bitcoin wallet addresses**).

4.   I viewed the Bitcoin wallet addresses by scrolling down the screen on the Wright mobile.

5.   It appeared to me that if Mr Wright wanted to, he could control all of, and make transactions in, the Bitcoin wallet addresses.

6.   I make this solemn declaration conscientiously believing the same to be true and by virtue of the provisions of the *Oaths Act 1900*.

Declared at Sydney on 11 October 2013

................................................
Stephen D'Emilio

in the presence of an authorised witness, who states:

I, Adrian Fong, a solicitor certify the following matters concerning the making of this statutory declaration by the person who made it:

1

DEFAUS_00713265

(i)    I saw the face of the person;

(ii)    I have known the person for at least 12 months.

Adrian Fong

11 October 2013

2

DEFAUS_00713266