| | |
|---|---|
| **From**: | Craig S Wright [Craig S Wright <craig@rcjbr.org>] |
| **Sent**: | 6/18/2015 2:11:21 AM |
| **To**: | 'Stefan Matthews' <smatthews@sterling.ph> |
| **CC**: | 'c' <c@wyno.ca>; 'JLP' <jlp@wyno.ca>; 'Catherine Hoffmann' <hofmann@bernardllp.ca>; Ramona Watts; asommer@claytonutz.com |
| **Subject**: | RE: Letter of Intent |
| **Attachments**: | i2^cimgpsh_orig.jpg |

The image attached shows the paper wallet we would propose to use.

The QR code and address is able to be checked publically
https://blockchain.info/address/███████████████████████████b6uF

This is (at time of emailing):
████████████ XBT    =    ████████████ AUD

Stefan (or another party of your choosing) would validate this paper wallet using a QR code and the keys. Stefan would physically validate this and the amount held / assigned to those keys.

Once this is complete, the wallet is sealed in an envelope so the bank/vault does not need to know what is there. Just that it is something in the vault.

I will have a letter from the trustee stating that this use of the wallet is OK. The keys will then be stored in a joint safe deposit. This will require both parties or a court order based on the terms of the contract we agree.

---

**From:** Stefan Matthews [mailto:smatthews@sterling.ph]
**Sent:** Thursday, 18 June 2015 11:10 AM
**To:** Craig S Wright
**Cc:** c; JLP; Catherine Hoffmann
**Subject:** Re: Letter of Intent

Hi C,

I have just been over the process of identifying the bitcoin wallet, verifying its balance and sealing the keys into the vault with Craig. The process is relatively simple and the controls are as you would expect.

Regards,
Stefan R Matthews

Tel. +63 917 873 4082

On Jun 18, 2015, at 8:42 AM, Craig S Wright <craig@rcjbr.org> wrote:

> Andrew is ready on this side (Lawyer).
>
> For the escrow, we can have Bitcoin held in a joint vault.
>
> We are ready to move on this end for Due Diligence. If we have the deal signed as a LoI we can start right now.

CONFIDENTIAL

DEF_00722915

We moved a couple Bitcoin wallets out of the country into Singapore some time back. This was the ATO Tourist refund issue.

Stefan could come over to Sg, we validate the wallet and the keys, check the amounts etc on the public record and them move these into a bank safe deposit box.

This would be setup such that both sets of keys are required.

You and I (or our representatives) would need to be present.

**From:** c [mailto:c@wyno.ca]
**Sent:** Thursday, 18 June 2015 10:28 AM
**To:** Craig S Wright
**Cc:** Stefan Matthews; JLP; Catherine Hoffmann
**Subject:** Letter of Intent

Hi Craig…we are just back from the lawyers. I need you to explain how we can secure our financing including the money we advance based on the agreed Letter of Intent for the lawyers to get the money from the tax department. You mentioned you can put bitcoins in escrow in Singapore, but Catherine needs to understand this.

Also, do you have a lawyer on your side for this process.

Last…is 30 days enough from the LoI until we should have the final documents and due diligence done?

C…

CONFIDENTIAL
DEF_00722916



CONFIDENTIAL

DEF_00722917