**P-464**

Case No. 9:18-CV-89176-BB

| **From**: | Craig S Wright [Craig S Wright] |
|---|---|
| **Sent**: | 9/22/2014 10:19:24 AM |
| **To**: | Kathryn Unger <unge1kat@police.nsw.gov.au> |
| **CC**: | Sommer, Andrew <asommer@claytonutz.com>; Ramona Watts |
| **Subject**: | RE: Statement |
| **Attachments**: | Statement - WRIGHT.docx; Draft witness proofing.docx; 1.pdf; 2.pdf; 3.pdf; 4.pdf; 5.pdf; 6.pdf; 7.pdf; 8.pdf; 9.pdf; 10.pdf; 11.pdf; 12.pdf; 13.pdf; 14.pdf; 15.pdf; 16.pdf; 17.pdf; 18.pdf; 19.pdf; 20.pdf; 21.pdf; 22.pdf; 23.pdf; 24.pdf; 25.pdf; 26.pdf; 27.pdf; 28.pdf; 29.pdf; 30.pdf; 31.pdf; 32.pdf; 33.pdf; 34.pdf; 35.pdf; 36.pdf; 37.pdf; 38.pdf; 39.pdf; 40.pdf |

I have attached the draft for review with the attachments.

Thanks
Craig

**From:** Kathryn Unger [mailto:unge1kat@police.nsw.gov.au]
**Sent:** Tuesday, 16 September 2014 11:54 AM
**To:** Craig S Wright
**Subject:** Statement

Hi Craig,

Apologies for the late reply to your statement infiormtion. It's been crazy here and I have been doing your statement little by little each week, but I haven't forgotten about you at all. I am putting through a report this week to get some assistance from the NSW Fraud Squad who are able to get more information in regards to Bitcoin and hopefully they will get the ball rolling a bit quicker than I can here.

I have attached a copy of your statement so you can have a look at. You will see the parts in red which I will get you to answer and send it back to me. No rush but it will help with the report I will send to the Fraud squad.

If you want to add anything just let me know.

Regards,

Kathryn Unger
Hornsby Detectives
Kuring-Gai LAC
PH: (02) 9476 9795

---

This email and any attachments may be confidential and contain privileged information. It is intended for the addressee only. If you are not the intended recipient you must not use, disclose, copy or distribute this communication. Confidentiality or privilege are not waived or lost by reason of the mistaken delivery to you. If you have received this message in error, please delete and notify the sender.

---



| NSW POLICE FORCE | P190A |
|---|---|
| | Version 4.3 (01/2014) |

# Witness Details Cover Page

| Witness Personal Details | |
|---|---|
| Title: | Mr |
| Family Name: | WRIGHT |
| Given Names: | Craig |
| Date of Birth: | 23 Oct 1970 |
| Place of Birth: | Brisbane, Australia |
| Country of Birth: | Australia |
| Gender: | Male |
| CNI Number: | |
| **Witness Home Details** | |
| Home Address: | 43 St John Ave |
| Suburb/Town: | Gordon |
| City: | Sydney |
| State: | NSW |
| Postcode: | 2072 |
| Country: | Australia |
| Home Telephone: | |
| Mobile Telephone: | 0417683914 |
| E-mail Address: | Craig.wright@hotwirepe.com / craig@rcjbr.org |
| **Witness Work Details** | |
| Occupation: | Director/ Researcher |
| Company: | Panopticrypt |
| Branch/Section: | |
| Work Address: | 502 / Level 5, 32 Delhi Rd |
| Suburb/Town: | North Ryde |
| City: | Sydney |
| State: | NSW |
| Post Code: | 2113 |
| Work Country: | Australia |
| Work Telephone: | 02 9188 2050 |
| **Statement Details** | |
| Time Statement Taken: | |
| Date Statement Taken: | July 2014 |
| In the matter of: | Police v FERRIS |
| Statement Taken By: | Kathryn UNGER |
| Place Statement Taken: | Hornsby Police Station |

**NOTE: FOR PROSECUTION USE ONLY**



| NSW POLICE FORCE | P190A |
|---|---|
| | Version 4.3 (01/2014) |

# STATEMENT OF A WITNESS

| **In the matter of:** | Police v FERRIS |
|---|---|
| **Place:** | Hornsby Police Station |
| **Date:** | July 2014 |

| **Name:** | Craig WRIGHT |
|---|---|

**STATES:**

1. This statement made by me accurately sets out the evidence that I would be prepared, if necessary, to give in court as a witness. The statement is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I will be liable to prosecution if I have wilfully stated in it anything that I know to be false, or do not believe to be true.

2. I am 43 years of age.

3. I am the major (largest shareholder) of Hotwire Pre-Emptive Intelligence Pty Ltd (Panopticrypt, DeMorgan). I have managed this company for 1.5 years through the trust company Panopticrypt (which I have been CEO of since 2011). It is a software development and research company that is a part of a larger group of companies.

4. Prior to February 2013, I attended a conference in Melbourne on Mining and Security. I was a speaker on this and related topics in around 6-8 separate conferences within a six (6) month period between Sept 2012 and February 2013. I attended these conferences as I was invited to attend to give a presentation about security and automation of the mining industry. At one point, I discussed how mining contracts and mining equipment could be linked by a "block chain". A block chain is a "triple entry ledger" (See http://iang.org/papers/triple_entry.html). There were approximately 60 to 100 people at the conference. I was talking at up to 16 conferences a year as a result of my research and publications. I spoke for approximately an hour at each conference. After my presentation, the conference had a morning tea break. At some point during the break an individual approached me.

Witness: _____     Signature: _____
Constable Kathryn UNGER                                    Craig WRIGHT
Hornsby Police Station                                    Hornsby Police Station
July 2014                                                  July 2014

Page 1 of 14

DEF_01597544

**Statement of**   Craig WRIGHT
**In the matter of**   Police v FERRIS

5. This person was male, Caucasian, had blue eyes and short "dirty" blonde hair. He had no facial hair, and a round face. He would be approximately six foot and one inches tall. I recall that he was wearing a suit and tie because he stood out from the crowd who were mostly dressed in casual attire. This man said words to the effect of;

> *"This is all good, but how can it help me?"*

6. In response to his question I explained my interest in Bitcoin and automation. I evangelise Bitcoin and security in general and most conversations I had at this point involve one or both of these topics. I cannot recall the precise words that I said, but I remember that I spoke for about five minutes about how I think Bitcoin and automation is going to transform the world.

> He said; "*I am Mark Ferrier*"

> I said; "*I am Craig Wright*"

> Mark said; "*Would you be interested in chatting some more*?"

> I said; "*What would you like to chat about*?"

> Mark said; "*About how this could help me. I am heavily involved in mining and finance of mining.*"

> I said; "*Great.*"

7. I noted to the person who had called themselves Mark Ferrier that I was looking at obtaining automation software and was interested. I handed Mark my business card. I cannot recall if he gave me his business card.

> Mark said; "*Do you mind if I contacted you by Skype*"

> I said; "*No, in fact I would prefer it*".

8. I have always preferred communicating with friends and clients online. At this time I thought that Skype kept a record of all messages for about a year. It was only in or around October 2013 that I was informed that following Microsoft's purchase of Skype, records were only retained for approximately three months. I had thought I had lost the records at first, but I

Witness: _____     Signature: _____
Constable Kathryn UNGER                              Craig WRIGHT
Hornsby Police Station                                    Hornsby Police Station
July 2014                                                        July 2014

CONFIDENTIAL                                                                    DEF_01597545

**Statement of**   Craig WRIGHT
**In the matter of**   Police v FERRIS

managed to restore a backup from this time and have the Skype logs from between Feb 2013 and July 2013 on by laptop, but not those of my mobile phone.

9.  At the end of February, I cannot recall the exact date, I was contacted a person using the Skype Profile "Mark Ferrier". I was contacted by him directly on 23rd Feb 2013. I cannot recall what was said. Mark Ferrier contacted me as he wanted to know if I was still interested in mining software we had discussed at a conference. I was seeking to obtain licenses for large scale automation software as this is integral to my continuing research.

10. Before the end of February, I had a Skype text conversation with "Mark Ferrier" in words to the effect of;

> Mark;        *"Are you still looking at purchasing automation software?"*
>
> I said;       *"I definitely am"*

12. Within 48 hours of the text message conversation, I was called by Mark on my Skype listed number (02) 80037553. I asked Mark for his email address so I could contact him. On 3 March 2013, I received an email on my account craig@rcjbr.org from markferrier@hotmail.com . The email read "This is mine". A copy of this email is marked '**ANNEXURE B**'.

13. Between March and April 2013, I had a number of communications with Mark via Skype. This included voice calls, but was mostly by text. In the course of our conversations I discussed with Mark the concept of a "Bitcoin exchange" by which smart contracts would be connected. This is an idea that I had developed with my business partner David KLEINMAN (David) for a period of over a decade.

14. A Bitcoin exchange is a means of creating a market place for Bitcoin. Smart contracts can be explained as a form of artificial intelligence software constructed as a series of linked automata. These act to complete a contract or set of instructions such as payment terms.

15. I first met David in 1998/1999. We were both HTCC members. We had a common interest in digital/computer forensics and law enforcement and co-wrote a number of papers on crime prevention and digital forensics. David was based in Florida, United States of America.

Witness: _____         Signature: _____
Constable Kathryn UNGER                         Craig WRIGHT
Hornsby Police Station                              Hornsby Police Station
July 2014                                       July 2014

CONFIDENTIAL                                                          DEF_01597546

**Statement of**   Craig WRIGHT
**In the matter of**   Police v FERRIS

16. The High Tech Crime Consortium is a 501(c) (3) non-profit organization founded in 1998. It is a professional organization that assists law enforcement and corporate investigators to obtain the knowledge and skills needed to combat 21st Century crime where the use or abuse of digital technology is an element of an offense. Members of HTCC comprise an international cadre of professionals experienced in detection and investigation of digital crime and forensic examination of digital evidence, practitioners of international, federal, and state criminal law, digital forensic software development or information management and security.

17. The idea conceived by David and me, was to develop a system that integrated Supervisory Control and Data Acquisition (SCADA) software and a Bitcoin exchange. I had a strong interest in SCADA systems, and had published a Book on the topic that was released in February 2013 (see http://www.crcpress.com/product/isbn/9781466502260).

18. SCADA systems include hardware and software components. The software gathers data in real time from remote locations, and feeds that data into a computer that has SCADA software installed. The computer then processes the data and presents it in a timely manner. That data may then be used to control equipment and conditions. I explained to Mark my interest in SCADA systems and how they operated. In response, Mark said words to the effect of:

> "*MJF Mining is a multi-million dollar contractor and supplier for the mining industry… what you are talking about is of interest to me, because automated services would be valuable within the mining industry*"

19. I told Mark that he was correct - there was scope for the application of SCADA systems to the mining industry. I explained that SCADA is currently used in power plants, oil and gas refining, telecommunications, transportation, and waste and water control. I informed him that Siemens had a SCADA system, as did a number of other "mining people" such as BHP. I also told Mark that the threshold problem for David and I was obtaining access to SCADA software. We did not want to approach Siemens directly, because we intended to review the software to assist us in writing our own programs. We knew that Siemens would not permit this. In response, Mark said words to the effect:

> "*That is interesting. We should probably talk more*".

Witness: _____         Signature: _____
Constable Kathryn UNGER                                        Craig WRIGHT
Hornsby Police Station                                          Hornsby Police Station
July 2014                                                        July 2014

Page 4 of 14

**Statement of**   Craig WRIGHT
**In the matter of**   Police v FERRIS

20. Following that discussion, Mark contacted me approximately one week later by Skype and said words to the effect of:

*"If I could get hold of this SCADA software, what could you give me"*.

21. I was excited by the prospect of obtaining the software. I told Mark that the only way in which I would be able to finance the deal would be by paying in Bitcoin that Dave and I held. Mark told me he would get back to me where he contacted me before the end of March, saying he could obtain the Siemens SCADA software, and would accept payment in the form of Bitcoin.

22. In early April 2013, I discussed with David the proposed contract with Mark Ferrier. At around this time we decided that we would do business in Australia, and register our company "Coin Exch Pty Ltd". See:
http://abr.business.gov.au/SearchByAbn.aspx?SearchText=31+163+338+467

23. At this point in time, I understood that Mark was able to obtain the Siemens software for me. Having sourced the Siemens software, I asked Mark whether he would also be able to obtain banking software. The system proposed by David and I, and to be operated by Coin-Exch Pty Ltd, was to integrate a Bitcoin exchange with the SCADA software.  The establishment of a bitcoin exchange would require banking software.

24. I received the software in July/August when the first payments had been completed. There is no dispute as to the receipt of the software. The software has been demonstrated and shown to the ATO and others including Commonwealth Government forensic experts.

25. At this point in time I did not have any serious concerns as to the integrity of Mark Ferrier. Mark had obtained Siemens Software for me, and from what I understood I would not pay for the software until I was provided with a copy of it. There seemed minimal risk in the transaction. I have received the Siemens Software. This is not in dispute.

26. I also gave weight to items of personal information Mark had disclosed to me in the course of our discussions. He had mentioned that his father was Ian Ferrier, a well-respected insolvency specialist, and that he had "trust fund" set up by his father. Mark told me that he was working in Subiaco, Perth at the time, but lived in Paddington in Brisbane. As I understood these were

Witness: _____     Signature: _____
Constable Kathryn UNGER                              Craig WRIGHT
Hornsby Police Station                                   Hornsby Police Station
July 2014                                              July 2014

CONFIDENTIAL

DEF_01597548

**Statement of** Craig WRIGHT
**In the matter of** Police v FERRIS

good suburbs of the respective States. Mark had also lead me to understand that his company, MJF Mining Services WA Pty Ltd, was a company that did multi-million dollar deals all the time, and I had no reason to doubt what he told me.

27. On 5 April 2013, I conducted an ASIC search in respect of MJF Mining. That search identified Mark Ferrier as the sole Director and Secretary of MJF Mining, and the only shareholder. The search did not disclose any information of concern. A copy of this ASIC search is marked **'ANNEXURE B'.**

28. On 26 April 2013, David died. I was notified of this by an email from a colleague dated 30 April 2013. The death of David was a shock. It did not, however, distract me from the goal of setting up a Bitcoin exchange.

29. On 3 May 2013, I received an email in my account craig@rcjbr.org from Markferrier@hotmail.com. It stated:

> "*Mate.That stuff you have been seeking. I have an answer. I know some guys who I have been dealing with in finance that can help with accessing that software you want*".

30. I understood his reference to "stuff" to mean the banking software I discussed with him in April 2013. A copy of this email is marked **'ANNEXURE C'**.

31. In mid-May 2013, I had a telephone conversation with Mark. He told me that he had contacts within the Dallah Al-Baraka Group who could sell the banking software to me. He also raised the idea that in addition to the contract for purchase of the Siemens and Al-Baraka software I purchase some gold. He said words to the effect of:

> "*I am negotiating a deal with mining people in Western Australia and I can get you some gold…*"

32. In making this suggestion Mark alluded to the volatility in value of bitcoin. He said words to the effect of:

Witness: _____     Signature: _____
Constable Kathryn UNGER                     Craig WRIGHT
Hornsby Police Station                             Hornsby Police Station
July 2014                                                July 2014

CONFIDENTIAL                                                          DEF_01597549

**Statement of**   Craig WRIGHT
**In the matter of**   Police v FERRIS

> *"Mate, you don't know that Bitcoin is going to work. It is volatile. You should diversify in gold.... If you bundle the transaction into one - the Siemens software, Al-Baraka software and the gold, my Dad, Ian Ferrier, will give you free valuation advice on your companies."*

33. What I understood from Mark's proposal was that in return for him transferring me the Siemens Software, Al-Baraka software and the gold, I would transfer him a large number of Bitcoin. Mark would then act as an agent with the Bitcoin, and transfer it to the relevant parties as payment. I did not know how much he would get paid, but I knew he would get a cut.

34. On 13 May 2013, I conducted a search of the ASIC database in respect of MJF Mining. A copy of the ASIC extract is marked **Annexure 6**.

35. On 17 May 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com with subject line "Golden". It stated:

> *"My lawyer will get a contract to you soon and we can set a price in that funny money you think has value. Look, if it works, we are set. I do think you need to consider that other offer. These clowns are serious and I can get a great deal here. I will sell you the gold to enable you to get a start in the real world and you get me the bitcoin thing.*
>
> *I am not one for this, but as long as the Arabs are willing to get money to me, I will get gold to you. We should talk more on Skype. I know that you will come around. Software has no substance, gold is something you can hold and nothing stops you doing both.*
>
> *Ma."*

36. I understood his reference to:

> "funny money" to be Bitcoin;
>
> "the Arabs" to be Al-Baraka;

Witness: _____     Signature: _____
Constable Kathryn UNGER                                Craig WRIGHT
Hornsby Police Station                                     Hornsby Police Station
July 2014                                                         July 2014

CONFIDENTIAL

**Statement of**   Craig WRIGHT
**In the matter of**   Police v FERRIS

"the clowns" to be his mining interest in Western Australia. Mark had not disclosed the identity of this mining interest. He did, however, say words to the effect of:

*"although the company has previously had some bad publicity, they have recently been taken over by new bosses so everything will be okay".*

A copy of this email is marked **'ANNEXURE C.'**

37. At this point in time I did not conduct any further due diligence in respect of Mark or MJF Mining. It had come to my attention, I do not know how, that Mark had previously had a company which had failed. As he had not been disqualified for his conduct, I did not consider this to be of concern.

38. Between 17 May 2013 and 23 May 2013, I cannot recall the exact date, I had a Skype conversation with Mark. This was the first time that we discussed the amount of Bitcoin I would transfer to him, in exchange for the Siemens software, Al-Baraka software and gold. In this conversation Payne's Finds Gold was identified as the "mining interest".

39. Following this conversation, I gave Mark access to a Bitcoin "wallet" so he could see the value of Bitcoin I had. A Bitcoin wallet is a set of cryptographic keys that access the ledger and hence the value of the recorded Bitcoin balance. There is a separate document attached that explains Bitcoin and the wallets. At the time of having this conversation, Bitcoin was valued at approximately $120 - $140 per Bitcoin [The values are determined on market and we have a value at the time from Xe.com]. I was excited at the prospect of obtaining the Siemens software and Al-Baraka software that I told him I was willing to give him about 50% of my Bitcoin wallet. In May 2013, my Bitcoin wallet would have been worth approximately $100 million.

40. I understand that Mark took this offer to Al-Baraka who said that they could give me more platforms and modules of the software if I offered more money. I was excited by this prospect, and offered more Bitcoin. I did not turn my mind as to how the Bitcoin would be apportioned between Siemens and Al-Baraka. That was of no interest of me.

Witness: _____          Signature: _____
Constable Kathryn UNGER                              Craig WRIGHT
Hornsby Police Station                                    Hornsby Police Station
July 2014                                                          July 2014

Page 8 of 14

CONFIDENTIAL
DEF_01597551

**Statement of**   Craig WRIGHT
**In the matter of**   Police v FERRIS

41. On 22 - 23 May 2013, I received a series of emails in my account craig@rcjbr.org from markferrier@hotmail.com relating to the transaction. Mark was touting his skill and connections and that he could complete the deal. A copy of this email correspondence is marked '**ANNEXURE**

42. On 1 June 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com. The email was to prompt me into completing the deal. It stated:

> "*If you can get it witnessed and back before Monday close we are in business*
>
> *Popal wants to go public so some pressure on this end*
>
> *Ma*"

43. I understood this email to mean that Mark required the Contract for the purchase of the Siemens software, Al-Baraka software and Paynes Find Gold options (**Contract**) to be returned by 3 June 2013. A copy of this email is marked '**ANNEXURE .**

44. At the time of receiving this email, I did not have a copy of the Contract. I contacted Mark Ferrier by Skype to request a copy. He subsequently "shared" the Contract by Skype. The Contract is titled "Contract for Sale of Personalty". I thought it was strange that the Contract was expressed in these terms. I raised this with Mark. In response, he said words to the effect of:

> "*It is just what the lawyers require*".

A copy of the Contract provided to me is marked '**ANNEXURE**

45. On 1 June 2013, I accessed website http://www.goldnewsworldwide.com/lag/operations/ which stated the following:

> "*Paynes Find Gold (ASX - PNE) will soon provide an operations update and has placed its shares into an ASX trading halt while it prepares the announcement*".

Witness: _____           Signature: _____
Constable Kathryn UNGER                              Craig WRIGHT
Hornsby Police Station                                    Hornsby Police Station
July 2014                                                         July 2014

CONFIDENTIAL                                                                      DEF_01597552

**Statement of**   Craig WRIGHT
**In the matter of**   Police v FERRIS

46. On 2 June 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com subject line "Letter". Attached to this email was a confirmation letter stating that, amongst other things:

> "*We will issue the license agreement and finalize the contract payment upon satisfactory completion of company registration*".

A copy of this correspondence is marked '**ANNEXURE** .

47. On 11 June 2013, I conducted an ASIC search of MJF Mining. A copy of this extract is marked '**ANNEXURE** . I conducted a search after the Contract had been executed as my lawyers and accountants have been told to maintain records. I did this each time as a double check as it was a large amount of money.

48. On 1 July 2013, I received an email in my account craig@rcjbr.org from mark@mjfminingservices.com. Attached to that email was Tax Invoice 0B0188 issued by "MJF Contracting" (First Invoice). The First Invoice specified that I was to pay $AU 38,830,000.00 by 15 August 2013, and related to the supply of the Siemens Software, Al-Baraka Software, Gold and Bitcoin. A copy of this correspondence is marked '**ANNEXURE**

49. On 9 August 2013, I conducted a Dun & Bradstreet search in respect of MJF Mining. I noted that Mark Ferrier was listed as the sole Director and Secretary. A copy of the Dun & Bradstreet report is marked '**ANNEXURE**

50. On 15 August 2013, I received an email in my account craig@rcjbr.org from accounts@mjfminingservices.com subject line "Receipt". This email stated that:

> "*We will process a transfer tomorrow and as long as the first account settles in the timeframe as promised we will proceed*".

A copy of this email is marked '**ANNEXURE**

51. On 16 August 2013, I received an email in my account craig@rcjbr.org from accounts@mjfminingservices.com subject line "Receipt". This email stated that:

Witness: _____       Signature: _____
Constable Kathryn UNGER                                          Craig WRIGHT
Hornsby Police Station                                              Hornsby Police Station
July 2014                                                              July 2014

Page 10 of 14

CONFIDENTIAL                                                                 DEF_01597553

**Statement of**   Craig WRIGHT
**In the matter of**   Police v FERRIS

*"The client has confirmed the transaction and the confirmation process. We will arrange finalising this and completing the transactions".*

A copy of this email is marked '**ANNEXURE**

52. On 20 August 2013, I received a Skype text message from Mark Ferrier telling me to use email address mjf@mjfminingservices.com. This was noted to be the primary email for the company rather than his personal email with Hotmail. A copy of this email is marked '**ANNEXURE**

53. On 22 August 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com in which Mark requested the "key" [this a reference to the software key – it is used to unlock and access the code]. This was used to transfer the ownership of the Bitcoin and hence consideration. A copy of this email is marked '**ANNEXURE**

54. On 24 August 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com relating to the transaction. Mr Ferrier stated that Gold had more value that Bitcoin and that they would start mining soon. A copy of this email is marked '**ANNEXURE**

55. On 25 August 2013, I received "Tax Invoice Dallah" for the specified sum of $20,311,471.84 relating to the supply of the Al-Baraka software (Second Invoice). The Second Invoice specified that payment was by 30 September 2013. A copy of this Invoice is marked '**ANNEXURE**. The accounts and an excel spreadsheet titled 'Core Software' that shows 135,100.10 were transferred on 15 September 2013 as well as the transaction details are available as evidence.

56. On 30 August 2013, I paid MJF Mining the sum of 245,103.89 Bitcoins, which was the equivalent of  $AU 38,830,000.00, being the sum specified in the First Invoice . A copy of the confirmation of Transaction Payment is marked '**ANNEXURE**

57. On 15 September 2013, I transferred 135,100.10 Bitcoins in consideration. A copy of an excel spreadsheet titled "Core Software Invoice" is marked **Annexure 23**.

58. On 1 October 2013, Paynes Find Gold Limited advised that it had formally terminated its Mining Services Agreement with MJF Mining. A copy of the Operations Update issued by Executive Director Carl Popal is marked '**ANNEXURE**. I became aware of this on the third week of Oct – I

Witness: _____     Signature: _____
Constable Kathryn UNGER                            Craig WRIGHT
Hornsby Police Station                                Hornsby Police Station
July 2014                                             July 2014

CONFIDENTIAL                                                       DEF_01597554

**Statement of**   Craig WRIGHT
**In the matter of**   Police v FERRIS

was informed by Mr Popal of PFG that they did not trust Mr Ferrier and saw "issues" with the agreement between PFG and MJF.

59. On 10 October 2013, I conducted an ABN search for MJF Mining's ABN "65 160 509 204". A copy of the ABN search result is marked **'ANNEXURE.** I conducted this search as I was checking the address to contact Mr Ferrier who had been unresponsive as I was not able to get a hold of them and was trying everything I could.

60. On 12 October 2013, I received an email from Markferrier@hotmail.com attaching the username to access to Al-Baraka Software. A copy of this email is marked **'ANNEXURE**

61. It has subsequently been brought to my attention that Mark Ferrier had been extradited to Queensland at this time. A copy of a news article confirming this is marked **'ANNEXURE**

62. On 13 and 17 October 2013, I conducted ASIC Company searches for MJF Mining. These searches confirmed that Mark Ferrier was still listed as the sole director and secretary of MJF Mining, and the only shareholder. A copy of these Company Extracts are marked **'ANNEXURE**

I conducted searches on these two dates as I was concerned. I was not aware at this point that Mark had been extradited from Perth in September. I was not able to get on to MJF at all. I received no further correspondence from Mark following 12 October 2013.

63. On 10 November 2013, I conducted a search of the ASIC database in respect of MJF Mining. A copy of this search is marked **'ANNEXURE**

64. On 13 November 2013, I conducted a search of the ABN database in respect of ABN "65 160 509 204". The search results confirmed that MJF Mining remained "active".  A copy of this search is marked **'ANNEXURE**

65. On 19 November 2013, I commenced Supreme Court proceedings 2013/348577 against MJF Mining. These proceedings were commenced by of Statement of Claim, a copy of which is marked **'ANNEXURE**


Witness: _____     Signature: _____
Constable Kathryn UNGER                              Craig WRIGHT
Hornsby Police Station                                    Hornsby Police Station
July 2014                                                          July 2014

Page 12 of 14

CONFIDENTIAL

DEF_01597555

**Statement of**   Craig WRIGHT
**In the matter of**   Police v FERRIS

66. On 19 November 2013 at 1:09pm, I caused a copy of the Statement of Claim in the Supreme Court proceedings to be sent by email to accounts@mjfminingservices.com. A copy of this email is marked '**ANNEXURE**

67. On 25 November 2013, I wrote to mark@mjfminingservices.com saying:

> "Is anyone there?"

I did not receive a response to this email.

68. On 18 December 2013 at 08:10 am, I received an email from accounts@mjfminingservices.com in response to my email dated 19 November 2013. The email acknowledged receipt of the statement of claim but stated that Mark Ferrier was not available. I responded to this email at 11:21 am that day. A copy of this correspondence is marked '**ANNEXURE**

69. On 18 December 2013 at 11:32 am, I wrote to mjf@mjfminingservices.com and mark@mjfminingservices.com. saying:

> *"Hello Mark, It has become imperative that you contact us urgently. If we are not contacted before the end of the month we will have to look at appointing receivers. Regards."*

I have not received a response to this email. A copy of this email is marked '**ANNEXURE**

70. On 19 December 2013, I commenced  Federal Court proceedings NSD2577/2013 against MJF Mining. These proceedings were commenced by way of Originating Application and Statement of Claim, copies of which are marked '**ANNEXURE**

71. On 19 December 2013 at 11.49 am, I caused a copy of the Statement of Claim and Originating Application in the Federal proceedings to be sent by email to accounts@mjfminingservices.com.

72. At 4:40pm, I received an email from accounts@mjfminingservices.com stating, amongst other things, that:

> *"We note that we cannot accept service and reject this as we do not desire to act on a matter whilst an authorised officer of the company is indisposed.*

Witness: _____     Signature: _____
Constable Kathryn UNGER                            Craig WRIGHT
Hornsby Police Station                                 Hornsby Police Station
July 2014                                                     July 2014

CONFIDENTIAL                                                                    DEF_01597556

**Statement of** Craig WRIGHT
**In the matter of** Police v FERRIS

*We will contact you when Mark is back. We will not accept further correspondence regarding this matter before this.*

*Accounts."*

A copy of this correspondence is marked '**ANNEXURE**

73. On 21 December 2013, I conducted an ASIC search in respect of MJF Mining. The search results disclosed that Mark Ferrier was no longer the Director or Secretary of MJF Mining. A copy of the ASIC Company Search Results are marked '**ANNEXURE**

74. On 29 December 2013, I conducted an ASIC search respect of MJF Mining. The search results confirmed that Mark Ferrier was no longer the Director or Secretary of MJF Mining. A copy of the ASIC Company Search Results are marked '**ANNEXURE**

Witness: _____    Signature: _____
Constable Kathryn UNGER                      Craig WRIGHT
Hornsby Police Station                             Hornsby Police Station
July 2014                                                  July 2014

Page 14 of 14

DEF_01597557

Document withheld for Privilege

CONFIDENTIAL

DEF_01597558



CONFIDENTIAL

## craig Wright

**From:** Mark Ferrier <markferrier@hotmail.com>
**Sent:** Monday, 4 March 2013 3:34 PM
**To:** craig@rcjbr.org
**Subject:** FW: The email address

This is mine

I was in Brisbane,

1

CONFIDENTIAL

DEF_01597560



**ASIC**
Australian Securities & Investments Commission

# Current & Historical Company Extract

**Name:** MJF MINING SERVICES WA PTY LTD
**ACN:** 160 509 204

Date/Time: 05 April 2013 AEST 05:31:08 PM

This extract contains information derived from the Australian Securities and Investments Commission's (ASIC) database under section 1274A of the Corporations Act 2001.

Please advise ASIC of any error or omission which you may identify.

**Current & Historical Company Extract**

**MJF MINING SERVICES WA PTY LTD
ACN 160 509 204**

| Organisation Details | | Document Number |
|---|---|---|
| **Current Organisation Details** | | |
| Name: | MJF MINING SERVICES WA PTY LTD | 1E8752650 |
| ACN: | 160 509 204 | |
| ABN: | 65160509204 | |
| Registered in: | Queensland | |
| Registration date: | 25/09/2012 | |
| Next review date: | 25/09/2013 | |
| Name start date: | 25/09/2012 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

| Address Details | | Document Number |
|---|---|---|
| **Current** | | |
| Registered address: | 'Central Plaza One' Level 30,  345 Queen Street,  BRISBANE QLD 4000 | 1E8752650 |
| Start date: | 25/09/2012 | |
| Principal Place Of Business address: | 14 Plunkett Street,  PADDINGTON QLD 4064 | 1E8752650 |
| Start date: | 25/09/2012 | |

| Officeholders and Other Roles | | Document Number |
|---|---|---|
| **Director** | | |
| Name: | MARK FERRIER | 1E8752650 |
| Address: | 14 Plunkett Street,  PADDINGTON QLD 4064 | |
| Born: | 19/12/1975, SYDNEY, NSW | |
| Appointment date: | 25/09/2012 | |
| **Secretary** | | |
| Name: | MARK FERRIER | 1E8752650 |
| Address: | 14 Plunkett Street,  PADDINGTON QLD 4064 | |
| Born: | 19/12/1975, SYDNEY, NSW | |
| Appointment date: | 25/09/2012 | |

**Share Information**

**Share Structure**

| Class | Description | Number issued | Total amount paid | Total amount unpaid | Document number |
|---|---|---|---|---|---|
| ORD | ORDINARY SHARES | 120 | 120.00 | 0.00 | 1E8752650 |

**Members**

Note: For each class of shares issued by a proprietary company, ASIC records the details of the top twenty

05 April 2013 AEST 05:31:08 PM

1

DEF_01597562

Current & Historical Company Extract

**MJF MINING SERVICES WA PTY LTD**
**ACN 160 509 204**

members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth ranked member will also be recorded by ASIC on the database. Where available, historical records show that a member has ceased to be ranked amongst the top twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company.

Name:    MARK FERRIER
Address:    14 Plunkett Street,  PADDINGTON QLD 4064

| Class | Number held | Beneficially held | Paid | Document number |
|-------|-------------|-------------------|------|-----------------|
| ORD | 120 | no | FULLY | 1E8752650 |

**Documents**

Note: Where no Date Processed is shown, the document in question has not been processed.  In these instances care should be taken in using information that may be updated by the document when it is processed. Where the Date Processed is shown but there is a zero under No Pages, the document has been processed but a copy is not yet available.

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---------------|-----------|----------------|-----------------|----------------|-----------------|
| 25/09/2012 | 201C  Application For Registration As A Proprietary Company | 25/09/2012 | 3 | 25/09/2012 | 1E8752650 |

***End of Extract of 2 Pages***

DEF_01597563

**McCaughan, Alexandra**

| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Sunday, 2 February 2014 9:04 PM |
| **To:** | John Chesher; McCaughan, Alexandra; Slater, Jonathan; Mavrakis, Nicholas |
| **Subject:** | FW: Dave Kleiman |

...

Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914
http://www.rcjbr.org

  

---

**From:** Carter Conrad [mailto:carter@computerforensicsllc.com]
**Sent:** Tuesday, 30 April 2013 1:23 AM
**To:** Patrick Paige
**Cc:** Bill Long; Greg Kelley; Craig Ball; Matthew Shannon; Jerry Hatchett; Eric Robi; Greg Freemyer; Paul Henry; Craig S. Wright; Scott Moulton'; Wayne Marney; Bob Bell; Bill Dean; Kimon Andreou; Greg Kelley
**Subject:** Dave Kleiman

As close friends of Dave, Patrick and I wanted to let you know in advance of any general posting that we have lost a dear friend and colleague...
As most of you are aware Dave was battling an infection from 2010, and had never fully recovered in the 2 ½+ years that followed.
Dave died in his home in Palm Beach Gardens of, what is being told to us, natural causes.
At this time no further details are available, although there are plans for a memorial, and these will be pasted on as they become available.

Carter V Conrad, Jr
Computer Forensics, LLC
1880 N. Congress Avenue, Suite 333
Boynton Beach, Florida 33426
Phone: (561) 404-3074
Cell: (561) 502-3935

www.ComputerForensicsLLC.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CONFIDENTIAL

DEF_01597564

**McCaughan, Alexandra**

| | |
|---|---|
| **From:** | Craig S Wright <craig.wright@hotwirepe.com> |
| **Sent:** | Friday, 31 January 2014 10:14 AM |
| **To:** | McCaughan, Alexandra |
| **Cc:** | John Chesher; Slater, Jonathan; Mavrakis, Nicholas |
| **Subject:** | RE: |

| | |
|---|---|
| 1 | Planned this weekend |
| 2 | Planned this weekend |
| 3 | I will bring this in. |
| 4 | Looking for it – as John |
| 5 | Next Email |
| 6 | Planned this weekend |
| 7 | See below,        Planned this weekend |
| 8 – 9 | Planned this weekend |
| 10 | Next email |
| 11 | Planned this weekend |
| 12 | I can still access the site right now. |
| 13 | sent. ttp://www.whois.com/whois/mjfminingservices.com |
| | It is a private registration, but he did it as Mark James and it remains his. |
| | He has not tried to retain it. |

7        See
https://www.google.com/search?q=dave+kleiman&oq=dave+kleiman&aqs=chrome..69i57j0l5.3828j0j4&sourceid=chrome&espv=210&es_sm=93&ie=UTF-8

# Dave Kleiman

- Dave Kleiman was a noted Forensic Computer Investigator, an author/coauthor of multiple books and a noted speaker at security related events. Wikipedia
- **Born:** 1967, United States of America
- **Died:** April 26, 2013, Palm Beach Gardens, Florida, United States
- **People also search for:** Eoghan Casey, Peter Gutmann, Dan Farmer

**From:** McCaughan, Alexandra [mailto:amccaughan@claytonutz.com]
**Sent:** Thursday, 30 January 2014 3:39 PM
**To:** Craig S Wright
**Cc:** John Chesher; Slater, Jonathan; Mavrakis, Nicholas
**Subject:**

Dear Craig

Thank you for your time today.

As discussed, we would be grateful if you could provide us with copies of the following:

1. any communication between you and Mark Ferrier (**Ferrier**) between February 2013 and January 2014;
2. any document that will confirm your attendance at the mining conference in Melbourne in February 2013 (including the paper you presented, invitation to speak, invoices etc);
3. the business card you would have provided to Ferrier at the Melbourne conference;
4. the business card Ferrier may have provided to you (if you are able to locate one);
5. a short explanation (in plain language) of the type of software that you were interested in obtaining from Ferrier in respect of the automation of the mining industry;
6. a record of the ASIC or Dun and Bradstreet search conducted in respect of MJF Mining by you in March 2013 and May 2013;
7. confirmation of the date that your business partner, David Kleiman died, and any communications with David that might refer to what you had discussed with Ferrier;

1

CONFIDENTIAL

DEF_01597565

8.  email from you to Ferrier, attaching the signed contract;
9.  email from Ferrier (you think from email accounts@mjfmining.com) attaching Invoices dated 1 July 2013 and 15 August 2013;
10. ASX search conducted by you in or around May/June/July 2013 for Paynes Find Gold;
11. Transaction Payment record in respect of the Invoice issued 15 August 2013 for $20,311,571.84 AUD;
12. record of the Skype conversation between you and Ferrier on 12 October 2013 attaching your password to access the Al-Baraka Bank software (if you can still access it); and
13. any record of a "whois" search conducted by you in respect of Ferrier.

In addition, it would be helpful if you could "trace" each bitcoin that was transferred under the contract and identify where it has been "cashed in". As we explained this morning, this will demonstrate to the Court that you have performed your aspect of the contract.

Finally, if there is any other information which you locate that you may think is of relevance, please provide us with a copy.

Kind regards

**Alexandra McCaughan, Lawyer**
**Clayton Utz**
Level 15, 1 Bligh Street, Sydney NSW 2000 Australia | D +61 2 9353 4727 | F +61 2 8220 6700
amccaughan@claytonutz.com

www.claytonutz.com

 Please consider the environment before printing this e-mail

This email is confidential. If received in error, please delete it from your system.

2

CONFIDENTIAL

DEF_01597566

**craig Wright**

| | |
|---|---|
| **From:** | Mark Ferrier <Markferrier@hotmail.com> |
| **Sent:** | Friday, 3 May 2013 10:41 AM |
| **To:** | craig@rcjbr.org |
| **Subject:** | FW: New |

Mate
That stuff you have been seeking. I have an answer. I know some guys who I have been dealing with in finance that can help with accessing that software you want.

MJF

In Sydney
Meetings with College of law.

In Class.

Need - 02 June - RCJBR ?
Email with letter.

- Aug 22 - 24 ?   22
Email Re Exchange.

- 24th.   Financial + Supply.

1

CONFIDENTIAL

DEF_01597567



ASIC
Australian Securities & Investments Commission

Australian Company

MJF MINING SERVICES WA PTY LTD
ACN 160 509 204

Extracted from ASIC's database at AEST 10:11:14 on 13/05/2013

| Company Summary | |
|---|---|
| Name: MJF MINING SERVICES WA PTY LTD | |
| ACN: 160 509 204 | |
| ABN: 65 160 509 204 | |
| Registration Date: 25/09/2012 | |
| Next Review Date: 25/09/2013 | |
| Status: Registered | |
| Type: Australian Proprietary Company, Limited By Shares | |
| Locality of Registered Office: Brisbane QLD 4000 | |
| Regulator: Australian Securities & Investments Commission | |

Further information relating to this organisation may be purchased from ASIC.

DEF_01597568

**craig Wright**

| | |
|---|---|
| **From:** | Mark Ferrier <markferrier@hotmail.com> |
| **Sent:** | Friday, 17 May 2013 9:22 AM |
| **To:** | craig@rcjbr.org |
| **Subject:** | Golden |

My lawyer will get a contract to you soon and we can set a price in that funny money you think has value.

Look, if this works, we are all set. I do think you need to consider that other offer. These clowns are serious and I can get a great deal here. I will sell you the gold to enable you to get a start in the real world and you get me the bitcoin thing.

I am not one for this, but as long as the arabs are willing to get money to me, I will get gold to you. We should talk more on Skype. I know that you will come around. Software has no substance, gold is something you can hold and nothing stops you doing both

1a

*Meeting Deloitte.*
*- Tony.*

1

CONFIDENTIAL

DEF_01597569

## McCaughan, Alexandra

| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Thursday, 30 January 2014 11:06 AM |
| **To:** | McCaughan, Alexandra |
| **Subject:** | Fwd: Golden |

---------- Forwarded message ----------
From: "Mark Ferrier" <markferrier@hotmail.com>
Date: 18/05/2013 2:34 pm
Subject: Golden
To: <craig@rcjbr.org>
Cc:

My lawyer will get a contract to you soon and we can set a price in that funny money you think has value.

Look, if this works, we are all set. I do think you need to consider that other offer. These clowns are serious and I can get a great deal here. I will sell you the gold to enable you to get a start in the real world and you get me the bitcoin thing.

I am not one for this, but as long as the arabs are willing to get money to me, I will get gold to you. We should talk more on Skype. I know that you will come around. Software has no substance, gold is something you can hold and nothing stops you doing both

Mark

1

CONFIDENTIAL

DEF_01597570

**McCaughan, Alexandra**

| | |
|---|---|
| **From:** | Craig S Wright <craig.wright@hotwirepe.com> |
| **Sent:** | Monday, 3 February 2014 6:34 PM |
| **To:** | John Chesher; McCaughan, Alexandra; Slater, Jonathan; Mavrakis, Nicholas |
| **Cc:** | Ramona Watts |
| **Subject:** | FW: Beer and congrats |

More to come.

**From:** Craig S Wright
**Sent:** Monday, 3 February 2014 6:12 PM
**To:** Craig S Wright
**Subject:** RE: Beer and congrats

**From:** "MArk -ferrier" [markferrier@hotmail.com]
**Sent:** Thursday, 23 May 2013 6:09 PM
**To:** 'Craig S Wright'
**Subject:** RE: Beer and congrats

No prob,lem mate. You think others may find you have shit overseas. Me mate Clive could help you there.
mark

**From:** Craig S Wright [mailto:craig@rcjbr.org]
**Sent:** Thursday, 23 May 2013 6:06 PM
**To:** 'Mark Ferrier'
**Subject:** RE: Beer and congrats

Let us take this to Skype. Text is good, but too much said in email already.

Craig

**From:** "MArk -ferrier" [markferrier@hotmail.com]
**Sent:** Thursday, 23 May 2013 6:02 PM
**To:** 'Craig S Wright'
**Subject:** RE: Beer and congrats

Mate
You have me all wrong

Just look at what I have. Why would you not want it to. Y9u told me you like boating. For all me issues I pull all sorts on my squadron

fuck up or not, she hasd pulling power with her Volvos. Get you on there with my mate clive and you can spout your crap about wine and funny money lol

what the fuck good is this shit of yours without a way to get tits and ass

mark

1

DEF_01597571

**From:** Craig S Wright [mailto:craig@rcjbr.org]
**Sent:** Thursday, 23 May 2013 5:52 PM
**To:** 'MArk -ferrier'
**Subject:** RE: Beer and congrats

Well, you get paid. The guys you have arranged get paid. You have cash, they have what they want. I have my code.

If this works, we all win. I had Dave mine the Bitcoin overseas and all it has cost is sunk. I cannot miss what I never have. I have never touched the Bitcoin we created in the OS trust and companies and what I care about is making something more.

Craig

**From:** "Mark Ferrier" <markferrier@hotmail.com>
**Sent:** Thursday, 23 May 2013 5:41 PM
**To:** 'Craig S Wright'
**Subject:** RE: Beer and congrats

Your loss mate
If it was me, I would be finding a way to do what you want without letting othes in

mark

**From:** Craig S Wright [mailto:craig@rcjbr.org]
**Sent:** Thursday, 23 May 2013 5:38 PM
**To:** 'Mark Ferrier'
**Subject:** RE: Beer and congrats

Well, nothing is really here.
I understand that you are not keeping any Bitcoin, just payment in cash – so it comes from overseas and stays overseas.

I just want to do things here

**From:** "Mark Ferrier" <markferrier@hotmail.com>
**Sent:** Thursday, 23 May 2013 5:10 PM
**To:** 'Craig S Wright'
**Subject:** RE: Beer and congrats

So why even do it here

mark

**From:** Craig S Wright [mailto:craig@rcjbr.org]
**Sent:** Thursday, 23 May 2013 5:09 PM
**To:** 'Mark Ferrier'
**Subject:** RE: Beer and congrats

I have a trust overseas. I moved it and the mining process to Dave Kleiman when I had a few issues with the tax ppl.

I still do not trust them, but I do want to do things inoz.

2

CONFIDENTIAL

DEF_01597572

**From:** "Mark Ferrier" <markferrier@hotmail.com>
**Sent:** Thursday, 23 May 2013 5:07 PM
**To:** 'Craig Wright'
**Subject:** RE: Beer and congrats

Craig
So tell me where you got this stuff.

mark ferrier

**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Thursday, 23 May 2013 5:04 PM
**To:** 'Mark Ferrier'
**Subject:** RE: Beer and congrats

I will start to send the addresses and get you the private keys. I hope you understand that with this value transaction I need to see the code before I release everything.

C

---------- Forwarded message ----------
From: "Mark Ferrier" <markferrier@hotmail.com>
Date: 23/05/2013 2:34 pm
Subject: Beer and congrats
To: <craig@rcjbr.org>
Cc:

You are good for it so it seems and these guys are waiting. I have a gret feeling about this. Once this is done and the Payne deal closes, we are going to have a long profitable friendship. You do what you do and I will sell it

Mark

3

CONFIDENTIAL

DEF_01597573

**craig Wright**

| | |
|---|---|
| **From:** | Mark Ferrier <markferrier@hotmail.com> |
| **Sent:** | Saturday, 1 June 2013 11:12 AM |
| **To:** | craig@rcjbr.org |
| **Subject:** | FW: The email address |

If you can get it witnessed and back before Monday close we are in business

Popal wants to go public so some pressure on this end

Ma

*NSW Bar Prep JTS.*
*et am.*

1

CONFIDENTIAL

DEF_01597574

**McCaughan, Alexandra**

| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Thursday, 30 January 2014 11:10 AM |
| **To:** | McCaughan, Alexandra |
| **Subject:** | Fwd: FW: The email address |

---------- Forwarded message ----------
From: "Mark Ferrier" <markferrier@hotmail.com>
Date: 02/06/2013 2:34 pm
Subject: FW: The email address
To: <craig@rcjbr.org>
Cc:

If you can get it witnessed and back before Monday close we are in business

Popal wants to go public so some pressure on this end

Mark

1

CONFIDENTIAL

DEF_01597575

**McCaughan, Alexandra**

| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Thursday, 30 January 2014 11:10 AM |
| **To:** | McCaughan, Alexandra |
| **Subject:** | Fwd: FW: The email address |

---------- Forwarded message ----------
From: "Mark Ferrier" <markferrier@hotmail.com>
Date: 02/06/2013 2:34 pm
Subject: FW: The email address
To: <craig@rcjbr.org>
Cc:

If you can get it witnessed and back before Monday close we are in business

Popal wants to go public so some pressure on this end

Mark

1

CONFIDENTIAL

DEF_01597576



**Mark Ferrier** ▾
+61 422 199 710 (Mobile)

you should have the
contract in email.

01-06-2013, 23:54

you meeting me

18-06-2013, 12:41

Please call

13-07-2013, 20:33

use
mjf@mjfminingservice
s.com

20-08-2013, 00:33

Skype me when you
get it

23-08-2013, 18:24

Add text



CONFIDENTIAL

# CONTRACT FOR THE SALE OF PERSONALTY

**PARTIES**

**MJF MINING SERVICES WA PTY LTD**
**ABN 65 160 509 204**
(Vendor)

**AND**

**Craig S Wright**
**Craig Wright R&D**
**ABN 97 481 146 384**
(Purchaser)

Ref: OB0188

CONFIDENTIAL

DEF_01597578

**THIS AGREEMENT** dated 03 day of June 2013

**BETWEEN**

Mark Ferrier of MJF Mining Services WA Pty Limited

(Vendor)

And

Craig S Wright of Craig S Wright R&D

(Purchaser)

**RECITALS**

A.   The vendor is the owner of the chattels itemized in the schedule hereto and has agreed to sell them to the purchaser who has agreed to buy them on the terms and conditions below.

B.   The Purchaser is to form a company and provide details for invoicing and tax purposes in the first month of the 2013-2014 financial year.

**OPERATIVE PART**

**1.   Interpretation**

This agreement is governed by the laws of the state of WA, and the parties, submit to the non-exclusive jurisdiction of the courts of that state.

In the interpretation of this agreement:

(a)   References to legislation or provisions of legislation include changes or re-enactments of the legislation and statutory instruments and regulations issued under the legislation;

(b)   Words denoting the singular include the plural and vice versa; words denoting individuals or persons include bodies corporate and vice versa; references to documents or agreements also mean those documents or agreement as changed, novated or replaced, and words denoting one gender include all genders;

(c)   Grammatical forms of defined words or phrases have corresponding meanings;

(d)   Parties must perform their obligations on the dates and times fixed by reference to the capital city of the state of WA;

(e)   Reference to an amount of money is a reference to the amount in the lawful currency of the Commonwealth of Australia;

Page 1 of 5

CONFIDENTIAL

DEF_01597579

(f) If the day on or by which anything is to be done is a Saturday, a Sunday or a public holiday in the place in which it is to be done, then it must be done on the next business day;

(g) References to a party are intended to bind their executors, administrators and permitted transferees; and

(h) Obligations under this agreement affecting more than one party bind them jointly and each of them severally.

2. The vendor sells and purchaser buys the personalty at the price described in the schedule.

3. The purchaser has inspected the chattels and is satisfied as to their state of repair and operational condition and will make no objection in relation thereto.

4. Completion of the sale and purchase shall take place on or before the day specified in the schedule.

5. On completion the vendor will deliver to the purchaser the subject chattels in the state of repair that they were in at the time of inspection of them by the purchaser in exchange for a bank cheque in favour of the vendor or as they may direct for the balance of the price.

6. Completion will take place at the location specified in the schedule.

7. Failure of either party to complete the transaction on or before the due date shall be a default entitling the other party to terminate this contract.

8. The purchaser shall on the signing hereof pay to the vendor a deposit being 10% of the price which sum shall only be refunded in the event of default by the vendor in performing this contract.

9. The vendor warrants that the items listed in the schedule are the sole and absolute property of the vendor free of all encumbrances whether by way of pledge, charge, hire purchase, security agreement, or other encumbrance.

CONFIDENTIAL

DEF_01597580

10. The goods are agreed to be paid in a form of the exchange of "Bitcoin" wallets at an agreed involved rate set at an Australian Dollar exchange value at the time of invoicing.

11. **Notices**

A communication required by this agreement, by a party to another, must be in writing and may be given to them by being:

(a)  Delivered personally; or

(b)  Posted to their address specified in this agreement, or as later notified by them, in which case it will be treated as having been received on the second business day after posting; or

(c)  Sent using Skype; or

(d)  Sent by email to their email address, when it will be treated as received on that day.

12. **Counterparts**

This agreement may be executed in any number of counterparts each of which will be an original but such counterparts together will constitute one and the same instrument and the date of the agreement will be the date on which it is executed by the last party.

13. **Costs**

Each party will pay their own costs in relation to this agreement.

## SCHEDULE

| List of Chattels: | Siemens control software |
|---|---|
| | • Mining automation software |
| | • No warranty as to use |
| | • For development in systems automation |
| | Supply of Microfinance Software |
| | • Developed by Dallah Al-Baraka |
| | • Full use and source code provided |
| | • No restrictions on deployment or development |
| | Gold options |
| | • Supply of unrefined gold in granular format |
| | • 1,250 ounces in total |

CONFIDENTIAL

DEF_01597581

| | • Jan 2015 for delivery from Payne Finds Gold Mine |
|---|---|
| Price: | $35,250,000 (Ex GST) |
| Date of completion: | March 2016 |
| Place of completion: | On delivery of Gold in granular form from Payne Mines |

CONFIDENTIAL

DEF_01597582

## SIGNED AS AN AGREEMENT

Vendor

Signature _____ *Mark T Ferrier* _____

Name of witness
Address of witness  Perth WA
Capacity of witness  Solicitor

Purchaser

Signature
Name of witness         MARY GILLIES
Address of witness       Reg No 115952
Capacity of witness   Justices of the Peace in and for the
                          State of New South Wales

Ku·ring·gai Council
818 Pacific Highway, Gordon
Locked Bag 1056, Pymble, NSW 2073
ABN: 86 408 856 411

CONFIDENTIAL                                     DEF_01597583

# Daily Gold News Worldwide



GET A FREE QUOTE

*PROGRESSIVE*

## operations

### Paynes Find Gold to provide operations update

May 31, 2013    Velo    Gold News,    0

**Tweet**

8+1   0

**Share**

Paynes Find Gold (ASX: PNE) will soon provide an operations update and has placed its shares into an ASX trading halt while it prepares the announcement.

announcement, operations, Paynes Find Goldfield, trading halt

**Recent Posts**

After the Gold Rush

Gold price in review 27 – 31 May 2013, and as indicated

Tighter controls sought for gold merchants

A good week for gold despite Friday's fall

Central bank buying not enough to reverse gold price slide, claims Coutts

**Recent Comments**

How To Sell your Gold Fort Cash Price

Securicare Gold and Silver Securities on

DEF_01597584

Window Throughout This Complete Expose
Covering Vital Variables | How To Sell Your
Gold For Cash on Gold dips new as dollar
rises ahead of US data

How To Sell Your Gold For Cash Page
Scrutinizes Gold and Silver Stock Investment
Window Throughout This Complete Expose
Covering Vital Variables | How To Sell Your
Gold For Cash on Should investors still
believe in gold?

How To Sell Your Gold For Cash Page
Scrutinizes Gold and Silver Stock Investment
Window Throughout This Complete Expose
Covering Vital Variables | How To Sell Your
Gold For Cash on Europe pushed Gold price
down

How To Sell Your Gold For Cash Page
Scrutinizes Gold and Silver Stock Investment
Window Throughout This Complete Expose
Covering Vital Variables | How To Sell Your
Gold For Cash on Gold price gains on China
demand, ETF outflows persist

Latest Gold News | Wall Street Stocks on
Gold falls for a seventh day

## Archives

June 2013

May 2013

April 2013

March 2013

February 2013

## Categories

Gold News

Today Gold Prices

## Meta

Register

Log in

Entries RSS

Comments RSS

WordPress.org

Powered by WordPress Designed by Bazahotel.pl

DEF_01597585

**John Chesher**

| | |
|---|---|
| **From:** | John Chesher <john.chesher@hotwirepe.com> |
| **Sent:** | 05 January 2014 15:43 |
| **To:** | jchesher@bigpond.net.au |
| **Subject:** | Fwd: Letter |
| **Attachments:** | MJFF.pdf; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** "Craig S Wright" <craig@rcjbr.org>
> **To:** "John Chesher" <john.chesher@hotwirepe.com>
> **Subject: FW: Letter**
>
> Last email - these are all I have that matches what we need
>
> -----Original Message-----
> From: Mark Ferrier [mailto:markferrier@hotmail.com]
> Sent: Sunday, 2 June 2013 2:34 PM
> To: craig@rcjbr.org
> Subject: Letter
>
> The agreement is accepted and will be finalised once the company details are supplied. The confirmation letter is attached.
>
> Mark

1

CONFIDENTIAL

DEF_01597586

Mark Ferrier
MJF Mining Services
14 Plunkett Street,
PADDINGTON QLD 4064
June 1, 2013

Craig Wright
Craig Wright R&D
PO Box 558
Gordon NSW 2072

Dear Craig,

We are pleased to inform you that we accept the deal for the Bitcoin exchange for the consolidation software and automation system. Our client wishes to proceed with the deal. The conditions imposed by on this are:

- This deal is to remain private and confidential
- No publication of the Al Baraka or Daliah name nor involvement will be allowed for any purpose
- The value of the contract is set for the agreed amount of Bitcoin no matter what occurs in the market

According to the terms of the agreement we expect you to finalize the formation of the holding company immediately upon receipt of this letter, and to complete work no later than 03 June 2013. We will issue the license agreement and finalize the contract payment upon satisfactory completion of company registration.

We look forward to working with you.

Sincerely,

Mark Ferrier

Mark Ferrier
mjf@mjfminingservices.com

DEF_01597587



**ASIC**
Australian Securities & Investments Commission

# Current & Historical Company Extract

**Name:** MJF MINING SERVICES WA PTY LTD
**ACN:** 160 509 204

Date/Time: 11 June 2013 AEST 12:09:01 PM

This extract contains information derived from the Australian Securities and Investments Commission's (ASIC) database under section 1274A of the Corporations Act 2001.

Please advise ASIC of any error or omission which you may identify.

Current & Historical Company Extract

**MJF MINING SERVICES WA PTY LTD**
**ACN 160 509 204**

| Organisation Details | Document Number |
|---|---|
| **Current Organisation Details** | |

|  |  | |
|---|---|---|
| Name: | MJF MINING SERVICES WA PTY LTD | 1E8752650 |
| ACN: | 160 509 204 | |
| ABN: | 65160509204 | |
| Registered in: | Queensland | |
| Registration date: | 25/09/2012 | |
| Next review date: | 25/09/2013 | |
| Name start date: | 25/09/2012 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

| Address Details | Document Number |
|---|---|
| **Current** | |

|  |  | |
|---|---|---|
| Registered address: | 'Central Plaza One' Level 30, 345 Queen Street, BRISBANE QLD 4000 | 1E8752650 |
| Start date: | 25/09/2012 | |
| Principal Place Of Business address: | 14 Plunkett Street, PADDINGTON QLD 4064 | 1E8752650 |
| Start date: | 25/09/2012 | |

| Officeholders and Other Roles | Document Number |
|---|---|
| **Director** | |

|  |  | |
|---|---|---|
| Name: | MARK FERRIER | 1E8752650 |
| Address: | 14 Plunkett Street, PADDINGTON QLD 4064 | |
| Born: | 19/12/1975, SYDNEY, NSW | |
| Appointment date: | 25/09/2012 | |

| **Secretary** | | |
|---|---|---|
| Name: | MARK FERRIER | 1E8752650 |
| Address: | 14 Plunkett Street, PADDINGTON QLD 4064 | |
| Born: | 19/12/1975, SYDNEY, NSW | |
| Appointment date: | 25/09/2012 | |

**Share Information**

**Share Structure**

| Class | Description | Number issued | Total amount paid | Total amount unpaid | Document number |
|---|---|---|---|---|---|
| ORD | ORDINARY SHARES | 120 | 120.00 | 0.00 | 1E8752650 |

**Members**

Note: For each class of shares issued by a proprietary company, ASIC records the details of the top twenty

11 June 2013 AEST 12:09:01 PM

1

DEF_01597589

Current & Historical Company Extract

MJF MINING SERVICES WA PTY LTD
ACN 160 509 204

members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth ranked member will also be recorded by ASIC on the database. Where available, historical records show that a member has ceased to be ranked amongst the top twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company.

Name:   MARK FERRIER
Address:   14 Plunkett Street, PADDINGTON QLD 4064

| Class | Number held | Beneficially held | Paid | Document number |
|-------|-------------|-------------------|------|-----------------|
| ORD | 120 | no | FULLY | 1E8752650 |

### Documents

Note: Where no Date Processed is shown, the document in question has not been processed. In these instances care should be taken in using information that may be updated by the document when it is processed. Where the Date Processed is shown but there is a zero under No Pages, the document has been processed but a copy is not yet available.

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---------------|-----------|----------------|-----------------|----------------|-----------------|
| 25/09/2012 | 201C  Application For Registration As A Proprietary Company | 25/09/2012 | 3 | 25/09/2012 | 1E8752650 |

***End of Extract of 2 Pages***

DEF_01597590

**McCaughan, Alexandra**

| | |
|---|---|
| **From:** | Craig S Wright <craig.wright@hotwirepe.com> |
| **Sent:** | Monday, 3 February 2014 2:12 PM |
| **To:** | John Chesher; McCaughan, Alexandra; Slater, Jonathan; Mavrakis, Nicholas |
| **Cc:** | Ramona Watts |
| **Subject:** | FW: Invoice |
| **Attachments:** | MJF0.jpg |

I have more, it just takes time to find.

**From:** mark@mjfminingservices.com
**Sent:** Monday, 1 July 2013 2:10 PM
**To:** 'Craig Wright'
**Subject:** Invoice

The invoice is attached.

Please remember the conditions and requirements to maintain privacy.

When this is verified, we can move on the next stage.

Accounts

1

CONFIDENTIAL

DEF_01597591

**TAX Invoice OB0188**

# MJF Contracting

Level 28, 140 St Georges Terrace
Perth,
WA 6000



| Date | To | Ship To |
|---|---|---|
| July 1, 2013 | Craig Wright R&D<br>PO Box 558<br>Gordon NSW 2072 | Same as recipient |

**Instructions**

You are to supply your company information when the contract is ready for provision.
As per agreement and discussion. Payment set in Bitcoin valued as agreed market average.

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 20 | Valuations Services by Ferrier<br>Completed at a daily rate<br>Prepayment for March 2014 | 2,500 | 50,000.00 |
| 1 | Supply of Automation Software -<br>See agreement<br>Update and installation of Siemens<br>control software for systems control<br>for up to 2,048 cores | 5,000,000 | 5,000,000.00 |
| 1 | Agreement to supply Microfinance<br>software and Accounting packages<br>Integration and support<br>Developed in conjunction with<br>Dallah Al-Baraka Group (SA) | 11,500,000 | 11,500,000.00 |
| 15,000 | Exchange of BTC for Gold options.<br>Price per ounce<br>Set for 2015 as a pre-payment<br>Delivered after mining commences<br>From Payne mine | 1,250 | 18,750,000.00 |

| | |
|---|---|
| Subtotal | 35.300.000.00 |
| GST | 3.530.000.00 |
| Shipping & Handling | 0 |
| **Total Due By 8.15.2013** | **$AU 38,830,000.00** |

Thank you for your business!

Tel: 08 9278 1438
ABN: 65 160 509 204

Email: markferrier@hotmail.com
Web: http://www.mjfminingservices.com/

CONFIDENTIAL

DEF_01597592

**McCaughan, Alexandra**

| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Tuesday, 4 February 2014 9:13 AM |
| **To:** | Mavrakis, Nicholas; McCaughan, Alexandra; Slater, Jonathan |
| **Cc:** | ramona.watts@hotwirepe.com |
| **Subject:** | FW: MJF MINING SERVICES WA PTY LTD |
| **Attachments:** | Report.html; DB Report.pdf |

Please note the date:
09 Aug 2013

This is the earliest one.

...
Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA
RCJBR.org
Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914
http://www.rcjbr.org


-----Original Message-----
From: Current - Dun & Bradstreet Report Delivery
[mailto:Rpt-Del@dnb.com.au]
Sent: Friday, 09 August 2013 7:15 PM
To: craigswright@acm.org
Subject: MJF MINING SERVICES WA PTY LTD

Thank you for your credit report enquiry with Dun & Bradstreet, the
world's leading source of commercial information and insight on
businesses.

Please find attached the report for
MJF MINING SERVICES WA PTY LTD

Details of your request:

Report Subject: MJF MINING SERVICES WA PTY LTD

DUNS: 747233091

This report was requested by Mr. Craig Wright on Aug 09 2013  7:14PM

Businesses rely on D&B in order to decide with confidence. The D&B report
suite provides a range of reports for low, medium and high risk decisions.
For the complete picture of your customers and prospects D&B offers the
D&B Report, the most comprehensive report available today.

Visit us at www.dnb.com.au for more information on D&B's products and
services.

This is post-only mailing. Replies to this message are not monitored or
answered. If you have an enquiry please contact customerservice@dnb.com.au

1

CONFIDENTIAL

DEF_01597593

2/4/2014     Report

  | Decide with Confidence | Financial Risk Report

# MJF MINING SERVICES WA PTY LTD

Status:     Registered

Print this report

DUNS:     74-723-3091
ACN:     160509204
ABN:     65160509204

ABN Issue Date:     25 Sep 2012
ASIC Extract Date:     09 Aug 2013 15:14:00
Founded:     2012

Industry SIC Codes:     0000 - Undetermined
Rating:     --

## Summary Company Information

| | | | |
|---|---|---|---|
| Court Actions: | 0 | Past Enquiries: | 2 |
| Collections: | 0 | Director(s): | 1 |
| Defaults: | 0 | Adverse Director Experiences: | 0 |
| Registered Charges: | 0 | Director Alerts: | 0 |
| Trade References: | 0 | | |

## Incorporation

State: QLD
Type: Australian Proprietary Company
Class: Limited By Shares
Sub Class: Proprietary Company
Name Start: 25 Sep 2012
ASIC Review Date: 25 Sep 2013

Date Incorporated: 25 Sep 2012
Status: Registered

## Head Office

14 PLUNKETT STREET
PADDINGTON
QLD 4064

## Registered Office

Address:     'CENTRAL PLAZA ONE' LEVEL 30
345 QUEEN STREET
BRISBANE
QLD 4000
Start Date:     25 Sep 2012

## Principal Place Of Business

Address:     14 PLUNKETT STREET
PADDINGTON
QLD 4064
Start Date:     25 Sep 2012

## Credit & Risk Analysis

## Dynamic Risk Score

The Dynamic Risk Score uses a statistically valid model derived from the Dun and Bradstreet database to predict the likelihood of financial distress during the next 12 months.

| Low | Moderate | Significant |
|---|---|---|

file:///C:/Users/Craig/Desktop/Report.html

CONFIDENTIAL

DEF_01597594

2/4/2014                                        Report

| Relative Risk: **High** | Recommend: **Review Terms and monitor** |
|---|---|

| | |
|---|---|
| Dynamic Risk Score | **1377** |
| Probability of Experiencing Financial Distress | **1.37%** |
| | |
| Industry Average | **1476** |
| Probability of Experiencing Financial Distress | **0.25%** |

A Score of 1377 indicates that the subject has a High risk of experiencing financial distress during the next 12 months and has a score that is the same as or better than 8% of all records in the Dun & Bradstreet database .

Scores are updated the day new information enters the company's file.

## Key Influencing Factors

- No evidence of adverse information for this firm exists in the D&B database.
- Financial Statement information is unavailable in the D&B database.
- Payment information (of $100 or more) is unavailable in the D&B database within the past 12 months.
- No evidence of adverse information against the director(s) of this firm exists in the D&B database.
- Directorship characteristics indicate a potentially higher risk of financial distress.
- The age of this firm indicates a potentially higher risk of financial distress.

## Dynamic Risk Score Trend

The statistical historical DRS and industry average scores have been computed from information available in the Dun and Bradstreet database as at the last day of each month.



file:///C:/Users/Craig/Desktop/Report.html

CONFIDENTIAL                                        DEF_01597595

| | | **Key to Scores** | |
|---|---|---|---|
| **Score Range** | **Distress Probability** | **Relative Risk Level** | **Dun and Bradstreet Recommendation** |
| 1566-1730 | 0.04 | Minimal | Extend Terms to encourage growth |
| 1532-1565 | 0.08 | Very Low | Extend Terms to encourage growth |
| 1497-1531 | 0.12 | Low | Extend Terms |
| 1428-1496 | 0.31 | Average | Extend Terms |
| 1389-1427 | 0.81 | Moderate | Extend Terms and monitor |
| **1359-1388** | **1.41** | **High** | **Review Terms and monitor** |
| 1312-1358 | 2.44 | Very High | Review Terms and monitor closely |
| 1001-1311 | 11.94 | Severe | C.O.D |

## Directors

| | |
|---|---|
| Name: | MARK , FERRIER |
| Appointment Date: | 25 Sep 2012 |
| Date of Birth: | 19 Dec 1975 - SYDNEY , NSW |
| Address: | 14 PLUNKETT STREET |
| | PADDINGTON |
| | QLD 4064 |

## Directors Background

A check of internal records shows no court actions against the directors.

## Company Secretary

| | |
|---|---|
| Name: | MARK , FERRIER |
| Appointment Date: | 25 Sep 2012 |
| Date of Birth: | 19 Dec 1975 |
| Address: | 14 PLUNKETT STREET |
| | PADDINGTON |
| | QLD 4064 |

## History

### Shares

### Structure

| | | |
|---|---|---|
| Class: | | ORD (ORDINARY SHARES ) |
| Number of Shares Issued | : | 120 |
| Total Paid on Shares Issued | : | $120.00 |

### Holdings

### Major Shareholders:

ORDINARY SHARES

| Name of Shareholder | Location | No. Held | % Held |
|---|---|---|---|
| MARK FERRIER | 14 PLUNKETT STREET PADDINGTON QLD 4064 | 120 | 100.00 |
| Beneficially Held: No | Paid: Yes | | |

Note: For each class of shares issued by a proprietary company, ASIC records the details of the twenty members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth ranked member will also be recorded by ASIC on the database. Where available, historical records show that a member has ceased to be ranked amongst the twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company.

### Past Enquiries

| Enquiry Date | Enquiring Organisation | Enquiry Type | Amount |
|---|---|---|---|
| 21 Jun 2013 | LINCOM PACIFIC EQUIPMENT PTY L | | Not |

CONFIDENTIAL                                                                   DEF_01597596

2/4/2014                                                               BB Report

21 Jun 2013          LINCOM PACIFIC EQUIPMENT PTY L                    Not
                                                                       Specified
27 May 2013          LINCOM PACIFIC EQUIPMENT PTY L                    Not
                                                                       Specified

CURRENCY: All monetary amounts quoted in this report are shown in AUSTRALIAN DOLLARS unless otherwise stated.

**Collection Status  Description**

| Collection Status | Description |
|---|---|
| Paid in full | Account paid in full - Closed |
| Partial Paid | Debt is partially paid |
| Legal Action | Account is in legal action |
| Dispute | Debtor is in dispute with creditor |
| Closed | Collection service ceased |
| In progress | Collection is in progress |

End of Report

CONFIDENTIAL                                                          DEF_01597597

## McCaughan, Alexandra

| | |
|---|---|
| **From:** | Craig S Wright <craig.wright@hotwirepe.com> |
| **Sent:** | Monday, 3 February 2014 1:40 PM |
| **To:** | John Chesher; McCaughan, Alexandra; Slater, Jonathan; Mavrakis, Nicholas |
| **Cc:** | Ramona Watts |
| **Subject:** | RE: SOC |

**From:** accounts@mjfminingservices.com [mailto:accounts@mjfminingservices.com]
**Sent:** Thursday, 15 August 2013 10:36 PM
**To:** Craig S Wright
**Subject:** Reciept

Hello,
We have accepted and verified the private keys sent to us below.



We will process a transfer tomorrow and as long as the first account settles in the timeframe as promised we will proceed.

We remind you that this process is to maintain the utmost secrecy.

Regards,
Accounts

1

CONFIDENTIAL

DEF_01597598



**Core Software Invoice**

**Address**

j2me

Uccr
4x4
UjBD
uERD
RVZ1
AyWC
4Vp1
iGJq

Jdq6
ofTz

**BTC**

**Address**

Issue of off Block Key Transfer.

**BTC Amount**

Issue of off Block Key Transfer.
Issue of off Block Key Transfer.
Issue of off Block Key Transfer.
Issue of off Block Key Transfer.
Issue of off Block Key Transfer.
Issue of off Block Key Transfer.
Issue of off Block Key Transfer.
Issue of off Block Key Transfer.

Initial Seed Transaction to validate BTC
Final Transfer to complete.

CONFIDENTIAL

DEF_01597599

**Date**

Sunday, 15 September 2013

https://blockchain.info/tx,
https://blockchain.info/tx,

CONFIDENTIAL

DEF_01597600

## McCaughan, Alexandra

| | |
|---|---|
| **From:** | Craig S Wright <craig.wright@hotwirepe.com> |
| **Sent:** | Monday, 3 February 2014 1:54 PM |
| **To:** | John Chesher; McCaughan, Alexandra; Slater, Jonathan; Mavrakis, Nicholas |
| **Cc:** | Ramona Watts |
| **Subject:** | FW: Reciept |

**From:** accounts@mjfminingservices.com [mailto:accounts@mjfminingservices.com]
**Sent:** Friday, 16 August 2013 23:40 AM
**To:** Craig Wright
**Subject:** Reciept

The client has confirmed the transaction and the confirmation process.

We will arrange finalising this and completing the transactions.

We will discuss some questions on Skype. Does the transaction always result in altered addresses and is this to maintain secrecy as promised? What are these messages that appear and why are small amounts sent to these addresses?

Does a transaction fee need to be paid and how does one make the fee smaller and still ensure confirmation?

MJF

**From:** Craig S Wright
**Sent:** Friday, 16 August 2013 07:15 AM
**To:** accounts@mjfminingservices.com [mailto:accounts@mjfminingservices.com]
**Subject:** RE: Reciept

Awaiting your confirmation.
CSW

**From:** accounts@mjfminingservices.com [mailto:accounts@mjfminingservices.com]
**Sent:** Thursday, 15 August 2013 10:36 PM
**To:** Craig S Wright
**Subject:** Reciept

Hello,
We have accepted and verified the private keys sent to us below.



1

CONFIDENTIAL

DEF_01597601

We will process a transfer tomorrow and as long as the first account settles in the timeframe as promised we will proceed.

We remind you that this process is to maintain the utmost secrecy.

Regards,
Accounts

CONFIDENTIAL

DEF_01597602



CONFIDENTIAL

DEF_01597603

**Date**    Thursday, 15 August 2013

Pay to address from Multiple



9bae

Friday, 30 August 2013



dd5d

CONFIDENTIAL



**Mark Ferrier ▾**
+61 422 199 710 (Mobile)

you should have the
contract in email.

01-06-2013, 23:54

you meeting me

18-06-2013, 12:41

Please call

13-07-2013, 20:33

use
mjf@mjfminingservice
s.com

20-08-2013, 00:33

Skype me when you
get it

23-08-2013, 18:24

Add text



CONFIDENTIAL

**McCaughan, Alexandra**

| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Thursday, 30 January 2014 11:11 AM |
| **To:** | McCaughan, Alexandra |
| **Subject:** | Fwd: time for a beer |

---------- Forwarded message ----------
From: "Mark Ferrier" <markferrier@hotmail.com>
Date: 22/08/2013 5:11 am
Subject: time for a beer
To: <craig@rcjbr.org>
Cc:

You unlock the software repos, you send the last of the key. Ask anyone, I
am the best at my part so all is done ionce you get me that key

So mate, who knows you have this shit?

MJF

1

CONFIDENTIAL                                                                    DEF_01597606

**McCaughan, Alexandra**

| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Thursday, 30 January 2014 11:11 AM |
| **To:** | McCaughan, Alexandra |
| **Subject:** | Fwd: Delvgered |

---------- Forwarded message ----------
From: "Mark Ferrier" <markferrier@hotmail.com>
Date: 24/08/2013 1:34 pm
Subject: Delvgered
To: <craig@rcjbr.org>
Cc:

It is done. Now we get to something of substance. The numbers may be
wanted for now, but gold is always in demand.

Can you tell me what it is you want with automation software and Banking
Consolidation? You know noone will want to deal with a arab bank in oz.
Then, your game I guess

We will let you know when we start mining

Mark

1

CONFIDENTIAL

Tax Invoice Daliah

# MJF Contracting

Level 28, 140 St Georges Terrace
Perth,
WA 6000



Date

August 15, 2013

Craig Wright R&D
PO Box 558
Gordon NSW 2072

Same as recipient

Instructions

Core software per alBaraka contract

| Quantity XBT | Description | Unit Price | Total |
|---|---|---|---|
| 26,464.00 | Commitment Fee | 3,978,699.29 | 4,376,569.22 |
| 50,522.00 | Implementation Fee | 7,595,671.30 | 8,355,238.43 |
| 27,667.00 | Data Conversion Fee | 4,159,562.92 | 4,575,519.21 |
| 7,090.00 | Training Fee | 1,052,406.85 | 1,157,647.54 |
| 11,165.30 | Agent Fee | 1,678,634.04 | 1,846,497.44 |

|  |  |
|---|---|
| Subtotal | 18,464,974.40 |
| GST | 1,846,497.44 |
| Shipping & Handling | NA |
| **Total Due By 9.30.2013** | **AUD 20,311,471.84** |

for your business!

Tel: 08 9278 1438
ABN: 65 160 509 204

markferrier@hotmail.com
http://www.mjfmmingservices.com

CONFIDENTIAL

DEF_01597608



DEF_01597609

**Core Software Invoice**



**Address**

**BTC Amount**

j2me

Uccr
c4x4
UjBD
uERD
RVZ1
AyWC
4Vp1
GJq

dq6
ofTz

CONFIDENTIAL

 **BTC**

**Address**
Issue of off Block Key Transfer.


Issue of off Block Key Transfer.
Issue of off Block Key Transfer.
Issue of off Block Key Transfer.
Issue of off Block Key Transfer.
Issue of off Block Key Transfer.
Issue of off Block Key Transfer.
Issue of off Block Key Transfer.
Issue of off Block Key Transfer.


Initial Seed Transaction to validate BTC
Final Transfer to complete.

CONFIDENTIAL

**Date**
Sunday, 15 September 2013

https://blockchain.info/tx/
https://blockchain.info/tx/

CONFIDENTIAL

DEF_01597612

CONFIDENTIAL

DEF_01597613



PAYNES FIND GOLD LIMITED

Registered Office:
Ground Floor, 1 Havelock Street
WEST PERTH WA 6005
Phone: +61 8 9488 5220
Fax: + 61 8 9324 2400
Principal Place of Business:
Level 2, 41-43 Ord Street
WEST PERTH WA 6005
Phone: + 61 8 9481 3992
Fax: + 61 8 9481 5666
ABN: 45 141 450 624

1 October 2013

The Manager
Company Announcements
Australian Securities Exchange Limited
Level 6, 20 Bridge Street
Sydney NSW 2000

By e-lodgement

## OPERATIONS UPDATE

Paynes Find Gold Limited ("**Paynes Find**" or "**the Company**") (**ASX:PNE**) advises that it has not been able to conclude a revised Mining Services Agreement with MJF in respect of ongoing negotiations previously announced and has formally terminated the agreement.  The Company is currently in discussions with other third party contractors in respect of commencing operations on a profit share arrangement.

For and on behalf of the Board.

**Carl Popal**
**Executive Director**

For further information please contact:
Carl Popal
Director
T: + 61 8 9481 3992



# Current details for ABN: 65 160 509 204

## ABN details

| | |
|---|---|
| **Entity name:** | MJF MINING SERVICES WA PTY LTD |
| **ABN status:** | Active from 25 Sep 2012 |
| **Entity type:** | Australian Private Company |
| **Goods & Services Tax (GST):** | Registered from 25 Sep 2012 |
| **Main business location:** | WA 6000 |

## ASIC registration - ACN or ARBN

160 509 204 View record on the ASIC website

## Deductible gift recipient status

Not entitled to receive tax deductible gifts

## Disclaimer

This extract is based on information supplied by businesses to the Registrar of the Australian Business Register.
Neither the Registrar nor the Australian Government guarantee this information is accurate, up to date or
complete. You should consider verifying this information from other sources.

**ABN last updated:** 26 Sep 2013             **Record extracted:** 10 Nov 2013

DEF_01597615



## Historical details for ABN: 65 160 509 204

### ABN details

| Entity name | From | To |
|---|---|---|
| MJF MINING SERVICES WA PTY LTD | 25 Sep 2012 | (current) |

| ABN Status | From | To |
|---|---|---|
| Active | 25 Sep 2012 | (current) |

**Entity type**

Australian Private Company

| Goods & Services Tax (GST) | From | To |
|---|---|---|
| Registered | 25 Sep 2012 | (current) |

| Main business location | From | To |
|---|---|---|
| WA 6000 | 26 Sep 2013 | (current) |
| WA 6008 | 19 Sep 2013 | 26 Sep 2013 |
| WA 6008 | 12 Sep 2013 | 19 Sep 2013 |
| WA 6160 | 21 Aug 2013 | 12 Sep 2013 |
| QLD 4064 | 29 Oct 2012 | 21 Aug 2013 |
| QLD 4064 | 26 Sep 2012 | 29 Oct 2012 |
| QLD 4068 | 25 Sep 2012 | 26 Sep 2012 |

### ASIC registration - ACN or ARBN

160 509 204 View record on the ASIC website

### Deductible gift recipient status

Not entitled to receive tax deductible gifts

## Disclaimer

This extract is based on information supplied by businesses to the Registrar of the Australian Business Register. Neither the Registrar nor the Australian Government guarantee this information is accurate, up to date or complete. You should consider verifying this information from other sources.

**ABN last updated:** 26 Sep 2013      **Record extracted:** 10 Nov 2013

DEF_01597616



Thank You ... - Message (HTML)

MESSAGE

Mark Ferrier <Markferrier@hotmail.com>

Thank You...

To    Craig S Wright

**Your account for the download of the software is listed below.**

**Direct URL for your download**
http:// cp-in-2.e-delivery.albaraka-bank.asia.
**cPanel Login Details**
You can access your Cpanel account directly as follows:
cPanel URL   http:// cp-in-2.e-delivery.albaraka-bank.asia/cpanel
**Username**   albaryh6
**Password**   *********

Change Password

Top of Form

Bottom of Form

Mark Ferrier LinkedIn Recommendations

DEF_01597617

## THE AUSTRALIAN

# Insolvency expert's son held for fraud

**ADAM SHAND** THE AUSTRALIAN SEPTEMBER 27, 2013 12:00AM

**THE 37-year-old son of Ian Ferrier, one of Australia's most prominent insolvency specialists, has been arrested in Perth after an alleged year-long fraud spree in Western Australia that netted more than $500,000.**

Mark James Ferrier's alleged victims included hotels, aviation and mining companies, lawyers, old school mates and vehicle and heavy equipment distributors as he purported to be a successful mining consultant and contractor setting up business.

Mr Ferrier was arrested by fraud squad detectives on Wednesday morning and is expected to be extradited to Queensland.

He has been on the run since November 2011, and it is understood he has been using aliases, including Mark James Montiford-O'Brien.

Ian Ferrier, chairman of BRI Ferrier, said he was unaware that his son had been arrested as he had not had contact with him in recent years.

Mr Ferrier said he had been told recently his son had used his name to win the confidence of his alleged targets. "It's all very disappointing to hear of this," he said.

Mark Ferrier set up MJF Mining Contractors, under his own name, which struck a deal with listed miner Paynes Find Gold in June. Under the deal, Mr Ferrier would upgrade mining and processing operations at Paynes Find's mine 400km northeast of Perth in return for 50 per cent of the gold recovered.

The company's shares shot up more than 300 per cent after the announcement amid higher than normal trading volume in the junior miner's stock.

Paynes Find Gold chief executive Carl Popal alleged the company had been deceived by Mr Ferrier but stressed that no directors or related parties had traded in the stock. "This is so unbelievable. He sat in front of geologists, lawyers and the board as we did the deal," Mr Popal said.

Using the agreement with Paynes Find, Mr Ferrier allegedly convinced several companies and individuals to work for, and supply equipment to, MJF Mining Contractors on good faith that they would be paid. To date, none of these companies has been paid, according to one of Mr Ferrier's alleged victims.

Mr Ferrier created a lifestyle on his Facebook profile, posting photographs of a luxury residence, a motor cruiser, various trucks and heavy equipment that he claimed to own. "In reality, he had nothing. He didn't even own a car or hold a driver's licence," alleged a former associate, who declined to be named.

DEF_01597618



# Son of solvency expert investigated for fraud

*Updated Fri 27 Sep 2013, 4:40pm AEST*

**The son of one of Australia's most prominent solvency experts is being investigated for fraud in Perth.**

Police say 38-year-old Mark James Ferrier, the son of Ian Ferrier, was arrested in the Perth suburb of Subiaco on Wednesday.



**PHOTO:** WA police arrested the man in the Perth suburb of Subiaco. (ABC)

**MAP:** Perth 6000

They say he will be extradited to Queensland tomorrow morning, to face court for breaching his parole conditions.

Police in Perth say Mr Ferrier is also being investigated over allegations he defrauded a number of groups, including mining companies in Perth.

The allegations relate to his consultancy business, MJF Mining Contractors.

It's believed the fraud allegations involve a sum of money of up to $500,000.

WA police say they expect to extradite Mr Ferrier back to Perth once his Queensland charges have been dealt with.

**Topics:** fraud-and-corporate-crime, perth-6000, qld

*First posted Fri 27 Sep 2013, 1:00pm AEST*

DEF_01597619



ASIC
Australian Securities & Investments Commission

# Current & Historical Company Extract

**Name:** MJF MINING SERVICES WA PTY LTD
**ACN:** 160 509 204

Date/Time: 13 October 2013 AEST 07:28:50 PM

This extract contains information derived from the Australian Securities and Investments Commission's (ASIC) database under section 1274A of the Corporations Act 2001.

Please advise ASIC of any error or omission which you may identify.

Current & Historical Company Extract

**MJF MINING SERVICES WA PTY LTD**
**ACN 160 509 204**

| Organisation Details | Document Number |
|---|---|
| **Current Organisation Details** | |

| | | |
|---|---|---|
| Name: | MJF MINING SERVICES WA PTY LTD | 1E8752650 |
| ACN: | 160 509 204 | |
| ABN: | 65160509204 | |
| Registered in: | Queensland | |
| Registration date: | 25/09/2012 | |
| Next review date: | 25/09/2014 | |
| Name start date: | 25/09/2012 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

| Address Details | Document Number |
|---|---|
| **Current** | |

| | | |
|---|---|---|
| Registered address: | 'Central Plaza One' Level 30,  345 Queen Street, BRISBANE QLD 4000 | 1E8752650 |
| Start date: | 25/09/2012 | |
| Principal Place Of Business address: | 14 Plunkett Street, PADDINGTON QLD 4064 | 1E8752650 |
| Start date: | 25/09/2012 | |

| Officeholders and Other Roles | Document Number |
|---|---|
| **Director** | |

| | | |
|---|---|---|
| Name: | MARK FERRIER | 1E8752650 |
| Address: | 14 Plunkett Street, PADDINGTON QLD 4064 | |
| Born: | 19/12/1975, SYDNEY, NSW | |
| Appointment date: | 25/09/2012 | |

| **Secretary** | |
|---|---|

| | | |
|---|---|---|
| Name: | MARK FERRIER | 1E8752650 |
| Address: | 14 Plunkett Street, PADDINGTON QLD 4064 | |
| Born: | 19/12/1975, SYDNEY, NSW | |
| Appointment date: | 25/09/2012 | |

**Share Information**

**Share Structure**

| Class | Description | Number issued | Total amount paid | Total amount unpaid | Document number |
|---|---|---|---|---|---|
| ORD | ORDINARY SHARES | 120 | 120.00 | 0.00 | 1E8752650 |

**Members**

Note: For each class of shares issued by a proprietary company, ASIC records the details of the top twenty

13 October 2013 AEST 07:28:50 PM

1

Current & Historical Company Extract

MJF MINING SERVICES WA PTY LTD
ACN 160 509 204

members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth ranked member will also be recorded by ASIC on the database. Where available, historical records show that a member has ceased to be ranked amongst the top twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company.

Name:     MARK FERRIER
Address:  14 Plunkett Street, PADDINGTON QLD 4064

| Class | Number held | Beneficially held | Paid | Document number |
|-------|-------------|-------------------|------|-----------------|
| ORD | 120 | no | FULLY | 1E8752650 |

**Documents**

Note: Where no Date Processed is shown, the document in question has not been processed. In these instances care should be taken in using information that may be updated by the document when it is processed. Where the Date Processed is shown but there is a zero under No Pages, the document has been processed but a copy is not yet available.

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---------------|-----------|----------------|-----------------|----------------|-----------------|
| 25/09/2012 | 201C  Application For Registration As A Proprietary Company | 25/09/2012 | 3 | 25/09/2012 | 1E8752650 |

***End of Extract of 2 Pages***

DEF_01597622



**ASIC**

Australian Securities & Investments Commission

# Current & Historical Company Extract

**Name:** MJF MINING SERVICES WA PTY LTD
**ACN:** 160 509 204

Date/Time: 17 October 2013 AEST 11:18:42 AM

This extract contains information derived from the Australian Securities and Investments Commission's (ASIC) database under section 1274A of the Corporations Act 2001.

Please advise ASIC of any error or omission which you may identify.

DEF_01597623

Current & Historical Company Extract

**MJF MINING SERVICES WA PTY LTD**
**ACN 160 509 204**

| Organisation Details | Document Number |
|---|---|
| **Current Organisation Details** | |

|  |  | Document Number |
|---|---|---|
| Name: | MJF MINING SERVICES WA PTY LTD | 1E8752650 |
| ACN: | 160 509 204 | |
| ABN: | 65160509204 | |
| Registered in: | Queensland | |
| Registration date: | 25/09/2012 | |
| Next review date: | 25/09/2014 | |
| Name start date: | 25/09/2012 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

| Address Details | Document Number |
|---|---|
| **Current** | |

|  |  | Document Number |
|---|---|---|
| Registered address: | 'Central Plaza One' Level 30,  345 Queen Street, BRISBANE QLD 4000 | 1E8752650 |
| Start date: | 25/09/2012 | |
| Principal Place Of Business address: | 14 Plunkett Street,  PADDINGTON QLD 4064 | 1E8752650 |
| Start date: | 25/09/2012 | |

| Officeholders and Other Roles | Document Number |
|---|---|
| **Director** | |

|  |  | Document Number |
|---|---|---|
| Name: | MARK FERRIER | 1E8752650 |
| Address: | 14 Plunkett Street,  PADDINGTON QLD 4064 | |
| Born: | 19/12/1975, SYDNEY, NSW | |
| Appointment date: | 25/09/2012 | |

**Secretary**

|  |  | Document Number |
|---|---|---|
| Name: | MARK FERRIER | 1E8752650 |
| Address: | 14 Plunkett Street,  PADDINGTON QLD 4064 | |
| Born: | 19/12/1975, SYDNEY, NSW | |
| Appointment date: | 25/09/2012 | |

**Share Information**

**Share Structure**

| Class | Description | Number issued | Total amount paid | Total amount unpaid | Document number |
|---|---|---|---|---|---|
| ORD | ORDINARY SHARES | 120 | 120.00 | 0.00 | 1E8752650 |

**Members**

Note: For each class of shares issued by a proprietary company, ASIC records the details of the top twenty

17 October 2013 AEST 11:18:42 AM

DEF_01597624

Current & Historical Company Extract

**MJF MINING SERVICES WA PTY LTD**
**ACN 160 509 204**

members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth ranked member will also be recorded by ASIC on the database. Where available, historical records show that a member has ceased to be ranked amongst the top twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company.

Name: MARK FERRIER
Address: 14 Plunkett Street, PADDINGTON QLD 4064

| Class | Number held | Beneficially held | Paid | Document number |
|-------|-------------|-------------------|------|-----------------|
| ORD | 120 | no | FULLY | 1E8752650 |

**Documents**

Note: Where no Date Processed is shown, the document in question has not been processed. In these instances care should be taken in using information that may be updated by the document when it is processed. Where the Date Processed is shown but there is a zero under No Pages, the document has been processed but a copy is not yet available.

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---------------|-----------|----------------|-----------------|----------------|-----------------|
| 25/09/2012 | 201C  Application For Registration As A Proprietary Company | 25/09/2012 | 3 | 25/09/2012 | 1E8752650 |

***End of Extract of 2 Pages***

17 October 2013 AEST 11:18:42 AM

2

DEF_01597625



ASIC
Australian Securities & Investments Commission

Australian Company

MJF MINING SERVICES WA PTY LTD
ACN 160509204

Extracted from ASIC's database at AEST 19:57:14 on 10/11/2013

| Company Summary | |
|---|---|
| Name: | MJF MINING SERVICES WA PTY LTD |
| ACN: | 160509204 |
| ABN: | 65 160 509 204 |
| Registration Date: | 25/09/2012 |
| Next Review Date: | 25/09/2014 |
| | |
| Status: | Registered |
| Type: | Australian Proprietary Company, Limited By Shares |
| Locality of Registered Office: | BRISBANE QLD 4000 |
| Regulator: | Australian Securities & Investments Commission |

Further information relating to this organisation may be purchased from ASIC.

DEF_01597626



**ABN Lookup**

## Historical details for ABN: 65 160 509 204

### ABN details

| Entity name | From | To |
|---|---|---|
| MJF MINING SERVICES WA PTY LTD | 25 Sep 2012 | (current) |
| **ABN Status** | **From** | **To** |
| Active | 25 Sep 2012 | (current) |
| **Entity type** | | |
| Australian Private Company | | |
| **Goods & Services Tax (GST)** | **From** | **To** |
| Registered | 25 Sep 2012 | (current) |
| **Main business location** | **From** | **To** |
| WA 6000 | 26 Sep 2013 | (current) |
| WA 6008 | 19 Sep 2013 | 26 Sep 2013 |
| WA 6008 | 12 Sep 2013 | 19 Sep 2013 |
| WA 6160 | 21 Aug 2013 | 12 Sep 2013 |
| QLD 4064 | 29 Oct 2012 | 21 Aug 2013 |
| QLD 4064 | 26 Sep 2012 | 29 Oct 2012 |
| QLD 4068 | 25 Sep 2012 | 26 Sep 2012 |

### ASIC registration - ACN or ARBN

160 509 204 View record on the ASIC website

### Deductible gift recipient status

Not entitled to receive tax deductible gifts

### Disclaimer

This extract is based on information supplied by businesses to the Registrar of the Australian Business Register.
ther the Registrar nor the Australian Government guarantee this information is accurate, up to date or
mplete. You should consider verifying this information from other sources.

**ABN last updated:** 26 Sep 2013                    **Record extracted:** 13 Nov 2013

DEF_01597627

Form 3B (version 4)
UCPR 6.2

# STATEMENT OF CLAIM

## COURT DETAILS

Court                         NSW Supreme Court

Division                      General division / Common Law

List                          General

Registry                      Sydney

Case number

## TITLE OF PROCEEDINGS

Plaintiff                     **Craig Steven Wright (ABN 97 481 146 384)**

                              **Craig Wright R&D**

Defendant                     **MJF Mining Services Pty Ltd**
                              **(ABN 65 160 509 204)**

## FILING DETAILS

Filed for                     **Craig S Wright**

                              Plaintiff

Contact name and telephone    Craig S Wright

                              0417 683 914

Contact email                 Craig S Wright (craigswright@acm.org)

## TYPE OF CLAIM

Mercantile Law - Sale of Goods and Services – Contractual Dispute
Liquidated claim

DEF_01597628

## RELIEF CLAIMED

1      That the defendant pay the plaintiff the total amount claimed below.

| | |
|---|---|
| Amount of claim | $ 59,141,471.00 |
| Interest | $ 0 |
| Filing fees | $ 999.00 |
| Service fees | $ 34.00 |
| Solicitors fees | $ 0.00 |
| **TOTAL** | **$ 59,142,504.00** |

## PLEADINGS AND PARTICULARS

1      The defendant entered into a contract to provide services and unrefined gold to the plaintiff. The defendant paid for the invoiced amount in August 2013.

2      The delivery of gold was based on an agreement with Payne Finds Gold Ltd (Payne) to mine the holdings where the defendant would retain 50% of the gold recovered. The agreement with Payne was singed in June 2013.

3      The amount was invoiced and paid under Invoice Number OB0188.

4      The agreement with Payne was terminated in Sept 2013.

5      The agreement stated that valuation services from Ian Ferrier would be supplied. Ian Ferrier has denied that Mark Ferrier is his agent for this agreement.

6      As the agreement with Payne has ended, the defendant cannot supply the contracted quantity of gold as agreed.

7      The payment was issued in Bitcoin. The number of Bitcoin transferred was 245,103.89. The amount associated with the unsupplied valuation services and gold is 118354.312 Bitcoin.

8      The value of Bitcoin at filing is.AUD 659.643.

9      The contract included GST.

10      The total value of Bitcoin against the unfulfilled part of the contract at present is valued at market at $84,425,743.

11      The contract is capped at the value on the payment date. This comes to $59,141,471 AUD including GST.

12      The defendant has not returned calls or correspondence since Sept 2013.

CONFIDENTIAL

DEF_01597629

13    The material terms of the purchase contract were:

    a.   The Plaintiff was the purchaser

    b.   The Defendant was the Vendor

    c.   Completion was to take place based on a third party agreement with Payne that has terminated.

    d.   That in the event that the Purchaser breached the contract, the Seller could either affirm or terminate the contract with a full return of value.

14    The contract stated that a breach would lead to liquidated damages to the amounts stated as the project limits.

15    The defendant is unable to complete its responsibilities due to the ending of the agreement with Payne and the failure to contract Ian Ferrier for accounting services.

16    The total liquidated debt is capped at a liquidated amount of $59,141,471.

17    The plaintiff claims:

Debt of $ $59,141,471.

Interest pursuant to section 100 Civil Procedure Act 2005 from 18 Nov 2013 to judgement.


**SIGNATURE**

I acknowledge that court fees may be payable during these proceedings.  These fees may include a hearing allocation fee.

Signature

Capacity                                    Plaintiff

Date of signature

CONFIDENTIAL

**NOTICE TO DEFENDANT**

**If you do not file a defence within 28 days of being served with this statement of claim:**

- **You will be in default in these proceedings.**
- **The court may enter judgment against you without any further notice to you.**

The judgment may be for the relief claimed in the statement of claim and for the plaintiff's costs of bringing these proceedings. The court may provide third parties with details of any default judgment entered against you.

**HOW TO RESPOND**

**Please read this statement of claim very carefully. If you have any trouble understanding it or require assistance on how to respond to the claim you should get legal advice as soon as possible.**

You can get further information about what you need to do to respond to the claim from:

- A legal practitioner.
- LawAccess NSW on 1300 888 529 or at www.lawaccess.nsw.gov.au.
- The court registry for limited procedural information.

You can respond in one of the following ways:

1   **If you intend to dispute the claim or part of the claim,** by filing a defence and/or making a cross-claim.

2   **If money is claimed, and you believe you owe the money claimed,** by:

- Paying the plaintiff all of the money and interest claimed.  If you file a notice of payment under UCPR 6.17 further proceedings against you will be stayed unless the court otherwise orders.
- Filing an acknowledgement of the claim.
- Applying to the court for further time to pay the claim.

3   **If money is claimed, and you believe you owe part of the money claimed,** by:

- Paying the plaintiff that part of the money that is claimed.
- Filing a defence in relation to the part that you do not believe is owed.

Court forms are available on the UCPR website at www.lawlink.nsw.gov.au/ucpr or at any NSW court registry.

**REGISTRY ADDRESS**

| | |
|---|---|
| Street address | 184 Phillip St, Sydney NSW 2000 |
| Postal address | Supreme Court of NSW, GPO Box 3, Sydney NSW 2001 Australia  2000 |
| Telephone | (02) 9377 5840 |

DEF_01597631

**#AFFIDAVIT VERIFYING**

| | |
|---|---|
| Name | Craig Steven Wright |
| Address | 43 St Johns Ave Gordon NSW 2072 |
| Occupation | Lecturer/Director |
| Date | 18 Nov 2013 |

I say on oath:

1       I am the plaintiff.

2       I believe that the allegations of fact in the statement of claim are true.

SWORN at *Sydney*

Signature of deponent

Name of witness                Craig Steven Wright

Address of witness        *ASTRID LODENS*
                           *(refer stamp)*

Capacity of witness         Justice of the peace

And as a witness, I certify the following matters concerning the person who made this affidavit (the **deponent**):

1       #I saw the face of the deponent. [OR, delete whichever option is inapplicable]
~~#I did not see the face of the deponent because the deponent was wearing a face covering, but I am satisfied that the deponent had a special justification for not removing the covering.*~~

2       ~~#I have known the deponent for at least 12 months. [OR, delete whichever option is inapplicable]~~
#I have confirmed the deponent's identity using the following identification document:

*New Drivers Licence*

Identification document relied on (may be original or certified copy) †

Signature of witness

Note:  The deponent and witness must sign each page of the affidavit.  See UCPR 35.7B.

*19/11/13*

ASTRID LODENS
Justice of the Peace Registration 146917
in and for the State of New South Wales, Australia
21/163 Majors Bay Rd
Concord NSW 2137

[* The only "special justification" for not removing a face covering is a legitimate medical reason (at April 2012).]

[†"Identification documents" include current driver licence, proof of age card, Medicare card, credit card, Centrelink pension card, Veterans Affairs entitlement card, student identity card, citizenship certificate, birth certificate, passport or see Oaths Regulation 2011.]

CONFIDENTIAL

DEF_01597632

# #PARTY DETAILS

## PARTIES TO THE PROCEEDINGS

### Plaintiff

Craig Steven Wright

### Defendant

MJF Mining Services Pty Ltd

Level 28, 140 St Georges Tce

Perth

WA 6000 [Defendant]

## FURTHER DETAILS ABOUT PLAINTIFF[S]

### Plaintiff

Name

Craig Steven Wright

Address

43 St Johns Ave

Gordon NSW 2072

## Contact details for plaintiff acting in person or by authorised officer

Address for service

as above

Telephone

0417 683 914

Email

craigswright@acm.org

## DETAILS ABOUT DEFENDANT

### Defendant

Name

MJF Mining Services Pty Ltd

Address

Level 28, 140 St Georges Tce

Perth WA 6000

CONFIDENTIAL

DEF_01597633

This and the following ............ pages is the annexure marked "......" referred to in the Affidavit of Craig Steven Wright sworn the .....15.............. day of .....January .....2016.

...............................................
Justice of the Peace/Solicitor



SOC attached - Message (Rich Text)

Sent: Tue 19/11/2013 1:09 PM

From:   Craig Wright
To:     accounts@rcjbrtrainingservices.com
Cc:
Subject:  SOC attached

Please find the SOC filed today attached.

--
**RCJBR.org**

Dr. Craig Wright LLM GSE GSM GSC MNWT MNSA MInfoSec CISSP/ISSMP CISM CISA

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914
http://www.rcjbr.org

MJF_SOC_Scann...

DEF_01597634

## McCaughan, Alexandra

| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Sunday, 2 February 2014 8:48 PM |
| **To:** | John Chesher; McCaughan, Alexandra; Slater, Jonathan; Mavrakis, Nicholas |
| **Subject:** | FW: Hello, |

...

---

**From:** Craig S Wright [mailto:craig@rcjbr.org]
**Sent:** Monday, 25 November 2013 4:10 PM
**To:** mark@mjfminingservices.com
**Subject:** Hello,

Is anyone there?

1

CONFIDENTIAL

DEF_01597635

Affidavit of..Craig Steve Wright..sworn the
......15..............day of....January....2019

.............................................................
Justice of the Peace/Solicitor

----- Reply message -----
From: "Craig S Wright"
To: "accounts@mjfminingservices.com" <accounts@mjfminingservices.com>
Subject: RE: SOC
Date: Wed, Dec 18, 2013 11:21

Hello,
Please note we will be pursuing action with or without Mark's involvement.

Craig

----- Reply message -----
From: "accounts@mjfminingservices.com" <accounts@mjfminingservices.com>
To: "Craig S Wright" <craig.wright@hotwirepe.com>
Subject: SOC
Date: Wed, Dec 18, 2013 08:10

Hello,
We acknowledge receipt of the Statement of Claim, but ask for more time and that you reconsider the agreement.

Mark has been seeking alternatives and all agreements due in the coming year will be honoured. We appoligise for the delays, but as you may understand, Mark has been busy with travel and will not be back in the office before next year. Mark has been in South Africa and Central Western Australia, and both locations are outside of phone contact.

The setback with Payne Finds is only a short term setback and will be shortly rectified. As you may know, Carl is not a patient man and has squandered this opportunity.

We ask that you hold off on any further actions until Mark can deal with these personally.

Regards,
Accounts

1

## McCaughan, Alexandra

| | |
|---|---|
| **From:** | Craig S Wright <craig.wright@hotwirepe.com> |
| **Sent:** | Sunday, 2 February 2014 9:27 PM |
| **To:** | John Chesher; McCaughan, Alexandra; Slater, Jonathan; Mavrakis, Nicholas |
| **Subject:** | FW: Urgent contact |

**Importance:** High

**From:** Craig S Wright
**Sent:** Wednesday, 18 December 2013 11:32 AM
**To:** mjf@mjfminingservices.com; mark@mjfminingservices.com
**Cc:** John Chesher
**Subject:** Urgent contact
**Importance:** High

Hello Mark,
It has become imperative that you contact us urgently.

If we are not contacted before the end of the month we will have to look at appointing receivers.

Regards,

**Dr. Craig S Wright GSE LLM**
**Chief Executive Officer**
**Hotwire Preemptive Intelligence (Group)**
Mobile: + 61.417.683.914
craig.wright@hotwirepe.com



1

CONFIDENTIAL

DEF_01597637

# IN THE FEDERAL COURT OF AUSTRALIA (FCA)
# NEW SOUTH WALES REGISTRY - FEDERAL COURT OF AUSTRALIA
# GENERAL DIVISION
No: NSD2577/2013

### NOTICE OF FILING AND HEARING

This application was filed electronically in the FEDERAL COURT OF AUSTRALIA (FCA) on 19/12/2013.

### DETAILS OF FILING

| | |
|---|---|
| **Document Lodged:** | Originating Application - Form 15 - Rule 8.01(1) |
| **File Number:** | NSD2577/2013 |
| **File Title:** | Craig Steven Wright v MJF Mining Services WA Pty Ltd ACN 160 509 204 |
| **District Registry:** | NEW SOUTH WALES REGISTRY - FEDERAL COURT OF AUSTRALIA |
| **Reason for Listing:** | First Directions |
| **Time and date for hearing:** | 05/02/2014, 9:30 AM |
| **Place:** | Court Room 22A, Level 17 Law Courts Building Queen's Square, Sydney |



Warwick Soden

**Dated:** 19/12/2013

Registrar

## NOTES

1. This Notice forms part of the application and contains information that might otherwise appear elsewhere in the application. The Notice must be included in the application served on each party to the proceeding.
2. The 'reason for listing' is descriptive and does not limit the issues that might be dealt with, or orders that might be made, at the hearing.

Form 15
Rules 8.01(1); 8.04(1)

## Originating application

No.         of 20
Federal Court of Australia

District Registry: NSW

Division: CONSUMER PROTECTION ACTION

**Craig Steven Wright**
Applicant
**MJF MINING SERVICES WA PTY LTD**
**ACN 160 509 204**
Respondent

To the Respondent
The Applicant applies for the relief set out in this application.

The Court will hear this application, or make orders for the conduct of the proceeding, at the time and place stated below. If you or your lawyer do not attend, then the Court may make orders in your absence.

You must file a notice of address for service (Form 10) in the Registry before attending Court or taking any other steps in the proceeding.

| |
|---|
| **Time and date for hearing**: |
| **Place**: |

The Court ordered that the time for serving this application be abridged to
Date:

Signed by an officer acting with the authority
of the District Registrar

| | |
|---|---|
| Filed on behalf of (name & role of party) | **The applicant** |
| Prepared by (name of person/lawyer) | **Craig Steven Wright** |
| Law firm (if applicable) | |
| Tel    **0417 683 914** | Fax |
| Email    **Craig.wright@hotwirepe.com** | |
| Address for service (include state and postcode) | **Unit 502, Level 5, 32 Delhi Road, North Ryde NSW 2113** |

2

**Details of claim**

On the grounds stated in the statement of claim, accompanying affidavit or other document prescribed by the Rules, the Applicant claims:

1.     **Reimbursement for the value paid for the supply to the market value of $84,425,743.00 including GST $7,675,067.55**

2.     **Interest at the rate prescribed in rule 26.01 of the Federal Court Rules.**

**Applicant's address**

The Applicant's address for service is:

Place: Suite 502 / Level 5, 32 Delhi Road North Ryde, NSW 2113

Email: craig.wright@hotwirepe.com

The Applicant's address is Suite 502 / Level 5, 32 Delhi Road North Ryde, NSW 2113.

**Service on the Respondent**

It is intended to serve this application on all Respondents.

Date: 19 December 2013

Signed by Craig Steven Wright Applicant

IN THE FEDERAL COURT OF AUSTRALIA (FCA)
NEW SOUTH WALES REGISTRY - FEDERAL COURT OF AUSTRALIA
GENERAL DIVISION                                    No: NSD2577/2013

### NOTICE OF FILING

This document was filed electronically in the FEDERAL COURT OF AUSTRALIA (FCA) on 19/12/2013.

### DETAILS OF FILING

| | |
|---|---|
| **Document Lodged:** | Statement of Claim - Form 17 - Rule 8.06(1)(a) |
| **File Number:** | NSD2577/2013 |
| **File Title:** | Craig Steven Wright v MJF Mining Services WA Pty Ltd ACN 160 509 204 |
| **District Registry:** | NEW SOUTH WALES REGISTRY - FEDERAL COURT OF AUSTRALIA |



Dated: 19/12/2013

Registrar

### Note

This Notice forms part of the document and contains information that might otherwise appear elsewhere in the document. The Notice must be included in the document served on each party to the proceeding.

DEF_01597641

## Statement of claim

File number: (P) _____

Federal Court of Australia

Registry: **Sydney**

**Craig Steven Wright**

Applicant

**MJF MINING SERVICES WA PTY LTD**
**ACN 160 509 204**

Respondent

1. At all material times the respondent was a corporation registered in the State of Western Australia.

2. The respondent and its employees entered into and received payment for a contract to provide unrefined gold from the Payne Finds Gold mine to the Applicant ("the Agreement").
   Particulars
   Signed letter of offer of Mark Ferrier dated 02 June 2013
   Contract for the provision of Gold dated 03 June 2013

3. The applicant paid the invoice including GST. The exchange was made as a transfer of 118,669.924 Bitcoin from the applicant to the respondent.
   Particulars
   Payment particulars and accounts

4. The payment value applied to the contract comes to a current value of $84,425,743.00 AUD including a GST component of 7,675,067.55. This is based on the value of good paid for the supply of the unrefined gold at market value. The original supply has been valued at market rate.
   Particulars
   Currency value from Xe.com, transaction lists (supplied to the ATO and audited) and accounts

DEF_01597642

5.  The respondent had an agreement to farm gold with Paynes Find Gold (ASX: PNE) that provided it with 50% of recovered gold deposits.
    <u>Particulars</u>
    Announcement from the ASX from (ASX: PNE) dated 04 June 2013

6.  The provided it with 50% of recovered gold deposits.
    <u>Particulars</u>
    Announcement from the ASX from (ASX: PNE) dated 04 June 2013

7.  It was a term of the Agreement that unrefined gold would be supplied from a particular mine. The agreement with the owner of the mine has cancelled any agreement with the respondent.
    <u>Particulars</u>
    Announcement from the ASX from (ASX: PNE) dated 01 October 2013

8.  The Agreement with the respondent included valuation and accounting services to be supplied by Ian Ferrier. Ian Ferrier stated that he never had any agreement to supply services
    <u>Particulars</u>
    The agreement terms and the invoices

9.  Ian Ferrier stated that he never had any agreement to supply services and had not been in contact with Mark Ferrier for some time. So such, the services where sold under false pretences.

10. On Friday, 06 December 2013 the applicant was issued with NSW Police report number E 53233272 where the director of the respondent was noted as being investigated for fraud and other deceptive conduct.

11. On 30 November 2013 the applicant was informed from a contact in the Australian Federal Police that the director of the respondent (Mark James Ferrier) was a former felon on bail and was not eligible to act as a director.

12. On 27 September 2013, the respondent was reported to have been extradited by police for trial on fraud charges.
    <u>Particulars</u>
    Article from the Australian Newspaper dated 27 September 2013 and first read on 17 October 2013 by the applicant

DEF_01597643

13.   On 17 October 2013 the applicant started to attempt to contact the respondent.
      <u>Particulars</u>
      Emails and Phone records.

14.   On 18 December 2013, the applicant was contacted through an email address associated
      with the respondent
      (a) asking for time to negotiate an alternate agreement, and
      (b) stating that the respondent was in an area that does not have phone coverage
      <u>Particulars</u>
      The email communications.

15.   The respondent through its sole director (Mark James Ferrier) did not notify the applicant
      of the failure to have enacted a binding contract with Paynes Find Gold and accepted
      payment from the applicant using deceptive conduct and fraudulent statements.

16.   The applicant was notified that the contract between the respondent and the owner of the
      Gold deposits was cancelled and that the gold could not be supplied from the respondent
      as was agreed on 17 October 2013.
      <u>Particulars</u>
      Signed letter of Carl Popal from Payne Finds dated 01 October 2013

17.   And the applicant claims
      (a) reimbursement for the value paid for the supply to the market value of $84,425,743.00
      including GST $7,675,067.55
      (b) interest on (a) at the rate prescribed in rule 26.01 of the Federal Court Rules.

Date: 19 December 2013

Signed by Craig Steven Wright Applicant

~~This pleading was prepared by [Name], lawyer~~

## ~~Certificate of lawyer~~

~~I [name of lawyer] certify to the Court that, in relation to the statement of claim filed on behalf of the Applicant, the factual and legal material available to me at present provides a proper basis for each allegation in the pleading.~~

~~Date: [eg 19 June 20..]~~

~~Signed by [Name of lawyer]~~
~~Lawyer for the Applicant~~

| | |
|---|---|
| Filed on behalf of (name & role of party) | **The applicant** |
| Prepared by (name of person/lawyer) | **Craig Steven Wright** |
| Law firm (if applicable) | |
| Tel        **0417 683 914** | Fax |
| Email      **Craig.wright@hotwirepe.com** | |
| **Address for service** (include state and postcode) | **Unit 502, Level 5, 32 Delhi Road, North Ryde NSW 2113** |

DEF_01597645



Re: FCA action pending - Message (HTML)

FILE    MESSAGE

accounts@mjfminingservices.com

Re: FCA action pending

Thu 19/12/2013 4:39 PM

To      Craig S Wright;   mjf@mjfminingservices.com
Cc      John Chesher

You forwarded this message on 19/12/2013 4:40 PM.
This message was sent with High importance.
If there are problems with how this message is displayed, click here to view it in a web browser.

To whom it may concern,

Re your correspondence, we note that this has been received by email but that the director is not available. We do appoligise, but Mark will not be back before the hearing date and cannot hence receive this document.

We note that we cannot accept service and reject this as we do not desire to act on a matter whist the authorised officer of the company is indisposed.

We will contact you when Mark is back. We will not accept further correspondence regarding this matter before this.

Accounts

On December 18, 2013 at 11:49 PM Craig S Wright <craig.wright@hotwirepe.com> wrote:

Hello,

Due to the inability to contact the director of your company and the repeated requests, we have filed in the Federal Court.

The stamped documents are attached. These will be served to you today in the following manner:

• Fax
• Email
• Registered post (Both to Qld and WA)

We regret taking this action, but have been left no choice.

Regards,

Dr. Craig S Wright GSE LLM
Chief Executive Officer

accounts@mjfminingservices.com SOC

CONFIDENTIAL                                                                                DEF_01597646

**John Chesher**

| | |
|---|---|
| **From:** | accounts@mjfminingservices.com |
| **Sent:** | Thursday, 19 December 2013 4:39 PM |
| **To:** | Craig S Wright; mjf@mjfminingservices.com |
| **Cc:** | John Chesher |
| **Subject:** | Re: FCA action pending |

**Importance:** High

To whom it may concern,

Re your correspondence, we note that this has been received by email but that the director is not available. We do appoligise, but Mark will not be back before the hearing date and cannot hence receive this document.

We note that we cannot accept service and reject this as we do not desire to act on a matter whist the authorised officer of the company is indisposed.

We will contact you when Mark is back. We will not accept further correspondence regarding this matter before this.

Accounts

On December 18, 2013 at 11:49 PM Craig S Wright <craig.wright@hotwirepe.com> wrote:

Hello,

Due to the inability to contact the director of your company and the repeated requests, we have filed in the Federal Court.

The stamped documents are attached. These will be served to you today in the following manner:

- Fax
- Email
- Registered post (Both to Qld and WA)

We regret taking this action, but have been left no choice.

Regards,

**Dr. Craig S Wright GSE LLM**
**Chief Executive Officer**
**Hotwire Preemptive Intelligence (Group)**
Mobile: + 61.417.683.914
craig.wright@hotwirepe.com

[x]

1

CONFIDENTIAL



**ASIC**
Australian Securities & Investments Commission

# Current & Historical Company Extract



**Name:** MJF MINING SERVICES WA PTY LTD
**ACN:** 160 509 204

Date/Time: 21 December 2013 AEST 05:09:38 PM

This extract contains information derived from the Australian Securities and Investments Commission's (ASIC) database under section 1274A of the Corporations Act 2001.

Please advise ASIC of any error or omission which you may identify.

DEF_01597648

| Organisation Details | Document Number |
|---|---|
| **Current Organisation Details** | |

|  |  |  |
|---|---|---|
| Name: | MJF MINING SERVICES WA PTY LTD | 1E8752650 |
| ACN: | 160 509 204 | |
| ABN: | 65160509204 | |
| Registered in: | Queensland | |
| Registration date: | 25/09/2012 | |
| Next review date: | 25/09/2014 | |
| Name start date: | 25/09/2012 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

| Address Details | Document Number |
|---|---|
| **Current** | |

|  |  |  |
|---|---|---|
| Registered address: | 'Central Plaza One' Level 30,  345 Queen Street,  BRISBANE QLD 4000 | 1E8752650 |
| Start date: | 25/09/2012 | |
| Principal Place Of Business address: | 'Info Received Address May Be Invalid,  7/11/2013',  14 **plunkett Street,  PADDINGTON QLD 4064 | 028793476 |
| Start date: | UNKNOWN | |

**Historical**

|  |  |  |
|---|---|---|
| Principal Place Of Business address: | 14 Plunkett Street,  PADDINGTON QLD 4064 | 1E8752650 |
| Start date: | 25/09/2012 | |
| Cease date: | UNKNOWN | |

| Officeholders and Other Roles | Document Number |
|---|---|
| **Previous Director** | |

|  |  |  |
|---|---|---|
| Name: | MARK FERRIER | 1E8752650 |
| Address: | 14 Plunkett Street,  PADDINGTON QLD 4064 | |
| Born: | 19/12/1975, SYDNEY, NSW | |
| Appointment date: | 25/09/2012 | |
| Cease date: | 25/09/2012 | |

**Previous Secretary**

|  |  |  |
|---|---|---|
| Name: | MARK FERRIER | 1E8752650 |
| Address: | 14 Plunkett Street,  PADDINGTON QLD 4064 | |
| Born: | 19/12/1975, SYDNEY, NSW | |
| Appointment date: | 25/09/2012 | |
| Cease date: | 25/09/2012 | |

## Share Information

### Share Structure

DEF_01597649

Current & Historical Company Extract

MJF MINING SERVICES WA PTY LTD

**ACN 160 509 204**

| Class | Description | Number issued | Total amount paid | Total amount unpaid | Document number |
|-------|-------------|---------------|-------------------|---------------------|-----------------|
| ORD | ORDINARY SHARES | 120 | 120.00 | 0.00 | 1E8752650 |

### Members

Note: For each class of shares issued by a proprietary company, ASIC records the details of the top twenty members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth ranked member will also be recorded by ASIC on the database. Where available, historical records show that a member has ceased to be ranked amongst the top twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company.

Name:  MARK FERRIER
Address:  14 Plunkett Street, PADDINGTON QLD 4064

| Class | Number held | Beneficially held | Paid | Document number |
|-------|-------------|-------------------|------|-----------------|
| ORD | 120 | no | FULLY | 1E8752650 |

### Documents

Note: Where no Date Processed is shown, the document in question has not been processed. In these instances care should be taken in using information that may be updated by the document when it is processed. Where the Date Processed is shown but there is a zero under No Pages, the document has been processed but a copy is not yet available.

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---------------|-----------|----------------|-----------------|----------------|-----------------|
| 25/09/2012 | 201C  Application For Registration As A Proprietary Company | 25/09/2012 | 3 | 25/09/2012 | 1E8752650 |

Note: Where the expression 'Unknown' is shown, the precise date may be available from records taken over on 1 January 1991 and held by ASIC in paper or microfiche.

**\*\*\*End of Extract of 2 Pages\*\*\***

21 December 2013 AEST 05:09:38 PM

2

DEF_01597650





WHOIS

## mjfminingservices.com registry whois

Updated 1 second ago - Refresh

Domain Name: MJFMININGSERVICES.COM
Registrar: NETWORK SOLUTIONS, LLC.
Whois Server: whois.networksolutions.com
Referral URL: http://www.networksolutions.com/en_US/
Name Server: NS1.DNS.COM
Name Server: NS2.DNS.COM
Status: clientTransferProhibited
Updated Date: 24-nov-2013
Creation Date: 15-oct-2012
Expiration Date: 15-oct-2014

## mjfminingservices.com registrar whois

Updated 1 second ago

The data in Networksolutions.com's WHOIS database is provided to you by
Networksolutions.com for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record. Networksolutions.com makes this information available "as is," and
does not guarantee its accuracy. By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by
telephone, or (2) enable high volume, automated, electronic processes
that apply to Networksolutions.com (or its systems). The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of Networksolutions.com.
Networksolutions.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

Domain Name: MJFMININGSERVICES.COM
Registry Domain ID:
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://www.networksolutions.com/en_US/
Updated Date: 2013-11-24T00:00:00Z
Creation Date: 2012-10-15T00:00:00Z
Registrar Registration Expiration Date: 2014-10-15T00:00:00Z
Registrar: NETWORK SOLUTIONS, LLC.
Registrar IANA ID: 2
Registrar Abuse Contact Email: **abuse**@web.com
Registrar Abuse Contact Phone: 1-800-333-7680
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Ferrier, Mark James
Registrant Organization:
Registrant Street: ATTN insert domain name here care of Network Solutions PO Box 459
Registrant City: Drums
Registrant State/Province: PA
Registrant Postal Code: 18222
Registrant Country: US
Registrant Phone: 570-708-8780
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:
Registry Admin ID:
Admin Name: Ferrier, Mark James
Admin Organization: null
Admin Street: ATTN insert domain name here care of Network Solutions PO Box 459
Admin City: Drums
Admin State/Province: PA
Admin Postal Code: 18222
Admin Country: US
Admin Phone: 570-708-8780
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: **sp5un47b5z8**@networksolutionsprivateregistration.com
Registry Tech ID:
Tech Name: Ferrier, Mark James
Tech Organization: null
Tech Street: ATTN insert domain name here care of Network Solutions PO Box 459
Tech City: Drums
Tech State/Province: PA
Tech Postal Code: 18222
Tech Country: US

**Hot Deals!**

.WS @ $8.88 ~~$19.88~~



# Web Hosting

Host
Unlimited
Domains

Starts @
$7.88
per month

✔ Unlimited Disk Space
✔ Unlimited Data transfer
✔ Unlimited Databases
✔ Unlimited Email Accounts
✔ 30 Day Money Back Guarantee

View Plan

1/2

DEF_01597651

Tech Phone: 570-708-8780
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: **sp5un47b5z8**@networksolutionsprivateregistration.com
Name Server: NS1.DNS.COM
Name Server: NS2.DNS.COM
DNSSEC:
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of whois database: Tue, 24 Dec 2013 05:09:53 UTC <<<

This listing is a Network Solutions Private Registration. Mail
correspondence to this address must be sent via USPS Express Mail(TM) or
USPS Certified Mail(R), all other mail will not be processed. Be sure to
include the registrant's domain name in the address

### related domain names

networksolutions.com   dns.com   web.com   networksolutionsprivateregistration.com   internic.net

View Promos

Copyright © Whois.com. All rights reserved

Privacy Policy | Terms of Service

DEF_01597652



**A S I C**
Australian Securities & Investments Commission

# Current & Historical Company Extract

**Name:** MJF MINING SERVICES WA PTY LTD
**ACN:** 160 509 204

Date/Time: 29 December 2013 AEST 12:10:47 PM

This extract contains information derived from the Australian Securities and Investments Commission's (ASIC) database under section 1274A of the Corporations Act 2001.

Please advise ASIC of any error or omission which you may identify.



DEF_01597653

Current & Historical Company Extract

**MJF MINING SERVICES WA PTY LTD**
**ACN 160 509 204**

| Organisation Details | | Document Number |
|---|---|---|
| **Current Organisation Details** | | |
| Name: | MJF MINING SERVICES WA PTY LTD | 1E8752650 |
| ACN: | 160 509 204 | |
| ABN: | 65160509204 | |
| Registered in: | Queensland | |
| Registration date: | 25/09/2012 | |
| Next review date: | 25/09/2014 | |
| Name start date: | 25/09/2012 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

| Address Details | | Document Number |
|---|---|---|
| **Current** | | |
| Registered address: | 'Central Plaza One' Level 30,  345 Queen Street, BRISBANE QLD 4000 | 1E8752650 |
| Start date: | 25/09/2012 | |
| Principal Place Of Business address: | 'Info Received Address May Be Invalid,  7/11/2013',  14 **plunkett Street,  PADDINGTON QLD 4064 | 028793476 |
| Start date: | UNKNOWN | |
| **Historical** | | |
| Principal Place Of Business address: | 14 Plunkett Street,  PADDINGTON QLD 4064 | 1E8752650 |
| Start date: | 25/09/2012 | |
| Cease date: | UNKNOWN | |

| Officeholders and Other Roles | | Document Number |
|---|---|---|
| **Previous Director** | | |
| Name: | MARK FERRIER | 1E8752650 |
| Address: | 14 Plunkett Street,  PADDINGTON QLD 4064 | |
| Born: | 19/12/1975, SYDNEY, NSW | |
| Appointment date: | 25/09/2012 | |
| Cease date: | 25/09/2012 | |
| **Previous Secretary** | | |
| Name: | MARK FERRIER | 1E8752650 |
| Address: | 14 Plunkett Street,  PADDINGTON QLD 4064 | |
| Born: | 19/12/1975, SYDNEY, NSW | |
| Appointment date: | 25/09/2012 | |
| Cease date: | 25/09/2012 | |

**Share Information**

**Share Structure**

29 December 2013 AEST 12:10:47 PM

1

DEF_01597654

Current & Historical Company Extract

**MJF MINING SERVICES WA PTY LTD**
**ACN 160 509 204**

| Class | Description | Number issued | Total amount paid | Total amount unpaid | Document number |
|-------|-------------|---------------|-------------------|---------------------|-----------------|
| ORD | ORDINARY SHARES | 120 | 120.00 | 0.00 | 1E8752650 |

**Members**

Note: For each class of shares issued by a proprietary company, ASIC records the details of the top twenty members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth ranked member will also be recorded by ASIC on the database. Where available, historical records show that a member has ceased to be ranked amongst the top twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company.

Name:   MARK FERRIER
Address:   14 Plunkett Street, PADDINGTON QLD 4064

| Class | Number held | Beneficially held | Paid | Document number |
|-------|-------------|-------------------|------|-----------------|
| ORD | 120 | no | FULLY | 1E8752650 |

**Documents**

Note: Where no Date Processed is shown, the document in question has not been processed. In these instances care should be taken in using information that may be updated by the document when it is processed. Where the Date Processed is shown but there is a zero under No Pages, the document has been processed but a copy is not yet available.

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---------------|-----------|----------------|-----------------|----------------|-----------------|
| 25/09/2012 | 201C  Application For Registration As A Proprietary Company | 25/09/2012 | 3 | 25/09/2012 | 1E8752650 |

Note: Where the expression 'Unknown' is shown, the precise date may be available from records taken over on 1 January 1991 and held by ASIC in paper or microfiche.

***End of Extract of 2 Pages***

29 December 2013 AEST 12:10:47 PM

2

DEF_01597655