

P-554
Case No. 9:18-CV-80176-BB