**P-613**

Case No. 9:18-CV-89176-BB

```
[bitmessagesettings]
settingsversion = 10
port = 8444
timeformat = %%a, %%d %%b %%Y  %%I:%%M %%p
blackwhitelist = black
startonlogon = True
minimizetotray = True
showtraynotifications = True
startintray = False
socksproxytype = none
sockshostname = localhost
socksport = 9050
socksauthentication = False
sockslisten = False
socksusername =
sockspassword =
keysencrypted = false
messagesencrypted = false
defaultnoncetrialsperbyte = 1000
defaultpayloadlengthextrabytes = 1000
minimizeonclose = false
maxacceptablenoncetrialsperbyte = 0
maxacceptablepayloadlengthextrabytes = 0
userlocale = en
useidenticons = True
identiconsuffix = FsRP4g44cRVE
stopresendingafterxdays =
stopresendingafterxmonths =
namecoinrpctype = namecoind
namecoinrpchost = localhost
namecoinrpcuser =
namecoinrpcpassword =
namecoinrpcport = 8336
sendoutgoingconnections = True
willinglysendtomobile = False
maxdownloadrate = 0
maxuploadrate = 0
replybelow = False

[BM-2cTAL7E64nBMt4Ld3fcDzCkijxZaLWiVzH]
label = Dave Kleiman
enabled = true
decoy = false
noncetrialsperbyte = 1000
payloadlengthextrabytes = 1000
privsigningkey =                                    1Rzf
privencryptionkey =                                 yncc
lastpubkeysendtime = 1393549757
```

```
mailinglist = false

[BM-2cWk8GJeSUefpr1kif32ahepudagr2eZib]
label = UT NG Hotwire PE
enabled = true
decoy = false
noncetrialsperbyte = 1000
payloadlengthextrabytes = 1000
privsigningkey =                                        erTx
privencryptionkey =                                      zAnm
lastpubkeysendtime = 1393549769

[BM-2cXh6WBKuMcdiJDyRRNXptKTrUbqrvENnK]
label = unused deterministic address
enabled = false
decoy = false
noncetrialsperbyte = 1000
payloadlengthextrabytes = 1000
privsigningkey =                                        aLmk
privencryptionkey =                                      wTX2
lastpubkeysendtime = 1393549821

[BM-2cTUtSCF7x1CGjD8QzEWgcSafQyVXSd8eo]
label = unused deterministic address
enabled = true
decoy = false
noncetrialsperbyte = 1000
payloadlengthextrabytes = 1000
privsigningkey =                                        yozw
privencryptionkey =                                      bySL
lastpubkeysendtime = 1393549840

[BM-2cWTS6NdbJ1ki8YoaToa2mWxfrBigUcdJr]
label = unused deterministic address
enabled = true
decoy = false
noncetrialsperbyte = 1000
payloadlengthextrabytes = 1000
privsigningkey =                                        43C3
privencryptionkey =                                      xA8X
lastpubkeysendtime = 1393549948

[BM-2cWjjZt7JKvnszN458cEiPi6XdkFrNL7E3]
label = Signia
enabled = true
decoy = false
noncetrialsperbyte = 1000
payloadlengthextrabytes = 1000
```

```
privsigningkey =                                              9sX5
privencryptionkey =                                          Msa5
lastpubkeysendtime = 1424055568

[BM-2cT93pGpGkpxbhXMtwnat1xR7aTLcYziCi]
label = unused deterministic address
enabled = true
decoy = false
noncetrialsperbyte = 1000
payloadlengthextrabytes = 1000
privsigningkey =                                             b5ug
privencryptionkey =                                          M9fk
lastpubkeysendtime = 1393549982

[BM-NBxKmHXmLqdVlMjFSvix9EmjukeX6VP5]
label = Craig S Wright
enabled = true
decoy = false
noncetrialsperbyte = 1000
payloadlengthextrabytes = 1000
privsigningkey =                                             waeV
privencryptionkey =                                          v9pC
lastpubkeysendtime = 1393549984

[BM-2cWf4jNfcz6fK4qb9EqoZa945b9NUVgwAV]
label = MJF Dealings to Baraka
enabled = false
decoy = false
noncetrialsperbyte = 1000
payloadlengthextrabytes = 1000
privsigningkey =                                             agi9
privencryptionkey =                                          dozG
lastpubkeysendtime = 1393549994
mailinglist = true
mailinglistname = Dog body

[BM-2cUVv4JjLQp8b6MtQcM5sSVWYpnjwuJ5yQ]
label =
enabled = true
decoy = false
noncetrialsperbyte = 1000
payloadlengthextrabytes = 1000
privsigningkey =                                             Uy5W
privencryptionkey =                                          BLJN
```

CONFIDENTIAL

DEF_00247442