UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon the Defendant Dr. Craig Wright's Motion for Bill of Costs, ECF No. [871], and Plaintiff W & K Info Defense Research's Motion for Entry of Taxable Costs, ECF No. [872][1] ("Motions"). The Motions were previously referred to the Honorable Bruce E. Reinhart for a Report and Recommendations ("R&R"). *See* ECF No. [876]. On March 14, 2022, the Magistrate Judge issued a R&R recommending that the Motions be granted in part and denied in part. ECF No. [890]. The R&R advised the parties to file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, the parties have not filed objections, nor have the parties sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and

---

[1] Plaintiff W & K Info Defense Research LLC's Response to Defendant Craig Wright's Motion is at ECF No. [880] and Defendant Craig Wright's Reply is at ECF No. [883]. Defendant Craig Wright's Response to Plaintiff W&K Info Defense Research, LLC's Motion is at ECF No. [881] and Plaintiff W&K Info Defense Research, LLC's Reply is at ECF No. [884].

correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motions must be **GRANTED IN PART AND DENIED IN PART** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [890]**, is **ADOPTED**.

2. Defendant Dr. Craig Wright's Motion for Bill of Costs, **ECF No. [871]**, is **GRANTED IN PART AND DENIED IN PART**. Defendant Craig Wright is entitled to recovery of $1,170 in process server fees, $97,627.95 for transcripts, $4,167.54 in witness fees, and $180.57 in copying costs for a total of **$103,146.06** in taxable costs

3. Plaintiff W&K Info Defense Research, LLC's Motion for Entry of Taxable Costs, **ECF No. [872]**, is **GRANTED IN PART AND DENIED IN PART**. Plaintiff W&K Info Defense Research, LLC is entitled to recovery of $585.00 in process server fees, $97,671.24 for transcripts, and $120.00 in witness fees for a total of **$98,376.24** in taxable costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 30, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record