# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ANGELA E. NOBLE  
Clerk of Court

Appeals Section

Date: 9/9/2022

FILED BY ___AP___ D.C.
SEP 0 9 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk, United States Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, GA 30303

ROA

IN RE: District Court No: 18-80176-CV - BB

U.S.C.A. No: 22-11150-GG

Style: IRA KLEIMAN, ET AL. V. CRAIG WRIGHT

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 0 Volume(s) of pleadings
- 0 Volume(s) of Transcripts
- Exhibits: 0 boxes; ___ folders;
- 2 envelopes; 0 PSIs (sealed)
- ☐ other: ___
- ☐ other: ___
- ☑ Other: 1 Sealed Env. containing Thumb Drive as to DE 824; 1 Env. containing DEs
- ☐ Other: 677, 728, and 829 (3 Thumb Drives).

Sincerely,  
Angela E. Noble, Clerk of Court  
By: _____ Deputy Clerk

Certified to be a true and correct copy of the document on file  
Angela E. Noble, Clerk,  
U.S. District Court  
Southern District of Florida  
By _____ Deputy Clerk  
Date 9/9/2022

Attachment: court file

S/F A-15  
Rev. 10/94

☑ 400 N. Miami Avenue  
Miami, Fl 33128-7716  
305-523-5080

☐ 299 E. Broward Boulevard  
Ft. Lauderdale, Fl 33301  
954-769-5413

☐ 701 Clematis Street  
West Palm Beach, Fl 33401  
561-803-3408

APPEAL,BER,CLOSED,MEDIATION,REF_DISCOV,REF_RR

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## ABRIDGED CIVIL DOCKET FOR CASE #: 9:18-cv-80176-BB
### Internal Use Only

Kleiman v. Wright
Assigned to: Judge Beth Bloom
Referred to: Magistrate Judge Bruce E. Reinhart
Case in other court: 22-11150-G
Cause: 28:1332 Diversity-Property Damage

Date Filed: 02/14/2018
Date Terminated: 12/07/2021
Jury Demand: Plaintiff
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

### Plaintiff

**Ira Kleiman**
*as the Personal Representative of the Estate of David Kleiman*

represented by **Devin Freedman**
Roche Freedman, LLP
1 SE 3rd Ave.
Suite 1240
Miami, FL 33131
305-306-9211
Email: vel@rochefreedman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M. Delich**
Roche Freedman LLP
185 Wythe Avenue F2
Brooklyn, NY 11249
929-457-0057
Email: jdelich@rochefreedman.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Roche**
Roche Freedman LLP
185 Wythe Avenue F2
Brooklyn, NY 11249
Email: kyle@rochefreedman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell V. Pritt**
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA 94104

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 9/9/2022

415-293-6800
Email: mpritt@bsfllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander J. Holtzman**
Boies Schiller Flexner LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
415-293-6800
Email: aHoltzman@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Scott Brenner**
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800 Bank of America Tower
Miami, FL 33131-2144
305-357-8414
Fax: 305-539-1307
Email: abrenner@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Constantine Philip Economides**
Roche Cyrulnik Freedman LLP
200 S. Biscayne Blvd.
Suite 5500
Miami, FL 33131
805-886-5256
Email: ceconomides@rochefreedman.com
*ATTORNEY TO BE NOTICED*

**Laselve Elijah Harrison**
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL 33131
3055398400
Email: lharrison@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Samantha Marie Licata**
Boies Schiller Flexner LLP
888 Brickell Key Drive
Unit 1204
Miami, FL 33131
5613501573
Email: slicata@bsfllp.com

*ATTORNEY TO BE NOTICED*

**Stephen Lagos**
Roche Cyrulnik Freedman LLP
99 Park Ave., Suite 1910
New York, NY 10016
(603) 494-9245
Email: slagos@rcfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen N. Zack**
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800, Miami Tower
Miami, FL 33131-2144
305-539-8400
Fax: 305-539-1307
Email: szack@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Tibor L. Nagy**
Roche Freedman LLP
New York, NY 10075
Email: tibor@dnfllp.com
*TERMINATED: 10/28/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**W&K Info Defense Research, LLC**  represented by  **Joseph M. Delich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maxwell V. Pritt**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander J. Holtzman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Scott Brenner**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Constantine Philip Economides**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Laselve Elijah Harrison**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Samantha Marie Licata**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Stephen Lagos**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Stephen N. Zack**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Devin Freedman**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

V.

<u>Defendant</u>

| | | |
|---|---|---|
| **Craig Wright** | represented by | **Andres Rivero**<br>Rivero Mestre LLP<br>2525 Ponce de Leon Boulevard<br>Suite 1000<br>Coral Gables, FL 33134<br>305-445-2500<br>Fax: (305) 445-2505<br>Email: arivero@riveromestre.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael A. Fernandez**<br>Rivero Mestre LLP<br>565 Fifth Avenue, 7th Floor<br>New York, NY 10017<br>212-880-9451<br>Email: mfernandez@riveromestre.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Alan H. Rolnick**
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Coral Gables, FL 33134
305.445.2500
Fax: 305.445.2505
Email: arolnick@riveromestre.com
*ATTORNEY TO BE NOTICED*

**Amanda Lara Fernandez**
Damian , Valori LLP
1000 Brickell Avenue
Suite 1020
Miami, FL 33131
305 371-3960
Email: afernandez@riveromestre.com
*ATTORNEY TO BE NOTICED*

**Amanda Marie McGovern**
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Coral Gables, FL 33134
305.445.2500
Fax: 305.445.2505
Email: amcgovern@riveromestre.com
*ATTORNEY TO BE NOTICED*

**Bryan Lee Paschal**
Strader Paschal PLLC
150 S Pine Island Rd.
Ste 300
Plantation, FL 33324-2665
954-880-1260
Email: bryan@straderpaschal.com
*TERMINATED: 10/26/2021*

**Daniela Tenjido Sierra**
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, FL 33134
(305) 445-2500
Email: dtenjido@riveromestre.com
*TERMINATED: 10/14/2021*
*PRO HAC VICE*

**Jorge Alejandro Mestre**
Rivero Mestre LLP
2525 Ponce de Leon Blvd.

Suite 1000
Miami, FL 33134
305-445-2500
Fax: 305-445-2505
Email: jmestre@riveromestre.com
*ATTORNEY TO BE NOTICED*

**Schneur Zalman Kass**
Rivero Mestre LLP
2525 Ponce De Leon Blvd Ste 1000
Coral Gables, FL 33134
3054452500
Fax: 3054452500
Email: zkass@riveromestre.com
*ATTORNEY TO BE NOTICED*

**Whitney Lohr**
Kurzban Kurzban Tetzeli & Pratt, P.A.
131 Madeira Avenue
Coral Gables, FL 33134
305-444-0060
Email: wlohr@kktplaw.com
*ATTORNEY TO BE NOTICED*

**Zaharah R. Markoe**
Rivero Mestre LLP
2500 Ponce de Leon Boulevard
Suite 1000
Miami
Miami, FL 33134
305-445-2500
Fax: 305-445-2505
Email: zmarkoe@royblack.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 677 | NOTICE OF CONVENTIONAL FILING of Thumb Drive with copies of Plaintiffs' Trial Exhibits re 658 Order. (scn) (Entered: 09/03/2021) *See env.* |
| 10/22/2021 | 728 | NOTICE OF CONVENTIONAL FILING of a thumb-drive with copies of Plaintiffs' Trial Exhibits by Ira Kleiman, W&K Info Defense Research, LLC. (scn) (Entered: 10/22/2021) *See env.* |
| 12/16/2021 | 824 | Unopposed MOTION to Seal *Trial Exhibits* per Local Rule 5.4 by Ira Kleiman, W&K Info Defense Research, LLC. (Attachments: # 1 Text of Proposed Order) (Brenner, Andrew) (Entered: 12/16/2021) *See Sealed Env.* |
| 12/16/2021 | 829 | NOTICE by Ira Kleiman, W&K Info Defense Research, LLC re 815 Exhibit List (Attachments: # 1 Exhibit P002, # 2 P033, # 3 P034, # 4 P035, # 5 P036, # 6 P037, # 7 P042, # 8 P043, # 9 P045, # 10 P048, # 11 P051, # 12 P052, # 13 P053, # 14 |

P055, # 15 P055.1, # 16 P055.3, # 17 P057, # 18 P059, # 19 P075, # 20 P076, # 21 P091, # 22 P092, # 23 P102, # 24 P105, # 25 P112, # 26 P113, # 27 P117, # 28 P119, # 29 P120, # 30 P122, # 31 P124, # 32 P129, # 33 P133, # 34 P134, # 35 P135.1, # 36 P138, # 37 P139, # 38 P142, # 39 P146, # 40 P147, # 41 P149, # 42 P156, # 43 P156.1, # 44 P157, # 45 P157.1, # 46 P160, # 47 P160.1, # 48 P161, # 49 P164, # 50 P166, # 51 P167, # 52 P181, # 53 P183, # 54 P187, # 55 P189, # 56 P200, # 57 P210, # 58 P211, # 59 P212, # 60 P213, # 61 P216, # 62 P217, # 63 P221, # 64 P224, # 65 P240, # 66 P241, # 67 P248, # 68 P256, # 69 P257, # 70 P261, # 71 P274, # 72 P290, # 73 P291, # 74 P299, # 75 P301, # 76 P305, # 77 P313, # 78 P326, # 79 P332, # 80 P333, # 81 P349, # 82 P356, # 83 P361, # 84 P381, # 85 P392, # 86 P398, # 87 P403, # 88 P405, # 89 P406, # 90 P407, # 91 P408, # 92 P410, # 93 P420, # 94 P424, # 95 P434, # 96 P439, # 97 P446, # 98 P452, # 99 P459, # 100 P509, # 101 P514, # 102 P514.1, # 103 P518, # 104 P518.1, # 105 P518.2, # 106 P518.3, # 107 P518.4, # 108 P518.7, # 109 P521.1, # 110 P521.7, # 111 P522, # 112 P523, # 113 P538, # 114 P538.1, # 115 P538.2, # 116 P540, # 117 P540.1, # 118 P540.2, # 119 P546, # 120 P546.1, # 121 P546.2, # 122 P564, # 123 P578, # 124 P591, # 125 P630, # 126 P636, # 127 P638, # 128 P664, # 129 P695, # 130 P696, # 131 P709, # 132 P710, # 133 P717, # 134 P720, # 135 P727, # 136 P727.1, # 137 P731, # 138 P733, # 139 P733.1, # 140 P744, # 141 P748, # 142 P758, # 143 P767, # 144 P799, # 145 P799.1, # 146 P807, # 147 P807.1, # 148 P807.2, # 149 P807.3, # 150 P808, # 151 P808.1, # 152 P808.2, # 153 P822, # 154 P823, # 155 P823.1, # 156 P823.2, # 157 P823.3, # 158 P824) (Brenner, Andrew) (Entered: 12/16/2021)

*See env.*