# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**ANGELA E. NOBLE,**
Clerk of Court

Appeals Section

```
FILED BY ___ D.C.

SEP 1 4 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

**Date:**     9/14/2022

**Clerk, United States Court of Appeals**
**Eleventh Circuit**
56 Forsyth Street, N.W.
Atlanta, GA 30303

**1st Supplement**

| IN RE: | District Court No: | 18-80176-CV - BB |
| | U.S.C.A. No: | 22-11150-GG |
| | Style: | IRA KLEIMAN, ET AL. V. CRAIG WRIGHT |

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

_____ **0** Volume(s) of pleadings

_____ **0** Volume(s) of Transcripts

_____ Exhibits: _____ **0** boxes; _____ folders;

_____ **1** envelopes; _____ **0** PSIs (sealed)

☐ other: _____

☐ other: _____

☑ Other: 1 Env. Containing DE739 (USB Drive)

☐ Other: _____

Sincerely,

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 9/14/2022

Angela E. Noble, Clerk of Court

By: _____,

Deputy Clerk

Attachment
Court file

S/F A-15
Rev. 10/94

| ☑ 400 N. Miami Avenue | ☐ 299 E. Broward Boulevard | ☐ 701 Clematis Street |
| Miami, Fl 33128-7716 | Ft. Lauderdale, Fl 33301 | West Palm Beach, Fl 33401 |
| 305-523-5080 | 954-769-5413 | 561-803-3408 |

APPEAL,BER,CLOSED,MEDIATION,REF_DISCOV,REF_RR

# U.S. District Court
## Southern District of Florida (West Palm Beach)
### ABRIDGED CIVIL DOCKET FOR CASE #: 9:18-cv-80176-BB
### Internal Use Only

Kleiman v. Wright
Assigned to: Judge Beth Bloom
Referred to: Magistrate Judge Bruce E. Reinhart
Case in other court: 22-11150-G
Cause: 28:1332 Diversity-Property Damage

Date Filed: 02/14/2018
Date Terminated: 12/07/2021
Jury Demand: Plaintiff
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

**Plaintiff**

**Ira Kleiman**
*as the Personal Representative of the Estate of David Kleiman*

represented by **Devin Freedman**
Roche Freedman, LLP
1 SE 3rd Ave.
Suite 1240
Miami, FL 33131
305-306-9211
Email: vel@rochefreedman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M. Delich**
Roche Freedman LLP
185 Wythe Avenue F2
Brooklyn, NY 11249
929-457-0057
Email: jdelich@rochefreedman.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Roche**
Roche Freedman LLP
185 Wythe Avenue F2
Brooklyn, NY 11249
Email: kyle@rochefreedman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell V. Pritt**
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA 94104

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date ___9/14/2022___

415-293-6800
Email: mpritt@bsfllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander J. Holtzman**
Boies Schiller Flexner LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
415-293-6800
Email: aHoltzman@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Scott Brenner**
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800 Bank of America Tower
Miami, FL 33131-2144
305-357-8414
Fax: 305-539-1307
Email: abrenner@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Constantine Philip Economides**
Roche Cyrulnik Freedman LLP
200 S. Biscayne Blvd.
Suite 5500
Miami, FL 33131
805-886-5256
Email: ceconomides@rochefreedman.com
*ATTORNEY TO BE NOTICED*

**Laselve Elijah Harrison**
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL 33131
3055398400
Email: lharrison@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Samantha Marie Licata**
Boies Schiller Flexner LLP
888 Brickell Key Drive
Unit 1204
Miami, FL 33131
5613501573
Email: slicata@bsfllp.com

*ATTORNEY TO BE NOTICED*

**Stephen Lagos**
Roche Cyrulnik Freedman LLP
99 Park Ave., Suite 1910
New York, NY 10016
(603) 494-9245
Email: slagos@rcfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen N. Zack**
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800, Miami Tower
Miami, FL 33131-2144
305-539-8400
Fax: 305-539-1307
Email: szack@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Tibor L. Nagy**
Roche Freedman LLP
New York, NY 10075
Email: tibor@dnfllp.com
*TERMINATED: 10/28/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W&K Info Defense Research, LLC**     represented by  **Joseph M. Delich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maxwell V. Pritt**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander J. Holtzman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Scott Brenner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Constantine Philip Economides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laselve Elijah Harrison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samantha Marie Licata**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Lagos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen N. Zack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Devin Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Craig Wright**                    represented by **Andres Rivero**
Rivero Mestre LLP
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134
305-445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Fernandez**
Rivero Mestre LLP
565 Fifth Avenue, 7th Floor
New York, NY 10017
212-880-9451
Email: mfernandez@riveromestre.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alan H. Rolnick**
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Coral Gables, FL 33134
305.445.2500
Fax: 305.445.2505
Email: arolnick@riveromestre.com
*ATTORNEY TO BE NOTICED*

**Amanda Lara Fernandez**
Damian , Valori LLP
1000 Brickell Avenue
Suite 1020
Miami, FL 33131
305 371-3960
Email: afernandez@riveromestre.com
*ATTORNEY TO BE NOTICED*

**Amanda Marie McGovern**
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Coral Gables, FL 33134
305.445.2500
Fax: 305.445.2505
Email: amcgovern@riveromestre.com
*ATTORNEY TO BE NOTICED*

**Bryan Lee Paschal**
Strader Paschal PLLC
150 S Pine Island Rd.
Ste 300
Plantation, FL 33324-2665
954-880-1260
Email: bryan@straderpaschal.com
*TERMINATED: 10/26/2021*

**Daniela Tenjido Sierra**
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, FL 33134
(305) 445-2500
Email: dtenjido@riveromestre.com
*TERMINATED: 10/14/2021*
*PRO HAC VICE*

**Jorge Alejandro Mestre**
Rivero Mestre LLP
2525 Ponce de Leon Blvd.

Suite 1000
Miami, FL 33134
305-445-2500
Fax: 305-445-2505
Email: jmestre@riveromestre.com
*ATTORNEY TO BE NOTICED*

**Schneur Zalman Kass**
Rivero Mestre LLP
2525 Ponce De Leon Blvd Ste 1000
Coral Gables, FL 33134
3054452500
Fax: 3054452500
Email: zkass@riveromestre.com
*ATTORNEY TO BE NOTICED*

**Whitney Lohr**
Kurzban Kurzban Tetzeli & Pratt, P.A.
131 Madeira Avenue
Coral Gables, FL 33134
305-444-0060
Email: wlohr@kktplaw.com
*ATTORNEY TO BE NOTICED*

**Zaharah R. Markoe**
Rivero Mestre LLP
2500 Ponce de Leon Boulevard
Suite 1000
Miami
Miami, FL 33134
305-445-2500
Fax: 305-445-2505
Email: zmarkoe@royblack.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2021 | 739 | CLERK'S Notice of Maintaining Audio-Visual Exhibit(s) 1 USB-drive containing the defendant's exhibits that plaintiffs have objected to. (rrs) Modified text to remove "received from Plaintiff" on 9/14/2022 (apz). (Entered: 10/26/2021) |

*See env,*