## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, <br><br>   *Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT,<br><br>   *Defendant.* | CASE NO.: 9:18-cv-80176-BB |

### ORDER GRANTING MOTION TO COMPEL

  THIS CAUSE is before the Court on Plaintiff/Judgment Creditor W&K Info Defense Research, LLC's Motion to Compel Defendant/Judgment Debtor Craig Wright to Complete Form. 1.977.  The Court has reviewed and being fully advised on the Motion, it is hereby:

  **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Craig Wright shall complete the Fact Information Sheet Form 1.977 in the Florida Rules of Civil Procedure (including all attachments), and provide it to Plaintiff's counsel within ten days.

  **DONE and ORDERED** in chambers on this ___ day of January 2023.

                   _____
                   Judge Beth Bloom
                   United States District Judge

Copies furnished: All counsel of record