UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                                     Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    defendant.
_____/

## DR. CRAIG WRIGHT'S NOTICE REGARDING
## PLAINTIFFS' MOTION TO COMPEL COMPLETION OF FORM 1.977

Dr. Craig Wright files this notice to state that he will respond to plaintiffs' motion to compel within the time allotted by the Federal Rules of Civil Procedure. Further, given that Freedman Norman & Freedland LLP have now appeared and asked for affirmative relief Dr. Wright renews his Motion for Disqualification [D.E. 900].

                                                      Respectfully submitted,

                                                      RIVERO MESTRE LLP
                                                     *Attorneys for Dr. Craig Wright*
                                                     2525 Ponce de Leon Blvd., Suite 1000
                                                     Miami, Florida 33134
                                                     Tel.: (305) 445-2500
                                                     Fax: (305) 445-2505

                                                     By: /s/ Andrés Rivero
                                                          Andrés Rivero
                                                         arivero@riveromestre.com

## CERTIFICATE OF SERVICE

      I certify that on January 10, 2023, I electronically filed this document with the Clerk of the Court.

By: <u>/s/ Andrés Rivero.</u>

Andrés Rivero