**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW KYLE ROCHE**

Upon consideration of Plaintiffs Ira Kleiman as personal representative for the Estate of David Kleiman and W&K Info Defense Research, LLC's (collectively "Plaintiffs") Motion to Withdraw Kyle Roche, it is hereby **ORDERED** that the Motion is **GRANTED**. Kyle Roche is granted leave to withdraw as counsel to Plaintiffs. The Clerk is directed to remove Kyle Roche from the service list, file a copy of this Order electronically, and notify all counsel of record.

DONE AND ORDERED in Miami, Florida, this _____ day January 2023.

_____
HON. BETH BLOOM
UNITED STATES DISTRICT JUDGE