UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.:  9:18-cv-80176-BB |

**PLAINTIFFS' NOTICE REGARDING WRIGHT'S MOTION TO DISQUALIFY**

On November 28, 2022, Defendant and judgment debtor Craig Wright moved to disqualify Freedman Normand Friedland LLP (f/k/a Roche Freedman LLP) ("FNF") and Kyle Roche from representing Plaintiffs in this matter. (Dkt. No. 900.) After the Court denied that motion without prejudice (Dkt. No. 901), Wright renewed it on January 10, 2023 (Dkt. No. 904). To avoid further waste of the parties' and the Court's time on this issue, Plaintiffs provide this notice to alert the Court of two facts that, in Plaintiffs' view, dispose of Wright's motion.

*First*, Mr. Roche left FNF months ago and is therefore not counsel to W&K anymore. To ensure the docket reflects that reality, we have filed a motion to withdraw him as counsel. (Dkt. No. 905.) Wright's request to disqualify Mr. Roche is thus moot.

*Second*, on December 29, 2022, in the appeal of this matter, the Court of Appeals for the Eleventh Circuit denied a substantively identical motion that Wright filed to disqualify Mr. Roche and FNF from representing Plaintiff Ira Kleiman. (Order, *Kleiman v. Wright*, No. 22-11150 (11th Cir. Dec. 29, 2022).) A true and correct copy of that order is attached as Exhibit A; a true and correct copy of the declaration referenced in that order is attached as Exhibit B; a true and correct copy of the preliminary order directing Mr. Freedman to file that declaration is attached as Exhibit

1

C; and a true and correct copy of the motion that Wright filed with the Eleventh Circuit is attached as Exhibit D. Because the Eleventh Circuit has already decided the issues raised in Wright's renewed motion, there is no basis for relitigating them here. *See, e.g.*, *This That and The Other Gift & Tobacco, Inc. v. Cobb Cty., Ga.*, 439 F.3d 1275, 1283 (11th Cir. 2006) ("Under the 'law of the case' doctrine, the findings of fact and conclusions of law by an appellate court are generally binding in all subsequent proceedings in the same case in the trial court or on a later appeal." (quoting *Heathcoat v. Potts*, 905 F.2d 367, 370 (11th Cir. 1990))).

      To the extent that the Court disagrees that these facts are dispositive, Plaintiffs will file an opposition to Wright's motion as directed.

Dated: January 17, 2023

Respectfully submitted,

By: */s/ Velvel Devin Freedman*
Velvel (Devin) Freedman, Esq.
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
vel@fnf.law

Joseph Delich
Stephen Lagos
FREEDMAN NORMAND FRIEDLAND LLP
99 Park Avenue, Suite 1910
New York, New York 10016
jdelich@fnf.law
slagos@fnf.law

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Velvel (Devin) Freedman*
VELVEL (DEVIN) FREEDMAN