# EXHIBIT A

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11150-GG

_____

IRA KLEIMAN,
as the Personal Representative of the
Estate of David Kleiman,

          Plaintiff-Appellant,

W&K INFO DEFENSE RESEARCH, LLC,

          Plaintiff,

versus

CRAIG WRIGHT,

          Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: JORDAN, JILL PRYOR, and GRANT, Circuit Judges.

BY THE COURT:

    Upon consideration of the affidavit of attorney Devin (Velvel) Freedman attesting that the requirements of Rule 1.7(b) of the ABA Model Rules of Professional Conduct are satisfied, the appellee's motion to disqualify Roche Freedman LLP is DENIED.