# EXHIBIT B

IN THE UNITED STATES COURT OR APPEALS

FOR THE ELEVENTH CIRCUIT

No. 22-11150-GG

IRA KLEIMAN,
as the Personal Representative of the
Estate of David Kleiman,

                                                                                        Plaintiff-Appellant,

W&K INFO DEFENSE RESEARCH, LLC

                                                                                        Plaintiff,

versus

CRAIG WRIGHT,

                                                                                        Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Florida

**DECLARATION OF DEVIN (VELVEL) FREEDMAN**

      I, Devin (Velvel) Freedman, make this Declaration pursuant to 28 U.S.C. § 1746 and the Court's order dated November 8, 2022, and hereby declare under penalty of perjury that the following statements are true and correct:

      1.     I am counsel for Plaintiff-Appellant in this matter and submit this Declaration on behalf of myself, and on behalf of my law firm, Freedman Normand Friedland LLP (f/k/a Roche Freedman LLP) (the "Firm").

2. In addition to the persons and entities listed in Plaintiff-Appellant's Certificate of Interested Persons, the following persons and entities either have, or may claim, an interest in the outcome of this appeal:

   a. Jason Cyrulnik, who is a former attorney at the Firm and claims an interest, which the Firm disputes, in any fees paid to the Firm in connection with this matter; and

   b. Opportunistic Resources, LLC, which provided funding to the Firm at its founding in July 2019 (which post-dated the commencement of the litigation below by more than one year).

3. For the avoidance of doubt, neither of the persons or entities listed above is controlled by Ava Labs or its principals, and neither Ava Labs nor its principals have any beneficial or equitable interest in those persons or entities. Moreover, the foregoing persons and entities do not have any direct interests in the outcome of this appeal; to the extent that they have any interest at all, it is indirect, derivative of the Firm's interest, and attenuated. The Firm is nevertheless disclosing those potential interests in an abundance of caution.

4. Plaintiff-Appellant Ira Kleiman, as personal representative of the Estate of David Kleiman, has been informed of the alleged conflict discussed in the appellee's motion.

5. The requirements of ABA Model Rule 1.7(b) are satisfied because I and my Firm reasonably believe that we will be able to provide competent and diligent representation of any allegedly affected client, the representation is not prohibited by law, the representation does not involve the assertion of a claim by one client against another client that we represent in the same litigation, and Mr. Kleiman has provided informed consent, confirmed in writing.

I, Devin (Velvel) Freedman, declare under penalty of perjury, that the foregoing is true and correct.

_/s/ *Devin (Velvel) Freedman*_

Devin (Velvel) Freedman