UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

### ORDER REFERRING MOTION TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Defendant's Motion to Disqualify, ECF Nos. [900], renewed by ECF No. [904], is **REFERRED** to Magistrate Judge Bruce E. Reinhart.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 17, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record