# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Amy Brown of the law firm of RIVERO MESTRE LLP, 565 Fifth Avenue, 7th Floor, New York, NY 10017, Telephone: (212)-880-9451 for purposes of appearance as co-counsel on behalf of Craig Wright in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Amy Brown to receive electronic filings in this case, and in support thereof states as follows:

1. Amy Brown is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of the State of New York, the State of New Jersey, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second and Eleventh Circuits.

2.      Movant, Andres Rivero, Esquire, of the law firm of RIVERO MESTRE LLP**,** 2525 Ponce de Leon Blvd., Suite 1000, Miami, Florida 33134, Telephone: (305) 445-2500 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Courts electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Amy Brown, has made payment of this Court's $ 200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Amy Brown, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Amy Brown at email address: abrown@riveromestre.com.

WHEREFORE, Andres Rivero, moves this Court to enter an Order Amy Brown, to appear before this Court on behalf of Craig Wright for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Amy Brown.

Date: January 18, 2023.

Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com

Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819

*Counsel for Dr. Craig S. Wright*

## CERTIFICATE OF SERVICE

    I CERTIFY that on January 18, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    */s/* Andres Rivero