## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

### CERTIFICATION OF AMY BROWN

Amy Brown, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bars of the State of New York, the State of New Jersey, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second and Eleventh Circuits; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Amy Brown, Esq.