## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

      Plaintiff,

v.

CRAIG WRIGHT,

      Defendant.

_____/

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that attorney Allison Henry, of the law firm Rivero Mestre LLP,

appears as attorney for Craig Wright and requests that all pleadings, correspondence and related

materials in this case be provided to undersigned.

**RESPECTFULLY SUBMITTED** on January 18, 2023.

RIVERO MESTRE LLP
*Attorneys for Craig Wright*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: arolnick@riveromestre.com
Email: ahenry@riveromestre.com
Email: receptionist@riveromestre.com

By: /s/ Allison Henry
ALLISON HENRY
Florida Bar No. 1003008
ALAN H. ROLNICK
Florida Bar No. 715085
ANDRES RIVERO
Florida Bar No. 613819
JORGE A. MESTRE
Florida Bar No.  88145

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 18, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Allison Henry
ALLISON HENRY
