UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>      Plaintiffs,<br>v.<br><br>CRAIG WRIGHT<br><br>      Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## W&K's REQUEST FOR STATUS CONFERENCE
## BEFORE JUDGE BRUCE REINHART

Defendant and judgment debtor Craig Wright has moved to disqualify Freedman Normand Friedland LLP (f/k/a Roche Freedman LLP) ("FNF") from this case (DE 900, 904). The District Court referred the motion to Judge Reinhart (DE 909).

Plaintiff W&K believes a short status conference before Judge Reinhart to discuss the motion, and if necessary set a briefing schedule, would assist the Court and the parties in resolving this dispute.

Specifically, Wright's near-identical motion to disqualify FNF in this case was rejected by the Eleventh Circuit (DE 907-1). That order should be binding law of the case and FNF should not need to expend further resources opposing a resolved issue. (*See* DE 907).[1]

Finally, Mr. Roche has withdrawn from this case, and is no longer practicing at FNF (DE 905, 908). Thus, the alleged grounds for disqualification, while without basis in the first place, are further rendered moot.

Consequently, W&K believes a status conference before the Court might assist the parties in resolving this dispute without further briefing. Counsel for W&K is available in person on

---

[1] Notably, Wright's counsel filed another near-identical motion to disqualify FNF in state court litigation; the court there likewise denied the motion. Exhibit 1.

1/19/23 or 1/20/23, but can attend remotely the week of 1/23 (due to pre-scheduled international travel).

If the Court would prefer a brief in opposition, however, FNF would be happy to file one.

Dated:  January 18, 2023

Respectfully submitted,

By: */s/ Velvel Devin Freedman*
Velvel (Devin) Freedman, Esq.
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
vel@fnf.law

Joseph Delich
Stephen Lagos
FREEDMAN NORMAND FRIEDLAND LLP
99 Park Avenue, Suite 1910
New York, New York 10016
jdelich@fnf.law
slagos@fnf.law

*Counsel to Plaintiff W&K Info Defense Research, LLC.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Velvel (Devin) Freedman*
VELVEL (DEVIN) FREEDMAN