# Composite Exhibit B

**From**:     Craig S Wright [craig.wright@information-defense.com]
**Sent**:     2/2/2011 8:10:10 AM
**To**:       'Dave Kleiman' [dave@davekleiman.com]
**CC**:       'Lynn Wright' [lynn.wright@information-defense.com]
**Subject**:  RE: [DHS Cyber R&D Grants $40MM]


Several things actually.

I will send some ideas and papers tonight

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 2 February 2011 7:26 AM
To: craig.wright@information-defense.com
Cc: 'Lynn Wright'
Subject: RE: [DHS Cyber R&D Grants $40MM]

I was just reading the same thing.....hmmmmm

 "" with individual grants ranging up to $3 million. DHS's areas of interest include software assurance,
enterprise security metrics, usable security, as well as the challenges posed by insider threats.""

I would gladly do something with you. Did you have something specific in mind?


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801


-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 01, 2011 15:23
To: Dave Kleiman
Cc: 'Lynn Wright'
Subject: [DHS Cyber R&D Grants $40MM]

Dave,
I cannot get these myself being that I am not a US citizen.

On the other hand, we could do something in partnership. Are you interested in being the lead if I am to
put in a funding app. For research?

Regards,
Craig


https://www.fbo.gov/spg/DHS/OCPO/DHS-OCPO/BAA_11-02/listing.html.

It should also be posted shortly at https://baa2.st.dhs.gov.

It's offered to US citizens and organizations.


Dr. Wright Ex.
**D078**

CONFIDENTIAL
CW.001.002.6522

DEFAUS_00092733

**From**:      Dave Kleiman [dave@davekleiman.com]
**Sent**:      3/2/2011 9:03:13 AM
**To**:        craig.wright@Information-defense.com
**Subject**:   RE: BAA 11-02

Those two are uploaded, anything else?

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, March 01, 2011 16:58
To: 'craig.wright@Information-defense.com'
Subject: RE: BAA 11-02

Risk Quan is complete! See attached

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, March 01, 2011 15:52
To: Dave Kleiman
Subject: RE: BAA 11-02

I know

I called the No. and they say they know they have issues... Thanks huh

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 2 March 2011 7:48 AM
To: craig.wright@Information-defense.com
Subject: FW: BAA 11-02
Importance: High

Every page except the activity worksheet page ( the one we need ) works.

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, March 01, 2011 15:41
To: 'dhsbaa@reisys.com'
Cc: 'craig.wright@Information-defense.com'
Subject: BAA 11-02
Importance: High

Hello,

RE: BAA 11-02-TTA 01-0127-WP, BAA 11-02-TTA 05-0155-WP, BAA 11-02-TTA 09-0049-WP, BAA 11-02-TTA 14-0025C-WP

We are trying to upload our whitepapers, due today at 1630 HRS, to the proposal website however we keep receiving the following error when trying to reach the proposal page

--------------------------------------------------

Error Message

    Application Error


Suggestion: Please make sure you are logged in to the system. Identify the error mentioned in the error message above. Avoid using browser provided "Back" or "Refresh" buttons. If you suspect the nature of the error or if you are not sure of the error, please report the error to the contact information provided below.

If this error persists, please contact DHS Technical Support at (703) 480-7676 or email dhsbaa@reisys.com

--------------------------------------------------

Dr. Wright Ex.

**D250**

DEFAUS_00694769

CW.001.002.7102

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

DEFAUS_00694770

CW.001.002.7102

**From**:      Craig S Wright [craig.wright@information-defense.com]
**Sent**:      2/16/2011 5:31:13 PM
**To**:        'Dave Kleiman' [dave@davekleiman.com]
**Subject**:   RE: Four proposals


They look good.

I have based the funding on

3 principles ($200k a year each)
All travel and expenses (and rather generously on the expenses :)
     As far as I am concerned, hotels will be good suites and not rooms ;)
3 PhD Candidates to do all the shit work ;)
1 supervisor at the uni
Support staff
Systems and software

All for 3 years (and we can keep the interest and divide it but I did not say this as it could be Another $1 between the three of us ;)

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 5:19 PM
To: craig.wright@Information-defense.com
Cc: lynn.wright@information-defense.com
Subject: Four proposals

Please review the attached.

Questions:

Should I list myself as a "partner" in the " Subcontractor/Partner/Other Participant Information" section, or do you think that is if you are teaming with another organization?

Should I list your AU address on these (there is an option for non-US addresses)


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

**Joint Exhibit**

**J034**

CONFIDENTIAL
CW.001.002.6828

DEFAUS_00093074

**From**: Craig S Wright [craig.wright@itmasters.edu.au]
**Sent**: 3/1/2014 1:19:16 PM
**To**: craig@rcjbr.org
**Subject**: FW: Reminder : Your Webinar is on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST

...

Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & ...
Charles Sturt University / IT Masters
Mobile: 0417 683 914

  

**From:** Dave Kleiman [mailto:dave@davekleiman.com]
**Sent:** Friday, 9 September 2011 11:48 PM
**To:** craig.wright@itmasters.edu.au
**Cc:** lynn.wright@information-defense.com
**Subject:** RE: Reminder : Your Webinar is on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST

**Join us on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST**

AEST?, This was at 0500 EST today?  I did mot notice the AEST until just now.  Your other email says "tonights" me no thinking about time zones and only glancing at the 7PM-8PM thought it was EST....

Dave

**From:** Craig Wright [mailto:GoToWebinar.Notifications@citrixonline.com]
**Sent:** Friday, September 09, 2011 04:10
**To:** Dave Kleiman
**Subject:** Reminder : Your Webinar is on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST

# Cyber (Crime / Espionage / Terror)

Joint Exhibit

**J096**

DEFAUS_00114566



**Join us on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST**

Dear dave,

This message is to remind you that the following Webinar will take place Friday, September 9, 2011 7:00 PM - 8:00 PM AEST.

**Cyber (Crime / Espionage / Terror)**

1. Click here to join:

   https://www2.gotomeeting.com/join/591729506/106374043

   This link **should not be shared** with others; it is unique to you.

2. You will be connected to audio using your computer's microphone and speakers (VoIP). A headset is recommended.

   Or, you may select Use Telephone after joining the Webinar.

   Toll: +61 (0) 2 8014 4933

   Access Code: 457-079-312
   Audio PIN: Shown after joining the Webinar


Webinar ID: 591-729-506

Please send your questions, comments and feedback to: craig.wright@itmasters.edu.au.

**System Requirements**
PC-based attendees
Required: Windows® 7, Vista, XP or 2003 Server

Macintosh®-based attendees
Required: Mac OS® X 10.5 or newer

Read our Audio Checklist for tips on using your computer's microphone and speakers with GoToWebinar.

Add to your Outlook calendar

DEFAUS_00114567

You are receiving this email because you registered for this Webinar.
Please cancel your registration if you cannot attend. You can also opt-out from receiving
further emails from this Webinar's organizers.

This event is powered by GoToWebinar, Webinars Made Easy™. View the GoToWebinar Privacy Policy.
GoToWebinar is a service provided by : Citrix Online | 7414 Hollister Avenue | Goleta, CA 93117

DEFAUS_00114568

**From**:         Craig S Wright [craig.wright@information-defense.com]
**Sent**:         3/6/2011 2:13:29 PM
**To**:            'Dave Kleiman' [dave@davekleiman.com]
**Subject**:     Reference

Hi Dave,
I know most people will think I am insane, but I am not getting all I need from business. I know the work is important sometimes, but only from time to time. I also knows it pays WAY more than what I am planning, but there is more to life than money.

Lynn will be taking over the company.

I am going back to the military and intelligence full time. I feel I can do far more of value in that way. I have contracted part time to a number of agencies for a while, but I still have a need to serve and do more.

So, my request is a reference from you.

Regards,
...
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & ...
Information Defense Pty Ltd
Mobile: 0417 683 914



**P31**

CONFIDENTIAL

DEFAUS_00093292

**From**:         Dave Kleiman [dave@davekleiman.com]
**Sent**:         2/17/2011 4:17:57 AM
**To**:           craig.wright@Information-defense.com
**CC**:           lynn.wright@information-defense.com
**Subject**:      RE: Four proposals
**Attachments**:  BAA 11-02-TTA 01-0127-WP Software Assurance Cover Sheet A Page.pdf; BAA 11-02-TTA 05-0155-WP Scada Cover
                  Sheet A Page.pdf; BAA 11-02-TTA 09-0049-WP Risk Quantification Cover Sheet A Page.pdf; BAA 11-02-TTA 14-0025-
                  WP Software Derivative Markets Cover Sheet A Page.pdf

Here are the 4 cover sheet A.  Please review for accuracy.

For now, I listed it as "Small Business - 50 or Fewer Employees - Annual Gross Revenue - 1 Million or
Less".  Until I get the DUNS via email, and then apply for the Vet status.

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Wednesday, February 16, 2011 01:19
To: 'craig.wright@Information-defense.com'
Cc: lynn.wright@information-defense.com
Subject: Four proposals

Please review the attached.

Questions:

Should I list myself as a "partner" in the " Subcontractor/Partner/Other Participant Information"
section, or do you think that is if you are teaming with another organization?

Should I list your AU address on these (there is an option for non-US addresses)


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

**Joint Exhibit**

**J032**

DEFAUS_00694603

# S&T Directorate BAA Cover Sheet A

## Proposal Does Not Contain Proprietary Information

| | |
|---|---|
| Proposal Number: | **BAA 11-02-TTA 01-0127-WP** |
| Topic: | **TTA 01 - Software Assurance** |
| Proposal Title: | **Software Assurance through Economic Measures** |
| Company Name: | **W&K INFO DEFENSE RESEARCH LLC** |
| Mailing Address (Line 1): | **4371 Norhtlake Blvd #314** |
| Mailing Address (Line 2): | |
| City: | **Palm Beach** |
| State & Zip Code: | **FL  33410 - 6253** |
| Phone: | **5613108801** |
| Fax: | |
| TIN: | **274997114** |
| DUNS + 4: | **null -** |
| CAGE Code: | |
| SIC: | |
| FICE: | |
| Proposal Contains Proprietary Information: | **No** |
| Amount Requested (*in dollars*): | **$650000.00** |
| Duration: | **36 months** |
| Requested Starting Date: | **07/04/2011** |
| Business Type: | **Small Business** |
| | **Small Business - 50 or Fewer Employees - Annual Gross Revenue - 1 Million or Less** |

DEFAUS_00694604

# S&T Directorate BAA Cover Sheet A

## Proposal Does Not Contain Proprietary Information

| | |
|---|---|
| Proposal Number: | **BAA 11-02-TTA 05-0155-WP** |
| Topic: | **TTA 05 – Secure, Resilient Systems and Networks** |
| Proposal Title: | **SCADA Isolation** |
| Company Name: | **W&K INFO DEFENSE RESEARCH LLC** |
| Mailing Address (Line 1): | **4371 Norhtlake Blvd #314** |
| Mailing Address (Line 2): | |
| City: | **Palm Beach** |
| State & Zip Code: | **FL  33410 - 6253** |
| Phone: | **5613108801** |
| Fax: | |
| TIN: | **274997114** |
| DUNS + 4: | **null -** |
| CAGE Code: | |
| SIC: | |
| FICE: | |
| Proposal Contains Proprietary Information: | **No** |
| Amount Requested (*in dollars*): | **$1800000.00** |
| Duration: | **36 months** |
| Requested Starting Date: | **07/04/2011** |
| Business Type: | **Small Business - 50 or Fewer Employees - Annual Gross Revenue - 1 Million or Less** <br> **Small Business** |

DEFAUS_00694605

# S&T Directorate BAA Cover Sheet A

## Proposal Does Not Contain Proprietary Information

| | |
|---|---|
| Proposal Number: | **BAA 11-02-TTA 09-0049-WP** |
| Topic: | **TTA 09 – Cyber Economics** |
| Proposal Title: | **Risk Quantification** |
| Company Name: | **W&K INFO DEFENSE RESEARCH LLC** |
| Mailing Address (Line 1): | **4371 Norhtlake Blvd #314** |
| Mailing Address (Line 2): | |
| City: | **Palm Beach** |
| State & Zip Code: | **FL  33410 - 6253** |
| Phone: | **5613108801** |
| Fax: | |
| TIN: | **274997114** |
| DUNS + 4: | **null -** |
| CAGE Code: | |
| SIC: | |
| FICE: | |
| Proposal Contains Proprietary Information: | **No** |
| Amount Requested (*in dollars*): | **$2200000.00** |
| Duration: | **36 months** |
| Requested Starting Date: | **07/04/2011** |
| Business Type: | **Small Business** <br> **Small Business - 50 or Fewer Employees - Annual Gross Revenue - 1 Million or Less** |

# S&T Directorate BAA Cover Sheet A

## Proposal Does Not Contain Proprietary Information

| | |
|---|---|
| Proposal Number: | **BAA 11-02-TTA 14-0025-WP** |
| Topic: | **TTA 14 – Software Assurance MarketPlace (SWAMP)** |
| Proposal Title: | **Software Derivative Markets & Information Security Risk** |
| Company Name: | **W&K INFO DEFENSE RESEARCH LLC** |
| Mailing Address (Line 1): | **4371 Norhtlake Blvd #314** |
| Mailing Address (Line 2): | |
| City: | **Palm Beach** |
| State & Zip Code: | **FL  33410 - 6253** |
| Phone: | **5613108801** |
| Fax: | |
| TIN: | **274997114** |
| DUNS + 4: | **null -** |
| CAGE Code: | |
| SIC: | |
| FICE: | |
| Proposal Contains Proprietary Information: | **No** |
| Amount Requested (*in dollars*): | **$1200000.00** |
| Duration: | **36 months** |
| Requested Starting Date: | **07/04/2011** |
| Business Type: | **Small Business - 50 or Fewer Employees - Annual Gross Revenue - 1 Million or Less**<br>**Small Business** |

| | |
|---|---|
| **From**: | Dave Kleiman [dave@davekleiman.com] |
| **Sent**: | 2/15/2011 11:35:31 AM |
| **To**: | craig.wright@information [craig.wright@information-defense.com] |
| **CC**: | lynn.wright@information-defense.com |
| **Subject**: | RE: Link to R&D site |

I sent an email to see if there is an expedited or online way to accomplish.

In any case, how about a name?


-----Original Message-----
From: Dave Kleiman
Sent: Monday, February 14, 2011 19:13
To: 'craig.wright@information'
Cc: 'lynn.wright@information-defense.com'
Subject: RE: Link to R&D site

Hmmm. I am all ears on suggestions. But I see no way of filing for LLC or Non profit in time, you have any ideas?

I have files 3 fictitious business names I can easily apply for another if needed:

http://www.sunbiz.org/scripts/ficidet.exe?action=DETREG&docnum=G06303900172&rdocnum=G06303900172

http://www.sunbiz.org/scripts/ficidet.exe?action=DETREG&docnum=G98287000005&rdocnum=G98287000005

Let me know.

Dave


-----Original Message-----
From: Dave Kleiman
Sent: Monday, February 14, 2011 17:07
To: 'craig.wright@information'
Cc: 'lynn.wright@information-defense.com'
Subject: RE: Link to R&D site

Apparently you app must go postal mail for an LLC:  "" MAIL your completed form with the appropriate fee to the Division of Corporations for processing""

Florida Limited Liability Company or LLC Forms

***Do not use for corporations. Corporations are not Limited Liability Companies or LLC's.***

Note: Please make ALL checks payable to the Florida Department of State

Shown below are forms to assist you in filing with the Division of Corporations.  You have two choices: print out the selected form, then prepare it;  or fill-in the form online, then print it out.  MAIL your completed form with the appropriate fee to the Division of Corporations for processing and filing.

See attached


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801



-----Original Message-----
From: craig.wright@information [mailto:craig.wright@information-defense.com]

**Dr. Wright Ex.**

**D073**

DEFAUS_00694501

CW.001.002.6757

Sent: Monday, February 14, 2011 16:36
To: Dave Kleiman
Subject: Re: Link to R&D site

A real llc is the better option if you can

sent from my Telstra NEXTG™ handset

----- Reply message -----
From: "Dave Kleiman" <dave@davekleiman.com>
Date: Tue, Feb 15, 2011 08:32
Subject: Link to R&D site
To: "lynn.wright@information-defense.com" <lynn.wright@information-defense.com>
Cc: "craig.wright@Information-defense.com" <craig.wright@Information-defense.com>


Apparently you need a DUNS number from DnB to register as a vendor on FBO.gov. I believe you need to be a
business (i.e. LLC or nonprofit or possibly a fictitious name), which brings me back to the questions I
sent you this morning.
Should I form up an LLC or something or just register a fictitious name
(https://efile.sunbiz.org/ficregintro.html) which I have several of already.
I just want to make sure we do it the right way as not to hinder our progress.

Dave

-----Original Message-----
From: Lynn Wright [mailto:lynn.wright@information-defense.com]
Sent: Monday, February 14, 2011 15:00
To: Dave Kleiman
Subject: Link to R&D site
Importance: High

Hi Dave,

Here is the website we were just talking about.

Go i

DEFAUS_00694502

CW.001.002.6757

**From:** Dave Kleiman
**Sent:** Wednesday, February 16, 2011 5:24 AM
**To:** craig.wright@Information-defense.com
**CC:** lynn.wright@information-defense.com
**Subject:** RE: Registration - TTA1
**Attachments:** BAA 11-02-TTA 05-0155-WP Scada Cover Sheet B Page.pdf; BAA 11-02-TTA 05-0155-WP Scada Cover Sheet A Page.pdf

Here are cover letter A and B, with listed deficiencies at the top.

A:
Duration is required
Requested Start Date is required
Amount Requested is required
Business Type Selection is required

I am seeing if I qualify as a veteran owned business for this, which is one of the deficiencies on A

B:
Technical Abstract is required
Keywords is required

Cover letter C is the Whitepaper upload.

This will be the same for all the proposals.

Dave

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Wednesday, February 16, 2011 00:00
To: Dave Kleiman
Subject: RE: Registration - TTA1

TTA #5: Secure, Resilient Systems and Networks

Seems to fit SCADA best

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 3:34 PM
To: craig.wright@Information-defense.com
Cc: lynn.wright@information-defense.com
Subject: RE: Registration - TTA1
Importance: High

Which TTA # is "SCADA Isolation" for?

On the email you sent it says:

BAA 11-02 Proposal title 1 SCADA Isolation but I did not see a TTA#

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 23:19
To: 'craig.wright@Information-defense.com'
Subject: RE: Registration - TTA1

Ok.

Registration Successful. - CONGRATULATIONS! Your registration was successful.

Do we want/need any of these:

CAGE Code: How do I get a CAGE? https://www.bpn.gov/ccr/default.aspx

SIC: What is a SIC? http://www.census.gov/epcd/www/sic.html

FICE: What is a FICE? http://en.wikipedia.org/wiki/United_States_Department_of_Education

Dave

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:43
To: Dave Kleiman
Subject: RE: Registration - TTA1

I will have an email etc for you tonight

Dr. Wright Ex.

**D075**

DEF_00009686

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 2:37 PM
To: craig.wright@Information-defense.com
Subject: RE: Registration - TTA1

So you are going to register infodefenseresearch.com or you want me to?

Should I list that as the company website?

Dave

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:35
To: Dave Kleiman
Subject: RE: Registration - TTA1

Not for long
infodefenseresearch.com to go
-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 2:32 PM
To: craig.wright@information-defense.com
Subject: RE: Registration - TTA1


infodefenseresearch.com and info-defense-research.com are available!

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:27
To: Dave Kleiman
Subject: RE: Registration - TTA1

Looks good.

Can you choose a domain name.

The Non-US bit is ok

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 2:22 PM
To: craig.wright@information-defense.com
Cc: lynn.wright@information-defense.com
Subject: RE: Registration - TTA1
Importance: High

Look over the attached real quickly.

Let me know if it is ok.

Or should the PoC be in the US?? I see a non US vendor on the list.

Pay special attention to "Additional Authentication"

Dave


-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:04
To: Dave Kleiman
Subject: RE: Registration - TTA1

51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

The other is not any longer

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 1:08 PM
To: craig.wright@Information-defense.com; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Are either of these your current address?

51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

Level 19, 2 Market Street
Sydney, NSW 2000
AU

DEF_00009687

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 14:13
To: 'craig.wright@information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1

It is under vendor registration that it requested DUNS see: https://www.fbo.gov/?s=main&mode=list&tab=register&subtab=step1

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 07:29
To: 'craig.wright@information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1
Importance: High

Last page of attached. Do you think I can list you as mgr or mgrm with a foreign address, or you think they would kick it back?

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 06:35
To: 'craig.wright@information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1

Did you already create a username and password?

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 04:48
To: Dave Kleiman; lynn.wright@information-defense.com
Subject: Registration - TTA1

The first is to do with the attached papers...

 TTA 01 <https://baa2.st.dhs.gov/portal/action/processRequest.action?
eurl=AAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0NTNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%
2F3rhjRC7iE1fh3qm1MXOKybn1NrHVavYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%
2FBa8MygMsXUmvQKEcJuQ%3D#0> - Software Assurance


   White paper title Software assurance through economic measures



This also leads to the following one with:


TTA 14 <https://baa2.st.dhs.gov/portal/action/processRequest.action?
eurl=AAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0NTNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%
2F3rhjRC7iE1fh3qm1MXOKybn1NrHVavYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%
2FBa8MygMsXUmvQKEcJuQ%3D#13> - Software Assurance MarketPlace (SWAMP)


   White paper title Software derivative markets

   And

   Information Security risk markets



Greyfog (last email) should also come under TTA 05 <https://baa2.st.dhs.gov/portal/action/processRequest.action?
eurl=AAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0NTNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%
2F3rhjRC7iE1fh3qm1MXOKybn1NrHVavYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%
2FBa8MygMsXUmvQKEcJuQ%3D#4> - Secure, Resilient Systems and Networks


...

Dr. Craig S Wright <http://gse-compliance.blogspot.com/>GSE-Malware, GSE-Compliance, LLM, & ...

Information Defense <http://www.information-defense.com/> Pty Ltd

Mobile: 0417 683 914

Description: Logo4

DEF_00009688

DEF_00009689

Skip Navigation
Portal Home

You are signed in as: **Craig S. Wright**   Logout | Contact Us



**Homeland Security**

## Submissions Portal

DHS Broad Agency Announcements (BAA) Program Portal

**Submission Home**

Session Timeout will occur in   19   minutes,   56   seconds

- **Proposal Activity Worksheet**
- Update Registration
- Change Password
- Solicitations
  - Current Solicitations
  - Past Solicitations
  - FAQs

**DHS Technical Support**
(703) 480-7676
dhsbaa@reisys.com

# BAA Proposal Cover Sheet B

For details, please refer to the solicitation details located at FedBizOpps website.

Be sure to save before moving away from this page by clicking on the *Save* or *Save And Continue* buttons.

The following data is incomplete/incorrect in Cover Sheet B of your proposal.

| |
|---|
| Technical Abstract is required |
| Keywords is required |

[ Save ]   [ Save and Continue ]   [ Return to Activity Worksheet ]

| | |
|---|---|
| Proposal Number: | BAA 11-02-TTA 05-0155-WP |
| Topic: | TTA 05 - Secure, Resilient Systems and Networks |
| Proposal Title: | SCADA Isolation |

| COMPANY INFORMATION: | |
|---|---|
| Company Name: | W&K INFO DEFENSE RESEARCH LLC |
| Mailing Address (Line 1): | 4371 Norhtlake Blvd #314 |
| Mailing Address (Line 2): | |
| City: | Palm Beach |
| State & Zip Code: | FL  33410 - 6253 |
| Phone: | 5613108801 |
| Fax: | |

DEF_00009690

**COMPANY POINT OF CONTACT INFORMATION:**

| | |
|---|---|
| *Salutation: | Mr. |
| *First Name: | Craig |
| Middle Initial: | S |
| *Last Name: | Wright |
| *Title: | Lead Researcher |
| *Phone: | 61417683914   Ext: |
| Fax: | |
| *E-mail Address: | craig.wright@information-defense.c |

**PRINCIPAL INVESTIGATOR INFORMATION:**

☐ Check here if you are the Principal Investigator. *(This will pre-populate your name, email and phone ONLY.)*

| | |
|---|---|
| *Salutation: | Mr. |
| *First Name: | Craig |
| Middle Initial: | S |
| *Last Name: | Wright |
| Address: | ⦿ **United States Address** |
| *Address (Line 1): | 4371 Norhtlake Blvd #314 |
| Address (Line 2): | |
| *City: | Palm Beach |
| *State: | FL |
| *Zip Code: | 33410 - 6253   **Need help for ZIP+4?** |
| | ○ **Address is Outside of the United States** |
| *Address (Line 1): | |
| Address (Line 2): | |
| *City: | |
| *State/Province: | |
| *Mail Code: | |
| *Country: | -- Choose an option -- |
| *Phone: | 61417683914   Ext: |
| Fax: | |
| *E-mail Address: | craig.wright@information-defense.c |

**SUBCONTRACTOR/PARTNER/OTHER PARTICIPANT INFORMATION:** *(if any)*

☐ Check here to remove this participant

| | |
|---|---|
| **Type: | -- Choose an option --   ☐ **TBD** |
| **Name: | |

DHS Form 10069 (12/10)   **Address:**

○ <u>**United States Address**</u>

Address (Line 1):

Address (Line 2):

- U.S. Department of Homeland Security
- Science & Technology
- S&T Directorate SBIR Website
- OSDBU
- SAFETY Act
- SECURE Program
- Contact Us

City:

State:

Zip Code:      -      <u>**Need help for ZIP+4?**</u>

○ <u>**Address is Outside of the United States**</u>

Address (Line 1):

Address (Line 2):

City:

State/Province:

Mail Code:

Country:  -- Choose an option --

**POC Salutation:**  -- Choose an option --

**POC First Name:**

**POC Middle Initial:**

**POC Last Name:**

**POC Phone:**                 Ext:

**POC Fax:**

**POC E-mail Address:**

Click on **Add Participant** to add additional participants   [ Add Participant ]

---

**TECHNICAL ABSTRACT:***

*(The technical abstract should be limited to 250 words. The abstract must identify the purpose of the work and briefly describe the work to be carried out, the finding or results and the potential commercial applications of the effort. Since the abstract will be published by DHS, it must not contain any proprietary or classified data.) Please limit your use of non-alpha/numeric characters.*

---

**KEYWORDS:***

---

* Required Information  ** Only Required if there are any

[ Save ]   [ Save and Continue ]   [ Return to Activity Worksheet ]

DEF_00009692

Skip Navigation
Portal Home

 **Homeland Security**

You are signed in as: **Craig S. Wright**   Logout   Contact Us

## Submissions Portal

DHS Broad Agency Announcements (BAA) Program Portal

Session Timeout will occur in   **19**   minutes,   **54**   seconds

**Submission Home**

- **Proposal Activity Worksheet**
- Update Registration
- Change Password
- Solicitations
  - Current Solicitations
    - Past Solicitations
  - FAQs

**DHS Technical Support**
(703) 480-7676
dhsbaa@reisys.com

# BAA Proposal Cover Sheet A

For details, please refer to the solicitation details located at FedBizOpps website.

Be sure to save before moving away from this page by clicking on the Save or Save And Continue buttons.

The following data is incomplete/incorrect in Cover Sheet A of your proposal.

Duration is required
Requested Start Date is required
Amount Requested is required
Business Type Selection is required

[ Save ]   [ Save and Continue ]   [ Return to Activity Worksheet ]

DEF_00009693

| | |
|---|---|
| Proposal Number: | **BAA 11-02-TTA 05-0155-WP** |
| Topic: | **TTA 05 - Secure, Resilient Systems and Networks** |
| Proposal Title:* | SCADA Isolation |
| Company Name: | **W&K INFO DEFENSE RESEARCH LLC** |
| Mailing Address (Line 1):* | 4371 Norhtlake Blvd #314 |
| Mailing Address (Line 2): | |
| City:* | Palm Beach |
| State & Zip Code:* | FL   33410   -   6253   Need help for ZIP+4? |
| Phone:* | 5613108801 |
| Fax: | |
| TIN: | **274997114** |
| DUNS + 4: | -   What is DUNS? (9-digit Data Universal Number System plus a 4-digit suffix given by parent concern) |
| CAGE Code: | How do I get a CAGE? |
| SIC: | What is a SIC? |
| FICE: | What is a FICE? |
| Proposal Contains Proprietary Information:* | No |
| Amount Requested (in dollars):* | (2 decimal places) example: 1234.99 |
| Duration:* | 0   months |
| Requested Starting Date:* | (mm/dd/yyyy) example: 01/01/2009 |
| Business Type:* | **(Hold CTRL to select more than one)** |

Business Type list:
-- Select Business Type --
8a Program Participant
HUB Zone Firm
Historically Black College/University
Minority Institution
Minority Owned - Subcontinent Asian (Asian-Indian) American
Minority Owned - Asian Pacific American
Minority Owned - Black American

Small Business Concern:

-- Select One --

* Required Information

[ Save ]   [ Save and Continue ]   [ Return to Activity Worksheet ]

DHS Form 10068 (12/10)

DEF_00009694

- U.S. Department of Homeland Security
- Science & Technology
- S&T Directorate SBIR Website
- OSDBU
- SAFETY Act
- SECURE Program
- Contact Us

DEF_00009695

**From:** Dave Kleiman
**Sent:** Wednesday, February 16, 2011 6:44 AM
**To:** craig.wright@Information-defense.com
**CC:** lynn.wright@information-defense.com
**Subject:** Vet owned business requirements
**Attachments:** Register a Business Profile - VetBiz Registry.pdf

See attached, this requires DUNS and NAICS classification. Will work on it tomorrow...

Info - http://hubpages.com/hub/SDVOSB

**D77**

DEF_00009709



**UNITED STATES**
**DEPARTMENT OF VETERANS AFFAIRS**

## VETBIZ REGISTRY

### Register a Business Profile

**Veteran Owned Small-Business Information:**

| | |
|---|---|
| Enter DUNS to pull information from CCR | **DUNS*** |
| **Business Name*** | |
| **Percent Owned*** | |
| **Salutations** | |
| **Last Name*** | |
| **First Name*** | |
| **Middle Name** | |
| **Business Address 1*** | |
| **Business Address 2** | |
| **City*** | |
| **State/Territory*** | --------------- |
| **County*** | Select a county |
| **Zip*** | - |
| **Daytime Phone*** | -        -        ext. |
| **Cell Phone** | -        - |
| **Fax Number** | -        - |
| **Email*** | dave@davekleiman.com |
| **User Name*** | |
| **Password*** | •••••••••••• |
| **Retype Password*** | •••••••••••• |
| **Backup Email 1:** | |
| **Backup Email 2:** | |
| **Web Address http://** | |

| | |
|---|---|
| Check and Enter in backup emails | **Cage Code** |
| **NAICS*** Separate with commas (e.g. 517212,517310) | |
| **FSC** | |

| | |
|---|---|
| **PSC** | |
| **Year Business Established** | *(yyyy)* |
| **Average $ Annual Revenue* $** | |
| **Largest $ Contract Completed to Date $** | |
| **Bonding Level per Contract $** | |
| **Aggregate $** | |
| **Woman Owned Small Business** | ○ Yes  ● No |
| **Federal Contracts** | ADD  no contracts |
| **VA Contracts** | ADD  no contracts |
| **Commercial Contracts** | ADD  no contracts |
| **Joint Venture** | ○ Yes  ● No |
| **Mentor Protégé** | ○ Yes  ● No |
| **Goverment Prime Contracts** | ○ Yes  ● No |
| **Goverment Sub Contracts** | ○ Yes  ● No |
| **Non-Goverment Contracts** | ○ Yes  ● No |
| **Purchase Card** | ○ Yes  ● No |
| **Veteran-Owned Small Business** | ● Yes  ○ No |
| **Service-Disabled VOSB** | ● Yes  ○ No |
| **Registering for Gov't Business** | ○ Yes  ● No |
| **Registering for Non-Gov't Business** | ○ Yes  ● No |
| **Number of Employees** | |
| **Number of Operating Locations** | |

**Geographical Service Area(s)**

```
Select a state
All
Alabama
Alaska
Arizona
Arkansas
```

**Email Notifications**

☐ Yes, I would like to receive FedBizOpps requirement notices.
☐ Set Aside Only
☐ Geographical Service Area Only

☐ Yes, I would like to receive VA's Interactive Annual Forecast of Business Opportunities.
☐ Set Aside Only
☐ Geographical Service Area Only

**Security Clearance:**

| | |
|---|---|
| **Current level of Personnel Clearance** | |
| **Current level Facility Clearance** | |

**Capabilities Keywords:**

**Capabilities Narrative:**

**Register**

Search | Register | Update | Help | Home | Contact | Veteran Resources

Reviewed/Updated Date: November 26, 2007

**From**:         Craig S Wright [craig.wright@information-defense.com]
**Sent**:         2/16/2011 4:36:41 PM
**To**:           'Dave Kleiman' [dave@davekleiman.com]
**CC**:           lynn.wright@information-defense.com
**Subject**:      RE: Registration - TTA1


For all 4,
Duration is required              36 months
Requested Start Date is required   04th July 2011(may help )

Yes, check on the Vet bit :) It may help.

Amount requested
        TTA 01 - Software Assurance                    $650,000        Software assurance
through economic measures
        TTA 14 - Software Assurance MarketPlace (SWAMP) $1,200,000      Software derivative markets
& Information Security risk markets
        TTA 05 - Secure, Resilient Systems and Networks $1,800,000      SCADA Isolation
        TTA 09 - Cyber Economics                       $2,200,000      Risk
Quantification

Abstracts and keywords to come in a sec

These are the three year costs.

Craig

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 4:24 PM
To: craig.wright@Information-defense.com
Cc: lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Here are cover letter A and B, with listed deficiencies at the top.

A:
Duration is required
Requested Start Date is required
Amount Requested is required
Business Type Selection is required

I am seeing if I qualify as a veteran owned business for this, which is one of the deficiencies on A

B:
Technical Abstract is required
Keywords is required


Cover letter C is the Whitepaper upload.

This will be the same for all the proposals.


Dave


-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Wednesday, February 16, 2011 00:00
To: Dave Kleiman
Subject: RE: Registration - TTA1

TTA #5: Secure, Resilient Systems and Networks

Seems to fit SCADA best

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 3:34 PM
To: craig.wright@Information-defense.com
Cc: lynn.wright@information-defense.com

Dr. Wright Ex.

**D082**

DEFAUS_00093049

```
Subject: RE: Registration - TTA1
Importance: High

Which TTA # is "SCADA Isolation" for?

On the email you sent it says:

BAA 11-02 Proposal title 1 SCADA Isolation but I did not see a TTA#

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 23:19
To: 'craig.wright@Information-defense.com'
Subject: RE: Registration - TTA1

Ok.

Registration Successful. - CONGRATULATIONS! Your registration was successful.

Do we want/need any of these:

CAGE Code: How do I get a CAGE? https://www.bpn.gov/ccr/default.aspx

SIC: What is a SIC? http://www.census.gov/epcd/www/sic.html

FICE: What is a FICE? http://en.wikipedia.org/wiki/United_States_Department_of_Education


Dave

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:43
To: Dave Kleiman
Subject: RE: Registration - TTA1

I will have an email etc for you tonight

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 2:37 PM
To: craig.wright@Information-defense.com
Subject: RE: Registration - TTA1

So you are going to register infodefenseresearch.com or you want me to?

Should I list that as the company website?

Dave

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:35
To: Dave Kleiman
Subject: RE: Registration - TTA1

Not for long
infodefenseresearch.com to go
-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 2:32 PM
To: craig.wright@Information-defense.com
Subject: RE: Registration - TTA1


infodefenseresearch.com and info-defense-research.com are available!

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:27
To: Dave Kleiman
Subject: RE: Registration - TTA1

Looks good.
```

CONFIDENTIAL
CW.001.002.6812

DEFAUS_00093050

Can you choose a domain name.

The Non-US bit is ok

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 2:22 PM
To: craig.wright@Information-defense.com
Cc: lynn.wright@information-defense.com
Subject: RE: Registration - TTA1
Importance: High

Look over the attached real quickly.

Let me know if it is ok.

Or should the PoC be in the US??   I see a non US vendor on the list.

Pay special attention to "Additional Authentication"

Dave


-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:04
To: Dave Kleiman
Subject: RE: Registration - TTA1

51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

The other is not any longer

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 1:08 PM
To: craig.wright@Information-defense.com; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Are either of these your current address?

51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

Level 19, 2 Market Street
Sydney, NSW  2000
AU

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 14:13
To: 'craig.wright@Information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1

It is under vendor registration that it requested DUNS see:
https://www.fbo.gov/?s=main&mode=list&tab=register&subtab=step1

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 07:29
To: 'craig.wright@Information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1
Importance: High

Last page of attached.  Do you think I can list you as mgr or mgrm with a foreign address, or you think
they would kick it back?

Dave

-----Original Message-----

CONFIDENTIAL

DEFAUS_00093051

```
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 06:35
To: 'craig.wright@Information-defense.com'; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1
```

Did you already create a username and password?

```
-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 04:48
To: Dave Kleiman; lynn.wright@information-defense.com
Subject: Registration - TTA1
```

The first is to do with the attached papers…

                    TTA 01
<https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0N
TNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVa
vYBx1eeYUN3%2F6NSLR8PelSRUjOy6vICwKXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsX
UmvQKEcJuQ%3D#0> - Software Assurance


          White paper title               Software assurance through economic measures



This also leads to the following one with:


TTA 14
<https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0N
TNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVa
vYBx1eeYUN3%2F6NSLR8PelSRUjOy6vICwKXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsX
UmvQKEcJuQ%3D#13> - Software Assurance MarketPlace (SWAMP)


          White paper title               Software derivative markets
                                         And

                                                   Information Security risk markets



Greyfog (last email) should also come under TTA 05
<https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0N
TNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVa
vYBx1eeYUN3%2F6NSLR8PelSRUjOy6vICwKXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsX
UmvQKEcJuQ%3D#4> - Secure, Resilient Systems and Networks


...

Dr. Craig S Wright <http://gse-compliance.blogspot.com/>  GSE-Malware, GSE-Compliance, LLM, & ...

Information Defense <http://www.information-defense.com/>  Pty Ltd

Mobile: 0417 683 914

Description: Logo4
```

CONFIDENTIAL
CW.001.002.6812

DEFAUS_00093052

**From**:   Craig S Wright [craig.wright@information-defense.com]
**Sent**:   2/13/2011 8:19:56 PM
**To**:   'Dave Kleiman' [dave@davekleiman.com]
**Subject**:   FW: American R&D

Hi Dave
Are you ok for a call tomorrow?

I can get you what needs to be registered and then we have a couple weeks for the white paper. So at least a week for you to review.

Craig

**From:** Lynn Wright [mailto:lynn.wright@information-defense.com]
**Sent:** Sunday, 13 February 2011 8:15 PM
**To:** craig.wright@Information-defense.com
**Subject:** American R&D

DO NOT LOSE

White paper registration:  16/02/2011
White Papers due:  01/03/2011
Proposals due after offer is made: 26/05/2011

Lynn Wright MEd, MBA
02 4362 1512
0407 498 911
lynn.wright@information-defense.com
www.information-defense.com



**Dr. Wright Ex.**

**D343**

CONFIDENTIAL

DEFAUS_00092786

**From:**     Craig S Wright [craig.wright@information-defense.com]
**Sent:**     2/15/2011 3:33:20 PM
**To:**       'lynn.wright@information-defense.com' [lynn.wright@information-defense.com]; 'Dave Kleiman'
              [dave@davekleiman.com]
**Subject:**  RE: Link to R&D site


W&K Info Defense Research

-----Original Message-----
From: Lynn Wright [mailto:lynn.wright@information-defense.com]
Sent: Tuesday, 15 February 2011 1:17 PM
To: 'Dave Kleiman'
Cc: craig.wright@Information-defense.com
Subject: RE: Link to R&D site

Either or.... you choose

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Tuesday, 15 February 2011 11:46 AM
To: craig.wright@information
Cc: lynn.wright@information-defense.com
Subject: RE: Link to R&D site

Wright Kleiman Information Security .......  W&K Info Defense   ......

-----Original Message-----
From: craig.wright@information [mailto:craig.wright@information-defense.com]
Sent: Monday, February 14, 2011 19:43
To: Dave Kleiman
Cc: lynn.wright@information-defense.com
Subject: Re: Link to R&D site

Lynn?

sent from my Telstra NEXTG™ handset

----- Reply message -----
From: "Dave Kleiman" <dave@davekleiman.com>
Date: Tue, Feb 15, 2011 11:35
Subject: Link to R&D site
To: "craig.wright@information" <craig.wright@information-defense.com>
Cc: "lynn.wright@information-defense.com" <lynn.wright@information-defense.com>

I sent an email to see if there is an expedited or online way to accomplish.

In any case, how about a name?



-----Original Message-----
From: Dave Kleiman
Sent: Monday, February 14, 2011 19:13
To: 'craig.wright@information'
Cc: 'lynn.wright@information-defense.com'
Subject: RE: Link to R&D site

Hmmm. I am all ears on suggestions. But I see no way of filing for LLC or Non profit in time, you have
any ideas?

I have files 3 fictitious business names I can easily apply for another if needed:

http://www.sunbiz.org/scripts/ficidet.exe?action=DETREG&docnum=G06303900172&rdocnum=G06303900172

http://www.sunbiz.org/scripts/ficidet.exe?action=DETREG&docnum=G98287000005&rdocnum=G98287000005

Let me know.

Dave

Joint Exhibit

**J013**

CONFIDENTIAL
CW.001.002.6760

DEFAUS_00092833