# Exhibit F

# WRITTEN CONSENT
# OF THE MEMBERS OF
# W&K INFO DEFENSE RESEARCH, LLC

The undersigned members of **W&K INFO DEFENSE RESEARCH, LLC**, a Florida limited liability company (the "**Company**"), representing at least the minimum number of votes that would be necessary to authorize or to take this action at a meeting of the members of the Company, hereby approve, adopt and resolve the following, as of the date of this action, pursuant to Section 605.04073(4) of the Florida Revised Limited Liability Company Act:

**Resolved**, that Freedman Normand & Friedland LLP and Boies Schiller Flexner LLP are discharged as counsel to the Company; and be it

**Further resolved**, that Ira Kleiman, Freedman Normand & Friedland LLP, and Kyle Roche P.A., are demanded to immediately turn over all communications, and files, including corporate documents relating to the Company (including, but not limited to, all original agreements, documents and instruments of the Company) to Rivero Mestre LLP ("**Rivero Mestre**") at 2525 Ponce de Leon Blvd., Suite 1000, Miami, Florida 33134; and be it

**Further Resolved**, that the undersigned are authorized, each acting alone or through counsel, to take such further actions as each may deem necessary or desirable to effectuate the foregoing resolutions, including, without limitation, providing each of the third parties identified above a copy of this action, in order to have them comply with same, or to otherwise send written instructions to such third parties consistent with this action, but such separate communication not being required to cause such third parties to comply with this action; and be it

**Further Resolved**, that all acts and doings of the undersigned, and of Rivero Mestre, and of the MacDonald Hopkins law firm, through the date of this action, which are in conformity with the intent and purpose of this action, shall be and the same are hereby in all respects ratified, confirmed and approved as acts of members and of the Company; and be it

**Further Resolved**, that this action may be executed in counterparts, collectively being one and the same instrument, and that execution and delivery of this action by an electronically transmitted signature page (whether .pdf scanned signature, DocuSign, .png, .jpg or other method of a member affirming written approval hereof), shall be binding upon, and treated as an original and manually signed signature page of, such member so confirming; and be it

**Further Resolved**, that this action shall continue in full force and effect and may be relied upon by third parties, until receipt of written notice of any change herein.

**[Signature on Following Page]**

**IN WITNESS WHEREOF**, the undersigned members of the Company have executed this WRITTEN CONSENT OF THE MEMBERS OF W&K INFO DEFENSE RESEARCH, LLC **effective as of November 23, 2022**.

**MEMBERS:**

_____
**RAMONA ANG**, AS TRUSTEE OF
THE TULIP TRUST, U/A/D JULY 7, 2017


DocuSigned by:
*Lynn Wright*
4CF958F0C748402...
_____
**LYNN WRIGHT**, individually

2

# WRITTEN CONSENT
# OF THE MEMBERS OF
# W&K INFO DEFENSE RESEARCH, LLC

The undersigned members of **W&K INFO DEFENSE RESEARCH, LLC**, a Florida limited liability company (the "**Company**"), representing at least the minimum number of votes that would be necessary to authorize or to take this action at a meeting of the members of the Company, hereby approve, adopt and resolve the following, as of the date of this action, pursuant to Section 605.04073(4) of the Florida Revised Limited Liability Company Act:

**Resolved**, that Freedman Normand & Friedland LLP and Boies Schiller Flexner LLP are discharged as counsel to the Company; and be it

**Further resolved**, that Ira Kleiman, Freedman Normand & Friedland LLP, and Kyle Roche P.A., are demanded to immediately turn over all communications, and files, including corporate documents relating to the Company (including, but not limited to, all original agreements, documents and instruments of the Company) to Rivero Mestre LLP ("**Rivero Mestre**") at 2525 Ponce de Leon Blvd., Suite 1000, Miami, Florida 33134; and be it

**Further Resolved**, that the undersigned are authorized, each acting alone or through counsel, to take such further actions as each may deem necessary or desirable to effectuate the foregoing resolutions, including, without limitation, providing each of the third parties identified above a copy of this action, in order to have them comply with same, or to otherwise send written instructions to such third parties consistent with this action, but such separate communication not being required to cause such third parties to comply with this action; and be it

**Further Resolved**, that all acts and doings of the undersigned, and of Rivero Mestre, and of the MacDonald Hopkins law firm, through the date of this action, which are in conformity with the intent and purpose of this action, shall be and the same are hereby in all respects ratified, confirmed and approved as acts of members and of the Company; and be it

**Further Resolved**, that this action may be executed in counterparts, collectively being one and the same instrument, and that execution and delivery of this action by an electronically transmitted signature page (whether .pdf scanned signature, DocuSign, .png, .jpg or other method of a member affirming written approval hereof), shall be binding upon, and treated as an original and manually signed signature page of, such member so confirming; and be it

**Further Resolved**, that this action shall continue in full force and effect and may be relied upon by third parties, until receipt of written notice of any change herein.

**[Signature on Following Page]**

2

**IN WITNESS WHEREOF**, the undersigned members of the Company have executed this WRITTEN CONSENT OF THE MEMBERS OF W&K INFO DEFENSE RESEARCH, LLC **effective as of November 23, 2022**.

**MEMBERS:**

*DocuSigned by:*
*[signature]*
6521404012914EF...

**RAMONA ANG**, AS TRUSTEE OF
THE TULIP TRUST, U/A/D JULY 7, 2017

_____

**LYNN WRIGHT**, individually

2