# Exhibit G

[(https://www.fedex.com/en-us/home.html)](https://www.fedex.com/en-us/home.html)

FedEx® Tracking

**DELIVERED**

# Monday
12/5/2022 at 1:45 pm

Signature release on file
Package delivered to recipient address

⬇ Obtain Proof of delivery

How was your delivery?
☆ ☆ ☆ ☆ ☆

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

770661607299  

**FROM**
Sarah Gonzalez
2525 Ponce de Leon Blvd. Suite 1000
Miami, FL US 33134
3054452500

*Label Created*
12/2/2022 1:30 PM

**PACKAGE RECEIVED BY FEDEX**
MIAMI, FL
12/2/2022 5:38 PM

**IN TRANSIT**
MIAMI, FL
12/5/2022 6:25 AM

**OUT FOR DELIVERY**
MIAMI, FL
12/5/2022 6:36 AM

**DELIVERED**
Devlin Velvel Freedman
Freedman Normand Friedland LLP
1 SE 3rd Ave. Suite 1240
MIAMI, FL US 33131
3054452500

*DELIVERED*
12/5/2022 at 1:45 PM

⬇ View travel history

(https://www.fedex.com/en-us/home.html)

YOUR EMAIL SUBMIT

Manage Delivery

Shipment facts

Travel history

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** (https://www.fedex.com/en-us/email.html) (Https://www.facebook.com/FedEx/) (Https://twitter.com/fedex) (https://www.instagram.com/fedex/) (https://www.linkedin.com/company/fedex) (https://www.youtube.com/fedex) (https://www.pinterest.com/FedEx/)

© FedEx 1995-2022

Site Map (https://www.fedex.com/en-us/sitemap.html) | Terms of Use (https://www.fedex.com/en-us/terms-of-use.html) | Privacy & Security (https://www.fedex.com/en-us/trust-center.html)

