**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 18-cv-80176-BLOOM/Reinhart**

IRA KLEIMAN, as personal representative
of the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH, LLC,
   Plaintiffs,

 v.

CRAIG WRIGHT,

   Defendant.

_____/

**NOTICE OF APPEARANCE**

Paul C. Huck, Jr., Esq. of THE HUCK LAW FIRM, P.A. hereby gives notice of his appearance on behalf of Plaintiff W&K INFO DEFENSE RESEARCH, LLC, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on January 26, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

                THE HUCK LAW FIRM, P.A.
                334 Minorca Avenue
                Coral Gables, Florida 33134
                Telephone: (305) 441-2299
                Telecopier: (305) 441-8849
                paul@thehucklawfirm.com

        By:  */s/Paul C. Huck, Jr.*
            PAUL C. HUCK, JR.
            Florida Bar No. 0968358