UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

Plaintiffs,

v.

CRAIG WRIGHT
Defendant

CASE NO.: 18-80176-CIV BB/BR

JUDGE: BRUCE E. REINHART

FILED BY NW D.C.

JAN 27 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Response to Attorney Appearance for W&K
~~NOTICE OF FILING DOCUMENTS~~
FOR MAGISTRATE JUDGE REINHART

Your Honor, as a supplement to the letter I submitted to you yesterday, please note that the new counsel hired to represent W&K was not an action of my doing. (DE 917) I do not know who Paul C. Huck, Jr., Esq. of THE HUCK LAW FIRM is. I can only assume that was initiated by individuals under the control of the defendant. Evidence clearly shows that Dr. Wright unlawfully gained control of the W&K company back in 2013, and it appears that he is now attempting to use family members to do so again. Thank you for your time.

Respectfully submitted,

By: Ira Kleiman

Signature: *Ira J. Kleiman*

*PR for the Estate of Dave Kleiman*
5104 Robino Circle
West Palm Beach, FL. 33418
Tel.: (561) 232-3244
ira@davekleiman.com