```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF FLORIDA
                      WEST PALM BEACH DIVISION
                     CASE NO. 9:18-cv-80176-BB

IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K Info
Defense Research, LLC,

          Plaintiffs,                        November 8, 2021
                                             9:58 a.m.
          vs.

CRAIG WRIGHT,

          Defendant.                         Pages 1 THROUGH 255
_____
                     TRANSCRIPT OF TRIAL DAY 6
                 BEFORE THE HONORABLE BETH BLOOM
                   UNITED STATES DISTRICT JUDGE
                         And a Jury of 10

Appearances:
FOR THE PLAINTIFF:    ROCHE FREEDMAN, LLP
                      DEVIN FREEDMAN, ESQ.
                      KYLE ROCHE, ESQ.
                      JOSEPH M. DELICH, ESQ.
                      STEPHEN LAGOS, ESQ.
                      200 South Biscayne, Suite 5500
                      Miami, Florida 33131

                      BOIES SCHILLER & FLEXNER
                      ANDREW BRENNER, ESQ.
                      STEPHEN N. ZACK, ESQ.
                      SAMANTHA M. LICATA, ESQ.
                      100 Southeast 2nd Street, Suite 2800
                      Miami, Florida 33131

FOR THE DEFENDANT:    RIVERO MESTRE, LLP
                      ANDRES RIVERO, ESQ.
                      AMANDA M. MCGOVERN, ESQ.
                      ZALMAN KASS, ESQ.
                      2525 Ponce de Leon Boulevard, Suite 1000
                      Coral Gables, Florida 33134

COURT REPORTER:       Yvette Hernandez
                      U.S. District Court
                      400 North Miami Avenue, Room 10-2
                      Miami, Florida 33128
                      yvette_hernandez@flsd.uscourts.gov
```

1   A.   That is correct.
2   Q.   And now in this lawsuit, Dr. Wright, that same W&K is
3   making a claim against you?
4   A.   Not technically, no.
5   Q.   Okay.  Dr. Wright, are you unaware that I represent both
6   Ira Kleiman as the personal representative of the estate of
7   Dave Kleiman and W&K Info Defense Research, LLC?
8   A.   I'm aware that you have changed the ownership structure of
9   W&K. and I'm also aware that both my wife as trustee and also
10  Lynn Wright are suing you under W&K for falsification, yes.
11  Q.   Dr. Wright, W&K is a Plaintiff listed in this case?
12  A.   Yes.
13  Q.   Thank you.
14       And, Dr. Wright, in this case W&K is the Plaintiff suing
15  you.  In the case in Australia that's on your screen, you were
16  suing W&K, correct?
17  A.   No.  That is not correct.
18  Q.   All right.  Dr. Wright, in both the lawsuit in Australia
19  and the lawsuit here in the United States, that we're sitting
20  in this courtroom right now before this Judge and jury, you
21  filed sworn statements in both, correct?
22  A.   I filed sworn statements for myself and also for the
23  entity.  The entity as Plaintiff there is not me.  It is a
24  company named Craig Wright.
25  Q.   Dr. Wright, in this litigation --

```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF FLORIDA
                      WEST PALM BEACH DIVISION
                    CASE NO. 9:18-cv-80176-BB

   IRA KLEIMAN, as the personal representative
   of the Estate of David Kleiman, and W&K Info
   Defense Research, LLC,

            Plaintiffs,                      November 10, 2021
                                             9:50 a.m.
            vs.

   CRAIG WRIGHT,

            Defendant.                       Pages 1 THROUGH 122
   _____
                       TRANSCRIPT OF TRIAL DAY 8
                    BEFORE THE HONORABLE BETH BLOOM
                      UNITED STATES DISTRICT JUDGE
                           And a Jury of 10

   Appearances:
   FOR THE PLAINTIFF:   ROCHE FREEDMAN, LLP
                        DEVIN FREEDMAN, ESQ.
                        KYLE ROCHE, ESQ.
                        200 South Biscayne, Suite 5500
                        Miami, Florida 33131

                        BOIES SCHILLER & FLEXNER
                        ANDREW BRENNER, ESQ.
                        STEPHEN N. ZACK, ESQ.
                        100 Southeast 2nd Street, Suite 2800
                        Miami, Florida 33131

   FOR THE DEFENDANT:   RIVERO MESTRE, LLP
                        ANDRES RIVERO, ESQ.
                        JORGE MESTRE, ESQ.
                        AMANDA M. MCGOVERN, ESQ.
                        ZALMAN KASS, ESQ.
                        MICHAEL A. FERNANDEZ, ESQ.
                        2525 Ponce de Leon Boulevard, Suite 1000
                        Coral Gables, Florida 33134

   COURT REPORTER:      Yvette Hernandez
                        U.S. District Court
                        400 North Miami Avenue, Room 10-2
                        Miami, Florida 33128
                        yvette_hernandez@flsd.uscourts.gov
```

```
 1        Do you see that?
 2   A.   I do.
 3   Q.   That wasn't true, was it, Dr. Wright?
 4   A.   No.  It was completely true.  But I actually tried to give
 5   the shares to them.  So I guess you could say I tried to give
 6   them something that was valuable.
 7   Q.   Dr. Wright, isn't it true the reason you reached out to
 8   Louis Kleiman was because you needed help responding to answers
 9   to the Australian Tax Office about W&K, which you knew Dave
10   Kleiman's estate controlled?
11   A.   Number one, Dave Kleiman's estate never controlled W&K.
12   Dave Kleiman was not the person behind it.  He didn't fund it.
13   He didn't put it in.  The operating agreement, I don't have a
14   copy of.  Lynn would.  Lynn was nominally in charge of the
15   company, my ex-wife.
16        So no, Dave Kleiman never controlled it.  He was just the
17   American person who needed to be there because I needed someone
18   who was an American, a vet, because otherwise I didn't get to
19   file those things.
20   Q.   Dr. Wright, you finished the email saying:  "When I can, I
21   will let you know much more of Dave.  I will also help you
22   recover what Dave owned."
23        Do you see that?
24   A.   Yes.  Dave owned shares in that company, Coin-Exch.
25   Q.   Dr. Wright, isn't it true that you had no real intention of
```

```
                      IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF FLORIDA
                            WEST PALM BEACH DIVISION
                         CASE NO. 9:18-cv-80176-BB

    IRA KLEIMAN, as the personal representative
    of the Estate of David Kleiman, and W&K Info
    Defense Research, LLC,

             Plaintiffs,                         November 15, 2021
                                                 9:58 a.m.
             vs.

    CRAIG WRIGHT,

             Defendant.                          Pages 1 THROUGH 224
    _____
                        TRANSCRIPT OF TRIAL DAY 9
                    BEFORE THE HONORABLE BETH BLOOM
                       UNITED STATES DISTRICT JUDGE
                             And a Jury of 10

    Appearances:
    FOR THE PLAINTIFF:    ROCHE FREEDMAN, LLP
                          DEVIN FREEDMAN, ESQ.
                          KYLE ROCHE, ESQ.
                          200 South Biscayne, Suite 5500
                          Miami, Florida 33131

                          BOIES SCHILLER & FLEXNER
                          ANDREW BRENNER, ESQ.
                          STEPHEN N. ZACK, ESQ.
                          STEPHEN LAGOS, ESQ.
                          100 Southeast 2nd Street, Suite 2800
                          Miami, Florida 33131

    FOR THE DEFENDANT:    RIVERO MESTRE, LLP
                          ANDRES RIVERO, ESQ.
                          JORGE MESTRE, ESQ.
                          AMANDA M. MCGOVERN, ESQ.
                          ZALMAN KASS, ESQ.
                          MICHAEL A. FERNANDEZ, ESQ.
                          2525 Ponce de Leon Boulevard, Suite 1000
                          Coral Gables, Florida 33134

    COURT REPORTER:       Yvette Hernandez
                          U.S. District Court
                          400 North Miami Avenue, Room 10-2
                          Miami, Florida 33128
                          yvette_hernandez@flsd.uscourts.gov
```

1    looking for private keys and wallet.dat files?  Do you recall
2    that?
3    A.  I certainly do.  And as I said to you, Dave was crucial
4    because when he first looked at and edited the whitepaper that
5    I started writing by hand following doing the code, it was
6    horrendously long.  I mean, it is much better now.  It's only a
7    short easy-to-read paper.
8        When I first wrote it, I, like many academics, put in too
9    much -- I'm sorry, I'm Australian, but the only word I can
10   think of is wankery.  It's a good way of describing what
11   academics get like.  It was nearly 60 pages long.  There was a
12   whole lot of complete BS that no one needed to know.
13       And Dave told me to get rid of it.  I did.  So yes, if it
14   had been a 60-page paper full of academic wankery, no one would
15   read it.  So he was critical in that.
16   Q.  Dr. Wright, do you recall me asking you whether it was true
17   that the only reason you reached out to the Kleiman estate was
18   because you needed them because you now needed to answer
19   questions about W&K which was owned by the Kleimans?
20   A.  No.  Actually my ex-wife owned a chunk of it.  One of my
21   companies owned a chunk of it.  There were no questions about
22   W&K the way he's making out.  The transaction that was being
23   investigated was not W&K.  It was the GST on Bitcoin.
24       As I stated, the tax office wanted to put GST on Bitcoin
25   transactions which would mean every single time you moved a

1   that the cost of my responding to the Court would be far larger
2   than him just sending an email to the Court going:  "We
3   disagree."  That's all they needed to do.
4           MR. FREEDMAN:  Ms. Vela, can you --
5   BY MR. FREEDMAN:
6   Q.  Are you done?
7   A.  I was going to say one final thing, which is:  If he's got
8   the email, if he's using the email, if he has the whole thing,
9   if he's the executor, then it's very simple.  He would have, if
10  he read the documents sent to Dave on official letterhead,
11  known all about it.
12          MR. FREEDMAN:  Ms. Vela, can you scroll up on the left
13  document.
14  BY MR. FREEDMAN:
15  Q.  And, Dr. Wright, on the left-hand side, Question Number 14:
16  "Has the estate been contacted with a request to provide
17  software or intellectual property?  If so, has the estate
18  provided these to Dr. Wright?"
19      Proposed Response 14:  "We have the software.  W&K is not
20  the estate."
21      Do you see that?
22  A.  W&K isn't the estate.  And W&K maintained all rights to its
23  own software.  The little thing that everyone seems to be
24  neglecting here is I never -- when you transfer digital assets,
25  the rights can actually be two places.  The transfer of a