# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

    Plaintiffs,
v.

CRAIG WRIGHT
    Defendant

CASE NO.: 9:18-cv-80176-BB/BR

JUDGE: BRUCE E. REINHART



FILED BY _____ D.C.

JAN 26 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE OF FILING DOCUMENTS
## FOR COURTS REVIEW

    Your Honor, I have never filed a court document before so I hope you excuse my improper formatting and lack of legal language. I am writing to respectfully submit additional information for your consideration, before the hearing you will have with my attorneys to discuss their representation.

    From the start of this case I believed there was one certainty that always existed, the indisputable fact that my brother's estate received 50% ownership in a company called Coin-Exch. Dr. Wright led the estate to believe that this company held rights to Bitcoin, Banking software, W&K software, and IP. He admitted the following at trial:

**Nov. 2021 – Craig Wright Trial Testimony**

(DE 844) pg. 34, Line 14

Q. Dr. Wright, it says: The idea conceived by David and me was to develop a system that integrated supervisory control and data acquisition, SCADA software, and a Bitcoin exchange?

A. Yes. Coin-Ex.

Q. "Conceived by David and me."

A. Again, that's why 50 percent ownership approximately each party as founding shareholders.

Coin-Ex, both of us were 50/50 on the founding shares.

https://www.courtlistener.com/docket/6309656/844/kleiman-v-wright/ Pg. 34

The defendant led the estate to believe that Coin-Exch was holding 438,857 Bitcoin. He sent this email (DE 878) to the ATO and Jamie Wilson in 2013, and then in 2014 he forwarded a similar email to myself.

https://www.courtlistener.com/docket/6309656/878/2/kleiman-v-wright/

I fail to understand why my counsel did not ask for an accounting of bitcoins owned by Coin-Exch. I also don't understand why my attorneys have never attempted to compel production of any of the other company assets tied to Coin-Exch or W&K.

April 23, 2014 - Craig email to Ira  (DE24-24)

"The software Dave updated and which **I have transferred back in OUR company**, and it is OURs as you are Dave's heir, was done at a zero tax level."

https://www.courtlistener.com/docket/6309656/24/24/kleiman-v-wright/ Pg. 2

After years of exhausting litigation and a lengthy trial, I am left feeling like justice has not been served due to the estate not receiving adequate representation.   Many key pieces of evidence were abandoned at trial.  For example, the emails that I received from Dr. Wright on April 23, 2014.

**EMAIL #1**

(DE 550-26)

Date: **April 23, 2014**  4:14am EST

Craig email to Ira.

Ira, I have sold all the BTC that I plan to sell for now. In doing what we wanted to do, Dave and I arranged for the sale or around 500,000 BTC so that we could have access to Core Banking software.

https://www.courtlistener.com/docket/6309656/550/26/kleiman-v-wright/

## EMAIL #2

(DE 550-26)

Date: **April 23, 2014** 4:14am EST

Craig email to Ira

"I have spent the money. If you want, fight me and have a copy of software that will be of little use without the parts we have completed since."

https://www.courtlistener.com/docket/6309656/550/26/kleiman-v-wright/

In my opinion, this email was proof of fraud and extortion against the estate. Dr. Wright was threatening to cripple the software and make everything worthless if I tried to fight him in court.

When Dr. Wright was questioned about this at a deposition he denied ever sending me a single email on April 23, 2014.

Craig Wright Deposition (DE 600-8) Pg. 87, line 22 -

**"I did not send a single e-mail on 23rd April** and there are public records that attest that I was in these meetings." It is my testimony that this is a fraudulently fabricated document involving Ira and other people that I was not involved in the sending of.

https://www.courtlistener.com/docket/6309656/600/8/kleiman-v-wright/ pg. 87

Craig Wright deposition: (DE 600-8) Pg. 88, line 17 -

**Q.** Can you read for me the first two sentences of this e-mail that purports to be from you?

**A.** I can read the fabricated document saying "I have sold all the BTC that I plan to sell now. In doing what we wanted to do, Dave and I arranged for the sale of around 500,000 BTC so that we could have access to core banking software".

https://www.courtlistener.com/docket/6309656/600/8/kleiman-v-wright/ pg. 88

The deposition material was never presented at trial or even designated to be presented. As a result, the evidence exposing Dr. Wright's lies about not sending me the April 23, 2014 emails was also never presented.

I had an all night email exchange with Dr. Wright that lasted from April 22, 2014 9:49pm EST until the next morning of April 23, 2014 5:43am EST. We exchanged a total of 71 emails that evening. In addition to the emails, he also phoned me and left a voicemail on my machine just 45-minutes before the all night email exchange began. I still have that voice message along with proof of the time he left it. On top of that, Craig's attorney Andrew Sommer was CC'd on one of the emails [1] (DE550-26). He could have been subpoenaed to turn over his copy to confirm that Craig sent it, but there was no attempt to subpoena or depose him. Even though I agreed to millions of dollars in litigation funding I was told that deposing one of the most important witnesses was too expensive.

The jury never saw the April 23 email's, they didn't see Dr. Wright's conflicting deposition testimony, and they never heard anything about his voice message. This is just one of many examples of withheld evidence.

Three months after Dr. Wright threatened to make everything worthless for the estate he then expressed the opposite sentiment to the ATO and stated that he didn't want to "rip off" Dave's estate by keeping the software.

Aug. 11, 2014 - ATO Interviews Craig – (DE 550-18)

**Wright:** I wanted to make sure that everything was totally legal and all the rest. Dave has other, he's got an estate who Andrew has been dealing with and **I wanted to make sure I didn't rip off his estate and just go, "Ha ha, it's my software"**. I wanted to make sure everything was done legally and above-board so that Dave's heirs get this software which was being more painful than it should be.

**O'Mahoney:** What was the value of that software?

**Sommers:** Are you asking what's the

**Wright:** The two lots, I think, were, it totals 56 million.

https://www.courtlistener.com/docket/6309656/550/18/kleiman-v-wright/

---

[1] The CC'd email address for Andrew Sommer is difficult to see on the docket because the blue Case number is printed over it.

Seven years later, and Dr. Wright's broken promises about returning valuable software continue to persist even at trial.

Nov, 15, 2021 - Craig Wright Trial Testimony:

(DE 845) Pg. 36, line 6

"W&K had the rights and still has the rights to go out there and use that software to build an exchange. They could build something like Coin Base or Kraken. They could have a cryptocurrency exchange. Coin Base which my software was better than even the unimproved stuff is now **worth about a hundred billion US dollars.**"

https://www.courtlistener.com/docket/6309656/845/kleiman-v-wright/

(DE 844) Pg. 85, line 10

"The simple answer here is all of the intellectual property that Dave improved remains with W&K. All of the things he got external parties to work on, not himself, remains with W&K. It was never taken from it. It's still there. **It can still be taken and exploited by Ira if he wants.**"

https://www.courtlistener.com/docket/6309656/844/kleiman-v-wright/

I would like to take Dr. Wright up on his offer to use this hundred billion dollar software, but I have not been able to convince my attorneys to file a motion to compel the return of it.

In closing, Your Honor, the jury returned with a verdict that reflected an inability to see how Dr. Wright defrauded the estate. I don't believe they would have had any doubts if evidence had not been withheld from them. Another difficulty for the jury was to find a connection between my brother and bitcoin. This too was covered up. Opposing counsel deliberately presented false information to the judge and jury in an attempt to conceal evidence of my brother's discussions with others regarding bitcoin. They wanted the jury to believe that Dave never even uttered the word "Bitcoin" to anyone. In order to achieve this, they withheld witness emails, deposition testimony, and a sworn declaration

which they clearly were aware of because they procured it. Then in their closing arguments they told the jury that I was lying about discussions between my brother and the witnesses.

If all the above behavior wasn't bizarre enough, the crazy train kept chugging along even after receiving a favorable verdict for W&K. The co-founder of Roche Freedman then sabotaged this one positive with his "uniquely stupid" statements about the case. At this point, I honestly don't believe they want to recover the W&K judgment otherwise I wouldn't have had to pressure them into requesting the form 1.977. There was no reason to allow a year to go by before taking such simple collection efforts.

Thank you for allowing me to express my thoughts. Please contact me if you have any questions.

Respectfully submitted,

By: Ira Kleiman

Signature: *Ira Kleiman*

*PR for the Estate of Dave Kleiman*
5104 Robino Circle
West Palm Beach, FL. 33418
Tel.: (561) 232-3244
ira@davekleiman.com