UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al*.,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

### ORDER REFERRING CASE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that all post-judgment matters in this case are **REFERRED** to Magistrate Judge Bruce E. Reinhart.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 27, 2023.

_____
BETH BLOOM
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record