# EXHIBIT B

# WRITTEN CONSENT
# OF THE MEMBERS OF
# W&K INFO DEFENSE RESEARCH, LLC

The undersigned members of **W&K INFO DEFENSE RESEARCH, LLC**, a Florida limited liability company (the "**Company**"), representing at least the minimum number of votes that would be necessary to authorize or to take this action at a meeting of the members of the Company, hereby approve, adopt and resolve the following, as of the date of this action, pursuant to Section 605.04073(4) of the Florida Revised Limited Liability Company Act:

**Resolved**, that The Huck Law Firm, P.A. ("the Firm"), 334 Minorca Avenue, Coral Gables, Florida, 33134, is engaged to represent the Company in the following actions:

1. The Firm will make an appearance for W&K Info Defense Research, LLC, in *Kleiman v. Wright*, No. 9:18-cv-80176 (S.D. Fla.) where W&K, is a plaintiff;

2. The Firm will make an appearance in *Ang, as Trustee for the Tulip Trust v. Kleiman*, Case No. 50-2021-CA-04758-XXXX-MB (Fla. 15th Cir. Ct.), where W&K Info Defense Research, LLC, is a nominal defendant, and in which the Trust seeks a declaratory judgment as to the amount of the Estate's ownership interest in W&K (the "Declaratory Judgment Action");

3. The Firm will make an appearance in *Tulip Trust, on behalf of W&K v. Kleiman*, Case No. 50-2022-004636-XXXX-MB (Fla. 15th Cir. Ct.), a derivative action in which the Trust seeks to recover, on behalf of W&K, for breaches of fiduciary duty by Ira Kleiman to W&K, where W&K Info Defense Research, LLC, is a nominal defendant, (the "Derivative Action"); and

4. The Firm will make an appearance in *In re Estate of David Kleiman*, Case No. 50-2013-CP-005060-XXXX-CP-005060-XXXX-NB (Fla. 15th Cir. Ct.), a probate action in which Lynn Wright seeks, among other things, a declaratory judgment as to the amount of her ownership interest in W&K, where W&K is an interested party, (the "Probate Action").

**Further Resolved**, that the undersigned are authorized, each acting alone or through counsel, to take such further actions as each may deem necessary or desirable to effectuate the foregoing resolutions, including, without limitation, providing each of the third parties identified above a copy of this action, in order to have them comply with same, or to otherwise send written instructions to such third parties consistent with this action, but such separate communication not being required to cause such third parties to comply with this action; and be it

**Further Resolved**, that this action may be executed in counterparts, collectively being one and the same instrument, and that execution and delivery of this action by an electronically transmitted signature page (whether .pdf scanned signature, DocuSign, .png, .jpg or other method of a member affirming written approval

hereof), shall be binding upon, and treated as an original and manually signed signature page of, such member so confirming; and be it

**Further Resolved**, that this action shall continue in full force and effect and may be relied upon by third parties, until receipt of written notice of any change herein.

**[Signature on Following Page]**

DocuSign Envelope ID: 501ED266-027B-43F9-BAAE-31E3C7867877

**IN WITNESS WHEREOF**, the undersigned members of the Company have executed this WRITTEN CONSENT OF THE MEMBERS OF W&K INFO DEFENSE RESEARCH, LLC **effective as of January 24, 2023**.

**MEMBERS:**

_____
**RAMONA ANG**, AS TRUSTEE OF
THE TULIP TRUST, U/A/D JULY 7, 2017


DocuSigned by:
*Lynn Wright*
4CF958F0C748402...
_____
**LYNN WRIGHT**, individually

3

[Signature on Following Page]

IN WITNESS WHEREOF, the undersigned members of the Company have executed this WRITTEN CONSENT OF THE MEMBERS OF W&K INFO DEFENSE RESEARCH, LLC **effective as of January 24, 2023**.

MEMBERS:



_____
RAMONA ANG, AS TRUSTEE OF THE TULIP TRUST, U/A/D JULY 7, 2017

_____
LYNN WRIGHT, individually

