# EXHIBIT C



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Kyle Roche's Ex-Firm Must Sit For Depo Over Financial Ties

By **Bonnie Eslinger**

Law360 (February 2, 2023, 9:28 PM EST) -- A California federal judge overseeing allegations that crypto company Dfinity sold unregistered securities ordered a representative of the plaintiff investors' law firm to sit for a deposition on Dfinity's claim that secretly recorded comments from ex-firm partner Kyle Roche reveal financial ties that require disqualifying the firm, formerly called Roche Freedman.

U.S. District Judge James Donato told the parties at the end of Thursday's hearing that he needed more information on Dfinity's assertion that the law firm acting for the investors — now called Freedman Normand Friedland LLP — has close ties to Dfinity's competitor, Ava Labs, and that the law firm's partners hold Ava cryptocurrency tokens.

"I'm just not clear about your Ava ties," Judge Donato said. "Maybe some discovery on that might be worthwhile. I'm operating in an evidentiary vacuum."

Dfinity asked the court in October to disqualify Roche Freedman as counsel for the proposed class of investors, saying Kyle Roche **boasted in video clips** posted online in August that the firm uses litigation to advance the commercial interests of Ava Labs, including to get confidential information about competitors through discovery. In its opposition, Freedman Normand said the videos were secretly recorded during a dinner meeting set up under false pretenses and published on a website controlled by Dfinity.

At the start of Thursday's hearing, Judge Donato said he wanted to know if the successor law firm has "its fiduciary duty clouded or muddled in a way that it's a disservice to the main plaintiffs and the putative class."

A lawyer for Freedman Normand, Edward Normand, said the firm has spent substantial time and money investigating concerns also expressed by a judge in a different federal case in New York and found no evidence that discovery was misused or disclosed to any third parties improperly.

"The question is if you're going to impute this remaining law firm with anything Mr. Roche said," Normand said, adding that the former founding partner's statements were "untrue" and "obviously meant to make him look more important than he was."

Judge Donato said he was pleased to hear the lawyer say Roche was in the wrong.

"Your brief was a little bit defensive about the situation, talking about entrapment," Judge Donato said. "I'm not going to buy this idea that he was duped, drunk and talkative."

With Roche gone, the judge asked Dfinity's lawyer why it wasn't OK to go forward with the case with the successor firm.

"The reprehensible conduct and statements of Mr. Roche has fundamentally tainted this case going forward if his firm, even with him gone, continues to represent this case," replied Kevin Orsini of Cravath Swaine & Moore LLP. "Mr. Roche specifically identified this case and my clients as examples of his abuse and misuse of the judicial process."

Roche claimed in the video that his law firm was acting on behalf of Ava Labs in filing the class action against Dfinity, Orsini added.

"There are significant financial interests that this firm and these lawyers still have," Dfinity's lawyer told the court.

That conflict could result in Freedman Normand working against the interests of the proposed class, Orsini said.

The judge said he shared that concern.

"There may be an opportunity to settle on terms favorable to the putative class ... but let's say Mr. Roche has such a vendetta against the defendant because of his allegiance to Ava Labs and there was some strategic value in not settling," the judge said.

The investors' lawyer said there was no evidence to back that scenario.

"I've had no conversations with Ava Labs in my three years at the firm. I don't have that motivation," Normand said. "Let's assume Mr. Roche did. He's not part of the firm anymore."

The judge also asked Dfinity's lawyer how a couple of partners at Freedman Normand holding Ava Lab tokens could affect the lawsuit.

"Harming Dfinity's ability financially to continue to develop its competing blockchain technology will benefit its competitors," Orsini said. "And drive up the value of those tokens."

The judge called that speculative.

"If that's your best shot, I think it's a weak one," Judge Donato said.

Dfinity's lawyer said there was also the discovery that Freedman Normand might seek.

"We will have significant concern about turning over our internal, highly confidential information to these lawyers," Orsini said. "We're afraid that the culture of this firm is consistent with its founder's culture, which is to abuse the discovery process to understand competing blockchain technologies."

In its disqualification motion, Dfinity says Roche is also heard in the video calling jurors and his own clients "idiots."

Freedman Normand is a small boutique firm with fewer than 10 partners, so the whole firm should be disqualified, Dfinity argues.

In October, a Manhattan federal judge removed Roche Freedman from a market manipulation suit against cryptocurrency exchange Bitfinex and stablecoin Tether, saying remarks by Roche describing a secret pact with Ava Labs to sue other crypto firms can't be dismissed as merely **"drunk and stupid."**

The judge in that case, U.S. District Judge Katherine Polk Failla, also expressed concern that Roche's stated litigation strategy in some way tainted the case and decided that it was in the best interest of the class of crypto buyers that the entire firm be disqualified.

Less than a week later, Roche Freedman **announced** that Roche had left the firm.

Roche had **previously addressed** the secretly recorded remarks in a post on the online publishing site Medium, saying the allegations in an August report contain "numerous unsourced false statements and illegally obtained, highly edited video clips that are not presented with accurate context."

In a statement at the time, Ava Labs CEO Emin Gün Sirer denied that his company had any involvement in Roche Freedman's selection of cases or that it received any information from the law firm.

During Thursday's hearing, Normand noted that when the New York judge made her decision the firm had not yet been reconstituted and Roche was still at the firm.

The lawsuit, first filed by investor Daniel Valenti in August 2021, claims that starting in May 2021, Dfinity has promoted and sold unregistered securities called "ICP tokens" in violation of federal securities law.

Daniel Valenti is represented by Edward Normand, Richard Cipolla, Stephen Lagos and Ivy T. Ngo of Freedman Normand Friedland LLP.

Defendants Dfinity USA Research LLC, Dfinity Foundation and founder Dominic Williams are represented by Antony L. Ryan, Kevin J. Orsini, Lauren M. Rosenberg of Cravath Swaine & Moore LLP and Michael E. Liftik and Emily C. Kapur of Quinn Emanuel Urquhart & Sullivan LLP.

The case is Daniel Valenti v. Dfinity USA Research LLC et al., case number 3:21-cv-06118, in the U.S. District Court for the Northern District of California.

--Additional reporting by Rachel Scharf and Frank G. Runyeon. Editing by Michael Watanabe.

All Content © 2003-2023, Portfolio Media, Inc.