# Exhibit D

**2018 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT**

DOCUMENT# L11000019904

**FILED**

**Apr 12, 2018**
**Secretary of State**
**CR3065128037**

**Entity Name:** W&K INFO DEFENSE RESEARCH LLC

**Current Principal  Place of Business:**

5104 ROBINO CIRCLE
WEST PALM BEACH,  FL  33417

**Current Mailing Address:**

5104 ROBINO CIRCLE
WEST PALM BEACH,  FL  33417  US

**FEI Number: NOT APPLICABLE**                          **Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

KLEIMAN, IRA
5104 ROBINO CIRCLE
WEST PALM BEACH, FL  33417  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   IRA KLEIMAN                                                      04/12/2018

                    Electronic Signature of Registered Agent                                      Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | KLEIMAN, IRA |
| Address | 5104 ROBINO CIRCLE |
| City-State-Zip: | WEST PALM BEACH  FL  33417 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: IRA KLEIMAN                              MGRM                    04/12/2018

         Electronic Signature of Signing Authorized Person(s) Detail                              Date