UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-80176-BB/BER

IRA KLEIMAN, and
W&K INFO DEFENSE, LLC.

        Plaintiffs,

v.

CRAIG WRIGHT,

        Defendant.
_____/

## ORDER GRANTING MOTION TO QUASH (ECF No. 926)

Ramona Ang, in her personal capacity and as Trustee of the Tulip Trust, moves to quash a subpoena that W&K Info Defense Research, LLC, ("W&K") served on Rivero Mestre LLP. ECF No. 926. Rivero Mestre represents (or has represented) Ms. Ang or the Tulip Trust in four Florida state court cases. W&K served the subpoena in aid of execution on its $143,132,492.48 final judgment against Dr. Craig Wright. ECF No. 889. Judge Bloom has referred all post-judgment matters to me. ECF No. 923. I have reviewed the Motion, W&K's Response, and Ms. Ang's Reply. I am fully advised and this matter is ripe for decision. For the following reasons, the Motion to Quash is GRANTED.

Ms. Ang's objection is limited. Request 4 of the subpoena demands, "Documents sufficient to show all payments received for the Florida cases, including the source of such funds and the account(s) from which such funds were paid." Ms. Ang objects to this Request only "to the extent it requests documents reflecting the amounts paid by

her or the Trust." ECF No. 926 at 2. She argues that previously-paid legal fees are irrelevant to Dr. Wright's current ability to satisfy the judgment. *Id*. W&K responds that Ms. Ang lacks standing to quash the Rivero Mestre subpoena and that the amounts paid are relevant and discoverable. It asserts that the past payments to Rivero Mestre were from Dr. Wright's assets. ECF No. 925. Ms. Ang replies that she has standing because the requested information implicates a personal right or privilege belonging to her or the Trust. ECF No. 928 at 1.

Ms. Ang has a personal right or privilege with respect to her own financial transactions, so she has standing to challenge the Rivero Mestre subpoena. *See, e.g., Gabriel v. G2 Secure Staff, LLC,* 225 F. Supp. 3d 1370, 1372 (S.D. Fla. 2016) (J. Snow). W&K has not shown that the amount paid in the past for legal fees is relevant to Dr. Wright's present ability to pay the judgment or otherwise could be recovered to satisfy the judgment.

WHEREFORE, it is ORDERED that Ms. Ang's Motion to Quash the subpoena (ECF No. 926) insofar as it seeks disclosure of the amount of legal fees paid is GRANTED.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 1st day of March 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE