UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.:  9:18-cv-80176-BB |

**PLAINTIFF W&K AND BOIES SCHILLER FLEXNER LLP'S NOTICE OF ERRATA TO THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISQUALIFY**

Plaintiff W&K Info Defense Research, LLC and Boies Schiller Flexner LLP respectfully submit this errata to their Opposition to Defendant's Motion to Disqualify Boies Schiller Flexner (ECF No. 934), which was filed on February 24, 2023, in order to correct an inadvertent clerical error.  The Opposition quotes (at 2) the Florida Jurisprudence (Second) Attorneys at Law's admonition that motions to disqualify opposing counsel "must be made under oath or be supported by an affidavit," but erroneously cited to Section 3**7**2 instead of 3**9**2.  For the Court's convenience, attached hereto as Exhibit "A" is Section §392 Procedure for removal of attorney; appeal and review.

Dated: March 6, 2023.

Respectfully submitted,

By: */s/ Andrew S. Brenner, Esq.*
ANDREW S. BRENNER, ESQ.
Florida Bar No. 978663
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400

        Facsimile: (305) 539-1307
        abrenner@bsfllp.com

        MAXWELL V. PRITT, ESQ.
        **BOIES SCHILLER FLEXNER LLP**
        44 Montgomery Street, 41st Floor
        San Francisco, CA  94104
        Telephone: (415) 293-6869
        Facsimile:  (415) 293-6869
        mpritt@bsfllp.com

        *Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on March 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Andrew S. Brenner, Esq.*
        Andrew S. Brenner, Esq.