# EXHIBIT 8

IN THE 15TH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY,
FLORIDA

CASE NO. 50-2013-CP-005060-XXXX-NB
PROBATE DIVISION

IN RE: ESTATE OF DAVID ALAN KLEIMAN,

    Deceased.
_____/

LYNN WRIGHT,

    Petitioner,

v.

IRA KLEIMAN, as Personal Representative
of the Estate of David Kleiman,

    Respondent,

and

DR. CRAIG WRIGHT, TULIP TRUST,
UYEN T. NGUYEN, W&K INFO
DEFENSE RESEARCH, LLC,
a Florida limited liability company, and
COIN-EXCH PTY, LTD., an Australian
proprietary limited company,

    Interested Parties.
_____/

## **PETITIONER'S MOTION TO DISQUALIFY ROCHE FREEDMAN LLP AND NOTICE OF JOINDER**

Petitioner, Lynn Wright ("Lynn"), by and through undersigned counsel, moves for an Order disqualifying Kyle W. Roche and Roche Freedman LLP from representing Respondent, Ira Kleiman, as Personal Representative of the Estate of David Kleiman, and hereby joins the position of Ramona Watts, in her Motion to Disqualify Roche Freedman LLP dated September 27, 2022, and states as follows:

{10746931: }

IN RE: Estate of David Alan Kleiman
Case Number: 50-2013-CP-005060-XXXX-NB
Page 2 of 4

Pending before this Court is Lynn's Verified Petition to Determine Beneficiary Shares and for Declaratory Judgment and Injunctive Relief ("Petition") against Ira Kleiman ("Ira"), as Personal Representative of the Estate of David Alan Kleiman, Decedent.

This matter was stayed pending the resolution of *Ira Kleiman and W&K Info Defense Research, LLC v. Craig Wright*, Case No. 9:18-cv-80176-BB, in the United States District Court, Southern District of Florida (the "Federal Action"). Following a jury verdict in the Federal Action, the court in the Federal Action entered a Final Judgment in favor of Plaintiff W&K as to its claim against Dr. Wright for conversion in the amount of $100,000,000.00. The Final Judgment in the Federal Action led to subsequent litigation in Case No.: 50-2021-CA-004758 in the 15th Judicial Circuit Court in and for Palm Beach County titled *Ramona Ang, as Trustee of the MB Tulip Trust V. Ira Kleiman, as Personal Representative of the Estate of David Kleiman*.

As set forth in greater detail in Watt's Motion to Disqualify Roche Freedman LLP, Roche appears to have violated various provisions of the Florida Rules of Professional Conduct. In a series of recorded statements posted on a cryptocurrency whistleblower site, Kyle W. Roche ("Roche"), partner of Roche Freedman LLP ("the Firm") and counsel for Respondent, Ira Kleiman, confessed to certain abuses of the legal system to advance the commercial interests of the Firm's undisclosed principle and benefactor, AVA Labs ("Ava"). He admits to serious conflicts of interest and conduct that is unlawful and irrespective of his purported client's best interests violating Florida Rule 4-1.7. Roche's admissions demonstrate that the Firm sues Ava's competitors using "straw Plaintiffs" and uses other improper tactics to benefit Ava given his financial stake in the company.

The recorded statements further appear to demonstrate that Roche elevates his personal interests above all other interests. Roche boasts that he brings pre-textual lawsuits, uses the jury-trial system as a competitive tool, and even goes so far as to call jurors "idiots." This behavior

{10746931: }

IN RE: Estate of David Alan Kleiman
Case Number: 50-2013-CP-005060-XXXX-NB
Page 3 of 4

clearly offends the responsibilities imposed on every lawyer to uphold the dignity of the courts, and to treat litigants and other counsel forthrightly and with respect. Florida Rule 4-8.4(d) prohibits "conduct that is prejudicial to the administration of justice." Roche's conduct sullies the dignity of judicial proceedings, reflects adversely on the profession and clearly undermines the administration of justice.

In light of Roche's conduct, Roche and any associated firms should also be disqualified from any further representation of any party to this action. Roche's misconduct must be imputed. *See* Rule 4-1.10(a): "[w]hile lawyers are associated in a firm, none of them may knowingly represent a client when any 1 of them practicing alone would be prohibited from doing so by rule 4-1.7 or 4-1.9 except as provided elsewhere in this rule, or unless the prohibition is based on a personal interest of the prohibited lawyer and does not present a significant risk of materially limiting the representation of the client by the remaining lawyers in the firm."

WHEREFORE Petitioners move the Court for entry of an Order disqualifying Roche Freedman LLP and its attorneys from the representation of any parties in this matter, and granting such other relief as this Court deems just and proper.

Dated this 27th day of October, 2022.

        MCDONALD HOPKINS LLC
        *Attorneys for Petitioner Lynn Wright*
        Alan M. Burger, Esq.
        Florida Bar No.: 833290
        Chelsea L. Furman
        Florida Bar No. 118674
        501 South Flagler Drive, Suite 200
        West Palm Beach, FL  33401
        Tel: 561-472-2121
        Fax: 561-472-2122
        aburger@mcdonaldhopkins.com
        ltimeteo@mcdonaldhopkins.com

        By:    */s/Alan M. Burger*
                 ALAN M. BURGER
                 Florida Bar No. 833290

{10746931: }

*IN RE: Estate of David Alan Kleiman*
*Case Number: 50-2013-CP-005060-XXXX-NB*
*Page 4 of 4*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and e-served it by CM/ECF to: c/o Velvel (Devin) Freedman, Esq., *Attorneys for Ira Kleiman, as Personal Representative of the Estate of David Kleiman,* Roche Cyrulnik Freedman LLP, 200 South Biscayne Blvd., Suite 5500, Miami, FL 33131, Stephen Lagos, Esq., *pro hac vice*, slagos@rcfllp.com, *Attorneys for Ira Kleiman, as Personal Representative of the Estate of David Kleiman,* Roche Cyrulnik Freedman LLP, 99 Park Avenue, Suite 1910, New York, NY 10016, and Andrew S. Brenner, Esq., Boies Schiller Flexner LLP, *Attorneys for Ira Kleiman, as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*, 100 SE 2nd Street, Suite 2124, Miami, FL 33131 (abrenner@bsfllp.com) any other attorneys listed on the Florida E-Portal and by email or U.S. Mail to the following:

| Name | Address |
|---|---|
| Craig Wright, as beneficiary of Tulip Trust; <br><br> Ramona Ang as Trustee of Tulip Trust | c/o Andres Rivero, Esq. <br> Rivero Mestre LLP <br> 2525 Ponce de Leon Boulevard, Suite 1000 <br> Miami, FL 33134 |
| W&K Info Defense Research, LLC | 155 Bent Tree Drive <br> Palm Beach Gardens, FL  33418 |
| Uyen T. Nguyen | 3128 Merced Avenue, <br> South El Monte, CA  91733 |
| Coin-Exch Pty, Ltd. | 502 / 32 Delhi Rd <br> North Ryde, NSW  02113 AU |

By: */s/Alan M. Burger*
ALAN M. BURGER
Florida Bar No. 833290

{10746931: }