UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

       plaintiffs,
v.                                                                    Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT.
_____/

NOTICE OF FILING STATEMENT

In response to the Court's Omnibus Order Affirming Order to Compel [DE 953], Dr. Wright submits the attached statement.

Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: abrown@riveromestre.com
Email: ahenry@riveromestre.com
Email: rkuntz@riveromestre.com
Email: receptionist@riveromestre.com
*Counsel for Dr. Craig Wright*

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMY C. BROWN
Admitted *Pro Hac Vice*
ALLISON HENRY
Florida Bar No. 1003008
ROBERT KUNTZ
Florida Bar No. 94668

1

## Statement of Compliance

1. I am in receipt of the Court's Order [DE 953] compelling me to complete the Fact Information Sheet (Form 1.977) disclosing certain financial information by April 3, 2023.

2. Form 1.977 states: "YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS, TO THE JUDGMENT CREDITOR OR THE JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF COURT."

3. I have completed Form 1.977 and provided a copy to Ramona Ang, as Trustee of the Tulip Trust, and Lynn Wright, who are members of W&K.

Dated: March 31, 2023

_____
Dr. Craig Wright

## **CERTIFICATE OF SERVICE**

      I certify that on April 3, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

                                                By: /s/ Andrés Rivero.
                                                     Andrés Rivero