# Exhibit A

```
 1                 UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF FLORIDA

 3                 CASE NO. 9:18-cv-80176-BB/BR

 4
     IRA KLEIMAN, as the personal representative
 5   of the Estate of David Kleiman, and
     W&K Info Defense Research, LLC,
 6
              Plaintiffs,
 7
     -vs-
 8
     CRAIG WRIGHT,
 9
              Defendant.
10

11   * * * * * * * * * * * * * * * * * *

12   VIDEOTAPED DEPOSITION OF ZACHARY EISNER

13   DATE TAKEN: January 9, 2020

14   TIME: 10:05 a.m. - 3:27 p.m.

15   PLACE: 2525 Ponce de Leon Boulevard

16   Miami, Florida 33134

17
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18                AND NOTARY PUBLIC

19

20   * * * * * * * * * * * * * * * * * *

21

22

23

24

25
```

```
 1    BY MR. PASCHAL:
 2         Q.   Sir, could you please state your name for the
 3    record?
 4         A.   Zach Eisner.
 5         Q.   Mr. Eisner, do you understand what this
 6    deposition is about?
 7         A.   Yes.
 8         Q.   You understand who you're representing?
 9         A.   Yes.
10         Q.   How are you connected to W&K Info Defense
11    Research?
12         A.   I'm their corporate representative.
13         Q.   Have you ever heard of W&K before this date?
14         A.   No.
15         Q.   When did you first learn about W&K?
16         A.   Two months ago.
17         Q.   How did you hear about W&K?
18         A.   Plaintiff contacted me to be the corporate
19    representative.
20              MR. ROCHE:  Bryan, I hate to -- do you mind,
21         my thing is not connected.
22              THE VIDEOGRAPHER:  Off the record 10:06.
23              (Discussion held off the record.)
24              THE VIDEOGRAPHER:  On record 10:06.
25
```

```
 1   BY MR. PASCHAL:
 2        Q.   I left off with you said plaintiffs contacted
 3   you?
 4        A.   Yes.
 5        Q.   Who from plaintiffs contacted you?
 6        A.   Mr. Freedman.
 7        Q.   Did anyone else contact you?
 8        A.   No.
 9        Q.   How did he contact you?
10        A.   Phone.
11        Q.   Did he ever e-mail you?
12        A.   Possibly.
13        Q.   How long was the conversation on the phone?
14        A.   I know him from before so two minutes.  We
15   went out to lunch and he told me what he needed me for.
16        Q.   How did you you know Mr. Freedman from before?
17        A.   We're both on like a group chat, Jewish
18   lawyers chat.  Pretty much that.
19        Q.   How long did you know Mr. Freedman for?
20        A.   Close to a year.
21        Q.   What's your profession?
22        A.   I'm a lawyer.
23        Q.   Have you been deposed before?
24        A.   No.
25        Q.   Have you taken a deposition before?
```

Zachary Eisner
January 09, 2020                                                13

1        MR. PASCHAL:  What were the questions you
2    spoke to Mr. Kleiman on?
3        MR. ROCHE:  Objection, privilege.
4        THE WITNESS:  Answer?
5        MR. PASCHAL:  No.
6        MR. ROCHE:  No.
7   BY MR. PASCHAL:
8        Q.   How many occasions did you speak with
9   Mr. Kleiman?
10       A.   Once.
11       Q.   How did you speak with Mr. Kleiman?
12       A.   On the phone.
13       Q.   Did you ever meet him in person?
14       A.   No.
15       Q.   Did you ever exchange e-mails with
16  Mr. Kleiman?
17       A.   No.
18       Q.   Again how long did the conversation last with
19  Mr. Kleiman?
20       A.   It was brief.
21       Q.   Less than five minutes?
22       A.   Under 15 minutes.
23       Q.   When you said you reviewed documents related
24  to W&K how did you get those documents?
25       A.   They were provided to me by counsel.

Zachary Eisner
January 09, 2020                                                14

| | | |
|---|---|---|
| 1 | Q. | Did you do anything else to search for |
| 2 | documents? | |
| 3 | A. | I did go on SunBiz myself.  I don't think so, |
| 4 | no. | |
| 5 | Q. | So the only information you have is coming |
| 6 | from counsel? | |
| 7 | A. | I believe so, yes. |
| 8 | Q. | On topic number three W&K's business purpose. |
| 9 | What did you do to understand that topic, prepare for |
| 10 | that topic I should say? | |
| 11 | A. | Go through the complaint and all the exhibits. |
| 12 | Q. | Did you go through anything else? |
| 13 | A. | No. |
| 14 | Q. | Do you understand that there's a database of |
| 15 | documents in this case, do you know that? | |
| 16 | A. | Yes. |
| 17 | Q. | Were you given access to that database? |
| 18 | A. | No. |
| 19 | Q. | Do you know what W&K's business purpose is? |
| 20 | A. | Yes. |
| 21 | Q. | What is it? |
| 22 | A. | To mine Bitcoin and hold intellectual |
| 23 | property. | |
| 24 | Q. | Topic number four, W&K's proprietary and |
| 25 | financial documents? | |

1                (Defendant's Exhibit No. 2 was
2                marked for identification.)
3    BY MR. PASCHAL:
4         Q.   So I'm showing you a document from the IRS and
5    you haven't seen this document, have you?
6                MR. ROCHE:  Objection, form.
7                THE WITNESS:  I don't think I saw this
8         document, no.
9    BY MR. PASCHAL:
10        Q.   Can you look at the bottom of the document and
11   do you see the date?
12        A.   Yes.
13        Q.   You recognize this document as being from the
14   IRS?
15        A.   Not necessarily.  I mean it looks like it but
16   I don't know for sure.
17        Q.   Well, at the top of the document --
18        A.   Right.
19        Q.   -- what does it say?
20        A.   Department of Treasury, Internal Revenue
21   Service information document request.
22        Q.   You don't think this is from the IRS?
23        A.   It looks like it.
24        Q.   Do you see if you go in the body of the
25   document you see there's numbers one, two, three, four,

Zachary Eisner
January 09, 2020 19

1  five, six, seven and eight?
2       A.   Yes.
3       Q.   You see in question number one they're asking
4  for W&K Info Defense?
5       A.   Yes.
6       Q.   Do you see in question four they are again
7  asking about W&K, LLC?
8       A.   Yes.
9       Q.   Do you see in question number seven they're
10 again asking about W&K, LLC?
11      A.   Yes.
12      Q.   In question eight they're asking again about
13 W&K, LLC?
14      A.   Yes.
15      Q.   You're not prepared to talk about this
16 document because you never saw it; right?
17      A.   This document, no.
18           (Defendant's Exhibit No. 3 was
19           marked for identification.)
20 BY MR. PASCHAL:
21      Q.   Now I'm handing you what we're marking as
22 Exhibit 3.  Are you familiar with the Karp Law Firm?
23      A.   No.
24      Q.   Do you know who Joseph Karp is?
25      A.   No.

| | |
|---|---|
| 1 | Q. But you see here that he is -- the regarding |
| 2 | line it says case number 362215? |
| 3 | A. Yes. |
| 4 | Q. Does that number match the IRS document that |
| 5 | you just saw? |
| 6 | A. Yes. |
| 7 | Q. And this letter is dated June 18th 2015? |
| 8 | A. Yes. |
| 9 | Q. Just about a month after the IRS sent a letter |
| 10 | to Ira Kleiman? |
| 11 | MR. ROCHE: Going to instruct the witness to |
| 12 | the extent he needs to read the document please |
| 13 | feel free to take your time to do so. |
| 14 | THE WITNESS: Yes, about a month later. |
| 15 | BY MR. PASCHAL: |
| 16 | Q. Do you see that this Karp letter it's |
| 17 | addressed to Mr. Tosi? |
| 18 | A. Yes. |
| 19 | Q. Is that the person who sent the IRS letter on |
| 20 | May 20th 2015? |
| 21 | A. Yes. |
| 22 | Q. If you turn to page two and you go to the |
| 23 | first paragraph do you see that Mr. Karp is discussing |
| 24 | W&K, LLC? |
| 25 | A. Yes. |

| | |
|---|---|
| 1 | Q. And he is saying Ira has no personal knowledge |
| 2 | of W&K's business activities? |
| 3 | MR. ROCHE: Objection, document speaks for |
| 4 | itself. |
| 5 | THE WITNESS: It says with regard to W&K, LLC |
| 6 | or Bitcoin Ira has no personal knowledge of any of |
| 7 | this. |
| 8 | BY MR. PASCHAL: |
| 9 | Q. You can keep reading. |
| 10 | A. And has no proof or evidence of what Bitcoins |
| 11 | David may own or any information. |
| 12 | Q. Okay, you haven't seen this document this |
| 13 | letter to the IRS, have you? |
| 14 | A. Nothing. |
| 15 | Q. You're not prepared to talk about this |
| 16 | document? |
| 17 | A. No. |
| 18 | Q. Earlier when I asked you about Bitcoin or |
| 19 | W&K's business purpose you said that its business |
| 20 | purpose was to mine Bitcoin? |
| 21 | A. And hold intellectual property related to |
| 22 | Bitcoin and block chain. |
| 23 | Q. How did you get that information again? |
| 24 | A. From Craig Wright. |
| 25 | Q. You spoke with Craig Wright? |

| | | |
|---|---|---|
| 1 | A. | Through affidavits of Craig Wright and through |
| 2 | the complaint and through exhibits that exist. | |
| 3 | Q. | Just stuff that was attached to the complaint? |
| 4 | A. | Yes. |
| 5 | Q. | Just the complaint? |
| 6 | A. | And the exhibits. |
| 7 | Q. | But you haven't looked at this document? |
| 8 | A. | No. |
| 9 | Q. | Could we go back to the Notice of Deposition |
| 10 | which was marked as Exhibit 1.  Can we look at topic | |
| 11 | number six? | |
| 12 | A. | Yes. |
| 13 | Q. | It says W&K's alleged ownership or development |
| 14 | of intellectual property? | |
| 15 | A. | Yes. |
| 16 | Q. | What did you do to find out or prepare |
| 17 | yourself to talk about that topic today? | |
| 18 | A. | The complaint and all the exhibits. |
| 19 | Q. | And that's it? |
| 20 | A. | Yes. |
| 21 | Q. | Did you review any patent applications or any |
| 22 | documents related to intellectual property? | |
| 23 | A. | That were not attached to the complaint as |
| 24 | exhibits? | |
| 25 | Q. | Yes. |

1       A.   No, I did not.
2       Q.   Did you do any online searches?
3       A.   No.
4       Q.   Did you look at any documents that have been
5   produced in discovery?
6       A.   Some.
7       Q.   What documents were those?
8            MR. ROCHE:  Objection.  Withdrawn.
9            THE WITNESS:  I guess communications with
10      Craig Wright.  I mean most of what I was focused on
11      was the complaint and the exhibits and any
12      corporate documents that were available.  That was
13      how I got my knowledge of the corporation to be
14      able to testify.
15  BY MR. PASCHAL:
16      Q.   What corporate documents?
17      A.   Well, there were no financial documents.
18  There was no operating agreements.  Went through the
19  SunBiz records and the reinstatement.
20      Q.   All you did you also spoke to --
21      A.   Spoke to the manager member, yes.
22      Q.   For 15 minutes?
23      A.   Yes.
24      Q.   Can I just say for purposes of this deposition
25  are those basically everything that -- that's everything

1   you've done?
2        A.   A lot of paper to be honest.  Quite a docket
3   but did I run through every piece of the docket no, I
4   didn't have to.  I focused only on W&K.
5        Q.   What else in the docket did you look at?
6        A.   The complaints in each form and the exhibits.
7   That's probably about it.  There is a couple complaints.
8   A lot of exhibits.
9        Q.   Did you look at W&K's interrogatory responses?
10       A.   No.
11       Q.   Did you look at Ira Kleiman's interrogatory
12  responses?
13       A.   No.
14       Q.   Did you look at Craig Wright's interrogatory
15  responses?
16       A.   To the extent they were in the exhibits, the
17  affidavits that he put in I did.
18       Q.   You're referring to affidavits that were --
19       A.   That were in the second amended complaint.
20       Q.   But back to my question you haven't looked at
21  any of his interrogatory responses; right?
22       A.   No.
23       Q.   For topic number seven W&K's alleged mining of
24  Bitcoin or any crypto currency.  What did you do to
25  prepare for that?

| | |
|---|---|
| 1 | A. All the documents that I said. All the |
| 2 | complaints, all the exhibits. |
| 3 | Q. Just the complaint? |
| 4 | A. Yes. |
| 5 | Q. Nothing else? |
| 6 | A. There was a lot of documents. |
| 7 | Q. Just the complaint and its exhibits? |
| 8 | A. Yes. |
| 9 | Q. Nothing else. For number eight W&K's |
| 10 | ownership of Bitcoin or any other crypto currency. Did |
| 11 | you just review the complaint for that? |
| 12 | A. Yes, all the complaints, all the exhibits, |
| 13 | yes. |
| 14 | Q. For number nine W&K's reinstatement in 2018. |
| 15 | Did you just review the complaint? |
| 16 | A. No, on SunBiz for that personally. But again |
| 17 | all the complaints, all the exhibits, all the SunBiz |
| 18 | articles. |
| 19 | Q. What did you view on SunBiz? |
| 20 | A. The articles of organization, dissolution, |
| 21 | reinstatement, dissolution, reinstatement. |
| 22 | Q. When did you go on SunBiz.org? |
| 23 | A. Multiple times over the last month or so for |
| 24 | this purpose. |
| 25 | Q. For topic number ten W&K's administrative |