# Exhibit B

```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
                     WEST PALM BEACH DIVISION
                    CASE NO. 9:18-cv-80176-BB

  IRA KLEIMAN, as the personal representative
  of the Estate of David Kleiman, and W&K Info
  Defense Research, LLC,

           Plaintiffs,                    November 3, 2021
                                          9:42 a.m.
           vs.

  CRAIG WRIGHT,

           Defendant.                     Pages 1 THROUGH 193


                    TRANSCRIPT OF TRIAL DAY 3
                 BEFORE THE HONORABLE BETH BLOOM
                    UNITED STATES DISTRICT JUDGE
                          And a Jury of 10

  Appearances:

  FOR THE PLAINTIFF:    ROCHE FREEDMAN, LLP
                        DEVIN FREEDMAN, ESQ.
                        KYLE ROCHE, ESQ.
                        200 South Biscayne, Suite 5500
                        Miami, Florida 33131

                        BOIES SCHILLER & FLEXNER
                        ANDREW BRENNER, ESQ.
                        STEPHEN N. ZACK, ESQ.
                        100 Southeast 2nd Street, Suite 2800
                        Miami, Florida 33131


  FOR THE DEFENDANT:    RIVERO MESTRE, LLP
                        ANDRES RIVERO, ESQ.
                        JORGE MESTRE, ESQ.
                        AMANDA M. MCGOVERN, ESQ.
                        MICHAEL A. FERNANDEZ, ESQ.
                        ZALMAN KASS, ESQ.
                        2525 Ponce de Leon Boulevard, Suite 1000
                        Coral Gables, Florida 33134
```

1   Q.   Do you understand that Dr. Wright is here in court in
2   person, far from his home in London, England, to defend against
3   your lawsuit?
4   A.   Correct.
5   Q.   Now, you, sir, claim that Dave Kleiman and Craig Wright had
6   a 50/50 partnership to invent and mine Bitcoin; isn't that
7   right?
8   A.   Right.
9   Q.   Mr. Kleiman, I want to talk with you about things you know
10  about your brother, Dave Kleiman, from during his lifetime.  Do
11  you understand me?
12  A.   Yes.
13  Q.   In life, Dave Kleiman never mentioned the name Craig S.
14  Wright to you; isn't that right?
15  A.   That is correct.
16  Q.   And in life, he never showed you any written business
17  partnership agreement that he had with Dr. Craig Wright to
18  invent or mine Bitcoin, did he?
19  A.   That's correct.
20  Q.   And he never said to you:  "I have a business partnership
21  with Craig Wright to invent or mine Bitcoin."  Right?
22  A.   Right.
23  Q.   And in fact, you have conceded under oath that you do not
24  know any details of how any alleged business relationship was
25  structured, if one existed.  Have you not conceded that under

1  oath?
2  A.  Could you repeat that, please.
3  Q.  In fact, you have said under oath that you do not know the
4  details, if there were any, of how David Kleiman and Craig
5  Wright structured any alleged business arrangement between
6  them.  Have you not said that?
7           MR. BRENNER:  Your Honor, this is improper form.  He
8  should ask the question.  If he gets a different answer --
9           THE COURT:  That's correct.  Sustained.
10          MR. RIVERO:  Okay.  I'll remove --
11 BY MR. RIVERO:
12 Q.  Isn't it true that you have said that you do not know the
13 details?
14 A.  I only know what Craig has told me.
15 Q.  Okay.  So other than anything Craig Wright said to you, you
16 don't know anything about any details of any business
17 arrangement, right?
18 A.  Correct.
19 Q.  And Craig Wright -- and you just went through it with your
20 counsel -- Craig Wright never gave you any writing that
21 indicated a split of profits on a 50/50 basis, did he?
22 A.  He told me from the beginning that they were 50/50
23 partners.
24 Q.  I see, sir.  What your testimony to the jury is, regardless
25 of the paper we just saw that your counsel took you through

```
 1    every scrap of paper they wanted to, you're saying orally Craig
 2    Wright said that to you.  Is that your testimony?
 3    A.   No.  He emailed it to me.
 4    Q.   You're saying that we've seen an email where Craig Wright
 5    said there was a division 50/50 on the invention and mining of
 6    Bitcoin?
 7    A.   That they were 50/50 partners in W&K.
 8    Q.   Mr. Kleiman, I want to make sure I understand what you're
 9    saying.  Are you telling the jury that we have seen a document
10    today like that?
11    A.   You may not have seen it today.  But I believe that I have
12    possession of emails such as that.
13    Q.   Okay, sir.  You believe you have in your possession an
14    email where Dr. Craig Wright says there was a 50/50 deal.
15    That's what you're saying?
16    A.   Something similar.  I don't remember the exact details,
17    but --
18    Q.   Can you bring that to this courtroom tomorrow morning?
19         MR. BRENNER:  Your Honor -- Your Honor, the witness
20    must be allowed to finish his answer.
21         THE COURT:  Let the witness finish his answer, please.
22         Have you concluded your answer, Mr. Kleiman?
23         THE WITNESS:  Yes.  I believe that I have seen email
24    communications where there was a division of assets that they
25    owned in W&K.
```