Unique Code : CAA-FBH-BCAJJ-BEDDCDJGJ-GBAFAE-F Page 1 of 1

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY, FLORIDA      PROBATE DIVISION

IN RE: ESTATE OF

DAVID ALAN KLEIMAN

Deceased.

File No.
502013CP005060XXXXNB

Division IH

## PETITION TO EXTEND TIME FOR FILING INVENTORY

Petitioner, Ira Steven Kleiman, the personal representative of this estate, alleges:

1.      Despite the exercise of due diligence, petitioner has been unable to file an inventory by April 4, 2016, because currently no assets have been located and the personal representative is in the process of making further diligent search to locate any assets.

2.      Petitioner estimates that it will be possible to file an inventory of the property on or before October 4, 2016.

WHEREFORE, petitioner requests that, pursuant to Fla. Prob. R. 5.340(b), the time for filing an inventory be extended to October 4, 2016.

Signed on this 8th day of _April_ , 2016.

_____
Joseph S. Karp
Attorney for Personal Representative
Florida Bar Number: 238351
THE KARP LAW FIRM PA
2875 PGA Boulevard, Suite 100
PALM BEACH GARDENS, FL 33410
Telephone: (561) 625-1100
Fax: (561) 625-0060
E-Mail: klf@karplaw.com
Secondary E-Mail: jkarp@karplaw.com

_____
Ira Steven Kleiman, Personal Representative

COMPOSITE EXHIBIT C

Unique Code : CAA-FBH-BCAJJ-BEEECIACG-GBAFAF-D Page 1 of 1

IN THE CIRCUIT COURT FOR PALM BEACH
COUNTY, FLORIDA       PROBATE DIVISION

IN RE: ESTATE OF

DAVID ALAN KLEIMAN

Deceased.

File No.
502013CP005060XXXXNB

Division IH

## ORDER EXTENDING TIME FOR FILING INVENTORY

On the petition of the personal representative for an order extending time for filing the inventory, the court finds that the material allegations of the petition are true and that it is appropriate for the time to file the inventory to be extended. It is, therefore,

ORDERED that time for filing the inventory in this estate is extended until
_____ 10/7/16 _____.

ORDERED on _____ 5/16/16 _____, 2016.

_____
Circuit Judge

FILED
2016 MAY 17 AM 8:13
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
NORTH COUNTY BRANCH

IN THE CIRCUIT COURT FOR PALM BEACH
COUNTY, FLORIDA        PROBATE DIVISION

IN RE: ESTATE OF

DAVID ALAN KLEIMAN

         Deceased.

**File No.**
**502013CP005060XXXXNB**

**Division IH**

## PETITION TO EXTEND TIME FOR FILING INVENTORY

Petitioner, Ira Steven Kleiman, the personal representative of this estate, alleges:

1.    Despite the exercise of due diligence, petitioner has been unable to file an inventory by April 4, 2016, because currently no assets have been located and the personal representative is in the process of making further diligent search to locate any assets.

2.    Petitioner estimates that it will be possible to file an inventory of the property on or before April 4, 2017.

WHEREFORE, petitioner requests that, pursuant to Fla. Prob. R. 5.340(b), the time for filing an inventory be extended to ~~October~~ APRIL 4, 2017.

Signed on this 23 day of September, 2016.

_____
Joseph S. Karp
Attorney for Personal Representative
Florida Bar Number: 238351
THE KARP LAW FIRM PA
2875 PGA Boulevard, Suite 100
PALM BEACH GARDENS, FL 33410
Telephone: (561) 625-1100
Fax: (561) 625-0060
E-Mail: klf@karplaw.com
Secondary E-Mail: jkarp@karplaw.com

_____
Ira Steven Kleiman, Personal Representative

Unique Code : CAA-FBH-BCAJJ-BEIBEJDAI-GBAFAG-C Page 1 of 2

I CERTIFY that a copy hereof has been furnished to the following interested persons at the addresses specified below:

1.      Ira Steven Kleiman, 155 Bent Tree Drive, Palm Beach Gardens, FL 33418

by U.S. Mail on _September 28_ , 2016.

_____
Joseph S. Karp, Attorney for Personal
Representative

Unique Code : CAA-FBH-BCAJJ-BEIBEJDAI-GBAFAG-C Page 2 of 2

Unique Code : CAA-FBH-BCAJJ-BEIGDBAEG-GBAFAH-B Page 1 of 1

IN THE CIRCUIT COURT FOR PALM BEACH
COUNTY, FLORIDA     PROBATE DIVISION

IN RE: ESTATE OF

DAVID ALAN KLEIMAN

Deceased.

File No.
502013CP005060XXXXNB

Division IH

## ORDER EXTENDING TIME FOR FILING INVENTORY

On the petition of the personal representative for an order extending time for filing the
inventory, the court finds that the material allegations of the petition are true and that it is
appropriate for the time to file the inventory to be extended. It is, therefore,

ORDERED that time for filing the inventory in this estate is extended until
_____ April 4, 2017 _____.

ORDERED on _____ 10-46 _____, 2016.

_____
Circuit Judge