https://metanet-icu.slack.com/archives/C5131HKFX/p1530177989000022

