

Mr Lopp likes to spread lies.

I live very openly here in the UK. I own around 320 acres of different properties in Australia. All under my name. I still maintain ties to 3 universities in Australia.

I file patents in Australia.

>  **Jameson Lopp** ✓ @lopp · Feb 6
> Replying to @Dr_CSWright
> Hey Craig, how long do you think you have left before you will have to flee the UK like you fled Australia?

7:18 AM · Feb 6, 2023 · **4,858** Views 

**5** Retweets   **49** Likes   **1** Bookmark