

RM 00003