**Thread**
#bitcoin-general



**CSW**
Oct 30th, 2021 at 12:13 PM

Technically, the full value of the intellectual property that I own that is in use within BTC is valued at around $252 billion US today.

This is the intellectual property within the Kleiman case.

 3 

3 replies



**CSW** Oct 30th, 2021

Every company that has been promoting BTC as bitcoin is complicit in the deception and the passing off and, in effect, the theft of my property. Every one of them, whether intentionally or not, is liable. Even now, if the price of BTC goes to 0, every one of those organisations is still on the hook for the US dollar amount based on the value yesterday.

 1   1   1  



**CSW** Oct 30th, 2021
The extent of what I'm talking about will be defined within the court case in the coming days



**CSW** Oct 30th, 2021
you can thank Ira for that

 4