**Yvette Puentes**

| | |
|---|---|
| **From:** | wireroom@myprobank.com |
| **Sent:** | Friday, November 27, 2020 7:20 AM |
| **To:** | Yvette Puentes |
| **Subject:** | Inbound Wire Notification |

User: wireroom@myprobank.com

WIRE CONFIRMATION - 11/27/2020 06:20:05
YOUR ACCOUNT HAS BEEN CREDITED AS FOLLOWS:

IMAD # {1520}: 20201127B1Q8021C030506

OMAD # {1120}: 20201127MMQFMPOM00001311270021

Beneficiary:RIVERO MESTRE LLP - OPERATING

Wire Amount: [REDACTED]

Wire Fee:$0.00

Account Number:***0282

Amount Credited [REDACTED]

Reference Number:7513355

Sender ABA {3100}: 021000089
Sender Name: CITIBANK NA

Reference IMAD {3500}: 20201127B1Q8021C030506

Basic Information Section

Receiver ABA {3400}: 067016574
Receiver Name: PROFESSIONAL BK FL

Payment Notification {3620}:
    Payment Notification: 4
    Contact Name: D9C3C876-002B-424E-A429-AE6BB5C25D70

Originator Option F {5010}:
    Party Identifier: /100146100100USD
    Originator's Name: 1/ROUND ROCK TECHNOLOGY INC.
    Address Line 1: 2/FITZGERALD HOUSE, 44 CHURCH ST.
    Address Line 2: 3/AG/SAINT JOHN

Institution Information Section
Beneficiary {4200}:

1