

/REsUY

| TOTAL (USD) | TOTAL (BTC) | PAID (BTC) |
|---|---|---|

**INVOICE DETAILS**

| | |
|---|---|
| Order ID | 1667.01 |
| Status | Complete |
| Confirmations | 6 |
| Currency | BTC |
| Exchange Rate | 1 BTC = 10400.40 USD |
| Created at | 8/23/19 3:28 PM |
| | View Bill > |
| Speed | Medium |

**BUYER INFORMATION**

| | |
|---|---|
| Email | payables@stillmeadowholdings.com |

Payment received for ▮▮▮▮▮▮
TX ID: [_eb0be3682ba..._]
8/23/19 3:37 PM

Invoice created
8/23/19 3:28 PM

**RM 00003**