

# Thread
#wallofshame


then, he's always been a clown


**CSW** May 11th, 2021
where he states how hydrogen cannot be used for heating, he should look at the fact that hydrogen used to be used in Britain before they moved to natural gas


**CSW** May 11th, 2021
hydrogen was used as a heading and fuel source ninety years ago


**CSW** May 11th, 2021
the difficulty was producing hydrogen not using it


**CSW** May 11th, 2021
maybe he should study a little bit of history


**CSW** May 11th, 2021
Next,  soon as you use your Tesla with air-conditioning and accessories  it dies

 


**CSW** May 11th, 2021
I own an electric car


**CSW** May 11th, 2021
give me anything other than electric it's the biggest bit of shit bullshit propaganda ever

