UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-cv-80176-Bloom/Reinhart

IRA KLEIMAN AND
W&K INFO DEFENSE RESEARCH, LLC.,

                          Plaintiffs,

 vs.

CRAIG WRIGHT,

                          Defendant.
_____/

## ORDER TO SHOW CAUSE

Currently before me is W&K's Expedited Motion for Sanctions, which seeks to hold Dr. Wright in contempt for failing to provide complete answers on his Debtor Fact Sheet (Form 1.977 under the Florida Rules of Civil Procedure).  W&K filed a redacted version of the motion on the docket (ECF No. 963), as well as an unredacted version under seal (ECF No. 966).  W&K's Motion to Seal stated that Dr. Wright designated his answers on Form 1.977 as "attorneys' eyes only" and confidential under the Stipulated Confidentiality Order.  ECF No. 962.

The Stipulated Confidentiality Order states:

8. "Highly Confidential—Attorneys' Eyes Only" Designation. A Party or non-party responding to a subpoena may designate as "Highly Confidential—Attorneys' Eyes Only" any document or portion of a document and any other thing, material, testimony or other information, that includes (1) trade secrets or (2) highly sensitive non-public commercial financial information or highly sensitive private corporate information relating to any current business in which a Party has an interest and which it reasonably and in good faith believes that disclosure to persons other than those specified herein in paragraph 14 could reasonably be expected to result in injury to that Party or non-party.

ECF No. 105-1.

It is hereby **ORDERED** that on or before **5:00 p.m. on April 25, 2023**, Dr. Wright shall show cause why the Attorneys' Eyes Only designation for his Form 1.977 should not be stricken and the document at ECF No. 966 unsealed.

**DONE AND ORDERED** in Chambers this 20th day of April 2023, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE