UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                            Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT.
_____/

## CRAIG WRIGHT'S SUPPLEMENTAL OPPOSITION TO ORDER TO SHOW CAUSE

Craig Wright submits this supplemental memorandum of law in further opposition to the motion for an order to show cause, filed by Freedman Normand and Freidland LLP f/k/a Roche Freedman ("Roche Freedman") and Boies Schiller Flexner LLP ("Boies Schiller") (together, the "law firms"), purportedly on behalf of W&K Info Defense Research LLC ("W&K") [DE 963.] Specifically, Dr. Wright supplements his response to state why the Attorneys' Eyes Only Designation on the Form 1.977 should not be stricken and the Form 1.977 [DE 963-1] should not be unsealed.[1]

## SUPPLEMENTAL RESPONSE

It is crucial that the Attorney's Only Designation of the Form 1.977 remain in place because, simply put, Roche Freedman cannot be trusted not to share the information improperly with persons other than Ira Kleiman.

The Stipulated Confidentiality Order entered in this case enables parties to designate as "Attorneys' Eyes Only" "highly sensitive non-public commercial financial information or highly

---

[1] Dr. Wright timely filed his response to the order to show cause before 5:00 p.m. on April 25, 2023, but inadvertently omitted this argument from the filing. [DE 968.] He has moved with alacrity to correct it, and respectfully requests it be considered by the Court.

1

sensitive private corporate information relating to any current business in which a Party has an interest and which it reasonably and in good faith believes that disclosure to persons other than those specified herein in paragraph 14 could reasonably be expected to result in injury to that Party or non-party." DE 105-1. Dr. Wright reasonably believes that, if Roche Freedman is permitted to share his private financial information outside of the law firm, it could result in the disclosure of that information to non-parties.

*First*, in the videos published by CryptoLeaks in August 2022, Kyle Roche admitted that Roche Freedman has shared with Ava Labs, then one of its largest clients in which several Roche Freedman partners held financial interests, the discovery obtained in the Firm's litigation against Ava's competitors.[2] Roche specifically named Dr. Wright as not just one of those competitors, but as one of Emir Gün's "arch nemeses." *Id*. Though Roche Freedman has represented that it no longer represents Ava Labs, several of its partners still retain a financial interest in the entity. [DE 945-2, at 5-7.] Dr. Wright is therefore justifiably concerned that, if Roche Freedman is permitted to share the Form 1.977 with anyone, it may very well share it with many others, including at least individuals at Ava Labs, in which it retains a financial interest.

*Second*, this case has been widely publicized and is closely monitored by the press. Every time the parties file papers or appear before the Court, comments immediately appear on Slack, Twitter, and other social media sites. And every time this Court issues an order, that, too, ends up quoted on social media. Given all the publicity, permitting Roche Freedman to share the Form

---

[2] *See* Cryptoleaks, Ava Labs (Avalanche) Attacks Solana & Cons SEC in Evil Conspiracy with Bought Law Firm, Roche Freedman (video 15) (Aug. 26, 2022), https://d33wubrfki0l68.cloudfront.net/54bcd83ef86e546fa4f97c2e481fba064e228c8d/483a3/videos/c3-14-gun-goes-aftercraig-wright.mp4.

1.977 *with anyone* carries far too much risk that Dr. Wright's personal financial information will end up all over the Internet. He has a legitimate interest in preventing that from happening.

*Finally*, there is no prejudice to W&K from the "Attorneys' Eyes Only" designation. That designation does not in any way hamper Roche Freedman from pursuing judgment collection efforts on behalf of W&K. There is no reason why Ira Kleiman *personally* needs access to the confidential information in order to collect the W&K judgment.

## CONCLUSION

For the reasons stated here, the Court should deny W&K's motion for sanctions, decline to hold Dr. Wright in contempt, and refuse to enter a TRO.

Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: abrown@riveromestre.com
Email: ahenry@riveromestre.com
Email: rkuntz@riveromestre.com
Email: receptionist@riveromestre.com
*Counsel for Dr. Craig Wright*

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMY C. BROWN
Admitted *Pro Hac Vice*
ALLISON HENRY
Florida Bar No. 1003008
ROBERT KUNTZ
Florida Bar No. 94668

## CERTIFICATE OF SERVICE

      I certify that on April 26, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

      By: /s/ Andrés Rivero.
      Andrés Rivero