# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 27, 2023

Amy Christine Brown
Rivero Mestre LLP
565 5TH AVE FL 7
NEW YORK, NY 10017

Amanda L. Fernandez
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134



Michael A. Fernandez
Rivero Mestre LLP
565 5TH AVE FL 7
NEW YORK, NY 10017

Allison Henry
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Schneur Kass
4821 NW 65TH ST
LAUDERHILL, FL 33319

Whitney Lohr
Kurzban Kurzban Tetzeli & Pratt, PA
131 MADEIRA AVE
CORAL GABLES, FL 33134

Zaharah R. Markoe
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Amanda McGovern
Rivero Mestre, LLP

2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Jorge Alejandro Mestre
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Andres Rivero
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Alan H. Rolnick
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Appeal Number:  23-11318-B
Case Style:  Ira Kleiman, et al v. Craig Wright
District Court Docket No:  9:18-cv-80176-BB

## CIVIL DOCKETING NOTICE

The above-referenced case has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a Transcript Order Form **OR** file a certificate in this Court stating no transcripts will be ordered. See FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

*If no transcripts are ordered, appellant's brief is due 40 days after **04/24/2023**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
General Information:            404-335-6100    Attorney Admissions: 404-335-6122
New / Before Briefing Cases:    404-335-6135    Capital Cases:       404-335-6200
Cases in Briefing / After Opinion: 404-335-6130  CM/ECF Help Desk:    404-335-6125

Cases Set for Oral Argument:   404-335-6141

CIVIL - Notice of Docketing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,
v.                                         **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT.
_____/

## **NOTICE OF APPEAL**

Notice is given that Dr. Craig Wright appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Denying the Motions to Disqualify. [DE 951.]

    Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: abrown@riveromestre.com
Email: ahenry@riveromestre.com
Email: rkuntz@riveromestre.com
Email: receptionist@riveromestre.com
*Counsel for Dr. Craig Wright*

By: s/ *Andres Rivero*
ANDRES RIVERO
Florida Bar No. 613819
AMY C. BROWN
Admitted *Pro Hac Vice*
ALLISON HENRY
Florida Bar No. 1003008
ROBERT KUNTZ
Florida Bar No. 94668

April 20, 2023

1