UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-80176-BLOOM/REINHART

IRA KLEIMAN and
W&K INFO DEFENSE RESEARCH, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

### NOTICE OF APPEARANCE FOR RIVERO MESTRE LLP

Adam T. Rabin of Rabin Kammerer Johnson, P.A. hereby enters his appearance as counsel for Rivero Mestre LLP. A copy of all future pleadings and correspondence in this matter should be sent to the undersigned counsel.

Counsel also hereby designates the following e-mail addresses for the purpose of service of the above-referenced documents:

| Adam T. Rabin | Primary E-Mail Address: | arabin@rkjlawgroup.com |
| | Secondary E-Mail Address: | e-filing@rkjlawgroup.com |

RABIN KAMMERER JOHNSON, P.A.
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Tel: 561-659-7878

 s/ Adam T. Rabin
Adam T. Rabin
arabin@rkjlawgroup.com
e-filing@rkjlawgroup.com
Fla. Bar No. 985635
*Counsel for Rivero Mestre LLP*

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on May 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of a Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Andres Rivero
arivero@riveromestre.com
Amy C. Brown
abrown@riveromestre.com
Allison Henry
ahenry@riveromestre.com
Robert Kuntz
rkuntz@riveromestre.com
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Ste. 1000
Miami, FL 33134
*Counsel for Dr. Craig Wright*

Andrew S. Brenner
abrenner@bsfllp.com
Boies Schiller Flexner LLP
100 SE 2nd Street, Ste. 2800
Miami, FL 33131
*Counsel to Plaintiffs Ira Kleiman and
W&K Info Defense Research, LLC*

Maxwell V. Pritt
mprit@bsfllp.com
Boies Schiller Flexner LLP
44 Montgomery Street, Floor 41
San Francisco, CA 94104
*Pro Hac Vice*

Velve (Devin) Freedman
vel@fnf.law
Freedman Normand Friedland LLP
1 SE 3rd Aven, Ste. 1240
Miami, FL 33131
*Counsel to Plaintiffs Ira Kleiman and
W&K Info Defense Research, LLC*

Joseph Delich
jdelich@fnf.law
Stephen Lago
slagos@fnf.law
Freedman Normand Friedland LLP
99 Park Avenue, Ste. 1910
New Yew, NY 10016
*Counsel to Plaintiffs Ira Kleiman and
W&K Info Defense Research, LLC*

                                                     /s/ Adam T. Rabin
                                                      Adam T. Rabin