UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-80176-BLOOM/REINHART

IRA KLEIMAN and
W&K INFO DEFENSE RESEARCH, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

### NOTICE OF APPEARANCE FOR RIVERO MESTRE LLP

Christopher W. Kammerer of Rabin Kammerer Johnson, P.A. hereby enters his appearance as counsel for Rivero Mestre LLP. A copy of all future pleadings and correspondence in this matter should be sent to the undersigned counsel.

Counsel also hereby designates the following e-mail addresses for the purpose of service of the above-referenced documents:

Christopher W. Kammerer    Primary E-Mail Address:    ckammerer@rkjlawgroup.com
    Secondary E-Mail Address:    e-filing@rkjlawgroup.com

RABIN KAMMERER JOHNSON, P.A.
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Tel: 561-659-7878

 s/ Christopher W. Kammeer
Christopher W. Kammerer
ckammerer@rkjlawgroup.com
e-filing@rkjlawgroup.com
Fla. Bar No. 0042862
*Counsel for Rivero Mestre LLP*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of a Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Andres Rivero<br>arivero@riveromestre.com<br>Amy C. Brown<br>abrown@riveromestre.com<br>Allison Henry<br>ahenry@riveromestre.com<br>Robert Kuntz<br>rkuntz@riveromestre.com<br>Rivero Mestre LLP<br>2525 Ponce de Leon Blvd., Ste. 1000<br>Miami, FL 33134<br>*Counsel for Dr. Craig Wright*<br><br>Andrew S. Brenner<br>abrenner@bsfllp.com<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Ste. 2800<br>Miami, FL 33131<br>*Counsel to Plaintiffs Ira Kleiman and*<br>*W&K Info Defense Research, LLC* | Maxwell V. Pritt<br>mprit@bsfllp.com<br>Boies Schiller Flexner LLP<br>44 Montgomery Street, Floor 41<br>San Francisco, CA 94104<br>*Pro Hac Vice*<br><br>Velve (Devin) Freedman<br>vel@fnf.law<br>Freedman Normand Friedland LLP<br>1 SE 3rd Aven, Ste. 1240<br>Miami, FL 33131<br>*Counsel to Plaintiffs Ira Kleiman and*<br>*W&K Info Defense Research, LLC*<br><br>Joseph Delich<br>jdelich@fnf.law<br>Stephen Lago<br>slagos@fnf.law<br>Freedman Normand Friedland LLP<br>99 Park Avenue, Ste. 1910<br>New Yew, NY 10016<br>*Counsel to Plaintiffs Ira Kleiman and*<br>*W&K Info Defense Research, LLC* |

                                                    s/ Christopher W. Kammerer<br>                                                    Christopher W. Kammerer