UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-80176-BLOOM/REINHART

IRA KLEIMAN and
W&K INFO DEFENSE RESEARCH, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

**RIVERO MESTRE, LLP'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER ON MOTION FOR SANCTIONS AND ORDER TO SHOW CAUSE**

Rivero Mestre, LLP ("RM"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), moves this Court for an extension of time of six (6) days to file its response to the Court's Order on Motion for Sanctions and Order to Show Cause ("Order to Show Cause") [ECF No. 973], and states as follows:

1. On May 5, 2023, the Court entered the Order to Show Cause, which directed, in part, RM to file a response by May 18, 2023. [ECF No. 973 at p. 11 ¶ 2].

2. On May 8, RM contacted the undersigned attorneys, and the parties conducted an initial call.

3. Between May 9 and 14, RM provided key documents to the undersigned attorneys, and the undersigned attorneys reviewed the case file.

4. On May 15, RM retained the undersigned attorneys' law firm.

5. On May 16, the undersigned attorneys filed respective notices of appearance on behalf of RM. [ECF Nos. 975–77].

6. RM and the undersigned attorneys are aware of the seriousness of the Order to Show Cause and want to ensure that the undersigned attorneys have sufficient time to properly respond on RM's behalf.

7. Under Rule 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ."

8. The undersigned attorneys submit that good cause exists for an extension of time of six (6) days, through May 24, to file a response to the Order to Show Cause, given their recent retention and appearances, and pre-existing professional commitments carrying into next week, including deposition and mediation preparation meetings, depositions, and a mediation.

9. The undersigned counsel has conferred with Plaintiffs' counsel, who agrees to the requested extension of time on the condition that W&K Info Defense Research, LLC ("W&K") receive a corresponding extension of time of six (6) days, through June 7, to respond to RM's response to the Order to Show Cause.

10. Additionally, RM's request for an extension of time will not prejudice any party.

WHEREFORE, RM respectfully requests that the Court:

A. Grant its Motion for Extension of Time to Respond to Order on Motion for Sanctions and Order to Show Cause; and

B. Extend the deadlines to permit RM to file its response to the Order to Show Cause by May 24, 2023, and W&K to file its corresponding response by June 7, 2023.

RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Tel: 561-659-7878

/s Adam T. Rabin
Adam T. Rabin
arabin@rkjlawgroup.com
e-filing@rkjlawgroup.com
Fla. Bar No. 985635
Christopher W. Kammerer
ckammerer@rkjlawgroup.com
Fla. Bar No. 0042862
Havan M. Clark
hclark@rkjlawgroup.com
Fla. Bar No. 1026390
*Counsel for Rivero Mestre, LLP*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he has conferred with counsel for Plaintiffs, and Plaintiffs' counsel does not oppose the relief requested herein.

/s Adam T. Rabin
Adam T. Rabin

3

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of a Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Andres Rivero
arivero@riveromestre.com
Amy C. Brown
abrown@riveromestre.com
Allison Henry
ahenry@riveromestre.com
Robert Kuntz
rkuntz@riveromestre.com
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Ste. 1000
Miami, FL 33134
*Counsel for Dr. Craig Wright*

Andrew S. Brenner
abrenner@bsfllp.com
Boies Schiller Flexner LLP
100 SE 2nd Street, Ste. 2800
Miami, FL 33131
*Counsel to Plaintiffs Ira Kleiman and W&K Info Defense Research, LLC*

Paul Huck
paul@lawsonhuckgonzalez.com
Lawson Huck Gonzalez PLLC
334 Minorca Ave
Coral Gables, FL 33134-4304
*Counsel to W&K Info Defense Research, LLC*

Maxwell V. Pritt
mprit@bsfllp.com
Boies Schiller Flexner LLP
44 Montgomery Street, Floor 41
San Francisco, CA 94104
*Pro Hac Vice*

Velve (Devin) Freedman
vel@fnf.law
Freedman Normand Friedland LLP
1 SE 3rd Aven, Ste. 1240
Miami, FL 33131
*Counsel to Plaintiffs Ira Kleiman and W&K Info Defense Research, LLC*

Joseph Delich
jdelich@fnf.law
Stephen Lago
slagos@fnf.law
Freedman Normand Friedland LLP
99 Park Avenue, Ste. 1910
New Yew, NY 10016
*Counsel to Plaintiffs Ira Kleiman and W&K Info Defense Research, LLC*

      /s/ Adam T. Rabin
      Adam T. Rabin