UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                  Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT.
_____/

## CRAIG WRIGHT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Dr. Wright respectfully requests a brief extension of time to submits his response to the Court's Order to Show Cause (the "Order") [DE 973] why he should not be sanctioned for the designation of Form 1.977 [DE 966-1] as "attorney's eye's only." The Order requires Dr. Wright and Rivero Mestre LLP ("RM") to show cause by May 18, 2023, why the Court should not impose sanctions. [DE 973 at 11.] RM has engaged Rabin Kammerer Johnson LLP ("RKJ") to represent the firm in connection with responding to the Order. Given RKJ's recent appearance and the short time frame for response, RKJ has requested six-day extension of RM's time to respond until May 24, 2023. [DE 978.] Because Dr. Wright must coordinate his response with the response filed by RKJ on behalf of RM, he requests the same extension. Counsel for the plaintiffs does not oppose this request.

## CONCLUSION

For the reasons stated here, the Court should extend Dr. Wright's time to respond to the Order to May 24, 2023.

1

Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: abrown@riveromestre.com
Email: ahenry@riveromestre.com
Email: rkuntz@riveromestre.com
Email: receptionist@riveromestre.com
*Counsel for Dr. Craig Wright*

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMY C. BROWN
Admitted *Pro Hac Vice*
ALLISON HENRY
Florida Bar No. 1003008
ROBERT KUNTZ
Florida Bar No. 94668

## CERTIFICATE OF SERVICE

I certify that on May 16, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Andrés Rivero.
Andrés Rivero