UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                                                         **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT.
_____/

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE

Craig Wright submits this Supplemental Response to the Order to Show Cause dated May 5, 2023. [DE 973.] As set forth in the declarations of Andres Rivero [DE 982-1] and Robert J. Kuntz, Jr. [DE 982-2], the decision to decision to designate the Financial Information Statement ("FIS") as Attorney's Eyes Only ("AEO") was made by Rivero Mestre LLP. Dr. Wright played no part in making the designation.

Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: abrown@riveromestre.com
Email: ahenry@riveromestre.com
Email: rkuntz@riveromestre.com
Email: receptionist@riveromestre.com
*Counsel for Dr. Craig Wright*

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMY C. BROWN
Admitted *Pro Hac Vice*

1

ALLISON HENRY
Florida Bar No. 1003008
ROBERT KUNTZ
Florida Bar No. 94668

**CERTIFICATE OF SERVICE**

      I certify that on May 25, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

      By: /s/ Andrés Rivero.
      Andrés Rivero