# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80176-BLOOM/Reinhart**

IRA KLEIMAN, *et al.*,

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.

_____/

---

**AFFIDAVIT OF RAMONA ANG**

---

I, Ramona Ang of 21 Harebell Hill, Surrey KT11 2RS United Kingdom declare under penalties of perjury under 28 U.S.C 1746 as follows:

1. I am and a Singaporean citizen and a permanent resident of the UK.

2. I am married to Craig Wright.

3. I have been informed that in the above-captioned proceeding Craig has been asked to provide financial information, including information which relates to me and to my children, as well as possibly other legal entities. I do not give access to any information related to legal entities in which I have an interest to my husband. I am not prepared to divulge my confidential financial information to Craig or to the US court.

4. Craig and I keep our finances separate. As far as I am aware, Craig does not know the details of my financial affairs. Insofar as he may have any information about my financial

1

affairs, as a matter of English law, such information is confidential to me and cannot be disclosed without my permission.

5. My children are all over the age of eighteen, the age of majority in England. They are not my husband's children, and he has not adopted them.  As they are adults, they have their own legal rights to confidentiality in relation to financial and other matters.

6. I will not give permission to my husband to access my information and records. To access my files, he would need to do so illegally. Whilst I will do not believe he would attempt to do so, it would be totally unacceptable and illegal. Further, such an action would require accessing my computers without authorisation, which is itself a crime in the UK.

7. Any information Craig may have acquired about my affairs is confidential to me and he cannot disclose it without my permission, which I expressly refuse to give.

8. I declare under penalties of perjury that the above referenced facts are true and correct to the best of my knowledge.

29 May 2023

Ramona Ang