**Subject:** RE: Kleiman v. Wright - Form 1.977
**Date:** Tuesday, April 4, 2023 at 5:04:31 PM Eastern Daylight Time
**From:** Amy Brown
**To:** Velvel Freedman, Andres Rivero
**CC:** Robert Kuntz, Allison Henry, Brandon Cruz, Maxwell Pritt, Andrew Brenner, Samantha Licata, Laselve Harrison, William Dzurilla, Nathalie Bermond, Stephen Zack, Joseph Delich, Stephen Lagos, Meagan Nicholson, Jorge A. Mestre, Alan H. Rolnick

**[EXTERNAL SENDER]**

Yes, that is correct that we will oppose any motion to reduce the designation.

## RIVERO MESTRE

**Amy Brown**
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(O) (305) 445-2500 **|** (D)
(F)
abrown@riveromestre.com
**|** Bio **|** LinkedIn **|** Vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Velvel Freedman <vel@fnf.law>
**Sent:** Tuesday, April 4, 2023 5:01 PM
**To:** Amy Brown <abrown@riveromestre.com>; Andres Rivero <arivero@riveromestre.com>
**Cc:** Robert Kuntz <rkuntz@riveromestre.com>; Allison Henry <ahenry@riveromestre.com>; Brandon Cruz <bcruz@riveromestre.com>; Maxwell Pritt <mpritt@bsfllp.com>; Andrew Brenner <abrenner@bsfllp.com>; Samantha Licata <slicata@bsfllp.com>; Laselve Harrison <lharrison@bsfllp.com>; William Dzurilla <wdzurilla@fnf.law>; Nathalie Bermond <nbermond@fnf.law>; Stephen Zack <szack@bsfllp.com>; Joseph Delich <jdelich@fnf.law>; Stephen Lagos <slagos@fnf.law>; Meagan Nicholson <mnicholson@riveromestre.com>; Jorge A. Mestre <jmestre@riveromestre.com>; Alan H. Rolnick <ARolnick@riveromestre.com>
**Subject:** [EXTERNAL] Re: Kleiman v. Wright - Form 1.977

**This Message originated outside your organization.**

Then I assume you oppose any motion to challenge this designation to reduce the confidentiality to "Confidential"?

Vel (Devin) Freedman
*Partner*

**Freedman Normand Friedland LLP**
1 SE 3rd Ave., Suite 1240
Miami, FL 33131
(t) 305.753.3675
(f) 646.392.8842
(@) vel@fnf.law

**From:** Amy Brown <abrown@riveromestre.com>
**Date:** Tuesday, April 4, 2023 at 5:00 PM
**To:** Velvel Freedman <vel@fnf.law>, Andres Rivero <arivero@riveromestre.com>
**Cc:** Robert Kuntz <rkuntz@riveromestre.com>, Allison Henry <ahenry@riveromestre.com>, Brandon Cruz <bcruz@riveromestre.com>, Maxwell Pritt <mpritt@bsfllp.com>, Andrew Brenner <abrenner@bsfllp.com>, Samantha Licata <slicata@bsfllp.com>, Laselve Harrison <lharrison@bsfllp.com>, William Dzurilla <wdzurilla@fnf.law>, Nathalie Bermond <nbermond@fnf.law>, Stephen Zack <szack@bsfllp.com>, Joseph Delich <jdelich@fnf.law>, Stephen Lagos <slagos@fnf.law>, Meagan Nicholson <mnicholson@riveromestre.com>, Jorge A. Mestre <jmestre@riveromestre.com>, Alan H. Rolnick <ARolnick@riveromestre.com>
**Subject:** RE: Kleiman v. Wright - Form 1.977

**[EXTERNAL SENDER]**

Yes, the order directed us to provide the information to counsel, not Ira Kleiman.

### RIVERO MESTRE

**Amy Brown**
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(O) (305) 445-2500 **|** (D)
(F)
abrown@riveromestre.com
**|** Bio **|** LinkedIn **|** Vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Velvel Freedman <vel@fnf.law>

**Sent:** Tuesday, April 4, 2023 4:59 PM
**To:** Amy Brown <abrown@riveromestre.com>; Andres Rivero <arivero@riveromestre.com>
**Cc:** Robert Kuntz <rkuntz@riveromestre.com>; Allison Henry <ahenry@riveromestre.com>; Brandon Cruz <bcruz@riveromestre.com>; Maxwell Pritt <mpritt@bsfllp.com>; Andrew Brenner <abrenner@bsfllp.com>; Samantha Licata <slicata@bsfllp.com>; Laselve Harrison <lharrison@bsfllp.com>; William Dzurilla <wdzurilla@fnf.law>; Nathalie Bermond <nbermond@fnf.law>; Stephen Zack <szack@bsfllp.com>; Joseph Delich <jdelich@fnf.law>; Stephen Lagos <slagos@fnf.law>; Meagan Nicholson <mnicholson@riveromestre.com>; Jorge A. Mestre <jmestre@riveromestre.com>; Alan H. Rolnick <ARolnick@riveromestre.com>
**Subject:** [EXTERNAL] Re: Kleiman v. Wright - Form 1.977

This Message originated outside your organization.

Amy,

As a threshold matter, do you contend your AEO designation forbids Ira Kleiman from reviewing these papers?

-Vel

Vel (Devin) Freedman
*Partner*
**Freedman Normand Friedland LLP**
1 SE 3rd Ave., Suite 1240
Miami, FL 33131
(t) 305.753.3675
(f) 646.392.8842
(@) vel@fnf.law


**From:** Amy Brown <abrown@riveromestre.com>
**Date:** Tuesday, April 4, 2023 at 4:52 PM
**To:** Velvel Freedman <vel@fnf.law>, Andres Rivero <arivero@riveromestre.com>
**Cc:** Robert Kuntz <rkuntz@riveromestre.com>, Allison Henry <ahenry@riveromestre.com>, Brandon Cruz <bcruz@riveromestre.com>, Maxwell Pritt <mpritt@bsfllp.com>, Andrew Brenner <abrenner@bsfllp.com>, Samantha Licata <slicata@bsfllp.com>, Laselve Harrison <lharrison@bsfllp.com>, William Dzurilla <wdzurilla@fnf.law>, Nathalie Bermond <nbermond@fnf.law>, Stephen Zack <szack@bsfllp.com>, Joseph Delich <jdelich@fnf.law>, Stephen Lagos <slagos@fnf.law>, Meagan Nicholson <mnicholson@riveromestre.com>, Jorge A. Mestre <jmestre@riveromestre.com>, Alan H. Rolnick <ARolnick@riveromestre.com>
**Subject:** RE: Kleiman v. Wright - Form 1.977

**[EXTERNAL SENDER]**

Counsel- Please see the attached. Thanks.

Amy

### RIVERO MESTRE

**Amy Brown**
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(O) (305) 445-2500 **|** (D)
(F)
abrown@riveromestre.com
 **|** Bio **|** LinkedIn **|** Vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

**From:** Velvel Freedman <vel@fnf.law>
**Sent:** Monday, April 3, 2023 10:04 AM
**To:** Andres Rivero <arivero@riveromestre.com>
**Cc:** Robert Kuntz <rkuntz@riveromestre.com>; Allison Henry <ahenry@riveromestre.com>; Brandon Cruz <bcruz@riveromestre.com>; Maxwell Pritt <mpritt@bsfllp.com>; Andrew Brenner <abrenner@bsfllp.com>; Samantha Licata <slicata@bsfllp.com>; Laselve Harrison <lharrison@bsfllp.com>; William Dzurilla <wdzurilla@fnf.law>; Nathalie Bermond <nbermond@fnf.law>; Stephen Zack <szack@bsfllp.com>; Joseph Delich <jdelich@fnf.law>; Stephen Lagos <slagos@fnf.law>; Amy Brown <abrown@riveromestre.com>
**Subject:** [EXTERNAL] Kleiman v. Wright - Form 1.977

 **This Message originated outside your organization.**

---

Andres,

When your client sends the Form 1.977 today, please make sure to cc everyone on this email chain. Failure to timely send the properly filled out form will result in an immediate motion to hold Dr. Wright in contempt, per the Court's Order at DE 953.

Be well,
-Vel

Vel (Devin) Freedman
*Partner*

**Freedman Normand Friedland LLP**

1 SE 3rd Ave., Suite 1240
Miami, FL 33131
(t) 305.753.3675
(f) 646.392.8842
(@) vel@fnf.law

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.