RAMONA WATTS - CONFIDENTIAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:18-cv-80176-BB/BR

---

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

Plaintiffs,.

v.

CRAIG WRIGHT

Defendant.

---

DEPOSITION OF RAMONA WATTS

On

Thursday March 19, 2020

At the offices of:

SCA Ontier
Halton House,
20-23 Holborn,
London EC1N 2JD,
United Kingdom

Taken by:
AMY COLEY, Court Reporter



RAMONA WATTS - CONFIDENTIAL

Q. Okay ----

A. I don't know if it was dealing with trust, as in me trusting him, or trusts as in -- I do not recall.

Q. That is not really -- let us stick to the document for a second. It is not talking about your trust in him. It says: "Let me get this straight, you have a secret trust, a trust Dave knows of, a trust for gambling, or as you say gaming, and a trust for software." We are actually talking about trusts, not the word like "I trust you dear"; correct?

A. Perhaps, I do not remember. I do not remember. This is eight years ago.

Q. Okay. I am going to assume for the purpose of my question that this e-mail is written in 2012. I know that you cannot confirm that, but I am going to assume it for the purpose of my question, okay?

A. Sure.

Q. In 2012 you are not married to Dr. Wright; correct?

A. No.

Q. You are the trustee for the trust



that has been set up for the benefit of he and his entire family -- he and his family; correct?

A. That is correct.

Q. That trustee is holding all of the Bitcoin that was mined by Information Defence and held by Wright International; correct?

A. That is correct.

Q. That trust is also holding whatever Bitcoin had been purchased as of that point and not stamped by Tulip Trading; correct?

A. That is correct.

Q. You agree with me at that point that trust holds hundreds of thousands, if not a million Bitcoin?

A. I don't know how much was in it at that time.

Q. You agree with me that regardless of how much Bitcoin was being held, in those companies, the shares of which were being held by the trust, you agree with me that you were having frustration with Craig over financial issues within your household?

A. Yes.

MR. BRENNER: Do you want to take



Q. Now, the Tulip Trust, if we to look at the 2017 document, the Tulip Trust holds either directly or indirectly all of the assets that your family has; correct?

A. So, what was the question, the Tulip Trust holds?

Q. Yes, either directly through shares in other companies -- or indirectly through shares and companies, or directly holds all of the assets that your family has; correct?

A. No, that is not correct at all. I have other assets, I have my own savings.

Q. Okay, other than your own savings, all of the assets, whether it be in through prior trust, any asset your husband has, is all held directly or indirectly through the Tulip Trust; correct?

A. I believe so, yes. I think what he had told me was that the mined Bitcoin was actually in a previous trust that he had called Craig Wright R&D.

Q. That mined Bitcoin ultimately got into Wright International Investments; correct?

A. Yes. I am not sure how the



RAMONA WATTS - CONFIDENTIAL

A. No, I do not know. Actually I really don't know.

Q. Then the last thing says, "All trust and assets ever owned by Craig Wright until the formation of this trust".

A. Yes.

Q. My other point, where we got onto this, the trust is it holds -- to take your counsel's point, it may not own the pen that is on your living room counter, but other than your personal assets, it owns all of the family's assets; correct?

A. Well, so the trust owns shares in two -- in all these companies really, so it is one, two -- three companies currently.

Q. Well, it is three companies, plus all other assets ever owned by your husband; right?

A. That is what it would say, yes. So the trust owns shares in those companies though, yes.

Q. My point is, how is Denis Mayaka -- why is Denis Mayaka trusted to be what you call the co-trustee for all of the assets for your



A. Yes.

Q. You have not directed anything relating to Wright International Investments, is that what you are telling me?

A. Yes, nothing for Wright International, but for Tulip Trading, yes.

Q. Is it your testimony, as you are here today, that you do not know how much Bitcoin is in Wright International Investments?

A. I don't know the exact amount, no I don't.

Q. Since it is being held for the benefit you and your family, can you give me any estimate whatsoever of the amount?

A. I don't. It is in the hundreds of thousands I believe. I don't know.

Q. Hundreds of thousands of Bitcoin?

A. I believe so.

Q. So let's go more to this Andrew O'Hagan topic. If you could go to tab -- I think it is 3, although I think there is transcription error on my index. Look at number 3 if you would please. Counsel, you have your own copy?

MR. SAOUL: Yes.