UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80176-BB/BR

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

**RIVERO MESTRE LLP'S UNOPPOSED MOTION
FOR SETTLEMENT CONFERENCE REFERRAL**

Rivero Mestre LLP ("RM") files this motion to refer the parties to a settlement conference before a U.S. Magistrate Judge, and states as follows:

1. On June 27, 2023, the parties appeared before Magistrate Judge Reinhart at a telephonic status conference to discuss the pending Order to Show Cause issued to RM on May 5, 2023 (the "May 5 OSC"). [DE 973.] As the Court is aware, the May 5 OSC concerns whether RM should be sanctioned under 28 U.S.C. § 1927 for designating a document as "Attorney's Eyes Only" ("AEO") under the terms of the Confidentiality Order.

2. At the June 27 conference, Judge Reinhart inquired as to whether the parties would be open to negotiating a resolution of the potential sanctions against RM resulting from the AEO designation.

3. RM believes that the presence of a U.S. Magistrate Judge will greatly assist RM and Plaintiffs in attempting to resolve any reasonable fees and costs incurred relating to the AEO issue.

1

WHEREFORE RM asks this Court to grant this Motion and refer this matter to a U.S. Magistrate Judge for a settlement conference.

Dated: June 30, 2023

RABIN KAMMERER JOHNSON
1601 Forum Place, #201
West Palm Beach, FL 33401

By: /s   Adam T. Rabin
Adam T. Rabin
Florida Bar 985635
Christopher Kammerer
Florida Bar 42862
Havan M. Clark
Florida Bar 1026390
arabin@rkjlawgroup.com
ckammerer@rkjlawgroup.com
hclark@rkjlawgroup.com

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(A)(3), undersigned counsel certifies that he has conferred with counsel Andrew Brenner, who on behalf of Plaintiffs, has represented that they do not oppose the requested relief.

/s Adam T. Rabin
Adam T. Rabin

**CERTIFICATE OF SERVICE**

I certify that on June 30, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

/s Adam T. Rabin
Adam T. Rabin