UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB |

## NOTICE OF WITHDRAWAL OF COUNSEL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Constantine P. Economides, Esq. hereby notifies the Court and all parties that Mr. Economides is no longer with the firm Freedman Normand Friedland LLP and involved in this matter and is therefore withdrawing as counsel of record.

**NOTICE IS FURTHER GIVEN THAT** no further papers, pleadings, motions, correspondence, communications, regarding the above-caption action, should be served on Constantine Economides. Any and all future CM/ECF notifications should remain directed towards the attorneys of record for Plaintiffs.

Dated: July 12, 2023                                   Respectfully submitted,

                                                        */s/ Constantine P. Economides*
                                                        Constantine P. Economides

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            */s/ Constantine P. Economides*
                                            Constantine P. Economides