UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.:  9:18-cv-80176-BB |

**PLAINTIFF W&K'S SUPPLEMENT TO MOTION FOR JUDICIAL NOTICE**

Plaintiff W&K Info Defense Research, LLC's ("W&K") hereby files this supplement to its Motion for Judicial Notice (ECF No. [1002]) moving this Court to take judicial notice of an additional document for potential use at the July 26, 2023 Evidentiary Hearing on Defendant Judgment Debtor, Craig Wright's ("Wright"), non-compliance with Judge Bloom's compulsion order.  ECF Nos. [973], [997].  The following document is attached hereto as Exhibit 1.

1. April 29, 2021 First Witness Statement of Dr Craig Steven Wright, in the High Court of Justice, Business and Property Courts of England and Wales, Business List, in the case styled *Tulip Trading Limited and Bitcoin Association for BSV, et al.*, Claim No. BL-2021-000313.

The above document was filed as Exhibit 5 to W&K's April 20, 2023 Motion for Sanctions and Order to Show Cause in the instant case.  ECF No. [963-5].  Wright did not dispute its authenticity in his Response and indeed, acknowledged he filed the document himself and that it contained his own statements.  ECF No. [968] at 5 ("…other 'evidence' relied on by the law firms consists of two witness statements filed by Dr. Wright in an English court in which Dr. Wright

stated that he was the 'beneficial owner' of Tulip Trading Ltd…"). This document is relevant to the extent set forth in W&K's Motion for Judicial Notice (ECF No. [1002]). *See e.g.*, Ex. 1 at 15, ¶ 51.

WHEREFORE, for the reasons described herein, and for the reasons set forth in W&K's Motion (ECF No. [1002]), W&K respectfully requests this Court also take judicial notice of Exhibit 1, should W&K seek same at the Evidentiary Hearing on Defendant Judgment Debtor Wright's non-compliance with Judge Bloom's compulsion order, set for July 26, 2023. ECF Nos. [973], [997].

Dated: July 13, 2023

Respectfully submitted,

By: */s/ Andrew S. Brenner*
ANDREW S. BRENNER
Florida Bar No. 978663
STEPHEN N. ZACK
Florida Bar No. 145215
SAMANTHA LICATA
Florida Bar No. 1024237
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile:  (305) 539-1307
szack@bsfllp.com
abrenner@bsfllp.com
slicata@bsfllp.com

MAXWELL V. PRITT
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6869
Facsimile:  (415) 293-6869
mpritt@bsfllp.com

VELVEL DEVIN FREEDMAN
**FREEDMAN NORMAND FRIEDLAND LLP**

One Southeast Third Avenue
Suite 1240
Miami, Florida 33131
Telephone: (786) 924-2900

JOSEPH DELICH
STEPHEN LAGOS
**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue, Suite 1910
New York, New York 10016

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Counsel for Plaintiff attempted to obtain Defendant's position prior to filing this motion. Counsel for Defendant acknowledged receipt of that request but stated that they wanted to look into the issue and would respond as soon as they were able to. Because the hearing which this motion relates to is set for July 26th, Plaintiff is filing the motion now to ensure that Defendant has an adequate opportunity to respond.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Andrew S. Brenner*
Andrew S. Brenner, Esq.
