UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>  *Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>  *Defendant.* | CASE NO.:  9:18-cv-80176-BB/BR |

## NOTICE OF FILING TESTIMONY

In advance of the evidentiary hearing set for July 26, 2023 [D.E. 997], Dr. Wright provides notice of filing the previous trial testimony of Dr. Ami Klin. Dr. Wright attaches that testimony as Exhibits A and B to this notice.

Date: July 24, 2023.

                  Respectfully submitted,

                  RIVERO MESTRE LLP
                  2525 Ponce de Leon Boulevard,
                  Suite 1000
                  Miami, Florida 33134
                  Telephone: (305) 445-2500
                  Fax: (305) 445-2505
                  Email: arivero@riveromestre.com

                  Email: receptionist@riveromestre.com

                  By: s/ Andres Rivero
                  ANDRES RIVERO
                  Florida Bar No. 613819

                  *Counsel for Dr. Craig S. Wright*

## **CERTIFICATE OF SERVICE**

      I CERTIFY that on July 24, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            */s/* Andres Rivero