UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-80176-BLOOM/REINHART

IRA KLEIMAN and
W&K INFO DEFENSE RESEARCH, LLC,

      Plaintiffs,

vs.

CRAIG WRIGHT,

      Defendant.      /

## NOTICE OF APPEARANCE OF COUNSEL

NOTICE IS HEREBY GIVEN that Leonard S. Feuer, Esq. of Leonard Feuer, P.A., hereby enters his appearance as counsel on behalf of Defendant Craig Wright.

Counsel also hereby designates the following e-mail addresses for the purpose of service of the above-referenced documents:

    Primary E-Mail Address:    lfeuer@feuerlawfirm.com
    Secondary E-Mail Address:    info@feuerlawfirm.com

Date: July 24, 2023

        Respectfully submitted,

        Leonard Feuer, P.A.
        500 S. Australian Avenue, Suite 500
        West Palm Beach, FL 33401
        Telephone:    (561) 659-1360

          /s/ Leonard S. Feuer
        LEONARD FEUER, ESQ.
        E-mail: *lfeuer@feuerlawfirm.com*
        Florida Bar No.: 501751

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

                                             _____s/ Leonard S. Feuer_____
                                             Leonard S. Feuer, Esq.