**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                            **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

## DR. CRAIG WRIGHT'S MOTION TO FILE UNDER SEAL

Today, Dr. Craig Wright served a supplemental fact information sheet and additional documents on opposing counsel (the "Supplemental Materials"). Dr. Wright intends to file a notice of filing with the Court, attaching the Supplemental Materials. In advance of that filing, Dr. Wright respectfully requests that the Court permit him to file the Supplemental Materials under seal, in accordance with Local Rule 5.4(b), and paragraphs 3(e) and 11 of the Stipulated Confidentiality Order [DE 105].

The Supplemental Material includes information that is confidential personal financial information under the Stipulated Confidentiality Order. Specifically, the supplemental fact sheet lists Dr. Wright's UK driver's license number and Dr. Wright's wife's birthdate. The rider to that document contains vehicle registration numbers and real estate information. The additional documents also include account statements for an American Express account, tax returns that include financial information and a unique taxpayer number, and a letter from Lloyd's bank.[1]

---

[1] Notably, this is the type of material that the Court found could be considered confidential. *See* DE 973 (finding a document was not confidential because it did not "identify any bank accounts, vehicles, real property, or other assets. It does not identify his spouse's address, birthdate, other identifiers, or assets.").

"The Eleventh Circuit [has] ruled that a party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information." *Sec. Networks, LLC v. Vision Sec., LLC*, 2014 WL 12538975, at *1 (S.D. Fla. 2014). "Personal financial information, such as one's income or bank account balance, is *universally presumed to be private*, not public." *In re Boston Herald, Inc.*, 321 F.3d 174, 190 (1st Cir. 2003) (emphasis added). Recognizing litigants' overarching privacy interest in their personal financial information, district courts routinely allow sealed filing of documents containing sensitive financial information, such as bank statements, bank accounts, and credit card numbers, because the balancing of public and private interests favors keeping such personal information confidential. *See, e.g., Affiliati Network, Inc. v. Wanamaker*, 2017 WL 8784849, at *1 (S.D. Fla. 2017) (ordering defendant's bank statements to be kept under seal because those documents contained confidential information); *Local Access, LLC v. Peerless Network, Inc.*, 2015 WL 7351444, at *1 (M.D. Fla. 2015) ("A party's interest in the privacy of its financial records and the terms of confidential agreements oftentimes outweighs the public's right of access.").

Similarly, courts permit parties to seal "personally identifying information," such as birthdates and addresses. *Alegre v. United States*, 2021 WL 4934982, at *3 (S.D. Cal. 2021) (granting motion to seal "private and sensitive information, including names, dates of birth, and addresses"); *Benedict v. Hewlett-Packard Co.*, 2014 WL 233827, at *3 (N.D. Cal. 2014) (granting motion to seal personal information, including a home address, phone number, and email address). And CM/ECF Administrative Procedures, Section 6, *prohibits* parties from filing personally identifying information, absent redaction.

For the good reasons above, Dr. Wright respectfully requests that the Court allow him to file the notice of filing and Supplemental Materials under seal.

## S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright reached out this evening to opposing counsel regarding the relief sought. Opposing counsel responded that they didn't have adequate time to meet and confer prior to Dr. Wright filing the motion.

Dated July 24, 2023                             Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
SCHNEUR KASS
Florida Bar No. 100554

## CERTIFICATE OF SERVICE

I certify that on July 24, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819