**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of the estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC

plaintiffs,

v. **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

defendant.
_______________________________________/

**DR. CRAIG WRIGHT'S MOTION TO FILE UNDER SEAL**

Yesterday, Dr. Craig Wright served a supplemental fact information sheet and additional documents on opposing counsel (the "Supplemental Materials") and asked the Court to be permitted to file the documents under seal. D.E. 1014. The Court granted that motion [D.E 1015] and Dr. Wright filed those documents under seal today. D.E. 1016.

Also today, Dr. Wright served an additional two documents on opposing counsel (the "Additional Supplemental Materials"), and Dr. Wright intends to file a notice of filing the documents with the Court, attaching the Additional Supplemental Materials. In advance of that filing, Dr. Wright respectfully requests that the Court permit him to file the Additional Supplemental Materials under seal, in accordance with Local Rule 5.4(b) and paragraphs 3(e) and 11 of the Stipulated Confidentiality Order [DE 105].

The Additional Supplemental Materials includes information that is confidential personal financial information under the Stipulated Confidentiality Order. Specifically, those documents are

lease agreements for Dr. Wright and his wife, which include financial terms of the lease, the address of Dr. Wright and his wife, and the address of the landlord.[1]

"The Eleventh Circuit [has] ruled that a party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information." *Sec. Networks, LLC v. Vision Sec., LLC*, 2014 WL 12538975, at *1 (S.D. Fla. 2014). "Personal financial information, such as one's income or bank account balance, is *universally presumed to be private*, not public." *In re Boston Herald, Inc.*, 321 F.3d 174, 190 (1st Cir. 2003) (emphasis added). Recognizing litigants' overarching privacy interest in their personal financial information, district courts routinely allow sealed filing of documents containing sensitive financial information, such as bank statements, bank accounts, and credit card numbers, because the balancing of public and private interests favors keeping such personal information confidential. *See, e.g.*, *Affiliati Network, Inc. v. Wanamaker*, 2017 WL 8784849, at *1 (S.D. Fla. 2017) (ordering defendant's bank statements to be kept under seal because those documents contained confidential information); *Local Access, LLC v. Peerless Network, Inc.*, 2015 WL 7351444, at *1 (M.D. Fla. 2015) ("A party's interest in the privacy of its financial records and the terms of confidential agreements oftentimes outweighs the public's right of access.").

Similarly, courts permit parties to seal "personally identifying information," such as birthdates and addresses. *Alegre v. United States*, 2021 WL 4934982, at *3 (S.D. Cal. 2021) (granting motion to seal "private and sensitive information, including names, dates of birth, and addresses."); *Benedict v. Hewlett-Packard Co.*, 2014 WL 233827, at *3 (N.D. Cal. 2014) (granting

---

[1] Notably, this is the type of material that the Court found could be considered confidential. *See* DE 973 (finding a document was not confidential because it did not "identify any bank accounts, vehicles, real property, or other assets. It does not identify his spouse's address, birthdate, other identifiers, or assets.").

motion to seal personal information, including a home address, phone number, and email address). And CM/ECF Administrative Procedures, Section 6, *prohibits* parties from filing personally identifying information, absent redaction.

For the good reasons above, Dr. Wright respectfully requests that the Court allow him to file the notice of filing and Additional Supplemental Materials under seal.

**S.D. FLA. L.R. 7.1 CERTIFICATION**

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright reached out to opposing counsel this afternoon regarding the relief sought. Opposing counsel didn't respond by the time Dr. Wright filed this motion.

Dated July 25, 2023

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
SCHNEUR KASS
Florida Bar No. 100554

**CERTIFICATE OF SERVICE**

I certify that on July 25, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Andres Rivero________
ANDRES RIVERO
Florida Bar No. 613819