**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                        **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

**[PROPOSED] ORDER**
**GRANTING DR. CRAIG WRIGHT'S MOTION TO FILE UNDER SEAL**

THIS CAUSE is before the Court on Dr. Wright's Motion to File Under Seal. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. Dr. Wright may file the notice of filing and Additional Supplemental Materials under seal and those materials shall remain sealed until further notice by the Court.   DONE AND ORDERED in chambers on this ___ day of July, 2023.

_____
Judge Bruce Reinhart
United States Magistrate Judge

Copies furnished: All counsel of record