UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-80176-Bloom/Reinhart

IRA KLEIMAN AND
W&K INFO DEFENSE RESEARCH, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

## ORDER

On July 26, 2023, I held an evidentiary hearing on an Order to Show Cause I issued (ECF No. 973) in response to Plaintiff's motion seeking contempt sanctions for improprieties related to Defendant's Debtor Fact Information Form 1.977 ("the Form"). ECF Nos. 963, 966. At the beginning of the hearing, counsel informed the Court that a settlement in principle had been reached regarding defense counsel's designation of the Form as Attorney's Eyes Only. Counsel request entry of a Court order confirming their settlement. Any motion to adopt a proposed order shall be filed by **August 9, 2023.**

At the hearing I denied Plaintiff's Motion to Take Judicial Notice of sworn witness statements Dr. Wright gave in prior foreign court proceedings. ECF No. 1002. I found that the statements were properly authenticated by Plaintiff and were admissible as statements of a party opponent.

To the extent Defendant seeks to seal, in full, documents attached to his amended Form (ECF Nos. 1014, 1018), that request is denied. Defendant introduced the documents into evidence at the hearing, and therefore, they must be included in the public record. *See Brown v. Advantage Eng'g, Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992) (Judicial records are presumed to be public documents because "[o]nce a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case."). Counsel shall confer regarding redacting the materials and file the agreed-upon redacted documents by **August 9, 2023.** If counsel cannot agree upon the redactions, they shall submit their proposed redactions to the Court for resolution.

Counsel shall have until **August 7, 2023** to file any supplements to the evidentiary record. Any responses to supplementary filings are due by **August 16, 2023.**

**DONE AND ORDERED** in Chambers this 27th day of July, 2023, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE