# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 28, 2023

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810



FILED BY JE D.C.

Jul 28, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 23-11318-B
Case Style: Ira Kleiman, et al v. Craig Wright
District Court Docket No: 9:18-cv-80176-BB

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11318

_____

IRA KLEIMAN,
as the Personal Representative of the Estate
of David Kleiman,
W&K INFO DEFENSE RESEARCH, LLC,

                                             Plaintiffs-Appellees,

*versus*

CRAIG WRIGHT,

                                             Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:18-cv-80176-BB

_____

2                                                                        23-11318

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 29, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: July 28, 2023

[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11318

Non-Argument Calendar

_____

IRA KLEIMAN,
as the Personal Representative of the Estate
of David Kleiman,
W&K INFO DEFENSE RESEARCH, LLC,

                              Plaintiffs-Appellees,

*versus*

CRAIG WRIGHT,

                              Defendant-Appellant.

_____

Case 9:18-cv-80176-BB   Document 1023   Entered on FLSD Docket 07/31/2023   Page 5 of 7
USCA11 Case: 23-11318   Document: 28-1   Date Filed: 06/29/2023   Page: 2 of 2

2     Opinion of the Court     23-11318

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:18-cv-80176-BB

_____

Before JORDAN, JILL PRYOR and GRANT, Circuit Judges.

PER CURIAM:

      This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.

      Craig Wright appeals a magistrate judge's order denying his post-judgment motions to disqualify counsel for plaintiffs. However, Wright did not appeal the magistrate judge's order to the district court, and the district court did not render it final. *See* 28 U.S.C. § 636(b); *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982) (explaining that when a magistrate judge is proceeding under the supervision of a district court, under 28 U.S.C. § 636(b), its actions "are not final orders and may not be appealed until rendered final by a district court"); *United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009) (explaining that a party must first appeal a magistrate judge's order to the district court, and the court of appeals is without jurisdiction to hear appeals directly from magistrate judges, even in an appeal from the final judgment).

      No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 29, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 23-11318-B
Case Style: Ira Kleiman, et al v. Craig Wright
District Court Docket No: 9:18-cv-80176-BB

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website. Enclosed is a copy of the court's decision filed today in this appeal. Judgment has this day been entered pursuant to FRAP 36. The court's mandate will issue at a later date in accordance with FRAP 41(b).

The time for filing a petition for rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing or for rehearing en banc is timely only if received in the clerk's office within the time specified in the rules. Costs are governed by FRAP 39 and 11th Cir.R. 39-1. The timing, format, and content of a motion for attorney's fees and an objection thereto is governed by 11th Cir. R. 39-2 and 39-3.

Please note that a petition for rehearing en banc must include in the Certificate of Interested Persons a complete list of all persons and entities listed on all certificates previously filed by any party in the appeal. See 11th Cir. R. 26.1-1. In addition, a copy of the opinion sought to be reheard must be included in any petition for rehearing or petition for rehearing en banc. See 11th Cir. R. 35-5(k) and 40-1 .

Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation for time spent on the appeal no later than 60 days after either issuance of mandate or filing with the U.S. Supreme Court of a petition for writ of certiorari (whichever is later) via the eVoucher system. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Pursuant to Fed.R.App.P. 39, costs taxed against appellant.

Please use the most recent version of the Bill of Costs form available on the court's website at www.ca11.uscourts.gov.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1A Issuance of Opinion With Costs