```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                      WEST PALM BEACH DIVISION

 3                    CASE NO. 18-CV-80176-BLOOM

 4


 5       IRA KLEIMAN, as the personal  .
         representative of the Estate  .
 6       of David Kleiman, and W&K     .
         Info Defense Research, LLC,   .
 7                                     .    West Palm Beach, FL
         Plaintiffs,                   .    July 26, 2023
 8
                 vs.                   .
 9                                     .

10       CRAIG WRIGHT,                 .

11       Defendant.                    .

12                         EVIDENTIARY HEARING

13             BEFORE THE HONORABLE BRUCE REINHART
                   UNITED STATES MAGISTRATE JUDGE
14
         APPEARANCES:
15       FOR THE PLAINTIFFS:    DERIN FREEDMAN, ESQ.
                                Roche Freedman, LLP
16                              1 SE 3rd Avenue
                                Suite 1240
17                              Miami, FL 33131
                                305-357-8414
18
                                ANDREW S. BRENNER, ESQ.
19                              Boies Schiller & Flexner
                                100 SE 2nd Street
20                              Suite 2800
                                Miami, FL 33131
21                              305-357-8414

22       FOR THE DEFENDANT:     ANDRES RIVERO, ESQ.
                                SCHNEUR Z. KASS, ESQ.
23                              Rivero Mestre LLP
                                2525 Ponce de Leon Boulevard
24                              Suite 1000
                                Coral Gables, FL 33134
25                              305-445-2500
```

**Pauline A. Stipes, Official Federal Reporter**

**ADAM RABIN, ESQ.**
Rabin Kammerer Johnson P.A.
1601 Forum Place
Suite 201
West Palm Beach, FL 33401
**561-659-7878**

**LEONARD S. FEUER, ESQ.**
Leonard Feuer, P.A.
**500 S. Australian Avenue**
**Suite 500**
**West Palm Beach, FL 33401**
**561-659-1360**

**Official Court Reporter:     Pauline A. Stipes**
HON. ROBIN L. ROSENBERG
West Palm Beach/Ft. Pierce, FL
561-803-3434

**Pauline A. Stipes, Official Federal Reporter**

```
 1              THE COURT:  Good morning, everybody.  This is
 2   18-80176, W&K Info Defense Research LLC versus Craig Wright.
 3              Let me begin with appearances.  I'll start with
 4   counsel for the Plaintiff.
 5              MR. BRENNER:  Good morning, your Honor, Andrew
 6   Brenner, Del Freeman and Samantha Lacotta for the Plaintiff.
 7              THE COURT:  Good morning.  For the Defense?
 8              MR. RIVERO:  Your Honor, Andres Rivero for Dr. Wright.
 9   Together with me is Schneur Kass.
10              MR. FEUER:  Good morning, your Honor, Leonard Feuer
11   also on behalf of Dr. Wright.
12              MR. RABIN:  Your Honor, Adam Rabin on behalf of Rivero
13   Mestre LLP.
14              MR. BRENNER:  We have our summer associate here, too.
15              THE COURT:  Welcome to all of you.  Thank you,
16   everybody.
17              We have two matters to take up.  Let me take up the
18   one Mr. Rabin is involved in so I can excuse him.  My
19   understanding from Judge Matthewman is that you had some
20   productive discussions and you maybe either have or are close
21   to possible resolution of that aspect of the case.  I don't
22   know what you are comfortable telling me.  He shared with me a
23   general framework, he didn't share with me any details.  He
24   didn't feel it was appropriate given his status as a mediator.
25              So, whatever the parties are comfortable telling me I
```

Pauline A. Stipes, Official Federal Reporter

1    am happy to hear.

2           *MR. RABIN:*  **Thank you, your Honor, and we really**

3    **appreciate your accommodation all the way through, inclusive of**

4    **Friday.**

5           **The parties have -- we have agreed to go slowly on**

6    **this so we, as you know, had a settlement conference.  We don't**

7    **want to disclose anything that occurred during that conference,**

8    **but yet we want to report to your Honor what you need to know.**

9           **What we have agreed to is, at minimum, since we are in**

10   **open court today, that Rule 408 would apply to anything that we**

11   **do reveal to the Court, with respect.**

12          *THE COURT:*  **All right.**

13          *MR. RABIN:*  **We have reached a settlement of the issue**

14   **regarding Rivero Mestre with respect to the attorneys' eyes**

15   **only issue.  We settled in principle, but it was contingent**

16   **upon the Court's entry of an order to which we have agreed to**

17   **form.**

18          *THE COURT:*  **Okay.**

19          *MR. RABIN:*  **It is a little bit unclear whether the**

20   **form of the order, absent you looking at it, would be**

21   **acceptable and whether it would comport with your Honor's**

22   **procedures as to how you would handle something to that effect.**

23   **So, with your permission, we would hand you up a copy and you**

24   **can tell us whether you approve.**

25          *THE COURT:*  **That is fine.**

**Pauline A. Stipes, Official Federal Reporter**

```
 1            MR. RABIN:  May I approach, your Honor?

 2            THE COURT:  You may, sure.  Hand it to my clerk.

 3            On the four corners of it I don't have an issue,

 4   subject to the following question:

 5            What is my legal authority to enter this order?

 6            Obviously -- and I understand completely why there is

 7   no finding of bad faith, and I am assuming there is an

 8   agreement there was no bad faith, but short of a finding of bad

 9   faith, what legal authority do I have to order payment of

10   attorney's fees?  I am happy to do it if you give me a basis

11   for it.

12            MR. BRENNER:  Your Honor, again, I am going to try to

13   take this in small pieces, but your Honor said the parties

14   agreed there was no bad faith.  I don't think that is accurate.

15            THE COURT:  Then let me refine that statement.

16            The Court is not making a finding of bad faith.

17            MR. BRENNER:  The parties have agreed that the

18   Court -- to the extent the Court's findings are going to be

19   included in the order that Mr. Rabin just tendered to your

20   Honor.

21            THE COURT:  Right.  The order -- on the four corners

22   of the order there is no finding of bad faith by the Court.

23            MR. BRENNER:  Correct.

24            MR. RABIN:  We agree with that, your Honor.

25            MR. BRENNER:  I would just say that what we have
```

1    tendered, your Honor, and the overall agreement in principle --

2    and I say in principle, I am not trying to hedge it, it is

3    contingent on the Court's entry of the order -- was the result

4    of discussions among counsel and with the assistance of Judge

5    Matthewman.  And so, I don't want to minimize what it says, and

6    I don't want to go beyond what it says.

7            It is a little difficult for me to answer the question

8    directly other than to say that -- your question being what is

9    the authority -- other than to say that it is our position,

10   given the Court's Order to Show Cause, which I think is Docket

11   Entry 973, if I am not mistaken, and the record before the

12   Court, and the parties' agreements, that you would have the

13   authority based on that record to award -- I don't want to

14   quote the order, I think it says award fees and costs, whatever

15   is the language of the order.

16           It is hard for me to go beyond that, Judge, because I

17   don't think we necessarily would have the same answer to your

18   question.

19           *THE COURT:*  Understood.  Mr. Rabin, I have some

20   thoughts, let me hear from you.

21           *MR. RABIN:*  Your Honor, I would say that what Mr.

22   Brenner described is materially accurate.  Certainly, it is our

23   position that there is no finding that would be part of this

24   order of bad faith against Rivero Mestre or Dr. Wright on this

25   issue, as they are both part of the Order to Show Cause.

1          And with respect to your question about authority,

2     effectively what the parties have done, and if it requires

3     clarification, I think we can do that, we have stipulated to

4     these facts.  I don't want to say findings if that is not what

5     the Court would prefer since the Court might want to make its

6     own findings if it were to make findings.  This is what the

7     parties have stipulated to as the premise by consent or

8     agreement for the Court's entry to resolve the issue on the

9     Order to Show Cause dated May 5th.

10          *THE COURT:*  All right.  Let me again -- here is my

11     thought, because I did give this some thought.  Judge

12     Matthewman gave me a very broad perspective of where you all

13     were heading, and this was always my question.  The parties

14     have agreed.  I try to allow the parties to have, in civil

15     cases, the agreement that they have reached.  I just have to

16     make sure I have a legal basis to do it.

17          So, my thought was this:  I think, under Rule

18     37(a)(5), I have the authority to grant fee shifting without

19     making any findings as to bad faith.  I think I cannot grant

20     fee shifting under 1927 without the Court at least impliedly

21     finding bad faith, and I understand that is not agreed to by

22     both sides.

23          If the parties are in agreement, this would be the

24     rationale that I could live with to sign this order, which is,

25     there was an order from Judge Bloom to Dr. Wright, the response

1  was served marked AEO, and at that point W&K filed its motion

2  for sanctions and an Order to Show Cause at Docket Entry 966.

3        One of the remedies W&K requested was the striking of

4  the AEO designation, which I granted.  I am comfortable

5  construing W&K aspect of Docket Entry 966 as a Motion to

6  Compel, which has now been granted, and under Rule 37(a)(5),

7  when a Motion to Compel has been granted the prevailing party

8  is entitled to fee shifting.

9        I am comfortable if the parties are comfortable with

10  W&K rational, I can sign this order.  I can grant the fee

11  shifting without making a finding one way or the other whether

12  there has been bad faith or not.

13        W&K would be my feedback to your question.  If you

14  want some time to confer and think about it, I am comfortable

15  landing there.

16        *MR. RABIN:*  With respect to what you identified, from

17  our side, we don't need to evaluate W&K part.  W&K would be

18  acceptable to Rivero Mestre.

19        *THE COURT:*  Mr. Brenner, I am not trying to put

20  pressure on you.  If you need time to confer with your client,

21  I will give you whatever time you need.

22        *MR. BRENNER:*  I do need time, but I want to understand

23  what your Honor is proposing.  Is your Honor proposing that you

24  will sign the order as is, but with your statements that you

25  just made on the record be part of the record.

1          *THE COURT:*  **Yes.  I am not going to amend the written**
2     **order.  You all, I am sure, carefully wordsmithed every word of**
3     **it and I am going to live with what you said.  And, yes, what I**
4     **just said on the record is on the record and it will be what it**
5     **will be.**
6          *MR. BRENNER:*  **We will confer.  I don't think we need**
7     **to hold up the second part of the hearing.**
8          *THE COURT:*  **I didn't think I reset --**
9          *MR. BRENNER:*  **No, I think you said it would be reset**
10    **if we needed to.**
11         *THE COURT:*  **How much time do you want?  I will give**
12    **you a generous amount of time to confer with your client, given**
13    **what I have put on the record here this morning, you are still**
14    **okay with me signing this order.**
15         *MR. BRENNER:*  **Ten days, but hopefully it will be**
16    **sooner.  How will we notify your Honor?**
17         *THE COURT:*  **What you should do is -- so, ten days from**
18    **today is August 9th.  So, on or before August 9th, if W&K is**
19    **acceptable, just file the proposed order, because W&K has not**
20    **been filed in the record yet.**
21         **So, file the proposed order and if it is a joint**
22    **motion by the parties for entry of this order, I will sign the**
23    **order.  Implicit in that motion will be that you accept the**
24    **premises that I stated on the record this morning.**
25         *MR. RABIN:*  **Okay.  Your Honor, just to clarify, do you**

**Pauline A. Stipes, Official Federal Reporter**

1    mean submit it by email to chambers?

2         THE COURT:  No.  File a joint motion for the entry of

3    this proposed order in resolution of whatever else I said, or

4    you can just file the motion and say nothing else, just joint

5    proposed order.

6         MR. BRENNER:  The alternative, if we can't agree to

7    that we will file a motion to reset the hearing.

8         THE COURT:  Yes, to reset the hearing, or if you want

9    to talk to Judge Matthewman some more, I know he is available.

10        MR. BRENNER:  Okay.  Thank you, your Honor.

11        THE COURT:  Unless there is anything further, Mr.

12   Rabin, that you need to stay for, I will excuse you if you want

13   to be excused.

14        MR. RABIN:  Thank you.

15        MR. RIVERO:  Your Honor, may I have one moment with

16   Mr. Rabin?

17        THE COURT:  Yes, absolutely.  Take whatever time you

18   need.

19        (Brief pause.)

20        THE COURT:  All right.  Let me move to the second part

21   of the hearing, which is the other aspect of the Order to Show

22   Cause entered at Docket Entry 973.

23        Before I reach W&K —— and W&K has to do with whether

24   Dr. Wright complied with Judge Bloom's order to fill out the

25   Form 1.977 properly.  We have had a couple of developments

 1   which may affect the scope of the hearing today and I want to

 2   deal with those up front.

 3           First of all, Dr. Wright apparently has served and

 4   filed under seal a revised Form 1.977.  Also, there was some

 5   briefing filed as to the application of U.K. law.

 6           If I could start actually with Mr. -- I'm sorry, Mr.

 7   Brenner, I was going to turn to Mr. Rivero first.

 8           *MR. BRENNER:*  **Yes.**

 9           *THE COURT:*  **Mr. Rivero, I looked at the revised fact**

10   information sheet at Docket Entry 1016-1, and I understand it

11   is under seal so I will not at this time discuss much about the

12   contents other than, is there anything on this sheet W&K

13   represents you withholding information based upon U.K. law?

14           In other words, I understand there was briefing and

15   some argument as to possibly there might be some information

16   W&K Dr. Wright was not lawfully permitted to disclose under

17   U.K. law, but on the form itself I didn't see the equivalent of

18   an objection.

19           So, is there anything that is not reported here W&K is

20   affected by the existence of U.K. law?  If there isn't, I don't

21   think I need to hear testimony on U.K. law.

22           *MR. RIVERO:*  **Andres Rivero, R-I-V-E-R-O.  Good**

23   morning, Judge.

24           *THE COURT:*  **Good morning.**

25           *MR. RIVERO:*  **Judge, I guess it depends on the**

                Pauline A. Stipes, Official Federal Reporter

 1   following question, which -- the answer to which unclear to me,

 2   which is, under the form, the way the form is structure, does

 3   Dr. Wright have any obligation to report assets of Ms. Ang that

 4   are not his assets.

 5        If the form -- the form is a Florida form, and not

 6   always entirely clear.  If the interpretation of the form is

 7   that&K Dr. Wright only has to report as to his wife, because it

 8   is listed assets of his wife, those assets are held jointly,

 9   then the answer is no.

10        If the interpretation, which I believe is the

11   interpretation the Plaintiffs put on it, is that the form

12   require Dr. Wright to report all assets of his wife, including

13   those that are not jointly owned, then I believe the subject of

14   what U.K. law permits would be relevant.

15        *THE COURT:*  Okay.  Thank you.  Let me hear from the

16   other side on the preliminary question.  Mr. Brenner.

17        *MR. BRENNER:*  Thank you, Judge.  You started off with

18   an issue I wanted to address first, which is, we have sort of a

19   gateway issue we have to deal with.

20        The Defendant yesterday -- I guess it was the day

21   before yesterday when we got it, at least the first batch.  We

22   got two different -- service of two different sets of

23   documents, though I think both ended up getting onto the docket

24   in a sealed fashion yesterday.

25        *THE COURT:*  Right.

**Pauline A. Stipes, Official Federal Reporter**

1           *MR. BRENNER:*  **We got some on Monday and some on**

2    **Tuesday, just so the record is clear.**

3           *THE COURT:*  **Let me add to it, again without disclosing**

4    **the content of them, what was filed under seal at Docket Entry**

5    **1016 was a supplemental fact information sheet, it looks like**

6    **some form of U.K. tax documents, some credit card statements**

7    **and some sort of a bank statement.**

8           **Is that what you are referring to, Mr. Brenner?**

9           *MR. BRENNER:*  **Sort of.  There is no bank statement,**

10   **first of all.**

11          *THE COURT:*  **There is a letter, something on Lloyds**

12   **Bank letterhead.**

13          *MR. BRENNER:*  **There is a letter from the bank.**

14          **I think that captures day one's batch, and days two's**

15   **batch, again without getting into the contents -- so the Court**

16   **did not -- the Court has not yet approved the second motion to**

17   **seal, so the second batch is not before the Court yet.**

18          **But here is the problem, Judge, and this is -- there**

19   **are two issues I think we need to address before we get into**

20   **the evidentiary portion of the hearing in addition to what you**

21   **have raised.**

22          **It can't be both, right, you can't file it under seal**

23   **and then it be evidence in an Order to Show Cause hearing**

24   **because we intend to -- again, without getting into the content**

25   **yet, we intend to demonstrate that this fact information sheet,**

```
 1    believe it or not, is worse than the first one, because the
 2    first one at least had the respect for the Court to be blank,
 3    the second one is just false, as demonstrated by the very
 4    documents they have sent, which we will go through.
 5            So I don't know how we do this.  I don't know how the
 6    Defendant can take the position that it is under seal and yet
 7    use it as evidence in the Order to Show Cause.  I don't know
 8    how we thread that needle.
 9         THE COURT:  We will cross that.  Judge Bloom granted
10    the motion to seal.  I think I have the authority to unseal it
11    if necessary for purposes of the hearing.  We'll cross that
12    bridge if we get there.
13         MR. BRENNER:  The second issue that is pending before
14    your Honor that I think needs to be also dealt with is the
15    judicial notice issue.
16         THE COURT:  I can --
17         MR. BRENNER:  We can deal with that when you are ready
18    to argue that.  I am happy to argue it now.
19         THE COURT:  I will deal with it right now.  I am going
20    to deny the motion for judicial notice because I don't think
21    you need it.  Those are statements of a --
22         MR. BRENNER:  I agree.
23         THE COURT:  They are admissible as a matter of the
24    Rules of Evidence, not as a matter of judicial notice.
25         MR. BRENNER:  That was in case there would be a
```

 1   denial that these were actually submitted by him.  But your

 2   Honor is absolutely right.

 3           THE COURT:  I think I can take judicial notice of the

 4   fact that these statements have been submitted to the Court,

 5   but not the content of the documents.

 6           Mr. Kass, do you want to be heard?

 7           MR. KASS:  Yes, your Honor.

 8           THE COURT:  Sure.  I think it's an authenticity

 9   question.

10           MR. KASS:  Yes, exactly, your Honor.  I am happy to

11   address the judicial notice, but if your Honor is not planning

12   on going there --

13           THE COURT:  Unless you are contesting the

14   authenticity of -- I don't think it is subject to judicial

15   notice either way.

16           The question is, if they are authentic, if there is

17   sufficient evidence that they are what they purport to be,

18   which are statements by Dr. Wright, then they are statements of

19   a party opponent which are admissible.  How much weight they

20   get is the ultimate question, but they are at least admissible.

21           MR. KASS:  But, your Honor, this is an evidentiary

22   hearing and the Plaintiffs have the burden to demonstrate that

23   the documents are authentic.  They haven't submitted any

24   evidence on that.

25           THE COURT:  If they try to use them at the hearing we

 1   can cross that bridge.  For purposes of the motion for judicial

 2   notice, I don't believe they are subject to judicial notice.

 3   If they can be authenticated, they are admissible.  If that's

 4   the line in the sand, we'll deal with that when we have to deal

 5   with that.  Thank you, Mr. Kass.

 6          Mr. Brenner, back to you.  I am focused on the form.

 7   What is it -- as I read the form -- I am not going to bury my

 8   thoughts here.

 9          The form is interesting because it doesn't ask for

10   disclosure of all assets, it asks for disclosure of certain

11   categories of assets.  It asks for disclosure of -- and income

12   stream.  So it asks for income, it asks for child support or

13   alimony, it asks to identify checking and savings accounts,

14   real estate, vehicles, and then two motorcycles, et cetera,

15   transactions involving real or personal property worth more

16   than a hundred dollars, and then it says investments.

17          MR. BRENNER:  Yes, so -- right.

18          THE COURT:  So, if I have a very expensive diamond

19   ring, I don't think it -- as I read the form, I don't think I

20   have to disclose that.  I may be wrong, but if you can point me

21   to that, I don't know that I see that.

22          MR. BRENNER:  I agree with you, but that's not --

23          THE COURT:  What here are the categories that you

24   think Dr. Wright has to disclose that he hasn't disclosed?

25          MR. BRENNER:  Again, I am a little hamstrung because I

1    need to walk you through -- part of the way to show you what he

2    hasn't disclosed is by what he has disclosed, which is under

3    seal.

4         *THE COURT:*  The court reporter is going to yell at us

5    if we talk over each other.

6         Just point me to a line on the form that you think is

7    not accurate.

8         *MR. BRENNER:*  Unfortunately there are no line numbers

9    on the form, but if you go to the first page, the parenthetical

10   in the middle of the -- pretty much dead set in the middle of

11   the page where it says explains details, all other accounts.

12        Undoubtedly, your Honor, both Mr. Wright -- Dr. Wright

13   and Ms. Ang have trading accounts, investment accounts, bank

14   accounts, none of which is revealed.

15        Again, I can tell you what that Lloyds letter was, but

16   I would have to get permission to do it.

17        *THE COURT:*  For now, I am just asking --

18        *MR. BRENNER:*  That is an example.  For example, if you

19   were to take Dr. Wright's FIS on its face, the man has no bank

20   accounts, his wife has no bank accounts, he has no trading

21   accounts, he has no investment accounts, all of which is false

22   by his own admission.  Again, hamstrung a little bit to show it

23   to you.  We will get there, but you wanted me to give you an

24   example.

25        *THE COURT:*  I want you to give me all the examples.

**Pauline A. Stipes, Official Federal Reporter**

 1          *MR. BRENNER:*  **For example, the whole Ms. Ang portion,**
 2   **which is the spouse related portion, the other family income,**
 3   **which admittedly is -- I don't know -- that could be open to**
 4   **interpretation, but Ms. Ang has other -- okay, let me back up.**
 5          **Remember their position initially was there were two**
 6   **reasons that they couldn't fill out the FIS.**
 7          **One was the foreign law issue, which they do not have**
 8   **a witness to testify about.  Okay?  That witness is not**
 9   **testifying, and so I think that issue is not a live issue.  I**
10   **don't know how they are going to present it, but we can deal**
11   **with it if --**
12          *THE COURT:*  **Mr. Brenner, stop advocating and please**
13   **answer my question.**
14          *MR. BRENNER:*  **I'm trying, I'm trying to.**
15          *THE COURT:*  **You are not answering my question.  Walk**
16   **me through the form and point me to any information on this**
17   **form that you think is not correct.**
18          *MR. BRENNER:*  **So, in the first section, the other**
19   **personal income for Dr. Wright, incorrect.**
20          *THE COURT:*  **Okay.**
21          *MR. BRENNER:*  **Okay.  Incorrect -- I guess incorrect is**
22   **better than incomplete.  Zero is incorrect.**
23          *THE COURT:*  **Okay.**
24          *MR. BRENNER:*  **The average commissions or bonuses, I am**
25   **not sure because they have taken two different positions, so**

**Pauline A. Stipes, Official Federal Reporter**

 1   that one is a little question mark.

 2          THE COURT:  I'm sorry.

 3          MR. BRENNER:  Right above other personal income,

 4   average commissions or bonuses, at one point the Defendant took

 5   the position that would be personal information that wouldn't

 6   be revealed.  Now he is saying zero.  I don't know the answer

 7   to that, so I can't bless it, but I don't have evidence to tell

 8   you that is incorrect.

 9          THE COURT:  Okay.

10          MR. BRENNER:  When you get to that parenthetical that

11   I was on, which is that explain details on back, describe all

12   other accounts --

13          THE COURT:  For the record, we are at the -- under the

14   spouse related portion.

15          MR. BRENNER:  Yes.

16          THE COURT:  It looks like that is a new section.

17          MR. BRENNER:  Yes, I think it's a new section.

18          THE COURT:  It begins with the word "describe all

19   other accounts."

20          MR. BRENNER:  Correct, I don't think it is just

21   related to the spouse.

22          I believe they have not revealed his bank accounts,

23   his investments accounts, his stocks.

24          THE COURT:  Your position is as to that category, you

25   believe that applies to both Dr. Wright and Ms. Ang or just to

1    Dr. Wright?

2          *MR. BRENNER:*  **I believe it applies to both.  I have**

3    **evidence that both of them have that.**

4          *THE COURT:*  **Again, whether they have it or not is not**

5    **the question.**

6          *MR. BRENNER:*  **I believe it applies to both, and it is**

7    **missing as to both.**

8          *THE COURT:*  **Okay.**

9          *MR. BRENNER:*  **On that issue, your Honor, the -- I was**

10   **starting to get to the second issue that they raised, they**

11   **don't keep their accounts jointly, that is also false.**

12         *THE COURT:*  **Where is that represented on the form?**

13         *MR. BRENNER:*  **It was represented to your Honor as a**

14   **reason they couldn't fill out the form.  I think Mr. Rivero**

15   **just raised it again when he said, well, she owns it if it is**

16   **individually or jointly, so it goes to that.**

17         *THE COURT:*  **Your point is Dr. Wright has sworn in this**

18   **response that there are no other accounts or investments that**

19   **need to be disclosed and you believe that is inaccurate.**

20         *MR. BRENNER:*  **Correct.**

21         *THE COURT:*  **Because whether they are in his name or**

22   **not, if they are in his wife's name, and you believe there are**

23   **some in the wife's name, those should be disclosed.**

24         *MR. BRENNER:*  **I believe they are in both their names**

25   **and I believe he has accounts also in his own name.**

Pauline A. Stipes, Official Federal Reporter

1          *THE COURT:*  **All right.  What else on the form is not**
2    **accurate?**
3          *MR. BRENNER:*  **If you go to the second page, there is**
4    **this section on loans:  Does anyone owe you money?**
5          *THE COURT:*  **Okay.**
6          *MR. BRENNER:*  **And he lists -- we can talk about this**
7    **later, but lists that W&K owes him actually 57 million**
8    **Australian dollars.  That is his position.  We believe that Dr.**
9    **Wright is owed money from other sources that he has not**
10   **revealed.**
11         *THE COURT:*  **Okay.**
12         *MR. BRENNER:*  **If you go to the list of the documents,**
13   **so it is just below where I was -- do you see that?**
14         *THE COURT:*  **Yes.**
15         *MR. BRENNER:*  **Where it says "please attach copies of**
16   **the following."  He has attached no pay stubs, so that is**
17   **admittedly not there.  He has attached no bank statements or**
18   **any other financial accounts, so that also goes back to they**
19   **are supposed to list it and attach it.**
20         **He says he has no deeds or titles to any real or**
21   **personal property you own or buying.  We believe his**
22   **representations regarding his ownership of property is again**
23   **false.  Just so you know, he attached none, so I guess it is**
24   **a -- I guess it is missing, is the best way to answer your**
25   **question.**

1          *THE COURT:*  **Okay.**

2          *MR. BRENNER:*  **And as far as -- income tax returns is a**

3    **little hard, Judge, again, without telling you what is in the**

4    **sealed filings.**

5          *THE COURT:*  **Well --**

6          *MR. BRENNER:*  **So what he attached --**

7          *THE COURT:*  **Go ahead.**

8          *MR. BRENNER:*  **What he attached is -- can I reveal what**

9    **he attached?**

10         *THE COURT:*  **Well, if --**

11         *MR. BRENNER:*  **I cannot stipulate -- I cannot tell you**

12   **based on what he attached that he has complied with giving his**

13   **last two income tax returns.**

14         *THE COURT:*  **That is all I am asking you at this point.**

15         *MR. BRENNER:*  **And if you go to the third page, he**

16   **calls it a rider, we believe his statement on number one is**

17   **inconsistent with his statement in the form itself.  On the one**

18   **hand he says he has a salary of 159,000 pounds.  Here, he is**

19   **saying it is a payment related to the sale of intellectual**

20   **property by one of his other companies, so they both can't be**

21   **right.  His statement he has no other personal income is**

22   **incorrect.**

23         **His nominal head of house -- his head of household**

24   **thing is a little picky, but it is different in his two forms.**

25   **His original one he is the head of household, now he says there**

**Pauline A. Stipes, Official Federal Reporter**

```
 1    is no.  He does not own a checking or savings account, we
 2    believe that is incorrect.  His statement that he is a titled
 3    co account holder of an account, but he has no access to it
 4    makes no sense.  It is also incorrect based on his other
 5    witness statements.  Don't own any other real estate,
 6    incorrect.
 7            Again, Judge, we raised this in our -- I think I
 8    should be more clear.  When I say it is incorrect, all I can
 9    tell you -- some of these things I can tell you are incorrect.
10    Some of the things I can tell you that he has given conflicting
11    sworn testimony on the same issue.  So, it is hard for me to
12    say which one is incorrect, but at least one of them is,
13    including in this case.
14            His listing of his properties is incomplete, and his
15    statement in number 9, which seems to indicate that that is the
16    full set of his assets, he seems to interpret the form that he
17    was to list his assets, we believe what he listed is far beyond
18    what he has listed in this sheet or rider.
19            Yes, the loan applications in -- if you go back to the
20    lies of documents.
21            THE COURT:  Yes.
22            MR. BRENNER:  Again, in his sealed documents, I guess
23    your Honor has already put on the record there are some credit
24    card statements.  When you apply for credit cards you are
25    essentially filling out a loan application.  We have no such
```

```
 1    information -- we can get into the type of credit card if your
 2    Honor allows it, but that, too, is inconsistent with what he
 3    claims is his assets, and the entries on that credit card
 4    indicate the other information regarding his income is,
 5    frankly, impossible.
 6              THE COURT:  Okay.  I understand your position.
 7              MR. BRENNER:  I don't know how much your Honor wants
 8    to get into some of these things, for example the car titles,
 9    his position is --
10              THE COURT:  At this point, I am just trying to frame
11    it out so I can go back to Mr. Rivero and say, as to any of
12    these categories, are you withholding any documents based upon
13    your claim that British law precludes you from giving a more
14    fulsome answer.  That is the only issue I am trying to address
15    right now.
16              MR. BRENNER:  Okay.  Thank you, Judge.
17              THE COURT:  Now I can put that question to you, Mr.
18    Rivero, now that we have gotten some clarification.
19              MR. RIVERO:  Judge, I will answer that as directly as
20    I did the first time, but this litigation is five and a half
21    years old and I don't believe I have had a chance to address
22    any of the substance.
23              The problem I am having in this specific matter, and
24    you have now defined it very clearly, what the motion was, was
25    that contempt sanctions are to be imposed over something
```

Pauline A. Stipes, Official Federal Reporter

1    delivered to counsel on April 4th, but Plaintiffs are all over

2    the map, Judge.

3           I am glad to address the question of how to deal with

4    the second form, Judge, and that bears on the question of

5    coercion versus compensation.  Judge, I would have thought that

6    coming here months after filing a motion for sanctions, and I

7    took great care, Judge, to review everything the Plaintiffs

8    have said, that they would be able to tell you when asked, what

9    does the form mean and what are you saying the form doesn't do.

10          Judge, I don't understand that answer, I'll be honest

11   with you, and to answer your specific question, whether or not

12   Ms. Ang needs to defend on the British law question, I believe

13   I heard that their interpretation of the form in the break with

14   the parenthetical and then it starts -- Judge, I think it is a

15   question of interpretation.  That is one of the problems with

16   the relief sought here.  I don't interpret that that way, but I

17   don't argue that someone might.

18          I understand my opposing counsel to say that in this

19   parenthetical explain details, followed by another statement,

20   that that applies to Ms. Ang.  If that is their position, then

21   we do need -- because there is British law directly on point,

22   and I want to point out, Judge, my understanding of the

23   question of interpretation of foreign law is different in the

24   Federal courts from the State courts.

25          My understanding is that you, as a Federal Judge, are

1    empowered to determine foreign law with an expert as a guide.

2    My understanding of the State law is that it is a question of

3    fact that depends on the testimony of competing experts.

4    Judge, I have done this many times.  I do a lot of cross border

5    work.

6              I do believe you have the right, which is a little

7    strange, but I believe that is your power, to interpret the

8    foreign law.  Foreign law is cited.  I don't think we

9    technically have to have a live witness.  I disagree with about

10   almost everything.  I am ready, if I may --

11             *THE COURT:*  Hold on.  Let me pause you for a second

12   right there.  I am looking at Rule 44.1, and Rule 44.1 says:

13   Interpreting foreign law the Court may consider -- so the Court

14   clearly determines it -- any relevant material or source,

15   including testimony, whether or not submitted by a party or

16   admissible under the Federal Rules of Evidence.

17             So, I think you are right.  Let me put it this way, as

18   I interpret the rule on its face, and I haven't done any

19   research on this, but it seems on its face to suggest that the

20   mere fact that the party doesn't offer expert testimony is not

21   in and of itself a basis to disregard the issue of foreign law.

22             I have to dig into it myself and figure it out myself.

23             *MR. RIVERO:*  Since it is on the question you have

24   directly asked, I do want -- Judge, I didn't come prepared

25   because I didn't believe that this would be the issue, but my

1    understanding -- we can brief it, I am quite confident, it is

2    different for a Federal Judge.  You have read the rule, the

3    plain language correctly, but the case law is the same, to me

4    somewhat oddly, but I believe it is what the law in Federal

5    Court holds is you have the power to interpret the law of

6    Zimbabwe, this happens to be the U.K., not so in the State is

7    my understanding, Judge.  In the State it is a fact question.

8         *THE COURT:*  I have dealt with it in this context, I

9    have dealt with it in the context of domestic law in front of a

10   jury.  You don't get to call an expert to testify to what the

11   law is, that is what judges do, but let me circle back.

12        *MR. RIVERO:*  I am sorry.

13        *THE COURT:*  To distill this down, it seems to me what

14   you are saying is on the first page, halfway down there is a

15   paragraph that he begins with the phrase "describe all other

16   accounts or investments you may have, including stocks, mutual

17   funds, savings bonds, or annuities, on the back of this sheet

18   or on an additional sheet if necessary."

19        If I understand what you are saying to me, Mr. Rivero,

20   is if that quoted language applies only to Dr. Wright, nothing

21   has been withheld on this form based upon U.K. law.  However,

22   if I interpret that quoted language to apply to Ms. Ang and to

23   Dr. Wright, there may be -- there are other information that

24   has not been disclosed based on the claim of U.K. law.  Am I

25   correct?

1      MR. RIVERO:  That is exactly what I have been saying,

2  Judge, correct.

3      THE COURT:  Aside from that paragraph, are there any

4  other aspects of this form where the same analysis applies?

5      MR. RIVERO:  In other words, Judge, is there anything

6  that we are withholding based on the assertion of different

7  rights under U.K. law for Ms. Ang, which is our only assertion?

8  No.

9      THE COURT:  To phrase it more aggressively, if I ruled

10  against you, what would you change about the form as it relates

11  to disclosures for Ms. Ang, other than the paragraph you just

12  told me about?

13      MR. RIVERO:  Judge, if, for example, you ruled that

14  the meaning of this language was that Ms. Ang has to provide

15  her own information --

16      THE COURT:  You would amend that answer to the

17  language you just discussed, right.

18      Is there any other portion of this form where the

19  answer would change if I said it applies to Ms. Ang as well as

20  to Dr. Wright?  For example, does anybody owe you money, would

21  Ms. Ang have an answer to that?

22      MR. RIVERO:  Judge, my interpretation of the whole

23  form -- the only place it creates ambiguity, in my opinion, is

24  this little section we are talking about.  The rest is quite

25  clearly directed to Dr. Wright.  Therefore, on that

1    interpretation, my answer is, no, I would not change anything

2    else.

3           Judge, if I may briefly, because there was a lot of

4    advocacy in the last answer.

5           I think -- in fact, the Court has said -- you have

6    stated, Judge, that what is before the Court is whether, as

7    raised by Plaintiffs, whether on the form provided them on

8    April 4th, whether there are omissions on the one hand, whether

9    there are inaccuracies or falsehoods on the other in the form

10   of April 4.

11          Judge, I can tell you right now that I would concede,

12   and I believe we repaired it in the July 25th filing, but for

13   the time period April 4 to July 25, I would concede immediately

14   there is a missing birthdate for Ms. Ang, and I would say to

15   your Honor that is a matter that is clear.

16          Similarly, Judge, I would say to you in the initial

17   form -- I am not going to try to address everything, I just

18   want to make the point -- there are answers to the questions

19   you are asking.  For example to the question name and ages of

20   all of your children, which was left blank by Dr. Wright, which

21   is on page six of the initial motion where Plaintiffs I thought

22   were identifying what they said was wrong, and they said that

23   it was incomplete because it lacked any information on his

24   children.

25          Judge, as the subsequent submission and Ms. Ang's

1    declaration made clear, Dr. Wright has no biological children.

2    She has three biological children by a prior husband.  He has

3    never adopted those children, they are adults.

4          So he added detail in the subsequent thing.  It was

5    not either incomplete or false in the first place to leave it

6    blank because he doesn't have children.

7          Judge, I just give those as examples.  There are clear

8    answers.  I am not saying all the answers go in my favor.  I

9    have given one that goes against, but I believe that is what

10   the subject of the hearing is.  I am prepared to address each

11   and every subcomponent and I believe that is what we are

12   obligated to do, Judge.

13          THE COURT:  Okay.  I understand your position.

14          Are you no longer intending to call a witness on the

15   British law issue, you are just going to rest on your papers on

16   that?

17          MR. RIVERO:  Judge, going back to the answer, to the

18   extent the Court is interpreting the parenthetical to require

19   Ms. Ang's assets, we would rely on both the statement itself

20   and also the law quoted there because we believe the Court can

21   determine that from that.

22          THE COURT:  My point is, I don't need to allocate time

23   today for live testimony on that issue.

24          MR. RIVERO:  That is correct.

25          THE COURT:  That was a really long way to answer that

**Pauline A. Stipes, Official Federal Reporter**

 1    question.  That is really where I was going.

 2            Okay, Mr. Brenner.

 3            *MR. BRENNER:*  Just briefly, no one is here arguing

 4    about the information about Ms. Ang's children, we have made

 5    that clear in our briefing.  That is an interesting thing to

 6    point to as what was wrong with the form.

 7            So you know, your Honor, I think it is easy for you

 8    because I don't think you need to address foreign law.  Here is

 9    why.

10            The foreign law testimony or opinion, aside from the

11    law itself, which you absolutely can look at, from Mr.

12    Cavender, I think is his name, obviously he doesn't know

13    anything about the facts.  He relied on a factual

14    representation, which he is entitled to do, it's just a factual

15    representation, one, there is no evidence of; and two, it is

16    not true.

17            If you look at page seven of his affidavit, Docket

18    Entry 985-3, he lays out British law and then he says, "in

19    circumstances like these where Ms. Ang and her children did in

20    fact treat their personal financial information as confidential

21    against" is just not -- we will demonstrate to you with no

22    uncertainty that that is not correct.

23            His whole opinion is based on that.  His opinion is

24    basically, under British law, if you don't know anything about

25    third parties' finances or accounts you can't be compelled to

                  Pauline A. Stipes, Official Federal Reporter

1    disclose it.  The factual basis for that is just untrue.

2            The second thing they have not addressed, which is

3    even if she did keep it separate, British law did somehow

4    prevent you from disclosing it, neither of which I believe is

5    correct, you have a duty under U.S. law to take efforts to try

6    to overcome that, which they made no showing they did.

7            I spoke a little too quickly when I said I thought

8    that issue was not on the table.  They never said to me the

9    issue is on the table, they just said they are not calling

10   witnesses.  I agree, your Honor, that you can review the issue,

11   but what I am asking is that there is no factual basis to even

12   consider the issue because the assumption that Mr. Cavender

13   made is based on what he was told and what Ms. Ang put in an

14   affidavit.

15           We would object to the Court considering an affidavit

16   of Ms. Ang without being subjected to cross-examination and

17   when we are able to go through some of the documents, we will

18   show you that what she put in her affidavit is false.

19           *THE COURT:*  Okay.  I understand you want to get to

20   that issue.  I am trying to figure out the scope of the hearing

21   today and what I need to address.

22           All right.  Okay.  So, let me think out loud for a

23   second.

24           So, what originally brings us here is Judge Bloom's

25   order which required Dr. Wright to complete Form 1.977.


Pauline A. Stipes, Official Federal Reporter

 1    Presumably subsumed within that is completed fully and

 2    accurately.  I don't take Dr. Wright to be disputing that he

 3    had a duty to do that.  His position is he has done it.

 4         As to the first one, I think by crossing out the

 5    spouse related portion was the part, to me, was most clearly

 6    nonresponsive and mostly problematic.  But he has now completed

 7    the form and claims he completed it fully and completely.

 8    Obviously W&K disagrees with that.

 9         There is a couple of things the Court can do.  One is,

10    as I think Mr. Rivero correctly notes, the -- I will call it

11    the amended form -- certainly is whether the amended form is

12    accurate is relevant to whether there is a need for ongoing

13    coercive sanctions.

14         You are nodding your head up and down, Mr. Rivero.  Do

15    you agree?

16         MR. RIVERO:  Absolutely, Judge.

17         THE COURT:  So, on that theory, it seems to me if W&K

18    wants to introduce evidence to try to establish that the form

19    is not accurate that would be something the Court should hear.

20         Does Dr. Wright object to the Court hearing that

21    testimony for that purpose?

22         MR. RIVERO:  Your Honor, I believe it would go to a

23    question of notice and due process about any evidence we

24    haven't seen up to now that they would direct to the form.  I

25    am hearing comments from counsel that that is what they have.

1          So, Judge, I would say that would raise an issue about

2     a determination.  However, Judge, I still think that you --

3     there is no notice as to the first point.

4          *THE COURT:*  My point is this, I just want to make sure

5     I give the hearing that I need to give so both sides have a

6     full and fair opportunity to make their arguments, but I also

7     don't want to spend a lot of time hearing argument that I do

8     not need to hear because it is not relevant or otherwise

9     germane.

10          It seems to me the accuracy of the current form is

11     germane to that issue and also as to the issue of whether I

12     would certify to Judge Bloom the need for her to consider

13     criminal sanctions.  If there is a continuing perjurious -- I

14     am not saying there is, but if I were to find -- this is a

15     sworn statement by Dr. Wright.  If I were to find that it was

16     perjurious, that would be something I would need to certify to

17     Judge Bloom.

18          I think I do need to allow and I would allow W&K to

19     try to prove up its claim that the form as currently submitted

20     is not accurate, and to the extent they want to try to prove up

21     the original form was not accurate, I need to allow them to do

22     that.

23          If there is an issue as to notice or any evidence they

24     want to use that Dr. Wright hasn't seen, I will address that as

25     it comes up, and if I need to, either allow for supplemental

1    evidence after the hearing if I am satisfied there wasn't fair

2    notice.  I will consider that.  I have given both sides in this

3    case a full opportunity to develop their record, so we will go

4    down that road.

5          All right.  So, with that, let me -- so, this is what

6    I will do -- let's deal with the sealing issue.

7          Mr. Kass or Mr. Rivero, whoever wants to handle this,

8    documents were filed under seal, there were some additional

9    documents that I haven't seen that were served on the other

10   side.

11         Is the idea that the documents that are currently

12   under seal, Docket Entry 1016, is it the nature of the document

13   that needs to be sealed, for example, the fact that it is a

14   credit card statement or a tax return or a letter, or is it the

15   particular content of the document that is so sensitive that it

16   would need to be sealed and not relevant to the hearing today?

17         Mr. Rivero.

18         *MR. RIVERO:*  Judge, the existence of tax returns I

19   don't think is the issue of sealing, but -- and we are keenly

20   aware and very careful of this, Judge.  All these documents

21   plainly -- this confidential category, they plainly would have

22   information that falls under the confidentiality order and that

23   is the basis on which we seek protection.

24         Judge, if I could suggest for the purpose of

25   proceeding along, of course sealed, unless the parties and the

Pauline A. Stipes, Official Federal Reporter

```
 1   Court have access to it.  If there are discussions that are
 2   going to go to statements in the tax return or listings in --
 3   there is some reference -- the credit card statements -- I
 4   believe we submitted them all with the unique tax identifier,
 5   for example, Judge, and with the account numbers.  All of that
 6   is highly sensitive.
 7          I would suggest we could proceed in a sealed fashion
 8   as to those parts that deal with information.  If the Court is
 9   suggesting redaction, I am not saying it is impossible, I just
10   think it is going to be somewhat awkward to make those
11   determinations, especially on the fly.
12          THE COURT:  Very well.  Mr. Brenner.
13          MR. BRENNER:  Is it okay if I tender to the Court what
14   you have under seal so he has it?
15          MR. RIVERO:  Judge, you already have -- it is the
16   second filing that needs a ruling.
17          THE COURT:  As of right before the hearing when I
18   checked the docket, there was no additional filing that I was
19   aware of.
20          MR. RIVERO:  Judge, I have no problem, but may I
21   explain briefly to the Court that on Monday we filed -- Tuesday
22   morning we filed -- I have no problem with Mr. Brenner handing
23   that to the Court.
24          We filed two years tax returns, three months of credit
25   card statements and --
```

Pauline A. Stipes, Official Federal Reporter

 1          *THE COURT:*  **The bank letter.**

 2          *MR. RIVERO:*  **-- the bank letter.  Judge, what was not**

 3     **filed because the sealing order was an issue is, I believe, a**

 4     **lease and an extension to the lease.  What I don't believe the**

 5     **Court has is the home property lease.**

 6          *THE COURT:*  **Let me ask it this way:  Does either side**

 7     **object to the Court considering that as evidence in this**

 8     **proceeding?**

 9          *MR. RIVERO:*  **No, your Honor.**

10          *THE COURT:*  **Mr. Brenner.**

11          *MR. BRENNER:*  **I don't object to your Honor seeing**

12     **everything.  I want to get to the order of operational.**

13          *THE COURT:*  **Let me pause for a second.  I didn't rule**

14     **on the sealing motion.  Candidly, I would have denied it, but**

15     **Judge Bloom granted it.**

16          **There is a public right of access to judicial**

17     **proceedings.  This is evidence that is going to be used in a**

18     **judicial proceeding.  I understand that things like tax**

19     **identification numbers and Social Security numbers, bank**

20     **account statements and things like that have to be redacted,**

21     **but the rest of it --**

22          *MR. BRENNER:*  **That is our position as well, your**

23     **Honor.  I don't know how -- if the Defendant wants you to**

24     **consider this in consideration of their response to the Order**

25     **to Show Cause, then we will consider it, we will talk about it.**

```
 1    I don't know that we can be halfway on this.
 2            THE COURT:  I tend to agree.  Mr. Rivero, we are here
 3    for an evidentiary hearing in open court.  I don't see, other
 4    than what I mentioned, personally identifiable information,
 5    what overcomes the public right of access.
 6            MR. RIVERO:  Judge, there is a confidentiality
 7    agreement between the parties --
 8            THE COURT:  That does not override the First Amendment
 9    or the public right of access.
10            MR. RIVERO:  It was approved by the Court.
11            THE COURT:  It doesn't matter.
12            MR. RIVERO:  For example, the credit card has all
13    kinds of personal information about Dr. Wright that I believe
14    should be protected.  The public has a right to know and the
15    Court, of course, has a right -- the Court has a right to
16    proceed in a way that allows you to operate, and the parties
17    also have -- judge, there is a case in different ears tie,
18    Florida Constitution provides for privacy for individuals.
19            THE COURT:  I understand.  Again, to the extent we are
20    looking at a credit card statement and there are transactions
21    that everybody agrees really aren't germane to this -- I don't
22    think I am telling any tales out of school if I say there is a
23    credit card statement for a purchase at McDonalds, I can't
24    imagine that has any relevance to this lawsuit.  We can agree
25    to redactions before anything is released to the public.
```

1          For purposes of conducting the hearing, if there are

2    specific transactions that either side wants to refer to, I

3    think the sides can refer to them, and then anything that is

4    not referred to can be redacted.  That is how we will deal with

5    it.  We will proceed in that fashion.

6          MR. BRENNER:  Your Honor, can I hand you the notebook?

7          THE COURT:  Yes.

8          MR. BRENNER:  The only thing that was unclear to me if

9    it was under seal, I was not sure -- you can ask counsel to

10   address, this.  I am not sure if the fact information sheet

11   itself, I think that is also under seal.

12         THE COURT:  It is.

13         MR. BRENNER:  So, this has everything.  I put the fact

14   information sheet on top.

15         THE COURT:  Here is what I will do, and this is all on

16   the record, what we will do, as with any evidentiary hearing, I

17   will expect the parties to mark their exhibits, offer them into

18   evidence.  The other side can make whatever objections it wants

19   and I will certainly allow Dr. Wright to preserve his

20   objections based on privilege, privacy, and any other

21   objections, and then I will rule on them.  Once it is admitted

22   into evidence, subject to what I said about post hoc

23   redactions, we will deal with it like any other evidence.

24         MR. BRENNER:  Can I address one other issue on

25   procedure?

```
1              THE COURT:  Yes.
2              MR. BRENNER:  I guess two things.  I have to address
3    the notice issue first.
4              THE COURT:  We will deal with the notice issue.  If
5    you try to use something and they object that they haven't seen
6    it before, then I will rule on it.
7              MR. BRENNER:  Okay, I understand.
8              The other thing is, I think the proper procedure, at
9    the risk of saying something different than the Court
10   originally envisioned, is you issued an order to show cause.
11   It is the Plaintiffs' burden -- Defendants' burden, excuse me.
12   I do a lot of Defense work, your Honor.
13             In your Order to Show Cause you made a prima facie
14   showing of contemptuous conduct.  It is the Defendants' burden
15   to meet or rebut that, so we would request that the Defendant
16   put on whatever evidence it intends to put on before the
17   Plaintiff presents its own evidence.
18             THE COURT:  Mr. Rivero, any objection?
19             MR. RIVERO:  No objection, your Honor.
20             THE COURT:  It is a little early for a break, but I
21   would like a second or two to reflect on the rulings I have
22   made.  The parties may appreciate a moment or two to reorganize
23   themselves.
24             We will come back at 11:10 and allow Dr. Wright to
25   present whatever evidence he wants to present at this time.
```

Pauline A. Stipes, Official Federal Reporter

1          We will be in recess for ten minutes.

2      (Thereupon, a short recess was taken.)

3          *THE COURT:*  **All right.  Before I turn to evidence, I**

4  **have another housekeeping matter.  Does either side have any**

5  **case law or any other authority as to how the paragraph in the**

6  **middle of the first page beginning with "describe all other**

7  **accounts" is to be interpreted, whether it is to be interpreted**

8  **to apply only to the individual debtor or is being interpreted**

9  **to apply to both the debtor and the debtor's spouse?**

10         **Mr. Brenner, do you have any case law or authority one**

11 **way or the other on that?**

12         *MR. BRENNER:*  **I do not, your Honor.**

13         *THE COURT:*  **Does the Plaintiff?**

14         *MR. RIVERO:*  **No, your Honor.**

15         *THE COURT:*  **In that case, I am prepared to rule that**

16 **as a textual matter it applies only to Dr. Wright.  It does not**

17 **apply to assets or bank accounts or anything else that is**

18 **exclusively held by Ms. Ang; that the reference to "you" as**

19 **used throughout the form is referring only to Dr. Wright and**

20 **would encompass responsive materials, assets, either held**

21 **solely by Dr. Wright or jointly by Dr. Wright and Ms. Ang, but**

22 **would not reach any assets held exclusively or solely by Ms.**

23 **Ang.**

24         **With that ruling, I will allow Dr. Wright to present**

25 **whatever evidence you would like to offer at this time.**

42

```
 1          By the way, for the record, I assume that W&K objects
 2   to that ruling.
 3          MR. BRENNER:  Yes, your Honor.
 4          THE COURT:  I assume you have an objection to my
 5   interpreting the form that way and I want to make sure it is
 6   preserved on the record.  It is preserved.
 7          MR. RIVERO:  Andres Rivero again, Judge.
 8          Your Honor, we would move in evidence first the
 9   original form submitted on April 4th.  I believe there won't be
10   objection to that.
11          THE COURT:  Okay.  For the record, let's make sure
12   everything is marked for purposes of today's hearing or
13   identified by a Docket Entry number.  So that was --
14          MR. RIVERO:  I think it is 966-1.
15          THE COURT:  Any objection to that being admitted?
16          MR. BRENNER:  That was the original April form?
17          THE COURT:  Yes.
18          MR. BRENNER:  No objection.
19          THE COURT:  966-1 is admitted without objection.
20      (Whereupon Defense Exhibit 966-1 was marked for evidence.)
21          MR. RIVERO:  Judge, I want to turn to the -- this was
22   submitted on July 24th.  I don't have a Docket Entry number.
23          THE COURT:  This is the supplemental form?
24          MR. RIVERO:  Yes.
25          THE COURT:  It's Docket Entry 1016-1.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              MR. RIVERO:  Judge, I would like to preserve any
 2    rights we have on the confidentiality order.  I believe there
 3    is a sealing order.  We move it in evidence with the
 4    appropriate redactions.
 5              THE COURT:  Any objection?
 6              MR. BRENNER:  Your Honor, as I understand it, the
 7    supplemental -- I will call it the supplemental FIS.  I believe
 8    that document includes all the attachments, at least it is
 9    meant -- even though some came the next day, correct me if I am
10    wrong, but I think it is Defendant's intention that the set of
11    documents that was served on July 24th and the set of documents
12    that was served on July 25th are not separate from, they are
13    actually attachments to the form, and they are moving for
14    admission of the form with all of the attachments.
15              THE COURT:  Mr. Rivero, is that correct?
16              What was filed is referenced as Docket Entries 1016-1
17    through 1016-7.  I understand there is additional materials I
18    guess awaiting a ruling on the motion to seal.
19              When you moved into evidence what you just referenced
20    as the supplemental fact information sheet, are you intending
21    for that to encompass all of those attachments as well?
22              MR. RIVERO:  I was going to do them one by one, Judge,
23    but I'm glad to do them because they are the documents attached
24    in support of what I will refer to as 1001.
25              THE COURT:  Let me try to simplify that as well, I
```

     1    think, for all of us.

     2            Let's treat the original fact information sheet simply

     3    as Exhibit 1 for this hearing, and we will treat the

     4    supplemental fact information sheet and all the documents

     5    appended to it, those which are already in the docket at Docket

     6    Entry 1016, and the attachments to that, as well as the

     7    additional materials that are pending in the motion to seal,

     8    we'll treat that collectively as Exhibit 2.

     9            Is that acceptable to both sides?

    10            MR. RIVERO:  Yes, Judge.

    11            MR. BRENNER:  To that we have no objection.

    12            THE COURT:  Those are admitted without objection and

    13    marked as Exhibits 1 and 2.

    14        (Whereupon Defense Exhibits 1, 2 were marked for evidence.)

    15            Mr. Rivero, you may proceed.

    16            MR. RIVERO:  Judge, I need to just get the documents

    17    in front of me, Judge.

    18            THE COURT:  I guess one other thing.  I am assuming,

    19    and I don't know where this is in the pile of paper, but the

    20    declaration of Dr. Wright is also a portion of that exhibit.  I

    21    just wanted to make sure.

    22            MR. RIVERO:  Judge, I move the admission of Docket

    23    Entry 985-3.  I believe there is also a related -- 985-3, which

    24    is the opinion of Mr. Cavender, and while I am at it, Judge,

    25    985, which is the affidavit of Ramona Ang.


                  Pauline A. Stipes, Official Federal Reporter

```
 1            THE COURT:  Let's mark -- 985-3 will be Exhibit 3 for
 2   today, and then Ms. Ang's affidavit was 985-1.
 3            MR. RIVERO:  985-1.  Thank you.
 4            THE COURT:  We'll treat that as Exhibit 4 for today's
 5   hearing.  Is there any objection from W&K to the admission of
 6   what is now marked Exhibit Number 3, Mr. Cavender's affidavit?
 7            MR. BRENNER:  We object to his affidavit as hearsay.
 8            THE COURT:  Okay.  I will overrule that objection.  I
 9   think at an evidentiary hearing of this nature I can consider
10   it for whatever weight I choose to give it under Rule 44.1.
11       (Whereupon Defense Exhibit 3 was marked for evidence.)
12            How about as to the affidavit of Ms. Ang?
13            MR. BRENNER:  We object to affidavit of Ms. Ang as
14   hearsay as well.
15            THE COURT:  Do you want to respond to that one, Mr.
16   Rivero?
17            MR. RIVERO:  Your Honor, for the purposes of this
18   hearing -- I will say first, Judge, for the purpose of this
19   hearing that we are not submitting her statements in some
20   respects for the truth of the matter asserted, but for the
21   purpose of this hearing the Court should take them into
22   account.  And I understand the hearsay objection, but they go
23   to very specific issues about what Dr. Wright's intent was as
24   he filled out this form, and I believe it should be admitted.
25            THE COURT:  I am going to admit them under Rule 43 --
```

1    Federal Rule of Civil Procedure 43(c), as in cat, which says:

2    When a motion relies on facts outside the record, the Court may

3    hear the matter on affidavits or may hear it wholly or partly

4    on oral testimony or on depositions.

5         I believe that gives me the discretion to admit and to

6    consider Ms. Ang's affidavit, so I will overrule that

7    objection.

8         Obviously that doesn't go to any ruling as to what

9    weight I would give it, and certainly the fact that it is not

10   subject to cross-examination may be a factor that I take into

11   account in assessing what weight, if any, I should give it.

12        I will overrule the objection as to its admissibility

13   and I will admit Exhibit 4.

14   (Whereupon Defense Exhibit 4 was marked for evidence.)

15        MR. BRENNER:  Your Honor, for the record, because I

16   think it will become -- well, I think it is Rule 1101(b) that

17   specifically talks about the applicability of the Rules of

18   Evidence to contempt proceedings, and so, I guess I am a little

19   unclear the basis for the admission of what I think we all

20   acknowledge is hearsay.

21        Is your Honor admitting it for a limited purpose?

22        THE COURT:  I have made my ruling.  The rule of

23   procedure, not a rule of evidence, Rule of Procedure 44.3 says

24   I can consider affidavits in lieu of live testimony outside of

25   a trial setting.  I understand the Rules of Evidence apply, and

Pauline A. Stipes, Official Federal Reporter

1    I understand there is some inconsistency between the Rules of

2    Evidence and the Rules of Civil Procedure there, but I do

3    believe Rule 43 allows me to consider it and I am going to

4    consider it.

5          Your objection is noted and preserved.

6          *MR. BRENNER:*  I understand.  Thank you.

7          *MR. RIVERO:*  For completeness, 985-2 is the CV of Mr.

8    Cavender.  Judge, for the limited important that the Court

9    chooses to give it when it makes its determination of foreign

10   law, whether it is going to give any weight to Mr. Cavender's

11   statements, separately, Judge, there is citations to British

12   law which I think would always be admissible.  I would seek

13   admission of 985-2 as Exhibit 5.

14         *THE COURT:*  Any objection?

15         *MR. BRENNER:*  Same objection as we made to the Ang

16   affidavit, but I assume your Honor's ruling will be consistent.

17         *THE COURT:*  It is.  Your objection is preserved.  I

18   will overrule that objection and admit Exhibit 5 for whatever

19   weight I choose to give it.

20     (Whereupon Defense Exhibit 5 was marked for evidence.)

21         *THE COURT:*  All right.  Mr. Rivero.

22         *MR. RIVERO:*  I would ask the Court's indulgence.  I am

23   going to ask Mr. Kass, who always backs me up on these details,

24   to make sure we haven't missed anything, but that would be our

25   submission.  I don't know if the Court prefers to do the same

1    process with the Plaintiffs or if the Court wants me to address

2    the evidentiary matters.

3            THE COURT:  I am not ready to hear argument if that is

4    what you are asking me.  I want to get the evidence and then I

5    will hear argument.

6            MR. RIVERO:  Judge, we have an issue that -- I believe

7    that the leases are not filed, but they have been supplied, the

8    lease and the lease extension have been supplied to opposing

9    counsel.

10           THE COURT:  I incorporated those into Exhibit 2.  They

11   are not filed in the record, but I incorporated those into

12   Exhibit 2.

13           MR. RIVERO:  To the extent the Court permits us to

14   redact anything, we would --

15           THE COURT:  Let's see how the hearing develops.  When

16   the hearing is over, I will give both sides leave to be heard

17   on whether there should be redactions and what those redactions

18   should be.

19           So Dr. Wright rests.

20           MR. RIVERO:  Yes, your Honor.

21           THE COURT:  All right.  Let me turn to W&K.

22           MR. BRENNER:  Thank you, Your Honor.  The first thing

23   I want to start with is moving to introduce Dr. Wright's

24   witness statements.  Should we use Plaintiffs' Exhibit 1?

25           THE COURT:  You may if you want to, or go with Exhibit

1    6, which is the next number.

2              MR. BRENNER:  That's fine.  We will do it as a

3    composite, your Honor.

4              THE COURT:  These are --

5              MR. BRENNER:  There are six witness statements with --

6    some with attachments, they were either attached to the

7    judicial notice motion or the supplement to it which was filed

8    a couple days after.

9              THE COURT:  You are moving those in as one exhibit,

10   Exhibit 6.

11             MR. BRENNER:  Yes.

12             THE COURT:  Any objection to Exhibit 6?

13             MR. KASS:  Yes, your Honor.  They haven't laid any

14   authentication.

15             THE COURT:  All right.  Mr. Brenner.

16        Do you have a physical copy of those?  I didn't print

17   those out.

18             MR. BRENNER:  Yes.  May I approach?

19             THE COURT:  Yes.

20             MR. BRENNER:  Your Honor, as your Honor observed at

21   the beginning of the hearing, we went through a real belt and

22   suspenders approach here.  We laid out in great detail, it's at

23   Docket Entry 1002-1, the steps we took to authenticate these

24   foreign records.  This is a record from foreign court.

25        Just to give your Honor some background, in these

                 Pauline A. Stipes, Official Federal Reporter

1  court proceedings, the parties or witnesses submit witness

2  statements, written witness statements for consideration by the

3  Court in the form of sworn affidavits.  Dr. Wright did this

4  repeatedly.

5       We filed a motion of judicial notice.  They have not

6  contested that this is his signature or this is his submission.

7       What we had to do -- just to short circuit the belt

8  and suspenders approach, it is not like here, you go on Pacer

9  and get the record.  You have to go to the British Court and

10  get their permission to make a copy of the record.  We have an

11  order in 1002-1, at 122, which is the U.K. court order which

12  authorizes us to get the copies of the witness statements.  We

13  got the copies of the witness statements.  We have an affidavit

14  from the attorney who got them who says this is what I got.

15       There is no serious challenge to the authentication.

16  No one is doubting this is his signature.  No one is doubting

17  he submitted it.  We have dotted our I's and crossed our T's.

18  I guess I am not understanding the basis of the objection.

19            *THE COURT:*  Very well.  Mr. Kass.

20            *MR. KASS:*  Your Honor, if I may.

21            *THE COURT:*  Yes, just use the lectern and microphone.

22            *MR. KASS:*  So, part of the issue with all of this, as

23  Mr. Brenner explained how they got the records, these aren't

24  public records, you can't go and find them on the docket.  They

25  have to go through some sort of torture process.  They did

**Pauline A. Stipes, Official Federal Reporter**

1    submit a declaration, but the declarant is not here before the

2    Court.

3         That statement is also hearsay.  They haven't shown

4    any exceptions that these are self authenticating, so right now

5    there is no testimony in front of this Court saying these are

6    authentic documents, and it is their burden, your Honor.

7         THE COURT:  Okay.

8         MR. BRENNER:  Your Honor, just to address the last

9    part, under 9023 and 9024, these are both self authenticating.

10   9023 is the records from a foreign court.

11        THE COURT:  Is there a certification that certifies

12   the genuineness of the signature?

13        MR. BRENNER:  Yes, there is a stamp on the order you

14   see there, and then there is an explanation of what that stamp

15   means.

16        Just so you know, we also gave your Honor the

17   application we made to the Court and what the Court's order is.

18        THE COURT:  I saw that.  Okay.  I will overrule the

19   objection.  I find that these are sufficiently authenticated.

20   Rule 901(a), as in Alpha, says the proponent must produce

21   evidence sufficient to make a finding that it is what the

22   claimant claims it is, and b is a nonexclusive example.

23        First of all, I compared the signature of Dr. Wright's

24   declaration on all these documents, and to me, as a non-expert,

25   it satisfies me that is his signature on all these documents,

1    and given the proffer in the filings submitted, I am satisfied

2    there is sufficient evidence to establish these are what they

3    purport to be, which is witness statements sworn to by Dr.

4    Wright.

5         I will overrule the objection and admit Composite

6    Exhibit 6.

7    (Whereupon Plaintiff Exhibit 6 was marked for evidence.)

8         MR. RIVERO:  Point of order, I apologize, out of order

9    and I apologize to Mr. Brenner.  I realized as I am reviewing

10   that I have one exhibit I have not identified.  If I may.

11        THE COURT:  You want to reopen your case and offer an

12   exhibit?

13        MR. RIVERO:  If that is okay.

14        MR. BRENNER:  That is fine.

15        MR. RIVERO:  I apologize for interrupting.  It's

16   Docket Entry 1012, that would be one and two, your Honor, the

17   testimony of Ami Klin, which is of record in the case, but we

18   filed it with the Court I believe on Monday.

19        THE COURT:  This is the expert witness from the trial?

20        MR. RIVERO:  Yes, your Honor.

21        THE COURT:  Any objection to that being admitted?

22        MR. BRENNER:  Yes, we object on relevance and on

23   hearsay.  It is a little hard to shoot in the dark because I

24   don't know how they intend to use it, but they have not

25   established relevance for that or established an exception to

```
 1    the hearsay rule which would include that our cross-examination
 2    of Dr. Klin was on issues substantially similar.
 3            I may be fudging the language a little bit, but not on
 4    purpose because I don't remember the exact quote from the Rules
 5    of Evidence.
 6            THE COURT:  I think it says you have to have a similar
 7    motive.
 8            MR. BRENNER:  Yes.  Frankly, I am not sure how they
 9    intend to use Dr. Klin's testimony here, so until there is some
10    proffer of that I would object on relevance and hearsay.
11            THE COURT:  I will overrule that objection for now.
12    If you want to renew that objection at a later time.  My
13    understanding is that the doctor's testimony at the trial was
14    intended to establish that because of his medical condition Dr.
15    Wright's responses to certain questions may be -- there may be
16    explanations for why Dr. Wright responds in a certain way to
17    certain questions.
18            It is going to be offered for a similar purpose here.
19    We can address that when we get there.  Again, I am not saying
20    I will give any of this any weight, but I think it is relevant,
21    so I will overrule that objection.
22            MR. RIVERO:  Judge, I have created havoc because now
23    we have a Plaintiff's number 6 -- whatever number you want to
24    assign to it.
25            THE COURT:  I am just going sequentially.  Number that
```

```
 1    one number 7.  What is in the docket as Docket Entries 1001-1
 2    and dash 2 --
 3            MR. RIVERO:  1012.
 4            THE COURT:  1012, Exhibits 1 and 2 are now Exhibit 7
 5    for purposes of the hearing.
 6            To recap so the record is very clear, Exhibit 1 is the
 7    original fact information statement.  Exhibit 2 is the amended
 8    fact information statement with all of the attachments filed
 9    and unfiled.
10            Exhibits 3, 4, and 5 are the affidavits of -- and the
11    report of Mr. Cavender.  That is 3, 4, and 5.  6 is the witness
12    statements, composite exhibit, of Dr. Wright's prior witness
13    statements, and 7 is now the statement from the trial of the
14    trial testimony.
15            With that understanding, back to you, Mr. Brenner.
16            MR. BRENNER:  So I can set a good example for my
17    colleagues, can I get on the record that they have reclosed
18    their case?
19            THE COURT:  Yes, you can.
20            MR. BRENNER:  Thank you.
21            The next document we would introduce into evidence is,
22    which I think your Honor may remember from prior hearings, the
23    Tulip Trust Three document.  We will mark that as 8.  Can I
24    read the Bate stamp into the record?
25            THE COURT:  Yes.
```

Pauline A. Stipes, Official Federal Reporter

 1          MR. BRENNER:  It is DEFHC underscore 01518378, and

 2     then the final page is 18407.

 3          THE COURT:  Any objection?

 4          MR. KASS:  Your Honor, my primary issue relates to the

 5     confidentiality.  There is a public version of that document

 6     after the parties went through a very lengthy redacted process.

 7     So it is not clear to me what version Mr. Brenner plans on

 8     using.

 9          THE COURT:  I am admitting these into the record, we

10     are not going to release them to the public until such time as

11     the parties have a chance to weigh in on redactions.  If Mr.

12     Brenner starts to delve into an area that you believe has

13     already been ruled on to be redacted we can address that.

14          I suspect not.  Given my history with this case, I can

15     probably guess where they are going with that, but we will

16     cross that bridge again when we get there.

17          I will admit Exhibit 8 over that objection.

18     (Whereupon Plaintiff Exhibit 8 was marked for evidence.)

19          MR. BRENNER:  Exhibit 9 is also a document produced in

20     the case bearing -- well, I have the Bate stamp, unfortunately

21     it is not printed on the copy, but it is a 2015 property tax

22     record for Calagara Road property address, which is -- well,

23     Dr. Wright references properties he claims to own and not own

24     on his --

25          THE COURT:  This is a property tax record.

          Pauline A. Stipes, Official Federal Reporter

1          *MR. BRENNER:*  **It's a property tax payment record to be**

2     **more precise.**

3          *THE COURT:*  **Any objection to the admission of what is**

4     **marked as Exhibit 9?**

5          *MR. KASS:*  **Your Honor, we need to review the document**

6     **to see if there are any objections.**

7          *THE COURT:*  **Sure.  I thought you had it.**

8          *MR. KASS:*  **No.  Your Honor, this is the first time we**

9     **have seen this document.  I understand it came from a**

10    **production, but there have been hundreds of thousands of**

11    **documents produced, so we would ask that a proper foundation be**

12    **laid as to this document, and at a minimum, identify this**

13    **document.**

14         *MR. BRENNER:*  **Let me give the identification because**

15    **it is not on the document.  The Bate stamp number is DEFHC**

16    **underscore 01058875.**

17         *THE COURT:*  **I will overrule that objection.  I will**

18    **admit it, and give it whatever weight I choose once we have had**

19    **a chance to hear the whole thing.**

20       (Whereupon Plaintiff Exhibit 9 was marked for evidence.)

21         *MR. BRENNER:*  **The next two documents are along the**

22    **similar line, property tax records.  The next one bears Bate**

23    **Stamp DEFHC underscore 01058937.  It's a 2013 tax record report**

24    **for the Calagara Road property as well.**

25         *THE COURT:*  **Any objection?**

**Pauline A. Stipes, Official Federal Reporter**

1          *MR. BRENNER:*  Let me give them a copy, Judge.

2          *MR. KASS:*  That would be the same objection as to

3     laying the foundation.  It is not entirely clear what this is.

4          *THE COURT:*  Didn't you produce it to them?

5          *MR. KASS:*  Your Honor, we produced over 200,000

6     documents over X amount of years.  I really don't know the --

7          *THE COURT:*  I will overrule the objection.

8          Didn't the parties exchange their exhibits in advance

9     of the hearing?  Didn't I order you to that?

10          *MR. RIVERO:*  Your Honor, I want to be clear, we

11     produced every single document that we are relying on today.

12     These were not produced to us.

13          *MR. BRENNER:*  Your Honor, this is the notice issue.  I

14     am almost feeling like we are a little bit of Alice in

15     Wonderland.

16          *THE COURT:*  Hold on.  Mr. Brenner.

17          *MR. BRENNER:*  Your Honor, what I am rebutting now are

18     documents that they produced for the first time -- let's back

19     up so our record is clear.

20          Dr. Wright was ordered to fill out his FIS form in

21     March of 2023.

22          *THE COURT:*  I am aware.

23          *MR. BRENNER:*  He then did it in April, which is when

24     the due date was.  Then your Honor found that it was incomplete

25     and issued an Order to Show Cause, and if you recall, Dr.

1    Wright's first response was, hey, you don't need this Order to
2    Show Cause, just give me another chance to do it.  And without
3    paraphrasing you, Judge, you were like that is not really a
4    thing, you are supposed to do it when you are ordered to do it,
5    you don't get a second chance.
6          Then they waited three and a half months, right, till
7    the day -- till the afternoon of the day before the hearing, so
8    the Monday before the hearing, and they did more on Tuesday,
9    and for the first time started listing things like properties
10   and stuff.
11         And now I am rebutting that, and your Honor asked me,
12   was I able to get that?  The answer is no because I had to
13   respond to a brief yesterday.  I did my best, that is all I can
14   say.
15         *THE COURT:*  You answered my question.  Mr. Rivero.
16         *MR. RIVERO:*  Judge, they are saying they had it for
17   years, production was reviewed, millions of documents,
18   productions occurred in '18, '19.  Judge, the issue is about
19   these properties.  They alleged that there were inaccuracies
20   and falsehoods on these properties.  That was their issue that
21   they raised back in April.
22         So, this stuff they are putting out, if I am
23   understanding, is the first word I hear about it, they didn't
24   receive anything.  They are going to prove now the inaccuracies
25   of the issues related to the properties.  They argued those

1   very same properties were missing on the first form.  It is not

2   true that the first notice they had was on our supplement.

3          Judge, let me be very clear, this is a five and a half

4   year litigation, they knew perfectly well that Dr. Wright --

5   what home address he has for all these years.  They knew

6   perfectly well about the Bagnew Farm property because it was a

7   critical element of the trial, because Dr. Wright testified

8   about this property and the existence of service on that

9   property and there was a home address that was known to them

10  also.

11         Judge, if they are coming now to submit actually at

12  the time of hearing evidence that bears since what I suggested

13  was notice issues about how they would defend on the short

14  question, there would be an issue, but this isn't that.  They

15  are going to go with this to say he is inaccurate in the first

16  place because he failed to list this property or that property.

17         THE COURT:  It is not a surprise to you either.

18  Either your client owns this property or he doesn't.  How are

19  you prejudiced by the fact that they are raising the question

20  whether your client owns a piece of property or not?

21         MR. RIVERO:  It is not a question of the ownership of

22  the property.  Judge, Dr. Wright says he does not have legal

23  title.  That has been an issue since April 4.  He said that on

24  April 4.  He said not applicable.  If they have a document from

25  2018 that they think contradicts that they ought to disclose.

```
 1              Judge, I have had a professional relationship with Mr.
 2      Brenner.  I also did not obtain witnesses until I requested it
 3      two or three times and I obtained no exhibits other than those
 4      filed with the Court.  This is the first time I am hearing
 5      about it, at an evidentiary hearing, a very serious one about
 6      contempt issues.
 7              All I say, Judge, is the issue is not a surprise to
 8      them based on what the new form is.  The issue about the lack
 9      of ownership of these properties has been at the heart of this
10      question.  They raised it in their papers from the very
11      beginning.
12              THE COURT:  I will hear it, and as I said, at the end
13      of the hearing if you believe you have been prejudiced in some
14      way and you want to be able to respond outside of today's
15      proceeding, I will hear you on that.
16              I will overrule the objection and allow them to offer
17      what is now marked as Exhibits 10 and 11.
18          (Whereupon Plaintiff Exhibits 10, 11 were marked for
19      evidence.)
20              You can put on the record what 11 is.
21              MR. BRENNER:  Judge, I have 9 and 10.  I was about to
22      do 11.  For the record, your Honor, the assertions that Mr.
23      Rivero made, I do not agree with them, but we will deal with
24      that later.
25              The next one is related to property, a title search,
```

Pauline A. Stipes, Official Federal Reporter

1   production number DEF 01639965, it's a one-page document.

2           THE COURT:  It is now marked as Exhibit 11.  Any

3   objection to Exhibit 11?

4           MR. KASS:  Your Honor, the same objections we had to

5   the other documents with respect to the notice and foundation.

6           THE COURT:  I will overrule those objections for the

7   same reason.

8       (Whereupon Plaintiff Exhibit 11 was marked for evidence.)

9           MR. BRENNER:  Your Honor, for the purpose -- do you

10  want -- should we introduce -- well, let's do it this way.

11          The next one is Docket Entry 963-4.

12          THE COURT:  Which is?

13          MR. BRENNER:  I will get that for you.  This was a

14  witness statement from the -- this was from Dr. Wright to the

15  Court in England and Wales, dated December 15, 2022.

16          THE COURT:  Any objection?

17          MR. KASS:  Your Honor, I would like to see the

18  document first.

19          THE COURT:  Sure, of course.

20          MR. KASS:  Your Honor, it is not clear to us whether

21  this is a publicly filed document.  We would simply have the

22  same objection as to prior witness statements.

23          THE COURT:  Hold on a second.  Could I see a copy?

24          MR. BRENNER:  Sure.  May I approach?

25          THE COURT:  It appears that it was filed at Docket

Pauline A. Stipes, Official Federal Reporter

```
 1    Entry 963-4.
 2              MR. KASS:  Your Honor, to clarify my statement, it is
 3    not clear whether they obtained this from a public doc in the
 4    U.K. or whether they went through a similar process.
 5              THE COURT:  Okay.  It is signed by Dr. Wright, and I
 6    recognize the signature.  If that is the objection, I will
 7    overrule that objection and admit what is now marked as Exhibit
 8    12.
 9         (Whereupon Plaintiff Exhibit 12 was marked for evidence.)
10              MR. BRENNER:  Your Honor, the next one is also a
11    witness statement, 96335 is where it is on the docket, a
12    witness statement from Dr. Wright, April 29, 2021.
13              THE COURT:  Show it to the other side.
14              This is now marked as Exhibit 13?
15         MR. BRENNER:  Yes.
16              MR. KASS:  Your Honor, same objection as to
17    authenticity.
18              THE COURT:  I will overrule that objection.
19         (Whereupon Plaintiff Exhibit 13 was marked for evidence.)
20              MR. BRENNER:  Next is 963-6.
21              THE COURT:  That is now Exhibit 14.
22              MR. BRENNER:  Since you did not have the pleasure of
23    being part of our jury trial, these became a prominent feature
24    throughout the trial.  Dr. Wright --
25              THE COURT:  These are text messages.
```

63

```
 1            MR. BRENNER:  Twitter posts.  They are someone else's
 2    response which -- it doesn't matter.
 3            THE COURT:  You are offering 963-6?
 4            MR. BRENNER:  Yes.
 5            THE COURT:  As Exhibit 14?
 6            MR. BRENNER:  Yes.
 7            THE COURT:  Any objection?
 8            MR. KASS:  Your Honor, no authenticity, foundation.
 9            THE COURT:  I will overrule those objections.  I
10    will give it the weight that I deem appropriate and the fact
11    that there may not be a witness to support is something that I
12    will certainly take into account.
13            I will overrule the objection as to that, as to
14    authenticity.
15          (Whereupon Plaintiff Exhibit 14 was marked for evidence.)
16            MR. BRENNER:  The next, your Honor, is 963-7, this is
17    from production Bate RM 0025 from Rivero Mestre.  This and the
18    next exhibit go to show --
19            THE COURT:  Don't --
20            MR. BRENNER:  I just want to show you the relevance.
21            THE COURT:  It seems to be a wire transfer record.
22            Any objection to what is now marked as Exhibit 15?
23            MR. KASS:  No, your Honor.
24            THE COURT:  Without objection, 15 will be admitted.
25          (Whereupon Plaintiff Exhibit 15 was marked for evidence.)
```

**Pauline A. Stipes, Official Federal Reporter**

64

1          MR. BRENNER:  963-8, RM 00003, we move under the same

2     basis.

3          THE COURT:  We will mark that as Exhibit 16.  Any

4     objection to 16?

5          MR. KASS:  I have to see a copy of it, your Honor.

6          No objection, your Honor.

7          THE COURT:  That will be admitted without objection.

8        (Whereupon Plaintiff Exhibit 16 was marked for evidence.)

9          MR. BRENNER:  The next exhibit is part of the

10    testimony from Dr. Wright at the trial of this matter.

11         THE COURT:  Okay.  You marked that as 17?

12         MR. BRENNER:  Yes.  Can I read into record the date?

13         THE COURT:  Yes.

14         MR. BRENNER:  I apologize, it is not from the trial,

15    it is from proceedings before your Honor, so it's from

16    June 2019, a hearing transcript from that date.  The pages we

17    would seek to introduce are pages 28 -- let me give you the

18    full -- it's pages 28 and 29.

19         THE COURT:  Do you have a copy, Mr. Kass?

20         MR. RIVERO:  Your Honor, if I may, we have no

21    objection, of course, to sworn testimony before the Court, but

22    I note for completeness -- we haven't seen this, but for

23    completeness we'd ask that the entire thing be made of record.

24    If we don't have it now, we can obtain it.

25         THE COURT:  When you say the entire thing, you mean

```
 1     the entirety of his testimony or the entirety of a particular

 2     portion of his testimony?

 3              MR. RIVERO:  I apologize, Judge, I get more inaccurate

 4     as I get older.  The entirety of his testimony.

 5              MR. BRENNER:  He wants to introduce all of the

 6     June 28, 2019 transcript?  If that is the request, I have no

 7     objection.

 8              MR. RIVERO:  Judge, I am not agreeing that it is

 9     relevant or pertinent, but for completeness we have no

10     objection to its admission.

11              THE COURT:  We will consider -- Exhibit 17 will be the

12     entirety of Dr. Wright's testimony on that day.  Mr. Brenner,

13     if you want to focus on a particular subset of that, you may do

14     so.  That is admitted without objection.

15          (Whereupon Plaintiff Exhibit 17 was marked for evidence.)

16              MR. BRENNER:  The next is trial testimony, this time I

17     think I have it right.  Nope, I don't, deposition testimony

18     from Ms. Watts.  She is listed here as Ms. Watts, but I think

19     we refer to her in this hearing as Ms. Ang.

20              THE COURT:  Okay.

21              MR. BRENNER:  The date is -- the day of the deposition

22     is March 19, 2020.  The pages I would like to introduce are

23     pages 162 to 163, and page 237.

24              THE COURT:  Mr. Kass or Mr. Rivero.

25              MR. KASS:  Your Honor, that is hearsay, she is not a
```

 1  party.

 2          *MR. BRENNER:*  I –– I am sorry.

 3          *THE COURT:*  **I will overrule the objection on that**

 4  **basis.  This is deposition testimony, I will consider it as**

 5  **prior testimony.**

 6          *MR. KASS:*  **Your Honor, also we'd ask that the entire**

 7  **deposition be introduced.**

 8          *THE COURT:*  **Any objection, Mr. Brenner?**

 9          *MR. BRENNER:*  **It sounds to me like you should object,**

10  **it is a long deposition.**

11          *THE COURT:*  **If the parties want to put it in the**

12  **record so they can refer to it ––**

13          *MR. BRENNER:*  **I cannot object to it for completeness**

14  **if they think it is necessary.**

15          *THE COURT:*  **We will admit the entirety of her**

16  **deposition without objection.**

17      (Whereupon Plaintiff Exhibit 18 was marked for evidence.)

18          *MR. BRENNER:*  **Copying costs being borne by the**

19  **Defendant.**

20          *THE COURT:*  **It is now in the record, somebody will**

21  **file it pursuant to the local rule.**

22          *MR. BRENNER:*  **And then we have the trial testimony ––**

23          *THE COURT:*  **This is Exhibit 19?**

24          *MR. BRENNER:*  **This would be Exhibit 19, trial**

25  **testimony –– if you try long enough, Judge, you eventually get**

**Pauline A. Stipes, Official Federal Reporter**

| | |
|---|---|
| 1 | it right.  This one is trial testimony from Dr. Wright, the |
| 2 | date of the testimony November 15, 2021.  The pages we choose |
| 3 | or seek to admit are pages 198 and 199. |
| 4 | THE COURT:  Any objection? |
| 5 | MR. KASS:  Just the same completeness objection. |
| 6 | THE COURT:  I am going to guess Dr. Wright's trial |
| 7 | testimony went on for days.  I am not going to admit things in |
| 8 | the record that I know I am not going to read.  If there are |
| 9 | particular discrete sections that Dr. Wright wants to mark, we |
| 10 | will take a lunch break shortly and you can certainly mark |
| 11 | those and have those for the record. |
| 12 | If the question is completeness, the Rule of |
| 13 | Completeness only applies if it is out of context.  I haven't |
| 14 | seen it, but to the extent I need to add a couple of paragraphs |
| 15 | on either side, I can do that, but I don't think days of |
| 16 | testimony are necessary to put it in context. |
| 17 | Mr. Rivero. |
| 18 | MR. RIVERO:  I understand the ruling, Judge.  I don't |
| 19 | waive our objection to notice.  They have had long notice of |
| 20 | this hearing, they did not cite these pages.  There are many |
| 21 | days, including redirect, that may give context. |
| 22 | THE COURT:  I understand.  As I said, you have a |
| 23 | continuing objection on that grounds, and when we complete |
| 24 | today's proceedings, if you believe there has been prejudice or |
| 25 | you would like the opportunity to supplement the record to |

```
 1    respond to anything, I will hear you on that argument.  You

 2    have certainly preserved that argument.

 3        (Whereupon Plaintiff Exhibit 19 was marked for evidence.)

 4        MR. BRENNER:  Your Honor, with the Court's indulgence,

 5    there is one other exhibit, I don't have a hard copy right now.

 6    It is another -- is it Twitter?

 7        MR. FREEDMAN:  It is a Slack.

 8        MR. BRENNER:  In addition to live Tweeting the trial,

 9    Dr. Wright also live Slacked it.  That is a proper verb,

10    although Mr. Freedman said the record should be clear that it

11    is no longer Twitter, it is X.

12        THE COURT:  I understand there may be a copyright

13    question.

14        MR. BRENNER:  There may be a couple, which I think is

15    beyond the scope of the hearing.

16        THE COURT:  Very much so.

17        MR. BRENNER:  This is a Slack message from Dr. Wright

18    dated June 29th of this year where Dr. Wright -- I am not going

19    to argue.  Can you read that?

20        THE COURT:  I can see it.  It is a message marked June

21    29th, so for purposes of that, that is all I need to know.

22        Mr. Kass or Mr. Rivero, any objection?

23        MR. KASS:  Authenticity, foundation.

24        THE COURT:  I will overrule it for now, subject to

25    laying a further foundation.
```

```
 1        (Whereupon Plaintiff Exhibit 20 was marked for evidence.)
 2            MR. BRENNER:  One more, your Honor.  I apologize, I
 3   don't have a hard copy, we'll share it with --
 4            THE COURT:  This is now Exhibit 21?
 5            MR. BRENNER:  Yes.  It is a statement from a company
 6   called Tall, T-A-L-L, of a -- stating a 7 million-dollar loan
 7   to a company called Wright International.
 8            THE COURT:  Show it to the other side, let's see if
 9   they object.
10            MR. BRENNER:  We are trying to pull that up, Judge.
11   We will get a hard copy for the record.  Either way, whether
12   you admit it or not, we will mark it for the record.
13            THE COURT:  It is marked Exhibit 21.
14            MR. BRENNER:  Mr. Freedman is trying to get it on the
15   ELMO.
16            THE COURT:  That's all right, as long as the other
17   side can see it.  It looks like it is dated December 2020.
18            So, Mr. Kass, take a look.
19            MR. KASS:  Your Honor, we object based on foundation,
20   relevance, authenticity, and hearsay.
21            THE COURT:  Yes, I am going to sustain that objection
22   for now.  I don't think this meets the standard for
23   authenticity at this time.
24            I will allow W&K to try and lay a better foundation,
25   but I will sustain that objection.
```

1          *MR. BRENNER:*  **Can I confer with my colleagues for a**
2    **second?**
3          *THE COURT:*  **Yes, absolutely.**
4          *MR. BRENNER:*  **Your Honor, so I think it is five to**
5    **12:00.  I want to make sure I understand what we are going to**
6    **do.**
7          **Do you want us to, as Mr. Rivero did, close our**
8    **presentation of evidence and then you will give the parties an**
9    **opportunity to argue using the evidence?**
10         *THE COURT:*  **Correct.  My thought was this:  Once you**
11   **are done offering whatever evidence you want to offer, I was**
12   **going to see if -- what I was probably going to do at that**
13   **point is take a lunch break.  When we came back I would offer**
14   **both sides the opportunity to supplement or to respond to**
15   **whatever evidence has been offered.  I'll give you a chance to**
16   **reflect on it, try to make a record at that point and then,**
17   **yes, I will let the parties argue from the evidence.**
18         *MR. BRENNER:*  **That is what I understood your Honor to**
19   **say.**
20         **So, what I would say to that, as Mr. Rivero did, I**
21   **think I am done presenting evidence, and that's a good faith**
22   **statement.  If we have to reopen and introduce one more**
23   **document, I will ask permission to do that.  But other than**
24   **that, I think it's a good time to take a lunch break.**
25         *THE COURT:*  **Let's do that.  I want to give the parties**

**Pauline A. Stipes, Official Federal Reporter**

```
 1    time to prepare their arguments now that you know what is in,
 2    what has been objected to, what my rulings have been.
 3            We'll come back at 1:15 and that will give each side a
 4    fair amount of time to argue.
 5            We will be in recess until 1:15.
 6        (Thereupon, a luncheon recess was taken.)
 7            THE COURT:  Good afternoon, everybody, have a seat,
 8    please.  I hope you all had a good lunch.
 9            When we broke, Mr. Brenner, you had the floor, so let
10    me have you add any other evidence at this time.
11            MR. BRENNER:  With your Honor's permission, if I could
12    just have Mr. Freedman add a few things and then we will turn
13    it over to Mr. Rivero.
14            THE COURT:  Mr. Freedman.
15            MR. FREEDMAN:  Good afternoon, your Honor.  Before we
16    start, a housekeeping matter, tonight is the night of fasting,
17    and I don't know how long this will go, but at some point I may
18    need to excuse myself if that's okay with the Court.
19            THE COURT:  I am happy to get done in plenty of time
20    for you to get home.  I understand.
21            MR. FREEDMAN:  Your honor, I have copies of Exhibit
22    20.
23            THE COURT:  Great.
24            MR. FREEDMAN:  May I approach, your Honor?
25            THE COURT:  You may.
```

1          MR. FREEDMAN:  **Your Honor, I am ready to start when**
2   **you are.**
3          THE COURT:  **All right.  Go ahead.**
4          MR. FREEDMAN:  **Your Honor, I am Val Freedman, by the**
5   **way.  I don't want to get yelled at.**
6          **Your Honor, we are going to mark here a Tweet from Dr.**
7   **Wright.**
8          THE COURT:  **How do you mark it?**
9          MR. FREEDMAN:  **This will be Exhibit 22, dated July 12,**
10   **2023.**
11          THE COURT:  **Any objection to the Court considering**
12   **this Exhibit 22?**
13          MR. KASS:  **Your Honor, foundation and authenticity.**
14          THE COURT:  **I am going to overrule that objection.  It**
15   **purports to be a Tweet from Dr. Wright's account, so I am**
16   **reserving as to whether I will give it any weight, but I will**
17   **at least consider it.**
18       (Whereupon Plaintiff Exhibit 22 was marked for evidence.)
19          MR. FREEDMAN:  **Your Honor, that leaves us with Docket**
20   **Entry 843, which is trial testimony from day seven.**
21          THE COURT:  **We'll mark that as Exhibit 23.**
22          MR. FREEDMAN:  **23, Judge, and we are primarily**
23   **interested in 149.  If the Defendant wants to put it all in --**
24          THE COURT:  **Any objection to the Court considering**
25   **page 149 of Docket Entry 143.**

1        *MR. KASS:*  **Just to be clear, is this the trial**

2   **testimony of Dr. Wright?**

3        *MR. FREEDMAN:*  **Yes.**

4        *MR. KASS:*  **No objection, other than completeness.**

5        *THE COURT:*  **I will overrule that objection.  I will**

6   **allow you, if you want to supplement with additional pages.**

7   **Again, I am not going to clog the record with days of testimony**

8   **from Dr. Wright that are not relevant.**

9        (Whereupon Plaintiff Exhibit 23 was marked for evidence.)

10       *MR. FREEDMAN:*  **Your Honor, also Docket Entry 507-7, a**

11  **list of Bit Coin holdings filed under seal with the Court.**

12       *THE COURT:*  **Any objection to the Court considering**

13  **that?**

14       *MR. KASS:*  **Your Honor, if you'd give me one moment.**

15       *MR. FREEDMAN:*  **Judge, hand in hand with that is Docket**

16  **Entry 376, the notice of compliance saying that this list was**

17  **in fact the list of his Bit Coin holdings as ordered by the**

18  **Court.**

19       *THE COURT:*  **Exhibit 25?**

20       *MR. FREEDMAN:*  **Yes.**

21       *MR. KASS:*  **Your Honor, no objection to either of**

22  **those.**

23       *THE COURT:*  **24 and 25 are admitted without objection.**

24     (Whereupon Plaintiff Exhibits 24, 25 were marked for

25   evidence.)

**Pauline A. Stipes, Official Federal Reporter**

1          MR. FREEDMAN:  Finally, your Honor, 488-17, which is

2    the deposition transcript of Lynn Wright, the Defendant's

3    ex-wife.  We are interested in pages 69 and 70.

4          THE COURT:  Any objection?

5          MR. KASS:  Your Honor, hearsay and completeness.  We'd

6    ask to supplement it if we need to.

7          THE COURT:  Okay.  I will overrule the hearsay

8    objection and I will consider it.  I will let you reserve as to

9    completeness.

10      (Whereupon Plaintiff Exhibit 26 was marked for evidence.)

11          MR. FREEDMAN:  With that, your Honor, we rest.

12          THE COURT:  Very well.  Mr. Rivero, do you want to

13    either supplement what you previously entered or respond with

14    additional evidence at this time?

15          MR. RIVERO:  No, your Honor, subject to the question

16    of completeness.

17          THE COURT:  All right.  The evidence is closed.  I

18    will now turn to counsel for Dr. Wright and let you make

19    whatever arguments you would like to make.

20          MR. RIVERO:  Thank you, your Honor.

21          THE COURT:  As we refer to exhibits, let's try to

22    refer to them by exhibit number so we have a very clear record.

23          MR. RIVERO:  Judge, my intention is to rely

24    principally on Exhibit 1.  Andres Rivero for Dr. Wright.

25          What I would like to do, Judge, is put the beginning

1    of Exhibit 1 on the ELMO.

2         THE COURT:  I have a copy here, but I am happy to

3    follow along with you on the ELMO if it is more convenient for

4    you.

5         MR. RIVERO:  Judge, I want to make sure, I think the

6    Court has been quite clear.  I think the Court is starting

7    exactly from the correct first principles of this.

8         There was a form submitted to the Plaintiffs' counsel

9    on April 4, a show cause order about compliance with Judge

10   Bloom's order in relation to that, and I think the way the

11   Court has stated it both this morning and in the order that you

12   entered on May 5, the issues raised are whether there is a

13   complete compliance with the form and whether there is an

14   accurate compliance.

15        Those are two different ones, sometimes they overlap,

16   but those are the issues presented.  Judge --

17        THE COURT:  I guess, Mr. Rivero, and I think you

18   alluded to this earlier, just so you make sure you address all

19   the issues that I think are before the Court, I think there is

20   the question of whether if the original form was not either

21   complete or accurate, should there be remedial sanctions, and

22   then if the most recent version is not complete or accurate,

23   should there be coercive sanctions or other sanctions.

24        MR. RIVERO:  Judge, I think I expressed this view

25   earlier and Mr. Feuer is going to address issues related to the

Pauline A. Stipes, Official Federal Reporter

1    form filed on the 25th.

2            *THE COURT:*  **Sure.**

3            *MR. RIVERO:*  **If I may just say, to make sure the Court**

4    is aware, we brought Mr. Feuer to the matter as independent

5    counsel because of the sanctions issues raised.  We thought it

6    was the wisest thing to do, and it turns out, Judge, it is not

7    only wise from an ethical point of view, but Mr. Feuer, as I've

8    learned, is a very fine advocate, and sometimes a new face and

9    a new voice can make a difference, Judge.  I can't go into

10   privileged stuff, but Mr. Feuer had to do with the new form.

11           Judge, here is my answer on your observation.  The

12   order was entered on May 5, long before the existence of the

13   new form.  The parties, both sides, except for materials

14   submitted today to which I have objected for the first time,

15   the parties were aware of what the issues were and materials

16   were submitted in relation to that.

17           The only new materials we submitted I would

18   characterize as efforts to cure to the extent that the Court

19   finds that there was a course of sanction appropriate under the

20   first form.

21           My view, Judge, is now -- I will address the first

22   form because that is what has been on the table until Monday,

23   completeness and omission.  Judge, I suppose, and Mr. Feuer

24   will address, if we have cured in the second form, my view is

25   that if you were going to intend to use force of power, but

                Pauline A. Stipes, Official Federal Reporter

1  found we had cured, then it gets cabined the way you said,

2  Judge, then it's compensatory between April 4 and cure.

3            I don't think that you have to determine whether there

4  is cure, but I think if you are going to intercourse compulsion

5  and a cure that occurred, that is the place where I think the

6  Court should take into account the new form.  That's argument.

7            *THE COURT:*  I take a more limited view than you do,

8  which is if, as we sit here today, the form is complete and

9  accurate, there is no basis for any coercive sanction because

10  coercive sanctions are forward looking, but there could be a

11  retrospective remedy along the lines of, well, if the original

12  form wasn't properly completed, it forced the other side to

13  incur whatever it forced the other side to incur and remedial

14  sanctions might be appropriate.

15            If the current form is not complete and accurate, then

16  we are in a whole different world where I would have to

17  consider both backward looking remedial sanctions as well as

18  forward looking coercive sanctions.

19            *MR. RIVERO:*  I think you have it just right, Judge.

20  The only thing I would say to the Court is that as to the

21  issues as to the new form, those would be new issues,

22  obviously, that didn't exist prior to Monday.  And, Judge, I

23  appreciate, not that I wouldn't have expected it, but I

24  appreciate the care with which you started immediately this

25  hearing about looking to what are the components, and I think

```
 1    we have to do the same with the second.  I don't think we can
 2    just say, okay, now it's time to look at the second without due
 3    process as to the first.
 4          Judge, I want to say one other thing.  First of all,
 5    this is a very serious matter, and especially because of the
 6    coercive power of the Court is quite powerful, and the
 7    sanctions sought are very great, so we always have a right to
 8    cure.  Tomorrow we would have a right to cure.  That doesn't
 9    mean there wouldn't be compensatory sanctions, doesn't mean
10    there wouldn't be all kinds of things, but we always have a
11    right to cure.
12          The only other thing, one other thing I would ask the
13    Court, and I think the Court is intending to do this, to the
14    extent you find sanctions, I should say coercive sanctions, I
15    think that due process would require and we would ask you to
16    identify what is it that still needs to be cured to give Dr.
17    Wright a chance to come into compliance.  The power of this
18    Court is very great.
19          THE COURT:  Just overall, working on the same field,
20    let's all remind ourselves I don't have coercive contempt
21    power.  All I have is the power to certify to Judge Bloom facts
22    which, if I were to find them to justify further contempt
23    proceedings, I would certify them to Judge Bloom.  Whether it
24    is a matter of due process or a matter of pragmatics, there
25    will be a window of time, if I were to determine further
```

1    proceedings should occur of a coercive nature, Dr. Wright would

2    know what I think, and as with any coercive civil contempt, the

3    contendor has the keys to the jail cell, figuratively not

4    literally, and can cease the coercive sanction at any time.

5          *MR. RIVERO:*  Judge, obviously I was misstating all

6    that power in your hands, but it shows we are taking this

7    seriously.

8          *THE COURT:*  I get it.  Congress has deemed that I

9    should not have that power.  I don't take it personally.

10         *MR. RIVERO:*  Judge, I guess the place to start, I put

11   the form up and it is on your screen, you have a copy.

12         *THE COURT:*  I do.

13         *MR. RIVERO:*  What I put up is the very beginning, and

14   I am talking about April -- I say it was served on these

15   counsel on April 4, that is the date I am referring to.  As you

16   see, Judge, the docket number is 966-1.

17         *THE COURT:*  We can just refer to it as the first form.

18         *MR. RIVERO:*  Yes.  I just wanted to point out it was

19   filed on April 20.  Nonetheless, we know that the operative

20   date is April 4.

21         Judge, this is important because I do think that there

22   has been a moving target, and I think the Court's approach is

23   the correct one, but sometimes, in my view -- I have reviewed

24   the Plaintiff's papers with care.  I believe there is more heat

25   than light in those papers, and I think there is a moving

```
 1    target.  There are new things being brought up today.

 2         I want to show the Court page six of the motion for

 3    contempt sanctions sought by these Plaintiffs because I haven't

 4    heard about this today.  In fact, I heard something contrary to

 5    the relief sought.  Part of the relief sought, something

 6    pointed to directly, was questions about Dr. Wright's children.

 7    We heard today that is not what we seek.

 8         Judge, I don't know, and I can't see --

 9         THE COURT:  Hold on a second.  Please proceed.

10         MR. RIVERO:  Madam Court Reporter, I am slowing down

11    right now.

12         Page six of the original sanctions motion is -- Judge,

13    I will go there and talk slowly and make sure our court

14    reporter can get everything.

15         Moving down, Judge, it should still be possible to

16    read.  Your Honor, in their initial papers, they told the Court

17    what they considered incomplete.  I don't see in the papers

18    until today variance from these positions.  They said there

19    were numerous incomplete items.

20         The Court will note that the second item referred to

21    was the children, and that is why I address it -- I am not --

22    and my point in saying this to your Honor is, they have told us

23    from the outset in these papers what it is that is wrong.  Now

24    I'm hearing new things today.  I want to address April 4, and

25    the process has been the process.  So, I want to address the
```

 1    items.

 2              What I suggest, your Honor, is that we take them from

 3    the top because I think we have to go line by line, and the

 4    issues the Court has identified, omissions and inaccuracies.

 5    This is a -- this form is a form of the Florida

 6    Legislature's -- it's in the Rules of Civil Procedure I should

 7    say, I am not sure if it is the Court or the Legislature -- and

 8    there are some ambiguities in the form itself.  I will point

 9    those out.

10              That being said, Judge, obviously, your Honor, I am

11    going to go straight down.

12              THE COURT:  That is fine.

13              MR. RIVERO:  From the initial form, Mr. Wright puts --

14    I don't think they raised any controversy about the first four

15    lines.  On the fifth line, which refers to telephone numbers, I

16    think in both instances -- in this instance he says not

17    applicable.  I don't know, Judge, but nowadays there are many

18    people like me who don't have a home phone number.  I don't

19    think that -- should not be a controversial matter.

20              In the original form he lists addresses the employer

21    as nChain Limited.  Judge, I don't know why he didn't list the

22    address, and I would acknowledge that he ought to have listed

23    the address and it is not there.  So, I want to concede when it

24    should be conceded to whatever extent the Court considers that

25    material, and I do think the Court should take into account

1    that there is -- in terms of first as a determination, is there

2    an omission.  Judge, I think there is an omission here and I am

3    prepared to concede it.

4            I think there is a second question, which is how

5    material is that omission to the purpose for which the form is

6    asked to be completed, and that is collections.  I would say to

7    your Honor, incomplete, this is a foul.  What is the harm?  I

8    would say in this one it's basically zero to absolutely minimal

9    because nChain's address is something very knowable.  Doesn't

10   change that he should have filled it out.

11           Next, Judge, he says he is the chief scientist.  Rate

12   of pay, he says 159 K per annum.  What I understood today I

13   heard -- in the papers we don't have this as an incomplete.  I

14   know of no evidence in this case, in this record that would

15   contradict Dr. Wright's report of this amount.  Therefore,

16   Judge -- I think I should stop there, your Honor.

17           What is the standard?  The Court says we have to show

18   cause why Dr. Wright shouldn't be held in contempt.

19           Your Honor, my understanding of the standard for

20   contempt is that the moving party has a clear and convincing

21   standard to meet.  Therefore I interpret -- and I certainly

22   want to be corrected by the Court -- I need to put forward or

23   show the absence of clear and convincing evidence or enough

24   evidence to get it below clear and convincing.

25           *THE COURT:*  That's correct.

 1          *MR. RIVERO:*  **Judge, many lawyers are reluctant**

 2    **to assign percentages to these things.  I know that**

 3    **preponderance is fifty percent plus one and I think reasonable**

 4    **doubt is in the 90's, and I have always though of clear and**

 5    **convincing as about two-thirds.  That doesn't mean that is the**

 6    **Court's interpretation.  I am just saying that because I want**

 7    **to tell the Court where I am coming from when I talk about**

 8    **whether or not the standard has been met.**

 9          **Chief scientist.  To my knowledge, there is not a**

10    **single shred of evidence presented by the Plaintiffs that**

11    **contradicts Dr. Wright's statement about the pay of 159, and to**

12    **the contrary, Judge, the tax documents, they were submitted**

13    **later, but they are in an increasing amount, I think it's 151**

14    **and 155.**

15          **Now, Judge, I didn't understand Mr. Brenner's comment,**

16    **but on average commissions or bonuses, the next line, he**

17    **plainly puts a line through.**

18          **I don't know why, Judge, I just have a sense of like**

19    **the 2000 election, the hanging chads, but there is a line**

20    **through it, and I don't know why he writes monthly.  I am at a**

21    **loss to interpret, but Dr. Wright's position is he doesn't have**

22    **commissions or bonuses.**

23          **To the extent -- I didn't understand what Mr. Brenner**

24    **said about commissions and bonuses, but I think the monthly --**

25    **I don't know what to say about that, your Honor, but I don't**

1 believe that establishes an omission certainly.  Frankly, I

2 believe it is surplusage and I don't really have more to say

3 about that.

4 His statement, his other personal information, and he

5 chooses a slash, and that is, he doesn't have it.

6 On all of these what I want to say is I don't see

7 omissions.  It would only be on the question of accuracy.

8 *THE COURT:*  I certainly take a slash mark when it is

9 fully horizontal like that to be the equivalent to zero.  The

10 diagonal slash a little farther down might be interpreted

11 differently, but the horizontal slash I will give you a zero.

12 *MR. RIVERO:*  Thanks, Judge.  That helps me interpret

13 and keep going and makes it a little bit more straightforward.

14 Judge, I want to say about this form, I think that

15 there is some ambiguity.  Why does it say in a parenthetical

16 explain details on back of the sheet or additional sheet if

17 necessary?  I assume that goes to everything above it, but we,

18 of course, have another one later, another parenthetical.

19 I just want to continue line by line.

20 Judge, Social Security, he put not applicable.  In

21 truth and in fact, and I believe this is one of the things

22 pointed to in the original -- no, it is not.  He doesn't have

23 one, Judge, he was an Australian citizen, he is in the U.K.

24 now, he doesn't have one.

25 I will point out that the new documents have both his

Pauline A. Stipes, Official Federal Reporter

 1    driver's license number and his unique identifier tax number.

 2    But I don't believe this is a -- this is a truthful statement,

 3    and he didn't go above and beyond, and I think he has gone

 4    above and beyond in the new form.  Birth date is reported,

 5    Judge.  Driver's license is not U.S.A., which is an accurate

 6    statement.  He does report a British driver's license number in

 7    the new form.

 8              Marital status, spouse, Ramona Ang, not in

 9    controversy.  Judge, I think when spousal address is different

10    with a slash, this is not applicable.  She has an address.  I

11    think the slash means it is not different.  Be that as it may,

12    Social Security is the same analysis as above, your Honor.  Ms.

13    Ang is a U.K. resident, she is originally from Singapore, but

14    Australian citizen.  Birthdate, Judge, we concede she has a

15    birthdate and he didn't report it.  That is the second place we

16    concede there is an incomplete in this.

17              Your Honor, he runs a slash through the whole thing, I

18    don't know the meaning of that and I understand where the

19    Court's coming from.

20              Then he puts a line straight across.  As to employer,

21    he puts a slash, meaning none.  As to pay check, he puts a

22    slash, meaning none.  As to other family income, he puts a

23    slash, meaning none.

24              Judge, pointing to the new form, only four

25    consistency, not lack -- he says she is not employed.  I take

1    this -- now, in light of the other, I take this to mean not

2    employed, not an omission, and there is no record evidence that

3    she is employed.  I haven't seen anything.

4         So up to here, your Honor -- let me go back and make

5    sure.  I am aware of no record evidence, although I think there

6    was some suggestion and I would ask for an opportunity to

7    rebut, I am aware of no record evidence of commissions or

8    bonuses.

9         So, up to this point, my statement to the Court is

10   this:  What I see is a record where he has given a sworn

11   statement that I know of no contradiction as to these points so

12   far.

13        *THE COURT:*  **All right.**

14        *MR. RIVERO:*  **We then get to the second parenthetical,**

15   a little bit inexplicable to me, Judge.  I will point out -- if

16   Mr. Feuer will lend me the form, Mr. Feuer, of the State fact

17   information sheet.  Thank you.

18        I don't think it changes much, Judge, but I want you

19   to know that I am not sure, and I was asking counsel, but this

20   sheet is exactly the same as the one found in the State's -- in

21   the -- it is attached to Rule of Civil Procedure -- sorry,

22   Florida State Rule of Civil Procedure Form 1.977.  Even the

23   formatting is in the same form.  Why it is a parenthetical and

24   then immediately continues to describe, I don't know.

25        I think the Court's ruling is correct that this

1   relates to Dr. Wright, and I will say neither side has found

2   any authority inconsistent with that.  The one case cited,

3   again, in page six of the Plaintiffs' motion says there is an

4   obligation to report joint assets, assets of the husband and

5   wife together.  All right.

6           Now, your Honor, I would like to pause for a moment

7   and tell the Court that it is my view that up to now, other

8   than the two instances that are conceded, I don't see either

9   evidence of inaccuracy or omission.  Your Honor, I don't think

10  that there is a basis, except for the two omissions so far, to

11  talk about any kind of sanction.

12          Judge, of course their position is that there is a

13  failure to describe accounts, investments you may have,

14  including stocks, mutual funds, savings bonds, annuities on the

15  back of the sheet.  I understand the obligation and I will talk

16  about the kinds of information they are pointing to.

17          I do want to say as a general matter, the Plaintiffs'

18  papers appear -- the papers appear to have a great amount of

19  precision, your Honor, because they cite to different things.

20          You are going to note, Judge -- now, the Court today

21  admitted some statements, but in the papers up to today all of

22  the evidence was -- except for one sworn statement of Wright in

23  the U.K. that was in the papers before today, all of the

24  evidence up until today was the sworn statement of Craig Wright

25  on this form versus -- again, Judge, I am excluding today's the

1   six sworn statements -- one sworn court statement and a series
2   of unsworn Craig Wright statements.  That is the entirety until
3   today of the evidence.
4          I would suggest to you, Judge, that presents to the
5   Court, in my view, the very serious difficulty in finding the
6   Plaintiffs have met the clear and convincing standard for the
7   following reason, Judge.
8          If we weigh -- you are the fact finder, you weigh the
9   sworn statement of Wright on the one hand versus the unsworn
10  Twitter post.  I am not a Twitter person, Judge, but I will
11  tell you what I have been told and what I have seen is, I don't
12  think people on Twitter -- nobody has a bad day on Twitter from
13  what I can tell.  Everybody is having a great day, the photos,
14  everybody is smiling, the fish are the biggest fish you ever
15  caught, everything is fantastic.  So, it's Wright sworn against
16  Wright on social media, and I will talk about the sworn ones.
17         Judge, the Plaintiffs' unfearing position every day of
18  this proceeding for five and a half years, including trial, was
19  that Craig Wright is a born liar and everything he says is
20  false.
21         There's a great expression in Spanish that my mother
22  uses:  You can't block the sun with one finger.  This Court
23  made findings in 2019 that Dr. Wright, in matters of testimony
24  before you was not credible, and I know that, Judge, but if Dr.
25  Wright, as the Plaintiffs have told you, Judge Bloom, the jury,

1    is a liar every minute of his life, that would -- I take in

2    what they are saying is that what he says in his sworn

3    statement is worth zero.

4         But, Judge, just like I told the jury and the reason

5    the jury didn't return a 600 billion dollar verdict as asked by

6    the Plaintiffs, they can't turn around and pick his social

7    media post and value that at 67 percent.  If Dr. Wright's word

8    is no good, he's a no-good lying bum, I find it difficult --

9    how are the Plaintiffs going to use those statements -- and I

10   will talk about sworn statements in a moment -- to get

11   themselves to 67 percent?

12        Now, I would like to come back to the general thing in

13   the middle.  Let's get to specifics, the.  Next thing asks for

14   names and ages of your children, and I don't know why he said

15   all adults, Judge.  They are all adults, but they are not his

16   children.  Ms. Ang has three children with her prior husband.

17   They were never adopted by Dr. Wright and they are not his

18   kids.  What he should have done is put a slash, but he didn't.

19   That is an error.  I don't think that should be punishable,

20   Judge, because he does explain it later.  They are all adults,

21   but I think he should have said, I don't have children.

22        Same with the support.  Now, I don't know -- they have

23   submitted today testimony about alimony paid.  They took Ms.

24   Lynn Wright's testimony about alimony paid.  There may be a

25   debt obligation there.  Ms. Lynn Wright testifies about it.

Pauline A. Stipes, Official Federal Reporter

 1    That is a shred of evidence, Judge.  Let me be real clear, I

 2    don't want to fool around with what the evidence is in the

 3    case.  That knew about the form on April 4.  They knew he had

 4    said no alimony.

 5           Today -- I am sorry -- not today, about 12:45 today is

 6    the first time they tell us we want to use Lynn Wright's

 7    testimony about alimony in terms of this proceeding.  Judge,

 8    that has the consequence it has.  I have to face that.  There

 9    is a shred of evidence there.  So his scratched out nothing

10    does have to be weighed against Lynn Wright's testimony.

11           Mr. Kass, I hope you are keeping track of what I am

12    conceding to.

13           *THE COURT:*  I've got it.

14           *MR. RIVERO:*  I am sure you do, Judge.  It is in the

15    transcript.  Names of others you live with, I think that is

16    incorrect, Judge.  He put nobody, and I think that is incorrect

17    because the wife lives with him.

18           Judge, the form is odd because notice that above it

19    says spouse's address if different, and he put a slash.  One

20    could say, well, it means she doesn't have an address, but I

21    think the reasonable reading is, it is not different.  Then

22    below he doesn't list anybody living with him.  I concede it is

23    incorrect.  I don't believe that one should involve

24    consequence.

25           Head of household, Judge, his position stated to the

Pauline A. Stipes, Official Federal Reporter

```
 1    Court is and stated here, he says he is the head of household.

 2    I will leave to Mr. Feuer the question about what he says in

 3    the new thing.

 4              He is thanking me, Judge.

 5              Checking and savings account is blank, your Honor.  If

 6    he meant he doesn't have them, which is what I believe he

 7    means, he should have put the slash, but that, in my opinion,

 8    is not an omission, it's a question of accuracy.  Judge, here

 9    there is a shred of evidence, I want to point to this, because

10    he later concedes that he is a joint account holder of an

11    account, I believe -- I may be wrong on this -- that he is a

12    joint account holder on a Nat West, N-A-T, West account, not

13    reported here, Judge.  I don't know of other evidence other

14    than Dr. Wright's statements about whether or not he has

15    accounts.

16              Real estate, he says what he says, Judge.  He says

17    none personally owned, transferred, and then he says not

18    applicable as to mortgages, balances owed, and monthly

19    payments.  He leaves name on title blank, but I believe in the

20    context he is saying I don't have it.  That becomes a question

21    of accuracy, Judge, and Mr. Feuer may not be happy with it, but

22    I think he should address this in the context of the new form.

23              Your Honor, vehicles, he says not personally owned,

24    and he says assets are in business and trust.  Your Honor, it

25    is not an omission, it is a statement.
```

1              In the new form he lists the vehicles.  I want to

2    point out, this is an example -- I am going to a little bit

3    into Mr. Feuer's territory -- he lists them by registration

4    numbers, Judge, and he identifies them.  He identifies a

5    Lamborghini and a BMW I.  I have learned that the I series is

6    the electric series.  The twitter statements, or whatever they

7    are, Slack, social media statements that are relied on by the

8    Plaintiffs refer to a I have a Lambo and I have an electric

9    car.  He may say I own a Lambo, I am not sure.  You will see

10   the evidence.

11             The problem with that evidence or that contradiction,

12   Judge, again, it is Wright versus Wright.  In the Plaintiff's

13   view, liar versus liar.  I am not adopting it, I am just saying

14   you have to take into account, this is -- so how do you hold

15   valid one of them?

16             Now, I am going to do this quickly and turn it over to

17   Mr. Feuer, but I would ask to be able to return after Mr.

18   Feuer.

19             He goes through not applicable all the way through.

20   Loan owed, there is no evidence in this record, they said to

21   you today, they pointed -- Mr. Brenner pointed to loans owed.

22   I know of no evidence in this record, including statements by

23   Dr. Wright, that contradicts his statement, not applicable.

24   Judge, at the end of the day --

25             *THE COURT:*  It means he owes money to other people,

 1   not people owe money to him.

 2          MR. RIVERO:  Right, good point, Judge.  I may be

 3   misinterpreting Mr. Brenner.  I understood it to be they were

 4   suggesting there was evidence of a loan to -- Judge, I am

 5   sorry, I think I messed up.  Loan owed would be I owe you money

 6   back to repay you for a loan.

 7          THE COURT:  That is how I interpret this section at

 8   the top of the second page.  Further down there is a question,

 9   does anybody owe you money, which would be an asset.

10          MR. RIVERO:  Thank you, Judge, I think that is a

11   natural reading.

12          MR. BRENNER:  Is there a pitcher of water in the

13   courtroom?

14          THE COURTROOM DEPUTY:  No, there is not.

15          THE COURT:  We will see what we can do.  I know there

16   is a water machine on the third floor -- second floor.  If you

17   want to dispatch somebody with coins in their pocket they can

18   see what they can do for you.

19          MR. RIVERO:  Judge, I apologize, I am not trying to

20   bore you to death, but the form has a lot of --

21          THE COURT:  Do what you've got to do.

22          MR. RIVERO:  I think your reading is a more natural

23   one, but on that he owes money on a loan, I know of no evidence

24   in the record.  And that somebody is to pay him proceeds from

25   some loan, I also know of no evidence on the record, including

1    that he has ever said that he has a loan.  I don't know of such

2    evidence, and I would like to have a chance to rebut any such

3    evidence.

4            *THE COURT:*  You will get the last word after I hear

5    from the other side, so don't worry.

6            *MR. RIVERO:*  The debts, Judge, this is part of where I

7    think we -- this goes off the rails.  The Plaintiffs say, oh,

8    that judgment is obtained by means of fraud.

9            Okay, Judge, that was a component of this trial, a

10   component of this trial, developed in discovery that

11   ultimately, I don't think there is any interpretation what the

12   jury did that would establish that this was obtained by means

13   of fraud, but that is not what the issue is.  He reports a

14   judgment to J. W&K, in the public record there is a -- it is

15   not an omission, and the question whether underlying this,

16   there was a fraud in the Court to obtain the judgment, it

17   doesn't go to this.

18           The question is, do you have any other asset, and he

19   says, I have this judgment.

20           I don't think that that -- even on the question of

21   falsehood, I suppose in a very extend way, oh, you are saying

22   this and you got it by some other means, this is reporting what

23   he says about having this judgment.

24           Judge, I would like Mr. Feuer to address issues

25   related to the new form, but if I may -- I would like to have

```
 1    the last word on my side if I may.
 2              THE COURT:  Of course.  I will hear from Mr. Feuer,
 3    and give you a chance after.  Before you leave the form behind,
 4    do you want to address whether or why not anything was
 5    attached?
 6              MR. RIVERO:  Oh, thank you, Judge, yes, because the
 7    answer is, to the best of my recollection, and I am pretty sure
 8    I am a hundred percent right, nothing was attached, Judge.
 9    This form obligates the attachment of certain documents.  They
10    are not there.  We know they exist because they were submitted
11    with the new form.
12              Again, Judge, there were tax returns that were
13    produced and there were American Express statements that were
14    produced, and at a minimum, those ought to have been produced,
15    but again, Judge, the question becomes besides those.
16              That is by acts of actual -- it is not even a
17    statement, it is an agreement, sort of a procedural fact.  I
18    know of no evidence that establishes -- well --
19              THE COURT:  Okay.
20              MR. RIVERO:  I would like to say that because as to a
21    couple of these I think there is more to be said, but clearly
22    as to the -- I will add one, Judge, the tax return -- the tax
23    return, American Express statement and, Judge, pay stub.  Dr.
24    Wright has a view of the payments that he receives.  I think
25    that the fair reading is what is the proof of payment, and
```

Pauline A. Stipes, Official Federal Reporter

1    there is no proof of payment, just to be fair about it.  One

2    could quibble about a pay stub, but there is no proof of

3    payment.

4            If I may, I would like to reserve.

5            THE COURT:  Yes, sure.  Mr. Feuer.

6            MR. FEUER:  Good afternoon, your Honor, may it please

7    the Court.  How are you?

8            THE COURT:  Good.

9            MR. FEUER:  Your Honor, before getting into the

10   substance of the form, if the Court is considering in this

11   hearing or through this hearing the deficiencies in the

12   supplemental fact information sheet for a potential

13   certification of facts for criminal contempt referral, there

14   is, I believe, a notice and opportunity issue with respect to

15   the way that it is not embraced by the show cause order that we

16   are here on, as well as the inability of advance -- deficiency

17   of advance notice as far as the allegation.

18           THE COURT:  We will see where we land on that.

19           I would think that -- again, all I can do is certify

20   facts to Judge Bloom.  At that point, if Judge Bloom wants to

21   consider criminal sanctions, there is an opportunity for her to

22   afford -- there are Fifth Amendment rights, there's lots of

23   other procedural mechanisms that kick in, and I would trust

24   that if Judge Bloom decides to go down that road she will

25   afford you those.  I am not concerned about that today, but you

Pauline A. Stipes, Official Federal Reporter

1    have preserved your record.  I understand that.

2         I will let you argue what you want to argue, but I

3    want to circle back to kind of where I started with Mr. Rivero

4    a couple of hours ago, which is, given my rulings earlier

5    today, is there any information that is now being withheld

6    based upon a claim that it would violate the laws of the United

7    Kingdom for Dr. Wright to disclose that information?

8         MR. FEUER:  Not to our knowledge, your Honor.

9         THE COURT:  Okay.  Well, it is your form, so you are

10   not asserting anything.

11        MR. FEUER:  Correct.

12        THE COURT:  Then maybe I don't need to reach that

13   issue.  Go ahead.

14        MR. FEUER:  The only real inquiry here, as to the fact

15   information sheet, is whether it is complete, whether it may be

16   accurate, although the notice and opportunity issues as far as

17   any allegation of the Plaintiff that it may not be accurate is

18   for a different date given the absence of knowledge of their

19   allegations.

20        Any ambiguities -- when the Court reviews this I would

21   ask that just as any ambiguities in a court order, show cause

22   order, or any order that a condemnor is alleged to have

23   violated are to be read in the light most favorable to the

24   condemnor, I'd say that the questions posed and whether the

25   responses are indeed responsive, that those too would be read

1   in the light most favorable to the accused as this sheet is

2   part of the compulsion order.

3        So, addressing the supplemental fact information

4   sheet, we can see that what I would characterize as maybe less

5   egregious deficiencies of the initial submission, the address,

6   the employer, those are filled out.  There is an explanation

7   for rate of pay for what he lists as employment, but it is

8   clarified in the rider supplement, which is page three of the

9   submission, that it's 159,000 pounds and represents a payment

10  related to the sale of intellectual property to another

11  company.

12        In other words, and I think Mr. Rivero touched on

13  this, there would not necessarily be a pay slip -- pay stub

14  associated with that dispensation, and otherwise he is not

15  employed and has no other personal income.  He does refer in

16  the income section in part two of that rider, I have no other

17  personal income, including commissions or bonuses.

18        Thereafter he explains Social Security number, that he

19  has none.  He fills in his driver's license number, which is, I

20  think, an additional omission from the first submission that is

21  clarified.

22        In the spouse related portion, which this Court has

23  already addressed the language under the spouse related section

24  at the very beginning of the hearing, he clarifies her address.

25  He says -- refers at point three of that third page that

Pauline A. Stipes, Official Federal Reporter

1    neither of them have Social Security numbers being citizens of

2    another country.  He inserts her birth date, which was missing

3    previously, and he clarifies she is not employed and the other

4    sections therefore are not applicable.

5        Going further down, there is an additional

6    clarification on who is head of household, which I think

7    represents his personal understanding of that question which

8    is, arguably, an outdated or outmoded question, but the

9    response is, there is no nominal head of household.  Ramona and

10   I are each independent, for which I don't believe there is any

11   other evidence to the contrary.

12       Checking account, savings account, point six, I don't

13   have my own savings or checking account.  I have my own

14   American Express account.  Statements are provided.  I am co

15   account holder for Net West, which is a new disclosure,

16   however, my access to that account is limited and the account

17   is under the control of Ramona Ang.  He may be able to arrange

18   for dispensation, but it is not his account.

19       *THE COURT:*  Is Net West a U.S. bank?

20       *MR. FEUER:*  I don't know offhand.  I'm checking with

21   my colleagues.

22       *THE COURT:*  Under U.S. law, if you are the co account

23   holder on a bank account you have possession, custody and

24   control over the funds in the account.

25       *MR. FEUER:*  I can't in good faith insert additional

Pauline A. Stipes, Official Federal Reporter

 1   interpretation into that.  I do not have knowledge as to his

 2   true status there.

 3           THE COURT:  **Understood.**

 4           MR. FEUER:  **I am told by my colleague who referenced**

 5   **his paralegal, Google, that the bank is U.K. based.**

 6           **Going further down that page, all liens on title --**

 7   **excuse me, I skipped something.  No real estate assets, see**

 8   **point seven.  I don't own any real estate, I rent my residence.**

 9   **I previously owned a rural property with my wife, Lynn Wright.**

10   **He is giving the address.  In 2012 I transferred my ownership**

11   **in that property to another place.**

12           **Now, that is a supplemental response, not specifically**

13   **responsive to the fact sheet, not required by the fact sheet**

14   **because he does not own it at that time.  He did not own it at**

15   **the point in April when this would have become due.  That can't**

16   **be a deficiency in that -- well, it should not be the basis of**

17   **a finding of contempt.**

18           **To speak to that for a moment, so, Mr. Wright may**

19   **indeed be -- or once held assets in his own name.  I believe**

20   **that is something that counsel is trying to show.  For someone**

21   **who is a beneficiary of a trust, which is where I believe his**

22   **assets have been transferred to at varying times, the owner of**

23   **the assets and trust is typically the trustee.  That is a**

24   **general proposition.**

25           **I haven't examined or seen the trust documents at**

 1   length in my time on this case, so I don't have the

 2   institutional knowledge necessary to be able to say, oh, I

 3   litigated that or this.  As a general proposition, someone who

 4   is the beneficiary of a trust, assets held in trust, even

 5   though they may ultimately benefit from those assets, they

 6   cannot say I own legal title to it, because they don't.

 7             Going further down the list, for all motor vehicles

 8   you own or are buying, see point eight.  Point eight on that

 9   third page, vehicles, BMW 540, 2016, and the registration.  I

10   transferred the vehicle by trust assignment in 2016.  Again,

11   this would be surplusage or something not specifically

12   responsive, but an explanatory paragraph.  The same thing with

13   the Lamborghini, previously transferred, and the BMW I 8.

14             That one wasn't transferred, he is stating that the

15   lease ended a year ago and he returned the vehicle.

16             Going to page two:  Does anyone owe you money?  Amount

17   owed.  No.  The difference between the first iteration and the

18   second iteration seemingly is a value is -- one is in dollars

19   and one is in Australian dollars, one is in U.S.dollars and one

20   is in Australian and it has difference in value.

21             The reason the money owed is a judgment debt.

22             Now, I believe -- in the record in this case is the

23   judgment itself, so the Plaintiffs have access to it for their

24   own verification.

25             So, thereafter, please attach copies of the following.

Pauline A. Stipes, Official Federal Reporter

1      Now, as explained previously, last pay stub, we don't believe

2      he has a last pay stub.  The income he listed would not have

3      necessarily come with one, and there is, to my knowledge, no

4      evidence to the contrary.  Your last three statements for each

5      bank, savings, credit union, or other financial account.  Your

6      meaning his.  We gave them three statements in the supplemental

7      submission of the American Express statements.

8              MR. BRENNER:  Your Honor, can I lodge a legal

9      objection?

10             THE COURT:  Yes.

11             MR. BRENNER:  I have let it go several times.  Both

12     counsel have said things like I believe it means he doesn't

13     have a pay stub.  What they believe is irrelevant, and Dr.

14     Wright had every opportunity to be here and was afforded the

15     opportunity to be here by video.  All these ambiguities we are

16     talking about are not for counsel to say what they mean.  They

17     can make an argument, but they can't say that is what it means

18     because there is no evidence that that is what it means because

19     Dr. Wright chose not to appear at the hearing.

20             THE COURT:  I understand the argument.  I take it as

21     they are arguing what they perceive to be inferences from the

22     existing evidence in the record, but they are not under oath,

23     they are not testifying.  Their independent opinions have no

24     weight, but you have clarified that on the record.

25             MR. BRENNER:  Thank you.

Pauline A. Stipes, Official Federal Reporter

```
 1            THE COURT:  Mr. Feuer.
 2            MR. FEUER:  Thank you, your Honor.  Any deeds or
 3    titles to any real or personal property you own or are buying
 4    or leases to property you are renting, meaning Mr. Wright.  We
 5    have submitted a lease agreement with the supplemental
 6    production.
 7            Your financial statements, loan applications, or
 8    listed assets and liabilities submitted to any person or entity
 9    within the last three years, meaning that would contemplate
10    financial statements, loan applications, listed assets or
11    liabilities submitted by Mr. Wright to any third party within
12    the last three years.
13            Finally, the last attachment contemplated by the form
14    is your last two income tax returns, which has also been
15    produced to the Plaintiff.
16            What we contend is that any deficiencies found here
17    are trivial to the point where a coercive sanction should not
18    be considered, certainly not a coercive sanction along the
19    lines sought by the Plaintiff.  I believe they asked for a
20    quarter of million dollars a day, which seems to cross over the
21    line from coercive to punitive which is specifically reserved
22    for criminal contempt sanctions.
23            If the Court is inclined, after considering all of the
24    evidence and arguments, to make a certification of fact and
25    recommendation to Judge Bloom, then we'd ask you also to
```

1    consider what assets Dr. Wright personally has in contemplating

2    what coercive sanction the amount should be and what the

3    Plaintiff has proven he actually has.  And what I have seen

4    in -- I truly do not have a command of the exhibits, a great

5    number of which -- meaning Plaintiffs' exhibits, a great number

6    of which were just given to us in the last hour and a half, so

7    I could not tell you what all of them say.

8           I did see several social media posts as part of their

9    exhibits, and social media seems to be the place where truth

10   goes to take a vacation.  When comparing an unsworn social

11   media post involving a boast to whatever audience the comments

12   are being directed at versus an under oath statement for which

13   there is no other contradiction directly challenging the

14   statement under oath, it should be no contest, even if the

15   person has been found to have previously had credibility issues

16   before.

17          The credibility issue, whatever the inconsistency is

18   must directly address the statement in the factual information

19   sheet currently under review.

20          And not just that, but several -- what I have seen of

21   Plaintiffs' exhibits, several of them refer to a property

22   search in 2013, a property search or a statement about owning

23   something in 2018 or '15.  That does not negate an assertion in

24   2023 about ownership in the absence of something more.

25          And at this point, if the Court will bear with me one

Pauline A. Stipes, Official Federal Reporter

1    second.

2           THE COURT:  **Sure.  I will give you a fair chance to**

3    **respond once the other side lays out its evidence.  I don't**

4    **want you to feel like you have to refute their argument before**

5    **they offer it.  If you want to wait and hear what they have to**

6    **say and then respond, you can do that.**

7           MR. FEUER:  **Thank you.**

8           THE COURT:  **Mr. Rivero, do you want to finish up?**

9           MR. RIVERO:  **Judge, I think I can be relatively brief**

10   **on what I have not addressed yet.  Your Honor, they are really**

11   **in two areas.**

12          **One, this is a procedural thing, I'd ask if the Court**

13   **is going to recommend, taking into account this is a finding of**

14   **fact -- I don't know if you are going to make recommendations**

15   **should you find violations as to sanctions.**

16          THE COURT:  **I generally don't.  I think what the rule**

17   **anticipates and the statute anticipates is I would simply**

18   **certify facts if I found those facts to be sufficient to**

19   **justify some contempt sanction, and then I would defer to Judge**

20   **Bloom as to what those sanctions ought to be based upon her own**

21   **fact finding.**

22          MR. RIVERO:  **That addresses my procedural question,**

23   **Judge.**

24          **I talked about what the omissions actually looked at**

25   **and conceded some, Judge.  I talked about places where I**

1    thought the alleged inaccuracies or falsehoods didn't lie, but

2    in relation to statements between Dr. Wright sworn and Dr.

3    Wright unsworn -- and I know the press is present and I want to

4    make it clear, I said it's the Plaintiff that would

5    characterize that as liar versus liar, but I think it's their

6    burden and the same thing applies.  It's slightly different, of

7    course, if you are talking about Dr. Wright sworn versus Dr.

8    Wright unsworn.

9            That is the last thing and then I'd ask for rebuttal.

10           Your Honor, both Mr. Feuer and I talked about somewhat

11   almost, I would say, inherently unreliable nature of social

12   media, but there are sworn statements submitted and the Court

13   has permitted them today over objection.  I want to take --

14   Judge, there are many, and I can address any that the Court

15   wishes to know about, but I wanted to take at least two -- the

16   one that was presented before today which I had an opportunity

17   to prepare for.

18           They say in their motion that Dr. Wright is lying when

19   he says he doesn't have other assets because in a statement

20   given in the United Kingdom on December 15, 2022, he said

21   differently.  This really goes to the general -- there is a

22   general catchall that I want to address with this, the one

23   found in the middle of the page.  I don't think I need to point

24   the Court back to it.  You are supposed to report accounts,

25   other assets and the rest as to Dr. Wright personally.

1          *THE COURT:*  **To be clear, it doesn't say other assets.**

2    **One thing we all need to focus on, this form is not a form that**

3    **says give me a full listing of all of your assets of every**

4    **kind.  It enumerates specific categories of assets.  It says**

5    **accounts or investments that you may have.**

6          *MR. RIVERO:*  **Thank you, Judge.**

7          *THE COURT:*  **Like I said, if he has a diamond wedding**

8    **ring, I don't know that I see on this form where he has to**

9    **disclose he has a diamond wedding ring.  Maybe others will**

10   **disagree with me, but I don't see it.**

11         *MR. RIVERO:*  **Judge, I should be more careful, but I**

12   **want to address it anyway.**

13         **They say that -- here is the facts:  At paragraph 109**

14   **of a statement given December 15, 2022, which is found as part**

15   **of the initial motion, Dr. Wright said at paragraph 109, the**

16   **following -- and this is what they point to as he is lying to**

17   **you.**

18         **He said, paragraph 109:  On 24 February, 2021, a**

19   **company of which I am the beneficial owner, Tulip Trading**

20   **Limited.  That is the language they talked to the Court about,**

21   **and they say that proves he is a liar.**

22         **I have a first point about the burden of proof when**

23   **you are comparing the sworn statement of the liar to the sworn**

24   **statement of the liar.  That is their position.  That is number**

25   **one.**

**Pauline A. Stipes, Official Federal Reporter**

1          Number two, Judge, I have been doing this for a long

2     time and every time in my career I have heard somebody talk

3     about beneficial owner, I scratch my head.  I never understand

4     what that means.  Judge, yesterday I had a few of my bright

5     young lawyers look, I myself looked into it, and the best I

6     could tell, the case law in the United States -- remember this

7     is a statement in the U.K.  Even in the United States, it is

8     quite unclear what the meaning of beneficial owner is.  I have

9     case law, Judge, but I don't think it answers the question.

10          I never liked Blacks Law Dictionary until Brian Garner

11    became the editor, so I went to Brian Garner on beneficial

12    owner and it says go to ownership, and then you find beneficial

13    owner.  Judge, I didn't really understand that either.  I have

14    it on my phone, I can read it to you.  He says it is a person,

15    like a beneficiary of a trustee, that has some claim on the

16    benefit of something, but doesn't have the legal title.

17          Now, I don't know -- I am not telling the Court that I

18    have the authority to pin that down because I think it is quite

19    difficult.  This is what they point to, Judge.  They say when

20    Wright says beneficial owner, but he doesn't list this on his

21    form, he is lying to you.

22          Judge, here is what my answer to that is:  Even what I

23    think the meaning of beneficial owner is, this doesn't say that

24    he has legal title and is therefore owner within the meaning of

25    this form.  This form talks about things you own, and I think

                    Pauline A. Stipes, Official Federal Reporter

1   own is legal title.

2          Separately, Judge, and this is very important -- I am

3   going to go out of order a little bit.

4          This Court -- it is concerning to me, not that I don't

5   trust the Court, but this Court made a finding in 2019 that Dr.

6   Wright had made false statements about a trust, and you used

7   the word trust here, Judge.  I can't change that.

8          Judge, your finding in 2019 as a matter of logic and

9   law cannot determine today -- there isn't new -- the existence

10   or nonexistence of a trust in 2019, false statements about the

11   existence of a trust in 2019, cannot determine the existence or

12   nonexistence of a trust in 2023, if nothing else, because of

13   the timing of the two.

14          I don't think it can be law of the case, I don't think

15   it can be any kind of internal decision in the case because the

16   events can change in the meantime.  I just say that, Judge, in

17   an abundance of caution because I believe the Court would be

18   way ahead of me on that anyway.

19          I want to turn to another instance -- today I don't

20   know what all they are going to say but --

21          THE COURT:  Why don't you let them say what they are

22   going to say and then I'll let you respond to it.

23          MR. RIVERO:  I only want to point to one note because

24   it is quite clear to me -- you know what, Judge, let me finish

25   about the Tulip Trust since I raised it and they did talk about

Pauline A. Stipes, Official Federal Reporter

 1  it.

 2          Judge, if you read further, it's not just that he says

 3  I am a beneficial owner, he tells you what is the asset of

 4  Tulip Trust Limited, and he says it is a claim that was

 5  apparently presented in 2020 about hacking of his computer

 6  systems that may have reached tokens on the block chain, etc.

 7  I think it is what they used to call in the U.K. a chosen

 8  action.

 9          So TTL -- there is no evidence that TTL has any

10  assets, so if he is the beneficial owner of an entity that in

11  fact there is no identified asset, this is really immaterial.

12          I will address -- ask your permission to address --

13          THE COURT:  I will let you address all of their

14  arguments after they make them.

15          We will take a break for 15 minutes.

16      (Thereupon, a short recess was taken.)

17          THE COURT:  All right.  So we will go back on the

18  record.

19          Let's do a little housekeeping.  I gave Dr. Wright

20  about an hour.  I would like to give an hour to W&K as well and

21  a little bit of time for rebuttal.  I would like to be done by

22  4:00 o'clock for the Court Reporter and for Mr. Freedman, and

23  for Mr. Kass as well if he is observing this evening.  I am not

24  going to truncate you if you have important things to say.

25          Let me turn to Mr. Brenner and let him present his

1    argument.

2              MR. BRENNER:  Thank you, Judge.  Andrew Brenner on

3    behalf of W&K.

4              I think we have to start by remembering why we are

5    here.  Okay?

6              It is almost a little silly, we are not here because

7    Dr. Wright didn't put his wife's birthdate on the form, right.

8    I mean, I sat there for 40 minutes going through things —

9    hearing Mr. Rivero going through things that no one is

10   complaining about, no one.

11             Let's start with the first principle, what is a Rule

12   1.977 form, what is the purpose of it.

13             In your order, Docket Entry 973, you — and that is

14   the order to show cause, you unsurprisingly put it in a single

15   sentence that makes a lot of sense.  The purpose of the form,

16   referring to the Rule 1.977 form, is to provide the judgment

17   creditor with the information that could be used to collect the

18   debt.  That is why we are here, and not surprisingly, that is

19   what the form does.

20             Why does the form ask for things like pay stubs?  Pay

21   stubs is interesting because guess what happens when you get a

22   pay stub; you find out where the money is deposited.

23             THE COURT:  You can garnish the wages.

24             MR. BRENNER:  Correct.  Perhaps Dr. Wright keeps all

25   of his money in a shoe box, and if that were the case, he would

1    have certainly come in here and explained that to you, but none

2    of this makes sense as I'll walk through with you with Dr.

3    Wright's finances.  None of it makes sense because it is all

4    untrue.

5            Now, I agree with Mr. Rivero that we are at a

6    handicap, do not know when Dr. Wright is lying to which Court.

7    That is hard, but that is not my burden.  How am I going to

8    know that, especially since Dr. Wright made the decision not to

9    allow you to judge his credibility?

10           He may come and say, Judge, when I made these

11   statements under oath to the British Court I was lying because

12   of X and you should believe what I'm telling you now because of

13   Y.  He could have done that.  What I know for sure is that he

14   can't tell you both of them are true.  That I know for sure.

15           Really briefly, on the burden issue, the burden issue

16   is kind of interesting because I think it is not entirely as

17   Mr. Rivero told you it was.  So, in this case, you have already

18   made a prima facie showing of contempt.  Contemptuous conduct

19   is the language you used.

20           That burden has already been met in our motion and the

21   attachments to it and the evidence your Honor reviewed.  It is

22   their burden to meet that, to show why that is not true, okay,

23   and we would submit that they haven't even tried to meet that

24   other than to admit to you that the first form, I think we are

25   calling it form number one -- let's clear that out.


Pauline A. Stipes, Official Federal Reporter

1              The first form is incomplete, no question about it,

2      right.  The first form asks for a bunch of stuff -- well, both

3      forms ask for a bunch of things like tax returns, account

4      statements.  They gave nothing, and we don't have to guess

5      whether they have things because they produced them on

6      July 24th and 25th.  Is that right?  Yeah, July 24th and 25th.

7      So there is no dispute that the first form is incomplete.

8              At a minimum, remedial sanctions are in order, but

9      then there seems to be this idea, well, Judge, we want the

10     benefit of the second form because we want you to find that no

11     coercive sanctions are necessary, I think is the language, but

12     if it is wrong, we don't have notice that it is wrong, we want

13     to do it over again.

14             That is not a thing, Judge.  They were under an order

15     from Judge Bloom following up on an order from you on the

16     original motion to compel, but Judge Bloom affirmed your order,

17     or denied their appeal.  I am not sure of the exact language.

18     That order was due as of April 4th.  I think the order was a

19     couple weeks before.

20             They don't get to then wait three months, give a form,

21     which I will show you is wrong, and then say we don't have

22     notice it is wrong, they have to tell us it is wrong.  That is

23     not how any of this works.

24             It is not our burden to say you did this one wrong,

25     too, then you get to go back and do it again.  I didn't tell

1    them what to put in the second form.  Judge Bloom told them to

2    fill it out, as I don't think anyone disagrees, already found

3    that completing the form means completing it accurately.  I am

4    not sure that language was in her order, but that I don't think

5    is in dispute.

6          I did want to touch on the burden, because I think

7    they had it a little backwards, and I did want to touch on you

8    don't get a free shot to do a false form the second time.  It

9    is not our burden and then they get to go back and try it

10   again.

11         You recall that Dr. Wright, through counsel, in mid

12   April, I believe, his first response was, well, my first one is

13   not right, so don't hold me in contempt, just give me another

14   shot, and you said accurately, that is not how this works.  And

15   they waited three months to do anything else and then they

16   dropped this on us on Monday, and now they want to say they

17   don't have notice of what is wrong, so don't hold that against

18   us.

19         I think they know that when I told you at the

20   beginning of the hearing that a lot on the form is wrong, they

21   probably have the idea that I have the evidence to back that

22   up, and they are right.

23         *THE COURT:*  As I said before, if I determine that the

24   current version of the form is not complete or accurate, I will

25   note that in whatever I send to Judge Bloom, and as a practical

Pauline A. Stipes, Official Federal Reporter

1   matter, they may have a period of time to remedy that.  They

2   still may be subject to remedial sanctions even if they remedy

3   it.  And whether there will be coercive sanctions I suppose

4   will determine whether Judge Bloom then decides on the third

5   shot that they finally got it right.

6           I think we are in agreement that is where the road

7   goes.

8           MR. BRENNER:  It sounds like you and I are in

9   agreement, I am not sure that my colleagues are in agreement,

10  but that's our position.  And the ambiguities, they need to

11  clear up the ambiguities that exist.

12          Let's talk about what happened this week.

13          So, on July 24th they produced a supplemental fact

14  information sheet, and the first thing -- one of the

15  attachments is the tax returns.  Your Honor, you have a

16  notebook up there I think.

17          THE COURT:  I do.

18          MR. BRENNER:  What do we learn from the tax returns

19  and from the fact information sheet?  Dr. Wright tells you in

20  the fact information sheet that his sole source of income is

21  his 159,000 approximate, because it does change from one tax

22  year to the other, but I think that is a fair summary,

23  paycheck, and that is in his fact information sheet, rate of

24  pay, and his other personal income, zero, and then he tells you

25  to see point two.

Pauline A. Stipes, Official Federal Reporter

1          He says, well, actually the paycheck is not even a

2     paycheck, but he says I have no other personal income,

3     including commissions or bonuses, see point two in the rider.

4     And then he says his wife has no other income, either active or

5     any other source of income.

6          So, you have to determine, I believe, based on the

7     evidence before you whether that makes any sense, right.  So

8     they produce their credit cards in lieu of a bank statement and

9     again, the last time I checked, a credit card is not a bank

10    statement.  Sometimes I wish it were, I guess, but credit card

11    statements are what you owe, not what you have.

12         What do we know from the credit card statements?  We

13    know that Dr. Wright is spending about 20,000 pounds a month.

14         Okay, so let's do the math.  I should go back to the

15    tax returns.  Tax returns are not really tax returns, they are

16    just a printout, sort of like a summary of an online form, they

17    are not signed.  I can't give you evidence these are not what

18    he did, I just don't have evidence that they were.  If he were

19    here he could attest to them.

20         If you look at the tax return and you go to, one, two,

21    three, four, five, six, seven, eight -- ninth page, it shows

22    you what -- it says page of employment, it's 155,199, and I am

23    looking at the tax return for the year -- the April 2021

24    return.  And then it says how much he pays in taxes, U.K. tax

25    taking off 53,000.  That is about $101,000 in post tax income

 1   and that is his sole source of income.  His credit card is

 2   bill, if we were to extrapolate out, is about $360,000 a

 3   year --

 4            THE COURT:  **Pounds.**

 5            MR. BRENNER:  **Pounds, yes. I will make that mistake**

 6   again, but I will try not to.

 7            THE COURT:  **You said it's 20,000 pounds a month?**

 8            MR. BRENNER:  **Yes, the three months, we had it**

 9   averaged.

10            THE COURT:  **So 240,000 pounds per year.**

11            MR. BRENNER:  **Yes.  The next day he gave us his lease.**

12   So how much is he spending on housing?  On housing, he is

13   spending 12,500 a month.  So if my math is right, that is

14   100,000.

15            THE COURT:  **150.**

16            MR. BRENNER:  **150,000, you are right.  So we have**

17   150,000 in rent, we have about $240,000 in credit card bills,

18   390, so -- and we have $100,000 in income, so that doesn't

19   work.  Okay.

20            Now, Dr. Wright tells us -- what else does he tell us?

21   By the way, I know that -- I don't mean to -- I am trying to

22   ward off what the answers are going to be, right.

23            So, one answer I anticipated is, well, the credit

24   card, it is in his name, but it really just a business card.

25   We know that is not true by -- well, we know it shouldn't be

1    true because of the charges on it.  I mean, he's got, you know,

2    his suits, it looks like he has something called tinder gold,

3    which I think I know what it is, but I don't assume.  He has

4    got his restaurants, his hotels.  This is his personal card

5    clearly.

6              As you can see, if you look at the credit card bills,

7    you see one month he pays 18,000, the next month he pays

8    15,000, and the next month he pays 12,000.  I am rounding those

9    numbers, and the charges there, too.  One month he charges 18,

10   one he charges 15, one he charges 31 -- I'm sorry, 31, 11, and

11   17.  Obviously not a man who is living on $100,000 post tax

12   income.

13             So, what do we know from Dr. Wright?  Where is he

14   getting his money?

15             Well, it should surprise you not at all given what

16   this case is about that what Dr. Wright is doing, is he has

17   multiple bank accounts and trading accounts and on the block

18   chain a bit coin, and he is selling bit coin to fund his

19   lifestyle.

20             He has these actual investment accounts that he has

21   not disclosed.  I am going to walk you through how I know that.

22   For example, if you go to the folder of the witness statements.

23             *THE COURT:*  Okay.  Let me find my list of exhibits.

24             *MR. BRENNER:*  I believe that is Exhibit 6.

25             *THE COURT:*  Yes.  Exhibit 6.

1          *MR. BRENNER:*  **Exhibit 6 is dated July 3, 2020.**

2          *THE COURT:*  **The first part of Exhibit 6?**

3          *MR. BRENNER:*  **The first witness statement in Exhibit**

4    **6, a statement July 2020.  If you go to paragraph 17 -- by the**

5    **way, what this case appears to have been about, and we'll get**

6    **to this in a little bit with this whole joint account thing,**

7    **there is a company called ReliantCo, which is some sort of**

8    **trading account company, and from what I can tell, they didn't**

9    **want Dr. Wright as a customer for reasons that will probably**

10   **come out in the court file, but it is not important for our**

11   **purposes.**

12          **So, when they found an account under Ramona's name,**

13   **Ms. Ang's name, they said, you are just acting as a ghost for**

14   **him, and they canceled her account.  This is what the witness**

15   **statement --**

16          *MR. RIVERO:*  **Judge, since counsel made this point, I**

17   **want to be clear, we don't have any record of this proceeding.**

18   **That is a bunch of speculation of the proceeding, so we will**

19   **make the same objection.**

20          *THE COURT:*  **I will read the whole statement and if**

21   **counsel is right, and it is supported by the evidence, I will**

22   **consider it.  If counsel is not right, and it is not supported**

23   **by the evidence, I won't.**

24          *MR. BRENNER:*  **I think you will get a flavor of it from**

25   **the witness statements.**

**Pauline A. Stipes, Official Federal Reporter**

1          In paragraph 17, Dr. Wright says:  After May 2016, I

2    never used my ReliantCo account to trade, despite receiving

3    emails encouraging me to do so.  I use (and still prefer) the

4    platforms offered by ReliantCo's competitors such as ig.com.  I

5    have accounts with Kraken, Simple FX, Float SV, and OKEX that I

6    use to sell bit coin and derivations of bit coin such as BTC.

7          None of this is disclosed on his fact information

8    sheet, and you may think, well, that is just one paragraph.

9    How do you know what he is doing?

10         Well, he goes on.  Paragraph 22, reading from the last

11   sentence:  I still maintain an account with IG that was opened

12   prior to my use of UFX, and I have existing accounts that I

13   sell bit coin through with Float SV, OKEX and Kraken.

14         None of this is on his fact information sheet.

15         *THE COURT:*  What paragraph was that?

16         *MR. BRENNER:*  Paragraph 22 from the same document.

17         There is more.  Go to paragraph 42.  Again, this is a

18   man who has $100,000 in income, period, end of story, no bank

19   accounts, nothing.

20         Paragraph 42:  On August 17, 2017, I traded 606 bit

21   coin core for bit coin cash on Kraken.  On the same day I

22   transferred $100,000 to my Kraken account to invest in bit coin

23   cash.  Six days later, on August 23, 2017, I transferred the

24   same amount and bought more bit coin cash.

25         Go back to paragraph 25, same witness statement -- I

Pauline A. Stipes, Official Federal Reporter

| | |
|---|---|
| 1 | am sorry, if you go to paragraph 60:  I have my own ReliantCo |
| 2 | account that is still active.  I have an IG account that is |
| 3 | still active.  As I have stated above, I also have accounts |
| 4 | with Kraken, Simple FX, OKEX, and Float SV.  All of these allow |
| 5 | me to trade bit coin if I so wish.  I have used Kraken |
| 6 | continuously in selling bit coin to pay bills since I have been |
| 7 | in the U.K. |
| 8 | So, what do we know for sure?  We know that Dr. Wright |
| 9 | has active trading accounts with bit coin that he converts to |
| 10 | cash to pay for his own bills.  That is what we know, at least |
| 11 | as of this date. |
| 12 | I guess if Dr. Wright were here he could say, well, |
| 13 | actually I liquidated all that and put it in a shoe box, or |
| 14 | wherever he put it, but it is incredible that Dr. Wright is |
| 15 | suggesting to us, and through us to the Court, that he is this |
| 16 | poor scientist living on $100,000 a year with no bank accounts, |
| 17 | no bit coin accounts, no trading accounts. |
| 18 | You would have to stick your head in the sand to |
| 19 | believe any of this, and there is nothing about the history of |
| 20 | Dr. Wright that would say that he deserves any benefit of the |
| 21 | doubt, and to the extent there is doubt, it was his burden to |
| 22 | come and resolve it.  I would suggest to you there is no doubt. |
| 23 | *THE COURT:*  Okay.  Could you pause here for a second? |
| 24 | *MR. BRENNER:*  Sure. |
| 25 | *THE COURT:*  So, looking at the form -- |

Pauline A. Stipes, Official Federal Reporter

1              MR. BRENNER:  Yes.

2              THE COURT:  -- let's assume there are existing

3    accounts on these bit coin platforms.

4              MR. BRENNER:  Yes.

5              THE COURT:  What is your view as to where that should

6    have been reported on the form?

7              MR. BRENNER:  On the first page where it says:

8    Describe all other accounts or investments you have, including

9    stocks, mutual funds, savings bonds, or annuities on the back

10   of a sheet or any additional sheet if necessary.  That's one

11   place.  Two, other sources of income, other personal income,

12   which is on the first page.

13             THE COURT:  Okay.

14             MR. BRENNER:  He is obviously deriving personal income

15   by selling bit coin to fund his life.

16             Again, it is worth stepping back, this is a man who,

17   probably by now with interest, is subject to a duly entered

18   non-appealed final judgment from the United States District

19   Court for the Southern District of Florida for about

20   $150 million, is living at least a very comfortable lifestyle

21   and refusing, under penalty of contempt, to even identify his

22   bank accounts, his trading accounts, his investment accounts,

23   all of which -- unless the answer is he just committed outright

24   perjury to the British Court, we know he has these things, but

25   they are nowhere to be seen.

Pauline A. Stipes, Official Federal Reporter

1          I want to talk -- one more thing about the credit card

2   bills.  AmEx, you don't just show up to the local AmEx office

3   with a wad of cash to pay your credit card bills, right.  So,

4   he is making these multi-thousand dollar payments from what,

5   from what?  But yet he says he has no bank accounts, no

6   checking accounts.

7          Well, we know that is not true, either.  So, if we

8   could go to -- and this leads me a little bit into my next

9   topic.  They asked to introduce today an affidavit from Ms.

10  Ang.

11         Can I see that, please?

12         And that is Exhibit 4, and the purpose of that was, I

13  think, to support the -- why in his form he didn't include any

14  information as to Ms. Ang, and your Honor's ruling today was

15  that he doesn't need to disclose -- other than biographical

16  information, doesn't need to disclose, I will call it financial

17  information that is solely as to her.  If it is as to him,

18  obviously, yes, and if it is as to them jointly, yes.

19         So I have to assume they submitted the affidavit of

20  Ms. Ang to stand for the proposition she swears under oath, she

21  says:  Craig and I keep our finances separate.  This is

22  paragraph four:  As far as I am aware, Craig does not know the

23  details of my financial affairs.  And then she goes on to say,

24  if he does know, it is confidential, cannot be disclosed

25  without my permission.

**Pauline A. Stipes, Official Federal Reporter**

1            Again, I told you earlier, I promised you that that is

2   also not true, and let me show you why.  Paragraph 31 of Dr.

3   Wright's first witness statement in Exhibit 6.  Paragraph 31:

4   Ramona and I use joint accounts and pool our funds, but my --

5   although we have joint accounts, each of us is responsible for

6   our own money.

7            One, what does that tell us?  They have bank accounts,

8   right.  And two, they are joint.

9            If you go to paragraph 16, this is of the next witness

10  statement, and for the record identified as August 2020, and I

11  just want to give you a flavor, Judge.  Like I told you, on

12  behalf of my client, I am not concerned with picayune things

13  like her birthday.  What I am concerned with is bank accounts

14  that contains hundreds of thousands of dollars that is not

15  revealed.

16           Let's read what paragraph 16 says, the second witness

17  statement:  My wife has given extensive disclosure of

18  documents, including our Lloyds Bank joint account statements

19  for the months 2017.  I will get to the Lloyds thing they

20  submitted to your Honor, or submitted to us and now entered

21  into evidence.

22           If you go to paragraph -- you can see in paragraph

23  16.2 the balance of a joint Lloyds bank account was

24  560,000 pounds.  My client would like to know where that is and

25  would like to attach it.

Pauline A. Stipes, Official Federal Reporter

1          He says the balance of the funds never fell below

2    476,000 pounds.  Again, there is no mention of the Lloyds bank

3    account on his form.

4          Now, they did submit, which I thought was interesting,

5    they submitted in the documents that were submitted on the

6    24th -- you referenced before that you had seen something on

7    the Lloyds letterhead, right?

8          *THE COURT:*  **Yes.**

9          *MR. BRENNER:*  **Again, your Honor is the finder of fact**

10   here, at least the finder of fact to certify facts, so let's

11   see how believable this is.  If in fact your Lloyds bank

12   account was closed, what would you do?  Would you submit a

13   letter closing your Lloyds' bank account?  Sure.  That is not

14   what they did.

15         They gave a one-page unsigned letter that says we are

16   going to close your account in 65 days, and that is dated

17   August 21, 2019, but we know in 2020, he is talking about their

18   joint Lloyds bank account, and so, the account was never

19   closed.  There is no reason to believe the account was ever

20   closed.  If it was, again, what did Dr. Wright do?  Unless your

21   Honor is going to believe it is possible that he took the money

22   and put it in a shoe box, none of this makes sense.

23         So, again, this is from Dr. Wright's own sworn

24   testimony to the British Courts.

25         I want to talk a little bit about the -- so, bit coin,

**Pauline A. Stipes, Official Federal Reporter**

1    we know from what I just went through with you that he owns bit

2    coin and has it sitting in these accounts, these OKEX and -- I

3    lost all the names, Judge.

4         THE COURT: **Kraken.**

5         MR. BRENNER: **Kraken and IG, we know that. Those are**

6    **not disclosed, have to be disclosed. We know that is what he**

7    **is using to fund his lifestyle because he has put it in some**

8    **sworn statement. We know it isn't his salary. That can't**

9    **possibly fund the lifestyle that he has found himself**

10   **accustomed to.**

11        **Can I see Exhibits 12 and 13, please.**

12        **So, Mr. Rivero talked about, and I will start with the**

13   **Exhibit 12, which is -- actually, I think Mr. Feuer talked**

14   **about it -- no, maybe Mr. Rivero talked about the December 2022**

15   **witness statement, and there was a statement that said, well --**

16        THE COURT: **I am sorry, direct me where that is.**

17        MR. BRENNER: **Exhibit 12. I will get you the page**

18   **cite.**

19        THE COURT: **Okay, I am with you.**

20        MR. BRENNER: **Let me find the right page, Judge.**

21        **They said to you there is absolutely no evidence that**

22   **that company owns anything, which I thought was odd, because --**

23   **I am trying to find the right paragraph, Judge. I lost my**

24   **cheat sheet. It will turn up as soon as I sit down.**

25        **In any event, I will get back to it, but in that**

Pauline A. Stipes, Official Federal Reporter

1    statement what TTL, which is the beneficial owner -- I actually

2    don't struggle with the term beneficial owner.  It means that

3    he has an ownership interest in what the company owns.  That is

4    what beneficial owner is.  I don't struggle nor do I feel the

5    need to go to Black's Law Dictionary, it is what it is.

6           That company, according to his own witness statement,

7    owns -- he says they own 11,000 tokens, which I think is a

8    reference to bit coin.  Go to paragraph 109.

9           THE COURT:  Okay.

10          MR. BRENNER:  Yes, in paragraph 109 it says TTL's

11   digital assets comprise approximately 11,000 tokens on four

12   block chain networks worth over four billion dollars.

13          Again, is it possible this is yet another untrue

14   statement that Dr. Wright is making to a different Court?  I

15   suppose.  He can come and explain that if he wants to.

16          And again, he has similar statements throughout these.

17   There is no dispute that he is using bit coin to fund his

18   lifestyle.

19          Now, I want to talk a little bit about Tulip Trust 3.

20   What is Tulip Trust 3?  What Dr. Wright claims is that every

21   single one of his assets was transferred into Tulip Trust 3.

22   The date of the trust is 2017, I believe.  Him, his wife, and

23   her three children are the beneficiaries.

24          There was a statement made that when you put money in

25   a trust, you are not the owner of the trust.  Putting aside we

                    Pauline A. Stipes, Official Federal Reporter

1     don't believe the trust actually exists, let's humor it for a

2     moment.  What it doesn't mean in the context of judgment

3     collection, once you start -- if you are using that trust to

4     fund your lifestyle that becomes income to you.  It loses its

5     protection when it leaves the trust.

6            So, is that a source of income?  According to him it

7     is the source of income -- I think what they are saying is it

8     is his only source of income.  We know that is not true from

9     the documents we just went through.  Either way, it is another

10    source of income.

11           Again, according to him, what he is asking the Court

12    to believe is that his sole source of income is his $100,000,

13    which is not even a salary, it's some sort of payment for a

14    prior transfer of intellectual property, and again, I don't

15    know a nicer way to say it other than it is not true.  I can

16    think of other ways, but we will leave it at that.

17           We are here on a contempt issue and Dr. Wright has for

18    years now just exhibited direct contempt for these proceedings.

19           He did it in front of you in 2019, he did it

20    throughout the trial.  He was live Tweeting, he was mocking the

21    authority of the Court.  I would suggest to you his form -- the

22    first form in April was mocking -- it was mocking you, I am not

23    giving you anything, not even to get into the chain of events

24    which led to it, including deciding to give it to his wife and

25    ex-wife and say they are the owners, not the Plaintiff that has


                Pauline A. Stipes, Official Federal Reporter

129

1    been suing me for five years.

2         It is an unbroken chain of his contempt, and that is

3    something your Honor has to, I suggest, I submit, has to take

4    into account.  This is not a man operating on a clean slate,

5    and I don't know what course of sanctions are going to get him

6    to change his behavior, but I know whatever the Courts have

7    done so far have not done it, that I know for sure.

8         And to not show up at this hearing, submit the stuff

9    he submitted, he has to know -- he has to know that he has

10   given directly contradictory sworn statements about almost all

11   of this.  He has to know.  He doesn't care.  I submit to you as

12   an argument he does not care.  Unless and until the Court is

13   able to fashion a remedy that will convince him to care, he is

14   not going to care.  He is just going to keep doing it.

15        Let's look real quick, I want to deal with the

16   property issue a little bit.

17        *THE COURT:*  While you are doing that, I will give the

18   following comment on what you just said.

19        Assume everything you say is correct.  I am not saying

20   I agree with it, but assume for the sake of discussion he needs

21   a good swat on the nose to get him to straighten up and fly

22   right.  The issue before me today is not that.  The issue

23   before me today is this form the proper gateway, has he not

24   answered what he is required to answer on this form.

25        There may be other discovery mechanisms that you are

Pauline A. Stipes, Official Federal Reporter

```
 1    entitled to that will require him to disclose things that this
 2    form does not require.  If the form doesn't require it, and he
 3    then later refuses to provide and he needs to provide it in the
 4    future through some other mechanism, we can revisit that.
 5         For purposes of today, I feel I need to stress I am
 6    cabined by the four corners of the form.  That is why I keep
 7    going back to point me to where on the form that should have
 8    been reported, and you have done that so far.  Let's stay
 9    focused on that.
10         MR. BRENNER:  When you say the form, I am not sure we
11    are in disagreement.  Let me make sure I am clear.  When you
12    say the form, are you referring to form one or both forms?
13         THE COURT:  The blank Form 1.977 required by the
14    Florida Civil Rules of Procedure requires certain information
15    to be disclosed and other information not to be.
16         Now, you may at some point in the future take a
17    deposition in aid of execution where you can ask Dr. Wright all
18    kinds of questions about assets, income, liabilities that may
19    not be called for by Form 1.977.  All I am saying is that for
20    purposes of today, if he has acted contemptuously, it has to be
21    measured against, and only measured against what he was
22    required to disclose on this form.  That's all.
23         I understand your point is sort of at large he has
24    acted contemptuously and he has no respect for the Court.  That
25    is your argument.  I can't look at it quite at that level
```

Pauline A. Stipes, Official Federal Reporter

```
 1    today.  I have to look at it from the perspective of the form.
 2           MR. BRENNER:  I understand and I hate to be picky
 3    about it, but the question is the first form.
 4           I don't think there is any dispute the first form is
 5    incomplete.  On its face it's incomplete.  They acknowledge it
 6    is incomplete.  So, there you made a finding.  They did not
 7    meet that finding in any way other than to produce the second
 8    form.
 9           THE COURT:  All right.
10           MR. BRENNER:  So, what I am trying to show is that
11    absent some sort of course of sanction -- he is already facing
12    contempt, and what he did was -- he is already facing potential
13    contempt after form one, and what he did was, at least from our
14    position and I think supported by the record, is produce a
15    false form two.
16           THE COURT:  Pause right there.  If that is what I
17    find, I will certify to Judge Bloom that there ought to be
18    coercive sanctions, but my point is, I can't certify to Judge
19    Bloom there ought to be coercive sanction if, for example,
20    there is some asset he owns that he hasn't disclosed, but that
21    he is not required to disclose yet.
22           As I read Form 1.977, there is a universe of assets or
23    potential asset classes that may not be required to be
24    disclosed on this form, and it may be that Dr. Wright has not
25    disclosed things that fall into those categories, but if it is
```

1    not required by the form, I can't hold him in contempt for it.

2          *MR. BRENNER:*  I understand, and I think everything I

3    have gone through so far -- so we are on the same page, all

4    these things, for example, bank accounts, trading accounts,

5    investment accounts, we believe bit coin on the block chain is

6    an account.  That's what it is, so we believe a disclosure of

7    his bit coin is also part of that.

8          So I don't think that I have strayed beyond that

9    factually.  Rhetorically, absolutely, Judge, I plead guilty.  I

10   am trying to cabin it to what is supposed to be on the form,

11   but I brought in a little bit on form one it was not on at all,

12   and on form number two it was inaccurate.

13         *THE COURT:*  Understood.

14         *MR. BRENNER:*  On the issue of the property, Judge,

15   again, this is a place where we have submitted public records,

16   Exhibits 9 and 11, which shows that notwithstanding -- so

17   property is something you are supposed to disclose on the form.

18         *THE COURT:*  To be clear, when you say property, you

19   mean real property?

20         *MR. BRENNER:*  Yes.  So there is real property in

21   Australia.  On his form he represents that he owns no property.

22         We know, according to the records in 2013 and 2015,

23   that he owned property even though he says he transferred it

24   before then.  He says in 2012 I transferred -- if you look at

25   Exhibit 9 so you can sort of see where it matches up.

                    Pauline A. Stipes, Official Federal Reporter

1          *THE COURT:*  **That I don't know that I have.  If you**
2   **would give it to me or project it on the screen, I will be**
3   **happy to look at it.**
4          *MR. BRENNER:*  **May I approach?**
5          *THE COURT:*  **Yes, please.**
6          **I have Exhibit 9.**
7          *MR. BRENNER:*  **If you look at Exhibit 9 --**
8          *MR. RIVERO:*  **Judge, I'm sorry, these were only**
9   **produced today, I believe I have it in hand, but which one is**
10  **9?**
11         *MR. BRENNER:*  **Here.**
12         *MR. RIVERO:*  **Okay, I've got it, Judge.**
13         *MR. BRENNER:*  **On the form -- in his rider to the form**
14  **he says don't own any real estate, previously owned a rural**
15  **property with my wife Lynn, my former wife Lynn.  The property**
16  **portfolio number is 3198702.  In 2012, I transferred my**
17  **ownership in that property to Morgan Ltd. Singapore, and he has**
18  **the folio number 3198702, which he transferred, according to**
19  **him, in 2012 to Morgan Ltd.  And then if you look at Exhibit 9,**
20  **you will find that same portfolio number in the bottom**
21  **left-hand corner.**
22         **Do you see that, Judge?**
23         *THE COURT:*  **I do.**
24         *MR. BRENNER:*  **In 2015, the owners of the property are**
25  **C.S. and C.L. Wright, which I would suggest to you are Craig S.**

**Pauline A. Stipes, Official Federal Reporter**

 1    Wright, and C.L., I am not sure if Lynn had an initial before

 2    her name, I don't know.  Clearly there is no reference to

 3    Morgan Ltd. Singapore.

 4          We also gave you a title search for another property

 5    that shows he owns that, that is Exhibit 11.  And here, Judge,

 6    this is one of those places where I heard all sorts of

 7    rhetorical flourishes.  First of all, they said everyone is

 8    happy on Twitter.  I think that is the exact opposite.  I think

 9    everyone is happy on Instagram, I am told, but I do not have

10    one of those.  I do have a Twitter account, and I will say to

11    the Court that not everyone is happy on Twitter.

12          *THE COURT:*  That I would take judicial notice of.

13          *MR. BRENNER:*  I appreciate that, Judge, without a

14    formal motion.  Thank you.

15          So, yeah, look, in Exhibit 14 he says he owns

16    320 acres.

17          Can I have that new exhibit, the one we did today?

18          Here is him -- I don't know, I guess I am fixated on

19    the audacity and the fixation and the perseverance and contempt

20    for these proceedings, but I will just go for it.

21          Let's put this one on the ELMO.

22          *THE COURT:*  What exhibit are you displaying?

23          *MR. BRENNER:*  Number 22.

24          *THE COURT:*  22, thank you.

25          *MR. BRENNER:*  This is a week ago -- two weeks ago.

                    Pauline A. Stipes, Official Federal Reporter

1    Let's be fair.  He knows he is about to give a form to us that

2    says he owns nothing, no property.  To my theme, he doesn't

3    care.  There is a picture of this beautiful piece of property,

4    right, and Gavin -- I don't know who Gavin is -- writes:  Dr.

5    C.S. Wright, do you still have this property?  It should be a

6    museum in the future.  And he says, no, no, I only own

7    350 acres.

8         I don't know.  I don't know what to say about what is

9    going through Dr. Wright's mind.  If he were here, we would ask

10   him, but again, it is on the form, he says he has no real

11   property.  We know he has property in Australia, we know he has

12   it after he says he transferred it away according to his own

13   form.

14        Go back to the first principles, why do you list

15   property?  Because maybe we'd put a lien on the property,

16   right?

17        So, Dr. Wright has engaged in a -- through his filling

18   out of these forms, or not filling out these forms he is

19   willfully obstructing the collection efforts on the judgment,

20   full stop.

21        Let me confer with my colleagues.  I know you want to

22   be done by 3:30.

23        *THE COURT:*  You still have time.

24        *MR. BRENNER:*  A lawyer never gets in trouble by

25   finishing early.

Pauline A. Stipes, Official Federal Reporter

```
 1            THE COURT:  You do not, but don't feel that you have
 2  to.
 3            MR. BRENNER:  So, two more things, Judge.  One is, two
 4  of the exhibits that Mr. Freedman put in after lunch, if you
 5  recall the chain of events which led to -- started with your
 6  sanction order in August 2019, was appealed to Judge Bloom --
 7  I'm trying to get my exact chronology right, but essentially
 8  she overruled some of the sanctions conditioned upon Dr. Wright
 9  doing certain things.
10            THE COURT:  Correct.
11            MR. BRENNER:  That is probably a fair generic way to
12  put it.  And one of the things he was compelled to do, or he
13  did is he submitted a list of bit coin that he claimed to have,
14  and that was to get compliance on the form.  Those were
15  exhibits --
16            THE COURT:  24 and 25?
17            MR. RIVERO:  Judge, we don't have a copy.
18            MR. BRENNER:  I don't show we have one here, too.
19            MR. RIVERO:  We were advised about this at about
20  12:15.
21            THE COURT:  If I recall, these are filed on the
22  docket.  Are they filed under seal?
23            MR. BRENNER:  The notice of compliance is not, I think
24  the other one is.
25            MR. RIVERO:  Judge, I am not questioning -- my issue
```

```
 1    is simply, we were notified about ten, 15 minutes before we

 2    took off, and we were in court, so I don't have it.  I don't

 3    know exactly what the language is.

 4         THE COURT:  I can sense the point I think Mr. Brenner

 5    is going to get to, so let him make his point.  If you need

 6    time to respond to that, as I've said many times this

 7    afternoon, I will give you the opportunity to do your research

 8    and respond if you need to.

 9         MR. RIVERO:  Judge, it's different, we are in the

10    middle of an evidentiary hearing and he's pointing to evidence

11    which I simply do not have.  So whatever he says, I cannot be

12    in a position to respond to because I don't have it.  I have

13    been doing it for a long time.  If they were going to bring it

14    up, give me a copy.

15         MR. BRENNER:  If you want us to get it on our

16    computer -- this all in the docket.  I trust Mr. Rivero doesn't

17    have a personal recollection of what this is.  Needless to say,

18    these lists were heavily, heavily litigated.  I am sure Mr.

19    Kass knows exactly what we are talking about, but I trust Mr.

20    Rivero doesn't recall.

21         THE COURT:  All right.  I hope --

22         MR. BRENNER:  I am not going to get into any detail on

23    it.

24         THE COURT:  Okay.  Mr. Brenner, to the extent that is

25    an objection right now, I have overruled it.  Go ahead and make
```

Pauline A. Stipes, Official Federal Reporter

1    your point.  If I need to revisit that ruling, I will.

2         MR. BRENNER:  **This is another place where Dr. Wright,**

3    **in order to avoid sanctions, provided a list of bit coin that**

4    **he claimed to have and now he claims not to -- on his form he**

5    **doesn't have anything.**

6         **I think that goes on the form.  As I said, bit coin is**

7    **an account, you hold that coin, and it's either in a trading**

8    **account or on the block chain.**

9         **The last piece I wanted to touch on quickly, and**

10   **Mr. --**

11        THE COURT:  **Before you leave that behind, so, what is**

12   **the date this list was provided?**

13        MR. BRENNER:  **I think early 2020.**

14        THE COURT:  **No.  No.**

15        MR. BRENNER:  **Which list are you talking about, your**

16   **Honor?**

17        THE COURT:  **The list of bit coin.**

18        MR. BRENNER:  **Yes, January 2020.**

19        THE COURT:  **Hold on a second.  Actually, according to**

20   **the docket -- this is 507-7?**

21        MR. BRENNER:  **I think the notice of compliance was**

22   **376, which is probably going to have the date.**

23        THE COURT:  **Right, okay.  So, you have a list here**

24   **that was submitted to the Court, submitted at 376, served on**

25   **the other side.  It is in the docket under seal at 507-7.  I**

1    will take judicial notice the Docket Entry is 913 pages long.

2           Is your point -- what is your point as to this?  He

3    had some corpus of bit coin back in 2020, and he gave you a

4    list of it on January 14, 2020, and so your point today is?

5           *MR. BRENNER:*  My point today is that he does not

6    acknowledge ownership of any bit coin on his form, and we --

7    clearly the bit coin that is in his trading accounts which we

8    just went through is directly called for on the form, and we

9    believe the bit coin on the block chain is an account.  That is

10   what a block chain is, so we believe he had to disclose it.

11   That one itself, you could say you have it some other way,

12   right, and that is a fair point.

13          My point is that it's just further evidence of his

14   refusal to provide any meaningful information which will allow

15   for the judgment creditor to try to collect on its judgment.

16          *THE COURT:*  Okay.

17          *MR. BRENNER:*  And I just wanted -- our understanding

18   is the vast majority of that has not moved at all on the block

19   chain since January 2020.

20          The last part is the Lynn Wright part, it's Exhibit

21   26.  Lynn Wright is the first wife of Dr. Wright.  She claims

22   he is paying her $6,000 a month in support, alimony.  She

23   didn't know the correct legal term to give it, she eventually

24   came up with alimony.  It's a place on his form that he says

25   zero, she says five to 6,000 a month is the monthly support,

1    and that is on page 69.

2           THE COURT:  Page 69 and 70 of Docket Entry 488-17,

3    which is now marked as Exhibit 26.

4           MR. BRENNER:  I would also say that is from her

5    deposition, but part of her deposition was read at trial.  I

6    just don't remember if that part was read, or played at trial.

7    My guess is it was, but I don't think it makes a difference.

8           So, Judge, in closing, what we would ask is that you

9    certify that -- certify facts which include that Dr. Wright's

10   first form was incomplete, it's also inaccurate to the extent

11   that some of those things -- for example, he has the same

12   information about the source of income that shows up on form

13   two.  So form one is both incomplete and inaccurate.

14          Form number two is inaccurate and -- you know, I

15   hesitate to use the word inaccurate because it is so benign.  I

16   think it is a lot more than inaccurate, I think it is willfully

17   false.  I think it is designed to obstruct any view into his

18   assets and designed to obstruct the ability of the judgment

19   creditor to enforce judgment entered by this Court.

20          We ask that -- I think it is almost acknowledged at

21   this point that remedial sanctions are in order, but we are in

22   addition focused on the course of sanctions we want.  I guess

23   we want two things, Judge.  We are looking for one course of

24   sanctions that will serve the role of coercing him to do what

25   he is supposed to do, and in a way also that expresses that

1    future or continued willful obstruction will not be tolerated.

2         THE COURT:  As I indicated earlier, I will almost

3    certainly defer to Judge Bloom as -- if I certify, I will

4    generally defer to Judge Bloom as to the magnitude or structure

5    of any contempt sanctions, so you don't need to spend your time

6    arguing those to me.

7         MR. BRENNER:  Okay.

8         THE COURT:  The case law is they have to be sort of

9    like Section 3553 of the criminal rules, sufficient but not

10   greater than necessary to achieve the goal of obtaining

11   compliance with the Court order, and also deterring future

12   non-compliance.  I am going off the top of my head, but I think

13   that is pretty close.

14        MR. BRENNER:  Sounds close to me, too.  Thanks, Judge.

15        THE COURT:  Anything else?

16        MR. BRENNER:  No.

17        THE COURT:  Mr. Rivero or Mr. Feuer, I'd be happy to

18   hear from you.

19        MR. RIVERO:  Judge, just one moment.

20        So, Judge, though Mr. Kass asked me to confer, I

21   listened to this presentation and I am asking him to write

22   notes about whatever he might add to this but --

23        THE COURT:  If you want to take a moment, I will give

24   you a moment.

25        MR. RIVERO:  No, Judge, I really want while the iron

1   is hot to address exactly what has been brought to your

2   attention.  I know what you are focused on is findings of fact

3   and I think that is exactly correct, and you have been very,

4   very clear on the record about the relationship of the facts to

5   the forms.

6            Now, as to the evidence, there were five components --

7   six components of evidence that Mr. Brenner has taken almost an

8   hour to talk about.  I have them exactly and I want to address

9   them.  Initially, the first three are anachronistic, Judge, and

10  they do not prove a point.  This really is telling that the

11  Plaintiff, after all these months, comes to you with statements

12  in 2020 or earlier about events in 2017.  I am going to show

13  you exactly.

14           Mr. Brenner did not talk to you about the dates,

15  because the dates do not prove what he is saying.  Judge, this

16  is critical because after all the time that they have had,

17  those three statements don't do it.

18           In the same way, Judge, on -- I will take them one by

19  one, but here is the thing I want to say overall, Judge.  Every

20  single item of proof that Mr. Brenner has talked to you about,

21  every one of them was presented for the first time today, some

22  of them at 12:50 p.m.

23           I reserve all rights and objections.

24           THE COURT:  Okay.

25           MR. RIVERO:  They have had months since they got this

Pauline A. Stipes, Official Federal Reporter

1    form.  It is today -- the first three statements that he refers

2    to were presented this morning.  The property record he was

3    talking about was presented at lunchtime, as was the alimony

4    record.  Everything that they are arguing today is brand new

5    material that they haven't argued before.

6          Judge, standard.  You made a prima facie finding, and

7    you specifically referenced where you thought you had it, and I

8    think I do understand better, Judge.  I try to pay attention.

9    You referred to the spousal information, and I think I

10   understand where you were at the time of the order because you

11   said specifically there is a prima facie case, and right after

12   that you go through a discussion of the section on spousal

13   information.

14         And as I indicated, there is one piece that was left

15   out, although, Judge, as it turns out, the balance, spousal

16   information, the statement is, she is not employed and she

17   doesn't have income.  Zero evidence was presented today, zero,

18   that Ms. Ang is employed or has an employer or money, and

19   therefore that prima facie case that you indicated, simply no

20   evidence was presented today, and I don't think you can make a

21   recommendation on zero evidence.

22         *THE COURT:*  Except you are skipping over my sentence

23   further down that says W&K has also presented evidence that,

24   based on other statements or conduct by Dr. Wright, other

25   information on the form is incomplete or false.  Let's focus on

 1    that.

 2            I think where Mr. Brenner -- they were abandoning

 3    their concern about the disclosures about Ms. Ang, but it seems

 4    to me that the major drive they are making is the line that

 5    says "other personal income zero" is false.  That is their

 6    argument.  And the area that says describe all other accounts

 7    or investments you may have, including stocks, mutual funds,

 8    etc. where the answer was "I don't have any" is false.

 9            At its core those are the two statements that W&K is

10    driving at.

11        *MR. RIVERO:*  I remember now that you say it, Judge.

12    You have that summary statement after the spousal information,

13    and they present three items.  It's the catchall, Judge, that

14    we talked about after the parenthetical.  I know exactly what

15    you are referring to.

16            Judge, let me take first TTL.  The argument to rebut

17    what I told you was look at paragraph 109.  Judge, you have to

18    look at paragraph 109.  This is not -- what was told to you by

19    the Plaintiff is not what 109 says.  I think I need to put this

20    on if you don't have it, Judge.

21        *THE COURT:*  I have it.  If you want to read it into

22    the record --

23        *MR. RIVERO:*  I am going to read it because the

24    statement made to you was that TTL has an asset of X number of

25    bit coin.  That is not what paragraph 109 says.  Paragraph 109

**Pauline A. Stipes, Official Federal Reporter**

1    says I am the beneficial owner of TTL, I'm paraphrasing, and

2    that TTL, quote, "issued a claim in the high court against 16

3    Defendants," going forward, "in relation to the theft of

4    private keys that permit access to/control over TTL's digital

5    assets."

6            What Dr. Wright is saying is that all of the digital

7    assets of TTL were stolen.  So what was represented to you just

8    now that Dr. Wright is admitting to be the beneficial owner of

9    an entity that owns "111,000 tokens on four block chain

10   networks," that is the quote, continuing, "worth over four

11   billion dollars," but what Dr. Wright says here is all of that

12   was stolen from TTL.

13           Yes, he is the beneficial owner of an entity, the

14   digital assets of which were stolen.  So the representation

15   that he has this asset cannot be based on 109.  109 says, I am

16   the beneficial owner, but everything was stolen.  They don't

17   present any other evidence that TTL owns a thing.  If you

18   accept it -- first of all, it's Wright versus Wright.  109 is

19   Wright's statement.  If you accept -- there is a difference,

20   Judge, he doesn't list TTL --

21           *THE COURT:*  Hold on.  Let me push back on what Section

22   109 says.  It says, there was a theft of the keys that would

23   permit access to or control over the assets, and it says the

24   assets comprise four billion dollars.  It doesn't say the

25   assets have been stolen, it says the keys to access the assets.

1    If they say I have a safe deposit box with four billion dollars

2    in it, that somebody stole the key to the safe deposit box, it

3    doesn't say they stole the four billion dollars.

4         MR. RIVERO:  Judge, this is why this is very

5    misleading to the Court, and they are trying to summarize a

6    complex legal proceeding from a misrepresentation in this

7    paragraph.  If you proceed down, Judge, the relief sought is a

8    declaration that the Defendants owed fiduciary and tortious

9    duties to TTL to regain access to and control of its assets.

10   They were deprived of the keys.

11        THE COURT:  They lost the keys.  That is not the first

12   time I have heard Dr. Wright claim he lost the keys to

13   something.

14        MR. RIVERO:  Judge, what I am saying is they are

15   relying on this statement.  What this is saying is that in the

16   lawsuit -- this is not in our lawsuit.  He is suing saying my

17   assets -- where I have a beneficial ownership in TTL, those

18   assets have been stolen and I need to regain access.

19        All I am saying is the representation to you that he

20   is saying here I am the beneficial owner of a company that has

21   111,000 bit coin worth four billion dollars, that is not what

22   it says.  It says I am the beneficial owner of a company that

23   has assets that have been stolen from it.

24        That is what I said initially.  That is what it still

25   says, Judge.

```
 1              THE COURT:  I understand your argument, I don't agree
 2     with it.  He says I am a beneficial owner of a company that
 3     owns four billion dollars worth of bit coin that I can't get
 4     to.  It doesn't say they stole the money.  They stole the keys,
 5     that's what it says.  He says, we want to regain access to the
 6     assets.  He doesn't say the assets are gone.
 7              MR. RIVERO:  He says access and control.  First of
 8     all, I stand by what my argument is.
 9              THE COURT:  I understand.
10              MR. RIVERO:  They are saying on the one hand he says
11     he doesn't have an asset called TTL, and this is what they are
12     relying on.  This doesn't say that TTL has -- it says TTL's
13     111,000 bit coin, access and control has been stolen.  That is
14     what it says.
15              In the same fashion, Judge, exactly the same fashion,
16     they talk -- Judge, in regard to -- I am not sure what the
17     exhibit number is here, but it is -- I will give the date.  It
18     is the document that refers to Kraken.
19              Mr. Kass, can you help me with the exhibit number?
20              THE COURT:  I think it is part of Exhibit 6.
21              MR. RIVERO:  That is correct, Judge.  Judge, it's
22     found at paragraph 17.
23              The first thing is, Judge, this is a statement made in
24     August 2020.  Again then there was no discussion -- the form is
25     filed on April -- is April 4, 2023.  There is a disconnect, an
```

1    anachronistic element here that is not addressed.

2         So, his statement in 2020, Judge, does not preclude

3    the state of affairs that he reports in April 2023.

4         Now, on the -- in paragraph 17, if I am on the right

5    document -- paragraph 17, your Honor, he says I have accounts

6    with Kraken, Simple FX and OKEX.  Judge, this is a statement

7    made in 2020.  A statement made in 2020 cannot prove events in

8    April of 2023, first.

9         Second, Judge, what I think is being argued is that

10   this is the way that Dr. Wright does his financial affairs,

11   but, your Honor, that is an inference from a statement made in

12   2020 that does not prove what happened in 2023.

13        Judge, there is an important event in between, though,

14   and that is that in August of 2019 -- and this can be verified,

15   and we can submit evidence on this, I didn't know this was

16   going to be presented -- Kraken and these other platforms

17   delisted, delisted BSV, which is the bit coin currency with

18   which Dr. Wright is associated.

19        Your Honor, these account -- he is in a dispute with

20   these platforms.  That is not of record, Judge, we did not know

21   this would be relied on today, but that is what the events are.

22   This does not prove a contradiction in the same fashion, your

23   Honor.  That is the first two.

24        The third one that they refer to I believe is the

25   first statement -- first exhibit in number 6 --

1            *THE COURT:*  **Before you get to that, Mr. Brenner sort**
2    **of assumed a fact.  I want to see what your position is on**
3    **this.**
4            **If Dr. Wright has possession, custody, and control**
5    **over bit coin, small b, such that he could buy, sell, and trade**
6    **them, would you agree that has to be reported on this form?**
7            *MR. RIVERO:*  **Judge, the direct answer is, I believe**
8    **those are -- they are a different form of -- it is not an**
9    **account, it is something you possess.  I agree that you posses**
10   **it.**
11           *THE COURT:*  **It's not an investment?**
12           *MR. RIVERO:*  **No, Judge, I don't believe it is an**
13   **investment either.  In fact, Dr. Wright's testimony, I think**
14   **this is beyond dispute, is there may be others, but his**
15   **testimony is that he mined the coin back in the beginning.**
16           *THE COURT:*  **I understand that.  If I have something**
17   **today that I can monetize to pay my bills, is that not either**
18   **an account or an investment, or is there some other category of**
19   **existence that you argue it is?  Is it some sort of other form**
20   **of asset that slips in between the two?**
21           *MR. RIVERO:*  **I am trying to take the question very**
22   **seriously.  I think the answer is no because the way -- Judge,**
23   **let me make the distinction.  If he had bit coin that he was**
24   **maintaining on the Kraken platform, and this is a subject that**
25   **is going on in litigation in our district right now, that is an**

**Pauline A. Stipes, Official Federal Reporter**

 1    account, a hundred percent agreed.  The problem with that

 2    evidence that they presented today, that is something said in

 3    2020.  We don't have evidence before then.

 4              THE COURT:  I understand.  I am asking you today.

 5              MR. RIVERO:  The bit coin itself is not an a account.

 6              THE COURT:  Let me ask you again.  This is my

 7    hypothetical for today, July 26, 2023.  If Dr. Wright yesterday

 8    had possession, custody, and control over some bit coin

 9    somewhere in the ether and he sold it, and that money flowed to

10    him so he could pay his bills, would that have to be reported

11    on his form as either income or some other flow of funds to

12    him?

13              Start with that.  He sold it, he monetized it, it came

14    into his pocket.  Is that not income?

15              MR. RIVERO:  Judge, I guess -- this is the question I

16    haven't address.  I don't want to be hyper technical.  My

17    answer is no, but I'll tell you why.  If he sold a diamond, if

18    you sold a diamond you had -- you are asking the question on

19    the income side.  Is it a taxable event to sell an asset?  I

20    suppose that is possible, but it is an asset, Judge, and he

21    didn't buy it, so it is not an investment.

22              THE COURT:  Your answer is, if he sold bit coin

23    yesterday and monetized it and tuned it into cash, that cash is

24    now in his pocket and he is going to use that cash to pay his

25    bills, you do not believe that has to be reported on this form.

1         *MR. RIVERO:*  **No, Judge, I don't.  The form is**

2  **antiquated.**

3         *THE COURT:*  **Let's go back a step.  He hasn't sold it**

4  **yet, but he has bit coin that he can control, he can buy it, he**

5  **can sell it, he can trade it, he can monetize it.  It is**

6  **therefore, in my view, within his possession, custody, and**

7  **control, he can trade it, he can monetize it.  Does that have**

8  **to be reported on this form?**

9         *MR. RIVERO:*  **Judge, if he trades it on a platform**

10  **through an account he has to report it.**

11         *THE COURT:*  **If it is just listed on the block chain,**

12  **not held in any sort of wall or any sort of account, your**

13  **position is he doesn't have to list it on the form.**

14         *MR. RIVERO:*  **It is an asset, Judge.  This form asks**

15  **for certain kinds of assets, real property, vehicles.  It**

16  **doesn't ask for digital currency assets, it asks for bank**

17  **accounts and the rest.  Bit coin on the block chain, which has**

18  **only existed for about 14 years, if you buy it, it might be a**

19  **different answer, but it is like you mined a diamond.**

20         **Now, I don't want to play games, Judge.  What is the**

21  **taxable income consequence?  Is it a recognition of income -- I**

22  **am not far enough, even though I did a lot of tax prosecutions,**

23  **to be able to really answer it.**

24         *THE COURT:*  **Let's move to that issue since you did a**

25  **lot of tax prosecutions.  So did I.  You are familiar with the**

1   net worth method of --

2          *MR. RIVERO:*  **Judge, thank you so much.**

3          *THE COURT:*  **Why don't you address that.**

4          *MR. RIVERO:*  **I wrote a note to Mr. Feuer who, as you**

5   know, also does a little bit of criminal, and I said it is a

6   net worth case.  Judge, you didn't give me a chance, and I know

7   time is limited, to tell you that as to point three -- I know

8   time is limited.  As to point three, what Mr. Brenner raised

9   for the first time today is also out of time.  It is the

10  question of net worth.

11         Your Honor, here is the problem with the net worth.

12         *THE COURT:*  **Let me drill down as bluntly as I can on**

13  that question.  Where did the $20,000 come from that he used on

14  April 30th to pay his American Express bill?

15         *MR. RIVERO:*  **I understand the question.  I don't know**

16  answer so it makes it easy.  Judge, if they were going to

17  establish a net worth case, this form does not ask you what

18  your net worth is.  I can do hypotheticals, Judge.

19         If a third party paid for an American Express bill, I

20  don't know this, I am not representing that to the Court, but I

21  can imagine circumstances where the events do not fall into

22  this form.  So the net worth, Judge, brand new today, is that

23  240 K -- 240 K pounds, and he only has 159, or whatever the

24  effective thing is -- I get what the net worth concept is.

25         Judge, how by clear and convincing evidence -- they

**Pauline A. Stipes, Official Federal Reporter**

1   didn't point to the line on this form where he didn't declare

2   what he had.

3           THE COURT:  If it were a Federal tax prosecution in

4   the United States you would point to the other income line on

5   the Form 1040, which seems to me is the same as other personal

6   income.  The way you would get there is you would say, we

7   looked at the person's expenses, we subtract out the income he

8   reported, we checked to see if there are any non-taxable

9   sources, we subtracted those out, and anything that is left

10  over is income.  That is how it works.

11          MR. RIVERO:  I understand your reasoning, Judge.

12  There are two problems with that.  I ask that when you are

13  going to make that finding, I ask that you make it clear the

14  basis of fact.

15          THE COURT:  If I go there.  If I could be clear,

16  people are convicted beyond a reasonable doubt on a regular

17  basis based upon that analytical approach.  I am not saying the

18  evidence here would support any of that, but it is certainly a

19  legitimate analytical approach.

20          MR. RIVERO:  That's right, Judge.  Not only did I

21  bring tax cases, I won tax trials, so I know what it is.  As

22  the Court well knows since you have that experience, you have

23  to exclude other possibilities, and a very common response is,

24  I had somebody agree to pay it for me or there was a gift, all

25  kinds of explanations.

1          None of those gifts are asked for on this form, for

2     example, Judge.  There is no requirement on the form to report

3     gifts, just to give an example.

4          I come back to the point, Judge, people are convicted,

5     however did the Plaintiffs establish the elements of this, a

6     violation on net worth basis by clear and convincing evidence?

7     I submit to you, Judge, they would have needed to take a lot

8     more time, try to make this argument before today for the first

9     time and present some explanation why there aren't alternate

10    explanations.

11         Judge, I see the time is going to run.

12         *THE COURT:*  Take your time, I am not trying to rush

13    you.

14         *MR. RIVERO:*  I just wanted to address the things that

15    Mr. Brenner raised.

16         He talked about an account at Lloyds that had –– and

17    here the timing, Judge, is just completely wrong, just

18    completely wrong.  The testimony about the account that Mr.

19    Brenner refers to –– and I want to ask Mr. Kass if he can tell

20    me which part of the exhibit is it.  I have it.

21         It was at paragraph 16, I wrote it down, Judge, there

22    was something like 461,187 pounds in a Lloyds account as of

23    August of 2020.

24         *THE COURT:*  2019.

25         *MR. RIVERO:*  2019, thank you, Judge.

**Pauline A. Stipes, Official Federal Reporter**

1          Judge, I don't know why I have it written that the

2     statement -- the declaration was made in August 2020.

3          THE COURT:  I am looking at the bank statement that

4     was attached to the exhibit.

5          MR. RIVERO:  What I'm saying, Judge, is the

6     declaration was given in August 2020.  You are right, it is

7     reporting backwards looking events.  It reports banking events

8     in 2017 and, Judge, the letter that is complained of is in

9     August 2019, which would have caused a closure in late 2019.

10         There is nothing about the evidence that would

11    establish by clear and convincing evidence that the Lloyds

12    account existed in April 2023, that it wasn't closed in 2019,

13    as the letter indicates.  These events were 2017.

14         The only thing, Judge, would be inferences about this

15    is how he in the past conducted past transactions.  I

16    understand that inference, but to to get to clear and

17    convincing evidence, what they are suggesting to you is that

18    there are direct contradictions, and there are not even direct

19    contradictions.  They are out of time.

20         In the same way, your Honor, they add the alimony to

21    Lynn Wright.  I don't have the statement, I am not sure what

22    time period, but that must have been reported at an earlier

23    time.

24         THE COURT:  Her testimony was in 2020.  2019?  I wrote

25    it down when I saw the exhibit.  I will concede to you, Mr.

Pauline A. Stipes, Official Federal Reporter

1    Rivero, it was not today.  It was May of 2020.

2         MR. RIVERO:  It is not today, and it is not April of

3    this year, it is an early time.  We don't know the occurrence

4    of events.

5         More importantly, Judge, let me talk about burden for

6    a second.  That is right, you made a prima facie finding in the

7    way that you say.  There still has to be -- I want to call it

8    two-thirds evidence.

9         THE COURT:  The standard is it has to be sufficient

10   evidence to create an abiding conviction that the fact at issue

11   is highly probable.  I announce that every day in pretrial

12   detention hearings, so I am well familiar with what the

13   standard is for clear and convincing evidence.  Let me put it

14   this way:  That is what Judge Hurley said, and that is good

15   enough for me.

16        MR. RIVERO:  Judge, a lot of other lawyers have said,

17   Rivero, where are you coming up with these percentages?  I am

18   just giving you a percentage, Judge.  It is above probable

19   cause.

20        How, Judge, how in the world do we get to

21   preponderance on the four matters I just pointed to two where

22   the dates are not correct?  On TTL, Judge, please, number one,

23   remember there is a legal proceeding overlying this on Wright's

24   subscription of it.  If you dig into 109, he says they need to

25   regain access and control of the coin.  Without access and

Pauline A. Stipes, Official Federal Reporter

1    control the coin is worthless.

2           So, when the evidence -- they specifically come to

3    you, and this is what they put on record before you, do not

4    contradict him directly.

5           THE COURT:  I understand.

6           MR. RIVERO:  Judge, if they did, you would still be

7    cast with the issue, as they like to say -- and I know the

8    press is here -- I am not saying liar versus liar, but they are

9    saying liar versus liar.  This Court has found -- how does that

10   evidence, just relying on his statements alone, rise to the

11   clear and convincing standard?

12          May I have a moment?

13          THE COURT:  Take a moment.  I want the parties to

14   address one issue that you have both sort of danced around and

15   nobody has come right out and put on the table and I think we

16   need to put on the table and at least give me your views on

17   this.

18          Go ahead and talk to Mr. Kass.

19          MR. RIVERO:  Judge, I am always surprised that the

20   court reporters will talk to me afterwards.

21          THE COURT:  You and me both.  Mrs. Stipes is the best

22   court reporter in the district.

23          MR. RIVERO:  I learned today, Judge, that she was the

24   Court Reporter for Judge Paine when I tried a case here in

25   1991, so we may have been together before.


                    Pauline A. Stipes, Official Federal Reporter

1          Judge, I once had a contempt hearing, I was on the

2     other side, against a very fine lawyer named Ron Lieberman who

3     said, Judge, I know when I am running uphill, and I have always

4     liked that.

5          Your Honor, I know that you are a careful jurist.  The

6     question is, has the evidence presented by the Plaintiffs

7     reached the level however we define that percentage, and I do

8     think that there are -- as a fact finder, there are problems

9     with using the same source and depressing the value of that

10    source to zero on one side and giving it a X percentage value

11    on the other side.  There are problems, Judge, the evidence has

12    to contradict on the date in question.

13         Thank you so much for your patience and listening to

14    me.

15              *THE COURT:*  I appreciate it.  Let me ask you the

16    question that I think is embedded here, and I ask this question

17    having no pre-conceived view on what it is.

18         Mr. Brenner has mentioned a number of times the fact

19    that Dr. Wright is not here, that Dr. Wright had the

20    opportunity to come, he had the opportunity to come and

21    testify, and he didn't.

22         What, if anything, should I draw from that?  What

23    inference, if any, should I draw from the fact that Dr. Wright

24    did not choose to come and testify today?

25              *MR. RIVERO:*  Judge, I know of no legal principle that

159

```
 1    there is an inference to be drawn.  There are circumstances
 2    that are very definable.  Had he taken the Fifth, the law
 3    provides a presumption in a civil case.  I know of no
 4    presumption that arises from the presence or absence of a
 5    party.  And in fact, Judge, in this case, the party, Mr.
 6    Kleiman, chose not to appear at the beginning of the
 7    proceedings and later appeared.  There was no presumption to be
 8    drawn from his non-appearance at the proceedings.
 9          I don't see that you can draw a -- I think the
10    question would be, is there an evidentiary presumption?  On the
11    other hand, Judge, there is no rebuttal -- we don't put
12    anything on the scales from Dr. Wright, I get that.  That is
13    the consequence of his not appearing.
14          THE COURT:  Thank you.  Mr. Brenner, did you want to
15    be heard on that?
16          MR. BRENNER:  Sure.  I think there is a chance I could
17    cheat and get a surrebuttal to what he just did.
18          THE COURT:  No.
19          MR. BRENNER:  On the issue, Judge, first of all, you
20    were not at the trial, Mr. Kleiman had a medical issue which
21    the Judge recognized and I think even instructed the jury on.
22    I don't know what that has to do with anything.
23          The presumption, or is there a presumption.  Here is
24    my answer.  What we both agree, I think, that you need to make
25    a decision based on the evidence presented, right.  So, much of
```

1   the evidence presented we contend tells a pretty clear story,

2   right.  It is -- people are walking around with umbrellas, it's

3   a pretty good assumption it is raining.  It is possible

4   somebody comes along and says, no, I was on the top of the

5   building pouring water out.

6            I would say is that the ambiguities that they are

7   pointing to, like he has hundreds of thousands in a bank

8   account, but maybe it just disappeared, or maybe there are no

9   other accounts, that all needs to be resolved in favor of the

10  Plaintiff only because the common sense answer is right in

11  front of all of our faces, and no one has come and told you

12  don't believe what is in front of your face.

13           Is there a legal ruling?  No.  But I think that makes

14  sense.

15           THE COURT:  It goes to, arguably, a lack of evidence,

16  and there's no other legal presumption it goes to other than

17  there is no evidence to rebut A, B, or C.  There is no

18  inference that I would draw that Dr. Wright chose not to come,

19  and therefore I should back up.  It's just there is nothing to

20  move me forward.

21           MR. BRENNER:  Yes, kind of.  The only place I would

22  push back a little bit is to areas where you have found a prima

23  facie case and they have presented no evidence either through

24  documents or through Dr. Wright's testimony, that there is a

25  presumption they have not met their burden on that.

 1          *THE COURT:*  I don't know if there is a legal

 2     presumption.  It's the weight of the prima facie evidence

 3     weighs a certain way and there is nothing --

 4          *MR. BRENNER:*  To rebut it, yes.

 5          *THE COURT:*  I understand the position you are taking.

 6     I told you only one question.  I'll ask another one.  This is

 7     an easy one for you.

 8          I assume your position is that if Dr. Wright

 9     liquidated a bunch of bit coin yesterday and turned it into

10     cash that should have been reported on the form as income, and

11     if he has possession, custody, and control over bit coin, even

12     if he hasn't liquidated it, that should have been reported on

13     the form under the investment account, other asset.

14          *MR. BRENNER:*  Yes and yes, and both the bit coin that

15     the evidence we believe shows is sitting in trading accounts

16     and the bit coin that we believe shows it is sitting on the

17     block chain still.  Yes and yes and an extra yes.

18          *THE COURT:*  I understand.  I will acknowledge Mr.

19     Rivero's argument is that evidence is three years old.  We

20     don't know what the state of the world is today.

21          I understand everybody's argument.

22          We finished five minutes to 4:00, so thank you.  Very

23     well argued, very well briefed.  It gives me a lot to think

24     about.  Whatever I decide, somebody will get a second bite at

25     the apple, potentially with Judge Bloom.

                   **Pauline A. Stipes, Official Federal Reporter**

1            MR. BRENNER:  I don't think your Honor has all the

2    exhibits.

3            THE COURT:  Under our local rule, everything that has

4    been admitted you need to file electronically.  You need to

5    talk amongst yourselves on how you want to do that.

6            I will afford either side a week from today to --

7    within a week from today I would like both sides to meet and

8    confer with each other about redactions, whether you believe

9    any or all or part of what has been admitted should be

10   redacted.  If there is agreement, then go ahead and file the

11   exhibits with the agreed upon redactions.  If there is

12   disagreement, file a notice and I will resolve that.  We will

13   deal with that.

14           And I will ask you to file whatever you are going to

15   file a week after that.  So, within two weeks from today file

16   either agreed redacted exhibits or some combination of agreed

17   redacted exhibits and unredacted exhibits with proposed

18   redactions, and I will resolve that.  I want to keep that

19   process moving forward so the record will be complete.

20           To the extent that we are missing a few exhibits, we

21   will reach out to you for them.

22           MR. BRENNER:  I am still unclear how we are dealing

23   with stuff that was previously under seal or currently under

24   seal.  Just file it in the docket under seal?

25           THE COURT:  If it is currently under seal and the

1    parties meet and confer and the parties agree there doesn't

2    need to be any redactions, then file a motion to unseal it and

3    designate it by the exhibit number in the trial and I will

4    unseal it.

5              If there are things currently under seal that the

6    parties agree can be partially unsealed and partially redacted,

7    tell me that and we will enter an order, and if one side thinks

8    it should remain under seal and one side doesn't, I will have

9    to resolve that.

10             For now, what is under seal remains under seal to the

11   world.  I am going to look at it if I start to work on this,

12   but it is under seal to the world.

13             MR. BRENNER:  The one other open issue was the

14   Defendant reserved the right to add context.

15             THE COURT:  Does either side at this point want to

16   make a request for some window of time to make a supplemental

17   submission?  Mr. Brenner, do you want the option?

18             I will give the parties -- since I have given you two

19   weeks to clean up the exhibits, I will give the parties two

20   weeks from today to submit whatever they may -- one week from

21   today to submit whatever you want to submit as a

22   supplementation to the record, either documents or legal

23   argument, not affidavits, not declarations, not testimony.

24   Then the other side will have a week to respond.

25             If somebody on either side feels like they got short

                  Pauline A. Stipes, Official Federal Reporter

1   circuited because something came up they were not expecting, I

2   want to make sure each side has an opportunity to make the

3   record they want to make.  We will incorporate all of that into

4   a written order.

5          MR. BRENNER:  The other thing I was talking about is

6   slightly different, which was for some of the transcripts we

7   put in, the Defendant had reserved the right to add pages.

8          THE COURT:  They can do that as part of their

9   supplementation.  I am not inviting you to put in 400 pages of

10  transcript if you really just need one paragraph.  In the heat

11  of today, I didn't want anyone to feel prejudiced that they

12  have to make a quick decision.  I am giving you a week to sit

13  and think.

14         MR. RIVERO:  Judge, the time to do the

15  supplementation, Mr. Kass is concerned that one week would be

16  difficult.  I though you said two weeks.

17         THE COURT:  I originally said two weeks, but I wanted

18  to build in an opportunity for the other side to respond.

19         MR. RIVERO:  I ask on behalf of Mr. Kass for ten days.

20         THE COURT:  Ten calendar days or ten working days?

21         MR. BRENNER:  A week from Monday.

22         THE COURT:  All right.  A week from Monday, and then

23  the following Wednesday, I will give you another nine or ten

24  working days.  My clerk and I will figure out the specific

25  dates and put it in the order.  The briefing and the record

1    should then be fully closed 20 days from now.  At that point I

2    can hopefully do what I need to do.

3         Thank you all very much, extremely well argued.  I

4    hope everyone has an easy fast, and I wish you all have a good

5    week.

6         (Thereupon, the hearing was concluded.)

7                              * * *

8         I certify that the foregoing is a correct transcript

9    from the record of proceedings in the above matter.

10

11      Date:  July 28, 2023

12                    /s/ Pauline A. Stipes, Official Federal Reporter

13                         Signature of Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**Pauline A. Stipes, Official Federal Reporter**

MR. BRENNER: [204]
MR. FEUER: [11]   3/9 96/5
96/8 97/7 97/10 97/13 99/19
99/24 100/3 103/1 105/6
MR. FREEDMAN: [15]   68/6
71/14 71/20 71/23 71/25 72/3
72/8 72/18 72/21 73/2 73/9
73/14 73/19 73/25 74/10
MR. KASS: [30]   15/6 15/9
15/20 49/12 50/19 50/21 55/3
56/4 56/7 57/1 57/4 61/3
61/16 61/19 62/1 62/15 63/7
63/22 64/4 65/24 66/5 67/4
68/22 69/18 72/12 72/25 73/3
73/13 73/20 74/4
MR. RABIN: [10]   3/11 4/1
4/12 4/18 4/25 5/23 6/20
8/15 9/24 10/13
MR. RIVERO: [124]   3/7 10/14
11/21 11/24 24/18 26/22
27/11 27/25 28/4 28/12 28/21
30/16 30/23 33/15 33/21
35/17 36/14 36/19 37/1 37/8
38/5 38/9 38/11 40/18 41/13
42/6 42/13 42/20 42/23 42/25
43/21 44/9 44/15 44/21 45/2
45/16 47/6 47/21 48/5 48/12
48/19 52/7 52/12 52/14 52/19
53/21 54/2 57/9 58/15 59/20
64/19 65/2 65/7 67/17 74/14
74/19 74/22 75/4 75/23 76/2
77/18 79/4 79/9 79/12 79/17
80/9 81/12 82/25 84/11 86/13
90/13 93/1 93/9 93/18 93/21
94/5 95/5 95/19 105/8 105/21
107/5 107/10 109/22 119/15
133/7 133/11 136/16 136/18
136/24 137/8 141/18 141/24
142/24 144/10 144/22 146/3
146/13 147/6 147/9 147/20
149/6 149/11 149/20 150/4
150/14 150/25 151/8 151/13
152/1 152/3 152/14 153/10
153/19 154/13 154/24 155/4
156/1 156/15 157/5 157/18
157/22 158/24 164/13 164/18
THE COURT: [365]
THE COURTROOM DEPUTY: [1]
93/13

$

$100,000 [6]   117/18 118/11
120/18 120/22 121/16 128/12
$101,000 [1]   116/25
$150 [1]   122/20
$150 million [1]   122/20
$20,000 [1]   152/13
$240,000 [1]   117/17
$360,000 [1]   117/2
$6,000 [1]   139/22

'

'15 [1]   104/23
'18 [1]   58/18
'19 [1]   58/18

/

/s [1]   165/12

0

00003 [1]   64/1
0025 [1]   63/17
01058875 [1]   56/16
01058937 [1]   56/23
01518378 [1]   55/1
01639965 [1]   61/1

1

1.977 [9]   10/25 11/4 32/25
86/22 111/12 111/16 130/13
130/19 131/22
10 [3]   60/17 60/18 60/21
100 [1]   1/19
100,000 [1]   117/14
1000 [1]   1/24
1001 [1]   43/24
1001-1 [1]   54/1
1002-1 [2]   49/23 50/11
1012 [3]   52/16 54/3 54/4
1016 [3]   13/5 35/12 44/6
1016-1 [3]   11/10 42/25 43/16
1016-7 [1]   43/17
1040 [1]   153/5
109 [15]   107/13 107/15
107/18 127/8 127/10 144/17
144/18 144/19 144/25 144/25
145/15 145/15 145/18 145/22
156/24
11 [9]   60/17 60/18 60/22
61/2 61/3 61/8 118/10 132/16
134/5
11 is [1]   60/20
11,000 [2]   127/7 127/11
1101 [1]   46/16
111,000 [3]   145/9 146/21
147/13
11:10 [1]   40/24
12 [6]   62/8 62/9 72/9 126/11
126/13 126/17
12,000 [1]   118/8
12,500 [1]   117/13
122 [1]   50/11
1240 [1]   1/16
12:00 [1]   70/5
12:15 [1]   136/20
12:45 [1]   90/5
12:50 p.m [1]   142/22
13 [3]   62/14 62/19 126/11
1360 [1]   2/7
14 [6]   62/21 63/5 63/15
134/15 139/4 151/18
143 [1]   72/20
149 [2]   72/23 72/25
15 [10]   61/15 63/22 63/24
63/25 67/2 106/20 107/14
110/15 118/10 137/1
15,000 [1]   118/8
150 [1]   117/15
150,000 [2]   117/16 117/17
151 [1]   83/13
155 [1]   83/14
155,199 [1]   116/22
159 [3]   82/12 83/11 152/23

159,000 [3]   22/18 98/9
115/21
16 [7]   64/3 64/4 64/8 124/9
124/16 145/2 154/21
16.2 [1]   124/23
1601 [1]   2/2
162 [1]   65/23
163 [1]   65/23
17 [12]   64/11 65/11 65/15
74/1 118/11 119/4 120/1
120/20 140/2 147/22 148/4
148/5
18 [2]   66/17 118/9
18,000 [1]   118/7
18-80176 [1]   3/2
18-CV-80176-BLOOM [1]   1/3
18407 [1]   55/2
19 [4]   65/22 66/23 66/24
68/3
1927 [1]   7/20
198 [1]   67/3
199 [1]   67/3
1991 [1]   157/25
1:15 [2]   71/3 71/5

2

20 [4]   69/1 71/22 79/19
165/1
20,000 pounds [2]   116/13
117/7
200,000 [1]   57/5
2000 [1]   83/19
201 [1]   2/3
2012 [4]   100/10 132/24
133/16 133/19
2013 [3]   56/23 104/22 132/22
2015 [3]   55/21 132/22 133/24
2016 [3]   101/9 101/10 120/1
2017 [7]   120/20 120/23
124/19 127/22 142/12 155/8
155/13
2018 [2]   59/25 104/23
2019 [17]   64/16 65/6 88/23
109/5 109/8 109/10 109/11
125/17 128/19 136/6 148/14
154/24 154/25 155/9 155/9
155/12 155/24
2020 [24]   65/22 69/17 110/5
119/1 119/4 124/10 125/17
138/13 138/18 139/3 139/4
139/19 142/12 147/24 148/2
148/7 148/7 148/12 150/3
154/23 155/2 155/6 155/24
156/1
2021 [4]   62/12 67/2 107/18
116/23
2022 [4]   61/15 106/20 107/14
126/14
2023 [12]   1/7 57/21 72/10
104/24 109/12 147/25 148/3
148/8 148/12 150/7 155/12
165/11
21 [3]   69/4 69/13 125/17
22 [7]   72/9 72/12 72/18
120/10 120/16 134/23 134/24
23 [4]   72/21 72/22 73/9
120/23
237 [1]   65/23

**2**

**24 [4]**   73/23 73/24 107/18
136/16
**240 [2]**   152/23 152/23
**240,000 pounds [1]**   117/10
**24th [6]**   42/22 43/11 113/6
113/6 115/13 125/6
**25 [6]**   29/13 73/19 73/23
73/24 120/25 136/16
**2500 [1]**   1/25
**2525 [1]**   1/23
**25th [5]**   29/12 43/12 76/1
113/6 113/6
**26 [5]**   1/7 74/10 139/21
140/3 150/7
**28 [4]**   64/17 64/18 65/6
165/11
**2800 [1]**   1/20
**29 [2]**   62/12 64/18
**29th [2]**   68/18 68/21
**2nd [1]**   1/19

**3**

**305-357-8414 [2]**   1/17 1/21
**305-445-2500 [1]**   1/25
**30th [1]**   152/14
**31 [4]**   118/10 118/10 124/2
124/3
**3198702 [2]**   133/16 133/18
**320 acres [1]**   134/16
**33131 [2]**   1/17 1/20
**33134 [1]**   1/24
**33401 [2]**   2/3 2/7
**3434 [1]**   2/10
**350 acres [1]**   135/7
**3553 [1]**   141/9
**37 [2]**   7/18 8/6
**376 [3]**   73/16 138/22 138/24
**390 [1]**   117/18
**3:30 [1]**   135/22
**3rd [1]**   1/16

**4**

**40 [1]**   111/8
**400 [1]**   164/9
**408 [1]**   4/10
**42 [2]**   120/17 120/20
**43 [3]**   45/25 46/1 47/3
**44.1 [3]**   26/12 26/12 45/10
**44.3 [1]**   46/23
**461,187 [1]**   154/22
**476,000 pounds [1]**   125/2
**488-17 [2]**   74/1 140/2
**4:00 [1]**   161/22
**4:00 o'clock [1]**   110/22
**4th [4]**   25/1 29/8 42/9
113/18

**5**

**500 [2]**   2/6 2/6
**507-7 [3]**   73/10 138/20
138/25
**53,000 [1]**   116/25
**540 [1]**   101/9
**560,000 pounds [1]**   124/24
**561-659-1360 [1]**   2/7
**561-659-7878 [1]**   2/4

**561-803-3439 [1]**   2/10
**57 million [1]**   21/7
**5th [1]**   7/9

**6**

**6,000 [1]**   139/25
**60 [1]**   121/1
**600 [1]**   89/5
**606 [1]**   120/20
**65 [1]**   125/16
**67 percent [2]**   89/7 89/11
**69 [3]**   74/3 140/1 140/2

**7**

**7 million-dollar [1]**   69/6
**70 [2]**   74/3 140/2
**7878 [1]**   2/4

**8**

**80176 [1]**   3/2
**8414 [2]**   1/17 1/21
**843 [1]**   72/20

**9**

**90's [1]**   83/4
**901 [1]**   51/20
**9023 [2]**   51/9 51/10
**9024 [1]**   51/9
**913 [1]**   139/1
**963-4 [2]**   61/11 62/1
**963-6 [2]**   62/20 63/3
**963-7 [1]**   63/16
**963-8 [1]**   64/1
**96335 [1]**   62/11
**966 [2]**   8/2 8/5
**966-1 [4]**   42/14 42/19 42/20
79/16
**973 [3]**   6/11 10/22 111/13
**985 [1]**   44/25
**985-1 [2]**   45/2 45/3
**985-2 [2]**   47/7 47/13
**985-3 [4]**   31/18 44/23 44/23
45/1
**9th [2]**   9/18 9/18

**A**

**abandoning [1]**   144/2
**abiding [1]**   156/10
**ability [1]**   140/18
**able [9]**   25/8 32/17 58/12
60/14 92/17 99/17 101/2
129/13 151/23
**about [125]**   7/1 8/14 11/11
18/8 21/6 26/9 28/10 28/12
28/24 31/4 31/4 31/13 31/24
33/23 34/1 37/25 38/13 39/22
45/12 45/23 46/17 58/18
58/23 59/6 59/8 59/13 60/5
60/5 60/8 60/21 75/9 77/25
79/14 80/4 80/6 81/14 83/5
83/7 83/11 83/24 83/25 84/3
84/14 87/11 87/16 88/16
89/10 89/23 89/24 89/25 90/3
90/5 90/7 91/2 91/14 94/23
96/1 96/2 96/25 102/16
104/22 104/24 105/24 105/25
106/7 106/10 106/15 107/20
107/22 108/3 108/25 109/6

109/10 109/25 109/25 110/5
110/20 111/10 113/1 115/12
116/13 116/25 117/2 117/17
118/16 119/5 121/19 122/19
123/1 125/17 125/25 126/12
126/14 126/14 127/19 129/10
130/18 131/3 135/1 135/8
136/19 136/19 137/1 137/19
138/15 140/12 141/22 142/4
142/8 142/12 142/14 142/20
143/3 144/3 144/3 144/14
151/18 154/16 154/18 155/10
155/14 156/5 161/24 162/8
164/5
**about any [1]**   87/11
**above [9]**   19/3 84/17 85/3
85/4 85/12 90/18 121/3
156/18 165/9
**absence [4]**   82/23 97/18
104/24 159/4
**absent [2]**   4/20 131/11
**absolutely [8]**   10/17 15/2
31/11 33/16 70/3 82/8 126/21
132/9
**abundance [1]**   109/17
**accept [3]**   9/23 145/18
145/19
**acceptable [4]**   4/21 8/18
9/19 44/9
**access [17]**   23/3 36/1 37/16
38/5 38/9 99/16 101/23 145/4
145/23 145/25 146/9 146/18
147/5 147/7 147/13 156/25
156/25
**accommodation [1]**   4/3
**according [7]**   127/6 128/6
128/11 132/22 133/18 135/12
138/19
**account [68]**   23/1 23/3 23/3
36/5 37/20 45/22 46/11 63/12
72/15 77/6 81/25 91/5 91/10
91/11 91/12 91/12 92/14
99/12 99/12 99/13 99/14
99/15 99/16 99/16 99/18
99/22 99/23 99/24 102/5
105/13 113/3 119/6 119/8
119/12 119/14 120/2 120/11
120/22 121/2 121/2 124/18
124/23 125/3 125/12 125/13
125/16 125/18 125/18 125/19
129/4 132/6 134/10 138/7
138/8 139/9 148/19 149/9
149/18 150/1 150/5 151/10
151/12 154/16 154/18 154/22
155/12 160/8 161/13
**accounts [57]**   16/13 17/11
17/13 17/13 17/14 17/20
17/20 17/21 17/21 19/12
19/19 19/22 19/23 20/11
20/18 20/25 21/18 27/16
31/25 41/7 41/17 87/13 91/15
106/24 107/5 118/17 118/17
118/20 120/5 120/12 120/19
121/3 121/9 121/16 121/17
121/17 122/3 122/8 122/22
122/22 122/22 123/5 123/6
124/4 124/5 124/7 124/13
126/2 132/4 132/4 132/5

**A**

accounts... [6]  139/7 144/6
148/5 151/17 160/9 161/15
accuracy [4]  34/10 84/7 91/8
91/21
accurate [17]  5/14 6/22 17/7
21/2 33/12 33/19 34/20 34/21
75/14 75/21 75/22 77/9 77/15
85/5 97/16 97/17 114/24
accurately [3]  33/2 114/3
114/14
accused [1]  98/1
accustomed [1]  126/10
achieve [1]  141/10
acknowledge [5]  46/20 81/22
131/5 139/6 161/18
acknowledged [1]  140/20
acres [2]  134/16 135/7
across [1]  85/20
acted [2]  130/20 130/24
acting [1]  119/13
action [1]  110/8
active [4]  116/4 121/2 121/3
121/9
acts [1]  95/16
actual [2]  95/16 118/20
actually [13]  11/6 15/1 21/7
43/13 59/11 104/3 105/24
116/1 121/13 126/13 127/1
128/1 138/19
ADAM [2]  2/1 3/12
add [9]  13/3 67/14 71/10
71/12 95/22 141/22 155/20
163/14 164/7
added [1]  30/4
addition [3]  13/20 68/8
140/22
additional [12]  27/18 35/8
36/18 43/17 44/7 73/6 74/14
84/16 98/20 99/5 99/25
122/10
address [54]  12/18 13/19
15/11 24/14 24/21 25/3 29/17
30/10 31/8 32/21 34/24 39/10
39/24 40/2 48/1 51/8 53/19
55/13 55/22 59/5 59/9 75/18
75/25 76/21 76/24 80/21
80/24 80/25 81/22 81/23 82/9
85/9 85/10 90/19 90/20 91/22
94/24 95/4 98/5 98/24 100/10
104/18 106/14 106/22 107/12
110/12 110/12 110/13 142/1
142/8 150/16 152/3 154/14
157/14
addressed [4]  32/2 98/23
105/10 148/1
addresses [2]  81/20 105/22
addressing [1]  98/3
admissibility [1]  46/12
admissible [6]  14/23 15/19
15/20 16/3 26/16 47/12
admission [8]  17/22 43/14
44/22 45/5 46/19 47/13 56/3
65/10
admit [13]  45/25 46/5 46/13
47/18 52/5 55/17 56/18 62/7
66/15 67/3 67/7 69/12 112/24

admitted [19]  39/21 42/15
42/19 44/12 45/24 52/21
63/24 64/7 65/14 73/23 87/21
162/4 162/9
admittedly [2]  18/3 21/17
admitting [3]  46/21 55/9
145/8
adopted [2]  30/3 89/17
adopting [1]  92/13
adults [4]  30/3 89/16 89/15
89/20
advance [3]  57/8 96/16 96/17
advised [1]  136/19
advocacy [1]  29/4
advocate [1]  76/8
advocating [1]  18/12
AEO [2]  8/1 8/4
affairs [3]  123/23 148/3
148/10
affect [1]  11/1
affected [1]  11/20
affidavit [15]  31/17 32/14
32/15 32/18 44/25 45/2 45/6
45/7 45/12 45/13 46/6 47/16
50/13 123/9 123/19
affidavits [5]  46/3 46/24
50/3 54/10 163/23
affirmed [1]  113/16
afford [3]  96/22 96/25 162/6
afforded [1]  102/14
after [19]  25/6 35/1 49/8
55/6 92/17 94/4 95/3 103/23
110/14 120/1 131/13 135/12
136/4 142/11 142/16 143/11
144/12 144/14 162/15
afternoon [5]  58/7 71/7
71/15 96/6 137/7
afternoon of [1]  58/7
afterwards [1]  157/20
again [46]  5/12 7/10 13/3
13/15 13/24 16/25 17/15
17/22 20/4 20/15 21/22 22/3
23/7 23/22 38/19 42/7 53/19
55/16 73/7 87/3 87/25 92/12
95/12 95/15 96/19 101/10
113/13 113/25 114/10 116/9
117/6 120/17 122/16 124/1
125/2 125/9 125/20 125/23
127/13 127/16 128/11 128/14
132/15 135/10 147/24 150/6
against [11]  6/24 28/10 30/9
31/21 88/15 90/10 114/17
130/21 130/21 145/2 158/2
ages [2]  29/19 89/14
aggressively [1]  28/9
ago [4]  97/4 101/15 134/25
134/25
agree [18]  5/24 10/6 14/22
16/22 32/10 33/15 38/2 38/24
60/23 112/5 129/20 147/1
149/6 149/9 153/24 159/24
163/1 163/6
agreed [11]  4/5 4/9 4/16
5/14 5/17 7/14 7/21 150/1
162/11 162/16 162/16
agreeing [1]  65/8
agreement [12]  5/8 6/1 7/8
7/15 7/23 38/7 95/17 103/5

115/6 115/9 115/9 162/10
agreements [1]  6/12
agrees [1]  38/21
ahead [7]  22/7 72/3 97/13
109/18 137/25 157/18 162/10
aid [1]  130/17
Alice [1]  57/14
alimony [9]  16/13 89/23
89/24 90/4 90/7 139/22
139/24 143/3 155/20
all [121]  3/15 4/3 4/12 7/10
7/12 9/2 10/20 11/3 12/12
13/10 16/10 17/11 17/21
17/25 19/11 19/18 21/1 22/14
23/8 25/1 27/15 29/20 30/8
32/22 35/5 35/20 36/4 36/5
38/12 39/15 41/3 41/6 43/8
43/14 43/21 44/1 44/4 46/19
47/21 48/21 49/15 50/22
51/23 51/24 51/25 54/8 58/13
59/5 60/7 65/5 68/21 69/16
71/8 72/3 72/23 74/17 75/18
78/4 78/10 78/20 78/21 79/5
84/6 86/13 87/5 87/21 87/23
89/15 89/15 89/20 92/19
96/19 100/6 107/1 102/15
103/23 104/7 107/2 107/3
109/20 110/13 110/17 111/24
112/3 118/15 121/4 121/13
122/8 122/23 126/3 129/10
130/17 130/19 130/22 131/9
132/3 132/11 134/6 134/7
137/16 137/21 139/18 142/11
142/16 142/23 144/6 145/6
145/11 145/18 146/19 147/8
153/24 159/19 160/9 160/11
162/1 162/9 164/3 164/22
165/3 165/4
allegation [2]  96/17 97/17
allegations [1]  97/19
alleged [3]  58/19 97/22
106/1
allocate [1]  30/22
allow [14]  7/14 34/18 34/18
34/21 34/25 39/19 40/24
41/24 60/16 69/24 73/6 112/9
121/4 139/14
allows [3]  24/2 38/16 47/3
alluded [1]  75/18
almost [8]  26/10 57/14
106/11 111/6 129/10 140/20
141/2 142/7
alone [1]  157/10
along [6]  35/25 56/21 75/3
77/11 103/18 160/4
Alpha [1]  51/20
already [10]  23/23 36/15
44/5 55/13 98/23 112/17
112/20 114/2 131/11 131/12
also [37]  3/11 11/4 14/14
20/11 20/25 21/18 23/4 30/20
34/6 34/11 38/17 39/11 44/20
44/23 51/3 51/16 55/19 59/10
60/2 62/10 66/6 68/9 73/10
93/25 103/14 103/25 121/3
124/2 132/7 134/4 140/4
140/10 140/25 141/11 143/23
152/5 152/9

**A**

**alternate [1]**   154/9
**alternative [1]**   10/6
**although [5]**   68/10 86/5
  97/16 124/5 143/15
**always [9]**   7/13 12/6 47/12
  47/23 78/7 78/10 83/4 157/19
  158/3
**am [173]**
**ambiguities [7]**   81/8 97/20
  97/21 102/15 115/10 115/11
  160/6
**ambiguity [2]**   28/23 84/15
**amend [2]**   9/1 28/16
**amended [3]**   33/11 33/11 54/7
**Amendment [2]**   38/8 96/22
**American [6]**   95/13 95/23
  99/14 102/7 152/14 152/19
**AmEx [2]**   123/2 123/2
**Ami [1]**   52/17
**among [1]**   6/4
**amongst [1]**   162/5
**amount [9]**   9/12 57/6 71/4
  82/15 83/13 87/18 101/16
  104/2 120/24
**anachronistic [2]**   142/9
  148/1
**analysis [2]**   28/4 85/12
**analytical [2]**   153/17 153/19
**ANDRES [5]**   1/22 3/8 11/22
  42/7 74/24
**ANDREW [3]**   1/18 3/5 111/2
**Ang [34]**   12/3 17/13 18/1
  18/4 19/25 25/12 25/20 27/22
  28/7 28/11 28/14 28/19 28/21
  29/14 31/19 32/13 32/16
  41/18 41/21 41/23 44/25
  45/12 45/13 47/15 65/19 85/8
  85/13 89/16 99/17 123/10
  123/14 123/20 143/18 144/3
**Ang's [6]**   29/25 30/19 31/4
  45/2 46/6 119/13
**announce [1]**   156/11
**annuities [3]**   27/17 87/14
  122/9
**annum [1]**   82/12
**another [17]**   25/19 41/4 58/2
  68/6 84/18 84/18 98/10 99/2
  100/11 109/19 114/13 127/13
  128/9 134/4 138/2 161/6
  164/23
**answer [35]**   6/7 6/17 12/1
  12/9 18/13 19/6 21/24 24/14
  24/19 25/10 25/11 28/16
  28/19 28/21 29/1 29/4 30/17
  30/25 58/12 76/11 95/7
  108/22 117/23 122/23 129/24
  144/8 149/7 149/22 150/17
  150/22 151/19 151/23 152/16
  159/24 160/10
**answered [2]**   58/15 129/24
**answering [1]**   18/15
**answers [5]**   29/18 30/8 30/8
  108/9 117/22
**anticipated [1]**   117/23
**anticipates [2]**   105/17
  105/17

**antiquated [1]**   151/2
**any [110]**   3/23 7/19 12/3
  15/23 18/16 21/18 21/20 23/5
  24/11 24/12 24/22 26/14
  26/18 28/3 28/18 29/23 33/23
  34/23 38/22 38/24 39/16
  39/20 39/23 40/18 41/4 41/5
  41/10 41/22 42/15 43/1 43/5
  45/5 46/8 46/11 47/10 47/14
  49/12 49/13 51/4 52/21 53/20
  53/20 55/3 56/3 56/6 56/25
  61/2 61/16 63/7 63/22 64/3
  66/8 67/4 68/22 71/10 72/11
  72/16 72/24 73/12 74/4 77/9
  79/2 79/4 81/14 87/2 87/11
  94/2 94/11 94/18 97/5 97/17
  97/20 97/21 97/22 99/10
  100/8 103/2 103/3 103/8
  103/11 103/16 106/14 109/15
  110/9 113/23 116/5 116/7
  119/17 121/19 121/20 122/10
  123/13 126/25 131/4 131/7
  133/14 137/22 139/6 139/14
  140/17 141/5 144/8 145/17
  151/12 151/12 153/8 153/18
  158/23 162/9 163/2
**anybody [3]**   28/20 90/22 93/9
**anyone [4]**   21/4 101/16 114/2
  164/11
**anything [28]**   4/7 4/10 10/11
  11/12 11/19 28/5 29/1 31/13
  31/24 38/25 39/3 41/17 47/24
  48/14 58/24 68/1 86/3 95/4
  97/10 114/15 126/22 128/23
  138/5 141/15 153/9 158/22
  159/12 159/22
**anyway [2]**   107/12 109/18
**apologize [7]**   52/8 52/9
  52/15 64/14 65/3 69/2 93/19
**apparently [2]**   11/3 110/5
**appeal [1]**   113/17
**appealed [2]**   122/18 136/6
**appear [4]**   87/18 87/18
  102/19 159/6
**appearance [1]**   159/8
**appearances [2]**   1/14 3/3
**appeared [1]**   159/7
**appearing [1]**   159/13
**appears [2]**   61/25 119/5
**appended [1]**   44/5
**apple [1]**   161/25
**applicability [1]**   46/17
**applicable [8]**   59/24 81/17
  84/20 85/10 91/18 92/19
  92/23 99/4
**application [3]**   11/5 23/25
  51/17
**applications [3]**   23/19 103/7
  103/10
**applies [10]**   19/25 20/2 20/6
  25/20 27/20 28/4 28/19 41/16
  67/13 106/6
**apply [7]**   4/10 23/24 27/22
  41/8 41/9 41/17 46/25
**appreciate [6]**   4/3 40/22
  77/23 77/24 134/13 158/15
**approach [10]**   5/1 49/18
  49/22 50/8 61/24 71/24 79/22

  133/4 153/17 153/19
**appropriate [5]**   3/24 43/4
  63/10 76/19 77/14
**approve [1]**   4/24
**approved [2]**   13/16 38/10
**approximate [1]**   115/21
**approximately [1]**   127/11
**April [31]**   25/1 29/8 29/10
  29/13 42/9 42/16 57/23 58/21
  59/23 59/24 62/12 75/9 77/2
  79/14 79/15 79/19 79/20
  80/24 90/3 100/15 113/18
  114/12 116/23 128/22 147/25
  147/25 148/3 148/8 152/14
  155/12 156/2
**April 20 [1]**   79/19
**April 2021 [1]**   116/23
**April 2023 [2]**   148/3 155/12
**April 29 [1]**   62/12
**April 4 [6]**   59/24 75/9 79/15
  79/20 90/3 147/25
**April 4th [2]**   29/8 42/9
**are [285]**
**area [2]**   55/12 144/6
**areas [2]**   105/11 160/22
**aren't [3]**   38/21 50/23 154/9
**arguably [2]**   99/8 160/15
**argue [10]**   14/18 14/18 25/17
  68/19 70/9 70/17 71/4 97/2
  97/2 149/19
**argued [5]**   58/25 143/5 148/9
  161/23 165/3
**arguing [4]**   31/3 102/21
  141/6 143/4
**argument [21]**   11/15 34/7
  48/3 48/5 68/1 68/2 77/6
  102/17 102/20 105/4 111/1
  129/12 130/25 144/6 144/16
  147/1 147/8 154/8 161/19
  161/21 163/23
**arguments [5]**   34/6 71/1
  74/19 103/24 110/14
**arises [1]**   159/4
**around [4]**   89/6 90/2 157/14
  160/2
**arrange [1]**   99/17
**as [220]**
**aside [3]**   28/3 31/10 127/25
**ask [36]**   16/9 37/6 39/9
  47/22 47/23 56/11 64/23 66/6
  70/23 74/6 78/12 78/15 86/6
  92/17 97/21 103/25 105/12
  106/9 110/12 111/20 113/3
  130/17 135/9 140/8 140/20
  150/6 151/16 152/17 153/12
  153/13 154/19 158/15 158/16
  161/6 162/14 164/19
**asked [9]**   25/8 26/24 58/11
  82/6 89/5 103/19 123/9
  141/20 154/1
**asking [10]**   17/17 22/14
  29/19 32/11 48/4 86/19
  128/11 141/21 150/4 150/18
**asks [9]**   16/10 16/11 16/12
  16/12 16/13 89/13 113/2
  151/14 151/16
**aspect [3]**   3/21 8/5 10/21
**aspects [1]**   28/4

**A**

**asserted [1]**  45/20
**asserting [1]**  97/10
**assertion [3]**  28/6 28/7
104/23
**assertions [1]**  60/22
**assessing [1]**  46/11
**asset [14]**  93/9 94/18 110/3
110/11 131/20 131/23 144/24
145/15 147/11 149/20 150/19
150/20 151/14 161/13
**assets [52]**  12/3 12/4 12/8
12/8 12/12 16/10 16/11 23/16
23/17 24/3 30/19 41/17 41/20
41/22 87/4 87/4 91/24 100/7
100/19 100/22 100/23 101/4
101/5 103/8 103/10 104/1
106/19 106/25 107/1 107/3
107/4 110/10 127/11 127/21
130/18 131/22 140/18 145/5
145/7 145/14 145/23 145/24
145/25 145/25 146/9 146/17
146/18 146/23 147/6 147/6
151/15 151/16
**assign [2]**  53/24 83/2
**assignment [1]**  101/10
**assistance [1]**  6/4
**associate [1]**  3/14
**associated [2]**  98/14 148/18
**assume [10]**  42/1 42/4 47/16
84/17 118/3 122/2 123/19
129/19 129/20 161/8
**assumed [1]**  149/2
**assuming [2]**  5/7 44/18
**assumption [2]**  32/12 160/3
**attach [4]**  21/15 21/19
101/25 124/25
**attach copies [1]**  21/15
**attached [13]**  21/16 21/17
21/23 22/6 22/8 22/9 22/12
43/23 49/6 86/21 95/5 95/8
155/4
**attachment [2]**  95/9 103/13
**attachments [9]**  43/8 43/13
43/14 43/21 44/6 49/6 54/8
112/21 115/15
**attention [2]**  142/2 143/8
**attest [1]**  116/19
**attorney [1]**  50/14
**attorney's [1]**  5/10
**attorneys' [1]**  4/14
**audacity [1]**  134/19
**audience [1]**  104/11
**August [13]**  9/18 9/18 120/20
120/23 124/10 125/17 136/6
147/24 148/14 154/23 155/2
155/6 155/9
**August 17 [1]**  120/20
**August 2019 [1]**  155/9
**August 21 [1]**  125/17
**August 23 [1]**  120/23
**August 9th [2]**  9/18 9/18
**Australia [2]**  132/21 135/11
**Australian [6]**  2/6 21/8
84/23 85/14 101/19 101/20
**authentic [3]**  15/16 15/23
51/6

**authenticate [1]**  49/23
**authenticated [2]**  16/3 51/19
**authenticating [2]**  51/4 51/9
**authentication [2]**  49/14
50/15
**authenticity [9]**  15/8 15/14
62/17 63/8 63/14 68/23 69/20
69/23 72/13
**authenticity of [1]**  15/14
**authority [12]**  5/5 5/9 6/9
6/13 7/1 7/18 14/10 41/5
41/10 87/2 108/18 128/21
**authorizes [1]**  50/12
**available [1]**  10/9
**Avenue [2]**  1/16 2/6
**average [3]**  18/24 19/4 83/16
**averaged [1]**  117/9
**avoid [1]**  138/3
**awaiting [1]**  43/18
**award [2]**  6/13 6/14
**aware [8]**  35/20 36/19 57/22
76/4 76/15 86/6 86/7 123/22
**away [1]**  135/12
**awkward [1]**  36/10

**B**

**back [40]**  16/6 18/4 19/11
21/18 23/19 24/11 27/11
27/17 30/17 40/24 54/15
57/18 58/21 70/13 71/3 84/16
86/4 87/15 89/12 93/6 97/3
106/24 110/17 113/25 114/9
114/21 116/14 120/25 122/9
122/16 126/25 130/7 135/14
139/3 145/21 149/15 151/3
154/4 160/19 160/22
**background [1]**  49/25
**backs [1]**  47/23
**backward [1]**  77/17
**backwards [2]**  114/7 155/7
**bad [11]**  5/7 5/8 5/8 5/14
5/16 5/22 6/24 7/19 7/21
8/12 88/12
**Bagnew [1]**  59/6
**balance [3]**  124/23 125/1
143/15
**balances [1]**  91/18
**bank [36]**  13/7 13/9 13/12
13/13 17/13 17/19 17/20
19/22 21/17 37/1 37/2 37/19
41/17 99/19 99/23 100/5
102/5 116/8 116/9 118/17
120/18 121/16 122/22 123/5
124/7 124/13 124/18 124/23
125/2 125/11 125/13 125/18
132/4 151/16 155/3 160/7
**banking [1]**  155/7
**based [21]**  6/13 11/13 22/12
23/4 24/12 27/21 27/24 28/6
31/23 32/13 39/20 60/8 69/19
97/6 100/5 105/20 116/6
143/24 145/15 153/17 159/25
**basically [2]**  31/24 82/8
**basis [16]**  5/10 7/16 26/21
32/1 32/11 35/23 46/19 50/18
64/2 66/4 77/9 87/10 100/16
153/14 153/17 154/6
**batch [4]**  12/21 13/14 13/15

13/17
**Bate [5]**  54/24 55/20 56/15
56/22 63/17
**be [210]**
**BEACH [5]**  1/2 1/7 2/3 2/7
2/10
**Beach/Ft [1]**  2/10
**bear [1]**  104/25
**bearing [1]**  55/20
**bears [3]**  25/4 56/22 59/12
**beautiful [1]**  135/3
**became [2]**  62/23 108/11
**because [82]**  6/16 7/11 9/19
12/7 13/24 14/1 14/20 16/9
16/25 18/25 20/21 25/21
26/25 29/3 29/23 30/6 30/20
31/8 32/12 34/8 37/3 43/23
46/15 52/23 53/4 53/14 53/22
56/14 58/12 59/6 59/7 59/16
76/5 76/22 77/9 78/5 79/21
80/3 81/3 82/9 83/6 87/19
89/20 90/17 90/18 91/9 95/6
95/10 95/20 100/14 101/6
102/18 102/18 106/19 108/18
109/12 109/15 109/17 109/23
111/6 111/21 112/3 112/11
112/12 112/16 113/5 113/10
114/6 115/21 118/1 126/7
126/22 135/15 137/12 140/15
142/15 142/16 143/10 144/23
149/22 160/10 164/1
**become [2]**  46/16 100/15
**becomes [3]**  91/20 95/15
128/4
**been [49]**  8/6 8/7 8/12 9/20
15/4 27/21 27/24 28/1 48/7
48/8 55/13 56/10 59/23 60/9
60/13 67/24 70/15 71/2 71/2
75/6 76/22 79/22 80/25 83/8
88/11 95/14 100/22 103/14
104/15 108/1 112/20 119/5
121/6 122/6 129/1 130/8
137/13 142/1 142/3 145/25
146/18 146/23 147/13 155/22
157/25 161/10 161/12 162/4
162/9
**before [45]**  1/13 6/11 9/18
10/23 12/21 13/17 13/19
14/13 29/6 36/17 38/25 40/6
40/16 41/3 51/1 58/7 58/8
64/15 64/21 71/15 75/19
76/12 87/23 88/24 95/3 96/9
104/16 105/4 106/16 113/19
114/23 116/7 125/6 129/22
129/23 132/24 134/1 137/1
138/11 143/5 149/1 150/3
154/8 157/3 157/25
**begin [1]**  3/3
**beginning [9]**  41/6 49/21
60/11 74/25 79/13 98/24
114/20 149/15 159/6
**begins [2]**  19/18 27/15
**behalf [5]**  3/11 3/12 111/3
124/12 164/19
**behavior [1]**  129/6
**behind [2]**  95/3 138/11
**being [13]**  6/8 32/16 41/8
42/15 52/21 62/23 66/18 80/1

**B**

**being... [5]**   81/10 97/5 99/1
104/12 148/9
**believable [1]**   125/11
**believe [87]**   12/10 12/13
14/1 16/2 19/22 19/25 20/2
20/6 20/19 20/22 20/24 20/25
21/8 21/21 22/16 23/2 23/17
24/21 25/12 26/6 26/7 26/25
27/4 29/12 30/9 30/11 30/20
32/4 33/22 36/4 37/3 37/4
38/13 42/9 43/2 43/7 44/23
45/24 46/5 47/3 48/6 52/18
55/12 60/13 67/24 79/24 84/1
84/2 84/21 85/22 90/23 91/6
91/11 91/19 96/14 99/10
100/19 100/21 101/22 102/1
102/12 102/13 103/19 109/17
112/12 114/12 116/6 118/24
121/19 125/19 125/21 127/22
128/1 128/12 132/5 132/6
133/9 139/9 139/10 148/24
149/7 149/12 150/25 160/12
161/15 161/16 162/8
**below [4]**   21/13 82/24 90/22
125/1
**belt [2]**   49/21 50/7
**beneficial [20]**   107/19 108/3
108/8 108/11 108/12 108/20
108/23 110/3 110/10 127/1
127/2 127/4 145/1 145/8
145/13 145/16 146/17 146/20
146/22 147/2
**beneficiaries [1]**   127/23
**beneficiary [3]**   100/21 101/4
108/15
**benefit [4]**   101/5 108/16
113/10 121/20
**benign [1]**   140/15
**besides [1]**   95/15
**best [5]**   21/24 58/13 95/7
108/5 157/21
**better [3]**   18/22 69/24 143/8
**between [7]**   38/7 47/1 77/2
101/17 106/2 148/13 149/20
**beyond [9]**   6/6 6/16 23/17
68/15 85/3 85/4 132/8 149/14
153/16
**biggest [1]**   88/14
**bill [3]**   117/2 152/14 152/19
**billion [8]**   89/5 127/12
145/11 145/24 146/1 146/3
146/21 147/3
**bills [9]**   117/17 118/6 121/6
121/10 123/2 123/3 149/17
150/10 150/25
**biographical [1]**   123/15
**biological [2]**   30/1 30/2
**birth [2]**   85/4 99/2
**birthdate [4]**   29/14 85/14
85/15 111/7
**birthday [1]**   124/13
**bit [64]**   4/19 17/22 53/3
57/14 73/11 73/17 84/13
86/15 92/2 109/3 110/21
118/18 118/18 119/6 120/6
120/6 120/13 120/20 120/21

120/22 121/21 121/5 121/6
121/9 121/17 122/3 122/15
123/8 125/25 125/25 126/1
127/8 127/17 127/19 129/16
132/5 132/7 132/11 136/13
138/3 138/6 138/17 139/3
139/6 139/7 139/9 144/25
146/21 147/3 147/13 148/17
149/5 149/23 150/5 150/8
150/22 151/4 151/17 152/5
160/22 161/9 161/11 161/14
161/16
**bite [1]**   161/24
**Black's [1]**   127/5
**Blacks [1]**   108/10
**blank [6]**   14/2 29/20 30/6
91/5 91/19 130/13
**bless [1]**   19/7
**block [13]**   88/22 110/6
118/17 127/12 132/5 138/8
139/9 139/10 139/18 145/9
151/11 151/17 161/17
**block chain [1]**   151/11
**BLOOM [25]**   1/3 7/25 14/9
34/12 34/17 37/15 78/21
78/23 88/25 96/20 96/20
96/24 103/25 105/20 113/15
113/16 114/1 114/25 115/4
131/17 131/19 136/6 141/3
141/4 161/25
**Bloom as [1]**   141/3
**Bloom's [3]**   10/24 32/24
75/10
**bluntly [1]**   152/12
**BMW [3]**   92/5 101/9 101/13
**boast [1]**   104/11
**Boies [1]**   1/19
**bonds [3]**   27/17 87/14 122/9
**bonuses [8]**   18/24 19/4 83/16
83/22 83/24 86/8 98/17 116/3
**border [1]**   26/4
**bore [1]**   93/20
**born [1]**   88/19
**borne [1]**   66/18
**both [36]**   6/25 7/22 12/23
13/22 17/12 19/25 20/2 20/3
20/6 20/7 20/24 22/20 30/19
34/5 35/2 41/9 44/9 48/16
51/9 70/14 75/11 76/13 77/17
81/16 84/25 102/11 106/10
112/14 113/2 130/12 140/13
157/14 157/21 159/24 161/14
162/7
**bottom [1]**   133/20
**bought [1]**   120/24
**Boulevard [1]**   1/23
**box [5]**   111/25 121/13 125/22
146/1 146/2
**brand [2]**   143/4 152/22
**break [6]**   25/13 40/20 67/10
70/13 70/24 110/15
**BRENNER [43]**   1/18 3/6 6/22
8/19 11/7 12/16 13/8 16/6
18/12 31/2 36/12 36/22 37/10
41/10 49/15 50/23 52/9 54/15
55/7 55/12 57/16 60/2 65/12
66/8 71/9 83/23 92/21 93/3
110/25 111/2 137/4 137/24

142/7 142/14 142/20 144/2
149/1 152/8 154/15 154/19
158/18 159/14 163/17
**Brenner's [1]**   83/15
**Brian [2]**   108/10 108/11
**bridge [3]**   14/12 16/1 55/16
**brief [4]**   10/19 27/1 58/13
105/9
**briefed [1]**   161/23
**briefing [4]**   11/5 11/14 31/5
164/25
**briefly [4]**   29/3 31/3 36/21
112/15
**bright [1]**   108/4
**bring [2]**   137/13 153/21
**brings [1]**   32/24
**British [13]**   24/13 25/12
25/21 30/15 31/18 31/24 32/3
47/11 50/9 85/6 112/11
122/24 125/24
**broad [1]**   7/12
**broke [1]**   71/9
**brought [4]**   76/4 80/1 132/11
142/1
**BRUCE [1]**   1/13
**BSV [1]**   148/17
**BTC [1]**   120/6
**build [1]**   164/18
**building [1]**   160/5
**bum [1]**   89/8
**bunch [4]**   113/2 113/3 119/18
161/9
**burden [18]**   15/22 40/11
40/11 40/14 51/6 106/6
107/22 112/7 112/15 112/15
112/20 112/22 113/24 114/6
114/9 121/21 156/5 160/25
**bury [1]**   16/7
**business [2]**   91/24 117/24
**but that's [1]**   16/22
**buy [4]**   149/5 150/21 151/4
151/18
**buying [3]**   21/21 101/8 103/3

**C**

**C.L [2]**   133/25 134/1
**C.S [2]**   133/25 135/5
**cabin [1]**   132/10
**cabined [2]**   77/1 130/6
**Calagara [2]**   55/22 56/24
**calendar [1]**   164/20
**call [7]**   27/10 30/14 33/10
43/7 110/7 123/16 156/7
**called [7]**   69/6 69/7 118/2
119/7 130/19 139/8 147/11
**calling [2]**   32/9 112/25
**calls [1]**   22/16
**came [6]**   43/9 56/9 70/13
139/24 150/13 164/1
**can [110]**   3/18 4/24 7/3 8/10
8/10 10/4 14/6 14/16 14/17
15/3 16/1 16/3 16/20 17/15
18/10 21/6 22/8 23/8 23/9
23/10 24/1 24/11 24/17 27/1
29/11 30/20 31/11 32/10 33/9
38/1 38/24 39/3 39/4 39/6
39/9 39/18 39/24 45/9 46/24
53/19 54/16 54/17 54/19

**C**

**can... [67]**   54/23 55/13
55/14 58/13 60/20 64/12
64/24 66/12 67/10 67/15
68/19 68/20 69/17 70/1 76/9
78/1 79/4 79/17 80/14 88/13
93/15 93/17 93/18 96/19 98/4
102/8 102/17 105/6 105/9
106/14 108/14 109/14 109/15
109/16 111/23 118/6 119/8
123/11 124/22 126/11 127/15
128/15 130/4 130/17 132/25
134/17 137/4 143/20 147/19
148/14 148/15 149/17 151/4
151/4 151/5 151/5 151/5
151/7 151/7 152/12 152/18
152/21 154/19 159/9 163/6
164/8 165/2

**can't [23]**   10/6 13/22 13/22
19/7 22/20 31/25 38/23 50/24
76/9 80/8 88/22 89/6 99/25
100/15 102/17 109/7 112/14
116/17 126/8 130/25 131/18
132/1 147/3

**canceled [1]**   119/14
**Candidly [1]**   37/14
**cannot [11]**   7/19 22/11 22/11
66/13 101/6 109/9 109/11
123/24 137/11 145/15 148/7
**captures [1]**   13/14
**car [2]**   24/8 92/9
**card [21]**   13/6 23/24 24/1
24/3 35/14 36/3 36/25 38/12
38/20 38/23 116/9 116/10
116/12 117/1 117/17 117/24
117/24 118/4 118/6 123/1
123/3
**cards [2]**   23/24 116/8
**care [8]**   25/7 77/24 79/24
129/11 129/12 129/13 129/14
135/3
**career [1]**   108/2
**careful [3]**   35/20 107/11
158/5
**carefully [1]**   9/2
**case [37]**   1/3 3/21 14/25
23/13 27/3 35/3 38/17 41/5
41/10 41/15 52/11 52/17
54/18 55/14 55/20 82/14 87/2
90/3 101/1 101/22 108/6
108/9 109/14 109/15 111/25
112/17 118/16 119/5 141/8
143/11 143/19 152/6 152/17
157/24 159/3 159/5 160/23
**cases [2]**   7/15 153/21
**cash [9]**   120/21 120/23
120/24 121/10 123/3 150/23
150/23 150/24 161/10
**cash that [1]**   161/10
**cast [1]**   157/7
**cat [1]**   46/1
**catchall [2]**   106/22 144/13
**categories [5]**   16/11 16/23
24/12 107/4 131/25
**category [3]**   19/24 35/21
149/18
**caught [1]**   88/15

**cause [18]**   3/10 6/25 7/9 8/2
10/22 12/23 14/7 37/25 40/10
40/13 57/25 58/2 75/9 82/18
96/15 97/21 111/14 156/19
**caused [1]**   155/9
**caution [1]**   109/17
**Cavender [5]**   31/12 32/12
44/24 47/8 54/11
**Cavender's [2]**   45/6 47/10
**cease [1]**   79/4
**cell [1]**   79/3
**certain [9]**   16/10 53/15
53/16 53/17 95/9 130/14
136/9 151/15 161/3
**certainly [14]**   6/22 33/11
39/19 46/9 63/12 67/10 68/2
82/21 84/1 84/8 103/18 112/1
141/3 153/18
**certification [3]**   51/11
96/13 103/24
**certifies [1]**   51/11
**certify [13]**   34/12 34/16
78/21 78/23 96/19 105/18
125/10 131/17 131/18 140/9
140/9 141/3 165/8
**cetera [1]**   16/14
**chads [1]**   83/19
**chain [15]**   110/6 118/18
127/12 128/23 129/2 132/5
136/5 138/8 139/9 139/10
139/19 145/9 151/11 151/17
161/17
**challenge [1]**   50/15
**challenging [1]**   104/13
**chambers [1]**   10/1
**chance [12]**   24/21 55/11
56/19 58/2 58/5 70/15 78/17
94/2 95/3 105/2 152/6 159/16
**change [8]**   28/10 28/19 29/1
82/10 109/7 109/16 115/21
129/6
**changes [1]**   86/18
**characterize [3]**   76/18 98/4
106/5
**charges [5]**   118/1 118/9
118/9 118/10 118/10
**cheat [2]**   126/24 159/17
**check [1]**   85/21
**checked [3]**   36/18 116/9
153/8
**checking [7]**   16/13 23/1 91/5
99/12 99/13 99/20 123/6
**chief [2]**   82/11 83/9
**child [1]**   16/12
**children [15]**   29/20 29/24
30/1 30/2 30/3 30/6 31/4
31/19 80/6 80/21 89/14 89/16
89/16 89/21 127/23
**choose [5]**   45/10 47/19 56/18
67/2 158/24
**chooses [2]**   47/9 84/5
**chose [3]**   102/19 159/6
160/18
**chosen [1]**   110/7
**chronology [1]**   136/7
**circle [2]**   27/11 97/3
**circuit [1]**   50/7
**circuited [1]**   164/1

**circumstances [3]**   31/19
152/21 159/1
**citations [1]**   47/11
**cite [3]**   67/20 87/19 126/18
**cited [2]**   26/8 87/2
**citizen [2]**   84/23 85/14
**citizens [1]**   99/1
**civil [9]**   7/14 46/1 47/2
79/2 81/6 86/21 86/22 130/14
159/3
**claim [8]**   24/13 27/24 34/19
97/6 108/15 110/4 145/2
146/12
**claimant [1]**   51/22
**claimed [2]**   136/13 138/4
**claims [7]**   24/3 33/7 51/22
55/23 127/20 138/4 139/21
**clarification [3]**   7/3 24/18
99/6
**clarified [3]**   98/8 98/21
102/24
**clarifies [2]**   98/24 99/3
**clarify [2]**   9/25 62/2
**classes [1]**   131/23
**clean [2]**   129/4 163/19
**clear [43]**   12/6 13/2 23/8
29/15 30/1 30/7 31/5 54/6
55/7 57/3 57/10 57/19 59/3
61/20 62/3 68/10 73/1 74/22
75/6 82/20 82/23 82/24 83/4
88/6 90/1 106/4 107/1 109/24
112/25 115/11 119/17 130/11
132/18 142/4 152/25 153/13
153/15 154/6 155/11 155/16
156/13 157/11 160/1
**clearly [8]**   24/24 26/14
28/25 33/5 95/21 118/5 134/2
139/7
**clerk [2]**   5/2 164/24
**client [6]**   8/20 9/12 59/18
59/20 124/12 124/24
**clog [1]**   73/7
**close [5]**   3/20 70/7 125/16
141/13 141/14
**closed [6]**   74/17 125/12
125/19 125/20 155/12 165/1
**closing [2]**   125/13 140/8
**closure [1]**   155/9
**co [3]**   23/3 99/14 99/22
**coercing [1]**   140/24
**coercion [1]**   25/5
**coercive [19]**   33/13 75/23
77/9 77/10 77/18 78/6 78/14
78/20 79/1 79/2 79/4 103/17
103/18 103/21 104/2 113/11
115/3 131/18 131/19
**coin [51]**   73/1 73/17 118/18
118/18 120/6 120/6 120/13
120/21 120/21 120/22 120/24
121/5 121/6 121/9 121/17
122/3 122/15 125/25 126/2
127/8 127/17 132/5 132/7
136/13 138/3 138/6 138/7
138/17 139/3 139/6 139/7
139/9 144/25 146/21 147/3
147/13 148/17 149/5 149/15
149/23 150/5 150/8 150/22
151/4 151/17 156/25 157/1

**C**

**coin...** **[4]** 161/9 161/11 161/14 161/16
**coins [1]** 93/17
**colleague [1]** 100/4
**colleagues [5]** 54/17 70/1 99/21 115/9 135/21
**collect [2]** 111/17 139/15
**collection [2]** 128/3 135/19
**collections [1]** 82/6
**collectively [1]** 44/8
**combination [1]** 162/16
**come [20]** 26/24 40/24 71/3 78/17 89/12 102/3 112/1 112/10 119/10 121/22 127/15 152/13 154/4 157/2 157/15 158/20 158/20 158/24 160/11 160/18
**comes [3]** 34/25 142/11 160/4
**comfortable [7]** 3/22 3/25 8/4 8/9 8/9 8/14 122/20
**coming [5]** 25/6 59/11 83/7 85/19 156/17
**command [1]** 104/4
**comment [2]** 83/15 129/18
**comments [2]** 33/25 104/11
**commissions [8]** 18/24 19/4 83/16 83/22 83/24 86/7 98/17 116/3
**committed [1]** 122/23
**common [2]** 153/23 160/10
**companies [1]** 22/20
**company [12]** 69/5 69/7 98/11 107/19 119/7 119/8 126/22 127/3 127/6 146/20 146/22 147/2
**compared [1]** 51/23
**comparing [2]** 104/10 107/23
**compel [3]** 8/6 8/7 113/16
**compelled [2]** 31/25 136/12
**compensation [1]** 25/5
**compensatory [2]** 77/2 78/9
**competing [1]** 26/3
**competitors [1]** 120/4
**complained [1]** 155/8
**complaining [1]** 111/10
**complete [10]** 32/25 67/23 75/13 75/21 75/22 77/8 77/15 97/15 114/24 162/19
**completed [5]** 33/1 33/6 33/7 77/12 82/6
**completely [4]** 5/6 33/7 154/17 154/18
**completeness [13]** 47/7 64/22 64/23 65/9 66/13 67/5 67/12 67/13 73/4 74/5 74/9 74/16 76/23
**completing [2]** 114/3 114/3
**complex [1]** 146/6
**compliance [10]** 73/16 75/9 75/13 75/14 78/17 136/14 136/23 138/21 141/11 141/12
**complied [2]** 10/24 22/12
**component [2]** 94/9 94/10
**components [3]** 77/25 142/6 142/7
**comport [1]** 4/21

**composite [15]** 49/3 52/5 54/12
**comprise [2]** 127/11 145/24
**compulsion [2]** 77/4 98/2
**computer [2]** 110/5 137/16
**concede [8]** 29/1 29/13 81/23 82/3 85/14 85/16 90/22 155/25
**conceded [3]** 81/24 87/8 105/25
**concedes [1]** 91/10
**conceding [1]** 90/12
**conceived [1]** 158/17
**concept [1]** 152/24
**concern [1]** 144/3
**concerned [4]** 96/25 124/12 124/13 164/15
**concerning [1]** 109/4
**concluded [1]** 165/6
**condemnor [2]** 97/22 97/24
**condition [1]** 53/14
**conditioned [1]** 136/8
**conduct [3]** 40/14 112/18 143/24
**conducted [1]** 155/15
**conducting [1]** 39/1
**confer [9]** 8/14 8/20 9/6 9/12 70/1 135/21 141/20 162/8 163/1
**conference [2]** 4/6 4/7
**confident [1]** 27/1
**confidential [3]** 31/20 35/21 123/24
**confidentiality [4]** 35/22 38/6 43/2 55/5
**conflicting [1]** 23/10
**Congress [1]** 79/8
**consent [1]** 7/7
**consequence [4]** 90/8 90/24 151/21 159/13
**consider [19]** 26/13 32/12 34/12 35/2 37/24 37/25 45/9 46/6 46/24 47/3 47/4 65/11 66/4 72/17 74/8 77/17 96/21 104/1 119/22
**consideration [2]** 37/24 50/2
**considered [2]** 80/17 103/18
**considering [7]** 32/15 37/7 72/11 72/24 73/12 96/10 103/23
**considers [1]** 81/24
**consistency [1]** 85/25
**consistent [1]** 47/16
**Constitution [1]** 38/18
**construing [1]** 8/5
**contains [1]** 124/14
**contemplate [1]** 103/9
**contemplated [1]** 103/13
**contemplating [1]** 104/1
**contempt [25]** 24/25 46/18 60/6 78/20 78/22 79/2 80/3 82/18 82/20 96/13 100/17 103/22 105/19 112/18 114/13 122/21 128/17 128/18 129/2 131/12 131/13 132/1 134/19 141/5 158/1
**contemptuous [2]** 40/14 112/18

**contemptuously [2]** 130/20 130/24
**contend [2]** 103/16 160/1
**contendor [1]** 79/3
**content [4]** 13/4 13/24 15/5 35/15
**contents [2]** 11/12 13/15
**contest [1]** 104/14
**contested [1]** 50/6
**contesting [1]** 15/13
**context [9]** 27/8 27/9 67/13 67/16 67/21 91/20 91/22 128/2 163/14
**contingent [2]** 4/15 6/3
**continue [1]** 84/19
**continued [1]** 141/1
**continues [1]** 86/24
**continuing [3]** 34/13 67/23 145/10
**continuously [1]** 121/6
**contradict [3]** 82/15 157/4 158/12
**contradiction [4]** 86/11 92/11 104/13 148/22
**contradictions [2]** 155/18 155/19
**contradictory [1]** 129/10
**contradicts [3]** 59/25 83/11 92/23
**contrary [4]** 80/4 83/12 99/11 102/4
**control [14]** 99/17 99/24 145/4 145/23 146/9 147/7 147/13 149/4 150/8 151/4 151/7 156/25 157/1 161/11
**controversial [1]** 81/19
**controversy [2]** 81/14 85/9
**convenient [1]** 75/3
**converts [1]** 121/9
**convicted [2]** 153/16 154/4
**conviction [1]** 156/10
**convince [1]** 129/13
**convincing [11]** 82/20 82/23 82/24 83/5 88/6 152/25 154/6 155/11 155/17 156/13 157/11
**copies [5]** 21/15 50/12 50/13 71/21 101/25
**copy [15]** 4/23 49/16 50/10 55/21 57/1 61/23 64/5 64/19 68/5 69/3 69/11 75/2 79/11 136/17 137/14
**Copying [1]** 66/18
**copyright [1]** 68/12
**Coral [1]** 1/24
**core [2]** 120/21 144/9
**corner [1]** 133/21
**corners [5]** 5/3 5/21 130/6
**corpus [1]** 139/3
**correct [25]** 5/23 18/17 19/20 20/20 27/25 28/2 30/24 31/22 32/5 43/9 43/15 70/10 75/7 79/23 82/25 86/25 97/11 111/24 129/19 136/10 139/23 142/3 147/21 156/22 165/8
**corrected [1]** 82/22
**correctly [2]** 27/3 33/10
**costs [2]** 6/14 66/18
**could [23]** 7/24 11/6 18/3

**C**

**could...** [20]   35/24 36/7
61/23 71/11 77/10 90/20 96/2
104/7 108/6 111/17 112/13
116/19 121/12 121/23 123/8
139/11 149/5 150/10 153/15
159/16
**couldn't** [2]   18/6 20/14
**counsel** [19]   3/4 6/4 25/1
25/18 33/25 39/9 48/9 74/18
75/8 76/5 79/15 86/19 100/20
102/12 102/16 114/11 119/16
119/21 119/22
**country** [1]   99/2
**couple** [8]   10/25 33/9 49/8
67/14 68/14 95/21 97/4
113/19
**course** [13]   35/25 38/15
61/19 64/21 76/19 84/18
87/12 95/2 106/7 129/5
131/11 140/22 140/23
**court** [140]   1/1 2/9 4/10
4/11 5/16 5/18 5/22 6/12 7/5
7/5 7/20 13/15 13/16 13/17
14/2 15/4 17/4 26/13 26/13
27/5 29/5 29/6 30/18 30/20
32/15 33/9 33/19 33/20 36/1
36/8 36/13 36/21 36/23 37/5
37/7 38/3 38/10 38/15 38/15
40/9 45/21 46/2 47/8 47/25
48/1 48/13 49/24 50/1 50/3
50/9 50/11 51/2 51/5 51/10
51/17 52/18 60/4 61/15 64/21
71/18 72/11 72/24 73/11
73/12 73/18 75/6 75/6 75/11
75/19 76/3 76/18 77/6 77/20
78/6 78/13 78/13 78/18 80/2
80/10 80/13 80/16 80/20 81/4
81/7 81/24 81/25 82/17 82/22
83/7 86/9 87/7 87/20 88/1
88/5 88/22 91/1 94/16 96/7
96/10 97/20 97/21 98/22
103/23 104/25 105/12 106/12
106/14 106/24 107/20 108/17
109/4 109/5 109/5 109/17
110/22 112/6 112/11 119/10
121/15 122/19 122/24 127/14
128/11 128/21 129/12 130/24
134/11 137/2 138/24 140/19
141/11 145/2 146/5 152/20
153/22 157/9 157/20 157/22
157/24 165/13
**Court's** [12]   4/16 5/18 6/3
6/10 7/8 47/22 51/17 68/4
79/22 83/6 85/19 86/25
**courtroom** [1]   93/13
**courts** [4]   25/24 25/24
125/24 129/6
**CRAIG** [8]   1/10 3/2 87/24
88/2 88/19 123/21 123/22
133/25
**create** [1]   156/10
**created** [1]   53/22
**creates** [1]   28/23
**credibility** [3]   104/15
104/17 112/9
**credible** [1]   88/24

**credit** [22]   23/6 23/23 23/24
24/1 24/3 35/14 36/3 36/24
38/12 38/20 38/23 102/5
116/8 116/9 116/10 116/12
117/1 117/17 117/23 118/6
123/1 123/3
**creditor** [3]   111/17 139/15
140/19
**criminal** [6]   34/13 96/13
96/21 103/22 141/9 152/5
**critical** [2]   59/7 142/16
**cross** [9]   14/9 14/11 16/1
26/4 32/16 46/10 53/1 55/16
103/20
**cross-examination** [3]   32/16
46/10 53/1
**crossed** [1]   50/17
**crossing** [1]   33/4
**cure** [7]   76/18 77/2 77/4
77/5 78/8 78/8 78/11
**cured** [3]   76/24 77/1 78/16
**currency** [2]   148/17 151/16
**current** [3]   34/10 77/15
114/24
**currently** [6]   34/19 35/11
104/19 162/23 162/25 163/5
**custody** [5]   99/23 149/4
150/8 151/6 161/11
**customer** [1]   119/9
**CV** [2]   1/3 47/7

**D**

**danced** [1]   157/14
**dark** [1]   52/23
**dash** [1]   54/2
**date** [17]   57/24 64/12 64/16
65/21 67/2 79/15 79/20 85/4
97/18 99/2 121/11 127/22
138/12 138/22 147/17 158/12
165/11
**dated** [7]   7/9 61/15 68/18
69/17 72/9 119/1 125/16
**dates** [4]   142/14 142/15
156/22 164/25
**David** [1]   1/6
**day** [16]   12/20 13/14 43/9
58/7 58/7 65/12 65/21 72/20
88/12 88/13 88/17 92/24
103/20 117/11 120/21 156/11
**days** [15]   9/15 9/17 13/14
49/8 67/7 67/15 67/21 73/7
120/23 125/16 164/19 164/20
164/20 164/24 165/1
**de** [1]   1/23
**dead** [1]   17/10
**deal** [16]   11/2 12/19 14/17
14/19 16/4 16/14 10/20 25/3
35/6 36/8 39/4 39/23 40/4
60/23 129/15 162/13
**dealing** [1]   162/22
**dealt** [3]   14/14 27/8 27/9
**death** [1]   93/20
**debt** [3]   89/25 101/21 111/18
**debtor** [2]   41/8 41/9
**debtor's** [1]   41/9
**debts** [1]   94/6
**December** [5]   61/15 69/17
106/20 107/14 126/14

**December 15** [2]   106/20
107/14
**December 2022** [1]   126/14
**decide** [1]   161/24
**decides** [2]   96/24 115/4
**deciding** [1]   128/24
**decision** [4]   109/15 112/8
159/25 164/12
**declarant** [1]   51/1
**declaration** [7]   30/1 44/20
51/1 51/24 146/8 155/2 155/6
**declarations** [1]   163/23
**declare** [1]   153/1
**deeds** [2]   21/20 103/2
**deem** [1]   63/10
**deemed** [1]   79/8
**DEF** [1]   61/1
**defend** [2]   25/12 59/13
**Defendant** [11]   1/11 1/22
12/20 14/6 19/4 37/23 40/15
66/19 72/23 163/14 164/7
**Defendant's** [2]   43/10 74/2
**Defendants** [2]   145/3 146/8
**Defendants'** [2]   40/11 40/14
**Defense** [9]   1/6 3/2 3/7
40/12 42/20 44/14 45/11
46/14 47/20
**defer** [3]   105/19 141/3 141/4
**DEFHC** [3]   55/1 56/15 56/23
**deficiencies** [3]   96/11 98/5
103/16
**deficiency** [2]   96/16 100/16
**definable** [1]   159/2
**define** [1]   158/7
**defined** [1]   24/24
**Del** [1]   3/6
**delisted** [2]   148/17 148/17
**delivered** [1]   25/1
**delve** [1]   55/12
**demonstrate** [3]   13/25 15/22
31/21
**demonstrated** [1]   14/3
**denial** [1]   15/1
**denial that** [1]   15/1
**denied** [2]   37/14 113/17
**deny** [1]   14/20
**depends** [2]   11/25 26/3
**deposit** [2]   146/1 146/2
**deposited** [1]   111/22
**deposition** [10]   65/17 65/21
66/4 66/7 66/10 66/16 74/2
130/17 140/5 140/5
**depositions** [1]   46/4
**depressing** [1]   158/9
**deprived** [1]   146/10
**DERIN** [1]   1/15
**derivations** [1]   120/6
**deriving** [1]   122/14
**describe** [8]   19/11 19/18
27/15 41/6 86/24 87/13 122/8
144/6
**described** [1]   6/22
**deserves** [1]   121/20
**designate** [1]   163/3
**designation** [1]   8/4
**designed** [2]   140/17 140/18
**despite** [1]   120/2
**detail** [3]   30/4 49/22 137/22

175

**D**

**details [7]**   3/23 17/11 19/11 25/19 47/23 84/16 123/23
**detention [1]**   156/12
**determination [3]**   34/2 47/9 82/1
**determinations [1]**   36/11
**determine [9]**   26/1 30/21 77/3 78/25 109/9 109/11 114/23 115/4 116/6
**determines [1]**   26/14
**deterring [1]**   141/11
**develop [1]**   35/3
**developed [1]**   94/10
**developments [1]**   10/25
**develops [1]**   48/15
**diagonal [1]**   84/10
**diamond [6]**   16/18 107/7 107/9 150/17 150/18 151/19
**Dictionary [2]**   108/10 127/5
**did [47]**   7/11 13/16 24/20 31/19 32/3 32/3 32/6 50/3 50/25 57/23 58/8 58/13 60/2 62/22 67/20 70/7 70/20 94/12 100/14 104/8 109/25 113/24 114/6 114/7 116/18 125/4 125/14 125/20 128/19 128/19 131/6 131/12 131/13 134/17 136/13 142/14 148/20 151/22 151/24 151/25 152/13 153/20 154/5 157/6 158/24 159/14 159/17
**didn't [34]**   3/23 3/24 9/8 11/17 26/24 26/25 37/13 49/16 57/4 57/8 57/9 58/23 77/22 81/21 83/15 83/23 85/3 85/15 89/5 89/18 106/1 108/13 111/7 113/25 119/8 123/13 139/23 148/15 150/21 152/6 153/1 153/1 158/21 164/11
**difference [5]**   76/9 101/17 101/20 140/7 145/19
**different [23]**   12/22 12/22 18/25 22/24 25/23 27/2 28/6 38/17 40/9 75/15 77/16 85/9 85/11 87/19 90/19 90/21 97/18 106/6 127/14 137/9 149/8 151/19 164/6
**different positions [1]**   18/25
**differently [2]**   84/11 106/21
**difficult [4]**   6/7 89/8 108/19 164/16
**difficulty [1]**   88/5
**dig [2]**   26/22 156/24
**digital [5]**   127/11 145/4 145/6 145/14 151/16
**direct [6]**   33/24 126/16 128/18 149/7 155/18 155/18
**directed [2]**   28/25 104/12
**directly [10]**   6/8 24/19 25/21 26/24 80/6 104/13 104/18 129/10 139/8 157/4
**disagree [2]**   26/9 107/10
**disagreement [2]**   130/11 162/12

**disagrees [2]**   33/8 114/2
**disappeared [1]**   160/8
**disclose [15]**   4/7 11/16 16/20 16/24 32/1 59/25 97/7 107/9 123/15 123/16 130/1 130/22 131/21 132/17 139/10
**disclosed [15]**   16/24 17/2 17/2 20/19 20/23 27/24 118/21 120/7 123/24 126/6 126/6 130/15 131/20 131/24 131/25
**disclosing [2]**   13/3 32/4
**disclosure [6]**   16/10 16/10 16/11 99/15 124/17 132/6
**disclosures [2]**   28/11 144/3
**disconnect [1]**   147/25
**discovery [2]**   94/10 129/25
**discrete [1]**   67/9
**discretion [1]**   46/5
**discuss [1]**   11/11
**discussed [1]**   28/17
**discussion [3]**   129/20 143/12 147/24
**discussions [3]**   3/20 6/4 36/1
**dispatch [1]**   93/17
**dispensation [2]**   98/14 99/18
**displaying [1]**   134/22
**dispute [6]**   113/7 114/5 127/17 131/4 148/19 149/14
**disputing [1]**   33/2
**disregard [1]**   26/21
**distill [1]**   27/13
**distinction [1]**   149/23
**district [6]**   1/1 1/1 122/18 122/19 149/25 157/22
**DIVISION [1]**   1/2
**do [130]**   4/11 5/9 5/10 7/3 7/16 8/22 9/11 9/17 9/25 10/23 14/5 15/6 17/16 18/7 21/13 25/9 25/21 26/4 26/6 26/24 27/11 30/12 31/14 33/3 33/9 33/14 34/7 34/18 34/21 35/6 39/15 39/16 40/12 41/10 41/12 43/22 43/23 45/15 47/2 47/25 49/2 49/16 50/7 58/2 58/4 58/4 60/22 60/23 61/9 61/10 64/19 65/13 67/15 70/6 70/7 70/12 70/23 70/25 72/8 74/12 74/25 76/6 76/10 77/7 78/1 78/13 79/12 79/21 81/25 87/17 90/14 92/14 92/16 93/15 93/18 93/21 93/21 94/18 95/4 96/19 100/1 104/4 105/6 105/8 110/19 112/6 113/13 113/25 114/8 114/15 115/17 115/18 116/12 116/14 118/13 120/3 120/9 121/8 125/12 125/20 127/4 133/22 133/23 134/9 134/10 135/5 135/14 136/1 136/12 137/7 137/11 140/24 140/25 142/10 142/15 142/17 143/8 150/25 152/18 152/21 156/20 157/3 158/7 159/22 162/5 163/17 164/8 164/14 165/2 165/2
**doc [1]**   62/3
**docket [38]**   6/10 8/2 8/5

10/22 11/10 12/23 13/4 31/17 35/12 36/18 42/13 42/22 42/25 43/16 44/5 44/5 44/22 49/23 50/24 52/16 54/1 54/1 61/11 61/25 62/11 72/19 72/25 73/10 73/15 79/16 111/13 136/22 137/16 138/20 138/25 139/1 140/2 162/24
**doctor's [1]**   53/13
**document [21]**   35/12 35/15 43/8 54/21 54/23 55/5 55/19 56/5 56/9 56/12 56/13 56/15 57/11 59/24 61/1 61/18 61/21 70/23 120/16 147/18 148/5
**documents [37]**   12/23 13/6 14/4 15/5 15/23 21/12 23/20 23/22 24/12 32/17 35/8 35/9 35/11 35/20 43/11 43/11 43/23 44/4 44/16 51/6 51/24 51/25 56/11 56/21 57/6 57/18 58/17 61/5 83/12 84/25 95/9 100/25 124/18 125/5 128/9 160/24 163/22
**does [40]**   12/2 21/4 23/1 25/9 28/20 33/20 37/6 38/8 41/4 41/13 41/16 59/22 84/15 85/6 89/20 90/10 93/9 98/15 100/14 101/16 104/23 111/19 111/20 115/21 117/20 123/22 123/24 124/7 129/12 130/2 139/5 148/2 148/10 148/12 148/22 151/7 152/5 152/17 157/9 163/15
**doesn't [49]**   16/9 25/9 26/20 30/6 31/12 38/11 46/8 59/18 63/2 78/8 78/9 82/9 83/5 83/21 84/5 84/22 84/24 90/20 90/22 91/6 94/17 102/12 106/19 107/1 108/16 108/20 108/23 117/18 123/15 123/16 128/2 129/11 130/2 135/2 137/16 137/20 138/5 143/17 145/20 145/24 146/3 147/4 147/6 147/11 147/12 151/13 151/16 163/1 163/8
**doing [7]**   108/1 118/16 120/9 129/14 129/17 136/9 137/13
**dollar [3]**   69/6 89/5 123/4
**dollars [13]**   16/16 21/8 101/18 101/19 103/20 124/14 127/12 145/11 145/24 146/1 146/3 146/21 147/3
**domestic [1]**   27/9
**don't [185]**
**don't have [1]**   64/24
**done [14]**   7/2 26/4 26/18 33/3 70/11 70/21 71/19 89/18 110/21 112/13 129/7 129/7 130/8 135/22
**dotted [1]**   50/17
**doubt [5]**   83/4 121/21 121/21 121/22 153/16
**doubting [2]**   50/16 50/16
**down [20]**   27/13 27/14 33/14 35/4 80/10 80/15 81/11 84/10 93/8 96/24 99/5 100/6 101/7 108/18 126/24 143/23 146/7 152/12 154/21 155/25

176

**D**

**Dr [151]**    3/8 3/11 6/24 7/25
10/24 11/3 11/16 12/3 12/7
12/12 15/18 16/24 17/12
17/19 18/19 19/25 20/1 20/17
21/8 27/20 27/23 28/20 28/25
29/20 30/1 32/25 33/2 33/20
34/15 34/24 38/13 39/19
40/24 41/16 41/19 41/21
41/21 41/24 44/20 45/23
48/19 48/23 50/3 51/23 52/3
53/2 53/9 53/14 53/16 54/12
55/23 57/20 57/25 59/4 59/7
59/22 61/14 62/5 62/12 62/24
64/10 65/12 67/1 67/6 67/9
68/9 68/17 68/18 72/6 72/15
73/2 73/8 74/18 74/24 78/16
79/1 80/6 82/15 82/18 83/11
83/21 87/1 88/23 88/24 89/7
89/17 91/14 92/23 95/23 97/7
102/13 102/19 104/1 106/2
106/2 106/7 106/7 106/18
106/25 107/15 109/5 110/19
111/7 111/24 112/2 112/6
112/8 114/11 115/19 116/13
117/20 118/13 118/16 119/9
120/1 121/8 121/12 121/14
121/20 124/2 125/20 125/23
127/14 127/20 128/17 130/17
131/24 135/4 135/9 135/17
136/8 138/2 139/21 140/9
143/24 145/6 145/8 145/11
146/12 148/10 148/18 149/4
149/13 150/7 158/19 158/19
158/23 159/12 160/18 160/24
161/8
**draw [4]**    158/22 158/23 159/9
160/18
**draw a [1]**    159/9
**drawn [2]**    159/1 159/8
**drill [1]**    152/12
**drive [1]**    144/4
**driver's [4]**    85/1 85/5 85/6
98/19
**driving [1]**    144/10
**dropped [1]**    114/16
**due [7]**    33/23 57/24 78/2
78/15 78/24 100/15 113/18
**duly [1]**    122/17
**during [1]**    4/7
**duties [1]**    146/9
**duty [2]**    32/5 33/3

**E**

**each [8]**    17/5 30/10 71/3
99/10 102/4 124/5 162/8
164/2
**earlier [7]**    75/18 75/25 97/4
124/1 141/2 142/12 155/22
**early [4]**    40/20 135/25
138/13 156/3
**ears [1]**    38/17
**easy [4]**    31/7 152/16 161/7
165/4
**editor [1]**    108/11
**effect [1]**    4/22
**effective [1]**    152/24

**effectively [1]**    7/2
**efforts [3]**    32/5 76/18
135/19
**egregious [1]**    98/5
**eight [3]**    101/8 101/8 116/21
**either [31]**    3/20 15/15 30/5
34/25 37/6 39/2 41/4 41/20
49/6 59/17 59/18 67/15 69/11
73/21 74/13 75/20 87/8
108/13 116/4 123/7 128/9
138/7 149/13 149/17 150/11
160/23 162/6 162/16 163/15
163/22 163/25
**election [1]**    83/19
**electric [2]**    92/6 92/8
**electronically [1]**    162/4
**element [2]**    59/7 148/1
**elements [1]**    154/5
**ELMO [4]**    69/15 75/1 75/3
134/21
**else [9]**    10/3 10/4 21/1 29/2
41/17 109/12 114/15 117/20
141/15
**else's [1]**    63/1
**email [1]**    10/1
**emails [1]**    120/3
**embedded [1]**    158/16
**embraced [1]**    96/15
**employed [7]**    85/25 86/2 86/3
98/15 99/3 143/16 143/18
**employer [4]**    81/20 85/20
98/6 143/18
**employment [2]**    98/7 116/22
**empowered [1]**    26/1
**encompass [2]**    41/20 43/21
**encouraging [1]**    120/3
**end [3]**    60/12 92/24 120/18
**ended [2]**    12/23 101/15
**enforce [1]**    140/19
**engaged [1]**    135/17
**England [1]**    61/15
**enough [4]**    66/25 82/23
151/22 156/15
**enter [2]**    5/5 163/7
**entered [7]**    10/22 74/13
75/12 76/12 122/17 124/20
140/19
**entire [3]**    64/23 64/25 66/6
**entirely [3]**    12/6 57/3
112/16
**entirety [6]**    65/1 65/1 65/4
65/12 66/15 88/2
**entitled [3]**    8/8 31/14 130/1
**entity [4]**    103/8 110/10
145/9 145/13
**entries [3]**    24/3 43/16 54/1
**entry [29]**    4/16 6/3 6/11 7/8
8/2 8/5 9/22 10/2 10/22
11/10 13/4 31/18 35/12 42/13
42/22 42/25 44/6 44/23 49/23
52/16 61/11 62/1 72/20 72/25
73/10 73/16 111/13 139/1
140/2
**enumerates [1]**    107/4
**envisioned [1]**    40/10
**equivalent [2]**    11/17 84/9
**error [1]**    89/19
**especially [3]**    36/11 78/5

112/8
**ESQ [6]**    1/15 1/18 1/22 1/22
2/1 2/5
**essentially [2]**    23/25 136/7
**establish [7]**    33/18 52/2
53/14 94/12 152/17 154/5
155/11
**established [2]**    52/25 52/25
**establishes [2]**    84/1 95/18
**estate [7]**    1/5 16/14 23/5
91/16 100/7 100/8 133/14
**et [1]**    16/14
**etc [2]**    110/6 144/8
**ether [1]**    150/9
**ethical [1]**    76/7
**evaluate [1]**    8/17
**even [21]**    32/3 32/11 43/9
86/22 94/20 95/16 101/4
104/14 108/7 108/22 112/23
115/2 116/1 122/21 128/13
128/23 132/23 151/22 155/18
159/21 161/11
**evening [1]**    110/23
**event [3]**    126/25 148/13
150/19
**events [11]**    109/16 128/23
136/5 142/12 148/7 148/21
152/21 155/7 155/7 155/13
156/4
**eventually [2]**    66/25 139/23
**ever [3]**    88/14 94/1 125/19
**every [12]**    9/2 30/11 57/11
88/17 89/1 102/14 107/3
108/2 127/20 142/19 142/21
156/11
**everybody [6]**    3/1 3/16 38/21
71/7 88/13 88/14
**everybody's [1]**    161/21
**everyone [4]**    134/7 134/9
134/11 165/4
**everything [15]**    25/7 26/10
29/17 37/12 39/13 42/12
80/14 84/17 88/15 88/19
129/19 132/2 143/4 145/16
162/3
**evidence [143]**    13/23 14/7
14/24 15/17 15/24 19/7 20/3
26/16 31/15 33/18 33/23
34/23 35/1 37/7 37/17 39/18
39/22 39/23 40/16 40/17
40/25 41/3 41/25 42/8 42/20
43/3 43/19 44/14 45/11 46/14
46/18 46/23 46/25 47/2 47/20
48/4 51/21 52/2 52/7 53/5
54/21 55/18 56/20 59/12
60/19 61/8 62/9 62/19 63/15
63/25 64/8 65/15 66/17 68/3
69/1 70/8 70/9 70/11 70/15
70/17 70/21 71/10 72/18 73/9
73/25 74/10 74/14 74/17
82/14 82/23 82/24 83/10 86/2
86/5 86/7 87/9 87/22 87/24
88/3 90/1 90/2 90/9 91/9
91/13 92/10 92/11 92/20
92/22 93/4 93/23 93/25 94/2
94/3 95/18 99/11 102/4
102/18 102/22 103/24 105/3
110/9 112/21 114/21 116/7

**E**

**evidence... [39]** 116/17
116/18 119/21 119/23 124/21
126/21 137/10 139/13 142/6
142/7 143/17 143/20 143/21
143/23 145/17 148/15 150/2
150/3 152/25 153/18 154/6
155/10 155/11 155/17 156/8
156/10 156/13 157/2 157/10
158/6 158/11 159/25 160/1
160/15 160/17 160/23 161/2
161/15 161/19
**evidentiary [10]** 1/12 13/20
15/21 38/3 39/16 45/9 48/2
60/5 137/10 159/10
**ex [2]** 74/3 128/25
**ex-wife [2]** 74/3 128/25
**exact [4]** 53/4 113/17 134/8
136/7
**exactly [12]** 15/10 28/1 75/7
86/20 137/3 137/19 142/1
142/3 142/8 142/13 144/14
147/15
**examination [3]** 32/16 46/10
53/1
**examined [1]** 100/25
**example [20]** 17/18 17/18
17/24 18/1 24/8 28/13 28/20
29/19 35/13 36/5 38/12 51/22
54/16 92/2 118/22 131/19
132/4 140/11 154/2 154/3
**examples [2]** 17/25 30/7
**except [4]** 76/13 87/10 87/22
143/22
**exception [1]** 52/25
**exceptions [1]** 51/4
**exchange [1]** 57/8
**exclude [1]** 153/23
**excluding [1]** 87/25
**exclusively [2]** 41/18 41/22
**excuse [5]** 3/18 10/12 40/11
71/18 100/7
**excused [1]** 10/13
**execution [1]** 130/17
**exhibit [97]** 42/20 44/3 44/8
44/20 45/1 45/4 45/6 45/11
46/13 46/14 47/13 47/18
47/20 48/10 48/12 48/24
48/25 49/9 49/10 49/12 52/6
52/7 52/10 52/12 54/4 54/6
54/7 54/12 55/17 55/18 55/19
56/4 56/20 61/2 61/3 61/8
62/7 62/9 62/14 62/19 62/21
63/5 63/15 63/18 63/22 63/25
64/3 64/8 64/9 65/11 65/15
66/17 66/23 66/24 68/3 68/5
69/1 69/4 69/13 71/21 72/9
72/12 72/18 72/21 73/9 73/19
74/10 74/22 74/24 75/1
118/24 118/25 119/1 119/2
119/3 123/12 124/3 126/13
126/17 132/25 133/6 133/7
133/19 134/5 134/15 134/17
134/22 139/20 140/3 147/17
147/19 147/20 148/25 154/20
155/4 155/25 163/3
**Exhibit 26 [1]** 140/3

**exhibited [1]** 128/18
**exhibits [27]** 39/17 44/13
44/14 54/4 54/10 57/8 60/3
60/17 60/18 73/24 74/21
104/4 104/5 104/9 104/21
118/23 126/11 132/16 136/4
136/15 162/2 162/11 162/16
162/17 162/17 162/20 163/19
**exist [3]** 77/22 95/10 115/11
**existed [2]** 151/18 155/12
**existence [8]** 11/20 35/18
59/8 76/12 109/9 109/11
109/11 149/19
**existing [3]** 102/22 120/12
122/2
**exists [1]** 128/1
**expect [1]** 39/17
**expected [1]** 77/23
**expecting [1]** 164/1
**expenses [1]** 153/7
**expensive [1]** 16/18
**experience [1]** 153/22
**expert [5]** 26/1 26/20 27/10
51/24 52/19
**experts [1]** 26/3
**explain [6]** 19/11 25/19
36/21 84/16 89/20 127/15
**explained [3]** 50/23 102/1
112/1
**explains [2]** 17/11 98/18
**explanation [3]** 51/14 98/6
154/9
**explanations [3]** 53/16
153/25 154/10
**explanatory [1]** 101/12
**Express [6]** 95/13 95/23
99/14 102/7 152/14 152/19
**expressed [1]** 75/24
**expresses [1]** 140/25
**expression [1]** 88/21
**extend [1]** 94/21
**extension [2]** 37/4 48/8
**extensive [1]** 124/17
**extent [14]** 5/18 30/18 34/20
38/19 48/13 67/14 76/18
78/14 81/24 83/23 121/21
137/24 140/10 162/20
**extra [1]** 161/17
**extrapolate [1]** 117/2
**extremely [1]** 165/3
**eyes [1]** 4/14

**F**

**face [7]** 17/19 26/18 26/19
76/8 90/8 131/5 160/12
**faces [1]** 160/11
**facie [8]** 40/13 112/18 143/6
143/11 143/19 156/6 160/23
161/2
**facing [2]** 131/11 131/12
**fact [53]** 11/9 13/5 13/25
15/4 26/3 26/20 27/7 29/5
31/20 35/13 39/10 39/13
43/20 44/2 44/4 46/9 54/7
54/8 59/19 63/10 73/17 80/4
84/21 86/16 88/8 95/17 96/12
97/14 98/3 100/13 100/13
103/24 105/14 105/21 110/11

115/13 115/19 115/20 115/23
120/7 120/14 125/9 125/10
125/11 142/2 149/2 149/13
153/14 156/10 158/8 158/18
158/23 159/5
**factor [1]** 46/10
**facts [12]** 7/4 31/13 46/2
78/21 96/13 96/20 105/18
105/18 107/13 125/10 140/9
142/4
**factual [5]** 31/13 31/14 32/1
32/11 104/18
**factually [1]** 132/9
**failed [1]** 59/16
**failure [1]** 87/13
**fair [10]** 34/6 35/1 71/4
95/25 96/1 105/2 115/22
135/1 136/11 139/12
**faith [12]** 5/7 5/8 5/9 5/14
5/16 5/22 6/24 7/19 7/21
8/12 70/21 99/25
**fall [2]** 131/25 152/21
**falls [1]** 35/22
**false [15]** 14/3 17/21 20/11
21/23 30/5 32/18 88/20 109/6
109/10 114/8 131/15 140/17
143/25 144/5 144/8
**falsehood [1]** 94/21
**falsehoods [3]** 29/9 58/20
106/1
**familiar [2]** 151/25 156/12
**family [2]** 18/2 85/22
**fantastic [1]** 88/15
**far [11]** 22/2 23/17 86/12
87/10 96/17 97/16 123/22
129/7 130/8 132/3 151/22
**Farm [1]** 59/6
**farther [1]** 84/10
**fashion [7]** 12/24 36/7 39/5
129/13 147/15 147/15 148/22
**fast [1]** 165/4
**fasting [1]** 71/16
**favor [2]** 30/8 160/9
**favorable [2]** 97/23 98/1
**feature [1]** 62/23
**February [1]** 107/18
**Federal [8]** 25/24 25/25
26/16 27/2 27/4 46/1 153/3
165/12
**fee [4]** 7/18 7/20 8/8 8/10
**feedback [1]** 8/13
**feel [6]** 3/24 105/4 127/4
130/5 136/1 164/11
**feeling [1]** 57/14
**feels [1]** 163/25
**fees [2]** 5/10 6/14
**fell [1]** 125/1
**FEUER [22]** 2/5 2/5 3/10
75/25 76/4 76/7 76/10 76/23
86/16 86/16 91/2 91/21 92/17
92/18 94/24 95/2 96/5 103/1
100/16 126/13 141/17 152/4
**Feuer's [1]** 92/3
**few [3]** 71/12 108/4 162/20
**fiduciary [1]** 146/8
**field [1]** 78/19
**fifth [3]** 81/15 96/22 159/2
**fifty [1]** 83/3

**F**

**figuratively [1]**   79/3
**figure [3]**   26/22 32/20
164/24
**file [16]**   9/19 9/21 10/2
10/4 10/7 13/22 66/21 119/10
162/4 162/10 162/12 162/14
162/15 162/15 162/24 163/2
**filed [26]**   8/1 9/20 11/4
11/5 13/4 35/8 36/21 36/22
36/24 37/3 43/16 48/7 48/11
49/7 50/5 52/18 54/8 60/4
61/21 61/25 73/11 76/1 79/19
136/21 136/22 147/25
**filed its [1]**   8/1
**filing [4]**   25/6 29/12 36/16
36/18
**filings [2]**   22/4 52/1
**fill [5]**   10/24 18/6 20/14
57/20 114/2
**filled [3]**   45/24 82/10 98/6
**filling [3]**   23/25 135/17
135/18
**fills [1]**   98/19
**final [2]**   55/2 122/18
**finally [3]**   74/1 103/13
115/5
**finances [3]**   31/25 112/3
123/21
**financial [8]**   21/18 31/20
102/5 103/7 103/10 123/16
123/23 148/10
**find [16]**   34/14 34/15 50/24
51/19 78/14 78/22 89/8
105/15 108/12 111/22 113/10
118/23 126/20 126/23 131/17
133/20
**finder [4]**   88/8 125/9 125/10
158/8
**finding [19]**   5/7 5/8 5/16
5/22 6/23 7/21 8/11 51/21
88/5 100/17 105/13 105/21
109/5 109/8 131/6 131/7
143/6 153/13 156/6
**findings [7]**   5/18 7/4 7/6
7/6 7/19 88/23 142/2
**finds [1]**   76/19
**fine [6]**   4/25 49/2 52/14
76/8 81/12 158/2
**finger [1]**   88/22
**finish [2]**   105/8 109/24
**finished [1]**   161/22
**finishing [1]**   135/25
**first [79]**   11/3 11/7 12/18
12/21 13/10 14/1 14/2 17/9
18/18 24/20 27/14 30/5 33/4
34/3 38/8 40/3 41/6 42/8
45/18 48/22 51/23 56/8 57/18
58/1 58/9 58/23 59/1 59/2
59/15 60/4 61/18 75/7 76/14
76/20 76/21 78/3 78/4 79/17
81/14 82/1 90/6 98/20 101/17
107/22 111/11 112/24 113/1
113/2 113/7 114/12 114/12
115/14 119/2 119/3 122/7
122/12 124/3 128/22 131/3
131/4 134/7 135/14 139/21

140/10 141/23 142/21 143/1
144/15 145/18 146/11 147/7
147/23 148/8 148/23 148/25
148/25 152/9 154/8 159/19
**FIS [4]**   17/19 18/6 43/7
57/20
**fish [2]**   88/14 88/14
**five [9]**   24/20 59/3 70/4
88/18 116/21 129/1 139/25
142/6 161/22
**fixated [1]**   134/18
**fixation [1]**   134/19
**FL [7]**   1/7 1/17 1/20 1/24
2/3 2/7 2/10
**flavor [2]**   119/24 124/11
**Flexner [1]**   1/19
**Float [3]**   120/5 120/13 121/4
**floor [3]**   71/9 93/16 93/16
**FLORIDA [7]**   1/1 12/5 38/18
81/5 86/22 122/19 130/14
**flourishes [1]**   134/7
**flow [1]**   150/11
**flowed [1]**   150/9
**fly [2]**   36/11 129/21
**focus [3]**   65/13 107/2 143/25
**focused [4]**   16/6 130/9
140/22 142/2
**folder [1]**   118/22
**folio [1]**   133/18
**follow [1]**   75/3
**followed [1]**   25/19
**following [9]**   5/4 12/1 21/16
88/7 101/25 107/16 113/15
129/18 164/23
**fool [1]**   90/2
**force [1]**   76/25
**forced [2]**   77/12 77/13
**foregoing [1]**   165/8
**foreign [13]**   18/7 25/23 26/1
26/8 26/8 26/13 26/21 31/8
31/10 47/9 49/24 49/24 51/10
**form [194]**
**form filed [1]**   76/1
**form has [1]**   93/20
**formal [1]**   134/14
**formatting [1]**   86/23
**former [1]**   133/15
**forms [6]**   22/24 121/3 130/12
135/18 135/18 142/5
**Forum [1]**   2/2
**forward [6]**   77/10 77/18
82/22 145/3 160/20 162/19
**foul [1]**   82/7
**found [15]**   57/24 77/1 86/20
87/1 103/16 104/15 105/18
106/23 107/14 114/2 119/12
126/9 147/22 157/9 160/22
**foundation [9]**   56/11 57/3
61/5 63/8 68/23 68/25 69/19
224 72/13
**four [17]**   5/3 5/21 81/14
85/24 116/21 123/22 127/11
127/12 130/6 145/9 145/10
145/24 146/1 146/3 146/21
147/3 156/21
**frame [1]**   24/10
**framework [1]**   3/23
**frankly [3]**   24/5 53/8 84/1

**fraud [3]**   94/8 94/13 94/16
**free [1]**   114/8
**FREEDMAN [9]**   1/15 1/15 68/10
69/14 71/12 71/14 72/4
110/22 136/4
**Freeman [1]**   3/6
**Friday [1]**   4/4
**front [7]**   11/2 27/9 44/17
51/5 128/19 160/11 160/12
**Ft [1]**   2/10
**fudging [1]**   53/3
**full [6]**   23/16 34/6 35/3
64/18 107/3 135/20
**fully [4]**   33/1 33/7 84/9
165/1
**fulsome [1]**   24/14
**fund [6]**   118/18 122/15 126/7
126/9 127/17 128/4
**funds [8]**   27/17 87/14 99/24
122/9 124/4 125/1 144/7
150/11
**further [11]**   10/11 68/25
78/22 78/25 93/8 99/5 100/6
101/7 110/2 139/13 143/23
**future [5]**   130/4 130/16
135/6 141/1 141/11
**FX [3]**   120/5 121/4 148/6

**G**

**Gables [1]**   1/24
**games [1]**   151/20
**Garner [2]**   108/10 108/11
**garnish [1]**   111/23
**gateway [2]**   12/19 129/23
**gave [9]**   7/12 51/16 102/6
110/19 113/4 117/11 125/15
134/4 139/3
**Gavin [2]**   135/4 135/4
**general [7]**   3/23 87/17 89/12
100/24 101/3 106/21 106/22
**generally [2]**   105/16 141/4
**generic [1]**   136/11
**generous [1]**   9/12
**genuineness [1]**   51/12
**germane [3]**   34/9 34/11 38/21
**get [65]**   13/19 14/12 15/20
17/16 17/23 19/10 20/10 24/1
24/8 27/10 32/19 37/12 44/16
48/4 50/9 50/10 50/12 53/19
54/17 55/16 58/5 58/12 61/13
65/3 65/4 66/25 69/11 69/14
71/19 71/20 72/5 79/8 80/14
82/24 86/14 89/10 89/13 94/4
111/21 113/20 113/25 114/8
114/9 119/5 119/24 124/19
126/17 126/25 128/23 129/5
129/21 136/7 136/14 137/5
137/15 137/22 147/3 149/1
152/24 153/6 155/16 156/20
159/12 159/17 161/24
**gets [2]**   77/1 135/24
**getting [5]**   12/23 13/15
13/24 96/9 118/14
**ghost [1]**   119/13
**gift [1]**   153/24
**gifts [2]**   154/1 154/3
**give [56]**   5/10 7/11 8/21
9/11 17/23 17/25 30/7 34/5

**G**

**give... [48]** 34/5 45/10 46/9
46/11 47/9 47/10 47/19 48/16
49/25 53/20 56/14 56/18 57/1
58/2 63/10 64/17 67/21 70/8
70/15 70/25 71/3 72/16 73/14
78/16 84/11 95/3 105/2 107/3
110/20 113/20 114/13 116/17
124/11 128/24 129/17 133/2
135/1 137/7 137/14 139/23
141/23 147/17 152/6 154/3
157/16 163/18 163/19 164/23
**given [19]** 3/24 6/10 9/12
23/10 30/9 35/2 52/1 55/14
86/10 97/4 97/18 104/6
106/20 107/14 118/15 124/17
129/10 155/6 163/18
**gives [2]** 46/5 161/23
**giving [7]** 22/12 24/13
100/10 128/23 156/18 158/10
164/12
**glad [2]** 25/3 43/23
**go [62]** 4/5 6/6 6/16 14/4
17/9 21/3 21/12 22/7 22/15
23/19 24/11 30/8 32/17 33/22
35/3 36/2 45/22 46/8 48/25
50/8 50/9 50/24 50/25 59/15
63/18 71/17 72/3 76/9 80/13
81/3 81/11 85/3 86/4 94/17
96/24 97/13 102/11 108/12
109/3 110/17 113/25 114/9
116/14 116/20 118/22 119/4
120/17 120/25 121/1 123/8
124/9 124/22 127/5 127/8
134/20 135/14 137/25 143/12
151/3 153/15 157/18 162/10
**goal [1]** 141/10
**goes [14]** 20/16 21/18 30/9
84/17 92/19 94/7 104/10
106/21 115/7 120/10 123/23
138/6 160/15 160/16
**going [86]** 5/12 5/18 9/1 9/3
11/7 14/19 15/12 16/7 17/4
18/10 29/17 30/15 30/17 31/1
36/2 36/10 37/17 43/22 45/25
47/3 47/10 47/23 53/18 53/25
55/10 55/15 58/24 59/15 67/6
67/7 67/8 68/18 69/21 70/5
70/12 70/12 72/6 72/14 73/7
75/25 76/25 77/4 81/11 84/13
87/20 89/9 92/2 92/16 99/5
100/6 101/7 101/16 105/13
105/14 109/3 109/20 109/22
110/24 111/8 111/9 112/7
117/22 118/21 125/16 125/21
129/5 129/14 129/14 130/7
135/9 137/5 137/13 137/22
138/22 141/12 142/12 144/23
145/3 148/16 149/25 150/24
152/16 153/13 154/11 162/14
163/11
**going to [1]** 43/22
**gold [1]** 118/2
**gone [3]** 85/3 132/3 147/6
**good [22]** 3/1 3/5 3/7 3/10
11/22 11/24 54/16 70/21
70/24 71/7 71/8 71/15 89/8

89/8 93/23 95/6 96/8 99/25
129/21 156/14 160/3 165/4
**Google [1]** 100/5
**got [16]** 12/21 12/22 13/1
50/13 50/14 50/14 50/23
90/13 93/21 94/22 115/5
118/1 118/4 133/12 142/25
163/25
**gotten [1]** 24/18
**grant [3]** 7/18 7/19 8/10
**granted [5]** 8/4 8/6 8/7 14/9
37/15
**great [10]** 25/7 49/22 71/23
78/7 78/18 87/18 88/13 88/21
104/4 104/5
**greater [1]** 141/10
**grounds [1]** 67/23
**guess [23]** 11/25 12/20 18/21
21/23 21/24 23/22 40/2 43/18
44/18 46/18 50/18 55/15 67/6
75/17 79/10 111/21 113/4
116/10 121/12 134/18 140/7
140/22 150/15
**guide [1]** 26/1
**guilty [1]** 132/9

**H**

**hacking [1]** 110/5
**had [46]** 3/19 4/6 10/25 14/2
24/21 33/3 50/7 56/7 56/18
58/12 58/16 59/2 60/1 61/4
67/19 71/8 71/9 76/10 77/1
90/3 102/14 104/15 106/16
108/4 109/6 114/7 117/8
125/6 134/1 139/3 139/10
142/16 142/25 143/7 149/23
150/8 150/18 153/2 153/24
154/16 158/1 158/19 158/20
159/2 159/20 164/7
**half [5]** 24/20 58/6 59/3
88/18 104/6
**halfway [2]** 27/14 38/1
**hamstrung [2]** 16/25 17/22
**hand [12]** 4/23 5/2 22/18
29/8 39/6 73/15 73/15 88/9
133/9 133/21 147/10 159/11
**handicap [1]** 112/6
**handing [1]** 36/22
**handle [2]** 4/22 35/7
**hands [1]** 79/6
**hanging [1]** 83/19
**happened [2]** 115/12 148/12
**happens [2]** 27/6 111/21
**happy [12]** 4/1 5/10 14/18
15/10 71/19 75/2 91/21 133/3
134/8 134/9 134/11 141/17
**hard [8]** 6/16 22/3 23/11
52/23 68/5 69/3 69/11 112/7
**harm [1]** 82/7
**has [165]** 8/6 8/7 8/12 9/19
10/23 11/3 12/7 13/16 16/24
17/2 17/19 17/20 17/20 17/21
18/4 20/17 20/25 21/9 21/16
21/17 21/20 22/12 22/18
22/21 23/3 23/10 23/18 23/23
27/21 27/24 28/14 29/5 30/1
30/2 30/2 33/3 33/6 36/14
37/5 38/12 38/14 38/15 38/15

38/24 39/13 55/12 59/5 59/23
60/9 67/24 70/15 71/2 75/6
75/11 76/22 70/15 71/2 75/6
80/25 81/4 82/20 83/8 85/3
85/10 85/14 86/10 87/1 88/12
89/16 90/8 90/8 91/14 93/20
94/1 94/1 95/24 98/15 98/19
98/22 101/20 102/2 103/14
104/1 104/3 104/3 104/15
106/13 107/7 107/8 107/9
108/15 108/24 110/9 112/20
116/4 118/2 118/3 118/16
118/20 118/20 120/18 121/9
122/24 123/5 124/17 126/2
126/7 126/9 127/3 127/16
128/17 128/25 129/3 129/3
129/9 129/9 129/9 129/11
129/23 130/20 130/20 130/23
130/24 131/24 133/17 135/10
135/11 135/11 135/17 139/18
140/11 142/1 142/7 142/20
143/18 143/23 144/24 145/15
146/20 146/23 147/12 147/13
149/4 149/6 150/25 151/4
151/10 151/17 152/23 156/7
156/9 157/9 157/15 158/6
158/11 158/18 159/22 160/7
160/11 161/11 162/1 162/3
162/9 164/2 165/4
**has identified [1]** 81/4
**hasn't [6]** 16/24 17/2 34/24
131/20 151/3 161/12
**hate [1]** 131/2
**have [356]**
**have access [1]** 36/1
**haven't [16]** 15/23 26/18
33/24 35/9 40/5 47/24 49/13
51/3 64/22 67/13 80/3 86/3
100/25 112/23 143/5 150/16
**having [4]** 24/23 88/13 94/23
158/17
**havoc [1]** 53/22
**he [369]**
**he's [3]** 89/8 118/1 137/10
**head [11]** 22/23 22/23 22/25
33/14 90/25 91/1 99/6 99/9
108/3 121/18 141/12
**heading [1]** 7/13
**hear [19]** 4/1 6/20 11/21
12/15 33/19 34/8 46/3 46/3
48/3 48/5 56/19 58/23 60/12
60/15 68/1 94/4 95/2 105/5
141/18
**heard [11]** 15/6 25/13 48/16
80/4 80/4 80/7 82/13 108/2
134/6 146/12 159/15
**hearing [57]** 1/12 9/7 10/7
10/8 10/21 11/1 13/20 13/23
14/11 15/22 15/25 30/10
32/20 33/20 33/25 34/5 34/7
35/1 35/16 36/17 38/3 39/1
39/16 42/12 44/3 45/5 45/9
45/18 45/19 45/21 48/15
48/16 49/21 54/5 57/9 58/7
58/8 59/12 60/4 60/5 60/13
64/16 65/19 67/20 68/15
77/25 80/24 96/11 96/11
98/24 102/19 111/9 114/20

**H**

hearing... **[4]**   129/8 137/10
158/1 165/6
hearings **[2]**   54/22 156/12
hearsay **[12]**   45/7 45/14
45/22 46/20 51/3 52/23 53/1
53/10 65/25 69/20 74/5 74/7
heart **[1]**   60/9
heat **[2]**   79/24 164/10
heavily **[2]**   137/18 137/18
hedge **[1]**   6/2
held **[8]**   12/8 41/18 41/20
41/22 82/18 100/19 101/4
151/12
help **[1]**   147/19
helps **[1]**   84/12
her **[22]**   28/15 31/19 32/18
34/12 45/19 65/19 66/15
89/16 96/21 98/24 99/2
105/20 114/4 119/14 123/17
124/13 127/23 134/2 139/22
140/4 140/5 155/24
here **[66]**   3/14 7/10 9/13
11/19 13/18 16/8 16/23 22/18
25/6 25/16 31/3 31/8 32/24
38/2 39/15 49/22 50/8 51/1
53/9 53/18 65/18 72/6 75/2
76/11 77/8 82/2 86/4 91/1
91/8 91/13 96/16 97/14
102/14 102/15 103/16 107/13
108/22 109/7 111/5 111/6
111/18 112/1 116/19 121/12
121/23 125/10 128/17 133/11
134/5 134/18 135/9 136/18
138/23 142/19 145/11 146/20
147/17 148/1 152/11 153/18
154/17 157/8 157/24 158/16
158/19 159/23
hesitate **[1]**   140/15
hey **[1]**   58/1
high **[1]**   145/2
highly **[2]**   36/6 156/11
him **[27]**   3/18 15/1 21/7
90/17 90/22 93/1 93/24
110/25 119/14 123/17 127/22
128/6 128/11 129/5 129/13
129/21 130/1 132/1 133/19
134/18 135/10 137/5 140/24
141/21 150/10 150/12 157/4
himself **[1]**   126/9
his **[145]**   3/24 12/4 12/7
12/8 12/12 17/20 17/22 19/22
19/23 19/23 20/21 20/22
20/25 21/8 21/21 21/22 22/12
22/16 22/17 22/20 22/21
22/23 22/23 22/24 22/25 23/2
23/4 23/14 23/14 23/14 23/16
23/17 23/22 24/3 24/4 24/9
29/23 31/12 31/17 31/23
31/23 33/3 39/19 45/7 50/6
50/6 50/16 51/25 53/14 55/24
57/20 65/1 65/2 65/4 73/17
84/4 84/4 84/25 85/1 89/1
89/2 89/6 89/15 89/17 90/9
90/25 92/3 98/19 99/7 99/18
100/1 100/5 100/19 100/21
102/6 108/20 110/5 110/25
111/7 111/7 111/7 112/9 114/12
115/20 115/21 115/23 115/24
116/4 117/1 117/1 117/11
117/24 118/2 118/4 118/4
118/4 118/14 118/18 120/7
120/14 121/10 121/21 122/15
122/21 122/22 122/22 122/13
125/3 126/7 126/8 127/6
127/17 127/21 127/22 128/8
128/12 128/12 128/21 128/24
129/2 129/6 132/7 132/21
133/13 135/12 135/17 137/5
138/4 139/6 139/7 139/13
139/24 140/17 148/2 148/10
149/14 150/10 150/11 150/14
150/24 150/24 151/6 152/14
157/10 159/8 159/13
history **[2]**   55/14 121/19
hoc **[1]**   39/22
hold **[12]**   9/7 26/11 57/16
61/23 80/9 92/14 114/13
114/17 132/1 138/7 138/19
145/21
holder **[5]**   23/3 91/10 91/12
99/15 99/23
holdings **[2]**   73/11 73/17
holds **[1]**   27/5
home **[5]**   37/5 59/5 59/9
71/20 81/18
HON **[1]**   2/9
honest **[1]**   25/10
honor **[149]**   3/5 3/8 3/10
3/12 4/2 4/8 5/1 5/12 5/13
5/20 5/24 6/1 6/21 8/23 8/23
9/16 9/25 10/10 10/15 14/14
15/2 15/7 15/10 15/11 15/21
17/12 20/9 20/13 23/23 24/2
24/7 29/15 31/7 32/10 33/22
37/9 37/11 37/23 39/6 40/12
40/19 41/12 41/14 42/3 42/8
43/6 45/17 46/15 46/21 48/20
48/22 49/3 49/13 49/20 49/20
49/25 50/20 51/6 51/8 51/16
52/16 52/20 54/22 55/4 56/5
56/8 57/5 57/10 57/13 57/17
57/24 58/11 60/22 61/4 61/9
61/17 61/20 62/2 62/10 62/16
63/8 63/16 63/23 64/5 64/6
64/15 64/20 65/25 66/6 68/4
69/2 69/19 70/4 70/18 71/15
71/21 71/24 72/1 72/4 72/6
72/13 72/19 73/10 73/14
73/21 74/1 74/5 74/11 74/15
74/20 80/16 80/22 81/2 81/10
82/7 82/16 82/19 83/25 85/12
85/17 86/4 87/6 87/9 87/19
91/5 91/23 91/24 96/6 96/9
97/8 102/8 103/2 105/10
106/10 112/21 115/15 124/20
125/9 125/21 129/3 138/16
148/5 148/11 148/19 148/23
152/11 155/20 158/5 162/1
Honor's **[4]**   4/21 47/16 71/11
123/14
HONORABLE **[1]**   1/13
hope **[4]**   71/8 90/11 137/21
165/4
hopefully **[2]**   9/15 165/2

horizontal **[2]**   84/9 84/11
hot **[1]**   142/1
hotels **[1]**   118/4
hour **[4]**   104/6 110/20 110/20
142/8
hours **[1]**   97/4
house **[1]**   22/23
household **[6]**   22/23 22/25
90/25 91/1 99/6 99/9
housekeeping **[3]**   41/4 71/16
110/19
housing **[2]**   117/12 117/12
how **[43]**   4/22 9/11 9/16 14/5
14/5 14/8 15/19 18/10 24/7
25/3 37/23 39/4 41/5 45/12
48/15 50/23 52/24 53/8 59/13
59/18 71/17 72/8 82/4 89/9
92/14 93/7 96/7 112/7 113/23
114/14 116/24 117/12 118/21
120/9 125/11 152/25 153/10
155/15 156/20 156/20 157/9
162/5 162/22
however **[5]**   27/21 34/2 99/16
154/5 158/7
humor **[1]**   128/1
hundred **[3]**   16/16 95/8 150/1
hundreds **[3]**   56/10 124/14
160/7
Hurley **[1]**   156/14
husband **[3]**   30/2 87/4 89/16
hyper **[1]**   150/16
hypothetical **[1]**   150/7
hypotheticals **[1]**   152/18

**I**

I'd **[4]**   97/24 105/12 106/9
141/17
I'll **[7]**   3/3 25/10 70/15
109/22 112/2 150/17 161/6
I'm **[13]**   11/6 18/14 18/14
19/2 43/23 80/24 99/20
112/12 118/10 133/8 136/7
141/1 155/5
I's **[1]**   50/17
I've **[4]**   76/7 90/13 133/12
137/6
idea **[3]**   35/11 113/9 114/21
identifiable **[1]**   38/4
identification **[2]**   37/19
56/14
identified **[6]**   8/16 42/13
52/10 81/4 110/11 124/10
identifier **[2]**   36/4 85/1
identifies **[2]**   92/4 92/4
identify **[4]**   16/13 56/12
78/16 122/21
identifying **[1]**   29/22
If they **[1]**   146/1
IG **[3]**   120/11 121/2 126/5
ig.com **[1]**   120/4
imagine **[2]**   38/24 152/21
immaterial **[1]**   110/11
immediately **[3]**   29/13 77/24
86/24
Implicit **[1]**   9/23
impliedly **[1]**   7/20
important **[6]**   47/8 79/21
109/2 110/24 119/10 148/13

**I**

**importantly [1]**  156/5
**imposed [1]**  24/25
**impossible [2]**  24/5 36/9
**inability [1]**  96/16
**inaccuracies [5]**  29/9 58/19 58/24 81/4 106/1
**inaccuracy [1]**  87/9
**inaccurate [9]**  20/19 59/15 65/3 132/12 140/10 140/13 140/14 140/15 140/16
**inclined [1]**  103/23
**include [3]**  53/1 123/13 140/9
**included [1]**  5/19
**includes [1]**  43/8
**including [15]**  12/12 23/13 26/15 27/16 67/21 87/14 88/18 92/22 93/25 98/17 116/3 122/8 124/18 128/24 144/7
**inclusive [1]**  4/3
**income [48]**  16/11 16/12 18/2 18/19 19/3 22/2 22/13 22/21 24/4 85/22 98/15 98/16 98/17 102/2 103/14 115/20 115/24 116/2 116/4 116/5 116/25 117/1 117/18 118/12 120/18 122/11 122/11 122/14 128/4 128/6 128/7 128/8 128/10 128/12 130/18 140/12 143/17 144/5 150/11 150/14 150/19 151/21 151/21 153/4 153/6 153/7 153/10 161/10
**income consequence [1]**  151/21
**incomplete [18]**  18/22 23/14 29/23 30/5 57/24 80/17 80/19 82/7 82/13 85/16 113/1 113/7 131/5 131/5 131/6 140/10 140/13 143/25
**inconsistency [2]**  47/1 104/17
**inconsistent [3]**  22/17 24/2 87/2
**incorporate [1]**  164/3
**incorporated [2]**  48/10 48/11
**incorrect [15]**  18/19 18/21 18/21 18/22 19/8 22/22 23/2 23/4 23/6 23/8 23/9 23/12 90/16 90/16 90/23
**increasing [1]**  83/13
**incredible [1]**  121/14
**incur [2]**  77/13 77/13
**indeed [2]**  97/25 100/19
**independent [3]**  76/4 99/10 102/23
**indicate [2]**  23/15 24/4
**indicated [3]**  141/2 143/14 143/19
**indicates [1]**  155/13
**individual [1]**  41/8
**individually [1]**  20/16
**individuals [1]**  38/18
**indulgence [2]**  47/22 68/4
**inexplicable [1]**  86/15
**inference [5]**  148/11 155/16

158/23 158/24 160/18
**inferences [2]**  102/21 155/14
**Info [2]**  1/6 3/2
**information [53]**  11/10 11/13 11/15 13/5 13/25 18/16 19/5 24/1 24/4 27/23 28/15 29/23 31/4 31/20 35/22 36/8 38/4 38/13 39/10 39/14 43/20 44/2 44/4 54/7 54/8 84/4 86/17 87/16 96/12 97/5 97/7 97/15 98/3 104/18 111/17 115/14 115/19 115/20 115/23 120/7 120/14 123/14 123/16 123/17 130/14 130/15 139/14 140/12 143/9 143/13 143/16 143/25 144/12
**inherently [1]**  106/11
**initial [7]**  29/16 29/21 80/16 81/13 98/5 107/15 134/1
**initially [3]**  18/5 142/9 146/24
**inquiry [1]**  97/14
**insert [1]**  99/25
**inserts [1]**  99/2
**Instagram [1]**  134/9
**instance [2]**  81/16 109/19
**instances [2]**  81/16 87/8
**institutional [1]**  101/2
**instructed [1]**  159/21
**intellectual [3]**  22/19 98/10 128/14
**intend [5]**  13/24 13/25 52/24 53/9 76/25
**intended [1]**  53/14
**intending [3]**  30/14 43/20 78/13
**intends [1]**  40/16
**intent [1]**  45/23
**intention [2]**  43/10 74/23
**intercourse [1]**  77/4
**interest [2]**  122/17 127/3
**interested [2]**  72/23 74/3
**interesting [5]**  16/9 31/5 111/21 112/16 125/4
**internal [1]**  109/15
**International [1]**  69/7
**interpret [10]**  23/16 25/16 26/7 26/18 27/5 27/22 82/21 83/21 84/12 93/7
**interpretation [12]**  12/6 12/10 12/11 18/4 25/13 25/15 25/23 28/22 29/1 83/6 94/11 100/1
**interpreted [4]**  41/7 41/7 41/8 84/10
**interpreting [3]**  26/13 30/18 42/5
**interrupting [1]**  52/15
**introduce [9]**  33/18 48/23 54/21 61/10 64/17 65/5 65/22 70/22 123/9
**introduced [1]**  66/7
**invest [1]**  120/22
**investment [10]**  17/13 17/21 118/20 122/22 132/5 149/11 149/13 149/18 150/21 161/13
**investments [8]**  16/16 19/23

20/18 27/16 87/13 107/5 122/8 144/7
**inviting [1]**  164/9
**involve [1]**  90/23
**involved [1]**  3/18
**involving [2]**  16/15 104/11
**IRA [1]**  1/5
**iron [1]**  141/25
**irrelevant [1]**  102/13
**is [1170]**
**is another [1]**  68/6
**is collections [1]**  82/6
**is interpreting [1]**  30/18
**is it [1]**  154/20
**isn't [4]**  11/20 59/14 109/9 126/8
**issue [64]**  4/13 4/15 5/3 6/25 7/8 12/18 12/19 14/13 14/15 18/7 18/9 18/9 20/9 20/10 23/11 24/14 26/21 26/25 30/15 30/23 32/8 32/9 32/10 32/12 32/20 34/1 34/11 34/11 34/23 35/6 35/19 37/3 39/24 40/3 40/4 48/6 50/22 55/4 57/13 58/18 58/20 59/14 59/23 60/7 60/8 94/13 96/14 97/13 104/17 112/15 112/15 128/17 129/16 129/22 129/22 132/14 136/25 151/24 156/10 157/7 157/14 159/19 159/20 163/13
**issued [3]**  40/10 57/25 145/2
**issues [18]**  13/19 45/23 53/2 58/25 59/13 60/6 75/12 75/16 75/19 75/25 76/5 76/15 77/21 77/21 81/4 94/24 97/16 104/15
**it [659]**
**it in [1]**  126/7
**it or [1]**  20/4
**it's [41]**  15/8 19/17 31/14 42/25 49/22 52/15 56/1 56/23 61/1 64/15 64/18 70/24 77/2 78/2 81/6 82/8 83/13 88/15 91/8 98/9 106/4 106/5 106/6 110/2 116/22 117/7 128/13 131/5 137/9 138/7 139/13 139/20 139/24 140/10 144/13 145/18 147/21 149/11 160/2 160/19 161/2
**item [2]**  80/20 142/20
**items [3]**  80/19 81/1 144/13
**iteration [2]**  101/17 101/18
**its [16]**  7/5 8/1 17/19 26/18 26/19 34/19 40/17 46/12 47/9 65/10 105/3 128/4 131/5 139/15 144/9 146/9
**itself [10]**  11/17 22/17 26/21 30/19 31/11 39/11 81/8 101/23 139/11 150/5

**J**

**jail [1]**  79/3
**January [3]**  138/18 139/4 139/19
**January 14 [1]**  139/4
**Johnson [1]**  2/2
**joint [13]**  9/21 10/2 10/4

**J**

joint... [10]   87/4 91/10
91/12 119/6 124/4 124/5
124/8 124/18 124/23 125/18
jointly [6]   12/8 12/13 20/11
20/16 41/21 123/18
judge [306]
judges [1]   27/11
judgment [15]   94/8 94/14
94/16 94/19 94/23 101/21
101/23 111/16 122/18 128/2
135/19 139/15 139/15 140/18
140/19
judicial [14]   14/15 14/20
14/24 15/3 15/11 15/14 16/1
16/2 37/16 37/18 49/7 50/5
134/12 139/11
July [14]   1/7 29/12 29/13
42/22 43/11 43/12 72/9 113/6
113/6 115/13 119/1 119/4
150/7 165/11
July 12 [1]   72/9
July 2020 [1]   119/4
July 24th [5]   42/22 43/11
113/6 113/6 115/13
July 25th [2]   29/12 43/12
July 26 [1]   150/7
June [4]   64/16 65/6 68/18
68/20
June 2019 [1]   64/16
June 28 [1]   65/6
June 29th [1]   68/18
jurist [1]   158/5
jury [7]   27/10 62/23 88/25
89/4 89/5 94/12 159/21
just [97]   5/19 5/25 7/15
8/25 9/4 9/19 9/25 10/4 10/4
13/2 14/3 17/6 17/17 19/20
19/25 20/15 21/13 21/23
24/10 28/11 28/17 29/17 30/7
30/15 31/3 31/14 31/21 32/1
32/9 34/4 36/9 43/19 44/16
44/21 49/25 50/7 50/21 51/8
51/16 53/25 58/2 63/20 67/5
71/12 73/1 75/18 76/3 77/19
78/2 78/19 79/17 79/18 83/6
83/18 84/19 89/4 92/13 96/1
97/21 104/6 104/20 109/16
110/2 114/13 116/16 116/18
117/24 119/13 120/8 122/23
123/2 124/11 126/1 128/9
128/18 129/14 129/18 134/20
139/8 139/13 139/17 140/6
141/19 145/7 151/11 154/3
154/14 154/17 154/17 156/18
156/21 157/10 159/17 160/8
160/19 162/24 164/10
justify [2]   78/22 105/19

**K**

Kammerer [1]   2/2
KASS [20]   1/22 3/9 15/6 16/5
35/7 47/23 50/19 64/19 65/24
68/22 69/18 90/11 110/23
137/19 141/20 147/19 154/19
157/18 164/15 164/19
Kass or [1]   35/7

keenly [1]   97/19
keep [7]   20/11 32/3 84/13
123/21 129/14 130/6 162/18
keeping [1]   90/11
keeps [1]   111/24
key [1]   146/2
keys [8]   79/3 145/4 145/22
145/25 146/10 146/11 146/12
147/4
kick [1]   96/23
kids [1]   89/18
kind [6]   87/11 97/3 107/4
109/15 112/16 160/21
kinds [6]   38/13 78/10 87/16
130/18 151/15 153/25
Kingdom [2]   97/7 106/20
KLEIMAN [4]   1/5 1/6 159/6
159/20
Klin [2]   52/17 53/2
Klin's [1]   53/9
knew [4]   59/4 59/5 90/3 90/3
know [130]   3/22 4/6 4/8 10/9
14/5 14/5 14/7 16/21 18/3
18/10 19/6 21/23 24/7 31/7
31/12 31/24 37/23 38/1 38/14
44/19 47/25 51/16 52/24 57/6
67/8 68/21 71/1 71/17 79/2
79/19 80/8 81/17 81/21 82/14
83/2 83/18 83/20 83/25 85/18
86/11 86/19 86/24 88/24
89/14 89/22 91/13 92/22
93/15 93/23 93/25 94/1 95/10
95/18 99/20 105/14 106/3
106/15 107/8 108/17 109/20
109/24 112/6 112/8 112/13
112/14 114/19 116/12 116/13
117/21 117/25 117/25 118/1
118/3 118/13 118/21 120/9
121/8 121/8 121/10 122/24
123/7 123/22 123/24 124/24
125/17 126/1 126/5 126/6
126/8 128/8 128/15 129/5
129/6 129/7 129/9 129/9
129/11 132/22 133/1 134/2
134/18 135/4 135/8 135/8
135/11 135/11 135/21 137/3
139/23 140/14 142/2 144/14
148/15 148/20 152/5 152/6
152/7 152/15 152/20 153/21
155/1 156/3 157/7 158/3
158/5 158/25 159/3 159/22
161/1 161/20
know the [1]   57/6
knowable [1]   82/9
knowledge [6]   83/9 97/8
97/18 100/1 101/2 102/3
known [1]   59/9
knows [3]   135/1 137/19
153/22
Kraken [12]   120/5 120/13
120/21 120/22 121/4 121/5
126/4 126/5 147/18 148/6
148/16 149/24

**L**

lack [3]   60/8 85/25 160/15
lacked [1]   29/23
Lacotta [1]   3/6

laid [3]   49/13 49/22 56/12
Lambo [2]   92/8 92/9
Lamborghini [2]   92/5 101/13
land [1]   96/18
landing [1]   8/15
language [14]   6/15 27/3
27/20 27/22 28/14 28/17 53/3
98/23 107/20 112/19 113/11
113/17 114/4 137/3
large [1]   130/23
last [18]   22/13 29/4 51/8
94/4 95/1 102/1 102/2 102/4
103/9 103/12 103/13 103/14
104/6 106/9 116/9 120/10
138/9 139/20
late [1]   155/9
later [10]   21/7 53/12 60/24
83/13 84/18 89/20 91/10
120/23 130/3 159/7
law [47]   11/5 11/13 11/17
11/20 11/21 12/14 18/7 24/13
25/12 25/21 25/23 26/1 26/2
26/8 26/8 26/13 26/21 27/3
27/4 27/5 27/9 27/11 27/21
27/24 28/7 30/15 30/20 31/8
31/10 31/11 31/18 31/24 32/3
32/5 41/5 41/10 47/10 47/12
99/22 108/6 108/9 108/10
109/9 109/14 127/5 141/8
159/2
lawfully [1]   11/16
laws [1]   97/6
lawsuit [3]   38/24 146/16
146/16
lawyer [2]   135/24 158/2
lawyers [3]   83/1 108/5
156/16
lay [1]   69/24
laying [2]   57/3 68/25
lays [2]   31/18 105/3
leads [1]   123/8
learn [1]   115/18
learned [3]   76/8 92/5 157/23
lease [8]   37/4 37/4 37/5
48/8 48/8 101/15 103/5
117/11
leases [2]   48/7 103/4
least [13]   7/20 12/21 14/2
15/20 23/12 43/8 72/17
106/15 121/10 122/20 125/10
131/13 157/16
leave [6]   30/5 48/16 91/2
95/3 128/16 138/11
leaves [3]   72/19 91/19 128/5
lectern [1]   50/21
led [2]   128/24 136/5
left [4]   29/20 133/21 143/14
153/9
left-hand [1]   133/21
legal [17]   5/5 5/9 7/16
59/22 101/6 102/8 108/16
108/24 109/1 139/23 146/6
156/23 158/25 160/13 160/16
161/1 163/22
Legislature [1]   81/7
Legislature's [1]   81/6
legitimate [1]   153/19
legitimate analytical [1]

## L

**legitimate analytical... [1]** 153/19
**lend [1]** 86/16
**length [1]** 101/1
**lengthy [1]** 55/6
**Leon [1]** 1/23
**LEONARD [3]** 2/5 2/5 3/10
**less [1]** 98/4
**let [50]** 3/3 3/17 5/15 6/20 7/10 10/20 12/15 13/3 18/4 26/11 26/17 27/11 32/22 35/5 37/6 37/13 43/25 48/21 56/14 57/1 59/3 64/17 70/17 71/9 74/8 74/18 86/4 90/1 97/2 102/11 109/21 109/22 109/24 110/13 110/25 110/25 118/23 124/2 126/20 130/11 135/21 137/5 144/16 145/21 149/23 150/6 152/12 156/5 156/13 158/15
**let's [28]** 35/6 42/11 44/2 45/1 48/15 57/18 61/10 69/8 70/25 74/21 78/20 89/13 110/19 111/11 112/25 115/12 116/14 122/2 124/16 125/10 128/1 129/15 130/8 134/21 135/1 143/25 151/3 151/24
**letter [10]** 13/11 13/13 17/15 35/14 37/1 37/2 125/13 125/15 155/8 155/13
**letterhead [2]** 13/12 125/7
**level [2]** 130/25 158/7
**liabilities [3]** 103/8 103/11 130/18
**liar [13]** 88/19 89/1 92/13 92/13 106/5 106/5 107/21 107/23 107/24 157/8 157/8 157/9 157/9
**license [4]** 85/1 85/5 85/6 98/19
**lie [1]** 106/1
**Lieberman [1]** 158/2
**lien [1]** 135/15
**liens [1]** 100/6
**lies [1]** 23/20
**lieu [2]** 46/24 116/8
**life [2]** 89/1 122/15
**lifestyle [6]** 118/19 122/20 126/7 126/9 127/18 128/4
**light [4]** 79/25 86/1 97/23 98/1
**like [53]** 13/5 19/16 31/19 37/18 37/20 39/23 40/21 41/25 43/1 50/8 57/14 58/3 58/9 61/17 65/22 66/9 67/25 69/17 74/19 74/25 81/18 83/18 84/9 87/6 89/4 89/12 94/2 94/24 94/25 95/20 96/4 102/12 105/4 107/7 108/15 110/20 110/21 111/20 113/3 115/8 116/16 118/2 124/11 124/13 124/24 124/25 141/9 151/19 154/22 157/7 160/7 162/7 163/25
**liked [2]** 108/10 158/4
**limited [9]** 46/21 47/8 77/7
81/21 99/19 107/20 110/4 152/7 152/8
**line [17]** 16/4 17/6 17/8 56/22 81/3 81/3 81/15 83/16 83/17 83/19 84/19 84/19 85/20 103/21 144/4 153/1 153/4
**lines [3]** 77/11 81/15 103/19
**liquidated [3]** 121/13 161/9 161/12
**list [22]** 21/12 21/19 23/17 59/16 73/11 73/16 73/17 81/21 90/22 101/7 108/20 118/23 135/14 136/13 138/3 138/12 138/15 138/17 138/23 139/4 145/20 151/13
**listed [9]** 12/8 23/17 23/18 65/18 81/22 102/2 103/8 103/10 151/11
**listened [1]** 141/21
**listening [1]** 158/13
**listing [3]** 23/14 58/9 107/3
**listings [1]** 36/2
**listings in [1]** 36/2
**lists [7]** 21/6 21/7 81/20 92/1 92/3 98/7 137/18
**literally [1]** 79/4
**litigated [2]** 101/3 137/18
**litigation [3]** 24/20 59/4 149/25
**little [32]** 4/19 6/7 16/25 17/22 19/1 22/3 22/24 26/6 28/24 32/7 40/20 46/18 52/23 53/3 57/14 84/10 84/13 86/15 92/2 109/3 110/19 110/21 111/6 114/7 119/6 123/8 125/25 127/19 129/16 132/11 152/5 160/22
**live [10]** 7/24 9/3 18/9 26/9 30/23 46/24 68/8 68/9 90/15 128/20
**lives [1]** 90/17
**living [4]** 90/22 118/11 121/16 122/20
**ll [1]** 44/8
**LLC [2]** 1/6 3/2
**Lloyds [12]** 13/11 17/15 124/18 124/19 124/23 125/2 125/7 125/11 125/18 154/16 154/22 155/11
**Lloyds' [1]** 125/13
**LLP [3]** 1/15 1/23 3/13
**loan [12]** 23/19 23/25 69/6 92/20 93/4 93/5 93/6 93/23 93/25 94/1 103/7 103/10
**loans [2]** 21/4 92/21
**local [3]** 66/21 123/2 162/3
**lodge [1]** 102/8
**logic [1]** 109/8
**long [10]** 30/25 66/10 66/25 67/19 69/16 71/17 76/12 108/1 137/13 139/1
**longer [2]** 30/14 68/11
**look [18]** 31/11 31/17 69/18 78/2 108/5 116/20 118/6 129/15 130/25 131/1 132/24 133/3 133/7 133/19 134/15 144/17 144/18 163/11
**looked [4]** 11/9 105/24 108/5 153/7
**looking [12]** 4/20 26/12 38/20 77/10 77/17 77/18 77/25 116/23 121/25 140/23 155/3 155/7
**looks [4]** 13/5 19/16 69/17 118/2
**loses [1]** 128/4
**loss [1]** 83/21
**lost [4]** 126/3 126/23 146/11 146/12
**lot [13]** 26/4 29/3 34/7 40/12 93/20 111/15 114/20 140/16 151/22 151/25 154/7 156/16 161/23
**lots [1]** 96/22
**loud [1]** 32/22
**Ltd [3]** 133/17 133/19 134/3
**lunch [5]** 67/10 70/13 70/24 71/8 136/4
**luncheon [1]** 71/6
**lunchtime [1]** 143/3
**lying [6]** 89/8 106/18 107/16 108/21 112/6 112/11
**Lynn [12]** 74/2 89/24 89/25 90/6 90/10 100/9 133/15 133/15 134/1 139/20 139/21 155/21

## M

**machine [1]** 93/16
**Madam [1]** 80/10
**made [29]** 8/25 30/1 31/4 32/6 32/13 40/13 40/22 46/22 47/15 51/17 60/23 64/23 88/23 109/5 109/6 112/8 112/10 112/18 119/16 127/24 131/6 143/6 144/24 147/23 148/7 148/7 148/11 155/2 156/6
**MAGISTRATE [1]** 1/13
**magnitude [1]** 141/4
**maintain [1]** 120/11
**maintaining [1]** 149/24
**major [1]** 144/4
**majority [1]** 139/18
**make [46]** 7/5 7/6 7/16 29/18 34/4 34/6 36/10 39/18 42/5 42/11 44/21 47/24 50/10 51/21 70/5 70/16 74/18 74/19 75/5 75/18 76/3 76/9 80/13 86/4 102/17 103/24 105/14 106/4 110/14 117/5 119/19 130/11 137/5 137/25 143/20 149/23 153/13 153/13 154/8 159/24 163/16 164/2 164/2 164/3 164/12
**makes [11]** 23/4 47/9 84/13 111/15 112/2 112/3 116/7 125/22 140/7 152/16 160/13
**making [6]** 5/16 7/19 8/11 123/4 127/14 144/4
**man [5]** 17/19 118/11 120/18 122/16 129/4
**many [6]** 26/4 67/20 81/17 83/1 106/14 137/6
**map [1]** 25/2

**M**

**March [2]**   57/21 65/22
**March 19 [1]**   65/22
**Marital [1]**   85/8
**mark [12]**   19/1 39/17 45/1
   54/23 64/3 67/9 67/10 69/12
   72/6 72/8 72/21 84/8
**marked [37]**   8/1 42/12 42/20
   44/13 44/14 45/6 45/11 46/14
   47/20 52/7 55/18 56/4 56/20
   60/17 60/18 61/2 61/8 62/7
   62/9 62/14 62/19 63/15 63/22
   63/25 64/8 64/11 65/15 66/17
   68/3 68/20 69/1 69/13 72/18
   73/9 73/24 74/10 140/3
**matches [1]**   132/25
**material [4]**   26/14 81/25
   82/5 143/5
**materially [1]**   6/22
**materials [6]**   41/20 43/17
   44/7 76/13 76/15 76/17
**math [2]**   116/14 117/13
**matter [21]**   14/23 14/24
   24/23 29/15 38/11 41/4 41/16
   45/20 46/3 63/2 64/10 71/16
   76/4 78/5 78/24 78/24 81/19
   87/17 109/8 115/1 165/9
**matters [4]**   3/17 48/2 88/23
   156/21
**Matthewman [4]**   3/19 6/5 7/12
   10/9
**may [73]**   5/1 5/2 7/9 10/15
   11/1 16/20 26/10 26/13 27/16
   27/23 29/3 36/20 40/22 44/15
   46/2 46/3 46/10 48/25 49/18
   50/20 52/10 53/3 53/15 53/15
   54/22 61/24 63/11 64/20
   65/13 67/21 68/12 68/14
   71/17 71/24 71/25 75/12 76/3
   76/12 85/11 87/13 89/24
   91/11 91/21 92/9 93/2 94/25
   95/1 96/4 96/6 97/15 97/17
   99/17 100/18 101/5 107/5
   110/6 112/10 115/1 115/2
   120/1 120/8 129/25 130/16
   130/18 131/23 131/24 133/4
   144/7 149/14 156/1 157/12
   157/25 163/20
**maybe [8]**   3/20 97/12 98/4
   107/9 126/14 135/15 160/8
   160/8
**McDonalds [1]**   38/23
**me [123]**   3/3 3/9 3/17 3/22
   3/22 3/23 3/25 5/10 5/15 6/7
   6/16 6/20 7/10 7/12 9/14
   10/20 12/1 12/15 13/3 16/20
   17/6 17/23 17/25 18/4 18/16
   18/16 23/11 26/11 26/17 27/3
   27/11 27/13 27/19 28/12 32/8
   32/22 33/5 33/17 34/10 35/5
   37/6 37/13 39/8 40/11 43/9
   43/25 44/17 46/5 47/3 47/23
   48/1 48/4 48/21 51/24 51/25
   55/7 56/14 57/1 58/2 58/11
   59/3 64/17 66/9 71/10 73/14
   81/18 84/12 86/4 86/15 86/16
   90/1 91/4 100/7 104/25 107/3

107/10 108/9 109/18 109/24
   109/24 110/25 114/13 114/13
   118/23 120/3 121/5 123/8
   124/2 126/16 126/20 129/1
   129/22 129/23 130/7 130/11
   133/2 135/21 137/14 141/6
   141/14 141/20 144/4 144/16
   145/21 147/19 149/23 150/6
   152/6 152/12 153/5 153/24
   154/20 156/5 156/13 156/15
   157/16 157/20 157/21 158/14
   158/15 160/20 161/23 163/7
**mean [13]**   10/1 25/9 64/25
   78/9 78/9 83/5 86/1 102/16
   111/8 117/21 118/1 128/2
   132/19
**meaning [12]**   28/14 85/18
   85/21 85/22 85/23 102/6
   103/4 103/9 104/5 108/8
   108/23 108/24
**meaningful [1]**   139/14
**means [14]**   51/15 85/11 90/20
   91/7 92/25 94/8 94/12 94/22
   102/12 102/17 102/18 108/4
   114/3 127/2
**meant [2]**   43/9 91/6
**meantime [1]**   109/16
**measured [2]**   130/21 130/21
**mechanism [1]**   130/4
**mechanisms [2]**   96/23 129/25
**media [7]**   88/16 89/7 92/7
   104/8 104/9 104/11 106/12
**mediator [1]**   3/24
**medical [2]**   53/14 159/20
**meet [7]**   40/15 82/21 112/22
   112/23 131/7 162/7 163/1
**meets [1]**   69/22
**mention [1]**   125/2
**mentioned [2]**   38/4 158/18
**mere [1]**   26/20
**message [2]**   68/17 68/20
**messages [1]**   62/25
**messed [1]**   93/5
**Mestre [6]**   1/23 3/13 4/14
   6/24 8/18 63/17
**met [4]**   83/8 88/6 112/20
   160/25
**method [1]**   152/1
**Miami [2]**   1/17 1/20
**microphone [1]**   50/21
**mid [1]**   114/11
**middle [6]**   17/10 17/10 41/6
   89/13 106/23 137/10
**might [7]**   7/5 11/15 25/17
   77/14 84/10 141/22 151/18
**million [4]**   21/7 69/6 103/20
   122/20
**millions [1]**   58/17
**mind [1]**   135/9
**mined [2]**   149/15 151/19
**minimal [1]**   82/8
**minimize [1]**   6/5
**minimum [4]**   4/9 56/12 95/14
   113/8
**minute [1]**   89/1
**minutes [5]**   41/1 110/15
   111/8 137/1 161/22
**misinterpreting [1]**   93/3

**misleading [1]**   146/5
**misrepresentation [1]**   146/6
**missed [1]**   47/24
**missing [6]**   20/7 21/24 29/14
   59/1 99/2 162/20
**misstating [1]**   79/5
**mistake [1]**   117/5
**mistaken [1]**   6/11
**mocking [3]**   128/20 128/22
   128/22
**moment [12]**   10/15 40/22
   73/14 87/6 89/10 100/18
   128/2 141/19 141/23 141/24
   157/12 157/13
**Monday [9]**   13/1 36/21 52/18
   58/8 76/22 77/22 114/16
   164/21 164/22
**monetize [3]**   149/17 151/5
   151/7
**monetized [2]**   150/13 150/23
**money [19]**   21/4 21/9 28/20
   92/25 93/1 93/5 93/9 93/23
   101/16 101/21 111/22 111/25
   118/14 124/6 125/21 127/24
   143/18 147/4 150/9
**month [9]**   116/13 117/7
   117/13 118/7 118/7 118/8
   118/9 139/22 139/25
**monthly [4]**   83/20 83/24
   91/18 139/25
**months [9]**   25/6 36/24 58/6
   113/20 114/15 117/8 124/19
   142/11 142/25
**more [26]**   10/9 16/15 23/8
   24/13 28/9 56/2 58/8 65/3
   69/2 70/22 75/3 77/7 79/24
   84/2 84/13 93/22 95/21
   104/24 107/11 120/17 120/24
   123/1 136/3 140/16 154/8
   156/5
**Morgan [3]**   133/17 133/19
   134/3
**morning [11]**   3/1 3/5 3/7
   3/10 9/13 9/24 11/23 11/24
   36/22 75/11 143/2
**mortgages [1]**   91/18
**most [4]**   33/5 75/22 97/23
   98/1
**mostly [1]**   33/6
**mother [1]**   88/21
**motion [30]**   8/1 8/5 8/7 9/22
   9/23 10/2 10/4 10/7 13/16
   14/10 14/20 16/1 24/24 25/6
   29/21 37/14 43/18 44/7 46/2
   49/7 50/5 80/2 80/12 87/3
   106/18 107/15 112/20 113/16
   134/14 163/2
**motion relies [1]**   46/2
**motive [1]**   53/7
**motor [1]**   101/7
**motorcycles [1]**   16/14
**move [7]**   10/20 42/8 43/3
   44/22 64/1 151/24 160/20
**moved [2]**   43/19 139/18
**moving [8]**   43/13 48/23 49/9
   79/22 79/25 80/15 82/20
   162/19
**Mr [145]**   3/18 5/19 6/19 6/21

**M**

**Mr... [141]**   8/19 10/11 10/16
11/6 11/6 11/7 11/9 12/16
13/8 15/6 16/5 16/6 17/12
18/12 20/14 24/11 24/17
27/19 31/2 31/11 32/12 33/10
33/14 35/7 35/7 35/17 36/12
36/22 37/10 38/2 40/18 41/10
43/15 44/15 44/24 45/6 45/15
47/7 47/10 47/21 47/23 49/15
50/19 50/23 52/9 54/11 54/15
55/7 55/11 57/16 58/15 60/1
60/22 64/19 65/12 65/24
65/24 66/8 67/17 68/10 68/22
68/22 69/14 69/18 70/7 70/20
71/9 71/12 71/13 71/14 74/12
75/17 75/25 76/4 76/7 76/10
76/23 81/13 83/15 83/23
86/16 86/16 90/11 91/2 91/21
92/3 92/17 92/17 92/21 93/3
94/24 95/2 96/5 97/3 98/12
100/18 103/1 103/4 103/11
105/8 106/10 110/22 110/23
110/25 111/9 112/5 112/17
126/12 126/13 126/14 136/4
137/4 137/16 137/18 137/19
137/24 138/10 141/17 141/17
141/20 142/7 142/14 142/20
144/2 147/19 149/1 152/4
152/8 154/15 154/18 154/19
155/25 157/18 158/18 159/5
159/14 159/20 161/18 163/17
164/15 164/19
**Mrs. [1]**   157/21
**Mrs. Stipes [1]**   157/21
**Ms [34]**   17/13 18/1 25/12
25/20 27/22 28/7 28/11 28/14
28/19 28/21 29/14 29/25 31/4
31/19 32/13 32/16 41/18
41/21 41/22 45/12 45/13 46/6
65/18 65/18 65/19 85/12
89/16 89/23 89/25 123/9
123/14 123/20 143/18 144/3
**Ms. [6]**   12/3 18/4 19/25
30/19 45/2 119/13
**Ms. Ang [3]**   12/3 18/4 19/25
**Ms. Ang's [3]**   30/19 45/2
119/13
**much [13]**   9/11 11/11 15/19
17/10 24/7 68/16 86/18
116/24 117/12 152/2 158/13
159/25 165/3
**multi [1]**   123/4
**multi-thousand [1]**   123/4
**multiple [1]**   118/17
**museum [1]**   135/6
**must [3]**   51/20 104/18 155/22
**mutual [4]**   27/16 87/14 122/9
144/7
**my [104]**   3/18 5/2 5/5 7/10
7/13 7/17 8/13 16/7 18/13
18/15 25/18 25/22 25/25 26/2
26/25 27/7 28/22 28/23 29/1
30/8 30/22 34/4 42/4 46/22
53/12 54/16 55/4 55/14 58/13
58/15 62/2 70/1 70/10 71/2
74/23 76/11 76/21 76/24

79/23 80/19 82/19 83/9 86/9
87/7 88/5 88/21 91/7 95/1
95/7 97/4 99/13 99/13 99/16
99/21 100/4 100/8 100/9
100/10 101/1 102/3 105/22
108/2 108/3 108/4 108/14
108/22 112/7 114/12 115/9
117/13 118/23 120/2 120/12
120/22 121/1 123/8 123/23
123/25 124/4 124/12 124/17
124/24 126/23 131/18 133/15
133/15 133/16 135/2 135/21
136/7 136/25 139/5 139/13
140/7 141/12 143/22 146/16
147/8 149/17 150/6 150/16
151/6 159/24 164/24
**myself [4]**   26/22 26/22 71/18
108/5

**N**

**N-A-T [1]**   91/12
**name [12]**   20/21 20/22 20/23
20/25 29/19 31/12 91/19
100/19 117/24 119/12 119/13
134/2
**named [1]**   158/2
**names [4]**   20/24 89/14 90/15
126/3
**Nat [1]**   91/12
**natural [2]**   93/11 93/22
**nature [4]**   35/12 45/9 79/1
106/11
**nChain [1]**   81/21
**nChain's [1]**   82/9
**necessarily [3]**   6/17 98/13
102/3
**necessary [9]**   14/11 27/18
66/14 67/16 84/17 101/2
113/11 122/10 141/10
**need [56]**   4/8 8/17 8/20 8/21
8/22 9/6 10/12 10/18 11/21
13/19 14/21 17/1 20/19 25/21
30/22 31/8 32/21 33/12 34/5
34/8 34/12 34/16 34/18 34/21
34/25 35/16 44/16 56/5 58/1
67/14 68/21 71/18 74/6 82/22
97/12 106/23 107/2 115/10
123/15 123/16 127/5 130/5
137/5 137/8 138/1 141/5
144/19 146/18 156/24 157/16
159/24 162/4 162/4 163/2
164/10 165/2
**needed [2]**   9/10 154/7
**needle [1]**   14/8
**Needless [1]**   137/17
**needs [8]**   14/14 25/12 35/13
36/16 78/16 129/20 130/3
160/9
**negate [1]**   104/23
**neither [3]**   32/4 87/1 99/1
**net [11]**   99/15 99/19 152/1
152/6 152/10 152/11 152/17
152/18 152/22 152/24 154/6
**networks [2]**   127/12 145/10
**never [9]**   30/3 32/8 89/17
108/3 108/10 120/2 125/1
125/18 135/24
**new [27]**   19/16 19/17 60/8

76/8 76/9 76/10 76/13 76/17
77/6 77/21 77/21 80/1 80/24
84/25 85/4 85/7 85/24 91/3
91/22 92/1 94/25 95/11 99/15
109/9 134/17 143/4 152/22
**next [21]**   43/9 49/1 54/21
56/21 56/22 60/25 61/11
62/10 62/20 63/16 63/18 64/9
65/16 82/11 83/16 89/13
117/11 118/7 118/8 123/8
124/9
**nicer [1]**   128/15
**night [1]**   71/16
**nine [1]**   164/23
**ninth [1]**   116/21
**no [140]**   1/3 5/7 5/8 5/14
5/22 6/23 9/9 10/2 12/9 13/9
17/8 17/19 17/20 17/20 17/21
20/18 21/16 21/17 21/20
22/21 23/1 23/3 23/4 23/25
28/8 29/1 30/1 30/14 31/3
31/15 31/21 32/6 32/11 34/3
36/18 36/20 36/22 37/9 40/19
41/14 42/18 44/11 50/15
50/16 50/16 51/5 56/8 58/12
60/3 63/8 63/23 64/6 64/20
65/6 65/9 68/11 73/4 73/21
74/15 77/9 82/14 84/22 86/2
86/5 86/7 86/11 89/8 89/8
90/4 92/20 92/22 93/14 93/23
93/25 95/18 96/1 96/2 98/15
98/16 99/9 100/7 101/17
102/3 102/18 102/23 104/13
104/14 110/9 110/11 111/9
111/10 113/1 113/7 113/10
116/2 116/4 120/18 121/16
121/17 121/17 121/22 123/5
123/5 125/2 125/19 126/14
126/21 127/17 130/24 132/21
134/2 135/2 135/6 135/6
135/10 138/14 138/14 141/16
141/25 143/19 147/24 149/12
149/22 150/17 151/1 154/2
158/17 158/25 159/3 159/7
159/11 159/18 160/4 160/8
160/11 160/13 160/16 160/17
160/17 160/23
**no-good [1]**   89/8
**nobody [3]**   88/12 90/16
157/15
**nodding [1]**   33/14
**nominal [2]**   22/23 99/9
**non [5]**   51/24 122/18 141/12
153/8 159/8
**non-appealed [1]**   122/18
**non-appearance [1]**   159/8
**non-compliance [1]**   141/12
**non-expert [1]**   51/24
**non-taxable [1]**   153/8
**none [13]**   17/14 21/23 85/21
85/22 85/23 91/17 98/19
112/1 112/3 120/7 120/14
125/22 154/1
**Nonetheless [1]**   79/19
**nonexclusive [1]**   51/22
**nonexistence [2]**   109/10
109/12
**nonresponsive [1]**   33/6

**N**

**Nope [1]**  65/17
**nose [1]**  129/21
**not [332]**
**not just [1]**  104/20
**not to [1]**  112/8
**note [6]**  64/22 80/20 87/20
  109/23 114/25 152/4
**notebook [2]**  39/6 115/16
**noted [1]**  47/5
**notes [2]**  33/10 141/22
**nothing [12]**  10/4 27/20 90/9
  95/8 109/12 113/4 120/19
  121/19 135/2 155/10 160/19
  161/3
**notice [35]**  14/15 14/20
  14/24 15/3 15/11 15/15 16/2
  16/2 33/23 34/3 34/23 35/2
  40/3 40/4 49/7 50/5 57/13
  59/2 59/13 61/5 67/19 67/19
  73/16 90/18 96/14 96/17
  97/16 113/12 113/22 114/17
  134/12 136/23 138/21 139/1
  162/12
**notified [1]**  137/1
**notify [1]**  9/16
**notwithstanding [1]**  132/16
**November [1]**  67/2
**November 15 [1]**  67/2
**now [77]**  8/6 14/18 14/19
  17/17 19/6 22/25 24/15 24/17
  24/18 24/24 29/11 33/6 33/24
  45/6 51/4 53/11 53/22 54/4
  54/13 57/17 58/11 58/24
  59/11 60/17 61/2 62/7 62/14
  62/21 63/22 64/24 66/20 68/5
  68/24 69/4 69/22 71/1 74/18
  76/21 78/2 80/11 80/23 83/15
  84/24 86/1 87/6 87/7 87/20
  89/12 89/22 92/16 97/5
  100/12 101/22 102/1 108/17
  112/5 112/12 114/16 117/20
  122/17 124/20 125/4 127/19
  128/18 130/16 137/25 138/4
  140/3 142/6 144/11 145/8
  148/4 149/25 150/24 151/20
  163/10 165/1
**nowadays [1]**  81/17
**nowhere [1]**  122/25
**number [38]**  22/16 23/15
  42/13 42/22 45/6 49/1 53/23
  53/23 53/25 54/1 56/15 61/1
  74/22 79/16 81/18 85/1 85/1
  85/6 98/18 98/19 104/5 104/5
  107/24 108/1 112/25 132/12
  133/16 133/18 133/20 134/23
  140/14 144/24 147/17 147/19
  148/25 156/22 158/18 163/3
**numbers [8]**  17/8 36/5 37/19
  37/19 81/15 92/4 99/1 118/9
**numerous [1]**  80/19

**O**

**o'clock [1]**  110/22
**oath [5]**  102/22 104/12
  104/14 112/11 123/20
**object [13]**  32/15 33/20 37/7

37/11 40/14 40/17 45/13 52/22
53/10 66/9 66/13 69/9 69/19
**objected [2]**  71/2 76/14
**objection [79]**  11/18 40/18
  40/19 42/4 42/10 42/15 42/18
  42/19 43/5 44/11 44/12 45/5
  45/8 45/22 46/7 46/12 47/5
  47/14 47/15 47/17 47/18
  49/12 50/18 51/19 52/5 52/21
  53/11 53/12 53/21 55/3 55/17
  56/3 56/17 56/25 57/2 57/7
  60/16 61/3 61/16 61/22 62/6
  62/7 62/16 62/18 63/7 63/13
  63/22 63/24 64/4 64/6 64/7
  64/21 65/7 65/10 65/14 66/3
  66/8 66/16 67/4 67/5 67/19
  67/23 68/22 69/21 69/25
  72/11 72/14 72/24 73/4 73/5
  73/12 73/21 73/23 74/4 74/8
  102/9 106/13 119/19 137/25
**objections [8]**  39/18 39/20
  39/21 56/6 61/4 61/6 63/9
  142/23
**objects [1]**  42/1
**obligated [1]**  30/12
**obligates [1]**  95/9
**obligation [4]**  12/3 87/4
  87/15 89/25
**observation [1]**  76/11
**observed [1]**  49/20
**observing [1]**  110/23
**obstruct [2]**  140/17 140/18
**obstructing [1]**  135/19
**obstruction [1]**  141/1
**obtain [3]**  60/2 64/24 94/16
**obtained [4]**  60/3 62/3 94/8
  94/12
**obtaining [1]**  141/10
**obviously [10]**  5/6 31/12
  33/8 46/8 77/22 79/5 81/10
  118/11 122/14 123/18
**occur [1]**  79/1
**occurred [3]**  4/7 58/18 77/5
**occurrence [1]**  156/3
**odd [2]**  90/18 126/22
**oddly [1]**  27/4
**of net [1]**  152/10
**of where [1]**  94/6
**off [6]**  12/17 94/7 116/25
  117/22 137/2 141/12
**offer [8]**  26/20 39/17 41/25
  52/11 60/16 70/11 70/13
  105/5
**offered [3]**  53/18 70/15
  120/4
**offering [2]**  63/3 70/11
**offhand [1]**  99/20
**office [1]**  123/2
**Official [2]**  2/9 165/12
**oh [4]**  94/7 94/21 95/6 101/2
**okay [52]**  4/18 9/14 9/25
  10/10 12/15 18/4 18/8 18/20
  18/21 18/23 19/9 20/8 21/5
  21/11 22/1 24/6 24/16 30/13
  31/2 32/19 32/22 36/13 40/7
  42/11 45/8 51/7 51/18 52/13
  62/5 64/11 65/20 71/18 74/7
  78/2 94/9 95/19 97/9 111/5

112/22 116/14 117/19 118/23
121/23 122/13 126/19 127/9
133/12 137/24 138/23 139/16
141/7 142/24
**OKEX [5]**  120/5 120/13 121/4
  126/2 148/6
**OKEX and [1]**  120/13
**old [2]**  24/21 161/19
**older [1]**  65/4
**omission [11]**  76/23 82/2
  82/2 82/5 84/1 86/2 87/9
  91/8 91/25 94/15 98/20
**omissions [5]**  29/8 81/4 84/7
  87/10 105/24
**once [7]**  39/21 56/18 70/10
  100/19 105/3 128/3 158/1
**one [134]**  3/18 8/3 8/11
  10/15 14/1 14/2 14/3 18/7
  19/1 19/4 22/16 22/17 22/20
  22/25 23/12 23/12 25/15 29/8
  30/9 31/3 31/15 33/4 33/9
  39/24 41/10 43/22 43/22
  44/18 45/15 49/9 50/16 50/16
  52/10 52/16 54/1 56/22 60/5
  60/25 61/1 61/11 62/10 67/1
  68/5 69/2 70/22 73/14 78/4
  78/12 79/23 82/8 83/3 84/18
  84/21 84/23 84/24 86/20 87/2
  87/22 88/1 88/9 88/22 90/19
  90/23 92/15 93/23 95/22 96/1
  101/14 101/18 101/19 101/19
  101/19 102/3 104/25 105/12
  106/16 106/22 107/2 107/25
  109/23 111/9 111/10 112/25
  113/24 114/12 115/14 115/21
  116/20 117/23 118/7 118/9
  118/10 118/10 120/8 122/10
  123/1 124/7 125/15 127/21
  130/12 131/13 132/11 133/9
  134/6 134/10 134/17 134/21
  136/3 136/12 136/18 136/24
  139/11 140/13 140/23 141/19
  142/18 142/19 142/21 143/14
  147/10 148/24 156/22 157/14
  158/10 160/11 161/6 161/6
  161/7 163/7 163/8 163/13
  163/20 164/10 164/15
**one's [1]**  13/14
**one-page [2]**  61/1 125/15
**ones [2]**  75/15 88/16
**ongoing [1]**  33/12
**online [1]**  116/16
**only [30]**  4/15 12/7 24/14
  27/20 28/7 28/23 39/8 41/8
  41/16 41/19 67/13 76/7 76/17
  77/20 78/12 84/7 85/24 97/14
  109/23 128/8 130/21 133/8
  135/6 151/18 152/23 153/20
  155/14 160/10 160/21 161/6
**open [4]**  4/10 18/3 38/3
  163/13
**opened [1]**  120/11
**operate [1]**  38/16
**operating [1]**  129/4
**operational [1]**  37/12
**operative [1]**  79/19
**opinion [6]**  28/23 31/10
  31/23 31/23 44/24 91/7

**O**

**opinions [1]**   102/23
**opponent [1]**   15/19
**opportunity [17]**   34/6 35/3
67/25 70/9 70/14 86/6 96/14
96/21 97/16 102/14 102/15
106/16 137/7 158/20 158/20
164/2 164/18
**opposing [2]**   25/18 48/8
**opposite [1]**   134/8
**option [1]**   163/17
**oral [1]**   46/4
**order [76]**   4/16 4/20 5/5 5/9
5/19 5/21 5/22 6/3 6/10 6/14
6/15 6/24 6/25 7/9 7/24 7/25
8/2 8/10 8/24 9/2 9/14 9/19
9/21 9/22 9/23 10/3 10/5
10/21 10/24 13/23 14/7 32/25
35/22 37/3 37/12 37/24 40/10
40/13 43/2 43/3 50/11 50/11
51/13 51/17 52/8 52/8 57/9
57/25 58/1 75/9 75/10 75/11
76/12 96/15 97/21 97/22
97/22 98/2 109/3 111/13
111/14 113/8 113/14 113/15
113/16 113/18 113/18 114/4
136/6 138/3 140/21 141/11
143/10 163/7 164/4 164/25
**ordered [3]**   57/20 58/4 73/17
**original [12]**   22/25 34/21
42/9 42/16 44/2 54/7 75/20
77/11 80/12 81/20 84/22
113/16
**originally [4]**   32/24 40/10
85/13 164/17
**other [122]**   6/8 6/9 8/11
10/21 11/12 11/14 12/16 17/5
17/11 18/2 18/4 18/18 19/3
19/12 19/19 20/18 21/9 21/18
22/20 22/21 23/4 23/5 24/4
27/15 27/23 28/4 28/5 28/11
28/18 29/9 35/9 38/3 39/18
39/20 39/23 39/24 40/8 41/5
41/6 41/11 44/18 60/3 61/5
62/13 68/5 69/8 69/16 70/23
71/10 73/4 75/23 77/12 77/13
78/4 78/12 78/12 84/4 85/22
86/1 87/7 91/13 91/13 92/25
94/5 94/18 94/22 96/23 98/12
98/15 98/16 99/3 99/11 102/5
104/13 105/3 106/19 106/25
107/1 112/24 115/22 115/24
116/2 116/4 116/5 122/8
122/11 122/11 123/15 128/15
128/16 129/25 130/4 130/15
131/7 136/24 138/25 139/11
143/24 143/24 144/5 144/6
145/17 148/16 149/18 149/19
150/11 153/4 153/5 153/23
156/16 158/2 158/11 159/11
160/9 160/16 160/16 161/13
162/8 163/13 163/24 164/5
164/18
**others [3]**   90/15 107/9
149/14
**otherwise [2]**   34/8 98/14
**ought [6]**   59/25 81/22 95/14

105/20 131/17 131/19
**our [35]**   3/14 6/9 6/22 23/7
23/7 28/7 31/5 37/22 47/24
50/17 50/17 53/1 57/19 59/2
62/23 67/19 70/7 80/13 97/8
112/20 113/24 114/9 115/10
119/10 123/21 124/4 124/6
124/18 131/13 137/15 139/17
146/16 149/25 160/11 162/3
**ourselves [1]**   78/20
**out [47]**   10/24 18/6 20/14
23/25 24/11 25/22 26/22
31/18 32/20 32/22 33/4 38/22
45/24 49/17 49/22 52/8 57/20
58/22 67/13 76/6 79/18 81/9
82/10 84/25 86/15 90/9 92/2
98/6 105/3 109/3 111/22
112/25 114/2 117/2 119/10
135/18 135/18 143/15 143/15
152/9 153/7 153/9 155/19
157/15 160/5 162/21 164/24
**outdated [1]**   99/8
**outmoded [1]**   99/8
**outright [1]**   122/23
**outset [1]**   80/23
**outside [3]**   46/2 46/24 60/14
**over [22]**   17/5 24/25 25/1
48/16 55/17 57/5 57/6 71/13
92/16 99/24 103/20 106/13
113/13 127/12 143/22 145/4
145/10 145/23 149/5 150/8
153/10 161/11
**overall [3]**   6/1 78/19 142/19
**overcome [1]**   32/6
**overcomes [1]**   38/5
**overlap [1]**   75/15
**overlying [1]**   156/23
**override [1]**   38/8
**overrule [21]**   45/8 46/6
46/12 47/18 51/18 52/5 53/11
53/21 56/17 57/7 60/16 61/6
62/7 62/18 63/9 63/13 66/3
68/24 72/14 73/5 74/7
**overruled [2]**   136/8 137/25
**owe [7]**   21/4 28/20 93/1 93/5
93/9 101/16 116/11
**owed [8]**   21/9 91/18 92/20
92/21 93/5 101/17 101/21
146/8
**owes [3]**   21/7 92/25 93/23
**own [33]**   7/6 17/22 20/25
21/21 23/1 23/5 28/15 40/17
55/23 55/23 92/9 99/13 99/13
100/8 100/14 100/14 100/19
101/6 101/8 101/24 103/3
105/20 108/25 109/1 121/1
121/10 124/6 125/23 127/6
127/7 133/14 135/6 135/12
**owned [6]**   12/13 91/17 91/23
100/9 132/23 133/14
**owner [22]**   100/22 107/19
108/3 108/8 108/12 108/13
108/20 108/23 108/24 110/3
110/10 127/1 127/2 127/4
127/25 145/1 145/8 145/13
145/16 146/20 146/22 147/2
**owners [2]**   128/25 133/24
**ownership [10]**   21/22 59/21

60/9 100/10 104/24 108/12
127/3 133/17 139/6 146/17
**owning [1]**   104/22
**owns [15]**   20/15 59/18 59/20
126/1 126/22 127/3 127/7
131/20 132/21 134/5 134/15
135/2 145/9 145/17 147/3

**P**

**P.A [2]**   2/2 2/5
**p.m [1]**   142/22
**Pacer [1]**   50/8
**page [32]**   17/9 17/11 21/3
22/15 27/14 29/21 31/17 41/6
55/2 61/1 65/23 72/25 80/2
80/12 87/3 93/8 98/8 98/25
100/6 101/9 101/16 106/23
116/21 116/22 122/7 122/12
125/15 126/17 126/20 132/3
140/1 140/2
**pages [13]**   64/16 64/17 64/18
65/22 65/23 67/2 67/3 67/20
73/6 74/3 139/1 164/7 164/9
**paid [3]**   89/23 89/24 152/19
**Paine [1]**   157/24
**PALM [5]**   1/2 1/7 2/3 2/7
2/10
**paper [1]**   44/19
**papers [12]**   30/15 60/10
79/24 79/25 80/16 80/17
80/23 82/13 87/18 87/18
87/21 87/23
**paragraph [38]**   27/15 28/3
28/11 41/5 101/12 107/13
107/15 107/18 119/4 120/1
120/8 120/10 120/15 120/16
120/17 120/20 120/25 121/1
123/22 124/2 124/3 124/9
124/16 124/22 124/22 126/23
127/8 127/10 144/17 144/18
144/25 144/25 146/7 147/22
148/4 148/5 154/21 164/10
**paragraphs [1]**   67/14
**paralegal [1]**   100/5
**paraphrasing [2]**   58/3 145/1
**parenthetical [10]**   17/9
19/10 25/14 25/19 30/18
84/15 84/18 86/14 86/23
144/14
**part [28]**   6/23 6/25 8/17
8/25 9/7 10/20 17/1 33/5
50/22 51/9 62/23 64/9 80/5
94/6 98/2 98/16 104/8 107/14
119/2 132/7 139/20 139/20
140/5 140/6 147/20 154/20
162/9 164/8
**partially [2]**   163/6 163/6
**particular [4]**   35/15 65/1
65/13 67/9
**parties [32]**   3/25 4/5 5/13
5/17 7/2 7/7 7/13 7/14 7/23
8/9 9/22 35/25 38/7 38/16
39/17 40/22 50/1 55/6 55/11
57/8 66/11 70/8 70/17 70/25
76/13 76/15 157/13 163/1
163/1 163/6 163/18 163/19
**parties' [2]**   6/12 31/25
**partly [1]**   46/3

**P**

parts [1]   36/8
party [10]   8/7 15/19 26/15
 26/20 66/1 82/20 103/11
 152/19 159/5 159/5
past [2]   155/15 155/15
patience [1]   158/13
Pauline [2]   2/9 165/12
pause [6]   10/19 26/11 37/13
 87/6 121/23 131/16
pause you [1]   26/11
pay [26]   21/16 82/12 83/11
 85/21 93/24 95/23 96/2 98/7
 98/13 98/13 102/1 102/2
 102/13 111/20 111/20 111/22
 115/24 121/6 121/10 123/3
 143/8 149/17 150/10 150/24
 152/14 153/24
paycheck [3]   115/23 116/1
 116/2
paying [1]   139/22
payment [8]   5/9 22/19 56/1
 95/25 96/1 96/3 98/9 128/13
payments [3]   91/19 95/24
 123/4
pays [4]   116/24 118/7 118/7
 118/8
penalty [1]   122/21
pending [2]   14/13 44/7
people [7]   81/18 88/12 92/25
 93/1 153/16 154/4 160/2
per [2]   82/12 117/10
perceive [1]   102/21
percent [5]   83/3 89/7 89/11
 95/8 150/1
percentage [3]   156/18 158/7
 158/10
percentages [2]   83/2 156/17
perfectly [2]   59/4 59/6
Perhaps [1]   111/24
period [4]   29/13 115/1
 120/18 155/22
perjurious [2]   34/13 34/16
perjury [1]   122/24
permission [7]   4/23 17/16
 50/10 70/23 71/11 110/12
 123/25
permit [2]   145/4 145/23
permits [2]   12/14 48/13
permitted [2]   11/16 106/13
perseverance [1]   134/19
person [4]   88/10 103/8
 104/15 108/14
person's [1]   153/7
personal [22]   1/5 16/15
 18/19 19/3 19/5 21/21 22/21
 31/20 38/13 84/4 98/15 98/17
 99/7 103/3 115/24 116/2
 118/4 122/11 122/14 137/17
 144/5 153/5
personally [6]   38/4 79/9
 91/17 91/23 104/1 106/25
perspective [2]   7/12 131/1
pertinent [1]   65/9
phone [2]   81/18 108/14
photos [1]   88/13
phrase [2]   27/15 28/9

physical [4]   49/16
picayune [1]   124/12
pick [1]   89/6
picky [2]   22/24 131/2
picture [1]   135/3
piece [4]   59/20 135/3 138/9
 143/14
pieces [1]   5/13
Pierce [1]   2/10
pile [1]   44/19
pin [1]   108/18
pitcher [1]   93/12
place [14]   2/2 28/23 30/5
 59/16 77/5 79/10 85/15
 100/11 104/9 122/11 132/15
 138/2 139/24 160/21
places [2]   105/25 134/6
plain [1]   27/3
plainly [3]   35/21 35/21
 83/17
Plaintiff [31]   3/4 3/6 40/17
 41/13 52/7 55/18 56/20 60/18
 61/8 62/9 62/19 63/15 63/25
 64/8 65/15 66/17 68/3 69/1
 72/18 73/9 73/24 74/10 97/17
 103/15 103/19 104/3 106/4
 128/25 142/11 144/19 160/10
Plaintiff's [3]   53/23 79/24
 92/12
Plaintiffs [20]   1/7 1/15
 12/11 15/22 25/1 25/7 29/7
 29/21 48/1 80/3 83/10 88/6
 88/25 89/6 89/9 92/8 94/7
 101/23 154/5 158/6
Plaintiffs' [8]   40/11 48/24
 75/8 87/3 87/17 88/17 104/5
 104/21
planning [1]   15/11
plans [1]   55/7
platform [2]   149/24 151/9
platforms [4]   120/4 122/3
 148/16 148/20
play [1]   151/20
played [1]   140/6
plead [1]   132/9
please [10]   18/12 21/15 71/8
 80/9 96/6 101/25 123/11
 126/11 133/5 156/22
pleasure [1]   62/22
plenty [1]   71/19
plus [1]   83/3
pocket [3]   93/17 150/14
 150/24
point [68]   8/1 16/20 17/6
 18/16 19/4 20/17 22/14 24/10
 25/21 25/22 29/18 30/22 31/6
 34/3 34/4 52/8 70/13 70/16
 71/17 76/7 79/18 80/22 81/8
 84/25 86/9 86/15 91/9 92/2
 93/2 96/20 98/25 99/12 100/8
 100/15 101/8 101/8 103/17
 104/25 106/23 107/16 107/22
 108/19 109/23 115/25 116/3
 119/16 130/7 130/16 130/23
 131/18 137/4 137/5 138/1
 139/2 139/2 139/4 139/5
 139/12 139/13 140/21 142/10
 152/7 152/8 153/1 153/4

pointed [5]   80/6 84/22 92/21
 92/21 156/21
pointing [4]   85/24 87/16
 137/10 160/7
points [1]   86/11
Ponce [1]   1/23
pool [1]   124/4
poor [1]   121/16
portfolio [2]   133/16 133/20
portion [9]   13/20 18/1 18/2
 19/14 28/18 33/5 44/20 65/2
 98/22
portion of [1]   65/2
posed [1]   97/24
position [25]   6/9 6/23 14/6
 18/5 19/5 19/24 21/8 24/6
 24/9 25/20 30/13 33/3 37/22
 83/21 87/12 88/17 90/25
 107/24 115/10 131/14 137/12
 149/2 151/13 161/5 161/8
position is [1]   24/9
positions [2]   18/25 80/18
posses [1]   149/9
possess [1]   149/9
possession [5]   99/23 149/4
 150/8 151/6 161/11
possibilities [1]   153/23
possible [6]   3/21 80/15
 125/21 127/13 150/20 160/3
possibly [2]   11/15 126/9
post [6]   39/22 88/10 89/7
 104/11 116/25 118/11
posts [2]   63/1 104/8
potential [3]   96/12 131/12
 131/23
potentially [1]   161/25
pounds [11]   22/18 98/9
 116/13 117/4 117/5 117/7
 117/10 124/24 125/2 152/23
 154/22
pouring [1]   160/5
power [9]   26/7 27/5 76/25
 78/6 78/17 78/21 78/21 79/6
 79/9
powerful [1]   78/6
practical [1]   114/25
pragmatics [1]   78/24
pre [1]   158/17
pre-conceived [1]   158/17
precise [1]   56/2
precision [1]   87/19
preclude [1]   148/2
precludes [1]   24/13
prefer [2]   7/5 120/3
prefers [1]   47/25
prejudice [1]   67/24
prejudiced [3]   59/19 60/13
 164/11
preliminary [1]   12/16
premise [1]   7/7
premises [1]   9/24
prepare [2]   71/1 106/17
prepared [4]   26/24 30/10
 41/15 82/3
preponderance [2]   83/3
 156/21
presence [1]   159/4

**P**

**present [9]** 18/10 40/25 40/25 41/24 106/3 110/25 144/13 145/17 154/9
**presentation [2]** 70/8 141/21
**presented [16]** 75/16 83/10 106/16 110/5 142/21 143/2 143/3 143/17 143/20 143/23 148/16 150/2 158/6 159/25 160/1 160/23
**presenting [1]** 70/21
**presents [2]** 40/17 88/4
**preserve [2]** 39/19 43/1
**preserved [6]** 42/6 42/6 47/5 47/17 68/2 97/1
**press [2]** 106/3 157/8
**pressure [1]** 8/20
**Presumably [1]** 33/1
**presumption [9]** 159/3 159/4 159/7 159/10 159/23 159/23 160/16 160/25 161/2
**presumption it [1]** 160/16
**pretrial [1]** 156/11
**pretty [5]** 17/10 95/7 141/13 160/1 160/3
**prevailing [1]** 8/7
**prevent [1]** 32/4
**previously [8]** 74/13 99/3 100/9 101/13 102/1 104/15 133/14 162/23
**prima [8]** 40/13 112/18 143/6 143/11 143/19 156/6 160/22 161/2
**primarily [1]** 72/22
**primary [1]** 55/4
**principally [1]** 74/24
**principle [5]** 4/15 6/1 6/2 111/11 158/25
**principles [2]** 75/7 135/14
**print [1]** 49/16
**printed [1]** 55/21
**printout [1]** 116/16
**prior [9]** 30/2 54/12 54/22 61/22 66/5 77/22 89/16 120/12 128/14
**privacy [2]** 38/18 39/20
**private [1]** 145/4
**privilege [1]** 39/20
**privileged [1]** 76/10
**probable [2]** 156/11 156/18
**probably [7]** 55/15 70/12 114/21 119/9 122/17 136/11 138/22
**problem [7]** 13/18 24/23 36/20 36/22 92/11 150/1 152/11
**problematic [1]** 33/6
**problems [4]** 25/15 153/12 158/8 158/11
**procedural [4]** 95/17 96/23 105/12 105/22
**procedure [10]** 39/25 40/8 46/1 46/23 46/23 47/2 81/6 86/21 86/22 130/14
**procedures [1]** 4/22
**proceed [6]** 36/7 38/16 39/5 44/15 80/9 146/7

**proceeding [20]** 35/25 37/8 37/18 60/15 88/18 90/7 119/17 119/18 146/6 156/23
**proceedings [12]** 37/17 46/18 50/1 64/15 67/24 78/23 79/1 128/18 134/20 159/7 159/8 165/9
**proceeds [1]** 93/24
**process [11]** 33/23 48/1 50/25 55/6 62/4 78/3 78/15 78/24 80/25 80/25 162/19
**produce [5]** 51/20 57/4 116/8 131/7 131/14
**produced [13]** 55/19 56/11 57/5 57/11 57/12 57/18 95/13 95/14 95/14 103/15 113/5 115/13 133/9
**production [5]** 56/10 58/17 61/1 63/17 103/6
**productions [1]** 58/18
**productive [1]** 3/20
**professional [1]** 60/1
**proffer [2]** 52/1 53/10
**project [1]** 133/2
**prominent [1]** 62/23
**promised [1]** 124/1
**proof [5]** 95/25 96/1 96/2 107/22 142/20
**proper [4]** 40/8 56/11 68/9 129/23
**properly [2]** 10/25 77/12
**properties [8]** 23/14 55/23 58/9 58/19 58/20 58/25 59/1 60/9
**property [50]** 16/15 21/21 21/22 22/20 37/5 55/21 55/22 55/25 56/1 56/22 56/24 59/6 59/8 59/9 59/16 59/18 59/18 59/20 59/22 60/25 98/10 100/9 100/11 103/3 103/4 104/21 104/22 128/14 129/16 132/14 132/17 132/18 132/19 132/20 132/21 132/23 133/15 133/15 133/17 133/24 134/4 135/2 135/3 135/5 135/11 135/11 135/15 135/15 143/2 151/15
**proponent [1]** 51/20
**proposed [5]** 9/19 9/21 10/3 10/5 162/17
**proposing [2]** 8/23 8/23
**proposition [3]** 100/24 101/3 123/20
**prosecution [1]** 153/3
**prosecutions [2]** 151/22 151/25
**protected [1]** 38/14
**protection [2]** 35/23 128/5
**prove [8]** 34/19 34/20 58/24 142/10 142/15 148/7 148/12 148/22
**proven [1]** 104/3
**proves [1]** 107/21
**provide [5]** 28/14 111/16 130/3 130/3 139/14
**provided [4]** 29/7 99/14 138/3 138/12
**provides [2]** 38/18 159/3

**public [11]** 37/16 38/5 38/9 38/14 38/25 50/24 55/5 55/10 62/3 94/14 132/15
**publicly [1]** 61/21
**pull [1]** 69/10
**punishable [1]** 89/19
**punitive [1]** 103/21
**purchase [1]** 38/23
**purport [2]** 15/17 52/3
**purports [1]** 72/15
**purpose [12]** 33/21 35/24 45/18 45/21 46/21 53/4 53/18 61/9 82/5 111/12 111/15 123/12
**purposes [10]** 14/11 16/1 39/1 42/12 45/17 54/5 68/21 119/11 130/5 130/20
**pursuant [1]** 66/21
**push [2]** 145/21 160/22
**put [45]** 8/19 9/13 12/11 23/23 24/17 26/17 32/13 32/18 39/13 40/16 40/16 60/20 66/11 67/16 72/23 74/25 79/10 79/13 82/22 84/20 89/18 90/16 90/19 91/7 111/7 111/14 114/1 121/13 121/14 125/22 126/7 127/24 134/21 135/15 136/4 136/12 144/19 156/13 157/3 157/15 157/16 159/11 164/7 164/9 164/25
**puts [6]** 81/13 83/17 85/20 85/21 85/21 85/22
**putting [2]** 58/22 127/25

**Q**

**quarter [1]** 103/20
**question [67]** 5/4 6/7 6/8 6/18 7/1 7/13 8/13 12/1 12/16 15/9 15/16 15/20 18/13 18/15 19/1 20/5 21/25 24/17 25/3 25/4 25/11 25/12 25/15 25/23 26/2 26/23 27/7 29/19 31/1 33/23 58/15 59/14 59/19 59/21 60/10 67/12 68/13 74/15 75/20 82/4 84/7 91/2 91/8 91/20 93/8 94/15 94/18 94/20 95/15 99/7 99/8 105/22 108/9 113/1 131/3 149/21 150/15 150/18 152/10 152/13 152/15 158/6 158/12 158/16 158/16 159/10 161/6
**question I [1]** 150/15
**questioning [1]** 136/25
**questions [6]** 29/18 53/15 53/17 80/6 97/24 130/18
**quibble [1]** 96/2
**quick [2]** 129/15 164/12
**quickly [3]** 32/7 92/16 138/9
**quite [8]** 27/1 28/24 75/6 78/6 108/8 108/18 109/24 130/25
**quote [4]** 6/14 53/4 145/2 145/10
**quoted [3]** 27/20 27/22 30/20

**R**

**R-I-V-E-R-O [1]** 11/22

**R**

**RABIN [8]**  2/1 2/2 3/12 3/18 5/19 6/19 10/12 10/16
**rails [1]**  94/7
**raining [1]**  160/3
**raise [1]**  34/1
**raised [13]**  13/21 20/10 20/15 23/7 29/7 58/21 60/10 75/12 76/5 81/14 109/25 152/8 154/15
**raising [1]**  59/19
**Ramona [5]**  44/25 85/8 99/9 99/17 124/4
**Ramona's [1]**  119/12
**rate [3]**  82/11 98/7 115/23
**rational [1]**  8/10
**rationale [1]**  7/24
**reach [4]**  10/23 41/22 97/12 162/21
**reached [4]**  4/13 7/15 110/6 158/7
**read [19]**  16/7 16/19 27/2 54/24 64/12 67/8 68/19 80/16 97/23 97/25 108/14 110/2 119/20 124/16 131/22 140/5 140/6 144/21 144/23
**reading [5]**  90/21 93/11 93/22 95/25 120/10
**ready [4]**  14/17 26/10 48/3 72/1
**real [17]**  16/14 16/15 21/20 23/5 49/21 90/1 91/16 97/14 100/7 100/8 103/3 129/15 132/19 132/20 133/14 135/10 151/15
**realized [1]**  52/9
**really [18]**  4/2 30/25 31/1 38/21 57/6 58/3 84/2 105/10 106/21 108/13 110/11 112/15 116/15 117/24 141/25 142/10 151/23 164/10
**reason [6]**  20/14 61/7 88/7 89/4 101/21 125/19
**reasonable [3]**  83/3 90/21 153/16
**reasoning [1]**  153/11
**reasons [2]**  18/6 119/9
**rebut [6]**  40/15 86/7 94/2 144/16 160/17 161/4
**rebuttal [3]**  106/9 110/21 159/11
**rebutting [2]**  57/17 58/11
**recall [5]**  57/25 114/11 136/5 136/21 137/20
**recap [1]**  54/6
**receive [1]**  58/24
**receives [1]**  95/24
**receiving [1]**  120/2
**recent [1]**  75/22
**recess [5]**  41/1 41/2 71/5 71/6 110/16
**reclosed [1]**  54/17
**recognition [1]**  151/21
**recognize [1]**  62/6
**recognized [1]**  159/21
**recollection [2]**  95/7 137/17
**recommend [1]**  105/13

**recommendation [2]**  103/25 143/21
**recommendations [1]**  105/14
**record [78]**  6/11 6/13 8/25 8/25 9/4 9/4 9/13 9/20 9/24 13/2 19/13 23/23 35/3 39/16 42/1 42/6 42/11 46/2 46/15 48/11 49/24 50/9 50/10 52/17 54/6 54/17 54/24 55/9 55/22 55/25 56/1 56/23 57/19 60/20 60/22 63/21 64/12 64/23 66/12 66/20 67/8 67/11 67/25 68/10 69/11 69/12 70/16 73/7 74/22 82/14 86/2 86/5 86/7 86/10 92/20 92/22 93/24 93/25 94/14 97/1 101/22 102/22 102/24 110/18 119/17 124/10 131/14 142/4 143/2 143/4 144/22 148/20 157/3 162/19 163/22 164/3 164/25 165/9
**records [7]**  49/24 50/23 50/24 51/10 56/22 132/15 132/22
**redact [1]**  48/14
**redacted [8]**  37/20 39/4 55/6 55/13 162/10 162/16 162/17 163/6
**redaction [1]**  36/9
**redactions [10]**  38/25 39/23 43/4 48/17 48/17 55/11 162/8 162/11 162/18 163/2
**redirect [1]**  67/21
**refer [12]**  39/2 39/3 43/24 65/19 66/12 74/21 74/22 79/17 92/8 98/15 104/21 148/24
**reference [4]**  36/3 41/18 127/8 134/2
**referenced [5]**  43/16 43/19 100/4 125/6 143/7
**references [1]**  55/23
**referral [1]**  96/13
**referred [3]**  39/4 80/20 143/9
**referring [6]**  13/8 41/19 79/15 111/16 130/12 144/15
**refers [5]**  81/15 98/25 143/1 147/18 154/19
**refine [1]**  5/15
**reflect [2]**  40/21 70/16
**refusal [1]**  139/14
**refuses [1]**  130/3
**refusing [1]**  122/21
**refute [1]**  105/4
**regain [4]**  146/9 146/18 147/5 156/25
**regard [1]**  147/16
**regarding [3]**  4/14 21/22 24/4
**registration [2]**  92/3 101/9
**regular [1]**  153/16
**REINHART [1]**  1/13
**related [13]**  18/2 19/14 19/21 22/19 33/5 44/23 58/25 60/25 75/25 94/25 98/10 98/22 98/23
**relates [3]**  28/10 55/4 87/1

**relation [4]**  75/10 76/16 106/2 145/3
**relationship [2]**  60/1 142/4
**relatively [1]**  105/9
**release [1]**  55/10
**released [1]**  38/25
**relevance [6]**  38/24 52/22 52/25 53/10 63/20 69/20
**relevant [8]**  12/14 26/14 33/12 34/8 35/16 53/20 65/9 73/8
**ReliantCo [3]**  119/7 120/2 121/1
**ReliantCo's [1]**  120/4
**relied [3]**  31/13 92/7 148/21
**relief [4]**  25/16 80/5 80/5 146/7
**relies [1]**  46/2
**reluctant [1]**  83/1
**rely [2]**  30/19 74/23
**relying [4]**  57/11 146/15 147/12 157/10
**remain [1]**  163/8
**remains [1]**  163/10
**remedial [6]**  75/21 77/13 77/17 113/8 115/2 140/21
**remedies [1]**  8/3
**remedy [4]**  77/11 115/1 115/2 129/13
**remember [7]**  18/5 53/4 54/22 108/6 140/6 144/11 156/23
**remembering [1]**  111/4
**remind [1]**  78/20
**renew [1]**  53/12
**rent [2]**  100/8 117/17
**renting [1]**  103/4
**reopen [2]**  52/11 70/22
**reorganize [1]**  40/22
**repaired [1]**  29/12
**repay [1]**  93/6
**repeatedly [1]**  50/4
**report [13]**  4/8 12/3 12/7 12/12 54/11 56/23 82/15 85/6 85/15 87/4 106/24 151/10 154/2
**reported [13]**  11/19 85/4 91/13 122/6 130/8 149/6 150/10 150/25 151/8 153/8 155/22 161/10 161/12
**reporter [9]**  2/9 17/4 80/10 80/14 110/22 157/22 157/24 165/12 165/13
**reporters [1]**  157/20
**reporting [2]**  94/22 155/7
**reports [3]**  94/13 148/3 155/7
**representation [4]**  31/14 31/15 145/14 146/19
**representations [1]**  21/22
**representative [1]**  1/5
**represented [3]**  20/12 20/13 145/7
**representing [1]**  152/20
**represents [4]**  11/13 98/9 99/7 132/21
**request [3]**  40/15 65/6 163/16
**requested [2]**  8/3 60/2

**R**

**require [6]**   12/12 30/18
78/15 130/1 130/2 130/2
**required [8]**   32/25 100/13
129/24 130/13 130/22 131/21
131/23 132/1
**requirement [1]**   154/2
**requires [2]**   7/2 130/14
**research [4]**   1/6 3/2 26/19
137/7
**reserve [3]**   74/8 96/4 142/23
**reserved [3]**   103/21 163/14
164/7
**reserving [1]**   72/16
**reset [4]**   9/8 9/9 10/7 10/8
**residence [1]**   100/8
**resident [1]**   85/13
**resolution [2]**   3/21 10/3
**resolve [5]**   7/8 121/22
162/12 162/18 163/9
**resolved [1]**   160/9
**respect [8]**   4/11 4/14 7/1
8/16 14/2 61/5 96/14 130/24
**respects [1]**   45/20
**respond [14]**   45/15 58/13
60/14 68/1 70/14 74/13 105/3
105/6 109/22 137/6 137/8
137/12 163/24 164/18
**responds [1]**   53/16
**response [9]**   7/25 20/18
37/24 58/1 63/2 99/9 100/12
114/12 153/23
**responses [2]**   53/15 97/25
**responsible [1]**   124/5
**responsive [4]**   41/20 97/25
100/13 101/12
**rest [6]**   28/24 30/15 37/21
74/11 106/25 151/17
**restaurants [1]**   118/4
**rests [1]**   48/19
**result [1]**   6/3
**retrospective [1]**   77/11
**return [9]**   35/14 36/2 89/5
92/17 95/22 95/23 116/20
116/23 116/24
**returned [1]**   101/15
**returns [12]**   22/2 22/13
35/18 36/24 95/12 103/14
113/3 115/15 115/18 116/15
116/15 116/15
**reveal [2]**   4/11 22/8
**revealed [5]**   17/14 19/6
19/22 21/10 124/15
**review [4]**   25/7 32/10 56/5
104/19
**reviewed [3]**   58/17 79/23
112/21
**reviewing [1]**   52/9
**reviews [1]**   97/20
**revised [2]**   11/4 11/9
**revisit [2]**   130/4 138/1
**rhetorical [1]**   134/7
**Rhetorically [1]**   132/9
**rider [6]**   22/16 23/18 98/8
98/16 116/3 133/13
**right [89]**   4/12 5/21 7/10
10/20 12/25 13/22 14/19 15/2

16/17 19/19 21/1 22/21 24/15
26/6 26/12 26/17 28/17 29/11
32/22 35/5 36/17 37/16 38/5
38/9 38/14 38/15 38/15 41/3
47/21 48/21 49/15 51/4 58/6
65/17 67/1 68/5 69/16 72/3
74/17 77/19 78/7 78/8 78/11
80/11 86/13 87/5 93/2 95/8
110/17 111/7 113/2 113/6
114/13 114/22 115/5 116/7
117/13 117/16 117/22 119/21
119/22 123/3 124/8 125/7
126/20 126/23 129/22 131/9
131/16 135/4 135/16 136/7
137/21 137/25 138/23 139/12
143/11 148/4 149/25 153/20
155/6 156/6 157/15 159/25
160/2 160/10 163/14 164/7
164/22
**rights [4]**   28/7 43/2 96/22
142/23
**ring [3]**   16/19 107/8 107/9
**rise [1]**   157/10
**risk [1]**   40/9
**RIVERO [50]**   1/22 1/23 3/8
3/12 4/14 6/24 8/18 11/7
11/9 11/22 20/14 24/11 24/18
27/19 33/10 33/14 35/7 35/17
38/2 40/18 42/7 43/15 44/15
45/16 47/21 58/15 60/23
63/17 65/24 67/17 68/22 70/7
70/20 71/13 74/12 74/24
75/17 97/3 98/12 105/8 111/9
112/5 112/17 126/12 126/14
137/16 137/20 141/17 156/1
156/17
**Rivero's [1]**   161/19
**RM [2]**   63/17 64/1
**road [5]**   35/4 55/22 56/24
96/24 115/6
**ROBIN [1]**   2/9
**Roche [1]**   1/15
**role [1]**   140/24
**Ron [1]**   158/2
**ROSENBERG [1]**   2/9
**rounding [1]**   118/8
**rule [29]**   4/10 7/17 8/6
26/12 26/12 26/18 27/2 37/13
39/21 40/6 41/15 45/10 45/25
46/1 46/16 46/22 46/23 46/23
47/3 51/20 53/1 66/21 67/12
86/21 86/22 105/16 111/11
111/16 162/3
**ruled [3]**   28/9 28/13 55/13
**rules [10]**   14/24 26/16 46/17
46/25 47/1 47/2 53/4 81/6
130/14 141/9
**ruling [12]**   36/16 41/24 42/2
43/18 46/8 46/22 47/16 67/18
86/25 123/14 138/1 160/13
**rulings [3]**   40/21 71/2 97/4
**run [1]**   154/11
**running [1]**   158/3
**runs [1]**   85/17
**rural [2]**   100/9 133/14
**rush [1]**   154/12

**S**

**safe [2]**   146/1 146/2
**said [55]**   5/13 9/3 9/4 9/9
10/3 20/15 25/8 28/19 29/5
29/22 29/22 32/7 32/8 32/9
39/22 59/23 59/24 60/12
67/22 68/10 77/1 80/18 81/10
83/24 89/14 89/21 90/4 92/20
94/1 95/21 102/12 106/4
106/20 107/7 107/15 107/18
114/14 114/23 117/7 119/13
126/15 126/21 129/18 134/7
137/6 138/6 143/11 146/24
150/2 152/5 156/14 156/16
158/3 164/16 164/17
**sake [1]**   129/20
**salary [3]**   22/18 126/8
128/13
**sale [2]**   22/19 98/10
**Samantha [1]**   3/6
**same [37]**   6/17 23/11 27/3
28/4 47/15 47/25 57/2 59/1
61/4 61/7 61/22 62/16 64/1
67/5 78/1 78/19 85/12 86/20
86/23 89/22 101/12 106/6
119/19 120/16 120/21 120/24
120/25 132/3 133/20 140/11
142/18 147/15 147/15 148/22
153/5 155/20 158/9
**sanction [11]**   76/19 77/9
79/4 87/11 103/17 103/18
104/2 105/19 131/11 131/19
136/6
**sanctions [35]**   8/2 24/25
25/6 33/13 34/13 75/21 75/23
75/23 76/5 77/10 77/14 77/17
77/18 78/7 78/9 78/14 78/14
80/3 80/12 96/21 103/22
105/15 105/20 113/8 113/11
115/2 115/3 129/5 131/18
136/8 138/3 140/21 140/22
140/24 141/5
**sand [2]**   16/4 121/18
**sat [1]**   111/8
**satisfied [2]**   35/1 52/1
**satisfies [1]**   51/25
**savings [9]**   16/13 23/1 27/17
87/14 91/5 99/12 99/13 102/5
122/9
**saw [2]**   51/18 155/25
**say [91]**   5/25 6/2 6/8 6/9
6/21 7/4 10/4 23/8 23/12
24/11 25/18 29/14 29/16 34/1
38/22 45/18 58/14 59/15 60/7
64/25 70/19 70/20 76/3 77/20
78/2 78/4 78/14 79/14 81/7
82/6 82/8 83/25 84/2 84/6
84/14 84/15 87/1 87/17 90/20
92/9 94/7 95/20 97/24 101/2
101/6 102/16 102/17 104/7
105/6 106/11 106/18 107/1
107/13 107/21 108/19 108/23
109/16 109/20 109/21 109/22
110/24 112/10 113/21 113/24
114/16 121/12 121/20 123/23
128/15 128/25 129/19 130/10
130/12 132/18 134/10 135/8

**S**

**say... [15]**  137/17 139/11
140/4 142/19 144/11 145/24
146/1 146/3 147/4 147/6
147/12 153/6 156/7 157/7
160/6
**say he [1]**  59/15
**say that [1]**  107/13
**saying [35]**  19/6 22/19 25/9
27/14 27/19 28/1 30/8 34/14
36/9 40/9 51/5 53/19 58/16
73/16 80/22 83/6 89/2 91/20
92/13 94/21 128/7 129/19
130/19 142/15 145/6 146/14
146/15 146/16 146/19 146/20
147/10 153/17 155/5 157/8
157/9
**says [95]**  6/5 6/6 6/14 16/16
17/11 21/15 21/20 22/18
22/25 26/12 31/18 46/1 46/23
50/14 51/20 53/6 59/22 81/16
82/11 82/12 82/17 85/25 87/3
88/19 89/2 90/19 91/1 91/2
91/16 91/16 91/16 91/17
91/23 91/24 94/19 94/23
98/25 106/19 107/3 107/4
108/12 108/14 108/20 110/2
110/4 116/1 116/2 116/4
116/22 116/24 120/1 122/7
123/5 123/21 124/16 125/1
125/15 127/7 127/10 132/23
132/24 133/14 134/15 135/2
135/6 135/10 135/12 137/11
139/24 139/25 143/23 144/5
144/6 144/19 144/25 145/1
145/11 145/15 145/22 145/22
145/23 145/25 146/22 146/22
146/25 147/2 147/5 147/5
147/7 147/10 147/12 147/14
148/5 156/24 160/4
**scales [1]**  159/12
**Schiller [1]**  1/19
**SCHNEUR [2]**  1/22 3/9
**school [1]**  38/22
**scientist [3]**  82/11 83/9
121/16
**scope [3]**  11/1 32/20 68/15
**scratch [1]**  108/3
**scratched [1]**  90/9
**screen [2]**  79/11 133/2
**SE [2]**  1/16 1/19
**seal [27]**  11/4 11/11 13/4
13/17 13/22 14/6 14/10 17/3
35/8 35/12 36/14 39/9 39/11
43/18 44/7 73/11 136/22
138/25 162/23 162/24 162/24
162/25 163/5 163/8 163/10
163/10 163/12
**sealed [7]**  12/24 22/4 23/22
35/13 35/16 35/25 36/7
**sealing [5]**  35/6 35/19 37/3
37/14 43/3
**search [4]**  60/25 104/22
104/22 134/4
**seat [1]**  71/7
**second [40]**  9/7 10/20 13/16
13/17 14/3 14/13 20/10 21/3

25/4 26/17 26/22 32/2 32/23 36/16
37/13 40/21 58/5 61/23 70/2
76/24 78/1 78/2 80/9 80/20
82/4 85/15 86/14 93/8 93/16
101/18 105/11 113/10 114/1
114/8 121/23 124/16 131/7
138/19 148/9 156/6 161/24
**section [11]**  18/18 19/16
19/17 21/4 28/24 93/7 98/16
98/23 141/9 143/12 145/21
**sections [2]**  67/9 99/4
**Security [5]**  37/19 84/20
85/12 98/18 99/1
**see [44]**  11/17 16/21 21/13
38/3 48/15 51/14 56/6 61/17
61/23 64/5 68/20 69/8 69/17
70/12 79/16 80/8 80/17 84/6
86/10 87/8 92/9 93/15 93/18
96/18 98/4 100/7 101/8 104/8
107/8 107/10 115/25 116/3
118/6 118/7 123/11 124/22
125/11 126/11 132/25 133/22
149/2 153/8 154/11 159/9
**see if [1]**  70/12
**seeing [1]**  37/11
**seek [5]**  35/23 47/12 64/17
67/3 80/7
**seemingly [1]**  101/18
**seems [12]**  23/15 23/16 26/19
27/13 33/17 34/10 63/21
103/20 104/9 113/9 144/3
153/5
**seen [14]**  33/24 34/24 35/9
40/5 56/9 64/22 67/14 86/3
88/11 100/25 104/3 104/20
122/25 125/6
**self [2]**  51/4 51/9
**sell [5]**  120/6 120/13 149/5
150/19 151/5
**selling [3]**  118/18 121/6
122/15
**send [1]**  114/25
**sense [10]**  23/4 83/18 111/15
112/2 112/3 116/7 125/22
137/4 160/10 160/14
**sensitive [2]**  35/15 36/6
**sent [1]**  14/4
**sentence [3]**  111/15 120/11
143/22
**separate [3]**  32/3 43/12
123/21
**separately [2]**  47/11 109/2
**sequentially [1]**  53/25
**series [3]**  88/1 92/5 92/6
**serious [4]**  50/15 60/5 78/5
88/5
**seriously [2]**  79/7 149/22
**serve [1]**  140/24
**served [7]**  8/1 11/3 35/9
43/11 43/12 79/14 138/24
**service [2]**  12/22 59/8
**set [5]**  17/10 23/16 43/10
43/11 54/16
**sets [1]**  12/22
**setting [1]**  46/25
**settled [1]**  4/15
**settlement [2]**  4/6 4/13
**seven [4]**  31/17 72/20 100/8

116/21
**several [4]**  102/11 104/8
104/20 104/21
**share [2]**  3/23 69/3
**shared [1]**  3/22
**she [25]**  20/15 30/2 32/3
32/18 65/18 65/25 85/10
85/13 85/14 85/25 86/3 90/20
96/24 99/3 123/20 123/20
123/23 136/8 139/21 139/22
139/23 139/25 143/16 143/16
157/23
**sheet [33]**  11/10 11/12 13/5
13/25 23/18 27/17 27/18
39/10 39/14 43/20 44/2 44/4
84/16 84/16 86/17 86/20
87/15 96/12 97/15 98/1 98/4
100/13 100/13 104/19 115/14
115/19 115/20 115/23 120/8
120/14 122/10 122/10 126/24
**shifting [4]**  7/18 7/20 8/8
8/11
**shoe [3]**  111/25 121/13
125/22
**shoot [1]**  52/23
**short [6]**  5/8 41/2 50/7
59/13 110/16 163/25
**shortly [1]**  67/10
**shot [3]**  114/8 114/14 115/5
**should [53]**  9/17 20/23 23/8
33/19 38/14 45/21 45/24
46/11 48/17 48/18 48/24
61/10 66/9 68/10 75/21 75/23
77/6 78/14 79/1 79/9 80/15
81/6 81/19 81/24 81/25 82/10
82/16 89/18 89/19 89/21
90/23 91/7 91/22 100/16
103/17 104/2 104/14 105/15
107/11 112/12 116/14 118/15
122/5 130/7 135/5 158/22
158/23 160/19 161/10 161/12
162/9 163/8 165/1
**shouldn't [2]**  82/18 117/25
**show [35]**  6/10 6/25 7/9 8/2
10/21 13/23 14/7 17/1 17/22
32/18 37/25 40/10 40/13
57/25 58/2 62/13 63/18 63/20
69/8 75/9 80/2 82/17 82/23
96/15 97/21 100/20 111/14
112/22 113/21 123/2 124/2
129/8 131/10 136/18 142/12
**showing [3]**  32/6 40/14
112/18
**shown [1]**  51/3
**shows [7]**  79/6 116/21 132/16
134/5 140/12 161/15 161/16
**shred [4]**  83/10 90/1 90/9
91/9
**side [31]**  8/17 12/16 35/10
37/6 39/2 39/18 41/4 62/13
67/15 69/8 69/17 71/3 77/12
77/13 87/1 94/5 95/1 105/3
138/25 150/19 158/2 158/10
158/11 162/6 163/7 163/8
163/15 163/24 163/25 164/2
164/18
**sides [9]**  7/22 34/5 35/2
39/3 44/9 48/16 70/14 76/13

**S**

**sides... [1]**   162/7
**sign [4]**   7/24 8/10 8/24 9/22
**signature [7]**   50/6 50/16
51/12 51/23 51/25 62/6
165/13
**signed [2]**   62/5 116/17
**signing [1]**   9/14
**silly [1]**   111/6
**similar [6]**   53/2 53/6 53/18
56/22 62/4 127/16
**Similarly [1]**   29/16
**Simple [3]**   120/5 121/4 148/6
**simplify [1]**   43/25
**simply [6]**   44/2 61/21 105/17
137/1 137/11 143/19
**since [15]**   4/9 7/5 26/23
59/12 59/23 62/22 109/25
112/8 119/16 121/6 139/19
142/25 151/24 153/22 163/18
**Singapore [3]**   85/13 133/17
134/3
**single [5]**   57/11 83/10
111/14 127/21 142/20
**sit [3]**   77/8 126/24 164/12
**sitting [3]**   126/2 161/15
161/16
**six [10]**   29/21 49/5 80/2
80/12 87/3 88/1 99/12 116/21
120/23 142/7
**six sworn [1]**   88/1
**skipped [1]**   100/7
**skipping [1]**   143/22
**Slack [3]**   68/7 68/17 92/7
**Slacked [1]**   68/9
**slash [13]**   84/5 84/8 84/10
84/11 85/10 85/11 85/17
85/21 85/22 85/23 89/18
90/19 91/7
**slate [1]**   129/4
**slightly [2]**   106/6 164/6
**slip [1]**   98/13
**slips [1]**   149/20
**slowing [1]**   80/10
**slowly [2]**   4/5 80/13
**small [2]**   5/13 149/5
**smiling [1]**   88/14
**so [174]**
**social [12]**   37/19 84/20
85/12 88/16 89/6 92/7 98/18
99/1 104/8 104/9 104/10
106/11
**sold [6]**   150/9 150/13 150/17
150/18 150/22 151/3
**sole [3]**   115/20 117/1 128/12
**solely [3]**   41/21 41/22
123/17
**some [60]**   3/19 6/19 7/11
8/14 10/9 11/4 11/15 11/15
13/1 13/1 13/6 13/6 13/7
20/23 23/9 23/10 23/23 24/8
24/18 32/17 35/8 36/3 43/9
45/19 47/1 49/6 49/25 50/25
53/9 60/13 71/17 81/8 84/15
86/6 87/21 93/25 94/22
105/19 105/25 108/15 119/7
126/7 128/13 130/4 130/16

131/11 131/22 136/8 139/3
139/11 140/11 142/21 149/18
149/19 150/8 150/11 154/9
162/16 163/16 164/6
**somebody [9]**   66/20 93/17
93/24 108/2 146/2 153/24
160/4 161/24 163/25
**somehow [1]**   32/3
**someone [4]**   25/17 63/1
100/20 101/3
**something [27]**   4/22 13/11
24/25 33/19 34/16 40/5 40/9
63/11 80/4 80/5 82/9 100/7
100/20 101/11 104/23 104/24
108/16 118/2 125/6 129/3
132/17 146/13 149/9 149/16
150/2 154/22 164/1
**sometimes [4]**   75/15 76/8
79/23 116/10
**somewhat [3]**   27/4 36/10
106/10
**somewhere [1]**   150/9
**soon [1]**   126/24
**sooner [1]**   9/16
**sorry [11]**   11/6 19/2 27/12
66/2 86/21 90/5 93/5 118/10
121/1 126/16 133/8
**sort [17]**   12/18 13/7 13/9
50/25 95/17 116/16 119/7
128/13 130/23 131/11 132/25
141/8 149/1 149/19 151/12
151/12 157/14
**sorts [1]**   134/6
**sought [7]**   25/16 78/7 80/3
80/5 80/5 103/19 146/7
**sounds [3]**   66/9 115/8 141/14
**source [12]**   26/14 115/20
116/5 117/1 128/6 128/7
128/8 128/10 128/12 140/12
158/9 158/10
**sources [3]**   21/9 122/11
153/9
**SOUTHERN [2]**   1/1 122/19
**Spanish [1]**   88/21
**speak [1]**   100/18
**specific [6]**   24/23 25/11
39/2 45/23 107/4 164/24
**specifically [7]**   46/17
100/12 101/11 103/21 143/7
143/11 157/2
**specifics [1]**   89/13
**speculation [1]**   119/18
**spend [2]**   34/7 141/5
**spending [3]**   116/13 117/12
117/13
**spoke [1]**   32/7
**spousal [5]**   85/9 143/9
143/12 143/15 144/12
**spouse [8]**   18/2 19/14 19/21
33/5 41/9 85/8 98/22 98/23
**spouse's [1]**   90/19
**stamp [6]**   51/13 51/14 54/24
55/20 56/15 56/23
**stand [2]**   123/20 147/8
**standard [10]**   69/22 82/17
82/19 82/21 83/8 88/6 143/6
156/9 156/13 157/11
**start [12]**   3/3 11/6 48/23

71/16 72/1 79/10 111/4
111/11 126/12 128/3 150/13
163/11
**started [5]**   12/17 58/9 77/24
97/3 136/5
**starting [2]**   20/10 75/6
**starts [2]**   25/14 55/12
**state [8]**   25/24 26/2 27/6
27/7 86/16 86/22 148/3
161/20
**State's [1]**   86/20
**stated [6]**   9/24 29/6 75/11
90/25 91/1 121/3
**statement [79]**   5/15 13/7
13/9 22/16 22/17 22/21 23/2
23/15 25/19 30/19 34/15
35/14 38/20 38/23 51/3 54/7
54/8 54/13 61/14 62/2 62/11
62/12 69/5 70/22 83/11 84/4
85/2 85/6 86/9 86/11 87/22
87/24 88/1 88/9 89/3 91/25
92/23 95/17 95/23 104/12
104/14 104/18 104/22 106/19
107/14 107/23 107/24 108/7
116/8 116/10 119/3 119/4
119/15 119/20 120/25 124/3
124/10 124/17 126/8 126/15
126/15 127/1 127/6 127/14
127/24 143/16 144/12 144/24
145/19 146/15 147/23 148/2
148/6 148/7 148/11 148/25
155/2 155/3 155/21
**statements [60]**   8/24 13/6
14/21 15/4 15/18 15/18 21/17
23/5 23/24 36/2 36/3 36/25
37/20 45/19 47/11 48/24 49/5
50/2 50/2 50/12 50/13 52/3
54/12 54/13 61/22 87/21 88/1
88/2 89/9 89/10 91/14 92/6
92/7 92/22 95/13 99/14 102/4
102/6 102/7 103/7 103/10
106/2 106/12 109/6 109/10
112/11 113/4 116/11 116/12
118/22 119/25 124/18 127/16
129/10 142/11 142/17 143/1
143/24 144/9 157/10
**statements and [1]**   36/25
**STATES [6]**   1/1 1/13 108/6
108/7 122/18 153/4
**stating [2]**   69/6 101/14
**status [3]**   3/24 85/8 100/2
**statute [1]**   105/17
**stay [2]**   10/12 130/8
**step [1]**   151/3
**stepping [1]**   122/16
**steps [1]**   49/23
**stick [1]**   121/18
**still [16]**   9/13 34/2 78/16
80/15 115/2 120/3 120/11
121/2 121/3 135/5 135/23
146/24 156/7 157/6 161/17
162/22
**Stipes [3]**   2/9 157/21 165/12
**stipulate [1]**   22/11
**stipulated [2]**   7/3 7/7
**stocks [5]**   19/23 27/16 87/14
122/9 144/7
**stole [4]**   146/2 146/3 147/4

## S

stole... [1]  147/4
stolen [8]  145/7 145/12
 145/14 145/16 145/25 146/18
 146/23 147/13
stop [3]  18/12 82/16 135/20
story [2]  120/18 160/1
straight [2]  81/11 85/20
straighten [1]  129/21
straightforward [1]  84/13
strange [1]  26/7
strayed [1]  132/8
stream [1]  16/12
Street [1]  1/19
stress [1]  130/5
striking [1]  8/3
structure [2]  12/2 141/4
struggle [2]  127/2 127/4
stub [7]  95/23 96/2 98/13
 102/1 102/2 102/13 111/22
stubs [3]  21/16 111/20
 111/21
stuff [6]  58/10 58/22 76/10
 113/2 129/8 162/23
subcomponent [1]  30/11
subject [12]  5/4 12/13 15/14
 16/2 30/10 39/22 46/10 68/24
 74/15 115/2 122/17 149/24
subjected [1]  32/16
submission [8]  29/25 47/25
 50/6 98/5 98/9 98/20 102/7
 163/17
submit [15]  10/1 50/1 51/1
 59/11 112/23 125/4 125/12
 129/3 129/8 129/11 148/15
 154/7 163/20 163/21 163/21
submitted [31]  15/1 15/4
 15/23 26/15 34/19 36/4 42/9
 42/22 50/17 52/1 75/8 76/14
 76/16 76/17 83/12 89/23
 95/10 103/5 103/8 103/11
 106/12 123/19 124/20 124/20
 125/5 125/5 129/9 132/15
 136/13 138/24 138/24
submitting [1]  45/19
subscription [1]  156/24
subsequent [2]  29/25 30/4
subset [1]  65/13
substance [2]  24/22 96/10
substantially [1]  53/2
subsumed [1]  33/1
subtract [1]  153/7
subtracted [1]  153/9
such [7]  23/25 55/10 94/1
 94/2 120/4 120/6 149/5
sufficient [6]  15/17 51/21
 52/2 105/18 141/9 156/9
sufficiently [1]  51/19
suggest [9]  26/19 35/24 36/7
 81/2 88/4 121/22 128/21
 129/3 133/25
suggested [1]  59/12
suggesting [4]  36/9 93/4
 121/15 155/17
suggestion [1]  86/6
suing [2]  129/1 146/16
Suite [5]  1/16 1/20 1/24 2/3

suits [1]  118/2
summarize [1]  146/5
summary [3]  115/22 116/16
 144/12
summer [1]  3/14
sun [1]  88/22
supplement [8]  49/7 59/2
 67/25 70/14 73/6 74/6 74/13
 98/8
supplement it [1]  74/6
supplemental [14]  13/5 34/25
 42/23 43/7 43/7 43/20 44/4
 96/12 98/3 100/12 102/6
 103/5 115/13 163/16
supplementation [3]  163/22
 164/9 164/15
supplied [2]  48/7 48/8
support [8]  16/12 43/24
 63/11 89/22 123/13 139/22
 139/25 153/18
supported [3]  119/21 119/22
 131/14
suppose [5]  76/23 94/21
 115/3 127/15 150/20
supposed [6]  21/19 58/4
 106/24 132/10 132/17 140/25
sure [47]  5/2 7/16 9/2 15/8
 18/25 34/4 39/9 39/10 42/5
 42/11 44/21 47/24 53/8 56/7
 61/19 61/24 70/5 75/5 75/18
 76/2 76/3 80/13 81/7 86/5
 86/19 90/14 92/9 95/7 96/5
 105/2 112/13 112/14 113/17
 114/4 115/9 121/8 121/24
 125/13 129/7 130/10 130/11
 134/1 137/18 147/16 155/21
 159/16 164/2
surplusage [2]  84/2 101/11
surprise [3]  59/17 60/7
 118/15
surprised [1]  157/19
surprisingly [1]  111/18
surrebuttal [1]  159/17
suspect [1]  55/14
suspenders [2]  49/22 50/8
sustain [2]  69/21 69/25
SV [3]  120/5 120/13 121/4
swat [1]  129/21
swears [1]  123/20
sworn [24]  20/17 23/11 34/15
 50/3 52/3 64/21 86/10 87/22
 87/24 88/1 88/1 88/9 88/15
 88/16 89/2 89/10 106/2 106/7
 106/12 107/23 107/23 125/23
 126/8 129/10
systems [1]  110/6

## T

T's [1]  50/17
T-A-L-L [1]  69/6
table [5]  32/8 32/9 76/22
 157/15 157/16
take [42]  3/17 3/17 5/13
 10/17 14/6 15/3 17/19 32/5
 33/2 45/21 46/10 63/12 67/10
 69/18 70/13 70/24 77/6 77/7
 79/9 81/2 81/25 84/8 85/25

86/1 89/1 92/14 102/20
 104/10 106/13 106/15 110/15
 129/3 130/16 134/12 139/1
 141/23 142/18 144/16 149/21
 154/7 154/12 157/13
taken [6]  18/25 41/2 71/6
 110/16 142/7 159/2
taking [4]  79/6 105/13
 116/25 161/5
tales [1]  38/22
talk [23]  10/9 17/5 21/6
 37/25 80/13 83/7 87/11 87/15
 88/16 89/10 108/2 109/25
 115/12 123/1 125/25 127/19
 142/8 142/14 147/16 156/5
 157/18 157/20 162/5
talked [10]  105/24 105/25
 106/10 107/20 126/12 126/13
 126/14 142/20 144/14 154/16
talking [9]  28/24 79/14
 102/16 106/7 125/17 137/19
 138/15 143/3 164/5
talks [2]  46/17 108/25
Tall [1]  69/6
target [2]  79/22 80/1
tax [37]  13/6 22/2 22/13
 35/14 35/18 36/2 36/4 36/24
 37/18 55/21 55/25 56/1 56/22
 56/23 83/12 85/1 95/12 95/22
 95/22 103/14 113/3 115/15
 115/18 115/21 116/15 116/15
 116/15 116/20 116/23 116/24
 116/25 118/11 151/22 151/25
 153/3 153/21 153/21
taxable [3]  150/19 151/21
 153/8
taxes [1]  116/24
technical [1]  150/16
technically [1]  26/9
telephone [1]  81/15
tell [26]  4/24 17/15 19/7
 22/11 23/9 23/9 23/10 25/8
 29/11 83/7 87/7 88/11 88/13
 90/6 104/7 108/6 112/14
 113/22 113/25 117/20 119/8
 124/7 150/17 152/7 154/19
 163/7
telling [7]  3/22 3/25 22/3
 38/22 108/17 112/12 142/10
tells [5]  110/3 115/19
 115/24 117/20 160/1
ten [8]  9/15 9/17 41/1 137/1
 164/19 164/20 164/20 164/23
tend [1]  38/2
tender [1]  36/13
tendered [2]  5/19 6/1
term [2]  127/2 139/23
terms [2]  82/1 90/7
territory [1]  92/3
testified [1]  59/7
testifies [1]  89/25
testify [4]  18/8 27/10
 158/21 158/24
testifying [2]  18/9 102/23
testimony [46]  11/21 23/11
 26/3 26/15 26/20 30/23 31/10
 33/21 46/4 46/24 51/5 52/17
 53/9 53/13 54/14 64/10 64/21

**T**

**testimony... [29]**  65/1 65/2
64/4 65/12 65/16 65/17 66/4
66/5 66/22 66/25 67/1 67/2
67/7 67/16 72/20 73/2 73/7
88/23 89/23 89/24 90/7 90/10
125/24 149/13 149/15 154/18
155/24 160/24 163/23
**text [1]**  62/25
**textual [1]**  41/16
**than [23]**  6/8 6/9 11/12 14/1
16/16 18/22 28/11 38/4 40/9
60/3 70/23 73/4 77/7 79/25
87/8 91/14 112/24 123/15
128/15 131/7 140/16 141/10
160/16
**thank [29]**  3/15 4/2 10/10
10/14 12/15 12/17 16/5 24/16
45/3 47/6 48/22 54/20 74/20
86/17 93/10 95/6 102/25
103/2 105/7 107/6 111/2
134/14 134/24 152/2 154/25
158/13 159/14 161/22 165/3
**thanking [1]**  91/4
**Thanks [2]**  84/12 141/14
**that [993]**
**that you [1]**  34/2
**that's [14]**  16/3 16/22 49/2
69/16 70/21 71/18 77/6 82/25
115/10 122/10 130/22 132/6
147/5 153/20
**the notice [1]**  57/13
**theft [2]**  145/3 145/22
**their [37]**  18/5 20/11 20/24
25/13 25/20 31/20 34/6 35/3
37/24 39/17 50/10 51/6 54/18
57/8 58/20 60/10 71/1 80/16
87/12 93/17 97/18 101/23
102/23 104/8 105/4 106/5
106/18 107/24 110/13 112/22
113/17 116/8 125/17 144/3
144/5 160/25 164/8
**them [51]**  13/4 15/25 20/3
23/12 29/7 34/21 36/4 39/3
39/17 39/21 43/22 43/23
45/21 45/25 50/14 50/24
55/10 57/1 57/4 59/9 60/8
60/16 60/23 74/22 78/22
78/23 81/2 91/6 92/3 92/4
92/15 99/1 102/6 104/7
104/21 106/13 109/21 110/14
112/14 113/5 114/1 114/1
116/19 123/18 142/8 142/9
142/18 142/21 142/22 149/6
162/21
**theme [1]**  135/2
**themselves [2]**  40/23 89/11
**then [62]**  5/15 12/9 12/13
13/23 15/18 16/14 16/16
25/14 25/20 31/18 37/25 39/3
39/21 40/6 45/2 48/4 51/14
55/2 57/23 57/24 58/6 66/22
70/8 70/16 71/12 75/22 77/1
77/2 77/15 85/20 86/14 86/24
90/21 91/17 97/12 103/25
105/6 105/19 106/9 108/12
109/22 113/9 113/20 113/21

113/25 113/25 114/15 115/4
115/24 116/4 116/24 123/23
130/3 132/24 133/19 147/24
150/3 162/10 163/2 163/24
142/22 165/1
**then it [1]**  16/16
**theory [1]**  33/17
**there [250]**
**there's [3]**  88/21 96/22
160/16
**thereafter [2]**  98/18 101/25
**therefore [8]**  28/25 82/15
82/21 99/4 108/24 143/19
151/6 160/19
**Thereupon [4]**  41/2 71/6
110/16 165/6
**these [62]**  7/4 15/1 15/4
23/9 24/8 24/12 31/19 35/20
47/23 49/4 49/23 49/25 50/23
51/4 51/5 51/9 51/19 51/24
51/25 52/2 55/9 57/12 58/19
58/20 59/5 60/9 62/23 62/25
67/20 79/14 80/3 80/18 80/23
83/2 84/6 86/11 95/21 102/15
112/10 116/17 118/20 121/4
122/3 122/24 123/4 126/2
126/2 127/16 128/18 132/4
133/8 134/20 135/18 135/18
136/21 137/18 142/11 148/16
148/19 148/20 155/13 156/17
**they [247]**
**thing [37]**  22/24 30/4 31/5
32/2 39/8 40/8 44/18 48/22
56/19 58/4 64/23 64/25 76/6
77/20 78/4 78/12 78/12 85/17
89/12 89/13 91/3 101/12
105/12 106/6 106/9 107/2
113/14 115/14 119/6 123/1
124/19 142/19 145/17 147/23
152/24 155/14 164/5
**thing is [1]**  152/24
**things [36]**  23/9 23/10 24/8
33/9 37/18 37/20 40/2 58/9
67/7 71/12 78/10 80/1 80/24
83/2 84/21 87/19 102/12
108/25 110/24 111/8 111/9
111/20 113/3 113/5 122/24
124/12 130/1 131/25 132/4
136/3 136/9 136/12 140/11
140/23 154/14 163/5
**think [196]**
**thinks [1]**  163/7
**third [9]**  22/15 31/25 93/16
98/25 101/9 103/11 115/4
148/24 152/19
**thirds [2]**  83/5 156/8
**this [331]**
**those [53]**  11/2 12/8 12/13
14/21 20/23 30/3 30/7 36/8
36/10 43/21 44/5 44/12 48/10
48/11 48/17 49/9 49/16 49/17
58/25 60/3 61/6 63/9 67/11
67/11 73/22 75/15 75/16
77/21 79/25 81/9 89/9 95/14
95/15 96/25 97/25 98/6 101/5
105/18 105/20 118/8 126/5
131/25 134/6 134/10 136/14
140/11 141/6 142/17 144/9

146/17 149/8 153/9 154/1
**though [9]**  12/23 43/9 83/4
101/5 132/23 141/20 148/13
151/22 164/16
**thought [13]**  7/11 7/11 7/17
25/5 29/21 32/7 56/7 70/10
76/5 106/1 125/4 126/22
143/7
**thoughts [2]**  6/20 16/8
**thousand [1]**  123/4
**thousands [3]**  56/10 124/14
160/7
**thread [1]**  14/8
**three [24]**  30/2 36/24 54/23
58/6 60/3 89/16 98/8 98/25
102/4 102/6 103/9 103/12
113/20 114/15 116/21 117/8
127/23 142/9 142/17 143/1
144/13 152/7 152/8 161/19
**through [34]**  4/3 14/4 17/1
18/16 32/17 43/17 49/21
50/25 55/6 62/4 83/17 83/20
85/17 92/19 92/19 96/11
111/8 111/9 112/2 114/11
118/21 120/13 121/15 126/1
128/9 130/4 132/3 135/9
135/17 139/8 143/12 151/10
160/23 160/24
**throughout [4]**  41/19 62/24
127/16 128/20
**tie [1]**  38/17
**till [2]**  58/6 58/7
**time [64]**  8/14 8/20 8/21
8/22 9/11 9/12 10/17 11/11
24/20 29/13 30/22 34/7 40/25
41/25 53/12 55/10 56/8 57/18
58/9 59/12 60/4 65/16 69/23
70/24 71/1 71/4 71/10 71/19
74/14 76/14 78/2 78/25 79/4
90/6 100/14 101/1 108/2
108/2 110/21 114/8 115/1
116/9 135/23 137/6 137/13
141/5 142/16 142/21 143/10
146/12 152/7 152/8 152/9
152/9 154/8 154/9 154/11
154/12 155/19 155/22 155/23
156/3 163/16 164/14
**times [6]**  26/4 60/3 100/22
102/11 137/6 158/18
**timing [2]**  109/13 154/17
**tinder [1]**  118/2
**title [9]**  59/23 60/25 91/19
100/6 101/6 108/16 108/24
109/1 134/4
**titled [1]**  23/2
**titles [3]**  21/20 24/8 103/3
**to a [1]**  92/8
**to assign [1]**  83/2
**to disclose [1]**  123/16
**to report [1]**  106/24
**to summarize [1]**  146/5
**to/control [1]**  145/4
**today [67]**  4/10 9/18 11/1
30/23 32/21 35/16 45/2 57/11
76/14 77/8 80/1 80/4 80/7
80/18 80/24 82/12 87/20
87/21 87/23 87/24 88/3 89/23
90/5 90/5 90/5 92/21 96/25

## T

**today...** [40]   97/5 106/13 106/16 109/9 109/19 123/9 123/14 129/22 129/23 130/5 130/20 131/1 133/9 134/17 139/4 139/5 142/21 143/1 143/4 143/17 143/20 148/21 149/17 150/2 150/4 150/7 152/9 152/22 154/8 156/1 156/2 157/23 158/24 161/20 162/6 162/7 162/15 163/20 163/21 164/11
**today that** [1]   80/7
**today's** [5]   42/12 45/4 60/14 67/24 87/25
**together** [3]   3/9 87/5 157/25
**tokens** [4]   110/6 127/7 127/11 145/9
**told** [18]   28/12 32/13 80/16 80/22 88/11 88/25 89/4 100/4 112/17 114/1 114/19 124/1 124/11 134/9 144/17 144/18 160/11 161/6
**tolerated** [1]   141/1
**Tomorrow** [1]   78/8
**tonight** [1]   71/16
**too** [8]   3/14 24/2 32/7 97/25 113/25 118/9 136/18 141/14
**took** [6]   19/4 25/7 49/23 89/23 125/21 137/2
**top** [5]   39/14 81/3 93/8 141/12 160/4
**topic** [1]   123/9
**tortious** [1]   146/8
**torture** [1]   50/25
**touch** [3]   114/6 114/7 138/9
**touched** [1]   98/12
**track** [1]   90/11
**trade** [5]   120/2 121/5 149/5 151/5 151/7
**traded** [1]   120/20
**trades** [1]   151/9
**trading** [12]   17/13 17/20 107/19 118/17 119/8 121/9 121/17 122/22 132/4 138/7 139/7 161/15
**transactions** [4]   16/15 38/20 39/2 155/15
**transactions that** [1]   39/2
**transcript** [6]   64/16 65/6 74/2 90/15 164/10 165/8
**transcripts** [1]   164/6
**transfer** [2]   63/21 128/14
**transferred** [14]   91/17 100/10 100/22 101/10 101/13 101/14 120/22 120/23 127/21 132/23 132/24 133/16 133/18 135/12
**treat** [5]   31/20 44/2 44/3 44/8 45/4
**trial** [26]   46/25 52/19 53/13 54/13 54/14 59/7 62/23 62/24 64/10 64/14 65/16 66/22 66/24 67/1 67/6 68/8 72/20 73/1 88/18 94/9 94/10 128/20 140/5 140/6 159/20 163/3
**trials** [1]   153/21
**tried** [2]   .../23 157/24
**trivial** [1]   103/17
**trouble** [1]   135/24
**true** [11]   31/16 59/2 100/2 112/14 112/22 117/25 118/1 123/7 124/2 128/8 128/15
**truly** [1]   104/4
**truncate** [1]   110/24
**trust** [28]   54/23 91/24 96/23 100/21 100/23 100/25 101/4 101/4 101/10 109/5 109/6 109/7 109/10 109/11 109/12 109/25 110/4 127/19 127/20 127/21 127/22 127/25 127/25 128/1 128/3 128/5 137/16 137/19
**trustee** [2]   100/23 108/15
**truth** [3]   45/20 84/21 104/9
**truthful** [1]   85/2
**try** [19]   5/12 7/14 15/25 29/17 32/5 33/18 34/19 34/20 40/5 43/25 66/25 69/24 70/16 74/21 114/9 117/6 139/15 143/8 154/8
**trying** [19]   6/2 8/19 18/14 18/14 24/10 24/14 32/20 69/10 69/14 93/19 100/20 117/21 126/23 131/10 132/10 136/7 146/5 149/21 154/12
**TTL** [16]   110/9 110/9 127/1 144/16 144/24 145/1 145/2 145/7 145/12 145/17 145/20 146/9 146/17 147/11 147/12 156/22
**TTL's** [3]   127/10 145/4 147/12
**Tuesday** [3]   13/2 36/21 58/8
**Tulip** [7]   54/23 107/19 109/25 110/4 127/19 127/20 127/21
**tuned** [1]   150/23
**turn** [11]   11/7 41/3 42/21 48/21 71/12 74/18 89/6 92/16 109/19 110/25 126/24
**turned** [1]   161/9
**turns** [2]   76/6 143/15
**Tweet** [2]   72/6 72/15
**Tweeting** [2]   68/8 128/20
**twitter** [11]   63/1 68/6 68/11 88/10 88/10 88/12 92/6 134/8 134/10 134/11
**two** [52]   3/17 12/22 12/22 13/19 16/14 18/5 18/25 22/13 22/24 31/15 36/24 40/2 40/21 40/22 52/16 56/21 60/3 75/15 83/5 87/8 87/10 98/16 101/16 103/14 105/11 106/15 108/1 109/13 115/25 116/3 116/20 122/11 124/8 131/15 132/12 134/25 136/3 136/3 140/13 140/14 140/23 144/9 148/23 149/20 153/12 156/8 156/21 162/15 163/18 163/19 164/16 164/17
**two's** [1]   13/14
**two-thirds** [2]   83/5 156/8
**type** [1]   24/1
**typically** [1]   100/23

## U

**U.K** [21]   11/5 11/13 11/17 11/20 11/21 12/14 13/6 27/6 27/21 27/24 28/7 50/11 62/4 84/23 85/13 87/23 100/5 108/7 110/7 116/24 121/7
**U.S** [3]   32/5 99/19 99/22
**U.S.A** [1]   85/5
**U.S.dollars** [1]   101/19
**UFX** [1]   120/12
**ultimate** [1]   15/20
**ultimately** [2]   94/11 101/5
**umbrellas** [1]   160/2
**unbroken** [1]   129/2
**uncertainty** [1]   31/22
**unclear** [6]   4/19 12/1 39/8 46/19 108/8 162/22
**under** [53]   7/17 7/20 8/6 11/4 11/11 11/16 12/2 13/4 13/22 14/6 17/2 19/13 26/16 28/7 31/24 32/5 35/8 35/12 35/22 36/14 39/9 39/11 45/10 45/25 51/9 64/1 73/11 76/19 98/23 99/17 99/22 102/22 104/12 104/14 104/19 112/11 113/14 119/12 122/21 123/20 136/22 138/25 161/13 162/3 162/23 162/23 162/24 162/25 163/5 163/8 163/10 163/10 163/12
**underlying** [1]   94/15
**underscore** [3]   55/1 56/16 56/23
**understand** [50]   5/6 7/21 8/22 11/10 11/14 24/6 25/10 25/18 27/19 30/13 32/19 37/18 38/19 40/7 43/6 43/17 45/22 46/25 47/1 47/6 56/9 67/18 67/22 68/12 70/5 71/20 83/15 83/23 85/18 87/15 97/1 102/20 108/3 108/13 130/23 131/2 132/2 143/8 143/10 147/1 147/9 149/16 150/4 152/15 153/11 155/16 157/5 161/5 161/18 161/21
**understanding** [13]   3/19 25/22 25/25 26/2 27/1 27/7 50/18 53/13 54/15 58/23 82/19 99/7 139/17
**understood** [6]   6/19 70/18 82/12 93/3 100/3 132/13
**Undoubtedly** [1]   17/12
**unfearing** [1]   88/17
**unfiled** [1]   54/9
**unfortunately** [2]   17/8 55/20
**union** [1]   102/5
**unique** [2]   36/4 85/1
**UNITED** [8]   1/1 1/13 97/6 106/20 108/6 108/7 122/18 153/4
**universe** [1]   131/22
**unless** [6]   10/11 15/13 35/25 122/23 125/20 129/12
**unredacted** [1]   162/17
**unreliable** [1]   106/11
**unseal** [3]   14/10 163/2 163/4
**unsealed** [1]   163/6

**U**

**unsigned [1]**   125/15
**unsurprisingly [1]**   111/14
**unsworn [5]**   88/2 88/9 104/10
106/3 106/8
**until [10]**   53/9 55/10 60/2
71/5 76/22 80/18 87/24 88/2
108/10 129/12
**untrue [3]**   32/1 112/4 127/13
**up [41]**   3/17 3/17 4/23 9/7
11/2 12/23 18/4 33/14 33/24
34/19 34/20 34/25 47/23
57/19 69/10 79/11 79/13 80/1
86/4 86/9 87/7 87/21 87/24
93/5 105/8 113/15 114/22
115/11 115/16 123/2 126/24
129/8 129/21 132/25 137/14
139/24 140/12 156/17 160/19
163/19 164/1
**uphill [1]**   158/3
**upon [9]**   4/16 11/13 24/12
27/21 97/6 105/20 136/8
153/17 162/11
**us [26]**   4/24 17/4 32/24 44/1
48/13 50/12 57/12 61/20 70/7
72/19 80/22 90/6 104/6
113/22 114/16 114/18 117/11
117/20 117/20 121/15 121/15
124/5 124/7 124/20 135/1
137/15
**use [17]**   14/7 15/25 34/24
40/5 48/24 50/21 52/24 53/9
76/25 89/9 90/6 120/3 120/6
120/12 124/4 140/15 150/24
**used [9]**   37/17 41/19 109/6
110/7 111/17 112/19 120/2
121/5 152/13
**uses [1]**   88/22
**using [6]**   55/8 70/9 126/7
127/17 128/3 158/9

**V**

**vacation [1]**   104/10
**Val [1]**   72/4
**valid [1]**   92/15
**value [5]**   89/7 101/18 101/20
158/9 158/10
**variance [1]**   80/18
**varying [1]**   100/22
**vast [1]**   139/18
**vehicle [2]**   101/10 101/15
**vehicles [6]**   16/14 91/23
92/1 101/7 101/9 151/15
**verb [1]**   68/9
**verdict [1]**   89/5
**verification [1]**   101/24
**verified [1]**   148/14
**version [4]**   55/5 55/7 75/22
114/24
**versus [12]**   3/2 25/5 87/25
88/9 92/12 92/13 104/12
106/5 106/7 145/18 157/8
157/9
**very [38]**   7/12 14/3 16/18
24/24 35/20 36/12 45/23
50/19 54/6 55/6 59/1 59/3
60/5 60/10 68/16 74/12 74/22

76/8 78/5 78/7 78/18 79/13
82/9 88/5 94/21 98/24 109/2
122/20 142/3 142/4 146/4
149/21 153/23 158/2 159/2
161/22 161/23 165/3
**very great [1]**   78/18
**video [1]**   102/15
**view [14]**   75/24 76/7 76/21
76/24 77/7 79/23 87/7 88/5
92/13 95/24 122/5 140/17
151/6 158/17
**views [1]**   157/16
**violate [1]**   97/6
**violated [1]**   97/23
**violation [1]**   154/6
**violations [1]**   105/15
**voice [1]**   76/9

**W**

**wad [1]**   123/3
**wages [1]**   111/23
**wait [2]**   105/5 113/20
**waited [2]**   58/6 114/15
**waive [1]**   67/19
**Wales [1]**   61/15
**walk [4]**   17/1 18/15 112/2
118/21
**walking [1]**   160/2
**wall [1]**   151/12
**want [114]**   4/7 4/8 6/5 6/6
6/13 7/4 7/5 8/14 8/22 9/11
10/8 10/12 11/1 15/6 17/25
25/22 26/24 29/18 32/19 34/4
34/7 34/20 34/24 37/12 42/5
42/21 45/15 48/4 48/23 48/25
52/11 53/12 53/23 57/10
60/14 61/10 63/20 65/13
66/11 70/5 70/7 70/11 70/25
72/5 73/6 74/12 75/5 78/4
80/2 80/24 80/25 81/23 82/22
83/6 84/6 84/14 84/19 86/18
87/17 90/2 90/6 91/9 92/1
93/17 95/4 97/2 97/3 105/4
105/5 105/8 106/3 106/13
106/22 107/12 109/19 109/23
113/9 113/10 113/12 114/6
114/7 114/16 119/9 119/17
123/1 124/11 125/25 127/19
129/15 135/21 137/15 140/22
140/23 141/23 141/25 142/8
142/19 144/21 147/5 149/2
150/16 151/20 154/19 156/7
157/13 159/14 162/5 162/18
163/15 163/17 163/21 164/2
164/3 164/11
**wanted [9]**   12/18 17/23 44/21
79/18 106/15 138/9 139/17
154/14 164/17
**wants [13]**   24/7 33/18 35/7
37/23 39/2 39/18 40/25 48/1
65/5 67/9 72/23 96/20 127/15
**ward [1]**   117/22
**was [210]**
**wasn't [4]**   35/1 77/12 101/14
155/12
**water [3]**   93/12 93/16 160/5
**Watts [2]**   65/18 65/18
**way [41]**   4/3 8/11 12/2 15/15

17/1 21/24 25/16 26/17 30/25
37/6 38/16 41/11 42/1 42/5
53/16 60/14 61/10 69/11 72/5
75/10 77/1 92/19 94/21 96/15
109/18 117/21 119/5 128/9
128/15 131/7 136/11 139/11
140/25 142/18 148/10 149/22
153/6 155/20 156/7 156/14
161/3
**ways [1]**   128/16
**we [324]**
**we' [1]**   44/8
**we'd [5]**   64/23 66/6 74/5
103/25 135/15
**we'll [7]**   14/11 16/4 45/4
69/3 71/3 72/21 119/5
**wedding [2]**   107/7 107/9
**Wednesday [1]**   164/23
**week [12]**   115/12 134/25
162/6 162/7 162/15 163/20
163/24 164/12 164/15 164/21
164/22 165/5
**weeks [7]**   113/19 134/25
162/15 163/19 163/20 164/16
164/17
**weigh [3]**   55/11 88/8 88/8
**weighed [1]**   90/10
**weighs [1]**   161/3
**weight [12]**   15/19 45/10 46/9
46/11 47/10 47/19 53/20
56/18 63/10 72/16 102/24
161/2
**Welcome [1]**   3/15
**well [45]**   20/15 22/5 22/10
28/19 36/12 37/22 43/21
43/25 44/6 45/14 46/16 50/19
55/20 55/22 56/24 59/4 59/6
61/10 74/12 77/11 77/17
90/20 95/18 96/16 97/9
100/16 110/20 110/23 113/2
113/9 114/12 116/1 117/23
117/25 118/15 120/8 120/10
121/12 123/7 126/15 153/22
156/12 161/23 161/23 165/3
**went [8]**   49/21 55/6 62/4
67/7 108/11 126/1 128/9
139/8
**were [63]**   7/6 7/13 15/1
17/19 18/5 29/22 34/14 34/15
35/8 35/8 35/9 44/14 49/6
57/12 58/3 58/19 59/1 60/18
73/24 76/15 76/15 76/16
76/25 78/22 78/25 80/19
83/12 89/17 93/3 95/10 95/12
95/12 95/13 95/13 104/6
111/25 113/14 116/10 116/18
116/18 117/2 121/12 125/5
133/8 135/9 136/14 136/19
137/1 137/2 137/13 137/18
142/6 143/2 143/10 144/2
145/7 145/14 146/10 152/16
153/3 155/13 159/20 164/1
**WEST [9]**   1/2 1/7 2/3 2/7
2/10 91/12 91/12 99/15 99/19
**what [291]**
**whatever [30]**   3/25 6/14 8/21
10/3 10/17 39/18 40/16 40/25
41/25 45/10 47/18 53/23

**W**

**whatever... [18]**   56/18 70/11
70/15 74/19 77/13 81/24 92/6
104/11 104/17 114/25 129/6
137/11 141/22 152/23 161/24
162/14 163/20 163/21
**when [50]**   8/7 12/21 14/17
16/4 19/10 20/15 23/8 23/24
25/8 32/7 32/17 36/17 43/19
46/2 47/9 48/15 53/19 55/16
57/23 58/4 64/25 67/23 70/13
71/9 72/1 81/23 83/7 84/8
85/9 97/20 100/15 104/10
106/18 107/22 108/19 111/21
112/6 112/10 114/19 119/12
127/24 128/5 130/10 130/11
132/18 153/12 155/25 157/2
157/24 158/3
**where [51]**   7/12 17/11 20/12
21/13 21/15 28/4 28/18 29/21
31/1 31/19 44/19 55/15 62/11
68/18 77/5 77/16 83/7 85/18
86/10 94/6 96/18 97/3 100/21
103/17 104/9 105/25 107/8
111/22 115/6 118/13 122/5
122/7 124/24 126/16 130/7
130/17 132/15 132/25 134/6
138/2 143/7 143/10 144/2
144/8 146/17 152/13 152/21
153/1 156/17 156/21 160/22
**Whereupon [23]**   42/20 44/14
45/11 46/14 47/20 52/7 55/18
56/20 60/18 61/8 62/9 62/19
63/15 63/25 64/8 65/15 66/17
68/3 69/1 72/18 73/9 73/24
74/10
**wherever [1]**   121/14
**whether [42]**   4/19 4/21 4/24
8/11 10/23 20/4 20/21 25/11
26/15 29/6 29/7 29/8 29/8
33/11 33/12 34/11 41/7 47/10
48/17 59/20 61/20 62/3 62/4
69/11 72/16 75/12 75/13
75/20 77/3 78/23 83/8 91/14
94/15 95/4 97/15 97/15 97/24
113/5 115/3 115/4 116/7
162/8
**which [118]**   4/16 6/10 7/24
8/4 8/6 10/21 11/1 12/1 12/1
12/2 12/10 12/18 14/4 15/18
15/19 17/2 17/14 17/21 18/2
18/3 18/7 19/11 23/12 23/15
26/6 28/7 29/20 29/20 31/11
31/14 32/2 32/4 32/6 32/25
35/23 44/5 44/23 44/25 46/1
47/12 49/1 49/7 50/11 50/11
52/3 52/17 53/1 54/22 55/22
57/23 61/12 63/2 68/14 72/20
74/1 76/14 77/8 77/24 78/22
81/15 82/4 82/5 85/5 91/6
93/9 97/4 98/8 98/19 98/22
99/2 99/6 99/7 99/10 99/15
100/21 103/14 103/20 103/21
104/5 104/6 104/12 106/16
107/14 107/19 112/6 113/21
118/3 119/7 122/12 122/23
125/4 126/13 126/22 127/1
127/7 128/12 128/24 132/16
133/9 133/18 133/25 136/5
137/11 138/15 138/22 139/7
139/14 140/3 140/9 145/14
148/17 148/18 151/17 153/5
154/20 155/9 159/20 164/6
**while [3]**   44/24 129/17
141/25
**who [14]**   47/23 50/14 50/14
81/18 99/6 100/4 100/21
101/3 118/11 120/18 122/16
135/4 152/4 158/2
**whoever [1]**   35/7
**whole [8]**   18/1 28/22 31/23
56/19 77/16 85/17 119/6
119/20
**wholly [1]**   46/3
**why [26]**   5/6 31/9 53/16
80/21 81/21 82/18 83/18
83/20 84/15 86/23 89/14 95/4
109/21 111/4 111/18 111/20
112/22 123/13 124/2 130/6
135/14 146/4 150/17 152/3
152/9 155/1
**wife [16]**   12/7 12/8 12/12
17/20 74/3 87/5 90/17 100/9
116/4 124/17 127/22 128/24
128/25 133/15 133/15 139/21
**wife's [3]**   20/22 20/23 111/7
**will [198]**
**will give [1]**   63/10
**willful [1]**   141/1
**willfully [2]**   135/19 140/16
**window [2]**   78/25 163/16
**wire [1]**   63/21
**wise [1]**   76/7
**wisest [1]**   76/6
**wish [3]**   116/10 121/5 165/4
**wishes [1]**   106/15
**withheld [2]**   27/21 97/5
**withholding [3]**   11/13 24/12
28/6
**within [7]**   33/1 103/9 103/11
108/24 151/6 162/7 162/15
**without [20]**   7/18 7/20 8/11
13/3 13/15 13/24 22/3 32/16
42/19 44/12 58/2 63/24 64/7
65/14 66/16 73/23 78/2
123/25 134/13 156/25
**witness [30]**   18/8 18/8 23/5
26/9 30/14 48/24 49/5 50/1
50/2 50/12 50/13 52/3 52/19
54/11 54/12 61/14 61/22
62/11 62/12 63/11 118/22
119/3 119/14 119/25 120/25
124/3 124/9 124/16 126/15
127/6
**witnesses [3]**   32/10 50/1
60/2
**won [1]**   153/21
**won't [2]**   42/9 119/23
**Wonderland [1]**   57/15
**word [8]**   9/2 19/18 58/23
89/7 94/4 95/1 109/7 140/15
**words [3]**   11/14 28/5 98/12
**wordsmithed [1]**   9/2
**work [4]**   26/5 40/12 117/19
163/11
**working [3]**   78/19 164/20
164/24
**works [3]**   113/23 114/14
153/10
**world [5]**   77/16 156/20
161/20 163/11 163/12
**worry [1]**   94/5
**worse [1]**   14/1
**worth [16]**   16/15 89/3 122/16
127/12 145/10 146/21 147/3
152/1 152/6 152/10 152/11
152/17 152/18 152/22 152/24
154/6
**worthless [1]**   157/1
**would [159]**   4/10 4/20 4/21
4/22 4/23 5/25 6/12 6/17
6/21 6/23 7/5 7/23 8/13 8/17
9/9 12/14 14/25 17/16 19/5
25/5 25/8 26/25 28/10 28/16
28/19 28/20 29/1 29/11 29/13
29/14 29/16 30/19 32/15
33/19 33/22 33/24 34/1 34/1
34/12 34/16 34/16 34/18
35/16 35/21 36/7 37/14 40/15
40/21 41/20 41/22 41/25 42/8
43/1 46/9 47/12 47/12 47/22
47/24 48/14 52/16 53/1 53/10
54/21 56/11 57/2 59/13 59/14
61/17 61/21 64/17 65/22
66/24 67/25 70/13 70/20
74/19 74/25 76/17 77/16
77/20 77/21 78/8 78/12 78/15
78/15 78/23 79/11 81/22 82/6
82/8 82/14 84/7 86/6 87/6
88/4 89/1 89/12 92/17 93/5
93/9 94/2 94/12 94/24 94/25
95/20 96/4 96/19 96/23 97/6
97/20 97/25 98/4 98/13
100/15 101/11 102/2 103/9
105/17 105/19 106/4 106/11
109/17 110/20 110/21 111/25
112/23 121/18 121/20 121/22
124/24 124/25 125/12 125/12
128/21 133/2 133/25 134/12
135/9 140/4 140/8 145/22
148/21 149/6 150/10 153/4
153/6 153/6 153/18 154/7
155/9 155/10 155/14 157/6
159/10 160/6 160/18 160/21
162/7 164/15
**would comport [1]**   4/21
**would direct [1]**   33/24
**wouldn't [4]**   19/5 77/23 78/9
78/10
**WRIGHT [154]**   1/10 3/2 3/8
3/11 6/24 7/25 10/24 11/3
11/16 12/3 12/7 12/12 15/18
16/24 17/12 17/12 18/19
19/25 20/1 20/17 21/9 27/20
27/23 28/20 28/25 29/20 30/1
32/25 33/2 33/20 34/15 34/24
38/13 39/19 40/24 41/16
41/19 41/21 41/21 41/24
44/20 48/19 50/3 52/4 53/16
55/23 57/20 59/4 59/7 59/22
61/14 62/5 62/12 62/24 64/10
67/1 67/9 68/9 68/17 68/18
69/7 72/7 73/2 73/8 74/2

**W**

**WRIGHT... [89]**   74/18 74/24
78/17 79/1 81/13 82/18 87/1
87/22 87/24 88/2 88/9 88/15
88/16 88/19 88/23 88/25
89/17 89/25 92/12 92/12
92/23 95/24 97/7 100/9
100/18 102/14 102/19 103/4
103/11 104/1 106/2 106/3
106/7 106/8 106/18 106/25
107/15 108/20 109/6 110/19
111/7 111/24 112/6 112/8
114/11 115/19 116/13 117/20
118/13 118/16 119/9 120/1
121/8 121/12 121/14 121/20
125/20 127/14 127/20 128/17
130/17 131/24 133/25 134/1
135/5 135/17 136/8 138/2
139/20 139/21 139/21 143/24
145/6 145/8 145/11 145/18
145/18 146/12 148/10 148/18
149/4 150/7 155/21 158/19
158/19 158/23 159/12 160/18
161/8
**Wright has [1]**   30/1
**Wright puts [1]**   81/13
**Wright's [28]**   17/19 45/23
48/23 51/23 53/15 54/12 58/1
65/12 67/6 72/15 80/6 82/15
83/11 83/21 89/7 89/24 90/6
90/10 91/14 112/3 124/3
125/23 135/9 140/9 145/19
149/13 156/23 160/24
**write [1]**  141/21
**writes [2]**  83/20 135/4
**written [4]**  9/1 50/2 155/1
164/4
**wrong [16]**   16/20 29/22 31/6
43/10 80/23 91/11 113/12
113/12 113/21 113/22 113/22
113/24 114/17 114/20 154/17
154/18
**wrote [3]**  152/4 154/21
155/24

**Y**

**yeah [2]**  113/6 134/15
**year [9]**  59/4 68/18 101/15
115/22 116/23 117/3 117/10
121/16 156/3
**years [12]**  24/21 36/24 57/6
58/17 59/5 88/18 103/9
103/12 128/18 129/1 151/18
161/19
**yell [1]**  17/4
**yelled [1]**  72/5
**yes [67]**  9/1 9/3 10/8 10/17
11/8 15/7 15/10 16/17 19/15
19/17 21/14 23/19 23/21 39/7
40/1 42/3 42/17 42/24 44/10
48/20 49/11 49/13 49/18
49/19 50/21 51/13 52/20
52/22 53/8 54/19 54/25 62/15
63/4 63/6 64/12 64/13 69/5
69/21 70/3 70/17 73/3 73/20
79/18 95/6 96/5 102/10 117/5
117/8 117/11 118/25 122/1

122/4 123/12 123/18 125/8
127/10 132/20 133/5 138/18
145/13 160/21 161/4 161/14
161/14 161/17 161/17 161/17
**yesterday [8]**  12/20 12/21
12/24 58/13 108/4 150/7
150/23 161/9
**yet [11]**   4/8 9/20 13/16
13/17 13/25 14/6 105/10
123/5 127/13 131/21 151/4
**you [580]**
**you what [1]**  116/22
**you'd [1]**  73/14
**you've [1]**  93/21
**young [1]**  108/5
**your [223]**
**your research [1]**  137/7
**yourselves [1]**  162/5

**Z**

**zero [13]**  18/22 19/6 82/8
84/9 84/11 89/3 115/24
139/25 143/17 143/17 143/21
144/5 158/10
**Zimbabwe [1]**  27/6