UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    Plaintiffs,

v.                                            **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    Defendant.
_____/

## DR. WRIGHT'S MOTION FOR EXTENSION OF TIME

Dr. Wright respectfully requests that the Court extend by two weeks the deadline to file the agreed-upon redacted documents, to file any supplements to the record, and to file any response to the supplementary filings. In support of this request, Dr. Wright states as follows:

1. The deadline to file the agreed-upon redacted documents is August 9, 2023. D.E. 1021. The deadline to file any supplements to the record is August 7, 2023, and the deadline for any responses is August 16, 2023. *Id*.

2. Under the Rules Governing the Florida Bar 4-1.16(a)(3), Rivero Mestre is required to withdraw from representing Dr. Wright.

3. Dr. Wright has engaged James Gillenwater from Greenberg Traurig as substitute counsel.

4. Dr. Wright will be filing a motion to substitute counsel today.

5. This is a complex case and the additional two weeks' time is necessary for Dr. Wright's replacement counsel to familiarize himself with the issues before the Court.

6. This request is not brought for the purpose of delay, and it will not prejudice any party.

For the good reasons stated above, Dr. Wright respectfully requests that the Court extend the deadlines as follows:

1. File the agreed-upon redacted documents by August 23, 2023;
2. File any supplements to the record by August 21, 2023; and
3. File any response to the supplementary filings by August 30, 2023.

## S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to resolve the issues.

Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Tel.: (305) 445-2500
Fax: (305) 445-2505

By: /s/ Andrés Rivero
    Andrés Rivero
    Fla. Bar No.: 613819
    arivero@riveromestre.com

## CERTIFICATE OF SERVICE

I certify that on August 3, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by email.

By: /s/ Andrés Rivero.

                                      Andrés Rivero