**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                          Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    defendant.
_____/

**[PROPOSED] ORDER**
**GRANTING DR. CRAIG WRIGHT'S MOTION FOR EXTENSION OF TIME**

THIS CAUSE is before the Court on Dr. Wright's Motion for extension of time. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. The deadlines in D.E. 1021 are extended as follows:

1. File the agreed-upon redacted documents by August 23, 2023;

2. File any supplements to the record by August 21, 2023; and

3. File any response to the supplementary filings by August 30, 2023.

DONE AND ORDERED in chambers on this ___ day of August, 2023.

 

                                                                          _____
                                                                          Judge Bruce Reinhart
                                                                          United States Magistrate Judge

Copies furnished: All counsel of record