UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    Plaintiffs,

v.                                                                               Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    Defendant.
_____/

## DR. CRAIG WRIGHT'S MOTION TO SUBSTITUTE COUNSEL

Dr. Craig Wright respectfully requests that the Court permit Rivero Mestre and its attorneys, Andres Rivero, Jorge Mestre, Robert Kuntz, Schneur Kass, Michael Fernandez, Amanda Fernandez, Amy Brown, Allison Henry, and Alan Rolnick ("Rivero Mestre") to withdraw as counsel of record and appoint James Gillenwater of Greenberg Traurig as substitute counsel. In support of this request, Dr. Wright states as follows:

1. In accordance with Rule 4-1.16(a)(3) of the Rules Regulating the Conduct of the Florida Bar, Rivero Mestre is required to withdraw from representing Dr. Wright.

2. Dr. Wright has engaged James Gillenwater from Greenberg Traurig as substitute counsel.

3. Mr. Gillenwater will be filing a notice of appearance shortly.

Also, Dr. Wright seeks the removal of Amanda McGovern, Whitney Lohr, and Zaharah Markoe as counsel of record. Ms. McGovern passed away in April of 2023, and Ms. Lohr and Ms. Markoe are no longer employed with Rivero Mestre and have not represented Dr. Wright since at least December of 2021. However, all three attorneys continue to be listed as counsel of

record on the docket. In an abundance of caution, Dr. Wright also seeks their removal as counsel of record.

For the good reasons stated above, Dr. Wright respectfully requests that the Court permit Rivero Mestre to withdraw, remove Ms. McGovern, Ms. Lohr, and Ms. Markoe as counsel of record, and appoint Mr. Gillenwater as substitute counsel.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to resolve the issues.

Respectfully submitted,

| GREENBERG TRAURIG, P.A. | RIVERO MESTRE LLP |
|---|---|
| 333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>Tel.: (305) 579-0767<br>Fax: (305) 579-0717 | 2525 Ponce de Leon Blvd., Suite 1000<br>Miami, Florida 33134<br>Tel.: (305) 445-2500<br>Fax: (305) 445-2505 |
| By: /s/ James E. Gillenwater<br>   James E. Gillenwater<br>   Fla. Bar no.: 1013518<br>   gillenwaterj@gtlaw.com | By: /s/ Andrés Rivero<br>   Andrés Rivero<br>   Fla. Bar no.: 613819<br>   arivero@riveromestre.com |

### CERTIFICATE OF SERVICE

I certify that on August 3, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF and by email.

By: /s/ Andrés Rivero.
   Andrés Rivero