**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                                                                             **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.

_____/

**[PROPOSED] ORDER**
**GRANTING DR. CRAIG WRIGHT'S MOTION TO SUBSTITUTE COUNSEL**

THIS CAUSE is before the Court on Dr. Wright's motion to substitute counsel. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. Rivero Mestre and its attorneys may withdraw from the representation of Dr. Wright, Ms. McGovern, Ms. Lohr, and Ms. Markoe are removed as counsel of record, and Mr. Gillenwater is appointed as substitute counsel.

DONE AND ORDERED in chambers on this ___ day of August, 2023.

                                                                                                                  _____
                                                                                                                  Judge Bruce Reinhart
                                                                                                                   United States Magistrate Judge

Copies furnished: All counsel of record