**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:18-cv-80176-BB**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

       Plaintiffs,
v.

CRAIG WRIGHT,

       Defendant.
_____/

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that James E. Gillenwater, Esq. of the law firm of Greenberg Traurig, P.A., hereby appears as counsel for Defendant CRAIG WRIGHT in the above-styled matter.  Set forth below is the information necessary to ensure that the appearance can be noted of record, and all documents can be served and provided to the undersigned by Notices of Electronic Filing generated by CM/ECF.

                                        **GREENBERG TRAURIG, P.A.**
                                        333 S.E. 2nd Avenue, Suite 4400
                                        Miami, Florida 33131
                                        Telephone: (305) 579-0816
                                        Facsimile: (305) 579-0717

                                  By:    */s/James E. Gillenwater*
                                               JAMES E. GILLENWATER
                                               Florida Bar No. 1013518
                                               Email: gillenwaterj@gtlaw.com
                                               michelle.cruz@gtlaw.com
                                               flservice@gtlaw.com

                                        *Counsel for Defendant Craig Wright*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record identified below either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/James E. Gillenwater*
JAMES E. GILLENWATER