UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   18-CV-80176-BLOOM/REINHART

IRA KLEIMAN and
W&K INFO DEFENSE RESEARCH, LLC,

      Plaintiffs,

vs.

CRAIG WRIGHT,

      Defendant.                                    /

## MOTION TO WITHDRAW AS COUNSEL FOR DR. CRAIG WRIGHT

Dr. Wright respectfully requests that the Court permit Leonard Feuer, Esq. and Leonard Feuer, P.A. to withdraw as counsel of record. In support of this request, Dr. Wright states as follows:

1) Leonard Feuer, Esq., and Leonard Feuer, P.A. filed a notice of appearance on July 24, 2023, and was retained to represent Dr. Wright as back-up counsel to Dr. Wright's other counsel, Rivero Mestre, in the event a conflict arose between Rivero Mestre and Dr. Wright during contempt proceedings. Notwithstanding, at the request of Dr. Wright's other counsel, Mr. Feuer (the undersigned) did participate in the hearing held on July 26, 2023, after it became clear no conflict had arisen.

2) Leonard Feuer, Esq. and Leonard Feuer, P.A. have been discharged by Dr. Wright.

3) The Local Rules of the Southern District of Florida provide that "no attorney shall withdraw the attorney's appearance in any action or proceeding except by leave of Court after notice served on the attorney's client and opposing counsel." S.D. Fla. L.R.

11.1(d)(3)(A). It is within a district court's discretion to permit or deny a motion to withdraw as counsel. *See Patnaude v. Sears Pest Control, Inc.*, No. 08-61980-CIV, 2009 WL 10667065, at *2 (S.D. Fla. May 13, 2009).

4) Rule 4-1.16(a)(3), Rules Regulating the Florida Bar, sets forth "a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if:…(3) the lawyer is discharged." Rule 4-1.16(a)(3), Rules Regulating the Florida Bar (2023).

5) The Comments to Rule 4-1.16, states "[a] client has a right to discharge a lawyer at any time, with or without cause, subject to liability for payment for the lawyer's services.") *Id*.

6) Dr. Wright has hired Mr. James Gillenwater, Esq., from the firm of Greenberg Traurig, P.A., 333 S.E. 2nd Avenue, Suite 4400, Miami, Florida 33131. On August 4, 2023, a Motion to Substitute Counsel was filed in this case seeking to substitute the law firm of Rivero Mestre with Mr. Gillenwater and his firm.

7) After an attorney is discharged by a client, the attorney's ability to act as an agent of the client is greatly curtailed. After a client discharges a lawyer, that lawyer's obligation, as referenced above, is to move to terminate the representation of the client with the Court. RRTFB 4-1.16(a)(3). It is only after being "ordered [to] continue representation notwithstanding good cause for terminating the representation" that the lawyer may resume being an agent of the client. RRTFB 4-1.16(c).

8) Prior to filing the instant motion, the undersigned contacted counsel for the Plaintiff to ascertain whether the Plaintiff consented or objected to the relief sought herein. Mr. Velvel Freedman, counsel for the Plaintiff objected. However, Mr. Freedman further clarified "our objection is to any delay in the proceedings. If he can timely comply without you, then we

have no objection", in reference to the undersigned's post-discharge inability to relay Dr. Wright's position on redaction of exhibits.

9) However, the undersigned's role in the instant case was brief, limited and did not include making determinations as to redactions of exhibits or the selection of exhibits to use at the hearing on July 26, 2023.

10) For the good reasons stated above, Dr. Wright respectfully requests that the Court permit Leonard Feuer, Esq. and Leonard Feuer, P.A. to withdraw.

## S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been *unable* to resolve the issues.

Date: August 4, 2023

Respectfully submitted,

Leonard Feuer, P.A.
500 S. Australian Avenue, Suite 500
West Palm Beach, FL 33401
Telephone:    (561) 659-1360

   /s/ Leonard S. Feuer
LEONARD FEUER, ESQ.
E-mail: *lfeuer@feuerlawfirm.com*
Florida Bar No.: 501751

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

              _____s/ Leonard S. Feuer_____
              Leonard S. Feuer, Esq.