UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                                      Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    defendant.
_____/

**[PROPOSED] ORDER**
**GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DR. CRAIG WRIGHT**

THIS CAUSE is before the Court on the Motion to Withdraw as Counsel for Dr. Craigg Wright filed by Leonard Feuer, Esq. and Leonard Feuer, P.A. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. Leonard Feuer, Esq., and Leonard Feuer, P.A. may withdraw from the representation of Dr. Wright.

DONE AND ORDERED in chambers on this ___ day of August 2023.

                                                                         _____
                                                                         Judge Bruce Reinhart
                                                                         United States Magistrate Judge

Copies furnished: All counsel of record.