UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80176-BB/BR

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

**RIVERO MESTRE LLP AND W&K INFO DEFENSE RESEARCH LLC'S
JOINT MOTION FOR ENTRY OF ORDER RESOLVING COURT'S ORDER TO SHOW CAUSE**

W&K Info Defense Research LLC and Rivero Mestre hereby jointly move the Court to enter the proposed order attached hereto as Exhibit 1 to resolve the Order to Show Cause entered by this Court at ECF No. 973.

/s Adam T. Rabin
Adam T. Rabin
Florida Bar 985635
Christopher Kammerer
Florida Bar 42862
Havan M. Clark
Florida Bar 1026390
arabin@rkjlawgroup.com
ckammerer@rkjlawgroup.com
hclark@rkjlawgroup.com
RABIN KAMMERER JOHNSON
1601 Forum Place, #201
West Palm Beach, FL 33401

*Counsel for Rivero Mestre LLP*

/s Velvel Freedman

Velvel (Devin) Freedman, Esq.
FREEDMAN NORMAND
FRIEDLAND LLP
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
vel@fnf.law

Joseph Delich
Stephen Lagos
FREEDMAN NORMAND
FRIEDLAND LLP
99 Park Avenue, Suite 1910
New York, New York 10016
jdelich@fnf.law
slagos@fnf.law

Andrew S. Brenner, Esq.
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Maxwell V. Pritt, Esq.
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, Floor 41
San Francisco, CA 94104
mpritt@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I certify that on August 9, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

/s Adam T. Rabin
Adam T. Rabin

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-80176-BB/BER

IRA KLEIMAN, and
W&K INFO DEFENSE, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## **ORDER**

The Court ordered that Rivero Mestre LLP shall show cause why they should not be sanctioned under 28 U.S.C. §1927 and/or the Court's inherent authority for designating the Form as "Attorney's Eyes Only," insisting that it be filed under seal, and persisting in that position in response to the Court's Order to Show Cause ("Rivero Mestre's conduct"). ECF No. [973]. The parties agree to entry of the following Order, which the Court has reviewed and approved:

1. Rivero Mestre's conduct was improper, multiplied the litigation, and caused Plaintiff to incur unnecessary attorney's fees and costs.

2. Rivero Mestre shall therefore pay the reasonable attorney's fees and costs

CASE NO. 18-CV-80176-BB/BER

Plaintiff incurred as a result.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this ___ day of August, 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE