UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-cv-80176-Bloom/Reinhart

IRA KLEIMAN AND
W&K INFO DEFENSE RESEARCH, LLC,

        Plaintiffs,

v.

CRAIG WRIGHT,

        Defendant.
_____/

## ORDER GRANTING JOINT MOTION (ECF No. 1035)

The Court ordered Rivero Mestre LLP to show cause why it should not be sanctioned under 28 U.S.C. §1927 and/or the Court's inherent authority for designating the Form as "Attorney's Eyes Only," insisting that it be filed under seal, and persisting in that position in response to the Court's Order to Show Cause ("Rivero Mestre's conduct"). ECF No. 973. The parties agree to entry of the following Order, which the Court has reviewed and approved:

1. Rivero Mestre's conduct was improper, multiplied the litigation, and caused Plaintiff to incur unnecessary attorney's fees and costs.

2. Rivero Mestre shall therefore pay the reasonable attorney's fees and costs Plaintiff incurred as a result.

**DONE AND ORDERED** in Chambers this 10th day of August, 2023, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE