UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:18-cv-80176-BB**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Alexa Rosenson of the law firm of Greenberg Traurig, P.A., hereby appears as counsel for Defendant CRAIG WRIGHT in the above-styled matter. Set forth below is the information necessary to ensure that the appearance can be noted of record, and all documents can be served and provided to the undersigned by Notices of Electronic Filing generated by CM/ECF.

          **GREENBERG TRAURIG, P.A.**
          333 S.E. 2nd Avenue, Suite 4400
          Miami, Florida 33131
          Telephone: (305) 579-0816
          Facsimile: (305) 579-0717

By:    */s/Alexa Rosenson*
       ALEXA ROSENSON
       Florida Bar No. 1040669
       Email: alexa.rosenson@gtlaw.com
       michelle.cruz@gtlaw.com
       flservice@gtlaw.com

*Counsel for Defendant Craig Wright*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record identified below either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Alexa Rosenson*
ALEXA ROSENSON