# EXHIBIT A

| | |
|---|---|
| **From:** | Saunders, Amy on behalf of Crossley, Ashley |
| **To:** | Craig Wright |
| **Cc:** | ramona@rcjbr.org; Crossley, Ashley; Johnson, Mark |
| **Subject:** | RE: [EXTERNAL] Re: Baker & McKenzie LLP |
| **Date:** | Friday, August 18, 2023 6:53:51 AM |
| **Attachments:** | image001.png<br>image002.png<br>9290071823.pdf<br>9290063460.pdf<br>9290067899.pdf |

Dear Craig

Thank you for your email. I attach copies of invoices that relate to 2016 time and their detailed narratives showing the work done. I confirm that these invoices have been settled.

Kind regards

Ashley

**Ashley Crossley**
Head of Wealth Management
Partner
Baker & McKenzie LLP
100 New Bridge Street
London EC4V 6JA
United Kingdom
Tel: +44 20 7919 1424
Fax: +44 20 7919 1999
Cell: +44 7725 684322
ashley.crossley@bakermckenzie.com



*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.*

*Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London EC4V 6JA. Baker & McKenzie LLP is authorised and regulated by the Solicitors Regulation Authority of England and Wales. Baker & McKenzie LLP's SRA number is 421456. Further information regarding the regulatory position together with our privacy policy is available at: http://www.bakermckenzie.com/en/locations/emea/united-kingdom/london/legal-notice. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.*

**From:** Craig Wright <craig@rcjbr.org>
**Sent:** 17 August 2023 09:15
**To:** Whittaker, David <David.Whittaker@bakermckenzie.com>
**Cc:** ramona@rcjbr.org; Crossley, Ashley <Ashley.Crossley@bakermckenzie.com>; Clayton, Jessica

<Jess.Clayton@bakermckenzie.com>; Johnson, Mark <Mark.Johnson@bakermckenzie.com>; Thomas, Lee <Lee.Thomas@bakermckenzie.com>
**Subject:** [EXTERNAL] Re: Baker & McKenzie LLP

Good morning David,
Quite some time ago your firm did some work for us in structuring.

We need to validate the work that you did and the invoicing. Is it possible to get a letter from your firm stating that Baker's provided tax and structuring advice for our trust in companies in 2016.

All the best,
Craig

On Mon, Jul 24, 2017 at 3:45 PM Whittaker, David <David.Whittaker@bakermckenzie.com> wrote:

> Dear Craig
>
> Please find attached our invoice for professional services provided for the period ending 21 July 2017 for your kind attention.
>
> We note that we have £14,075 remaining on account. We will take these funds as part-payment of this invoice and should be grateful if you could arrange transfer of the remaining amount (£15,798.41).
>
> Kind regards
>
> **David Whittaker**
> Associate
> Wealth Management
> Baker & McKenzie LLP
> 100 New Bridge Street
> London EC4V 6JA
> Direct:    +44 (0)20 7919 1336
> Email:     david.whittaker@bakermckenzie.com
>
> PA: Jessica Clayton
> Direct:    +44 (0)20 7919 5642
> Email:     jessica.clayton@bakermckenzie.com
>
> 
>
> Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number 0C311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA. Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

> Baker & McKenzie LLP is authorised and regulated by the Solicitors Regulation Authority of England & Wales.  Further information regarding the regulatory position together with our privacy policy is available at http://www.bakermckenzie.com/en/locations/emea/united-kingdom/london/legal-notice.
>
> This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimer_london for other important information concerning this message, including our email scanning policy.

**Tulip Trading Ltd**
This email may contain privileged and confidential information and if you aren't the intended recipient you must not copy or distribute it. If you have received this email in error, please notify us, delete the message immediately and destroy any copies.
Although we have taken steps to ensure that this email and attachments are free from malware, we cannot guarantee this. We, therefore, advise you that in keeping with good computing practice, the recipient should ensure the attachments are safe. You, as a recipient, take full responsibility for virus checking.
This email has been created in the knowledge that Internet email is not a 100% secure communications medium and therefore, Tulip Trading Ltd does not accept legal responsibility for this message. The recipient is responsible for verifying its authenticity before acting on the contents. We advise that you understand this lack of security and take any necessary measures when emailing us.



Baker & McKenzie LLP
100 New Bridge Street
London
EC4V 6JA
United Kingdom
VAT #: GB997321186
Tel: +44 20 7919 1000
Fax: +44 20 7919 1999
www.bakermckenzie.com

13 January 2017

|  |  |
|---|---:|
| Client: | 10093865 |
| Payer: | 10093865 |
| Matter Number: | 50242961 |
| Invoice Number: | 9290071823 |
| Invoice Due Date: | Payable in 30 days |

**Craig Wright**
**7 Oak Road**
**Cobham**
**Surrey**
**Kent**
**Surrey**
**KT11 3AZ**
**United Kingdom**

Professional services and disbursements incurred for the period ending: 11 January 2017

RE:  UK Tax advice

**Summary by working office**

**London**

| | |
|---|---:|
| Taxable Fees | 2,722.00  GBP |
| Total Taxable Fees and Disbursements | 2,722.00  GBP |
| VAT        20.00% | 544.40  GBP |
| **Total Amount Payable** | **3,266.40  GBP** |

Sort Code: 40-11-60; A/C No: 00113247; Swift Code: HBUKGB4B; IBAN No: GB57HBUK40116000113247; Baker & McKenzie. LLP Account. HSBC Bank Plc, City of London Branch 60 Queen Victoria St, London EC4N 4TR. Please quote Our Reference and the Invoice No. in your payment details.

**Please send Remittance Advice to Remittance.Advice@bakermckenzie.com**
**Please quote the Invoice number: 9290071823**

**Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.**

**Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.**



| | | |
|---|---|---|
| Matter Number: | | 50242961 |
| Invoice Number: | | 9290071823 |
| Invoice Due Date: | | Payable in 30 days |

13 January 2017

**Summary**

| | |
|---|---:|
| Taxable Fees............................................................................................ | 2,722.00  GBP |
| Taxable Amount...................................................................................... | 2,722.00  GBP |
| VAT          20.00%................................................................................. | 544.40  GBP |
| **Total Amount Due**.................................................................................. | **3,266.40  GBP** |



Sort Code: 40-11-60; A/C No: 00113247; Swift Code: HBUKGB4B; IBAN No: GB57HBUK40116000113247; Baker & McKenzie. LLP Account. HSBC Bank Plc, City of London Branch 60 Queen Victoria St, London EC4N 4TR. Please quote Our Reference and the Invoice No. in your payment details.

Please send Remittance Advice to Remittance.Advice@bakermckenzie.com
Please quote the Invoice number: 9290071823

Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.



| | Matter Number: | 50242961 |
|---|---|---|
| | Invoice Number: | 9290071823 |
| | Invoice Due Date: | Payable in 30 days |

13 January 2017

RE: UK Tax advice

**Time Details**

| Date | Name | Description | Hours |
|---|---|---|---|
| 22.11.2016 | David Whittaker | Call with Vistra re trust proposal. | 0.30 |
| 25.11.2016 | David Whittaker | Email correspondene with C Murtagh (Zedra, Jersey) re pricing proposal. | 0.20 |
| 28.11.2016 | Ashley Crossley | Discussion with David Whittaker on trust. | 0.30 |
| 28.11.2016 | David Whittaker | Call with C Murtagh re pricing proposal;Email correspondence with R Watts re trustees' proposals; call and email correspondence with S Mercury (Elian, Jersey) re the same. | 0.80 |
| 30.11.2016 | Ashley Crossley | Review email from David Whittaker to Zedra on Bitcoin matter. | 0.20 |
| 30.11.2016 | David Whittaker | Email correspondence with C Murtagh re interposition of Cayman holding company and impact on pricing; Review proposal provided. | 1.00 |
| 05.12.2016 | Ashley Crossley | Discussion with D. Whittaker on Bitcoin trust proposal. | 0.50 |
| 05.12.2016 | David Whittaker | Review and consider proposals from trust services providers and prepare email to C Wright and R Watts. | 1.00 |
| 21.12.2016 | David Whittaker | Email correspondence with C Murtagh re Zedra proposal and feedback. | 0.30 |
| 05.01.2017 | Ashley Crossley | Discussion with David Whittaker on Bitcoin, Seychelles company transfer and trust. | 0.30 |
| 05.01.2017 | David Whittaker | Follow up with C Wright and R Watts re trust services providers' proposals; Discussions with A Crossley re the same; | 0.40 |
| **Total Hours:** | **5.30** | **Total:** | **2,722.00 GBP** |

Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.



| | |
|---|---|
| Matter Number: | 50242961 |
| Invoice Number: | 9290071823 |
| Invoice Due Date: | Payable in 30 days |

13 January 2017

**Time Summary**

**London**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ashley Crossley | 1.30 | 740.00 | 962.00 |
| David Whittaker | 4.00 | 440.00 | 1,760.00 |
| | | Total: | 2,722.00 |
| **Total Hours  5.30** | | **Total Fees** | 2,722.00 GBP |

Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.



Baker & McKenzie LLP
100 New Bridge Street
London
EC4V 6JA
United Kingdom
VAT #: GB997321186
Tel: +44 20 7919 1000
Fax: +44 20 7919 1999

www.bakermckenzie.com

# Remittance

13 January 2017

| | |
|---|---|
| Client: | 10093865 |
| Payer: | 10093865 |
| Matter Number: | 50242961 |
| Invoice Number: | 9290071823 |
| Invoice Due Date: | Payable in 30 days |

**Craig Wright**
**7 Oak Road**
**Cobham**
**Surrey**
**Kent**
**Surrey**
**KT11 3AZ**
**United Kingdom**

### Invoice Statement Summary

Professional services and disbursements incurred for the period ending: 11 January 2017

RE:  UK Tax advice

| | |
|---|---:|
| Taxable Fees................................................................................................. | 2,722.00  GBP |
| Taxable Amount............................................................................................ | 2,722.00  GBP |
| VAT         20.00%....................................................................................... | 544.40  GBP |
| **Total Amount Due**.................................................................................... | **3,266.40  GBP** |

Sort Code: 40-11-60; A/C No: 00113247; Swift Code: HBUKGB4B; IBAN No: GB57HBUK40116000113247; Baker & McKenzie. LLP Account. HSBC Bank Plc, City of London Branch 60 Queen Victoria St, London EC4N 4TR. Please quote Our Reference and the Invoice No. in your payment details.

Please send Remittance Advice to Remittance.Advice@bakermckenzie.com
Please quote the Invoice number: 9290071823

Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.



Baker & McKenzie LLP
100 New Bridge Street
London
EC4V 6JA
United Kingdom
VAT #: GB997321186
Tel: +44 20 7919 1000
Fax: +44 20 7919 1999
www.bakermckenzie.com

11 October 2016

|  |  |
|---|---|
| Client: | 10093865 |
| Payer: | 10093865 |
| Matter Number: | 50242961 |
| Invoice Number: | 9290063460 |
| Invoice Due Date: | Payable in 30 days |

**Craig Wright**
**7 Oak Road**
**Cobham**
**Surrey**
**Kent**
**Surrey**
**KT11 3AZ**
**United Kingdom**

Professional services and disbursements incurred for the period ending: 28 September 2016

RE:  UK Tax advice

**Summary by working office**

**London**

| | |
|---|---|
| Taxable Fees | 5,148.00  GBP |
| Total Taxable Fees and Disbursements | 5,148.00  GBP |
| VAT       20.00% | 1,029.60  GBP |
| **Total Amount Payable** | **6,177.60  GBP** |

Sort Code: 40-11-60; A/C No: 00113247; Swift Code: HBUKGB4B; IBAN No: GB57HBUK40116000113247; Baker & McKenzie. LLP Account. HSBC Bank Plc, City of London Branch 60 Queen Victoria St, London EC4N 4TR. Please quote Our Reference and the Invoice No. in your payment details.

**Please send Remittance Advice to Remittance.Advice@bakermckenzie.com**
**Please quote the Invoice number: 9290063460**

Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.

**Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.**



|   |   |
|---|---|
| Matter Number: | 50242961 |
| Invoice Number: | 9290063460 |
| Invoice Due Date: | Payable in 30 days |

11 October 2016

## Summary

| | |
|---|---|
| Taxable Fees................................................................................................... | 5,148.00  GBP |
| Taxable Amount............................................................................................. | 5,148.00  GBP |
| VAT           20.00%....................................................................................... | 1,029.60  GBP |
| **Total Amount Due.....................................................................................** | **6,177.60  GBP** |

*Baker & McKenzie LLP* (signature)

Sort Code: 40-11-60; A/C No: 00113247; Swift Code: HBUKGB4B; IBAN No: GB57HBUK40116000113247; Baker & McKenzie. LLP Account. HSBC Bank Plc, City of London Branch 60 Queen Victoria St, London EC4N 4TR. Please quote Our Reference and the Invoice No. in your payment details.

Please send Remittance Advice to Remittance.Advice@bakermckenzie.com
Please quote the Invoice number: 9290063460

Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.



| | |
|---|---|
| Matter Number: | 50242961 |
| Invoice Number: | 9290063460 |
| Invoice Due Date: | Payable in 30 days |

11 October 2016

RE:  UK Tax advice

**Time Details**

| **Date** | **Name** | **Description** | **Hours** |
|---|---|---|---|
| 20.07.2016 | David Whittaker | Call and email correspondence with R. Burstall regarding meeting with client and next steps. | 0.30 |
| 26.07.2016 | David Whittaker | Prepare for and attend meeting with C. Wright regarding trust establishment and background. | 1.30 |
| 01.08.2016 | David Whittaker | Detail review of documents regarding trust and company structures provided by C. Wright; prepare corporate structural diagram. | 3.00 |
| 02.08.2016 | David Whittaker | Prepare email to C. Wright regarding existing corporate structure and further information required. | 2.50 |
| 17.08.2016 | David Whittaker | Follow up email correspondence with C. Wright regarding company structure. | 0.50 |
| 01.09.2016 | David Whittaker | Email correspondence with C Wright re revised company structure and preliminary review of new documentation provided; | 0.50 |
| 02.09.2016 | David Whittaker | Detailed review of corporate documentation provided and revise corporate structure chart; email correspondence with C Wright re the same; | 3.00 |
| 05.09.2016 | David Whittaker | Prepare for and attend call with C Wright re corporate structure; | 0.60 |

**Total Hours:  11.70**          **Total:**          **5,148.00 GBP**

Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.

**Baker McKenzie.**

| | |
|---|---|
| Matter Number: | 50242961 |
| Invoice Number: | 9290063460 |
| Invoice Due Date: | Payable in 30 days |

11 October 2016

**Time Summary**

**London**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David Whittaker | 11.70 | 440.00 | 5,148.00 |
| | | Total: | 5,148.00 |
| **Total Hours  11.70** | | **Total Fees** | **5,148.00 GBP** |

Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.



Baker & McKenzie LLP
100 New Bridge Street
London
EC4V 6JA
United Kingdom

VAT #: GB997321186

Tel: +44 20 7919 1000

Fax: +44 20 7919 1999

www.bakermckenzie.com

# Remittance

11 October 2016

| | |
|---|---|
| Client: | 10093865 |
| Payer: | 10093865 |
| Matter Number: | 50242961 |
| Invoice Number: | 9290063460 |
| Invoice Due Date: | Payable in 30 days |

**Craig Wright**
**7 Oak Road**
**Cobham**
**Surrey**
**Kent**
**Surrey**
**KT11 3AZ**
**United Kingdom**

### Invoice Statement Summary

Professional services and disbursements incurred for the period ending: 28 September 2016

RE:  UK Tax advice

| | |
|---|---|
| Taxable Fees............................................................................................ | 5,148.00  GBP |
| Taxable Amount...................................................................................... | 5,148.00  GBP |
| VAT          20.00%................................................................................. | 1,029.60  GBP |
| **Total Amount Due**............................................................................. | **6,177.60  GBP** |

Sort Code: 40-11-60; A/C No: 00113247; Swift Code: HBUKGB4B; IBAN No: GB57HBUK40116000113247; Baker & McKenzie. LLP Account. HSBC Bank Plc, City of London Branch 60 Queen Victoria St, London EC4N 4TR. Please quote Our Reference and the Invoice No. in your payment details.

Please send Remittance Advice to Remittance.Advice@bakermckenzie.com
Please quote the Invoice number: 9290063460

Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.



Baker & McKenzie LLP  
100 New Bridge Street  
London  
EC4V 6JA  
United Kingdom  
VAT #: GB997321186  
Tel: +44 20 7919 1000  
Fax: +44 20 7919 1999  
www.bakermckenzie.com

30 November 2016

|  |  |
|---|---|
| Client: | 10093865 |
| Payer: | 10093865 |
| Matter Number: | 50242961 |
| Invoice Number: | 9290067899 |
| Invoice Due Date: | Payable in 30 days |

**Craig Wright**  
**7 Oak Road**  
**Cobham**  
**Surrey**  
**Kent**  
**Surrey**  
**KT11 3AZ**  
**United Kingdom**

Professional services and disbursements incurred for the period ending: 22 November 2016

RE:  UK Tax advice

**Summary by working office**

**London**

| | |
|---|---|
| Taxable Fees | 3,026.00  GBP |
| Total Taxable Fees and Disbursements | 3,026.00  GBP |
| VAT       20.00% | 605.20  GBP |
| **Total Amount Payable** | **3,631.20  GBP** |

Sort Code: 40-11-60; A/C No: 00113247; Swift Code: HBUKGB4B; IBAN No: GB57HBUK40116000113247; Baker & McKenzie. LLP Account. HSBC Bank Plc, City of London Branch 60 Queen Victoria St, London EC4N 4TR. Please quote Our Reference and the Invoice No. in your payment details.

**Please send Remittance Advice to Remittance.Advice@bakermckenzie.com**
**Please quote the Invoice number: 9290067899**

Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.

**Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.**



| | |
|---|---|
| Matter Number: | 50242961 |
| Invoice Number: | 9290067899 |
| Invoice Due Date: | Payable in 30 days |

30 November 2016

## Summary

| | |
|---|---|
| Taxable Fees............................................................................................. | 3,026.00  GBP |
| Taxable Amount...................................................................................... | 3,026.00  GBP |
| VAT          20.00%.................................................................................. | 605.20  GBP |
| **Total Amount Due**............................................................................... | **3,631.20  GBP** |

*Baker & McKenzie LLP* (signature)

Sort Code: 40-11-60; A/C No: 00113247; Swift Code: HBUKGB4B; IBAN No: GB57HBUK40116000113247; Baker & McKenzie. LLP Account. HSBC Bank Plc, City of London Branch 60 Queen Victoria St, London EC4N 4TR. Please quote Our Reference and the Invoice No. in your payment details.

Please send Remittance Advice to Remittance.Advice@bakermckenzie.com
Please quote the Invoice number: 9290067899

Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.



| | | Matter Number: | 50242961 |
|---|---|---|---|
| | | Invoice Number: | 9290067899 |
| | | Invoice Due Date: | Payable in 30 days |

30 November 2016

RE:  UK Tax advice

**Time Details**

| Date | Name | Description | Hours |
|---|---|---|---|
| 31.10.2016 | David Whittaker | Email correspondence with C Wright and R Watts re trust and company structure; | 0.20 |
| 01.11.2016 | Ashley Crossley | Review of emails relating to structure; review of corporate structure diagram and discussion with David Whittaker. | 0.40 |
| 01.11.2016 | David Whittaker | Review and consider corporate documentation provided by R Watts; Email correspondence with C Wright and R Watts re the same; | 0.70 |
| 02.11.2016 | David Whittaker | Prepare for and attend call with C Wright and R Watts re existing corporate structure and proposed trust; | 0.60 |
| 04.11.2016 | Ashley Crossley | Discussion with David Whittaker on planning and trust structure. | 0.30 |
| 04.11.2016 | David Whittaker | Calls with trust providers re possible establishment of Jersey or Cayman STAR trust;Discussions with A Crossley re the same; | 1.00 |
| 08.11.2016 | David Whittaker | Call with I Rumens (Elian, Jersey) re proposal; | 0.40 |
| 14.11.2016 | David Whittaker | Call and email correspondence with M Mwegerano (Vistra, Guernsey) re potential establishment of Jersey or Cayman STAR trust; | 0.50 |
| 15.11.2016 | David Whittaker | Call and email correspondence with M Mwegerano and C Gibbons (Vistra) re potential establishment of Cayman STAR trust; | 1.00 |
| 16.11.2016 | David Whittaker | Email correspondence with C Murtagh re Zedra proposal; | 0.30 |
| 18.11.2016 | David Whittaker | Call and email correspondence with C Murtagh, C Gibbons and emails with R Watts re trust services providers' proposals; | 1.00 |

| Total Hours: | 6.40 | Total: | 3,026.00 GBP |
|---|---|---|---|

Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.

# Baker McKenzie.

|                   |              |
|-------------------|--------------|
| Matter Number:    | 50242961     |
| Invoice Number:   | 9290067899   |
| Invoice Due Date: | Payable in 30 days |

30 November 2016

**Time Summary**

**London**

| Name            | Hours | Rate   | Amount   |
|-----------------|-------|--------|----------|
| Ashley Crossley | 0.70  | 740.00 | 518.00   |
| David Whittaker | 5.70  | 440.00 | 2,508.00 |
|                 |       | Total: | 3,026.00 |

**Total Hours  6.40**          **Total Fees**          3,026.00 GBP

Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.



Baker & McKenzie LLP
100 New Bridge Street
London
EC4V 6JA
United Kingdom
VAT #: GB997321186
Tel: +44 20 7919 1000
Fax: +44 20 7919 1999
www.bakermckenzie.com

# Remittance

30 November 2016

| | |
|---|---|
| Client: | 10093865 |
| Payer: | 10093865 |
| Matter Number: | 50242961 |
| Invoice Number: | 9290067899 |
| Invoice Due Date: | Payable in 30 days |

**Craig Wright**
**7 Oak Road**
**Cobham**
**Surrey**
**Kent**
**Surrey**
**KT11 3AZ**
**United Kingdom**

### Invoice Statement Summary

Professional services and disbursements incurred for the period ending: 22 November 2016

RE:  UK Tax advice

| | |
|---|---:|
| Taxable Fees............................................................................................... | 3,026.00  GBP |
| Taxable Amount......................................................................................... | 3,026.00  GBP |
| VAT         20.00%..................................................................................... | 605.20  GBP |
| **Total Amount Due**................................................................................... | **3,631.20  GBP** |

Sort Code: 40-11-60; A/C No: 00113247; Swift Code: HBUKGB4B; IBAN No: GB57HBUK40116000113247; Baker & McKenzie. LLP Account. HSBC Bank Plc, City of London Branch 60 Queen Victoria St, London EC4N 4TR. Please quote Our Reference and the Invoice No. in your payment details.

**Please send Remittance Advice to Remittance.Advice@bakermckenzie.com**
**Please quote the Invoice number: 9290067899**

**Baker & McKenzie LLP is a limited liability partnership registered in England and Wales with registered number OC311297. A list of members' names is open to inspection at its registered office and principal place of business, 100 New Bridge Street, London, EC4V 6JA.**

**Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.**