EXHIBIT "P6-4"

# EXHIBIT 4

**C.S. WRIGHT**
**CLAIMANT**
**3rd**
**CSW3**
**28 Sep 2020**

Claim No. **CL-2018-000386**

**IN THE HIGH COURT OF JUSTICE**
**BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES**
**COMMERCIAL COURT (QBD)**

**BETWEEN:**

**MRS RAMONA ANG**

**CLAIMANT**

**-AND-**

**RELIANTCO INVESTMENTS LIMITED**

**DEFENDANT**

---

**THIRD WITNESS STATEMENT OF CRAIG STEVEN WRIGHT**

---

I, Craig Steven Wright, of 21 Harebell Hill, Cobham, Surrey KT11 2RS WILL SAY AS FOLLOWS:

1. I am a computer scientist, academic, economist, programmer and businessman resident in England. I am the husband of the Claimant in these proceedings, Ms Ramona Ang, to whom I refer throughout this statement as either **"Ramona"** or **"my wife"**. I am a witness in these proceedings but not a party to my wife's claim. For ease of reference throughout this statement I will refer to the Defendant as **"Reliantco"** or **"UFX"**.

2. The facts and matters set out in this witness statement are true to the best of my information and belief. Where I refer to information supplied by others, the source of the information is identified; facts and matters derived from other sources are true to the best of my knowledge and belief.

3. This witness statement has been prepared by me and my lawyers, SCA ONTIER LLP ("**SCA**"), who also act for Ramona in the proceedings, over telephone calls and email communications. No privilege is intended to be waived by my reference to these communications nor by my reference anywhere in this witness statement to any advice I have received in the course of preparing it.

4. There is now produced and shown to me a paginated bundle of documents marked '**CSW3**'. All references to documents in this witness statement are to Exhibit CSW3.

5. I make this witness statement, my third in these proceedings, in response to the allegations made by Reliantco in its Amended Defence and Counterclaim (dated 21 September 2020) that I accessed my wife's UFX account on 21 occasions between 17 February 2017 and on 14 August 2017, using a Samsung Galaxy S7 mobile telephone. I deny the allegations. I have never logged in to, accessed or operated my wife's UFX account on any device, mobile or desktop, either on the dates alleged or at any other time, although Ramona did log onto her UFX account using my mobile, desktop and laptop

6. I change my mobile telephone frequently. During the period in question of these new allegations (17 February 2017 to 14 August 2017) to the best of my recollection I had access to three different mobile telephone handsets. I purchased a Samsung Galaxy S7 Edge in January 2017 (an order confirmation from Amazon dated 6 January 2017 is exhibited at pp 1-2 of CSW3) to replace a faulty handset (the screen was cracked) and to the best of my recollection used this handset from January 2017 until mid-March 2017. I ordered a Samsung Galaxy S8+ in March 2017 (a pre-order confirmation from Samsung is exhibited at pp 3-4 of CSW3), and was using this handset from 21 April 2017 (p 5 of CSW3) Around the time I began using the Samsung Galaxy S8+ in April 2017, I gave my Samsung Galaxy S7 Edge to my son, Ben, after restoring the handset to its factory settings which would have returned the handset to its "new" condition, wiping all user data. Ben no longer has the handset.

7. During the period of late 2016 to mid-2017, my employer NChain (then called NCrypt) provided me with an Apple iPhone handset (I cannot recall the model). I have never been keen on Apple hardware or operating systems, and eventually returned the iPhone to

NChain. I recall using the iPhone in between 2016 and August 2017, but I cannot recall the dates that I might have used it

8. In 2017 I was using the "Lookout" app security system for mobile telephones. Lookout is a security app that acts as an antivirus gateway. It monitors the use of the handset, when it was accessed, when any attempts were made to access it and when it is turned off. Once installed it cannot be bypassed. The Lookout report for my Samsung Galaxy S8+ shows that it was active on 21 April 2017 (p 5 of CSW3). The Lookout report also shows that as at 8 April 2017, the Samsung Galaxy S7 Edge had not been connected to any network for 20 days (pp 6-8 of CSW3). In other words, 19 March 2017 was the last date that the Samsung Galaxy S7 Edge was used by me, which accords with my recollection that I last used it around the middle of March 2017.

9. I recall seeing Ramona accessing her UFX account from her iPhone or iPad on many occasions during 2017, in addition to seeing her accessing her account from her laptop. I travelled with Ramona on holidays to Madrid, Spain (3 to 5 February 2017) and to Rome, Italy (17 to 25 February 2017). Ramona often used my mobile handset to browse the internet, particularly when we are travelling. At the time I had (and still have) a vastly superior global data roaming package to Ramona's.

10. I do not accept that the logs disclosed by Reliantco **[DEF00000549]** purportedly showing details of logins to Ramona's UFX account, are accurate. To repeat, yet again, I have never at any time logged in to, accessed or operated my wife's UFX account on any device, mobile or desktop. As explained above, the last date I used my Samsung Galaxy S7 Edge was around 19 March 2017.

## Statement of Truth

I believe that the facts stated in this Witness Statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

Signed: *[signature: Craig S Wright]*

Dr Craig S. Wright

Dated: 28 Sep 2020

- 4 -