COMPOSITE EXHIBIT "P9"

| | |
|---|---|
| PERIOD | 30 JUNE 2016 |
| RATE CATEGORY | FARMLAND |
| ISSUE DATE | 21/07/2015 |
| DUE DATE | 31/08/2015 |

C S & C L Wright
PO Box 558
GORDON NSW 2072



004
I000235
R1_827

Interest is charged on a daily basis at the rate of 8.5% per annum.

**Description and Location of Property**
Cowangarra Road BYABARRA NSW 2446
/436044

| Particulars of Rates and Charges | Rateable Value | Cents in $ | Amount Due |
|---|---|---|---|
| ARREARS | | | $0.05 |
| Farmland Rate | $206,000 | 0.29764000 | $613.14 |
| Farmland Base Amount | 1 | 490.00 | $490.00 |
| Environmental Base Amount | 1 | 22.10 | $22.10 |
| On Site Sewage (Septic) Management Fee | 1 | 39.40 | $39.40 |
| Waste Management Access Charge | 1 | 27.00 | $27.00 |

Payments made since 08/07/2015 are not included on this notice.

| 1st INSTALMENT | 2nd INSTALMENT | 3rd INSTALMENT | 4th INSTALMENT |
|---|---|---|---|
| 31/08/2015 | 30/11/2015 | 28/02/2016 | 31/05/2016 |
| $300.69 | $297.00 | $297.00 | $297.00 |

**AMOUNT DUE** $1,191.69

 Biller Code: 5066
Ref: 3198702

**LOCKED BAG PAYMENT ADVICE SLIP**
Port Macquarie-Hastings Council
GPO Box 3784 Sydney NSW 2001

 Scan this QR Code to register for e-Notices or go to pmhc.formsport.com.au

ASSESS. NO: 3198702
NAME: C S & C L Wright
LOCATION: Cowangarra Road BYABARRA NSW 2446

POSTbillpay
*2270 3198702
Pay in person at any post office

DUE DATE: 31/08/2015
TOTAL DUE: $1,191.69
INSTALMENT DUE: $300.69