EXHIBIT "P10"

PORT MACQUARIE NSW 2444
**ABN** 11236901601
**Telephone** 6581 8111

## Payment Details

**Payer Name**         Craig S Wright

| **Payment Type** | **Account Number** | **Invoice** | **Amount** |
|---|---|---|---|
| Rates Receipt | 3198702 | | $4,145.00 |
| Credit Card Surcharge | | | $24.46 |
| Total | | | $4,169.46 |

**Your Reference**         RT: 3198702
**Date**                   Wednesday 07 August 2013 15:27
**eService Trans ID**      138440
**Receipt Number**         718251
**Result Description**     Approved

- Please [Print]
- Please note that your payment may not be updated until the following business day.

Rates Details
**Property**          Cowangarra Road BYABARRA NSW 2446
Amount Levied         $1554.89
**Instalment 1**      $390.89
**Instalment 2**      $388.00
**Instalment 3**:     $388.00
**Instalment 4**      $388.00
**Arrears/Charges**   $4120.19
**Interest**          $25.01
**Sub Total**         $5700.09   ← Rates till end of year.