# EXHIBIT "P11"



```
                                      Order number: 13987053
                                      Your Reference: 225564
                                          24/05/13 14:20


         LAND AND PROPERTY INFORMATION NEW SOUTH WALES - TITLE SEARCH
         -----------------------------------------------------------


     FOLIO: 3/578561
     ------

                  SEARCH DATE       TIME           EDITION NO      DATE
                  -----------       ----           ----------      ----
                  24/5/2013         2:20 PM             5          12/8/2008


     LAND
     ----
     LOT 3 IN DEPOSITED PLAN 578561
        AT BAGNOO
        LOCAL GOVERNMENT AREA PORT MACQUARIE-HASTINGS
        PARISH OF COWANGARA   COUNTY OF MACQUARIE
        TITLE DIAGRAM DP578561

     FIRST SCHEDULE
     --------------
     CRAIG STEVEN WRIGHT
     CARROLL LYNN WRIGHT
        AS JOINT TENANTS                                          (T 7586406)

     SECOND SCHEDULE (6 NOTIFICATIONS)
     ---------------
       1    LAND EXCLUDES MINERALS AND IS SUBJECT TO RESERVATIONS AND
            CONDITIONS IN FAVOUR OF THE CROWN - SEE CROWN GRANT(S)
     * 2    LAND EXCLUDES THE ROAD(S) SHOWN IN THE TITLE DIAGRAM
       3    V140546   RIGHT OF CARRIAGEWAY AFFECTING THE PART OF THE LAND
                      WITHIN DESCRIBED SHOWN IN PLAN WITH V140546
       4    V140547   RIGHT OF CARRIAGEWAY APPURTENANT TO THE LAND ABOVE
                      DESCRIBED AFFECTING THE LAND SHOWN IN PLAN WITH V140546
       5    AE106437  MORTGAGE TO NATIONAL AUSTRALIA BANK LIMITED
     * 6    AH491017  CAVEAT BY ANDREW ARAVANIS AS REGARDS TO THE INTEREST
                      OF CARROLL LYNN WRIGHT

     NOTATIONS
     ---------
     UNREGISTERED DEALINGS: NIL

             ***  END OF SEARCH  ***




                                                    PRINTED ON 24/5/2013

  * Any entries preceded by an asterisk do not appear on the current edition of the Certificate of Title. Warning: the information appearing under notations
                     has not been formally recorded in the Register.
                 © State of New South Wales through Land and Property Information (2013)
  SAI Global Property Division an approved NSW Information Broker hereby certifies that the information contained in this document has been provided
              electronically by the Registrar General in accordance with section 96B(2) of the Real Property Act 1900.
```