EXHIBIT "P16"



/REsUY

| TOTAL (USD) | TOTAL (BTC) | PAID (BTC) |
|---|---|---|

### INVOICE DETAILS

| | |
|---|---|
| Order ID | 1667.01 |
| Status | Complete |
| Confirmations | 6 |
| Currency | BTC |
| Exchange Rate | 1 BTC = 10400.40 USD |
| Created at | 8/23/19 3:28 PM |
| | View Bill > |
| Speed | Medium |

### BUYER INFORMATION

| | |
|---|---|
| Email | payables@stillmeadowholdings.com |

Payment received for ▓▓▓▓▓ ▓
TX ID: [ eb0be3682ba... ]
8/23/19 3:37 PM

Invoice created
8/23/19 3:28 PM

RM 00003

1/1