EXHIBIT "P18"

RAMONA WATTS - CONFIDENTIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA


CASE NO.:9:18-cv-80176-BB/BR


----------------------------------------

IRA KLEIMAN, as the personal              )
representative of the Estate of David     )
Kleiman, and W&K Info Defense             )
Research, LLC                             )
              Plaintiffs,.              )
                                       )
        v.                               )
                                       )
CRAIG WRIGHT                               )
              Defendant.                )
----------------------------------------


DEPOSITION OF RAMONA WATTS


On


Thursday March 19, 2020


At the offices of:


SCA Ontier

Halton House,

20-23 Holborn,

London EC1N 2JD,

United Kingdom


Taken by:

AMY COLEY, Court Reporter



```
 1            RAMONA WATTS - CONFIDENTIAL
 2                    A P P E A R A N C E S
 3   For the Plaintiffs (via telephone):
 4   BOIES SCHILLER FLEXNER LLP
     100 SE 2nd Street, Suite 2800
 5   Miami, Florida 33131
     Tel. 305-539-8400.
 6   Email: Abrenner@bsfllp.com.
 7   By: Andrew S. Brenner, Esq.
     Samantha Licata
 8
     ROCHE CYRULNIK FREEDMAN LLP
 9   200 S. Biscayne Blvd, Suite 5500
     Miami, Florida 33131
10   Telephone: (305) 357-3861.
     Email: Vel@rcfllp.com.
11
     By: Velvel (Devin) Freedman, Esq.
12
13   For the Defendant (via telephone):
14   RIVERO MESTRE LLP
     2525 Ponce de Leon Boulevard, Suite 1000
15   Miami, Florida 33134
     Phone: 305.445.2500
16   E-mail: Arivero@riveromestre.com
17   By: Amanda McGovern
     Julio Paez, Esq.
18
19   For Miss Watts:
20   SCA ONTIER
     Halton House, 20-23 Holborn,
21   London EC1N 2JD, United Kingdom
22   By Daniel Saoul QC
     Paul Ferguson, Esq.
23   Nicholas Dawson, Esq.
24
25
```



Page 3

1               RAMONA WATTS - CONFIDENTIAL

2

Also present:

3

Ms. Alison Green (The Examiner via Telephone)

4

Ira Kleiman (via Telephone)

5

Amy Coley (Court Reporter on behalf of Magna Legal

6    Services)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page  4

```
 1              RAMONA WATTS - CONFIDENTIAL
 2                    I N D E X
 3    Exhibit No.                        Page
 4    1          --   DEF 00022425   --   11
      2          --                  --   32
 5    3          --                  --   68
      4          --                  --   74
 6    5          --                  --   91
      6          --                  --  119
 7    7          --                  --  170
      8          --                  --  175
 8    9          --                  --  188
     10          --                  --  230
 9   11          --                  --  258
     12          --                  --  260
10   13          --                  --  269
     14          --                  --  273
11   15          --                  --  276
     16          --                  --  285
12   17          --                  --  290
     18          --                  --  302
13   19          --                  --  309
     20          --                  --  316
14   21          --                  --  324
     22          --                  --  331
15
16
17
18
19
20
21
22
23
24
25
```



Page 5

```
 1              RAMONA WATTS - CONFIDENTIAL

 2      (the deposition commenced at 12.08 p.m.)

 3              THE EXAMINER:  Miss Watts,what I

 4   ask you then is to affirm.

 5              (Having duly been affirmed

 6         the witness testified as follows)

 7              THE EXAMINER:  Just to say that

 8   I am the examiner in this case.  If at any time

 9   you want to indicate that you need a break or do

10   not understand a question, or want it repeated,

11   please indicate that loud and I will take that

12   into consideration.  I am here also to see that

13   there is fair play as far as questioning is

14   concerned of you.

15              THE WITNESS:  Okay.

16              THE EXAMINER:  Bearing that in

17   mind, Mr. Brenner is going to be starting by

18   asking you some questions, so if you can remain

19   there it may be that he will wish everybody to

20   identify themselves again for the record.

21   BY MR. BRENNER:

22      Q.    Yes, to expedite things, Miss

23   Watts, we met just briefly before the deposition

24   started, but let me formally introduce myself.  My

25   name is Andrew Brenner, I represent the plaintiffs
```



1          RAMONA WATTS - CONFIDENTIAL

2    in this lawsuit which involves your husband,

3    Dr. Craig Wright.  Do you understand that?

4          A.     I do, yes.

5          Q.     Okay.  On the plaintiff's side

6    attending this deposition remotely are Vel

7    Freedman, he is from the law firm of

8    Roche Cyrulnik & Freedman; Samantha Licata is from

9    my office, and Ira Kleiman, who is one of the

10   plaintiffs in the law suit, is also attending

11   remotely.  I would ask counsel for the defendant

12   and counsel for the witness to briefly introduce

13   themselves so we can move forward.

14          MR. SAOUL:  Yes, my name is Daniel

15   Saoul QC, I am counsel for Miss Watts.  I am here

16   with and instructed by Mr. Paul Ferguson and

17   Nicholas Dawson of SCA Ontier solicitors in

18   London.  We act for Miss Watts.

19          MS. McGOVERN:  This is Amanda

20   McGovern, I am here with my colleague Julio Paez.

21   We represent Dr. Craig Wright in this case.

22   BY MR. BRENNER:

23          Q.     Thank you.  Miss Watts, can you

24   state your full name for the record and spell your

25   last name?



```
 1              RAMONA WATTS - CONFIDENTIAL

 2        A.      I am Ramona Watts, W-A-T-T-S.

 3        Q.      And Miss Watts, where is your

 4   permanent place of residence?

 5        A.      So currently I reside in Cobham,

 6   Surrey, in London.

 7        Q.      In London?

 8        A.      Yes.

 9        Q.      Thank you ma'am.  Have you ever had

10   your deposition taken before in a US proceedings?

11        A.      No.

12        Q.      Okay, well, Ms. Green gave you some

13   of the instructions, but I think the most

14   important thing to keep in mind today, especially

15   because of the remote attendance, is to do your

16   best to try to let me finish my question, even if

17   you have a pretty good idea of where it is

18   going just by how it started, okay?

19        A.      Okay.

20        Q.      And I am going to do my best to let

21   you finish your answer, but importantly, if I

22   don't let you finish your answer, if I cut you off

23   I will have done so inadvertently and you just

24   need to let me know and I will step back and let

25   you finish what you were saying, okay?
```



Page 8

```
 1              RAMONA WATTS - CONFIDENTIAL
 2        A.      Okay.
 3        Q.      And sometimes I have the tendency
 4   to talk a little quickly, so if you just need me
 5   to slow down, just give me the "hi" sign and ask
 6   me to slow down and I will do that, okay?
 7        A.      I will.
 8        Q.      Ma'am, what is your date of birth?
 9        A.      ████████████  1970.
10        Q.      70?
11        A.      Yes.
12        Q.      You are in fact married to
13   Dr. Craig Wright?
14        A.      I am.
15        Q.      And how long have you two been
16   married?
17        A.      We were married in 2013.
18        Q.      Okay.  When did you meet
19   Dr. Wright?
20        A.      At the end of 2010.
21        Q.      When you met him, what were the
22   circumstances in your meeting?
23              MR. SAOUL:  I am going to object to
24   that question, Mr. Brenner.  I object reluctantly,
25   but you have three categories of topics which the
```



Page 9

1                  RAMONA WATTS - CONFIDENTIAL

2     English High Court, Commercial Court has

3     identified for questioning, including educational

4     background, employment history, professional

5     qualifications, personal preparation for the

6     deposition, that is (a); statements made by

7     Mr. Wright about certain matters, that is (b); and

8     Miss Watts' knowledge of the issues in (b) and

9     through other means is (c).  I am afraid that the

10    question you asked does not fall within any of

11    those categories so it is not permissible as a

12    matter of English law.

13                  MR. BRENNER:  Okay.  I disagree.  I

14    would ask you to give me some leeway.  Part of

15    what has happened here is, you were not there, but

16    in the deposition of Dr. Wright, he answered

17    several questions of along the lines of, "Don't

18    ask me, ask Miss Watts, I am no longer involved in

19    businesses".  I need to know -- I am not trying to

20    pry into the personal relationship, I am trying to

21    draw a line of where Miss Watts is acting in a

22    business partner role or where she is acting as a

23    spouse, because spousal privilege has ben

24    asserted.  So I will ask you to give leeway and it

25    will be quick, but I just want to know where --



Page 10

1                RAMONA WATTS - CONFIDENTIAL

2     whether they started at business associates or as

3     something else.

4          A.    We started as business associates

5     in 2011.

6     BY MR. BRENNER:

7          Q.    Okay.  Then some time after that

8     obviously the relationship changed and you

9     ultimately got married in 2013?

10         A.    Yes.

11         Q.    And you have remained married since

12    then?

13         A.    Yes.

14         Q.    Now, currently are you involved in

15    several businesses with Dr. Wright?

16         A.    Not any more, no.

17         Q.    Okay.  What I would like to do,

18    I would like to start by going to tab 4, which is

19    actually two different tabs, only because one is a

20    place marker to give a number, a court number,

21    because the file behind it is a native file.  Do

22    you see that?

23         A.    Yes, I do.

24         Q.    So tab 4 will become an exhibit to

25    this deposition, as exhibit 1.



Page 11

1                    RAMONA WATTS - CONFIDENTIAL

2           (Exhibit 1 was marked for identification)

3                Q.      So the first page as a number on

4       it; correct?

5                A.      Yes.

6                Q.      And is that number DEF 00022425?

7                A.      Yes, the next one, so produced in

8       native format, yes.

9                Q.      Okay.  Then I will represent to you

10      that the next page is the native format file that

11      was produced ----

12               A.      Sure.

13               Q.      -- in this litigation by counsel

14      for your husband, okay?

15               A.      Okay.

16                       THE COURT REPORTER:  Can I just

17      mark the deposition on the record?

18                       MR. BRENNER:  Sure.

19                       THE EXAMINER:  I was going to ask

20      you to do that, and I think we should always make

21      it clear that that has been done, because we want

22      to be able later to identify it ----

23                       MR. BRENNER:  Sure.

24                       THE EXAMINER:  -- clearly when not

25      everybody is going to be present in Miss Watts'



Page 12

1                RAMONA WATTS - CONFIDENTIAL

2    presence.

3    BY MR. BRENNER:

4         Q.    Miss Watts, are you looking at what

5    I will call the spreadsheet part of ----

6         A.    I am.

7         Q.    -- exhibit 4?

8         A.    Yes.

9         Q.    If you will look, starting on the

10   far left hand column, there is a list of entities;

11   do you see that?

12        A.    Umm hmm, yes, I do.

13        Q.    It is fair to say you recognise

14   each of those entities, correct?

15        A.    Yes, I do recognise them all, yes.

16        Q.    Okay.  Now if you go over -- when

17   I say over, I am sort of going across columns ----

18        A.    Yes.

19        Q.    -- there is a column that I think

20   it is the last column, and it says "directors"; do

21   you see that?

22        A.    I do, yes.

23        Q.    Okay, so as I go through that

24   spreadsheet for every one of these companies --

25   well, every one of these companies with the



Page 13

```
 1                RAMONA WATTS - CONFIDENTIAL
 2   exception of the second to last one, which is --
 3   it appears to be Chaos, or is that the third to
 4   last one -- every one you are listed as a director
 5   other than Chaos; is that right?
 6          A.     From what it shows on this
 7   spreadsheet it appears it would be, yes.
 8                 MR. SAOUL:   I am going to note for
 9   the record that from what I can see on this
10   document, there are no directors identified for
11   the last entity, either.
12                 MR. BRENNER:  Yes, I know.  I was
13   going to ask that.  Thank you.  And we will clear
14   that up.
15   BY MR. BRENNER:
16          Q.     The last entity that is listed on
17   this particular document is an entity called
18   Hotwire Preemptive Intelligence Pty Ltd; do you
19   see that?
20          A.     I do.
21          Q.     What is that?
22          A.     It was another one of the companies
23   that we were working for, or working on.
24          Q.     When you sate "we" what do you mean
25   by we?
```



Page 14

1              RAMONA WATTS - CONFIDENTIAL

2         A.    Craig and I.  We also had staff by

3    the way.  So I think with Hotwire we might have

4    had 40-odd staff.

5         Q.    Right.  You actually held a title

6    in Hotwire didn't you?

7         A.    Yes.

8         Q.    And you were chief people officer?

9         A.    I was, yes.

10        Q.    Were you a director of Hotwire?

11        A.    I don't recall.  I might have been,

12   but I would have to see the corporate records.

13        Q.    Sure.  For all of the other

14   entities on this sheet, other than Chaos, at least

15   according to the sheet you at one time a director.

16   Is that accurate?

17        A.    I don't recall because I know I was

18   director of quite a few companies, and I don't

19   know where this came from.  We had a secretarial

20   company do our corporate records for us.  So

21   I suppose if it came directly from them it would

22   be accurate.  As I said, because I don't know

23   where this came from I cannot actually speculate

24   to say if this is accurate or not.

25        Q.    Okay, but ----



Page 15

1                 RAMONA WATTS - CONFIDENTIAL

2         A.      But I was a director of several

3    companies, yes, at different stages.

4         Q.      Currently are there any companies

5    on this list that you are no longer a director

6    for?

7         A.      All of them.

8         Q.      So let's -- so you are no longer a

9    director for any of these companies, just to make

10   sure I understand your testimony?

11        A.      That's right.

12        Q.      When did you cease being a director

13   for DeMorgan Limited?

14        A.      That would have been -- I am not

15   sure if it is 2016 or 2017.  I believe it might

16   have been 2016.  I don't recall, so I really would

17   have to see, I put in my resignation, so I would

18   have to see some corporate paperwork.

19        Q.      If we are just looking at DeMorgan

20   for a second, who is Alan Granger?

21        A.      He was a director.

22        Q.      Is he still a director?

23        A.      No.

24        Q.      Okay.  Who is David Jensen?

25        A.      He was another director.



Page 16

1                    RAMONA WATTS - CONFIDENTIAL

2          Q.      Is he still a director?

3          A.      No, DeMorgan doesn't exist any

4    more.

5          Q.      Okay, so that was my next question.

6    So no one is a director of DeMorgan Limited

7    because it doesn't exist any more?

8          A.      That's right.

9          Q.      What about Cloudcroft PTY, when did

10   you cease being a director?

11         A.      I don't recall.

12         Q.      Why did you cease being a director?

13         A.      I don't recall.  A lot of these

14   companies either have been shut down or in the

15   process of being shut down.

16         Q.      Do you know if there are any

17   directors of Cloudcroft currently?

18         A.      No, I don't know.

19         Q.      The next one is CO1N PTY LTD --

20   C-O-1-N PTY LTD.  Who is Uyen Ng?

21         A.      I believe that might be Uyen

22   Nguyen, she was one of our interns.

23         Q.      Okay, and she was a director of

24   that company?

25         A.      According to this document, I don't



Page 17

1                RAMONA WATTS - CONFIDENTIAL

2     recall otherwise, but this document says she is.

3     I don't know.

4          Q.     Mohammed Shaleeb(?), who is that?

5                 MR. SAOUL:  Mr. Brenner, I entirely

6     accept that you are entitled to ask Miss Watts

7     about her employment history.  As you know, we

8     have had correspondence with your firm about

9     keeping that reasonably limited, which you agreed

10    to do.  I am unsure for myself as to whether it is

11    fair to suggest that questions about other

12    directors really do fall within the category of

13    employment history.  I just put a marker down.  If

14    this questioning is not going to be significant

15    then I am happy to be relaxed about it.  But if

16    there is going to be detailed questioning about

17    matters going beyond what is actually her

18    employment history, then we might run into a

19    difficulty.

20                MR. BRENNER:  Sure.  If you look

21    further down, we are only going to be about three

22    more people, because the rest of them are just

23    Miss Watts or Miss Watts and Dr. Wright, so it

24    will be quick.

25    BY MR. BRENNER:



Page 18

```
1              RAMONA WATTS - CONFIDENTIAL

2         Q.     Mohammed Shaleeb, who was that?

3         A.     He was someone who worked with

4    Craig.

5         Q.     Is he still a director of this

6    company?

7         A.     I really don't know.

8         Q.     The next one is Coin-Exch PTY LTD,

9    do you see that?

10        A.     I do.

11        Q.     That one lists shareholders, the

12   share structure of the company, as some of these

13   others do, do you see that?

14        A.     Hmm hmm.

15        Q.     It says that the shareholders in

16   that company are Dr. Wright, do you see that?

17        A.     I do.

18        Q.     And Mr. Kleiman, Ira Kleiman, do

19   you see that?

20        A.     I do.

21        Q.     Are they both shareholders in that

22   company?

23        A.     I don't know.

24              MR. SAOUL:  That does, I think in

25   fairness, go beyond the scope of the permitted
```



Page 19

1          RAMONA WATTS - CONFIDENTIAL

2    deposition.  Mr. Brenner, I am going to police the

3    English court order quite carefully.  I am not

4    going to interrupt questions which clearly fall

5    within the scope of the order.  But questions such

6    as that do not concern any of the matters in the

7    order, unless you can explain to me otherwise.  I

8    am happy to be persuaded otherwise, I am happy to

9    have a debate about it, but on the face of it that

10   is not a question that falls within the scope of

11   what you sought from the judge in Florida or

12   obtain from the English High Court.

13            MR. BRENNER:  Well, I will say this

14   and I cannot obviously advise you to what position

15   to take.  I can only tell you that I feel 100%

16   comfortable that a US court would find this well

17   within the realm of the testimony of this witness

18   and the US court has ordered this deposition to go

19   forward, and there will be potential consequences

20   for the US case if the witness is not allowed to

21   answer certain questions, but you have to do what

22   you have to do.  I get it, you will do what you

23   have to do.  I don't want -- this is the type of

24   thing I don't want to spend our time with.

25   I don't want to debate with you.  If you want to



Page 20

1               RAMONA WATTS - CONFIDENTIAL

2   instruct her not to answer, then we will have to

3   deal with it later.

4               MR. SAOUL:  I am not going to

5   instruct her not to answer that question, but I am

6   just asking you to be careful, because the concept

7   of what the witness might be answering on a broad

8   blanket basis in Florida is different from the

9   question of what you have sought and obtained

10  permission to ask her questions about pursuant to

11  the English High Court order, which is much more

12  narrow.

13              MR. BRENNER:  Okay, we will agree

14  to disagree and again, if we could try to move

15  forward, it will help us meet our intended time

16  frame.

17              MR. SAOUL: Absolutely.

18  BY MR. BRENNER:

19      Q.    Miss Watts, I am now on row 8,

20  which is -- how do you pronounce that, the company

21  on row 8?

22      A.    Panoptocrypt.

23      Q.    No, Denariuz, do you see that?

24      A.    No, I have got Panoptocrypt as

25  number 8 of mine.



Page 21

1             RAMONA WATTS - CONFIDENTIAL

2         Q.     Yes, don't worry about the row

3    numbering, I am looking at the Excel spreadsheet

4    ----

5         A.      Oh, I am sorry, I don't have that.

6    Denariuz?

7         Q.     Yes, Denariuz.  Denariuz you were a

8    director for; correct?

9         A.     As I said before, I don't know

10   where this information came from, so I don't know.

11   I was a director of several companies.  You are

12   asking me about being a director of companies

13   several years ago.  I do not recall.  If I had the

14   proper company records in front of me then I would

15   be able to say yes, I was.  I would be able to say

16   who the shareholders were if I had a shareholders

17   agreement in front of me.  But I don't know where

18   this came from so I cannot recall.

19        Q.     Okay, that is fair.  I can only

20   tell you this came from your husband's lawyers,

21   but I don't know where it came from either.

22   Currently are you a director of Denariuz?

23        A.      So, as I answered earlier, I am

24   currently not a director of any of these

25   companies.



Page 22

1          RAMONA WATTS - CONFIDENTIAL

2          Q.      Are you currently a director of any

3    companies?

4          A.      I have just been made director,

5    actually -- well, not just -- in January, of two

6    companies.

7          Q.      And what are they called?

8          A.      Wright International and Tulip

9    Trading.

10         Q.      And you became a director in

11   January of those?

12         A.      I think it was January or February,

13   yes.

14         Q.      Okay we will get back to that,

15   Wright International and Tulip Trading?

16         A.      That is right.

17         Q.      Okay.  Let me just finish up this

18   line of questioning on the spreadsheet, just to

19   identify the last few people, who is Lian Seng

20   Ang?

21         A.      That would be my father.

22         Q.      He was -- regardless of what the

23   document says, do you recall him being a director

24   of one or more of these companies?

25         A.      I recall him being a director of



Page 23

1              RAMONA WATTS - CONFIDENTIAL

2    something for a short time and he resigned, so

3    I don't remember the circumstances of it.  We took

4    minutes of meetings that we had with him.  As

5    I said, without the corporate records I cannot

6    give you any answers.

7          Q.     You made a reference earlier that a

8    lot of these companies either have dissolved or

9    are in the process of being dissolved; is that

10   correct?

11         A.     That is right, yes.

12         Q.     As you look at this list are any of

13   these companies either not dissolved or at least

14   not in the process of being dissolved?

15         A.     I don't know.  I don't know

16   I believe, to by knowledge, that they are all

17   either dissolved or in the process of being

18   dissolved, but I truly do not know.

19         Q.     Now, you told me that you were

20   recently made a director of Wright

21   International -- is that the full name for it,

22   Wright International?

23         A.     That is what I call it.  I don't

24   know its full name.

25         Q.     Okay.  And that happened you think



Page 24

1                RAMONA WATTS - CONFIDENTIAL

2     some time earlier this year?

3          A.     That's right.

4          Q.     Are there any other directors of

5     Wright International?

6          A.     I don't know, I have only just been

7     made director, so I haven't had all the corporate

8     records yet.  I am trying to get myself up-to-date

9     with that.  I haven't got any of that information.

10    My lawyers do though.

11         Q.     What is Wright International?

12         A.     So it was a company that Craig

13    started I believe in -- I don't remember the year,

14    I believe it was in 2009.

15         Q.     Do you know what it does, what that

16    company does?

17         A.     Well, currently it holds mined

18    Bitcoin.

19         Q.     Does it hold -- excuse me, let me

20    backtrack.  Does it hold Bitcoin mined by

21    Dr. Wright?

22         A.     No, it holds Bitcoin that was mined

23    by Information Defence.

24         Q.     Information Defence, is that the

25    full name of that company?



Page 25

1                    RAMONA WATTS - CONFIDENTIAL

2          A.     I do not know, this was before my

3     time, by the way, because I didn't know Craig in

4     2009.

5          Q.     Okay.  Is it your understanding --

6     and I am just jumping off your answer.  Sometimes

7     I will do that, and if I have just misunderstood

8     what you said, you let me know, okay?

9          A.     Sure.

10         Q.     From your answer it sounds like

11    what you are telling me is Wright International

12    holds Bitcoin that was mined by something called

13    Information Defence in 2009?

14         A.     That is from my understanding, that

15    is correct.

16         Q.     Do you know if Information Defence

17    was called W&K Information Defence?

18         A.     No, no it wasn't.

19         Q.     It was not?

20         A.     No.

21         Q.     Do you know what kind of company

22    Information Defence was?

23         A.     No, it was before my time.

24         Q.     Okay.  It is not until 2020 that

25    you first became a director in that company?



Page 26

1              RAMONA WATTS - CONFIDENTIAL

2         A.      That is correct, yes.

3         Q.      Other than that, that the company

4    holds mined Bitcoin, does it do anything else?

5         A.      Well, as I said, I only just became

6    director so I don't actually know what else it

7    might do.

8         Q.      Okay.  Are you also employed as --

9    I don't mean to be obtuse, but you could be a

10   director of a company but not actually employed by

11   them; do you understand that?

12        A.      Yes.

13        Q.      Are you employed also by Wright

14   International?

15        A.      No.

16        Q.      Do you draw any pay from Wright

17   International?

18        A.      No, I do not.

19        Q.      Are there any other directors of

20   Wright International?

21        A.      I don't know.

22        Q.      You don't know, okay.  Do you

23   understand what your job is as a director of

24   Wright International?

25        A.      Well, I understand what a director



Page 27

1              RAMONA WATTS - CONFIDENTIAL

2    has to do, and that is basically you have

3    oversight over the company, but for Wright

4    International currently I don't know because

5    I have only just been a director, I need to the

6    corporate records, I need to go through everything

7    and I have not had a chance to do that yet.

8              Q.      The second one that you told me,

9    the second company you told me that you are a

10   currently a director for you called it Tulip

11   Trading?

12             A.      That's right.

13             Q.      Is that -- as best you know is that

14   the full name for that?

15             A.      As best I know.  It might be Tulip

16   Trading Limited, it might be -- I don't know.

17             Q.      Sure.  When did you -- is that also

18   in the early 2020 time frame, when you became a

19   director?

20             A.      That's correct, yes.

21             Q.      By the way, who made you a director

22   of Wright International?

23             A.      I don't think anybody just makes

24   you a director.  It was decided.  We had previous

25   directors, but I am not quite sure what happened



Page 28

```
 1                  RAMONA WATTS - CONFIDENTIAL

 2    to them.  So I think a lot of them couldn't fulfil

 3    their duties, so I have decided that -- well, we

 4    sat down and we actually had a meeting.  The trust

 5    actually has shares in these two companies so

 6    there is Tulip Trust, and it shares in Wright

 7    International and Tulip Trading.  So we decided

 8    that we actually needed someone to be able to

 9    manage the companies properly because these

10    directors were not doing their jobs.

11            Q.     We will get this into later, but

12    when you just talked about a trust, are you

13    talking about the Tulip Trust from 2017?

14            A.     It is really the Tulip Trust from

15    2011, it is the same trust that we set up in 2011.

16            Q.     Was it updated in 2017?

17            A.     It was, yes, it was updated several

18    times though, between 2011 and I think the last

19    time we updated it would have been 2017, yes.

20            Q.     And you are the trustee of that

21    trust; correct?

22            A.     I am, that is right.

23            Q.     The sole trustee; correct?

24            A.     No, we have another trustee as

25    well.
```



Page 29

1                    RAMONA WATTS - CONFIDENTIAL

2          Q.      Who is that?

3          A.      Denis Mayaka.

4          Q.      Are you sure that he is a

5    co-trustee on that?

6                  MR. RIVERO:  Objection to the form.

7    BY MR. BRENNER:

8          Q.      You can answer.

9          A.      It is my understanding that he is

10   still a trustee but I could be mistaken.

11         Q.      Okay you said -- does the trust own

12   all the shares in Wright International and Tulip

13   Trading?

14         A.      It does, yes.

15         Q.      When you answered my question a few

16   questions ago, you said, "We had a meeting and we

17   decided that someone should be a director that can

18   oversee those companies", do you recall testifying

19   to that?

20         A.      Yes.

21         Q.      Who was the "we"; who had that

22   meeting?

23         A.      So the members of the trust.

24         Q.      Who was that?

25         A.      So I am not -- as trustee of the



Page 30

1                     RAMONA WATTS - CONFIDENTIAL

2     trust I am not sure under Seychelles law if I am

3     actually permitted to reveal the members and

4     beneficiaries of the trust.  You actually have a

5     trust document, I believe, so if you have the

6     correct trust document then it would be documents

7     that you have and you can look at that.

8           Q.      Okay, well let's look at, just so

9     we make sure we are talking about the same thing,

10    if you could turn to ----

11                  MS. McGOVERN:  Mr. Brenner, this is

12    Amanda McGovern.  While you are looking for that

13    document, I would like to state for the record

14    something we should have stated at the beginning,

15    which is that we would like this deposition in its

16    entirety to be marked confidential under the order

17    governing this proceedings and note that the trust

18    documents of July 2017 is under seal, and that all

19    exhibits to this deposition would also be

20    confidential under the terms of the order, similar

21    to Dr. Wright's deposition.

22                  MR. BRENNER:  So my understanding

23    is there is a protection order in place that

24    governs the sealing of all or parts of a

25    deposition or exhibits thereto, and we fully



Page 31

RAMONA WATTS - CONFIDENTIAL

1

2  intend to comply with that order.  So you have

3  made -- I understand your position, I understand

4  we will both just follow the order as to what that

5  means down the road.  But I have no objection to

6  what you are saying right now and we will ----

7              MS. McGOVERN:  It is really for the

8  purpose of clarifying.  I believe we have to

9  assert that ----

10             MR. BRENNER:  I agree.

11             MS. McGOVERN: -- will be maintained

12  confidential as opposed to, it is not an automatic

13  thing.  So I am simply asserting that this

14  deposition in its entirety, along with the

15  exhibits, will be confidential under the terms of

16  the protective order.

17             MR. BRENNER: Thank you.

18  BY MR. BRENNER:

19        Q.    If you look, I had it wrong, it is

20  tab 33, do you see that, Miss Watts?

21        A.    I do, yes.

22        Q.    We have been having some questions,

23  some back and forth, and we were referring to a

24  document but we were not looking at them.  The

25  document we referred to as the update of the trust



Page 32

1              RAMONA WATTS - CONFIDENTIAL

2    from 2017, is this the correct document, tab 33?

3         A.      That is right, it is.

4         Q.      We will mark that as exhibit 2 to

5    the deposition?

6                 THE EXAMINER:  Could you let the

7    court reporter have time to mark it.

8         (Exhibit 2 was marked or identification)

9         A.      I have not read the entirety of it,

10   I am assuming it is the same one that I have.

11        Q.      Okay.

12        A.      I will not spend time to read the

13   entirety of it.

14                MR. BRENNER:  As she is reading,

15   Madam Court Reporter, I think it will be better,

16   instead of marking the tab, to mark the actual

17   document.

18                THE COURT REPORTER:  Okay.

19        A.      If this is the document that you

20   received from my US lawyers, if would be the one

21   you have, so yes.

22   BY MR. BRENNER:

23        Q.      Thank you.  You told me, and I want

24   to make sure we have the sort of terminology

25   consistent with each other.  You told me that the



Page 33

```
 1                RAMONA WATTS - CONFIDENTIAL
 2    meeting at which it was decided you would become a
 3    director of Wright International and Tulip
 4    Trading, was among -- you used the words, both the
 5    beneficiaries and the members of the trust; do you
 6    recall testifying to that.
 7             A.     That is correct, I suppose I use
 8    that interchangeably, but yes.
 9             Q.     So when I look at the document, and
10    I ask you to do the same thing, can you tell me
11    were in the document it identifies the people that
12    were at that meeting?
13             A.     So, it would be page 16, schedule
14    B.
15             Q.     Let me get there.  Okay.  So on
16    page 16 it lists five individuals; correct?
17             A.     That is correct, yes.
18             Q.     All members of your family;
19    correct?
20             A.     That is correct.
21             Q.     Okay, and are you telling me that
22    those five people had a meeting some time on or
23    shortly before the beginning of 2020, in which it
24    was decided you would become a director of Wright
25    International and Tulip Trading?
```



Page 34

1            RAMONA WATTS - CONFIDENTIAL

2       A.     Yes, that is correct.

3       Q.     Anyone else at this meeting?

4       A.     No.

5       Q.     Mr. Mayaka?

6       A.     No, he was not present at that

7 meeting.

8       Q.     Okay.  You told me your

9 understanding of what Wright International does.

10 What is your understanding of what Tulip Trading

11 does?

12      A.     Well, Tulip Trading actually holds

13 bought assets, so Tulip Trading had assets that

14 were bought from -- I cannot actually remember

15 where they were bought, they were bought Bitcoin

16 in 2011.

17      Q.     You said the -- before you used the

18 word "assets" you used the word "bought" --

19 B-O-U-G-H-T?

20      A.     That's right.

21      Q.     Other than Bitcoin that had been

22 bought what other assets does Tulip Trading hold?

23      A.     I don't recall.

24      Q.     Okay, so the only assets that you

25 can recall that are held by Wright International



Page 35

```
 1               RAMONA WATTS - CONFIDENTIAL
 2    and Tulip Trading are Bitcoin; correct?
 3          A.     That is the only assets that I can
 4    recall, yes.
 5          Q.     And the difference between the two,
 6    or one of the differences between the two, is the
 7    Wright International Bitcoin was Bitcoin that was
 8    mined by Information Defence, correct?
 9          A.     That is what I understand.
10          Q.     Okay, and Tulip Trading Bitcoin was
11    purchased, as opposed to mined by an entity
12    associated with Dr. Wright; correct?
13          A.     That's correct.
14          Q.     Do you know how much Bitcoin Wright
15    International has?
16          A.     I don't, no.
17          Q.     Approximately?
18          A.     I really don't.
19          Q.     And I think I asked you this, but
20    maybe I didn't, are there any other directors of
21    Wright International?
22          A.     So currently I don't know if there
23    are because I haven't had a look at the corporate
24    records yet.
25          Q.     And what about Tulip Trading; any
```



Page 36

1                    RAMONA WATTS - CONFIDENTIAL

2     other directors other than you?

3           A.      That would be the same answer as

4     the other one; I don't know because I haven't

5     looked at it yet.

6           Q.      Do you know how much Bitcoin Tulip

7     Trading has?

8           A.      I don't.  It had -- I really don't

9     know how much, but I think that Tulip Trading was

10    actually managed by a company called HighSecured

11    and they were managing the Bitcoin that was bought

12    then.

13          Q.      So let me make sure I understand.

14    The Tulip prior to you becoming -- some time prior

15    to you becoming director, Tulip Trading was

16    managed by something called High Point?

17          A.      HighSecured.

18          Q.      Tulip Trading was managed by

19    HighSecured?

20          A.      That is right.

21          Q.      Is HighSecured a law firm?

22          A.      Yes.  I don't know if they exist

23    any more but they are a law firm, were, are.

24          Q.      Are or were a law firm?

25          A.      Yes.  Well, we used them.



Page 37

1                 RAMONA WATTS - CONFIDENTIAL

2    I communicated with them, they were a law firm.

3    I don't know if they exist any more.

4         Q.    And at some point HighSecured

5    stopped managing Tulip Trading?

6         A.    I believe so.  I think there were

7    some problems with HighSecured.

8         Q.    Do you recall what those were?

9         A.    Not really.  We couldn't get ahold

10   of them, that was the main problem.

11        Q.    So you have a tendency sometimes,

12   and I understand it, to use the word "we" a lot.

13        A.    Yes.

14        Q.    When you just used the word "we"

15   who were you referring to?

16        A.    Well, it would be the people in the

17   company working at that time.  So when I was

18   dealing with HighSecured, it was me and I think it

19   might have been one of our accounts, I don't

20   recall.  I am not sure which one actually.  We had

21   several accounts and we had several financial

22   controllers at that time.

23        Q.    Okay, so I may have assumed too

24   much from your prior answer, so let mer ask you

25   this:  Although you just became a director of



Page 38

1              RAMONA WATTS - CONFIDENTIAL

2     Tulip Trading in 2020, when did you begin working

3     with Tulip Trading?

4          A.     I never worked with Tulip Trading.

5          Q.     Well, I thought you just told me

6     that you were communicating with HighSecured when

7     they were managing Tulip Trading.  Is that true?

8          A.     That is true, but I never worked

9     with Tulip Trading.  So I was always a trustee of

10    the trust.  The trust owns shares in Tulip

11    Trading.

12         Q.     Okay, got it.  So, when you say the

13    trust, you are referring to the Tulip Trust?

14         A.     Yes.

15         Q.     Right.  And your understanding of

16    the Tulip Trust is that it was originally formed

17    in 2011?

18         A.     Well, I know it was, because

19    I helped form it.

20         Q.     Okay, it is not just your

21    understanding it is a certainty to you that it was

22    formed in 2011?

23         A.     That's right.

24         Q.     And I think you told me earlier

25    that over the years it has gone through several



Page 39

1                RAMONA WATTS - CONFIDENTIAL

2    changes and supplements; correct?

3         A.    It has, yes.  Not big material

4    changes, I mean the terms of the trust are always

5    the trust, the beneficiaries of the trust were

6    always the same, the purpose of the trust was

7    always the same.  So the rules were always the

8    same.  But in 2012, 2014 and then in 2017 again we

9    sort of made it more rigorous, it was a little bit

10   more finessed, it was worded a little bit better.

11        Q.    You obviously know that your

12   husband is involved in a lawsuit in Florida; that

13   is why we are here today, right?

14        A.    Yes, that is right.

15             MS. McGOVERN:  Object to the form.

16   BY MR. FREEDMAN:

17        Q.    Do you know -- were you aware that

18   there was a dispute in the lawsuit regarding the

19   identification of certain trusts?

20        A.    Sorry, I don't understand the

21   question.

22        Q.    Sure, thank you for asking.  Were

23   you aware that in the summer of 2019 that your

24   husband, as a result of this lawsuit, was called

25   upon to reveal certain trust information; do you



Page 40

1            RAMONA WATTS - CONFIDENTIAL

2      know that?

3            A.      Only from -- not before the

4      litigation, I did not know it.  I know now, yes.

5            Q.      Well, it didn't happen before the

6      litigation.  The litigation started 2018.

7            A.      Yes.  I don't have all the details

8      of this litigation, to be perfectly honest with

9      you.  I have not read it all because it just

10     stresses me out, I would rather not know, to be

11     perfectly honest.

12           Q.      Okay, but you were, in 2019, you

13     were already a trustee for the Tulip Trust?

14           A.      Yes.

15           Q.      And I will represent to you that at

16     that time, your husband, through his lawyers,

17     submitted to the court a sworn declaration where

18     it identified two different documents as to Tulip

19     Trust 1 and the Tulip Trust 2; were you aware of

20     that?

21           A.      No, I was not.

22                   MS. McGOVERN:  Mr. Brenner, before

23     you go into this line of questioning, the

24     communications regarding this litigation, between

25     Miss Watts and Dr. Wright about this litigation



Page 41

1              RAMONA WATTS - CONFIDENTIAL

2    and about things that occur during this litigation

3    will be privileged.  If that is what you are

4    intending to ask her about we object to this line

5    of questioning.  We can take it question by

6    question, but I would like to caution that a

7    spousal privilege will apply with respect to the

8    litigation, about the litigation.

9              MR. BRENNER:  We will take it

10   question by question.  I think so far we have been

11   okay, but I understand your objection.  I don't

12   agree with it, but we will take it question by

13   question.

14   BY MR. BRENNER:

15        Q.    Miss Watts, let me try to make sure

16   I understand your role with the trusts?

17        A.    Sure.

18        Q.    First of all, in your mind there is

19   only a single Tulip Trust; correct?

20        A.    That is correct.

21        Q.    It was formed informally, meaning

22   that the documentation was rather informal, the

23   first iteration of it was in 2011; correct?

24        A.    That's correct.

25        Q.    Then in 2012 a more formal document



Page 42

1                    RAMONA WATTS - CONFIDENTIAL

2    was put in place to memorialise the trust; is that

3    correct?

4            A.    Yes, that is correct.

5            Q.    Then in 2014 ----

6                  MS. McGOVERN:  Please give me an

7    opportunity, since we are taking these questions

8    question by question, please give me an

9    opportunity to pose my objection for the record.

10   If you could just pause for two seconds so that

11   the court reporter does not feel like I am

12   speaking over Mr. Brenner, which I have no desire

13   to do.

14                 MR. BRENNER:  Ms. McGovern is

15   right, Miss Watts.  It is difficult -- it is

16   difficult even when we are all in the same room to

17   follow this rule, but it is really difficult when

18   we are in different rooms.  So what you should try

19   to do, and frankly you will fall short sometimes

20   and I will fall short sometimes, is just take one

21   extra beat before answering the question.  That

22   will give both Ms. McGovern an opportunity to make

23   an objection if she needs to, and it will also

24   give your counsel, who is there ably representing

25   you, to make sure that they have an chance to say



Page 43

1                  RAMONA WATTS - CONFIDENTIAL

2      something if they need to say something. Okay?

3              A.      Okay.

4                      MR. BRENNER:  For the record,

5      I would just note that I appreciate the fact that

6      due to the circumstances beyond all of our control

7      the schedule of this became difficult, and

8      I appreciate that the law firm of SCA Ontier

9      offered their offices at the last minute after the

10     Boies Schiller offices closed, and I appreciate

11     the courtesy.

12     BY MR. BRENNER:

13             Q.      Let me go back to where I was, Miss

14     Watts.  I think we covered that the 2012 was a

15     more -- a formalisation of the 2011 trust

16     formation; correct?

17                     MS. McGOVERN:  Object to the form.

18     BY MR. BRENNER:

19             Q.      Yes?

20             A.      From what I recall, if I can tell

21     you what I recall.  Craig and I had a conversation

22     in 2011, about the trust, how he wanted it

23     structured, and the main thing was what the

24     purpose of the trust was going to be.  So it was

25     the purpose, we set down rules, we set down very



Page 44

1           RAMONA WATTS - CONFIDENTIAL

2    specific terms.  So that was in 2011.  In 2012

3    I believe -- I actually cannot remember which

4    lawyers we had, but I think we might have changed

5    lawyers in 2012, I do not recall.  So we had a

6    trust document in 2011 and then we firmed it up

7    again in 2012.  In 2014 we changed a few things

8    and I really cannot remember what it was.  It was

9    not purpose or rules of the trust, but we might

10   have added a few things to it, I cannot remember.

11   In 2017 we actually used -- we were in the UK at

12   that time and we used Baker & McKenzie and a

13   couple of other firms to firm up a proper

14   registered trust document.

15           Q.    Then, just to complete the sort of

16   progression, in 2017 what happened?

17           A.    Well, as I said, so we had the

18   trust document from -- well, we had -- we had

19   spoken about the trust in 2011, 2012.  I mean

20   really we had spoken about the trust quite a bit,

21   but in 2017 we decided that we were going to

22   register it formally I think; we were told that it

23   had to be done properly.  And so we spoke to Baker

24   & McKenzie, who were then -- they gave us another

25   name and I cannot remember who it was, but we used



Page 45

1                    RAMONA WATTS - CONFIDENTIAL

2    another law firm, and we worked with them for a

3    little while.  Frankly, they were very longwinded

4    and they were very expensive, so we asked Denis

5    Mayaka if he had any law firms in his contacts

6    that could help us.  So then we had sort of a

7    partial draft with Baker & McKenzie and this other

8    law firm that they had recommended to us, and then

9    Denis and his team put together something that was

10   exactly what we wanted.

11           Q.     In 2017?

12           A.     Well, yes, but it was the trust

13   from 2011, so it is not a different trust, it is

14   the same trust.

15           Q.     Right, I understand your testimony,

16   so I am going to try to walk through it again.

17           A.     Yes.

18           Q.     In 2011, it is the initial

19   formation of the Tulip Trust?

20           A.     That's right.

21           Q.     It goes through -- that trust

22   existed in 2011 and it exists today?

23           A.     Yes.

24           Q.     Okay.  The documentation on that

25   trust has been updated in 2012, 2014, and 2017?



Page 46

1                RAMONA WATTS - CONFIDENTIAL

2            A.      I believe that is the case.

3    I mean, I truly don't remember the exact dates.

4            Q.      Okay.   At all times, meaning from

5    2011 through today, have you been a trustee of

6    that trust?

7            A.      Yes, I believe so.   To my

8    understanding I believe I have been.

9            Q.      Okay.   Now, I think what you said,

10   and you will correct me if I am wrong, I think

11   what you said is that the general rules and more

12   importantly the purpose of the trust have not

13   changed?

14           A.      Absolutely not, no.

15           Q.      Bad questioning gets an unclear

16   answer for the record.   You agree with me that the

17   rules for the trust and the purpose of the trust

18   have not changed since 2011?

19           A.      The rules and the purpose of the

20   trust have not changed at all.

21           Q.      Okay.   What was or is the purpose

22   of the Tulip Trust?

23           A.      Oh, the purpose of the trust has

24   always been the same, and that is to continue the

25   work of what Craig has been doing, that is his



Page 47

1                  RAMONA WATTS - CONFIDENTIAL

2     research in Bitcoin, and to promote Bitcoin,

3     Bitcoin's legal nature, really.  So in 2011 when

4     we fist talked about it he was very upset because

5     he had told me that Bitcoin was being used on

6     something called Silk Road, where people were

7     buying drugs and there was money laundering, and

8     he never intended for Bitcoin to be used for those

9     sorts of things.  So he was cross and he was very

10    upset.  So he said that, you know, we're going to

11    have this trust, and we are going to make sure

12    that the purpose of the trust and the rules of the

13    trust are such that Bitcoin is used in a legal

14    manner.  And we are going to use it to continue

15    research in Bitcoin, to possibly fund companies

16    they are doing work that can, you know, continue

17    on the peer-to-peer research and do things that

18    are legal, without the illegal nature of Bitcoin.

19    He totally did not want to have anything to do

20    with that at all.

21         Q.     Great.  And you understood that, as

22    trustee, it was your job to comply with and

23    further that purpose?

24         A.     Absolutely, yes.

25         Q.     Let us go back to 2011, since it is



Page 48

1                RAMONA WATTS - CONFIDENTIAL

2    really just one trust, okay?

3          A.     Yes.

4          Q.     In 2011, how was the trust funded?

5          A.     How?  Sorry, I don't actually

6    understand your question.  The trust did not need

7    funds.  The trust is an entity on its own, so.

8          Q.     That was a bad question.  Let's try

9    again.  In 2011, were there assets placed in the

10   trust?

11         A.     So, the trust holds shares in

12   companies.

13         Q.     Let us back up.  In 2011, did the

14   trust own the shares of Wright International?

15         A.     I believe it did, yes.

16         Q.     And at the time Wright

17   International -- I think you told me this before,

18   but at the time the trust was formed, did Wright

19   International hold all of the Bitcoin mined by

20   Information Defence?

21         A.     I believe so.

22         Q.     And the trust owned all of the

23   shares of Wright International?

24         A.     I don't know, but to my knowledge

25   I think so.  I do not know for sure.



Page 49

1          RAMONA WATTS - CONFIDENTIAL

2          Q.     Okay.  In 2011 did the trust also

3     own the shares in Tulip Trading?

4          A.     I do not recall.  It might have

5     been around the same time that Tulip Trading was

6     formed.

7          Q.     Right.  You understand that Tulip

8     Trading -- well, is it true that Tulip Trading

9     bought Bitcoin at times after 2011?

10         A.     I don't know.

11         Q.     Okay.  In 2011 were you the sole

12    trustee of -- excuse me, of Tulip Trust?

13         A.     I don't know.  I don't know.

14    I know I was a trustee.  I do not think I was the

15    sole trustee, but I actually don't know.

16         Q.     Do you know anyone else that has

17    ever been a trustee of Tulip Trading -- excuse me.

18    Do you know anyone else that has ever been a

19    trustee of Tulip Trust other than you mentioned

20    before you thought Mr. Mayaka was; anyone else?

21         A.     At some stage Craig was a trustee

22    of Tulip Trust, but I think perhaps at the

23    beginning but not at the end.  I don't recall when

24    he stopped being a trustee.

25         Q.     It is your understanding that at



Page 50

RAMONA WATTS - CONFIDENTIAL

1

2    some point Craig was a trustee of Tulip Trust but

3    he is no longer a trustee of Tulip Trust?

4          A.    He is definitely no longer a

5    trustee, yes, but I don't know when though.

6          Q.    When the trust was formed in 2011,

7    since that time, have any -- has Wright

8    International mined any additional Bitcoin?

9          A.    Not to my knowledge, but Wright

10   International never mined Bitcoin.

11         Q.    Good point.  After the trust was

12   formed in 2011, did Information Defence ever mine

13   any Bitcoin?

14         A.    Not to my knowledge, but I didn't

15   work for Information Defence, so I don't know.

16         Q.    Do you know how Wright

17   International came to possess the Bitcoin mined by

18   Information Defence?

19         A.    I don't, no.

20         Q.    As far as you know, when you

21   started being a trustee in 2011, Wright

22   International was already the holder of the

23   Bitcoin mined by Information Defence?

24         A.    That's correct, yes.

25         Q.    And as far as you know that amount



Page 51

1                    RAMONA WATTS - CONFIDENTIAL

2    of Bitcoin remains the same as it was in 2011?

3           A.     Yes.

4           Q.     If it were to be spent you, as the

5    trustee, would have to be involved in the decision

6    to spend it; correct?

7           A.     Absolutely.

8                  MS. McGOVERN:  Object to the form.

9    BY MR. BRENNER:

10          Q.     You can answer.

11          A.     Well, it would have to fulfil the

12   purpose of the trust and the rules of the trust

13   first of all.  But, secondly, I believe if you

14   look on the block train it has not been spent.

15          Q.     Right.  I understand that I did not

16   mean to insinuate otherwise.  You, as the trustee,

17   if you wanted to spend Bitcoin, you could only do

18   it consistent with the terms of the trust?

19          A.     That is correct.

20          Q.     And to date you have not done that;

21   correct?

22          A.     That is correct.

23          Q.     If a situation arose that was

24   consistent with the terms of the trust for the

25   expenditure of Bitcoin, how would you do that?



MAGNA▶
LEGAL SERVICES

Page 52

1          RAMONA WATTS - CONFIDENTIAL

2                    MS. McGOVERN:   Object to the form.

3     Calls for speculation.

4     BY MR. BRENNER:

5          Q.     You can answer.

6          A.     So, how would I spend it?  So, the

7     purpose of the trust would be to, if we were

8     funding a company you mean, that was researching

9     Bitcoin; is that what you are saying?

10         Q.     Sure.

11         A.     Well, currently we cannot because

12    we don't have the full private keys to the trust.

13    But it does not actually mean that the trust -- it

14    is very hard to explain.  So you don't have the

15    private keys to the Bitcoin but it doesn't mean

16    that you don't own that Bitcoin.  I am not sure

17    you understand that.

18         Q.     I think I do, but I will ask you

19    some questions to make sure that I am getting your

20    testimony the way that you want to give it?

21         A.     Sure.

22         Q.     You said currently you cannot spend

23    a Bitcoin "because we don't have the four private

24    keys".  Did I get that right?

25                    MR. SAOUL:  Let me just clarify one



Page 53

```
 1              RAMONA WATTS - CONFIDENTIAL
 2    thing, did you say "full private keys" or "four
 3    private keys"?
 4         A.    No, it is not four, we don't have
 5    the private keys necessary to -- we don't have the
 6    private keys necessary to actually spent the
 7    Bitcoin in that particular way.  But I believe
 8    that there are other ways.  I'm not sure if it is
 9    spending or they are assignments, I believe
10    legally there might be other ways to do it, but
11    I don't know how.
12    BY MR. BRENNER:
13         Q.    Okay, so your counsel helpfully
14    made a correction on my understanding of what you
15    had testified to.  Before, when you said, "We
16    currently don't have" -- I said you said four
17    private keys, you actually said ----
18         A.    No I didn't, I said full --
19    F-U-L-L.
20         Q.    That is what I was correcting for
21    the record.  Your answer before was that, "We
22    currently cannot spend the Bitcoin because we
23    don't have full private keys" -- F-U-L-L.
24         A.    But I do believe that there are
25    other ways that you can access the Bitcoin,
```



Page 54

1                    RAMONA WATTS - CONFIDENTIAL

2      providing that they are according to -- they

3      fulfil the trust purpose by legal means, but

4      I don't know how.

5           Q.     You believe there are other ways

6      but you don't know how?

7           A.     That is correct.  I liken it to if

8      you have lost your car key and you cannot actually

9      drive to a certain place, but if you call roadside

10     assistance and say, "This is my car", you have to

11     show them some proof that it is your car.

12     Obviously you cannot just go into a parking lot

13     and say, "That great sporty Mercedes is my car".

14     If you show them some proof it was your car they

15     might be able to either cut you another key or get

16     you in, open the door for you.

17          Q.     Okay.  Other than you believing

18     there is a way to do it, you don't know how to

19     spend the Bitcoin in the trust correct?

20          A.     I don't know how to do it.

21     I believe there is another way to do it, that is

22     correct.

23          Q.     Okay.  In your answer where we had

24     the -- or I had the confusion between "four" and

25     "full", you said, "Currently we don't have the



Page 55

1          RAMONA WATTS - CONFIDENTIAL

2    full keys".  When did that come to be?  Was there

3    a time when you did have the full private keys to

4    the Bitcoin?

5          A.    So it was never four keys, I said

6    "full", remember?

7          Q.    Yes, I am trying to say "full" too.

8          A.    Full.  I am sorry.  I have never

9    had the private keys, I just know that we don't

10   have the keys.

11         Q.    So from the minute the trust was

12   formed, you, as a trustee, did not have the

13   ability to spend the Bitcoin; correct?

14         A.    That is correct, yes.

15               THE EXAMINER:  Is that a convenient

16   time to break off to you, Mr. Brenner, because

17   I know you are in the course of asking questions.

18               MR. BRENNER:  Yes, can you give me

19   two or three minutes to tie this one section up?

20   Thank you.

21               THE EXAMINER:  Yes.

22               MR. BRENNER:  Thank you.

23   BY MR. BRENNER:

24         Q.    You understood that there were --

25   one of the -- strike that.  You understood that



Page 56

1                    RAMONA WATTS - CONFIDENTIAL

2      the primary purpose of the trust was to further

3      the research and work of Dr. Wright; correct?

4           A.     Yes, correct.

5           Q.     And in order to do that, as one of

6      the examples you gave, for example, the trust may

7      have wished or desired to make an investment in a

8      company or companies that were helping Dr. Wright

9      with that research; correct?

10          A.     That is right, but in a legal

11     nature, so nothing that would -- for example, if

12     there was a company that wanted to start another

13     Silk Road, so you could anonymously buy drugs or,

14     you know, money laundering, none of those

15     anonymous things, so that would not work, yes.

16          Q.     Right.  I am assuming for the

17     purpose of my question it is a perfectly valid and

18     proper use of resources to further Dr. Wright's

19     work, okay?

20          A.     Okay.

21          Q.     One that is consistent with the

22     terms of the trust, okay?

23          A.     Sure.

24          Q.     The main, in fact the only assets

25     of the trust you have been able to identify are



Page 57

1                RAMONA WATTS - CONFIDENTIAL

2    Bitcoin; correct?

3           A.     No, I said that those were the only

4    ones that I knew of.

5           Q.     Right, the only assets of the trust

6    that you, as the trustee, are aware of that you

7    had at your disposal were -- the only assets you

8    are  of was Bitcoin; correct?

9                MS. McGOVERN:  Object to the form.

10          A.     I am sorry.

11   BY MR. BRENNER:

12          Q.     You can answer.

13          A.     There was IP involved as well, but

14   the IP was more Craig's work.  So I don't know

15   what value that has.  I did not know what monetary

16   value that IP has.

17          Q.     Right, so that the thing in the

18   asset, the asset in the trust that you are aware

19   of that had monetary value was Bitcoin, correct?

20          A.     His IP might have monetary value

21   but I don't know, I am not aware of it.

22          Q.     Okay, and you could not further the

23   purpose of the trust by spending Bitcoin because

24   you did not know how to do it; correct?

25          A.     I don't know -- I currently, no,



Page 58

RAMONA WATTS - CONFIDENTIAL

1

2    I don't.

3         Q.    You never knew how to do it?

4         A.    No.

5         Q.    Correct?

6         A.    That is correct.

7              MR. BRENNER:  Okay, let's take a

8    break.  Thank you Examiner Green.  Five or 10

9    minutes, is that good?

10              THE EXAMINER:  Does that suit you

11   Miss Watts?

12              THE WITNESS:  Yes.

13              THE EXAMINER:  Thank you.  Let us

14   say 10 minutes, everybody be back in 10 minutes,

15   because if I give five minutes not everybody will

16   be back.  So make sure everybody is back in 10

17   minutes.

18              THE COURT REPORTER:  We are going

19   off the record at 1.05 p.m.

20          (A short break off the record

21             from 1.05 to 1.14 p.m.)

22              THE COURT REPORTER:  We are going

23   back on the record at 1.14 p.m.

24   BY MR. BRENNER:

25         Q.    Okay, we are back again, Miss



Page 59

1                  RAMONA WATTS - CONFIDENTIAL

2    Watts.  Let us pick up sort of where we left off,

3    okay?

4           A.    Sure.

5           Q.    In one of your answers you were

6    telling me about a company called HighSecured, do

7    you remember that?

8           A.    I do.

9           Q.    Is that -- it may be I am just

10   having difficulty hearing you -- the second word

11   of that company, is it "secure" or "secured"; is

12   there a "D" at the end?

13          A.    Gosh, I think it is HighSecured.

14          Q.    With a "D" at the end?

15          A.    I believe so.

16          Q.    And when were you -- strike that.

17   They were managing Tulip Trading, is that what you

18   said?

19          A.    They were managing -- I don't know

20   if they were actually managing the company, but

21   I know that they were managing the Bitcoin in

22   Tulip Trading.

23          Q.    Okay.  The Bitcoin in Tulip Trading

24   was Bitcoin that had been purchased by whom, by

25   Tulip Trading?



Page 60

1                RAMONA WATTS - CONFIDENTIAL

2          A.     I believe so.  I don't know because

3    I wasn't working for Tulip Trading.  I don't know.

4          Q.     Well, from 2011 when the trust was

5    formed, did it own the shares in Tulip Trading?

6          A.     It would be about the same time,

7    I think so, definitely by 2012.  I don't recall,

8    in terms of dates.

9          Q.     So you were the trustee for the

10   trust that holds the shares in Tulip Trading by

11   2012; correct?

12         A.     Yes.

13         Q.     Do you know who was actually

14   managing Tulip Trading?

15         A.     No, I am not a director, so

16   --I have only just become a director, I wasn't a

17   director then, so I don't know.

18         Q.     Was Dr. Wright managing it?

19         A.     I don't know.

20         Q.     As the shareholder you had no

21   understanding who was managing the company you

22   owned?

23                MS. McGOVERN:  Object to the form;

24   asked and answered.

25   BY MR. BRENNER:



Page 61

1                RAMONA WATTS - CONFIDENTIAL

2           Q.     You can answer.

3           A.     Well, I mean, if I have shares in

4    Facebook I don't know exactly who is managing, it

5    or if I have shares in a few of other top listed

6    companies I don't know exactly who's managing it

7    either.

8           Q.     Is Tulip Trading a listed company?

9                  MS. McGOVERN:  Object to the form;

10   argumentative.

11   BY MR. BRENNER:

12          Q.     No, it is not.  But go ahead.

13          A.     I don't know.  No, I don't believe

14   it was.

15          Q.     Right.  Tulip Trading was a closely

16   held company of Dr. Wright's, was it not?

17          A.     I don't know.

18          Q.     You don't know if your husband

19   owned or managed Tulip Trading?

20          A.     My husband owned ----

21                 MS. McGOVERN:  Object to the form.

22   BY MR. BRENNER:

23          Q.     Go ahead.

24          A.     My husband owned several companies

25   so I don't know exactly what he owned.  But if I



Page 62

RAMONA WATTS - CONFIDENTIAL

1
2    had the corporate records in front of me I could

3    tell you.  I believe you might have the corporate

4    records so if you looked at them I am sure they

5    would tell you that.

6         Q.    Okay, so the answer is you don't

7    know whether your husband was running Tulip

8    Trading in 2012?

9              MS. McGOVERN:  Object to the form;

10   asked and answered.

11   BY MR. BRENNER:

12        Q.    You can answer.

13        A.    The answer is he was running a lot

14   of companies and I don't know exactly which

15   companies he ran at which time.

16        Q.    And you don't know whether he was

17   running Tulip Trading in 2012?

18              MS. McGOVERN:  Same objection.

19        A.    I guess I have the same answer.  My

20   husband was running many comes at different times,

21   and now you are asking me whether I know if he was

22   running that particular company at that particular

23   time and I don't know.

24   BY MR. BRENNER:

25        Q.    Do you know anyone else that ever



Page 63

1                    RAMONA WATTS - CONFIDENTIAL

2     ran Tulip Trading other than your husband?

3                    MS. McGOVERN:  Object to the form.

4     That is not what she testified to.

5                    MR. BRENNER:  It is a question,

6     I did not ask what she testified to.

7     Ms. McGovern, please just object to the form.

8                    MS. McGOVERN: (Unclear).

9                    MR. BRENNER:  Excuse me, anything

10    beyond form is not acceptable.  We do not have

11    time.  You know the rules, you object to the form,

12    it preserves all form objections.

13                   MS. McGOVERN: (Unclear).

14                   MR. BRENNER:  Please state to

15    objection to form or if you have a basis to

16    instruct the witness not to answer.  Anything

17    beyond objection to form I will consider going

18    beyond the rules allowed by the court.

19    BY MR. BRENNER:

20         Q.    Miss Watts, let me ask the question

21    again.  Do you know anyone who ever ran Tulip

22    Trading other than your husband?

23                   MS. McGOVERN:  Object to the form.

24    You have to give me an opportunity to object.

25    Please don't rush this.  There is a process.  You



Page 64

1                RAMONA WATTS - CONFIDENTIAL

2       made a beat, that was your word.  I object to the

3       form of your question.

4                     MR. BRENNER:  Thank you.

5       BY MR. BRENNER:

6            Q.     You can answer.

7            A.     So Mr. Brenner, as I said before,

8       so I believe this was now nine years ago, I do not

9       recollect from nine years ago which company my

10      husband ran.  He ran many, many, many companies at

11      different times.  So, the answer to that question

12      is, I do not recall.

13           Q.     My question must not -- let me try

14      to be clear.  I am not talking about 2012, I am

15      talking first of all at any time did your husband

16      run Tulip Trading?

17           A.     I do not recall.

18           Q.     At any time do you recall anyone

19      who ran Tulip Trading?

20           A.     I do not recall, but I know

21      HighSecured managed some of the assets in Tulip

22      Trading.  Whether or not they ran it I don't know.

23           Q.     Who at HighSecured were you working

24      with regarding Tulip Trading?

25           A.     There would be e-mails I can't



Page 65

1                    RAMONA WATTS - CONFIDENTIAL

2     remember the names because this was many, many

3     years ago.  I dealt with probably three different

4     lawyers and we had the Australian Tax Office in

5     the same room when I was e-mailing them back and

6     forth.  I just don't remember the names.

7          Q.     You don't remember any of the

8     names?

9          A.     No.

10          Q.     Okay.  What years were you working

11    with HighSecured in connection with Tulip Trading?

12          A.     Gosh, I really don't recall.

13    I think the last communication I had with them

14    would have been in 2014.

15          Q.     Okay.  And you think it started

16    some time -- well, it would not have started

17    before 2011; correct?

18          A.     No, definitely not.  I don't

19    remember, maybe in 2012, I really don't remember.

20    I know my last communication with them -- actually

21    I don't know if it was 2014 or 2015.

22          Q.     Do you know where HighSecured was

23    located?

24          A.     I believe they are a Panamanian law

25    firm.



Page 66

2          Q.      Did you ever visit their law firm?

3          A.      No.

4          Q.      Did you ever meet in person with

5    anyone from HighSecured?

6          A.      In person, no; on the phone, we

7    spoke on the phone; meeting, no.

8          Q.      Just my -- perhaps my recollection

9    of technology is not precise, but did you ever

10   have a video meeting with them by phone, meaning

11   that you could see the person, or was it just

12   regular telephone?

13         A.      Gosh, I have had so many Skype

14   meetings with people I do not recall.  I might

15   have.  There were three particular people that we

16   spoke to quite regularly.  I don't remember.

17         Q.      You don't remember their names;

18   correct?

19         A.      No, but as I said the e-mails

20   should show you the names.

21         Q.      Okay.  You do you remember what any

22   of them looked like?

23         A.      After all this time, probably not.

24   Skype is not actually very good by the way in

25   terms of -- yes.



Page 67

1                     RAMONA WATTS - CONFIDENTIAL

2          Q.     How often would you say that you

3     were in contact with representatives of

4     HighSecured?

5          A.     Oh, not that often.  So they needed

6     to do some things for us in terms of we had a

7     super computer and they actually sort of brokered

8     the deal with a data centre, and I do not remember

9     the name of the data centre, where they paid the

10    data centre in Bitcoin, so that we had a super

11    computer to do our research.

12         Q.     Okay.  That was a transaction where

13    the payment was about 117,000 Bitcoin, does that

14    ring a bell?

15         A.     I really don't remember.  We had

16    our accounts look through that.

17         Q.     Let me see if I can ----

18                MS. MCGOVERN:  Then I can state my

19    objection for the record.  I hate to be annoying,

20    but please let us use Mr. Brenner's metaphor for

21    using a beat beforehand.  I object to the form of

22    the question.

23    BY MR. BRENNER:

24         Q.     Was that payment made to Denariuz

25    PTE?



Page 68

1                  RAMONA WATTS - CONFIDENTIAL

2          A.     I don't recall.  I think our

3    accountants -- we had a financial controller at

4    that time, so they organised it.

5          Q.     Was the accountant at a company

6    called 3ECPA?

7          A.     I don't know.

8          Q.     Was the accountant, and I don't

9    know if it is a man or a woman Kelly Ku?

10         A.     I don't know.

11         Q.     Why don't we take a look at a

12   document to see if maybe it will refresh your

13   recollection.  Let us take a look at tab 26?

14      (Exhibit 3 was marked for identification)

15         Q.     Miss Watts, did you get to tab 26?

16         A.     Yes.

17                MR. BRENNER:  By the way, for other

18   counsel, anyone, especially Miss McGovern, I am

19   going to assume you found it unless you tell me

20   otherwise.  But I e-mailed this to you, so you

21   should have it.

22                MS. McGOVERN:  I did receive all of

23   the documents e-mailed, thank you so much,

24   Mr. Brenner, this is actually quite easy for me to

25   use, so I appreciate it.



Page 69

1                   RAMONA WATTS - CONFIDENTIAL

2                   MR. BRENNER:   Okay, so speak up if

3      you don't have it.   I will make sure we wait a

4      second.

5      BY MR. BRENNER:

6            Q.    So tab 26 appears to be, I guess it

7      is a 34 page document.   Do you see that Miss

8      Watts?

9            A.    Yes.

10           Q.    We don't need to go through this in

11     great detail now, but if you look at the first

12     page, it is an e-mail from you to someone named

13     Kelly Ku and some other folks at a firm called

14     3ECPA?

15           A.    Yes.

16           Q.    It appears you were on a first name

17     basis with -- was Kelly Ku a man or a woman?

18           A.    I actually don't know.   I believe

19     Kelly would be a woman, but I don't know.

20           Q.    We will call the person "Kelly".

21     It seems like you were on a first name basis with

22     Kelly and someone else named May, who I assume is

23     a woman; right?

24           A.    Hmm hmm.

25           Q.    May Uyen, do you see that?



Page 70

1                RAMONA WATTS - CONFIDENTIAL

2          A.     Yes.

3          Q.     Do you recall those two

4     individuals?

5          A.     May, not so much.  Kelly, I think I

6     recall.  I think this was an accounting firm.

7          Q.     Right, and this is an accounting

8     firm that was, if you were to glance through the

9     document it has to do with trying to substantiate

10    a payment of Bitcoin that you were trying to

11    substantiate in connection with the Australian Tax

12    Office proceedings; is that right?

13         A.     Do you know, I really don't recall.

14    I do not recall at all.  I am reading this now and

15    I really don't remember this at all.

16         Q.     Okay.  If you go to that first

17    page, if you go down maybe toward the paragraph

18    that starts "in the letter"; do you see that?

19         A.     Hmm hmm.

20         Q.     It talks about a letter from --

21    that is Uyen Nguyen, is that correct?

22         A.     Umm hmm.

23         Q.     About Bitcoin being transferred to

24    coin in 2014?

25         A.     Yes.



Page 71

1              RAMONA WATTS - CONFIDENTIAL

2          Q.      You recall that?

3          A.      I do not recall this at all.  This

4    was five years ago now, I am looking at the dates,

5    no I don't.  We did a lot of e-mails to different

6    accounts, so I do not actually recall this.

7          Q.      Okay, do you recall Bitcoin being

8    transferred out of the trust at any time?

9          A.      Not to my knowledge.

10          Q.      I thought you told me before that

11    Tulip Trading, for example, in this situation made

12    a Bitcoin payment in regard to a super computer?

13          A.      Transferred out of Tulip Trading,

14    you mean?

15          Q.      Yes.

16          A.      Yes, out of Tulip Trading, yes, for

17    a super computer, yes.

18          Q.      Okay, so you remember there were

19    times where Tulip Trading expended Bitcoin for

20    various purposes?

21          A.      Yes.

22          Q.      Would you, as the trustee of the

23    Tulip Trust, have been involved with that?

24          A.      Yes.

25          Q.      Would you have had to approve that?



Page 72

1                RAMONA WATTS - CONFIDENTIAL

2          A.     Yes, but I don't believe -- at that

3    time I don't know if I was the only trustee.  So

4    if Denis Mayaka was a trustee as well he would

5    have had to approve it if I wasn't available.

6          Q.     Okay then ----

7          A.     Or even if a Craig was a trustee

8    then, but I don't know at that time whether he was

9    or not.

10         Q.     You see the next paragraph that we

11   were just on, it says "Denariuz PTE LTD"?

12         A.     Yes.

13         Q.     It says -- it shows that that

14   company received 117,959.06 Bitcoin, do you see

15   that?

16         A.     I see that it is written that, yes,

17   did it say it received it?

18         Q.     It says that the documents from

19   that company show them receiving those same

20   amounts as capitalisation in the company of

21   Bitcoin, it is referring to the 117 right above

22   that.  I am I reading that correctly?

23               MS. McGOVERN:  Object to the form.

24         A.     Okay, yes, that is what it says,

25   yes.



Page 73

1              RAMONA WATTS - CONFIDENTIAL

2    BY MR. BRENNER:

3         Q.      Was that the investment or purchase

4    of the super computer you were talking about?

5         A.      No.  So, I actually really don't

6    remember.  But the super computer, so the super

7    computer was not actually with Denariuz, I don't

8    believe it was with that company.  If you have --

9    as I said, I don't have the company documents with

10   me.  A particular company would have been involved

11   with that, but I do not think it was Denariuz,

12   I don't know.  If I had the company records in

13   front of me I would have been able to tell you

14   which company was involved in the super computer.

15   But the fact is the Bitcoin would have been moved

16   from Tulip Trading and paid to a separate company

17   in Panama, I believe, who was actually managing

18   the data centre, so the Bitcoin wouldn't have been

19   moved into a company.

20        Q.      Where would it have been moved to?

21        A.      Well, Bitcoin would have been paid

22   -- the Bitcoin would have been used to pay the

23   data centre to run the super computers.

24        Q.      Right, and you don't know who that

25   data centre was?



Page 74

1

2      A.      No, I don't.  There is an agreement

3 somewhere in some of the company records it

4 actually tells you where the -- I believe it might

5 tell you where the data centre was, or the name of

6 it.

7      Q.      Okay.  Let me ask you -- if you go

8 to tab -- the very next tab, tab 27?

9      (Exhibit 4 was marked for identification)

10      Q.      Miss Watts, do you have that in

11 front of you?

12      A.      I do, yes.

13      Q.      Great, thank you.  At least on my

14 copy, if everything is working smoothly, which it

15 has so far, it is a four page document; do you see

16 that?

17      A.      Yes.

18      Q.      It is -- I am going to focus on the

19 first page.  I think, but we will confirm it as we

20 go through, that the next three pages are the

21 attachments or the annexures to the letter, okay?

22      A.      Yes.

23      Q.      Do you see that?

24      A.      I do.

25      Q.      This is a letter from Dr. Wright;



Page 75

1          RAMONA WATTS - CONFIDENTIAL

2    do you see that?

3              MS. McGOVERN:  Object to the form.

4    There is no authentication of this letter,

5    Mr. Brenner.

6    BY MR. BRENNER:

7         Q.    Let us do this way.  Do you see

8    this letter?

9         A.    I see the letter, yes.

10        Q.    Do you see the signature on that

11   letter?

12        A.    Barely.

13        Q.    Okay.  Do you recognise that as

14   your husband's signature?

15        A.    Not really, because I can barely

16   see it.

17        Q.    Okay, so it is not that you are not

18   saying it is and you are not saying it isn't, you

19   just have trouble seeing it because of the quality

20   of the copy?

21        A.    Yes, I have trouble seeing it.

22             MS. McGOVERN:  Object to the form.

23   Object to the form of the prior question.

24   BY MR. BRENNER:

25        Q.    If you look at the upper right-hand



Page 76

```
 1                RAMONA WATTS - CONFIDENTIAL
 2    corner of the letter, do you see that?
 3           A.     I do.
 4           Q.     It has your husband's name;
 5    correct?
 6           A.     It does.
 7           Q.     It has an address; correct?
 8           A.     It does.
 9           Q.     And what is that address?
10           A.     That address corresponds to the
11    home address that we had at that time, that is
12    where we were living.
13           Q.     And Gordon NSW, is that an
14    Australian address?
15           A.     Yes.
16           Q.     NSW is New South Wales?
17           A.     That is correct.
18           Q.     Was that a business address or home
19    address?
20           A.     It was a home address.
21           Q.     Okay, that was your marital home?
22           A.     That is correct.
23           Q.     And you said "at that time", I take
24    it you have moved out of that home; correct?
25           A.     In June 2014?
```



Page 77

1                    RAMONA WATTS - CONFIDENTIAL

2          Q.      No, some time after June 2014?

3          A.      Yes, I mean we are now in England.

4          Q.      Sure.  That home, you were living

5     there in June of 2014 though?

6          A.      I believe so, yes.

7          Q.      And your husband was too?

8          A.      Yes.

9          Q.      Was that the last home that you

10    lived in, in Australia?

11         A.      Yes, I believe so, yes.

12         Q.      Okay.  So when you left that home

13    did you move to the UK?

14         A.      That is correct.

15         Q.      When did that happen?

16         A.      December 2015.

17         Q.      Through approximately the end of

18    2015 you were living in Australia; correct?

19         A.      That is correct.

20         Q.      As was your husband; correct?

21         A.      Yes -- well, he was here I think --

22    I think he was in the UK in October and he came

23    back.

24         Q.      He came to the UK shortly before

25    you?



Page 78

1                  RAMONA WATTS - CONFIDENTIAL

2          A.      Yes, then he sort of travelled back

3    and forth a little bit, but he was based here.

4          Q.      Okay, so through the end of 2015

5    you stayed in Australia with the kids?

6          A.      That's correct.

7          Q.      And then you reunited as a family

8    end of 2015, beginning of 2016?

9          A.      That's right.

10         Q.      When you left the home in December

11   2015, this is the -- I will call it the St. Johns

12   Avenue home, okay?

13         A.      Hmm hmm.

14         Q.      When you left that home, did you

15   sell the home?

16         A.      No, we were renting.

17                 MR. SAOUL:  Can I ask, Mr. Brenner,

18   where you see the relevance of these questions and

19   how they fit into the categories you are permitted

20   to ask questions about?

21                 MR. BRENNER:  Sure, and

22   I appreciate that.  What I want you to understand

23   is that the defendant is taking the position

24   regarding certain documents that they are

25   forgeries or hacks.  In particular the defendant



Page 79

1                 RAMONA WATTS - CONFIDENTIAL

2    yesterday took the position that -- you know what,

3    I do not want to do this in front of the witness.

4    If you want to have the witness step out I am

5    happy to do it.

6                     MR. SAOUL:  If you could identify

7    for me which category within the English court

8    order your questions fall under I am prepared to

9    -- I am not asking you for some detailed

10   explanation of the justification for your question

11   in the wider litigation.  My concern is the

12   English court order.  I just at the moment do not

13   understand how the question that you just asked

14   falls within the categories which you are, as a

15   matter of English law, permitted to ask questions

16   about.  If you disagree then just identify for me

17   which bit of the order.  Otherwise it may be that

18   it does not stem out of this order we should just

19   move on.

20                     MR. BRENNER:  Well, we cannot move

21   on.  I will tell you that it goes to statements by

22   Dr. Wright, which would include both written and

23   oral statements.  This is one such statement, or

24   at least it purports to be.  I am trying to

25   ascertain, as you heard Ms. McGovern object, I am



Page 80

1              RAMONA WATTS - CONFIDENTIAL

2    trying to ascertain the authenticity of the

3    statement.

4              MR. SAOUL:  So just help me, I do

5    not want to take up too much of your time,

6    Mr. Brenner, statements made by Mr. Wright about

7    what?  Because you drafted the form of words, or

8    your legal team drafted the form of words that now

9    finds itself in the English order, you have

10   identified the topics in category (b), which is

11   the relevant category here, so statements about

12   what?

13             MR. BRENNER:  This one happens to

14   be statements specifically about the trust and the

15   Bitcoin, which are the centrepiece of everything

16   she is here to testify about.

17             MR. SAOUL:  Okay.  Perhaps you can

18   ask your question and we can understand how it

19   concerns the trusts or Bitcoin.

20             MR. BRENNER:  I think if you read

21   it, it says trust and Bitcoin.

22             MR. SAOUL:  I agree.

23             MR. BRENNER:  Okay, look,

24   I understand you have got to do your job.  I am

25   happy for you to do your job.  When I said I would



Page 81

1                    RAMONA WATTS - CONFIDENTIAL

2    try to finish by 7, its was based on no

3    unnecessary delays.  You and I are not going to

4    agree on this.  You have got to make a decision of

5    what you want to do.  This goes to the absolute

6    core of her testimony in the case.  So I don't

7    mean to rush you, but this is exactly the type of

8    thing that is going to make us not finish.  We

9    cannot spend 15 minutes debating each other.

10                    MR. SAOUL:  Mr. Brenner, I have

11   been very careful not to interrupt you more than

12   necessary.

13                    MR. BRENNER:  I agree.

14                    MR. SAOUL:  The fact that I am

15   being polite should not be misunderstood as a lack

16   of conviction or firmness on the position here.

17   Okay?

18                    MR. BRENNER:  Yes.

19                    MR. SAOUL:  Right.  I am going to

20   allow the witness to answer, but I expect the

21   questioning quickly to return to the topics that

22   we are expecting them to cover.

23                    MR. BRENNER:  Okay.  I do not

24   mistake anything you are doing for lack of

25   firmness.  I fully trust that you are honestly and



Page 82

                    RAMONA WATTS - CONFIDENTIAL

1

2   faithfully trying to discharge your duties as

3   counsel to Miss Watts, and nothing I say should

4   indicate otherwise.  But all I am trying to do is

5   say that at some point we are going to each have

6   to make our own calls, because otherwise we are

7   going to spend too much time debating things.

8   Okay?

9                    MR. SAOUL:  Agreed.

10  BY MR. BRENNER:

11          Q.    So where I was, Miss Watts -- I am

12  sorry, I am just going to get the screen back

13  up -- I was trying to understand from you is what

14  happened to the home after you left it.  Okay.

15  What you said before we took a slight hiatus was

16  that you were renting; is that right?

17          A.    Yes, that is correct.

18          Q.    So you were a renter in this home?

19          A.    That is correct.

20          Q.    When you left what did you do with

21  your stuff?  Did you clean out the home?

22          A.    Yes, because we were moving to the

23  UK.

24          Q.    Right.  Did you bring that stuff

25  with you to the UK?



Page 83

1                RAMONA WATTS - CONFIDENTIAL

2          A.      The things that were in the house?

3          Q.      Yes?

4          A.      Yes.

5          Q.      Did you bring computers with you to

6     the UK?

7          A.      The work computers, no, they were

8     in the work office, because we still had the

9     office running at that time and we still had staff

10    as well.

11         Q.      Perfect.  This will help your

12    counsel's, I think objection, which is -- I am

13    only interested in the work stuff, I am not trying

14    to figure out what you did with the pictures of

15    your children and things that are of sentimental

16    or personal importance to you.  I have no interest

17    to that, I am not going to enquire about that,

18    okay?

19         A.      Sure.

20         Q.      To the extent there were work

21    things in the home, concerning your work with

22    Dr. Wright, you took those with you to London;

23    correct?

24         A.      Well, they were not really work

25    things in the home, because everything was on the



Page 84

1                    RAMONA WATTS - CONFIDENTIAL

2       server.

3               Q.      Perfect.  So, the server was where?

4               A.      In the office in Sydney.

5               Q.      Okay, and when you left, I think

6       you mentioned this already, but when you left

7       Australia at the end of 2015 you still maintained

8       the office in Sydney; correct?

9               A.      That is correct.  Well, we did not

10      maintain it, but the office staff maintained it.

11              Q.      Okay, folks that worked for you?

12              A.      Yes.

13              Q.      And how long did that remain the

14      case, how long did that office stay up and

15      running?

16              A.      I don't recall.  It might have been

17      six months perhaps.

18              Q.      And then what happened to that,

19      what happened to the office?

20              A.      It was closed down.

21              Q.      Then -- so there were obviously

22      work things at the office; correct?

23              A.      That is correct.

24              Q.      What happened with the -- for

25      example with the server; what happened with the



Page 85

1           RAMONA WATTS - CONFIDENTIAL

2     server when you shut down the office in Australia?

3           A.     I do not know, I don't know what

4     the system administrator did.  I actually really

5     don't know.

6           Q.     Okay.  When you had moved to the

7     UK, you and Dr. Wright had moved to the UK and the

8     business was still running, or the office was

9     still running in Australia, did you have a

10    connection to the server in the UK?

11          A.     I don't know.  I am not very

12    technical, I really do not know.

13          Q.     Okay, you picked an interesting

14    spouse to not be very technical, but that is

15    normally things how these work.

16          A.     I know.

17          MS. McGOVERN:  I am going to object

18    to the statement and to the form of that comment

19    on the record, just strike it.

20          MR. BRENNER:  Okay, you can strike

21    it.  My joke was obviously very offensive to you.

22    It was meant to be humorous, Miss Watts, it was

23    not a ----

24          A.     I understand.

25          Q.     I know you do, but Ms. McGovern did



Page 86

1                RAMONA WATTS - CONFIDENTIAL

2     not.  Let us go back to the letter.

3                MS. McGOVERN:  Can you refrain from

4     making those kinds of statements on the record, it

5     is unnecessary.

6                MR. BRENNER:  Thank you Ma'am.

7     BY MR. BRENNER:

8          Q.     Let's go to the letter.  The letter

9     is from June 2014; correct?

10         A.     That is what it says here.

11         Q.     Okay.  And it purports to be from

12    Dr. Wright to Miss Uyen; correct?

13         A.     I don't know.  I really don't know.

14    We had quite a few problems in 2014, we had our

15    computers hacked, our personal computers at home

16    and the computers in the office.  So quite

17    frankly, there are lots of e-mails back and forth,

18    even to me, even from me, that were not mine.  We

19    discovered that in 2014/2015 I think.

20         Q.     This letter -- and I understand

21    your testimony regarding what you just said --

22    this letter, if you look at the second page, which

23    is titled "annexure 1"?

24         A.     Yes.

25         Q.     The first thing it says is, it



Page 87

```
 1                RAMONA WATTS - CONFIDENTIAL
 2     says:  "Software deal MJF Mining Services WA PTY
 3     LTD"?
 4          A.     I do.
 5          Q.     It does it say that Bitcoin and the
 6     amount of 358,852.45 was transferred to MJF Mining
 7     Services?
 8                MS. McGOVERN:  Object to the form.
 9          A.     I actually really don't know what
10     it says.  I didn't write it.
11     BY MR. BRENNER:
12          Q.     Regardless of what it says, are you
13     aware of Bitcoin ever being transferred to MJF
14     Mining Services by Tulip Trading?
15          A.     I don't know if it was Tulip
16     Trading but Craig did tell me that he was trying
17     to buy, I think it was gold, from somewhere called
18     Mark Ferrier.
19          Q.     That is, the MJF initials is Mark
20     Ferrier; correct?
21          A.     I presume so.
22          Q.     The second is "IAAS deal agreement
23     with Signia/HighSecured."  Do you see that?
24          A.     I do.
25          Q.     Is that the data centre that you
```



MAGNA
LEGAL SERVICES

Page 88

1                 RAMONA WATTS - CONFIDENTIAL

2     were referring to in your earlier answers?

3          A.     So, HighSecured is not a data

4     centre.  HighSecured is a law firm.

5          Q.     I understand.

6          A.     So I don't think it says the data

7     centre, but I believe that the deal I talked

8     about, in regards to the data centre, I think it

9     was the IAAS deal, but I cannot remember.

10         Q.     And does it sound about right that

11    111,000 Bitcoin was transferred to IAAS by Tulip

12    Trading?

13         A.     I really have no idea, I don't

14    know.

15         Q.     The last one says "loan repayment"

16    do you see that?

17         A.     I see that.

18         Q.     It says 117,956.06?

19         A.     I see the numbers.

20         Q.     Right, if you -- do you know what

21    that loan repayment was; do you know what that is?

22         A.     I have no idea.

23         Q.     Do you believe what I have shown

24    you as exhibit 4, I believe, is hacked document?

25                 MS. McGOVERN:  Objection ----



Page 89

1                RAMONA WATTS - CONFIDENTIAL

2    BY MR. BRENNER:

3         Q.    You don't know?

4               THE COURT REPORTER:  I am sorry,

5    you cut out.  Is "an accurate document"?

6               MR. BRENNER:  "Hacked".

7               MS. McGOVERN:  Object to the form

8    of the question.

9    BY MR. BRENNER:

10        Q.    You can answer.

11        A.    I really don't know.

12        Q.    Okay.

13        A.    As I said, I have reason to doubt

14   many documents because we were hacked so -- and

15   I didn't write this one, so I really don't know.

16        Q.    Okay.  So, let me go back to the

17   trust formation, 2011.  Do you know if there was a

18   trust document drawn up at that time?

19        A.    Yes.

20        Q.    Was there?

21        A.    Yes, definitely.

22        Q.    Okay.  And did that -- that named

23   you as a trustee; correct?

24        A.    Yes.

25        Q.    Did it also name Dave Kleiman as a



Page 90

1                RAMONA WATTS - CONFIDENTIAL

2      trustee?

3           A.     No, Dave Kleiman was never a

4      trustee.

5           Q.     Okay.  For any of the Tulip trusts?

6           A.     No, never.

7           Q.     Did Dave -- Dave Kleiman, when

8      I say Dave -- I will try to say Dave Kleiman --

9      did Dave Kleiman hold any keys to any of the

10     Bitcoin?

11          A.     To the Bitcoin, no.  He held keys

12     but they weren't to Bitcoin.

13          Q.     What were the keys to?

14          A.     So he held key slices that were

15     associated with a -- it is quite complicated.  So

16     these are cryptographic keys, I believe, they are

17     key slices to a key.  And this key would actually

18     open electronic files, so I know that Craig had

19     tasked Dave with sort of these key slices to be

20     returned to him, but the key slices were opening

21     electronic files and in the files there were

22     I think Craig's notes, algorithms, formula, that

23     sort of stuff.

24          Q.     So Dave's keys were not to unlock

25     any Bitcoin?



Page 91

1                RAMONA WATTS - CONFIDENTIAL

2          A.     No.

3          Q.     Correct?

4          A.     Correct, Dave's keys were not to

5     unlock Bitcoin, no.

6          Q.     Did your husband have  -- putting

7     aside Bitcoin, did he have money in trusts?

8          A.     I don't think so.

9          Q.     Okay.  Let us go to tab number 35.

10    I think that is the last tab.

11                THE EXAMINER:  That will be exhibit

12    5.

13       (Exhibit 5 was marked for identification)

14    BY MR. BRENNER:

15         Q.     Miss Watts, do you have that in

16    front of you?

17         A.     I do.

18         Q.     That is a one page document, do you

19    see that?

20         A.     I do.

21         Q.     I do not have a Bates stamp on

22    that.  I am going to represent to you that,

23    through your counsel, you produced to us 23

24    documents on Monday, I think, do you recall that;

25    you are aware of that?



Page 92

RAMONA WATTS - CONFIDENTIAL

1

2          A.      I am aware that my counsel had

3   access to my e-mails, yes.  I don't know whether

4   they ----

5          Q.      Okay.  This one was in the

6   documents I have given to you.  Actually it was

7   Watts 1, the first document.

8          A.      Okay.

9          Q.      I am just doing that for the

10  record, it did not print with a Bates stamp.  I am

11  not sure why it is.  Maybe there was not one put

12  on.  Okay?  So this is -- first of all, is this an

13  e-mail that you -- or a copy of an e-mail that you

14  wrote on or about May 28, 2012?

15         A.      Frankly, it was eight years ago,

16  I am looking at the date.  I don't recall the

17  exact writing of it.  But I am reading it now and

18  I recall the content definitely.  I don't recall

19  writing it then, but I recall having a huge fight

20  with Craig in 2012 about this exact topic.

21         Q.      Okay, so tell me what the fight was

22  about?

23         A.      I didn't understand what he was

24  trying to do.

25         Q.      What didn't you understand?



Page 93

1                    RAMONA WATTS - CONFIDENTIAL

2           A.      So in 2012 I was working two jobs,

3    we didn't have a lot of money, he was working day

4    and night and it was financially very difficult

5    for us.  I had no idea really what Bitcoin was all

6    about.  We discussed the trust, he said, you know,

7    "This is my life's work, we're going to have --

8    make sure there are certain rules to this trust so

9    that the Bitcoin can only be spent for certain

10   things".  In 2012 here I am not being able to put

11   decent food on the table for my kids and I'm,

12   saying, you know, "If there's Bitcoin why can't we

13   just spend it?"

14          Q.      Okay.  So in 2011 you were already

15   the trustee for Tulip Trust, which is holding

16   shares in the company called Wright International,

17   which has a substantial amount of Bitcoin; is that

18   fair?

19          A.      Yes, it is fair, but you have to

20   understand that in 2011 I really didn't understand

21   what Bitcoin was.  He said to me it was some sort

22   of digital cash, and it was his thing and he said

23   this is, you know, something that we will be using

24   in the future to fund other companies, to promote

25   Bitcoin, to make it legal again because it was use



Page 94

1                RAMONA WATTS - CONFIDENTIAL

2    used for nefarious purposes in 2011.  But in 2012,

3    as I said, things were getting pretty desperate

4    and I said, "Whatever it is in there, you know,

5    you are telling me you cannot touch it, it's

6    ridiculous, so give me some sort of explanation".

7           Q.    Let's go to the actual e-mail,

8    okay?

9           A.    Yes.

10          Q.    I am going to focus on, I guess it

11   is technically the third paragraph that starts

12   with the word "So"?

13          A.    Yes.

14          Q.    Your understanding, when wrote this

15   e-mail, was that there was a lot of money in the

16   trust and that Dave holds "keys" and others do as

17   well; correct?

18          A.    But my understanding was wrong,

19   that is the thing.  So I didn't actually

20   understand.  So I was just spewing out whatever

21   I felt at that time.  I was very angry.

22          Q.    Okay.  At this point you thought

23   your husband had money in a trust; correct?

24          A.    No, I don't know what I thought, to

25   be honest with you, I really don't know what



Page 95

1                           RAMONA WATTS - CONFIDENTIAL

2    I thought.  I just didn't understand.  I don't

3    know if you have ever been in a fight with your

4    wife, but your wife I am sure will have said

5    things that she doesn't mean and doesn't

6    understand, and that is exactly what this is

7    about.  He set me straight though, we had many,

8    many conversations after this, many more fights.

9          Q.    Okay, and how did he set you

10   straight?

11         A.    Well, he explained exactly what was

12   going on.

13         Q.    And he explained that ----

14         A.    Okay, so he ----

15         Q.    Go ahead.

16         A.    He explained that the keys that

17   Dave had were actually keys to -- there were key

18   slices to another key.  And if you had all the key

19   slices together then you would have this one key,

20   this key, that would be able to unlock an

21   electronic file.  I believe there were several of

22   these, so there would be several electronic files.

23   He said in these electronic files, there was his

24   notes, all his notes, that he had written about

25   Bitcoin.  So the start of Bitcoin, how it started,



Page 96

RAMONA WATTS - CONFIDENTIAL

1

2     why, the purpose behind it.  It had formula and

3     algorithms.  The formula and algorithms would

4     allow him to then calculate the private keys to

5     the Bitcoin that was in Wright International.

6               Q.     At Wright International  ----

7               A.     Basically what he was saying was

8     that he didn't have access to it because he didn't

9     have the private keys, because he and Dave had had

10    an understanding where Dave had the keys to the

11    electronic file, and so Craig didn't have the

12    formula to calculate the keys for the Bitcoin.

13    Then he said, "And even if I did, I couldn't do

14    anything about it because it doesn't fit the

15    purpose of the trust".

16              Q.     Okay.  At the time you wrote -- by

17    the way, this is an e-mail you found in your

18    computer; is that right, recently?

19              A.     Well, I didn't find it.  My lawyers

20    did.

21              Q.     Okay.  But it comes from your own

22    device; correct?

23              A.     I believe so.

24              Q.     At the time, in May 2012, what --

25    were you a director of business services at



Page 97

1

2      Panoptocrypt?

3              A.      I believe I was.

4              Q.      What was Panoptocrypt?

5              A.      Panoptocrypt was a cyber security

6      company, a forensics company.  So Dave was doing

7      -- not Dave -- Craig was doing work on forensics,

8      I am not sure exactly what he was working on, but

9      we didn't have a lot of money coming in from

10     Panoptocrypt at that time.  There was scada(?) and

11     forensics that he was doing.  I don't remember

12     what else though.

13             Q.      Was Dave working with Panoptocrypt?

14             A.      No, I do not think so, no.

15             Q.      Do you have any reason to dispute

16     that this is an authentic e-mail that you wrote on

17     about May 28, 2012?

18             A.      I don't know.  As I said, I don't

19     recall writing this e-mail.  I recall the content

20     of it very much though and I recall the time,

21     because I remember that in about 2012, mid-2012

22     Craig and I had several very, very big fights over

23     this exact thing.

24             Q.      Okay.  Let's talk about Dave

25     Kleiman.  Did you ever meet Dave Kleiman?



Page 98

1                  RAMONA WATTS - CONFIDENTIAL

2          A.      Not in person, no.

3          Q.      Did you ever speak with Dave

4     Kleiman?

5          A.      Yes, I did.

6          Q.      Was that by telephone or by some

7     sort of video connection, or both?

8          A.      I think mostly Skype.  I don't know

9     if it was Skype, but yes, a video connection.

10         Q.      In your mind you recall what he

11    looked like?

12         A.      Yes.

13         Q.      Okay.  Dave Kleiman was a close

14    friend of your husband's?

15         A.      Yes, he was his best friend.

16         Q.      Was he a partner of your husband's?

17         A.      In terms of work?  No.

18         Q.      Was it is your testimony that they

19    did -- strike that.  Did they work together?

20         A.      I think so, yes.  I mean, Dave

21    edited a lot of Craig's papers, I think they wrote

22    a book together.  Yes, I think they did.  They

23    must have, they wrote a book together.  I think

24    they wrote several books together, but I can't

25    remember.



Page 99

1           RAMONA WATTS - CONFIDENTIAL

2           Q.      So when you answered my question

3     that they were not partners in a work sense, what

4     did you mean?

5                   MS. McGOVERN:  Object to the form.

6           A.      Well, I suppose it depends on what

7     a partner means.  They could have been.  I mean,

8     I just said to someone the other day, "Do you want

9     to partner up and go to Costco and buy toilet

10    paper and split it up between us?"  It depends how

11    you use the word.

12                  MR. SAOUL:  I am going to make an

13    objection from an English perspective, Mr.

14    Brenner, which is that you asked her if they were

15    work partners.  So I think the question is what

16    did you mean by that expression, which the witness

17    was adopting.

18                  MR. BRENNER:  Okay.  I am not sure

19    that that is right, but I will clean it up.  No

20    problem.

21    BY MR. BRENNER:

22          Q.      The work that your husband and

23    Mr. Kleiman did together was not really analogous

24    with going to Costco and buying toilet paper, is

25    it?



Page 100

```
 1                RAMONA WATTS - CONFIDENTIAL

 2                   MS. McGOVERN:  Object to the form.

 3         A.      No, but I am saying I use that word

 4   very loosely.

 5   BY MR. BRENNER:

 6         Q.      Okay, fair enough.

 7         A.      I use the word "partner" very

 8   loosely.

 9         Q.      They did work together on matters

10   related to Bitcoin; correct?

11         A.      I don't think that the book that

12   they wrote together had anything to do with

13   Bitcoin.  I think it was more a forensic one, but

14   I am not sure.

15         Q.      Go ahead.  That is not my question,

16   not asking about the book.  I my question is,

17   and I will try to be clear, your husband and Dave

18   did work together on matters relating to Bitcoin?

19         A.      I don't know.  Can you be more

20   specific?

21         Q.      No, I cannot.

22         A.      Well, then, I cannot answer that

23   question.

24                   MS. McGOVERN:  I object to the form

25   of the question.
```



Page 101

1              RAMONA WATTS - CONFIDENTIAL

2    BY MR. BRENNER:

3         Q.     Did your husband write the Bitcoin

4    white paper?

5         A.     Yes, he did.

6         Q.     Did Dave help him with that?

7         A.     No, he didn't.

8         Q.     How do you know that?

9         A.     Craig told me.  When I met him in

10   2010 he said, "I've written something, I have

11   created something, I've done something".  Plus

12   I have had many conversations with Dave.

13        Q.     Maybe my word "work" is bad.  Do

14   you know if Dave helped edit the Bitcoin white

15   paper?

16        A.     I don't know if he edited it, no,

17   I don't know.

18        Q.     You say you had conversations with

19   Dave about that issue.  What were the those

20   conversations?

21        A.     About which specific issue?

22        Q.     Well, I asked you how did you know

23   that Dave did not work with your husband on

24   Bitcoin, and you said one of the reasons is that

25   you had conversations with Dave.  What were those



Page 102

1                RAMONA WATTS - CONFIDENTIAL

2     conversations?

3          A.     He said things to me like, "Your

4     husbands is brilliant, what he's come up with,

5     he's brilliant", that sort of stuff.

6          Q.     Anything else?

7          A.     Yes, "Look after him, take care of

8     him, he's a" -- beep beep beep.  He said some

9     nasty things about him, but in a very joking

10    manner, absolutely.

11         Q.     Sure.  Did he ever said to you that

12    he had no involvement in Bitcoin; did Dave ever

13    say that?

14         A.     That would be a very strange thing

15    to say to me, "Hi Ramona, I have no involvement in

16    Bitcoin".

17         Q.     I agree.

18         A.     That would be a very strange thing

19    to say to me.  No.

20         Q.     I agree it would be strange.  That

21    is why I am asking you if you are saying he said

22    that?

23              MS. McGOVERN:  Object to the form.

24         A.     I never said that he said that the

25    all.



Page 103

1              RAMONA WATTS - CONFIDENTIAL

2    BY MR. BRENNER:

3              Q.      Okay.

4              A.      I said that he said to me, "Ramona

5    look after Craig, he's brilliant, if you see what

6    he's done he is brilliant.  He is a pain in the

7    arse, but you need to look after him".

8              Q.      Go back to, I think last exhibit we

9    were on, I think it was exhibit 5.  Did Craig ever

10   explain to you why Dave was asked to hold the key

11   slices you testified about?

12             A.      Which one am I looking at, sorry,

13   exhibit 5?

14             Q.      It is the first tab, yes, sure the

15   first tab ----

16                     MR. SAOUL:  The last tab, tab 35.

17                     MR. BRENNER:  No -- yes, you are

18   right, tab 35.  Yes, my bad.

19             A.      That e-mail?

20   BY MR. BRENNER:

21             Q.      Yes, on the top of my notebook.

22             A.      Yes, sorry what was your question?

23             Q.      It would be great if I could

24   remember it.  My question was, did Craig ever tell

25   you why Dave was asked to hold key slices related



Page 104

1           RAMONA WATTS - CONFIDENTIAL

2   to the trust?

3           A.      The key slices were not related to

4   a trust at all.  The key slices were related to

5   electronic files that has Craig's notes in it.  It

6   had nothing to do with the trust.

7           Q.      Okay.  So the key slices only were

8   to files that included Craig's notes?

9           A.      Yes.

10          Q.      And did those notes have anything

11  to do with the ability to access Bitcoin?

12          A.      So, those notes were the beginnings

13  of Bitcoin and how he had written it and why he

14  had written it and all his research, and in those

15  notes there were formulas and algorithms on how

16  you calculate private keys.

17          Q.      Right, but in those notes was the

18  ability to -- was it in those notes the private

19  keys to the Bitcoin that had been mined that was

20  now part of Wright International?

21                  MS. McGOVERN:  I am going to object

22  to the form of the question.

23  BY MR. BRENNER:

24          Q.      You can answer.

25          A.      So those notes had nothing to do



Page 105

```
 1              RAMONA WATTS - CONFIDENTIAL
 2    with private keys.  Those notes were all his notes
 3    on how he created Bitcoin and all the research and
 4    all the formula and algorithms.
 5         Q.    So the key slices or key slice
 6    which Dave held one of actually had nothing to do
 7    with private keys to Bitcoin; correct?
 8              MS. McGOVERN:  I object to the form
 9    of the question.  That is not the testimony that
10    has been given.
11              MR. BRENNER:  Ms. McGovern, please.
12    The words are "object to the form".  Anything more
13    is unacceptable.
14              MS. McGOVERN:  You are misstating
15    the record.
16              MR. BRENNER:  Ms. McGovern, that is
17    unacceptable.  The objection is to the form and
18    you know better.
19              MS. McGOVERN:  Mr. Brenner, I am
20    objecting to this form of questioning.
21              MR. BRENNER:  That is the end,
22    thank you.  Your objection is noted.
23    BY MR. BRENNER:
24         Q.    Miss Watts, subject to that
25    objection, the notes -- Craig's notes that Dave
```



Page 106

1                 RAMONA WATTS - CONFIDENTIAL

2    held a key slice, or one of the key slices to,

3    those notes had nothing to do with the private

4    keys to the Bitcoin that was being held by Wright

5    International.  Is that not correct?

6                 MS. McGOVERN:  Object to the form.

7          A.    So, Mr. Brenner, I really don't

8    know because I didn't write those notes and he

9    wrote them before I met him.  So I couldn't answer

10   that question.

11   BY MR. BRENNER:

12         Q.    Are those notes still in an

13   encrypted file?

14         A.    Yes.

15         Q.    The encrypted file that you helped

16   your husband unlock recently, through the help of

17   Mr. Mayaka, were those the notes that Dave held

18   the key slice to?

19                 MS. McGOVERN:  Object to the form.

20         A.    So I did not unlock anything with

21   Craig.  We were sent things from Denis Mayaka.

22   BY MR. BRENNER:

23         Q.    The encrypted file that Dave held a

24   key slice to, it is your testimony that it is

25   still encrypted?



Page 107

1          RAMONA WATTS - CONFIDENTIAL

2          A.      Yes, and I am not sure if it is one

3     file or several files, to be honest with you,

4     I actually really don't know.  I think there are

5     several encrypted files.  Dave doesn't, or didn't

6     hold one key Dave held several keys, and he was

7     supposed to be sending them back in 2020.

8          Q.      Supposed to be sending them back

9     via a bonded courier; correct?

10         A.      I do not know how he was supposed

11    to send them back.

12         Q.      And regardless of how he was

13    supposed to send them back, that still has not

14    happened; correct?

15         A.      We have received some things, I do

16    not know what they are though.  We sent them to

17    the lawyers, but I don't think we received

18    everything.

19         Q.      What did you receive?

20         A.      Funny strings of numbers.  I don't

21    know what it was.

22         Q.      Who from?

23         A.      I don't know, from a very strange

24    e-mail, a very strange e-mail.  Not anyone I knew.

25         Q.      When was that?



Page 108

```
 1              RAMONA WATTS - CONFIDENTIAL

 2        A.      Perhaps in January.

 3        Q.      You received an e-mail in January

 4   with very strange numbers?

 5        A.      Hmm hmm.

 6        Q.      Did use turn those over to your

 7   lawyers?

 8        A.      Yes, right away.

 9        Q.      How many e-mails did you receive,

10   with strange numbers?

11        A.      I think only one.

12        Q.      You did not know the person who it

13   was from, was there someone identified as the

14   sender?

15        A.      It was not a name, I don't think,

16   no, it was some strange made up thing, no.

17        Q.      Do you recall what it was?

18        A.      No, I don't but my lawyers have it,

19   the US lawyers will have it.

20        Q.      Okay.

21              MR. BRENNER:  Has that been turned

22   or to us, Ms. McGovern?

23              MS. McGOVERN:  Yes it has,

24   Mr. Brenner.  Those were the anonymous e-mails

25   that were sent to you last year.
```



```
 1              RAMONA WATTS - CONFIDENTIAL

 2    BY MR. BRENNER:

 3         Q.      Okay, so Miss Watts, you just told

 4    me you received things in January; correct?

 5         A.      I said I don't remember.

 6         Q.      Okay.

 7         A.      I said I don't remember when

 8    I received them.  I received lots of e-mails, I do

 9    not know when I received them.

10         Q.      So it may have been as far back as

11    last June, is that your testimony?

12         A.      No, I don't think so.

13         Q.      Right, it was this year, wasn't it,

14    ma'am?

15         A.      I don't remember.  It could have

16    been December, it could have been January.  It

17    would not have been so far back in June,

18    definitely not.

19         Q.      Okay.

20              MS. McGOVERN:  I did just pose an

21    objection to the last question or rather

22    statement.  If it was a question that was made,

23    Mr. Brenner, I would like to make it clear on the

24    record, so there is no confusion here, that

25    anything that has been received with respect to
```



Page 110

1          RAMONA WATTS - CONFIDENTIAL

2    testimony about anonymous receipt of information

3    related to strange numbers, was produced to

4    plaintiffs upon receipt.

5               MR. BRENNER:   Okay.

6    BY MR. BRENNER:

7          Q.    Miss Watts, how many times would

8    you estimate -- I know it is hard, but I am just

9    trying to get a general sense -- did you speak

10   with Dave Kleiman?

11         A.    I don't -- I really couldn't

12   estimate, I don't know.  I, mean, he was often

13   talking to Craig on Skype and I would walk in on a

14   regular basis.  So I couldn't put a number to it.

15         Q.    Okay.  How often do you think your

16   husband was speaking to Dave Kleiman?

17         A.    I don't know.

18         Q.     Is it fair to say that they spoke

19   about work sometimes?

20         A.    I wasn't always in the room when

21   they spoke.  A lot of times they were just

22   talking, just general "how are you doing", sort of

23   conversations.  A lot of times Craig was very

24   frustrated with him, I know that, there was a lot

25   of raised voices.



1          RAMONA WATTS - CONFIDENTIAL

2          Q.     Were there some times when they

3    were talking about work, or you do not recall any

4    time they were talking about work?

5          A.     I don't know, I wasn't a actually

6    listening to the conversations.

7          Q.     Were there times when you yourself

8    had conversations with Mr. Kleiman that your

9    husband was not part of?

10         A.     Yes, if Craig walked out of the

11   room.

12         Q.     And what would you guys talk about?

13         A.     Mostly about Craig.  Mostly Dave

14   would be saying, you know, "I know he's difficult

15   but you just have to hang in there because what

16   he's doing is pretty amazing and pretty remarkable

17   and you really need to support him".  He was a

18   really good listener.

19         Q.     Dave was?

20         A.     Yes.

21         Q.     Okay.  Did you ever talk to Dave

22   about the Tulip Trust?

23         A.     No.

24         Q.     Did you ever talk to Dave about the

25   Bitcoin that was mined by Wright International?


MAGNA
LEGAL SERVICES

Page 112

1              RAMONA WATTS - CONFIDENTIAL

2          A.      No.

3          Q.      Did you ever talk to Dave about

4    Bitcoin that was purchased by Tulip Trading?

5          A.      No.

6          Q.      Let's take our break.  I am about

7    to change subject.

8                  THE EXAMINER:  So maybe we should

9    have a break for five minutes or so, if that suits

10   you.

11                 THE WITNESS:  Sure.

12                 MR. BRENNER:  If I could just --

13   one other thing.  Can you let me know when you

14   guys are going to want to take the little more

15   extended break for lunch?

16                 THE WITNESS:  I'm okay, I don't

17   need it.  It is up to you guys.  I don't mind.

18                 MR. SAOUL:  After the next one,

19   3 o'clock?

20                 MR. BRENNER:  After the next hour?

21                 MR. SAOUL:  Yes.

22                 MR. BRENNER:  Okay, whatever you

23   guys want is fine with me.

24                 THE EXAMINER:  I think it will be

25   your lunch and soon be our tea.



Page 113

1                RAMONA WATTS - CONFIDENTIAL

2                     MR. BRENNER:  Yes, okay.

3                     THE EXAMINER:  So let's go off the

4     record and have a five minute break.

5                     THE COURT REPORTER:  We are going

6     off the record at 2.10 p.m.

7               (A short break off the record

8                 from 2.10 p.m. to 2.17 p.m.)

9                     THE COURT REPORTER:  We are back on

10    the record.  It is 2.17 p.m.

11    BY MR. BRENNER:

12         Q.    Miss Watts, let me tie up a couple

13    of loose ends from where we were, and then we will

14    switch topics in a little bit, okay?

15         A.    Sure.

16         Q.    I had asked you if you could

17    estimate for the amount of times you had spoken to

18    Mr. Kleiman and you told me it was a long time ago

19    and you really couldn't give me an estimate; is

20    that fair?

21         A.    Yes, I don't remember now many

22    times.  As I said, I walked in and out a lot when

23    they were chatting.

24         Q.    That is what I was going to say.

25    It happened rather frequently that you would walk



Page 114

1                RAMONA WATTS - CONFIDENTIAL

2       in and your husband would be talking to

3       Mr. Kleiman; correct?

4            A.    There were times, I don't know how

5       many times, I don't know if it was frequent, but

6       they were chatting, yes.

7            Q.    Okay.  Was that over the course of

8       -- let me ask you this, and again I don't mean to

9       pry, but I am just trying to ascertain what you

10      know.  You were married in 2013, right?

11           A.    Yes.

12           Q.    And I am just trying to figure out

13      where you were.  Were you living with Dr. Wright

14      before that?

15           A.    Yes.

16           Q.    Okay, when did that start?

17           A.    2011.

18           Q.    So from the period of 2011 -- and

19      you understood that Mr. Kleiman died in 2013;

20      correct?

21           A.    Yes.

22           Q.    So for that two year period there

23      were times where you walked in and you husbands

24      was talking to Mr. Kleiman; correct?

25           A.    Yes.



Page 115

1              RAMONA WATTS - CONFIDENTIAL

2        Q.      There were times when your husband

3   would be talking to Mr. Kleiman and he would walk

4   out and you would just talk to Mr. Kleiman;

5   correct?

6        A.      That is correct.

7        Q.      Were there ever times where you

8   initiated the contact yourself to Mr. Kleiman?

9        A.      No.

10       Q.      Were there times when Mr. Kleiman

11  initiated the contact to you?

12       A.      No.

13       Q.      Okay.  So your conversations were

14  either as part of a conversation with you and your

15  husband and Mr. Kleiman, or times when your

16  husband stepped out and you would have the

17  conversation?

18       A.      Yes, he was my husband's best

19  friend.  I had no reason to just call him.

20       Q.      Sure.  We went through that 2017 --

21  I guess I will call them the 2017 trust document,

22  I think we called it before; do you recall that?

23       A.      Yes.

24       Q.      And in that document it listed some

25  beneficiaries; do you recall that?



Page 116

1              RAMONA WATTS - CONFIDENTIAL

2         A.    Yes.

3         Q.    Were those the beneficiaries of the

4    trust when it started in 2011?

5         A.    They were the intended

6    beneficiaries.  I think in 2011 -- I do not

7    remember the wording, it might have just said a

8    family.

9         Q.    Okay.  Was there anyone outside of

10   yours and Dr. Wright's family that was ever a

11   trustee of the Tulip Trust?

12        A.    Trustee?

13              MS. McGOVERN:  Object to the form.

14   BY MR. BRENNER:

15        Q.    Yes, bad question.  I mis-spoke.

16   Was there anyone outside the family that was ever

17   a beneficiary of Tulip Trust in 2011?

18        A.    No, never.

19        Q.    And you think sometimes it named

20   people by name and other times you just talked

21   about family or children and things like that?

22        A.    Yes.

23        Q.    And does that remain true today?

24        A.    Yes.

25        Q.    Okay, we talked about this a little



Page 117

```
 1                RAMONA WATTS - CONFIDENTIAL
 2    bit, but let me -- you know, let me ask you one
 3    other question.  You have referred to, on a few
 4    occasions you used the term "my US counsel"; do
 5    you recall that?
 6          A.    That is correct.
 7          Q.    Okay, who is your US counsel?
 8          A.    Amanda.
 9          Q.    It is your understanding that
10    Ms. McGovern is representing you; is that correct?
11          A.    Yes.
12          Q.    And has that been the case since
13    this lawsuit was filed?
14          A.    No, I have my British counsel here
15    as well, with me, in this room.
16          Q.    Right.  It was a bad question.  Not
17    to the exclusion of your British counsel.
18    I understand they have and are representing you.
19    But has Ms. McGovern and her law firm been
20    representing you since the beginning of this
21    litigation?
22          A.    I don't think her law firm --
23    I don't know the legal ramifications of all that
24    sort of thing.  I think it is just her.  I don't
25    know.
```



Page 118

1              RAMONA WATTS - CONFIDENTIAL

2         Q.     And your understanding is, since

3    the beginning of this litigation, Ms. McGovern has

4    been representing you?

5         A.     I don't think it is since the

6    beginning of the litigation.  It is possibly since

7    I was served.

8         Q.     Since you were served with a

9    deposition notice?

10        A.     I believe so.

11        Q.     Before that, were you represented

12   by US counsel?

13        A.     No, because there was nothing to

14   represent me for.

15        Q.     If you could go to tab 34, are you

16   there?

17        A.     Yes.

18        Q.     If our system is working you are

19   looking at something that looks like a filing in a

20   court case?

21        A.     Yes.

22        Q.     Is that right?

23        A.     Yes.

24        Q.     It should be a four page document;

25   do you see that?



Page 119

1          RAMONA WATTS - CONFIDENTIAL

2          A.      Yes.

3          Q.      Can we mark that as the next

4    exhibit.

5          (Exhibit 6 was marked for identification)

6          Q.      I will represent to you that there

7    is actually a fifth page, which was a page that

8    had your husband's signature on it, but because of

9    the issues regarding the coronavirus at the time

10   that he signed it, it was able to be formally

11   affirmed or -- we call it notarised here.  But

12   there is no other substantive information on that

13   page, okay?

14         A.      Hmm hmm.

15         Q.      Have you seen this document before?

16         A.      No, never.

17         Q.      I want to make sure I understand

18   this document as it relates to you because it

19   talks about you?

20         A.      Yes.

21         Q.      Okay.  If you will look at where it

22   says interrogatory number 2, do you see that on

23   the first page?

24         A.      Yes.

25         Q.      Just so you understand what that



Page 120

                    RAMONA WATTS - CONFIDENTIAL

1

2       is, in the American court system the parties,

3       through their counsel, are able to issue each

4       other written questions.  We call them

5       interrogatories, okay?

6                A.      Okay.

7                Q.      And then the court rules the

8       parties require to, subject to legal objections,

9       to answer those questions under oath, okay?

10               A.      Yes.

11               Q.      And this happens to be a

12      supplemental response.  What I mean by that is it

13      is a second response to this interrogatory that

14      your husband swore to, and was served to us by

15      Ms. McGovern, okay?

16               A.      Hmm hmm.

17               Q.      I am going to go to interrogatory

18      number 2, the response, but if you could just read

19      interrogatory number 2 to yourself, so you will

20      understand what was being asked and the answer may

21      make a little more sense?  Just let me know when

22      you are ready.  (Pause for reading)

23               A.      Okay, I have just read

24      interrogatory number 2.

25               Q.      My question was a bad one, but I am



Page 121

```
 1              RAMONA WATTS - CONFIDENTIAL
 2   glad you did it.  You read both the interrogatory
 3   and the response, right?
 4        A.    I am sorry, yes, sorry.
 5        Q.    No, you did great.  You read them
 6   both, right?
 7        A.    I didn't read the interrogatory,
 8   I read the response.  Now I am going to read the
 9   interrogatory, sorry.  Okay, I have read that.
10        Q.    Great.  It is fair to say that the
11   significant part of this interrogatory talks about
12   things that you either were asked to do, or did do
13   or said; correct?
14        A.    Yes.
15              MS. McGOVERN:  Object to the form.
16   I object to the form of the last question.
17   BY MR. BRENNER:
18        Q.    Miss Watts, having now had an
19   opportunity to read the interrogatory itself and
20   the response, let me just ask you first, is that
21   an accurate description of the events that
22   transpired and are described in that interrogatory
23   response as you understand them?
24              MS. McGOVERN:  Object to the form
25   of the question.
```



Page 122

1              RAMONA WATTS - CONFIDENTIAL

2         A.      This is how it happened ----

3         Q.      Okay.

4         A.      -- in my view.

5    BY MR. BRENNER:

6         Q.      Okay, good.  So let's go through it

7    so I can understand it, okay?

8         A.      Yes.

9         Q.      I am starting at the -- I am going

10   to page 2, and I am just going to walk you through

11   it, okay?

12        A.      Okay.

13        Q.      I am starting on page 2 where it

14   says, "The production"?

15        A.      Where it says what, sorry?

16        Q.      "The production to plaintiffs"?

17        A.      Okay.

18        Q.      So it says:  "The production to

19   plaintiffs of the Trust Agreement in the list of

20   public addresses ordered to be produced by

21   Magistrate Reinhart occurred as a result of me

22   requesting my wife, Ramona Ang May Fong (Ramona)

23   to obtain documents associated with the trust and

24   the company, Wright International Investments Ltd,

25   company number 064409."   Do you see that?



Page 123

2          A.     I do.

3          Q.     Do you understand that the capital

4    "T" -- Trust capital "A" -- Agreement referred to

5    in that sentence is what we have been calling the

6    2017 trust agreement?

7          A.     Yes.

8          Q.     Which has been previously marked as

9    an exhibit to this deposition?

10         A.     Yes.

11         Q.     Did you understand -- strike that.

12   What exactly did Dr. Wright request that you do,

13   as referenced in that interrogatory?

14         A.     Oh, so, I actually don't remember

15   him actually saying, "Send this to me".  So

16   I don't recall the conversation like that at all.

17   So, it says here -- "to obtain documents" -- what

18   I recall, from my recollection, is that we had

19   actually discussed it, in December some time, that

20   we were going to get access to the trusts in 2020

21   and we knew that any of the trust document anyway

22   because we locked it up for that long, and in

23   December I was going to request it from Denis.

24         Q.     Okay.  So let us unpack that a

25   little bit.  You and your husband had a



Page 124

1                    RAMONA WATTS - CONFIDENTIAL

2    conversation regarding the trust in December 2019?

3           A.     Yes, I don't know when in December,

4    but yes, we did.

5           Q.     Sure that con -- tell me again

6    because you actually broke up a little bit on the

7    video for me.

8           A.     Yes.

9           Q.     Tell me again what precipitated or

10   what caused that conversation?

11          A.     I don't recall, I don't recall what

12   caused it.

13          Q.     Okay, I will tell you what I heard.

14   But it did break up so maybe that will jog your

15   memory a bit.

16          A.     Sure.

17          Q.     What I thought you said is because

18   -- you had that conversation because you were --

19   or "we were about to get access to the trust in

20   2020"?

21          A.     The trust document, yes.  So when

22   we locked it up we said that we would be having a

23   meeting in, I think, I don't know, December or

24   January.  By January anyway we had said that that

25   is what we were going to do.  So if I were to have



Page 125

1                RAMONA WATTS - CONFIDENTIAL

2    access to it in January I thought I'd better ask

3    Denis in December, because I wasn't sure how long

4    it would take for him to get back to me.

5           Q.      When you say "it", when you had

6    access to it, what is the it you are talking

7    about?

8           A.      The document, the trust document.

9           Q.      So to make sure I understand, the

10   trust document we have been talking about, the

11   2017 trust document, you can refer to it if you

12   want, but it is a document you signed in 2017;

13   correct?

14          A.      I don't recall.

15          Q.      Let's look at that and make sure

16   I am not wrong.

17                MS. McGOVERN:  Object to the form

18   of the question.

19   BY MR. BRENNER:

20          Q.      Let me get the document.  It is

21   tab ---

22                THE EXAMINER:  33 is that a help to

23   you?

24                MR. BRENNER:  No, because I think

25   it is tab 26 -- you are right, it is tab 33.



Page 126

1                RAMONA WATTS - CONFIDENTIAL

2      Thank you.

3                     THE EXAMINER:   It is exhibit 2 for

4      the record.

5      BY MR. BRENNER:

6           Q.    Thank you.  Miss Watts, if you

7      could go back to tab 33 in exhibit 2?

8           A.    Yes.

9           Q.    I was incorrect, so let's go to

10     page 14 of the document.  There are two signatures

11     on the document; correct?

12          A.    Yes.

13          Q.    One -- do you recognise that as

14     your husband's signature, Dr. Craig Wright?

15          A.    It looks like his signature.

16          Q.    Did you witness him sign this

17     document?

18          A.    No, I didn't.

19          Q.    The second signature lists -- it

20     says trustee, Denis Bosire Mayaka; correct?

21          A.    That is what it says, yes.

22          Q.    You understand that actually you

23     are the trustee; right?

24          A.    We were both trustees.

25          Q.    Okay, well let's look at that,



Page 127

```
 1                 RAMONA WATTS - CONFIDENTIAL
 2   because we had that come up before.  Let's go to
 3   page 5 of the document.  Do you see that?
 4         A.      Hmm hmm.
 5         Q.      I am going to the middle of the
 6   page where it says:  "Trustee and successor
 7   trustee."
 8         A.      Umm hmm.
 9         Q.      Can you read into the record who is
10   identified as the trustee of the document, can you
11   read that first sentence?
12         A.      "The trustee of the trust shall be
13   Ramona Ang."
14         Q.      Okay.  You were the trustee,
15   weren't you ma'am?
16         A.      Yes, but so was Denis.
17         Q.      Let's look at that.  Denis comes up
18   about a third of the way through that paragraph,
19   or two thirds; correct?  Do you see in bold
20   letters?
21         A.      Yes, he is a successor trustee,
22   that is still a trustee though.
23         Q.      Well, it actually says if Ramona
24   Ang -- is Ramona Ang you, by the way?
25         A.      It is, but why don't you turn to
```



Page 128

```
 1              RAMONA WATTS - CONFIDENTIAL

 2    page 1 of it.   It says there ----

 3            Q.      Okay, I will?

 4            A.      -- it says there, "Denis Mayaka,

 5    trustee of the Tulip Trust".

 6            Q.      Okay, first let's do what I was

 7    doing and then I will go to your page, I promise

 8    you, okay.

 9            A.      Sure.

10            Q.      It says:  "If Ramona Ang is not

11    able to serve in the intermediate period before

12    2020 for any reason Denis Bosire Mayaka will act

13    as caretaker trustee without the ability to

14    dispose of assets..."  And it goes -- it describes

15    what he would do.  Do you see that?

16            A.      I do.

17                    MS. McGOVERN:  I make objection to

18    the record that when Miss Watts is speaking and

19    she might state something, that she should be able

20    to speak and complete her sentence without

21    interruption by you.

22                    MR. BRENNER:  Okay, I have told her

23    to let me know if that happens.  She seems more

24    than capable of doing that, and she has able

25    counsel with her.  I have not cut off Miss Watts.
```



Page 129

1               RAMONA WATTS - CONFIDENTIAL

2                   MS. McGOVERN:  (Unclear).

3                   MR. BRENNER:  In fact -- excuse me

4    -- I have not cut her off, but she knows and I

5    will repeat it, if I do, or her counsel there

6    believes I do, then they will let me know.

7                   MS. McGOVERN:  Okay.

8    BY MR. BRENNER:

9          Q.    So let's go back to -- you wanted

10   to go to page 1 of the document, which is page

11   number 1 but it is actually the second page;

12   right?

13         A.    Yes, it just says page number 1

14   though.

15         Q.    It says -- and tell me what you

16   want me -- you want me to ----

17         A.    So the third bullet point, you see

18   that it says, "Denis Bosire Mayaka trustee of the

19   Tulip Trust."

20         Q.    Okay, so is it your understanding

21   that Mr. Mayaka and you were both trustees of the

22   Tulip Trust?

23         A.    That that is my understanding, yes.

24         Q.    And when I say, this is in 2017 at

25   or about the time it is executed, right?



Page 130

1            RAMONA WATTS - CONFIDENTIAL

2       A.     Yes, I think I would be the main

3    trustee and he would be the secondary trustee, but

4    he is still a trustee, yes.

5       Q.     Just so I understand your

6    testimony, you did not sign this document;

7    correct?

8       A.     I did not, no.

9       Q.     Is it your testimony -- there is a

10   provision in here, and I just cannot find it

11   quickly -- but there is a provision which states

12   that your husband was not allowed to have a copy

13   of the document, I think it is before some time in

14   December 2019; does that sound right to you?

15      A.     That is correct, yes.

16      Q.     There is no such provision that

17   says that you as the trustee cannot have a copy of

18   the document; correct?

19      A.     That is correct.

20      Q.     Okay.  Did you have a copy of this

21   document?

22      A.     No.

23      Q.     Why not?

24      A.     Because my lawyer had it.

25      Q.     Did you have access to it?



Page 131

1                RAMONA WATTS - CONFIDENTIAL

2        A.      I could have requested it.

3        Q.      At any time, right?

4        A.      Yes.

5        Q.      In fact, if you wanted to know

6    whether something you were doing or not doing was

7    consistent with the terms of the trust, you would

8    have reviewed the document; correct?

9        A.      I didn't need to though, because we

10   weren't doing anything at that time.

11       Q.      Okay.  So it is your testimony that

12   you don't have a -- your lawyer is holding a copy

13   of the trust agreement, but you don't have it --

14   is it your testimony that you don't have it until

15   December 2019?

16       A.      That is correct.

17       Q.      So let us go back to the

18   interrogatories that we were on.  (Unclear) off

19   onto this tangent.  So you and your husband are

20   having a conversation in December 2019, and is it

21   your testimony that you decided at that time with

22   him to request a copy of the trust document?

23       A.      I don't actually recall what

24   happened.  I just know that I requested it from

25   Denis.  I don't know whether or not it was a joint



Page 132

```
 1                RAMONA WATTS - CONFIDENTIAL
 2    decision or whether I made that decision on my
 3    own.  I don't remember that.
 4           Q.     Let me ask you this.  Was that
 5    decision in any way related to anything that your
 6    husband had been ordered to do by the court in
 7    Florida?
 8           A.     It might have been for him, but
 9    certainly not for me.  I wasn't ordered to do
10    anything.  I knew what I had to do before January
11    2020.
12           Q.     You recall that your husband came
13    down to Florida to participate in court hearings
14    in June and August 2019; do you recall that?
15           A.     I know he went to Florida some
16    time, I cannot remember the dates.
17           Q.     Do you remember he testified in
18    court?
19                  MS. McGOVERN:  I am going to object
20    to the line of questioning, that it may spousal
21    privilege regarding litigation against Dr. Wright.
22    They are married, this is potentially invading a
23    spousal privilege regarding litigation and issues
24    in the litigation that would be intended to be
25    confidential between husband and wife.  To the
```



Page 133

1                RAMONA WATTS - CONFIDENTIAL

2       extent that the questions put Miss Watts in the

3       position of potentially testifying against her

4       husband, I am going to invoke the suppose

5       privilege.  Again, I do not want to do that.  If

6       you could rephrase your question so you do not

7       invade any suppose privilege, then we can take it

8       question by question.

9                     MR. BRENNER:  Okay, the question on

10      table is, which you are instructing her not to

11      answer is, were you aware that your husband

12      testified in Florida in 2019.  You are instructing

13      her not to answer that question?

14                    MS. McGOVERN:  I am.

15                    MR. BRENNER:  That is my question.

16      Just instruct her.  I am not going to debate it

17      with you,  I disagree with you, but if you want to

18      instruct her, do it.

19                    MS. McGOVERN:  I have the right to

20      speak without you dictating what I say.

21                    MR. BRENNER:  I am just pointing

22      for the record again, this is the type of thing

23      that is going to take us time.  So we will do what

24      we can do.  Go ahead.

25                    MS. McGOVERN:  Let me know when you



Page 134

1              RAMONA WATTS - CONFIDENTIAL

2     are done.

3                   MR. BRENNER:  I am done.

4                   MS. McGOVERN:  Mr. Brenner, I did

5     not instruct Miss Watts not to answer.  I simply

6     said, to the extent because you are going quickly

7     and I am not able to object as I wish over these

8     video conferences, I want to make sure there is no

9     invasion of the spousal privilege for litigation

10    while they are married.  So let us take it

11    question by question.  Miss Watts, please give me

12    an opportunity to inject my objection to make sure

13    that the privilege is not invaded.  I am not

14    instructing you not to answer that question.

15    BY MR. BRENNER:

16         Q.     Were you aware that your husband

17    testified in Florida in the summer of 2019?

18         A.     I was aware that he was in America

19    for some court proceedings, I don't remember

20    exactly when, I don't know if he was testifying,

21    I know he had to go for a court proceeding.

22         Q.     At any time prior to December 2019,

23    okay, did your husband ask you to, as he puts in

24    this interrogatory, obtain documents associated

25    with the 2017 trust?



Page 135

1              RAMONA WATTS - CONFIDENTIAL

2         A.      I don't have a specific

3    recollection of him actually saying to me, "Can

4    you please give me"--  what was this, the exact

5    document.  I do not have a specific recollection

6    of that.

7         Q.      Do you have a general recollection

8    of him ever asking you to obtain the 2017 trust

9    prior to December 2019?

10        A.      I don't have a specific

11   recollection of that.  I have a recollection of us

12   discussing the fact, as I mentioned to you before,

13   that the trust was -- not the trust, it was more

14   the trust document -- was going to be available in

15   2020, and that we had to have a trust meeting

16   between I think December and January, I cannot

17   remember the dates.  That is when I said that I

18   would be getting that information from Denis.

19        Q.      Right.  The only time you remember

20   your husband asking you anything about getting the

21   2017 trust document was this conversation you told

22   me about some time in December 2019?

23             MS. McGOVERN:  Object to the form

24   of the question.

25   BY MR. BRENNER:



Page 136

1                RAMONA WATTS - CONFIDENTIAL

2        Q.     You can answer, ma'am.

3        A.     What was the question again?

4        Q.     Sure.  The only time you have a

5   recollection of your husband asking you to obtain

6   the 2017 Tulip Trust document is in the

7   conversation you told me about that took place in

8   December 2019?

9                MS. McGOVERN:  Same objection.

10       A.     Well, I don't actually have a

11  recollection of him actually saying, "Please can

12  you get me a trust document".

13  BY MR. BRENNER:

14       Q.     So when he wrote writes in his

15  interrogatory that he, "Requested my wife, Ramona,

16  to obtain documents associated with the trust",

17  you don't recall that happening?

18                MS. McGOVERN:  Object to the form

19  of the question.

20       A.     I recall agreeing with him that I

21  would be getting documents for the trust.

22  BY MR. BRENNER:

23       Q.     And that was in December of 2019?

24       A.     Yes, it would have been.

25       Q.     Never before, correct?



Page 137

1               RAMONA WATTS - CONFIDENTIAL

2          A.      No, not before.

3          Q.      Then -- by the way, I think you

4    answered this before, but you could have requested

5    this document from Denis Mayaka, the 2017 trust

6    document at any time; correct?

7          A.      But I had no reason to.

8          Q.      Not my question.  My question is

9    you could have requested that document at any time

10   you wanted to if you decided you had a reason to?

11         A.      Sure, yes.

12         Q.      And the only reason you decided to

13   do it in December of 2019 is because you

14   understood that things associated with the trust

15   were going to happen in 2020?

16         A.      Yes, plus the discussion that we

17   had about that, yes.

18         Q.      Plus the discussion you had.  What

19   does that mean?

20         A.      In that we had to have the

21   meetings, we had to have meetings between --

22   I believe it was December and January, I don't

23   remember the dates, but I know that we had set out

24   terms that said we had to have meetings, sometime

25   I think before the end of January.  I don't



Page 138

1                  RAMONA WATTS - CONFIDENTIAL

2      remember the dates.

3            Q.      Could you go back to the Tulip

4      Trust document, the 2017 document?

5            A.      Yes.

6            Q.      Since you now have referred to the

7      meeting, let me make sure we are on the same page.

8      If you go to -- again we are using the page

9      numbers,  if you go to page 18, do you see that?

10           A.      I do.

11           Q.      Schedule D?

12           A.      Yes.

13           Q.      It refers to a video recording of a

14     meeting; do you see that?

15           A.      I do see what is written.

16           Q.      Is that the meeting -- was there a

17     meeting among the -- has there ever been a meeting

18     between the beneficiaries and members discussing

19     the rights, obligations and interpretations

20     regarding the trust agreement?

21           A.      Yes, we had a meeting in December.

22           Q.      Was that meeting videotaped?

23           A.      Sorry?

24           Q.      It appears to me when I look at

25     this, that meeting was supposed to be videotaped.



Page 139

```
 1              RAMONA WATTS - CONFIDENTIAL
 2   Was it videotaped?
 3          A.      It wasn't videotaped.
 4          Q.      Okay, and that meeting took place
 5   before or after you requested the trust document
 6   from Mr. Mayaka?
 7          A.      After.
 8          Q.      So let's go back to the
 9   interrogatory answer.  You -- it says you made a
10   request to the director of this company, Denis
11   Mayaka, do you see that?
12          A.      What line are we on?
13          Q.      Sure, that is bad of me.  I am
14   still in the paragraph that says "the production".
15          A.      Yes, okay.
16          Q.      So I am sort of picking up where we
17   left off.  I am starting with the sentence that
18   says, "The shares of this company"?
19          A.      Okay.
20          Q.      It says:  "The shares of this
21   company are held by the trust" -- what that is
22   referring to is the shares of Wright International
23   Investments were held by the trust; is that
24   correct?
25                  MS. McGOVERN:  Mr. Brenner, I am
```



Page 140

1          RAMONA WATTS - CONFIDENTIAL

2     going to object to the extent that you are asking

3     Miss Watts to interpret an interrogatory answer

4     written by somebody else.

5               MR. BRENNER:  I am going to object

6     to anything more than object to the form.  In all

7     honesty, if you do it again I am a going to try to

8     get the court online.  There is no basis for you

9     to make that objection.  You can object to the

10    form, it preserves every single objection you

11    have.

12              MS. McGOVERN:  You can ring the

13    court on the phone any time you like.  I object to

14    what you are doing here.  Objection (unclear).

15              MR. BRENNER:  If you object to what

16    I am doing how about try this, "objection".  Then

17    you will have an objection.

18    BY MR. BRENNER:

19         Q.    Miss Watts, the shares of this

20    company are held by the trust, do you see that?

21         A.    Yes.

22         Q.    That is a reference to what you

23    told me before, the shares of Wright International

24    Investments were held by the trust; correct?

25         A.    So what I told you, the shares of



Page 141

1                RAMONA WATTS - CONFIDENTIAL

2    Wright International, yes, the trust holds shares

3    in Wright International.

4            Q.    Right.  The next line, now this is

5    directly about you, so I am just trying to give

6    context to it.  It says:  "Ramona made a request

7    to the director of this company, Denis Mayaka, in

8    December 2019."  Do you see that?

9            A.    I see what it is written, yes.

10           Q.    Okay, it is true that you made a

11   request to Mr. Mayaka; correct?

12           A.    I did.

13           Q.    Is it true that Mr. Mayaka is a

14   director of Wright International Investments?

15           A.    I don't know.

16           Q.    Okay, so you don't know whether

17   that statement is true or false; correct?

18           A.    I do not know.  That is right.

19           Q.    Now, he says specifically, now

20   Dr. Wright has specifically testified about what

21   he asked you to do; do you see that?

22           A.    I do.

23           Q.    "I asked my wife, who is the

24   primary trustee of the trust, to obtain a copy of

25   the trust agreement."  Is that true?



Page 142

1          RAMONA WATTS - CONFIDENTIAL

2          A.      It could have been.  As I said,

3    I don't have a specific recollection.

4          Q.      He also asked you, according to

5    this, to obtain the associated records, including

6    the company accounts that related to the entities

7    owned by the trust?

8          A.      That one I specifically remember

9    because he actually did say to me when we got --

10   so we got the trust document in December, I think

11   it was, and he said it was not the full documents,

12   he said that there should be other company

13   documents as well.  And I couldn't remember what

14   Denis had and what he didn't have.  So I asked him

15   again, I don't know if it was the end of December

16   or early January, to give us the company

17   documents.  I remember that conversation.

18         Q.      Okay, so you asked Mr. Mayaka for

19   the trust document; correct?

20         A.      So I asked him or the for the trust

21   document -- again, I don't remember the dates, but

22   I am sure it was in December.  Yes.  Then I asked

23   him for all the documents, so including company

24   records and everything else in, I think it was

25   January.



Page 143

1          RAMONA WATTS - CONFIDENTIAL

2          Q.     Okay.  He gave you the trust

3   documents, you already testified to that; correct?

4          A.     He did.

5          Q.     Did he give you these related

6   company documents that are referred to here?

7          A.     At a later stage, he did, yes.

8          Q.     Did you turn those over to US

9   counsel?

10         A.     Yes.

11         Q.     I am going to now go to the next

12  paragraph, because it is saying something you

13  specifically said -- I shouldn't say specifically,

14  there is no quotation mark, it is talking about

15  you.  Do you see that?

16         A.     "My wife requested the trust

17  agreement" that one?

18         Q.     No, next paragraph?

19         A.     Okay.

20         Q.     Before looking at that paragraph

21  let me ask you a question.  Did you understand

22  that there was dispute in the lawsuit regarding

23  the public addresses to certain Bitcoin?

24         A.     No.

25         Q.     Okay.  Here it says:  "Ramona told



Page 144

                    RAMONA WATTS - CONFIDENTIAL

1

2    me that the list of public addresses which was

3    ordered to be produced by Judge Reinhart did not

4    arrive with the trust agreement."  You did not

5    know that there was a list of public addresses

6    that was being ordered by Judge Reinhart, did you?

7              MS. McGOVERN:  Object to the

8    form -- let me object to the form of the question.

9              MR. SAOUL:  I am also going to make

10   an objection, which is, I am not the dependent in

11   this interrogatory, but it does seem to me that

12   the reading that is being put on that sentence is

13   not sustained by the words.

14             MR. BRENNER:  Okay let's try it

15   again then, because I am trying to read it

16   honestly and to understand it.  If you are having

17   a confusion, I will take that in good faith and I

18   will try to clean it up.

19   BY MR. BRENNER:

20        Q.    Okay.  He says:  "Ramona told me

21   that the list of public addresses" -- when you got

22   the trust document did you discuss with Dr. Wright

23   anything about public addresses?

24        A.    No, I just gave him the trust

25   document and I said, "This is what we are going to



Page 145

1              RAMONA WATTS - CONFIDENTIAL

2    be giving to the lawyers".

3         Q.     So you did not tell him that the

4    list of public addresses did not arrive; correct?

5         A.     No, but he asked me whether

6    anything else, was there anything else with the

7    trust document, was there anything, and I said no,

8    it was just the trust document.

9         Q.     Okay.  Did he ask you specifically

10   if there were public addresses?

11        A.     He asked me if there was anything

12   else.  He said, "Did you get anything else?"

13   I said it was only the trust document.  I guess he

14   knows that trust document does not have a list of

15   public addresses.

16        Q.     It says -- so, basically, you gave

17   -- when you got the trust document did you give it

18   to him, to Dr. Wright?

19        A.     I did give it to him.

20        Q.     Just so I understand the

21   conversation, he asked if there was anything else;

22   correct?

23        A.     Yes.

24        Q.     And you said no?

25        A.     Yes.



Page 146

```
 1              RAMONA WATTS - CONFIDENTIAL
 2          Q.      And then the next paragraph is
 3   supposedly what happens next -- the next sentence,
 4   so let's look at that, okay?
 5          A.      Sure.
 6          Q.      "After my wife received the trust
 7   agreement and gave it to me to give to my
 8   attorneys I asked my wife to request additional
 9   documents held by the trust and the companies
10   owned by the trust including Wright International
11   Investments."  Is that true?
12          A.      So he asked me to ask Denis for all
13   the other documents.
14          Q.      Okay, and what did you ask him?
15          A.      I just said, "Give me everything
16   that is associated with any of the company
17   records, just give us everything that you have".
18          Q.      When you say the company, you are
19   referring to Wright International?
20          A.      Yes.
21          Q.      So you asked Denis that; correct?
22          A.      Yes.
23          Q.      And was this all happening by
24   e-mail, by telephone, or so some other way?
25          A.      So there is then encrypted -- it is
```



Page 147

1               RAMONA WATTS - CONFIDENTIAL

2   like Snapchat, I think it is called Vistomail.  It

3   is like Snapchat, where you actually send someone

4   a message and they send it back to you.

5          Q.     Okay.  Have you ever met Denis

6   Mayaka?

7          A.     No, I have had Skype conversations

8   with him, phone conversations.

9          Q.     What does he look like?

10          A.     I don't remember.  More phone

11   conversations.  I have had more phone

12   conversations than Skype conversations.

13          Q.     What colour is his skin?

14          A.     He is dark.

15          Q.     Then it says -- I am just reading

16   further in the sense, because it is talking about

17   you, okay:  "Ramona received those documents

18   through a Vistomail account in an encrypted file."

19   Do you see that?

20          A.     Yes.

21          Q.     Is that true?

22          A.     Well, I received it.  I do not know

23   if it was an encrypted file.  As I said, I am not

24   very technical, so I received something.

25          Q.     Were you able to open whatever you



Page 148

1                RAMONA WATTS - CONFIDENTIAL

2    received?

3            A.      I gave it to Craig.

4            Q.      Okay, so you received a file

5    through a Vistomail exchange from Denis Mayaka --

6    let me take it back, since that is not entirely

7    correct.  Whatever you received by Vistomail, did

8    it come from Denis Mayaka?

9            A.      Yes.

10           Q.      Okay.  Then did you just -- you

11   said you gave it to Craig.  It seems to me it is

12   something electronic.  How did you give it to him?

13           A.      Well, I said, "This is what

14   I received".

15           Q.      Okay, so you showed him the -- I am

16   going to call it an e-mail, is that correct; is

17   Vistomail an e-mail?

18           A.      I don't know, I don't know what it

19   is.  I think it is like a Snapchat but I am not

20   exactly sure.  I think they are e-mail functions,

21   but I don't really know.

22           Q.      I am going to call it a Vistomail

23   message, just so we can refer to it as something,

24   okay?

25           A.      Sure.



Page 149

1              RAMONA WATTS - CONFIDENTIAL

2          Q.      You got the Vistomail message from

3     Mr. Mayaka, this is still in December 2019?

4          A.      I think this one was now in

5     January, because this was the second ----

6          Q.      The second go around?

7          A.      Yes.

8          Q.      Whether it is December or January

9     not going to hold you to it, it is in this general

10    time frame?

11         A.      Yes.

12         Q.      Then when you got it did you

13    forwards the Vistomail message to Craig or

14    Dr. Wright, or did you  ----

15         A.      No, I just let him have a look at

16    it.  But Denis also sent me something on my

17    e-mail, but I think it was through his Vistomail

18    account, so he sent the same thing, so he must

19    have sent it twice.

20         Q.      He sent it once to your e-mail and

21    once through Vistomail?

22         A.      Yes.

23         Q.      The "it" was an encrypted file, or

24    a file, you do not know if it was encrypted or

25    not; correct?



Page 150

1                RAMONA WATTS - CONFIDENTIAL

2          A.     The one on Vistomail was encrypted,

3    the one on machine e-mail was not.

4          Q.     Were you able to open it?

5          A.     Yes.

6          Q.     And what was it?

7          A.     It was corporate records, it was

8    just all the documents, company documents.

9          Q.     Was there a list of other addresses

10   to e-mail -- sorry, strike that -- was there a

11   list of public addresses to Bitcoin in the file

12   you received from Denis Mayaka?

13         A.     I don't know.  I just -- I looked

14   at a lot of things, there were lots of

15   spreadsheets, there were a lot of things.

16         Q.     Whatever you received from

17   Mr. Mayaka, did you give to Dr. Wright?

18         A.     That one I am not sure if I sent it

19   directly to the US lawyers or I forwarded it to

20   Dr. Wright.  I am not sure.  I cannot remember.

21         Q.     I am going to scroll down a little

22   bit because I want to get to the parts that are

23   about you, okay?

24         A.     Sure.

25         Q.     So we will go to the next



Page 151

1                RAMONA WATTS - CONFIDENTIAL

2    paragraph, this is "The files received"?

3           A.    Okay.

4           Q.    It says:  "The files received by

5    Ramona as trustee" -- is this referring to the

6    files you received from Mr. Mayaka?

7           A.    I don't know what he's referring

8    to.

9           Q.    Okay.  If you go to the next

10   sentence it says:  "Ramona showed these files and

11   other associated files to me but retained the

12   files."

13          A.    Umm hmm.

14          Q.    Do you see that?

15          A.    Yes.

16          Q.    Is it true that Dr. Wright -- well,

17   did you give the files to Dr. Wright?

18          A.    Well, I let him look at it, as

19   I said to you, in the Vistomail, I let him look at

20   it.  I don't think there is a function where you

21   can forward on Vistomail, but I do not really know

22   how Vistomail works, to be honest with you.

23          Q.    Okay.  If you could go now to the

24   next page, the paragraph starts with "Ramona".

25          A.    Umm hmm.



Page 152

1          RAMONA WATTS - CONFIDENTIAL

2          Q.     It says:  "Ramona has witnessed my

3    receipt of the trust agreement and the file

4    containing the Bitcoin public addresses."  Do you

5    see that?

6          A.     Umm hmm.

7          Q.     Did you witness Dr. Wright's

8    receipt of the file containing the public

9    addresses?

10         A.     Well, I received files.  I don't

11   know what they were.  So if there were public

12   addresses in them then he would have had them.

13         Q.     The truth is you don't know if

14   those files contained the public addresses?

15         A.     Mr. Brenner, do you know that my

16   husband has Asperger's and struggles a great deal

17   actually to express himself and to interpret

18   himself?  I have troubles with him at all the

19   time, I have fights with him all the time.  In the

20   ten years that we have been together we used to

21   fight every day initially ----

22         Q.     Okay.

23         A.     -- because he has an inability to

24   express himself simply and succinctly.  So,

25   sometimes when he writes things and sometimes when



1                 RAMONA WATTS - CONFIDENTIAL

2      he says things, it is not what we perceive it to

3      be, it is how he perceives it to be.  He is

4      literal beyond anything.  So if he thinks that I

5      -- if he thinks that I knew something, just

6      because he knew something, he would say that

7      exactly in this sort of case.  We had so many

8      troubles.  When he was supposed to pick a child

9      and he didn't pick the child up because of certain

10     things that he said.  You are asking me to

11     interpret what he said.  I wasn't even a party to

12     this.  I have never read this before.  I am just

13     telling you the truth of what I have seen and what

14     I have heard, but what I have seen and what I have

15     sent or what I have not sent, he really struggles

16     with expressing himself correctly.  I think that

17     is probably why he gets into so many problems,

18     with me primarily, but everyone else.  He

19     struggles with looking at you in the eye when he

20     talks to you.  It has taken me ten years, and I

21     live with him -- it has taken me ten years for him

22     to look me in the eye when he talks to me.

23          Q.     My question only is this -- nothing

24     to do with Dr. Wright, I am asking only about you,

25     Miss Watts.  You do not know whether the files you



Page 154

1                    RAMONA WATTS - CONFIDENTIAL

2    received from Mr. Mayaka contain public addresses

3    to Bitcoin?

4         A.    I was given files to everything.

5    So I don't -- at that time I didn't know.

6         Q.    Do you know now?

7         A.    So you are asking me what I have

8    learned through this litigation process, is that

9    you are asking me?

10              MS. McGOVERN:   I would like to ask,

11   to interpose my objection, and to the extent that

12   the question seeks to invade spousal privilege

13   about this litigation and the claims against

14   Dr. Wright, I am going to instruct her not to

15   answer.  I asked you to rephrase the question to

16   avoid this instruction because, like you, I would

17   like Miss Watts to tell us everything she knows

18   without invading any privileges.  So I ask you to

19   please rephrase.

20   BY MR. BRENNER:

21        Q.    At the time you received the files

22   from Mr. Mayaka, you did not know whether they

23   contained Bitcoin public addresses, that is

24   correct?

25        A.    At the time I received it I did not



Page 155

1                RAMONA WATTS - CONFIDENTIAL

2   know what it contained at all.

3         Q.      Okay.  Since that time, without

4   telling me what you learned, has your knowledge or

5   understanding of what those files contain changed?

6         A.      Yes.

7         Q.      Is the only information you have as

8   to what is in that file, did it come to you from

9   either the lawyers for Dr. Wright or Dr. Wright

10  himself?

11        A.      Both.

12        Q.      Have you yourself, regardless of

13  what anyone else told you, have you yourself

14  reviewed the files from Mr. Mayaka and confirmed

15  that they contain public addresses?

16        A.      So, I am not technical.  If you

17  gave me public addresses I would not even know

18  what they were.

19        Q.      So the answer is no, you have not

20  done that?

21        A.      I have reviewed the files, but we

22  have accountants doing those sort of things for

23  us.

24        Q.      All I can ask about is you.  Have

25  you reviewed the files ----



1                 RAMONA WATTS - CONFIDENTIAL

2           A.       I have reviewed the files.

3           Q.       -- and determined that they contain

4      public addresses to Bitcoin?

5           A.       I am not able to determine that

6      because I am not a technical person.

7           Q.       Okay, that is all I am asking.  We

8      are done with that document.  We have about

9      fifteen minutes before lunch.  Let me go back to

10     tab 35.  According to this e-mail and the story

11     you told me, in 2012 you were having difficulty --

12     you were having financial difficulties in your

13     family; is that fair?

14                MS. McGOVERN:  I am Object to the

15     form of the question.  If you would like me to

16     tell you exactly why I object to the form so you

17     can rephrase it I will be happy to do so.

18                MR. BRENNER:  No, I am good, thank

19     you.

20     BY MR. BRENNER:

21          Q.       You were having financial

22     difficulties in your family; correct?

23          A.       It is all relative, isn't it?  We

24     could pay our bills, we weren't starving.

25          Q.       Well, you did tell me you were



1            RAMONA WATTS - CONFIDENTIAL

2    having trouble putting proper food on the table;

3    correct?

4            A.    So we could not get the best steak

5    for the kids, no.  We were eating a lot of beans

6    and spaghetti bolognaise.

7            Q.    You were making sacrifices because

8    of the financial condition that you and your

9    family were in?

10            MR. SAOUL:  I am going to challenge

11    this.  Please be careful here not to stray outside

12    your scope.  I will allow this question to be

13    answered, but I will expect it quickly to return

14    to the appropriate territory.

15            MR. BRENNER:  Sure.  I am picking

16    up on an answer.  It will be a three minute

17    segment.

18    BY MR. BRENNER:

19            Q.    That is what you told me earlier,

20    correct, that you were mad at Craig because you

21    didn't understand why, if he had so much Bitcoin,

22    you guys were having trouble with money; correct?

23            A.    Is as I said to you, my

24    understanding was not correct.  This is the

25    problem.  I had an incorrect understanding of what



Page 158

```
 1              RAMONA WATTS - CONFIDENTIAL

 2     was going on.  I was just frustrated and I was

 3     just venting, so we had many fights, yes.

 4          Q.    Right.  The part that is wrong --

 5     what was wrong, what was wrong about your

 6     understanding?

 7          A.    Well, I think a lot of things that

 8     I have written here, I didn't even understand what

 9     I was writing.

10          Q.    I am not looking at the e-mail.

11     What was wrong about your understanding in the

12     conversation you were having with Dr. Wright when

13     you were frustrated about the finances?

14          A.    I don't recall exactly the

15     specifics of what I understood.  I do recall that

16     when we did have several conversations in 2012

17     that he put me straight, and I understood things.

18     I don't recall the little bits that I didn't

19     understand, I just remember thinking everything

20     was very confusing.

21          Q.    Right, and what he explained to you

22     was there was a good reason that he had why he

23     could not use the Bitcoin that Wright

24     International Investments and Tulip Trading had;

25     correct?
```



Page 159

1               RAMONA WATTS - CONFIDENTIAL

2               MS. McGOVERN:  Object to the form

3     of the question.

4     BY MR. BRENNER:

5          Q.     Is that correct?

6          A.     No, he didn't say why he couldn't

7     use it.  He just explained to me how it was

8     structured, because my understanding was

9     apparently all incorrect, all wrong.

10         Q.     Your understanding was you were the

11    trustee that was -- holding the share of the trust

12    that was holding the shares to the companies that

13    owned all this Bitcoin; correct?

14         A.     So my understanding was that I was

15    a trustee, yes, I am the trustee.

16         Q.     Right, and you understood that the

17    ability to use that Bitcoin was limited by the

18    scope of the trusts?

19         A.     Yes.

20         Q.     You understood that if that Bitcoin

21    that was held by Tulip Trading and Wright

22    International, although you couldn't use it, had a

23    lot of value; right?

24               MS. McGOVERN:  Object to the form

25    of the question.



Page 160

                    RAMONA WATTS - CONFIDENTIAL

1

2        A.      At that time I am not sure how much

3    value there was, to be honest, in 2011.

4    BY MR. BRENNER:

5        Q.      It had enough value to put proper

6    food on the table; right.

7                MS. McGOVERN:  Object to the form

8    of the question.

9                MR. SAOUL:  This is not within the

10   scope of the order.  You are allowed to ask about

11   the ownership, you are allowed to ask about the

12   trusts ----

13               MR. BRENNER:  Let's excuse the

14   witness so I can explain to you.  I can't do it in

15   front of the witness, so if you want to take the

16   time to do it, that is fine.  Excuse the witness.

17   I cannot do it in front of the witness.  It is not

18   proper.

19               MR. SAOUL:  Would you pop out for

20   two minutes, Miss Watts.  We will come and get

21   you.

22               THE WITNESS:  Sure.

23               MR. SAOUL:  Thank you.

24               THE EXAMINER:  Before she goes --

25   could you just call her back one second -- that



Page 161

1                RAMONA WATTS - CONFIDENTIAL

2       she should not discuss her evidence with anybody

3       while she is out of the room.  Could you just tell

4       her that.

5            (The witness withdrew from the room)

6         (For Proceedings in the Absence of the Witness

7                 See Separate Transcript)

8                 (The witness returned,

9            questions by Mr. Brenner, continued)

10                 MR. SAOUL:  Mr. Brenner is going to

11      resume his questioning now, Miss Watts.

12                 THE WITNESS:  Okay, sure.

13      BY MR. BRENNER:

14            Q.    Miss Watts, just to reorient you,

15      we are on tab 35?

16            A.    Yes, sure.

17            Q.    This document, dated May 28 2012,

18      in part is talking about talking about trusts;

19      correct?

20            A.    Well, it was a conversation that my

21      husband and I eventually had several conversations

22      of.  I am not quite sure when it was written.  As

23      said, I do not recall specifically writing this.

24      I recall that at the time I was very, very, very

25      angry with him, so.



Page 162

1                    RAMONA WATTS - CONFIDENTIAL

2          Q.    Okay ----

3          A.    I don't know if it was dealing with

4    trust, as in me trusting him, or trusts as in --

5    I do not recall.

6          Q.    That is not really -- let us stick

7    to the document for a second.  It is not talking

8    about your trust in him.  It says:  "Let me get

9    this straight, you have a secret trust, a trust

10   Dave knows of, a trust for gambling, or as you say

11   gaming, and a trust for software."  We are

12   actually talking about trusts, not the word like

13   "I trust you dear"; correct?

14         A.    Perhaps, I do not remember.  I do

15   not remember.  This is eight years ago.

16         Q.    Okay.  I am going to assume for the

17   purpose of my question that this e-mail is written

18   in 2012.  I know that you cannot confirm that, but

19   I am going to assume it for the purpose of my

20   question, okay?

21         A.    Sure.

22         Q.    In 2012 you are not married to

23   Dr. Wright; correct?

24         A.    No.

25         Q.    You are the trustee for the trust



Page 163

 1                RAMONA WATTS - CONFIDENTIAL

 2   that has been set up for the benefit of he and his

 3   entire family -- he and his family; correct?

 4          A.    That is correct.

 5          Q.    That trustee is holding all of the

 6   Bitcoin that was mined by Information Defence and

 7   held by Wright International; correct?

 8          A.    That is correct.

 9          Q.    That trust is also holding whatever

10   Bitcoin had been purchased as of that point and

11   not stamped by Tulip Trading; correct?

12          A.    That is correct.

13          Q.    You agree with me at that point

14   that trust holds hundreds of thousands, if not a

15   million Bitcoin?

16          A.    I don't know how much was in it at

17   that time.

18          Q.    You agree with me that regardless

19   of how much Bitcoin was being held, in those

20   companies, the shares of which were being held by

21   the trust, you agree with me that you were having

22   frustration with Craig over financial issues

23   within your household?

24          A.    Yes.

25                MR. BRENNER:  Do you want to take



Page 164

1              RAMONA WATTS - CONFIDENTIAL

2     our lunch break?

3              THE EXAMINER:  Yes, that seems an

4     appropriate time.  If we say 20 minutes, we will

5     all meet again.  So can we go off the record now.

6              MR. BRENNER:  Alright, thank you.

7              THE COURT REPORTER:  Going off the

8     record at  3.15 p.m.

9              (A short break off the record

10                 from 3.15 to 3.35p.m.)

11              MR. BRENNER:  Miss Watts, do you

12    recall a company called Strasan -- S-T-R-A-S-A-N?

13         A.     Vaguely, yes.

14         Q.     Was that a company that was

15    associated with Dr. Wright?

16         A.     Yes, I believe so.

17         Q.     Were you a director of that

18    company?

19         A.     I don't recall that.  I might have

20    been.

21         Q.     Let us go -- I don't know either.

22    Let me look at that earlier exhibit we looked at

23    and see if that is one of the listed companies.

24    It does not appear to be.  Okay, so you think you

25    may or may not have been a director?



Page 165

1                RAMONA WATTS - CONFIDENTIAL

2        A.      I don't recall.

3        Q.      Okay, fair.  What was Strasan?

4        A.      I really don't remember.  I know

5   that Craig worked with four other guys on it.

6   I don't know what they were doing.  I think they

7   were trying to do some perhaps hardware stuff, but

8   I think one of the men they wanted to work on

9   consulting work, so it did not last for very long.

10       Q.      Was one of the guys that working on

11  Strasan with Craig Dave Kleiman?

12       A.      No, Shaoib Usev(?), I was thinking

13  of a different person.  I believe his name was

14  Shaoib -- S-H-A-O-I-B, I think.

15       Q.      If you could go to tab 24?

16       A.      Yes.  It is a different Strasan

17  that we are talking about.

18       Q.      What is this Strasan?

19       A.      I don't know.  I have not seen this

20  one at all.

21       Q.      Okay.  You have never seen this

22  document?

23       A.      I don't recall, no.

24       Q.      Have you ever heard of company

25  called W&K Info Defense?



Page 166

1                    RAMONA WATTS - CONFIDENTIAL

2            A.      Yes, I have heard of it.

3            Q.      What do you know about that

4    company?

5            A.      Nothing, it was before my time.

6    I think it was Lynn's(?) company.  So I wasn't

7    involved?

8            Q.      You used that expression a couple

9    of times, you said, "It was before my time".  What

10   are you defining as before your time?

11                   MR. SAOUL:  Can I just ask, are we

12   marking tab 24 as an exhibit or ----

13      (Exhibit 7 was marked for identification)

14                   MR. BRENNER:  Sure, we didn't do

15   anything with it, but we can mark it.  That is

16   better.  Thank you.

17           A.      It was before I met Craig, I think.

18           Q.      When you say "before my time", it

19   is before 2010?

20           A.      Yes, or I wasn't involved in it.

21   But mostly, I really mean it is before I met him,

22   yes.

23           Q.      Is it your testimony, as you sit

24   here today, that you don't know anything about W&K

25   Info Defence?



Page 167

1              RAMONA WATTS - CONFIDENTIAL

2         A.     I know that the it was Lynn's

3    company, and I remember asking Craig about it and

4    he said that it was Lynn's company, and I think

5    there were other shareholders, but I don't

6    remember.  I wasn't actually involved with that

7    company.

8         Q.     Did any of the companies that you

9    were a director of ever use intellectual property

10   that had been developed by W&K Info Defence?

11        A.     I don't recall.

12        Q.     You don't recall, or the answer is

13   -- that is it, you don't recall?

14        A.     Yes, I really don't remember.

15        Q.     Do you know if W&K Info Defence

16   ever had Bitcoin?

17        A.     Well, I wasn't part of W&K so

18   I actually really don't know.

19        Q.     Do you think, do you know if your

20   husband was ever involved with W&K Info Defence?

21        A.     I don't know.

22        Q.     Do you know if Dave Kleiman was

23   ever involved with W&K Info Defence?

24        A.     I think so, because I am sure Craig

25   had said that it was Lynn's company with Dave.



Page 168

```
 1              RAMONA WATTS - CONFIDENTIAL

 2        Q.      Your understanding was it was a

 3  company that Dave had with Lynn?

 4        A.      Yes.

 5        Q.      Lynn's training is as a nurse;

 6  correct?

 7        A.      I don't know.

 8        Q.      What is DeMorgan?

 9        A.      It is the company that we had in

10  Australia as we left Australia.

11        Q.      Is that the company that had its

12  offices in Sydney that we talked about earlier?

13        A.      That is correct, yes.

14        Q.      Is it fair to say that DeMorgan was

15  the primary holding company for Dr. Wright?

16        A.      I don't know if it was.  I just

17  know that it was a company that I worked for and

18  we had offices in Australia; it was like the

19  parent company, really.

20        Q.      That is what I meant.  It was the

21  parent company for the various Dr. Wright related

22  entities; correct?

23        A.      I don't know if they were all --

24  they were not related to him, they were -- it was

25  a parent company for several different companies.
```



Page 169

1                 RAMONA WATTS - CONFIDENTIAL

2    We hired staff through DeMorgan.

3           Q.     We had gone through the exhibit

4    earlier which showed the companies -- or at least

5    purported to show the companies that you were a

6    director of.  A lot of those companies were under

7    the parent of DeMorgan; correct?

8           A.     I don't know.

9           Q.     You don't know?

10          A.     No, I think some of them were,

11   I don't know if all of them were.

12          Q.     Okay.  You were a director of

13   DeMorgan; correct?

14          A.     I was.

15          Q.     In fact, DeMorgan was established

16   in September 2014, does that sound right?

17          A.     I don't recall.  As I said, there

18   were many companies, so I don't know the exact

19   year.  It sounds right, but I do not recall.

20          Q.     Were you, as a director of

21   DeMorgan, were you an authorised signatory for the

22   company?

23          A.     Yes, one of several.

24          Q.     One of several, thank you.  Let us

25   go to I think it is tab 23.  Just let me know when



Page 170

1                    RAMONA WATTS - CONFIDENTIAL

2      you are there.

3            A.     Yes, I am here.

4            Q.     I think it is an eight page

5      document, does that seem right?

6            A.     It is a what page document?

7            Q.     It is eight pages.

8            A.     Sure.

9            Q.     Because I don't have that in front

10     of me, I want to make sure we are looking at the

11     same thing.

12           A.     Sure.

13           Q.     The first page says the DeMorgan

14     Wright family trust.  What is Wright family trust?

15           A.     That would be, I believe --

16     actually I cannot remember now, because it does

17     not hold anything any more, but I think the Wright

18     family trust was actually the Australian

19     representative of the Tulip Trust.

20           Q.     Okay.

21                  THE EXAMINER:  Can we call this

22     exhibit 8.

23                  MR. BRENNER:  Yes, ma'am, thank

24     you.

25           (Exhibit 8 was marked for identification)



Page 171

1              RAMONA WATTS - CONFIDENTIAL

2     BY MR. BRENNER:

3          Q.     When it says IP deed of assignment,

4     do you understand that "IP" means intellectual

5     property?

6          A.     I do.

7          Q.     Do you recognise this document?

8          A.     It is familiar.

9          Q.     Okay.  Turn to page 8 for me

10    please?

11         A.     Yes.

12         Q.     There are two signatures there, are

13    there not?

14         A.     Yes.

15         Q.     The first signature, it purports to

16    be from you, is that your signature?

17         A.     It looks like it is my signature.

18         Q.     Then the second signature, I think

19    it is fair to say, purports to be Dr. Wright; is

20    that correct?

21         A.     That is what it says.

22         Q.     Okay.  And you were signing on

23    behalf of DeMorgan, correct, as the assignor?

24         A.     Yes, it would say -- yes, that is

25    right.



Page 172

```
1              RAMONA WATTS - CONFIDENTIAL

2         Q.    Okay.  I don't want to trick you.

3    If you go back to the third page of the document?

4         A.    So, I don't think -- so the Wright

5    family trust, DeMorgan would not be the company

6    DeMorgan, though.  I don't think.  I think what

7    you have to do is actually look at the difference

8    ABNs and see whether they were the same thing,

9    because I don't think they are.  I think it was

10   just called the Wright family trust DeMorgan, but

11   it was not DeMorgan Limited or the DeMorgan, the

12   company.  ABN is an Australian Business Number, so

13   each entity would have its own number, so I don't

14   believe this would be DeMorgan, the company.

15        Q.    So you think this is another

16   company you were an authorised signatory for?

17        A.    No, I think this would be the

18   representative of the Tulip Trust.  But as I said,

19   because I don't have all the paperwork in front of

20   me, I cannot confirm that.

21        Q.    Okay.  Whatever the company is, you

22   are signing on its behalf; correct?

23        A.    Yes.

24        Q.    And it is purporting to assign

25   certain intellectual property; correct?
```



Page 173

1               RAMONA WATTS - CONFIDENTIAL

2         A.      Can you point me to the page where

3    it says ----

4         Q.      It is page 3(?)

5         A.      Yes.

6         Q.      Do you see that?

7         A.      I do.

8         Q.      It says that the assignor owns the

9    intellectual property and intellectual property

10   rights in the core technology.  Do you see that?

11        A.      Yes.

12        Q.      What is the core technology?

13        A.      I don't recall what the actual core

14   technology was.  It is not described in here.  It

15   is not in detail.

16        Q.      Yes, it is.  Let's go to page --

17   unfortunately these are not page numbered, it is

18   sixth page of the document.  The core technology

19   is defined there; correct?

20        A.      Yes.

21        Q.      It has to do with certain banking

22   technology?

23        A.      Sure, okay, yes.

24        Q.      If you go back to page 3 please.

25   The assignee is Coin-Exch PTY LTD?



Page 174

1                RAMONA WATTS - CONFIDENTIAL

2        A.      That's right.

3        Q.      That is also a company that you

4   were a director for?

5        A.      Yes.

6        Q.      Also a company that Dr. Wright was

7   a director for?

8        A.      I don't know if he was a director.

9   I know I was.

10       Q.      Okay.  This assignment is dated --

11  if you look at the front page, it is September 15

12  2013, do you see that?

13       A.      Yes.

14       Q.      And that also coincides, so you

15  know, it is the same date that the signatures are

16  -- same date at least typed on the signature page?

17       A.      Sure.

18       Q.      So September 15, 2013 is how long

19  after Dave Kleiman dies?

20       A.      I don't remember when he died.

21  I know he died in 2013.

22       Q.      You don't recall he died in April

23  2013?

24       A.      No.

25       Q.      I represent to you then that he



Page 175

2     dies in April 2013?

3              A.     Yes.

4              Q.     This the five months later, right?

5              A.     Sure.

6              Q.     Let us see what the Wright family

7     trust DeMorgan, whatever that company is, let us

8     see what it is claiming is the IP that it holds,

9     okay?  Do you see that, do you follow with me,

10    that is what I am going to do with you, okay?

11             A.     Okay.

12             Q.     If you look at paragraph 3B -- I am

13    sorry, page 3?

14             A.     Yes.

15             Q.     It says:  "The IP held in total by

16    DeMorgan" -- describing what IP DeMorgan holds;

17    correct?

18             A.     Yes.

19             Q.     -- "consists of source code,

20    algorithms and technical materials that have been

21    obtained by Craig Wright R&D."  You see that?

22             A.     I do.

23             Q.     That is your husband's company;

24    right?

25             A.     Craig Wright R&D, I don't know what



Page 176

1                  RAMONA WATTS - CONFIDENTIAL

2      it was.  It was a company.  I am not sure if it

3      was his.  It was a company.

4            Q.     You are not sure if Craig Wright

5      R&D is Craig Wright's company?

6            A.     They are all documented in

7      corporate records, so they are different

8      assignments for different things, I really don't

9      know.

10           Q.     Okay.  Then it says -- it describes

11     how Craig Wright R&D obtained the IP, does it not?

12           A.     It doesn't say that that is how it

13     is obtained, but -- yes, it actually does --

14     "obtained by Craig Wright R&D".

15           Q.     Yes, it says it was obtained by

16     Craig Wright from three sources -- Craig Wright

17     R&D by three sources?

18           A.     Yes.

19           Q.     One of the sources we talked about

20     earlier was MJF Mining Services; correct?

21           A.     That's right.

22           Q.     That was something that was

23     actually paid for using Bitcoin; correct?

24           A.     I believe so.

25           Q.     Then there was a second purchase



Page 177

1          RAMONA WATTS - CONFIDENTIAL

2     from MJF Mining Services also paid for using

3     Bitcoin; correct?

4          A.     You see, I don't know, because

5     I wasn't involved with these purchases, so

6     I actually don't know.

7          Q.     Well, you were -- it actually is

8     you, you are the authorised signatory for this

9     document, are you not?

10         A.     But I was not involved with the

11    purchase of MJF Mining when he purchased -- when

12    Craig Wright R&D purchased those -- whatever he

13    purchased from these people.

14         Q.     Okay, so you know as of this point,

15    because you are signing the document, that

16    DeMorgan Wright trust has the IP that is assigned,

17    you just don't know how it got it?

18         A.     Sorry, was the question?

19              MS. McGOVERN:  Object to the form.

20    BY MR. BRENNER:

21         Q.     Let me rephrase it.  This is an

22    assignment of certain IP by a company that you are

23    the authorised signatory?

24         A.     That is correct.

25         Q.     When you signed this document did



Page 178

1                RAMONA WATTS - CONFIDENTIAL

2      you ascertain that the intellectual property you

3      were assigning was in fact held by the company you

4      were assigning it on behalf of?

5           A.      Can you ask me the question again?

6           Q.      Sure.  I am just asking, in this

7      assignment, when you are assigning intellectual

8      property on behalf of DeMorgan, did you confirm

9      that you actually -- the company actually had what

10     it was assigning?

11          A.      I had our accountants do that.

12          Q.      Okay, and you were comfortable

13     enough to sign your name to it; correct?

14          A.      Yes.

15          Q.      Then the third place you got --

16     that DeMorgan got IP was from W&K Information

17     Defence Research LLC; is that right?

18          A.      That is what it says here.  But as

19     I said, we had financial controllers and

20     accountants at that time so I got a lot of my

21     advice from them.

22          Q.      But you trust them, correct?

23          A.      Of course I do, yes.

24          Q.      Right.  And they confirm to you

25     that you have this IP to assign it?



Page 179

RAMONA WATTS - CONFIDENTIAL

1

2      A.      They did, yes.

3      Q.      And they confirmed to you it was

4  accurate that in part the IP had been obtained

5  from W&K Information Defence Research LLC;

6  correct?

7      A.      I believe so.  I am not quite sure

8  if this was actually carried out.  That is the

9  problem.  We did a lot of -- there were lots of

10 deeds and there were lots of contracts and some of

11 them were in draft form.  I am not sure if this

12 was actually carried out, to perfectly honest with

13 you, I do not know.

14     Q.      It was signed by two parties;

15 correct?

16     A.      Yes.

17     Q.      Both parties to the contract;

18 correct?

19     A.      Yes.

20     Q.      And you just don't know if the

21 assignment actually took place; correct?

22     A.      I cannot confirm that it did.  I

23 really cannot.  Unless I actually saw some

24 corporate documents that said it actually

25 occurred.



Page 180

1            RAMONA WATTS - CONFIDENTIAL

2            Q.      When it was through or not, you

3    have no reason to dispute as of September 15, 2013

4    DeMorgan the Wright family trust was claiming IP

5    that was once held by W&K Information Defence

6    research LLC, do you?

7            A.      I don't know the details, I really

8    don't.  As I said, I had my accountants, my

9    financial controllers give me advice on that, so I

10   don't know.

11           Q.      My only question is, do you have

12   any reason to dispute the accuracy of this

13   document?

14           A.      Currently I have a lot of reason to

15   doubt actually, because I said to you before, we

16   had -- our computers were hacked so I am very

17   jaded, I really don't know what is real and what's

18   not any more.

19           Q.      So when was the computer hacked?

20           A.      In 2014 we knew that our computer

21   was hacked.  I don't know whether it was hacked in

22   2013 or not.  But in 2014 we were getting very,

23   very strange messages.

24           Q.      So you think it is possible that

25   someone hacked your computer, made a document,



Page 181

1                RAMONA WATTS - CONFIDENTIAL

2    dated it to 2013, forged your signature, forged

3    Dr. Wright's signature, and therefore you doubt

4    the authenticity of this exhibit.  Is that your

5    testimony?

6           A.     No, I didn't say that at all.  You

7    asked me whether I doubt the authenticity of this

8    document and I really don't know.  As I said,

9    I really don't know.  It could be perfectly valid

10   and it might be not be, I do no know.  You are

11   asking me to tell the truth.  I am delling the

12   truth.

13          Q.     Of course.  Putting aside the

14   document, do you doubt that various entities of

15   which you were a director obtained IP once held by

16   W&K Information Defence; do you doubt that?

17          A.     I don't know, because I don't have

18   the actual records in front of me.  If I did, if I

19   could see the actual assignments and if I knew

20   that they were actually carried out, that is a

21   different story, but I don't.  These are

22   photocopies, these are things that might --

23   I don't know who handed these ones in.  They could

24   have been from our computers that were hacked, so

25   I don't know.  If I went straight directly to our



Page 182

1          RAMONA WATTS - CONFIDENTIAL

2   corporate secretary, who could give me all the

3   corporate records, then I could answer your

4   question.

5          Q.     Who is your corporate secretary?

6          A.     In Australia, I do not remember.

7   We had a corporate secretary in Brisbane, I do not

8   remember the names.

9          Q.     If I were sitting here and I wanted

10   to know if this document was authentic, are you

11   telling me that you cannot answer that question?

12          A.     Yes.  I don't know.

13          Q.     Are you telling me that you don't

14   know who can answer that question?

15          A.     I don't know.

16          Q.     Okay.  Let's look at another one.

17   Let's go to tab 30.  Are you there?

18          A.     Yes.

19          Q.     It is a long document.  It is 39

20   pages long I think.

21          A.     Yes.

22          Q.     So at any point if you want to look

23   somewhere else in the document to get context you

24   are welcome to do so.  I don't think it is a good

25   use of our either of our time to read 40 pages to



Page 183

1                 RAMONA WATTS - CONFIDENTIAL

2      ourselves right now; okay?

3           A.    Sure.

4           Q.    Do you recognise this document?

5           A.    I recognise something similar to

6      this, yes.

7           Q.    Okay.  It is a document that is

8      produced by a company called Business Reports and

9      Values; correct?

10          A.    Yes.

11          Q.    That was a company that was

12     retained by entities you were affiliated with to

13     do evaluation of certain (unclear) engineering;

14     correct?

15          A.    That is right.

16          Q.    And that valuation was done on or

17     about November 13, 2014; correct?

18          A.    I don't remember.  I know we had

19     valuations done on the company, yes.

20          Q.    The companies of which the

21     valuations were being done, one was called

22     Cloudcroft; is that right?

23          A.    Yes.

24          Q.    You were a director of that

25     company; correct?



Page 184

1                RAMONA WATTS - CONFIDENTIAL

2          A.      I don't remember.

3          Q.      Okay.

4                  THE EXAMINER:  Shall we call this

5     exhibit 9.

6                  MR. BRENNER:  Yes, ma'am, thank

7     you.

8          (Exhibit 9 was marked for identification)

9     BY MR. BRENNER:

10         Q.      You don't recall whether you were a

11    director of Cloudcroft at any point?

12         A.      So Mr. Brenner, as I explained to

13    you before, I was a director of many companies

14    over many years.  At some point I was a director

15    and at other points I wasn't a director of

16    different companies.  So you are asking me to

17    recall now if I was a director of a particular

18    company seven years ago, eight years ago.  I don't

19    recall, no.

20         Q.      So my question may have been

21    imprecise.  I am not asking on this date, I am

22    asking at any point were you a contractor of

23    Cloudcroft?

24         A.      I don't remember.  I was a director

25    for many different companies at many different



Page 185

1                RAMONA WATTS - CONFIDENTIAL

2    times.

3         Q.     I think you told me earlier you do

4    remember you were a director for Hotwire; correct?

5         A.     Yes, because I worked very

6    specifically with -- actually was I?  This is the

7    thing, I don't even remember if I was a director

8    for Hotwire.  I was a chief people officer for

9    them.  I probably was a director.  I do not

10   recall.  I would need to actually look at the

11   corporate records.

12        Q.     What about Coin-Exch, do you recall

13   being a director of that one?

14        A.     Coin-Exch I do remember.

15             MR. SAOUL:  I thought we started

16   with these questions.

17             MR. BRENNER:  We did, I cannot --

18   we did.  Now we have a document, I want to see if

19   this is refreshes her recollection, because she

20   claims she does not remember, so I want to see if

21   this refreshes her recollection.

22        A.     My answer is still the same.  It

23   was many years ago, I was a director of many

24   different companies.  Asking me now I don't

25   remember.  I worked on all of them at some point.



Page 186

                    RAMONA WATTS - CONFIDENTIAL

1    I worked with all of my staff on all of them at

2    some point.  Whether I worked as a director or

3    whether I worked as a chief people officer or an

4    HR, I worked across all of them, and I do not

5    recall.

6    BY MR. BRENNER:

7         Q.    And you will give me the same

8    answer if I ask about CO1N; correct?

9         A.    That is correct.

10        Q.    If you turn to page 7 of the

11   document, do you see that?

12        A.    I do.

13        Q.    Okay.  It says the valuation report

14   is concerned with valuing source code at the

15   (unclear) of four separate companies; do you see

16   that?

17        A.    Yes.

18        Q.    And that is consistent with your

19   recollection that over the years you did

20   valuations for various companies that you were

21   involved with; correct?

22        A.    Yes, we did.

23        Q.    Let's see if the next paragraph

24   refreshes your recollection of whether you are a



Page 187

1              RAMONA WATTS - CONFIDENTIAL

2    director.  It says:  "Ownership and capital

3    structure."  Do you see that?

4           A.    Yes.

5           Q.    It says:  "The controlling entity

6    for the above" -- which is the four companies --

7    "is DeMorgan Ltd."  Do you see that?

8           A.    Yes.

9           Q.    So these are four companies that

10   were controlled by DeMorgan Ltd; correct?

11          A.    That is correct.

12          Q.    And those companies, the directors

13   of those companies, there is a grand total of two

14   people; correct?

15          A.    That is what it says here.

16          Q.    One is Dr. Craig Steven Wright;

17   correct?

18          A.    That is what it says here, yes.

19          Q.    And one is Ramona Watts.  That is

20   you; correct?

21          A.    That is what it says.

22          Q.    Does that refresh your recollection

23   that you were one of two directors for the holding

24   company that controlled Cloudcroft, Hotwire

25   Coin-Exch and CO1N?



Page 188

```
 1              RAMONA WATTS - CONFIDENTIAL

 2         A.     Well, I had actually said to you

 3    before that I was a director of DeMorgan.

 4    I remembered that.

 5         Q.     Sure.  Do you now recall that

 6    DeMorgan controlled these four entities?

 7         A.     Controlled is the wrong word.

 8    I would not use the word controlled.  That was not

 9    my understanding, that it was controlled.

10    I understood that DeMorgan actually hired a lot of

11    staff for those different entities.  I didn't

12    write this paper.

13         Q.     So you would quarrel with the term

14    the controlling entity?

15         A.     No, I would not, because if that is

16    how it is written in business terms, perhaps, then

17    it would be the right phrase to use.  I don't

18    know.  I would certainly speak to, I don't know, a

19    business lawyer, perhaps, to get advice on whether

20    that was the right term or not.

21         Q.     Okay.  Let us look at -- give me

22    one second.  Turn to page 15.  Are you there?

23         A.     Yes.

24         Q.     Okay.  So let us walk through to

25    together and see how the companies are discussed.
```



Page 189

```
 1              RAMONA WATTS - CONFIDENTIAL
 2    It says "Hotwire PE has purchased the W&K ID
 3    package as part of the business strategic
 4    direction with the objective of establishing a
 5    worldwide Bitcoin banking system."  Do you see
 6    that?
 7         A.    I do.
 8         Q.    Does that refresh your
 9    recollection, do you understand, as you sit here,
10    that WKID refers to W&K Information Defence?
11         A.    I don't know.
12         Q.    You don't know?
13         A.    I don't know that it is W&K
14    Information Defence.  I can only assume that it is
15    but I actually really don't know.
16         Q.    Okay.  Then it says that Hotwire
17    purchased the package relating to the Bitcoin
18    banking system from that entity; correct?
19         A.    That is what it says here.
20         Q.    You have no reason to dispute that;
21    correct?
22         A.    No, I don't, but I don't know.
23         Q.    If you go to the end of that page,
24    do you see that?
25         A.    Yes.
```



Page 190

1              RAMONA WATTS - CONFIDENTIAL

2        Q.      The last paragraph?

3        A.      Yes.

4        Q.      It says in the last sentence, it

5    says:  "Hotwire will be able to develop an

6    internationally recognised Bitcoin banking system

7    based on the W&K ID software."  Do you have any

8    reason to dispute the accuracy of that?

9        A.      No, I do not think so.  No.

10       Q.      Let us go to the next page, it is

11   going to go through the next company, Cloudcroft.

12   Do you see that?

13       A.      Could we go through company by

14   company, so if you are asking me the question of

15   whether or not I dispute that Hotwire was going to

16   develop a banking system, can you finish your

17   questioning on that?  Because I can tell you that

18   we never did.  We tried, but we never did, as in

19   Hotwire.  So I am not quite sure where you are

20   headed with these questions, that is all.  It is

21   very confusing for me.  I see a lot of things that

22   are written in this document.

23       Q.      Okay.  Your counsel have the

24   opportunity to ask you other questions about the

25   document.  I am just literally going to the next



Page 191

```
 1                  RAMONA WATTS - CONFIDENTIAL
 2    line of the document.  Okay?
 3              A.     Okay.
 4              Q.     The next page is -- we finish page
 5    15, we are on page 16, okay?
 6              A.     Yes.
 7              Q.     That is a discussion of Cloudcroft;
 8    right?
 9              A.     Yes.
10              Q.     It says it is an Australian company
11    specialising in developing and researching systems
12    preventing cyber criminal attacks; correct?
13              A.     That is what it says, yes.
14              Q.     Do you have any reason to dispute
15    that?
16              A.     I don't know have all my company
17    record notes on me, so I don't currently, but if I
18    did it might be different.  I didn't write this so
19    I really don't know.
20              Q.     Okay.
21              A.     I do not know it is accurate.
22              Q.     If you go to the bottom of that
23    page, where it describes what percentage of the
24    source code used by Cloudcroft is coming from WK,
25    do you see that?
```



Page 192

1                RAMONA WATTS - CONFIDENTIAL

2         A.      Yes.

3         Q.      And it says WK source accounted for

4    46% of the source for Cloudcroft; correct?

5         A.      That is what it says, I do not know

6    what it means exactly.  As I said, I didn't write

7    this.

8         Q.      Then it says at the end:  "W&K

9    source will enable research activities associated

10   with a virtual universe."  Do you see that?

11        A.      I see what it says.

12        Q.      Any reason to dispute it?

13        A.      As I said, I didn't write it so

14   I don't know where it came from.

15        Q.      This is a company that we

16   established is controlled by an entity that you

17   are one of two directors of, so I am asking you,

18   regardless of what it says, do you have any reason

19   to dispute that?

20               MS. McGOVERN:  Let me state my

21   objection to that question for the record.  You

22   have not established anything, Mr. Brenner,

23   I think it is an inappropriate question.

24               MR. BRENNER:  I am not familiar

25   with that legal objection, but it is noted.



Page 193

1          RAMONA WATTS - CONFIDENTIAL

2     BY MR. BRENNER:

3          Q.     Go ahead.

4          A.     What was your question again?

5          Q.     My question is, regardless of what

6     the document says, do you have any reason to

7     dispute, based on you being a director of DeMorgan

8     LTD, which was the controlling entity of

9     Cloudcroft, the description that Cloudcroft was

10    using -- was obtaining 46% of its source share

11    from W&K?

12         A.     Well, I don't have the company

13    records in front of me to check, so I don't know.

14         Q.     Let us go to the next one, which is

15    the Hotwire PE?

16         A.     Hmm hmm.

17         Q.     That one you actually have better

18    recollection because you actually worked for that

19    company too; correct?

20         A.     I did.

21         Q.     You were the people officer?

22         A.     I was.

23         Q.     What is that?

24         A.     It is HR role, really.

25         Q.     Good name.  It says:  "Hotwire PE



Page 194

1              RAMONA WATTS - CONFIDENTIAL

2    accelerates early stage technological and

3    scientific research programmes creating world

4    class solution platforms."  Do you see that?

5              A.      Yes.

6              Q.      Do you think that a fair

7    description, at least on a general basis, of what

8    Hotwire was doing?

9              A.      That one, yes, I would say it was,

10   yes.

11             Q.      "The primary focus is on high

12   leverage automated systems with potential to

13   change how the world operates on a day-to-day

14   basis."  Do you agree with that statement?

15             A.      I do.

16             Q.      You agree with that, do you

17   understand and agree that that in part had to do

18   with using Bitcoin?

19             A.      No, it does not say that.

20             Q.      I am not asking if it says that.

21   Do you understand that the "change how the world

22   operates on a day-to-day basis" was in part

23   relating to the use of crypto coin?

24             A.      No.

25             Q.      Then it says:  "Working with both



Page 195

1              RAMONA WATTS - CONFIDENTIAL

2    government and commercial partners the company

3    seeks to leverage the opportunities of a globally

4    interconnected cyberspace thereby opening

5    opportunities for commerce and trade."  Is that a

6    fair description of what Hotwire was doing?

7         A.     Yes.

8         Q.     Okay.  Then if you can scroll down,

9    it also allocates, and says that 32% of the source

10   share comes from W&K.  Do you see that?

11        A.     Well, I don't know what it means.

12   As I said, I didn't write this.

13        Q.     Do you have any reason to dispute

14   that?

15        A.     I don't have my company records in

16   front of me, so I cannot really say if this is

17   accurate or not.

18        Q.     By the way, do you doubt the

19   authenticity of this document?

20        A.     I don't know.

21        Q.     You don't know one way or the

22   other?

23        A.     I don't.

24        Q.     Okay.  Do you have an independent

25   recollection of retaining Business Reports and



Page 196

1                RAMONA WATTS - CONFIDENTIAL

2    Values for anything?

3          A.    I know we did do something very

4    similar, it could very well be this document,

5    I really don't know.  We did a valuation and

6    I believe it was with -- is it BRV?  I think that

7    was one of the companies, so I know we did a

8    valuation.  I don't know if this was the final

9    report, I don't know if there were several

10   reports, I don't know if this is a draft, I do not

11   know.

12         Q.    Okay.  It is BRV, just for the

13   record, Business Reports and Values?

14         A.    Sure, yes.

15         Q.    You recognise that company, you

16   just don't remember this particular report?

17         A.    I don't remember this particular

18   report, I remember receiving reports from them.

19   I do not know whether it is this one, I do not

20   know if this is the first or the final or the

21   draft.  I do not know.  This could be incorrect,

22   and we could have pulled them up and said, "Look,

23   you know, this is wrong, do it again", because a

24   lot of times it was our accountant who actually

25   dealt with them.  And if our accountant did not



Page 197

1           RAMONA WATTS - CONFIDENTIAL

2    understand something and sent something off then

3    it would not have been correct and we would have

4    had to correct them.

5           Q.    Go to page 4 -- don't worry about

6    page 4.  I will keep going.  On the bottom of page

7    17 it says:  "W&K source will enable the creation

8    of world class solution platforms in support to

9    research activities undertaken as part of

10   Coin-Exch CO1N and Cloudcroft.  "Do you see that?

11          A.    I see that that was written, yes.

12          Q.    Any reason to dispute it?

13          A.    As I said, again, and I will say it

14   again, I do not have any of my corporate records

15   in front of me so I cannot check.  I do not know

16   if this is a draft, first draft, second draft, or

17   the tenth draft.

18          Q.    Okay.

19          A.    Our accountants liaised with these

20   people, our accountants often made -- sometimes

21   made mistakes or didn't understand something.

22   They could come to us to check.  We would then go

23   with through our corporate records with our

24   corporate secretary and say, "this is wrong" or

25   "this is right".  But I would then have all my



Page 198

1                RAMONA WATTS - CONFIDENTIAL

2    records in front of me so I could check.  You are

3    asking me to authenticate something and I have

4    nothing in front of me to check, so I cannot do

5    that.

6          Q.    Okay.  I am not sure you have

7    nothing, but let's see if this helps you.  Let's

8    go to page 23.  This is not a draft, is it, ma'am.

9    This is a signed document, isn't it?

10         A.    I can see a signature, but I do not

11   know if it is a draft or not.

12         Q.    As you sit here, it is your

13   testimony that Mr. Goldstein may have signed this

14   but it was just in draft form as far as he was

15   concerned?

16               MR. SAOUL:  I am sorry, I do object

17   to that.  This is not a document that this witness

18   has produced, it is not her signature.  These are

19   not matters within her knowledge.  Unless you have

20   any basis for suggesting otherwise you cannot ask

21   her a question like that.

22               MR. BRENNER:  Sir, I just

23   established earlier in the document she is the

24   director of the company that sought this report.

25   Please, of course it is her document.  Do you want



Page 199

1                RAMONA WATTS - CONFIDENTIAL

2      to go back, we can go back if you would like.  Let

3      me try to keep this moving.

4      BY MR. BRENNER:

5           Q.     Let's go back again, go back to

6      page 7, do you see that?  Do you see that?  It is

7      an evaluation of four companies, Cloudcroft,

8      Hotwire, Coin-Exch and CO1N; correct?

9           A.     That is what the document say.

10          Q.     According to the document those are

11     all part of the holding company and controlled by

12     something called DeMorgan Ltd; correct?

13          A.     Well, it is according to this

14     document that I didn't write.  And as I said to

15     you before, we have had many drafts of different

16     documents, and we have perhaps go gone back and

17     said "this is not right" or "this is incorrect".

18     I do not know if this is the first draft or the

19     final draft.

20          Q.     Okay, and you are identified as a

21     director of DeMorgan Ltd; correct?

22          A.     I have always said that I am a

23     director of DeMorgan, yes.

24          Q.     Thank you.  Let's go back to page

25     18 now.  This is Coin-Exch; correct?



Page 200

1              RAMONA WATTS - CONFIDENTIAL

2         A.      That is right.

3         Q.      This one clearly has to do with

4    Bitcoin, does it?

5         A.      It was an exchange platform, so,

6    yes.

7         Q.      "Coin-Exch will offer exchanges in

8    trades between Australia dollars and Bitcoins";

9    correct?

10        A.      Yes.

11        Q.      "It will also offer trading

12   products with the ability to exchange Bitcoin with

13   other national currencies, commodities and Bitcoin

14   derivatives"; correct?

15        A.      You see, this is what it says, but

16   you understand that Coin-Exch never did that in

17   the end.

18        Q.      Okay.  Did I read it correctly?

19        A.      You read it correctly and the

20   wording here is correct, but it actually did not

21   do that in the end.  We did not have the right

22   staff, we didn't have enough resources to do it.

23   So a lot of what says here in this document, they

24   are lovely words, but a lot of it didn't actually

25   happen.



Page 201

1                RAMONA WATTS - CONFIDENTIAL

2           Q.      Okay.  It says that Coin-Exch is

3      also using W&K source, does it not?

4           A.      That is what it says on this piece

5      of paper.  I actually don't even know if it is

6      using it to source, it says "source share", and

7      I actually really do not understand that.  I don't

8      know what it means because I didn't write it.

9           Q.      Okay.  Then the next, at the end it

10     says:  "W&K source will enable the creating of a

11     fast and stable trading platform, trade Bitcoin as

12     fundamental currency to buy and sell traditional

13     assets and securities."  Correct?

14          A.      That is what is written on this

15     piece of paper.

16          Q.      The last one is CO1N.  Am

17     I pronouncing that right, because it is a number.

18     Do you refer to it as "coin"?

19          A.      It is CO1N, yes.

20          Q.      This one, this company also has to

21     do with Bitcoin, does it not?

22          A.      It does not have to do with

23     Bitcoin, this was a wallet that we were trying to

24     produce.

25          Q.      "CO1N is offering an online



Page 202

1                 RAMONA WATTS - CONFIDENTIAL

2    scalable e-wallet solution with secure vault

3    technology for the Bitcoin market."  Correct?

4         A.     It does not have to do with

5    Bitcoin.

6         Q.     Okay, has to do with Bitcoin

7    wallets?

8         A.     It is a wallet, it is a Bitcoin

9    wallet, yes.

10        Q.     Yes ma'am.  Again, the same thing,

11   using W&K source; correct?

12        A.     I don't know, I do not know what it

13   means when it as source share because I didn't

14   write it.  I did not provide the information for

15   any of this.

16        Q.     Okay.  It says:  "W&K source will

17   enable the development of transaction protocols

18   and the rule based algorithms to significantly

19   reduce transaction times and design novel security

20   protocols and encryption algorithms without

21   compromising transaction times or scale ability."

22   Do you have any reason to dispute that?

23        A.     I don't know whether this actually

24   happened or not.  I know that we never finished

25   the wallet.  As with Coin-Exch we did not have the



Page 203

1          RAMONA WATTS - CONFIDENTIAL

2    resources and we did not have the people.  So

3    I can tell you that this was not finished, it

4    wasn't even half done, I don't think, which is

5    very disappointing, because when we started this

6    there was so much potential.

7          Q.    At the very end there is a

8    conclusion about the valuation, is there not, page

9    23, it is near the very end, not the very end?

10         A.    That's right.

11         Q.    For those four companies it assigns

12   the value of the software which used in part W&K

13   source at $378,475,713; correct?

14         A.    That is what is written there, but

15   I do not understand when it says using W&K source.

16   I did not provide the information.  I don't know

17   if any of this information is correct.

18         Q.    Okay.  Do you know Lee Goldstein?

19         A.    No.

20         Q.    Alright, let's move on.  Earlier

21   I asked you a question and I inadvertently limited

22   the question.  I had asked you to tell me

23   everything that Dave Kleiman talked you about

24   Bitcoin.  Let me just broaden it out.  Can you

25   tell me everything that Dave Kleiman ever told



Page 204

1          RAMONA WATTS - CONFIDENTIAL

2    you, other than what you have told me before?

3                    MR. SAOUL:  That is an

4    exceptionally broad question, Mr. Brenner.

5                    MR. BRENNER:  Intentionally so.

6                    MR. SAOUL:  Well, yes, but I do not

7    see how any witness could possibly be ever

8    reasonably expected to answer a question of that

9    nature.  I mean it is broad beyond belief.  Could

10   you please try to particularise it a little bit.

11   BY MR. BRENNER:

12         Q.    Let me start with what you told me,

13   then we can see if you can tell me if there is

14   anything else.

15         A.    Sure.

16         Q.    I am basing it on my notes.  If I

17   get it wrong, you will tell me, okay.  I believe

18   you told me that Dave Kleiman never discussed with

19   you anything about Bitcoin.  Is that correct?

20         A.    That is right.

21         Q.    I believe you told me that you had

22   lots of -- or some discussions with Dave where you

23   talked about Craig's personally?

24         A.    Yes.

25         Q.    Right, things about how he could be



Page 205

2    difficult and things like that, right?

3            A.    That is correct.

4            Q.    You told me that Dave Kleiman also

5    told you, or said to you words to the effect of,

6    "I know Craig can be difficult but he is really

7    creating something brilliant."

8            A.    Yes.

9            Q.    I think that is all you told me so

10   far.  Does that accord with your memory?

11           A.    Yes.

12           Q.    Okay.  Are there any other subject

13   matters that you discussed with Mr. Kleiman?

14           A.    Sure, I discussed my children,

15   I ----

16           Q.    I don't need to know about that.

17   What else?

18           A.    I seriously cannot remember.

19   I might have complained about my landlord.

20           Q.    That is personal nature, I don't

21   need to know about it.

22           A.    Right, so most of my conversation

23   with him was personal.

24           Q.    Okay.  Maybe this will address your

25   counsel's concern, which I take, which is, other



Page 206

```
 1              RAMONA WATTS - CONFIDENTIAL
 2   than personal things, are there any other things
 3   that you have not told me about that you discussed
 4   with Dave Kleiman?
 5        A.     That I discussed personally with
 6   him, no.  He was usually having a conversation
 7   with Craig, I would pop in and say, "How are you",
 8   and we would be having a chat.
 9        Q.     Anything you overheard in those
10   conversations, other than what you have already
11   told me?
12        A.     So, I've heard Craig getting
13   annoyed with him because Dave didn't understand
14   certain things.  I know Craig was often trying to
15   explain things to him but I don't know what in
16   particular.  That I couldn't tell you, but I ----
17        Q.     I didn't mean to cut you off.
18   Anything else?
19        A.     Not really.  I mean, I am trying to
20   think now as hard as I can, as I said, most of the
21   time I would walk into a conversation and say,
22   "Hello, how are you", have a bit of a
23   conversation.  Then if Craig walked out to go to
24   the bathroom or get something to eat we would have
25   a chat.
```



Page 207

RAMONA WATTS - CONFIDENTIAL

1

2       Q.      Okay.  As you sit here today, and

3   I appreciate you are trying your best, have you

4   told me everything you recall discussing with

5   Mr. Kleiman?

6       A.      Yes.

7       Q.      And everything you recall over

8   hearing?

9       A.      Yes, I ----

10              MR. BRENNER:  Okay.  I do not know

11  where we are vis-?-vis breaks.  Are we up for a

12  break, or no.  I don't remember.

13              THE EXAMINER:  We are due for one.

14  You have a bit more time.  Does anybody feel they

15  need a break now?

16              THE WITNESS:  I am okay, I am fine.

17              MR. BRENNER:  I am fine.  Let's try

18  to go 10 or 15 more minutes.

19              THE EXAMINER:  Let us go on while

20  we can.

21              MR. BRENNER:  Yes.  I have been

22  trying to keep a tab on the time and I lost this

23  one.

24              THE EXAMINER:  We came back at

25  about 35 ----



Page 208

1   RAMONA WATTS - CONFIDENTIAL

2          MR. BRENNER:  I will shoot for 35,

3   and I will let you know if there is a breaking

4   point before that.

5   BY MR. BRENNER:

6          Q.    Miss Watts, there came a time after

7   Mr. Kleiman, Dave Kleiman passed away, that you

8   had communications with Ira Kleiman.  Do you

9   recall that?

10         A.    I do, yes.

11         Q.    There were communications

12  originally between your husband and Dave's father

13  Louis.  Were you aware of those?

14         A.    Craig said to me -- he had said to

15  me that he was going to contact Dave's father,

16  yes.

17         Q.    Let me just get this out of the

18  way.  Did you ever have any contact with David's

19  father, Louis?

20         A.    I don't remember, I don't remember,

21  I remember dealing with Ira, but I don't know

22  whether I dealt with Louis, I don't know.

23         Q.    Good, you answered my next

24  question, which was you do have a recollection of

25  dealing with Ira?



Page 209

1          RAMONA WATTS - CONFIDENTIAL

2          A.     I do.

3          Q.     We talk about this, I am going to

4    ask you to accept my representation that Dave died

5    in April 2013?

6          A.     Okay, sure.

7          Q.     Just to give you a time frame.

8          A.     Sure.

9          Q.     Do you know when -- was the first

10   contact between your family, and I mean your

11   family, you or your husband and the Wright family

12   post Dave's death, was that from between Craig and

13   Louis?

14         A.     I don't know.  I think so.  I don't

15   know because I didn't reach out to anyone.

16         Q.     Because you told me Craig told you

17   that he was reaching out to Louis.  Do you know

18   when that contact first happened?

19         A.     No, I don't know.

20         Q.     Do you know approximately, even a

21   year that it happened?

22         A.     I have no idea.

23         Q.     Do you know why Craig was reaching

24   out to Louis?

25         A.     Yes.



Page 210

1                RAMONA WATTS - CONFIDENTIAL

2        Q.      Why is that?

3        A.      Because Craig had offered Dave's

4    shares in -- I think it was Coin-Exch, for Dave to

5    do some work for Coin-Exch.  The work was not done

6    though, because Dave actually died, but Craig said

7    that it was the right thing to do, to give it to

8    his father.

9        Q.      So let me see if I can summarise

10   that a little bit.  I think you did a pretty good

11   job.  Before Dave died it is your understanding

12   that Dave was going to do certain work for

13   Coin-Exch in exchange for shares in that company?

14       A.      Yes.  Well, it was not my

15   understanding, I mean we were all at a meeting.

16   So there was -- I cannot remember when we had this

17   meeting, but we had several people on board.  I do

18   not think it was other directors because I do not

19   think there were other directors that the time.

20   But we had -- I cannot remember who they are now,

21   but I recall having a Coin-Exch meeting where Dave

22   was supposed to have done some work, yes.

23       Q.      Okay.  Am I right in assuming that

24   Dave was not physically present at that meeting?

25       A.      No, he dialled in remotely.



Page 211

1                RAMONA WATTS - CONFIDENTIAL

2          Q.     Do you know if he was in the

3     hospital at the time?

4          A.     I don't know.

5          Q.     And was there a formal contract

6     entered between Dave and Coin-Exch?

7          A.     I don't recall.

8          Q.     Do you recall if the contract was

9     going to be with Dave personally, or with W&K Info

10    Defence, or some other entity?

11         A.     It would have been with Dave

12    personally.

13         Q.     And your understanding, broad

14    strokes, was that Dave was going to do certain

15    work and -- was his payment solely going to be in

16    shares of Coin-Exch?

17         A.     I don't recall.

18         Q.     You recall at least part of his

19    remuneration was going to be shares in Coin-Exch?

20         A.     I do not even know if it was a

21    remuneration, but yes, it was an agreement that he

22    would get shares in Coin-Exch for certain work

23    that he was supposed to have done.

24         Q.     You said that Dave died before the

25    work was done, and I am just making sure



Page 212

1                RAMONA WATTS - CONFIDENTIAL

2    I understand, was the contact done but the work

3    was not completed yet, or the contact didn't get

4    done before Dave died?

5           A.      I think the contract was actually

6    done.

7           Q.      Okay.  And Dave, because -- whether

8    it is because of his illness and ultimately his

9    passing or whatever the reason, by the time he

10   dies the work was not complete?

11          A.      No, not at all.

12          Q.      Was it started?

13          A.      I do not think it was even started.

14          Q.      And now to bring us back to where

15   we were, your understanding is Craig reached out

16   to Louis, Louis Kleiman, to make sure that he got

17   the shares in Coin-Exch that Dave was supposed to

18   get?

19          A.      Well, not so much him but Dave's

20   estate, I suppose, whoever was meant to get the

21   shares.

22          Q.      That is fair.  That is fair.  And

23   Craig did that the because he thought it was the

24   right thing to do?

25          A.      That is right.  It is probably the



Page 213

```
 1                RAMONA WATTS - CONFIDENTIAL
 2     legal thing to do as well, I suppose, if you have
 3     someone who has shares in a company, I do not
 4     know.
 5           Q.     Okay.  When you say the word
 6     "Craig" here is it Craig or is it Coin-Exch, or
 7     Craig is acting on behalf of Coin-Exch?
 8           A.     Well, I mean, Craig, I do not know
 9     if he was a director of Coin-Exch at that time,
10     but he was the one who reached out to Louis, so
11     I say Craig.
12           Q.     Okay.  Now, were those shares ever
13     given to Louis Kleiman?
14           A.     No, because we had negotiations
15     with Ira.
16           Q.     Okay.  At some point did Louis
17     Kleiman step out of the negotiations and Ira took
18     his place?
19           A.     Yes, and I don't know whether it
20     was when Louis Kleiman passed away or if Ira took
21     over because Louis was sick.  I really don't know
22     those details.
23           Q.     Okay.  You said that there then
24     ensued negotiations with Ira regarding the
25     Coin-Exch shares, is that what you said?
```



Page 214

1                RAMONA WATTS - CONFIDENTIAL

2          A.      That's right.

3          Q.      You were involved in those

4     personally, were you not?

5          A.      Yes.

6          Q.      And Dr. Wright was involved in

7     those; correct?

8          A.      Yes.

9          Q.      Stefan Matthews was involved in

10    those; right?

11         A.      At the end, yes.

12         Q.      Who is Stefan Matthews?

13         A.      So Stefan worked with Craig a long

14    time ago, I think when Craig was working at a

15    company called BDO, and Stefan introduced us to an

16    early investor who we made -- DeMorgan actually

17    made a deal with this person, Rob, his name was

18    Rob, in terms of funding DeMorgan and us moving to

19    the UK and for Craig to be doing IP work.

20         Q.      Okay.  Now, if you would go back to

21    -- by the way, do you know when the conversations

22    or negotiations with Ira began?

23         A.      If I had to guess I would say some

24    time in 2015, but I am not 100% sure.

25         Q.      When -- let us go to -- if you go



Page 215

```
 1              RAMONA WATTS - CONFIDENTIAL
 2    back to tab 23, which has already been marked as
 3    an exhibit to the deposition.  What number does it
 4    have on that?
 5         A.    8.
 6         Q.    So we are talking about exhibit 8,
 7    thank you so much.  This was the DeMorgan IP deed
 8    of assignment.  Do you recall that?
 9         A.    I recall you and I having a
10    conversation about this.
11         Q.    Sure, that is all I am asking at
12    this point.  Can you go to page 3 of that
13    document?
14         A.    Yes.
15         Q.    I am focused on paragraph (d), do
16    you see that?
17         A.    Hmm hmm.
18         Q.    "It is noted that although the
19    contract with W&K Info Defence Research LLC" --
20    that is what we have been referring to as W&K,
21    correct?
22         A.    I don't know, I do not know how
23    many W&Ks are there, I really don't.
24         Q.    Okay.
25         A.    I have noticed there are several
```



Page 216

1          RAMONA WATTS - CONFIDENTIAL

2     actually, so there is W&K Information Defence

3     Research, there is W&K ID, is there just something

4     called W&K?  I do not know of -- I am sure they

5     are separate, I do not think they are all one

6     entity.

7          Q.     You don't think W&K ID is short for

8     W&K Information Defence, that doesn't make sense

9     to you?

10          A.     I don't know.  I didn't set this up

11     so I don't know.

12          Q.     Which one did you think was Dave

13     and Lynn's company, then?  Which one are you

14     talking about?

15          A.     Definitely W&K, but is it W&K

16     Information Defence?  I am sure it is W&K

17     Information Defence.  I did not realise it has a

18     Research and an LLC at the end, so I do not know.

19          Q.     You don't know in this document if

20     this is the one that is a company associated with

21     Dave Kleiman?

22          A.     I can only assume because there is

23     a W&K in there, but I don't know.

24          Q.     This document talks about a lawsuit

25     that was filed against W&K Information Defence --



Page 217

```
 1              RAMONA WATTS - CONFIDENTIAL
 2   a Statement of Claim, I will use the proper
 3   terminology.
 4        A.    Yes.
 5        Q.    You know that your husband brought
 6   a lawsuit or a Statement of Claim against W&K
 7   Information Defence; you know that, don't you
 8   ma'am?
 9        A.    I know that he did something,
10   I didn't realise it was a lawsuit.  It is called a
11   Statement of Claim, which is quite different.
12        Q.    Well, we can debate whether it is
13   different.  What he did was, is he made a claim in
14   the courts in Australia saying that W&K
15   Information Defence owed him a whole lot of money,
16   did he not?
17        A.    I don't know, I wasn't there.
18        Q.    You weren't there when?
19              MS. McGOVERN:  Object to the
20   form ----
21   BY MR. BRENNER:
22        Q.    This is your time, what do you mean
23   by you were not there?
24              MS. McGOVERN:  If you could stop.
25   I need a beat between the question and answer,
```



Page 218

1                RAMONA WATTS - CONFIDENTIAL

2    particularly these kind of questions.  I am going

3    to object to the form on this question and the

4    prior question.

5    BY MR. BRENNER:

6           Q.    Okay, you can answer?

7           A.    I was not there at the court with

8    him.

9           Q.    So as you sit here today you do not

10   nose that your husband brought a Statement of

11   Claim against W&K Information Defence for tens of

12   millions of dollars; that is something that you

13   don't know?

14          A.    I know that he brought a Statement

15   of Claim against W&K.

16          Q.    You know he got what is called a

17   default judgment against them, meaning he got the

18   court to award him a tremendous amount of money

19   from W&K; your know that don't you, ma'am?

20          A.    I know that he got a default

21   judgment, yes.

22          Q.    Right, and he used that default

23   judgment to take all of W&K's intellectual

24   property, you know that too, don't you ma'am?

25                     MS. McGOVERN:  I am going to



Page 219

1                RAMONA WATTS - CONFIDENTIAL

2   object.

3                MR. BRENNER:  You just did, that is

4   enough, thank you.

5                MS. McGOVERN:  I ----

6                MR. BRENNER:  No.  You want to send

7   the witness out?

8                MS. McGOVERN:  Slow down ----

9                MR. BRENNER:  Send the witness out,

10  please.

11               MS. McGOVERN:  (Unclear).

12               MR. BRENNER:  Send the witness out,

13  please.  Send the witness out, please.  I am not

14  letting you object in front of this witness.  I am

15  not letting you do it.  Period, end of story.  If

16  you want to make a speaking objection we will send

17  the witness out.

18               MS. McGOVERN:  I just want to

19  object.

20               MR. BRENNER:  Good. Objected.

21  BY MR. BRENNER:

22       Q.    Ma'am, you know that, based on that

23  default judgment, your husband obtained all of the

24  intellectual property that was owened by W&K

25  Information Defence; isn't that correct?



Page 220

```
 1                 RAMONA WATTS - CONFIDENTIAL

 2         A.      No, that is not correct at all.

 3                 MS. McGOVERN:  Object to the form.

 4   BY MR. BRENNER:

 5         Q.      What is incorrect about it?

 6         A.      Well, my husband does a lot of

 7   things for the company, or through the company

 8   with the company, so I don't have all the details.

 9   I know that he had a Statement of Claim and I know

10   that he had a default judgment, and he hasn't gone

11   into details about everything else.

12         Q.      But this is your company, this is

13   the Morgan Wright family trust.  How did it get

14   W&K's information (unclear) how did your company

15   DeMorgan get W&K's intellectual property which you

16   are assigning in paragraph 8; how did they get it?

17         A.      I don't know, I don't have any come

18   economy any records in front of me.  If I did have

19   it in front of me I might be able to tell you.  If

20   I had access to my company secretary and had all

21   my records I would be able to tell you.  You are

22   just telling me things now that supposedly

23   happened and I do not have any of those records.

24         Q.      You do not know that?

25         A.      Sorry?
```



Page 221

1          RAMONA WATTS - CONFIDENTIAL

2          Q.      You do not know that; this is

3     something that you claim not to have knowledge of;

4     correct?

5          A.      What exactly do I claim not to have

6     knowledge about?

7          Q.      That your husband and his companies

8     got all of W&K's intellectual property vis-?-vis a

9     Statement of Claim he filed in Australia.   You

10    know that ----

11         A.      I said that I know he had a

12    Statement of Claim, and I know that he had a

13    default judgment.  Now, in the company records

14    there are so many assignments, there are so many

15    different assignments from different companies.

16    I couldn't say to you, I know this happened and

17    I do not know this happened.  I really couldn't.

18    If I could have access to my company secretary and

19    if I had  everything directly from them I would go

20    through the list and say, "oh yes, this did happen

21    because this was accounted for, or that happened

22    because that was accounted for".  Now you are

23    asking me do I or do I not know.  I don't even

24    know if I can answer that question because I do

25    not have any records in front of me.



Page 222

1                 RAMONA WATTS - CONFIDENTIAL

2          Q.     Is there anything that I or my

3     client or my colleagues have done to prevent you

4     access to your records?

5                 MS. McGOVERN:  Object to the form.

6                 MR. SAOUL:  You are asking a

7     question based on a document that was provided

8     this morning.  The witness has explained what she

9     is able to answer based on her knowledge as she

10    sits here.  She is not alleging that anyone on

11    your side has withheld documents, she is simply

12    answering your question.

13                MR. BRENNER:  I just said that.

14    The answer said "if I could get access".  I want

15    to know if she is claiming anyone is preventing

16    her.

17                MR. SAOUL:  She is sitting in a

18    room with the documents you have provided, not

19    with her records in front of her.  It is obvious

20    what the answer is.

21                MR. BRENNER:  Okay.

22    BY MR. BRENNER:

23          Q.     Do you agree with your counsel's

24    statement?

25          A.     I do.



Page 223

RAMONA WATTS - CONFIDENTIAL

1

2          MR. BRENNER:  Let's take a break.

3          THE EXAMINER:  It is now 4.38 in

4  Britain, so if we take a break for five minutes

5  this time, unless anybody needs longer.

6          (A short break off the record

7              from 4.38 to 4.47 p.m.)

8          THE COURT REPORTER:  We are going

9  back on the record at 4.47.

10  BY MR. BRENNER:

11      Q.    Miss Watts, I just want to follow

12  up on the very last thing we were talking about,

13  which is at -- or at least partly talk about

14  authentic and inauthentic documents.  Okay?

15      A.    Sure.

16      Q.    You made a reference a few times,

17  that if you could see your corporate records you

18  would be able to answer with better clarity some

19  of the things I have asked you to today; is that

20  true?

21      A.    I believe so, yes.

22      Q.    And you told me today that although

23  you have referenced your corporate secretary on a

24  few occasions, you do not know who that is;

25  correct?



Page 224

1          RAMONA WATTS - CONFIDENTIAL

2          A.      I don't know the name of the

3     corporate secretary, they are in Brisbane.

4          Q.      Okay.  Do you know how to contact

5     them?

6          A.      So, my secretary used to do that,

7     my assistant used to do that.  I could find a way

8     of contacting my assistant, but I haven't

9     contacted her in five years.

10         Q.      You haven't contacted your

11    assistant in five years?

12         A.      Yes, this was the companies in

13    Australia.

14         Q.      As you sit here today, you would

15    not now know how to get in contact with the

16    corporate secretary that you have referenced?  Is

17    that fair?

18         A.      I don't know.  I think I would have

19    to try and find the search, I might be able to,

20    I don't know.  I haven't tried.

21         Q.      Are you aware of any accusations

22    that have ever been made that DeMorgan Ltd

23    submitted false documents to the Australian Tax

24    Office; are you familiar with that allegation?

25         A.      I am familiar that the Australian



Page 225

1                    RAMONA WATTS - CONFIDENTIAL

2        Tax Office might have mentioned that, but the

3        thing is we were actually hacked, so I would not

4        be surprised if some of our staff changed some of

5        our documents.

6                Q.      Documents that were submitted by

7        the Australian Tax Office; is it your testimony

8        that if they were false it was someone else that

9        did it?

10               A.      Well, I certainly didn't do it.

11               Q.      What about your husband?

12               A.      He would doubt very much that he

13       would have done something like that.

14               Q.      Who is Andrew Sommers?

15               A.      He was our lawyer in Australia.

16               Q.      Do you trust him?

17               A.      I don't know him personally.  He is

18       a lawyer.

19               Q.      Do you remember the name of his law

20       firm?

21               A.      Clayton Utz.

22               Q.      Did they Clayton Utz represent

23       DeMorgan in connection with -- well, did Clayton

24       Utz ever represent DeMorgan Limited?

25               A.      I do not know if he represented the



Page 226

```
 1              RAMONA WATTS - CONFIDENTIAL
 2    companies, I actually really don't know the
 3    relationship whether he represented Craig
 4    personally, or represented the companies.  It
 5    probably was the companies.  I am not sure which
 6    one in particular.
 7         Q.    Okay.  If you could go to tab 32.
 8    Let me know when you are there?
 9         A.    Yes.
10         (Exhibit 10 marked for identification)
11         Q.    Miss Watts, do you see what I have
12    marked as exhibit 10?
13         A.    I do.
14         Q.    Is that a letter from Clayton Utz?
15         A.    Yes.
16         Q.    Is it an authentic letter?
17         A.    I do not know, but I recognise it.
18         Q.    It is e-mailed to you; correct?
19         A.    Yes.
20         Q.    As a director of what company?
21         A.    As a director of DeMorgan.
22         Q.    It has your e-mail address, was
23    that your Hotwire e-mail address?
24         A.    Its was, but we worked across
25    several companies, as I said to you before.
```



Page 227

1          RAMONA WATTS - CONFIDENTIAL

2          Q.     Sure.  I am just saying that that

3    was a correct e-mail address for you; right?

4          A.     Yes.

5          Q.     Does that a refresh your

6    recollection that Clayton Utz was representing

7    DeMorgan Limited?

8          A.     It does now, yes.

9          Q.     Okay, very well.  Does it refresh

10   your recollection that at some point in time

11   Clayton Utz determined that they could no longer

12   represent DeMorgan Limited?

13         A.     Yes.

14         Q.     And the reason that Clayton Utz

15   informed you that they could no longer represent

16   DeMorgan Limited is that your husband had provided

17   documents that lacked integrity to both the law

18   firm and the Australian Tax Office?

19              MR. SAOUL:  No, the document says

20   "raises serious questions".

21              MR. BRENNER:  Alright, let's do it

22   that way.

23   BY MR. BRENNER:

24         Q.     Did Clayton Utz determine that the

25   documents that your husband has submitted both to



Page 228

RAMONA WATTS - CONFIDENTIAL

1

2  its office and to the Australian Tax Office had

3  serious questions about their integrity?

4          A.      That what it says here, but I also

5  had a phone call with Andrew, because before he

6  sent me this letter, he called me.

7          Q.      And what did he tell you?

8          A.      Pretty much the same as this

9  letter, but he said, "I was going to send you this

10  letter", he said that the ATO contacted him saying

11  that there were some documents that had been

12  modified.  He said he didn't believe Craig did it

13  at all, because we had already told me that we had

14  been hacked.  He said, "but I am under instruction

15  not to be able to represent you because it does

16  not look good for my company".  He was hugely

17  apologetic.

18          Q.      Right.  The company, Clayton Utz,

19  was not only concerned that there were questions

20  about the integrity of documents submitted to the

21  Australian Tax Office, but also documents that

22  were submitted to the law firm; correct?

23          A.      Well, that is not what he told me.

24  I know that is what was written here, and he said

25  "I will be sending you a letter that is quite



MAGNA
LEGAL SERVICES

Page 229

1                RAMONA WATTS - CONFIDENTIAL

2    standard and it is going to sound awful, but this

3    is my position, because I have been told from the

4    top".

5           Q.     Does this seem like a standard type

6    letter to you?

7           A.     Well, I don't know, I have never

8    written a letter from a law firm before.

9           Q.     Let me ask you some questions

10   specifically about conversations you had with your

11   husband, okay?

12          A.     Sure.

13          Q.     Has your husband ever told you that

14   he was the creator of Bitcoin?

15          A.     Yes, before he was my husband, yes.

16          Q.     When did hay say that?

17          A.     Probably late 2010, 2011, shortly

18   after we started going out together.

19          Q.     What did he tell you?

20          A.     "I created" -- I think he called it

21   "a digital cash and it's called Bitcoin".

22          Q.     Did he tell you whether he worked

23   with anyone else on that?

24          A.     No.

25          Q.     Did he tell you he did not work



Page 230

1                 RAMONA WATTS - CONFIDENTIAL

2      with anyone else?

3             A.      No, he said, "I created digital

4      cash, it's called Bitcoin".

5             Q.      Did he tell you anything else about

6      his creation of Bitcoin?

7             A.      Yes, he said he's been working on

8      it for 20 years.

9             Q.      Did he tell you anything else?

10            A.      He told me a lot of things.  He

11     said it was a very long process, that he has --

12     I think at that time he was working on a Masters

13     or was going to work on a Masters -- oh, no, I

14     think or had worked on a Master that had very

15     similar things to Bitcoin and that is where he got

16     all his ideas from; he had been working on it for

17     20 years.  Yes, it was just a long, drawn out

18     process.  I think it started when he was in his --

19     I don't know, 20s even.

20            Q.      What did he tell you, if anything,

21     about Satoshi Nakamoto?

22            A.      Then he didn't and I hadn't even

23     heard of the name Satoshi Nakamoto.

24            Q.      When did you first hear that name?

25            A.      I don't remember.  I think I was



1            RAMONA WATTS - CONFIDENTIAL

2    reading some information online probably and I put

3    two and two together, that if he created Bitcoin

4    and if Satoshi Nakamoto created Bitcoin, then he

5    had to be Satoshi Nakamoto.

6            Q.      The first you learned that he was

7    Satoshi Nakamoto was what you were able to put

8    together, as opposed to him telling you?

9            A.      He told me when we were married

10   some time that he was actually Satoshi Nakamoto,

11   but he told me that he created Bitcoin way before

12   we were married.

13           Q.      What did he tell you about his

14   dealings with Dave Kleiman?

15           A.      He said Dave was his best friend.

16           Q.      Anything else?

17           A.      Yes, that he was a shoulder to cry

18   on, he was someone who actually understood him, he

19   listened to him, he didn't judge him.  He said

20   some lovely things about Dave.  He also said that

21   he was not well, I think, that he was in and out

22   of hospitals, but when he was great he was

23   fantastic and when he was not, you know, Craig

24   said he wished he could do more for him, but Dave

25   didn't often say very much when he wasn't well, so



Page 232

1                RAMONA WATTS - CONFIDENTIAL

2    Craig didn't know.

3         Q.      Before the break we had talked

4    about a contract with Dave with your husband,

5    regarding some work that ended up not being

6    completed prior to Dave dying?

7         A.      That's right, yes, with Coin-Exch.

8         Q.      With Coin-Exch, thank you.  Did

9    your husband tell you any other work he ever did

10   with Dave Kleiman?

11        A.      Yes, he said he wrote some books

12   with him, he edited some of his papers.  That is

13   mostly it.

14        Q.      Did he tell you whether they ever

15   mined Bitcoin together?

16        A.      No.

17        Q.      That is a bad question.  Did he

18   talk to you at all about the subject, meaning

19   whether and he Dave mined Bitcoin together, or did

20   he tell you that they did not?

21        A.      He never told me either way.

22        Q.      Okay.  Who is Ritzela DeGracia?

23        A.      Oh, I recognise the name.  I don't

24   know.  Is -- he could be a lawyer from -- he might

25   be one of the people from HighSecured, I do not



Page 233

1          RAMONA WATTS - CONFIDENTIAL

2   know, I don't recall.  I just remember the name.

3          Q.     Do you ever remember any of the

4   discussions with Craig about Ritzela DeGracia?

5          A.     I don't remember who that person

6   is.

7          Q.     Did you have any discussion with

8   Craig about W&K Info Defence?

9          A.     Yes, I did ask him what it was,

10  what W&K, was because I wasn't involved in it.

11         Q.     And what did he say?

12         A.     He said it was Lynn's company with

13  Dave.

14         Q.     Did he tell you what they did, what

15  that company did?

16         A.     He might have, I don't remember.

17         Q.     Can you tell me what Craig told you

18  about Tulip Trading?

19         A.     He told me that he had bought

20  Bitcoin and Tulip Trading held the bought Bitcoin.

21         Q.     Is that what Tulip Trading did, was

22  it a company that was going to buy and either hold

23  and sell Bitcoin; is that what Tulip Trading was?

24         A.     It didn't sell Bitcoin, it bought

25  and it held the Bitcoin.



Page 234

1                RAMONA WATTS - CONFIDENTIAL

2          Q.       But it did use some of the Bitcoin,

3     we went through that before, for various projects;

4     correct?

5          A.       For some of the work projects, yes,

6     but it did not sell it for cash, I do not think.

7     I don't know.  I wasn't -- I don't know.

8          Q.       What about Wright International

9     Investments, what did Craig tell you that was?

10         A.       He told me it was a company that he

11    started, and I don't remember what year.  I think

12    it was 2009 but I am not exactly sure.  Then it

13    held the mined Bitcoin.

14         Q.       Anything else that he told you?

15         A.       I don't recall off the top of my

16    head, I don't know whether it has IP, I do not

17    know.

18         Q.       Okay.  Have you already told me

19    everything Craig told you regarding the formation

20    and purpose of the Tulip Trust, or is there more?

21         A.       I am not sure.  That is a very

22    general question.  Do you have a very specific

23    question?  If you can ask me a specific question

24    I will answer it specifically.  I do not know if I

25    have told you everything because I do not recall



Page 235

1                RAMONA WATTS - CONFIDENTIAL

2    everything off the top of my head.  When you ask

3    me a question I might remember it.

4         Q.    What did Craig specifically tell

5    you was the purpose of the Tulip Trust?

6         A.    The purpose of the trust was to

7    continue the research that he had started on

8    Bitcoin and to promote the legal nature of

9    Bitcoin.  As I said, in 2010 or 2011, I don't

10   know.  When we found out that the Bitcoin was used

11   for nefarious purposes like drugs and money

12   laundering he was very, very upset.  He said that

13   was never the way it was intended.  He didn't want

14   it -- people were claiming that it was supposed to

15   be anonymous, and he said Bitcoin was never, ever

16   meant to be and anonymous and never meant to be

17   used on the black net or dark net, or whatever it

18   was called.  He said the trust's -- the sole

19   purpose of the trust really was to continue the

20   work of what he had been doing, but in a totally

21   legitimate and legal way, so that Bitcoin was to

22   be used, you know, so people could use Bitcoin,

23   but legitimately, not illegally and not

24   anonymously at all.

25        Q.    Denis Mayaka, who we talked about



Page 236

1          RAMONA WATTS - CONFIDENTIAL

2    before, did you come to know him through your

3    association with Craig or in some other way?

4          A.     Through Craig, yes.

5          Q.     Did Craig know him before you knew

6    him?

7          A.     I believe so, yes.

8          Q.     Okay.  What did Craig tell you

9    Mr. Mayaka -- about why Mr. Mayaka played a role

10   in the trust?

11              MS. McGOVERN:  If I could just

12   interject, Magistrate Reinhart has asked

13   plaintiff's counsel to refer to Craig as

14   Dr. Wright (unclear) respect during this

15   deposition as well.

16              MR. BRENNER:  I am doing my best.

17   I will go back to it, but sure.  Let me reframe

18   the question.

19   BY MR. BRENNER:

20         Q.     What did Dr. Wright tell you about

21   Mr. Mayaka and his role in the trust?

22         A.     He said he was a lawyer.  I am not

23   quite sure which law firm he represented.  He did

24   tell me, I cannot remember, and that he was a

25   trustee.



Page 237

1               RAMONA WATTS - CONFIDENTIAL

2          Q.     Now, the Tulip Trust, if we to look

3     at the 2017 document, the Tulip Trust holds either

4     directly or indirectly all of the assets that your

5     family has; correct?

6          A.     So, what was the question, the

7     Tulip Trust holds?

8          Q.     Yes, either directly through shares

9     in other companies -- or indirectly through shares

10    and companies, or directly holds all of the assets

11    that your family has; correct?

12         A.     No, that is not correct at all.  I

13    have other assets, I have my own savings.

14         Q.     Okay, other than your own savings,

15    all of the assets, whether it be in through prior

16    trust, any asset your husband has, is all held

17    directly or indirectly through the Tulip Trust;

18    correct?

19         A.     I believe so, yes.  I think what he

20    had told me was that the mined Bitcoin was

21    actually in a previous trust that he had called

22    Craig Wright R&D.

23         Q.     That mined Bitcoin ultimately got

24    into Wright International Investments; correct?

25         A.     Yes.  I am not sure how the



Page 238

```
 1              RAMONA WATTS - CONFIDENTIAL
 2    transfer was made.
 3          Q.     Now it is owned, Wright
 4    International Investments is owned by ----
 5              MR. SAOUL:  Mr. Brenner, I am sorry
 6    to interrupt you, I just want to check that the
 7    question you asking is what you mean it to be.
 8    Because whether one is talking about Dr. Wright's
 9    assets or Miss Watts' assets, that is a very broad
10    concept.  That includes the television on the
11    table, furniture.  Do you mean business/crypto
12    currency related assets and intellectual property,
13    or do you really mean all assets?
14    BY MR. BRENNER:
15          Q.     Well, let's go back to the 2017
16    Tulip document, so we can verify what it is.  On
17    33, was it, go to page 15.  Do you see that?
18          A.     Yes.
19          Q.     Describe that -- schedule A is
20    describing the property in the trust; correct?
21          A.     That is correct.
22          Q.     It is all the shares in Wright
23    International; correct?
24          A.     Yes.
25          Q.     All the shares in Tulip Trading;
```



Page 239

1              RAMONA WATTS - CONFIDENTIAL

2    correct?

3              A.      Yes.

4              Q.      The mined Bitcoin and the purchased

5    Bitcoin.  Correct.

6              A.      So the mined Bitcoin was in Wright

7    International and the purchase one was in Tulip

8    Trading.

9              Q.      Then it says everything that was in

10   the 2014 formalised trust known as the Tulip

11   Trust, that is the predecessor to this document;

12   right?

13             A.      Yes.

14             Q.      It says, "All assets in CSW R&D" --

15   that is Craig Wright R&D; correct?

16             A.      That's right.

17             Q.      Then it says JBURK Limited.  What

18   is that?

19             A.      It is a company that we have, it is

20   just a holding company, it doesn't do anything at

21   the moment.

22             Q.      Okay.  Then it says nChain Limited?

23             A.      Yes.

24             Q.      It says for that, all the assets --

25   asset shares held in trust for Ramona Ang calling


MAGNA
LEGAL SERVICES

Page 240

1               RAMONA WATTS - CONFIDENTIAL

2    itself DeMorgan; do you see that?

3          A.    I do.

4          Q.    So was there a sale of DeMorgan at

5    some point?

6          A.    So DeMorgan wasn't actually sold.

7    So DeMorgan's IP was rolled into the company that

8    Craig formed with Rob McGregor and his entity, so

9    I suppose now it is called nChain. I don't know

10   what it was called before.

11         Q.    Okay. So nChain, either by

12   purchase, or assignment, or something, obtained

13   intellectual property from DeMorgan Ltd?

14         A.    It did, yes.

15         Q.    In exchange for that you got shares

16   in nChain?

17         A.    No, that is not correct. I haven't

18   received any shares in nChain.

19         Q.    According to the trust document you

20   were supposed to; correct?

21         A.    No, I think this really means if I

22   do, or when I do it will be in here, but I haven't

23   received any yet.

24         Q.    You have an expectation that you

25   will?



MAGNA
LEGAL SERVICES

Page 241

1                    RAMONA WATTS - CONFIDENTIAL

2         A.      No, I do not know.  Actually

3    I really don't know.

4         Q.      Then the last thing says, "All

5    trust and assets ever owned by Craig Wright until

6    the formation of this trust".

7         A.      Yes.

8         Q.      My other point, where we got onto

9    this, the trust is it holds -- to take your

10   counsel's point, it may not own the pen that is on

11   your living room counter, but other than your

12   personal assets, it owns all of the family's

13   assets; correct?

14        A.      Well, so the trust owns shares in

15   two -- in all these companies really, so it is

16   one, two -- three companies currently.

17        Q.      Well, it is three companies, plus

18   all other assets ever owned by your husband;

19   right?

20        A.      That is what it would say, yes.  So

21   the trust owns shares in those companies though,

22   yes.

23        Q.      My point is, how is Denis Mayaka --

24   why is Denis Mayaka trusted to be what you call

25   the co-trustee for all of the assets for your



Page 242

```
 1              RAMONA WATTS - CONFIDENTIAL
 2   family; how did that come to be?
 3        A.     Well, I don't know.  I mean, Craig
 4   knew him before, he must trust him.  He is a
 5   lawyer.
 6        Q.     Do you trust him?
 7        A.     I don't know him personally, I am
 8   not friends with him, but he is a lawyer.  It is
 9   like asking me whether I trust any of my lawyers,
10   or it is like asking Ira if he trusts you.  I
11   mean, what would the answer to that be?
12        Q.     I don't know.  I will ask after the
13   phone call.  I guess my question is, it is a
14   little more than I am asking you.  Do you trust
15   Denis Mayaka to be the co-steward of all of the
16   assets for you and your children?
17        A.     Yes.  I mean, he has a fiduciary
18   duty.  You have a duty as a trustee to ensure that
19   the trust actually follows the rules.  Everything
20   that is within the terms of the trust.  It is a
21   job.
22        Q.     Okay.  You mentioned before that
23   Wright International Investments mined Bitcoin;
24   right?
25        A.     No, I never said that at all.
```



Page 243

1          RAMONA WATTS - CONFIDENTIAL

2          Q.    I am sorry, Information Defence

3     mined Bitcoin; correct?

4          A.    I did.

5          Q.    And then that Bitcoin then was --

6     became owned by Wright International Investments.

7     Do I have that right?

8          A.    Yes.

9          MS. McGOVERN:  Object to the form

10    of the question; asked and answered.

11    BY MR. BRENNER:

12         Q.    Okay, just clarifying.  When --

13    Information Defence is a company, right?

14         A.    Yes.

15         Q.    Who was actually mining the Bitcoin

16    for Information Defence?

17         A.    I don't know, I wasn't there in

18    2009.

19         Q.    Was it your husband?

20         A.    I wasn't there in 2009.

21         Q.    Did your husband ever tell you who

22    mined that Bitcoin?

23         A.    He might have.  I actually don't

24    remember because I wasn't there.  I was ----

25         Q.    I am asking when you were there,



Page 244

1           RAMONA WATTS - CONFIDENTIAL

2    after you became affiliated with your husband,

3    first professionally as then as his wife, did he

4    ever tell you who mined that Bitcoin?

5           A.     He has always told me that

6    Information Defence mined the Bitcoin.

7           Q.     Did you have an understanding of

8    who ran Information Defence?

9           A.     No.

10          Q.     You don't know if it was your

11   husband?

12          A.     No.

13          Q.     Do you know if it was Dave Kleiman?

14          A.     No.

15          Q.     Were you involved in your husband's

16   disputes with the ATO?

17          A.     As I was director of DeMorgan,

18   I answered a lots of the questions.  I don't know

19   what you mean be "involved with".  We had a lot of

20   audits done so I had to deal with the ATO, in

21   terms of answering questions and when we were

22   audited.

23          Q.     I will use the word "dispute", and

24   if you think it is bad you will tell me, but the

25   disputes with the ATO, were those something that



Page 245

1              RAMONA WATTS - CONFIDENTIAL

2    was initiated by the ATO, did your husband seek

3    out things from the ATO which ended up leading to

4    these disputes?

5         A.    I think, from what he has told me,

6    that they started very early on, when the tax

7    office had said that what he was doing, in terms

8    of the companies researching Bitcoin were not

9    viable companies, they were not enterprises.

10   I think that is how it started.  Because they said

11   that Bitcoin research was a hobby, and if it is a

12   hobby, then the companies that you form

13   researching Bitcoin is actually not an enterprise.

14   I think they were trying to strike that down.

15   That is really what the problem was.

16        Q.    Let me see if I tell you my

17   understanding and you tell me if it is wrong?

18        A.    Sure.

19        Q.    Your husband went to the Australian

20   Tax Office because he wanted certain tax credits

21   associated with companies that had mined Bitcoin.

22   Is that right?

23        A.    That is not how I see it.  As

24   I said, in Australia you -- there were lots of

25   different forms that we were filling out, but you



1          RAMONA WATTS - CONFIDENTIAL

2    had to say you were an enterprise and what you

3    were doing.  I remember we filled out tons of

4    forms, and we had developers, and our financial

5    controllers stating that this is what we are

6    doing, it is research in Bitcoin.  The Australian

7    Tax Office came back and said, well, that is a

8    joke, because it is a hobby, it is not a real

9    enterprise.  So, really, in a way they were trying

10   to shut all the companies down immediately.

11          Q.    Did your husband ever tell you that

12   Dave Kleiman was his partner?

13          A.    He -- Craig has used the term

14   partner very, very loosely.

15               MS. McGOVERN:  Object to the

16   question.  We have gone over this in the morning

17   session; asked and answered.

18   BY MR. BRENNER:

19          Q.    You can answer.

20          A.    So as I said, Craig has used the

21   term partner very, very loosely.  I think he would

22   consider his best friend his partner.  Dave did a

23   lot of editing for him, I think he would say,

24   "Hey, that is my partner who has edited my book

25   for me, we have written a book together".  I think



Page 247

1                    RAMONA WATTS - CONFIDENTIAL

2       he would consider that a partner too.  So it

3       depends on what you mean by partner.

4             Q.     Excuse me, did your husband ever

5       tell you that Dave was not his business partner?

6             A.     Well, Craig never said to me, "Just

7       to let you know Dave is not my business partner".

8       He has never actually said that to me to my face,

9       no.

10            Q.     Okay.  Let's talk about the

11      negotiations with Ira, okay?

12            A.     Sure.

13            Q.     It started off -- just to reset,

14      because we got a little far afield -- initially

15      there was a contact between your husband and Louis

16      Kleiman regarding potential shares in Coin-Exch

17      for the estate of Dave Kleiman; right?

18            A.     So can you say that again, I didn't

19      hear you.

20            Q.     Sure.  I am just trying to reset

21      where we were.  You told me earlier that there was

22      a contact some time after Dave passed away between

23      your husband and Louis Kleiman, where your husband

24      was trying to get certain shares in Coin-Exch to

25      Dave's estate after his death?



Page 248

1                    RAMONA WATTS - CONFIDENTIAL

2            A.      That is correct, yes.

3            Q.      Okay.   Then at some point Ira

4    became involved in the negotiations.   You are not

5    sure if it was because of his father dying, but at

6    some point his father passes away and Ira is

7    involved in the negotiations?

8            A.      That is correct.

9            Q.      Explain to me what were those

10   negotiations; what was being negotiated?

11           A.      I don't really have all the

12   details.  I think it started off with Craig saying,

13   "I've got -- your brother's got shares" or to --

14   so Dave's father, it would be, "Your son has

15   shares in this company and we'd like you to have

16   that".  I don't have all the conversation in front

17   of me.  I think it got to a stage where Ira came

18   in and said basically if they were to sell it, how

19   much?  I know we offered Ira the directorship,

20   because Dave was also supposed to be a director of

21   Coin-Exch we had offered that to Ira and he said

22   "Well, I don't want that directorship.  How much

23   is the shares worth?  Can we sell it, and can

24   I have some money, and just make sure that I don't

25   have to pay tax on it".



```
1              RAMONA WATTS - CONFIDENTIAL

2         Q.    Okay.  When you and your husband

3    were in contact with Ira Kleiman, by that point,

4    which we just went over in a previous document, by

5    that point your husband had already filed his

6    Statement of Claim against W&K; correct?

7         A.    I don't remember when he filed it

8    and I don't remember when we started talking to

9    Ira.

10        Q.    Okay, do you know when you were

11   negotiating, and I said you both you and your

12   husband, whether you were negotiating with Ira

13   whether either of you told him there had been a

14   Statement of Claim filed against W&K in Australia?

15        A.    I didn't.  Craig might have, I do

16   not know.

17        Q.    In those discussions were you or

18   your husband asking Ira for anything in return, or

19   were you just trying to give him shares -- in

20   coin -- I am going to ask that again.  It was a

21   bad question.  I understood from a previous answer

22   that the shares we are talking about, that

23   originally your husband wanted to get to the

24   estate through Louis Kleiman, and then discussions

25   with Ira, were shares in Coin-Exch; is that right?
```



```
 1                RAMONA WATTS - CONFIDENTIAL
 2        A.      That is correct.
 3        Q.      When you spoke with Ira and
 4   communicated with Ira, both you and your husband,
 5   were you asking anything from him in exchange for
 6   giving him those shares?
 7        A.      I wasn't, I don't know if Craig
 8   did.  I do not think he did at all.
 9        Q.      You don't recall asking for his
10   cooperation in the Australian Tax Office
11   proceedings?
12        A.      Oh, I suppose at the end when they
13   were asking questions I might have.  I don't
14   remember.  I might have.
15        Q.      Why did you and your husband need
16   to negotiate with Ira if you were just going to
17   give him shares?  I don't understand the
18   negotiation.
19        A.      Because he didn't actually want the
20   shares.  So he wanted the money.  So the
21   negotiation was really, how much is it worth?  So
22   we offered him a figure, he said that that was not
23   enough.  We offered another figure and he said,
24   "Well, that is not enough".  It was not shares
25   that he wanted, he wanted the money and he wanted
```



Page 251

RAMONA WATTS - CONFIDENTIAL

1

2   it right away.

3        Q.     From your counsel and through your

4   husband's counsel, you all have produced e-mail

5   exchanges with Ira, so I have that stuff.  Before

6   I get into those, can you let me know, because

7   I don't have a way to know verbal conversation,

8   let me know what Ira said to you that is not

9   otherwise captured in the e-mails?

10               MS. McGOVERN:  Object to the form.

11               MR. SAOUL:  Can I ask you to be a

12   little more specific?  Are there -- perhaps you

13   could ask your questions by reference to specific

14   issues.

15   BY MR. BRENNER:

16        Q.     I am asking about the negotiations,

17   I have the e-mails I want to know what was taking

18   place that I would not see in the e-mails about

19   those negotiations?

20        A.     I think we had some Skype calls.

21   I just remember not having a very good impression

22   of Ira after some conversations I had with him.

23        Q.     Okay.  Do you remember anything --

24   I am not asking for exact words.  I am asking if I

25   look at the e-mails, will I capture in sum and



Page 252

1                RAMONA WATTS - CONFIDENTIAL

2      substance what the negotiations were, or are there

3      things I am missing if I do not ask you what you

4      guys talks about?

5                     MS. McGOVERN:  Object to the form.

6      As to the e-mails are you asking as to the

7      e-mails.

8                     MR. SAOUL:  I am going to make the

9      same objection from the English point of view.  We

10     have not gone through the e-mails, so it may be

11     more helpful to go through the e-mails first and

12     see if there are any gaps.

13                    MR. BRENNER:  No.  I have time

14     limitations.  There are lots of e-mails, many of

15     which when we go through them we are told they are

16     not real, so I cannot really do that, although I

17     would love to.  So I need to ask the question, in

18     the way I need to ask.  It is pure discovery in a

19     US court proceedings, it is a perfectly valid

20     question.  So let me ask it again.

21                    MS. McGOVERN:  I am going to object

22     to that statement, with respect to the

23     representation about the e-mails, that that is not

24     an accurate representation in this deposition.

25     I am going to object to the questions about



Page 253

```
 1              RAMONA WATTS - CONFIDENTIAL
 2   documents that I have not seen yet.
 3              MR. BRENNER:   I have not asked the
 4   question.  Amanda, please just object to form.
 5   I don't even know what you are doing right now.
 6   BY MR. BRENNER:
 7        Q.    Miss Watts, tell me your
 8   discussions with Ira, not your e-mails, tell me
 9   your discussions with Ira in the negotiations that
10   you have described here?
11        A.    So I don't actually remember them,
12   they were so many years ago I don't actually
13   remember them.  I remember the sentiment, that is
14   all.
15        Q.    That is great, what was the
16   sentiment?
17        A.    He just wanted money, and he wanted
18   more money, and more money.  He wanted it now, he
19   didn't want to be a director, he wasn't interested
20   in what Coin-Exch was doing, and he was very
21   specifically when he said "I don't want to pay
22   tax".  I remember that because Craig was very,
23   very, very angry when Ira said that.
24        Q.    Okay.  Anything else about the
25   sentiment that you can remember, other than -- we
```



Page 254

2    will go through some e-mails that I have, but

3    anything else?

4           A.     That was the final sentiment.

5    Initially when we started it was very cordial and

6    very pleasant.

7           Q.     Okay.  Then ultimately I think you

8    told me you ultimately -- those conversations

9    ultimately led to you to not view Ira favourably?

10          A.     At the end.  At the beginning not

11   so at all.  At the beginning he was perfectly

12   charming.

13          Q.     Let me direct your attention to,

14   let us find the tab, tab 7?

15      (Exhibit 11 was marked for identification)

16          Q.     Miss Watts, are you there?

17          A.     Yes.

18          Q.     Just to make sure, because we are

19   not in the same room, is tab 7 a one page

20   document?

21          A.     It is, that is right.

22          Q.     Let us go through this a bit and at

23   the beginning let's just identify who the players

24   are.  The e-mail on the top is from Craig Wright,

25   that is Dr. Wright, we talked about him; correct?



Page 255

1                  RAMONA WATTS - CONFIDENTIAL

2          A.      Yes.

3          Q.      Second one is C -- the second

4    person which is in the 2 is C, and it says that is

5    a person with the e-mail address C@wyno.ca.  That

6    is Calvin Ayre; correct?

7          A.      Calvin Ayre, I believe so, yes.

8          Q.      Then the next one, that is Robert

9    McGregor, that is the person you said your -- I

10   think you said your husband ended up, when we were

11   talking about nChain, you said he ended up going

12   in to business with Mr. McGregor on some of his

13   entities?

14         A.      It is not so much business, there

15   was a DeMorgan service agreement where Rob and his

16   entities, I believe, and Craig formed what is now

17   known as nChain, and so as the agreement was that

18   Craig was to produce a certain number of patents

19   for nChain and DeMorgan in Australia was to be

20   funded.

21         Q.      Okay.  Stefan Matthews, we talked

22   about him before and that is you, Ramona Watts?

23         A.      That is correct.

24         Q.      I actually went to the wrong topic.

25   I will see if I can switch.  I hate to do this to



Page 256

1                 RAMONA WATTS - CONFIDENTIAL

2     you, let us go to tab 17.

3         (Exhibit 12 was marked for identification)

4              Q.    Are you there?

5              A.    I am.

6              Q.    So if you go to the page that has

7     287 on the bottom ----

8              A.    Yes.

9              Q.    That is -- correct me if I am

10    wrong, that is an e-mail from you to your husband;

11    correct?

12             A.    Yes.

13             Q.    Are you -- do you recall this

14    e-mail?

15             A.    As I said with the other ones,

16    I don't recall writing that five years ago.  It

17    looks familiar though.

18             Q.    Is this -- it addressed to Ira.  Is

19    this a copy of something you had sent to Ira or a

20    draft of what you were intending?

21             A.    I don't remember.

22             Q.    You write:  "Currently we are

23    having major battles with the tax office" -- ATO,

24    the Australian Tax Office, that was a correct

25    statement; right?



Page 257

1                RAMONA WATTS - CONFIDENTIAL

2          A.      Yes.

3          Q.      "They" -- meaning the tax office --

4    "do not believe that what we have is viable" -- do

5    you see that?

6          A.      Hmm hmm.

7          Q.      "They do not see it as an

8    enterprise", right?

9          A.      Yes.

10         Q.      "They are arguing that the work

11   Dave and Craig has been doing is a hobby or purely

12   academic research", right?

13         A.      Yes.

14         Q.      "Dave and Craig were working

15   together on the issues that we are fighting out

16   with the Australian Tax Office"; is that not true?

17         A.      Well, Dave was working on

18   Coin-Exch, he was supposed to be working on

19   Coin-Exch, and Coin-Exch was one of the companies

20   that the Australian Tax Office had audited, so

21   Dave was supposed to be setting up systems for

22   Coin-Exch but ----

23         Q.      The fight with the -- I am sorry.

24         A.       -- but we only found out much later

25   on that that wasn't done.  I was under the



Page 258

RAMONA WATTS - CONFIDENTIAL

1

2      assumption that Dave had been working on

3      Coin-Exch.

4          Q.     Actually the fight with the ATO was

5      whether the mining of Bitcoin was a hobby, isn't

6      that true?

7          A.     No, no because the fight with the

8      ATO was with all the companies, with any of the

9      companies were enterprises, any of the research

10     that was being done was an enterprise.

11         Q.     Okay.  Go to second page which has

12     an 88 at the bottom.  Just so we are clear, the

13     only thing you have told me before today, before

14     right now, that Dave and Craig did together in a

15     business side, was when Dave helped Craig edit

16     certain papers; right?

17         A.     Yes.

18         Q.     (ii), he helped him write a book,

19     or was it more than one book?

20         A.     I don't know.

21         Q.     And (iii), he had this contract

22     with Coin-Exch which he ended up not doing any

23     work on; right?

24         A.     That's right, and I have just

25     remembered one, that I was ant part of, but



Page 259

                    RAMONA WATTS - CONFIDENTIAL

1

2    I remember Craig telling me that they either did

3    or were supposed to do something with --  I think

4    it was the Department of Defence in the US.  I was

5    not involved with that one, but I remember Craig

6    telling me about that.  So as I said, when you

7    generalise things like that and say, "Tell me

8    everything", I cannot always recall.  But if you

9    ask me something very specific I might be able to

10   answer the questions.

11        Q.    We will each do our best.  In the

12   paragraph starts with, "Currently we need to" this

13   is either a draft of a communication to Ira or one

14   that was sent to Ira, or you are just not sure?

15        A.    I cannot remember.

16        Q.    The addressee of this, whether it

17   was sent or not, is Ira; correct?

18        A.    Yes.

19        Q.    You write:  "Craig and I" -- you

20   are talking about yourself, right -- "Craig and I

21   have put our entire life savings into this

22   business"?

23        A.    Yes.

24        Q.    What business was that?

25        A.    Everything, everything that we did.



Page 260

1              RAMONA WATTS - CONFIDENTIAL

2          Q.      Then read the next three words?

3          A.      "As did Dave".

4          Q.      Right, "Dave also put his entire

5    life savings into the business", isn't that what

6    you wrote?

7          A.      Dave was supposed to put the

8    Bitcoin that he had into Coin-Exch.  That was part

9    of the deal as well.

10         Q.      Okay, when did you learn that he

11   didn't?

12         A.      I think it just wasn't there.

13   I don't know.  Craig had told me that it wasn't

14   and then accountants said that it wasn't in there.

15   I don't know.

16         Q.      Right.  What happened was, after

17   Dave died and Craig -- well I don't want to

18   represent -- after Dave died, Craig recognised

19   that work that Dave was supposed to have done he

20   didn't do; correct?

21         A.      I don't know when after he died but

22   it was after he died definitely, I just don't know

23   when.

24         Q.      Okay, so this is two years later,

25   and you are telling Ira Kleiman that his brother,



RAMONA WATTS - CONFIDENTIAL

Dave, put his life saving into his business with Dave; isn't that true, ma'am?

MS. McGOVERN: Let me just interpose an objection and request Mr. Brenner to refer to Craig as Dr. Wright.

MR. BRENNER: You know what, I am instructed to refer to Craig as Dr. Wright in pleadings. The document uses the word "Craig", I do not have to sanitise the document, okay, so no, I am not going to do that. The document says Craig, I am not going to interpose my language in there. The document says ----

MS. McGOVERN: That is my objection.

MR. BRENNER: You have a standing objection on the Craig/Dr. Wright issue, you don't have to make it again. That stands for this deposition and all others that follow.

BY MR. BRENNER

Q. It says: "Craig and I have put our entire life savings into this business, as did Dave." That is what you wrote; correct?

A. Yes, but, as I said to you before, Dave was supposed to put the Bitcoin that he had



Page 262

1                RAMONA WATTS - CONFIDENTIAL

2    into Coin-Exch, and that is why he got the shares;

3    that and the work that he was supposed to have

4    done.  So that was the deal that was with

5    Coin-Exch ----

6          Q.     And when he died he -- I am sorry,

7    go on.

8          A.        -- so the -- in order to capitalise

9    the company Craig put in a lot of money, or

10   Bitcoin, I am not sure what he did there.  And

11   Dave was supposed to put another bit.  We only

12   found out much later on from our accountants that

13   that wasn't the case.

14         Q.     Ma'am, it is your testimony that

15   two years after Dave died you still didn't -- you

16   were still waiting for his Bitcoin to be

17   deposited; is that your testimony?

18         A.       No, my tell is that at that time we

19   probably were running eight companies, and at that

20   time we were being audited constantly on the eight

21   company.  I don't know if you have ever run

22   several companies a the same time before

23   Mr. Brenner.  It is very stressful, we worked long

24   hours, I had three children that I did not see, we

25   had accountants after accountants.  I was not



Page 263

1                   RAMONA WATTS - CONFIDENTIAL

2    responsible for the accounting, I had financial

3    controllers and accountants who did that.  They

4    would give me the information.  If you have a new

5    accountant or a new financial controller sometimes

6    it takes them six months to actually understand

7    the accounts, especially when some of the accounts

8    involve Bitcoin.  So if after two years Dave dies,

9    my accountant comes and says to me, "By the way in

10   Coin-Exch I just want to let you know there is X

11   amount here", then I say, "Oh my God, is that what

12   there is?"  We had at least eight companies,

13   perhaps even more, at the same time, three

14   children at home, two of us, 50 staff, perhaps

15   even more, being audited day and night by the tax

16   office.  I did didn't sleep very much, I worked 18

17   hour days, so did my husband.

18            Q.     All I am asking, ma'am, is two

19   years after Dave Kleiman died ----

20            A.     And I have answered your question,

21   sir.

22            Q.     May I finish my question?  Two

23   years after Dave Kleiman died you were writing to

24   his brother, telling him that his brother and

25   Craig had both put their life savings into their



Page 264

1                RAMONA WATTS - CONFIDENTIAL

2    business; isn't that correct?

3           A.     The information that I was given

4    from my accountants at that time, and I've believe

5    I must have been on my third, perhaps my fourth

6    accountant, trying to run eight companies, perhaps

7    more, at that one time.  Mr. Brenner, if you try

8    working 18 hour days, if you do not have all the

9    information ahead of you.

10          Q.     The answer is that what you wrote;

11   correct?

12          A.     I am sorry?

13                 THE COURT REPORTER:  I am sorry,

14   could you repeat that?

15   BY MR. BRENNER:

16          Q.     The answer is that is what you

17   wrote; correct?

18          A.     The answer is I didn't have all the

19   information at the time.

20                 MR. SAOUL:  Let us move on, Mr.

21   Brenner.

22   BY MR. BRENNER:

23          Q.     Yes.  If you could go -- I think it

24   is in same -- which tab are we on, counsel?

25                 MR. SAOUL:  Tab 17.



Page 265

1                    RAMONA WATTS - CONFIDENTIAL

2    BY MR. BRENNER:

3             Q.      Okay, so now I need you to go to 3.

4                     THE COURT REPORTER:  Would you like

5    me to mark the document?

6                     MR. BRENNER:  Yes, please.

7         (Exhibit 13 was marked for identification)

8                     THE EXAMINER:  Yes, it is exhibit

9    13.

10   BY MR. BRENNER:

11            Q.      Okay, exhibit 13, I think, is a one

12   page document; is that right Miss Watts?

13            A.      That is correct.

14            Q.      So, I think if we were to do it in

15   time and date order, we would start with Ira

16   writes to you -- it says June 27 at 6.29 p.m.;

17   right?

18            A.      That is what it looks here, yes.

19            Q.      Yes, although the e-mail above it,

20   which purports to -- it looks like it forwards it,

21   is actually six hours earlier.  Is that how you

22   read that?

23            A.      Yes, it is very strange.

24            Q.      Yes, very strange.  Okay, I do not

25   have an answer for you on it, so I don't know.



Page 266

1                RAMONA WATTS - CONFIDENTIAL

2      Just maybe it is one is using eastern time or one

3      is using Australia time, or something.

4            A.     I don't know.

5            Q.     You are still in Australia at this

6      time, I think, right, until the end of 2015?

7            A.     That is correct, yes.

8            Q.     So Ira writes to you in June 2015

9      and this is part of the negotiations we have been

10     discussing; right?

11           A.     I presume.  I mean, I don't -- as

12     I said, five years ago, I do not remember.

13           Q.     It says:  "Craig originally told me

14     Coin-Exch could make Google look like small

15     potatoes, so why would we want to sell all our

16     shares for possibly nothing?"  Do you see that?

17           A.     I see what he wrote, yes.

18           Q.     So what was happening was, you guys

19     had offered Ira shares in Coin-Exch; correct?

20           A.     That is correct.

21           Q.     When I say Ira, was it more

22     accurate that you were offering to Dave's estate?

23           A.     Yes, it was his estate.

24           Q.     Okay.  If I say Ira, what I am

25     talking about, sort of as and of the estate,



Page 267

```
 1                 RAMONA WATTS - CONFIDENTIAL
 2      I will mix it up sometimes, but I will try to --
 3      then did there come a time where, in the lieu of
 4      the shares, and I think you told me this before,
 5      that you guys offered him, or offered the estate
 6      money?
 7             A.     Oh, he asked for money.
 8             Q.     And did you offer money?
 9             A.     Yes.
10             Q.     You told me you offered one amount
11      and he said it was not enough.  Do you remember
12      what that was?
13             A.     I really don't remember.
14             Q.     Then you offered a higher amount
15      and he still said it wasn't good enough?
16             A.     Yes.
17             Q.     Okay.  Then if you go to the top, I
18      guess you then forward the e-mail to Stefan
19      Matthews; right?
20             A.     Its looks like it, yes.
21             Q.     Yes, it does.  And you said, "Ira
22      considers himself an investor", right?
23             A.     That is what is written here.
24             Q.     And you are talking about an
25      investor in Coin-Exch; right?
```



Page 268

1          RAMONA WATTS - CONFIDENTIAL

2          A.      I believe so, yes.

3          Q.      You say, "He has not put one cent

4    into the business or any amount of time"; right?

5          A.      That is correct.

6          Q.      Then it says, "Craig will send you

7    the shareholders agreement that Dave signed in the

8    morning."

9          A.      Yes.

10         Q.      Is there such a shareholders

11   agreement for Craig -- for Dave, in Coin-Exch?

12         A.      There must be.

13         Q.      Okay.  You assume there is because

14   you are reading it in this e-mail?

15         A.      Yes, I do not remember.

16         Q.      You don't have an independent

17   recollection of it though?

18         A.      No.

19         Q.      If you could go to ----

20         A.      And I don't even know if this Dave

21   is Dave Kleiman, I don't know who it actually

22   refers to.  This is the problem, I don't actually

23   remember writing this e-mail.  I might have.  It

24   was five years ago.  We also had a director in our

25   company, in DeMorgan, called Dave as well.  There



Page 269

RAMONA WATTS - CONFIDENTIAL

1
2    was a Dave Jensen, so I don't know who this is

3    referring to.

4         Q.    Okay.  What do you have as tab 1,

5    because I think I amy have a typo on it?

6              MR. SAOUL:  So is that a question

7    addressed to me or to the witness, Mr. Brenner?

8              MR. BRENNER:  Either one.  What is

9    the Bates stamp on tab number 1?

10             MR. SAOUL:  So tab 1 is an e-mail

11   chain and the top e-mail is from Miss Watts to

12   Mr. Matthews.  Subject is "re: Proposal" ----

13             MR. BRENNER: Okay.

14             MR. SAOUL:  -- and the date is 8th

15   July 2015 at 6.29 a.m.

16             MR. BRENNER:  Okay, that is what

17   I want it to be.  My index has the wrong Bates

18   number.  That is why I was asking.  Can we mark

19   this as the next exhibit, Madam Court Reporter.

20      (Exhibit 14 was marked for identification)

21        Q.    14 is a one page document, Miss

22   Watts?

23        A.    Yes.

24        Q.    You have three e-mails on it?

25        A.    Yes.



Page 270

                        RAMONA WATTS - CONFIDENTIAL

1
2          Q.      It appears to be -- again I think
3    we may have the Australia problem, from my read of
4    it the oldest one is on the bottom; does that seem
5    right?
6          A.      Yes.
7          Q.      There is an e-mail from Ira Kleiman
8    to both you and Craig, or Dr. Wright; correct?
9          A.      That is correct.
10         Q.      This is a point where the
11   negotiations are becoming somewhat strained;
12   correct?
13         A.      Yes.
14         Q.      And he says -- he makes a demand,
15   he says, for $US6 million he would sell 90% of his
16   shares; correct?
17         A.      That's what it looks like he is
18   saying.
19         Q.      And that was 90% of his shares in
20   Coin-Exch?
21         A.      Yes, that was the only shares that
22   he had.
23         Q.      Then he sets forth some payment
24   terms; correct?
25         A.      Yes.



Page 271

1

2          Q.      You then take the e-mail and

3     forward it -- excuse me, I take that back -- the

4     e-mail is then -- somehow gets to Stefan Matthews;

5     correct?

6          A.      It looks like it.

7          Q.      And he says he is laughing to

8     himself for (unclear) responses, he would suggest;

9     right?

10         A.      That is what is written here.

11         Q.      It is fair to say that was a little

12    bit of a theme in the e-mail exchanges from Ira,

13    that you guys were having a separate discussion

14    behind his back; isn't that fair?

15         A.      Well, I don't recall this.

16         Q.      Okay.  And you write to Stefan:  "I

17    am so pleased you have such a mature sense of

18    humour"; right?

19         A.      Is what it says in the e-mail.

20         Q.      You don't think you wrote that?

21         A.      I don't recall.

22         Q.      It says it is really getting silly

23    though; right?

24         A.      I can see what is written here.

25         Q.      Is it fair to say you are sort of



Page 272

1            RAMONA WATTS - CONFIDENTIAL

2    sort of mocking the $6 million price?

3            A.     Well, I am not quite sure why you

4    keep saying is it fair to say that, when I am

5    actually telling you I don't recall writing this

6    e-mail.

7            Q.     If you could go to tab 5?

8        (Exhibit 15 was marked for identification)

9                THE EXAMINER:   Exhibit 15.

10   BY MR. BRENNER:

11           Q.     This is also a one page document?

12           A.     Yes.

13           Q.     Also an e-mail trail, the top line,

14   which appears to have everything as underneath is

15   from Dr. Wright to Ira, and copied to you?

16           A.     That's correct.

17           Q.     In this -- at all times, did you

18   and Dr. Wright acknowledge that Dave's estate was

19   entitled to a share in Coin-Exch?

20           A.     Yes.

21           Q.     And you acknowledge that today;

22   correct?

23           A.     Yes.

24           Q.     What happened to Coin-Exch, did it

25   get dissolved?



Page 273

1        RAMONA WATTS - CONFIDENTIAL

2        A.       It did.

3        Q.       Where did its assets go?

4        A.       Actually I don't know.  I don't

5    know whether it was dissolved or it is in the

6    process of being dissolved.  And in terms of

7    whether or not I acknowledge that Dave's estate

8    has shares, or is owed shares from Coin-Exch,

9    I think there was an agreement that Dave would be

10   given shares in Coin-Exch if he had done a certain

11   amount of work, and if he had capitalised the

12   company as he was meant to.  So nobody in their

13   right mind, if you think about it, would say,

14   "I am going to give you shares in the company that

15   I am putting my money into.  You don't have to do

16   any work by the way, but you can still have shares

17   in that company".  So, it really was out of the

18   goodness of Craig's heart that he said, you know,

19   "I think we should do this".  But at the end of

20   the day, if he wanted to fight that, and wanted to

21   take that to court and show there with no work

22   done, and that Craig was the only person, or the

23   company was -- the only capitalisation of the

24   company only came Craig and didn't come from Dave,

25   then I think if you were to take that to court you



Page 274

1                RAMONA WATTS - CONFIDENTIAL

2     would see that Dave's estate would not be due any

3     shareholding at all.

4          Q.     Let me ask you this.  In any e-mail

5     that you recall or any conversation you recall,

6     did either you or your husband tell Ira Kleiman

7     that he was not entitled to shares in Coin-Exch

8     because his brother, Dave, had not done the work

9     agreed upon and/or capitalised the company that

10    was agreed upon?

11         A.     I don't actually recall saying

12    that.  But, as I said, at the same time we were

13    trying to do the right thing.  So Dave was Craig's

14    best friend.  Craig said, "Let's capitalise this

15    company, you put X amount, I put X amount, you did

16    this work and I do that work, and you have this

17    shares and I have that shares" and Dave agreed to

18    do it.  He didn't do it.  He did not capitalise

19    the company.  He didn't do any work for the

20    company.  So there is the ----

21         Q.     How do you know that?

22         A.     The accountant told me that there

23    was no capitalisation from Dave, and Craig and the

24    other people working in Coin-Exch said that the

25    work that was supposed to be done, because he was



Page 275

1            RAMONA WATTS - CONFIDENTIAL

2    supposed to do some system administration, was not

3    done.  So we actually had to hire another system

4    administrator to do all of the work.

5            Q.    But two years later, when you are

6    still offering Dave's estate shares, it is because

7    it is out of the goodness of Craig's heart,

8    Dr. Wright's heart?

9            A.    It really was.

10            MS. McGOVERN:  Please record

11    objection to the form of the question.

12    BY MR. BRENNER:

13            Q.    Who is Patrick Paige?

14            A.    I don't know him personally.

15    I think he was a friend of Dave's or a colleague.

16    I'm not sure.

17            THE EXAMINER:  We are getting

18    towards another hour since we last stopped.

19    I don't know if it is convenient to stop there, or

20    just finish this question.

21            MR. BRENNER:  Well, it is going to

22    be a little bit of a question.  We really need to

23    keep the breaks short.  We will show the running

24    time at the end, but ----

25            THE EXAMINER:  I am conscious the



Page 276

```
 1              RAMONA WATTS - CONFIDENTIAL
 2    witness and the court reporter ----
 3              MR. BRENNER:  Absolutely.  If the
 4    witness needs a break, absolutely.
 5              THE WITNESS:  I am okay.  If you
 6    want to continue, that is fine.  I just cannot
 7    afford to stay any longer because I have to pick
 8    my daughter up.
 9              THE EXAMINER:  Okay, are you all
10    right, and the court reporter, is she all right?
11              THE COURT REPORTER:  I am fine,
12    thank you.
13              THE EXAMINER:  Okay, let us carry
14    on then.
15    BY MR. BRENNER:
16         Q.    Before we got on the e-mail changes
17    with Ira we had gone to a different document.
18    This should be the exhibit prior to the one, it is
19    -- I will give you the tab, that is a little bit
20    easier.  Tab 7.  This is exhibit 11, that is a one
21    page document; correct?
22         A.    That is correct.
23         Q.    So this is an e-mail, the top
24    e-mail is from Dr. Wright to Calvin, Ira, Robert
25    McGregor, Stefan Matthews and you, Miss Watts;
```



Page 277

1              RAMONA WATTS - CONFIDENTIAL

2    correct?

3              A.      That is correct.

4              Q.      The discussion in the e-mail,

5    although it is very short, is talking about an

6    e-mail that had actually been sent about almost

7    two years prior; correct?

8              A.      It looks like it, yes.

9              Q.      Let's look at the one which is two

10   years prior, which is Dr. Wright to Carter and

11   Patrick Paige; okay?

12             A.      Okay.

13             Q.      Your husband writes:  "I know both

14   of you Carter and Patrick new Dave and trusted

15   him"; right?

16             A.      That is what is written here, that

17   is correct.

18             Q.      Your husband writes:  "Dave and

19   I had a project in the US".  What was that project

20   ma'am?

21             A.      I didn't write this e-mail, I do

22   not know.

23             Q.      Okay, you don't know what project

24   that is?

25             A.      No.



Page 278

```
 1              RAMONA WATTS - CONFIDENTIAL
 2         Q.     Okay.  It says:  "He ran it
 3    there" -- meaning Dave ran it there.  You don't
 4    know what is that referring to?
 5         A.     No.
 6         Q.     It says: "We kept what we did
 7    secret", do you see that?
 8         A.     I see it.
 9         Q.     Do you know what your husband --
10    what project he had with David in the US that they
11    were keeping a secret?
12         A.     Well, I didn't write this e-mail.
13         Q.     I know you didn't write it.  I am
14    not asking if you wrote it, I am asking if you
15    know what project he was saying he and Dave had in
16    the US that they kept secret?
17         A.     No, I do not know.
18         Q.     It says:  "The company he ran
19    there" -- and he is meaning Dave; correct?
20         A.     I don't know who he means.
21         Q.     "The company he ran there mined
22    Bitcoin."  Do you know what company that your
23    husband -- well, do you of a company that Dave ran
24    in the US that mined Bitcoin?
25         A.     I do not.
```



Page 279

1              RAMONA WATTS - CONFIDENTIAL

2         Q.      If you go to the next paragraph, it

3    says "the amount DK" -- do you understand that to

4    be a reference to Dave Kleiman?

5         A.      I would assume so, but I don't

6    know.

7         Q.      "The amount DK mined is far too

8    large to e-mail."  Do you see that?

9         A.      I see it.

10        Q.      Does it refresh your recollection

11   whether your husband ever spoke with you about

12   Dave mining Bitcoin?

13        A.      No, he never did.

14        Q.      Okay now it goes up at the top, it

15   actually -- this e-mail, two years later, comes to

16   you; right?

17        A.      That is what it looks like, yes.

18        Q.      It says -- it is from your husband.

19   It says:  "The e-mail to Patrick is attached

20   below."  Correct?

21        A.      That is what it says.

22        Q.      It says "I said we mined".  You

23   understood that your hand was telling you that he

24   told Patrick that him and Dave mined Bitcoin,

25   don't you ma'am?



Page 280

1              RAMONA WATTS - CONFIDENTIAL

2         A.    I don't.  I ----

3         Q.    But you understand -- I am sorry.

4    Go ahead.

5         A.    I really don't like to speculate

6    what my husband meant when he wrote something.  As

7    I said to you before, he has Asperger's, he really

8    has trouble expressing himself.  So even if he

9    writes an e-mail to me, I will need to see him to

10   his face, get him after ten years to look me in

11   the eye, and say, "Did you mean this, did you mean

12   that?"  And half the time he says, "No, that is

13   not what I mean".  So you are asking me to

14   speculate on something that he wrote, someone who

15   has trouble expressing himself.  I wouldn't dare.

16   I don't know what he meant.

17        Q.    Okay.  Did you ask him what he

18   meant?

19        A.    No, I  don't remember this, I don't

20   remember this at all.

21        Q.    Then he says:  "Not that I was SN

22   to Patrick".  Do you understand SN to be Satoshi

23   Nakamoto?

24        A.    I would assume so, but as I said,

25   I don't remember this.



Page 281

1                RAMONA WATTS - CONFIDENTIAL

2          Q.     Let's go to tab 11.

3          (Exhibit 16 marked for identification)

4                THE COURT REPORTER:  This will be

5     exhibit 16.

6     BY MR. BRENNER:

7          Q.     A two page document, ma'am.

8          A.     I see that, yes.

9          Q.     I am going to start from the bottom

10    and work my way up, okay?

11         A.     Okay.

12         Q.     You see on the top you get all of

13    this BNFYI, right?

14         A.     Yes.

15         Q.     You were involved in discussions

16    that your husband was having with Patrick Paige;

17    right?

18         A.     No, I was never involved with

19    Patrick Paige.

20         Q.     He just wanted you to know about

21    it?

22         A.     I don't know.

23         Q.     Did you say, "Why are you

24    forwarding me these e-mails have nothing to do

25    with this"?



Page 282

1          RAMONA WATTS - CONFIDENTIAL

2          A.      No, I get a lot of forwarded

3      e-mails.

4          Q.      Patrick Paige writes on the very

5      bottom of the page, this is November 2015.  Do you

6      see that?

7          A.      I do, yes.

8          Q.      "Hi Craig how goes it?  Just wanted

9      to touch base with you.  I got a call from a

10     reporter who left a message asking about Dave and

11     you.  I don't plan to call him back but Carter and

12     I were curious if something is going on."  Do you

13     see that?

14         A.      Yes.

15         Q.      Craig Wrights back -- Dr. Wright

16     writes back.  Again, I think we have this

17     Australian problem because it actually goes back

18     in a day, but I think it is clear he is

19     responding.  He says:  "Thanks for the heads up,

20     reporters are always trouble"; do you see that?

21         A.      Hmm hmm.

22         Q.      He says:  "They ignored the stuff

23     Dave and I did when he was alive."  Do you have

24     any idea what your husband is referring to about

25     the stuff that he and Dave did?



Page 283

1               RAMONA WATTS - CONFIDENTIAL

2          A.    No, I have no idea.  I mean,

3    I could only assume it is about the books that

4    they wrote together.  Perhaps if they did some

5    work with the Department of Defence, I am not sure

6    if that was done, I don't know.

7          Q.    Let us see if the rest of the

8    e-mail gives you a better idea of what is going

9    on.  Then it says:  "I do not know what has

10   started to interest them now".  Do you see that?

11         A.    Yes.

12         Q.    He says:  "The computer we are

13   running made the top 20 within the top 500 super

14   computer list, so this may be new."  Do you see

15   that?

16         A.    Umm hmm.

17         Q.    You understand that super computers

18   were used at that time period to mine Bitcoin;

19   correct.

20         A.    But that is not all they were used,

21   because we had a super computer too with

22   Cloudcroft and it wasn't mining Bitcoin at all.

23   The super computer for Cloudcroft was actually

24   used for research, and our developers used a lot

25   of the information that came out of the super



Page 284

1                    RAMONA WATTS - CONFIDENTIAL

2    computer.  So no, I don't believe that at all.

3    I think you can use a super computer for mining

4    Bitcoin, you can use a home computer for mining

5    Bitcoin.  I use my home computer all the time,

6    I have never mined Bitcoin.

7            Q.    Your husband, when he responds to

8    Patrick, he brings up super computers; correct?

9            A.    Yes.

10           Q.    Okay, what does Patrick write back,

11   the next e-mail up. He says:  "No problem" -- he

12   is now talking about -- well, we will read it --

13   he says:  "No problem I don't think it's about

14   computers.  He mentioned Bitcoin in his message."

15   He is talking about the message that he got from

16   the reporter; correct?

17           A.    I assume.  I don't know.

18           Q.    "Maybe they know something about

19   yours and Dave's Bitcoin involvement."  Does that

20   now appear to you that this exchange between

21   Patrick and your husband is about Dave and Craig

22   and Bitcoin?

23           A.    I would hate to speculate because

24   I wasn't on the e-mail, I wasn't a party to this

25   e-mail.  So I don't know.



Page 285

1

2        Q.      It says:  "Do you want me to return

3    his call and feel him out" -- he is talking about

4    the reporter; right?

5        A.      I would assume so.

6        Q.      Then it says, and this is Patrick

7    writing to Dr. Wright:  "Are you guys close to

8    releasing any information on Dave's involvement in

9    Bitcoin?"  What he is talking about, Miss Watts?

10       A.      I have no idea, Mr. Brenner.

11       Q.      Crazy, right?

12       A.      Crazy.

13       Q.      Its crazy, yes.

14       A.      I don't know.

15       Q.      Okay, so let's go on.  None of this

16   rings a bell?  It is still your testimony that

17   Dave had no involvement with your husband

18   regarding Bitcoin; correct?

19       A.      Absolutely, yes.  I mean, it

20   depends on what you say.  I think you have to be

21   very specific.  I know that Dave actually did talk

22   to people in the Bitcoin community about Bitcoin,

23   but I don't know what he did.

24       Q.      Ma'am, are you denying that -- are

25   you saying that you know, under oath, that your



Page 286

1              RAMONA WATTS - CONFIDENTIAL

2    husband did not mine Bitcoin with Dave Kleiman; is

3    that your testimony?

4         A.    No, my testimony is that my husband

5    never told me that he mined Bitcoin with Dave, so

6    I don't know that.

7         Q.    You don't know one way or the

8    other?

9         A.    I have asked him before and he said

10   he didn't, so I do not know, because I wasn't

11   there.  I cannot know something if I wasn't there.

12        Q.    So let us go to tab 22.

13      (Exhibit 17 was marked for identification)

14              THE COURT REPORTER:  This will be

15   exhibit 17.

16              MR. SAOUL:  Miss Watts, if you want

17   a break at any point let us know.

18              THE WITNESS:  Thank you, I will.  I

19   am fine, thank you.

20              MR. BRENNER:  Yes, we will do this

21   document and then we will break.  It will be

22   short.  If you need a break now you are welcome

23   to.

24    BY MR. BRENNER:

25        Q.    Okay, Miss Watts, do you have



Page 287

```
 1                RAMONA WATTS - CONFIDENTIAL

 2    exhibit 17 in front of you?

 3             A.      Yes.

 4             Q.      If you look at the second page of

 5    that exhibit ----

 6             A.      Yes.

 7             Q.      -- you will see that the second

 8    page of those was part of that same trail we were

 9    just going through?

10             A.      Yes.

11             Q.      I apologise it is all broken up.

12    That is the way it happened.

13             A.      Okay.

14             Q.      So we are going to pick up the

15    trail then on the bottom of the first page?

16             A.      Okay.

17             Q.      So this is now your husband writing

18    to -- by the way, you are again cc-ed on this

19    whole trail if you look at the top; do you see

20    that?

21             A.      Yes.

22             Q.      So your husband writes back to

23    Patrick Paige, this is now a few days later.  I

24    think we left off at November 19th or so, now we

25    are November 23rd.  He says:  "Not yet, we are in
```



Page 288

1                RAMONA WATTS - CONFIDENTIAL

2    the process of finalising some of the research,

3    I was hoping we could be at the point of the

4    release before the reporter starts sniffing."  And

5    he signs it "Craig".  Do you see that?

6           A.     I do.

7           Q.     That was him responding to -- the

8    question at the end of the e-mail before was when

9    Patrick had asked if he should return the call of

10   the reporter and whether "You guys were close to

11   releasing any information on Dave's involvement in

12   Bitcoin", so you know where we are, okay?

13          A.     Sure.

14          Q.     Patrick writes back, this is two

15   days later, he says:  "Okay that sounds good."  Do

16   you see that?

17          A.     Hmm hmm.

18          Q.     He says:  "I think we both know" --

19   he is writing to your husband, Dr. Wright -- "Dave

20   was a genius when it came to computers, and I sure

21   would like Dave to get recognition for his part if

22   any in the development of Bitcoins."  Do you see

23   that?

24          A.     Hmm hmm.

25          Q.     "I realise there is lot of things



```
 1                RAMONA WATTS - CONFIDENTIAL
 2    to consider releasing this information but my
 3    question is when."  Okay?
 4            A.    Yes.
 5            Q.    Craig does not write back to
 6    Patrick next does he?
 7            A.    I don't know.
 8            Q.    Okay, well you will be able to tell
 9    by what it says.  He says:  "Add Patrick to the
10    list of knows" -- K-N-O-W-S; correct?
11            A.    Yes, that is what it says.
12            Q.    You guys were concerned about ----
13                  MS. McGOVERN:  Object to the form
14    of the question, for the record, please.  Object
15    to form.
16    BY MR. BRENNER:
17            Q.    You guys were concerned about who
18    and who did not know about Dave's involvement in
19    Bitcoin, is that not true?
20                  MR. SAOUL:  Mr. Brenner, if you
21    could just be a little bit more specific about who
22    you are referring to with the expression "you
23    guys".
24                  MR. BRENNER:  Sure.
25    BY MR. BRENNER:
```



Page 290

1                RAMONA WATTS - CONFIDENTIAL

2          Q.     Dr. Wright and yourself were both

3    concerned about who knew the truth about Dave's

4    involvement in Bitcoin; correct?

5          A.     That is incorrect.  We were very

6    concerned about who knew that Craig was Satoshi

7    Nakamoto, because at that time we had a lot of

8    reporters sniffing, knocking on our doors, asking

9    questions.  Craig did not want to be outed as the

10   creator of Bitcoin.

11         Q.     Was he already in discussions with

12   the Andrew O'Hagan for The Satoshi Affair?

13         A.     I don't know.  Was this the end of

14   2015?

15         Q.     '15?

16         A.     I am not sure.  I did not meet

17   Andrew until much later on.  So I don't know if

18   Craig was.

19         Q.     It says from what is below -- he is

20   referring to the e-mails below -- it is clear that

21   Dave had discussed with him.  Do you see that?

22         A.     Sorry, where are we now?

23         Q.     On the e-mail of 25th November

24   2015?

25         A.     Yes.



Page 291

1                RAMONA WATTS - CONFIDENTIAL

2          Q.     Your understanding of this e-mail

3      is they are talking not about Dave's involvement,

4      they are talking about Craig as Satoshi; correct?

5          A.     Absolutely, because at that time we

6      were very, very concerned because there were

7      reporters actually knocking on my door and camping

8      outside the house when I was living in Gordon.  So

9      we were very concerned.

10         Q.     I am going to hold you to

11     absolutely, so let's keep reading.

12         A.     Sure.

13         Q.     The next line says:  "At least for

14     now" -- well, it says -- "From what is below it is

15     clear that Dave had discussed with him" -- you

16     think that is Dave discussing that Craig was

17     Satoshi Nakamoto?

18         A.     I don't know.  I didn't write that,

19     so I don't know what his meaning was.

20         Q.     Then it says:  "At least for now he

21     also seems to be willing to not talk" -- that is

22     Patrick not talking; correct?

23         A.     I assume so, but I didn't write

24     that, I don't know.

25         Q.     Then it says:  "But as Dave's



Page 292

                    RAMONA WATTS - CONFIDENTIAL

1

2    friends he will want to ensure that Dave is outed

3    one day."  That is not talking about Craig being

4    outed as Satoshi Nakamoto is it?

5         A.     I didn't write that.

6         Q.     Ma'am, I did not ask you if you

7    wrote it?

8         A.     But you are asking me to comment on

9    an e-mail that I did not write.  You are asking me

10   to speculate on what he meant, and I cannot do

11   that because I didn't write it.

12        Q.     Okay.  Are you telling me that when

13   this e-mail, that talks about Dave being outed one

14   day, you think, as you just told me "absolutely",

15   that this e-mail trail is about Craig or

16   Dr. Wright being outed as Satoshi Nakamoto.  That

17   is still absolutely your testimony, correct?

18        A.     That is my testimony because

19   I lived it, because I had reporters camping at my

20   door and because we  were in discussions of how

21   Craig said, "I do not want to come out as Satoshi

22   Nakamoto".

23        Q.     So let's go to the top e-mail, see

24   if this clarifies for you.  This is from Stefan

25   Matthews to Dr. Wright; correct?



Page 293

1          RAMONA WATTS - CONFIDENTIAL

2          A.      That is what it looks like, yes.

3          Q.      Copying you, correct?

4          A.      Correct.

5          Q.      You guys -- it is an e-mail about

6    everyone needs to get their story straight;

7    correct?

8          A.      I don't know what he meant exactly.

9    He does not say, "Let's get our stories straight".

10         Q.      Okay, well, let's see what it does

11   say.  It says:  "Let's talk on Monday about

12   exactly what Dave's involvement was."  Do you

13   agree that Stefan Matthews is telling you that

14   what the concern is, is not about whether Craig is

15   Satoshi Nakamoto and outed as such, the concern

16   about is what are people to going to find out

17   about Dave's involvement.  Are you willing to say

18   that that is what that means, or not?

19         A.      Well, I am not, because I don't

20   know what he meant.

21         Q.      Do you think Dave's involvement may

22   have mean Craig was Satoshi Nakamoto?

23         A.      Sorry, what was the question?

24         Q.      Do you think the term, when he

25   said, "let's talk about exactly what Dave's



Page 294

                    RAMONA WATTS - CONFIDENTIAL

1    involvement was", do you think that that may have

2    been a reference to Dr. Wright being Satoshi

3    Nakamoto?

4         A.      I think that is probably more a

5    question that needs to be asked for the person who

6    wrote it, because I cannot speculate on what was

7    going on in his mind when he wrote that e-mail.

8         Q.      Then the story was whether the

9    purpose of this e-mail was to get the story

10   straight, let us look exactly what Stefan Matthews

11   thinks.  He says:  "Let's talk on Monday about

12   exactly what Dave's" -- excuse me, my dog is

13   barking here -- this is the last question on this.

14   Let's read what he says and let me know if you can

15   read that and you can agree with me, that what

16   Stefan Matthews was concerned about, was that the

17   three of you, you, Dr. Wright and Stefan Matthews

18   get your story straight about Dave's involvement.

19   Let's read it and then you tell me if that is what

20   those words mean to you, and you can tell me it

21   doesn't and that is fine.  It says, and I quote:

22   "Let's talk on Monday about exactly what Dave's

23   involvement was to ensure that no conflicting

24   views on this come out."  Is that the way you



Page 295

1              RAMONA WATTS - CONFIDENTIAL

2    interpret that sentence, the way I characterised

3    it?

4          A.     Well, it is just how you have read

5    it.  I can read it the same way as how you read

6    it, so those are the words on the page.

7          Q.     What does that mean to you?

8          A.     I would not know.  I would like to

9    see Stefan in the face,as I said, and say, "What

10   did you mean by that?"  I don't like to speculate

11   on what somebody else has written.

12                MR. BRENNER:  Okay.  Let us take a

13   break.

14                THE EXAMINER:  Shall we take a

15   break for five minutes.  It is now 6.06 in Britain

16   so everybody is back in five minutes.

17    (A short break off the record from 6.06 to 6.12)

18                THE EXAMINER:  It is now 12 minutes

19   past 6 in Britain so we can go back on the record.

20                MR. SAOUL:  Ms. Green, Mr. Brenner,

21   just one housekeeping point to make you aware of.

22   The court reporter has informed me that she has to

23   leave promptly at 7.  Just so you are aware.

24                MR. BRENNER: Okay, thank you.

25   BY MR. BRENNER:



Page 296

1          RAMONA WATTS - CONFIDENTIAL

2          Q.     If we could -- Miss Watts if we

3    could go to -- let me ask you first of all, were

4    you involved in the decision to participate with

5    Mr. O'Hagan in the writing of The Satoshi Affair?

6          A.     It was not really a decision that I

7    made.  It was sort of pushed upon us.

8          Q.     Okay.  You did meet with

9    Mr. O'Hagan through his work on that article,

10   right?

11         A.     I did.

12         Q.     And you were forthright with him?

13         A.     I spoke to him about many things,

14   yes.

15         Q.     Do you recall that one of the --

16   you have read The Satoshi Affair, have you not?

17         A.     No, I did not.

18         Q.     Really?

19         A.     Absolutely not.

20         Q.     Okay.  Do you understand that part

21   of that article has to do specifically with your

22   husband's relationship with Dave Kleiman?

23         A.     I didn't read the book.  I knew it

24   was about Bitcoin.  I -- really it was more about

25   what nChain, it was supposed to be.  This is what



Page 297

1                    RAMONA WATTS - CONFIDENTIAL

2      we were told.  It was supposed to be what nChain

3      was doing and the work that they were continuing.

4      It was not so much -- apparently there was a lot

5      of information about what happened in the past

6      that I don't think was factual, but I didn't read

7      it, I was told that it was very much like a

8      tabloid.

9              Q.    You had communications directly

10     with Mr. O'Hagan in his preparation for the

11     article, did you not?

12             A.    I did.

13                   MR. SAOUL:  Mr. Brenner, just as a

14     marker, strictly speaking conversations with

15     Mr. O'Hagan and The Satoshi Affair article are not

16     within the scope of the deposition that you

17     sought.  I am prepared to allow.  Questions to the

18     extent they go to the items that are identified,

19     such as the ownership of the Bitcoin intellectual

20     property at issue ----

21                   MR. BRENNER: It is going to be

22     about that.

23     BY MR. BRENNER:

24             Q.    If you look at -- did we pull up

25     the exhibit, tab 12?



Page 298

1

2      (Exhibit 18 was marked for identification)

3           Q.     It is a one page document?

4           A.     Yes.

5           Q.     Briefly take a look at this to

6      orientate yourself with what it is about?

7           A.     Yes.

8           Q.     You could see that, that

9      Mr. O'Hagan was communicating with your husband

10     regarding information that would link Dr. Wright

11     to the invention of Bitcoin.  Do you see that?

12          A.     Yes.

13          Q.     And if you go to the top of the

14     page there is an e-mail dated March 30th 2016 at

15     5.34?

16          A.     Yes.

17          Q.     That is an e-mail from Mr. O'Hagan

18     which was ultimately forwarded to you, I guess it

19     is the next day. Do you see that?

20          A.     I do.

21          Q.     Now, what Mr. O'Hagan writes, we

22     know he is writing at a minimum to your husband.

23     It is unclear from this whether it is to you also.

24     He writes, "Thanks Craig", do you see that?

25          A.     Yes.



Page 299

1

2          Q.      "Please keep them coming", do you

3     see that?

4          A.      I do.

5          Q.      He says:  "All papers and e-mail

6     and annotations."  The annotations he is referring

7     to is that he would sent drafts of certain things

8     and he would give your husband an opportunity to

9     annotate; correct?

10         A.      I don't know.

11         Q.      Okay.  "All papers and e-mails and

12    annotations that could help me build a profile of

13    what you have done." Do you see that?

14         A.      Yes.

15         Q.      Then he says:  "The Dave stuff is

16    practically non-existent on paper."  Do you see

17    that?

18         A.      Hmm hmm.

19         Q.      He says:  "I understand you wiped a

20    lot."  Do you know what that refers to?

21         A.      Yes, I know that Craig wiped a lot

22    of his accounts when the reporters started coming

23    to our house.

24         Q.      Okay, so when you say the

25    reporters, were these the reporters associated



Page 300

1                    RAMONA WATTS - CONFIDENTIAL

2    with Mr. O'Hagan or some other reporters?

3          A.     No, they were -- I do not know

4    where they were from.  I think from Wired and

5    Gizmodo and other places.  They were camping

6    outside our house asking all sorts of questions.

7          Q.     And in order to protect information

8    your husband wiped certain computers?

9          A.     I don't know exactly what he did,

10   I know he wiped his social media, because he had

11   been posting a lot of things about Bitcoin, even

12   from 2007, I think.  He had been writing a lot

13   about Bitcoin and he didn't want to be known as

14   Satoshi.

15         Q.     Then Andrew O'Hagan writes "I

16   understand you wiped a lot but a final trawl

17   through your digital universe might give me

18   something that connects the two of you" -- he is

19   talking about Craig and Dave; correct?

20         A.     I don't know.

21         Q.     You don't know?

22         A.     Well, I didn't write it so I don't

23   know.  You can assume that, but I don't know that

24   for sure.  You are asking me if it is right,

25   I don't know because I didn't write it.  I think



Page 301

```
 1              RAMONA WATTS - CONFIDENTIAL
 2   you can assume it from here, but I don't know for
 3   sure.
 4         Q.     He says, "Something that connects
 5   the two of you unarguably to the invention",
 6   right?
 7         A.     That is what he says.
 8         Q.     He mentions the invention of
 9   Bitcoin; correct?
10         A.     I don't know.
11         Q.     Was Andrew O'Hagan writing
12   something about some other invention with your
13   husband?
14         A.     No, he was writing about -- well,
15   as I said, he was supposed to be writing about
16   what nChain was doing, so really I'm not quite
17   sure what he ended up writing about, because
18   I didn't read it, I was just told.
19         Q.     What were you told the article
20   said, if you did not read it?
21         A.     I was told that it was ----
22              MS. McGOVERN:  Objection to form.
23   BY MR. BRENNER:
24         Q.     You can answer.
25         A.     -- I was told that it was very much
```



Page 302

1          RAMONA WATTS - CONFIDENTIAL

2    like a dramatic tabloid.

3          Q.     Did your husband ever tell you that

4    anything in the article was untrue?

5          A.     Yes.

6          Q.     What did he tell you was untrue?

7          A.     A lot of it.  He didn't go into

8    specifics.

9          Q.     He didn't tell you any specifics

10   that were untrue?

11         A.     No, because I hadn't read it, so he

12   just said that half of that book was not true.

13         Q.     When you say book, are you

14   referring to the long form article, The Satoshi

15   Affair?

16         A.     Yes.

17         Q.     Let me ask you this.  As your -- in

18   your role as trustee or co-trustee for the Tulip

19   Trust have you ever done anything?

20         A.     Can you be more specific?

21         Q.     Sure.  Have you ever for example

22   have you ever expended assets from the trust?

23         A.     For Tulip Trading, yes.

24         Q.     What do you mean, you have directed

25   that Tulip Trading expend assets?



Page 303

1              RAMONA WATTS - CONFIDENTIAL

2         A.    Yes.

3         Q.    You have not directed anything

4    relating to Wright International Investments, is

5    that what you are telling me?

6         A.    Yes, nothing for Wright

7    International, but for Tulip Trading, yes.

8         Q.    Is it your testimony, as you are

9    here today, that you do not know how much Bitcoin

10   is in Wright International Investments?

11        A.    I don't know the exact amount, no

12   I don't.

13        Q.    Since it is being held for the

14   benefit you and your family, can you give me any

15   estimate whatsoever of the amount?

16        A.    I don't.  It is in the hundreds of

17   thousands I believe.  I don't know.

18        Q.    Hundreds of thousands of Bitcoin?

19        A.    I believe so.

20        Q.    So let's go more to this Andrew

21   O'Hagan topic.  If you could go to tab -- I think

22   it is 3, although I think there is transcription

23   error on my index.  Look at number 3 if you would

24   please.  Counsel, you have your own copy?

25              MR. SAOUL:  Yes.



Page 304

```
 1              RAMONA WATTS - CONFIDENTIAL
 2                   MR. BRENNER:  Is 3 like a third of
 3      a page?
 4                   MR. SAOUL:  Yes.
 5                   MR. BRENNER:  An e-mail from Miss
 6      Watts?
 7                   MR. SAOUL:  Yes.
 8      BY MR. BRENNER:
 9           Q.    So Miss Watts, we are looking at
10      what was marked as exhibit 13.  Miss Watts, unlike
11      some of the other e-mails we looked at previously,
12      this is actually an e-mail that you wrote, right?
13           A.    I don't know.  It comes from my
14      e-mail address but it was five years ago, I don't
15      remember if I wrote this e-mail five years ago.
16           Q.    Well, let's see what it says, and
17      see if that refreshes your recollection of whether
18      you wrote it.  You write:  "Hi Andrew" -- you are
19      talking to Andrew O'Hagan; correct?
20           A.    Am I looking at the wrong one ----
21                   MR. SAOUL:  Mr. Brenner, the one we
22      have at tab 3 is a document numbered 22384, e-mail
23      from Miss Watts to Mr. Matthews 27th June 2015 at
24      12.58.
25                   MR. BRENNER:  I am sorry, my bad.
```



Page 305

1                RAMONA WATTS - CONFIDENTIAL

2    Look at tab 10.

3                    MR. SAOUL:  23348, March 31st 2016,

4    at 8.55.

5                    MR. BRENNER:  Yes, thank you.

6        (Exhibit 19 was marked for identification)

7    BY MR. BRENNER:

8            Q.    Miss Watts, I apologise for that

9    little mix up.

10           A.    That's okay.

11           Q.    This is an e-mail that you wrote,

12   or at least if you accept it for what it purports

13   to be, that you wrote on March 31, 2016?

14           A.    That is correct.

15           Q.    It is an e-mail from you to

16   Mr. O'Hagan, right?

17           A.    It would seem to, yes.

18           Q.    You copy in your husband; correct?

19           A.    Yes.

20           Q.    I didn't ask you this before.  What

21   is the RCJBR e-mail address?

22           A.    It is just a domain, like a g-mail,

23   just a hotmail or something, it is just a domain.

24           Q.    What does it stand for?

25           A.    Our family's name.



Page 306

1       RAMONA WATTS - CONFIDENTIAL

2          Q.     Okay, great.  I see it now.  If you

3   wrote this you wrote:  "Hi Andrew", do you see

4   that?

5          A.     Yes.

6          Q.       "There are some correspondence of

7   bit messages between Dave and Craig, we compiled

8   last year for the ATO, who wanted evidence of

9   transactions and intent."  Do you see that?

10         A.     Yes.

11         Q.     Do you recall providing the ATO

12  with evidence of communications between Dave and

13  Craig regarding issues that were in issue before

14  the ATO?

15         A.     I recall providing the ATO almost

16  every bit message that we had that we could find

17  between Dave and Craig, yes.

18         Q.     It says:  "Of course now they

19  contend that has all been forged" -- that is the

20  ATO is contending documents have been forged;

21  correct?

22         A.     Yes.

23         Q.     Including documents between Dave

24  and Craig; correct?

25         A.     I don't remember if that is exactly



Page 307

1          RAMONA WATTS - CONFIDENTIAL

2    what they contended, but if I wrote this -- I am

3    not sure if I did, but if I did, then that is what

4    would be what this meant.

5          Q.    Do you have any reason to doubt

6    that you wrote this e-mail?

7          A.    Look, I have no reason to doubt it,

8    but I don't recall writing it.

9          Q.    Okay.  You write what you are

10   sending -- there is an attachment that is called

11   "Dave sic and set up of DBH.PDF, right?

12         A.    Yes.

13         Q.    Do you know what that was?

14         A.    I really don't remember.

15         Q.    You write to Mr. O'Hagan:  "I am a

16   bit nervous sending this to you, not because I

17   don't trust you, you must know I trust you

18   implicitly, but in case either of our e-mails are

19   compromised."  So what you were sending to

20   Mr. O'Hagan you wanted to make sure no one else

21   got their hands on it, right?

22         A.    Hmm hmm.

23         Q.    "Last year there were several hard

24   core attempts to compromise our e-mails." That is

25   something you have told me about already; correct?



Page 308

```
 1              RAMONA WATTS - CONFIDENTIAL
 2         A.     That's correct.
 3         Q.     It says:  "Craig is still searching
 4    all archives for more pertinent correspondence
 5    with Dave but has not found them yet.  He will
 6    continue to try."  Right?
 7         A.     Yes.
 8         Q.     You understood, based on the part
 9    of the document we looked at in this one, that
10    what Mr. O'Hagan was interested in, and one of the
11    things he was talking to your husband about, was
12    specifically Dave's involvement with your husband
13    in the development of Bitcoin; you understood
14    that, right?
15              MS. McGOVERN:  Object to the form.
16    BY MR. BRENNER:
17         Q.     Did you have any understanding when
18    you were sending stuff to Mr. O'Hagan what was his
19    interesting in Dave Kleiman?
20         A.     Well, I had not finished when
21    I said no.  That is not my understanding.  I did
22    not have an understanding of Dave's involvement in
23    the development of Bitcoin, because I know that
24    Dave did not develop Bitcoin.  My husband did.  It
25    was more Dave's involvement in the fact that Craig
```



Page 309

```
 1            RAMONA WATTS - CONFIDENTIAL
 2    found it very difficult to, as you know, express
 3    himself, and he had a lot of problems with, I
 4    guess it was called at that time, and even now,
 5    the Bitcoin community.  So Dave was his
 6    interpreter.  And so Craig would be saying to him,
 7    you know, "This is what I actually mean" and Dave
 8    would be saying that out into the community.  That
 9    is not the development of Bitcoin.
10            Q.    My question for you is a little
11    more direct.  Do you have any understanding of
12    what topic Mr. O'Hagan was interested in when you
13    were trying to collect for him communications
14    between your husband and Dave?
15            A.    It was just any communications
16    between Craig and Dave, what they were doing
17    together; that is all I was giving him.  But your
18    initial question to me was did I have an
19    understanding that Andrew O'Hagan was asking about
20    Dave's involvement in Bitcoin or the creation of
21    Bitcoin, I think you might have said, and I said
22    no, that was not my understanding at all, because
23    that's not what happened.
24            Q.    I know -- I understand your
25    testimony is it was definitely not about Dave's
```



Page 310

1                    RAMONA WATTS - CONFIDENTIAL

2    involvement in Bitcoin, so what was it about?

3    What was were the messages that you were trying to

4    get from Mr. O'Hagan?

5             A.     No, no.  I just said it was not

6    Dave's involvement in the creation of Bitcoin.

7    Dave's involvement in Bitcoin was such that, it's

8    like my involvement in Bitcoin.  I'm married to

9    the man who created Bitcoin and there to support

10   him.  Dave's involvement then, it would -- I think

11   your question would have to be very specific.

12   Dave's involvement would be the fact that he was

13   Craig's best friend.  Craig ranted and raved and

14   Craig said, "People don't understand me.  Can you

15   please explain this.  This is what I mean.

16   I wrote the White paper.  This is what I mean.

17   People are misinterpreting it and they are still

18   misinterpreting it."  But Dave understood him.

19   Dave didn't judge him.  Dave didn't try and twist

20   it around.  People use what Craig wrote.  He spent

21   his lifetime doing it and they've twisted it so

22   that they -- they said that "Satoshi said that

23   Bitcoin is supposed to be anonymous.  That we're

24   supposed to be able to buy whatever we want,

25   because we have freedom.  We can buy drugs if we



MAGNA
LEGAL SERVICES

1          RAMONA WATTS - CONFIDENTIAL

2     want to and governments cannot stop us."  That is

3     what people were saying.  And Craig said that is

4     not what I mean all but he couldn't express

5     himself properly as you see in some of these

6     e-mails if he has written them.  You need to look

7     him in the face and you need to say "What exactly

8     do you mean".  Now, Dave spent hours and hours

9     talking to Craig about it.  Dave said, "What do

10    you mean?"  He then managed to express that into

11    the community and told some people and some people

12    believed him and others did not.  That would be

13    his involvement.  But when you first asked me you

14    said, "is Dave's involvement in the creation of

15    Bitcoin."  That would not be in an involvement in

16    the creation, but that would be an involvement in

17    supporting my husband in the same way I support my

18    husband.  But I have nothing to do with Bitcoin.

19    I support him.  I worked for some of the companies

20    before, I was a director, I hired people;

21    I certainly didn't create it.

22         Q.     So is your understanding that when

23    Mr. O'Hagan was looking for information about how

24    Dave leant emotional support and back up to your

25    husband but not having to do them being in



Page 312

1                RAMONA WATTS - CONFIDENTIAL

2    business together?

3                   MS. McGOVERN:   Object to the form

4    and question.

5    BY MR. BRENNER:

6          Q.    Is that correct?

7          A.    My understanding is that Andrew

8    O'Hagan wanted to know everything about Dave

9    because Craig talked about Dave a lot.  Dave was

10   his best friend, probably his only friend.

11         Q.    Okay, so if you could go to 6, tab

12   6?

13                  THE COURT REPORTER:   This will be

14   exhibit 20.

15      (Exhibit 20 was marked for identification)

16   BY MR. BRENNER:

17         Q.    Okay.  Two page document do you see

18   that?

19         A.    I do.

20         Q.    Okay.  If you look at the very last

21   e-mail on the second page?

22         A.    Yes.

23         Q.    That is an e-mail from your husband

24   to you, among other people, correct?

25         A.    Yes.



Page 313

1              RAMONA WATTS - CONFIDENTIAL

2          Q.     Writing about a gentleman from a

3     Wired magazine that is on his trail?

4          A.     Yes.

5          Q.     He quotes what the Wired person

6     said to him.  He says:  "We have some strong clues

7     as to pseudonymous work ...(reads to the words)...

8     accounting."  Do you see that?

9          A.     I do.

10         Q.     Now, off the quote, your husband

11    writes to you and others:  "I have removed

12    anything so that they will have trouble with

13    proof.  I have even updated the internet archive

14    to delete this and there is no old forensic

15    history."  Do you see that?

16         A.     I do.

17         Q.     That's something that your husband

18    does, doesn't he?  He has the ability to make

19    changes and change forensic history of documents,

20    isn't that true?

21              MS. McGOVERN:  Object to the form

22    of the question.

23    BY MR. BRENNER:

24         Q.     Is that true, Ma'am?

25         A.     It's the same way that I have the



Page 314

1                RAMONA WATTS - CONFIDENTIAL

2    ability to go into a shop and take something

3    without paying for it but I would never do that.

4    So, I'm not quite sure what question you are

5    actually asking me.

6                MR. SAOUL:  Yes, can we have a

7    question that ----

8    BY MR. BRENNER:

9         Q.    Here he says he -- whatever it

10   means he is not saying can do it, it says he did

11   do it.  So let's read it together.  It's not a

12   hypothetical, Ma'am.  He says:  "I have removed

13   anything so they will have trouble ...(reads to

14   the words)... forensic history."  Ma'am, you and

15   I can read the same thing, your husband is the not

16   saying what he can do, you husband is telling you

17   what he did do to alter the forensic records of

18   documents regarding -- what Andrew Greenberg was

19   looking at, isn't that true?

20        A.    That is not what I see at all.

21        Q.    What do you see?

22        A.    As I explained to you before, we

23   had reporters on our trail.  Craig never wanted to

24   come out as Satoshi at all, and the reason being

25   we wanted our privacy and he knew that if he ever



Page 315

```
1              RAMONA WATTS - CONFIDENTIAL
2    came out as the creator of Bitcoin this would be
3    our life, which is not pleasant.  We had a very
4    nice quiet family, nuclear family life which is
5    very nice.  So, as we mentioned before, he did
6    actually before delete his old -- I believe he had
7    Facebook, I think he had some other blogs; he
8    deleted that.  What this says here I don't know.
9    I mean, I didn't write this.  But if he deleted
10   something that said that he was the creator of
11   Bitcoin, then that's what he did.  I know he
12   deleted some Facebook posts, because he had posts
13   written from I think it was 2006 and he was saying
14   this is what we should be doing, and he was
15   mentioning things similar to Bitcoin.  He didn't
16   want any proof that he was Satoshi.  He wanted his
17   privacy.  He's a very, very private person.  He is
18   a very quiet person.  He doesn't want to be
19   dragged in the media at all.  He doesn't want a
20   book written about him.  He's incredibly shy.
21        Q.    He actually -- we won't go through
22   that.  Go to the first page of the exhibit.
23        A.    Sure.
24        Q.    The first e-mail?
25        A.    Hmm hmm.
```



Page 316

1                RAMONA WATTS - CONFIDENTIAL

2         Q.     Talking about the Wired magazine

3   again, correct?

4         A.     Yes.

5         Q.     From Dr. Wright to you and Stefan

6   and Robert McGregor?

7         A.     I can see that.

8         Q.     He says:  "The people at Wired have

9   saved copies of everything before I deleted and

10  cleaned it, it seems from the e-mail below."  So

11  he is reporting to you that despite his efforts

12  someone found stuff before he had a chance to

13  delete them, isn't that correct?

14        A.     Are we on the first page, I'm not

15  -- I cant see where you are saying ----

16        Q.     First page, first e-mail.  Do you

17  see where it says "The people at Wired"?

18        A.     Okay, the fourth paragraph you

19  mean?  Yes.

20        Q.     It looks that way to me, yes.  He

21  is saying there that despite his best efforts to

22  delete things, it seems that someone got their

23  hands on it; correct?

24             MS. McGOVERN:  Object to the form

25  of the question.


MAGNA
LEGAL SERVICES

```
 1              RAMONA WATTS - CONFIDENTIAL
 2   BY MR. BRENNER:
 3          Q.      Do you agree or disagree with the
 4   characterisation?
 5          A.      I agree with what is written here,
 6   I don't exactly know what it means, but it was
 7   written there.
 8          Q.      You see the next paragraph?
 9          A.      Hmm hmm.
10          Q.      I will read the last sentence it
11   says:  "I do not know who the 'source' they're
12   working with is but we may be able to limit the
13   exposure to a time that allows us to have the IP
14   locked down."  Do you see that?
15          A.      Yes, he also says at the
16   beginning:  "He hints of quotes from my work from
17   2006 in modelling risk."  So he was talking about
18   the work that he -- and that's what I'm saying to
19   you.  Craig was working on the creation of Bitcoin
20   even 20 years ago but he really started to
21   formalise it, I think, in early 2000.  In 2006, I
22   can't remember when he wrote his masters, it
23   became very apparent what he was working on was
24   Bitcoin.  So here he says:  "He hints at quotes of
25   my work from 2006."  Craig wanted to delete as
```



1                RAMONA WATTS - CONFIDENTIAL

2      much as he could of some of the work he had done,

3      because he didn't want to be outed as Satoshi.

4            Q.     Well, let's look at what he's

5      trying to hide.  If you go down to the next, the

6      bottom of the italicised paragraph.  This is he is

7      quoting an e-mail from Andy from Wired magazine to

8      him; correct?

9            A.     I don't know.  It says "Andy" at

10     the bottom, so I don't know if it's a quote or he

11     has copied it somewhere.  I don't know.

12           Q.     It has quotation marks around the

13     whole thing, right?

14           A.     Oh, yes, I see the quotation marks.

15           Q.     The reporter is writing to

16     him:  "Unlike that story" -- I'm about five

17     paragraphs down, you see that, "Unlike that

18     story"?

19           A.     Yes.

20           Q.     "Unlike that story, I want to work

21     with you on this piece to get it right. Beyond

22     giving you the full credit you are due for your

23     work in developing Bitcoin, I want to talk deeply

24     about its innovation starting from its origins to

25     incorporating a risk modelling cost benefit



Page 319

1          RAMONA WATTS - CONFIDENTIAL

2     approach and Craig's triple entry accounting idea

3     ...(reads to the words)... the first coins."  Is

4     that what Craig was trying to cover up?

5          A.    I -- definitely not.  I think he

6     actually did ask Dave to help him edit the White

7     paper.  Whether or not Dave did, I do not know.

8          Q.    So does that refresh your

9     recollection that one of the things he edited for

10    Craig may have been the White paper for Bitcoin?

11         A.    I said I think he did ask Dave to

12    edit the White paper but whether or not he did it

13    I don't know.

14         Q.    Okay.  Give me one second.  I know

15    we've got 20 minutes left.

16         A.    So, "editing" means -- I mean

17    I edit a lot of Craig's papers just to let you

18    know.  So, when he writes any of his PhD thesis or

19    any of the work that he does, I edit his papers.

20    I'm not technical at all.  He has a lot of

21    grammatical mistakes because he writes very

22    quickly and he also uses something called Dragon,

23    which he actually speaks into and half the time

24    the things come out are not grammatically correct,

25    so I edit a lot of Craig's papers.



Page 320

1                RAMONA WATTS - CONFIDENTIAL

2          Q.    Okay.  What I'm going to do now is

3     I'm going to share, I'm going to put on the screen

4     a document which is what we were doing with you're

5     -- at your husband's deposition.  Let me just make

6     sure I have name of it right.  Okay.  Madam Court

7     Reporter, I will supply you with this after the

8     deposition.

9                    THE COURT REPORTER:  Thank you.

10                    THE EXAMINER:  Shall we call it

11    exhibit 21 and identify it.

12                    MR. BRENNER:  That will great.

13    That will exhibit 21.  It is a 23 page document.

14    Can everyone see the document?

15       (Exhibit 21 was marked for identification)

16          A.    Yes.  Can you scroll down so I can

17    see the whole thing please.

18    BY MR. BRENNER:

19          Q.    I'm going to.  I'm just trying to

20    get oriented.  Okay?  I'm going to start from the

21    top, so you can see it, okay?  The top is an

22    e-mail from -- purports to be an e-mail from

23    Dave Kleiman to your husband in June 2011.  Okay?

24          A.    Okay.

25          Q.    I'm going to -- I believe this has



Page 321

1              RAMONA WATTS - CONFIDENTIAL

2    been identified as the 2011 trust.  We're starting

3    on page 2, do you see that?  Is that what you

4    understood the 2011 trust that you were the

5    trustee of?

6          A.     Absolutely not, because I wrote

7    the 2011 trust with Craig, so no.  Definitely not.

8          Q.     So this document which is -- starts

9    date stamp DEF_00002414 is absolutely not the

10   first Tulip Trust document, correct?

11         A.     Not the one that I created with

12   Craig, absolutely not.

13         Q.     Okay.  In this document it says

14   that:  "Dave Kleiman shall become the transfer" --

15   excuse me, that:  "Dave Kleiman shall be come the

16   trustee for the transfer of the Satoshi I received

17   from Craig Wright."  Can you see that?

18         A.     I can see that.

19         Q.     As far as you know, Dave was never

20   the trustee for any of the Tulip Trust; correct?

21         A.     Yes, that's correct.

22         Q.     Dave says he received a 1,111,000

23   Bitcoin from Craig Wright and it says:  "Former

24   trustee managed by at least 3 people but not more

25   than 7 at any time."  Do you see that?



Page 322

1                RAMONA WATTS - CONFIDENTIAL

2          A.     I see what's written, yes.

3          Q.     That is absolutely not the Tulip

4    Trust; correct?

5          A.     It's not the Tulip Trust that I

6    know.  Perhaps if there was another one that I

7    don't know about.  It's not the one that I created

8    with Craig in 2011.

9          Q.     Okay.  I will scroll down through,

10   this is just so you know this is -- there's more

11   than one document in this composite exhibit; okay?

12         A.     Sure.

13         Q.     I will identify for the report, so

14   now, there's a document dated 23rd October 2012;

15   do you see that?

16         A.     Yes.

17         Q.     That starts at Bates stamp

18   DEF_00050985.  It says:  "Together the parties

19   shall be jointly known as the Tulip Trust."  Do

20   you see that?

21         A.     I do.

22         Q.     "The trust is between Wright

23   International Investments and Tulip Trading."  Do

24   you see that?

25         A.     I do.



Page 323

1              RAMONA WATTS - CONFIDENTIAL

2          Q.      Is this the Tulip Trust that you

3     helped Craig right?

4          A.      Can you scroll down so that I can

5     read it all.

6          Q.      Absolutely.  Were you done with the

7     first page?

8          A.      No.

9          Q.      Okay, you tell me?

10         A.      Can you scroll down, I'm done with

11    the first page, yes.

12         Q.      Okay, thank you, Ma'am?

13         A.      Can you keep scrolling down.

14         Q.      Of course.

15         A.      Okay, keep scrolling down.  All

16    right, okay.

17         Q.      Okay, is this the Tulip Trust that

18    you are a trustee for?

19         A.      I don't recall.  Some of the words

20    would be similar, but not all of them, no.

21         Q.      There's yet another -- there is

22    another Tulip Trust document -- 2011, so far we

23    have not looked at the 2011 trust document you

24    referred to, 2012 trust document you referred to,

25    we have not looked at the 2014 one you referred



Page 324

1                RAMONA WATTS - CONFIDENTIAL

2     to.   The two documents I've shown you so far are

3     none of those things?

4              A.    I don't know if this one is.

5     I really don't know.   I don't remember.

6              Q.    Let's see who the trustees are,

7     maybe that will help you.   Trustees, Ms. Uyen.

8     That's not you, is it?

9              A.    No.

10             Q.    Craig Stephen Wright, that's not

11    you, is it?

12             A.    No.   So it wouldn't be the -- it

13    wouldn't be the Tulip Trust as I know it, no.

14             Q.    Okay.   So, neither of these two

15    things we've looked at are the Tulip Trust.

16             A.    No.

17             Q.    Okay, let's go on.   Now we're

18    starting a new document, this one -- I just want

19    to get you the date but I'll scroll back up.   This

20    one, the date's on the first page.   So, do you

21    recognise this document?

22             A.    No.

23             Q.    No?   Okay.   I'll scroll through it

24    just so you make sure you don't.   There is one of

25    the trustees is Denis Mayaka; correct?



Page 325

```
 1              RAMONA WATTS - CONFIDENTIAL

 2        A.     Yes.

 3        Q.     You're actually listed as the

 4   appointor.  Is the Tulip Trust document that

 5   you're are a trustee for?

 6        A.     No, I don't think so.  I don't

 7   actually recall because it was from 2011.  I

 8   really don't recall which one it was.

 9        Q.     Okay, this one is from 2012?

10        A.     Yes, I don't recall.  I really

11   don't.

12        Q.     This starts at the DEF_00050990?

13        A.     Sure.

14        Q.     Just trying to get to the end of

15   it.

16        A.     Many words in a trust are very

17   similar and that's why I say there are

18   similarities, but if this is the exact one,

19   I don't remember.  I really don't.  The other

20   issue is that we had many drafts.  So if you are

21   asking me if this is the exact one, I really don't

22   know.  It could be one of the drafts, that ----

23        Q.     I'm going to represent to you that

24   these two trusts that we looked at were ones that

25   -- or three documents that your husband swore were
```



Page 326

1                    RAMONA WATTS - CONFIDENTIAL

2     the Tulip Trusts?

3              A.     Well ----

4              Q.     They may be drafts?

5              A.     They might be, yes, I don't know.

6                    MR. SAOUL:  Having made that

7     representation, Mr. Brenner, was there a question

8     you wanted to ask the witness?

9                    MR. BRENNER:  No.  I thought I did

10    ask a question.  She answered it. Okay.

11    BY MR. BRENNER:

12             Q.     Let me just review my notes and

13    make sure we're done, okay?

14             A.     Sure.

15                    MR. FREEDMAN:  Maybe go off the

16    record for two minutes.

17                    THE COURT REPORTER:  We're going

18    off the record at 6.49 p.m.

19     (A short break off the record from 6.49 p.m. to

20                         6.54 p.m.)

21                    THE EXAMINER:  It's now 6.54.

22                    MR. SAOUL:  Ms. McGovern has a

23    couple of short questions.  I'm just making that

24    clear.

25                    MR. BRENNER:  Okay.  We're back on?



Page 327

1          RAMONA WATTS - CONFIDENTIAL

2               THE EXAMINER:  Yes.

3     BY MR. BRENNER:

4          Q.    Miss Watts, during the break

5     I asked your counsel and asked you to go to tab

6     15?

7          A.    Okay, yes.

8               THE EXAMINER:  Exhibit 22.

9        (Exhibit 22 was marked for identification)

10    BY MR. BRENNER:

11         Q.    Are you there?

12         A.    Yes.

13         Q.    I think it is a one page document.

14    This is an e-mail.  Do you have any reason to

15    dispute that this is an e-mail you sent in

16    September 2015 to Stefan Matthews?

17         A.    I don't recall it, but I have no

18    reason to dispute that I sent him an e-mail.

19         Q.    You wrote "WFT was established in

20    August 2013".  Is WFT the Wright Family Trust?

21         A.    Yes, it would be.

22         Q.    Was that the Australian arm of the

23    Tulip Trust?

24         A.    Yes.  It's like an Australian

25    representative of it.  It's like a branch.



1                RAMONA WATTS - CONFIDENTIAL

2          Q.      Okay. You say that at that point

3    Craig had purchased software personally as well as

4    had agreements around Bitcoin rights for overseas

5    trust, WII and Tulip Trading?

6          A.      That is correct.

7          Q.      The Bitcoin we talked already, the

8    mined and the purchased Bitcoin?

9          A.      That is correct.

10         Q.      You say:  "The information

11   regarding the other two trusts has not been

12   disclosed at the ATO."  What were the other two

13   trusts?

14         A.      I believe it's these two that I

15   wrote about but I actually don't remember.  As

16   I said five years ago, I don't remember.

17         Q.      You write "CW" which I assume is

18   Craig Wright?

19         A.      No, no, Craig Wright R&D which

20   would be ----

21         Q.      Oh, I'm sorry you're right, you're

22   right.  "CW R&D sold to WFT", so this is Craig

23   Wright R&D sold to Wright Family Trust, right?

24         A.      Yes.

25         Q.      Software, right?



Page 329

1              RAMONA WATTS - CONFIDENTIAL

2         A.      Yes.

3         Q.      Bitcoin, rights?

4         A.      Yes.

5         Q.      And then it says W&K software?

6         A.      Right.

7         Q.      So by 2015 Craig Wright R&D had

8    sold W&K software to Wright Family Trust?

9         A.      I don't remember.  I don't remember

10   writing this e-mail.  So, I don't remember.

11        Q.      You do recall that as a result of

12   the result of the Australian court proceedings

13   that Craig Wright R&D obtained a judgment for

14   certain intellectual property and software from

15   W&K?

16        A.      Was that the judgment that we

17   talked about when he had the default judgment?

18        Q.      Yes.

19        A.      Well, as I said, when you asked me

20   that question, I didn't know what it was.  I knew

21   that he had a court proceeding and I knew he had a

22   default judgment but I didn't know what it was.

23        Q.      You understood that he got

24   something out of that, right?

25        A.      Yes.



Page 330

1                 RAMONA WATTS - CONFIDENTIAL

2          Q.     You understand that he later sold

3     it to WFT?

4          A.     I believe he would have told me

5     that at that time and that's why, if I did write

6     this, I would have written that but it was from

7     information that he told me, yes.

8          Q.     Okay.  In the interest of time,

9     I know the court reporter needs to leave.  I know

10    that I made a commitment that I would do my best

11    to finish, although we've gone about an hour less

12    than we're allowed to go pursuant to our rules, at

13    least.  That has to be disputed it will be one

14    that you guys don't need to worry about and we'll

15    hash it among the lawyers here.  With that caveat,

16    I'm done right now and I understand you said that

17    Ms. McGovern had some questions.  Before you go,

18    thank you Miss Watts, thank you for your time

19    today and thank you for ----

20              MS. McGOVERN:  I do although, it's

21    my understanding that the time that agreed upon

22    amongst you and UK counsel was by agreement, and

23    I'm not quite sure what you mean about we are

24    going to take it up here in the United States with

25    respect to the deposition.  It is my understanding



Page 331

```
 1              RAMONA WATTS - CONFIDENTIAL
 2    there was an agreement upon timeframe, much like
 3    Mr. O'Hagan yesterday, whereby we would end by 7.
 4    I am not sure what you mean by that, Mr. Brenner,
 5    if you could plain.
 6              MR. BRENNER:  You really want to
 7    spend the time explaining?  How about we get the
 8    witness out and then I'll explain.
 9              MS. McGOVERN:  Well, we don't agree
10    with you.
11              MR. BRENNER:  You rarely do and
12    that's our respective jobs!  But let's let the
13    court reporter and the witness get out.  So why
14    don't you ask your questions.
15              MS. McGOVERN:  Courteous, as
16    always!
17    BY MS. McGOVERN:
18         Q.    Ms. Watts I have a few questions
19    for you.  It will be very brief.
20         A.    Sure.
21         Q.    I'm going to the section in the UK
22    order, which controls this deposition, section (b)
23    and I'm going to ask you a specific question
24    (unclear) and the scope of the UK order.
25              MR. BRENNER:  Ms. McGovern, you're
```



MAGNA ▶
LEGAL SERVICES

Page 332

```
1                  RAMONA WATTS - CONFIDENTIAL
2     fading out a little bit.
3                  MR. SAOUL:  So, I've got a copy of
4     the UK order here.
5     BY MS. McGOVERN:
6          Q.     My question is directed to
7     subsection (b) of the consent order governing this
8     proceeding.  Can you hear me?
9          A.     Yes.
10         Q.     Miss Watts, did Dave Kleiman to
11    your knowledge ever intervene with the ATO
12    investigation to address his role in any, in any
13    of the corporations that were the subject of the
14    ATO proceeding ----
15         A.     No.
16         Q.     -- regarding Bitcoin?
17         A.     No, I'm sorry, I did not mean to
18    interrupt you, but no, he never did.
19         Q.     Did Dr. Wright ever tell you that
20    Dave Kleiman was also addressing in the ATO
21    proceedings questions regarding his role, if any,
22    with respect to any of the corporations that were
23    a part of the ATO investigation regarding Bitcoin?
24         A.     No, he never told me that.
25         Q.     Miss Watts I believe you testified
```


MAGNA
LEGAL SERVICES

Page 333

```
 1              RAMONA WATTS - CONFIDENTIAL
 2   earlier today that you negotiated or tried to
 3   negotiate with Ira Kleiman the personal
 4   representative of Dave Kleiman's estate following,
 5   of course, Dave Kleiman's unfortunate death and my
 6   question is this.  You testified I believe that
 7   Ira Kleiman had or stated that one of the reasons
 8   that he did not accept either shares or money that
 9   was offered for Coin-Exch was that --
10              MR. RIVERO:  I'm sorry Ms/
11   McGovern, I'm losing you.  I don't know if it's
12   maybe just me or maybe it's someone else but is
13   anyone else having difficulty?  You keep cutting
14   in and out for me.
15              MR. BRENNER:  We are getting her
16   good, let's just let her finish.
17              THE EXAMINER:  We're hearing it.
18              MR. RIVERO:  All right.  It must be
19   me.  Sorry, Amanda.
20   BY MS. MCGREGOR:
21       Q.      That's okay.  Let me restate the
22   question.  Miss Watts, you testified that one of
23   the reasons, correct me if I am wrong, please,
24   that one of the reasons Ira Kleiman refused to
25   accept money or shares in Coin-Exch on behalf of
```



Page 334

```
 1              RAMONA WATTS - CONFIDENTIAL
 2    Dave Kleiman's estate was because Ira Kleiman did
 3    not want to pay tax; do you recall that?
 4         A.    Well, that's what he said to us,
 5    yes.
 6              MR. BRENNER:  Object to form.
 7    BY MS. MCGREGOR:
 8         Q.    And you also testified that
 9    Dr. Wright became cross, I believe you used the
10    word "cross" C-R-O-S-S, which I understand to be
11    an English phrase for angry in connection with
12    Ira's tying the shares or the money for Coin-Exch
13    to his obligations to pay tax; do you recall that
14    testimony?
15         A.    Yes, he was very angry and he then
16    passed on the information of our tax lawyer to Ira
17    and he said, "Well, I'm not going to sort out
18    whatever tax problems you have but you can talk to
19    Andrew Sommer."
20         Q.    Did that in fact happen to your
21    knowledge?
22         A.    Yes.
23         Q.    And what was the consequence of the
24    result of the communications of with Ira Kleiman
25    and Mr. Sommer?
```



1          RAMONA WATTS - CONFIDENTIAL

2          A.     Well, I don't know how much they

3    talked for.  I think they had e-mails back and

4    forth and I think they had phone bills, which we

5    ended up paying for, but Andrew Sommer said "This

6    is ridiculous.  I can't do it this way or the way

7    he wants to do it.  I can't give him any more

8    advice."

9          Q.     And what was the basis for that to

10   your knowledge or your understanding?  What was

11   the basis for Mr. Sommer -- what was your

12   understanding of the basis for Mr. Sommer's

13   conclusion of the communications with Ira on the

14   tax issue?

15              MR. BRENNER:  Object to the form.

16          A.     I really don't know.  I mean

17   Andrew Sommer was very frustrated with him and

18   I think he was trying to get Andrew Sommer to give

19   him some sort of legal advice so that he wouldn't

20   have to pay tax and Andrew said, "I'm not doing

21   this anymore."

22   BY MS. MCGREGOR:

23          Q.     Was Ira Kleiman acting on his own

24   behalf in connection with those communications to

25   your knowledge or was he acting on behalf of the



Page 336

```
 1              RAMONA WATTS - CONFIDENTIAL

 2    estate with respect to his refusal to assume a tax

 3    liability, to your knowledge?

 4                  MR. BRENNER:  Object to the form.

 5          A.      He said, "I don't want to pay any

 6    tax."

 7    BY MS. McGOVERN:

 8          Q.      Do you know, Miss Watts on the

 9    issue of tax whether Dave Kleiman ever spoke to

10    you, or do you recall, rather, whether Dave

11    Kleiman ever spoke to you about his own tax

12    responsibility for income purportedly derived from

13    Bitcoin?

14          A.      He never mentioned anything like

15    that to me.  I do not know.

16          Q.      And to your knowledge, do you know

17    whether Dave Kleiman ever spoke to you about tax

18    responsibilities for W&K Information Research

19    Defence LLC, a Florida corporation just to be

20    clear on the record, with respect to tax liability

21    for any income derived for Bitcoin purportedly

22    mined by that Florida entity?

23          A.      I don't believe that they mined

24    anything, but, no he didn't state that to me at

25    all.
```



Page 337

1                RAMONA WATTS - CONFIDENTIAL

2          Q.    So you have no recollection of any

3    communications with Dave Kleiman about the

4    responsibility for W&K to pay tax with respect to

5    income purportedly mined by W&K in Florida; is

6    that a correct understanding?

7          A.    Yes.

8                MR. BRENNER:  Object to the form.

9    BY MS. MCGREGOR:

10         Q.    Do you recall whether Dr. Wright

11   ever spoke to you about W&K's tax responsibility

12   with respect to any Bitcoin mine from that Florida

13   corporation or LLC?

14               MS. McGOVERN:  I have no further

15   questions.

16               THE EXAMINER:  Thank you.  I don't

17   know whether you have any questions, any

18   re-examination.

19               MR. BRENNER:  No, I'm done.

20               THE EXAMINER:  You're done

21   completely.  Right.  Obviously it's time for the

22   court reporter to go.  There are a couple of

23   things I just want to sort out as regards

24   finalising the deposition.  Is there anything else

25   anybody wants to interject which requires the



Page 338

1              RAMONA WATTS - CONFIDENTIAL

2    court reporter remaining, because I think it's

3    only fair to her that we said 7 o'clock.  It is

4    now past that time.

5              MR. BRENNER:  The only thing is,

6    when she sends me a rough or something, I will

7    send by e-mail the last exhibit that we had just

8    popped on the screen only, although we gave it a

9    marker.  I will do that exactly as it was shown at

10   the deposition.

11             MR. FREEDMAN:  Thank you.

12   Mr. Brenner, I would just say, if you wanted to

13   respond, so there is a record to Ms. McGovern's

14   comment about us agreeing to end the deposition at

15   7 p.m. I don't think that's accurate.

16             MR. BRENNER:  I'll just say that we

17   agree to disagree but I'm not going to have this

18   fight while the court reporter is there.

19             MR. SAOUL:  Allow me to just say

20   from an English perspective, it is our clear

21   understanding that an absolutely black and white

22   recorded in writing agreement was reached to start

23   at noon and conclude at 7.00 and if there is any

24   suggestion otherwise, then that can be taken up in

25   the English courts as well.



Page 339

1              RAMONA WATTS - CONFIDENTIAL

2                   MR. BRENNER:  Absolutely, it can be

3      taken up.  The e-mail exchange is colourful to say

4      the least but it is what it is.

5                   THE EXAMINER:  Right.  So I thank

6      the court reporter for staying and wish her a good

7      journey home.

8                   THE COURT REPORTER:  Thank you.  We

9      are going off the record at 7.06 p.m.

10          (Deposition concluded at 7.06 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 340

1                RAMONA WATTS - CONFIDENTIAL

2                  CERTIFICATE OF EXAMINER

3

4                    The preceding pages of typescript

5     were furnished to me by Amy Coley as containing

6     her transcript of his notes of the evidence of

7     RAMONA WATTS given upon his examination before me.

8

9

10

11

12

13

14

15

16    ........................

17    Ms. Alison Green -  Examiner

18

19

20    Dated this ..... day of ............. 2020

21

22

23

24

25



Page 341

```
 1              RAMONA WATTS - CONFIDENTIAL
 2                 CERTIFICATE OF WITNESS
 3
 4         I,RAMONA WATTS, am the deponent in the
 5    foregoing deposition.  I have read the foregoing
 6    deposition and, having made such changes and
 7    corrections as I desired, I certify that the
 8    transcript is a true and accurate record of my
 9    responses to the questions put to me on 19th
10    March, 2020.
11
12
13
14
15
16    Signed  ................................
17
18    NAME...................
19
20    Dated this ..... day of ........... 2020
21
22
23
24
25
```



Page 342

1                    RAMONA WATTS - CONFIDENTIAL

2                    CERTIFICATE OF COURT REPORTER

3

4           I, Amy Coley, Accredited Court Reporter,

5    do hereby certify that I took the Stenograph notes

6    of the foregoing deposition, and that the

7    transcript thereof is a true and accurate record

8    transcribed to the best of my skill and ability.

9               I further certify that I am neither

10   counsel for, related to, nor employed by any of

11   the parties to the action in which the deposition

12   was taken, and that I am not a relative or

13   employee of any attorney or counsel employed by

14   the parties hereto, nor financially or otherwise

15   interested in the outcome of the action.

16

20

21   ....................................

22   AMY COLEY

23

24

25



Page 343

```
 1              RAMONA WATTS - CONFIDENTIAL

 2                  E R R A T A

 3      (Please make any corrections here NOT in the

 4                   transcript)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**A**

ability 55:13
  104:11,18
  128:13 159:17
  200:12 202:21
  313:18 314:2
  342:8
able 11:22 21:15
  21:15 28:8
  54:15 56:25
  73:13 93:10
  95:20 119:10
  120:3 128:11
  128:19,24
  134:7 147:25
  150:4 156:5
  190:5 220:19
  220:21 222:9
  223:18 224:19
  228:15 231:7
  259:9 289:8
  310:24 317:12
ably 42:24
ABN 172:12
ABNs 172:8
Abrenner@bsf...
  2:6
Absence 161:6
absolute 81:5
absolutely 20:17
  46:14 47:24
  51:7 102:10
  276:3,4 285:19
  291:5,11
  292:14,17
  296:19 321:6,9
  321:12 322:3
  323:6 338:21
  339:2
academic 257:12
accelerates 194:2
accept 17:6 209:4
  305:12 333:8
  333:25
acceptable 63:10

access 53:25 92:3
  96:8 104:11
  123:20 124:19
  125:2,6 130:25
  220:20 221:18
  222:4,14
accord 205:10
account 147:18
  149:18
accountant 68:5
  68:8 196:24,25
  263:5,9 264:6
  274:22
accountants 68:3
  155:22 178:11
  178:20 180:8
  197:19,20
  260:14 262:12
  262:25,25
  263:3 264:4
accounted 192:3
  221:21,22
accounting 70:6
  70:7 263:2
  313:8 319:2
accounts 37:19
  37:21 67:16
  71:6 142:6
  263:7,7 299:22
Accredited 342:4
accuracy 180:12
  190:8
accurate 14:16
  14:22,24 89:5
  121:21 179:4
  191:21 195:17
  252:24 266:22
  338:15 341:8
  342:7
accusations
  224:21
acknowledge
  272:18,21
  273:7
act 6:18 128:12
acting 9:21,22

213:7 335:23
  335:25
action 342:11,15
activities 192:9
  197:9
actual 32:16 94:7
  173:13 181:18
  181:19
Add 289:9
added 44:10
additional 50:8
  146:8
address 76:7,9,10
  76:11,14,18,19
  76:20 205:24
  226:22,23
  227:3 255:5
  304:14 305:21
  332:12
addressed 256:18
  269:7
addressee 259:16
addresses 122:20
  143:23 144:2,5
  144:21,23
  145:4,10,15
  150:9,11 152:4
  152:9,12,14
  154:2,23
  155:15,17
  156:4
addressing
  332:20
administration
  275:2
administrator
  85:4 275:4
adopting 99:17
advice 178:21
  180:9 188:19
  335:8,19
advise 19:14
Affair 290:12
  296:5,16
  297:15 302:15
affiliated 183:12

244:2
affirm 5:4
affirmed 5:5
  119:11
afford 276:7
afield 247:14
afraid 9:9
ago 21:13 29:16
  64:8,9 65:3
  71:4 92:15
  113:18 162:15
  184:18,18
  185:23 214:14
  253:12 256:16
  266:12 268:24
  304:14,15
  317:20 328:16
agree 20:13
  31:10 41:12
  46:16 80:22
  81:4,13 102:17
  102:20 163:13
  163:18,21
  194:14,16,17
  222:23 293:13
  294:16 317:3,5
  331:9 338:17
agreed 17:9 82:9
  274:9,10,17
  330:21
agreeing 136:20
  338:14
agreement 21:17
  74:2 87:22
  122:19 123:4,6
  131:13 138:20
  141:25 143:17
  144:4 146:7
  152:3 211:21
  255:15,17
  268:7,11 273:9
  330:22 331:2
  338:22
agreements
  328:4
ahead 61:12,23

95:15 100:15
  133:24 193:3
  264:9 280:4
ahold 37:9
Alan 15:20
algorithms 90:22
  96:3,3 104:15
  105:4 175:20
  202:18,20
Alison 3:3 340:17
alive 282:23
allegation 224:24
alleging 222:10
allocates 195:9
allow 81:20 96:4
  157:12 297:17
  338:19
allowed 19:20
  63:18 130:12
  160:10,11
  330:12
allows 317:13
Alright 164:6
  203:20 227:21
alter 314:17
Amanda 2:17
  6:19 30:12
  117:8 253:4
  333:19
amazing 111:16
America 134:18
American 120:2
amount 50:25
  87:6 93:17
  113:17 218:18
  263:11 267:10
  267:14 268:4
  273:11 274:15
  274:15 279:3,7
  303:11,15
amounts 72:20
amy 1:22 3:5
  269:5 340:5
  342:4,22
analogous 99:23
Andrew 2:7 5:25



225:14 228:5
290:12,17
300:15 301:11
303:20 304:18
304:19 306:3
309:19 312:7
314:18 334:19
335:5,17,18,20
**Andy** 318:7,9
**and/or** 274:9
**Ang** 22:20
122:22 127:13
127:24,24
128:10 239:25
**angry** 94:21
161:25 253:23
334:11,15
**annexure** 86:23
**annexures** 74:21
**annotate** 299:9
**annotations**
299:6,6,12
**annoyed** 206:13
**annoying** 67:19
**anonymous**
56:15 108:24
110:2 235:15
235:16 310:23
**anonymously**
56:13 235:24
**answer** 7:21,22
19:21 20:2,5
25:6,10 29:8
36:3 37:24
46:16 51:10
52:5 53:21
54:23 57:12
61:2 62:6,12,13
62:19 63:16
64:6,11 81:20
89:10 100:22
104:24 106:9
120:9,20
133:11,13
134:5,14 136:2
139:9 140:3

154:15 155:19
157:16 167:12
182:3,11,14
185:22 186:9
204:8 217:25
218:6 221:24
222:9,14,20
223:18 234:24
242:11 246:19
249:21 259:10
264:10,16,18
265:25 301:24
**answered** 9:16
21:23 29:15
60:24 62:10
99:2 137:4
157:13 208:23
243:10 244:18
246:17 263:20
326:10
**answering** 20:7
42:21 222:12
244:21
**answers** 23:6
59:5 88:2
**ant** 258:25
**anybody** 27:23
161:2 207:14
223:5 337:25
**anymore** 335:21
**anyway** 123:21
124:24
**apologetic**
228:17
**apologise** 287:11
305:8
**apparent** 317:23
**apparently** 159:9
297:4
**appear** 164:24
284:20
**appears** 13:3,7
69:6,16 138:24
270:2 272:14
**apply** 41:7
**appointor** 325:4

**appreciate** 43:5,8
43:10 68:25
78:22 207:3
**approach** 319:2
**appropriate**
157:14 164:4
**approve** 71:25
72:5
**approximately**
35:17 77:17
209:20
**April** 174:22
175:2 209:5
**archive** 313:13
**archives** 308:4
**arguing** 257:10
**argumentative**
61:10
**Arivero@river...**
2:16
**arm** 327:22
**arose** 51:23
**arrive** 144:4
145:4
**arse** 103:7
**article** 296:9,21
297:11,15
301:19 302:4
302:14
**ascertain** 79:25
80:2 114:9
178:2
**aside** 91:7 181:13
**asked** 9:10 35:19
45:4 60:24
62:10 79:13
99:14 101:22
103:10,25
113:16 120:20
121:12 141:21
141:23 142:4
142:14,18,20
142:22 145:5
145:11,21
146:8,12,21
154:15 181:7

203:21,22
223:19 236:12
243:10 246:17
253:3 267:7
286:9 288:9
294:6 311:13
327:5,5 329:19
**asking** 5:18 20:6
21:12 39:22
55:17 62:21
79:9 100:16
102:21 135:8
135:20 136:5
140:2 153:10
153:24 154:7,9
156:7 167:3
178:6 181:11
184:16,21,22
185:24 190:14
192:17 194:20
198:3 215:11
221:23 222:6
238:7 242:9,10
242:14 243:25
249:18 250:5,9
250:13 251:16
251:24,24
252:6 263:18
269:18 278:14
278:14 280:13
282:10 290:8
292:8,9 300:6
300:24 309:19
314:5 325:21
**Asperger's**
152:16 280:7
**assert** 31:9
**asserted** 9:24
**asserting** 31:13
**asset** 57:18,18
237:16 239:25
**assets** 34:13,13
34:18,22,24
35:3 48:9 56:24
57:5,7 64:21
128:14 201:13

237:4,10,13,15
238:9,9,12,13
239:14,24
241:5,12,13,18
241:25 242:16
273:3 302:22
302:25
**assign** 172:24
178:25
**assigned** 177:16
**assignee** 173:25
**assigning** 178:3,4
178:7,10
220:16
**assignment** 171:3
174:10 177:22
178:7 179:21
215:8 240:12
**assignments** 53:9
176:8 181:19
221:14,15
**assignor** 171:23
173:8
**assigns** 203:11
**assistance** 54:10
**assistant** 224:7,8
224:11
**associated** 35:12
90:15 122:23
134:24 136:16
137:14 142:5
146:16 151:11
164:15 192:9
216:20 245:21
299:25
**associates** 10:2,4
**association** 236:3
**assume** 68:19
69:22 162:16
162:19 189:14
216:22 268:13
279:5 280:24
283:3 284:17
285:5 291:23
300:23 301:2
328:17 336:2


MAGNA
LEGAL SERVICES

**assumed** 37:23
**assuming** 32:10
　56:16 210:23
**assumption**
　258:2
**ATO** 228:10
　244:16,20,25
　245:2,3 256:23
　258:4,8 306:8
　306:11,14,15
　306:20 328:12
　332:11,14,20
　332:23
**attached** 279:19
**attachment**
　307:10
**attachments**
　74:21
**attacks** 191:12
**attempts** 307:24
**attendance** 7:15
**attending** 6:6,10
**attention** 254:13
**attorney** 342:13
**attorneys** 146:8
**audited** 244:22
　257:20 262:20
　263:15
**audits** 244:20
**August** 132:14
　327:20
**Australia** 77:10
　77:18 78:5 84:7
　85:2,9 168:10
　168:10,18
　182:6 200:8
　217:14 221:9
　224:13 225:15
　245:24 249:14
　255:19 266:3,5
　270:3
**Australian** 65:4
　70:11 76:14
　170:18 172:12
　191:10 224:23
　224:25 225:7

227:18 228:2
228:21 245:19
246:6 250:10
256:24 257:16
257:20 282:17
327:22,24
329:12
**authentic** 97:16
　182:10 223:14
　226:16
**authenticate**
　198:3
**authentication**
　75:4
**authenticity** 80:2
　181:4,7 195:19
**authorised**
　169:21 172:16
　177:8,23
**automated**
　194:12
**automatic** 31:12
**available** 72:5
　135:14
**Avenue** 78:12
**avoid** 154:16
**award** 218:18
**aware** 39:17,23
　40:19 57:6,18
　57:21 87:13
　91:25 92:2
　133:11 134:16
　134:18 208:13
　224:21 295:21
　295:23
**awful** 229:2
**Ayre** 255:6,7
**a.m** 269:15

──── **B** ────

**b** 9:7,8 33:14
　80:10 331:22
　332:7
**back** 7:24 22:14
　31:23 43:13
　47:25 48:13

58:14,16,16,23
58:25 65:5
77:23 78:2
82:12 86:2,17
89:16 103:8
107:7,8,11,13
109:10,17
113:9 125:4
126:7 129:9
131:17 138:3
139:8 147:4
148:6 156:9
160:25 172:3
173:24 199:2,2
199:5,5,16,24
207:24 212:14
214:20 215:2
223:9 236:17
238:15 246:7
271:3,14
282:11,15,16
282:17 284:10
287:22 288:14
289:5 295:16
295:19 311:24
324:19 326:25
335:3
**background** 9:4
**backtrack** 24:20
**bad** 46:15 48:8
　101:13 103:18
　116:15 117:16
　120:25 139:13
　232:17 244:24
　249:21 304:25
**Baker** 44:12,23
　45:7
**banking** 173:21
　189:5,18 190:6
　190:16
**barely** 75:12,15
**barking** 294:14
**base** 282:9
**based** 78:3 81:2
　190:7 193:7
　202:18 219:22

222:7,9 308:8
**basically** 27:2
　96:7 145:16
　248:18
**basing** 204:16
**basis** 20:8 63:15
　69:17,21
　110:14 140:8
　194:7,14,22
　198:20 335:9
　335:11,12
**Bates** 91:21
　92:10 269:9,17
　322:17
**bathroom** 206:24
**battles** 256:23
**BDO** 214:15
**beans** 157:5
**Bearing** 5:16
**beat** 42:21 64:2
　67:21 217:25
**becoming** 36:14
　36:15 270:11
**beep** 102:8,8,8
**began** 214:22
**beginning** 30:14
　33:23 49:23
　78:8 117:20
　118:3,6 254:10
　254:11,23
　317:16
**beginnings**
　104:12
**behalf** 3:5 171:23
　172:22 178:4,8
　213:7 333:25
　335:24,25
**belief** 204:9
**believe** 15:15
　16:21 23:16
　24:13,14 30:5
　31:8 37:6 44:3
　46:2,7,8 48:15
　48:21 51:13
　53:7,9,24 54:5
　54:21 59:15

60:2 61:13 62:3
64:8 65:24
69:18 72:2 73:8
73:17 74:4 77:6
77:11 88:7,23
88:24 90:16
95:21 96:23
97:3 118:10
137:22 164:16
165:13 170:15
172:14 176:24
179:7 196:6
204:17,21
223:21 228:12
236:7 237:19
255:7,16 257:4
264:4 268:2
284:2 303:17
303:19 315:6
320:25 328:14
330:4 332:25
333:6 334:9
336:23
**believed** 311:12
**believes** 129:6
**believing** 54:17
**bell** 67:14 285:16
**ben** 9:23
**beneficiaries**
　30:4 33:5 39:5
　115:25 116:3,6
　138:18
**beneficiary**
　116:17
**benefit** 163:2
　303:14 318:25
**best** 7:16,20
　27:13,15 98:15
　115:18 157:4
　207:3 231:15
　236:16 246:22
　259:11 274:14
　310:13 312:10
　316:21 330:10
　342:8
**better** 32:15



39:10 105:18
125:2 166:16
193:17 223:18
283:8
**beyond** 17:17
18:25 43:6
63:10,17,18
153:4 204:9
318:21
**big** 39:3 97:22
**bills** 156:24
335:4
**birth** 8:8
**Biscayne** 2:9
**bit** 39:9,10 44:20
78:3 79:17
113:14 117:2
123:25 124:6
124:15 150:22
204:10 206:22
207:14 210:10
254:22 262:11
271:12 275:22
276:19 289:21
306:7,16
307:16 332:2
**Bitcoin** 24:18,20
24:22 25:12
26:4 34:15,21
35:2,7,7,10,14
36:6,11 47:2,2
47:5,8,13,15,18
48:19 49:9 50:8
50:10,13,17,23
51:2,17,25 52:9
52:15,16,23
53:7,22,25
54:19 55:4,13
57:2,8,19,23
59:21,23,24
67:10,13 70:10
70:23 71:7,12
71:19 72:14,21
73:15,18,21,22
80:15,19,21
87:5,13 88:11

90:10,11,12,25
91:5,7 93:5,9
93:12,17,21,25
95:25,25 96:5
96:12 100:10
100:13,18
101:3,14,24
102:12,16
104:11,13,19
105:3,7 106:4
111:25 112:4
143:23 150:11
152:4 154:3,23
156:4 157:21
158:23 159:13
159:17,20
163:6,10,15,19
167:16 176:23
177:3 189:5,17
190:6 194:18
200:4,12,13
201:11,21,23
202:3,5,6,8
203:24 204:19
229:14,21
230:4,6,15
231:3,4,11
232:15,19
233:20,20,23
233:24,25
234:2,13 235:8
235:9,10,15,21
235:22 237:20
237:23 239:4,5
239:6 242:23
243:3,5,15,22
244:4,6 245:8
245:11,13,21
246:6 258:5
260:8 261:25
262:10,16
263:8 278:22
278:24 279:12
279:24 283:18
283:22 284:4,5
284:6,14,19,22

285:9,18,22,22
286:2,5 288:12
289:19 290:4
290:10 296:24
297:19 298:11
300:11,13
301:9 303:9,18
308:13,23,24
309:5,9,20,21
310:2,6,7,8,9
310:23 311:15
311:18 315:2
315:11,15
317:19,24
318:23 319:10
321:23 328:4,7
328:8 329:3
332:16,23
336:13,21
337:12
**Bitcoins** 200:8
288:22
**Bitcoin's** 47:3
**bits** 158:18
**black** 235:17
338:21
**blanket** 20:8
**block** 51:14
**blogs** 315:7
**Blvd** 2:9
**BNFYI** 281:13
**board** 210:17
**Boies** 2:4 43:10
**bold** 127:19
**bolognaise** 157:6
**bonded** 107:9
**book** 98:22,23
100:11,16
246:24,25
258:18,19
296:23 302:12
302:13 315:20
**books** 98:24
232:11 283:3
**Bosire** 126:20
128:12 129:18

**bottom** 191:22
197:6 256:7
258:12 270:4
281:9 282:5
287:15 318:6
318:10
**bought** 34:13,14
34:15,15,18,22
36:11 49:9
233:19,20,24
**Boulevard** 2:14
**branch** 327:25
**break** 5:9 55:16
58:8,20 112:6,9
112:15 113:4,7
124:14 164:2,9
207:12,15
223:2,4,6 232:3
276:4 286:17
286:21,22
295:13,15,17
326:19 327:4
**breaking** 208:3
**breaks** 207:11
275:23
**Brenner** 2:7 5:17
5:21,25 6:22
8:24 9:13 10:6
11:18,23 12:3
13:12,15 17:5
17:20,25 19:2
19:13 20:13,18
29:7 30:11,22
31:10,17,18
32:14,22 40:22
41:9,14 42:12
42:14 43:4,12
43:18 51:9 52:4
53:12 55:16,18
55:22,23 57:11
58:7,24 60:25
61:11,22 62:11
62:24 63:5,9,14
63:19 64:4,5,7
67:23 68:17,24
69:2,5 73:2

75:5,6,24 78:17
78:21 79:20
80:6,13,20,23
81:10,13,18,23
82:10 85:20
86:6,7 87:11
89:2,6,9 91:14
99:14,18,21
100:5 101:2
103:2,17,20
104:23 105:11
105:16,19,21
105:23 106:7
106:11,22
108:21,24
109:2,23 110:5
110:6 112:12
112:20,22
113:2,11
116:14 121:17
122:5 125:19
125:24 126:5
128:22 129:3,8
133:9,15,21
134:3,4,15
135:25 136:13
136:22 139:25
140:5,15,18
144:14,19
152:15 154:20
156:18,20
157:15,18
159:4 160:4,13
161:9,10,13
163:25 164:6
164:11 166:14
170:23 171:2
177:20 184:6,9
184:12 185:17
186:7 192:22
192:24 193:2
198:22 199:4
204:4,5,11
207:10,17,21
208:2,5 217:21
218:5 219:3,6,9



219:12,20,21
220:4 222:13
222:21,22
223:2,10
227:21,23
236:16,19
238:5,14
243:11 246:18
251:15 252:13
253:3,6 261:5,7
261:16,20
262:23 264:7
264:15,21,22
265:2,6,10
269:7,8,13,16
272:10 275:12
275:21 276:3
276:15 281:6
285:10 286:20
286:24 289:16
289:20,24,25
295:12,20,24
295:25 297:13
297:21,23
301:23 304:2,5
304:8,21,25
305:5,7 308:16
312:5,16
313:23 314:8
317:2 320:12
320:18 326:7,9
326:11,25
327:3,10 331:4
331:6,11,25
333:15 334:6
335:15 336:4
337:8,19 338:5
338:12,16
339:2
**Brenner's** 67:20
**brief** 331:19
**briefly** 5:23 6:12
298:5
**brilliant** 102:4,5
103:5,6 205:7
**bring** 82:24 83:5

212:14
**brings** 284:8
**Brisbane** 182:7
224:3
**Britain** 223:4
295:15,19
**British** 117:14,17
**broad** 20:7 204:4
204:9 211:13
238:9
**broaden** 203:24
**broke** 124:6
**broken** 287:11
**brokered** 67:7
**brother** 260:25
263:24,24
274:8
**brother's** 248:13
**brought** 217:5
218:10,14
**BRV** 196:6,12
**build** 299:12
**bullet** 129:17
**business** 9:22
10:2,4 76:18
85:8 96:25
172:12 183:8
188:16,19
189:3 195:25
196:13 247:5,7
255:12,14
258:15 259:22
259:24 260:5
261:2,22 264:2
268:4 312:2
**businesses** 9:19
10:15
**business/crypto**
238:11
**buy** 56:13 87:17
99:9 201:12
233:22 310:24
310:25
**buying** 47:7
99:24
**B-O-U-G-H-T**

34:19

---

**C**

**c** 2:2 9:9 255:3,4
**calculate** 96:4,12
104:16
**call** 12:5 23:23
54:9 69:20
78:11 115:19
115:21 119:11
120:4 148:16
148:22 160:25
170:21 184:4
228:5 241:24
242:13 282:9
282:11 285:3
288:9 320:10
**called** 13:17 22:7
25:12,17 27:10
36:10,16 39:24
47:6 59:6 68:6
69:13 87:17
93:16 115:22
147:2 164:12
165:25 172:10
183:8,21
199:12 214:15
216:4 217:10
218:16 228:6
229:20,21
230:4 235:18
237:21 240:9
240:10 268:25
307:10 309:4
319:22
**calling** 123:5
239:25
**calls** 52:3 82:6
251:20
**Calvin** 255:6,7
276:24
**camping** 291:7
292:19 300:5
**cant** 316:15
**capable** 128:24
**capital** 123:3,4

187:2
**capitalisation**
72:20 273:23
274:23
**capitalise** 262:8
274:14,18
**capitalised**
273:11 274:9
**capture** 251:25
**captured** 251:9
**car** 54:8,10,11,13
54:14
**care** 102:7
**careful** 20:6
81:11 157:11
**carefully** 19:3
**caretaker** 128:13
**carried** 179:8,12
181:20
**carry** 276:13
**Carter** 277:10,14
282:11
**case** 1:4 5:8 6:21
19:20 46:2 81:6
84:14 117:12
118:20 153:7
262:13 307:18
**cash** 93:22
229:21 230:4
234:6
**categories** 8:25
9:11 78:19
79:14
**category** 17:12
79:7 80:10,11
**caused** 124:10,12
**caution** 41:6
**caveat** 330:15
**cc-ed** 287:18
**cease** 15:12 16:10
16:12
**cent** 268:3
**centre** 67:8,9,10
73:18,23,25
74:5 87:25 88:4
88:7,8

**centrepiece**
80:15
**certain** 9:7 19:21
39:19,25 54:9
78:24 93:8,9
143:23 153:9
172:25 173:21
177:22 183:13
206:14 210:12
211:14,22
245:20 247:24
255:18 258:16
273:10 299:7
300:8 329:14
**certainly** 132:9
188:18 225:10
311:21
**certainty** 38:21
**CERTIFICATE**
340:2 341:2
342:2
**certify** 341:7
342:5,9
**chain** 269:11
**challenge** 157:10
**chance** 27:7
42:25 316:12
**change** 112:7
194:13,21
313:19
**changed** 10:8
44:4,7 46:13,18
46:20 155:5
225:4
**changes** 39:2,4
276:16 313:19
341:6
**Chaos** 13:3,5
14:14
**characterisation**
317:4
**characterised**
295:2
**charming** 254:12
**chat** 206:8,25
**chatting** 113:23



114:6
**check** 193:13
197:15,22
198:2,4 238:6
**chief** 14:8 185:8
186:4
**child** 153:8,9
**children** 83:15
116:21 205:14
242:16 262:24
263:14
**circumstances**
8:22 23:3 43:6
**claim** 217:2,6,11
217:13 218:11
218:15 220:9
221:3,5,9,12
249:6,14
**claiming** 175:8
180:4 222:15
235:14
**claims** 154:13
185:20
**clarifies** 292:24
**clarify** 52:25
**clarifying** 31:8
243:12
**clarity** 223:18
**class** 194:4 197:8
**Clayton** 225:21
225:22,23
226:14 227:6
227:11,14,24
228:18
**clean** 82:21 99:19
144:18
**cleaned** 316:10
**clear** 11:21 13:13
64:14 100:17
109:23 258:12
282:18 290:20
291:15 326:24
336:20 338:20
**clearly** 11:24
19:4 200:3
**client** 222:3

**close** 98:13 285:7
288:10
**closed** 43:10
84:20
**closely** 61:15
**Cloudcroft** 16:9
16:17 183:22
184:11,23
187:24 190:11
191:7,24 192:4
193:9,9 197:10
199:7 283:22
283:23
**clues** 313:6
**Cobham** 7:5
**code** 175:19
186:15 191:24
**coin** 70:24
194:23 201:18
249:20
**coincides** 174:14
**coins** 319:3
**Coin-Exch** 18:8
173:25 185:12
185:14 187:25
197:10 199:8
199:25 200:7
200:16 201:2
202:25 210:4,5
210:13,21
211:6,16,19,22
212:17 213:6,7
213:9,25 232:7
232:8 247:16
247:24 248:21
249:25 253:20
257:18,19,19
257:22 258:3
258:22 260:8
262:2,5 263:10
266:14,19
267:25 268:11
270:20 272:19
272:24 273:8
273:10 274:7
274:24 333:9

333:25 334:12
**Coley** 1:22 3:5
340:5 342:4,22
**colleague** 6:20
275:15
**colleagues** 222:3
**collect** 309:13
**colour** 147:13
**colourful** 339:3
**column** 12:10,19
12:20
**columns** 12:17
**come** 55:2 102:4
127:2 148:8
155:8 160:20
197:22 220:17
236:2 242:2
267:3 273:24
292:21 294:25
314:24 319:24
321:15
**comes** 62:20
96:21 127:17
195:10 263:9
279:15 304:13
**comfortable**
19:16 178:12
**coming** 97:9
191:24 299:2
299:22
**commenced** 5:2
**comment** 85:18
292:8 338:14
**commerce** 195:5
**commercial** 9:2
195:2
**commitment**
330:10
**commodities**
200:13
**communicated**
37:2 250:4
**communicating**
38:6 298:9
**communication**
65:13,20

259:13
**communications**
40:24 208:8,11
297:9 306:12
309:13,15
334:24 335:13
335:24 337:3
**community**
285:22 309:5,8
311:11
**companies** 12:24
12:25 13:22
14:18 15:3,4,9
16:14 21:11,12
21:25 22:3,6,24
23:8,13 28:5,9
29:18 47:15
48:12 56:8 61:6
61:24 62:14,15
64:10 93:24
146:9 159:12
163:20 164:23
167:8 168:25
169:4,5,6,18
183:20 184:13
184:16,25
185:24 186:16
186:21 187:6,9
187:12,13
188:25 196:7
199:7 203:11
221:7,15
224:12 226:2,4
226:5,25 237:9
237:10 241:15
241:16,17,21
245:8,9,12,21
246:10 257:19
258:8,9 262:19
262:22 263:12
264:6 311:19
**company** 14:20
16:24 18:6,12
18:16,22 20:20
21:14 24:12,16
24:25 25:21,25

26:3,10 27:3,9
36:10 37:17
52:8 56:8,12
59:6,11,20
60:21 61:8,16
62:22 64:9 68:5
72:14,19,20
73:8,9,10,12,14
73:16,19 74:3
93:16 97:6,6
122:24,25
139:10,18,21
140:20 141:7
142:6,12,16,23
143:6 146:16
146:18 150:8
164:12,14,18
165:24 166:4,6
167:3,4,7,25
168:3,9,11,15
168:17,19,21
168:25 169:22
172:5,12,14,16
172:21 174:3,6
175:7,23 176:2
176:3,5 177:22
178:3,9 183:8
183:11,19,25
184:18 187:24
190:11,13,14
191:10,16
192:15 193:12
193:19 195:2
195:15 196:15
198:24 199:11
201:20 210:13
213:3 214:15
216:13,20
220:7,7,8,12,14
220:20 221:13
221:18 226:20
228:16,18
233:12,15,22
234:10 239:19
239:20 240:7
243:13 248:15



262:9,21
268:25 273:12
273:14,17,23
273:24 274:9
274:15,19,20
278:18,21,22
278:23
**compiled** 306:7
**complained**
205:19
**complete** 44:15
128:20 212:10
**completed** 212:3
232:6
**completely**
337:21
**complicated**
90:15
**comply** 31:2
47:22
**composite** 322:11
**compromise**
307:24
**compromised**
307:19
**compromising**
202:21
**computer** 67:7
67:11 71:12,17
73:4,6,7,14
96:18 180:19
180:20,25
283:12,14,21
283:23 284:2,3
284:4,5
**computers** 73:23
83:5,7 86:15,15
86:16 180:16
181:24 283:17
284:8,14
288:20 300:8
**con** 124:5
**concept** 20:6
238:10
**concern** 19:6
79:11 205:25

293:14,15
**concerned** 5:14
186:15 198:15
228:19 289:12
289:17 290:3,6
291:6,9 294:17
**concerning** 83:21
**concerns** 80:19
**conclude** 338:23
**concluded**
339:10
**conclusion** 203:8
335:13
**condition** 157:8
**conferences**
134:8
**confidential** 1:1
2:1 3:1 4:1 5:1
6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
30:16,20 31:1
31:12,15 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1

87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1,25
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1 150:1
151:1 152:1
153:1 154:1
155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1

183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1 194:1
195:1 196:1
197:1 198:1
199:1 200:1
201:1 202:1
203:1 204:1
205:1 206:1
207:1 208:1
209:1 210:1
211:1 212:1
213:1 214:1
215:1 216:1
217:1 218:1
219:1 220:1
221:1 222:1
223:1 224:1
225:1 226:1
227:1 228:1
229:1 230:1
231:1 232:1
233:1 234:1
235:1 236:1
237:1 238:1
239:1 240:1
241:1 242:1
243:1 244:1
245:1 246:1
247:1 248:1
249:1 250:1
251:1 252:1
253:1 254:1
255:1 256:1
257:1 258:1
259:1 260:1
261:1 262:1
263:1 264:1
265:1 266:1
267:1 268:1
269:1 270:1
271:1 272:1
273:1 274:1

275:1 276:1
277:1 278:1
279:1 280:1
281:1 282:1
283:1 284:1
285:1 286:1
287:1 288:1
289:1 290:1
291:1 292:1
293:1 294:1
295:1 296:1
297:1 298:1
299:1 300:1
301:1 302:1
303:1 304:1
305:1 306:1
307:1 308:1
309:1 310:1
311:1 312:1
313:1 314:1
315:1 316:1
317:1 318:1
319:1 320:1
321:1 322:1
323:1 324:1
325:1 326:1
327:1 328:1
329:1 330:1
331:1 332:1
333:1 334:1
335:1 336:1
337:1 338:1
339:1 340:1
341:1 342:1
343:1
**confirm** 74:19
162:18 172:20
178:8,24
179:22
**confirmed**
155:14 179:3
**conflicting**
294:24
**confusing** 158:20
190:21
**confusion** 54:24



109:24 144:17
**connection** 65:11
  70:11 85:10
  98:7,9 225:23
  334:11 335:24
**connects** 300:18
  301:4
**conscious** 275:25
**consent** 332:7
**consequence**
  334:23
**consequences**
  19:19
**consider** 63:17
  246:22 247:2
  289:2
**consideration**
  5:12
**considers** 267:22
**consistent** 32:25
  51:18,24 56:21
  131:7 186:19
**consists** 175:19
**constantly**
  262:20
**consulting** 165:9
**contact** 67:3
  115:8,11
  208:15,18
  209:10,18
  212:2,3 224:4
  224:15 247:15
  247:22 249:3
**contacted** 224:9
  224:10 228:10
**contacting** 224:8
**contacts** 45:5
**contain** 154:2
  155:5,15 156:3
**contained** 152:14
  154:23 155:2
**containing** 152:4
  152:8 340:5
**contend** 306:19
**contended** 307:2
**contending**

306:20
**content** 92:18
  97:19
**context** 141:6
  182:23
**continue** 46:24
  47:14,16 235:7
  235:19 276:6
  308:6
**continued** 161:9
**continuing** 297:3
**contract** 179:17
  211:5,8 212:5
  215:19 232:4
  258:21
**contractor**
  184:22
**contracts** 179:10
**control** 43:6
**controlled**
  187:10,24
  188:6,7,8,9
  192:16 199:11
**controller** 68:3
  263:5
**controllers** 37:22
  178:19 180:9
  246:5 263:3
**controlling** 187:5
  188:14 193:8
**controls** 331:22
**convenient** 55:15
  275:19
**conversation**
  43:21 115:14
  115:17 123:16
  124:2,10,18
  131:20 135:21
  136:7 142:17
  145:21 158:12
  161:20 205:22
  206:6,21,23
  215:10 248:16
  251:7 274:5
**conversations**
  95:8 101:12,18

101:20,25
  102:2 110:23
  111:6,8 115:13
  147:7,8,11,12
  147:12 158:16
  161:21 206:10
  214:21 229:10
  251:22 254:8
  297:14
**conviction** 81:16
**cooperation**
  250:10
**copied** 272:15
  318:11
**copies** 316:9
**copy** 74:14 75:20
  92:13 130:12
  130:17,20
  131:12,22
  141:24 256:19
  303:24 305:18
  332:3
**Copying** 293:3
**cordial** 254:5
**core** 81:6 173:10
  173:12,13,18
  307:24
**corner** 76:2
**coronavirus**
  119:9
**corporate** 14:12
  14:20 15:18
  23:5 24:7 27:6
  35:23 62:2,3
  150:7 176:7
  179:24 182:2,3
  182:5,7 185:11
  197:14,23,24
  223:17,23
  224:3,16
**corporation**
  336:19 337:13
**corporations**
  332:13,22
**correct** 11:4
  12:14 21:8

23:10 25:15
  26:2 27:20
  28:21,23 30:6
  32:2 33:7,16,17
  33:19,20 34:2
  35:2,8,12,13
  39:2 41:19,20
  41:23,24 42:3,4
  43:16 46:10
  50:24 51:6,19
  51:21,22 54:7
  54:19,22 55:13
  55:14 56:3,4,9
  57:2,8,19,24
  58:5,6 60:11
  65:17 66:18
  70:21 76:5,7,17
  76:22,24 77:14
  77:18,19,20
  78:6 82:17,19
  83:23 84:8,9,22
  84:23 86:9,12
  87:20 89:23
  91:3,4 94:17,23
  96:22 100:10
  105:7 106:5
  107:9,14 109:4
  114:3,20,24
  115:5,6 117:6
  117:10 121:13
  125:13 126:11
  126:20 127:19
  130:7,15,18,19
  131:8,16
  136:25 137:6
  139:24 140:24
  141:11,17
  142:19 143:3
  145:4,22
  146:21 148:7
  148:16 149:25
  154:24 156:22
  157:3,20,22,24
  158:25 159:5
  159:13 161:19
  162:13,23

163:3,4,7,8,11
  163:12 168:6
  168:13,22
  169:7,13
  171:20,23
  172:22,25
  173:19 175:17
  176:20,23
  177:3,24
  178:13,22
  179:6,15,18,21
  183:9,14,17,25
  185:4 186:9,10
  186:22 187:10
  187:11,14,17
  187:20 189:18
  189:21 191:12
  192:4 193:19
  197:3,4 199:8
  199:12,21,25
  200:9,14,20
  201:13 202:3
  202:11 203:13
  203:17 204:19
  205:3 214:7
  215:21 219:25
  220:2 221:4
  223:25 226:18
  227:3 228:22
  234:4 237:5,11
  237:12,18,24
  238:20,21,23
  239:2,5,15
  240:17,20
  241:13 243:3
  248:2,8 249:6
  250:2 254:25
  255:6,23 256:9
  256:11,24
  259:17 260:20
  261:23 264:2
  264:11,17
  265:13 266:7
  266:19,20
  268:5 270:8,9
  270:12,16,24



271:5 272:16
272:22 276:21
276:22 277:2,3
277:7,17
278:19 279:20
283:19 284:8
284:16 285:18
289:10 290:4
291:4,22
292:17,25
293:3,4,7 299:9
300:19 301:9
304:19 305:14
305:18 306:21
306:24 307:25
308:2 312:6,24
316:3,13,23
318:8 319:24
321:10,20,21
322:4 324:25
328:6,9 333:23
337:6
**correcting** 53:20
**correction** 53:14
**corrections** 341:7
343:3
**correctly** 72:22
153:16 200:18
200:19
**correspondence**
17:8 306:6
308:4
**corresponds**
76:10
**cost** 318:25
**Costco** 99:9,24
**counsel** 6:11,12
6:15 11:13
42:24 53:13
68:18 82:3
91:23 92:2
117:4,7,14,17
118:12 120:3
128:25 129:5
143:9 190:23
236:13 251:3,4

264:24 303:24
327:5 330:22
342:10,13
**counsel's** 83:12
205:25 222:23
241:10
**counter** 241:11
**couple** 44:13
113:12 166:8
326:23 337:22
**courier** 107:9
**course** 55:17
114:7 178:23
181:13 198:25
306:18 323:14
333:5
**court** 1:2,22 3:5
9:2,2 10:20
11:16 19:3,12
19:16,18 20:11
32:7,15,18
40:17 42:11
58:18,22 63:18
79:7,12 89:4
113:5,9 118:20
120:2,7 132:6
132:13,18
134:19,21
140:8,13 164:7
218:7,18 223:8
252:19 264:13
265:4 269:19
273:21,25
276:2,10,11
281:4 286:14
295:22 312:13
320:6,9 326:17
329:12,21
330:9 331:13
337:22 338:2
338:18 339:6,8
342:2,4
**Courteous**
331:15
**courtesy** 43:11
**courts** 217:14

338:25
**cover** 81:22
319:4
**covered** 43:14
**co-steward**
242:15
**co-trustee** 29:5
241:25 302:18
**CO1N** 16:19
186:9 187:25
197:10 199:8
201:16,19,25
**Craig** 1:10 6:3,21
8:13 14:2 18:4
24:12 25:3
43:21 46:25
49:21 50:2 72:7
87:16 90:18
92:20 96:11
97:7,22 101:9
103:5,9,24
106:21 110:13
110:23 111:10
111:13 126:14
148:3,11
149:13 157:20
163:22 165:5
165:11 166:17
167:3,24
175:21,25
176:4,5,11,14
176:16,16
177:12 187:16
205:6 206:7,12
206:14,23
208:14 209:12
209:16,23
210:3,6 212:15
212:23 213:6,6
213:7,8,11
214:13,14,19
226:3 228:12
231:23 232:2
233:4,8,17
234:9,19 235:4
236:3,4,5,8,13

237:22 239:15
240:8 241:5
242:3 246:13
246:20 247:6
248:12 249:15
250:7 253:22
254:24 255:16
255:18 257:11
257:14 258:14
258:15 259:2,5
259:19,20
260:13,17,18
261:6,8,9,12,21
262:9 263:25
266:13 268:6
268:11 270:8
273:22,24
274:14,23
282:8,15
284:21 288:5
289:5 290:6,9
290:18 291:4
291:16 292:3
292:15,21
293:14,22
298:24 299:21
300:19 306:7
306:13,17,24
308:3,25 309:6
309:16 310:13
310:14,20
311:3,9 312:9
314:23 317:19
317:25 319:4
319:10 321:7
321:12,17,23
322:8 323:3
324:10 328:3
328:18,19,22
329:7,13
**Craig's** 57:14
90:22 98:21
104:5,8 105:25
204:23 273:18
274:13 275:7
310:13 319:2

319:17,25
**Craig/Dr** 261:17
**crazy** 285:11,12
285:13
**create** 311:21
**created** 101:11
105:3 229:20
230:3 231:3,4
231:11 310:9
321:11 322:7
**creating** 194:3
201:10 205:7
**creation** 197:7
230:6 309:20
310:6 311:14
311:16 317:19
**creator** 229:14
290:10 315:2
315:10
**credit** 318:22
**credits** 245:20
**criminal** 191:12
**cross** 47:9 334:9
334:10
**cry** 231:17
**crypto** 194:23
**cryptographic**
90:16
**CSW** 239:14
**curious** 282:12
**currencies**
200:13
**currency** 201:12
238:12
**currently** 7:5
10:14 15:4
16:17 21:22,24
22:2 24:17 27:4
27:10 35:22
52:11,22 53:16
53:22 54:25
57:25 180:14
191:17 241:16
256:22 259:12
**cut** 7:22 54:15
89:5 128:25


MAGNA
LEGAL SERVICES

129:4 206:17
cutting 333:13
CW 328:17,22
cyber 97:5
191:12
cyberspace 195:4
Cyrulnik 2:8 6:8
C-O-1-N 16:20
C-R-O-S-S
334:10
C@wyno.ca
255:5

**D**
d 4:2 59:12,14
138:11 215:15
Daniel 2:22 6:14
dare 280:15
dark 147:14
235:17
data 67:8,9,10
73:18,23,25
74:5 87:25 88:3
88:6,8
date 8:8 51:20
92:16 174:15
174:16 184:21
265:15 269:14
321:9 324:19
dated 161:17
174:10 181:2
298:14 322:14
340:20 341:20
dates 46:3 60:8
71:4 132:16
135:17 137:23
138:2 142:21
date's 324:20
daughter 276:8
Dave 89:25 90:3
90:7,7,8,8,9,19
94:16 95:17
96:9,10 97:6,7
97:13,24,25
98:3,13,20
100:17 101:6

101:12,14,19
101:23,25
102:12 103:10
103:25 105:6
105:25 106:17
106:23 107:5,6
110:10,16
111:13,19,21
111:24 112:3
162:10 165:11
167:22,25
168:3 174:19
203:23,25
204:18,22
205:4 206:4,13
208:7 209:4
210:4,6,11,12
210:21,24
211:6,9,11,14
211:24 212:4,7
212:17 216:12
216:21 231:14
231:15,20,24
232:4,6,10,19
233:13 244:13
246:12,22
247:5,7,17,22
248:20 257:11
257:14,17,21
258:2,14,15
260:3,4,7,17,18
260:19 261:2,3
261:23,25
262:11,15
263:8,19,23
268:7,11,20,21
268:25 269:2
273:9,24 274:8
274:13,17,23
277:14,18
278:3,15,19,23
279:4,12,24
282:10,23,25
284:21 285:17
285:21 286:2,5
288:19,21

290:21 291:15
291:16 292:2
292:13 296:22
299:15 300:19
306:7,12,17,23
307:11 308:5
308:19,24
309:5,7,14,16
310:18,19,19
311:8,9,24
312:8,9,9 319:6
319:7,11
320:23 321:14
321:15,19,22
332:10,20
333:4,5 334:2
336:9,10,17
337:3
Dave's 90:24
91:4 208:12,15
209:12 210:3
212:19 247:25
248:14 266:22
272:18 273:7
274:2 275:6,15
284:19 285:8
288:11 289:18
290:3 291:3,25
293:12,17,21
293:25 294:13
294:19,23
308:12,22,25
309:20,25
310:6,7,10,12
311:14
David 1:6 15:24
278:10
David's 208:18
Dawson 2:23
6:17
day 93:3 99:8
152:21 263:15
273:20 282:18
292:3,14
298:19 340:20
341:20

days 263:17
264:8 287:23
288:15
day-to-day
194:13,22
DBH.PDF
307:11
de 2:14
deal 20:3 67:8
87:2,22 88:7,9
152:16 214:17
244:20 260:9
262:4
dealing 37:18
162:3 208:21
208:25
dealings 231:14
dealt 65:3 196:25
208:22
dear 162:13
death 209:12
247:25 333:5
debate 19:9,25
133:16 217:12
debating 81:9
82:7
December 77:16
78:10 109:16
123:19,23
124:2,3,23
125:3 130:14
131:15,20
134:22 135:9
135:16,22
136:8,23
137:13,22
138:21 141:8
142:10,15,22
149:3,8
decent 93:11
decided 27:24
28:3,7 29:17
33:2,24 44:21
131:21 137:10
137:12
decision 51:5

81:4 132:2,2,5
296:4,6
declaration
40:17
deed 171:3 215:7
deeds 179:10
deeply 318:23
DEF 4:4 11:6
default 218:17,20
218:22 219:23
220:10 221:13
329:17,22
Defence 24:23,24
25:13,16,17,22
35:8 48:20
50:12,15,18,23
163:6 166:25
167:10,15,20
167:23 178:17
179:5 180:5
181:16 189:10
189:14 211:10
215:19 216:2,8
216:16,17,25
217:7,15
218:11 219:25
233:8 243:2,13
243:16 244:6,8
259:4 283:5
336:19
defendant 1:10
2:13 6:11 78:23
78:25
Defense 1:7
165:25
defined 173:19
defining 166:10
definitely 50:4
60:7 65:18
89:21 92:18
109:18 216:15
260:22 309:25
319:5 321:7
DEF_00002414
321:9
DEF_00050985



322:18
DEF_00050990
325:12
DeGracia 232:22
233:4
delays 81:3
delete 313:14
315:6 316:13
316:22 317:25
deleted 315:8,9
315:12 316:9
delling 181:11
demand 270:14
DeMorgan 15:13
15:19 16:3,6
168:8,14 169:2
169:7,13,15,21
170:13 171:23
172:5,6,10,11
172:11,14
175:7,16,16
177:16 178:8
178:16 180:4
187:7,10 188:3
188:6,10 193:7
199:12,21,23
214:16,18
215:7 220:15
224:22 225:23
225:24 226:21
227:7,12,16
240:2,4,6,13
244:17 255:15
255:19 268:25
DeMorgan's
240:7
Denariuz 20:23
21:6,7,7,22
67:24 72:11
73:7,11
Denis 29:3 45:4,9
72:4 106:21
123:23 125:3
126:20 127:16
127:17 128:4
128:12 129:18

131:25 135:18
137:5 139:10
141:7 142:14
146:12,21
147:5 148:5,8
149:16 150:12
235:25 241:23
241:24 242:15
324:25
denying 285:24
Department
259:4 283:5
dependent
144:10
depends 99:6,10
247:3 285:20
deponent 341:4
deposited 262:17
deposition 1:12
5:2,23 6:6 7:10
9:6,16 10:25
11:17 19:2,18
30:15,19,21,25
31:14 32:5
118:9 123:9
215:3 236:15
252:24 261:19
297:16 320:5,8
330:25 331:22
337:24 338:10
338:14 339:10
341:5,6 342:6
342:11
derivatives
200:14
derived 336:12
336:21
Describe 238:19
described 121:22
173:14 253:10
describes 128:14
176:10 191:23
describing
175:16 238:20
description
121:21 193:9

194:7 195:6
design 202:19
desire 42:12
desired 56:7
341:7
desperate 94:3
despite 316:11,21
detail 69:11
173:15
detailed 17:16
79:9
details 40:7
180:7 213:22
220:8,11
248:12
determine 156:5
227:24
determined
156:3 227:11
develop 190:5,16
308:24
developed 167:10
developers 246:4
283:24
developing
191:11 318:23
development
202:17 288:22
308:13,23
309:9
device 96:22
Devin 2:11
dialled 210:25
dictating 133:20
died 114:19
174:20,21,22
209:4 210:6,11
211:24 212:4
260:17,18,21
260:22 262:6
262:15 263:19
263:23
dies 174:19 175:2
212:10 263:8
difference 35:5
172:7

differences 35:6
different 10:19
15:3 20:8 40:18
42:18 45:13
62:20 64:11
65:3 71:5
165:13,16
168:25 176:7,8
181:21 184:16
184:25,25
185:24 188:11
191:18 199:15
217:11,13
221:15,15
245:25 276:17
difficult 42:15,16
42:17 43:7 93:4
111:14 205:2,6
309:2
difficulties
156:12,22
difficulty 17:19
59:10 156:11
333:13
digital 93:22
229:21 230:3
300:17
direct 254:13
309:11
directed 302:24
303:3 332:6
direction 189:4
directly 14:21
141:5 150:19
181:25 221:19
237:4,8,10,17
297:9
director 13:4
14:10,15,18
15:2,5,9,12,21
15:22,25 16:2,6
16:10,12,23
18:5 21:8,11,12
21:22,24 22:2,4
22:10,23,25
23:20 24:7

25:25 26:6,10
26:23,25 27:5
27:10,19,21,24
29:17 33:3,24
36:15 37:25
60:15,16,17
96:25 139:10
141:7,14
164:17,25
167:9 169:6,12
169:20 174:4,7
174:8 181:15
183:24 184:11
184:13,14,15
184:17,24
185:4,7,9,13,23
186:3 187:2
188:3 193:7
198:24 199:21
199:23 213:9
226:20,21
244:17 248:20
253:19 268:24
311:20
directors 12:20
13:10 16:17
17:12 24:4
26:19 27:25
28:10 35:20
36:2 187:12,23
192:17 210:18
210:19
directorship
248:19,22
disagree 9:13
20:14 79:16
133:17 317:3
338:17
disappointing
203:5
discharge 82:2
disclosed 328:12
discovered 86:19
discovery 252:18
discuss 144:22
161:2



123:19 188:25
204:18 205:13
205:14 206:3,5
290:21 291:15
**discussing**
135:12 138:18
207:4 266:10
291:16
**discussion**
137:16,18
191:7 233:7
271:13 277:4
**discussions**
204:22 233:4
249:17,24
253:8,9 281:15
290:11 292:20
**disposal** 57:7
**dispose** 128:14
**dispute** 39:18
97:15 143:22
180:3,12
189:20 190:8
190:15 191:14
192:12,19
193:7 195:13
197:12 202:22
244:23 327:15
327:18
**disputed** 330:13
**disputes** 244:16
244:25 245:4
**dissolved** 23:8,9
23:13,14,17,18
272:25 273:5,6
**DISTRICT** 1:2,2
**DK** 279:3,7
**document** 13:10
13:17 16:25
17:2 22:23 30:5
30:6,13 31:24
31:25 32:2,17
32:19 33:9,11
41:25 44:6,14
44:18 68:12
69:7 70:9 74:15

88:24 89:5,18
91:18 92:7
115:21,24
118:24 119:15
119:18 123:21
124:21 125:8,8
125:10,11,12
125:20 126:10
126:11,17
127:3,10
129:10 130:6
130:13,18,21
131:8,22 135:5
135:14,21
136:6,12 137:5
137:6,9 138:4,4
139:5 142:10
142:19,21
144:22,25
145:7,8,13,14
145:17 156:8
161:17 162:7
165:22 170:5,6
171:7 172:3
173:18 177:9
177:15,25
180:13,25
181:8,14
182:10,19,23
183:4,7 185:18
186:12 190:22
190:25 191:2
193:6 195:19
196:4 198:9,17
198:23,25
199:9,10,14
200:23 215:13
216:19,24
222:7 227:19
237:3 238:16
239:11 240:19
249:4 254:20
261:9,10,11,13
265:5,12
269:21 272:11
276:17,21

281:7 286:21
298:3 304:22
308:9 312:17
320:4,13,14
321:8,10,13
322:11,14
323:22,23,24
324:18,21
325:4 327:13
**documentation**
41:22 45:24
**documented**
176:6
**documents** 30:6
30:18 40:18
68:23 72:18
73:9 78:24
89:14 91:24
92:6 122:23
123:17 134:24
136:16,21
142:11,13,17
142:23 143:3,6
146:9,13
147:17 150:8,8
179:24 199:16
222:11,18
223:14 224:23
225:5,6 227:17
227:25 228:11
228:20,21
253:2 306:20
306:23 313:19
314:18 324:2
325:25
**dog** 294:13
**doing** 28:10
46:25 47:16
81:24 92:9 97:6
97:7,11 110:22
111:16 128:7
128:24 131:6,6
131:10 140:14
140:16 155:22
165:6 194:8
195:6 214:19

235:20 236:16
245:7 246:3,6
253:5,20
257:11 258:22
297:3 301:16
309:16 310:21
315:14 320:4
335:20
**dollars** 200:8
218:12
**domain** 305:22
305:23
**door** 54:16 291:7
292:20
**doors** 290:8
**doubt** 89:13
180:15 181:3,7
181:14,16
195:18 225:12
307:5,7
**Dr** 6:3,21 8:13,19
9:16 10:15
17:23 18:16
24:21 30:21
35:12 40:25
56:3,8,18 60:18
61:16 74:25
79:22 83:22
85:7 86:12
114:13 116:10
123:12 126:14
132:21 141:20
144:22 145:18
149:14 150:17
150:20 151:16
151:17 152:7
153:24 154:14
155:9,9 158:12
162:23 164:15
168:15,21
171:19 174:6
181:3 187:16
214:6 236:14
236:20 238:8
254:25 261:6,8
270:8 272:15

272:18 275:8
276:24 277:10
282:15 285:7
288:19 290:2
292:16,25
294:3,18
298:10 316:5
332:19 334:9
337:10
**draft** 45:7 179:11
196:10,21
197:16,16,16
197:17 198:8
198:11,14
199:18,19
256:20 259:13
**drafted** 80:7,8
**drafts** 199:15
299:7 325:20
325:22 326:4
**dragged** 315:19
**Dragon** 319:22
**dramatic** 302:2
**draw** 9:21 26:16
**drawn** 89:18
230:17
**drive** 54:9
**drugs** 47:7 56:13
235:11 310:25
**due** 43:6 207:13
274:2 318:22
**duly** 5:5
**duties** 28:3 82:2
**duty** 242:18,18
**dying** 232:6
248:5

---

**E**

---

**E** 2:2,2 4:2 343:2
**earlier** 21:23
23:7 24:2 38:24
88:2 157:19
164:22 168:12
169:4 176:20
185:3 198:23
203:20 247:21



265:21 333:2
**early** 27:18
142:16 194:2
214:16 245:6
317:21
**easier** 276:20
**eastern** 266:2
**easy** 68:24
**eat** 206:24
**eating** 157:5
**economy** 220:18
**EC1N** 1:19 2:21
**edit** 101:14
258:15 319:6
319:12,17,19
319:25
**edited** 98:21
101:16 232:12
246:24 319:9
**editing** 246:23
319:16
**educational** 9:3
**effect** 205:5
**efforts** 316:11,21
**eight** 92:15
162:15 170:4,7
184:18 262:19
262:20 263:12
264:6
**either** 13:11
16:14 21:21
23:8,13,17
54:15 61:7
115:14 121:12
155:9 164:21
182:25 232:21
233:22 237:3,8
240:11 249:13
259:2,13 269:8
274:6 307:18
333:8
**electronic** 90:18
90:21 95:21,22
95:23 96:11
104:5 148:12
**Email** 2:6,10

**emotional** 311:24
**employed** 26:8
26:10,13
342:10,13
**employee** 342:13
**employment** 9:4
17:7,13,18
**enable** 192:9
197:7 201:10
202:17
**encrypted** 106:13
106:15,23,25
107:5 146:25
147:18,23
149:23,24
150:2
**encryption**
202:20
**ended** 232:5
245:3 255:10
255:11 258:22
301:17 335:5
**ends** 113:13
**engineering**
183:13
**England** 77:3
**English** 9:2,12
19:3,12 20:11
79:7,12,15 80:9
99:13 252:9
334:11 338:20
338:25
**enquire** 83:17
**ensued** 213:24
**ensure** 242:18
292:2 294:24
**entered** 211:6
**enterprise**
245:13 246:2,9
257:8 258:10
**enterprises** 245:9
258:9
**entire** 163:3
259:21 260:4
261:22
**entirely** 17:5

148:6
**entirety** 30:16
31:14 32:9,13
**entities** 12:10,14
14:14 142:6
168:22 181:14
183:12 188:6
188:11 255:13
255:16
**entitled** 17:6
272:19 274:7
**entity** 13:11,16
13:17 35:11
48:7 172:13
187:5 188:14
189:18 192:16
193:8 211:10
216:6 240:8
336:22
**entry** 319:2
**error** 303:23
**especially** 7:14
68:18 263:7
**Esq** 2:7,11,17,22
2:23
**established**
169:15 192:16
192:22 198:23
327:19
**establishing**
189:4
**estate** 1:6 212:20
247:17,25
249:24 266:22
266:23,25
267:5 272:18
273:7 274:2
275:6 333:4
334:2 336:2
**estimate** 110:8
110:12 113:17
113:19 303:15
**evaluation**
183:13 199:7
**events** 121:21
**eventually**

161:21
**everybody** 5:19
11:25 58:14,15
58:16 295:16
**evidence** 161:2
306:8,12 340:6
**exact** 46:3 92:17
92:20 97:23
135:4 169:18
251:24 303:11
325:18,21
**exactly** 45:10
61:4,6,25 62:14
81:7 95:6,11
97:8 123:12
134:20 148:20
153:7 156:16
158:14 192:6
221:5 234:12
293:8,12,25
294:11,13,23
300:9 306:25
311:7 317:6
338:9
**examination**
340:7
**examiner** 3:3 5:3
5:7,8,16 11:19
11:24 32:6
55:15,21 58:8
58:10,13 91:11
112:8,24 113:3
125:22 126:3
160:24 164:3
170:21 184:4
207:13,19,24
223:3 265:8
272:9 275:17
275:25 276:9
276:13 295:14
295:18 320:10
326:21 327:2,8
333:17 337:16
337:20 339:5
340:2,17
**example** 56:6,11

71:11 84:25
302:21
**examples** 56:6
**Excel** 21:3
**exception** 13:2
**exceptionally**
204:4
**exchange** 148:5
200:5,12
210:13 240:15
250:5 284:20
339:3
**exchanges** 200:7
251:5 271:12
**exclusion** 117:17
**excuse** 24:19
49:12,17 63:9
129:3 160:13
160:16 247:4
271:3 294:13
321:15
**executed** 129:25
**exhibit** 4:3 10:24
10:25 11:2 12:7
32:4,8 68:14
74:9 88:24
91:11,13 103:8
103:9,13 119:4
119:5 123:9
126:3,7 164:22
166:12,13
169:3 170:22
170:25 181:4
184:5,8 215:3,6
226:10,12
254:15 256:3
265:7,8,11
269:19,20
272:8,9 276:18
276:20 281:3,5
286:13,15
287:2,5 297:25
298:2 304:10
305:6 312:14
312:15 315:22
320:11,13,15


MAGNA
LEGAL SERVICES

322:11 327:8,9
338:7
**exhibits** 30:19,25
31:15
**exist** 16:3,7 36:22
37:3
**existed** 45:22
**exists** 45:22
**expect** 81:20
157:13
**expectation**
240:24
**expected** 204:8
**expecting** 81:22
**expedite** 5:22
**expend** 302:25
**expended** 71:19
302:22
**expenditure**
51:25
**expensive** 45:4
**explain** 19:7
52:14 103:10
160:14 206:15
248:9 310:15
331:8
**explained** 95:11
95:13,16
158:21 159:7
184:12 222:8
314:22
**explaining** 331:7
**explanation**
79:10 94:6
**exposure** 317:13
**express** 152:17
152:24 309:2
311:4,10
**expressing**
153:16 280:8
280:15
**expression** 99:16
166:8 289:22
**extended** 112:15
**extent** 83:20
133:2 134:6

140:2 154:11
297:18
**extra** 42:21
**eye** 153:19,22
280:11
**e-mail** 2:16 69:12
92:13,13 94:7
94:15 96:17
97:16,19
103:19 107:24
107:24 108:3
146:24 148:16
148:17,20
149:17,20
150:3,10
156:10 158:10
162:17 226:22
226:23 227:3
251:4 254:24
255:5 256:10
256:14 265:19
267:18 268:14
268:23 269:10
269:11 270:7
271:2,4,12,19
272:6,13 274:4
276:16,23,24
277:4,6,21
278:12 279:8
279:15,19
280:9 283:8
284:11,24,25
288:8 290:23
291:2 292:9,13
292:15,23
293:5 294:8,10
298:14,17
299:5 304:5,12
304:14,15,22
305:11,15,21
307:6 312:21
312:23 315:24
316:10,16
318:7 320:22
320:22 327:14
327:15,18

329:10 338:7
339:3
**e-mailed** 68:20
68:23 226:18
**e-mailing** 65:5
**e-mails** 64:25
66:19 71:5
86:17 92:3
108:9,24 109:8
251:9,17,18,25
252:6,7,10,11
252:14,23
253:8 254:2
269:24 281:24
282:3 290:20
299:11 304:11
307:18,24
311:6 335:3
**e-wallet** 202:2

---

### F

**face** 19:9 247:8
280:10 311:7
**Facebook** 61:4
315:7,12
**face,as** 295:9
**fact** 8:12 43:5
56:24 73:15
81:14 129:3
131:5 135:12
169:15 178:3
308:25 310:12
334:20
**factual** 297:6
**fading** 332:2
**fair** 5:13 12:13
17:11 21:19
93:18,19 100:6
110:18 113:20
121:10 156:13
165:3 168:14
171:19 194:6
195:6 212:22
212:22 224:17
271:11,14,25
272:4 338:3

**fairness** 18:25
**faith** 144:17
**faithfully** 82:2
**fall** 9:10 17:12
19:4 42:19,20
79:8
**falls** 19:10 79:14
**false** 141:17
224:23 225:8
**familiar** 171:8
192:24 224:24
224:25 256:17
**family** 33:18 78:7
116:8,10,16,21
156:13,22
157:9 163:3,3
170:14,14,18
172:5,10 175:6
180:4 209:10
209:11,11
220:13 237:5
237:11 242:2
303:14 315:4,4
327:20 328:23
329:8
**family's** 241:12
305:25
**fantastic** 231:23
**far** 5:13 12:10
41:10 50:20,25
74:15 109:10
109:17 198:14
205:10 247:14
279:7 321:19
323:22 324:2
**fast** 201:11
**father** 22:21
208:12,15,19
210:8 248:5,6
248:14
**favourably** 254:9
**February** 22:12
**feel** 19:15 42:11
207:14 285:3
**felt** 94:21
**Ferguson** 2:22

6:16
**Ferrier** 87:18,20
**fiduciary** 242:17
**fifteen** 156:9
**fifth** 119:7
**fight** 92:19,21
95:3 152:21
257:23 258:4,7
273:20 338:18
**fighting** 257:15
**fights** 95:8 97:22
152:19 158:3
**figure** 83:14
114:12 250:22
250:23
**file** 10:21,21
11:10 95:21
96:11 106:13
106:15,23
107:3 147:18
147:23 148:4
149:23,24
150:11 152:3,8
155:8
**filed** 117:13
216:25 221:9
249:5,7,14
**files** 90:18,21,21
95:22,23 104:5
104:8 107:3,5
151:2,4,6,10,11
151:12,17
152:10,14
153:25 154:4
154:21 155:5
155:14,21,25
156:2
**filing** 118:19
**filled** 246:3
**filling** 245:25
**final** 196:8,20
199:19 254:4
300:16
**finalising** 288:2
337:24
**finances** 158:13



**financial** 37:21
68:3 156:12,21
157:8 163:22
178:19 180:9
246:4 263:2,5
**financially** 93:4
342:14
**find** 19:16 96:19
130:10 224:7
224:19 254:14
293:16 306:16
**finds** 80:9
**fine** 112:23
160:16 207:16
207:17 276:6
276:11 286:19
294:22
**finessed** 39:10
**finish** 7:16,21,22
7:25 22:17 81:2
81:8 190:16
191:4 263:22
275:20 330:11
333:16
**finished** 202:24
203:3 308:20
**firm** 6:7 17:8
36:21,23,24
37:2 43:8 44:13
45:2,8 65:25
66:2 69:13 70:6
70:8 88:4
117:19,22
225:20 227:18
228:22 229:8
236:23
**firmed** 44:6
**firmness** 81:16
81:25
**firms** 44:13 45:5
**first** 11:3 25:25
41:18,23 51:13
64:15 69:11,16
69:21 70:16
74:19 86:25
92:7,12 103:14

103:15 119:23
121:20 127:11
128:6 170:13
171:15 196:20
197:16 199:18
209:9,18
230:24 231:6
244:3 252:11
287:15 296:3
311:13 315:22
315:24 316:14
316:16,16
319:3 321:10
323:7,11
324:20
**fist** 47:4
**fit** 78:19 96:14
**five** 33:16,22
58:8,15 71:4
112:9 113:4
175:4 223:4
224:9,11
256:16 266:12
268:24 295:15
295:16 304:14
304:15 318:16
328:16
**FLEXNER** 2:4
**Florida** 1:2 2:5,9
2:15 19:11 20:8
39:12 132:7,13
132:15 133:12
134:17 336:19
336:22 337:5
337:12
**focus** 74:18 94:10
194:11
**focused** 215:15
**folks** 69:13 84:11
**follow** 31:4 42:17
175:9 223:11
261:19
**following** 333:4
**follows** 5:6
242:19
**Fong** 122:22

**food** 93:11 157:2
160:6
**foregoing** 341:5
341:5 342:6
**forensic** 100:13
313:14,19
314:14,17
**forensics** 97:6,7
97:11
**forged** 181:2,2
306:19,20
**forgeries** 78:25
**form** 29:6 38:19
39:15 43:17
51:8 52:2 57:9
60:23 61:9,21
62:9 63:3,7,10
63:11,12,15,17
63:23 64:3
67:21 72:23
75:3,22,23 80:7
80:8 85:18 87:8
89:7 99:5 100:2
100:24 102:23
104:22 105:8
105:12,17,20
106:6,19
116:13 121:15
121:16,24
125:17 135:23
136:18 140:6
140:10 144:8,8
156:15,16
159:2,24 160:7
177:19 179:11
198:14 217:20
218:3 220:3
222:5 243:9
245:12 251:10
252:5 253:4
275:11 289:13
289:15 301:22
302:14 308:15
312:3 313:21
316:24 334:6
335:15 336:4

337:8
**formal** 41:25
211:5
**formalisation**
43:15
**formalise** 317:21
**formalised**
239:10
**formally** 5:24
44:22 119:10
**format** 11:8,10
**formation** 43:16
45:19 89:17
234:19 241:6
**formed** 38:16,22
41:21 48:18
49:6 50:6,12
55:12 60:5
240:8 255:16
**Former** 321:23
**forms** 245:25
246:4
**formula** 90:22
96:2,3,12 105:4
**formulas** 104:15
**forth** 31:23 65:6
78:3 86:17
270:23 335:4
**forthright** 296:12
**forward** 6:13
19:19 20:15
151:21 267:18
271:3
**forwarded**
150:19 282:2
298:18
**forwarding**
281:24
**forwards** 149:13
265:20
**found** 68:19
96:17 235:10
257:24 262:12
308:5 309:2
316:12
**four** 52:23 53:2,4

53:16 54:24
55:5 74:15
118:24 165:5
186:16 187:6,9
188:6 199:7
203:11
**fourth** 264:5
316:18
**frame** 20:16
27:18 149:10
209:7
**frankly** 42:19
45:3 86:17
92:15
**Freedman** 2:8,11
6:7,8 39:16
326:15 338:11
**freedom** 310:25
**frequent** 114:5
**frequently**
113:25
**friend** 98:14,15
115:19 231:15
246:22 274:14
275:15 310:13
312:10,10
**friends** 242:8
292:2
**front** 21:14,17
62:2 73:13
74:11 79:3
91:16 160:15
160:17 170:9
172:19 174:11
181:18 193:13
195:16 197:15
198:2,4 219:14
220:18,19
221:25 222:19
248:16 287:2
**frustrated**
110:24 158:2
158:13 335:17
**frustration**
163:22
**fulfil** 28:2 51:11



54:3
**full** 6:24 23:21,24
24:25 27:14
52:12 53:2,18
53:23 54:25
55:2,3,6,7,8
142:11 318:22
**fully** 30:25 81:25
**function** 151:20
**functions** 148:20
**fund** 47:15 93:24
**fundamental**
201:12
**funded** 48:4
255:20
**funding** 52:8
214:18
**funds** 48:7
**Funny** 107:20
**furnished** 340:5
**furniture** 238:11
**further** 17:21
47:23 56:2,18
57:22 147:16
337:14 342:9
**future** 93:24
**F-U-L-L** 53:19
53:23

**G**
**gambling** 162:10
**gaming** 162:11
**gaps** 252:12
**general** 46:11
110:9,22 135:7
149:9 194:7
234:22
**generalise** 259:7
**genius** 288:20
**gentleman** 313:2
**getting** 52:19
94:3 135:18,20
136:21 180:22
206:12 271:22
275:17 333:15
**give** 8:5 9:14,24

10:20 23:6 42:6
42:8,22,24
52:20 55:18
58:15 63:24
94:6 113:19
134:11 135:4
141:5 142:16
143:5 145:17
145:19 146:7
146:15,17
148:12 150:17
151:17 180:9
182:2 186:8
188:21 209:7
210:7 249:19
250:17 263:4
273:14 276:19
299:8 300:17
303:14 319:14
335:7,18
**given** 92:6
105:10 154:4
213:13 264:3
273:10 340:7
**gives** 283:8
**giving** 145:2
250:6 309:17
318:22
**Gizmodo** 300:5
**glad** 121:2
**glance** 70:8
**globally** 195:3
**go** 12:16,23 18:25
19:18 27:6
40:23 43:13
47:25 54:12
61:12,23 69:10
70:16,17 74:7
74:20 86:2,8
89:16 91:9 94:7
95:15 99:9
100:15 103:8
113:3 118:15
120:17 122:6
126:7,9 127:2
128:7 129:9,10

131:17 133:24
134:21 138:3,8
138:9 139:8
143:11 149:6
150:25 151:9
151:23 156:9
164:5,21
165:15 169:25
172:3 173:16
173:24 182:17
189:23 190:10
190:11,13
191:22 193:3
193:14 197:5
197:22 198:8
199:2,2,5,5,16
199:24 206:23
207:18,19
214:20,25,25
215:12 221:19
226:7 236:17
238:15,17
252:11,15
254:2,22 256:2
256:6 258:11
262:7 264:23
265:3 267:17
268:19 272:7
273:3 279:2
280:4 281:2
285:15 286:12
292:23 295:19
296:3 297:18
298:13 302:7
303:20,21
312:11 314:2
315:21,22
318:5 324:17
326:15 327:5
330:12,17
337:22
**God** 263:11
**goes** 45:21 79:21
81:5 128:14
160:24 279:14
282:8,17

**going** 5:17 7:18
7:20 8:23 10:18
11:19,25 12:17
13:8,13 17:14
17:16,17,21
19:2,4 20:4
43:24 44:21
45:16 47:10,11
47:14 58:18,22
63:17 68:19
74:18 81:3,8,19
82:5,7,12 83:17
85:17 91:22
93:7 94:10
95:12 99:12,24
104:21 112:14
113:5,24
120:17 121:8
122:9,10
123:20,23
124:25 127:5
132:19 133:4
133:16,23
134:6 135:14
137:15 140:2,5
140:7 143:11
144:9,25
148:16,22
149:9 150:21
154:14 157:10
158:2 161:10
162:16,19
164:7 175:10
190:11,15,25
197:6 208:15
209:3 210:12
211:9,14,15,19
218:2,25 223:8
228:9 229:2,18
230:13 233:22
249:20 250:16
252:8,21,25
255:11 261:11
261:12 273:14
275:21 281:9
282:12 283:8

287:9,14
291:10 293:16
294:8 297:21
320:2,3,3,19,20
320:25 325:23
326:17 330:24
331:21,23
334:17 338:17
339:9
**gold** 87:17
**Goldstein** 198:13
203:18
**good** 7:17 50:11
58:9 66:24
111:18 122:6
144:17 156:18
158:22 182:24
193:25 208:23
210:10 219:20
228:16 251:21
267:15 288:15
333:16 339:6
**goodness** 273:18
275:7
**Google** 266:14
**Gordon** 76:13
291:8
**Gosh** 59:13 65:12
66:13
**governing** 30:17
332:7
**government**
195:2
**governments**
311:2
**governs** 30:24
**grammatical**
319:21
**grammatically**
319:24
**grand** 187:13
**Granger** 15:20
**great** 47:21 54:13
69:11 74:13
103:23 121:5
121:10 152:16



231:22 253:15
306:2 320:12
**Green** 3:3 7:12
58:8 295:20
340:17
**Greenberg**
314:18
**guess** 62:19 69:6
94:10 115:21
145:13 214:23
242:13 267:18
298:18 309:4
**guys** 111:12
112:14,17,23
157:22 165:5
165:10 252:4
266:18 267:5
271:13 285:7
288:10 289:12
289:17,23
293:5 330:14
**g-mail** 305:22

**H**

**hacked** 86:15
88:24 89:6,14
180:16,19,21
180:21,25
181:24 225:3
228:14
**hacks** 78:25
**half** 203:4 280:12
302:12 319:23
**Halton** 1:18 2:20
**hand** 12:10
279:23
**handed** 181:23
**hands** 307:21
316:23
**hang** 111:15
**happen** 40:5
77:15 137:15
200:25 221:20
334:20
**happened** 9:15
23:25 27:25

44:16 82:14
84:18,19,24,25
107:14 113:25
122:2 131:24
202:24 209:18
209:21 220:23
221:16,17,21
260:16 272:24
287:12 297:5
309:23
**happening**
136:17 146:23
266:18
**happens** 80:13
120:11 128:23
146:3
**happy** 17:15 19:8
19:8 79:5 80:25
156:17
**hard** 52:14 110:8
206:20 307:23
**hardware** 165:7
**hash** 330:15
**hate** 67:19
255:25 284:23
**hay** 229:16
**head** 234:16
235:2
**headed** 190:20
**heads** 282:19
**hear** 230:24
247:19 332:8
**heard** 79:25
124:13 153:14
165:24 166:2
206:12 230:23
**hearing** 59:10
207:8 333:17
**hearings** 132:13
**heart** 273:18
275:7,8
**held** 14:5 34:25
61:16 90:11,14
105:6 106:2,4
106:17,23
107:6 139:21

139:23 140:20
140:24 146:9
159:21 163:7
163:19,20
175:15 178:3
180:5 181:15
233:20,25
234:13 237:16
239:25 303:13
**Hello** 206:22
**help** 20:15 45:6
80:4 83:11
101:6 106:16
125:22 299:12
319:6 324:7
**helped** 38:19
101:14 106:15
258:15,18
323:3
**helpful** 252:11
**helpfully** 53:13
**helping** 56:8
**helps** 198:7
**hereto** 342:14
**Hey** 246:24
**hi** 8:5 102:15
282:8 304:18
306:3
**hiatus** 82:15
**hide** 318:5
**high** 9:2 19:12
20:11 36:16
194:11
**higher** 267:14
**HighSecured**
36:10,17,19,21
37:4,7,18 38:6
59:6,13 64:21
64:23 65:11,22
66:5 67:4 88:3
88:4 232:25
**hints** 317:16,24
**hire** 275:3
**hired** 169:2
188:10 311:20
**history** 9:4 17:7

17:13,18
313:15,19
314:14
**hmm** 12:12 18:14
18:14 69:24,24
70:19,19,22
78:13,13 108:5
108:5 119:14
119:14 120:16
120:16 127:4,4
127:8 151:13
151:25 152:6
193:16,16
215:17,17
257:6,6 282:21
282:21 283:16
288:17,17,24
288:24 299:18
299:18 307:22
307:22 315:25
315:25 317:9,9
**hobby** 245:11,12
246:8 257:11
258:5
**Holborn** 1:18
2:20
**hold** 24:19,20
34:22 48:19
90:9 103:10,25
107:6 149:9
170:17 233:22
291:10
**holder** 50:22
**holding** 93:15
131:12 159:11
159:12 163:5,9
168:15 187:23
199:11 239:20
**holds** 24:17,22
25:12 26:4
34:12 48:11
60:10 94:16
141:2 163:14
175:8,16 237:3
237:7,10 241:9
**home** 76:11,18

76:20,21,24
77:4,9,12 78:10
78:12,14,15
82:14,18,21
83:21,25 86:15
263:14 284:4,5
339:7
**honest** 40:8,11
94:25 107:3
151:22 160:3
179:12
**honestly** 81:25
144:16
**honesty** 140:7
**hoping** 288:3
**hospital** 211:3
**hospitals** 231:22
**hotmail** 305:23
**Hotwire** 13:18
14:3,6,10 185:4
185:8 187:24
189:2,16 190:5
190:15,19
193:15,25
194:8 195:6
199:8 226:23
**hour** 112:20
263:17 264:8
275:18 330:11
**hours** 262:24
265:21 311:8,8
**house** 1:18 2:20
83:2 291:8
299:23 300:6
**household**
163:23
**housekeeping**
295:21
**HR** 186:5 193:24
**huge** 92:19
**hugely** 228:16
**humorous** 85:22
**humour** 271:18
**hundreds** 163:14
303:16,18
**husband** 6:2



11:14 39:12,24
40:16 61:18,20
61:24 62:7,20
63:2,22 64:10
64:15 77:7,20
91:6 94:23
99:22 100:17
101:3,23
106:16 110:16
111:9 114:2
115:2,15,16
120:14 123:25
130:12 131:19
132:6,12,25
133:4,11
134:16,23
135:20 136:5
152:16 161:21
167:20 208:12
209:11 217:5
218:10 219:23
220:6 221:7
225:11 227:16
227:25 229:11
229:13,15
232:4,9 237:16
241:18 243:19
243:21 244:2
244:11 245:2
245:19 246:11
247:4,15,23,23
249:2,5,12,18
249:23 250:4
250:15 255:10
256:10 263:17
274:6 277:13
277:18 278:9
278:23 279:11
279:18 280:6
281:16 282:24
284:7,21
285:17 286:2,4
287:17,22
288:19 298:9
298:22 299:8
300:8 301:13

302:3 305:18
308:11,12,24
309:14 311:17
311:18,25
312:23 313:10
313:17 314:15
314:16 320:23
325:25
**husbands** 102:4
114:23
**husband's** 21:20
75:14 76:4
98:14,16
115:18 119:8
126:14 175:23
244:15 251:4
296:22 320:5
**hypothetical**
314:12

**I**

**IAAS** 87:22 88:9
88:11
**ID** 189:2 190:7
216:3,7
**idea** 7:17 88:13
88:22 93:5
209:22 282:24
283:2,8 285:10
319:2
**ideas** 230:16
**identification**
11:2 32:8 39:19
68:14 74:9
91:13 119:5
166:13 170:25
184:8 226:10
254:15 256:3
265:7 269:20
272:8 281:3
286:13 298:2
305:6 312:15
320:15 327:9
**identified** 9:3
13:10 40:18
80:10 108:13

127:10 199:20
297:18 321:2
**identifies** 33:11
**identify** 5:20
11:22 22:19
56:25 79:6,16
254:23 320:11
322:13
**ignored** 282:22
**ii** 258:18
**iii** 258:21
**illegal** 47:18
**illegally** 235:23
**illness** 212:8
**immediately**
246:10
**implicitly** 307:18
**importance**
83:16
**important** 7:14
**importantly** 7:21
46:12
**imprecise** 184:21
**impression**
251:21
**inability** 152:23
**inadvertently**
7:23 203:21
**inappropriate**
192:23
**inauthentic**
223:14
**include** 79:22
**included** 104:8
**includes** 238:10
**including** 9:3
142:5,23
146:10 306:23
**income** 336:12
336:21 337:5
**incorporating**
318:25
**incorrect** 126:9
157:25 159:9
196:21 199:17
220:5 290:5

**incredibly**
315:20
**independent**
195:24 268:16
**index** 269:17
303:23
**indicate** 5:9,11
82:4
**indirectly** 237:4
237:9,17
**individuals** 33:16
70:4
**Info** 1:7 165:25
166:25 167:10
167:15,20,23
211:9 215:19
233:8
**informal** 41:22
**informally** 41:21
**information**
21:10 24:9,23
24:24 25:13,16
25:17,22 35:8
39:25 48:20
50:12,15,18,23
110:2 119:12
135:18 155:7
163:6 178:16
179:5 180:5
181:16 189:10
189:14 202:14
203:16,17
216:2,8,16,17
216:25 217:7
217:15 218:11
219:25 220:14
231:2 243:2,13
243:16 244:6,8
263:4 264:3,9
264:19 283:25
285:8 288:11
289:2 297:5
298:10 300:7
311:23 328:10
330:7 334:16
336:18

**informed** 227:15
295:22
**initial** 45:18
309:18
**initially** 152:21
247:14 254:5
**initials** 87:19
**initiated** 115:8
115:11 245:2
**inject** 134:12
**innovation**
318:24
**insinuate** 51:16
**instruct** 20:2,5
63:16 133:16
133:18 134:5
154:14
**instructed** 6:16
261:8
**instructing**
133:10,12
134:14
**instruction**
154:16 228:14
**instructions** 7:13
**integrity** 227:17
228:3,20
**intellectual** 167:9
171:4 172:25
173:9,9 178:2,7
218:23 219:24
220:15 221:8
238:12 240:13
297:19 329:14
**Intelligence**
13:18
**intend** 31:2
**intended** 20:15
47:8 116:5
132:24 235:13
**intending** 41:4
256:20
**intent** 306:9
**Intentionally**
204:5
**interchangeably**



33:8
**interconnected** 195:4
**interest** 83:16 283:10 330:8
**interested** 83:13 253:19 308:10 309:12 342:15
**interesting** 85:13 308:19
**interject** 236:12 337:25
**intermediate** 128:11
**International** 22:8,15 23:21 23:22 24:5,11 25:11 26:14,17 26:20,24 27:4 27:22 28:7 29:12 33:3,25 34:9,25 35:7,15 35:21 48:14,17 48:19,23 50:8 50:10,17,22 93:16 96:5,6 104:20 106:5 111:25 122:24 139:22 140:23 141:2,3,14 146:10,19 158:24 159:22 163:7 234:8 237:24 238:4 238:23 239:7 242:23 243:6 303:4,7,10 322:23
**internationally** 190:6
**internet** 313:13
**interns** 16:22
**interpose** 154:11 261:5,12
**interpret** 140:3 152:17 153:11

295:2
**interpretations** 138:19
**interpreter** 309:6
**interrogatories** 120:5 131:18
**interrogatory** 119:22 120:13 120:17,19,24 121:2,7,9,11,19 121:22 123:13 134:24 136:15 139:9 140:3 144:11
**interrupt** 19:4 81:11 238:6 332:18
**interruption** 128:21
**intervene** 332:11
**introduce** 5:24 6:12
**introduced** 214:15
**invade** 133:7 154:12
**invaded** 134:13
**invading** 132:22 154:18
**invasion** 134:9
**invention** 298:11 301:5,8,12
**investigation** 332:12,23
**investment** 56:7 73:3
**Investments** 122:24 139:23 140:24 141:14 146:11 158:24 234:9 237:24 238:4 242:23 243:6 303:4,10 322:23
**investor** 214:16 267:22,25

**invoke** 133:4
**involve** 263:8
**involved** 9:18 10:14 39:12 51:5 57:13 71:23 73:10,14 166:7,20 167:6 167:20,23 177:5,10 186:22 214:3,6 214:9 233:10 244:15,19 248:4,7 259:5 281:15,18 296:4
**involvement** 102:12,15 284:19 285:8 285:17 288:11 289:18 290:4 291:3 293:12 293:17,21 294:2,19,24 308:12,22,25 309:20 310:2,6 310:7,8,10,12 311:13,14,15 311:16
**involves** 6:2
**IP** 57:13,14,16,20 171:3,4 175:8 175:15,16 176:11 177:16 177:22 178:16 178:25 179:4 180:4 181:15 214:19 215:7 234:16 240:7 317:13
**Ira** 1:6 3:4 6:9 18:18 208:8,21 208:25 213:15 213:17,20,24 214:22 242:10 247:11 248:3,6 248:17,19,21

249:3,9,12,18 249:25 250:3,4 250:16 251:5,8 251:22 253:8,9 253:23 254:9 256:18,19 259:13,14,17 260:25 265:15 266:8,19,21,24 267:21 270:7 271:12 272:15 274:6 276:17 276:24 333:3,7 333:24 334:2 334:16,24 335:13,23
**Ira's** 334:12
**issue** 101:19,21 120:3 261:17 297:20 306:13 325:20 335:14 336:9
**issues** 9:8 119:9 132:23 163:22 251:14 257:15 306:13
**italicised** 318:6
**items** 297:18
**iteration** 41:23
**I,RAMONA** 341:4

───────────
**J**
───────────
**jaded** 180:17
**January** 22:5,11 22:12 108:2,3 109:4,16 124:24,24 125:2 132:10 135:16 137:22 137:25 142:16 142:25 149:5,8
**JBURK** 239:17
**Jensen** 15:24 269:2
**job** 26:23 47:22

80:24,25 210:11 242:21
**jobs** 28:10 93:2 331:12
**jog** 124:14
**Johns** 78:11
**joint** 131:25
**jointly** 322:19
**joke** 85:21 246:8
**joking** 102:9
**journey** 339:7
**judge** 19:11 144:3,6 231:19 310:19
**judgment** 218:17 218:21,23 219:23 220:10 221:13 329:13 329:16,17,22
**Julio** 2:17 6:20
**July** 30:18 269:15
**jumping** 25:6
**June** 76:25 77:2 77:5 86:9 109:11,17 132:14 265:16 266:8 304:23 320:23
**justification** 79:10

───────────
**K**
───────────
**keep** 7:14 197:6 199:3 207:22 272:4 275:23 291:11 299:2 323:13,15 333:13
**keeping** 17:9 278:11
**Kelly** 68:9 69:13 69:17,19,20,22 70:5
**kept** 278:6,16
**key** 54:8,15 90:14


MAGNA
LEGAL SERVICES

90:20 95:17,18
95:18,19,20
103:10,25
104:3,4,7 105:5
105:5 106:2,2
106:18,24
107:6
**keys** 52:12,15,24
53:2,3,5,6,17
53:23 55:2,3,5
55:9,10 90:9,11
90:13,16,24
91:4 94:16
95:16,17 96:4,9
96:10,12
104:16,19
105:2,7 106:4
107:6
**kids** 78:5 93:11
157:5
**kind** 25:21 218:2
**kinds** 86:4
**Kingdom** 1:19
2:21
**Kleiman** 1:6,7
3:4 6:9 18:18
18:18 89:25
90:3,7,8,9
97:25,25 98:4
98:13 99:23
110:10,16
111:8 113:18
114:3,19,24
115:3,4,8,10,15
165:11 167:22
174:19 203:23
203:25 204:18
205:4,13 206:4
207:5 208:7,7,8
212:16 213:13
213:17,20
216:21 231:14
232:10 244:13
246:12 247:16
247:17,23
249:3,24

260:25 263:19
263:23 268:21
270:7 274:6
279:4 286:2
296:22 308:19
320:23 321:14
321:15 332:10
332:20 333:3,7
333:24 334:2
334:24 335:23
336:9,11,17
337:3
**Kleiman's** 333:4
333:5 334:2
**knew** 57:4 58:3
107:24 123:21
132:10 153:5,6
180:20 181:19
236:5 242:4
290:3,6 296:23
314:25 329:20
329:21
**knocking** 290:8
291:7
**know** 7:24 9:19
9:25 13:12
14:17,19,22
16:16,18 17:3,7
18:7,23 21:9,10
21:17,21 23:15
23:15,18,24
24:6,15 25:2,3
25:8,16,21 26:6
26:21,22 27:4
27:13,15,16
35:14,22 36:4,6
36:9,22 37:3
38:18 39:11,17
40:2,4,4,10
47:10,16 48:24
48:25 49:10,13
49:13,14,15,16
49:18 50:5,15
50:16,20,25
53:11 54:4,6,18
54:20 55:9,17

56:14 57:14,15
57:21,24,25
59:19,21 60:2,3
60:13,17,19
61:4,6,13,17,18
61:25 62:7,14
62:16,21,23,25
63:11,21 64:20
64:22 65:20,21
65:22 68:7,9,10
69:18,19 70:13
72:3,8 73:12,24
79:2 85:3,3,5
85:11,12,16,25
86:13,13 87:9
87:15 88:14,20
88:21 89:3,11
89:15,17 90:18
92:3 93:6,12,23
94:4,24,25 95:3
97:18 98:8
100:19 101:8
101:14,16,17
101:22 105:18
106:8 107:4,10
107:16,21,23
108:12 109:9
110:8,12,17,24
111:5,14,14
112:13 114:4,5
114:10 117:2
117:23,25
120:21 124:3
124:23 128:23
129:6 131:5,24
131:25 132:15
133:25 134:20
134:21 137:23
141:15,16,18
142:15 144:5
147:22 148:18
148:18,21
149:24 150:13
151:7,21
152:11,13,15
153:25 154:5,6

154:22 155:2
155:17 162:3
162:18 163:16
164:21 165:4,6
165:19 166:3
166:24 167:2
167:15,18,19
167:21,22
168:7,16,17,23
169:8,9,11,18
169:25 174:8,9
174:15,21
175:25 176:9
177:4,6,14,17
179:13,20
180:7,10,17,21
181:8,9,10,17
181:23,25
182:10,12,14
182:15 183:18
188:18,18
189:11,12,13
189:15,22
191:16,19,21
192:5,14
193:13 195:11
195:20,21
196:3,5,7,8,9
196:10,11,19
196:20,21,23
197:15 198:11
199:18 201:5,8
202:12,12,23
202:24 203:16
203:18 205:6
205:16,21
206:14,15
207:10 208:3
208:21,22
209:9,14,15,17
209:19,20,23
211:2,4,20
213:4,8,19,21
214:21 215:22
215:22 216:4
216:10,11,18

216:19,23
217:5,7,9,17
218:13,14,16
218:19,20,24
219:22 220:9,9
220:17,24
221:2,10,11,12
221:16,17,23
221:24 222:15
223:24 224:2,4
224:15,18,20
225:17,25
226:2,8,17
228:24 229:7
230:19 231:23
232:2,24 233:2
234:7,7,16,17
234:24 235:10
235:22 236:2,5
240:9 241:2,3
242:3,7,12
243:17 244:10
244:13,18
247:7 248:19
249:10,16
250:7 251:6,7,8
251:17 253:5
258:20 260:13
260:15,21,22
261:7 262:21
263:10 265:25
266:4 268:20
268:21 269:2
273:4,5,18
274:21 275:14
275:19 277:13
277:22,23
278:4,9,13,15
278:17,20,22
279:6 280:16
281:20,22
283:6,9 284:17
284:18,25
285:14,21,23
285:25 286:6,7
286:10,11,17



288:12,18
289:7,18
290:13,17
291:18,19,24
293:8,20
294:15 295:8
298:22 299:10
299:20,21
300:3,9,10,20
300:21,23,23
300:25 301:2
301:10 303:9
303:11,17
304:13 307:13
307:17 308:23
309:2,7,24
312:8 315:8,11
317:6,11 318:9
318:10,11
319:7,13,14,18
321:19 322:6,7
322:10 324:4,5
324:13 325:22
326:5 329:20
329:22 330:9,9
333:11 335:2
335:16 336:8
336:15,16
337:17
**knowledge** 9:8
23:16 48:24
50:9,14 71:9
155:4 198:19
221:3,6 222:9
332:11 334:21
335:10,25
336:3,16
**known** 239:10
255:17 300:13
322:19
**knows** 129:4
145:14 154:17
162:10 289:10
**Ku** 68:9 69:13,17
**K-N-O-W-S**
289:10

**L**

**lack** 81:15,24
**lacked** 227:17
**landlord** 205:19
**language** 261:12
**large** 279:8
**late** 229:17
**laughing** 271:7
**laundering** 47:7
56:14 235:12
**law** 6:7,10 9:12
30:2 36:21,23
36:24 37:2 43:8
45:2,5,8 65:24
66:2 79:15 88:4
117:19,22
225:19 227:17
228:22 229:8
236:23
**lawsuit** 6:2 39:12
39:18,24
117:13 143:22
216:24 217:6
217:10
**lawyer** 130:24
131:12 188:19
225:15,18
232:24 236:22
242:5,8 334:16
**lawyers** 21:20
24:10 32:20
40:16 44:4,5
65:4 96:19
107:17 108:7
108:18,19
145:2 150:19
155:9 242:9
330:15
**leading** 245:3
**leant** 311:24
**learn** 260:10
**learned** 154:8
155:4 231:6
**leave** 295:23
330:9

**led** 254:9
**Lee** 203:18
**leeway** 9:14,24
**left** 12:10 59:2
77:12 78:10,14
82:14,20 84:5,6
139:17 168:10
282:10 287:24
319:15
**legal** 3:5 47:3,13
47:18 54:3
56:10 80:8
93:25 117:23
120:8 192:25
213:2 235:8,21
335:19
**legally** 53:10
**legitimate** 235:21
**legitimately**
235:23
**Leon** 2:14
**letter** 70:18,20
74:21,25 75:4,8
75:9,11 76:2
86:2,8,8,20,22
226:14,16
228:6,9,10,25
229:6,8
**letters** 127:20
**letting** 219:14,15
**let's** 15:8 30:8
48:8 58:7 86:8
94:7 97:24
112:6 113:3
122:6 125:15
126:9,25 127:2
127:17 128:6
129:9 139:8
144:14 146:4
160:13 173:16
182:16,17
186:24 198:7,7
199:5,24
203:20 207:17
223:2 227:21
238:15 247:10

254:23 274:14
277:9 281:2
285:15 291:11
292:23 293:9
293:10,11,25
294:12,15,20
294:23 303:20
304:16 314:11
318:4 324:6,17
331:12 333:16
**leverage** 194:12
195:3
**liability** 336:3,20
**liaised** 197:19
**Lian** 22:19
**Licata** 2:7 6:8
**lieu** 267:3
**life** 259:21 260:5
261:2,22
263:25 315:3,4
**lifetime** 310:21
**life's** 93:7
**liken** 54:7
**limit** 317:12
**limitations**
252:14
**limited** 15:13
16:6 17:9 27:16
159:17 172:11
203:21 225:24
227:7,12,16
239:17,22
**line** 9:21 22:18
40:23 41:4
132:20 139:12
141:4 191:2
272:13 291:13
**lines** 9:17
**link** 298:10
**list** 12:10 15:5
23:12 122:19
144:2,5,21
145:4,14 150:9
150:11 221:20
283:14 289:10
**listed** 13:4,16

61:5,8 115:24
164:23 325:3
**listened** 231:19
**listener** 111:18
**listening** 111:6
**lists** 18:11 33:16
126:19
**literal** 153:4
**literally** 190:25
**litigation** 11:13
40:4,6,6,8,24
40:25 41:2,8,8
79:11 117:21
118:3,6 132:21
132:23,24
134:9 154:8,13
**little** 8:4 39:9,10
45:3 78:3
112:14 113:14
116:25 120:21
123:25 124:6
150:21 158:18
204:10 210:10
242:14 247:14
251:12 271:11
275:22 276:19
289:21 305:9
309:10 332:2
**live** 153:21
**lived** 77:10
292:19
**living** 76:12 77:4
77:18 114:13
241:11 291:8
**LLC** 1:7 178:17
179:5 180:6
215:19 216:18
336:19 337:13
**LLP** 2:4,8,14
**loan** 88:15,21
**located** 65:23
**locked** 123:22
124:22 317:14
**London** 1:19
2:21 6:18 7:6,7
83:22



long 8:15 84:13
84:14 113:18
123:22 125:3
165:9 174:18
182:19,20
214:13 230:11
230:17 262:23
302:14
longer 9:18 15:5
15:8 50:3,4
223:5 227:11
227:15 276:7
longwinded 45:3
look 12:9 17:20
23:12 30:7,8
31:19 33:9
35:23 51:14
67:16 68:11,13
69:11 75:25
80:23 86:22
102:7 103:5,7
119:21 125:15
126:25 127:17
138:24 146:4
147:9 149:15
151:18,19
153:22 164:22
172:7 174:11
175:12 182:16
182:22 185:10
188:21 196:22
228:16 237:2
251:25 266:14
277:9 280:10
287:4,19
294:11 297:24
298:5 303:23
305:2 307:7
311:6 312:20
318:4
looked 36:5 62:4
66:22 98:11
150:13 164:22
304:11 308:9
323:23,25
324:15 325:24

looking 12:4
15:19 21:3
30:12 31:24
71:4 92:16
103:12 118:19
143:20 153:19
158:10 170:10
304:9,20
311:23 314:19
looks 118:19
126:15 171:17
256:17 265:18
265:20 267:20
270:17 271:6
277:8 279:17
293:2 316:20
loose 113:13
loosely 100:4,8
246:14,21
losing 333:11
lost 54:8 207:22
lot 16:13 23:8
28:2 37:12
54:12 62:13
71:5 93:3 94:15
97:9 98:21
110:21,23,24
113:22 150:14
150:15 157:5
158:7 159:23
169:6 178:20
179:9 180:14
188:10 190:21
196:24 200:23
200:24 217:15
220:6 230:10
244:19 246:23
262:9 282:2
283:24 288:25
290:7 297:4
299:20,21
300:11,12,16
302:7 309:3
312:9 319:17
319:20,25
lots 86:17 109:8

150:14 179:9
179:10 204:22
244:18 245:24
252:14
loud 5:11
Louis 208:13,19
208:22 209:13
209:17,24
212:16,16
213:10,13,16
213:20,21
247:15,23
249:24
love 252:17
lovely 200:24
231:20
lunch 112:15,25
156:9 164:2
Lynn 168:3
Lynn's 166:6
167:2,4,25
168:5 216:13
233:12

————————
M
machine 150:3
mad 157:20
Madam 32:15
269:19 320:6
magazine 313:3
316:2 318:7
Magistrate
122:21 236:12
Magna 3:5
main 37:10 43:23
56:24 130:2
maintain 84:10
maintained
31:11 84:7,10
major 256:23
making 86:4
157:7 211:25
326:23
man 68:9 69:17
310:9
manage 28:9

managed 36:10
36:16,18 61:19
64:21 311:10
321:24
managing 36:11
37:5 38:7 59:17
59:19,20,21
60:14,18,21
61:4,6 73:17
manner 47:14
102:10
March 1:14
298:14 305:3
305:13 341:10
marital 76:21
mark 11:17 32:4
32:7,16 87:18
87:19 119:3
143:14 166:15
265:5 269:18
marked 11:2
30:16 32:8
68:14 74:9
91:13 119:5
123:8 166:13
170:25 184:8
215:2 226:10
226:12 254:15
256:3 265:7
269:20 272:8
281:3 286:13
298:2 304:10
305:6 312:15
320:15 327:9
marker 10:20
17:13 297:14
338:9
market 202:3
marking 32:16
166:12
marks 318:12,14
married 8:12,16
8:17 10:9,11
114:10 132:22
134:10 162:22
231:9,12 310:8

Master 230:14
masters 230:12
230:13 317:22
material 39:3
materials 175:20
matter 9:12
79:15
matters 9:7
17:17 19:6
100:9,18
198:19 205:13
Matthews 214:9
214:12 255:21
267:19 269:12
271:4 276:25
292:25 293:13
294:11,17,18
304:23 327:16
mature 271:17
Mayaka 29:3
34:5 45:5 49:20
72:4 106:17,21
126:20 128:4
128:12 129:18
129:21 137:5
139:6,11 141:7
141:11,13
142:18 147:6
148:5,8 149:3
150:12,17
151:6 154:2,22
155:14 235:25
236:9,9,21
241:23,24
242:15 324:25
ma'am 7:9 8:8
86:6 109:14
127:15 136:2
170:23 184:6
198:8 202:10
217:8 218:19
218:24 219:22
261:3 262:14
263:18 277:20
279:25 281:7
285:24 292:6



313:24 314:12
314:14 323:12
**McGovern** 2:17
6:19,20 30:11
30:12 31:7,11
39:15 40:22
42:6,14,22
43:17 51:8 52:2
57:9 60:23 61:9
61:21 62:9,18
63:3,7,8,13,23
67:18 68:18,22
72:23 75:3,22
79:25 85:17,25
86:3 87:8 88:25
89:7 99:5 100:2
100:24 102:23
104:21 105:8
105:11,14,16
105:19 106:6
106:19 108:22
108:23 109:20
116:13 117:10
117:19 118:3
120:15 121:15
121:24 125:17
128:17 129:2,7
132:19 133:14
133:19,25
134:4 135:23
136:9,18
139:25 140:12
144:7 154:10
156:14 159:2
159:24 160:7
177:19 192:20
217:19,24
218:25 219:5,8
219:11,18
220:3 222:5
236:11 243:9
246:15 251:10
252:5,21 261:4
261:14 275:10
289:13 301:22
308:15 312:3

313:21 316:24
326:22 330:17
330:20 331:9
331:15,17,25
332:5 333:11
336:7 337:14
**McGovern's**
338:13
**McGregor** 240:8
255:9,12
276:25 316:6
333:20 334:7
335:22 337:9
**McKenzie** 44:12
44:24 45:7
**mean** 13:24 26:9
39:4 44:19 46:3
51:16 52:8,13
52:15 61:3
71:14 77:3 81:7
95:5 98:20 99:4
99:7,16 110:12
114:8 120:12
137:19 166:21
204:9 206:17
206:19 209:10
210:15 213:8
217:22 238:7
238:11,13
242:3,11,17
244:19 247:3
266:11 280:11
280:11,13
283:2 285:19
293:22 294:21
295:7,10
302:24 309:7
310:15,16
311:4,8,10
315:9 316:19
319:16 330:23
331:4 332:17
335:16
**meaning** 41:21
46:4 66:10
218:17 232:18

257:3 278:3,19
291:19
**means** 9:9 31:5
54:3 99:7 171:4
192:6 195:11
201:8 202:13
240:21 278:20
293:18 314:10
317:6 319:16
**meant** 85:22
168:20 212:20
235:16,16
273:12 280:6
280:16,18
292:10 293:8
293:20 307:4
**media** 300:10
315:19
**meet** 8:18 20:15
66:4 97:25
164:5 290:16
296:8
**meeting** 8:22
28:4 29:16,22
33:2,12,22 34:3
34:7 66:7,10
124:23 135:15
138:7,14,16,17
138:17,21,22
138:25 139:4
210:15,17,21
210:24
**meetings** 23:4
66:14 137:21
137:21,24
**members** 29:23
30:3 33:5,18
138:18
**memorialise** 42:2
**memory** 124:15
205:10
**men** 165:8
**mentioned** 49:19
84:6 135:12
225:2 242:22
284:14 315:5

336:14
**mentioning**
315:15
**mentions** 301:8
**mer** 37:24
**Mercedes** 54:13
**message** 147:4
148:23 149:2
149:13 282:10
284:14,15
306:16
**messages** 180:23
306:7 310:3
**MESTRE** 2:14
**met** 5:23 8:21
101:9 106:9
147:5 166:17
166:21
**metaphor** 67:20
**Miami** 2:5,9,15
**middle** 127:5
**mid-2012** 97:21
**million** 163:15
270:15 272:2
**millions** 218:12
**mind** 5:17 7:14
41:18 98:10
112:17 273:13
294:8
**mine** 20:25 50:12
86:18 283:18
286:2 337:12
**mined** 24:17,20
24:22 25:12
26:4 35:8,11
48:19 50:8,10
50:17,23
104:19 111:25
163:6 232:15
232:19 234:13
237:20,23
239:4,6 242:23
243:3,22 244:4
244:6 245:21
278:21,24
279:7,22,24

284:6 286:5
328:8 336:22
336:23 337:5
**minimum** 298:22
**mining** 87:2,6,14
176:20 177:2
177:11 243:15
258:5 279:12
283:22 284:3,4
**minute** 43:9
55:11 113:4
157:16
**minutes** 23:4
55:19 58:9,14
58:14,15,17
81:9 112:9
156:9 160:20
164:4 207:18
223:4 295:15
295:16,18
319:15 326:16
**misinterpreting**
310:17,18
**missing** 252:3
**misstating**
105:14
**mistake** 81:24
**mistaken** 29:10
**mistakes** 197:21
319:21
**misunderstood**
25:7 81:15
**mis-spoke**
116:15
**mix** 267:2 305:9
**MJF** 87:2,6,13
87:19 176:20
177:2,11
**mocking** 272:2
**modelling** 317:17
318:25
**modified** 228:12
**Mohammed** 17:4
18:2
**moment** 79:12
239:21



**Monday** 91:24
293:11 294:12
294:23
**monetary** 57:15
57:19,20
**money** 47:7
56:14 91:7 93:3
94:15,23 97:9
157:22 217:15
218:18 235:11
248:24 250:20
250:25 253:17
253:18,18
262:9 267:6,7,8
273:15 333:8
333:25 334:12
**months** 84:17
175:4 263:6
**Morgan** 220:13
**morning** 222:8
246:16 268:8
**move** 6:13 20:14
77:13 79:19,20
203:20 264:20
**moved** 73:15,19
73:20 76:24
85:6,7
**moving** 82:22
199:3 214:18

**N**

**N** 2:2 4:2
**Nakamoto**
230:21,23
231:4,5,7,10
280:23 290:7
291:17 292:4
292:16,22
293:15,22
294:4
**name** 5:25 6:14
6:24,25 23:21
23:24 24:25
27:14 44:25
67:9 69:16,21
74:5 76:4 89:25

108:15 116:20
165:13 178:13
193:25 214:17
224:2 225:19
230:23,24
232:23 233:2
305:25 320:6
341:18
**named** 69:12,22
89:22 116:19
**names** 65:2,6,8
66:17,20 182:8
**narrow** 20:12
**nasty** 102:9
**national** 200:13
**native** 10:21 11:8
11:10
**nature** 47:3,18
56:11 204:9
205:20 235:8
**nChain** 239:22
240:9,11,16,18
255:11,17,19
296:25 297:2
301:16
**near** 203:9
**necessary** 53:5,6
81:12
**need** 5:9 7:24 8:4
9:19 27:5,6
43:2 48:6 69:10
103:7 111:17
112:17 131:9
185:10 205:16
205:21 207:15
217:25 250:15
252:17,18
259:12 265:3
275:22 280:9
286:22 311:6,7
330:14
**needed** 28:8 67:5
**needs** 42:23
223:5 276:4
293:6 294:6
330:9

**nefarious** 94:2
235:11
**negotiate** 250:16
333:3
**negotiated**
248:10 333:2
**negotiating**
249:11,12
**negotiation**
250:18,21
**negotiations**
213:14,17,24
214:22 247:11
248:4,7,10
251:16,19
252:2 253:9
266:9 270:11
**neither** 324:14
342:9
**nervous** 307:16
**net** 235:17,17
**never** 38:4,8 47:8
50:10 55:5,8
58:3 90:3,6
102:24 116:18
119:16 136:25
153:12 165:21
190:18,18
200:16 202:24
204:18 229:7
232:21 235:13
235:15,16
242:25 247:6,8
279:13 281:18
284:6 286:5
314:3,23
321:19 332:18
332:24 336:14
**new** 76:16 263:4
263:5 277:14
283:14 324:18
**Ng** 16:20
**Nguyen** 16:22
70:21
**nice** 315:4,5
**Nicholas** 2:23

6:17
**night** 93:4 263:15
**nine** 64:8,9
**non-existent**
299:16
**noon** 338:23
**normally** 85:15
**nose** 218:10
**notarised** 119:11
**note** 13:8 30:17
43:5
**notebook** 103:21
**noted** 105:22
192:25 215:18
**notes** 90:22 95:24
95:24 104:5,8
104:10,12,15
104:17,18,25
105:2,2,25,25
106:3,8,12,17
191:17 204:16
326:12 340:6
342:5
**notice** 118:9
**noticed** 215:25
**novel** 202:19
**November**
183:17 282:5
287:24,25
290:23
**NSW** 76:13,16
**nuclear** 315:4
**number** 10:20,20
11:3,6 20:25
91:9 110:14
119:22 120:18
120:19,24
122:25 129:11
129:13 172:12
172:13 201:17
215:3 255:18
269:9,18
303:23
**numbered**
173:17 304:22
**numbering** 21:3

**numbers** 88:19
107:20 108:4
108:10 110:3
138:9
**nurse** 168:5

**O**

**oath** 120:9
285:25
**object** 8:23,24
39:15 41:4
43:17 51:8 52:2
57:9 60:23 61:9
61:21 62:9 63:3
63:7,11,23,24
64:2 67:21
72:23 75:3,22
75:23 79:25
85:17 87:8 89:7
99:5 100:2,24
102:23 104:21
105:8,12 106:6
106:19 116:13
121:15,16,24
125:17 132:19
134:7 135:23
136:18 140:2,5
140:6,9,13,15
144:7,8 156:14
156:16 159:2
159:24 160:7
177:19 198:16
217:19 218:3
219:2,14,19
220:3 222:5
243:9 246:15
251:10 252:5
252:21,25
253:4 289:13
289:14 308:15
312:3 313:21
316:24 334:6
335:15 336:4
337:8
**Objected** 219:20
**objecting** 105:20



**objection** 29:6
31:5 41:11 42:9
42:23 62:18
63:15,17 67:19
83:12 88:25
99:13 105:17
105:22,25
109:21 128:17
134:12 136:9
140:9,10,14,16
140:17 144:10
154:11 192:21
192:25 219:16
252:9 261:5,15
261:17 275:11
301:22
**objections** 63:12
120:8
**objective** 189:4
**obligations**
138:19 334:13
**obtain** 19:12
122:23 123:17
134:24 135:8
136:5,16
141:24 142:5
**obtained** 20:9
175:21 176:11
176:13,14,15
179:4 181:15
219:23 240:12
329:13
**obtaining** 193:10
**obtuse** 26:9
**obvious** 222:19
**obviously** 10:8
19:14 39:11
54:12 84:21
85:21 337:21
**occasions** 117:4
223:24
**occur** 41:2
**occurred** 122:21
179:25
**October** 8:9
77:22 322:14

**offensive** 85:21
**offer** 200:7,11
267:8
**offered** 43:9
210:3 248:19
248:21 250:22
250:23 266:19
267:5,5,10,14
333:9
**offering** 201:25
266:22 275:6
**office** 6:9 65:4
70:12 83:8,9
84:4,8,10,14,19
84:22 85:2,8
86:16 224:24
225:2,7 227:18
228:2,2,21
245:7,20 246:7
250:10 256:23
256:24 257:3
257:16,20
263:16
**officer** 14:8
185:8 186:4
193:21
**offices** 1:16 43:9
43:10 168:12
168:18
**oh** 21:5 46:23
67:5 123:14
221:20 230:13
232:23 250:12
263:11 267:7
318:14 328:21
**okay** 5:15 6:5
7:12,18,19,25
8:2,6,18 9:13
10:7,17 11:9,14
11:15 12:16,23
14:25 15:24
16:5,23 20:13
21:19 22:14,17
23:25 25:5,8,24
26:8,22 29:11
30:8 32:11,18

33:15,21 34:8
34:24 35:10
37:23 38:12,20
40:12 41:11
43:2,3 45:24
46:4,9,21 48:2
49:2,11 53:13
54:17,23 56:19
56:20,22 57:22
58:7,25 59:3,23
62:6 65:10,15
66:21 67:12
69:2 70:16 71:7
71:18 72:6,24
74:7,21 75:13
75:17 76:21
77:12 78:4,12
80:17,23 81:17
81:23 82:8,14
83:18 84:5,11
85:6,13,20
86:11 89:12,16
89:22 90:5 91:9
92:5,8,12,21
93:14 94:8,22
95:9,14 96:16
96:21 97:24
98:13 99:18
100:6 103:3
104:7 108:20
109:3,6,19
110:5,15
111:21 112:16
112:22 113:2
113:14 114:7
114:16 115:13
116:9,25 117:7
119:13,21
120:5,6,9,15,23
121:9 122:3,6,7
122:11,12,17
123:24 124:13
126:25 127:14
128:3,6,8,22
129:7,20
130:20 131:11

133:9 134:23
139:4,15,19
141:10,16
142:18 143:2
143:19,25
144:14,20
145:9 146:4,14
147:5,17 148:4
148:10,15,24
150:23 151:3,9
151:23 152:22
155:3 156:7
161:12 162:2
162:16,20
164:24 165:3
165:21 169:12
170:20 171:9
171:22 172:2
172:21 173:23
174:10 175:9
175:10,11
176:10 177:14
178:12 182:16
183:2,7 184:3
186:14 188:21
188:24 189:16
190:23 191:2,3
191:5,20 195:8
195:24 196:12
197:18 198:6
199:20 200:18
201:2,9 202:6
202:16 203:18
204:17 205:12
205:24 207:2
207:10,16
209:6 210:23
212:7 213:5,12
213:16,23
214:20 215:24
218:6 222:21
223:14 224:4
226:7 227:9
229:11 232:22
234:18 236:8
237:14 239:22

240:11 242:22
243:12 247:10
247:11 248:3
249:2,10
251:23 253:24
254:7 255:21
258:11 260:10
260:24 261:10
265:3,11,24
266:24 267:17
268:13 269:4
269:13,16
271:16 276:5,9
276:13 277:11
277:12,23
278:2 279:14
280:17 281:10
281:11 284:10
285:15 286:25
287:13,16
288:12,15
289:3,8 292:12
293:10 295:12
295:24 296:8
296:20 299:11
299:24 305:10
306:2 307:9
312:11,17,20
316:18 319:14
320:2,6,20,21
320:23,24
321:13 322:9
322:11 323:9
323:12,15,16
323:17 324:14
324:17,23
325:9 326:10
326:13,25
327:7 328:2
330:8 333:21
**old** 313:14 315:6
**oldest** 270:4
**once** 149:20,21
180:5 181:15
**ones** 57:4 181:23
256:15 325:24



MAGNA
LEGAL SERVICES

online 140:8
201:25 231:2
Ontier 1:17 2:20
6:17 43:8
open 54:16 90:18
147:25 150:4
opening 90:20
195:4
operates 194:13
194:22
opportunities
195:3,5
opportunity 42:7
42:9,22 63:24
121:19 134:12
190:24 299:8
opposed 31:12
35:11 231:8
oral 79:23
order 19:3,5,7
20:11 30:16,20
30:23 31:2,4,16
56:5 79:8,12,17
79:18 80:9
160:10 262:8
265:15 300:7
331:22,24
332:4,7
ordered 19:18
122:20 132:6,9
144:3,6
organised 68:4
orientate 298:6
oriented 320:20
originally 38:16
208:12 249:23
266:13
origins 318:24
outcome 342:15
outed 290:9
292:2,4,13,16
293:15 318:3
outside 116:9,16
157:11 291:8
300:6
overheard 206:9

overseas 328:4
oversee 29:18
oversight 27:3
owed 217:15
273:8
owned 48:22
60:22 61:19,20
61:24,25 142:7
146:10 159:13
219:24 238:3,4
241:5,18 243:6
ownership
160:11 187:2
297:19
owns 38:10 173:8
241:12,14,21
o'clock 112:19
338:3
O'Hagan 290:12
296:5,9 297:10
297:15 298:9
298:17,21
300:2,15
301:11 303:21
304:19 305:16
307:15,20
308:10,18
309:12,19
310:4 311:23
312:8 331:3

_____
**P**
_____
P 2:2,2
package 189:3,17
Paez 2:17 6:20
page 4:3 11:3,10
33:13,16 69:7
69:12 70:17
74:15,19 86:22
91:18 118:24
119:7,7,13,23
122:10,13
126:10 127:3,6
128:2,7 129:10
129:10,11,13
138:7,8,9

151:24 170:4,6
170:13 171:9
172:3 173:2,4
173:16,17,18
173:24 174:11
174:16 175:13
186:11 188:22
189:23 190:10
191:4,4,5,23
197:5,6,6 198:8
199:6,24 203:8
215:12 238:17
254:19 256:6
258:11 265:12
269:21 272:11
276:21 281:7
282:5 287:4,8
287:15 295:6
298:3,14 304:3
312:17,21
315:22 316:14
316:16 320:13
321:3 323:7,11
324:20 327:13
pages 74:20
170:7 182:20
182:25 340:4
paid 67:9 73:16
73:21 176:23
177:2
Paige 275:13
277:11 281:16
281:19 282:4
287:23
pain 103:6
Panama 73:17
Panamanian
65:24
Panoptocrypt
20:22,24 97:2,4
97:5,10,13
paper 99:10,24
101:4,15
188:12 201:5
201:15 299:16
310:16 319:7

319:10,12
papers 98:21
232:12 258:16
299:5,11
319:17,19,25
paperwork 15:18
172:19
paragraph 70:17
72:10 94:11
127:18 139:14
143:12,18,20
146:2 151:2,24
175:12 186:24
190:2 215:15
220:16 259:12
279:2 316:18
317:8 318:6
paragraphs
318:17
parent 168:19,21
168:25 169:7
parking 54:12
part 9:14 12:5
104:20 111:9
115:14 121:11
158:4 161:18
167:17 179:4
189:3 194:17
194:22 197:9
199:11 203:12
211:18 258:25
260:8 266:9
287:8 288:21
296:20 308:8
332:23
partial 45:7
participate
132:13 296:4
particular 13:17
53:7 62:22,22
66:15 73:10
78:25 184:17
196:16,17
206:16 226:6
particularise
204:10

particularly
218:2
parties 120:2,8
179:14,17
322:18 342:11
342:14
partly 223:13
partner 9:22
98:16 99:7,9
100:7 246:12
246:14,21,22
246:24 247:2,3
247:5,7
partners 99:3,15
195:2
parts 30:24
150:22
party 153:11
284:24
passed 208:7
213:20 247:22
334:16
passes 248:6
passing 212:9
patents 255:18
Patrick 275:13
277:11,14
279:19,24
280:22 281:16
281:19 282:4
284:8,10,21
285:6 287:23
288:9,14 289:6
289:9 291:22
Paul 2:22 6:16
pause 42:10
120:22
pay 26:16 73:22
156:24 248:25
253:21 334:3
334:13 335:20
336:5 337:4
paying 314:3
335:5
payment 67:13
67:24 70:10



71:12 211:15
270:23
**PE** 189:2 193:15
193:25
**peer-to-peer**
47:17
**pen** 241:10
**people** 14:8
17:22 22:19
33:11,22 37:16
47:6 66:14,15
116:20 177:13
185:8 186:4
187:14 193:21
197:20 203:2
210:17 232:25
235:14,22
274:24 285:22
293:16 310:14
310:17,20
311:3,11,11,20
312:24 316:8
316:17 321:24
**perceive** 153:2
**perceives** 153:3
**percentage**
191:23
**Perfect** 83:11
84:3
**perfectly** 40:8,11
56:17 179:12
181:9 252:19
254:11
**period** 114:18,22
128:11 219:15
283:18
**permanent** 7:4
**permissible** 9:11
**permission** 20:10
**permitted** 18:25
30:3 78:19
79:15
**person** 66:4,6,11
69:20 98:2
108:12 156:6
165:13 214:17

233:5 255:4,5,9
273:22 294:6
313:5 315:17
315:18
**personal** 1:6 9:5
9:20 83:16
86:15 205:20
205:23 206:2
241:12 333:3
**personally**
204:23 206:5
211:9,12 214:4
225:17 226:4
242:7 275:14
328:3
**perspective**
99:13 338:20
**persuaded** 19:8
**pertinent** 308:4
**PhD** 319:18
**phone** 2:15 66:6
66:7,10 140:13
147:8,10,11
228:5 242:13
335:4
**photocopies**
181:22
**phrase** 188:17
334:11
**physically** 210:24
**pick** 59:2 153:8,9
276:7 287:14
**picked** 85:13
**picking** 139:16
157:15
**pictures** 83:14
**piece** 201:4,15
318:21
**place** 7:4 10:20
30:23 42:2 54:9
136:7 139:4
178:15 179:21
213:18 251:18
**placed** 48:9
**places** 300:5
**plain** 331:5

**plaintiffs** 1:8 2:3
5:25 6:10 110:4
122:16,19
**plaintiff's** 6:5
236:13
**plan** 282:11
**platform** 200:5
201:11
**platforms** 194:4
197:8
**play** 5:13
**played** 236:9
**players** 254:23
**pleadings** 261:9
**pleasant** 254:6
315:3
**please** 5:11 42:6
42:8 63:7,14,25
67:20 105:11
134:11 135:4
136:11 154:19
157:11 171:10
173:24 198:25
204:10 219:10
219:13,13
253:4 265:6
275:10 289:14
299:2 303:24
310:15 320:17
333:23 343:3
**pleased** 271:17
**plus** 101:11
137:16,18
241:17
**point** 36:16 37:4
50:2,11 82:5
94:22 129:17
163:10,13
173:2 177:14
182:22 184:11
184:14,22
185:25 186:3
208:4 213:16
215:12 227:10
240:5 241:8,10
241:23 248:3,6

249:3,5 252:9
270:10 286:17
288:3 295:21
328:2
**pointing** 133:21
**points** 184:15
**police** 19:2
**polite** 81:15
**Ponce** 2:14
**pop** 160:19 206:7
**popped** 338:8
**pose** 42:9 109:20
**position** 19:14
31:3 78:23 79:2
81:16 133:3
229:3
**possess** 50:17
**possible** 180:24
**possibly** 47:15
118:6 204:7
266:16
**post** 209:12
**posting** 300:11
**posts** 315:12,12
**potatoes** 266:15
**potential** 19:19
194:12 203:6
247:16
**potentially**
132:22 133:3
**practically**
299:16
**preceding** 340:4
**precipitated**
124:9
**precise** 66:9
**predecessor**
239:11
**Preemptive**
13:18
**preparation** 9:5
297:10
**prepared** 79:8
297:17
**presence** 12:2
**present** 3:2 11:25

34:6 210:24
**preserves** 63:12
140:10
**presume** 87:21
266:11
**pretty** 7:17 94:3
111:16,16
210:10 228:8
**prevent** 222:3
**preventing**
191:12 222:15
**previous** 27:24
237:21 249:4
249:21
**previously** 123:8
304:11
**price** 272:2
**primarily** 153:18
**primary** 56:2
141:24 168:15
194:11
**print** 92:10
**prior** 36:14,14
37:24 75:23
134:22 135:9
218:4 232:6
237:15 276:18
277:7,10
**privacy** 314:25
315:17
**private** 52:12,15
52:23 53:2,3,5
53:6,17,23 55:3
55:9 96:4,9
104:16,18
105:2,7 106:3
315:17
**privilege** 9:23
41:7 132:21,23
133:5,7 134:9
134:13 154:12
**privileged** 41:3
**privileges** 154:18
**probably** 65:3
66:23 153:17
185:9 212:25



226:5 229:17
231:2 262:19
294:5 312:10
**problem** 37:10
99:20 157:25
179:9 245:15
268:22 270:3
282:17 284:11
284:13
**problems** 37:7
86:14 153:17
309:3 334:18
**proceeding**
134:21 329:21
332:8,14
**proceedings** 7:10
30:17 70:12
134:19 161:6
250:11 252:19
329:12 332:21
**process** 16:15
23:9,14,17
63:25 154:8
230:11,18
273:6 288:2
**produce** 201:24
255:18
**produced** 11:7
11:11 91:23
110:3 122:20
144:3 183:8
198:18 251:4
**production**
122:14,16,18
139:14
**products** 200:12
**professional** 9:4
**professionally**
244:3
**profile** 299:12
**programmes**
194:3
**progression**
44:16
**project** 277:19
277:19,23

278:10,15
**projects** 234:3,5
**promise** 128:7
**promote** 47:2
93:24 235:8
**promptly** 295:23
**pronounce** 20:20
**pronouncing**
201:17
**proof** 54:11,14
313:13 315:16
**proper** 21:14
44:13 56:18
157:2 160:5,18
217:2
**properly** 28:9
44:23 311:5
**property** 167:9
171:5 172:25
173:9,9 178:2,8
218:24 219:24
220:15 221:8
238:12,20
240:13 297:20
329:14
**Proposal** 269:12
**protect** 300:7
**protection** 30:23
**protective** 31:16
**protocols** 202:17
202:20
**provide** 202:14
203:16
**provided** 222:7
222:18 227:16
**providing** 54:2
306:11,15
**provision** 130:10
130:11,16
**pry** 9:20 114:9
**pseudonymous**
313:7
**PTE** 67:25 72:11
**Pty** 13:18 16:9,19
16:20 18:8 87:2
173:25

**public** 122:20
143:23 144:2,5
144:21,23
145:4,10,15
150:11 152:4,8
152:11,14
154:2,23
155:15,17
156:4
**pull** 297:24
**pulled** 196:22
**purchase** 73:3
176:25 177:11
239:7 240:12
**purchased** 35:11
59:24 112:4
163:10 177:11
177:12,13
189:2,17 239:4
328:3,8
**purchases** 177:5
**pure** 252:18
**purely** 257:11
**purported** 169:5
**purportedly**
336:12,21
337:5
**purporting**
172:24
**purports** 79:24
86:11 171:15
171:19 265:20
305:12 320:22
**purpose** 31:8
39:6 43:24,25
44:9 46:12,17
46:19,21,23
47:12,23 51:12
52:7 54:3 56:2
56:17 57:23
96:2,15 162:17
162:19 234:20
235:5,6,19
294:10
**purposes** 71:20
94:2 235:11

**pursuant** 20:10
330:12
**pushed** 296:7
**put** 15:17 17:13
42:2 45:9 92:11
93:10 110:14
133:2 144:12
158:17 160:5
231:2,7 259:21
260:4,7 261:2
261:21,25
262:9,11
263:25 268:3
274:15,15
320:3 341:9
**puts** 134:23
**putting** 91:6
157:2 181:13
273:15
**p.m** 5:2 58:19,21
58:23 113:6,8,8
113:10 164:8
223:7 265:16
326:18,19,20
338:15 339:9
339:10

_____

### Q

**QC** 2:22 6:15
**qualifications**
9:5
**quality** 75:19
**quarrel** 188:13
**question** 5:10
7:16 8:24 9:10
16:5 19:10 20:5
20:9 29:15
39:21 41:5,6,10
41:10,12,13
42:8,8,21 48:6
48:8 56:17 63:5
63:20 64:3,11
64:13 67:22
75:23 79:10,13
80:18 89:8 99:2
99:15 100:15

100:16,23,25
103:22,24
104:22 105:9
106:10 109:21
109:22 116:15
117:3,16
120:25 121:16
121:25 125:18
133:6,8,8,9,13
133:15 134:11
134:11,14
135:24 136:3
136:19 137:8,8
143:21 144:8
153:23 154:12
154:15 156:15
157:12 159:3
159:25 160:8
162:17,20
177:18 178:5
180:11 182:4
182:11,14
184:20 190:14
192:21,23
193:4,5 198:21
203:21,22
204:4,8 208:24
217:25 218:3,4
221:24 222:7
222:12 232:17
234:22,23,23
235:3 236:18
237:6 238:7
242:13 243:10
246:16 249:21
252:17,20
253:4 263:20
263:22 269:6
275:11,20,22
288:8 289:3,14
293:23 294:6
294:14 309:10
309:18 310:11
312:4 313:22
314:4,7 316:25
326:7,10



329:20 331:23
332:6 333:6,22
**questioning** 5:13
9:3 17:14,16
22:18 40:23
41:5 46:15
81:21 105:20
132:20 161:11
190:17
**questions** 5:18
9:17 17:11 19:4
19:5,21 20:10
29:16 31:22
42:7 52:19
55:17 78:18,20
79:8,15 120:4,9
133:2 161:9
185:16 190:20
190:24 218:2
227:20 228:3
228:19 229:9
244:18,21
250:13 251:13
252:25 259:10
290:9 297:17
300:6 326:23
330:17 331:14
331:18 332:21
337:15,17
341:9
**quick** 9:25 17:24
**quickly** 8:4 81:21
130:11 134:6
157:13 319:22
**quiet** 315:4,18
**quite** 14:18 19:3
27:25 44:20
66:16 68:24
86:14,16 90:15
161:22 179:7
190:19 217:11
228:25 236:23
272:3 301:16
314:4 330:23
**quotation** 143:14
318:12,14

**quote** 294:22
313:10 318:10
**quotes** 313:5
317:16,24
**quoting** 318:7

---

**R**

**R** 2:2 343:2,2
**raised** 110:25
**raises** 227:20
**ramifications**
117:23
**Ramona** 1:1,12
2:1 3:1 4:1 5:1
6:1 7:1,2 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1

101:1 102:1,15
103:1,4 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1,22
122:22 123:1
124:1 125:1
126:1 127:1,13
127:23,24
128:1,10 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1,15 137:1
138:1 139:1
140:1 141:1,6
142:1 143:1,25
144:1,20 145:1
146:1 147:1,17
148:1 149:1
150:1 151:1,5
151:10,24
152:1,2 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1
180:1 181:1
182:1 183:1
184:1 185:1
186:1 187:1,19

188:1 189:1
190:1 191:1
192:1 193:1
194:1 195:1
196:1 197:1
198:1 199:1
200:1 201:1
202:1 203:1
204:1 205:1
206:1 207:1
208:1 209:1
210:1 211:1
212:1 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1
230:1 231:1
232:1 233:1
234:1 235:1
236:1 237:1
238:1 239:1,25
240:1 241:1
242:1 243:1
244:1 245:1
246:1 247:1
248:1 249:1
250:1 251:1
252:1 253:1
254:1 255:1,22
256:1 257:1
258:1 259:1
260:1 261:1
262:1 263:1
264:1 265:1
266:1 267:1
268:1 269:1
270:1 271:1
272:1 273:1
274:1 275:1
276:1 277:1
278:1 279:1

280:1 281:1
282:1 283:1
284:1 285:1
286:1 287:1
288:1 289:1
290:1 291:1
292:1 293:1
294:1 295:1
296:1 297:1
298:1 299:1
300:1 301:1
302:1 303:1
304:1 305:1
306:1 307:1
308:1 309:1
310:1 311:1
312:1 313:1
314:1 315:1
316:1 317:1
318:1 319:1
320:1 321:1
322:1 323:1
324:1 325:1
326:1 327:1
328:1 329:1
330:1 331:1
332:1 333:1
334:1 335:1
336:1 337:1
338:1 339:1
340:1,7 341:1
342:1 343:1
**ran** 62:15 63:2,21
64:10,10,19,22
244:8 278:2,3
278:18,21,23
**ranted** 310:13
**rarely** 331:11
**raved** 310:13
**RCJBR** 305:21
**reach** 209:15
**reached** 212:15
213:10 338:22
**reaching** 209:17
209:23
**read** 32:9,12 40:9



80:20 120:18
120:23 121:2,5
121:7,8,8,9,19
127:9,11
144:15 153:12
182:25 200:18
200:19 260:2
265:22 270:3
284:12 294:15
294:16,20
295:4,5,5
296:16,23
297:6 301:18
301:20 302:11
314:11,15
317:10 323:5
341:5
**reading** 32:14
70:14 72:22
92:17 120:22
144:12 147:15
231:2 268:14
291:11
**reads** 313:7
314:13 319:3
**ready** 120:22
**real** 180:17 246:8
252:16
**realise** 216:17
217:10 288:25
**really** 15:16
17:12 18:7
28:14 31:7
35:18 36:8 37:9
42:17 44:8,20
47:3 48:2 65:12
65:19 67:15
70:13,15 73:5
75:15 83:24
85:4,12 86:13
87:9 88:13
89:11,15 93:5
93:20 94:25
99:23 106:7
107:4 110:11
111:17,18

113:19 148:21
151:21 153:15
162:6 165:4
166:21 167:14
167:18 168:19
176:8 179:23
180:7,17 181:8
181:9 189:15
191:19 193:24
195:16 196:5
201:7 205:6
206:19 213:21
215:23 221:17
226:2 235:19
238:13 240:21
241:3,15
245:15 246:9
248:11 250:21
252:16 267:13
271:22 273:17
275:9,22 280:5
280:7 296:6,18
296:24 301:16
307:14 317:20
324:5 325:8,10
325:19,21
331:6 335:16
**realm** 19:17
**reason** 89:13
97:15 115:19
128:12 137:7
137:10,12
158:22 180:3
180:12,14
189:20 190:8
191:14 192:12
192:18 193:6
195:13 197:12
202:22 212:9
227:14 307:5,7
314:24 327:14
327:18
**reasonably** 17:9
204:8
**reasons** 101:24
333:7,23,24

**recall** 14:11,17
15:16 16:11,13
17:2 21:13,18
22:23,25 29:18
33:6 34:23,25
35:4 37:8,20
43:20,21 44:5
49:4,23 60:7
64:12,17,18,20
65:12 66:14
68:2 70:3,6,13
70:14 71:2,3,6
71:7 84:16
91:24 92:16,18
92:18,19 97:19
97:19,20 98:10
108:17 111:3
115:22,25
117:5 123:16
123:18 124:11
124:11 125:14
131:23 132:12
132:14 136:17
136:20 158:14
158:15,18
161:23,24
162:5 164:12
164:19 165:2
165:23 167:11
167:12,13
169:17,19
173:13 174:22
184:10,17,19
185:10,12
186:6 188:5
207:4,7 208:9
210:21 211:7,8
211:17,18
215:8,9 233:2
234:15,25
250:9 256:13
256:16 259:8
271:15,21
272:5 274:5,5
274:11 296:15
306:11,15

307:8 323:19
325:7,8,10
327:17 329:11
334:3,13
336:10 337:10
**receipt** 110:2,4
152:3,8
**receive** 68:22
107:19 108:9
**received** 32:20
72:14,17
107:15,17
108:3 109:4,8,8
109:9,25 146:6
147:17,22,24
148:2,4,7,14
150:12,16
151:2,4,6
152:10 154:2
154:21,25
240:18,23
321:16,22
**receiving** 72:19
196:18
**recognise** 12:13
12:15 75:13
126:13 171:7
183:4,5 196:15
226:17 232:23
324:21
**recognised** 190:6
260:18
**recognition**
288:21
**recollect** 64:9
**recollection** 66:8
68:13 123:18
135:3,5,7,11,11
136:5,11 142:3
185:19,21
186:20,25
187:22 189:9
193:18 195:25
208:24 227:6
227:10 268:17
279:10 304:17

319:9 337:2
**recommended**
45:8
**record** 5:20 6:24
11:17 13:9
30:13 42:9 43:4
46:16 53:21
58:19,20,23
67:19 85:19
86:4 92:10
105:15 109:24
113:4,6,7,10
126:4 127:9
128:18 133:22
164:5,8,9
191:17 192:21
196:13 223:6,9
275:10 289:14
295:17,19
326:16,18,19
336:20 338:13
339:9 341:8
342:7
**recorded** 338:22
**recording** 138:13
**records** 14:12,20
21:14 23:5 24:8
27:6 35:24 62:2
62:4 73:12 74:3
142:5,24
146:17 150:7
176:7 181:18
182:3 185:11
193:13 195:15
197:14,23
198:2 220:18
220:21,23
221:13,25
222:4,19
223:17 314:17
**reduce** 202:19
**refer** 125:11
148:23 201:18
236:13 261:6,8
**reference** 23:7
140:22 223:16



251:13 279:4 294:3
**referenced** 123:13 223:23 224:16
**referred** 31:25 117:3 123:4 138:6 143:6 323:24,24,25
**referring** 31:23 37:15 38:13 72:21 88:2 139:22 146:19 151:5,7 215:20 269:3 278:4 282:24 289:22 290:20 299:6 302:14
**refers** 138:13 189:10 268:22 299:20
**refrain** 86:3
**reframe** 236:17
**refresh** 68:12 187:22 189:8 227:5,9 279:10 319:8
**refreshes** 185:19 185:21 186:25 304:17
**refusal** 336:2
**refused** 333:24
**regard** 71:12
**regarding** 39:18 40:24 64:24 78:24 86:21 119:9 124:2 132:21,23 138:20 143:22 213:24 232:5 234:19 247:16 285:18 298:10 306:13 314:18 328:11 332:16 332:21,23
**regardless** 22:22

87:12 107:12 155:12 163:18 192:18 193:5
**regards** 88:8 337:23
**register** 44:22
**registered** 44:14
**regular** 66:12 110:14
**regularly** 66:16
**Reinhart** 122:21 144:3,6 236:12
**related** 100:10 103:25 104:3,4 110:3 132:5 142:6 143:5 168:21,24 238:12 342:10
**relates** 119:18
**relating** 100:18 189:17 194:23 303:4
**relationship** 9:20 10:8 226:3 296:22
**relative** 156:23 342:12
**relaxed** 17:15
**release** 288:4
**releasing** 285:8 288:11 289:2
**relevance** 78:18
**relevant** 80:11
**reluctantly** 8:24
**remain** 5:18 84:13 116:23
**remained** 10:11
**remaining** 338:2
**remains** 51:2
**remarkable** 111:16
**remember** 23:3 24:13 34:14 44:3,8,10,25 46:3 55:6 59:7 65:2,6,7,19,19

66:16,17,21 67:8,15 70:15 71:18 73:6 88:9 97:11,21 98:25 103:24 109:5,7 109:15 113:21 116:7 123:14 132:3,16,17 134:19 135:17 135:19 137:23 138:2 142:8,13 142:17,21 147:10 150:20 158:19 162:14 162:15 165:4 167:3,6,14 170:16 174:20 182:6,8 183:18 184:2,24 185:4 185:7,14,20,25 196:16,17,18 205:18 207:12 208:20,20,21 210:16,20 225:19 230:25 233:2,3,5,16 234:11 235:3 236:24 243:24 246:3 249:7,8 250:14 251:21 251:23 253:11 253:13,13,22 253:25 256:21 259:2,5,15 266:12 267:11 267:13 268:15 268:23 280:19 280:20,25 304:15 306:25 307:14 317:22 324:5 325:19 328:15,16 329:9,9,10
**remembered** 188:4 258:25
**remote** 7:15

**remotely** 6:6,11 210:25
**removed** 313:11 314:12
**remuneration** 211:19,21
**renter** 82:18
**renting** 78:16 82:16
**reorient** 161:14
**repayment** 88:15 88:21
**repeat** 129:5 264:14
**repeated** 5:10
**rephrase** 133:6 154:15,19 156:17 177:21
**report** 186:14 196:9,16,18 198:24 322:13
**reporter** 1:22 3:5 11:16 32:7,15 32:18 42:11 58:18,22 89:4 113:5,9 164:7 223:8 264:13 265:4 269:19 276:2,10,11 281:4 282:10 284:16 285:4 286:14 288:4 288:10 295:22 312:13 318:15 320:7,9 326:17 330:9 331:13 337:22 338:2 338:18 339:6,8 342:2,4
**reporters** 282:20 290:8 291:7 292:19 299:22 299:25,25 300:2 314:23
**reporting** 316:11
**reports** 183:8

195:25 196:10 196:13,18
**represent** 5:25 6:21 11:9 40:15 91:22 118:14 119:6 174:25 225:22,24 227:12,15 228:15 260:18 325:23
**representation** 209:4 252:23 252:24 326:7
**representative** 1:6 170:19 172:18 327:25 333:4
**representatives** 67:3
**represented** 118:11 225:25 226:3,4 236:23
**representing** 42:24 117:10 117:18,20 118:4 227:6
**request** 123:12 123:23 131:22 139:10 141:6 141:11 146:8 261:5
**requested** 131:2 131:24 136:15 137:4,9 139:5 143:16
**requesting** 122:22
**require** 120:8
**requires** 337:25
**research** 1:7 47:2 47:15,17 56:3,9 67:11 104:14 105:3 178:17 179:5 180:6 192:9 194:3 197:9 215:19



216:3,18 235:7
245:11 246:6
257:12 258:9
283:24 288:2
336:18
**researching** 52:8
191:11 245:8
245:13
**reset** 247:13,20
**reside** 7:5
**residence** 7:4
**resignation** 15:17
**resigned** 23:2
**resources** 56:18
200:22 203:2
**respect** 41:7
109:25 236:14
252:22 330:25
332:22 336:2
336:20 337:4
337:12
**respective** 331:12
**respond** 338:13
**responding**
282:19 288:7
**responds** 284:7
**response** 120:12
120:13,18
121:3,8,20,23
**responses** 271:8
341:9
**responsibilities**
336:18
**responsibility**
336:12 337:4
337:11
**responsible**
263:2
**rest** 17:22 283:7
**restate** 333:21
**result** 39:24
122:21 329:11
329:12 334:24
**resume** 161:11
**retained** 151:11
183:12

**retaining** 195:25
**return** 81:21
157:13 249:18
285:2 288:9
**returned** 90:20
161:8
**reunited** 78:7
**reveal** 30:3 39:25
**review** 326:12
**reviewed** 131:8
155:14,21,25
156:2
**re-examination**
337:18
**ridiculous** 94:6
335:6
**right** 13:5 14:5
15:11 16:8
22:16 23:11
24:3 27:12
28:22 31:6 32:3
34:20 36:20
38:15,23 39:13
39:14 42:15
45:15,20 49:7
51:15 52:24
56:10,16 57:5
57:17 61:15
69:23 70:7,12
72:21 73:24
78:9 81:19
82:16,24 88:10
88:20 96:18
99:19 103:18
104:17 108:8
109:13 114:10
117:16 118:22
121:3,6 125:25
126:23 129:12
129:25 130:14
131:3 133:19
135:19 141:4
141:18 158:4
158:21 159:16
159:23 160:6
169:16,19

170:5 171:25
174:2 175:4,24
176:21 178:17
178:24 183:2
183:15,22
188:17,20
191:8 197:25
199:17 200:2
200:21 201:17
203:10 204:20
204:25 205:2
205:22 210:7
210:23 212:24
212:25 214:2
214:10 218:22
227:3 228:18
232:7 239:12
239:16 241:19
242:24 243:7
243:13 245:22
247:17 249:25
251:2 253:5
254:21 256:25
257:8,12
258:14,16,23
258:24 259:20
260:4,16
265:12,17
266:6,10
267:19,22,25
268:4 270:5
271:9,18,23
273:13 274:13
276:10,10
277:15 279:16
281:13,17
285:4,11
296:10 300:24
301:6 304:12
305:16 307:11
307:21 308:6
308:14 318:13
318:21 320:6
323:3,16
328:21,22,23
328:25 329:6

329:24 330:16
333:18 337:21
339:5
**rights** 138:19
173:10 328:4
329:3
**right-hand** 75:25
**rigorous** 39:9
**ring** 67:14
140:12
**rings** 285:16
**risk** 317:17
318:25
**Ritzela** 232:22
233:4
**RIVERO** 2:14
29:6 333:10,18
**road** 31:5 47:6
56:13
**roadside** 54:9
**Rob** 214:17,18
240:8 255:15
**Robert** 255:8
276:24 316:6
**Roche** 2:8 6:8
**role** 9:22 41:16
193:24 236:9
236:21 302:18
332:12,21
**rolled** 240:7
**room** 42:16 65:5
110:20 111:11
117:15 161:3,5
222:18 241:11
254:19
**rooms** 42:18
**rough** 338:6
**row** 20:19,21
21:2
**rule** 42:17 202:18
**rules** 39:7 43:25
44:9 46:11,17
46:19 47:12
51:12 63:11,18
93:8 120:7
242:19 330:12

**run** 17:18 64:16
73:23 262:21
264:6
**running** 62:7,13
62:17,20,22
83:9 84:15 85:8
85:9 262:19
275:23 283:13
**rush** 63:25 81:7
**R&D** 175:21,25
176:5,11,14,17
177:12 237:22
239:14,15
328:19,22,23
329:7,13

**S**

**S** 2:2,7,9
**sacrifices** 157:7
**sale** 240:4
**Samantha** 2:7
6:8
**sanitise** 261:10
**Saoul** 2:22 6:14
6:15 8:23 13:8
17:5 18:24 20:4
20:17 52:25
78:17 79:6 80:4
80:17,22 81:10
81:14,19 82:9
99:12 103:16
112:18,21
144:9 157:10
160:9,19,23
161:10 166:11
185:15 198:16
204:3,6 222:6
222:17 227:19
238:5 251:11
252:8 264:20
264:25 269:6
269:10,14
286:16 289:20
295:20 297:13
303:25 304:4,7
304:21 305:3



314:6 326:6,22
332:3 338:19
**sat** 28:4
**sate** 13:24
**Satoshi** 230:21
230:23 231:4,5
231:7,10
280:22 290:6
290:12 291:4
291:17 292:4
292:16,21
293:15,22
294:3 296:5,16
297:15 300:14
302:14 310:22
314:24 315:16
318:3 321:16
**saved** 316:9
**saving** 261:2
**savings** 237:13
237:14 259:21
260:5 261:22
263:25
**saw** 179:23
**saying** 7:25 31:6
52:9 75:18,18
93:12 96:7
100:3 102:21
111:14 123:15
135:3 136:11
143:12 217:14
227:2 228:10
248:12 270:18
272:4 274:11
278:15 285:25
309:6,8 311:3
314:10,16
315:13 316:15
316:21 317:18
**says** 12:20 17:2
18:15 22:23
72:11,13,18,24
80:21 86:10,25
87:2,10,12 88:6
88:15,18
119:22 122:14

122:15,18
123:17 126:20
126:21 127:6
127:23 128:2,4
128:10 129:13
129:15,18
130:17 139:9
139:14,18,20
141:6,19
143:25 144:20
145:16 147:15
151:4,10 152:2
153:2 162:8
170:13 171:3
171:21 173:3,8
175:15 176:10
176:15 178:18
186:14 187:2,5
187:15,18,21
189:2,16,19
190:4,5 191:10
191:13 192:3,5
192:8,11,18
193:6,25
194:20,25
195:9 197:7
200:15,23
201:2,4,6,10
202:16 203:15
227:19 228:4
239:9,14,17,22
239:24 241:4
255:4 261:11
261:13,21
263:9 265:16
266:13 268:6
270:14,15
271:7,19,22
278:2,6,18
279:3,18,19,21
279:22 280:12
280:21 282:19
282:22 283:9
283:12 284:11
284:13 285:2,6
287:25 288:15

288:18 289:9,9
289:11 290:19
291:13,14,20
291:25 293:11
294:12,15,22
299:5,15,19
301:4,7 304:16
306:18 308:3
313:6 314:9,10
314:12 315:8
316:8,17
317:11,15,24
318:9 321:13
321:22,23
322:18 329:5
**SCA** 1:17 2:20
6:17 43:8
**scada** 97:10
**scalable** 202:2
**scale** 202:21
**schedule** 33:13
43:7 138:11
238:19
**Schiller** 2:4
43:10
**scientific** 194:3
**scope** 18:25 19:5
19:10 157:12
159:18 160:10
297:16 331:24
**screen** 82:12
320:3 338:8
**scroll** 150:21
195:8 320:16
322:9 323:4,10
324:19,23
**scrolling** 323:13
323:15
**SE** 2:4
**seal** 30:18
**sealing** 30:24
**search** 224:19
**searching** 308:3
**second** 13:2
15:20 27:8,9
59:10 69:4

86:22 87:22
120:13 126:19
129:11 149:5,6
160:25 162:7
171:18 176:25
188:22 197:16
255:3,3 258:11
287:4,7 312:21
319:14
**secondary** 130:3
**secondly** 51:13
**seconds** 42:10
**secret** 162:9
278:7,11,16
**secretarial** 14:19
**secretary** 182:2,5
182:7 197:24
220:20 221:18
223:23 224:3,6
224:16
**section** 55:19
331:21,22
**secure** 59:11
202:2
**secured** 59:11
**securities** 201:13
**security** 97:5
202:19
**see** 5:12 10:22
12:11,21 13:9
13:19 14:12
15:17,18 18:9
18:13,16,19
20:23 31:20
66:11 67:17
68:12 69:7,25
70:18 72:10,14
72:16 74:15,23
75:2,7,9,10,16
76:2 78:18
87:23 88:16,17
88:19 91:19
103:5 118:25
119:22 122:25
127:3,19
128:15 129:17

138:9,14,15
139:11 140:20
141:8,9,21
143:15 147:19
151:14 152:5
161:7 164:23
172:8 173:6,10
174:12 175:6,8
175:9,21 177:4
181:19 185:18
185:20 186:12
186:16,24
187:3,7 188:25
189:5,24
190:12,21
191:25 192:10
192:11 194:4
195:10 197:10
197:11 198:7
198:10 199:6,6
200:15 204:7
204:13 210:9
215:16 223:17
226:11 238:17
240:2 245:16
245:23 251:18
252:12 255:25
257:5,7 262:24
266:16,17
271:24 274:2
278:7,8 279:8,9
280:9 281:8,12
282:6,13,20
283:7,10,14
287:7,19 288:5
288:16,22
290:21 292:23
293:10 295:9
298:8,11,19,24
299:3,13,16
304:16,17
306:2,3,9 311:5
312:17 313:8
313:15 314:20
314:21 316:7
316:15,17



317:8,14
318:14,17
320:14,17,21
321:3,17,18,25
322:2,15,20,24
324:6
**seeing** 75:19,21
**seek** 245:2
**seeks** 154:12
195:3
**seen** 119:15
153:13,14
165:19,21
253:2
**segment** 157:17
**sell** 78:15 201:12
233:23,24
234:6 248:18
248:23 266:15
270:15
**send** 107:11,13
123:15 147:3,4
219:6,9,12,13
219:16 228:9
268:6 338:7
**sender** 108:14
**sending** 107:7,8
228:25 307:10
307:16,19
308:18
**sends** 338:6
**Seng** 22:19
**sense** 99:3 110:9
120:21 147:16
216:8 271:17
**sent** 106:21
107:16 108:25
149:16,18,19
149:20 150:18
153:15,15
197:2 228:6
256:19 259:14
259:17 277:6
299:7 327:15
327:18
**sentence** 123:5

127:11 128:20
139:17 144:12
146:3 151:10
190:4 295:2
317:10
**sentiment** 253:13
253:16,25
254:4
**sentimental**
83:15
**separate** 73:16
161:7 186:16
216:5 271:13
**September**
169:16 174:11
174:18 180:3
327:16
**serious** 227:20
228:3
**seriously** 205:18
**serve** 128:11
**served** 118:7,8
120:14
**server** 84:2,3,25
85:2,10
**service** 255:15
**services** 3:6 87:2
87:7,14 96:25
176:20 177:2
**session** 246:17
**set** 28:15 43:25
43:25 95:7,9
137:23 163:2
216:10 307:11
**sets** 270:23
**setting** 257:21
**seven** 184:18
**Seychelles** 30:2
**Shaleeb** 17:4
18:2
**Shaoib** 165:12,14
**share** 18:12
159:11 193:10
195:10 201:6
202:13 272:19
320:3

**shareholder**
60:20
**shareholders**
18:11,15,21
21:16,16 167:5
268:7,10
**shareholding**
274:3
**shares** 28:5,6
29:12 38:10
48:11,14,23
49:3 60:5,10
61:3,5 93:16
139:18,20,22
140:19,23,25
141:2 159:12
163:20 210:4
210:13 211:16
211:19,22
212:17,21
213:3,12,25
237:8,9 238:22
238:25 239:25
240:15,18
241:14,21
247:16,24
248:13,15,23
249:19,22,25
250:6,17,20,24
262:2 266:16
266:19 267:4
270:16,19,21
273:8,8,10,14
273:16 274:7
274:17,17
275:6 333:8,25
334:12
**sheet** 14:14,15
**shoot** 208:2
**shop** 314:2
**short** 23:2 42:19
42:20 58:20
113:7 164:9
216:7 223:6
275:23 277:5
286:22 295:17

326:19,23
**shortly** 33:23
77:24 229:17
**shoulder** 231:17
**show** 54:11,14
66:20 72:19
169:5 273:21
275:23
**showed** 148:15
151:10 169:4
**shown** 88:23
324:2 338:9
**shows** 13:6 72:13
**shut** 16:14,15
85:2 246:10
**shy** 315:20
**sic** 307:11
**sick** 213:21
**side** 6:5 222:11
258:15
**sign** 8:5 126:16
130:6 178:13
**signatory** 169:21
172:16 177:8
177:23
**signature** 75:10
75:14 119:8
126:14,15,19
171:15,16,17
171:18 174:16
181:2,3 198:10
198:18
**signatures**
126:10 171:12
174:15
**signed** 119:10
125:12 177:25
179:14 198:9
198:13 268:7
341:16
**Signia/HighSe...**
87:23
**significant** 17:14
121:11
**significantly**
202:18

**signing** 171:22
172:22 177:15
**signs** 288:5
**Silk** 47:6 56:13
**silly** 271:22
**similar** 30:20
183:5 196:4
230:15 315:15
323:20 325:17
**similarities**
325:18
**simply** 31:13
134:5 152:24
222:11
**single** 41:19
140:10
**sir** 198:22 263:21
**sit** 166:23 189:9
198:12 207:2
218:9 224:14
**sits** 222:10
**sitting** 182:9
222:17
**situation** 51:23
71:11
**six** 84:17 263:6
265:21
**sixth** 173:18
**skill** 342:8
**skin** 147:13
**Skype** 66:13,24
98:8,9 110:13
147:7,12
251:20
**sleep** 263:16
**slice** 105:5 106:2
106:18,24
**slices** 90:14,17,19
90:20 95:18,19
103:11,25
104:3,4,7 105:5
106:2
**slight** 82:15
**slow** 8:5,6 219:8
**small** 266:14
**smoothly** 74:14



**SN** 280:21,22
**Snapchat** 147:2,3
148:19
**sniffing** 288:4
290:8
**social** 300:10
**software** 87:2
162:11 190:7
203:12 328:3
328:25 329:5,8
329:14
**sold** 240:6 328:22
328:23 329:8
330:2
**sole** 28:23 49:11
49:15 235:18
**solely** 211:15
**solicitors** 6:17
**solution** 194:4
197:8 202:2
**somebody** 140:4
295:11
**somewhat** 270:11
**Sommer** 334:19
334:25 335:5
335:11,17,18
**Sommers** 225:14
**Sommer's** 335:12
**son** 248:14
**soon** 112:25
**sorry** 21:5 39:20
48:5 55:8 57:10
82:12 89:4
103:12,22
121:4,4,9
122:15 138:23
150:10 175:13
177:18 198:16
220:25 238:5
243:2 257:23
262:6 264:12
264:13 280:3
290:22 293:23
304:25 328:21
332:17 333:10
333:19

**sort** 12:17 32:24
39:9 44:15 45:6
59:2 67:7 78:2
90:19,23 93:21
94:6 98:7 102:5
110:22 117:24
139:16 153:7
155:22 266:25
271:25 272:2
296:7 334:17
335:19 337:23
**sorts** 47:9 300:6
**sought** 19:11
20:9 198:24
297:17
**sound** 88:10
130:14 169:16
229:2
**sounds** 25:10
169:19 288:15
**source** 175:19
186:15 191:24
192:3,4,9
193:10 195:9
197:7 201:3,6,6
201:10 202:11
202:13,16
203:13,15
317:11
**sources** 176:16
176:17,19
**South** 76:16
**SOUTHERN** 1:2
**spaghetti** 157:6
**speak** 69:2 98:3
110:9 128:20
133:20 188:18
**speaking** 42:12
110:16 128:18
219:16 297:14
**speaks** 319:23
**specialising**
191:11
**specific** 44:2
100:20 101:21
135:2,5,10

142:3 234:22
234:23 251:12
251:13 259:9
285:21 289:21
302:20 310:11
331:23
**specifically** 80:14
141:19,20
142:8 143:13
143:13 145:9
161:23 185:6
229:10 234:24
235:4 253:21
296:21 308:12
**specifics** 158:15
302:8,9
**speculate** 14:23
280:5,14
284:23 292:10
294:7 295:10
**speculation** 52:3
**spell** 6:24
**spend** 19:24
32:12 51:6,17
52:6,22 53:22
54:19 55:13
81:9 82:7 93:13
331:7
**spending** 53:9
57:23
**spent** 51:4,14
53:6 93:9
310:20 311:8
**spewing** 94:20
**split** 99:10
**spoke** 44:23 66:7
66:16 110:18
110:21 250:3
279:11 296:13
336:9,11,17
337:11
**spoken** 44:19,20
113:17
**sporty** 54:13
**spousal** 9:23 41:7
132:20,23

134:9 154:12
**spouse** 9:23
85:14
**spreadsheet** 12:5
12:24 13:7 21:3
22:18
**spreadsheets**
150:15
**St** 78:11
**stable** 201:11
**staff** 14:2,4 83:9
84:10 169:2
186:2 188:11
200:22 225:4
263:14
**stage** 49:21 143:7
194:2 248:17
**stages** 15:3
**stamp** 91:21
92:10 269:9
321:9 322:17
**stamped** 163:11
**stand** 305:24
**standard** 229:2,5
**standing** 261:16
**stands** 261:18
**start** 10:18 56:12
95:25 114:16
204:12 265:15
281:9 320:20
338:22
**started** 5:24 7:18
10:2,4 24:13
40:6 50:21
65:15,16 95:25
116:4 185:15
203:5 212:12
212:13 229:18
230:18 234:11
235:7 245:6,10
247:13 248:12
249:8 254:5
283:10 299:22
317:20
**starting** 5:17
12:9 122:9,13

139:17 318:24
321:2 324:18
**starts** 70:18
94:11 151:24
259:12 288:4
321:8 322:17
325:12
**starving** 156:24
**state** 6:24 30:13
63:14 67:18
128:19 192:20
336:24
**stated** 30:14
333:7
**statement** 79:23
80:3 85:18
109:22 141:17
194:14 217:2,6
217:11 218:10
218:14 220:9
221:9,12
222:24 249:6
249:14 252:22
256:25
**statements** 9:6
79:21,23 80:6
80:11,14 86:4
**states** 1:2 130:11
330:24
**stating** 246:5
**stay** 84:14 276:7
**stayed** 78:5
**staying** 339:6
**steak** 157:4
**Stefan** 214:9,12
214:13,15
255:21 267:18
271:4,16
276:25 292:24
293:13 294:11
294:17,18
295:9 316:5
327:16
**stem** 79:18
**Stenograph**
342:5



step 7:24 79:4
 213:17
Stephen 324:10
stepped 115:16
Steven 187:16
stick 162:6
stop 217:24
 275:19 311:2
stopped 37:5
 49:24 275:18
stories 293:9
story 156:10
 181:21 219:15
 293:6 294:9,10
 294:19 318:16
 318:18,20
straight 95:7,10
 158:17 162:9
 181:25 293:6,9
 294:11,19
strained 270:11
strange 102:14
 102:18,20
 107:23,24
 108:4,10,16
 110:3 180:23
 265:23,24
Strasan 164:12
 165:3,11,16,18
strategic 189:3
stray 157:11
Street 2:4
stresses 40:10
stressful 262:23
strictly 297:14
strike 55:25
 59:16 85:19,20
 98:19 123:11
 150:10 245:14
strings 107:20
strokes 211:14
strong 313:6
structure 18:12
 187:3
structured 43:23
 159:8

struggles 152:16
 153:15,19
stuff 82:21,24
 83:13 90:23
 102:5 165:7
 251:5 282:22
 282:25 299:15
 308:18 316:12
subject 105:24
 112:7 120:8
 205:12 232:18
 269:12 332:13
submitted 40:17
 224:23 225:6
 227:25 228:20
 228:22
subsection 332:7
substance 252:2
substantial 93:17
substantiate 70:9
 70:11
substantive
 119:12
successor 127:6
 127:21
succinctly 152:24
suggest 17:11
 271:8
suggesting
 198:20
suggestion
 338:24
suit 6:10 58:10
Suite 2:4,9,14
suits 112:9
sum 251:25
summarise 210:9
summer 39:23
 134:17
super 67:7,10
 71:12,17 73:4,6
 73:6,14,23
 283:13,17,21
 283:23,25
 284:3,8
supplemental

120:12
supplements
 39:2
supply 320:7
support 111:17
 197:8 310:9
 311:17,19,24
supporting
 311:17
suppose 14:21
 33:7 99:6 133:4
 133:7 212:20
 213:2 240:9
 250:12
supposed 107:7,8
 107:10,13
 138:25 153:8
 210:22 211:23
 212:17 235:14
 240:20 248:20
 257:18,21
 259:3 260:7,19
 261:25 262:3
 262:11 274:25
 275:2 296:25
 297:2 301:15
 310:23,24
supposedly 146:3
 220:22
sure 11:12,18,23
 14:13 15:10,15
 17:20 25:9
 27:17,25 29:4
 30:2,9 32:24
 36:13 37:20
 39:22 41:15,17
 42:25 47:11
 48:25 52:10,16
 52:19,21 53:8
 56:23 58:16
 59:4 62:4 69:3
 77:4 78:21
 83:19 92:11
 93:8 95:4 97:8
 99:18 100:14
 102:11 103:14

107:2 112:11
 113:15 115:20
 119:17 124:5
 124:16 125:3,9
 125:15 128:9
 134:8,12 136:4
 137:11 138:7
 139:13 142:22
 146:5 148:20
 148:25 150:18
 150:20,24
 157:15 160:2
 160:22 161:12
 161:16,22
 162:21 166:14
 167:24 170:8
 170:10,12
 173:23 174:17
 175:5 176:2,4
 178:6 179:7,11
 183:3 188:5
 190:19 196:14
 198:6 204:15
 205:14 209:6,8
 211:25 212:16
 214:24 215:11
 216:4,16
 223:15 226:5
 227:2 229:12
 234:12,21
 236:17,23
 237:25 245:18
 247:12,20
 248:5,24
 254:18 259:14
 262:10 272:3
 275:16 283:5
 288:13,20
 289:24 290:16
 291:12 300:24
 301:3,17
 302:21 307:3
 307:20 314:4
 315:23 320:6
 322:12 324:24
 325:13 326:13

326:14 330:23
 331:4,20
surprised 225:4
Surrey 7:6
sustained 144:13
switch 113:14
 255:25
swore 120:14
 325:25
sworn 40:17
Sydney 84:4,8
 168:12
system 85:4
 118:18 120:2
 189:5,18 190:6
 190:16 275:2,3
systems 191:11
 194:12 257:21
S-H-A-O-I-B
 165:14
S-T-R-A-S-A-N
 164:12

| T |
|---|

T 123:4 343:2
tab 10:18,24
 31:20 32:2,16
 68:13,15 69:6
 74:8,8,8 91:9
 91:10 103:14
 103:15,16,16
 103:18 118:15
 125:21,25,25
 126:7 156:10
 161:15 165:15
 166:12 169:25
 182:17 207:22
 215:2 226:7
 254:14,14,19
 256:2 264:24
 264:25 269:4,9
 269:10 272:7
 276:19,20
 281:2 286:12
 297:25 303:21
 304:22 305:2



312:11 327:5
**table** 93:11
133:10 157:2
160:6 238:11
**tabloid** 297:8
302:2
**tabs** 10:19
**take** 5:11 19:15
41:5,9,12 42:20
58:7 68:11,13
76:23 80:5
102:7 112:6,14
125:4 133:7,23
134:10 144:17
148:6 160:15
163:25 205:25
218:23 223:2,4
241:9 271:2,3
273:21,25
295:12,14
298:5 314:2
330:24
**taken** 1:21 7:10
153:20,21
338:24 339:3
342:12
**takes** 263:6
**talk** 8:4 97:24
111:12,21,24
112:3 115:4
209:3 223:13
232:18 247:10
285:21 291:21
293:11,25
294:12,23
318:23 334:18
**talked** 28:12 47:4
88:7 116:20,25
168:12 176:19
203:23 204:23
232:3 235:25
254:25 255:21
312:9 328:7
329:17 335:3
**talking** 28:13
30:9 64:14,15

73:4 110:13,22
111:3,4 114:2
114:24 115:3
125:6,10
143:14 147:16
161:18,18
162:7,12
165:17 215:6
216:14 223:12
238:8 249:8,22
255:11 259:20
266:25 267:24
277:5 284:12
284:15 285:3,9
291:3,4,22
292:3 300:19
304:19 308:11
311:9 316:2
317:17
**talks** 70:20
119:19 121:11
153:20,22
216:24 252:4
292:13
**tangent** 131:19
**tasked** 90:19
**tax** 65:4 70:11
224:23 225:2,7
227:18 228:2
228:21 245:6
245:20,20
246:7 248:25
250:10 253:22
256:23,24
257:3,16,20
263:15 334:3
334:13,16,18
335:14,20
336:2,6,9,11,17
336:20 337:4
337:11
**tea** 112:25
**team** 45:9 80:8
**technical** 85:12
85:14 147:24
155:16 156:6

175:20 319:20
**technically** 94:11
**technological**
194:2
**technology** 66:9
173:10,12,14
173:18,22
202:3
**Tel** 2:5
**telephone** 2:3,10
2:13 3:3,4
66:12 98:6
146:24
**television** 238:10
**tell** 19:15 21:20
33:10 43:20
62:3,5 68:19
73:13 74:5
79:21 87:16
92:21 103:24
124:5,9,13
129:15 145:3
154:17 156:16
156:25 161:3
181:11 190:17
203:3,22,25
204:13,17
206:16 220:19
220:21 228:7
229:19,22,25
230:5,9,20
231:13 232:9
232:14,20
233:14,17
234:9 235:4
236:8,20,24
243:21 244:4
244:24 245:16
245:17 246:11
247:5 253:7,8
259:7 262:18
274:6 289:8
294:20,21
302:3,6,9 323:9
332:19
**telling** 25:11

33:21 59:6 94:5
153:13 155:4
182:11,13
220:22 231:8
259:2,6 260:25
263:24 272:5
279:23 292:12
293:13 303:5
314:16
**tells** 74:4
**ten** 152:20
153:20,21
280:10
**tendency** 8:3
37:11
**tens** 218:11
**tenth** 197:17
**term** 117:4
188:13,20
246:13,21
293:24
**terminology**
32:24 217:3
**terms** 30:20
31:15 39:4 44:2
51:18,24 56:22
60:8 66:25 67:6
98:17 131:7
137:24 188:16
214:18 242:20
244:21 245:7
270:24 273:6
**territory** 157:14
**testified** 5:6
53:15 63:4,6
103:11 132:17
133:12 134:17
141:20 143:3
332:25 333:6
333:22 334:8
**testify** 80:16
**testifying** 29:18
33:6 133:3
134:20
**testimony** 15:10
19:17 45:15

52:20 81:6
86:21 98:18
105:9 106:24
109:11 110:2
130:6,9 131:11
131:14,21
166:23 181:5
198:13 225:7
262:14,17
285:16 286:3,4
292:17,18
303:8 309:25
334:14
**thank** 6:23 7:9
13:13 31:17
32:23 39:22
55:20,22 58:8
58:13 64:4
68:23 74:13
86:6 105:22
126:2,6 156:18
160:23 164:6
166:16 169:24
170:23 184:6
199:24 215:7
219:4 232:8
276:12 286:18
286:19 295:24
305:5 320:9
323:12 330:18
330:18,19
337:16 338:11
339:5,8
**Thanks** 282:19
298:24
**theme** 271:12
**thereof** 342:7
**thereto** 30:25
**thesis** 319:18
**thing** 7:14 19:24
30:9 31:13
33:10 43:23
53:2 57:17 81:8
86:25 93:22
94:19 97:23
102:14,18



108:16 112:13
117:24 133:22
149:18 170:11
172:8 185:7
202:10 210:7
212:24 213:2
223:12 225:3
241:4 258:13
274:13 314:15
318:13 320:17
338:5
**things** 5:22 41:2
44:7,10 47:9,17
56:15 67:6 82:7
83:2,15,21,25
84:22 85:15
93:10 94:3 95:5
102:3,9 106:21
107:15 109:4
116:21 121:12
137:14 150:14
150:15 152:25
153:2,10
155:22 158:7
158:17 176:8
181:22 190:21
204:25 205:2
206:2,2,14,15
220:7,22
223:19 230:10
230:15 231:20
245:3 252:3
259:7 288:25
296:13 299:7
300:11 308:11
315:15 316:22
319:9,24 324:3
324:15 337:23
**think** 7:13 11:20
12:19 14:3
18:24 22:12
23:25 27:23
28:2,18 32:15
35:19 36:9 37:6
37:18 38:24
41:10 43:14

44:4,22 46:9,10
48:17,25 49:14
49:22 52:18
59:13 60:7
65:13,15 68:2
70:5,6 73:11
74:19 77:21,22
80:20 83:12
84:5 86:19
87:17 88:6,8
90:22 91:8,10
91:24 97:14
98:8,20,21,22
98:23 99:15
100:11,13
103:8,9 107:4
107:17 108:11
108:15 109:12
110:15 112:24
115:22 116:6
116:19 117:22
117:24 118:5
124:23 125:24
130:2,13
135:16 137:3
137:25 142:10
142:24 147:2
148:19,20
149:4,17
151:20 153:16
158:7 164:24
165:6,8,14
166:6,17 167:4
167:19,24
169:10,25
170:4,17
171:18 172:4,6
172:6,9,9,15,17
180:24 182:20
182:24 185:3
190:9 192:23
194:6 196:6
203:4 205:9
206:20 209:14
210:4,10,18,19
212:5,13

214:14 216:5,7
216:12 224:18
229:20 230:12
230:14,18,25
231:21 234:6
234:11 237:19
240:21 244:24
245:5,10,14
246:21,23,25
248:12,17
250:8 251:20
254:7 255:10
259:3 260:12
264:23 265:11
265:14 266:6
267:4 269:5
270:2 271:20
273:9,13,19,25
275:15 282:16
282:18 284:3
284:13 285:20
287:24 288:18
291:16 292:14
293:21,24
294:2,5 297:6
300:4,12,25
303:21,22
309:21 310:10
315:7,13
317:21 319:5
319:11 325:6
327:13 335:3,4
335:18 338:2
338:15
**thinking** 158:19
165:12
**thinks** 153:4,5
294:12
**third** 13:3 94:11
127:18 129:17
172:3 178:15
264:5 304:2
**thirds** 127:19
**thought** 38:5
49:20 71:10
94:22,24 95:2

124:17 125:2
185:15 212:23
326:9
**thousands**
163:14 303:17
303:18
**three** 8:25 17:21
55:19 65:3
66:15 74:20
157:16 176:16
176:17 241:16
241:17 260:2
262:24 263:13
269:24 294:18
325:25
**Thursday** 1:14
**tie** 55:19 113:12
**time** 5:8 10:7
14:15 19:24
20:15 23:2 24:2
25:3,23 27:18
28:19 32:7,12
33:22 36:14
37:17,22 40:16
44:12 48:16,18
49:5 50:7 55:3
55:16 60:6
62:15,23 63:11
64:15,18 65:16
66:23 68:4 71:8
72:3,8 76:11,23
77:2 80:5 82:7
83:9 89:18
94:21 96:16,24
97:10,20 111:4
113:18 119:9
123:19 129:25
130:13 131:3
131:10,21
132:16 133:23
134:22 135:19
135:22 136:4
137:6,9 140:13
149:10 152:19
152:19 154:5
154:21,25

155:3 160:2,16
161:24 163:17
164:4 166:5,9
166:10,18
178:20 182:25
206:21 207:14
207:22 208:6
209:7 210:19
211:3 212:9
213:9 214:14
214:24 217:22
223:5 227:10
230:12 231:10
247:22 252:13
262:18,20,22
263:13 264:4,7
264:19 265:15
266:2,3,6 267:3
268:4 274:12
275:24 280:12
283:18 284:5
290:7 291:5
309:4 317:13
319:23 321:25
330:5,8,18,21
331:7 337:21
338:4
**timeframe** 331:2
**times** 28:18 46:4
49:9 62:20
64:11 71:19
110:7,21,23
111:2,7 113:17
113:22 114:4,5
114:23 115:2,7
115:10,15
116:20 166:9
185:2 196:24
202:19,21
223:16 272:17
**title** 14:5
**titled** 86:23
**today** 7:14 39:13
45:22 46:5
116:23 166:24
207:2 218:9



223:19,22
224:14 258:13
272:21 303:9
330:19 333:2
**toilet** 99:9,24
**told** 23:19 27:8,9
32:23,25 34:8
38:5,24 44:22
47:5 48:17
71:10 101:9
109:3 113:18
128:22 135:21
136:7 140:23
140:25 143:25
144:20 155:13
156:11 157:19
185:3 203:25
204:2,12,18,21
205:4,5,9 206:3
206:11 207:4
209:16,16
223:22 228:13
228:23 229:3
229:13 230:10
231:9,11
232:21 233:17
233:19 234:10
234:14,18,19
234:25 237:20
244:5 245:5
247:21 249:13
252:15 254:8
258:13 260:13
266:13 267:4
267:10 274:22
279:24 286:5
292:14 297:2,7
301:18,19,21
301:25 307:25
311:11 330:4,7
332:24
**tons** 246:3
**top** 61:5 103:21
229:4 234:15
235:2 254:24
267:17 269:11

272:13 276:23
279:14 281:12
283:13,13
287:19 292:23
298:13 320:21
320:21
**topic** 92:20
255:24 303:21
309:12
**topics** 8:25 80:10
81:21 113:14
**total** 175:15
187:13
**totally** 47:19
235:20
**touch** 94:5 282:9
**trade** 195:5
201:11
**trades** 200:8
**trading** 22:9,15
27:11,16 28:7
29:13 33:4,25
34:10,12,13,22
35:2,10,25 36:7
36:9,15,18 37:5
38:2,3,4,7,9,11
49:3,5,8,8,17
59:17,22,23,25
60:3,5,10,14
61:8,15,19 62:8
62:17 63:2,22
64:16,19,22,24
65:11 71:11,13
71:16,19 73:16
87:14,16 88:12
112:4 158:24
159:21 163:11
200:11 201:11
233:18,20,21
233:23 238:25
239:8 302:23
302:25 303:7
322:23 328:5
**traditional**
201:12
**trail** 272:13

287:8,15,19
292:15 313:3
314:23
**train** 51:14
**training** 168:5
**transaction**
67:12 202:17
202:19,21
**transactions**
306:9
**transcribed**
342:8
**transcript** 161:7
340:6 341:8
342:7 343:4
**transcription**
303:22
**transfer** 238:2
321:14,16
**transferred**
70:23 71:8,13
87:6,13 88:11
**transpired**
121:22
**travelled** 78:2
**trawl** 300:16
**tremendous**
218:18
**trick** 172:2
**tried** 190:18
224:20 333:2
**triple** 319:2
**trouble** 75:19,21
157:2,22 280:8
280:15 282:20
313:12 314:13
**troubles** 152:18
153:8
**true** 38:7,8 49:8
116:23 141:10
141:13,17,25
146:11 147:21
151:16 223:20
257:16 258:6
261:3 289:19
302:12 313:20

313:24 314:19
341:8 342:7
**truly** 23:18 46:3
**trust** 28:4,6,12
28:13,14,15,21
29:11,23 30:2,4
30:5,6,17 31:25
33:5 38:10,10
38:13,13,16
39:4,5,5,6,25
40:13,19,19
41:19 42:2
43:15,22,24
44:6,9,14,18,19
44:20 45:12,13
45:14,19,21,25
46:6,12,17,17
46:20,22,23
47:11,12,13
48:2,4,6,7,10
48:11,14,18,22
49:2,12,19,22
50:2,3,6,11
51:12,12,18,24
52:7,12,13 54:3
54:19 55:11
56:2,6,22,25
57:5,18,23 60:4
60:10 71:8,23
80:14,21 81:25
89:17,18 93:6,8
93:15 94:16,23
96:15 104:2,4,6
111:22 115:21
116:4,11,17
122:19,23
123:4,6,21
124:2,19,21
125:8,10,11
127:12 128:5
129:19,22
131:7,13,22
134:25 135:8
135:13,13,14
135:15,21
136:6,12,16,21

137:5,14 138:4
138:20 139:5
139:21,23
140:20,24
141:2,24,25
142:7,10,19,20
143:2,16 144:4
144:22,24
145:7,8,13,14
145:17 146:6,9
146:10 152:3
159:11 162:4,8
162:9,9,10,11
162:13,25
163:9,14,21
170:14,14,18
170:19 172:5
172:10,18
175:7 177:16
178:22 180:4
220:13 225:16
234:20 235:5,6
235:19 236:10
236:21 237:2,3
237:7,16,17,21
238:20 239:10
239:11,25
240:19 241:5,6
241:9,14,21
242:4,6,9,14,19
242:20 302:19
302:22 307:17
307:17 321:2,4
321:7,10,20
322:4,5,19,22
323:2,17,22,23
323:24 324:13
324:15 325:4
325:16 327:20
327:23 328:5
328:23 329:8
**trusted** 241:24
277:14
**trustee** 28:20,23
28:24 29:10,25
38:9 40:13 46:5



47:22 49:12,14
49:15,17,19,21
49:24 50:2,3,5
50:21 51:5,16
55:12 57:6 60:9
71:22 72:3,4,7
89:23 90:2,4
93:15 116:11
116:12 126:20
126:23 127:6,7
127:10,12,14
127:21,22
128:5,13
129:18 130:3,3
130:4,17
141:24 151:5
159:11,15,15
162:25 163:5
236:25 242:18
302:18 321:5
321:16,20,24
323:18 325:5
**trustees** 126:24
129:21 324:6,7
324:25
**trusting** 162:4
**trusts** 39:19
41:16 80:19
90:5 91:7
123:20 159:18
160:12 161:18
162:4,12
242:10 325:24
326:2 328:11
328:13
**trust's** 235:18
**truth** 152:13
153:13 181:11
181:12 290:3
**try** 7:16 20:14
41:15 42:18
45:16 48:8
64:13 81:2 90:8
100:17 140:7
140:16 144:14
144:18 199:3

204:10 207:17
224:19 264:7
267:2 308:6
310:19
**trying** 9:19,20
24:8 55:7 70:9
70:10 79:24
80:2 82:2,4,13
83:13 87:16
92:24 110:9
114:9,12 141:5
144:15 165:7
201:23 206:14
206:19 207:3
207:22 245:14
246:9 247:20
247:24 249:19
264:6 274:13
309:13 310:3
318:5 319:4
320:19 325:14
335:18
**Tulip** 22:8,15
27:10,15 28:6,7
28:13,14 29:12
33:3,25 34:10
34:12,13,22
35:2,10,25 36:6
36:9,14,15,18
37:5 38:2,3,4,7
38:9,10,13,16
40:13,18,19
41:19 45:19
46:22 49:3,5,7
49:8,12,17,19
49:22 50:2,3
59:17,22,23,25
60:3,5,10,14
61:8,15,19 62:7
62:17 63:2,21
64:16,19,21,24
65:11 71:11,13
71:16,19,23
73:16 87:14,15
88:11 90:5
93:15 111:22

112:4 116:11
116:17 128:5
129:19,22
136:6 138:3
158:24 159:21
163:11 170:19
172:18 233:18
233:20,21,23
234:20 235:5
237:2,3,7,17
238:16,25
239:7,10
302:18,23,25
303:7 321:10
321:20 322:3,5
322:19,23
323:2,17,22
324:13,15
325:4 326:2
327:23 328:5
**turn** 30:10 108:6
127:25 143:8
171:9 186:11
188:22
**turned** 108:21
**twice** 149:19
**twist** 310:19
**twisted** 310:21
**two** 8:15 10:19
22:5 28:5 35:5
35:6 40:18
42:10 55:19
70:3 93:2
114:22 126:10
127:19 160:20
171:12 179:14
187:13,23
192:17 231:3,3
241:15,16
260:24 262:15
263:8,14,18,22
275:5 277:7,9
279:15 281:7
288:14 300:18
301:5 312:17
324:2,14

325:24 326:16
328:11,12,14
**tying** 334:12
**type** 19:23 81:7
133:22 229:5
**typed** 174:16
**typescript** 340:4
**typo** 269:5

―――――――
**U**
**UK** 44:11 77:13
77:22,24 82:23
82:25 83:6 85:7
85:7,10 214:19
330:22 331:21
331:24 332:4
**ultimately** 10:9
212:8 237:23
254:7,8,9
298:18
**Umm** 12:12
70:22 127:8
151:13,25
152:6 283:16
**unacceptable**
105:13,17
**unarguably**
301:5
**unclear** 46:15
63:8,13 129:2
131:18 140:14
183:13 186:16
219:11 220:14
236:14 271:8
298:23 331:24
**underneath**
272:14
**understand** 5:10
6:3 15:10 26:11
26:23,25 31:3,3
35:9 36:13
37:12 39:20
41:11,16 45:15
48:6 49:7 51:15
52:17 78:22
79:13 80:18,24

82:13 85:24
86:20 88:5
92:23,25 93:20
93:20 94:20
95:2,6 117:18
119:17,25
120:20 121:23
122:7 123:3,11
125:9 126:22
130:5 143:21
144:16 145:20
157:21 158:8
158:19 171:4
189:9 194:17
194:21 197:2
197:21 200:16
201:7 203:15
206:13 212:2
250:17 263:6
279:3 280:3,22
283:17 296:20
299:19 300:16
309:24 310:14
330:2,16
334:10
**understanding**
25:5,14 29:9
30:22 34:9,10
38:15,21 46:8
49:25 53:14
60:21 94:14,18
96:10 117:9
118:2 129:20
129:23 155:5
157:24,25
158:6,11 159:8
159:10,14
168:2 188:9
210:11,15
211:13 212:15
244:7 245:17
291:2 308:17
308:21,22
309:11,19,22
311:22 312:7
330:21,25



335:10,12
337:6 338:21
**understood**
47:21 55:24,25
114:19 137:14
158:15,17
159:16,20
188:10 231:18
249:21 279:23
308:8,13
310:18 321:4
329:23
**undertaken**
197:9
**unfortunate**
333:5
**unfortunately**
173:17
**United** 1:2,19
2:21 330:24
**universe** 192:10
300:17
**unlock** 90:24
91:5 95:20
106:16,20
**unnecessary** 81:3
86:5
**unpack** 123:24
**unsure** 17:10
**untrue** 302:4,6
302:10
**update** 31:25
**updated** 28:16,17
28:19 45:25
313:13
**upper** 75:25
**upset** 47:4,10
235:12
**up-to-date** 24:8
**use** 33:7 37:12
47:14 56:18
67:20 68:25
93:25 99:11
100:3,7 108:6
158:23 159:7
159:17,22

167:9 182:25
188:8,17
194:23 217:2
234:2 235:22
244:23 284:3,4
284:5 310:20
**uses** 261:9
319:22
**Usev** 165:12
**usually** 206:6
**US6** 270:15
**Utz** 225:21,22,24
226:14 227:6
227:11,14,24
228:18
**Uyen** 16:20,21
69:25 70:21
86:12 324:7

_____
### V
**v** 1:9
**Vaguely** 164:13
**valid** 56:17 181:9
252:19
**valuation** 183:16
186:14 196:5,8
203:8
**valuations**
183:19,21
186:21
**value** 57:15,16,19
57:20 159:23
160:3,5 203:12
**Values** 183:9
196:2,13
**valuing** 186:15
**various** 71:20
168:21 181:14
186:21 234:3
**vault** 202:2
**Vel** 6:6
**Velvel** 2:11
**Vel@rcfllp.com**
2:10
**venting** 158:3
**verbal** 251:7

**verify** 238:16
**viable** 245:9
257:4
**video** 66:10 98:7
98:9 124:7
134:8 138:13
**videotaped**
138:22,25
139:2,3
**view** 122:4 252:9
254:9
**views** 294:25
**virtual** 192:10
**vis** 207:11,11
221:8,8
**visit** 66:2
**Vistomail** 147:2
147:18 148:5,7
148:17,22
149:2,13,17,21
150:2 151:19
151:21,22
**voices** 110:25

_____
### W
**WA** 87:2
**wait** 69:3
**waiting** 262:16
**Wales** 76:16
**walk** 45:16
110:13 113:25
115:3 122:10
188:24 206:21
**walked** 111:10
113:22 114:23
206:23
**wallet** 201:23
202:8,9,25
**wallets** 202:7
**want** 5:9,10 9:25
11:21 19:23,24
19:25,25 32:23
47:19 52:20
78:22 79:3,4
80:5 81:5 99:8
112:14,23

119:17 125:12
129:16,16
133:5,17 134:8
150:22 160:15
163:25 170:10
172:2 182:22
185:18,20
198:25 219:6
219:16,18
222:14 223:11
235:13 238:6
248:22 250:19
251:17 253:19
253:21 260:17
263:10 266:15
269:17 276:6
285:2 286:16
290:9 292:2,21
300:13 310:24
311:2 315:16
315:18,19
318:3,20,23
324:18 331:6
334:3 336:5
337:23
**wanted** 43:22
45:10 51:17
56:12 129:9
131:5 137:10
165:8 182:9
245:20 249:23
250:20,25,25
250:25 253:17
253:17,18
273:20,20
281:20 282:8
306:8 307:20
312:8 314:23
314:25 315:16
317:25 326:8
338:12
**wants** 335:7
337:25
**wasn't** 25:18
60:3,16 72:5
109:13 110:20

111:5 125:3
132:9 139:3
153:11 166:6
166:20 167:6
167:17 177:5
184:15 203:4
217:17 231:25
233:10 234:7
240:6 243:17
243:20,24
250:7 253:19
257:25 260:12
260:13,14
262:13 267:15
283:22 284:24
284:24 286:10
286:11
**Watts** 1:1,12 2:1
2:19 3:1 4:1 5:1
5:23 6:1,15,18
6:23 7:1,2,3 8:1
9:1,8,18,21
10:1 11:1,25
12:1,4 13:1
14:1 15:1 16:1
17:1,6,23,23
18:1 19:1 20:1
20:19 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
31:20 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1,25 41:1,15
42:1,15 43:1,14
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
58:11 59:1,2
60:1 61:1 62:1
63:1,20 64:1
65:1 66:1 67:1
68:1,15 69:1,8



70:1 71:1 72:1
73:1 74:1,10
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1,3,11
83:1 84:1 85:1
85:22 86:1 87:1
88:1 89:1 90:1
91:1,15 92:1,7
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1,24 106:1
107:1 108:1
109:1,3 110:1,7
111:1 112:1
113:1,12 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1,18 122:1
123:1 124:1
125:1 126:1,6
127:1 128:1,18
128:25 129:1
130:1 131:1
132:1 133:1,2
134:1,5,11
135:1 136:1
137:1 138:1
139:1 140:1,3
140:19 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1,25
154:1,17 155:1
156:1 157:1
158:1 159:1
160:1,20 161:1
161:11,14
162:1 163:1

164:1,11 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1
180:1 181:1
182:1 183:1
184:1 185:1
186:1 187:1,19
188:1 189:1
190:1 191:1
192:1 193:1
194:1 195:1
196:1 197:1
198:1 199:1
200:1 201:1
202:1 203:1
204:1 205:1
206:1 207:1
208:1,6 209:1
210:1 211:1
212:1 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1 223:1,11
224:1 225:1
226:1,11 227:1
228:1 229:1
230:1 231:1
232:1 233:1
234:1 235:1
236:1 237:1
238:1,9 239:1
240:1 241:1
242:1 243:1
244:1 245:1
246:1 247:1
248:1 249:1
250:1 251:1
252:1 253:1,7
254:1,16 255:1

255:22 256:1
257:1 258:1
259:1 260:1
261:1 262:1
263:1 264:1
265:1,12 266:1
267:1 268:1
269:1,11,22
270:1 271:1
272:1 273:1
274:1 275:1
276:1,25 277:1
278:1 279:1
280:1 281:1
282:1 283:1
284:1 285:1,9
286:1,16,25
287:1 288:1
289:1 290:1
291:1 292:1
293:1 294:1
295:1 296:1,2
297:1 298:1
299:1 300:1
301:1 302:1
303:1 304:1,6,9
304:10,23
305:1,8 306:1
307:1 308:1
309:1 310:1
311:1 312:1
313:1 314:1
315:1 316:1
317:1 318:1
319:1 320:1
321:1 322:1
323:1 324:1
325:1 326:1
327:1,4 328:1
329:1 330:1,18
331:1,18 332:1
332:10,25
333:1,22 334:1
335:1 336:1,8
337:1 338:1
339:1 340:1,7

341:1,4 342:1
343:1
**Watts,what** 5:3
**way** 14:3 25:3
27:21 52:20
53:7 54:18,21
66:24 68:17
75:7 96:17
127:18,24
132:5 137:3
146:24 195:18
195:21 208:18
214:21 224:7
227:22 231:11
232:21 235:13
235:21 236:3
246:9 251:7
252:18 263:9
273:16 281:10
286:7 287:12
287:18 294:25
295:2,5 311:17
313:25 316:20
335:6,6
**ways** 53:8,10,25
54:5
**welcome** 182:24
286:22
**went** 115:20
132:15 181:25
234:3 245:19
249:4 255:24
**weren't** 90:12
127:15 131:10
156:24 217:18
**we'll** 330:14
**we're** 47:10 93:7
310:23 321:2
324:17 326:13
326:17,25
330:12 333:17
**we've** 319:15
324:15 330:11
**WFT** 327:19,20
328:22 330:3
**whatsoever**

303:15
**white** 101:4,14
310:16 319:6
319:10,12
338:21
**wider** 79:11
**wife** 95:4,4
122:22 132:25
136:15 141:23
143:16 146:6,8
244:3
**WII** 328:5
**willing** 291:21
293:17
**wiped** 299:19,21
300:8,10,16
**Wired** 300:4
313:3,5 316:2,8
316:17 318:7
**wish** 5:19 134:7
339:6
**wished** 56:7
231:24
**withdrew** 161:5
**withheld** 222:11
**witness** 5:6,15
6:12 19:17,20
20:7 58:12
63:16 79:3,4
81:20 99:16
112:11,16
126:16 152:7
160:14,15,16
160:17,22
161:5,6,8,12
198:17 204:7
207:16 219:7,9
219:12,13,14
219:17 222:8
269:7 276:2,4,5
286:18 326:8
331:8,13 341:2
**witnessed** 152:2
**WK** 191:24
192:3
**WKID** 189:10



**woman** 68:9
69:17,19,23
**word** 34:18,18
37:12,14 59:10
64:2 94:12
99:11 100:3,7
101:13 162:12
188:7,8 213:5
244:23 261:9
334:10
**worded** 39:10
**wording** 116:7
200:20
**words** 33:4 80:7
80:8 105:12
144:13 200:24
205:5 251:24
260:2 294:21
295:6 313:7
314:14 319:3
323:19 325:16
**work** 46:25 47:16
50:15 56:3,15
56:19 57:14
83:7,8,13,20,21
83:24 84:22
85:15 93:7 97:7
98:17,19 99:3
99:15,22 100:9
100:18 101:13
101:23 110:19
111:3,4 165:8,9
210:5,5,12,22
211:15,22,25
212:2,10
214:19 229:25
230:13 232:5,9
234:5 235:20
257:10 258:23
260:19 262:3
273:11,16,21
274:8,16,16,19
274:25 275:4
281:10 283:5
296:9 297:3
313:7 317:16

317:18,25
318:2,20,23
319:19
**worked** 18:3 38:4
38:8 45:2 84:11
165:5 168:17
185:5,25 186:2
186:3,4,5
193:18 214:13
226:24 229:22
230:14 262:23
263:16 311:19
**working** 13:23
13:23 37:17
38:2 60:3 64:23
65:10 74:14
93:2,3 97:8,13
118:18 165:10
194:25 214:14
230:7,12,16
257:14,17,18
258:2 264:8
274:24 317:12
317:19,23
**works** 151:22
**world** 194:3,13
194:21 197:8
**worldwide** 189:5
**worry** 21:2 197:5
330:14
**worth** 248:23
250:21
**wouldn't** 73:18
280:15 324:12
324:13 335:19
**Wright** 1:10 6:3
6:21 8:13,19
9:7,16 10:15
17:23 18:16
22:8,15 23:20
23:22 24:5,11
24:21 25:11
26:13,16,20,24
27:3,22 28:6
29:12 33:3,24
34:9,25 35:7,12

35:14,21 40:25
48:14,16,18,23
50:7,9,16,21
56:3,8 60:18
74:25 79:22
80:6 83:22 85:7
86:12 93:16
96:5,6 104:20
106:4 111:25
114:13 122:24
123:12 126:14
132:21 139:22
140:23 141:2,3
141:14,20
144:22 145:18
146:10,19
149:14 150:17
150:20 151:16
151:17 153:24
154:14 155:9,9
158:12,23
159:21 162:23
163:7 164:15
168:15,21
170:14,14,17
171:19 172:4
172:10 174:6
175:6,21,25
176:4,11,14,16
176:16 177:12
177:16 180:4
187:16 209:11
214:6 220:13
234:8 236:14
236:20 237:22
237:24 238:3
238:22 239:6
239:15 241:5
242:23 243:6
254:24,25
261:6,8,17
270:8 272:15
272:18 276:24
277:10 282:15
285:7 288:19
290:2 292:16

292:25 294:3
294:18 298:10
303:4,6,10
316:5 321:17
321:23 322:22
324:10 327:20
328:18,19,23
328:23 329:7,8
329:13 332:19
334:9 337:10
**Wrights** 282:15
**Wright's** 30:21
56:18 61:16
116:10 152:7
176:5 181:3
238:8 275:8
**write** 87:10 89:15
101:3 106:8
188:12 191:18
192:6,13
195:12 199:14
201:8 202:14
256:22 258:18
259:19 271:16
277:21 278:12
278:13 284:10
289:5 291:18
291:23 292:5,9
292:11 300:22
300:25 304:18
307:9,15 315:9
328:17 330:5
**writes** 136:14
152:25 265:16
266:8 277:13
277:18 280:9
282:4,16
287:22 288:14
298:21,24
300:15 313:11
319:18,21
**writing** 92:17,19
97:19 158:9
161:23 256:16
263:23 268:23
272:5 285:7

287:17 288:19
296:5 298:22
300:12 301:11
301:14,15,17
307:8 313:2
318:15 329:10
338:22
**written** 72:16
79:22 95:24
101:10 104:13
104:14 120:4
138:15 140:4
141:9 158:8
161:22 162:17
188:16 190:22
197:11 201:14
203:14 228:24
229:8 246:25
267:23 271:10
271:24 277:16
295:11 311:6
315:13,20
317:5,7 322:2
330:6
**wrong** 31:19
46:10 94:18
125:16 158:4,5
158:5,11 159:9
188:7 196:23
197:24 204:17
245:17 255:24
256:10 269:17
304:20 333:23
**wrote** 92:14
94:14 96:16
97:16 98:21,23
98:24 100:12
106:9 136:14
232:11 260:6
261:23 264:10
264:17 266:17
271:20 278:14
280:6,14 283:4
292:7 294:7,8
304:12,15,18
305:11,13



306:3,3 307:2,6
310:16,20
317:22 321:6
327:19 328:15
**W&K** 1:7 25:17
165:25 166:24
167:10,15,17
167:20,23
178:16 179:5
180:5 181:16
189:2,10,13
190:7 192:8
193:11 195:10
197:7 201:3,10
202:11,16
203:12,15
211:9 215:19
215:20 216:2,3
216:4,7,8,15,15
216:16,23,25
217:6,14
218:11,15,19
219:24 233:8
233:10 249:6
249:14 329:5,8
329:15 336:18
337:4,5
**W&Ks** 215:23
**W&K's** 218:23
220:14,15
221:8 337:11
**W-A-T-T-S** 7:2

___

**X**

**X** 4:2 263:10
274:15,15

___

**Y**

**year** 24:2,13
108:25 109:13
114:22 169:19
209:21 234:11
306:8 307:23
**years** 21:13
38:25 64:8,9
65:3,10 71:4

92:15 152:20
153:20,21
162:15 184:14
184:18,18
185:23 186:20
224:9,11 230:8
230:17 253:12
256:16 260:24
262:15 263:8
263:19,23
266:12 268:24
275:5 277:7,10
279:15 280:10
304:14,15
317:20 328:16
**yesterday** 79:2
331:3

___

**$**

**$378,475,713**
203:13
**$6** 272:2

___

**0**

**00022425** 4:4
11:6
**064409** 122:25

___

**1**

**1** 4:4 10:25 11:2
40:19 86:23
92:7 128:2
129:10,11,13
269:4,9,10
**1,111,000** 321:22
**1.05** 58:19,21
**1.14** 58:21,23
**10** 4:8 58:8,14,14
58:16 207:18
226:10,12
305:2
**100** 2:4
**100%** 19:15
214:24
**1000** 2:14
**11** 4:4,9 254:15

276:20 281:2
**111,000** 88:11
**117** 72:21
**117,000** 67:13
**117,956.06** 88:18
**117,959.06** 72:14
**119** 4:6
**12** 4:9 256:3
295:18 297:25
**12.08** 5:2
**12.58** 304:24
**13** 4:10 183:17
265:7,9,11
304:10
**14** 4:10 126:10
269:20,21
**15** 4:11 81:9
174:11,18
180:3 188:22
191:5 207:18
238:17 272:8,9
290:15 327:6
**16** 4:11 33:13,16
191:5 281:3,5
**17** 4:12 197:7
256:2 264:25
286:13,15
287:2
**170** 4:7
**175** 4:7
**18** 4:12 138:9
199:25 263:16
264:8 298:2
**188** 4:8
**19** 1:14 4:13
305:6
**19th** 287:24
341:9
**1970** 8:9

___

**2**

**2** 4:4 32:4,8
40:19 119:22
120:18,19,24
122:10,13
126:3,7 255:4

321:3
**2JD** 1:19 2:21
**2nd** 2:4
**2.10** 113:6,8
**2.17** 113:8,10
**20** 4:13 164:4
230:8,17
283:13 312:14
312:15 317:20
319:15
**20s** 230:19
**20-23** 1:18 2:20
**200** 2:9
**2000** 317:21
**2006** 315:13
317:17,21,25
**2007** 300:12
**2009** 24:14 25:4
25:13 234:12
243:18,20
**2010** 8:20 101:10
166:19 229:17
235:9
**2011** 10:5 28:15
28:15,18 34:16
38:17,22 41:23
43:15,22 44:2,6
44:19 45:13,18
45:22 46:5,18
47:3,25 48:4,9
48:13 49:2,9,11
50:6,12,21 51:2
60:4 65:17
89:17 93:14,20
94:2 114:17,18
116:4,6,17
160:3 229:17
235:9 320:23
321:2,4,7 322:8
323:22,23
325:7
**2012** 39:8 41:25
43:14 44:2,5,7
44:19 45:25
60:7,11 62:8,17
64:14 65:19

92:14,20 93:2
93:10 94:2
96:24 97:17,21
156:11 158:16
161:17 162:18
162:22 322:14
323:24 325:9
**2013** 8:17 10:9
114:10,19
174:12,18,21
174:23 175:2
180:3,22 181:2
209:5 327:20
**2014** 39:8 42:5
44:7 45:25
65:14,21 70:24
76:25 77:2,5
86:9,14 169:16
180:20,22
183:17 239:10
323:25
**2014/2015** 86:19
**2015** 65:21 77:16
77:18 78:4,8,11
84:7 214:24
266:6,8 269:15
282:5 290:14
290:24 304:23
327:16 329:7
**2016** 15:15,16
78:8 298:14
305:3,13
**2017** 15:15 28:13
28:16,19 30:18
32:2 39:8 44:11
44:16,21 45:11
45:25 115:20
115:21 123:6
125:11,12
129:24 134:25
135:8,21 136:6
137:5 138:4
237:3 238:15
**2018** 40:6
**2019** 39:23 40:12
124:2 130:14



131:15,20
132:14 133:12
134:17,22
135:9,22 136:8
136:23 137:13
141:8 149:3
**2020** 1:14 25:24
27:18 33:23
38:2 107:7
123:20 124:20
128:12 132:11
135:15 137:15
340:20 341:10
341:20
**21** 4:14 320:11,13
320:15
**22** 4:14 286:12
327:8,9
**22384** 304:22
**23** 91:23 169:25
198:8 203:9
215:2 320:13
**23rd** 287:25
322:14
**230** 4:8
**23348** 305:3
**24** 165:15 166:12
**25th** 290:23
**2525** 2:14
**258** 4:9
**26** 68:13,15 69:6
125:25
**260** 4:9
**269** 4:10
**27** 74:8 265:16
**27th** 304:23
**273** 4:10
**276** 4:11
**28** 92:14 97:17
161:17
**2800** 2:4
**285** 4:11
**287** 256:7
**290** 4:12

**3**

**3** 4:5 68:14
112:19 173:4
173:24 175:13
215:12 265:3
303:22,23
304:2,22
321:24
**3B** 175:12
**3ECPA** 68:6
69:14
**3.15** 164:8,10
**3.35p.m** 164:10
**30** 182:17
**30th** 8:9 298:14
**302** 4:12
**305** 2:10
**305-539-8400** 2:5
**305.445.2500**
2:15
**309** 4:13
**31** 305:13
**31st** 305:3
**316** 4:13
**32** 4:4 226:7
**32%** 195:9
**324** 4:14
**33** 31:20 32:2
125:22,25
126:7 238:17
**331** 4:14
**33131** 2:5,9
**33134** 2:15
**34** 69:7 118:15
**35** 91:9 103:16,18
156:10 161:15
207:25 208:2
**357-3861** 2:10
**358,852.45** 87:6
**39** 182:19

**4**

**4** 4:5 10:18,24
12:7 74:9 88:24
197:5,6
**4.38** 223:3,7
**4.47** 223:7,9

**40** 182:25
**40-odd** 14:4
**46%** 192:4
193:10

**5**

**5** 4:6 91:12,13
103:9,13 127:3
272:7
**5.34** 298:15
**50** 263:14
**500** 283:13
**5500** 2:9

**6**

**6** 4:6 119:5
295:19 312:11
312:12
**6.06** 295:15,17
**6.12** 295:17
**6.29** 265:16
269:15
**6.49** 326:18,19
**6.54** 326:20,21
**68** 4:5

**7**

**7** 4:7 81:2 166:13
186:11 199:6
254:14,19
276:20 295:23
321:25 331:3
338:3,15
**7.00** 338:23
**7.06** 339:9,10
**70** 8:10
**74** 4:5

**8**

**8** 4:7 20:19,21,25
170:22,25
171:9 215:5,6
220:16
**8th** 269:14
**8.55** 305:4
**88** 258:12

**9**

**9** 4:8 184:5,8
**9:18-cv-80176-...**
1:4
**90%** 270:15,19
**91** 4:6

