EXHIBIT "P19"

```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF FLORIDA
                         WEST PALM BEACH DIVISION
                       CASE NO. 9:18-cv-80176-BB

   IRA KLEIMAN, as the personal representative
   of the Estate of David Kleiman, and W&K Info
   Defense Research, LLC,

          Plaintiffs,                            November 15, 2021
                                                 9:58 a.m.
             vs.

   CRAIG WRIGHT,

          Defendant.                             Pages 1 THROUGH 224
   _____
                       TRANSCRIPT OF TRIAL DAY 9
                   BEFORE THE HONORABLE BETH BLOOM
                     UNITED STATES DISTRICT JUDGE
                           And a Jury of 10

   Appearances:
   FOR THE PLAINTIFF:    ROCHE FREEDMAN, LLP
                         DEVIN FREEDMAN, ESQ.
                         KYLE ROCHE, ESQ.
                         200 South Biscayne, Suite 5500
                         Miami, Florida 33131

                         BOIES SCHILLER & FLEXNER
                         ANDREW BRENNER, ESQ.
                         STEPHEN N. ZACK, ESQ.
                         STEPHEN LAGOS, ESQ.
                         100 Southeast 2nd Street, Suite 2800
                         Miami, Florida 33131

   FOR THE DEFENDANT:    RIVERO MESTRE, LLP
                         ANDRES RIVERO, ESQ.
                         JORGE MESTRE, ESQ.
                         AMANDA M. MCGOVERN, ESQ.
                         ZALMAN KASS, ESQ.
                         MICHAEL A. FERNANDEZ, ESQ.
                         2525 Ponce de Leon Boulevard, Suite 1000
                         Coral Gables, Florida 33134

   COURT REPORTER:       Yvette Hernandez
                         U.S. District Court
                         400 North Miami Avenue, Room 10-2
                         Miami, Florida 33128
                         yvette_hernandez@flsd.uscourts.gov
```

```
 1    They are two different things.  Value and capitalization are
 2    not the same.
 3    BY MR. FREEDMAN:
 4    Q.  They have a market and capitalization of $53.7 billion,
 5    approximately?
 6    A.  Yes.  But if they move, then the value of BTC will likely
 7    tumble.  So technically, if any of these early Bitcoin move --
 8    the market valuation is premised on Craig Wright will never
 9    move his Bitcoin, which is not technically correct, but it
10    won't happen the way you're saying.  And when it does, the
11    value of BTC is going to slide.  It's going to fall.
12    Q.  Dr. Wright, you've said that you have several billion
13    dollars in value now, correct?
14    A.  I control that, yes.
15    Q.  And in fact, Dr. Wright, it is true that you are a
16    multi-billionaire, correct?
17            MS. MCGOVERN:  Objection, Your Honor.  403.
18            THE COURT:  Overruled.
19            MS. MCGOVERN:  Relevance.
20            THE COURT:  Overruled.
21            THE WITNESS:  If you want to be honest, I control
22    things in some ways and I have companies that I'm a CEO of.
23    Technically, no.  My wife is actually the multi-billionaire.
24    So technically, she's the person who owns it.  Yes, myself and
25    my kids are beneficiaries, but I've also put in covenants over
```

1    the things here.  So there's already a covenant over the trust.
2    The value of the trust is covenanted for projects that I said.
3            Now, that is 98 percent of all the value that I own
4    will be used in creating a system.  I've said this multiple
5    times.  The value, 98 percent of what he's talking about is
6    under a covenant.  Not for me, not for my kids; basically for
7    the idea I want.  I want to take that money and build a system
8    to take the poorest one billion people on earth and have them
9    in the digital economy.  If there's more money left over, I'll
10   work on the second billion people.
11           I will keep spending that money, the 98 percent, which
12   is now in law, now set, under a covenant of deed, irreversible.
13   I will start working on places like Africa, on India, on Asia,
14   on South America, and I will find a way of building digital
15   asset foundations for these people.
16           So in places like Venezuela or India where there are
17   shantytowns, those people don't own property.  They live there
18   for 20 years sometimes and don't own it.  So under property
19   rules, when you live somewhere and you can prove it, after 12
20   years in most places it becomes yours.  There's actually a case
21   where -- in Hyde Park in London -- they paid out a homeless man
22   20 million pounds because he had been living there for 15 years
23   and technically he had a claim over Hyde Park, center of
24   London.
25           I want a system that will enable those poorest billion