EXHIBIT "P20"



**Thread** #lawsuit-discussions

**Deadbeat** Jun 29th at 6:35 AM

What a farce the Kleiman v. Wright case has become all because Reinhart won't allow the settlement of the question of the ownership/control of W&K before hearing this farce of compelling Dr. Wright to pay W&K. I thought by now the Florida case would have been heard. Reading Reinhart/Bloom they refer to W&K as if Ira controls it yet at the same time talk out of the other side of their mouth about leaving it up to Florida to settle the ownership/control issue. This phase of the case has degenerated into a travesty.

5 replies

**Brendan** Jun 29th
Crazy!

**Brendan** Jun 29th
Surely this issue must be determined before anything else can happen?

**CSW** Jun 29th
UK.
A US Court cannot force diddly.

👍 2  😆 1

**Brendan** Jun 29th
Good.

**PabloJTF** Jun 30th
Pah, Reinhart, the name is so not apt.

💯 1