EXHIBIT "P21"



# TAAL Announces Debt Financing

Vancouver, British Columbia; December 18, 2020 – TAAL Distributed Information Technologies Inc. (CSE:TAAL | FWB:9SQ1 | OTC:TAALF) ("TAAL" or the "Company") a blockchain infrastructure and service provider, is pleased to announce that it has entered into a loan agreement (the "**Note**") with Wright International Investments Ltd., an entity wholly-owned by Craig Wright, advisor to the Company (the "**Lender**") providing for debt financing in an aggregate principal amount of US$7,000,000.

The Lender has made an initial advance under the Note in an amount equal to US$3,500,000 in the form of Bitcoin SV ("**BSV**") and the Note provides that the Lender will make a further advance of US$3,500,000 (or the equivalent thereof in BSV or Bitcoin core) on January 29, 2021. The Note is unsecured, funds advanced under the Note bear interest of 8% annually and the Note is repayable 30 days following a demand for repayment on or after January 29, 2023. TAAL may repay the Lender at any time without penalty.

**About TAAL Distributed Information Technologies Inc.**
TAAL Distributed Information Technologies Inc. delivers value-added blockchain services, providing professional-grade, highly scalable blockchain infrastructure and transactional platforms to support businesses building solutions and applications upon the Bitcoin SV platform, and developing, operating, and managing distributed computing systems for enterprise users. The Company is led by an experienced management team, Board and Advisory Board members that include entrepreneur and BitcoinSV advocate Calvin Ayre, and renowned computer scientist and visionary Craig Wright.

Visit TAAL online at www.taal.com

The CSE, nor its Regulation Services Provider, accepts no responsibility for the adequacy or accuracy of this release.

CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING INFORMATION

Certain statements included in this news release constitute "forward-looking information" as defined under applicable Canadian securities legislation. The words "will", "intends", "expects" and similar expressions are intended to identify forward-looking information, although not all forward-looking information will contain these identifying words. Specific forward-looking information contained in this news release includes, but is not limited to statements regarding: a further advance of funds under the Note and the use of the loan proceeds. These statements are based on factors and assumptions related to historical trends, current conditions and expected future developments. Since forward-looking information relates to future events and conditions,

by its very nature it requires making assumptions and involves inherent risks and uncertainties. TAAL cautions that although it is believed that the assumptions are reasonable in the circumstances, these risks and uncertainties give rise to the possibility that actual results may differ materially from expectations. Material risk factors include the future acceptance of Bitcoin SV and other digital assets and risks related to information processing using those platforms, the ability for TAAL to leverage intellectual property into viable income streams and other risks set out in Item 20 Risk Factors of TAAL's Form 2A – Listing Statement dated July 31, 2018 and elsewhere in TAAL's continuous disclosure filings available on SEDAR at www.sedar.com. Given these risks, undue reliance should not be placed on the forward-looking information contained herein. Other than as required by law, TAAL undertakes no obligation to update any forward-looking information to reflect new information, subsequent or otherwise.

For further information contact:

**Matt Whitcomb**
Investor Relations
matthew@taal.com

**Stefan Matthews**
CEO & Executive Chairman
info@taal.com

**Chris Naprawa**
President
chris@taal.com