EXHIBIT "P22"



**Ryuushi** @_electronicCash · 17h

#Bitcoin ₿ was born here.



💬 30          🔁 25          ♡ 136          �ih 6,211          ⬆



**Gavin** @gavinlucas110 · 1h                                                    •••

@Dr_CSWright do you still have this property? Should be a museum in the future.

💬 1          🔁          ♡ 3          ih 108          ⬆



**Dr Craig S Wright** ✔
@Dr_CSWright                                                                      •••

Only the back 350 Acres - I sold the front to pay for Bitcoin work

3:54 PM · Jul 12, 2023 · **119** Views