EXHIBIT "P23"

```
 1                 IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                       WEST PALM BEACH DIVISION
                        CASE NO. 9:18-cv-80176-BB
 3

    IRA KLEIMAN, as the personal representative
 4  of the Estate of David Kleiman, and W&K Info
    Defense Research, LLC,
 5

 6            Plaintiffs,                    November 9, 2021
                                             10:09 a.m.
 7       vs.

    CRAIG WRIGHT,
 8

 9            Defendant.                     Pages 1 THROUGH 247
    _____
                     TRANSCRIPT OF TRIAL DAY 7
10                BEFORE THE HONORABLE BETH BLOOM
                   UNITED STATES DISTRICT JUDGE
11                      And a Jury of 10

12  Appearances:
    FOR THE PLAINTIFF:   ROCHE FREEDMAN, LLP
13                       DEVIN FREEDMAN, ESQ.
                         KYLE ROCHE, ESQ.
14                       200 South Biscayne, Suite 5500
                         Miami, Florida 33131
15
                         BOIES SCHILLER & FLEXNER
16                       ANDREW BRENNER, ESQ.
                         STEPHEN N. ZACK, ESQ.
17                       STEPHEN LAGOS, ESQ.
                         100 Southeast 2nd Street, Suite 2800
18                       Miami, Florida 33131

19  FOR THE DEFENDANT:   RIVERO MESTRE, LLP
                         ANDRES RIVERO, ESQ.
20                       JORGE MESTRE, ESQ.
                         AMANDA M. MCGOVERN, ESQ.
21                       ZALMAN KASS, ESQ.
                         2525 Ponce de Leon Boulevard, Suite 1000
22                       Coral Gables, Florida 33134

23  COURT REPORTER:      Yvette Hernandez
                         U.S. District Court
24                       400 North Miami Avenue, Room 10-2
                         Miami, Florida 33128
25                       yvette_hernandez@flsd.uscourts.gov
```

1    Q.  You were, weren't you?

2    A.  Yes.

3    Q.  And you eventually produced such a list that you claimed

4    were your Bitcoin; isn't that correct, Dr. Wright?

5    A.  That is not correct.

6          MR. FREEDMAN:  Ms. Vela, can you please put up P554

7    for just the witness and counsel.

8    BY MR. FREEDMAN:

9    Q.  Do you recognize this exhibit, Dr. Wright?

10   A.  It looks like a file that I forwarded.

11   Q.  Dr. Wright, is this the list you provided in response to

12   the Court's order?

13   A.  I responded with everything I received.  The original list

14   that I gave of only the first 15 addresses is the -- basically

15   what I mined as me, so I've done both.

16      Blocks 1 to 15 are the addresses that Craig Wright mined as

17   Craig Wright.  In full, in completion, the end.  On top of

18   that, I've sent other files, as well.

19   Q.  Dr. Wright, is this the list you provided to satisfy the

20   Court's order that you provide a list of your Bitcoin --

21          MS. MCGOVERN:  Objection to the characterization of

22   the production, Your Honor.

23          THE COURT:  Overruled.

24   BY MR. FREEDMAN:

25   Q.  Is this the list that you provided to satisfy the Court's

1   Q.  And, Dr. Wright, do you see underneath that it says

2   "private signing key and private encryption key"?

3   A.  Yes.  They are different from my ones.

4   Q.  And, Dr. Wright, anyone who has the private encryption key

5   and the private signing key for these that are listed on this

6   document would be able to control the Bitmessage address that's

7   above the label with your name on it, correct?

8   A.  Yes, but that's not mine.

9         MR. FREEDMAN:  Okay.  At this point, Plaintiffs would

10   offer P613 into evidence.

11         MS. MCGOVERN:  Objection, Your Honor.  The witness has

12   testified that he doesn't recognize the document and the only

13   basis --

14         THE COURT:  The objection is sustained.

15   BY MR. FREEDMAN:

16   Q.  Dr. Wright, let's talk about the Tulip Trusts a little

17   more.  Okay?

18   A.  (No verbal response.)

19   Q.  That's the trust, Dr. Wright, that you claim currently

20   controls all of your Bitcoin, correct?

21   A.  No, it controls the company.

22   Q.  Which control your Bitcoin?

23   A.  The companies own assets.  There's two main companies that

24   own Bitcoin.  There's some smaller amounts in other companies,

25   but they're insignificant.

1   Q.   Trust control companies and companies own Bitcoin, correct?

2   A.   Yes.

3   Q.   Okay.  And in this case, it's Tulip Trust owns companies

4   which owns the Bitcoin at issue, correct?

5   A.   Yes.

6   Q.   In fact, Dr. Wright, as we saw, the Tulip Trust is the

7   trust that Dave funded with Bitcoin, is it not?

8   A.   No, Dave never had anything to do with Tulip Trust.  The

9   Tulip Trust was first in a court case in 2004 in Australia and

10  has been basically, well, mine since it was set up from 1998

11  until I handed over control to my wife sort of a few years ago

12  before this case started, and it's still in her control.

13  Q.   And, Dr. Wright, we have seen already the transcript of the

14  Australian Tax Office where you told them that you and Dave

15  funded -- are the source of the assets of the Tulip Trust, have

16  we not?

17          MS. MCGOVERN:  Objection.  Misstates the record.

18          THE COURT:  The basis?

19          MS. MCGOVERN:  It mischaracterizes the testimony, Your

20  Honor.

21          THE COURT:  Overruled.

22          THE WITNESS:  No.  As I said, and as you will find out

23  before this case is over, that there are forensic documents

24  validating what I said.  The ATO was compromised.  The forensic

25  evidence did prove to that being done in 2005 or earlier.