EXHIBIT "P26"

Case 9:18-cv-80176-BB Document 1045-26 Entered on FLSD Docket 08/23/2023 Page 2 of 4
Case 9:18-cv-80176-BB Document 468-17 Entered on FLSD Docket 05/08/2020 Page 1 of 202

LYNN CARROLL WRIGHT     1     January 13, 2020

08:38:02

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC | ) CASE NO.:<br>)<br>) 9:18-cv-8016-BB/BR<br>) |
| Plaintiffs, | ) |
| v. | ) |
| CRAIG WRIGHT | ) |
| Defendant. | ) |

VIDEOTAPED DEPOSITION OF MS LYNN CARROLL WRIGHT

ON:        Monday, January 13, 2020

AT:        8.57am (Australian Eastern Daylight Savings Time)

TAKEN AT:    95 Woodview Avenue,
               Lisarow, NSW, 2250

COURT REPORTER:    Sally Hicks, JP

Case 9:18-cv-80176-BB Document 1045-26 Entered on FLSD Docket 03/23/2023 Page 3 of 4
Case 9:18-cv-80176-BB Document 483-17 Entered on FLSD Docket 05/03/2020 Page 69 of 202
LYNN CARROLL WRIGHT                          69                         January 13, 2020

```
11:01:03  1            Q.   Okay.  Understood.  Do you know who Robert
11:01:07  2       MacGregor is?
11:01:08  3            MS MARKOE:   Objection.  Relevance.
11:01:10  4            THE DEPONENT:   The name rings a bell, but I'm not
11:01:13  5       sure.  I'm not sure if - is - is - he may have been the
11:01:19  6       one that did an article on Craig?
          7       BY MR ROCHE:
11:01:27  8            Q.   No, I'm asking --
11:01:29  9            A.   I'm not sure if - I know I did talk to somebody
11:01:31 10       that was doing an article, and he had a - he had a nice
11:01:36 11       Scottish accent, and "MacGregor" sounds Scottish, but
11:01:42 12       I couldn't - I don't know if it's the same person.
11:01:44 13            Q.   And when was the last time you received any
11:01:50 14       sort of financial payment from Craig?
11:01:52 15            A.   I - he pays me a monthly, I guess, sort of -
11:02:02 16       I don't know what you want to call it, but support, you
11:02:06 17       know, like alimony type thing.
11:02:09 18            Q.   And how much is the monthly support?
         19            A.   Five to six --
11:02:13 20            MS MARKOE:   Objection.
11:02:15 21            THE DEPONENT:   Five to six thousand a month, but
11:02:17 22       that would involve for the total care of this house and
11:02:20 23       stuff, so --
11:02:26 24       BY MR ROCHE:
11:02:27 25            Q.   Has Craig ever - strike that.  Has Craig ever
```

Case 9:18-cv-80176-BB Document 1045-26 Entered on FLSD Docket 08/23/2023 Page 4 of 4
Case 9:18-cv-80176-BB Document 483-17 Entered on FLSD Docket 05/03/2020 Page 70 of 202
LYNN CARROLL WRIGHT                    70                    January 13, 2020

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 11:02:29 | 1  | given you bitcoin?                                       |
| 11:02:30 | 2  |     A.    No.                                            |
| 11:02:33 | 3  |     Q.    And are you currently financially dependent on |
| 11:02:35 | 4  | Craig?                                                   |
| 11:02:36 | 5  |     A.    Yes.                                           |
| 11:02:39 | 6  |     Q.    Has Craig ever been accused of theft?          |
| 11:02:44 | 7  |     MS MARKOE:   Objection.                              |
| 11:02:46 | 8  |     THE DEPONENT:   Of theft?  No.                       |
|          | 9  | BY MR ROCHE:                                             |
| 11:02:49 | 10 |     Q.    Of theft?                                      |
| 11:02:50 | 11 |     A.    No.  Not that I'm aware of.                    |
| 11:02:52 | 12 |     Q.    Okay.                                          |
| 11:02:53 | 13 |     A.    And it would surprise me, to be honest, if he  |
| 11:02:55 | 14 | was.                                                     |
| 11:02:57 | 15 |     Q.    Why would it surprise you?                     |
| 11:02:59 | 16 |     A.    Because he was just - he never struck me as the|
| 11:03:02 | 17 | type that would steal anything.                          |
| 11:03:10 | 18 |     Q.    Okay.  I'd like to move on.  When did you first|
| 11:03:19 | 19 | learn of Craig's relationship with Ramona Watts?         |
| 11:03:24 | 20 |     MS MARKOE:   Objection.  Relevance.                  |
| 11:03:28 | 21 |     THE DEPONENT:   In late 2010.                        |
|          | 22 | BY MR ROCHE:                                             |
| 11:03:32 | 23 |     Q.    How did you learn about it?                    |
| 11:03:36 | 24 |     MS MARKOE:   Objection.  Relevance.                  |
| 11:03:40 | 25 |     THE DEPONENT:   I saw some - some pictures that one  |