UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-80176-BLOOM/REINHART

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC,

    Plaintiffs,
v.

CRAIG WRIGHT,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF FILING**

Pursuant to the Court's July 27, 2023 Order, ECF No. 1021, following the July 26, 2023 evidentiary hearing on the order to show cause (the "Hearing"), the Court's August 7, 2023 Order, ECF No. 1032, and the Court's instructions given at the Hearing, Defendant Craig Wright ("Dr. Wright") files Hearing Exhibits 1-5 and 7.

Dr. Wright has made limited redactions to Hearing Exhibits 1, 8, and 18[1], to which Plaintiff agrees. The only exhibit with proposed redactions on which the parties disagree is Exhibit 2, specifically relating to redactions to the descriptions of certain charges to Dr. Wright's American Express ("AmEx") charge card.

Dr. Wright proposes redacting a small subset of descriptions of charges reflected on the AmEx charge card statements that identify the names of neighborhood restaurants where Dr. Wright and his family routinely eat and the names of neighborhood supermarkets where Dr. Wright

---

[1] Plaintiff will file Exhibits 6 and 8-26 separately.

1

and his family routinely shop.  *See* Hr'g Ex. 2; *see* ECF No. 1016 (sealed filing reflecting the proposed redactions in dispute).  These charges are analogous to personally identifiable information because they localize Dr. Wright's and his family's address and whereabouts.  *See* ECF No. 1025 (July 26 Hr'g Tr.) at 38:2-5 ("[P]ersonally identifiable information . . . overcomes the public right of access.").[2]

Allowing these charges to remain unredacted could place Dr. Wright's and his family's security at risk, given the highly publicized nature of this case (as demonstrated by the numerous twitter accounts and reddit threads dedicated to it) and the serious security risks Dr. Wright has already experienced as a result, including multiple death threats and being followed in public locations.  Dr. Wright also proposes redacting charges that identify his wife's daughter's university and flights taken by his wife's children for the same reason.

The remaining proposed redactions are to irrelevant charges that were charged in error and reimbursed, as the statement itself reflects.  *See id.* at 38:19-25 ("[If] there is a credit card statement for a purchase at McDonalds . . . I can't imagine that has any relevance to this lawsuit.  We can agree to redactions before anything is released to the public.").

Dated: August 23, 2023.                                                   Respectfully submitted,

                                                           **GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0816
Facsimile: (305) 579-0717

By:     */s/James E. Gillenwater*
           JAMES E. GILLENWATER
           Florida Bar No. 1013518
           Email: gillenwaterj@gtlaw.com
           ROBERT S. GALBO

---

[2] Releasing this information would also be inconsistent with the UK's Data Protection Act of 2018 (the UK's implementation of the General Data Protection Regulation (GDPR)) and the UK's Human Rights Act of 1998, which protect private information and the right to privacy.

Florida Bar No. 106937
Email: galbor@gtlaw.com
ALEXA J. ROSENSON
Florida Bar No. 1040669
Email: alexa.rosenson@gtlaw.com
michelle.cruz@gtlaw.com
flservice@gtlaw.com
*Counsel for Defendant Craig Wright*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record identified below either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/James E. Gillenwater*
JAMES E. GILLENWATER