# EXHIBIT 2

# EXHIBIT 1

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal
representative of the Estate of David
Kleiman, and W&K Info Defense
Research, LLC

      *Plaintiffs,*

v.

CRAIG WRIGHT

      *Defendant.*

CASE NO.: 9:18-cv-80176-BB/BR

### DECLARATION OF CRAIG S. WRIGHT

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of

the United States of America, that the answers in the supplemental fact information sheet and

rider that are attached Exhibit A to this declaration are true and correct.

Executed on July 24, 2023.

Dr. Craig S. Wright

CONFIDENTIAL

# EXHIBIT A

## SUPPLEMENTAL

## FACT INFORMATION SHEET - INDIVIDUAL

Full Legal Name: Craig Steven Wright

Nicknames or Aliases:        Satoshi Nakamoto

Residence Address:

Mailing Address (if different):

Telephone Numbers: (Home)    None                                    (Business) None

Name of Employer:    nChain Ltd.

Address of Employer:   30 Market Place, London, W1W8Ap United Kingdom

Position or Job Description:        Chief Scientist

Rate of Pay: $ 159,000* per  Annum        Average Paycheck: $            per

Average Commissions or Bonuses: $        0 per            Commissions or bonuses are based on:

Other Personal Income: $      0            from     See Point 2

(Explain details on the back of this sheet or an additional sheet if necessary.)

Social Security Number:      None    Point 3                Birthdate:            1970

Driver's License Number:                                (UK)

Marital Status: _Married                            Ramona Ang

Spouse's Name:                      * * * * * * * *

<em>Spouse Related Portion</em>

Spouse's Address (if different):      Same

Spouse's Social Security Number:          Point 3          Birthdate:            1970

Spouse's Employer:    Not employed

Spouse's Average Paycheck or Income: N/A

Other Family Income      $            N/A

(Explain details on back of this sheet or an additional sheet if necessary.) Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or an additional sheet if necessary.

* * * * * * * *

Names and Ages of All Your Children (and addresses if not living with you):

Point 4

Child Support or Alimony Paid: $    N/A    per

Names of Others You Live With:    None

Who is Head of Your Household?        You ____ Spouse            Other Person   Point 5

Checking Account at: _____ Point 6                    Account # 

Savings Account at: _____ Point 6                    Account # 

For Real Estate (land) You Own or Are Buying:

Address:    No real estate assets . See point 7.

All Names on Title:        See point 7.

Mortgage Owed to: N/A

Balance Owed: $ N/A

Monthly Payment: $   N/A

(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also, provide the same information on any other property you own or are buying.)

For All Motor Vehicles You Own or Are Buying:        See Point 8

Year/Make/Model:                                    Color:

*In British pounds. See point 1 in Rider.        *CONFIDENTIAL*

Vehicle ID No.: _____ Tag No.: _____ Mileage: _____

Names on Title: N/A _____ Present Value: $ _____

Loan Owed to: _____ N/A _____

Balance on Loan: $ ____ No loans _____ Monthly Payment: $ _____

(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? If you answer is "yes", describe the property, market value, and sale price, and give the name and address of the person who received the property.  No _____

Does anyone owe you money? _Yes_____ Amount Owed: $ 56,788,715.79 AUD plus interest

Name and Address of Person Owing Money: W&K _____

Reason money is owed: _____ Judgment Debt _____

Please attach copies of the following:

    a. Your last pay stub.

    b. Your last 3 statements for each bank, savings, credit union, or other financial account.

    c. Your motor vehicle registrations and titles.

    d. Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.

    e. Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the last 3 years.

    f. Your last 2 income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____

Judgment Debtor

STATE OF FLORIDA

COUNTY OF _____

    Sworn to (or affirmed) and subscribed before me this _____ day of _____, 20___, by

_____.

    (name of person making statement)

                               _____

                               Notary Public State of Florida

                               My Commission expires: _____

Personally known _____ OR Produced Identification_____

Type of identification produced _____

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACH-MENTS, TO THE JUDGMENT CREDITOR OR THE JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF THE COURT.**

*CONFIDENTIAL*

Confidential

Rider to Supplemental Fact Information Sheet

1. £ 159,000 represents a payment related to the sale of intellectual property by DeMorgan Ltd., an Australian company.

2. I have no other personal income, including commissions or bonuses.

3. Neither Ramona nor I are U.S residents, so we don't have Social Security numbers.

4. My wife has children from her prior marriage. All three are adults, none is my biological child, and I have not adopted any of them. I have no children of my own and therefore do not report any children.

5. There is no nominal head of household. Ramona and I are each independent.

6. I do not have my own checking or savings account. I have an American Express charge account. I also am a titled co-account holder at NatWest. However, my access to that account is limited and the account is under the control of Ramona Ang.

7. I don't own any real estate; I rent my residence. I previously owned a rural property with my former wife, Lynn Wright. The property folio number is 3198702. In 2012, I transferred my ownership in that property to DeMorgan Ptd Lte (Singapore).

   I also previously had equity in a property located at 95 Woodview Ave, Lisarow NSW 2250 Australia. My equity in this property was transferred to Lynn Wright as part of my divorce. It's my understanding that Lynn Wright has sold that property.

8. Vehicles:
   a. BMW 540 (2016)
      i. Registration: LA 16 XJT
      ii. I transferred the vehicle by a trust assignment agreement in 2016.
   b. Lamborghini Avantador – Silver 2014.
      i. Registration: SN 14 EXT
      ii. I transferred the vehicle by a trust assignment agreement in 2017.
   c. I previously leased a BMW i8. Its registration number was LA 68 EYR. The lease ended years ago and I returned the vehicle.

9. In addition to the assets that I listed in my original fact information sheet, I also own author's copyrights, and the related enforcement rights, for my papers and research materials.

# EXHIBIT 2

Print   Back

 Tax year 6 April 2020 to 5 April 2021

For your records only. Do not send to HM Revenue & Customs.

**Date: Sun Jul 23 14:15:00 BST 2023**                                          **Submitted**

---

**Your personal details**

Your unique taxpayer reference (UTR):                              ███████ 8991

Your name:                                                        Craig Steven Wright

Address:                                                          ███████████

                                                                 ███████████

1. Your date of birth it helps get your tax right DD/MM/YYYY:      ██████ 1970

2. Address effective from:                                        **Not Entered**

3. Telephone number (including STD):                              ███████████

4. National Insurance Number (NINO):                             ████████

Taxpayer residency status:                                       UK

---

**What makes up your Tax Return**

1. Employment - Were you an employee (or director or office holder) or agency worker in the year to 5 April 2021?:          X **Number of forms: 1**

2. Self-employment - Did you work for yourself (on your 'own account' or in self-employment) in the year to 5 April 2021?:          **Number of forms:**

3. Partnership - Were you in partnership?          **Number of forms:**

4. UK Property - Did you receive any income from UK property (including rents and other income from land you own or lease out)?

5 Foreign   Do you need to complete foreign page

6 Trusts etc   Did you receive, or do we consider you to have received, income from a trust, settlement or a deceased person's estate?: This does not include cash lump sums/transfer of assets, otherwise known as capital distributions, received under a will.

7. Capital Gains Summary - Did you dispose of any chargeable assets, or have any chargeable gains, or do you wish to claim an allowable loss or make any other claim or election?:          **Computation(s) provided:**

8. Residence, remittance basis etc - Were you, for all or part of the year to 5 April 2017, one or more of the following   not resident, not ordinarily resident, not domiciled, in the UK, or were you dual resident in the UK and another country?:

*CONFIDENTIAL*

**Student Loan and Postgraduate Loan repayments**

1. If you've received notification from the Student Loans Company that your repayment of an Income Contingent Loan was due before 6 April 2021, put 'X':

2. If your employer has deducted Student Loan repayments enter the amount deducted:  £ **Not Entered**

3. If your employer has deducted Postgraduate Loan repayments enter the amount deducted:  £ **Not Entered**

**High income child benefit charge**

1  Total amount of Child Benefit you and your partner got for the year to 5th April 2021  £ **Not Entered**

2  Enter the number of children you and your partner got **Child Benefit** for Tax Year 2020  21  **Not Entered**

3  Enter the date that you and your partner stopped getting all **Child Benefit** payments if this was in the year to 5 April 2021  **Not Entered**

**Incorrectly claimed coronavirus support payments**

1. Amount of HMRC coronavirus support payments (other than SEISS) incorrectly claimed:  £ **Not Entered**

2. Amount of SEISS payments incorrectly claimed:  £ **Not Entered**

**Marriage Allowance**

1. Your spouse or civil partner's first name  **Not Entered**

2. Your spouse or civil partner's last name  **Not Entered**

3. Your spouse or civil partner's National Insurance number  **Not Entered**

4. Your spouse or civil partner's date of birth DD MM YYYY  **Not Entered**

5. Date of marriage or civil partnership DD MM YYYY  **Not Entered**

**Income**

**UK interest etc. and dividends**

1. Taxed UK interest etc. Enter net amount **after** tax has been taken off:  £ **Not Entered**

2. Untaxed UK interest etc. (amounts that have not been taxed at all) - the total amount:  £ **Not Entered**

3. Untaxed foreign interest (up to £2,000) - amounts which have **not had** tax taken off. Enter total amount  £ **Not Entered**

4  Dividends from UK companies  The amount received  £ **Not Entered**

5  Other dividends  The amount received  £ **Not Entered**

*CONFIDENTIAL*

6. Foreign dividends (up to £2,000) - the amount in sterling after foreign tax was taken off. Do not include this amount in the Foreign pages    £ **Not Entered**

7 Tax taken off foreign dividends  Enter the sterling equivalent    £ **Not Entered**

**UK pensions, annuities and other State benefits received**

8 State Pension   amount you were entitled to receive in the year, **not** the weekly or 4 weekly amount    £ **Not Entered**

9 State Pension lump sum  the gross amount of any lump sum    £ **Not Entered**

10 Tax taken off box 9    £ **Not Entered**

11 Pensions (other than State Pension), retirement annuities and taxable triviality payments  the gross amount. Tax taken off goes in box 11:    £ **Not Entered**

12. Tax taken off box 11:    £ **Not Entered**

13. Taxable **Incapacity Benefit** and contribution-based Employment & Support Allowance:    £ **Not Entered**

14. Tax taken off taxable Incapacity Benefit:    £ **Not Entered**

15. Jobseeker's Allowance:    £ **Not Entered**

**Other UK income not included on supplementary pages**

16. Total of any other taxable State Pensions and benefits:    £ **Not Entered**

17. Other taxable income - before expenses and tax taken off:    £ **Not Entered**

18. Total amount of allowable expenses:    £ **Not Entered**

19. Any tax taken off box 17:    £ **Not Entered**

20. Benefit from pre-owned assets - read page TRG 15 of the guide:    £ **Not Entered**

21. Description of boxes 17 and 20 income:    **Not Entered**

---

## Tax Reliefs

**Paying into registered pension schemes and overseas pension schemes**

1. Payments to registered pension schemes (Also known as PPR) where basic rate tax relief will be claimed by you  pension provider (called Relief at source)  Enter the payments and basic rate tax    £ **Not Entered**

2 Payments to a retirement annuity contract (Also known as RAR) where basic rate tax relief will not be claimed by your provider:    £ **Not Entered**

3. Payments to your employer's scheme which were not deducted from your pay before tax:    £ **Not Entered**

4. Payments to an overseas pension scheme which is not UK-registered which are eligible for tax relief and were not deducted from your pay before tax:    £ **Not Entered**

**Charitable giving**

5. Gift Aid payments made in the year to 5 April 2021:    £ 500.00

6. Total of any 'one-off' payments from above:    £ **Not Entered**

*CONFIDENTIAL*

7. Gift Aid payments made **in the year** to 5 April 2021 but treated as if made in the year to 5 April **2020**:  £ **Not Entered**

8. Gift Aid payments made **after** 5 April 2021 but to be treated as if made in the year to 5 April **2021**:  £ **Not Entered**

9. Value of qualifying shares or securities gifted to charity:  £ **Not Entered**

10. Value of qualifying land and buildings gifted to charity:  £ **Not Entered**

11. Value of qualifying investments gifted to non-UK charities in boxes 9 and 10:  £ **Not Entered**

12. Gift Aid payments to non-UK charities in box 5:  £ **Not Entered**

**Blind person's allowance**

13. If you are registered blind on a local authority or other register, put 'X':  **Not Entered**

14. Local authority or other register:  **Not Entered**

15. If your spouse or civil partner claimed blind person's allowance for 6 April 2020 to 5 April 2021 but had insufficient income to use all the allowance, do you want their surplus?  **Not Entered**

16. If you do not use all your blind person's allowance, do you want your surplus to go to your spouse or civil partner?  **Not Entered**

---

**Finishing your Tax Return**

**Tax refunded or set-off**

1. If you have had any 2020-21 Income Tax refunded or set-off by us or Jobcentre Plus, enter the amount:  £ **Not Entered**

**If you have not paid enough tax**

2. If you owe tax for 2020-21 and have a PAYE tax code, we will try to collect the tax due (If less than £3,000) through your tax code for 2022-23, unless you put 'X' in the box:

3. If you are likely to owe tax for 2021-22 on income other than employed earnings or pensions, and you do not want us to use your 2021-22 PAYE tax code to collect that tax during the year, put 'X':

**If you have paid too much tax**

4. Name of bank or building society:  **Not Entered**

5. Name of account holder (or nominee):  **Not Entered**

6. Branch sort code:  **Not Entered**

7. Account number:  **Not Entered**

8. Building society reference number:  **Not Entered**

9. If you do not have a bank or building society account, or if you want a cheque to be sent to you or to your nominee put 'X':  **Not Entered**

10. If you have entered a nominee's name in box 5, put 'X':

11. If your nominee is your tax adviser put 'X':  **Not Entered**

12. Nominee's address:  **Not Entered**

*CONFIDENTIAL*

13. and postcode:                                                                    **Not Entered**

**Your tax adviser, if you have one**

15. Your tax adviser's name:                                                         **Not Entered**

16. Telephone number:                                                                **Not Entered**

17. The first line of their address and the postcode:                                **Not Entered**

18. The reference your adviser uses for you:                                         **Not Entered**

**Any other information**

19. Please give any other information:

**Not Entered**

**Signing your form and sending it back**

20. If this Tax Return contains provisional or estimated figures, put 'X' :

23. If you have signed on behalf of someone else, enter the capacity. For example, executor, receiver:   **Not Entered**

24. Enter the name of the person you have signed for:                                **Not Entered**

25. If you filled in boxes 23 and 24 enter your name:                                **Not Entered**

26. and your address:

---

**Additional information**

**Other UK income**

**Interest from gilt-edged and other UK securities, deeply discounted securities and accrued income profits**

1. Interest etc from gilt edged and other UK securities. Enter the amount after tax was taken off:   £ **Not Entered**

2. Tax taken off:                                                                    £ **Not Entered**

3. Gross amount before tax:                                                          £ **Not Entered**

**Life in urance gain**

4  UK policy or contract gains on which **tax was treated as paid**  the amount of the gain   £ **Not Entered**

5  Number of years the policy has been held or since the last gain (whichever is less)   **Not Entered**

6  UK policy or contract gains where **no tax was treated as paid**  the amount of the gain   £ **Not Entered**

7  Number of years the policy has been held or since the last gain (whichever is less)   **Not Entered**

8  UK policy or contract gains from **voided ISAs**                                  £ **Not Entered**

9  Number of years the policy was held                                              **Not Entered**

10  Tax taken off UK policy or contract gains from voided ISAs                       £ **Not Entered**

*CONFIDENTIAL*

11. Deficiency relief: £ **Not Entered**

**Stock dividend , non qualifying di tribution and loan written off**

12 Stock dividends  The amount received £ **Not Entered**

13 Bonus issues of securities and redeemable shares £ **Not Entered**

13 1 Close company loans written off or released £ **Not Entered**

**Business receipts taxed as income of an earlier year**

14. Amount of post-cessation or other business receipts: £ **Not Entered**

15. Tax year in which income is to be taxed: £ **Not Entered**

**Share schemes and employment lump sums, compensation and deductions**

1. Share schemes (taxable amount excluding amounts on P60 or P45): £ **Not Entered**

2. Tax taken off: £ **Not Entered**

3. Taxable lump sums and certain income after the end of your job - excluding redundancy and compensation for loss of your job: £ **Not Entered**

4. Lump sums or benefits received from an Employer-Financed Retirement Benefits Scheme excluding pensions £ **Not Entered**

5 Redundancy and other lump sum and compensation payments  Please read Help £ **Not Entered**

6 Tax taken off boxes 3 to 5 £ **Not Entered**

7 Have you left 'Tax taken off' blank because the tax is included in your Employment pages? **Not Entered**

8 Exemptions for amounts entered in 'Lump sums or benefits received from an Employer  Financed Retirement Benefits Scheme excluding pensions': £ **Not Entered**

9. Compensation and lump sum £30,000 exemption for any amounts entered in 'Redundancy and other lump sum and compensation payments'. Please read Help: £ **Not Entered**

10. Disability and foreign service deduction: Please read the notes. £ **Not Entered**

11. Seafarers' Earnings Deduction. Enter the total amount: Please read the notes. £ **Not Entered**

12. Foreign earnings not taxable in the UK: Please read the notes. £ **Not Entered**

13. Foreign tax for which tax credit relief not claimed: £ **Not Entered**

14. Exempt employers' contributions to an overseas pension scheme: Please read the notes. £ **Not Entered**

15. UK patent royalty payments made. Please read the notes. £ **Not Entered**

**Other tax reliefs**

1. Subscriptions for Venture Capital Trust shares. Enter the amount on which relief is claimed: £ **Not Entered**

2. Subscriptions for shares under the Enterprise Investment Scheme. Enter the amount on which relief is claimed  Please read the notes £ **Not Entered**

3 Community Investment Tax Relief  Enter the amount on which relief is claimed  Please read the notes £ **Not Entered**

*CONFIDENTIAL*

4. Annual payments made. Please read the notes.                                                                                   £ **Not Entered**

5. Qualifying loan interest payable in the year: Please read the notes.                                                            £ **Not Entered**

6. Post-cessation trade relief and certain other losses: Please read the notes.                                                    £ **Not Entered**

7. Maintenance payments (max £3,510) only if you or your former spouse or civil partner were born before 6 April 1935 Please read the notes   £ **Not Entered**

8  Payments to a trade union etc for death benefits  Enter half the amount paid (max £100)                                         £ **Not Entered**

9  Relief claimed on a qualifying distribution on the redemption of bonus shares or securities                                     £ **Not Entered**

10  Subscriptions for shares under the Seed Enterprise Investment Scheme                                                           £ **Not Entered**

11  Social Investment Tax Relief   the amount on which relief is claimed                                                           £ **Not Entered**

12  Non  deductible loan interest from investments into property letting partnerships                                              £ **Not Entered**

**Age related married couple's allowance**

1. Full name of your spouse or civil partner:                                                                                      **Not Entered**

2. Their date of birth if older than you (and at least one of you was born before 6 April 1935):                                   **Not Entered**

3. If you have already agreed that half the minimum allowance is to go to your spouse or civil partner, put 'X' in the box:        **Not Entered**

4. If you have already agreed that all of the minimum allowance is to go to your spouse or civil partner, put 'X' in the box:      **Not Entered**

5. Date of birth of your previous spouse or civil partner:                                                                         **Not Entered**

6. If you have already agreed that half of the minimum allowance is to be given to you, put 'X' in the box:                        **Not Entered**

7. If you have already agreed that all of the minimum allowance is to be given to you, put 'X' in the box:                         **Not Entered**

8. Full name of your spouse or civil partner:                                                                                      **Not Entered**

9. If you were married or formed a civil partnership after 5 April 2020, enter the date of marriage or civil partnership           **Not Entered**

10  If your spouse or civil partner had insufficient income to need all their married couple's allowance, do you want their surplus allowance?   **Not Entered**

11. If you do not need all the married couple's allowance you have claimed, do you want your spouse or civil partner to have your surplus allowance?   **Not Entered**

**Other information**

**Income Ta   lo   e  and Limit on Income and Ta   Relief**

1  Earlier years' losses (which can be set against certain other income in the tax year 6 April 2020 to 5 April 2021):             £ **Not Entered**

2. Unused losses carried forward:                                                                                                 £ **Not Entered**

3. Relief now for the tax year 6 April 2021 to 5 April 2022 trade losses or certain capital losses:(Read the notes before completing this question).   £ **Not Entered**

*CONFIDENTIAL*

4. Enter the amount of relief for the tax year 6 April 2021 to 5 April 2022 trade losses or certain capital losses which is not subject to the limit on Income Tax reliefs

£ **Not Entered**

5. Tax year for which you are claiming relief above:

**Not Entered**

6. Amount of payroll giving:

£ **Not Entered**

### Pension savings tax charges

7. Value of pension benefits in excess of your Available Lifetime Allowance, taken by you as a lump sum:

£ **Not Entered**

8. Value of pension benefits in excess of your Available Lifetime Allowance, **not** taken as a lump sum:

£ **Not Entered**

9. Lifetime Allowance tax paid by your pension scheme:

£ **Not Entered**

10. Amount saved towards your pension, in the period covered by this return, in excess of the Annual Allowance:

£ **Not Entered**

11. Annual Allowance tax paid or payable by your pension scheme:

£ **Not Entered**

11.1. Value of pension benefits transferred subject to the overseas transfer charge:

£ **Not Entered**

11.2. Tax paid by your pension scheme on your overseas transfer charge:

£ **Not Entered**

12. Pension scheme tax reference number:

**Not Entered**

13. Amount of unauthorised payment from a pension scheme, **not** subject to Surcharge:

£ **Not Entered**

14. Amount of unauthorised payment from a pension scheme, subject to Surcharge:

£ **Not Entered**

15. Foreign tax paid on an unauthorised payment. Enter the amount in £ sterling:

£ **Not Entered**

16. Taxable short service refund of contributions (overseas pension schemes only):

£ **Not Entered**

18. Foreign tax paid on Taxable short service refund of contributions, Taxable lump sum payment and Taxable refunds of contributions. Enter the amount in £ sterling:

£ **Not Entered**

### Tax avoidance schemes

19. Scheme reference number, or promoter reference number (tax avoidance scheme 1):

**Not Entered**

20. The tax year in which the expected advantage arises, for example 2016-17, YYYY YY

**Not Entered**

### Disguised Remuneration

21. Amount of non-PAYE disguised remuneration employment income:

£ **Not Entered**

22. Amount of disguised remuneration taxable as income in 2020-21:

£ **Not Entered**

23. Amount of disguised remuneration to be treated as income of an earlier year:

£ **Not Entered**

24. Tax year in which income is to be taxed: For example 2019-20

**Not Entered**

### Additional information

21. Amount of non-PAYE disguised remuneration employment income:

£ **Not Entered**

### Personal details

*CONFIDENTIAL*

22. Your name:                                                                        Craig Steven Wright

23. Your unique taxpayer reference (UTR):                              ████8991

---

## Employment

Your name:                                                                           Craig Steven Wright

Your unique taxpayer reference (UTR):                              ████8991

---

### Complete an Employment page for each employment or directorship

1. Pay from this employment - the total from your P45 or P60 - before tax was taken off:   £ 155199.00

2. UK tax taken off pay in box 1:                                                                              £ 53784.00

3. Tips and other payments not on your P60 - read page EN 3 of the notes:            £ **Not Entered**

4. PAYE tax reference of your employer (on your P45/P60):                               ████4767

5. Your employer's name:                                                                                    NChain Ltd

6. If you were a company director, put 'X' in the box:

6.1 If you ceased being a director before 6 April 2021, put the date the directorship ceased in the box:   **Not Entered**

7. And, if the company was a close company, put 'X' in the box - read page EN3 of the Notes:   **Not Entered**

8. If this employment income is from inside off-payroll working engagements put 'X' in the box

8.1 If your pay from this employment includes any disguised remuneration, put 'X' in the box:   **Not Entered**

### Benefits from your employment - use your form P11D (or equivalent information)

9. Company cars and vans - the total 'cash equivalent' amount:                       £ **Not Entered**

10. Fuel for company cars and vans - the total 'cash equivalent' amount:          £ **Not Entered**

11. Private medical and dental insurance - the total 'cash equivalent' amount:   £ **Not Entered**

12. Vouchers, credit cards and excess mileage allowance:                                 £ **Not Entered**

13. Goods and other assets provided by your employer - the total value or amount:   £ **Not Entered**

14. Accommodation provided by your employer - the total value or amount:      £ **Not Entered**

15. Other benefits (including interest-free and low interest loans) - the total 'cash equivalent' amount:   £ **Not Entered**

16. Expenses payments received and balancing charges:                                   £ **Not Entered**

### Employment expenses

17. Business travel and subsistence expenses:                                                £ 6500.00

18. Fixed deductions for expenses:                                                                 £ **Not Entered**

*CONFIDENTIAL*

| | |
|---|---|
| 19. Professional fees and subscriptions: | £ 500.00 |
| 20. Other expenses and capital allowances: | £ 11250.00 |

---

**Tax Calculation Summary**

| | |
|---|---|
| Your name: | Craig Steven Wright |
| Your unique taxpayer reference (UTR): | ████ 8991 |

**Self assessment**

| | |
|---|---|
| 1. Total tax, Student Loan repayment and Class 4 NICs due before any payments on account: | £ 0.00 |
| 2. Total tax, Student Loan repayment and Class 4 NICs overpaid | £ 6629.40 |
| 3. Student Loan repayment due | £ 0.00 |
| 4. Class 4 NICs due | £ 0.00 |
| 4.1 Class 2 NICs due | £ 0.00 |
| 5. Capital Gains Tax due | £ 0.00 |
| 6. Pension charges due | £ 0.00 |

**Underpaid tax and other debts**

| | |
|---|---|
| 7. Amount of underpaid tax for earlier years included in your tax code for 6 April 2020 to 5 April 2021 (from your PAYE Notice of Coding): | £ 0.00 |
| 8. Amount of estimated underpaid tax for 6 April 2020 to 5 April 2021 to be included in your PAYE tax code for 6 April 2021 to 5th April 2022 (from your PAYE Notice of Coding): | £ 0.00 |
| 9. Amount of outstanding debt included in your tax code for 2020-21 | £ 0.00 |

**Payments on account**

| | |
|---|---|
| 10. If you are claiming to reduce your 2021-22 payments on account, put 'X' in the box | **Not Entered** |
| 11. Your first payment on account for 2021-22 | £ **Not Entered** |

**Blind person's surplus allowance and married couple's surplus allowance**

| | |
|---|---|
| 12. Blind person's surplus allowance you can have | £ **Not Entered** |
| 13. If you or your spouse or civil partner were born before 6 April 1935, the amount of married couple's surplus allowance you can have | £ **Not Entered** |

**Adjustments to tax due**

| | |
|---|---|
| 14. Increase in tax due because of adjustments to an earlier year | £ **Not Entered** |
| 15. Decrease in tax due because of adjustments to an earlier year | £ **Not Entered** |
| 16. Any 2021-22 repayment you are claiming now | £ **Not Entered** |

**Any other information**

*CONFIDENTIAL*

17. Please give any other information in this space

**Not Entered**

**VMPP2UD7BNH7G62Z6WUWRDMN72XI3ZSA**

*CONFIDENTIAL*

# EXHIBIT 3

Print   Back

 Tax year 6 April 2021 to 5 April 2022

For your records only. Do not send to HM Revenue & Customs.

**Date: Sun Jul 23 14:11:46 BST 2023**                                          **Submitted**

---

### Your personal details

Your unique taxpayer reference (UTR):                                    ████ 8991

Your name:                                                                           Craig Steven Wright

Address:                                                                              ████████████
                                                                                      ████████████

1. Your date of birth it helps get your tax right DD/MM/YYYY:            ████ 1970

2. Address effective from:                                                  **Not Entered**

3. Telephone number (including STD):                                    ████████████

4. National Insurance Number (NINO):                                    ████████

Taxpayer residency status:                                                UK

---

### What makes up your Tax Return

1. Employment - Were you an employee (or director or office holder) or agency worker in the year to 5 April 2022?:                X **Number of forms:** 1

2. Self-employment - Did you work for yourself (on your 'own account' or in self-employment) in the year to 5 April 2022?:          **Number of forms:**

3. Partnership - Were you in partnership?                                **Number of forms:**

4. UK Property - Did you receive any income from UK property (including rents and other income from land you own or lease out)?

5 Foreign   Do you need to complete foreign page

6 Trusts etc   Did you receive, or do we consider you to have received, income from a trust, settlement or a deceased person's estate?: This does not include cash lump sums/transfer of assets, otherwise known as capital distributions, received under a will.

7. Capital Gains Summary - Did you dispose of any chargeable assets, or have any chargeable gains, or do you wish to claim an allowable loss or make any other claim or election?:        **Computation(s) provided:**

8. Residence, remittance basis etc - Were you, for all or part of the year to 5 April 2017, one or more of the following   not resident, not ordinarily resident, not domiciled, in the UK, or were you dual resident in the UK and another country?:

*CONFIDENTIAL*

**Student Loan and Postgraduate Loan repayments**

1. If you've received notification from the Student Loans Company that your repayment of an Income Contingent Loan was due before 6 April 2022, put 'X':

2. If your employer has deducted Student Loan repayments enter the amount deducted:          £ **Not Entered**

3. If your employer has deducted Postgraduate Loan repayments enter the amount deducted:     £ **Not Entered**

---

**High income child benefit charge**

1  Total amount of Child Benefit you and your partner got for the year to 5th April 2022          £ **Not Entered**

2  Enter the number of children you and your partner got **Child Benefit Payments** for Tax Year 2021  22          **Not Entered**

3  Enter the date that you and your partner stopped getting all **Child Benefit** payments if this was from 6th April 2021 to 5th April 2022          **Not Entered**

---

**Incorrectly claimed coronavirus support payments**

1. Amount of HMRC coronavirus support payments (other than SEISS) incorrectly claimed:          £ **Not Entered**

2. Amount of SEISS payments incorrectly claimed:          £ **Not Entered**

---

**Marriage Allowance**

1. Your spouse or civil partner's first name          **Not Entered**

2. Your spouse or civil partner's last name          **Not Entered**

3. Your spouse or civil partner's National Insurance number          **Not Entered**

4. Your spouse or civil partner's date of birth DD MM YYYY          **Not Entered**

5. Date of marriage or civil partnership DD MM YYYY          **Not Entered**

---

**Income**

**UK interest etc. and dividends**

1. Taxed UK interest etc. Enter net amount **after** tax has been taken off:          £ **Not Entered**

2. Untaxed UK interest etc. (amounts that have not been taxed at all) - the total amount:          £ **Not Entered**

3. Untaxed foreign interest (up to £2,000) - amounts which have **not had** tax taken off. Enter total amount          £ **Not Entered**

4  Dividends from UK companies  The amount received          £ **Not Entered**

5  Other dividends  The amount received          £ **Not Entered**

*CONFIDENTIAL*

6. Foreign dividends (up to £2,000) - the amount in sterling after foreign tax was taken off. Do not include this amount in the Foreign pages   £ **Not Entered**

7 Tax taken off foreign dividends  Enter the sterling equivalent   £ **Not Entered**

**UK pensions, annuities and other State benefits received**

8 State Pension   amount you were entitled to receive in the year, **not** the weekly or 4 weekly amount   £ **Not Entered**

9 State Pension lump sum   the gross amount of any lump sum   £ **Not Entered**

10  Tax taken off box 9   £ **Not Entered**

11  Pensions (other than State Pension), retirement annuities and taxable triviality payments   the gross amount. Tax taken off goes in box 11:   £ **Not Entered**

12. Tax taken off box 11:   £ **Not Entered**

13. Taxable **Incapacity Benefit** and contribution-based Employment & Support Allowance:   £ **Not Entered**

14. Tax taken off taxable Incapacity Benefit:   £ **Not Entered**

15. Jobseeker's Allowance:   £ **Not Entered**

**Other UK income not included on supplementary pages**

16. Total of any other taxable State Pensions and benefits:   £ **Not Entered**

17. Other taxable income - before expenses and tax taken off:   £ **Not Entered**

18. Total amount of allowable expenses:   £ **Not Entered**

19. Any tax taken off box 17:   £ **Not Entered**

20. Benefit from pre-owned assets - read page TRG 15 of the guide:   £ **Not Entered**

21. Description of boxes 17 and 20 income:   **Not Entered**

---

## Tax Reliefs

**Paying into registered pension schemes and overseas pension schemes**

1. Payments to registered pension schemes (Also known as PPR) where basic rate tax relief will be claimed by you  pension provider (called Relief at source)  Enter the payments and basic rate tax   £ **Not Entered**

2  Payments to a retirement annuity contract (Also known as RAR) where basic rate tax relief will not be claimed by your provider:   £ **Not Entered**

3. Payments to your employer's scheme which were not deducted from your pay before tax:   £ **Not Entered**

4. Payments to an overseas pension scheme which is not UK-registered which are eligible for tax relief and were not deducted from your pay before tax:   £ **Not Entered**

**Charitable giving**

5. Gift Aid payments made in the year to 5 April 2022:   £ 500.00

6. Total of any 'one-off' payments from above:   £ **Not Entered**

*CONFIDENTIAL*

7. Gift Aid payments made **in the year** to 5 April 2022 but treated as if made in the year to 5 April **2021**:

£ **Not Entered**

8. Gift Aid payments made **after** 5 April 2022 but to be treated as if made in the year to 5 April **2022**:

£ **Not Entered**

9. Value of qualifying shares or securities gifted to charity:

£ **Not Entered**

10. Value of qualifying land and buildings gifted to charity:

£ **Not Entered**

11. Value of qualifying investments gifted to non-UK charities in boxes 9 and 10:

£ **Not Entered**

12. Gift Aid payments to non-UK charities in box 5:

£ **Not Entered**

**Blind person's allowance**

13. If you are registered blind on a local authority or other register, put 'X':

**Not Entered**

14. Local authority or other register:

**Not Entered**

15. If your spouse or civil partner claimed blind person's allowance for 6 April 2021 to 5 April 2022 but had insufficient income to use all the allowance, do you want their surplus?

**Not Entered**

16. If you do not use all your blind person's allowance, do you want your surplus to go to your spouse or civil partner?

**Not Entered**

---

**Finishing your Tax Return**

**Tax refunded or set-off**

1. If you have had any 2021-22 Income Tax refunded or set-off by us or Jobcentre Plus, enter the amount:

£ **Not Entered**

**If you have not paid enough tax**

2. If you owe tax for 2021-22 and have a PAYE tax code, we will try to collect the tax due (If less than £3,000) through your tax code for 2023-24, unless you put 'X' in the box:

X

3. If you are likely to owe tax for 2022-23 on income other than employed earnings or pensions, and you do not want us to use your 2022-23 PAYE tax code to collect that tax during the year, put 'X':

X

**If you have paid too much tax**

4. Name of bank or building society:

Natwest

5. Name of account holder (or nominee):

Craig Steven Wright

6. Branch sort code:

600603

7. Account number:

████6862

8. Building society reference number:

**Not Entered**

9. If you do not have a bank or building society account, or if you want a cheque to be sent to you or to your nominee put 'X':

**Not Entered**

10. If you have entered a nominee's name in box 5, put 'X':

11. If your nominee is your tax adviser put 'X':

**Not Entered**

12. Nominee's address:

**Not Entered**

*CONFIDENTIAL*

13. and postcode:                                                                                   **Not Entered**

**Your tax adviser, if you have one**

15. Your tax adviser's name:                                                                        **Not Entered**

16. Telephone number:                                                                               **Not Entered**

17. The first line of their address and the postcode:                                               **Not Entered**

18. The reference your adviser uses for you:                                                        **Not Entered**

**Any other information**

19. Please give any other information:

**Not Entered**

**Signing your form and sending it back**

20. If this Tax Return contains provisional or estimated figures, put 'X' :

23. If you have signed on behalf of someone else, enter the capacity. For example, executor, receiver:   **Not Entered**

24. Enter the name of the person you have signed for:                                               **Not Entered**

25. If you filled in boxes 23 and 24 enter your name:                                               **Not Entered**

26. and your address:

---

**Additional information**

**Other UK income**

**Interest from gilt-edged and other UK securities, deeply discounted securities and accrued income profits**

1. Interest etc from gilt edged and other UK securities. Enter the amount after tax was taken off:   £ **Not Entered**

2. Tax taken off:                                                                                    £ **Not Entered**

3. Gross amount before tax:                                                                          £ **Not Entered**

**Life insurance gain**

4  UK policy or contract gains on which **tax was treated as paid**   the amount of the gain            £ **Not Entered**

5  Number of years the policy has been held or since the last gain (whichever is less)              **Not Entered**

6  UK policy or contract gains where **no tax was treated as paid**   the amount of the gain            £ **Not Entered**

7  Number of years the policy has been held or since the last gain (whichever is less)              **Not Entered**

8  UK policy or contract gains from **voided ISAs**                                                  £ **Not Entered**

9  Number of years the policy was held                                                              **Not Entered**

10  Tax taken off UK policy or contract gains from voided ISAs                                       £ **Not Entered**

*CONFIDENTIAL*

11. Deficiency relief: £ **Not Entered**

### Stock dividend , non qualifying di tribution and loan written off

12 Stock dividends  The amount received £ **Not Entered**

13 Bonus issues of securities and redeemable shares £ **Not Entered**

13 1  Close company loans written off or released £ **Not Entered**

### Business receipts taxed as income of an earlier year

14. Amount of post-cessation or other business receipts: £ **Not Entered**

15. Tax year in which income is to be taxed: £ **Not Entered**

### Share schemes and employment lump sums, compensation and deductions

1. Share schemes (taxable amount excluding amounts on P60 or P45): £ **Not Entered**

2. Tax taken off: £ **Not Entered**

3. Taxable lump sums and certain income after the end of your job - excluding redundancy and compensation for loss of your job: £ **Not Entered**

4. Lump sums or benefits received from an Employer-Financed Retirement Benefits Scheme excluding pensions £ **Not Entered**

5  Redundancy and other lump sum and compensation payments  Please read Help £ **Not Entered**

6  Tax taken off boxes 3 to 5 £ **Not Entered**

7  Have you left 'Tax taken off' blank because the tax is included in your Employment pages? **Not Entered**

8  Exemptions for amounts entered in 'Lump sums or benefits received from an Employer Financed Retirement Benefits Scheme excluding pensions': £ **Not Entered**

9. Compensation and lump sum £30,000 exemption for any amounts entered in 'Redundancy and other lump sum and compensation payments'. Please read Help: £ **Not Entered**

10. Disability and foreign service deduction: Please read the notes. £ **Not Entered**

11. Seafarers' Earnings Deduction. Enter the total amount: Please read the notes. £ **Not Entered**

12. Foreign earnings not taxable in the UK: Please read the notes. £ **Not Entered**

13. Foreign tax for which tax credit relief not claimed: £ **Not Entered**

14. Exempt employers' contributions to an overseas pension scheme: Please read the notes. £ **Not Entered**

15. UK patent royalty payments made. Please read the notes. £ **Not Entered**

### Other tax reliefs

1. Subscriptions for Venture Capital Trust shares. Enter the amount on which relief is claimed: £ **Not Entered**

2. Subscriptions for shares under the Enterprise Investment Scheme. Enter the amount on which relief is claimed  Please read the notes £ **Not Entered**

3  Community Investment Tax Relief  Enter the amount on which relief is claimed  Please read the notes £ **Not Entered**

*CONFIDENTIAL*

4. Annual payments made. Please read the notes.                                                          £ **Not Entered**

5. Qualifying loan interest payable in the year: Please read the notes.                                  £ **Not Entered**

6. Post-cessation trade relief and certain other losses: Please read the notes.                         £ **Not Entered**

7. Maintenance payments (max £3,530) only if you or your former spouse or civil partner were born       £ **Not Entered**
before 6 April 1935 Please read the notes

8 Payments to a trade union etc for death benefits  Enter half the amount paid (max £100)               £ **Not Entered**

9 Relief claimed on a qualifying distribution on the redemption of bonus shares or securities           £ **Not Entered**

10 Subscriptions for shares under the Seed Enterprise Investment Scheme                                 £ **Not Entered**

11 Social Investment Tax Relief   the amount on which relief is claimed                                  £ **Not Entered**

12 Non deductible loan interest from investments into property letting partnerships                     £ **Not Entered**

**Age related married couple's allowance**

1. Full name of your spouse or civil partner:                                                           **Not Entered**

2. Their date of birth if older than you (and at least one of you was born before 6 April 1935):        **Not Entered**

3. If you have already agreed that half the minimum allowance is to go to your spouse or civil partner, put   **Not Entered**
'X' in the box:

4. If you have already agreed that all of the minimum allowance is to go to your spouse or civil partner,   **Not Entered**
put 'X' in the box:

5. Date of birth of your previous spouse or civil partner:                                              **Not Entered**

6. If you have already agreed that half of the minimum allowance is to be given to you, put 'X' in the box:   **Not Entered**

7. If you have already agreed that all of the minimum allowance is to be given to you, put 'X' in the box:   **Not Entered**

8. Full name of your spouse or civil partner:                                                           **Not Entered**

9. If you were married or formed a civil partnership after 5 April 2021, enter the date of marriage or civil   **Not Entered**
partnership

10 If your spouse or civil partner had insufficient income to need all their married couple's allowance, do   **Not Entered**
you want their surplus allowance?

11. If you do not need all the married couple's allowance you have claimed, do you want your spouse or   **Not Entered**
civil partner to have your surplus allowance?

**Other information**

**Income Ta  lo   e  and Limit on Income and Ta   Relief**

1 Earlier years' losses (which can be set against certain other income in the tax year 6 April 2021 to 5 April   £ **Not Entered**
2022):

2. Unused losses carried forward:                                                                       £ **Not Entered**

3. Relief now for the tax year 6 April 2022 to 5 April 2023 trade losses or certain capital losses:(Read the   £ **Not Entered**
notes before completing this question).

*CONFIDENTIAL*

4. Enter the amount of relief for the tax year 6 April 2022 to 5 April 2023 trade losses or certain capital losses which is not subject to the limit on Income Tax reliefs

£ **Not Entered**

5  Tax year for which you are claiming relief above

**Not Entered**

6  Amount of payroll giving

£ **Not Entered**

**Pension savings tax charges**

7. Value of pension benefits in excess of your Available Lifetime Allowance, taken by you as a lump sum:

£ **Not Entered**

8. Value of pension benefits in excess of your Available Lifetime Allowance, **not** taken as a lump sum:

£ **Not Entered**

9. Lifetime Allowance tax paid by your pension scheme:

£ **Not Entered**

10. Amount saved towards your pension, in the period covered by this return, in excess of the Annual Allowance:

£ **Not Entered**

11. Annual Allowance tax paid or payable by your pension scheme:

£ **Not Entered**

11.1. Value of pension benefits transferred subject to the overseas transfer charge:

£ **Not Entered**

11.2. Tax paid by your pension scheme on your overseas transfer charge:

£ **Not Entered**

12. Pension scheme tax reference number:

**Not Entered**

13. Amount of unauthorised payment from a pension scheme, **not** subject to Surcharge:

£ **Not Entered**

14. Amount of unauthorised payment from a pension scheme, subject to Surcharge:

£ **Not Entered**

15. Foreign tax paid on an unauthorised payment. Enter the amount in £ sterling:

£ **Not Entered**

16. Taxable short service refund of contributions (overseas pension schemes only):

£ **Not Entered**

18. Foreign tax paid on Taxable short service refund of contributions. Enter the amount in £ sterling:

£ **Not Entered**

**Tax avoidance schemes**

19. Scheme reference number, or promoter reference number (tax avoidance scheme 1):

**Not Entered**

20. The tax year in which the expected advantage arises, for example 2016-17, YYYY YY

**Not Entered**

**Per onal detail**

22  Your name

Craig Steven Wright

23  Your unique taxpayer reference (UTR)

███ 8991

---

**Employment**

Your name:

Craig Steven Wright

Your unique taxpayer reference (UTR):

███ 8991

---

**Complete an Employment page for each employment or director hip**

*CONFIDENTIAL*

1. Pay from this employment - the total from your P45 or P60 - before tax was taken off:    £ 151999.00

2. UK tax taken off pay in box 1:    £ 48460.74

3. Tips and other payments not on your P60 - read page EN 3 of the notes:    £ **Not Entered**

4. PAYE tax reference of your employer (on your P45/P60):    ▮▮▮▮4767

5. Your employer's name:    NCHAIN LIMITED

6. If you were a company director, put 'X' in the box:

6.1 If you ceased being a director before 6 April 2022, put the date the directorship ceased in the box:    **Not Entered**

7. And, if the company was a close company, put 'X' in the box - read page EN3 of the Notes:    **Not Entered**

8. If this employment income is from inside off-payroll working engagements put 'X' in the box

**Benefits from your employment - use your form P11D (or equivalent information)**

9. Company cars and vans - the total 'cash equivalent' amount:    £ **Not Entered**

10. Fuel for company cars and vans - the total 'cash equivalent' amount:    £ **Not Entered**

11. Private medical and dental insurance - the total 'cash equivalent' amount:    £ 3099.00

12. Vouchers, credit cards and excess mileage allowance:    £ **Not Entered**

13. Goods and other assets provided by your employer - the total value or amount:    £ **Not Entered**

14. Accommodation provided by your employer - the total value or amount:    £ **Not Entered**

15. Other benefits (including interest-free and low interest loans) - the total 'cash equivalent' amount:    £ **Not Entered**

16. Expenses payments received and balancing charges:    £ **Not Entered**

**Employment expenses**

17. Business travel and subsistence expenses:    £ 1500.00

18. Fixed deductions for expenses:    £ **Not Entered**

19. Professional fees and subscriptions:    £ **Not Entered**

20. Other expenses and capital allowances:    £ 17250.00

---

**Tax Calculation Summary**

Your name:    Craig Steven Wright

Your unique taxpayer reference (UTR):    ▮▮▮▮8991

**Self assessment**

1. Total tax, Student Loan repayment and Class 4 NICs due before any payments on account:    £ 0.00

2. Total tax, Student Loan repayment and Class 4 NICs overpaid    £ 1586.54

*CONFIDENTIAL*

| | |
|---|---|
| 3. Student Loan repayment due | £ 0.00 |
| 3.1 Postgraduate Loan repayment due | £ 0.00 |
| 4. Class 4 NICs due | £ 0.00 |
| 4.1 Class 2 NICs due | £ 0.00 |
| 5. Capital Gains Tax due | £ 0.00 |
| 6. Pension charges due | £ 0.00 |

**Underpaid tax and other debts**

| | |
|---|---|
| 7. Amount of underpaid tax for earlier years included in your tax code for 6 April 2021 to 5 April 2022 (from your PAYE Notice of Coding): | £ 0.00 |
| 8. Amount of estimated underpaid tax for 6 April 2021 to 5 April 2022 to be included in your PAYE tax code for 6 April 2022 to 5th April 2023 (from your PAYE Notice of Coding): | £ 0.00 |
| 9. Amount of outstanding debt included in your tax code for 6 April 2021 to 5 April 2022: | £ 0.00 |

**Payments on account**

| | |
|---|---|
| 10. If you are claiming to reduce your 2022-23 payments on account, put 'X' in the box | **Not Entered** |
| 11. Your first payment on account for 2022-23 | £ **Not Entered** |

**Blind person's surplus allowance and married couple's surplus allowance**

| | |
|---|---|
| 12. Blind person's surplus allowance you can have | £ **Not Entered** |
| 13. If you or your spouse or civil partner were born before 6 April 1935, the amount of married couple's surplus allowance you can have | £ **Not Entered** |

**Adjustments to tax due**

| | |
|---|---|
| 14. Increase in tax due because of adjustments to an earlier year | £ **Not Entered** |
| 15. Decrease in tax due because of adjustments to an earlier year | £ **Not Entered** |
| 16. Any 2022-23 repayment you are claiming now | £ **Not Entered** |

**Any other information**

17. Please give any other information in this space

**Not Entered**

**ERZER77TV34LAVPMSLXQ5Z6FB2WTKQM6**

*CONFIDENTIAL*

# EXHIBIT 4

 The Centurion Card

americanexpress.co.uk
Customer Service
0808 100 5050
American Express
Services Europe Ltd.
Dept 871
1 John Street,
Brighton
BN88 1NH
England

## Statement of Account

Page 1 of 7

Prepared for
**DR CRAIG STEVEN WRIGHT**

Membership Number
███████ 1000

Date
15/05/23

Next Statement Date
15/06/23

### Account Summary
Statement includes payments and charges received by 15 May 2023



| Previous Balance | | New Credits | | New Charges | | Closing Balance |
|---|---|---|---|---|---|---|
| £18,303.91 | − | £20,049.10 | + | £17,020.32 | = | £15,275.13 |

| Balance Due | Payment Due Date |
|---|---|
| £15,226.03 | 28 May 2023 |

In these unprecedented times we want to make sure we can keep in touch with all our Cardmembers should there be disruption to our ability to deliver paper communications.
To switch to paperless please visit the Amex App (click on the Account tab), or log on to global.americanexpress.com/account-management/paperless-settings

Thank you for using our service. Please make sure your payment of £15,275.13 reaches us by 28/05/2023.

### Statement Period
From 16 April to 15 May 2023

| Transaction Date | Process Date | Transaction Details | | Foreign Spend | Amount £ |
|---|---|---|---|---|---|
| Apr 30 | Apr 30 | PAYMENT RECEIVED - THANK YOU | | | 20,000.00 CR |

**New Transactions for DR CRAIG STEVEN WRIGHT**
Card Number ███████ 000

| | | | | | |
|---|---|---|---|---|---|
| Apr 14 | Apr 17 | AMZNMKTPLACE | AMAZON.CO.UK | | 172.50 |
| Apr 14 | Apr 18 | AMZNMKTPLACE | AMAZON.CO.UK | | 210.05 |
| Apr 14 | Apr 18 | AMZNMKTPLACE | AMAZON.CO.UK | | 122.78 |

American Express Services Europe Limited has its registered office at Belgrave House, 76 Buckingham Palace Road, London, SW1W 9AX, United Kingdom. It is registered in England and Wales with Company Number 1833139 and authorised and regulated by the Financial Conduct Authority.

Private & Confidential
DR CRAIG STEVEN WRIGHT

███████████

*CONFIDENTIAL*

## The Centurion Card

AMERICAN EXPRESS

## Statement of Account

Page 2 of 7

| Prepared for | Membership Number | Date | Next Statement Date |
|---|---|---|---|
| DR CRAIG STEVEN WRIGHT | 1000 | 15/05/23 | 15/06/23 |

| Transaction Date | Process Date | Transaction Details | Foreign Spend | Amount £ |
|---|---|---|---|---|
| Apr 15 | Apr 15 | PRIME VIDEO *AG71Q3825  353-12477661 | | 7.99 |
| Apr 16 | Apr 17 | AMZNMKTPLACE          AMAZON.CO.UK | | 15.99 |
| Apr 17 | Apr 17 | CKO*SUNDAY APP 521481  LND | | 9.00 |
| Apr 18 | Apr 18 | CAFFE VERGNANO1882    LONDON<br>8243492618 CAFFE VERGNANO 1882 | | 10.50 |
| Apr 18 | Apr 18 | CAFFE VERGNANO1882    LONDON<br>8243492618 CAFFE VERGNANO 1882 | | 4.40 |
| Apr 19 | Apr 19 | AMAZON.CO.UK          353-12477661 | | 9.49 |
| Apr 19 | Apr 20 | HONEST BURGERS DALSTON  LONDON | | 11.50 |
| Apr 20 | Apr 22 | NBSSMUSERVICE FEE 08487 LINCOLN<br>Exchange Rate 1.2365 + Nonsterling Transaction Fee 5.34 | 220.99<br>UNITED STATES DOLLAR | 184.06 |
| Apr 21 | Apr 21 | AMAZON.CO.UK          353-12477661 | | 5.00 |
| Apr 21 | Apr 21 | AMAZON.CO.UK          353-12477661 | | 0.99 |
| Apr 22 | Apr 22 | AUDIBLE PAYMENT AU    SYDNEY<br>Exchange Rate 1.8483 + Nonsterling Transaction Fee .27 | 16.45<br>AUSTRALIAN DOLLAR | 9.17 |
| Apr 22 | Apr 22 | EVERYMAN MEDIA GROUP   LONDON | | 38.55 |
| Apr 22 | Apr 23 | CLACKET LANE WEST CONNE WESTERHAM<br>BP M25 Westbound   WESTERHAM | | 96.00 |
| Apr 22 | Apr 22 | EVERYMAN MEDIA GROUP   LONDON | | 6.50 |
| Apr 22 | Apr 22 | EVERYMAN MEDIA GROUP   LONDON | | 12.45 |
| Apr 22 | Apr 22 | AMZNMKTPLACE          AMAZON.CO.UK | | 20.83 |
| Apr 22 | Apr 22 | AMZNMKTPLACE          AMAZON.CO.UK | | 22.90 |
| Apr 22 | Apr 22 | THE CHAUCER BOOKSHOP   CANTERBURY | | 115.00 |

### How you can pay your statement

You must pay from a personal account in your own name. If you do not, you may experience disruption to your Account with us.
If you are unable to pay your Account this way due to personal circumstances, please contact us to discuss this.
All transactions are subject to additional checks and we may contact you for further information.
Direct Debit - Payment will be collected from your bank account on the Direct Debit due date listed on the front of your statement. Enrol in Direct Debit at global.americanexpress.com/direct-debits/enroll. For any enquiries about Direct Debit enrolment, please call us on the number at the back of your Card.
Debit Card - Log in to the American Express App, online at americanexpress.co.uk or call us on the number on the back of your Card. Please have your account number and debit card available when you call. Debit card payments will usually update your balance displayed on our website, mobile handsets and automated telephone service as soon as your payment is authorised.
Internet Banking - Please use account name American Express Services Europe Limited, sort code 30-00-00, account number 00200476 and make sure you use your 15 digit American Express Account Number as the reference.  Your payment will update your balance displayed on our website, mobile handsets and automated telephone service as soon as they have been received.
CHAPS payment - Please use account name American Express Services Europe Limited, sort code 30-00-02 and account number 00888082 and make sure you use your 15 digit American Express Account Number as the reference.
International payment - Please use the following bank details : Sw̲i̲f̲t̲ ̲c̲o̲d̲e̲ ̲L̲O̲YDGB2LCTY, IBAN: GB65LOYD30000200888082

**CONFIDENTIAL**

 The Centurion Card

# Statement of Account

Page 3 of 7

| Prepared for | | | Membership Number | | Date | Next Statement Date |
| DR CRAIG STEVEN WRIGHT | | | ▓▓▓▓/1000 | | 15/05/23 | 15/06/23 |

| Transaction Date | Process Date | Transaction Details | | Foreign Spend | Amount £ |
|---|---|---|---|---|---|
| Apr 22 | Apr 22 | AMZNMKTPLACE | AMAZON.CO.UK | | 18.99 |
| Apr 22 | Apr 22 | AMZNMKTPLACE | AMAZON.CO.UK | | 19.95 |
| Apr 22 | Apr 23 | AMZNMKTPLACE | AMAZON.CO.UK | | 39.90 |
| Apr 22 | Apr 23 | AMZNMKTPLACE | AMAZON.CO.UK | | 19.95 |
| Apr 22 | Apr 23 | AMZNMKTPLACE | AMAZON.CO.UK | | 39.90 |
| Apr 22 | Apr 24 | AMZNMKTPLACE | AMAZON.CO.UK | | 319.92 |
| Apr 22 | Apr 24 | AMZNMKTPLACE | AMAZON.CO.UK | | 20.16 |
| Apr 22 | Apr 24 | AMZNMKTPLACE | AMAZON.CO.UK | | 19.95 |
| Apr 22 | Apr 27 | AMAZON.CO.UK*6X4QU6IW5 AMAZON.CO.UK | | | 57.46 |
| Apr 23 | Apr 23 | GoDaddy          Tempe | | | 14.46 |
| Apr 24 | Apr 25 | AMZNMKTPLACE | AMAZON.CO.UK | | 11.89 |
| Apr 24 | Apr 25 | PROQUESTEBS734997415   800-521-0600 | | 41.00  UNITED STATES DOLLAR | 34.02 |
| | | Exchange Rate 1.2412 + Nonsterling Transaction Fee .99 | | | |
| Apr 26 | Apr 26 | AMZNMKTPLACE | AMAZON.CO.UK | | 19.95 |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | |
| Apr 27 | Apr 27 | TFL TRAVEL CHARGE    TFL.GOV.UK/CP | | | 2.70 |
| Apr 27 | Apr 27 | MCDONALDS 185-187 OXFOR LONDON  GOODS | | | 4.19 |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | |
| Apr 28 | Apr 28 | MCDONALDS CHANCERY LANE LONDON  GOODS | | | 4.89 |
| Apr 28 | Apr 28 | PIZZA EXPRESS LTD    WALTON ON THAME  PizzaExpress - 3308 - Cobham 2 | | | 33.90 |
| Apr 28 | Apr 28 | AMZNMKTPLACE | AMAZON.CO.UK | | 19.95 |
| Apr 28 | Apr 28 | AMAZON MUSIC*283992195 AMAZON.CO.UK | | | 16.99 |
| Apr 28 | Apr 28 | PRIME VIDEO *SI0PZOT75 353-12477661 | | | 2.99 |
| Apr 29 | Apr 29 | AMZNMKTPLACE | AMAZON.CO.UK | | 19.95 |
| Apr 29 | Apr 29 | AMZNMKTPLACE | AMAZON.CO.UK | | 19.95 |
| Apr 29 | Apr 29 | PRIME VIDEO *WZ6HT1ZJ5 353-12477661 | | | 2.99 |
| Apr 29 | Apr 29 | CKO*SUNDAY APP 521481  LND | | | 13.45 |
| Apr 29 | Apr 29 | AMZNMKTPLACE | AMAZON.CO.UK | | 18.95 |
| Apr 29 | Apr 29 | WAITROSE          COBHAM  176 Cobham SCO | | | 3.65 |
| Apr 29 | May 4 | AMZNMKTPLACE | AMAZON.CO.UK | | 160.94 |
| Apr 29 | May 4 | AMZNMKTPLACE | AMAZON.CO.UK | | 245.94 |

**CONFIDENTIAL**

 The Centurion Card

## Statement of Account

Page 4 of 7

| Prepared for | Membership Number | Date | Next Statement Date |
|---|---|---|---|
| DR CRAIG STEVEN WRIGHT | █████ 1000 | 15/05/23 | 15/06/23 |

| Transaction Date | Process Date | Transaction Details | Foreign Spend | Amount £ |
|---|---|---|---|---|
| Apr 29 | May 4 | AMZNMKTPLACE          AMAZON.CO.UK | | 22.29 |
| Apr 30 | Apr 30 | ZETTLE *FEGO CAFFE COBH WITNEY | | 4.25 |
| | | ███████████████████████████████████ | | |
| May 1 | May 1 | CKO*SUNDAY APP 521481  LND | | 7.59 |
| May 1 | May 4 | AMAZON.CO.UK*QI3LJ8I75 AMAZON.CO.UK | | 39.27 |
| | | ███████████████████████████████████ | | |
| | | ███████████████████████████████████ | | |
| May 3 | May 3 | CKO*SUNDAY APP 521481  LND | | 31.38 |
| May 3 | May 3 | AMZNMKTPLACE          AMAZON.CO.UK | | 57.87 |
| May 3 | May 8 | AMZNMKTPLACE          AMAZON.CO.UK | | 167.32 |
| May 4 | May 5 | MCDONALD'S 8260619     LONDON | | 10.67 |
| May 4 | May 5 | UNIVERSITY OF BIRMINGHA BIRMINGHAM | | 20.00 |
| May 5 | May 5 | AMZNMKTPLACE          AMAZON.CO.UK | | 19.95 |
| May 5 | May 5 | OPENAI          SAN FRANCISCO | 18.00 UNITED STATES DOLLAR | 14.77 |
| | | Exchange Rate 1.2552 + Nonsterling Transaction Fee .43 | | |
| May 6 | May 6 | PRIME VIDEO *JZ05T9825 353-12477661 | | 9.99 |
| May 6 | May 6 | PRIME VIDEO *TW68Z3A55 353-12477661 | | 9.99 |
| May 11 | May 11 | EB *CURRY NIGHT WITH L SAN FRANCISCO | | 220.20 |
| May 11 | May 12 | BRITISH AIRWAYS GB DIRE WEST DRAYTON ROUTING: FROM: LONDON HEATHROW AP TO: ██████ CARRIER: BA CLASS: D TO: LONDON HEATHROW AP CARRIER: BA CLASS: D TICKET NUMBER: 1252159297304  PASSENGER NAME: MRS RAMONA ANG | | 1,305.68 |
| May 11 | May 12 | BRITISH AIRWAYS GB DIRE WEST DRAYTON ROUTING: FROM: LONDON HEATHROW AP TO: ██████ CARRIER: BA CLASS: D TO: LONDON HEATHROW AP CARRIER: BA CLASS: D TICKET NUMBER: 1252159297306  PASSENGER NAME: ███████ | | 1,305.68 |
| May 11 | May 12 | BRITISH AIRWAYS GB DIRE WEST DRAYTON ROUTING: FROM: LONDON HEATHROW AP TO: ██████ CARRIER: BA CLASS: D TO: LONDON HEATHROW AP CARRIER: BA CLASS: D TICKET NUMBER: 1252159297305  PASSENGER NAME: ███████ | | 1,305.68 |
| May 11 | May 12 | BRITISH AIRWAYS GB DIRE WEST DRAYTON ROUTING: FROM: LONDON HEATHROW AP TO: ██████ CARRIER: BA CLASS: D TO: LONDON HEATHROW AP CARRIER: BA CLASS: D TICKET NUMBER: 1252159297303  PASSENGER NAME: DR CRAIG STEVEN WRIGHT | | 1,305.68 |
| May 11 | May 12 | BRITISH AIRWAYS GB DIRE WEST DRAYTON ROUTING: FROM: LONDON HEATHROW AP TO: ██████ CARRIER: BA CLASS: D TO: LONDON HEATHROW AP CARRIER: BA CLASS: D TICKET NUMBER: 1252159297302  PASSENGER NAME: ███████ | | 1,305.68 |

 The Centurion Card

# Statement of Account

| Prepared for | Membership Number | Date | Next Statement Date |
|---|---|---|---|
| DR CRAIG STEVEN WRIGHT | 1000 | 15/05/23 | 15/06/23 |

| Transaction Date | Process Date | Transaction Details | Foreign Spend | Amount £ |
|---|---|---|---|---|
| May 13 | May 13 | AMAZON.CO.UK*CC44V6U95 353-12477661 | | 3.99 |
| May 13 | May 14 | GAUCHO PICCADILLY 25 SW LONDON | | 126.56 |
| May 14 | May 14 | PRIME VIDEO *1X7MJ5155 353-12477661 | | 0.99 |
| May 14 | May 14 | AMAZON.CO.UK      353-12477661 | | 2.99 |
| May 14 | May 14 | AMAZON.CO.UK*3P3RH7865 353-12477661 | | 73.33 |
| May 14 | May 14 | BA INFLIGHT SALES IAG C HARMONDSWORTH | | 4.99 |
| **Total new spend transactions for  DR CRAIG STEVEN WRIGHT** | | | | **16,971.22** |

ITEMS IN SUSPENSE - These items are currently under review and excluded from the minimum repayment requested

| Feb 28 | May 1 | SUSPENSION OF DISPUTED CHARGE | 24.55 |
|---|---|---|---|
| Mar 29 | May 1 | SUSPENSION OF DISPUTED CHARGE | 24.55 |

*CONFIDENTIAL*

# The Centurion Card

## Statement of Account

Prepared for
**DR CRAIG STEVEN WRIGHT**

Membership Number  ▮▮▮▮1000

Date  15/05/23

Next Statement Date  15/06/23

## Cardmember Offers and Information

Travel Insurance
There are exclusions and limitations with your travel insurance policy, this includes:

- Medical assistance and expenses cover does not apply if 80 years of age or above.
- In order to access certain insurance benefits, you need to use your American Express Card to pay for the trip or item.
- There are exclusions in your American Express travel insurance policy which cannot be varied or removed. If you have a pre-existing medical condition that falls outside of the list of accepted conditions referred to in the travel insurance terms and conditions, you may be able to obtain alternative or additional insurance via the Money and Pensions Service (visit traveldirectory.moneyadviceservice.org.uk/en) or by calling the advice service on 0800 138 7777 (free from within the UK). Lines are open Monday to Friday, 08:00 to 18:00.

Full details of the travel protection benefits currently available can be found in the Terms and Conditions available at americanexpress.co.uk/centurioninsurance, please read this to understand the exclusions and limits that apply.

 The Centurion Card

## Statement of Account

Page 7 of 7

Prepared for
DR CRAIG STEVEN WRIGHT

| Membership Number | Date | Next Statement Date |
|---|---|---|
| ██████1000 | 15/05/23 | 15/06/23 |

### Have you changed your address?
You can update your address in the following ways;

> Online at americanexpress.co.uk
> By Telephone, you can call Customer Services 24 hours a day 7 days a week. You may need to have your American Express Card with you
> Or by post

### Online Services
You can manage your Card Account Online and also view your latest rewards and offers. Register your email address today to be the first to hear about great offers at americanexpress.co.uk

**CONFIDENTIAL**

# EXHIBIT 5

 **AMERICAN EXPRESS**   The Centurion Card

americanexpress.co.uk
Customer Service
0808 100 5050
American Express
Services Europe Ltd.
Dept 871
1 John Street,
Brighton
BN88 1NH
England

## Statement of Account

Page 1 of 6

| Prepared for | Membership Number | Date | Next Statement Date |
|---|---|---|---|
| DR CRAIG STEVEN WRIGHT | 1000 | 15/06/23 | 15/07/23 |

### Account Summary

Statement includes payments and charges received by 15 June 2023

| Previous Balance | | New Credits | | New Charges | | Closing Balance |
|---|---|---|---|---|---|---|
| £15,275.13 | − | £15,500.00 | + | £11,583.11 | = | £11,358.24 |

| | Balance Due | Payment Due Date |
|---|---|---|
| | £11,358.24 | 28 June 2023 |

In these unprecedented times we want to make sure we can keep in touch with all our Cardmembers should there be disruption to our ability to deliver paper communications.

To switch to paperless please visit the Amex App (click on the Account tab), or log on to global.americanexpress.com/account-management/paperless-settings

Thank you for using our service. Please make sure your payment of £11,358.24 reaches us by 28/06/2023.

### Statement Period

From 16 May to 15 June 2023

| Transaction Date | Process Date | Transaction Details | Foreign Spend | Amount £ |
|---|---|---|---|---|
| May 31 | May 31 | PAYMENT RECEIVED - THANK YOU | | 15,500.00 CR |

### New Transactions for DR CRAIG STEVEN WRIGHT

1000

| Transaction Date | Process Date | Transaction Details | Foreign Spend | Amount £ |
|---|---|---|---|---|
| May 16 | May 16 | AMZNMKTPLACE        AMAZON.CO.UK | | 24.78 |
| May 16 | May 16 | BA INFLIGHT SALES IAG C HARMONDSWORTH | | 4.99 |
| May 16 | May 17 | AMAZON.CO.UK*G742O31W5 AMAZON.CO.UK | | 32.99 |

American Express Services Europe Limited has its registered office at Belgrave House, 76 Buckingham Palace Road, London, SW1W 9AX, United Kingdom. It is registered in England and Wales with Company Number 1833139 and authorised and regulated by the Financial Conduct Authority.

Private & Confidential
DR CRAIG STEVEN WRIGHT
21 HAREBELL HILL
COBHAM
KT11 2RS
UNITED KINGDOM

*CONFIDENTIAL*

**AMERICAN EXPRESS**   The Centurion Card

## Statement of Account

Page 2 of 6

| Prepared for | | | Membership Number | | Date | Next Statement Date |
|---|---|---|---|---|---|---|
| DR CRAIG STEVEN WRIGHT | | | | 1000 | 15/06/23 | 15/07/23 |

| Transaction Date | Process Date | Transaction Details | | Foreign Spend | Amount £ |
|---|---|---|---|---|---|
| May 16 | May 17 | AMAZON.CO.UK*E39WN1U95 AMAZON.CO.UK | | | 46.99 |
| May 17 | May 17 | AMAZON.CO.UK*P69700J85 353-12477661 | | | 1.60 |
| May 17 | May 17 | AMAZON.CO.UK*1Q58K2D65 353-12477661 | | | 5.99 |
| May 18 | May 18 | K P Restaurant | Walton-on-Thame | | 12.00 |
| May 18 | May 18 | K P Restaurant | Walton-on-Thame | | 10.25 |
| May 18 | May 19 | SUMUP*ESHER & WALTON CO KINGSTON UPON T | | | 800.00 |
| May 19 | May 19 | AMAZON.CO.UK | 353-12477661 | | 9.49 |
| | | ███████████████████████████ | | | |
| May 21 | May 22 | AMAZON.CO.UK | 353-12477661 | | 0.99 |
| May 21 | May 22 | AMAZON.CO.UK | 353-12477661 | | 5.00 |
| May 22 | May 22 | AUDIBLE PAYMENT AU   SYDNEY | | 16.45 AUSTRALIAN DOLLAR | 9.08 |
| | | Exchange Rate 1.8650 + Nonsterling Transaction Fee .26 | | | |
| May 22 | May 22 | PRIME VIDEO *3A65U40A5 353-12477661 | | | 3.49 |
| | | ███████████████████████████ | | | |
| May 22 | May 24 | NBSSMUSERVICE FEE 08487 LINCOLN | | 220.99 UNITED STATES DOLLAR | 183.98 |
| | | Exchange Rate 1.2370 + Nonsterling Transaction Fee 5.34 | | | |
| May 23 | May 24 | PRIME RENT   ROMA | | 840.00 EUROPEAN UNION EURO | 754.75 |
| | | Exchange Rate 1.1462 + Nonsterling Transaction Fee 21.91 | | | |
| May 24 | May 24 | MCDONALDS 185-187 OXFOR LONDON GOODS | | | 8.48 |
| May 24 | May 24 | PRIME VIDEO *V298N2PC5 353-12477661 | | | 16.99 |
| May 24 | May 24 | 28-50 Wine Bar & Kitche London | | | 291.60 |
| May 25 | May 25 | PRIME VIDEO *GO5926AT5 353-12477661 | | | 3.49 |
| May 27 | May 27 | AMZNMKTPLACE   AMAZON.CO.UK | | | 36.98 |

### How you can pay your statement

You must pay from a personal account in your own name. If you do not, you may experience disruption to your Account with us.
If you are unable to pay your Account this way due to personal circumstances, please contact us to discuss this.
All transactions are subject to additional checks and we may contact you for further information.
Direct Debit - Payment will be collected from your bank account on the Direct Debit due date listed on the front of your statement. Enrol in Direct Debit at global.americanexpress.com/direct-debits/enroll. For any enquiries about Direct Debit enrolment, please call us on the number at the back of your Card.
Debit Card - Log in to the American Express App, online at americanexpress.co.uk or call us on the number on the back of your Card. Please have your account number and debit card available when you call. Debit card payments will usually update your balance displayed on our website, mobile handsets and automated telephone service as soon as your payment is authorised.
Internet Banking - Please use account name American Express Services Europe Limited, sort code 30-00-00, account number 00200476 and make sure you use your 15 digit American Express Account Number as the reference. Your payment will update your balance displayed on our website, mobile handsets and automated telephone service as soon as they have been received.
CHAPS payment - Please use account name American Express Services Europe Limited, sort code 30-00-02 and account number 00888082 and make sure you use your 15 digit American Express Account Number as the reference.
International payment - Please use the following bank details : Swift code ████████B2LCTY, IBAN: GB65LOYD30000200888082

**CONFIDENTIAL**

 **The Centurion Card**

## Statement of Account

Page 3 of 6

| Prepared for | | | Membership Number | | Date | Next Statement Date |
|---|---|---|---|---|---|---|
| DR CRAIG STEVEN WRIGHT | | | | 1000 | 15/06/23 | 15/07/23 |

| Transaction Date | Process Date | Transaction Details | Foreign Spend | Amount £ |
|---|---|---|---|---|
| May 28 | May 28 | PRIME VIDEO *H92G77SF5  353-12477661 | | 13.99 |
| May 28 | May 28 | PRIME VIDEO *B70380NW5  353-12477661 | | 7.99 |
| May 28 | May 28 | AMAZON MUSIC*CA6DF3J15  AMAZON.CO.UK | | 16.99 |
| May 30 | May 30 | WPY*ALPHA CHI NATIONAL  LITTLE ROCK | 80.00 UNITED STATES DOLLAR | 66.80 |
| | | Exchange Rate 1.2334 + Nonsterling Transaction Fee 1.94 | | |
| May 30 | May 30 | Pizza Pilgrims      London | | 49.22 |
| May 31 | May 31 | OSTERIA DELI ANGOLO    LONDON | | 266.06 |
| Jun 3 | Jun 2 | MCDONALDS PUTNEY 83    PUTNEY GOODS | | 12.87 |
| Jun 3 | Jun 3 | CKO*SUNDAY APP 521481  LND | | 55.88 |
| Jun 7 | Jun 9 | PAYPAL *TOBYWELLS1    4029357733 | | 180.00 |
| Jun 8 | Jun 8 | AIRBNB * TA45J2HB      LONDON | | 118.00 |
| Jun 9 | Jun 9 | AMAZON.CO.UK*AE0JU8M65  AMAZON.CO.UK | | 54.99 |
| Jun 9 | Jun 9 | THREE-BILL PAY (WEB )  GLASGOW | | 27.94 |
| Jun 9 | Jun 9 | AMZNMKTPLACE        AMAZON.CO.UK | | 69.99 |
| Jun 10 | Jun 10 | The Rum Kitchen      London | | 11.50 |
| Jun 10 | Jun 10 | Freight Line      London | | 7.65 |
| Jun 10 | Jun 11 | TFL TRAVEL CHARGE     TFL.GOV.UK/CP | | 5.60 |
| Jun 10 | Jun 10 | ZETTLE *BRIXTON BLEND L BRIXTON | | 5.30 |
| Jun 10 | Jun 13 | CHARLES TYRWHITT SHIRTS LONDON | | 981.85 |
| Jun 11 | Jun 11 | PRIME VIDEO *BF3CL77F5 353-12477661 | | 9.99 |
| Jun 13 | Jun 14 | TORTILLA OXFORD CIRCUS LONDON | | 10.78 |
| Jun 14 | Jun 14 | AMAZON.CO.UK      353-12477661 | | 2.99 |
| Jun 14 | Jun 15 | AMAZON.CO.UK*LD8SQ2QT5 AMAZON.CO.UK | | 57.74 |
| Jun 14 | Jun 15 | AMZNMKTPLACE        AMAZON.CO.UK | | 413.91 |
| **Total new spend transactions for  DR CRAIG STEVEN WRIGHT** | | | | **11,583.11** |

### OTHER ACCOUNT TRANSACTIONS

| Feb 28 | May 16 | REVERSAL SUSPENSION FOR DISPUTED CHARGE | | 24.55 |
|---|---|---|---|---|
| Mar 29 | May 16 | REVERSAL SUSPENSION FOR DISPUTED CHARGE | | 24.55 |
| Total of other account transactions | | | | 49.10 |

 The Centurion Card

# Statement of Account

Page 4 of 6

| Prepared for | Membership Number | Date | Next Statement Date |
|---|---|---|---|
| DR CRAIG STEVEN WRIGHT | ███████ 1000 | 15/06/23 | 15/07/23 |

| Transaction Date | Process Date | Transaction Details | Foreign Spend | Amount £ |
|---|---|---|---|---|

ITEMS IN SUSPENSE - These items are currently under review and excluded from the minimum repayment requested

| Transaction Date | Process Date | Transaction Details | Amount £ |
|---|---|---|---|
| Feb 28 | May 1 | SUSPENSION OF DISPUTED CHARGE | 24.55 |
| Mar 29 | May 1 | SUSPENSION OF DISPUTED CHARGE | 24.55 |

**AMERICAN EXPRESS**  The Centurion Card

## Statement of Account

Page 5 of 6

Prepared for
**DR CRAIG STEVEN WRIGHT**

| Membership Number | Date | Next Statement Date |
|---|---|---|
| ▉▉▉▉1000 | 15/06/23 | 15/07/23 |

## Cardmember Offers and Information

Updated Cardmember Privacy Statement
We have recently updated our Cardmember Privacy Statement. There are no material changes to the statement; we have just made it clearer and easier to understand. A copy of the new statement can be found at
americanexpress.co.uk/personalcardprivacy

Travel Insurance
There are exclusions and limitations with your travel insurance policy, this includes:

- Medical assistance and expenses cover does not apply if 80 years of age or above.
- In order to access certain insurance benefits, you need to use your American Express Card to pay for the trip or item.
- There are exclusions in your American Express travel insurance policy which cannot be varied or removed. If you have a pre-existing medical condition that falls outside of the list of accepted conditions referred to in the travel insurance terms and conditions, you may be able to obtain alternative or additional insurance via the Money and Pensions Service (visit traveldirectory.moneyadviceservice.org.uk/en) or by calling the advice service on 0800 138 7777 (free from within the UK). Lines are open Monday to Friday, 08:00 to 18:00.

Full details of the travel protection benefits currently available can be found in the Terms and Conditions available at americanexpress.co.uk/centurioninsurance, please read this to understand the exclusions and limits that apply.

*CONFIDENTIAL*



## The Centurion Card

# Statement of Account

Page 6 of 6

**Prepared for**
DR CRAIG STEVEN WRIGHT

| Membership Number | Date | Next Statement Date |
|---|---|---|
| ▉▉▉▉1000 | 15/06/23 | 15/07/23 |

---

### Have you changed your address?
You can update your address in the following ways:

> Online at americanexpress.co.uk
> By Telephone, you can call Customer Services 24 hours a day 7 days a week. You may need to have your American Express Card with you
> Or by post

### Online Services
You can manage your Card Account Online and also view your latest rewards and offers. Register your email address today to be the first to hear about great offers at americanexpress.co.uk

**CONFIDENTIAL**

# EXHIBIT 6

 The Centurion Card

americanexpress.co.uk
Customer Service
0808 100 5050
American Express
Services Europe Ltd.
Dept 871
1 John Street,
Brighton
BN88 1NH
England

## Statement of Account

Page 1 of 7

| Prepared for | Membership Number | | Date | Next Statement Date |
|---|---|---|---|---|
| DR CRAIG STEVEN WRIGHT | ██████ 1000 | | 15/07/23 | 15/08/23 |

### Account Summary

Statement includes payments and charges received by 15 July 2023



| Previous Balance | | New Credits | | New Charges | | Closing Balance |
|---|---|---|---|---|---|---|
| £11,358.24 | − | £12,000.00 | + | £31,970.85 | = | £31,329.09 |

| | Balance Due | Payment Due Date |
|---|---|---|
| | £31,329.09 | 28 July 2023 |

In these unprecedented times we want to make sure we can keep in touch with all our Cardmembers should there be disruption to our ability to deliver paper communications.
To switch to paperless please visit the Amex App (click on the Account tab), or log on to global.americanexpress.com/account-management/paperless-settings

Thank you for using our service. Please make sure your payment of £31,329.09 reaches us by 28/07/2023.

### Statement Period

From 16 June to 15 July 2023

| Transaction Date | Process Date | Transaction Details | Foreign Spend | Amount £ |
|---|---|---|---|---|
| Jun 26 | Jun 26 | PAYMENT RECEIVED - THANK YOU | | 12,000.00 CR |

New Transactions for DR CRAIG STEVEN WRIGHT
██████ 1000

| Transaction Date | Process Date | Transaction Details | Foreign Spend | Amount £ |
|---|---|---|---|---|
| Jun 15 | Jun 16 | PRIME RENT          ROMA<br>Exchange Rate 1.1631 + Nonsterling Transaction Fee 85.24 | 3.316,00<br>EUROPEAN UNION EURO | 2,936.14 |
| Jun 15 | Jun 15 | MOSS                LONDON | | 2,847.00 |

American Express Services Europe Limited has its registered office at Belgrave House, 76 Buckingham Palace Road, London, SW1W 9AX, United Kingdom. It is registered in England and Wales with Company Number 1833139 and authorised and regulated by the Financial Conduct Authority.

Private & Confidential
DR CRAIG STEVEN WRIGHT
██████

## The Centurion Card

## Statement of Account

Prepared for
**DR CRAIG STEVEN WRIGHT**

Membership Number **████ 1000**

Date **15/07/23**

Next Statement Date **15/08/23**

| Transaction Date | Process Date | Transaction Details | Foreign Spend | Amount £ |
|---|---|---|---|---|
| Jun 15 | Jun 15 | MOSS          LONDON | | 475.00 |
| Jun 15 | Jun 16 | TORTILLA OXFORD CIRCUS  LONDON | | 13.95 |
| Jun 16 | Jun 16 | COMPASS SERVICES (UK) L GREENWICH | | 8.50 |
| Jun 16 | Jun 16 | CHARLES TYRWHITT SHIRTS LONDON | | 258.90 |
| Jun 16 | Jun 16 | O2 ARENA          LONDON<br>GOODS | | 4.08 |
| Jun 16 | Jun 17 | GAUCHO THE O2 PENINSULA LONDON | | 115.94 |
| Jun 16 | Jun 19 | AMZNMKTPLACE          AMAZON.CO.UK | | 392.38 |
| Jun 18 | Jun 18 | PRIME VIDEO *CX86H6875 353-12477661 | | 15.99 |
| Jun 18 | Jun 19 | AMZNMKTPLACE          AMAZON.CO.UK | | 61.17 |
| Jun 18 | Jun 19 | CHARLES TYRWHITT SHIRTS LONDON | | 279.00 |
| Jun 19 | Jun 19 | PRIME VIDEO *DI0A33U05 353-12477661 | | 13.99 |
| Jun 19 | Jun 19 | AMAZON.CO.UK          353-12477661 | | 9.49 |
| Jun 20 | Jun 21 | LUCKY CAT          LONDON<br>Lucky Cat | | 231.73 |
| Jun 21 | Jun 22 | AMAZON.CO.UK          353-12477661 | | 5.00 |
| Jun 21 | Jun 21 | AMAZON.CO.UK          353-12477661 | | 0.99 |
| Jun 22 | Jun 22 | AUDIBLE PAYMENT AU     SYDNEY<br>Exchange Rate 1.8778 + Nonsterling Transaction Fee .26 | 16.45<br>AUSTRALIAN DOLLAR | 9.02 |
| Jun 22 | Jun 22 | PRIME VIDEO *GK6GR1QA5 353-12477661 | | 19.99 |
| Jun 22 | Jun 22 | MCDONALDS WEST ONE SHOP LONDON<br>GOODS | | 8.58 |
| Jun 22 | Jun 23 | LU-INTERNET A/R 4368455 434-5822000<br>Exchange Rate 1.2724 + Nonsterling Transaction Fee 32.15 | 1,368.28<br>UNITED STATES DOLLAR | 1,107.42 |
| Jun 23 | Jun 23 | AMAZON.CO.UK*BX9HL2185 353-12477661 | | 59.84 |

### How you can pay your statement

You must pay from a personal account in your own name. If you do not, you may experience disruption to your Account with us.
If you are unable to pay your Account this way due to personal circumstances, please contact us to discuss this.
All transactions are subject to additional checks and we may contact you for further information.
Direct Debit  - Payment will be collected from your bank account on the Direct Debit due date listed on the front of your statement. Enrol in Direct Debit at global.americanexpress.com/direct-debits/enroll. For any enquiries about Direct Debit enrolment, please call us on the number at the back of your Card.
Debit Card - Log in to the American Express App, online at americanexpress.co.uk or call us on the number on the back of your Card. Please have your account number and debit card available when you call. Debit card payments will usually update your balance displayed on our website, mobile handsets and automated telephone service as soon as your payment is authorised.
Internet Banking - Please use account name American Express Services Europe Limited, sort code 30-00-00, account number 00200476 and make sure you use your 15 digit American Express Account Number as the reference.  Your payment will update your balance displayed on our website, mobile handsets and automated telephone service as soon as they have been received.
CHAPS payment - Please use account name American Express Services Europe Limited, sort code 30-00-02 and account number 00888082 and make sure you use your 15 digit American Express Account Number as the reference.
International payment - Please use the following bank details : Sw██████████████B2LCTY, IBAN: GB65LOYD30000200888082

CONFIDENTIAL



## The Centurion Card

# Statement of Account

| Prepared for | | | Membership Number | Date | Next Statement Date |
|---|---|---|---|---|---|
| DR CRAIG STEVEN WRIGHT | | | 1000 | 15/07/23 | 15/08/23 |

| Transaction Date | Process Date | Transaction Details | Foreign Spend | Amount £ |
|---|---|---|---|---|
| Jun 23 | Jun 23 | AMAZON.CO.UK*NV4RZ7YA5  353-12477661 | | 44.70 |
| Jun 23 | Jun 23 | DOMINOS PIZZA Dominos P MILTON KEYNES | | 65.09 |
| Jun 23 | Jun 23 | PRIME VIDEO *SO7YN5Z85  353-12477661 | | 5.99 |
| Jun 24 | Jun 24 | The Wine Reserve      Cobham | | 564.97 |
| Jun 24 | Jun 24 | The Swan        Kingston upon T | | 13.00 |
| Jun 25 | Jun 25 | CLICKANDBOAT.COM       PARIS<br>ARRIVAL        DEPARTURE  NIGHTS<br>25/06/23       25/06/23 | | 4,151.00 |
| Jun 25 | Jun 25 | FINANCIAL TIMES 219745  LONDON | | 335.00 |
| Jun 27 | Jun 27 | AMZNMKTPLACE        AMAZON.CO.UK | | 156.24 |
| Jun 27 | Jun 27 | AMZNMKTPLACE        AMAZON.CO.UK | | 9.95 |
| Jun 27 | Jun 28 | WWW.WELCOMECHARTER.IT  GENOVA<br>Exchange Rate 1.1603 + Nonsterling Transaction Fee 51.53 | 2.000,00<br>EUROPEAN UNION EURO | 1,775.08 |
| Jun 28 | Jun 28 | SKIPPERSO-F184E1O359T1  TIPTOE | | 440.00 |
| Jun 28 | Jun 28 | AMAZON.CO.UK*H59GR9HI5  AMAZON.CO.UK | | 43.95 |
| Jun 28 | Jun 28 | MCDONALDS 185-187 OXFOR LONDON<br>GOODS | | 8.58 |
| Jun 28 | Jun 28 | AMAZON MUSIC*0Z79A9LA5  AMAZON.CO.UK | | 16.99 |
| Jun 28 | Jun 29 | AMZNMKTPLACE        AMAZON.CO.UK | | 394.72 |
| Jun 29 | Jun 29 | MOSS         LONDON | | 4,451.65 |
| Jun 29 | Jul 1 | AMZNMKTPLACE        AMAZON.CO.UK | | 20.78 |
| Jun 30 | Jun 29 | ETSY UK        LONDON | | 229.80 |
| Jun 30 | Jun 29 | ETSY UK        LONDON | | 207.49 |
| Jul 1 | Jul 1 | TRADEMARK PLANET      AUCKLAND 1010 | | 490.00 |
| Jul 1 | Jul 2 | PUNTA CHIAPPA SERVIZI S PORTOFINO<br>Exchange Rate 1.1607 + Nonsterling Transaction Fee 3.14 | 122,00<br>EUROPEAN UNION EURO | 108.24 |
| Jul 1 | Jul 1 | PAYPAL *ALESSANDROBM  4029357733<br>Exchange Rate 1.1608 + Nonsterling Transaction Fee 12.88 | 500,00<br>EUROPEAN UNION EURO | 443.61 |
| Jul 1 | Jul 4 | AUTOGRILL S.GIULIANO MI SAN GIULIANO MI<br>Exchange Rate 1.1608 + Nonsterling Transaction Fee 1.30 | 50,59<br>EUROPEAN UNION EURO | 44.88 |
| Jul 1 | Jul 4 | COOP SANTA M.LIGURE    SANTA MARGHERIT<br>Exchange Rate 1.1610 + Nonsterling Transaction Fee 4.30 | 166,95<br>EUROPEAN UNION EURO | 148.09 |

 **The Centurion Card**

# Statement of Account

| Prepared for | | | Membership Number | Date | Next Statement Date |
|---|---|---|---|---|---|
| DR CRAIG STEVEN WRIGHT | | | 1000 | 15/07/23 | 15/08/23 |

| Transaction Date | Process Date | Transaction Details | Foreign Spend | Amount £ |
|---|---|---|---|---|
| Jul 1 | Jul 4 | STAZ. SERVIZIO AGIP PLU SAN GIULIANO MI | 11,70 EUROPEAN UNION EURO | 10.38 |
| | | Exchange Rate 1.1607 + Nonsterling Transaction Fee .30 | | |
| Jul 2 | Jul 3 | RISTORANTE PUNY      PORTOFINO | 213.00 EUROPEAN UNION EURO | 188.97 |
| | | Exchange Rate 1.1608 + Nonsterling Transaction Fee 5.49 | | |
| Jul 2 | Jul 3 | PUNTA CHIAPPA SERVIZI S PORTOFINO | 305,00 EUROPEAN UNION EURO | 270.61 |
| | | Exchange Rate 1.1607 + Nonsterling Transaction Fee 7.86 | | |
| Jul 2 | Jul 3 | PARLACOMEMANGI      RAPALLO | 63,75 EUROPEAN UNION EURO | 56.56 |
| | | Exchange Rate 1.1607 + Nonsterling Transaction Fee 1.64 | | |
| Jul 3 | Jul 3 | AMAZON.CO.UK*ZU7KA9LF5  353-12477661 | | 0.99 |
| Jul 3 | Jul 3 | AMAZON.CO.UK*3T9QE1505  353-12477661 | | 3.32 |
| Jul 3 | Jul 3 | AMAZON.CO.UK*R577U2FK5  353-12477661 | | 2.96 |
| Jul 3 | Jul 3 | AMAZON.CO.UK*887VI5P15  353-12477661 | | 2.77 |
| Jul 3 | Jul 3 | AMAZON.CO.UK*QR7T45U05  353-12477661 | | 0.99 |
| Jul 3 | Jul 3 | AMAZON.CO.UK*VC3E61IQ5  353-12477661 | | 2.89 |
| Jul 3 | Jul 4 | ATHENA       GENOVA | 16,94 EUROPEAN UNION EURO | 15.02 |
| | | Exchange Rate 1.1618 + Nonsterling Transaction Fee .44 | | |
| Jul 4 | Jul 4 | HOTEL SPLENDIDO SPA    PORTOFINO | 1,155,00 EUROPEAN UNION EURO | 1,024.55 |
| | | Exchange Rate 1.1610 + Nonsterling Transaction Fee 29.74 | | |
| Jul 4 | Jul 5 | PORTOFINOBISTROT     PORTOFINO | 26,00 EUROPEAN UNION EURO | 23.02 |
| | | Exchange Rate 1.1633 + Nonsterling Transaction Fee .67 | | |
| Jul 6 | Jul 7 | RIST LA ROTONDA      CAMOGLI | 81,50 EUROPEAN UNION EURO | 71.92 |
| | | Exchange Rate 1.1671 + Nonsterling Transaction Fee 2.09 | | |
| Jul 6 | Jul 7 | RIST LA ROTONDA      CAMOGLI | 49,50 EUROPEAN UNION EURO | 43.67 |
| | | Exchange Rate 1.1674 + Nonsterling Transaction Fee 1.27 | | |
| Jul 6 | Jul 8 | PAYPAL *ALESSANDROBM   4029357733 | 550,00 EUROPEAN UNION EURO | 484.73 |
| | | Exchange Rate 1.1685 + Nonsterling Transaction Fee 14.07 | | |
| Jul 7 | Jul 8 | ENI51449        SERRA RICCO' | 50,74 EUROPEAN UNION EURO | 44.71 |
| | | Exchange Rate 1.1688 + Nonsterling Transaction Fee 1.30 | | |
| Jul 7 | Jul 8 | EMV CARTE ITALIANE MI S ASSAGO | 13,10 EUROPEAN UNION EURO | 11.54 |
| | | Exchange Rate 1.1696 + Nonsterling Transaction Fee .34 | | |
| Jul 7 | Jul 8 | MYOB AUSTRALIA PTY LTD  BURWOOD EAST | 43.87 AUSTRALIAN DOLLAR | 23.60 |
| | | Exchange Rate 1.9148 + Nonsterling Transaction Fee .69 | | |
| Jul 7 | Jul 7 | BA INFLIGHT SALES IAG C HARMONDSWORTH | | 6.99 |
| Jul 8 | Jul 8 | AMAZON.CO.UK*335P72SW5  353-12477661 | | 4.99 |
| Jul 8 | Jul 8 | AMAZON.CO.UK*ZD1XF1NR5  353-12477661 | | 8.99 |

 The Centurion Card

# Statement of Account

Page 5 of 7

| Prepared for | | | Membership Number | | Date | Next Statement Date |
|---|---|---|---|---|---|---|
| DR CRAIG STEVEN WRIGHT | | | xxxx-xxxxxx-71000 | | 15/07/23 | 15/08/23 |

| Transaction Date | Process Date | Transaction Details | Foreign Spend | Amount £ |
|---|---|---|---|---|
| Jul 8 | Jul 8 | VIASAT IN-FLIGHT WI-FI CARLSBAD | 29.00 UNITED STATES DOLLAR | 23.47 |
| | | Exchange Rate 1.2724 + Nonsterling Transaction Fee .68 | | |
| Jul 8 | Jul 8 | VIASAT IN-FLIGHT WI-FI CARLSBAD | 20.00 UNITED STATES DOLLAR | 16.19 |
| | | Exchange Rate 1.2722 + Nonsterling Transaction Fee .47 | | |
| Jul 8 | Jul 8 | PAYPAL *HOCKERTY     445867050 | | 3,131.91 |
| Jul 8 | Jul 13 | AMZNMKTPLACE     AMAZON.CO.UK | | 91.51 |
| Jul 9 | Jul 10 | PAYPAL *RIVERO2828J   4029357733 | 203.65 UNITED STATES DOLLAR | 164.84 |
| | | Exchange Rate 1.2724 + Nonsterling Transaction Fee 4.79 | | |
| Jul 9 | Jul 10 | PAYPAL *RIVERO2828J   4029357733 | 1,903.65 UNITED STATES DOLLAR | 1,540.96 |
| | | Exchange Rate 1.2723 + Nonsterling Transaction Fee 44.74 | | |
| Jul 9 | Jul 10 | MYOB AUSTRALIA PTY LTD BURWOOD EAST | 40.36 AUSTRALIAN DOLLAR | 21.71 |
| | | Exchange Rate 1.9146 + Nonsterling Transaction Fee .63 | | |
| Jul 9 | Jul 10 | SABA'S WESTERN WEAR   CHANDLER | 209.08 UNITED STATES DOLLAR | 169.24 |
| | | Exchange Rate 1.2723 + Nonsterling Transaction Fee 4.91 | | |
| Jul 10 | Jul 10 | GCU MERCHANDISE SALES 0 PHOENIX | 20.45 UNITED STATES DOLLAR | 16.55 |
| | | Exchange Rate 1.2725 + Nonsterling Transaction Fee .48 | | |
| Jul 11 | Jul 11 | PRIME VIDEO *JE9QJ3LV5 353-12477661 | | 3.49 |
| Jul 12 | Jul 13 | PRIME RENT     ROMA | 120.00 EUROPEAN UNION EURO | 105.90 |
| | | Exchange Rate 1.1669 + Nonsterling Transaction Fee 3.07 | | |
| Jul 12 | Jul 12 | WWW.FORBES.COM     JERSEY CITY | 49.99 UNITED STATES DOLLAR | 40.01 |
| | | Exchange Rate 1.2867 + Nonsterling Transaction Fee 1.16 | | |
| Jul 13 | Jul 13 | PRIME VIDEO *MK2TW8RZ5 353-12477661 | | 3.49 |
| Jul 13 | Jul 14 | RECREO 00H8     CHANDLER | 69.44 UNITED STATES DOLLAR | 54.99 |
| | | Exchange Rate 1.3006 + Nonsterling Transaction Fee 1.60 | | |
| Jul 13 | Jul 14 | PADDLE.NET*RECITEWRKS 2 LONDON | | 70.00 |
| Jul 14 | Jul 14 | TST* BOURBON JACKS AMER CHANDLER | 58.92 UNITED STATES DOLLAR | 46.66 |
| | | Exchange Rate 1.3003 + Nonsterling Transaction Fee 1.35 | | |
| Jul 14 | Jul 14 | AMAZON.CO.UK     353-12477661 | | 2.99 |
| Jul 14 | Jul 15 | IC* INSTACART     SAN FRANCISCO | 79.06 UNITED STATES DOLLAR | 62.19 |
| | | Exchange Rate 1.3093 + Nonsterling Transaction Fee 1.81 | | |
| **Total new spend transactions for DR CRAIG STEVEN WRIGHT** | | | | **31,970.85** |

**The Centurion Card**

## Statement of Account

| Prepared for | Membership Number | Date | Next Statement Date |
|---|---|---|---|
| DR CRAIG STEVEN WRIGHT | ██████1000 | 15/07/23 | 15/08/23 |

## Cardmember Offers and Information

Travel Insurance

There are exclusions and limitations with your travel insurance policy, this includes:

- Medical assistance and expenses cover does not apply if 80 years of age or above.
- In order to access certain insurance benefits, you need to use your American Express Card to pay for the trip or item.
- There are exclusions in your American Express travel insurance policy which cannot be varied or removed. If you have a pre-existing medical condition that falls outside of the list of accepted conditions referred to in the travel insurance terms and conditions, you may be able to obtain alternative or additional insurance via the Money and Pensions Service (visit traveldirectory.moneyadviceservice.org.uk/en) or by calling the advice service on 0800 138 7777 (free from within the UK). Lines are open Monday to Friday, 08:00 to 18:00.

Full details of the travel protection benefits currently available can be found in the Terms and Conditions available at americanexpress.co.uk/centurioninsurance, please read this to understand the exclusions and limits that apply.

 The Centurion Card

## Statement of Account

Page 7 of 7

Prepared for
**DR CRAIG STEVEN WRIGHT**

Membership Number
████████ 1000

Date
15/07/23

Next Statement Date
15/08/23

**Have you changed your address?**
You can update your address in the following ways;

> Online at americanexpress.co.uk
> By Telephone, you can call Customer Services 24 hours a day 7 days a week. You may need to have your American Express Card with you
> Or by post

**Online Services**
You can manage your Card Account Online and also view your latest rewards and offers. Register your email address today to be the first to hear about great offers at americanexpress.co.uk

**CONFIDENTIAL**

# EXHIBIT 7



# LLOYDS BANK

Lloyds Bank Plc
Account Closure Unit
BX1 1LT

Dr Craig Wright & Mrs Ramona Ang

Date: 21st August 2019

Our Ref: HR/KA

**Important information about your bank account- please read this letter carefully**

Dear Dr Wright & Mrs Ang

We often review accounts to ensure that we can continue to support our customers with their banking needs and following a recent review of your account, we are writing to let you know that unfortunately, we're unable to maintain a banking relationship with you.

As such, we will be closing your account in 65 calendar days from the date of this letter.

### What this means for you

After this date we will stop all regular payments from your account and you will need to contact the people you want to pay. When your account is closed, you are responsible for cancelling any direct payments (such as Direct Debits, Standing Orders, if these are available on your account and regular card payments) into or out of your account. If someone sends a payment to your closed account, we will take reasonable steps to return the payment to the sender.

In the event that you open other accounts during the notice period, those accounts will also be closed. Please note that this also applies to any other accounts you may open with the bank at any future point in time, where the bank reserves the right to close those accounts without further notice.
When the agreement ends and your account is closed, we will pay or transfer money we hold for you or owe you under this agreement to you, or to any other person you name in writing. Funds will be paid by cheque to the above address, unless you advise otherwise or use the account switching service when funds will be transferred electronically.

Please note that we may retain sufficient funds to cover any liabilities owed to us.

### What you need to do

You need to make alternative banking arrangements. You may wish to use the Current Account Switch Service but please note you will not be able to transfer to other members of the Lloyds Banking Group such as Lloyds Bank plc, Bank of Scotland plc and Halifax. You should destroy any cards and unused cheques, cutting them up before disposing of them.

You will need to repay any money you owe us, such as any overdrafts and the amount of any cheques, card payments or other payment instructions you have made and which have not yet been taken out of your account prior to closure. Please note that overdrafts are always repayable on demand.

CONFIDENTIAL



BETWEEN

A. ███████████████████████████

AND

B.        Mr Craig Wright and Mrs Ramona Ang ("the Tenant")
    of    ███████████████████

AND IS MADE IN RELATION TO THE PROPERTY AT

███████████████████████████

It is hereby agreed that the tenancy of the above Property granted by the Landlord to the Tenant is extended on the same terms and conditions as the original Agreement save for the amendments detailed below.

**FIXED TERM:** Two Years from and including 1st March 2023 to and including 28th February 2025. Either party shall have the right to terminate this agreement by giving the other party not less than two months' advance written notice. In the case of the Tenant such notice will only be effective if sent via email to ████████████████ alternatively by recorded delivery to ███████████████████████████ ███████████████████████ This notice can only ~~expire after the first nine months of the renewed term.~~

**RENT:** The Tenant shall pay £2,884.61 per week being £12,500.00 payable monthly in advance for the duration of the renewed Term.

**ADDENDUM:** The Tenant shall allow the Property to be viewed at all reasonable times during normal working hours (between 9am and 8pm) by prior mutually convenient appointment or on reasonable Notice either via the Tenant or with keys, at any time during the final two months of Tenancy; following a request by any person who is (or is acting on behalf of) the Landlord or the Agent and who is accompanying a prospective purchaser o renter of the Property.

**SIGNED BY:** Mr Craig Wright and Mrs Ramona Ang

      Signature: *Ramona Ang*

      Email: ███████████████



Please email back to renewals@foxtons.co.uk    : Foxtons Renewals – Kalypso Heudah

"Staff are welcoming, friendly and knowledgeable."
September 2021

Rated 'Excellent'
From over 10,000 reviews

★ Trustpilot

career ready

preparing young people for the world of work

If your property is on the market with another agent, please check your form of business to avoid paying two commissions. Foxtons Limited Registered Office, Building One, Chiswick Park, 566 Chiswick High Road, London W4 5AB Registration No 1680058 England VAT No 900 224 911



www.tpos.co.uk

**CONFIDENTIAL**          ViewSonic



**Fully Managed**
**Common Law**





CONFIDENTIAL

# TENANCY AGREEMENT

This Agreement contains the terms, conditions and obligations of the Tenancy and the things which the Landlord and the Tenant agree to do or not to do during the Tenancy.

Once signed and dated, this Agreement will be legally binding and may be enforced by a Court. You should read it carefully to make sure it contains everything that you want and nothing that you do not wish to agree to. If either party is in any doubt as to the content or effect of this Agreement, we recommend that you seek independent legal advice before signing.

**Date:** The date set out in the audit trail to this document.

**The Landlord(s):**

Landlord Name:
Landlord Address:

**The Tenant(s):**

Tenant Name:            Craig Wright
Tenant Address:
Tenant Email:
Tenant Phone Number:

Tenant Name:            Ramona Ang
Tenant Address:
Tenant Email:
Tenant Phone Number:

**The Landlord and the Tenant** agree to the letting of the Property for the Term at the Rent and under the conditions outlined in this Agreement.

**The Property:**

**The Term:**  24 months. The Tenancy shall start on and include the 1st of December 2017 and shall end on and include 30th of November 2019 but subject to break clause in Special Tenancy Conditions.

**The Rental Period:** The Tenant shall pay rent in accordance with the Appendix Payment Schedule.

**The Rent:** The rent is £12500.00 monthly paid according to the Payment Schedule, monthly thereafter on the 1st day of each month.

Unless otherwise stated all rental payments should be made by Standing Order to the Landlord's Agent's bank as follows:

**Name:**

**Sort Code: 600921**

**Account Number:** 1309

**Payment Reference:**







**CONFIDENTIAL**

Page 2
Doc ID: 20177041208383959525536211013

**The Deposit:** £18750.00 to be held by the Landlord or the Landlord's Agent as Stakeholder. At the end of the Tenancy, the Landlord or the Agent shall return the Deposit to the Tenant subject to the possible deductions set out in this Agreement.





**CONFIDENTIAL**

Doc ID: 20177041208383952553621101

**DEFINITIONS**

**The Landlord**

The person or persons owning an interest in the Property which gives the right to possession of it when this Tenancy ends and anyone who later owns the Property.

**The Tenant**

The person or persons entitled to possession of the Property under this Agreement.

**The Lead Tenant (if applicable)**

Means (i) in the case of joint tenants, one of their number who has been nominated to act on their behalf in relation to the Deposit; and (ii) where applicable, the person nominated to act on behalf of the Tenant and the Relevant Person.

**The Guarantor (if applicable)**

The person who undertakes to be jointly and severally liable with the Tenant to pay all rent and any debt arising from any breach or default of the Tenant obligations contained in this Agreement until all debt is paid in full whether or not the Landlord elects to pursue the Tenant.

**The Landlord's Agent**

████████████████████████████████████████████████████ or any person or company who later takes over the rights and obligations of the Landlord's Agent.

**The Property**

The premises which have been agreed to be let including any parts of the exterior forming part of the let (e.g. gardens, paths, fences, boundaries or outbuildings). Where the premises is a flat or forms only part of a property, the letting includes the use, with others, of communal access ways, gardens and other similar facilities to which the Landlord is entitled under the terms of his Lease.

**The Head Lease (if applicable)**

The Lease under which the Landlord holds the Property. The obligations set out in the Head Lease will bind the Tenant provided the Tenant has been given notice of them.

**The Contents**

The Landlord's furniture, furnishings, fixtures, fittings and effects including sanitary ware, floor ceiling and wall coverings, decorative features, white goods and other equipment specified in the Inventory.

**The Inventory**

The Inventory of Contents and Schedule of Condition refers to any document prepared by the Landlord, the Landlord's Agent or an inventory clerk detailing the Contents, the decor and condition of the Property generally. The Inventory may be relied upon at the end of the Tenancy in assessing damage or compensation for damage (over and above fair wear and tear) and so should be checked carefully at the start of the Tenancy.

**The Deposit**

The sum paid by the Tenant to the Landlord or the Landlord's Agent (as directed) in a Stakeholder capacity during the Tenancy in case the Tenant fails to comply with the terms of this Agreement.

**The Relevant Person (if applicable)**

Any person or company paying the Deposit on behalf of the Tenant, e.g. the local authority, a parent or Guarantor.

  


**Deposit held as Stakeholder (if applicable)**

If the Landlord's Agent is to hold the Deposit, it shall do so as in a Stakeholder capacity. Any deductions from the Deposit at the end of the Tenancy must be agreed in writing by Landlord and Tenant before monies are released. Any amount in dispute will not be paid to either party until mutual agreement is reached or an appropriate third party decision made.

**Fair wear and tear**

Loss, damage or depreciation that naturally and inevitably occurs from reasonable and ordinary use or exposure or ageing.

**Emergency**

Where there is a risk to life or damage to the fabric of the Property or to life.

**The Term**

The length of the letting agreed in this Agreement including any extension or continuation or any statutory periodic tenancy arising after expiry of the original Term.

**Tenants' Joint & Several Liability**

If the Tenant consists of more than one person, their actions and obligations under this Agreement shall be joint and several in all respects which means that each Tenant is wholly responsible for all Tenant obligations and sums due under this Agreement, not just a proportionate part.

**Interpretation**

Words importing the singular number include the plural number and vice versa. Words importing the masculine gender only include the feminine gender and vice versa.

Working day means any day excluding a Saturday, Sunday or a Bank Holiday.

The Tenant and the Landlord agree that the laws of England and Wales shall apply to this Agreement.





## 1. TENANT OBLIGATIONS

**The Tenant agrees with the Landlord that throughout the Term the Tenant will:**

### 1.1 Pay Rent

(i) Pay the Rent and any other sums due to the Landlord in the manner set out in this Agreement, whether formally demanded or not.

(ii) Should the Landlord's Agent have reason to write to the Tenant to pursue recovery of Rent arrears, pay the reasonable administration costs incurred by the Landlord's Agent for each letter sent to the Tenant at the rate notified to the Tenant in writing prior to the signing of this Agreement.

(iii) Pay any reasonable charges or other costs incurred by the Landlord or the Landlord's Agent if any cheque provided by the Tenant is dishonoured or if any Standing Order is withdrawn.

### 1.2 Pay Interest

Pay interest on any amounts of Rent due and in arrears at the rate of 4% above the Bank of England annual base rate calculated on a day to day basis from the date that the same shall become due until payment in full is made.

### 1.3 Pay for Council Tax

In the event that the Rent is expressed exclusive of council tax, to pay the council tax (or any similar charge which replaces it) in respect of the Property either directly to the local authority, or by paying that sum to the Landlord, or the Agent, where the Landlord, or the Agent, has paid that sum to the local authority (whether legally required to do so or not) within 14 days of receiving a written request for such monies.

### 1.4 Pay for Utilities

To pay all charges falling due for the following services used during the Tenancy and to pay the proportion of any standing charge for those services which reflects the period of time that this Agreement was in force:

- Council Tax
- Water
- Gas
- Electricity
- Telephone
- Broadband
- Satellite Television
- Cable Television
- TV Licence

Excluding those described in this agreement as being payable by the Landlord outlined in the Landlord's Obligations.

### 1.5 Pay for Tenancy Agreement and Renewal Memorandum

Pay to the Landlord's Agent the applicable fees, as notified to the Tenant in writing prior to the signing of this Agreement, for:

(i) The preparation of this Agreement, payable prior to the commencement of the Tenancy; and

(ii) The preparation of any subsequent renewal agreement or memorandum in relation to any fixed term renewal or periodic term extension of the Tenancy which may be agreed between the Landlord and the Tenant, payable prior to the commencement of the agreed renewal term.

### 1.6 Pay for Inventory Checks





**CONFIDENTIAL**

Pay the applicable charge, as notified to the Tenant prior to the signing of this Tenancy Agreement, for check out of the Inventory.

### 1.7 Prohibit New Installation or Disconnection

Not permit or arrange for a meter to be installed at the Property or for the disconnection or termination of any utility or telephone service without the prior written consent of the Landlord or the Landlord's Agent, which will not be unreasonably withheld or delayed but may be subject to conditions.

In the event that the Tenant allows, either by default of payment or specific instruction without prior consent, the utility or other services to be cut off, whether during or at the end of the Tenancy, the Tenant is to pay the costs associated with reconnecting or resuming those services.

### 1.8 Care for Property

Not cause or allow any damage or loss to the Property or Contents, fair wear and tear excepted, and use the Property and Contents in a proper and tenant-like manner.

The Tenant is liable to change, replace or renew at his/her own cost all light bulbs, fuses, plugs, batteries, vacuum cleaner bags and filters and extractor fan filters, extractor fan filters and dishwasher and water softener salt.

### 1.9 Replace Broken Glass

Promptly replace all cracked or broken glass with the same quality glass, where the crack or breakage is caused as a result of any action or misuse or negligence of the Tenant, a third party, the Tenant, any family or visitors.

### 1.10 Smoke Detectors and Carbon Monoxide Detector

Ensure that all smoke and carbon monoxide detectors are kept in good working order by ensuring that they are kept free from obstruction, tested regularly and replacing batteries when necessary.

### 1.11 Good Repair

Keep the Contents of the Property, including all electrical gas and other appliances equipment and apparatus in good repair and condition, fair wear and tear excepted.

Take care not to cause an overload of the electrical circuits by the inappropriate use of multi-socket electrical adaptors or extension cables when connecting appliances to the mains electric system.

### 1.12 Preserve Interior Condition

(i) Keep the Property and the Contents in good order and in a clean condition as at the commencement of the Tenancy, fair wear and tear excepted.

(ii) Permit the Landlord or Landlord's Agent to give the Tenant notice in writing of any necessary works of repair, cleaning, restoration, or replacement which is the obligation of the Tenant to be undertaken within a reasonable time agreed between the Tenant and the Landlord or the Landlord's Agent.

### 1.13 Clean Windows

Clean the inside and outside of the easily accessible windows regularly and at the end of the Term.

### 1.14 Prevent Obstructions

At all times take all reasonable precautions not to cause blockage to the drains and pipes in or about the Property and keep gutters gullies and downpipes free of debris. In the event that a blockage is caused as a result of misuse or negligence of the Tenant, his/her family or visitors, the Tenant shall pay or be liable to pay the reasonable costs associated with the clearance of the obstruction.

 


**1.15 Protect from Freezing**

At all times, to ensure that all reasonable precautions are taken to protect the Property against freezing and burst pipes, provided the pipes and other installations are kept adequately insulated by the Landlord. To reimburse the Landlord in respect of any damage caused to the Property as a result of frozen or burst pipes due to the Tenant failing to take reasonable precautions.

**1.16 Keep Ventilated**

Keep the Property adequately ventilated and make good use of extractor fans (where provided) so as to reduce the occurrence of condensation and wipe away any occurring condensation to prevent any resultant mould and damage to the Property and the Contents.

**1.17 Chimneys and Flues (if applicable)**

Keep any chimneys and flues swept and in a clean condition, and ensure that at the end of the Term the chimneys and flues are swept and left in the same clean state as provided by the Landlord at the commencement of the Term. The Tenant will be required to produce a receipt to demonstrate compliance with this requirement.

**1.18 Fuel Storage**

Any coal/logs stored at the Property must be stored in an appropriate and suitable receptacle in such place as will not cause damage to the Property or the Contents.

**1.19 Prevent Infestation**

Not keep any refuse or rubbish in the Property and regularly dispose of same in a suitable receptacle to maintain acceptable levels of hygiene and prevent outbreaks of any infestations of pests or disease. Should there be an infestation within the Property the Tenant is responsible for having this treated immediately via a reputable pest control company.

**1.20 Maintain Gardens**

Keep any gardens and grounds including any pond, terrace or patio included in the Property in a neat, unobstructed and tidy condition and free from litter and weeds. Keep the grass cut and reasonably maintain any lawns, trees and shrubs in a proper manner as seasonally required. Not to cut down or remove any trees, shrubs or plants (other than annual plants) or otherwise alter the existing design content or layout of the said garden or grounds without the prior written consent of the Landlord or the Landlord's Agent.

**1.21 Not Alter Property**

Not alter or in any way interfere with the construction or arrangement of the Property. Not to carry out any redecoration or make any alteration in or addition to the exterior or interior of the Property without the previous consent in writing of the Landlord or the Landlord's Agent.

**1.22 Not Remove Contents**

Not remove or allow the removal of the Contents from the Property or store the Contents in any way which may lead to the condition of the Contents to be damaged or deteriorate at a quicker pace than they would if they remained in the places recorded in the Inventory.

**1.23 Not Affix Items to Walls**

Not to hang pictures other than with a reasonable number of commercially available picture hooks or fastenings.

**1.24 Not Post Signs**

Not to display or allow to be displayed any notice, sign, banner or placard visible from outside the Property without the prior written consent of the Landlord or the Landlord's Agent, which will not be unreasonably withheld or delayed. The Landlord or the Landlord's Agent reserves the right to withdraw, for reasonable grounds and upon reasonable notice, any consent previously given.




**1.25 Not Affix or Erect Aerial or Satellite Dish**

Where not already provided or available at the Property, not to affix or erect outside the Property any television or radio aerial or satellite dish or install any cable television or cable telephone without the prior written consent of the Landlord, which will not be unreasonably withheld or delayed but may be subject to conditions. Where granted such consent will be detailed under Special Tenancy Conditions or as an Addendum to this Agreement. The Landlord or the Landlord's Agent reserves the right to withdraw, for reasonable grounds and upon reasonable notice, any consent previously given.

**1.26 Pets**

The Tenant agrees not to keep any animals or birds (whether domestic or otherwise) in the Property without the Landlord's prior written consent, which will not be unreasonably withheld or delayed.

**1.27 Smoking Prohibition**

Not to smoke or allow any other person to smoke any cigarettes cigars pipes or other form of tobacco or other substance within the Property without the prior written consent of the Landlord. Where granted such consent will be detailed under Special Tenancy Conditions or as an Addendum to this Agreement. The Landlord or the Landlord's Agent reserves the right to withdraw, for reasonable grounds and upon reasonable notice, any consent previously given. In the event of any breach of this clause then the Tenant shall pay such costs to the Landlord for making good any resultant staining, discolouration, burn marks or odour present at the Property at the end of the Term.

**1.28 Changing Locks**

(i) Not alter, change or install any locks on any doors or windows in or about the Property or have any additional keys or remote control devices made, except in the case of an Emergency, without the prior written consent of the Landlord, which will not be unreasonably withheld or delayed.

(ii) Where consent to change locks is granted, one set of the new keys must immediately be made available to the Landlord and at the end of the Term the Tenant must provide the same number of sets of keys, fobs and other devices for the new locks as were provided by the Landlord at the commencement of the Term.

(iii) Where any keys the Tenant is responsible for are either lost or stolen, the Tenant shall be liable for the cost of having the relevant lock/s changed for the Property, one set of the new keys must immediately be made available to the Landlord or the Landlord's Agent and at the end of the Term.

**1.29 Use of Burglar Alarm (if applicable)**

(i) Take every precaution to ensure the correct use of the burglar alarm system to the Property and pay any call out charge or costs for the repair or for re-setting of the system necessary as a result of misuse or negligence by the Tenant, his/her family or visitors.

(ii) Not change any burglar alarm code without the prior written consent of the Landlord, which will not be unreasonably withheld or delayed. Where such consent is granted the Tenant will promptly provide the Landlord or the Landlord's Agent with the details of the new code.

**1.30 Secure Property**

(i) Not leave the Property unattended or unoccupied for any period whatsoever without locking and securing all deadlocks and other locks and bolts fitted to the doors and windows permitting access to the Property and ensuring the burglar alarm (if any) is activated.

**1.31 Notify & Action if Unoccupied**

(i) Not leave the Property vacant, unattended or unoccupied for a period of more than 14 consecutive days without first giving reasonable notice to the Landlord or the Landlord's Agent of the intention to do so.




**goodlord** prepared by **PainSmith Solicitors**   **CONFIDENTIAL**   Doc ID: 201770412083839525536211013

(ii) After leaving the Property unattended for any period of 7 days or more, to flush through the water systems by running all taps and showers for 20 minutes and by flushing all toilets to reduce the risk from exposure to legionella bacteria.

### 1.32 Landlord's Insurance

Not do, permit to be done, or fail to do anything that may render void or invalidate any policy of insurance on the Property or the Contents nor anything that may cause an increased premium to be payable, provided that a copy of the relevant sections of the policy has been given to or shown to the Tenant at the start of the Term or within a reasonable time thereafter. To pay the Landlord all reasonable sums paid by the Landlord for any increase in premiums and all reasonable expenses incurred by the Landlord incurred as a result of a failure by the Tenant, his/her family or visitors to comply with this clause.

### 1.33 Tenant's Personal Possessions

For the avoidance of doubt, there is no cover provided by any insurance policy maintained by the Landlord for any personal possessions introduced into the Property by the Tenant. The Tenant is strongly advised to insure his/her own belongings with a reputable insurer.

### 1.34 Permit Access

Permit the Landlord or anyone with the authority of the Landlord at reasonable hours by no less than 24 hours prior written appointment (save in the case of an Emergency) to enter the Property to view the state and condition thereof or to undertake any necessary repairs in compliance with obligations placed on the Landlord by law, or other necessary repairs or redecoration of the Property or require access to effect work to a neighbouring property or boundary divide. Should the Tenant agree to access relating to any of the above mentioned circumstances with the Landlord or anyone with the authority of the Landlord and access is denied/not possible due to the Tenant refusing or restricting access, there will be a call out charge levied which would be payable by the Tenant of £120 excluding VAT.

### 1.35 Permit Viewing

Permit the Landlord or the Landlord's Agent or anyone with the authority of the Landlord or the Landlord's Agent by reasonable prior appointment to show the Property.

(i) To potential tenants or purchasers during the last two months of the Tenancy or other period of notice;

(ii) To potential purchasers in the event of the Landlord wishing to sell or otherwise deal with the reversion of the Property with the benefit of the Tenancy at any time during the Tenancy.

### 1.36 Permit Notices

Permit the Landlord or the Landlord's Agent to affix a notice of re-letting or selling on the Property during the last two months of the Tenancy or other period of notice, or a notice of selling in the event of the Landlord wishing to sell the Property with the benefit of the Tenancy at any time during the Tenancy.

### 1.37 Take Remedial Action

In an Emergency to take appropriate reasonable remedial action to prevent further damage to the Property and give immediate notice to the Landlord or the Landlord's Agent.

### 1.38 Give Notice of Defects

Notify the Landlord or the Landlord's Agent immediately upon becoming aware of:

(i) Any damage, defect or want of repair of any nature affecting the Property or any of the Contents, whether or not caused by any act, default or neglect of the Tenant, or any invitee of the Tenant;

(ii) Any burglary or attempted burglary upon the Property.


 

And the Tenant shall be liable for all reasonable consequential excess loss and expense arising from any failure to give such notice.

### 1.39 Forward Correspondence

Pass to the Landlord or the Landlord's Agent as soon as is reasonably practicable following receipt, any notice or other communication left on or delivered or posted to the Property that are addressed to the Landlord with the exception of obvious circulars or marketing material.

### 1.40 Leasehold (Head Lease) or Freehold Covenants and Restrictions

Where applicable and provided that prior to the signing of this Agreement the Tenant is notified in writing, or given a copy of the relevant documents. The Tenant agrees to observe and not breach or contravene any terms in the Head Lease or any Deed under which the Landlord holds the Property provided that Tenant has been provided with a copy of the relevant sections of the Head Lease or Deed.

The Tenant will comply with all and any new regulations relating to the building which may be introduced from time to time and which are notified to the Tenant in writing, and protect the Landlord from loss arising from any claim in respect of any breach or non-observance of same.

### 1.41 Deed of Covenant (if applicable)

If requested and at the Landlord's expense the Tenant will enter into a Deed of Covenant or such other Deed as the superior landlords may reasonably require.

### 1.42 Communal Areas (if applicable)

Not to obstruct any common passageways, hallways and staircases nor keep or store or place any item or package or bicycle or pushchair in any communal area of the Property.

Not to hang or permit to be hung or exposed any clothes or other articles in any communal or shared garden or upon the exterior of the Property except where expressly permitted by the Landlord in writing.

### 1.43 Not Assign or Sublet

(i) Not to assign this Agreement without the prior written consent of the Landlord or the Landlord's Agent which will not be unreasonably withheld or delayed. Where the Landlord grants consent this may be subject to reasonable conditions and the Tenant will be liable for the reasonable fees and expenses incurred by the Landlord in granting such consent or arranging such assignment.

(ii) Not to mortgage or charge the benefit of this Agreement;

(iii) Not to take in or receive paying guests or lodgers without the prior written consent of the Landlord.

(iv) Not sub-let, part with or share possession or occupation of the Property or any part of the Property with any person not named as Tenant in this Agreement without the prior written consent of the Landlord or the Landlord's Agent, which will not be unreasonably withheld or delayed. Where granted, the Landlord may impose reasonable conditions of consent and the Tenant will be liable for the reasonable fees and expenses incurred by the Landlord in granting such consent.

### 1.44 Not Cause Nuisance

Not use the Property or allow others to use the Property in a way which may cause damage or a disturbance nuisance annoyance or inconvenience to neighbouring adjoining or adjacent property or to the owners or occupiers of them.

### 1.45 Music and Noise

 


Not play any musical instrument, music player, radio or television or cause or permit any undue loud noise to take place in the Property so as to cause disturbance annoyance or inconvenience to the occupiers or owners of any neighbouring adjoining or adjacent property or so as to be audible outside the Property between the hours of 11.00 pm to 7.30 am.

### 1.46 Permitted Use

To use the Property for no other purpose than that of a strictly private residence for the occupation of the Tenant and the Tenant's immediate family and occasional guests only; and

(i) Not carry on at the Property or allow the Property to be used for any profession trade or business and not to let rooms or apartments or receive paying guests or lodgers in the Property; and

(ii) Not hold or allow to be held any large meeting or gathering upon the Property or any sale by auction thereon; and

(iii) Not use or permit the Property or any part thereof to be used for any illegal or immoral purposes;

(iv) Not to register a business or company at the address of the Property.

### 1.47 Combustible Matter

Not take into or keep at the Property any combustible, offensive or dangerous fluids, fuels or materials or any gas, paraffin or other liquid fuel unless required for normal household use and fully comply with all fire precautions or fire regulations made by the Landlord or the appropriate Fire Authority.

### 1.48 Own Gas Appliances

Immediately notify the Landlord or the Landlord's Agent if any gas appliance is brought into the Property by the Tenant and ensure that it is properly connected to the appropriate pipework by a suitably qualified Gas Safe registered engineer and is safe to use. The Tenant will immediately stop using and remove any such gas appliance which is unsafe or dangerous to either the occupants or the Property.

### 1.49 Prohibited Substances

Not to use or consume in or about the Property at any time any of the drugs mentioned in the Misuse of Drugs Act 1971 or any other controlled substances the use of which may hereinafter be prohibited or restricted.

### 1.50 End of Tenancy

At the expiration or sooner termination of the Tenancy:

(i) Deliver up to the Landlord possession of the Property and the Contents in a sound and clean condition as at the beginning of the Term (reasonable wear and tear excepted) and in the rooms or places as they are listed in the Inventory.

(ii) Make good and/or pay for the repair of or replacement of any of the Contents that are broken, lost or damaged during the Term;

(iii) Have the Property professionally cleaned and all the Contents including the washing or dry cleaning (including ironing and pressing) of all bedding, linen, towels, carpets, curtains, upholstery and soft furnishings and other articles set out in the Inventory or articles substituted for the same which shall be shown by reference to the Inventory to have been soiled during the Term;

(iv) Attend, or appoint a representative to attend, the check-out of the Property for no later than 12:00pm on the last day of the Term;

(v) Notify all utility and council tax authorities of the date of termination of the Term and pay all outstanding accounts with the service providers up to and including the last day;





(vi) Arrange for the return to the hire company prior to the inventory check-out of any hired or rented television or other equipment or appliance which the Tenant has hired or rented for his use at the Property;

(vii) Deliver all keys and remote control devices to the Landlord or the Landlord's Agent and pay to the Landlord all reasonable costs incurred by the Landlord in replacing the locks or devices where such keys or devices are missing;

(viii) Remove all personal items from the Property before the end of the Term. The Tenant will be responsible for meeting all reasonable removal costs and/or storage charges for items left in the Property after the end or earlier termination of the Term. Except where it is apparent that the items have been deliberately discarded, the Landlord will remove and store such items for a maximum of one calendar month, and take all reasonable steps to contact the Tenant in this regard and, where possible, will notify the Tenant at the last known address. If the items are not collected within one calendar month the Landlord may dispose of them and the Tenant will be liable for the reasonable costs of disposal, which may be deducted from the deposit or from any sale proceeds or the Deposit and if there are any costs remaining they will remain the Tenant's liability;

(ix) Provide the Landlord or the Landlord's Agent with a forwarding address where the Tenant may be contacted after the Tenant has vacated the Property and permit the Landlord or the Landlord's Agent to give the forwarding address to the suppliers of gas, electricity, fuel, water, telephone services, environmental services or other similar services incurred at the Property for which the Tenant is liable and Council Tax authority;

(x) Provide the Landlord or the Landlord's Agent with receipted evidence that all accounts for the services for which the Tenant is liable in this Agreement have been fully paid up to and including the last day of the Term and permit the Landlord or the Landlord's Agent to retain a reasonable portion of the Deposit until such evidence has been provided.

**1.51 <u>Breach of Tenancy</u>**

(i) The Tenant shall pay the Landlord's reasonable legal costs and expenses (including VAT) incurred by the Landlord or the Landlord's Agent in enforcement or remedy of any breach of the Tenant obligations under this Agreement, whether or not the same shall result in court proceedings.

(ii) The Tenant shall pay the cost of any bank or other reasonable charges incurred by the Landlord or the Landlord's Agent if any standing order payment or cheque submitted by the Tenant is withdrawn or dishonoured by the Tenant's bank.

**1.52 <u>Housing Benefit/Local Housing Allowance</u>**

In the event of the Tenant making a claim for Housing Benefit/Local Housing Allowance, the Tenant shall:

(i) Immediately upon making such a claim advise the Landlord or the Landlord's Agent;

(ii) Pay any shortfall in Rent or other payments due to the Landlord not included in the Housing Benefit/Local Housing Allowance payment, to the Landlord or the Landlord's Agent so as they are received by the date that the Rent is due and not allow such payments to fall into arrears;

(iii) Immediately notify the relevant Housing Benefit/Local Housing Allowance Department and the Landlord or the Landlord's Agent of any change in circumstance which may affect the Benefit/Local Housing Allowance entitlement;

(iv) Be liable at any time to reimburse the Landlord or the Landlord's Agent any sums which the Landlord or the Landlord's Agent is required to repay to the local authority in respect of Housing Benefit/Local Housing Allowance which has been paid direct to the Landlord or the Landlord's Agent on behalf of the Tenant, and has been accepted in good faith, but is subsequently shown to have been paid incorrectly or as a result of fraud, error or ineligibility of the Tenant.





## 2. LANDLORD OBLIGATIONS

**The Landlord agrees with the Tenant that the Landlord will:**

### 2.1 Deliver Up Property

At the commencement of the Tenancy deliver:

(i) The Property and Contents in a tidy condition and clean to a professional standard;

(ii) Any working chimney swept and clean;

(iii) All appliances, smoke and carbon monoxide detectors in proper working order.

### 2.2 Allow Quiet Enjoyment

Permit the Tenant to quietly possess and enjoy the Property during the Tenancy without any unreasonable or unlawful interruption.

### 2.3 Pay Outgoings

Pay all taxes, insurance, service charge assessments, impositions and other outgoings in respect of the Property including the following services: no utilities/services.

### 2.4 Provide Telephone Line

Provide a telephone line to the Property in addition to any telephone line linked to any burglar alarm system. Any transfer or reconnection charge that may be levied by the service provider at the commencement of the Term will be payable by the Tenant.

### 2.5 Maintain Property

(i) Carry out those repairs to the Property the liability for which is imposed upon the Landlord by Section 11 to 16 of the Landlord & Tenant Act 1985 (as amended). This liability obliges the Landlord to repair and keep in good order: (1) the structure of the Property and exterior (including drains gutters and pipes); (2) certain installations for the supply of water, electricity and gas; (3) sanitary appliances (including basins, sinks, baths and sanitary conveniences); and (4) appliances for space heating and water heating; but not other fixtures fittings and appliances for making use of the supply of water and electricity.

(ii) This obligation arises only after notice has been given to the Landlord by the Tenant in accordance with the terms of this Agreement;

(iii) To repay to the Tenant any reasonable costs incurred by the Tenant to remedy the failure of the Landlord to comply with his statutory obligations.

### 2.6 Maintain Appliances

Put and keep in repair and proper working order the central heating system, electrical appliances and other equipment provided by the Landlord for the use of the Tenant provided that the Tenant shall be responsible for the cost of such repair or replacement if it is necessary as a result of damage sustained through misuse or negligence by the Tenant or his/her family, any visitor or guest.

### 2.7 Burglar Alarm (if applicable)

Maintain in proper working order the burglar alarm system (if any) provided to the Property save that any call out charge or costs for repair necessary as a result of misuse or negligence by the Tenant, his/her family, any visitor or guest shall be payable by the Tenant.

### 2.8 Habitation

  

If the Property or part of the Property is destroyed or made uninhabitable by any insured risk, and provided such damage is not as a result of any fault or negligence on the part of the Tenant, his/her family, visitors or guests which would as a consequence make the Landlord's insurance invalid:

(i) The Rent will cease to be payable until such time as the Property is reinstated and rendered habitable;

(ii) In the event that the extent of the damage is such that the Property is not made habitable within one month, either party may terminate the Tenancy by giving immediate written notice to the other party.

(iii) Provided always that it is understood that the Landlord shall not in addition be liable to pay any compensation to the Tenant.

### 2.9 Title and Consents

The Landlord confirms that all necessary consents have been obtained to enable the Landlord to enter into this Agreement.

### 2.10 Safety Regulations

The Landlord warrants that

(i) Where applicable all upholstered furniture, soft furnishings, beds, bed bases, mattresses (and mattress toppers), pillows, cushions and seat pads supplied to the Property comply with the provisions of The Furniture and Furnishings (Fire) (Safety) Regulations 1988 and The Furniture and Furnishings (Fire) (Safety) (Amendment) Regulations 1993.

(ii) All gas appliances within the Property comply with the Gas Safety (Installation & Use) Regulations 1998 and that all gas appliances will be serviced annually in accordance with The Gas Safety (Installation and Use) Regulations 1998. A copy of the Gas Safety Check Record will be provided to the Tenant at the start of the Tenancy and within 28 days of the annual check undertaken during the Term.

(iii) All mechanical and electrical equipment in the Property are in good repair and working order and that all electrical equipment supplied to the Property complies with The Electrical Equipment (Safety) Regulations 1994 and the Plugs and Sockets etc (Safety) Regulations 1994.

### 2.11 Smoke Detectors and Carbon Monoxide Detectors

In accordance with The Smoke and Carbon Monoxide Alarm (England) Regulations 2015 the Landlord has provided a smoke alarm on every storey (floor) of the Property on which there is a room used wholly or partly as living accommodation; and a carbon monoxide detector/alarm in any room used wholly or partly as living accommodation which contains a solid fuel burning combustion appliance. The Landlord will have the alarms and detectors checked and tested to ensure that they are fully operational prior to the start of the Term.

## 3. INVENTORY

### 3.1 Preparation of the Inventory

The Landlord will be responsible for providing a fully comprehensive Inventory of Contents and schedule of condition of the Property at the beginning of the Term.

### 3.2 Check In

The Landlord will be responsible for paying the fee which forms part of the Administration Charges provided to the Tenant prior to signing this Tenancy Agreement.

### 3.3 Check Out

The Tenant will be responsible for paying the fee for the checking of the Inventory at the termination of the Term.



 **powered by** goodlord **prepared by**  PainSmith Solicitors

### 3.4 Attendance

The Tenant will attend, or appoint a representative to attend, the Inventory Check In. In the event that the Tenant does not keep a prearranged appointment made upon reasonable notice by the Landlord or the Landlord's Agent to check the Inventory the Tenant will be liable to pay the additional costs incurred by the Landlord in making and attending further appointments to check the Inventory. In the event of the Landlord or his appointed representative failing to keep such mutually agreed appointment, the Tenant will be entitled to reimbursement of his reasonably incurred costs in relation to making and attending further appointments to check the Inventory.

## 4. NOTICES

### 4.1 Address and Service

(i) The provisions for service of notices are that if either party send any document in relation to this Agreement to the other, it shall be deemed to have been validly and sufficiently served delivered to the receiving party's address or last known address by hand; sent by first class post or by registered post or recorded delivery and any such notice or document shall be deemed to have been served two working days after the date of posting save that where hand delivered or emailed prior to 4:30 pm it shall be deemed to have been served on the next working day.

Any notice or document to be served on the Tenant may be served by the Landlord or by the Landlord's Agent on behalf of the Landlord.

(ii) For the purposes of Sections 47 and 48 of the Landlord and Tenant Act 1987 the address of the Landlord is as stated on page 1 of this Agreement. Where this address is in England and Wales notices on the Landlord (including notices in proceedings) may be served to this address. Where the Landlord's address is not in England and Wales, the address of the Landlord's Agent as detailed in this Agreement under Definitions may be used as an alternative address for the service of notices on the Landlord (including notices in proceedings). If either of these addresses should change during the term of the Tenancy the Tenant will accordingly be notified in writing.

## 5. MISCELLANEOUS

### 5.1 Cost of Agreements

The cost of preparing this Agreement and any subsequent renewal agreement or memorandum in relation to any fixed term renewal or periodic term extension of the Term which may be agreed between the Landlord and the Tenant shall be borne equally by the Landlord and the Tenant.

### 5.2 Stamp Duty Land Tax

The Tenant shall be responsible for assessing his liability, if any and at any time, for Stamp Duty Land Tax relating to this Tenancy, and for submitting the appropriate forms and payment to HM Revenue & Customs. Further information may be obtained from the HM Revenue & Customs enquiry line on 0845 6030135 or from their website at https://www.gov.uk/stamp-duty-land-tax.

### 5.3 Agent of the Tenant

Any payments in respect of or on account of Rent made by or drawn on accounts other than those of the Tenant named in this Agreement will be accepted by the Landlord as payment made by or on behalf of the Tenant only and in no circumstances shall constitute the creation of a new tenancy to any other person.

### 5.4 Data Protection & Confidentiality

(i) Letting agents may share details about the performance of obligations under this Agreement by the Landlord and Tenant; past, present and future known addresses and other contact details of the parties, with each other for administrative and accounting purposes, or to help prevent dishonesty, or for occasional debt tracing and fraud prevention. Under the Data Protection Act 1998 the individual parties are entitled, on payment of a fee which will be no greater than that set by statute, to see a copy of personal information held about them and to have it amended if it is shown to be incorrect.

(ii) Unless advised in writing to the contrary, the parties agree that the Landlord's Agent may give their name, address, contact and other details to other companies, including but not limited to, credit and reference providers for referencing purposes and rental decisions; utility providers; contractors instructed by the Landlord or the





prepared by PainSmith Solicitors     **CONFIDENTIAL**     Doc ID: 201770412083839525536211013

Landlord's Agent on behalf of the Landlord in order to comply with his statutory and contractual obligations; tenancy deposit protection scheme providers; local authority Council Tax and Housing Benefit/Local Housing Allowance departments; Mortgage lenders and Superior Landlords. This information may be processed on servers outside of the United Kingdom.

### 5.5 Section 45 Flood & Water Management Act 2010

The above Act places a legal obligation on the Landlord or the Landlord's Agent to provide the water authority when requested with a forwarding address for the Tenant following the end of the Term.

### 5.6 Right to Rent

All adults named as the Tenant or who reside at the Property as an occupier, whether named in this Agreement or not, must provide a valid passport and visa or work permit to the Landlord or the Landlord's Agent prior to taking occupation of the Property either before or during the Term. If any person fails to comply, the Landlord may take any necessary legal action to have the person evicted from the Property.

If any person forming the Tenant or any occupier changes or any additional occupant moves into the Property during the Term, the Tenant agrees to ensure that any new or additional persons complies with the legal requirements of the Right to Rent conditions under the Immigration Act 2014 prior to moving into the Property. This will involve meeting the Landlord or the Landlord's Agent in person to provide valid documents to be check and copied.




## SPECIAL TENANCY CONDITIONS

The following clauses detail the further terms which have been individually negotiated and agreed between the Landlord and the Tenant.

### 1.  Landlord's Break Clause:

The Tenant agrees that the Landlord has the right to terminate the Term on or after the first **6 months** by giving the Tenant not less than **2 months** prior notice in writing to end the Agreement to be served by first class post or hand delivery to the Tenant at the address of the Property. When the notice period expires the terms of this Agreement shall cease. This does not affect the right of either the Landlord or the Tenant to pursue their legal remedies against the other for any existing breach of any rights under the Agreement.

For the avoidance of doubt, once the notice referred to in this clause has been exercised it cannot be revoked without the Tenant's consent.

### Tenant's Break Clause:

The Landlord agrees that the Tenant has the right to terminate the Term on or after the first **24 months** by giving the Landlord not less than **2 months** prior notice in writing to be served by first class post or hand delivery to the address specified earlier in this Agreement. When the notice period expires the terms of this Agreement shall cease. This does not affect the right of either the Landlord or the Tenant to pursue their legal remedies against the other for any existing breach of any rights under the Agreement.

For the avoidance of doubt, once the notice referred to in this clause has been exercised it cannot be revoked without the Landlord's consent.

### 2. Additional clauses:

- The tenant agrees to pay six months rent in advance and then will pay quarterly from month four.

- This agreement contains a landlord only six month break clause. It has been agreed that this break clause will only be exercised by the landlord if the tenant fails to pay his rent when it is due.

- The landlord agrees to install BiFold doors to the grand reception room to the right of the entrance hall.

- The landlord agrees to fix two windows in the kitchen so they open fully.

- The landlord agrees to finish the bar in the basement.

- The property will be let part-furnished.

- Not withstanding clause 1.34, it is agreed the landlord and landlord's agent will give no less than three days notice to access the property.

  

*powered by* **goodlord**   *prepared by*  **PS** PainSmith Solicitors   ***CONFIDENTIAL***   Page 18
Doc ID: 2017704120838395255362211013

## COMMON LAW ADDENDUM

This Agreement falls outside the scope of the Housing Act 1988.

### Provision for Re-Entry

If at any time:

> a) the Rent, or any part of the Rent remains unpaid for fourteen days after becoming due, whether formally demanded or not; or
>
> b) if any major agreement or obligation of the Tenant is not complied with;
>
> c) if the Property is left vacant or unoccupied for more than 28 days without the Landlord's consent; or
>
> d) if the Tenant shall become bankrupt or insolvent or enter into a voluntary arrangement with its creditors or be made the subject of a winding-up order whether compulsory or voluntary;

the Landlord has a right to forfeit and the tenancy will come to an end. The Landlord will re-gain possession of the Property by complying with his statutory obligations. This clause does not prejudice any other rights that the Landlord may have in respect of the Tenant's obligations under this Agreement.

### Dealing with the Deposit

The Landlord or the Landlord's Agent shall place the Deposit in a nominated client account as soon as reasonably practicable. Any interest earned on the Deposit will be retained by the Landlord's Agent at the end of the Term and any agreed balance of the Deposit (subject to the clauses below) will be returned to the Tenant.

After the Term the Landlord or the Landlord's Agent is entitled with the written consent of the Tenant, to deduct from the sum held as the Deposit any monies referred to in this Agreement. If more than one such deduction is to be made by the Landlord, monies will be deducted from the Deposit in the order listed.

The Landlord or the Landlord's Agent shall notify the Tenant in writing of any deduction to be made under this Agreement. That notice shall specify the amounts to be deducted and the reasons for any deductions to be made. No deduction will be made from the Deposit without the written consent of both parties.

At the end of the Term the Landlord or the Landlord's Agent shall return the Deposit (subject to any deductions made under the Agreement) within 30 days of the end of the Tenancy except in the case of dispute. If there is more than one Tenant, the Landlord may return the Deposit by cheque to any one Tenant, at his sole discretion, at his/her last known address. That person forming part of the Tenant will hold the Deposit in trust for all others forming the Tenant.

If the amount of monies that the Landlord is entitled to deduct from the Deposit under the Agreement exceeds the amount held as the Deposit, the Landlord may require the Tenant to pay that additional sum to the Landlord within 14 days of the Tenant receiving that request in writing.

The Landlord may deduct monies from the Deposit to compensate the Landlord for losses caused for any or all of the following reasons:

- any damage to the Property and/or the Contents caused by the Tenant or arising from any breach of the terms of this Agreement by the Tenant;

- any damage caused or cleaning required as a result of any pets occupying the Property (whether or not the Landlord consented to its presence as set out in this Agreement;

- any sum repayable by the Landlord or the Landlord's Agent to the local authority where housing benefit or Local housing Allowance has been paid direct to the Landlord or the Landlord's Agent by the local authority;

- any other breach by the Tenant of the terms of this Agreement;

- any instalment of the Rent which is due but remains unpaid at the end of the Term;

- any unpaid account or charge for water including sewerage and environmental charges, electricity gas or other fuels used by the Tenant in the Property;

  

**CONFIDENTIAL**

Doc ID: 201770412083839525536211013

- any unpaid council tax;

- any unpaid telephone charges.

The Tenant shall not be entitled to withhold the payment of any instalment of Rent or any other monies payable under this Agreement on the ground that the Landlord or the Landlord's Agent holds the Deposit or any part of it.

If the Landlord sells or transfers his interest in the Property the Tenant shall consent to the transfer of the Deposit (or the balance of the Deposit) to the purchaser or transferee. The Landlord shall then be released from any further claim or liability in respect of the Deposit or any part of it.

Confirmation

The Landlord certifies and confirms that: a) the information provided is accurate to the best of my/our knowledge and belief and b) I/we have given the Tenant the opportunity to sign this document by way of confirmation that the information is accurate to the best of the tenant's knowledge and belief.

**Signed by the Tenant(s):**

**Craig Wright**

25th of August 2017 10:23:47 UTC

**Ramona Ang**

25th of August 2017 11:39:54 UTC

**Signed by Landlord(s):**

27th of August 2017 12:07:26 UTC

  

# Supporting Documents Checklist

I confirm I have received the following documents:

- Department for Communities and Local Government How to Rent guide

- Energy Performance Certificate for: ███████████████████

- Payment Schedule in respect of amounts due from me

These documents are attached to the emails that I have received from Pillars Estates Ltd in conjunction with this tenancy application.

**Signed by the Tenant(s):**

**Craig Wright**

.................................................................................

25th of August 2017 10:23:47 UTC

**Ramona Ang**

.................................................................................
Ramona Ang

25th of August 2017 11:39:54 UTC

 

### Appendix. Payment Schedule

| Rent per day | £412.09 |
|---|---|
| Rent per week | £2884.62 |
| Rent per month | £12500.00 |

### Full Tenancy

| **Rent on Signing** | **£75000.00** |
|---|---|
| 1 Dec 2017 | £0.00 |
| 1 Jan 2018 | £0.00 |
| 1 Feb 2018 | £0.00 |
| 1 Mar 2018 | £0.00 |
| 1 Apr 2018 | £37500.00 |
| 1 May 2018 | £0.00 |
| 1 Jun 2018 | £0.00 |
| 1 Jul 2018 | £37500.00 |
| 1 Aug 2018 | £0.00 |
| 1 Sep 2018 | £0.00 |
| 1 Oct 2018 | £37500.00 |
| 1 Nov 2018 | £0.00 |
| 1 Dec 2018 | £0.00 |
| 1 Jan 2019 | £37500.00 |
| 1 Feb 2019 | £0.00 |
| 1 Mar 2019 | £0.00 |
| 1 Apr 2019 | £37500.00 |
| 1 May 2019 | £0.00 |
| 1 Jun 2019 | £0.00 |
| 1 Jul 2019 | £37500.00 |
| 1 Aug 2019 | £0.00 |
| 1 Sep 2019 | £0.00 |
| 1 Oct 2019 | £0.00 |
| **Total** | **£300000.00** |







**CONFIDENTIAL**

Doc ID: 201770412083839525536211013

# goodlord

# **Audit Trail**

**Document ID**: 201770412083839525536211013

**Document name**: Assured Shorthold Tenancy Agreement

**Status**: Completed

Note: All times are in UTC/GMT



August 25, 2017

| | |
|---|---|
| 10:13:48 | Document Created<br>ip: ▮ |
| 10:22:47 | Document viewed by Craig Wright ▮<br>ip: ▮ |
| 10:23:54 | Document Signed by Craig ▮<br>ip: ▮ |
| 11:27:45 | Document viewed by ▮<br>ip: ▮ |
| 11:39:12 | Document viewed by Ramona Ang ▮<br>ip: ▮ |
| 11:40:00 | Document Signed by Ramona Ang ▮<br>ip: ▮ |
| 11:49:20 | Document viewed by ▮<br>ip: ▮ |
| 11:50:01 | Document viewed by ▮<br>ip: ▮ |
| 11:50:11 | Document viewed by ()<br>ip: ▮ |
| 14:22:06 | Document viewed by ▮ )<br>ip: ▮ |

August 27, 2017

| | |
|---|---|
| 11:52:41 | Document viewed by ▮<br>ip: ▮ |
| 11:52:50 | Document viewed by ()<br>ip: ▮ |
| 11:55:10 | Document viewed by ▮<br>ip: ▮ |
| 11:55:17 | Document viewed by ()<br>ip: ▮ |
| 11:57:07 | Document viewed by ▮<br>ip: ▮ |
| 11:57:18 | Document viewed by ▮<br>ip: ▮ |



11:58:17    Document viewed by ██████████ █████████████
            ip: ██████████

11:58:23    Document viewed by ()
            ip: ██████████

12:00:09    Document viewed by ████████ (█████████████)
            ip: ██████████

12:00:16    Document viewed by ()
            ip: ██████████

12:01:14    Document viewed by ██████████ ████████████)
            ip: ██████████

12:01:20    Document viewed by ()
            ip: ██████████

12:02:19    Document viewed by ████████ █████████████
            ip: ██████████

12:03:33    Document viewed by ████████ █████████████
            ip: ██████████

12:03:39    Document viewed by ()
            ip: ██████████

12:07:02    Document viewed by ████████ ████████████)
            ip: ██████████

12:07:35    Document Signed by █████████ ████████████
            ip: 8█████████

12:07:35    Document Set to Completed by ██████████ ████████████████
            ip: ██████████

12:07:35    Document Archived
            ip: ██████████