# EXHIBIT 1

## FACT INFORMATION SHEET - INDIVIDUAL

Full Legal Name: CRAIG STEVEN WRIGHT

Nicknames or Aliases: SATOSHI NAKAMOTO

Residence Address: ▓▓▓▓▓▓

Mailing Address (if different):

Telephone Numbers: (Home) N/A   (Business) N/A

Name of Employer: nChain Ltd

Address of Employer:

Position or Job Description: Chief Scientist

Rate of Pay: $159k per annum   Average Paycheck: $_____ per

Average Commissions or Bonuses: $ — per — Commissions or bonuses are based

on: monthly

Other Personal Income: $ — from —

(Explain details on the back of this sheet or an additional sheet if necessary.)

Social Security Number: N/A   Birthdate: ▓▓▓▓ 1970

Driver's License Number: Not USA

Marital Status: M   Spouse's Name: Ramona Ang

\* \* \* \* \* \* \* \*

*Spouse Related Portion*   N/A -

Spouse's Address (if different): —

Spouse's Social Security Number: N/A   Birthdate: —

Spouse's Employer: —

Spouse's Average Paycheck or Income: $ — per

Other Family Income: $ — per —

(Explain details on back of this sheet or an additional sheet if necessary.) Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or an additional sheet if necessary.

\* \* \* \* \* \* \* \*

Names and Ages of All Your Children (and addresses if not living with you): all Adult.

Child Support or Alimony Paid: $ — per —

Names of Others You Live With: —

Who is Head of Your Household? (You)   Spouse   Other Person

Checking Acount at: _____   Account #

Savings Account at: _____   Account #

For Real Estate (land) You Own or Are Buying: none personally owned (trasfered).

Address:

All Names on Title:

Mortgage Owed to: N/A

Balance Owed: $ N/A

Monthly Payment: $

(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also, provide the same information on any other property you own or are buying.)

For All Motor Vehicles You Own or Are Buying: none personally owned. Color:

Year/Make/Model: → assets all Business in Trust

Vehicle ID No.: _____ Tag No.:_____ Mileage: _____

Names on Title: _N/A_ _____ Present Value: $ _____

Loan Owed to: _N/A_

Balance on Loan: $ _N/A_ _____ Monthly Payment: $ _N/A_

(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? If you answer is "yes", describe the property, market value, and sale price, and give the name and address of the person who received the property. _No_ _____

Does anyone owe you money? _Yes_ Amount Owed: $ _10,909,000_

Name and Address of Person Owing Money:

_IRA Kleiman — W&K_

Reason money is owed: _Judgment Debt / Failure to pay._

Please attach copies of the following:

    a. Your last pay stub.

    b. Your last 3 statements for each bank, savings, credit union, or other financial account.

    c. Your motor vehicle registrations and titles.

    d. Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.

    e. Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the last 3 years.

    f. Your last 2 income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Judgment Debtor

STATE OF FLORIDA _UK._

COUNTY OF _____

Sworn to (or affirmed) and subscribed before me this _30th_ day of _March_, 20 _23_ by

_AMY JANE HARVEY_ .

(name of person making statement)

_PARTNER, SOLICITOR OF ENGLAND (WALE)_

_ONTIER LLP, HALTON HOUSE_      Notary Public State of Florida _UK Solicitor._

_LONDON EC1N 2JD, UK_      My Commission expires: _____

Personally known _✓_ OR Produced Identification_____

Type of identification produced _____

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACH-MENTS, TO THE JUDGMENT CREDITOR OR THE JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF THE COURT.**

**Highly Confidential—Attorneys' Eyes Only**

List of assets owned personally.

Two judgement debts issued against W&K Info Dence LLC AUD 196,684,42290

> Dr. Craig S. Wright was assigned two judgements from the Supreme Court of New South Wales on November 6, 2013 (2013/225983 and 2013/245661) against W&K Info Defense Research, LLC.

> This does not include the remaining amount owing to the Creditor from the Debtor (W&K) on the date hereof is US$[10,650,872,609].

Bank accounts are not personally owned and are formally assigned from 2017 to other parties.

All vehicles were transferred under assignment to other parties in 2017, leaving a mere right to use.

All real property was transferred in full or equity in 2014 or earlier.

Judgement debt from Peter McCormack of one UK pound remains outstanding.

All other assets were formally transferred, including rights and ongoing payments as of October 2015.