# EXHIBIT 7

# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                  WEST PALM BEACH DIVISION
                  CASE NO. 9:18-cv-80176-BB
 3

    IRA KLEIMAN, as the personal representative
 4  of the Estate of David Kleiman, and W&K Info
    Defense Research, LLC,
 5
             Plaintiffs,               November 19, 2021
 6                                     9:18 a.m.
             vs.
 7

    CRAIG WRIGHT,
 8
             Defendant.                Pages 1 THROUGH 119
 9  _____

                 TRANSCRIPT OF TRIAL DAY 13, AM SESSION
10              BEFORE THE HONORABLE BETH BLOOM
                  UNITED STATES DISTRICT JUDGE
11                    And a Jury of 10

12  Appearances:
    FOR THE PLAINTIFF:   ROCHE FREEDMAN, LLP
13                       DEVIN FREEDMAN, ESQ.
                         KYLE ROCHE, ESQ.
14                       200 South Biscayne, Suite 5500
                         Miami, Florida 33131
15
                         BOIES SCHILLER & FLEXNER
16                       ANDREW BRENNER, ESQ.
                         STEPHEN N. ZACK, ESQ.
17                       SAMANTHA LICATA, ESQ.
                         100 Southeast 2nd Street, Suite 2800
18                       Miami, Florida 33131

19  FOR THE DEFENDANT:   RIVERO MESTRE, LLP
                         ANDRES RIVERO, ESQ.
20                       JORGE MESTRE, ESQ.
                         AMANDA M. MCGOVERN, ESQ.
21                       MICHAEL A. FERNANDEZ, ESQ.
                         ZALMAN KASS, ESQ.
22                       2525 Ponce de Leon Boulevard, Suite 1000
                         Coral Gables, Florida 33134
23
    COURT REPORTER:      Yvette Hernandez
24                       U.S. District Court
                         400 North Miami Avenue, Room 10-2
25                       Miami, Florida 33128
                         yvette_hernandez@flsd.uscourts.gov
```

2

```
 1                      I N D E X

 2    Certificate....................................    119

 3

 4                   W I T N E S S

 5

 6    ON BEHALF OF THE DEFENDANT:                      PAGE

 7    DAVID KUHARCIK (via Zoom)
      CONTINUED DIRECT EXAMINATION BY MS. MCGOVERN       17
 8    CROSS-EXAMINATION BY MR. ROCHE                     32

 9    DR. AMI KLIN
      DIRECT EXAMINATION BY MS. MCGOVERN                 36
10    CROSS-EXAMINATION BY MR. BRENNER                  103

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        (Call to order of the Court, 9:18 a.m.)
 2             THE COURT:  Go ahead and have a seat.
 3             How is everyone this morning?
 4             MR. BRENNER:  Good.
 5             MS. MCGOVERN:  Good.  Thank you.
 6             MR. FREEDMAN:  Your Honor, before we start, I just
 7   wanted to apologize for going about 30 minutes over the
 8   deadline you set last night.  We were having a technical issue
 9   finalizing that motion, and I'm sorry about that.
10             THE COURT:  All right.  Certainly.  Certainly.  And
11   the Court will accept it as though it was filed in time.
12             MR. FREEDMAN:  Thank you, Your Honor.
13             MS. MCGOVERN:  Your Honor, I'd also like to advise you
14   that we can give you a scheduling update, if that helps.
15             THE COURT:  I'm sorry?
16             MS. MCGOVERN:  A scheduling update, if that helps.
17             THE COURT:  Yes.  Thank you.
18             MS. MCGOVERN:  Would you like me to do that now?
19             THE COURT:  Did we want to wait for the other members
20   of your team?
21             MS. MCGOVERN:  We can proceed.
22             THE COURT:  Or are you ready to go?
23             MS. MCGOVERN:  We can proceed.
24             THE COURT:  Okay.  Yes.  Certainly.
25             MS. MCGOVERN:  Your Honor, we have narrowed the
```

 1    examinations so that -- such that today we have been able to

 2    determine that we will rest our case, depending upon

 3    cross-examination, on Monday.

 4              THE COURT:  On Monday.  All right.

 5              So can you just advise the witnesses that you intend

 6    to call between now and Monday?

 7              MS. MCGOVERN:  I can, Your Honor.  It may be with

 8    respect to one witness on Monday that we end up not calling

 9    that witness on Monday, depending upon an issue related to --

10    depending upon an issue that we're not sure we actually need to

11    present in our case from an evidentiary perspective.  We just

12    received some papers last night and we're evaluating that.  So

13    it may very well be that we don't have two witnesses on Monday,

14    but we have one.

15              Today we're going to be finishing a very short

16    examination of Mr. Kuharcik, and then we're going to be calling

17    Dr. Ami Klin.

18              Depending upon a determination over the weekend, on

19    Monday, we may call Mr. William Choi, and we will be having a

20    very brief examination, very brief examination, of Dr. Wright.

21              THE COURT:  Choi and Wright.  And you believe that you

22    will conclude by Monday?

23              MS. MCGOVERN:  Yes, we do, Your Honor.

24              THE COURT:  By the end of Monday?

25              MS. MCGOVERN:  Yes, we do.

```
 1            THE COURT:  All right.

 2            MS. MCGOVERN:  And depending upon -- I mean, obviously

 3   this depends upon the length of cross-examination.  We intend

 4   to conclude on Monday, Your Honor.

 5            THE COURT:  And do the Plaintiffs intend to introduce

 6   any rebuttal evidence?

 7            MR. FREEDMAN:  Your Honor, that depends on what is

 8   said today and tomorrow.  As of now -- today and Monday.  I'm

 9   sorry.  As of now, we don't intend to.

10            THE COURT:  All right.  Then is it fair to represent

11   to the jury that we anticipate that the parties should be able

12   to rest their case on Monday and then Tuesday morning we would

13   proceed with closing arguments and statements of the law?

14            MS. MCGOVERN:  From the Defense, yes, Your Honor.

15            MR. FREEDMAN:  Your Honor, the only reason I hesitate

16   is because I have no idea what Dr. Wright is going to say on

17   Monday.  And so I would hate to tell the jury that and then

18   disappoint if it turns out we do need to introduce rebuttal

19   evidence.

20            THE COURT:  And the reason why I want to somewhat make

21   a -- an accurate representation is because of that Wednesday.

22   And if -- all the jurors cannot come in on the Wednesday.  In

23   the event that they need to continue their deliberations --

24   there are many exhibits -- then what I don't want to do is give

25   the case to them very late on Tuesday, and then only to have
```

```
 1    them have to come back on the 28th.

 2              So if, in fact, I can't make that representation, then

 3    I would rather say to them that we'll continue Monday and

 4    Tuesday and bring them back on the following Monday, which

 5    would be the 20 -- I'm sorry -- the 29th.  And then this way,

 6    it can be in their hands so that they can deliberate for as

 7    long as they need.

 8              MS. MCGOVERN:  Your Honor, if it's helpful, we

 9    represent to the Court that our representation of Dr. Wright is

10    going to be very narrow.

11              THE COURT:  All right.  I did tell them I would give

12    them a better idea.  I'm going to let them know at this point

13    that while we anticipate that we will be done on the 23rd that

14    they should make arrangements to be here on the 29th, if need

15    be.  That if the case is in their hands, that they can use that

16    day for further deliberations and continue for as long as they

17    need, but that they should make arrangements.  Because I think

18    that's only fair to them.  And then we'll see where we are on

19    Monday.

20              Would that be acceptable to both sides?

21              MR. FREEDMAN:  Yes, Your Honor.

22              While we're on this note, how long does the Court

23    expect to provide for closing argument?

24              THE COURT:  How much time are you requesting?

25              MR. FREEDMAN:  That's a great question, Your Honor.
```

```
 1    Off the cuff, maybe 90 minutes or so.

 2              THE COURT:  Is that sufficient for the Defendant?

 3              MR. RIVERO:  Yes, Your Honor.

 4              THE COURT:  All right.  Then 90 minutes it is.

 5              MR. FREEDMAN:  Thank you, Your Honor.

 6              THE COURT:  All right.  Can we address the issue that

 7    was raised yesterday?  I did receive the filings.  I've

 8    reviewed the deposition transcript, as well as the excerpts,

 9    and it appears to the Court that there are three questions

10    that, Ms. McGovern, you want to ask the witness; is that

11    correct?

12              MS. MCGOVERN:  That is correct, Your Honor.

13              THE COURT:  All right.  And it would appear to the

14    Court that engaging in a -- in an analysis of waiver may not

15    even apply because two of the questions I don't believe that

16    the Defendant is seeking the content of any communications

17    between the accountant and the client.

18              So why don't we go through each of the pages beginning

19    on Page 29.  That is, line 10 through 11.  Is that the first

20    question that you want to ask?

21              MS. MCGOVERN:  Yes, Your Honor.  We have a few

22    additional questions beyond these three.  But with respect to

23    the issues presented by these three questions, yes.

24              MR. ROCHE:  So, Your Honor, I think the issue with

25    this question is that Mr. Kuharcik testified in his deposition
```

```
 1    that the social relationship between him and Dave Kleiman ended
 2    in the early '90s.  And so after that -- after the termination
 3    of the social relationship, the only type of conversations they
 4    would have had were in the context of the accountant-client
 5    privilege.
 6          So the question:  "Did he ever speak to you about
 7    Bitcoin" goes to privilege.  It goes to what he did and did not
 8    discuss about his assets, his business operations with his
 9    accountant.
10          Bitcoin didn't exist, and there's been no evidence
11    that Bitcoin existed in the early '90s.  So that question can
12    only go to a conversation that is protected under the
13    accountant privilege.
14          THE COURT:  Well, the privilege precludes the
15    disclosure of the contents of confidential communications.  How
16    would the answer "no" to that question disclose the content?
17          MR. ROCHE:  Your Honor, if I asked -- if you asked a
18    lawyer:  "Did your accountant -- or did your client ever tell
19    you he robbed a bank," I think that goes to the existence of a
20    conversation that, by its very nature, is privileged.  And so
21    here:  "Did he ever speak to you about Bitcoin," where the
22    relationship post the early '90s is only one -- only one of
23    privilege -- because there was no social relationship beyond
24    the early '90s, the question:  "Did he ever speak to you about
25    Bitcoin" would go to the existence of what was said or what was
```

```
 1   not said during protected communications.

 2            THE COURT:  All right.  I -- let's continue with Page

 3   38:  "Do either of these tax returns make mention of Bitcoin?"

 4   That appears to refer to items that are already in evidence; is

 5   that correct?  That's Page 38, line 19 through 21.

 6            MS. MCGOVERN:  That is correct, Your Honor.

 7            MR. ROCHE:  To the question of whether or not -- we

 8   would say the document speaks for itself, but I -- the -- that

 9   question I do not think would go to a matter of privilege if

10   it's limited to:  What does the document say?

11            THE COURT:  All right.  And Page 40, I believe that

12   there was an objection.  It does appear that this relates

13   directly to discussions.  So let's address -- unless you want

14   to just rest on what you have provided to the Court?  Is there

15   any further argument to be made?  It is the Defendant's burden

16   to show that there has been a waiver.

17            MS. MCGOVERN:  Your Honor, there's been a waiver in

18   two forms.  With respect to the objection that was made in the

19   deposition, the deposition was -- the objection that was made

20   in the deposition by Mr. Brenner -- and this was two years ago

21   and nothing has been done since then to claw back any type of

22   disclosure.

23            And we note that, you know, this issue has come up

24   with respect to work product and other things.  We think the

25   same analysis should apply there.  There's been no claw-back
```

1    attempt.

2          But, first of all, the objection in the deposition by

3    Mr. Brenner was very clear, and it was specifically that:  "To

4    the extent that you're not going into tax advice that was

5    provided to Dave Kleiman, I have no objection."  And then these

6    questions that are at the core of this case, which is Dave

7    Kleiman's Bitcoin, were specifically asked of the accountant.

8    Not contents of disclosures, not tax advice, and nothing else.

9    These are three short questions.  They're yes-or-no answers,

10   and that's all we seek.

11         In addition, Your Honor, yesterday, they filed the

12   deposition publicly.  The accountant-client privilege, which

13   can be waived, as set forth in our motion, by the Florida

14   Supreme Court in the Savino decision, was waived.  It was filed

15   with this Court.  It is out there.  It is not confidential.

16         In addition, Your Honor, without trying to sort of

17   split hairs on it, so you have a publicly filed deposition

18   where the contents of information were not disclosed in terms

19   of tax advice, it's just a yes or no.  We believe that these

20   three questions are appropriate.  By limiting it to -- and

21   using the objection with respect to when the social

22   relationship changed, they are sort of turning on its head the

23   whole notion of the deposition of Mr. Kuharcik to begin with.

24         There was no objection at the deposition that said --

25   that specifically laid out any division of what the answers

```
 1    were pertaining to in terms of time frame.

 2              So we think it's a little too cute in that regard.

 3    And again, we ask for these three questions.  It's not

 4    confidential, there's no tax advice involved, and it's a

 5    yes-or-no answer, Your Honor.

 6              MR. ROCHE:  Your Honor, may I respond?

 7              THE COURT:  All right.

 8              MR. ROCHE:  Page 28 of the deposition, the questioning

 9    right before the question they want to ask, which is on 29 --

10    28, line 18:  "So other than tax or advice -- other than tax

11    advice or accounting-related activities, what's going on at

12    work," things like that.  So the whole line of questioning is

13    prefaced by a directive that:  "I'm not asking you about

14    conversations you had in that context.  I'm asking you about

15    conversations you had outside of that context."

16              And our issue with the question on Page 29, 10 through

17    11, is Mr. Kuharcik is answering the question assuming:  "I am

18    not saying anything about the client, my conversations I had

19    with Dave Kleiman."

20              And so posing that question to the jury is going to be

21    highly confusing and prejudicial because:  "Did he ever speak

22    to you about Bitcoin," you know, there were no conversations

23    that were outside the accounting context.  So his answer:  "No"

24    is prejudicial because we can't ask -- they're trying to use

25    privilege as a sword.  They're trying to use privilege as a
```

1    sword to show that conversations were -- that were not had.

2         And we think that's highly inappropriate.  It goes --

3    it's both prejudicial and it goes directly to the nature of the

4    conversations that are protected by the privilege.

5         THE COURT:  All right.  Is there anything further,

6    Ms. McGovern?

7         MS. MCGOVERN:  Yes, Your Honor.  They've known that we

8    were going to call Mr. Kuharcik for a very, very long time.

9    There's been no effort to clarify what they're trying to do

10   now.  There was no objection to the questions.  And the

11   limitation that they are trying to place on this is really an

12   after-the-fact overlay on something that was very specifically

13   limited by Mr. Brenner, which was simply on Page 28 of the

14   deposition:  "I appreciate the limitation.  I would just add

15   that tax advice or other accounting advice -- but other than

16   that, you can answer the question."

17        And the very specific three questions that we're

18   asking were yes and no.  Specifically:  "Did Dave Kleiman ever

19   mention Bitcoin?  Yes or no."  That's not tax advice.  "Was

20   Bitcoin reflected on the tax returns?"  That's not tax advice.

21   These are public documents that have been filed.

22        In addition, this deposition was filed in full.

23   Nothing was brought to Your Honor in advance.  This is a very

24   late tactic.  The Plaintiffs have been using this late tactic

25   effort against any effort that we've had to come back and

1    present evidence.  In particular, with respect to the privilege

2    log assertion by Mr. Kleiman.

3            And in addition, the argument that's being made was

4    simply not made two years ago, Your Honor.

5            MR. ROCHE:  Your Honor, I think lines 12 to 21 of the

6    deposition are very clear that the objection based on privilege

7    was preserved for the whole line of questioning and that that

8    line of questioning was going to everything but privileged

9    communications.  Mr. Kass agreed and Mr. Brenner instructed the

10   witness to that regard.

11           And I think asking those questions outside the

12   context, or asking the questions that they want to ask to this

13   jury, are highly prejudicial because they go to what -- they go

14   to whether or not a communication was had.  And it certainly

15   implies whether or not a -- pardon -- the content of the

16   communications that are protected by the privilege.

17           MS. MCGOVERN:  Your Honor, the last point that I would

18   make --

19           THE COURT:  I think we're kind of going back and forth

20   and the case law is the case law and the questions are what

21   they are.  And let me state that I've had the opportunity to

22   look at the two Southern District of California cases and the

23   Northern District of Oklahoma cases that were cited.  And in

24   those cases there was no objection to the use of certain

25   privilege documents where there was inadvertent disclosure.

1              Here, the question is whether there was a preservation

2    of the privilege.  There was a letter asserting privilege,

3    restating at the beginning of the deposition.  Mr. Kass and

4    Mr. Brenner had a conversation.  There was a qualification on

5    Page 28.  And the Court cites, since we are sitting in

6    diversity, it is Florida law that applies.

7              But in the case of Lender Processing, 183 So.3d, 1052,

8    First DCA, 2015, the Court found that there was no waiver.  As

9    well as Choice Restaurant Acquisition, 816 So.2d 1165, which is

10   a Fourth DCA case of 2002, the Court finds that -- for support,

11   that the Defendant bears the burden of establishing any waiver

12   of the accountant-client privilege.

13             And based on -- other than the question with regard to

14   the tax returns which are already in evidence -- certainly you

15   can ask that question, but the Court believes that the

16   assertion of the privilege was made.  It was not waived.

17             And as such, these questions do seek to determine the

18   content of confidential communications between an accountant

19   and a client.  And as such, the objection on these two

20   questions would be sustained.

21             MR. ROCHE:  Your Honor, one more quick thing.  We had

22   asked yesterday -- because the line of questioning that was

23   directed to Mr. Kuharcik was very clearly aimed at the

24   substance of privileged communications, I was forced to on the

25   record and in front of the jury make a number of privilege

```
 1    objections, which go to some of the issues central to this

 2    case.

 3            What I would ask is an instruction to the jury that

 4    counsel -- it is counsel's duty to preserve the privilege and

 5    that any objection of privilege does not go to the substance of

 6    the answer.

 7            MS. MCGOVERN:  Your Honor, that is --

 8            THE COURT:  I don't believe that that is -- that that

 9    instruction is necessary.  The parties are free to make an

10    objection.  The Court -- they've certainly heard the Court and

11    the attorneys when they made their objections.  So I don't

12    believe that there's any cautionary instruction that needs to

13    be given with regard to the attorneys objecting.

14            At the conclusion of the case, I can certainly do that

15    if you feel that there were an extensive amount of objections

16    that may in some way have affected their view of the case.  But

17    I don't believe at this point that an instruction is

18    appropriate.

19            MS. MCGOVERN:  Your Honor --

20            THE COURT:  Is there anything further?

21            MS. MCGOVERN:  -- if I can just clarify, so that there

22    is no misunderstanding or miscommunication, Page 38, lines 19

23    through 21 are permitted; is that correct?

24            THE COURT:  Yes.

25            MS. MCGOVERN:  Thank you.
```

```
 1              THE COURT:  All right.  So we have Mr. Kuharcik that

 2    is in the waiting room.  Is there anything further?

 3              We have all of our jurors here?

 4              Okay.  Anything further on behalf of the Plaintiffs?

 5              MR. FREEDMAN:  No, Your Honor.

 6              THE COURT:  On behalf of the Defendant?

 7              MR. RIVERO:  No, Your Honor.

 8              THE COURT:  Okay.  Let's bring in the jury.

 9         (Before the Jury, 9:36 a.m.)

10              THE COURT:  Good morning, Ladies and Gentlemen.

11    Please be seated.

12              Thank you for being so prompt.  I apologize for the

13    delay.  The fault, once again, was all mine.

14              But this is a very special day because it is

15    Mr. Barnett's birthday.  So, Mr. Barnett, we wish you a happy

16    birthday.  And of course, since it is your birthday, we can't

17    continue without sharing some sentiments.  So we will all sing

18    Happy Birthday to Mr. Barnett.

19              Mr. Barnett, Happy Birthday.

20         (Singing.)

21              THE COURT:  Wishing you much health and joy,

22    Mr. Barnett.

23              And thank you, Ladies and Gentlemen.

24              We will continue at this time with the testimony of

25    Mr. Kuharcik, who is present.  Let me make sure that each of
```

1   your screens are working.

2         Is there anyone whose screen is not working?  If

3   you'll just raise your hand.

4         All right.  And, Ms. McGovern, whenever you're ready.

5                 DIRECT EXAMINATION [CONTINUED]

6   BY MS. MCGOVERN:

7   Q.  Good morning, Mr. Kuharcik.  Can you hear me?

8       You're on mute.

9         THE COURT:  If you'll unmute yourself, sir.

10        THE WITNESS:  I'm sorry.

11        THE COURT:  There we go.  All right.  Good morning,

12  sir.

13        THE WITNESS:  Good morning.

14  BY MS. MCGOVERN:

15  Q.  Mr. Kuharcik, yesterday, if you could please -- yesterday,

16  we referred to the tax return that you prepared for David

17  Kleiman for the year 2010, the federal tax return.  Do you

18  recall that, Mr. Kuharcik?

19  A.  Yes, I do.

20  Q.  Okay.  And do you recall that the income -- the business

21  income on that tax return, as reflected on line 12, was

22  $14,102.  Do you recall that?

23  A.  Yes, I do.

24  Q.  Okay.  And specifically, Mr. Kuharcik, that reference to

25  the $14,101 as business income for 2010 states in line 12

1   that -- it says:  "Attach Schedule C."  There's a reference in

2   that line that says:  "Attach Schedule C."  Are you familiar

3   with that?

4   A.  Yes.

5   Q.  And if we go to Schedule 3 -- Schedule C, I apologize,

6   Mr. Kuharcik, and we look at --

7           MR. ROCHE:  What page are we on?

8           MS. MCGOVERN:  Page 3 of the PDF.

9           If we could -- for the witness and for everyone, if we

10  could pull up, please, D18.

11          THE COURT:  All right.  D18 is in evidence.

12          MS. MCGOVERN:  It is in evidence.  Thank you, Your

13  Honor.

14  BY MS. MCGOVERN:

15  Q.  And in looking at Schedule C, Mr. Kuharcik, and referring

16  to PDF Page 3 of that Schedule 3, and we look at line 12 --

17  excuse me -- we look at line 29 of Schedule C, there's also a

18  reference to $14,102.  Do you see that, Mr. Kuharcik?

19  A.  Yes, I do.

20  Q.  Okay.  So the $14,102 that's reflected as business income

21  for 2010, is that referring specifically to the income for

22  Forensic Computer Consultant [sic], Mr. Kuharcik?

23          MR. ROCHE:  Objection.  Privileged.

24          THE COURT:  The objection would be overruled.

25

```
1    BY MS. MCGOVERN:

2    Q.  Mr. Kuharcik, is that the reference that -- if you look at

3    the two pages which for convenience are being set up on the

4    computer, that's line 12 of the first page and line 31 of

5    Schedule C, is that reflecting the business income for

6    computer -- for Forensic Computer Consultant, Mr. Kuharcik?

7    A.  Yes.

8    Q.  Okay.  So this relates only then -- is that correct, this

9    relates only then to the business income for Forensic Computer

10   Consultant?  Is that accurate?

11   A.  That is accurate.

12   Q.  Mr. Kuharcik, if we could please look at the same

13   information for D19.

14          MS. MCGOVERN:  Your Honor, which has also been

15   admitted into evidence.  And we could ask if we could publish

16   that to the jury.

17          THE COURT:  All right.

18   BY MS. MCGOVERN:

19   Q.  I'd like to ask the same questions, Mr. Kuharcik, with

20   respect to the business income on Page 1, which is referred to

21   in line 12, and it says:  "Business income or loss, Attach

22   Schedule C or C-EZ."  Do you see that, Mr. Kuharcik?

23   A.  Yes, I do.

24   Q.  Can you please state the amount of the business income that

25   is reflected on line 12, Mr. Kuharcik?
```

1   A.   Yes.   That is $6,303.

2   Q.   If we could go to Page 3.   It's right up in front of you,

3   Mr. Kuharcik, for purposes of convenience, which in the top

4   part it says:   "Schedule C-EZ."   Do you see that?

5   A.   Yes, I do.

6   Q.   What does "EZ" mean?

7   A.   That's an easy form.   Certain businesses are able to file a

8   less detailed schedule with their tax return and report their

9   business income or loss thereon.

10  Q.   Does "EZ" stand for something?   Is it "easy"?

11  A.   It's apparently "easy."

12  Q.   Is that the reference, is that it's easy?   Is there

13  anything particular meaning or is there significance to a

14  Schedule C-EZ, which is just a Schedule C?   Is there a

15  difference between a Schedule C and a Schedule C-EZ?

16  A.   Well, one shows greater detail and the other shows less

17  detail, but the same numbers would be reported on either one.

18  Q.   Okay.   Does it -- does it relate in any way -- the EZ form,

19  in other words, can anybody just file an EZ?   Can you choose

20  between filing a C or EZ?   Or is there some condition or

21  requirement or circumstance which allows you to just file an EZ

22  Schedule C?

23  A.   Well, if you reference the form, you see on the top part,

24  Part 1 under "General Information," there is instructions as to

25  who may use or not use Schedule EZ.

1    Q.  So the specific conditions -- if you could highlight

2    that -- you say:  "May use Schedule C-EZ instead of Schedule C

3    only if you had business expenses of $5,000 or less"; is that

4    right?

5    A.  That's what it says.

6    Q.  So if, in fact, a Schedule EZ was filed in 2011, that would

7    mean that there were business expenses for that federal tax

8    year of less than 5,000; is that correct?

9    A.  That is correct.

10          MS. MCGOVERN:  Could you please pull up D41, please.

11          Your Honor, D41 has been admitted into evidence.  It

12    has been redacted, as requested.  May it be please published to

13    the jury?

14          THE COURT:  You may.

15   BY MS. MCGOVERN:

16   Q.  Mr. Kuharcik, I've shown you what has been admitted into

17   this case as Defendant's 41.  And I'd ask, please, if you could

18   please go to the second page.

19      Now, the second page at the very bottom -- I'm sorry -- at

20   the very bottom of the first page, it says who is sending this

21   email.

22          MS. MCGOVERN:  If you please highlight that, so it's

23   not confusing.

24   BY MS. MCGOVERN:

25   Q.  So at the very bottom of D41, Mr. Kuharcik, do you see that

```
1    it says from Dave Kleiman?

2    A.  Yes.

3    Q.  And I understand we're on the second day of your testimony,

4    so I just want to make sure.  That's Dave Kleiman, your client,

5    correct?  Or who was your client; is that right?  The same Dave

6    Kleiman?

7    A.  Well, yes, that was his name.

8    Q.  For whom we looked at D19 -- 18 and 19 for the tax returns

9    that you filed on his behalf; is that right?

10   A.  Yes.

11   Q.  So if we can go to the second page, please, of the

12   document, I'd like ask to you to focus on --

13           MS. MCGOVERN:  If you could turn to the next page,

14   please.

15   BY MS. MCGOVERN:

16   Q.  So we saw that it came from Dave Kleiman.  It's cut off at

17   the top.  For context, Mr. Kuharcik, I want it to be clear.

18   This is the email from Dave Kleiman.  It's sent on January

19   24th, 2013, and it's sent to David S. Kuharcik.  Is that you,

20   Mr. Kuharcik?

21   A.  Yes, that is.

22   Q.  Okay.  And the email states:  "Hi, David.  What would your

23   annual fees be for doing the taxes for a newly formed federal

24   LLC that has three partners with annual gross expected to be

25   somewhere between 150 and 300 for the next two years?"  Do you
```

1    see that?

2    A.  Yes, I do.

3    Q.  Did you, in fact, agree to provide accounting services for

4    the newly formed Florida LLC that's referenced in this email?

5    A.  Yes, I did.

6    Q.  Okay.  And if we go down, the next sentence says:

7    "Currently, the partners are being paid 1099 style with an

8    80-20 split.  For each job worked for the partner that works

9    the job is paid 80 percent; 20 percent stays in the company for

10   expenses."  Do you see that, Mr. Kuharcik?

11   A.  Yes, I do.

12   Q.  Okay.  I'd like to ask you a question about that, if I

13   might.  Have you heard of a K-1, Mr. Kuharcik?

14   A.  Yes, I have.

15   Q.  What is a K-1?

16   A.  A K-1 is a recipient's share of tax attributes: income,

17   expenses, other deductions that might be received by a party to

18   some sort of pass-through entity; could be a trust; could be a

19   partnership, could be an S corporation.

20   Q.  Okay.  And is the K-1 used to report the taxpayer's share

21   of a partnership's income and deductions?  Is that correct?

22   A.  Yes.

23   Q.  Okay.  And were K-1's, to your knowledge, prepared in

24   connection with the newly formed LLC for the partners and

25   Computer Forensics?

1   A.   Okay.   That -- that, I believe, is privileged.

2   Q.   Okay.   That's okay, Mr. Kuharcik.   You don't have to answer

3   the question.   I appreciate your limitation and I apologize.

4   No.   You don't have to answer that question.

5        But just to be clear, in fact, that is the way partnership

6   income is reflected in a tax return, through a K-1; is that

7   right?   Issued to each of the partners in the partnership; is

8   that right?

9   A.   Yes.   For a partnership.

10  Q.   So if I'm a partner with somebody else, then my income,

11  deductions, et cetera, in that partnership would be reflected

12  in my tax return through a K-1; is that right?

13              MR. ROCHE:   Objection.   Calls for speculation.

14              THE COURT:   Sustained.

15  BY MS. MCGOVERN:

16  Q.   Mr. Kuharcik, did you ever issue a K-1 to Dr. Craig Steven

17  Wright?

18  A.   No.

19  Q.   Have you ever met Dr. Craig Steven Wright?

20  A.   No.

21  Q.   Have you ever spoken with Dr. Craig Steven Wright?

22  A.   No.

23              MS. MCGOVERN:   If we could go back to D41, please,

24  second page.   If you could highlight the last line that says:

25  "All bookkeeping is being done with QuickBooks online."

```
 1   BY MS. MCGOVERN:

 2   Q.  Do you see that, Mr. Kuharcik?

 3   A.  Yes, I do.

 4   Q.  What's QuickBooks?

 5   A.  QuickBooks is an accounting software used by, in general,

 6   businesses for recording their income and expenses and billings

 7   and payroll and such.

 8           MS. MCGOVERN:  Could we go to the next page, please.

 9   BY MS. MCGOVERN:

10   Q.  Mr. Kuharcik, do you see the page in front of you stating:

11   "Computer Forensics, LLC, Profit and Loss, January through

12   December 2012."

13       Do you see that?

14   A.  Yes.

15   Q.  What's a profit and loss statement, Mr. Kuharcik?

16   A.  That's a statement showing income and expenses for a given

17   company.

18   Q.  In a partnership?

19   A.  Well, it could be a partnership, could be -- well, you

20   could prepare a profit and loss for an individual.  A profit

21   and loss is merely a statement showing income and expenses for

22   some sort of entity or an individual.

23   Q.  And in a profit and loss statement that reflects income --

24           MS. MCGOVERN:  If you could just highlight "Income,"

25   please, and then "Expenses" after that.
```

```
 1    BY MS. MCGOVERN:

 2    Q.  In a profit and loss that reflects income and expenses, are

 3    the income and expenses detailed, Mr. Kuharcik?

 4         In other words, when you're preparing a tax return -- and

 5    I'm not referring to anything in specific with respect to a

 6    particular client, but when you are performing your duties as

 7    an accountant for a client, do you request the income and the

 8    expenses to provide detail so that you know exactly where those

 9    numbers are coming from?

10    A.  Yes.

11              MS. MCGOVERN:  If we could please go to D56.

12              I apologize.  D56.

13              I believe this document -- this document D56 has been

14    admitted as well.  It's been redacted accordingly.

15              THE COURT:  Yes.  It's in evidence.

16    BY MS. MCGOVERN:

17    Q.  Mr. Kuharcik, do you see -- oh, let me just wait until he

18    gets there.

19         (Pause in proceedings.)

20    BY MS. MCGOVERN:

21    Q.  Before I ask this question, Mr. Kuharcik, there was one

22    more question I forgot to ask.  Does a partnership have to file

23    a tax return each year?

24    A.  Not necessarily.

25    Q.  Okay.  What would be a circumstance in which a partnership
```

1    would not file a tax return?

2    A.   Well, if it didn't have any income or expenses required for

3    pass-through to partners.   Perhaps in that instance, it could

4    be a partnership that's in its developmental stage and has not

5    yet begun to actively conduct or trigger business.

6         There could be circumstances where the partnership's main

7    operations are merely associated with some sort of property

8    where income or receipts or expenses are deferred or

9    capitalized.   So therefore, there would not be reportable

10   income or deductions for that year.

11        You know, you might have -- again, there are several

12   circumstances where a partnership might not have to file a tax

13   return for a given tax period.

14   Q.   Okay.   If a partnership has deductions and expenses, would

15   you file a tax return for the partnership, Mr. Kuharcik?

16             MR. ROCHE:   Objection.   Calls for speculation.

17             THE COURT:   Overruled.   I'll allow it.

18             THE WITNESS:   If those deductions or expenses were

19   currently deductible or reportable on a return, then, yes, in

20   general, you would file a partnership return.

21             Again, there are conditions where those deductions or

22   expenses and income might not be currently deductible or

23   reportable.   Hence, there could be a circumstance where there

24   would not be a return required for that particular period.

25

```
 1   BY MS. MCGOVERN:

 2   Q.  Is it fair to say, Mr. Kuharcik, that the deductions that

 3   you have in a business go to reduce the tax that you pay on

 4   business income?

 5   A.  Yes.

 6   Q.  Mr. Kuharcik, did there come a point in time when you filed

 7   a tax return for an entity called W&K Information Research

 8   Defense?

 9   A.  No.

10   Q.  Was W&K, for short -- referring to the same entity, but let

11   me just refer to it as W&K.  Was W&K ever a client,

12   Mr. Kuharcik, of yours?

13   A.  No.

14   Q.  Actually, let me ask you very general questions -- well,

15   just an overall question.  We saw two tax returns, D18 and D19.

16   Let me ask you:  With respect to those tax returns, did either

17   of those tax returns ever make mention of Bitcoin?

18           MR. ROCHE:  Objection.  The documents speak for

19   themselves.

20           THE COURT:  The witness can look at the document.

21   Overruled.

22   BY MS. MCGOVERN:

23   Q.  I am referring to D18, Mr. Kuharcik, and D19, the ones that

24   we just reviewed -- and again -- okay.  I just want to state

25   for the record, so it's clear, the question is this:  Do either
```

1   of these tax returns make mention of Bitcoin?

2   A.  No.

3   Q.  Prior to 2014, Mr. Kuharcik, did any of your clients

4   reflect any profits, losses, deductions, expenses related to

5   Bitcoin?

6          MR. ROCHE:  Objection.  Calls for privilege.

7          THE COURT:  I'm sorry.  What's the basis?

8          MR. ROCHE:  Privilege.

9          THE COURT:  Sustained.

10         MS. MCGOVERN:  It's just a yes-or-no question.

11         THE COURT:  That's correct.  The objection is

12  sustained.

13  BY MS. MCGOVERN:

14  Q.  Mr. Kuharcik, if we could go back to D56.

15  A.  Yes.

16  Q.  D56.  Just a few more questions, Mr. Kuharcik.

17      Do you see the email that is in front of you which has been

18  admitted into evidence as Defendant's 56?

19  A.  Yes.

20  Q.  Okay.  This is an email from Dave Kleiman to David S.

21  Kuharcik.  Is that you, Mr. Kuharcik?

22  A.  That is.

23  Q.  Okay.  And Dave Kleiman, that's the same Dave Kleiman

24  that -- for whom you prepared the tax returns that we just

25  looked at, D18 and D19; is that right?

```
 1    A.   Yes.

 2    Q.   Okay.  If you could look at the first sentence:  "After

 3    careful consideration, you were chosen to be our firm's

 4    accountant."

 5         Do you see that?

 6    A.   Yes.

 7    Q.   The second sentence:  "We used the email address -- we use

 8    the email address accounting@computerforensicsllc.com for all

 9    our bookkeeping and banking.  That way, all three of us receive

10    a copy of the email."

11         Do you see that?

12    A.   Yes.

13    Q.   In connection with the preparation of the tax returns for

14    this entity -- for this partnership, Computer Forensics,

15    Mr. Kuharcik, did you speak primarily with Dave Kleiman in

16    preparing those tax returns or did you also speak with Conrad

17    Carter and Patrick Paige?

18             MR. ROCHE:  Objection.  Relevance.

19             THE COURT:  That calls for a yes or no.  I'll allow

20    that.

21             THE WITNESS:  I would assert privilege on behalf of my

22    client, Computer Forensics, LLC.

23             THE COURT:  Ah, that's true.  Computer Forensics is

24    still a client.

25
```

1    BY MS. MCGOVERN:

2    Q.  If you could look at the second sentence.  We referred to

3    the QuickBooks, but the second sentence, which is:  "Attached

4    is our LLC paperwork, 2012 profit and loss, profit and loss

5    through 30 January 2013, and general ledger through 30 January

6    2013."

7         Do you see that?

8    A.  Yes, I do.

9    Q.  What's a general ledger, Mr. Kuharcik?

10   A.  A general ledger is a listing of a company's -- the detail

11   supporting the company's accounts in which they maintain their

12   books and records.

13   Q.  Mr. Kuharcik, did you ever -- did you ever file a Form 1065

14   for any partnership with Dr. Craig Wright?

15   A.  No.

16        MS. MCGOVERN:  If I could have one minute, Your Honor?

17        THE COURT:  All right.  Certainly.

18        (Pause in proceedings.)

19   BY MS. MCGOVERN:

20   Q.  One more question, Mr. Kuharcik, just to be clear.

21        MS. MCGOVERN:  If we could go back to D19, please.

22   BY MS. MCGOVERN:

23   Q.  If we could go back to D19, Schedule 3.  I believe it's

24   Page 3 of the PDF, line 31.  I don't believe I asked you this

25   question.  So for purposes of clarification, confirmation, I'd

1    like to ask you:  Is the income that is reflected on Schedule

2    C-EZ of 63 -- 6303 -- is that with respect to Forensic Computer

3    Consultant, Mr. Kuharcik?  Is that reflecting that business

4    income for that entity?

5    A.  Yes.

6    Q.  And only that entity; is that right?

7    A.  Yes.

8         MS. MCGOVERN:  No further questions, Your Honor.

9         THE COURT:  All right.  Any cross-examination?

10        MR. ROCHE:  Your Honor, should I come up to the podium

11   for --

12        THE COURT:  I think you can ask your questions,

13   Mr. Roche, there if you want to because you're on the screen.

14        MR. ROCHE:  Okay.  That works.

15                    CROSS-EXAMINATION

16   BY MR. ROCHE:

17   Q.  Good morning, Mr. Kuharcik.  Can you hear me?

18   A.  Yes, I can.  Good morning.

19   Q.  All right.  Thank you for coming back for a second day.  I

20   have just a few questions for you.

21       I want to start by saying -- I want to be clear that I'm

22   not asking you a question about -- any questions about Dave

23   Kleiman.  You understand -- do you understand that the advice

24   you gave to Dave Kleiman is privileged and may not be discussed

25   here today?

```
 1    A.  Yes, I do.

 2    Q.  My next question relates to just accounting and tax issues

 3    generally, not to any advice you may or may not have given to

 4    Dave Kleiman.  Do you understand?

 5    A.  I understand.

 6              MS. MCGOVERN:  Objection, Your Honor.  Relevance.

 7              MR. ROCHE:  Your Honor -- Your Honor --

 8              MS. MCGOVERN:  Outside the scope.

 9              THE COURT:  Let me hear the question.

10              What is the question?

11    BY MR. ROCHE:

12    Q.  Mr. Kuharcik, it wasn't until 2014 that the IRS issued

13    formal guidance as to how Bitcoin mining and Bitcoin gains

14    should be reported on tax returns?

15              MS. MCGOVERN:  Objection, Your Honor.

16              THE COURT:  And the basis?

17              MS. MCGOVERN:  The basis is this expert -- this

18    witness is a fact witness.  He's not being introduced as an

19    expert witness.  We were not allowed to inquire with respect to

20    certain questions in that regard, and the inference in this

21    issue -- in this particular situation is improper expert

22    testimony through a lay witness.

23              THE COURT:  I believe it relates to his position as a

24    certified public accountant.  I'll allow it.  Overruled.

25
```

```
1    BY MR. ROCHE:

2    Q.  Do you want me to repeat the question?

3    A.  Yes, please.

4    Q.  Okay.  It wasn't until 2014 that the IRS issued formal

5    guidance as to how Bitcoin mining and Bitcoin gains should be

6    reported on tax returns?

7    A.  That is correct.

8    Q.  Are you aware that Dave Kleiman died in April 2013?

9    A.  Yes, I am.

10   Q.  Are you aware -- you're not aware -- or you're not aware of

11   any pre-2014 guidance from the IRS or the Florida Department of

12   Revenue stating that someone had to report Bitcoin they mined

13   on their tax returns?

14           MS. MCGOVERN:  Asked and answered, Your Honor.

15           THE COURT:  Overruled.  I'll allow it.

16           THE WITNESS:  No.  I am not aware.

17           MR. ROCHE:  No further questions.

18           THE COURT:  All right.  Any redirect?

19           MS. MCGOVERN:  No, Your Honor.

20           THE COURT:  All right.  Ladies and Gentlemen, you have

21   the right to ask Mr. Kuharcik any questions.  Do any of you

22   have any questions?  And if you'll just raise your hand, just

23   so that I can give you the opportunity to write down your

24   question.

25           Is there anyone that has a question for Mr. Kuharcik?
```

```
 1              Seeing no hands raised.  Is Mr. Kuharcik excused?

 2         MS. MCGOVERN:  Yes, he is, Your Honor.

 3         THE COURT:  On behalf of the Plaintiffs?

 4         MR. ROCHE:  Yes, Your Honor.

 5         THE COURT:  All right.  Thank you, Mr. Kuharcik.  You

 6    are excused and we will leave this meeting.

 7      (Witness excused.)

 8         THE COURT:  All right.  The Defendant's next witness,

 9    please.

10         MS. MCGOVERN:  Your Honor, Dr. Craig Wright calls

11    Dr. Ami Klin.

12      (Pause in proceedings.)

13         THE COURT:  Hi.  Good morning, Doctor.

14         THE WITNESS:  Good morning.

15         THE COURT:  If you'll step forward, remain standing,

16    raise your right hand to be placed under oath.

17      DR. AMI KLIN, DEFENSE WITNESS, SWORN

18         COURTROOM DEPUTY:  Thank you.

19              If you could please state your name and also spell it

20    for the record.

21         THE COURT:  Dr. Klin -- and let me state before you

22    state your name, if you are fully vaccinated and you feel

23    comfortable, you are permitted to take your mask off while

24    you're testifying.

25         THE WITNESS:  Thank you, Your Honor.
```

```
1              THE COURT:  And your full name, sir?

2              THE WITNESS:  Ami Klin.

3              COURTROOM DEPUTY:  Could you please spell it?

4              THE WITNESS:  A-M-I.  K-L-I-N.

5              COURTROOM DEPUTY:  Thank you.

6                         DIRECT EXAMINATION

7    BY MS. MCGOVERN:

8    Q.  Good morning, Dr. Klin.

9    A.  Good morning.

10   Q.  Dr. Klin, have you been asked to provide expert services or

11   an expert opinion in this case?

12   A.  I have.

13   Q.  Could you please tell us what expert opinion you've been

14   asked to provide in this case?

15   A.  Well, the attorneys were puzzled by their client's

16   presentation in a court of law and there was a thought that

17   their client could have autism.  So they approached me to

18   conduct a clinical evaluation of that person.

19   Q.  Dr. Klin, could you please provide us with a summary of

20   your educational background.

21   A.  I have -- I completed a bachelor's degree in psychology and

22   political science and history in 1983 at the Hebrew University

23   of Jerusalem.

24       And then I completed a Ph.D. in psychology at the

25   University of London and the Medical Research Council in 1988.
```

1    I then was recruited as a postdoctoral fellow at the

2    University School of Medicine, and I completed three years of

3    postdoctoral fellowship, both clinical and in research.

4    I then was appointed as a professor, and I remained at Yale

5    for 20 years, becoming the Harris Professor of Child Psychology

6    and Psychiatry at Yale School of Medicine and the director of

7    Yale's autism program.

8    In 2011, I was recruited to direct the Marcus Autism Center

9    at Emory University and Children's Healthcare of Atlanta.  And

10    there, I am also the chief of autism division in the department

11    of pediatrics, and the chief of autism for Children's

12    Healthcare of Atlanta, which is one of the largest pediatric

13    healthcare systems in the country.  And I've been there since.

14    Q.  I'm sorry.  I believe you said that you left your position

15    at Yale; is that correct?

16    A.  Right.  So --

17    Q.  What was the -- I mean, that's a fairly prestigious

18    position to hold.  What caused you to leave that position and

19    go to Atlanta?

20    A.  Well, Yale's autism program is probably one of the most

21    traditional and successful clinical and research programs in

22    the country.  But Yale, although I love the university, was

23    quite isolated from the community.  And, therefore, it was more

24    difficult for us to make both our new models of clinical care

25    and of science relevant to the community that we serve.

1    The Marcus Autism Center is -- in contrast, is the largest

2    center of clinical care for children with autism and their

3    families in the country.  And it's also one of the largest

4    programs of science.  So it was possible for us to make both

5    our innovations and our science more relevant to the larger

6    community.

7        In my field, there are many healthcare disparities, and

8    individuals with low income or minority families do not have

9    access to high-quality services.  The Marcus Autism Center

10   allows us to provide services for the -- for all members of the

11   community, thanks to our various contracts and our various

12   research grants with the National Institutes of Health.

13   Q.  Dr. Klin, I believe you used the word "pediatrics" in

14   describing the positions that you have held.  Has your

15   experience in this field been limited to pediatrics?

16   A.  No.  For the past 30 to 35 years, I've worked with

17   individuals with autism of all ages.  In fact, when I began in

18   my career, I started working with adults.

19       During my graduate school years, I lived in a residential

20   unit for adults with autism who had spent most of their lives

21   in long-stay hospitals, and I did so because I thought it would

22   be very important to immerse myself in the daily challenges

23   that those individuals have.

24       Subsequently, when I moved to Yale, I continued to see

25   adults.  And, in fact, I -- because we have a particular

1    expertise on adults with autism who have high intellect or

2    intact intelligence, we became the galvanizing point in the

3    country for families that sought services in that domain.  In

4    fact, we were the very first research center that attained a

5    National Institutes of Health research grant to focus entirely

6    on individuals with autism and high intellect.

7         So, for several years, I was privileged to see families

8    coming from all over the country and spending Wednesday,

9    Thursday, and Friday with me and with my colleagues.  Because

10   at the time, there was very little community awareness and

11   there was very little knowledge about the field and we were the

12   ones who had probably the largest experience in the country in

13   that domain.

14        That, in turn, led us to other endeavors that focused on

15   individuals with autism and high intellect, including the fact

16   that we were the ones -- my colleague, Fred Volkmar, and I

17   conducted the clinical trial that led to the definition of

18   autism in the Diagnostic and Statistical Manual, the Fourth

19   Edition, in 1994.

20        And that for the first time, there was a focus on

21   individuals with autism and high intellect.  A name was

22   designated to that condition, that name is Asperger's Syndrome,

23   and that condition was included in the DSM.  That's the

24   acronym.  That's the bible of psychiatry in this country.  It's

25   also the book that insurance companies use in order to ascribe

```
 1    eligibility for those individuals.
 2          And eventually, when that manual was re-issued in the year
 3    2000, I was asked to write the text that went with that
 4    condition, Asperger's Syndrome.
 5    Q.  So let me break that down a little bit because there's a
 6    lot of information there.  I'm doing the math, but let me just
 7    ask you:  How long have you been researching and been involved
 8    with Asperger's or the autism spectrum?
 9    A.  I began my research in autism in 1985.  So...
10    Q.  So for over 30 years?
11    A.  Thirty-six years.
12    Q.  And when you refer to the DSM, could you break that down a
13    little bit?  It's my understanding, based upon what you have
14    just said, that you were involved in the definition of autism.
15    Is that accurate?
16    A.  Yes.
17    Q.  How so?
18    A.  Well, the Diagnostic and Statistic Manual is updated
19    sometimes once a decade.  And for the Fourth Edition in 1994,
20    because we had probably the largest experience in the country
21    in that particular field, my senior colleague and I were asked
22    to lead the clinical trial to validate this new concept that
23    was going to make -- that was going to focus on this group of
24    individuals with autism that, one, had been neglected.  Two,
25    people were not very aware of it, and yet, were often
```

1    victimized in the educational system.

2         So after completing that trial, there was evidence for

3    inclusion of the construct.  And we coordinated that trial with

4    the new issue of another statistical -- another diagnostic

5    manual that is -- is published by the World Health

6    Organization.  It's called the International Classification of

7    Diseases.  They were coming to the Tenth Edition.  So we

8    collaborated with our partner, Dr. Michael Rutter, one of the

9    pioneers in the field of autism in England, and we made that

10   definition one and the same for the two manuals.

11        So -- and after that, there was a revision, as I mentioned,

12   a text revision, in the year 2000.  At that time, it was

13   thought that there was a need for greater clarification, more

14   detail about that condition, and I was asked to write that

15   text.  So yes, I was involved in that.

16   Q.  I have two questions with respect to your -- the answer

17   that you just provided.  You mentioned the DSM.  And then

18   obviously you talked about the definition.  Let me start with

19   the DSM.  What is the DSM and what is its significance in

20   connection with autism?

21   A.  The DSM, the Diagnostic and Statistical Manual of Mental

22   Disorders, is a very important book for clinicians, for

23   advocates, but also for those who cover services provided by

24   clinicians.  It's issued by the American Psychiatric

25   Association, and it provides the definitions of all the formal

1    conditions that can't -- that can be diagnosed in an

2    individual; thus, making them eligible for services.

3        Autism was only formally recognized by DSM in 1980.  Prior

4    to that, if you were a parent and you have a child with autism,

5    you would have no services to go to and your child would not

6    qualify for any services.

7        So the inclusion of that condition in the manual is

8    critical for all those who are touched by the condition

9    because, without it, you cannot -- you cannot seek services.

10   And, therefore, the child will -- in our case, in the case of

11   autism, many of our children were not schooled.  For many of

12   our children, they had to stay in the family's homes because

13   they did not qualify for adjustments or for -- or for treatment

14   or services that would be covered by the then insurance system.

15   Q.  Does the importance of the DSM go beyond simply the

16   provision of services for somebody diagnosed with autism?

17   A.  Well, it also serves the community of science, because if

18   the definition is -- if the condition is included in the book,

19   then it becomes the focus for research centers all over the

20   world.

21       So inclusion in that book is critical for us to -- one, to

22   better understand the condition; two, to promote awareness of

23   the condition among the community; and third, to promote

24   investigation so that we can better serve individuals with

25   autism and their families.

1    Q.  What is the definition of autism?

2    A.  Autism is a disorder of the brain of genetic origins.  It's

3    the most highly inheritable condition impacting children.  It's

4    something that we diagnose early on in their lives.  It impacts

5    a person's ability to relate with others, to communicate with

6    others.  And this is the basis for socialization and for

7    learning.

8        As a consequence, it will also have an impact on a child's

9    ability to learn.  And individuals with autism show a very

10   specific learning style that is characterized by a great amount

11   of rigidity and difficulty with change.

12   Q.  Is it an excuse for behavior?

13   A.  Well, no.  It would be an excuse to behavior in the same

14   way that we looked at, say, a child with cerebral palsy and say

15   that the child has an excuse not to walk.  It's a medical

16   condition.  It's a brain condition that impacts a person's

17   ability to interact and communicate.  But there is nothing

18   inherent in autism that would make an individual good or bad in

19   that sense.  It would be highly infantilizing and detrimental

20   to our community to suggest that a disability defines a person.

21   A disability creates challenges for that person, but that's

22   still a person.

23   Q.  Dr. Klin, I'd like to ask you about the opinions that you

24   have made in this case with respect to Dr. Wright.

25       But before I do that, could you please describe for us the

1    milestone accomplishments and the awards that you have received

2    during your professional career as a clinician and a scientist.

3            MR. BRENNER:  Ms. McGovern, I'm just having a little

4    trouble hearing you.  If you could --

5            MS. MCGOVERN:  I'm sorry.  I'll speak up.

6            MR. BRENNER:  Thank you.

7            THE COURT:  Did you hear the question?

8            Did you want to repeat that, just so --

9            MR. BRENNER:  I'm fine with that.  Just wanted to let

10   her know she's starting to trail off.

11           Thank you.

12           THE WITNESS:  Well, I'm not particularly used to

13   reciting awards.  But my graduate work was given distinction by

14   the University of London and Medical Research Council.

15           Over the years, I have had endowed professorships at

16   Yale, as well as now at the Marcus Autism Center in Emory.

17           I've received awards for research.  I think a couple

18   years ago, I was -- I received an award by the major research

19   agency in this country for investigations in new psychiatric

20   disorders.  It's called the Ruane Prize.  They honor one person

21   a year for innovative research that contributed to the

22   well-being of the individuals we serve.

23           I have been -- I have led panels that focus on

24   specific areas of both clinical care, advocacy, and research in

25   my field, including the National Institutes of Health

1    Interagency Autism Coordinating Committee that establishes the

2    parameters for both investigation and advocacy in the field.

3         I co-chair with the Georgia Department of Public

4    Health Commissioner on an entire committee called Brain Trust

5    for Babies that focuses on maternal health and the well-being

6    of vulnerable children and families for the entire state of

7    Georgia.

8         I think there are several things.  I'm not used to

9    talking about awards.

10   BY MS. MCGOVERN:

11   Q.  Dr. Klin, could you just tell us a little bit about the

12   Marcus Autism Center.  What is its primary goal and what have

13   you done to reach it?

14   A.  So, as I said, the Marcus Autism Center is the largest

15   center of clinical care for children of autism and their

16   families from zero to 21 in the country.

17       It's also one of the largest programs of science in the

18   country.  So imagine, there are 424 faculty and staff.  We

19   serve over 5,500 unique children a year in our building and

20   another about 3,500 children with autism in pediatric

21   practices, or in schools, or in their homes.  We are the most

22   comprehensive program for children with autism, offering

23   diagnostics as well as a wide range of treatment services.

24       In terms of science, since 2011, the Marcus Autism Center

25   has attained over $90 million in National Institutes of Health

```
 1    research projects.  We are now completing the second

 2    generation, going into the third, of being one of the only five

 3    National Institutes of Health Autism Centers of Excellence.

 4    And these are the most prestigious and the largest scientific

 5    grants provided by the National Institutes of Health for those

 6    researching autism.

 7         From the range of science, we really span from molecular

 8    genetics, functional genomics, to brain science, to clinical

 9    science, to clinical trials, to community-based solutions for

10    increasing access to services, all the way to health equity

11    research, given, as I mentioned, that, in my field, there are

12    many disparities that are associated with income as well as

13    with minority status.

14         For example, if you are an African-American child with

15    autism in this country, you are double the risk of intellectual

16    disability than you are a white child with autism in this

17    country, and this has to do with lack of access to services.

18         So we both research the systems that create those

19    disparities and try to create solutions that are going to

20    optimize outcomes of all children so that they can fulfill

21    their promise.

22    Q.  And I understand that in connection with your work as a

23    scientist, you've also registered multiple patents.  Could you

24    please briefly describe what those patents are.

25    A.  Certainly.  So I am a clinician and I am an investigator
```

1   and a scientist.  My primary area of research is social mind

2   and social brain.  So, over the years, we developed science and

3   technology that allows us to measure in a very precise,

4   objective and quantitative manner the way that people look at

5   the world and learn about the world.

6       Because individuals with autism have major challenges in

7   that area, particularly in the social domain, we were able to

8   leverage the science to create an investigational device that

9   would be able to accomplish, within a shorter period of time

10  and with less resources, what people like me do for many, many,

11  many, many hours when we are completing clinical assessments.

12      So those patents are associated with the technology for

13  this device.  And this device now being -- is going to be

14  processed through the FDA for clinical clearance.  But most

15  importantly, the reason why we focus on it so much, it's

16  because there are not many Marcus Autism Centers in the country

17  and there are many families who live in inner cities or in

18  rural communities who have no access to high-quality diagnostic

19  services.

20      So we try to leverage science and technology to create a

21  solution for that.  So those patents are associated with those

22  solutions.

23  Q.  Are you familiar with the book called "Asperger's

24  Syndrome"?

25  A.  With a book?

1    Q.  A book called "Asperger's Syndrome."

2    A.  Well, certainly there are many books with the title

3    "Asperger's Syndrome."

4    Q.  Have you written a book with respect to Asperger's

5    syndrome?

6    A.  So I was very fortunate that when I was still in graduate

7    school, my mentor at the time, Dr. Uta Frith, was a person very

8    familiar with Asperger's, with Hans Asperger who was the

9    clinician who described that condition in 1944.

10       And she was fluent in German and she was the one who, for

11   the first time, translated Asperger's work into English.  And

12   that book that she published was called "Asperger's Syndrome,"

13   so I became aware of that still in graduate school.

14       But when I moved to Yale, this became a major focus of my

15   research.  And so, as we created evidence, as we were involved

16   as I mentioned in the DSM clinical trial, and then on the

17   definition of autism, we had a major mandate to disseminate

18   that concept of Asperger's Syndrome so that it would be taken

19   up by the community and parents would be able to use in order

20   to advocate for services for their children.

21       And in order to do that, my colleague, Fred Volkmar, and I,

22   as well as Dr. Sara Sparrow -- these are all pioneers in their

23   fields -- we published a book on Asperger's Syndrome.  At the

24   time, it was the first compilation of clinical studies and

25   clinical recommendations for individuals with Asperger's

1    Syndrome.

2         And we were encouraged, almost obligated to do that by what

3    was then the largest child advocacy in this country called the

4    Learning Disabilities Association of America.  They were very

5    excited by the inclusion of this term because children and

6    adolescents with this condition, in their minds, had been

7    victimized in schools for decades.  Those children, imagine,

8    have had a very poor sense of others; don't understand social

9    context; don't have an intuition for other people's minds and

10   intention; have no sense of the social morass of conventions.

11   Therefore, they transgress the rules, they alienated their

12   peers, and because those individuals tended to be quite

13   intelligent and articulate, people would judge them by what

14   they heard.  And so they heard a very intelligent child who was

15   nevertheless breaking every unspoken rule of social behavior.

16        And so, until this work started, they were often given a

17   label of social-emotional maladjustment, which is an

18   educational label.  Which it's really a label for basically

19   designating a child a bad child.  So, in a way, a child who

20   cannot control himself or herself and victimizes other

21   children, but that was not the case with those children.

22   However, because they received that label, they were also

23   placed in schools for children with social-emotional

24   maladjustment.  These were children who actually understood

25   other children very well and could manipulate them.  In fact,

1   victimize them quite well.  They just didn't care.

2        So what they asked us to address is this notion that our

3   children with Asperger's Syndrome were really the perfect

4   victims and the easy prey.  They were now being placed together

5   with the perfect victimizers who just did not contain

6   themselves.  They didn't care about other children and

7   victimized others.  And they asked us to do this work so that

8   we would stop this perfect misplacement, because our children

9   were, in essence, being punished for their disability.

10  Q.  Is it a disability, autism?

11  A.  Yes.  It is a disability.

12  Q.  Dr. Klin, I'd like to go to the opinions that you have

13  provided in this case.  What opinions were you asked to

14  consider in this case on behalf of Dr. Wright?

15  A.  I was asked to -- I was asked to address two main

16  questions.  The first one was whether Dr. Wright is a person

17  with autism.

18       And the second one, depending on my judgment of the first

19  one, having this condition, and having the specific profile

20  that he exhibits, how does that impact his behavior in public

21  settings, including a setting like this, a court of law.

22  Q.  And, Dr. Klin, what were your opinions?  What did you

23  conclude?

24  A.  Quite unequivocally, Dr. Wright presents as, in a way, a

25  classical person with autism and high intellect.  The label

```
 1   used for many years was the one that we've just been talking
 2   about, Asperger's Syndrome.  That was the first opinion.
 3   Q.  Dr. Klin, I'll represent to you that in the opening
 4   statement of the Defendants -- the Plaintiff in this case,
 5   there was a reference that you reached that conclusion
 6   superficially and without meeting Dr. Wright and it was almost
 7   a fait accompli.  And is that true?
 8   A.  From the first moment that I was contacted by the
 9   attorneys, I made sure that they realized that, number one, I
10   don't do expert witness work very frequently.  In fact, this is
11   the only time that I've taken a case since 2019, and I never
12   was involved in more than one or two cases a year.  So that
13   represents about maybe 0.5 percent of my professional life.
14       And that given my professional integrity, that my opinion
15   will go where the evidence went, not the other way around.  And
16   that it could well be possible that my opinion would not serve
17   the case.  The attorneys agreed to that condition.
18       Secondly, when I was asked to conduct that evaluation, and
19   I was very much aware that this is the time of COVID and that
20   not only the individual was in another country, but also his
21   family, his extended family, were yet in another country, I
22   knew that it was going to be challenging.  And yet, I conducted
23   this evaluation using what is called a reference standard or
24   best practice parameters; in other words, the gold standards
25   for clinical evaluation of an individual with autism.  I know
```

1   that because my work contributed to what became those gold

2   standards.

3       So I wrote a 17-page report, in which I take great pains to

4   not only describe my opinion, but to make it crystal clear what

5   was the methodology that I used to conduct this evaluation.

6   And that methodology is held as the gold standard in the field.

7   Q.  Dr. Klin, did you perform the evaluation under the gold

8   standard alone?

9   A.  I did not.  I engaged a long-time colleague, a clinical

10  psychologist, Dr. Celine Saulnier, to help me in that

11  evaluation.  I first recruited her at Yale.  She's a clinical

12  nurse psychologist who had worked in autism during her Ph.D.

13  that she completed at the University of Connecticut.

14      I recruited her at Yale in 2001 as a postdoctoral fellow

15  working closely with me in both clinical and research

16  activities.  She subsequently stayed at Yale and became both

17  the clinical director and the training director of the Yale

18  autism program.

19      When I and 32 others from Yale moved to the Marcus Autism

20  Center in 2011, she also came, and she became the director for

21  clinical operations focusing primarily on our diagnostics

22  programs for both clinical care and for research.  And

23  Dr. Saulnier has published with me and independently a great

24  deal on clinical matters associated with autism and she's also

25  the author of one of the instruments that I used in this

1    evaluation called the Vineland Adaptive Behavior Scales, which

2    is probably one of the most widespread psychological

3    instruments in the world.

4        So a very experienced clinical psychologist, with whom I've

5    worked for close to 20 years, I asked her to perform a series

6    of procedures that she is an expert on.  And we have worked

7    together in this fashion before.  So I did not do it alone.  I

8    requested help.

9    Q.   Why?

10   A.   I requested help because conducting an evaluation of,

11   what -- a person who was then 49 years of age requires a great

12   deal of work because you need to generate a great deal of

13   information coming from different informants in order to seek

14   consistencies, confluence of facts to maximize validity and

15   reliability, and in that way, come to conclusions that are

16   unequivocal.

17       In order to do that, the procedures used for the assessment

18   of individuals with autism, particularly in the case of an

19   adult, are quite lengthy.  The interviews can take several

20   hours and the observations can take several hours.  So, on the

21   one hand, this was important to me so that I could accomplish

22   the best possible evaluation.  But secondly, gold standard

23   evaluations also calls for the inclusion of two clinicians who

24   either conduct the evaluation independently or they conduct

25   portions of the evaluation.  They then discuss the case, come

1    to their conclusions independently, and if there is no

2    consensus in terms of the diagnosis, then one can address the

3    issues and come up at the end with a consensual diagnosis.

4         Technically, this is called a clinician best estimate

5    diagnosis, which is what we do, for example, in research

6    projects that are funded by the National Institutes of Health

7    because that gold standard is called for.

8         So, in this case, given that this is -- I knew that this

9    case was part of a litigation, I wanted to ensure that we did

10   it in the best possible fashion.

11   Q.  Forty-nine years old at the time; is that right?

12   A.  He was -- Dr. Wright was 49 years of age at the time, yes.

13   Q.  Was there anything about being 49 years old and evaluating

14   an adult for autism that was concerning to you?  Made you

15   believe that his age was relevant to your diagnosis?  Is age

16   relevant to a diagnosis of autism?

17   A.  Yes.  Age is relevant for the diagnosis of autism.

18        Nowadays, thanks to the fact that community awareness is so

19   high for autism, everybody knows these days that this is the

20   most common of all developmental conditions.  One in 54

21   children.  There are over six million of individuals with

22   autism in this country.  So the vast majority of individuals

23   that we see are young children because there were concerns

24   early on.  And nowadays, thanks to changes in the educational

25   law with the passage of the Individuals with Disabilities Act,

it's by law, children who are given a diagnosis of autism will receive services.  This is by law.

Therefore, there is a terrific pressure for children's disabilities to be diagnosed as early as possible.  And yet, even though we know that the earlier a child is diagnosed, the better is the child's outcome.  In this country, the median age of diagnosis, 50 percent of children are diagnosed after their fifth birthday, which basically means that they're only diagnosed later by the time they are showing symptoms that are much more aggregated and their treatments are more costly and so forth.

So, nowadays, we see primarily children with the exception of individuals who are extremely bright and who have somehow managed to escape the attention of their -- of their schools. And so we still see a lot of adults who are identified in their adulthood.  But 30, 40 years ago, when Dr. Wright, say, was going through school -- I think he finished his high school probably in 1987 -- the concept of a person with autism with high intellect was virtually unknown.  I could probably count on my fingers the number of clinicians in the United States and in England who might be aware of that condition.

But at the time, just like in the United States, the vast majority of those individuals will go undetected, probably receiving either a diagnosis like the one I've mentioned of social-emotional maladjustment or being entirely neglected and

```
 1   left to fend for themselves.

 2        Those individuals then, and hopefully fewer individuals

 3   now, they tend to be relentlessly bullied by their peers and

 4   ostracized and isolated and truly left to fend for themselves,

 5   which they often don't do very well.  And, therefore, their

 6   outcomes are very poor.

 7   Q.  I'd like to ask you about that.

 8   A.  Please.

 9   Q.  You stated with respect to the first question, Dr. Klin, I

10   believe, correct me if I'm wrong, that Dr. Wright meets the

11   criteria for autism spectrum disorder, ASD.  What were your

12   findings as it relates to that opinion?

13   A.  May I -- may I just complement the answer for the other

14   question?

15   Q.  Yes.

16   A.  Because you asked me:  Does age present a challenge in the

17   diagnosis of Dr. Wright?  And I think I need to address that

18   because that's an important question.

19        Autism is a developmental disorder.  It's really present

20   from the time that a child is born, but it's truly identified

21   when the social demands that the child is exposed to exceed the

22   child's abilities.  But it's critical for us to ascertain that

23   the diagnosis applies to a given individual, that we generate a

24   history of that person from very early on.  That developmental

25   history is critical for us to ensure that we are talking about
```

1    autism for a given person.

2         Now, in the context of an individual who is 49 years of

3    age, I needed to have access to people who knew him well when

4    he was a child.  And given his age and the fact that he was

5    already 49 years of age, I needed to also seek other informants

6    that might have a better vantage point for specific periods of

7    his life and for specific settings that he was exposed to.

8         And that's the reason why I requested to speak with his

9    mother.  I asked who else knew him as a child, and I was

10   provided with the name of the maternal uncle.  And it became

11   clear to me that we needed more information about him in

12   school, particularly from the perspective of a peer.  And so I

13   sought his younger sibling who is only two years apart.  We

14   conducted interviews with her as well.

15        And then I needed to very much enhance the amount of

16   information that I had of him today.  Not as I see him in a

17   court of law, but how other people see him at home and at work

18   and in other settings.  Because in a setting like this, in a

19   court of law, where everything is so predictable, individuals

20   with autism tend to behave, in a way, the best because they

21   convey the sense that they can answer questions and so forth.

22        The situations in which individuals with autism are at

23   their worst is in their daily lives, unstructured situations.

24   And so I needed to have the vantage point of somebody who knows

25   him well in those settlings, so we also interviewed his wife.

1    Q.  So, let me going back to the findings that you have made

2    with respect to your opinion on Dr. Wright's autism.  Could you

3    please tell us what those opinions are as it relate -- what

4    those findings are as it relates to that opinion?

5    A.  Sure.  So as part of the evaluation, we completed a series

6    of procedures.  Some of those procedures involved rating

7    scales.  And I used a particular rating scale that is the best,

8    the most well-validated rating scale for autism.

9        We completed a very extensive semi-structured interview,

10   which is the gold standard for collecting history about the

11   person and observations about the person's current

12   presentation.  This is called the Autism Diagnostic

13   Interview-Revised.  It takes quite a few hours.

14       We also used an instrument called the Autism Diagnostic

15   Observation Schedule, which is what we used in order to observe

16   the person that we are evaluating and generating natural

17   information for that individual.

18       And we also use a semi-structured interview called the

19   Vineland Adaptive Behavior Scales that I mentioned before in

20   order to get a sense of the person's ability to take care of

21   one's self, to meet the demands of everyday life, to get along

22   with others.  A very critical instrument for the evaluation of

23   individuals with autism because autism is a very -- it's very

24   broad in its manifestations.

25       About 46 percent of individuals with autism have

intellectual disabilities, or what people used to call "mental
retardation."  But there is also 42 percent of the individuals
who have intact intellect.  They have intact intelligence and
some of them are actually gifted, if not prodigious.

But what really characterized the condition universally is
the fact that the same individual can have some skills that are
extraordinary, so they have these extraordinary strengths, and
at the same time, that they have extreme deficits.

In the case with individuals with Asperger's Syndrome, they
often have a wonderful ability to learn language, to learn
things through language, facts, and information, things of that
nature.  And they speak sometimes with supreme confidence
because they are able to articulate, they are able to use very
impressive language.

At the same time, these individuals are unable to meet the
simplest tasks at their homes.  They don't have an intuitive
sense of the other.  They cannot navigate social situations
which even individuals with intellectual disabilities without
autism can do.

So in the case of Dr. Wright, just to illustrate what I
just said, his ability to learn language and to use language to
acquire facts and information, things of that nature, is higher
than about 99.9 percent of the population.  His ability to
navigate a social situation when we need common sense, when we
need street smarts, when we need to understand others, is lower

1    than one percent of the population.

2         So that's something that has made our advocacy for those

3    individuals very difficult.  Because people listen to those

4    individuals and they judge them by the way they sound, and they

5    sound very competent.  And it becomes very difficult for

6    individuals who are not experienced, either as parents or as

7    clinicians, to even conceive that those individuals have

8    tremendous difficulty in areas that are really critical for

9    one's success in life.

10   Q.  Dr. Klin, you mentioned understanding others.  What do you

11   mean?  How does understanding others relate to autism?

12   A.  Well, the social disability defines the condition.  And so

13   what I mean by social disability is probably a combination of

14   several terms: the lack of social awareness, the lack of social

15   communication skills, the lack of social cognition, which is

16   understanding of others, and the lack of social motivation,

17   which is what prompts us most to engage with others.

18        So I'll try to be brief.  I understand.  In terms of social

19   awareness, we are all in this room extremely aware of being the

20   object of somebody else's subjectivity.  We're being judged all

21   the time.  Not only in this court of law, but in our daily

22   lives.  Therefore, we are aware that somebody is trying to

23   approach us or is judging us.  And that awareness makes the

24   other person the most important thing in that environment, and

25   I then adjust my behavior to the fact that I'm in the presence

1 of others.  So our behavior is established by social convention

2 and by our attempt to impress others.

3 Individuals with autism, social awareness is very

4 diminished.  What do I mean by that?  They may have a

5 conversation with you, step aside and pace back and forth and

6 talk to themselves, entirely unaware that they are being

7 observed and judged by others.  Or they may become cognitively,

8 in terms of their learning, focused on a particular thing that

9 that -- that's what they are preoccupied with.  And as they

10 begin to even speak, they fail to monitor themselves as others

11 are continuing to observe.

12 So you may have heard some expletives in this courtroom.

13 Well, I deal with that every day because our children and

14 adolescents and adults often become so involved in what their

15 mind is focusing on, that they stop thinking that others are

16 out there.

17 What do I mean by social cognition/social understanding?  I

18 am very aware that everybody in this room has something that I

19 can't see, but it's critical for me to understand their

20 behavior.  These are called mental states.  Their intentions.

21 Their emotions.  Their beliefs.  Their false beliefs.  Because

22 if I'm not thinking about that, it's going to be very hard for

23 me to understand what people's intentions are and really to

24 interpret that behavior.

25 Individuals with autism have been characterized as

1    individuals who are mind blind, or have a condition called mind

2    blindness because they are incapable of taking the perspective

3    of the other.  And yet, everything that we do in life requires

4    that.  Particularly if we want to navigate successfully an

5    interaction with another human being and we want to develop a

6    relationship.

7         Three, social communication.  Most of the time when we're

8    talking with others, we are going back and forth.  We are

9    taking turns.  Individuals with autism break every single rule

10   of conversation.  They tend to be focused on a particular area

11   of interest, their circumscribed interest that sometimes is

12   very narrow.

13        Imagine things like washing machines or deep fat fryers

14   about which they become experts and they like to talk to

15   others.  Needless to say, if you're a child, you don't engage

16   the others in a reciprocal fashion.  Everybody's going to run

17   away from you.

18        But social communication is much more than that.  In order

19   for us to understand others, we need to seek the cues that they

20   give us as to how they're feeling.  These are facial gestures,

21   eye gestures, bodily gestures.  There are things that we do

22   with our voices that convey our intentions.  Like our tone of

23   voice.  More than that, we often use language in order to

24   convey something that is not exactly what we say.  This is

25   called non-literal speech, metaphors, humor, sarcasm.  People

1 say things that they don't mean.  They mean things that they

2 don't say.  Individuals with autism are at a loss with those

3 kinds of things.

4  So I remember asking Dr. Wright, for example, about

5 perspective taking --

6   MR. BRENNER:  Your Honor, I'm trying not to interrupt

7 the witness, but this is a five-minute narrative to a single

8 question.  Could we proceed as question-answer in the

9 courtroom?

10   THE COURT:  Yes.  Certainly.  Maybe we can reduce the

11 narrative.  But, Ms. McGovern, at this point, maybe this would

12 be a good time for us to take a recess.

13   Ladies and Gentlemen, we're going to be on a

14 compressed schedule because we are adjourning at 3:00 p.m.

15 We'll take a 15-minute recess at this time.  Our lunch break

16 will be from 12:30 to 1:30, and that should take us through

17 with the afternoon testimony and recessing at 3:00.

18   I'll see you back here in 15 minutes.

19  (Jury not present, 10:58 a.m.)

20   THE COURT:  We're on a 15-minute recess.

21  (Recess from 10:58 a.m. to 11:13 a.m.)

22   MR. BRENNER:  Your Honor, could I raise an issue

23 briefly?

24   THE COURT:  Yes.  Certainly.

25   MR. BRENNER:  Put my mic on.

```
 1              So ...

 2              THE COURT:  Go ahead and have a seat as we're waiting.

 3              MR. BRENNER:  Judge, the problem with the narrative

 4     style is that there's no way for me to object.  So in an

 5     answer, I think it was -- I don't know, three or four minutes

 6     ago, in the middle of a long answer, he injected -- Dr. Klin

 7     injected his commentary on Dr. Wright's use of profanity and

 8     how it should be excused.

 9              Your Honor, in your Daubert motion on Page 23, ruled:

10     "Ultimately, it is up to the jury to probe Defendant's

11     responses, demeanor, and credibility when weighing his

12     testimony against the factual record."  But I have no ability

13     to object to this because I think the question was:  "What was

14     your opinion on opinion number 1?"

15              THE COURT:  Yes.  And the objection on grounds of

16     narrative would have been sustained.  But as there was no

17     objection, I would suggest that -- Ms. McGovern, that we keep

18     our questions a little tight so that there is an opportunity to

19     object if need be.

20              And if it become a narrative, then, Mr. Brenner, you

21     can object at that time.

22              MR. BRENNER:  Sometimes Courts handle it differently.

23     It's okay if I think it's okay to interrupt the answer as it's

24     going on?

25              THE COURT:  Yes.  If it becomes a narrative, then it's
```

1    entirely appropriate.

2            MR. BRENNER:  Okay.  Thank you.

3            THE COURT:  All right.  I do want to let you know

4    before we bring the jury back that, coincidentally, we have

5    made arrangements for all of the law books to be removed from

6    the conference room.  Liz is going to give the jurors the

7    option, since the conference room is a little larger than the

8    deliberation room, for -- I suspect that we may have all 10 at

9    that time, but I did want to give you an opportunity -- if the

10   jury or the jurors would like to deliberate in the conference

11   room, to give each of you an opportunity to just look at the

12   conference room and make sure that you're comfortable and that

13   you're satisfied that are there no references or any basis for

14   the jury to be able to do any type of research.

15           I also do want to remind you, and we'll talk a little

16   bit later about what's needed with regard to the laptops, the

17   uploading of exhibits, and to maintain one exhibit list for the

18   jurors.

19           MR. BRENNER:  Thank you, Judge.

20           THE COURT:  Okay.  Anything further before we

21   continue?

22           MR. RIVERO:  Thank you.  Just a question.  When will

23   we be given access just to take a look at the conference room?

24           THE COURT:  Well, I think Liz is going to ask the

25   jurors probably during the lunch hour.  So at the end of the

1    day, if you want to just have a look, you're welcome to.

2            MR. RIVERO:  Thank you.

3        (Before the Jury, 11:16 a.m.)

4            THE COURT:  All right.  Welcome back, Ladies and

5    Gentlemen.  Please be seated.

6            And we'll continue with the questioning of Dr. Klin.

7    BY MS. MCGOVERN:

8    Q.  Dr. Klin, what were your responsibilities in evaluating and

9    assessing Dr. Wright with respect to your opinion on autism?

10   A.  My responsibility was to conduct parts of the procedure, to

11   interpret all the data, to integrate all the data, and to issue

12   the opinion.

13   Q.  Did you interview Dr. Wright?

14   A.  Yes, I did.

15   Q.  And did you -- did you conduct, review, or analyze any of

16   the tests that were conducted in connection with the evaluation

17   and the diagnosis of autism for Dr. Wright?

18   A.  Yes.  Of the various procedures I executed, the central one

19   which is the Autism Diagnostic Observation Schedule, which is

20   the instrument that is used in order to observe and elicit

21   information from the person that you are evaluating, I

22   conducted that over the course of almost three hours.

23   Q.  I believe also you referred to a Vineland diagnostic tool.

24   Do you recall that?

25   A.  Yes.

1    Q.   Call you tell us what that is, please.

2    A.   The Vineland Adaptive Behavior Scales is the very best

3    instrument used to measure a person's ability to take care of

4    himself or herself and to get along with others.   It's

5    real-life skills.

6         In the case of autism, almost by definition, individuals

7    have a higher cognitive ability.   They are unable to translate

8    their high intellectual skills into real-life skills.

9         Therefore, for both eligibility purposes as well as for

10   understanding the challenges faced by that individual and their

11   families, it's a critical instrument to use in the evaluation

12   of individuals with autism.

13   Q.   Okay.   Are you familiar with something called SRS-2?

14   A.   Yes.

15   Q.   What is that?

16   A.   The SRS-2 is a rating scale.   It's called the Social

17   Responsiveness Scale and it's used to generate information

18   about a person's ability to -- or disability in interacting

19   with others.   Includes concepts like social awareness, social

20   communications, social motivation, social cognition, and the

21   understanding of others, and he also has a section focused on

22   specific behaviors and patterns of learning that are

23   characteristic of individuals with autism.

24        So we used that rating scale in order to generate that

25   information from both the -- Dr. Wright himself as well as from

1   his wife.

2   Q.  What sort of questions were important with respect to the

3   interview that you said you conducted with Dr. Wright?  First

4   of all, let me ask you:  How long was the interview with

5   Dr. Wright that you conducted?

6   A.  The interview that I conducted was close to three hours.

7   And I both administered this particular instrument called the

8   ADOS, the Autism Diagnostic Observation Schedule, and I also

9   had opportunities to have informal interactions with him.

10      The goal is to create a situation that is natural enough

11  that you can elicit behaviors that are going to be typical of

12  the individual in day-to-day social interaction.

13  Q.  And what sort of topics or areas of inquiry were important

14  in connection with the diagnosis when you interviewed

15  Dr. Wright?

16  A.  Well, the items of the test, they are divided into the

17  areas of social interactions, social communication, and a

18  cluster of behaviors called restricted and repetitive behaviors

19  which focus on things like difficulty with change.  As well as

20  a learning pattern that we call a circumscribed interest, which

21  is when individuals have an all-absorbing interest about which

22  they learn a great deal, they like to talk about those things a

23  great deal.  And usually, when they are alone thinking about

24  something, whereas their peers might be thinking about people,

25  they are thinking about those circumscribed interests.

1    Q.  Did you discuss with Dr. Wright any particular things that

2    you would characterize as levels of obsessive interest?

3    A.  Dr. Wright has a lifelong pattern of becoming obsessed

4    about specific areas of interest as a coping style for the

5    things that he doesn't have, doesn't understand, or do not come

6    naturally to him.

7        So from very early on in his life, he engaged in learning a

8    great deal about specific topics, specific issues that he

9    became an expert on and about which he wanted to talk with his

10   peers.  But over the course of his life, he had very few

11   friends because not many children or, for that matter, later on

12   in his life, not many people shared his interests.  This is

13   something that is very characteristic of individuals with

14   autism.

15       And his attempts to engage others was always very one-sided

16   and he ended up alienating his peers and he was mercilessly

17   bullied and ridiculed and ostracized for most of his school

18   life.

19           MR. BRENNER:  Your Honor, objection.  Violates a

20   motion in limine order.

21           MS. MCGOVERN:  Your Honor, this simply goes to the

22   issue that forms the basis for the evaluation.

23           THE COURT:  The objection is overruled at this point.

24   BY MS. MCGOVERN:

25   Q.  You mentioned coping, Dr. Klin.  I'd like to ask you about

1   that.  And I think you've mentioned it a couple of times.

2   Could you explain what you mean by coping in connection with

3   autism.  What does that mean?

4   A.  Individuals -- and I'll try to be brief.  Individuals with

5   autism don't have a sense of common sense.  They don't have a

6   sense of context.  They learn about the world without

7   necessarily living in the world.

8       So they allow for their learning, for formal knowledge, for

9   things that they -- the facts and information that they

10  acquire, to almost substitute any sense of an intuitive

11  experience with -- within the social domain.

12      That's very disconcerting for them because they have no

13  control over the outcome of their next social interaction

14  because they're blind to people's minds and they are also blind

15  to the rules of interaction.

16      And even more importantly, they are unaware of their role

17  in the impressions of others.  And because they are unaware of

18  the kinds of impressions that they are bringing about in their

19  peers or in people they are interacting with, they cannot

20  monitor themselves and they often become quite paranoid in

21  terms of why the world treats them like that.

22      They have a learning style that goes from parts to whole.

23  Most of us are whole to parts.  They tend to become focused

24  sometimes in very irrelevant details, missing entirely the big

25  context or the gist.  They do so in communication --

```
 1              MR. BRENNER:  Objection, Your Honor.  Narrative.

 2              THE COURT:  Sustained.

 3    BY MS. MCGOVERN:

 4    Q.  Dr. Klin, do you have any examples that you can provide in

 5    connection with your evaluation and diagnosis of Dr. Wright

 6    with respect to what you just referred to as part of autism

 7    from a parts-to-a-whole condition?  A specific example or

 8    discussion that you had that led you to the conclusion that you

 9    have reached?

10    A.  Well, Dr. Wright becomes focused on -- sometimes obsessed

11    with very specific details of most situations and fails to see

12    what is the context or what is the value or sometimes how a

13    general situation is going to truly harm him because he is not

14    very good at seeing the global picture because of his obsession

15    with little parts.  And sometimes those are negligible.

16    Sometimes they are irrelevant.

17    Q.  Dr. Klin, if I may refer to a specific question regarding

18    this parts-to-whole that you just described.  Is that something

19    in your evaluation and diagnosis of Dr. Wright that presented

20    itself -- it manifested itself from an early age?

21    A.  Certainly.  And it became very apparent from the time that

22    he transitioned to school.  In fact, he went to many, many,

23    many schools.  But he was almost expelled from school once

24    because he took issue with what the teachers were teaching in

25    the school.
```

1    And there was one episode that he took issue with the fact

2    that the teacher had taught that Australia is the largest

3    island in the world.  And in his mind, it was not.  And that

4    sounds like a trivial thing --

5              MR. BRENNER:  Your Honor, objection.  Undisclosed

6    opinion.

7              THE COURT:  I'm sorry.  The basis of the objection?

8              MR. BRENNER:  Undisclosed opinion.  This is not

9    anywhere in his --

10             MS. MCGOVERN:  It's not even an opinion, Your Honor.

11   He's simply explaining whether this is something that was

12   present from early on.  There's an issue with respect to

13   continuity in terms of his opinion.  This goes directly to that

14   issue.

15             THE COURT:  Overruled at this point.

16   BY MS. MCGOVERN:

17   Q.  If you could simply be brief with respect to the specific

18   example you're referring to at a younger age.

19   A.  He made the point of correcting the teacher about something

20   that is quite trivial.  And by being obsessed about being

21   right, he almost got expelled from school.  So he lost the real

22   overarching important fact here that he should not have done so

23   because he was causing himself a great deal of harm.

24   Q.  Dr. Klin, I want to ask you about the second issue or

25   reference that you made with respect to repetitive or obsessive

1    behavior.  Why is repetitive and obsessive behavior part of the

2    autistic condition?

3    A.  Most of us obsess about people.  We think about people all

4    the time.  If people are not very salient in your life, you

5    will obsess about the things that, one, make sense to you, they

6    don't change.  Facts and information don't change.  And by

7    learning facts and information about the world, it makes it

8    possible for me to try and understand the experiences that I

9    have with other people and myself.  So it's a coping mechanism.

10   Q.  Does it interfere with the ability to form relationships?

11   A.  Well, absolutely.  The reason --

12   Q.  Why is that?

13   A.  People form relationships typically to share experiences,

14   personal experiences with one another.  If what you want to

15   share with others are topics such as geometry and algebra or

16   middle age history or, for that matter, washing machines or

17   deep fat fryers, any of those topics of circumscribed

18   interests, other people are not interested in that.  You're

19   going to be seen as odd and weird and you're going to be

20   ridiculed, and in schools people are going to be very cruel to

21   you and you would have no friends.

22   Q.  And did you learn that's, in fact, what happened with

23   Dr. Wright when he was young?

24   A.  That happened to him consistently over the course of a

25   great portion of his life.

1   Q.  Dr. Klin, why did you choose -- or why did you think that

2   it was important to meet with Dr. Wright's maternal uncle, Don

3   Lynam?

4   A.  Well, I was trying to generate as much information about

5   Dr. Wright's history.  And so I was welcoming any additional

6   perspective, any additional memory that people could bring to

7   bear on the totality of what I could find out about him.

8   Q.  And did you, in fact, learn through -- I'm sorry.  Did you

9   interview Dr. Lynam?

10  A.  The interview -- there was a series of interviews.  They

11  were conducted by Dr. Celine Saulnier, my colleague.

12  Q.  And did you -- how did you compile the work with

13  Dr. Saulnier with respect specifically to the interview with

14  Dr. Lynam?

15  A.  We talked frequently while she was conducting the

16  procedures.  And I actually asked to conduct yet another

17  interview during that time because I was not fully satisfied

18  with some portions of the material.  And then we discussed it,

19  and I asked her to write a report, like we usually do, and I

20  would then incorporate that into my -- into my final work

21  product and into my opinion.

22  Q.  And with respect to the interview with Dr. Wright's

23  maternal uncle, did you conclude that the information that he

24  provided was consistent with your diagnosis of autism?

25  A.  We -- I don't -- through those things, we used something

1  called a semi-structured interview.  You ask open-ended

2  questions and people provide you with very concrete examples

3  and observations of a person's life.  The idea of having three

4  informants for his history was to look for consistencies and

5  then to validate the data.

6  Q.  Okay.  And could you tell me -- could you give -- briefly

7  describe, Dr. Klin, the information that was provided by

8  Dr. Wright's mother.

9  A.  Dr. Wright's mother provided the bulk of his early history.

10  Of course, because being the mother, she accompanied him for

11  the first few years of life in particular.  So she was able to

12  provide a wealth of information about that.

13  Q.  Is an interview of the mother, in diagnosing an individual

14  with a condition of autism, important?

15  A.  Well, it is critically important for a diagnosis of autism

16  that you have a developmental history and you have an account

17  of the person's current presentation.  So the mother, of

18  course, being the caregiver -- one of the caregivers, provides

19  you that kind of information.  And it's typically the mother

20  that we interview in diagnosis -- for a diagnosis of a person

21  with autism.

22  Q.  And what about what the mother -- the information that the

23  mother provided you did you consider to be important in

24  reaching your opinion here?

25  A.  I felt that it was important, that it was reliable.  It was

1   rich.  She provided an account of Dr. Wright's major

2   relationships within his family, for example.  All of those

3   things are important for me to try and understand what kind of

4   experiences he had as a child.

5   Q.  And in connection with the experiences that you just

6   referenced, were there specific experiences that you can share

7   that you thought significant in reaching your opinion here?

8   A.  Well, Dr. Wright has had very few important relationships

9   in his life, or relationships that can be called deeper

10  relationships.  One of them was with his maternal grandfather

11  who his mother described as two peas in a pod.  He spent a

12  great deal of time with him.  He was very similar to Dr.

13  Wright.  He was very bright, very isolated.  He was a radio

14  engineer and they pursued many, many, many, many hours of joint

15  activities.  The fact that the maternal grandfather was so

16  similar to him, in her account, is an important insight to me.

17  Q.  And I believe you also mentioned that an interview was

18  conducted of Dr. Wright's younger sister; is that right?

19  A.  It is right.

20  Q.  Could you tell us a little bit about that and why that was

21  considered to be important in connection with your evaluation?

22  A.  Being just two years younger than him, she observed him as

23  a peer and observed him interacting with other children.

24      So one event, for example, that she described very vividly

25  was that she once saw this young adolescent dressed as a ninja

1  in a park playing alone and looking at the sky, and she kind of

2  in her mind mocked that -- that adolescent as weird and odd.

3  And then she went home.  And a few minutes later, he arrives

4  and he's dressed as that ninja person whom she observed in that

5  park.

6  Q.  With respect to the specific procedures that you performed

7  in your report, Dr. Klin, could you give sort of an overview of

8  what the Autism Diagnostic Interview is in connection with the

9  diagnosis of an individual with the condition?

10  A.  The Autism Diagnostic Interview is a very comprehensive

11  procedure that focuses on developmental history and current

12  presentation in the domains of speech, language, communication,

13  social interaction, behavior, interests, repetitive behaviors,

14  things of that nature.  It covers the entire range of both

15  developmental and current symptomatology of autism.

16  Q.  Okay.  And with respect to the ADIR, did Dr. Wright meet

17  the criteria for autism with respect to the use of that tool?

18  A.  Yes.  Dr. Wright met the criteria for autism on the ADIR.

19  He also met the criteria for autism spectrum disorder on the

20  ADOS, which is the procedure that I -- that I administered.  He

21  also met the criteria on the rating scale, the SRS, the Social

22  Responsiveness Scale.  In all of those scales, he met criteria

23  for autism spectrum disorder.

24  Q.  Dr. Klin, is it fair to say that there's a lot of

25  information that's gathered and that's provided in connection

1    with the tools that you have just identified?

2    A.   Yes.   There is a wealth of information about a person's

3    history and about the person's current presentation from these

4    different vantage points.   Whether it is interviewing an

5    informant or making an observation or reviewing any exigent

6    materials.   Yes.   And my opinion was based on the totality of

7    that wealth of information.

8    Q.   And I'd like to ask you sort of generally about how those

9    tools are compiled in reaching sort of a conclusion about a

10   condition of autism.

11       So there's a lot of information that's requested and

12   provided.   And in connection with that information, is there a

13   baseline result that needs to be sort of determined in order to

14   find that an individual has autism?

15   A.   Each one of those instruments have rating criteria.   For

16   rating scales, it's the item itself.   And for those very

17   elaborate semi-structured interviews there are 150-, 200-page

18   manuals that basically allow you to take the information that

19   you're receiving from people and mapping that on very

20   standardized criteria so that you can rate them.

21       Subsequently, those scores are moved into an algorithm page

22   and the scores on that algorithm page are the ones that make a

23   determination as to whether or not a person meets criteria for

24   autism.   That's the formal part.   Then there is the informal

25   part, which is all of the impressions that an expert clinician

obtains.  And the final opinion or the determination comes from
the merging of those two -- those two lines of evidence.  One,
the formal data and then the informal data which is really
clinical experience and judgment.

So for a best practice parameters evaluation of individuals
with autism, you don't take anything in isolation.  You combine
it all.  And it is the experienced clinician who does so.

Q.  So let me ask you a little bit about the isolation versus I
think what you are referring to as the totality.  So with
respect to the different ratings that you would provide, is it
fair to say that a particular rating in a given topic or field
or assessment isn't determinative of a condition of autism?

MR. BRENNER:  Objection.  Leading.

THE COURT:  Sustained.  Rephrase.

MS. MCGOVERN:  I'll rephrase.

BY MS. MCGOVERN:

Q.  Dr. Klin, could you please explain how the ratings are used
in reaching a final determination, which, from what I
understand, is both formal and informal gathering of
information.

A.  There is a great deal of heterogeneity among individuals
with autism.  So no two individuals with autism are alike.
Therefore, you have a very comprehensive system to map many,
many, many, many different symptoms, some of which may be
present, some of which may be absent in a given person.  So you

1    need to bring it all together in order to understand whether or

2    not the child has -- the child, adolescent, or adult has that

3    condition.

4        We are trained, and I train others, not to see things in

5    isolation, even though there are some symptoms that are what's

6    called "pathognomonic," which is basically symptoms that are so

7    unusual that is very characteristic with individuals with

8    autism.

9    Q.  Let me ask you a little bit more about some of the specific

10    findings that you reached using these informal and formal

11    tools.  Was there anything in Dr. Wright's developmental

12    history that you considered?

13    A.  Absolutely.  So Dr. Wright was a precocious speaker, so he

14    learned language earlier than others and he acquired very

15    articulate language earlier than other children.  And once he

16    did so, he was a child that actually impressed others because

17    he used a lot of fancy or very sophisticated language when

18    other children did not.

19        This is very typical of individuals with autism.  Once he

20    went to school, he isolated himself.  He was much more likely

21    to become a -- to be by himself learning about the things that

22    he wanted to learn, engaging in those circumscribed interests

23    in engineering and math and computer programming and things of

24    that nature.  And the only people who interacted with him would

25    be similar geeks, as you were.

1    He was part of the computer club and things of that nature,

2    but all of those things are things that are extremely

3    characteristic of individuals with Asperger's Syndrome.

4    Q.  What were your findings, Dr. Klin, regarding Dr. Wright's

5    communication skills?

6    A.  That some areas, he has gifted skills.  His knowledge of

7    language, including history of words, formal knowledge about

8    history, philosophy, all of those kinds of things are major

9    strengths for him.

10    And everything that has to do with informal language or

11    language used, sometimes called the pragmatics of speech, those

12    are major deficits and they are extreme on both ends.

13    Q.  What were your findings, Dr. Klin, regarding Dr. Wright's

14    social interaction skills?

15    A.  Dr. Wright had difficulty understanding other people.  He

16    had difficulty understanding other minds.  He did not have a

17    concept of perspective taking.  He didn't understand why people

18    talk about nothing, that engage in small talk.  In his mind,

19    people should only talk in order to accomplish a goal.  He --

20    the minds of others are not in his mind.  He would rather have

21    people adopt a scientific principle and make a point.  So he

22    used the things that he did extremely well to try and make up

23    for the things that he didn't have.

24    Needless to say, you can read many encyclopedias about

25    words.  It is still going to be very hard for him to

1    understand, at times, the meaning of a particular word uttered

2    by an individual that is entirely based on their intention and

3    on social context.

4    Q.  Dr. Klin, I believe you also mentioned that you interviewed

5    Dr. Wright's wife; is that right?

6    A.  I did not interview Dr. Wright's wife.  Dr. Saulnier is the

7    one who interviewed her.

8    Q.  And did you receive Dr. Saulnier's report regarding her

9    interview of Dr. Wright's wife?

10   A.  Yes.  I received -- from Dr. Saulnier, I received a draft

11   report that later was incorporated in my report.  And she also

12   forwarded several communications that she had with Dr. Wright,

13   as well as with his wife.  These were emails that were sent in

14   order to clarify, follow-up questions, things of that nature.

15   Q.  And did you -- or how did you compile the information

16   received from Dr. Saulnier with respect to her interview of

17   Dr. Wright's wife in connection with your evaluation?

18   A.  Once we discussed and agreed on most of the findings, I --

19   she wrote -- she wrote the draft and I basically incorporated

20   it entirely into my own report.  A lot of the informal

21   observations that she had made or communications that she had

22   had with Dr. Wright and his family, some of them were very

23   telling and so I incorporated that in other portions of my

24   report.

25   Q.  What sort of things were telling, Dr. Klin?

```
 1              MR. BRENNER:  Again, Ms. McGovern --

 2              THE COURT:  I'm sorry.  The basis?

 3              MR. BRENNER:  No.  I just can't hear the question.

 4    BY MS. MCGOVERN:

 5    Q.  What sort of things -- you mentioned there were things that

 6    were telling.  I'm asking what sort of things.

 7    A.  Well, Dr. Wright was asked to complete the SRS, the Social

 8    Responsiveness Scale.  And two of the items there are "is

 9    considered odd or weird by others" and the other one is "has a

10    sense of humor."

11         Now, I imagine that you understand what I mean by that,

12    correct?  But Dr. Wright wrote to Dr. Saulnier a page-long four

13    paragraphs on what he -- on the history of those words.  The

14    word "weird" and the word "humor."

15         He scrolled through all of those going back all the way to

16    the middle ages in terms of what those words actually meant at

17    the time.  And then he finally stated to Dr. Saulnier:  "On the

18    basis of my 30 years of experience, I believe that you're using

19    this word wrongly, but I'll try to answer this as I believe

20    you're using it."

21         So most people know what odd is, or is considered odd or

22    weird by others.  So this is just one example in which

23    Dr. Wright is unable to use the context, the whole of a

24    situation in order to get the communication that is going to be

25    relevant to the other.
```

1   Needless to say, 500 years of the history of the word

2   "weird" are not relevant to that instrument, but that's his way

3   of coping and learning.

4   Q.  Did you learn anything with respect to the collaborative

5   work that you did with Dr. Saulnier about Dr. Wright's wife's

6   descriptions of what life is like with Dr. Wright that led to

7   your conclusion or your opinion here?

8   A.  I was very impressed by Dr. Wright's wife's flexibility

9   that she learned over the years in dealing with him, in her

10  feelings for him.  And also her ability to make a dent into

11  some of the extraordinary regimented and rigid routines that he

12  has in his life.

13      When I asked Dr. Wright, for example, to provide me with

14  what does he do every day, he gave me a very specific list that

15  starts at 6:15 in the morning and goes all the way to at night,

16  for seven days of the week.  Learning Chinese, doing this --

17  even hygiene and exercise is in his schedule.  But his wife

18  managed to get into the Sunday schedule sleeping in.  So she

19  was able to basically take his extraordinarily rigid way of

20  being in this world and make it less so.

21      She also is very interested in him and has relentlessly

22  tried to understand him.  In fact, this I believe, as stated to

23  me by Dr. Wright, is what makes her so special.  He has a life

24  history of people who did not understand him, and here is

25  somebody who tries extremely hard every day to understand him.

1    Q.  Dr. Klin, what were your findings regarding the

2    restrictive, repetitive, and stereotypical patterns of behavior

3    in Dr. Wright?

4    A.  That this is a pattern for -- of his entire life.  They

5    progress.  Some became productive, some not.  But that's what

6    he uses not only in his vocation or in his business; it's

7    something that he uses to understand others.

8        At one point, Dr. Wright actually wrote a mathematical

9    rendition of himself to his wife trying to help her understand

10   him, even to provide her with a computer program.  And he was

11   extremely disappointed by the fact that she didn't use it.

12       But -- I know it sounds strange, it sounds odd, but when

13   you don't have that intuitive sense of the other, you use

14   whatever skill you have.  And in his mind, his mind is probably

15   best rendered as a mathematical abstraction.

16   Q.  Dr. Klin, is this contrived, in your opinion?

17   A.  The way that Dr. Wright is here, outside, at work, in his

18   home for most of his life has had a level of consistency that

19   is remarkable.  This is who he is.  He is in the same way

20   whether he is speaking in this courtroom, or he is speaking at

21   work with his employees or other individuals, or if he's

22   creating havoc in his own home by basically being overly

23   literal.  And his wife told me that the children actually poke

24   a lot of fun at him because he is too naive to understand that

25   they are making fun of him in an endearing way.

1    But what I'm saying is that the way he is has been like

2    that for all of his life.  So no, the things that I was

3    gathering were not contrived.

4    Q.  Literalness.  I'd like to ask you about that.  You said:

5    "Overly literal."  What do you mean?

6    A.  Most of the time, we say things that we don't mean.  We

7    mean things that we don't say.  We do that to be funny.

8    Sometimes we do that in order to be endearing or to be close to

9    somebody, but we use sarcasm, metaphor, and humor all of the

10   time to convey ideas to others.

11       That's not something that Dr. Wright fully understands.

12   Actually doesn't understand very much at all.  And there are

13   many idiomatic expressions that we use all the time that fail

14   to get to him.  Even when I was talking to him and I was trying

15   to get a sense of how much hostility other children had for

16   him, and rather than saying:  "Did people beat you up," I said:

17   "Did people come after you?"  And his answer was a question:

18   "Define 'come after.'"

19       So do you understand what is "coming after" another person?

20   I'm sure you do.  But for him, he gets very focused on the

21   precise meaning of words, particularly the literal meaning, the

22   dictionary definition of the word.  And we play with words all

23   the time and just as part as being sort of interacting with

24   others.

25       This is a major, major area of deficit.  Children by the

1  age of three are able to understand humor.  By the age of four,

2  they understand metaphors.  And by the age of five, they are

3  fully proficient in understanding sarcasm.  And sarcasm is very

4  important if you're trying to understand the intention of the

5  other, particularly if the person is going to be hostile to

6  you.

7  Q.  Dr. Klin, I'd like to go to a second question in connection

8  with your opinion in this case, and that is how Dr. Wright's

9  diagnosis of autism would impact his presentation in

10 adversarial proceedings.  Without going into issues of

11 credibility or anything like that, that's not my question, can

12 you answer that question?

13 A.  Despite Dr. Wright's high intellect and prodigious skills

14 in some areas, his presentation is not very different from

15 other individuals with autism that I have seen over the years,

16 because they focus on irrelevant details and miss the whole --

17 sometimes what is the whole proceeding.

18 Q.  So, Dr. Klin, just to be specific about that, because

19 you've mentioned the parts-to-the-whole before.  What exactly

20 does that do for somebody with autism in an adversarial

21 proceeding when they focus that way?

22 A.  I'll use an anecdote of one of my patients with autism.

23 Finally, he was able to drive.  He was stopped by the police.

24 The police told him:  "You are going 37 miles an hour on a

25 25-mile road."  My patient turned to the police and said:  "No,

1   Officer.  I was going 45 miles an hour."

2         So my patient was focusing on being not only truthful, but

3   being precise about the facts, missing the entire context of

4   that interaction, which is basically he was fined now double.

5         So this is what I mean by facts -- by focusing on an -- on

6   an irrelevant detail relative to the gist or the entire context

7   of the situation.  Individuals with autism are terrible

8   self-advocates and they have a tendency to self-incriminate.

9   Q.  Dr. Klin, so in addition to the parts-to-whole which you

10  mentioned, I believe you also mentioned focus on irrelevant

11  details.  Okay.  How have you found in your over 35 years of

12  experience in this field -- how have you found that

13  parts-to-whole and irrelevant details affects individuals with

14  this disability?

15  A.  Well, they fail to see the whole, the gist, the context,

16  the importance of a certain situation to their well-being by

17  becoming overly obsessed with an irrelevant detail, like a

18  person who is going to try to prove that he or she is right

19  about something that is quite minor and others are not even

20  aware of its importance.

21        And by doing so, coming across as somebody who is -- who is

22  maybe pedantic or overly pedantic, overly precise.  All of

23  those kinds of things end up creating impressions on others

24  that they are incredulous because they might believe that I'm

25  being willfully deceitful.

1   Q.  Dr. Klin, what does the Marcus Center of Autism do to help

2   situations like that with people with this disability?

3   A.  Well, the major approach is called social skills learning,

4   which is basically teaching children, adolescents, and adults

5   the rules and regulations of social interaction.  So it's a

6   little bit like teaching all of those things that are unspoken,

7   that are not taught in schools.

8       We make it explicit and literal, so that at least the rules

9   and regulations are known in a very explicit fashion, and then

10  we practice it and practice it so that they are able to

11  translate that into action when they are in the context of

12  other people.

13      And another very important piece here is that because of --

14  people with autism and Asperger's Syndrome don't understand

15  their role in the impression of others, they get very anxious.

16  So anxiety is very prevalent amongst individuals with autism

17  because they are baffled, they are confused by their social

18  environment.  And then when they are under stress, then their

19  skills are even lower and their rigidity is even higher, and

20  then they get into even more trouble.  They become even more

21  focused on irrelevant details.

22  Q.  The characteristics that you have just described, Dr. Klin,

23  are they always consistently present?

24  A.  As I said, you've seen one person with autism, you've seen

25  one person with autism.  Individuals have individual

1    characteristics and not every symptom is present in every one

2    individual.

3    Q.   Let me clarify my question.  What I meant was in a single

4    person who's been diagnosed with autism, are the conditions of

5    autism consistently present?

6    A.   Yes.  In the sense that those are -- those are things that

7    are brain defined and individuals show those skills, or lack

8    thereof, those symptoms over the course of their lives.  Having

9    said -- and autism is a lifetime condition.

10        Having said that, through treatment, through help, when you

11   have a coach who is going to help you create a more polished

12   presentation, for example, when you have an important

13   relationship like a spouse that is basically going to teach you

14   day after day after day, those kinds of symptoms become

15   mitigated over time and the person reaches a more successful

16   presentation, or at least a presentation that is not going to

17   cause a lot of trouble to a lot of people.

18   Q.   Is there a cure for autism, Dr. Klin?

19   A.   Autism is not a disease.  So no, there is no cure to

20   autism.  It's not like taking an antibiotic to cure an

21   infection.  Autism is a way of being in this world.

22        Years back, people had a very stigmatized view of autism,

23   just like they had of all developmental and mental health

24   conditions.  Nowadays, we can see that were we to intervene,

25   that we can help a person do the things that are going to make

```
 1   them more fulfilled individuals, having meaningful

 2   relationships, having -- living independently and working

 3   independently.

 4        So that way of being in the world, that way of thinking in

 5   the world is just another perspective of being a human being.

 6   Unfortunately, most of what we need to do to successfully

 7   achieve things in life depend on others, and this is an area of

 8   great disability.  So most of the individuals with autism have

 9   difficulty getting a job because they cannot go through

10   interviews and they cannot --

11             MR. BRENNER:  Objection.  Narrative, Your Honor.

12             THE COURT:  Sustained.

13   BY MS. MCGOVERN:

14   Q.  Dr. Klin, when you were conducting your evaluation of

15   Dr. Wright, did you come to learn whether Dr. Wright has any

16   friends right now?

17   A.  I'm sorry?

18   Q.  Whether Dr. Wright has any friends right now?  Did you come

19   to learn whether he has any friends right now in conducting

20   your analysis?

21   A.  So you asked me what are the different elements of the

22   Autism Diagnostic Observation Schedule.  The understanding of

23   friendships and friendships by themselves is a big piece of it

24   because --

25   Q.  Why?
```

1   A.   Because we come into this world to develop relationships

2   with others.   In fact, our very survival depends on those

3   relationships and friendships are part of that.   He had very,

4   very, very few people that he named that he considered a

5   friend.

6   Q.   What about now?

7   A.   He considered his wife a friend.   When I probed further, he

8   considered a professor that he had contact with who shares some

9   of his interests.   When I tried very hard for him to define

10  further, he could not define the essence of being a friend.

11  Q.   Did you come to have an understanding or reach an

12  understanding as to what Dr. Wright's concept of friendship is?

13  A.   Yes.

14  Q.   What is it?   What did you come to learn?

15  A.   So Dr. Wright has been victimized over the course of his

16  life.   Has been called inadequate, he's been called odd and

17  weird and a whole bunch of things.   Somebody who would share

18  his interest, somebody who would have interest in his

19  interests, and even validate his work as something beneficial

20  and something exciting, that person becomes a friend.   And by

21  his wife's account, he has done that repeatedly over the course

22  of his life and he has become overly trusting of many people

23  only to become disappointed later.

24  Q.   Why is validation part of the consideration with respect to

25  Dr. Wright's diagnosis?

```
 1    A.  We all want to be validated in the way we are and what we

 2    produce.  But we have a much broader range of things that we

 3    want validated.  We want to be attractive, we want to be nice.

 4    There are a whole bunch of values that go in being very social.

 5         In his mind, he is a one-track person.  He is a math

 6    person.  He is an engineering kind of a person.  That -- it's

 7    not only his occupation.  That defines his very identity and

 8    whether or not he's a valuable or inadequate person.  Or -- and

 9    so this is really -- it's in his -- it's in his heart that any

10    validation from the things that he has devoted most of his life

11    to is going to be critical, critical for the way that he sees

12    himself and the way that he sees his future.

13    Q.  Dr. Klin, is there anything about your observations or

14    opinion that explain Dr. Wright's vulnerabilities?

15              MR. BRENNER:  I'm sorry?

16              MS. MCGOVERN:  Vulnerabilities.

17              MR. BRENNER:  I'm just -- sorry.

18              MS. MCGOVERN:  Do you want me to repeat the question?

19              MR. BRENNER:  Yeah, please.  I'm sorry.

20    BY MS. MCGOVERN:

21    Q.  Is there anything, Dr. Klin, about your observations or

22    opinions that explain or describe Dr. Wright's vulnerabilities?

23    A.  Every single thing that I've mentioned to you in social

24    interaction, in social cognition, social awareness, in social

25    communication, his rigidity in learning, his circumscribed
```

1   interests, all of those things are major vulnerabilities in his

2   life or at least insofar as another human being is concerned.

3   Q.   Does Dr. Wright's diagnosis, in your opinion, based upon

4   your over 35 years of experience in defining autism, impact the

5   way that he solves or he approaches solving a problem?

6   A.   Again, it's very important for me as a clinician to have a

7   sense of how do you see the world, what is your world view,

8   what are the building blocks of your learning, so that I can

9   take your perspective and see the world through your eyes and

10  experience the world through your heart.

11       In order for me to be an effective clinician, I need to be

12  able to be the other.  And here, the other is telling me a

13  very, very, very clear pattern that is very focused on science,

14  engineering, and math and that makes up for the things that

15  everybody has probably in their guts, which is this visceral

16  sense of the other, an intuitive sense of the other, the things

17  that we do effortlessly because we are born and we depend on

18  that as social beings.

19  Q.   Would you say that there's a vulnerability -- or let me

20  rephrase.

21       Is there a vulnerability having a condition of autism in

22  the manner in which you communicate with others about a

23  circumscribed or hyper-focused obsessive interest that you

24  have?

25            MR. BRENNER:  Objection.  Leading and beyond the

```
 1    scope.

 2              THE COURT:  Sustained.

 3    BY MS. MCGOVERN:

 4    Q.  Is there, Dr. Klin, in your opinion in connection with your

 5    analysis, an impact on the communication style of Dr. Wright as

 6    it relates to an obsessive interest that he has?

 7              MR. BRENNER:  Objection.  Leading and beyond the scope

 8    of his opinion.

 9              THE COURT:  Sustained.

10              MS. MCGOVERN:  Actually, Your Honor, on Page 14 of his

11    report, Dr. Klin specifically refers to --

12              THE COURT:  Rephrase, please.

13    BY MS. MCGOVERN:

14    Q.  Okay.  Dr. Klin, have you reached -- or in connection with

15    your assessment and diagnosis of Dr. Wright with autism, did

16    you consider the effect of a circumscribed interest in his

17    communication styles?

18    A.  Yes, I have.

19    Q.  Could you explain, please.

20    A.  Well, most of his communications are about his

21    circumscribed interests.  Most of his communications are about

22    his circumscribed interests or something connected to that.

23         Even when I was having an informal conversation, he would

24    turn the person immediately into a big lecture about one of his

25    interests.  And that tends to alienate other people.  It tends
```

1    to convey a sense that you are -- that you are odd, that you're

2    weird, that you're not thinking of what might be of interest to

3    others.

4        It's also the case that those individuals are overly

5    trusting.  They cannot judge other people's intentions,

6    including bad intentions, and they also then become the perfect

7    prey, the perfect victims.

8    Q.  What about tantrums, Dr. Klin?

9    A.  His mother talked extensively about what she called the

10   adult tantrums.  And those adult tantrums have to do with the

11   fact that Dr. Wright cannot deal with any change.  So if he

12   goes to a hotel and the table is not a certain height that he

13   can put his laptop on and work comfortably, he might call back

14   his assistant at any moment of the day, day or night.  It might

15   reduce her to tears at times because this is resistance to

16   change.  This is the name of the symptom.  It can be

17   extraordinarily upsetting, if not devastating, for individuals

18   with autism.

19   Q.  You mentioned, Dr. Klin, social cues.  What is it about

20   social cues that relates to a diagnosis of autism and how does

21   that affect a person's ability to communicate effectively?

22   A.  If I enter into this room, I'm going to observe people who

23   are conveying through their postures, through their facial

24   expressions, sometimes even the way they are talking -- they

25   are conveying what is this context.  And I'm going to adjust my

1    behavior to that context.  So that if I am, for example, in a

2    church, I might be more formal.  If I'm talking with a friend,

3    say, in a football stadium, I'm going to use language that will

4    define my feelings about a team.  Formal, informal, we adjust

5    to a context.

6        Dr. Wright is unable to adjust his own context, his own

7    behavior to the context where he's in.  And so at times, he can

8    be very disrespectful in very formal environments and, at

9    times, he is overly formal in what's supposed to be an informal

10   conversation.  But our folks do that all the time.

11       I used to say that our children with autism, they usually

12   are overly colloquial with the principal and overly formal with

13   their peers, so they get punished by the principal and they

14   have no friends.

15   Q.  Have you heard of a concept, Dr. Klin, of adjustment of

16   self?

17   A.  I'm sorry.  I didn't hear you.

18   Q.  Adjustment of self?

19   A.  Adjustment of self?

20   Q.  Yes.  Have you heard of that concept in connection with

21   autism?

22   A.  There are various things that make possible for us to be

23   socially competent.

24   Q.  Socially -- excuse me?

25   A.  Social competent.  To have back-and-forth, to have

```
 1    reciprocal conversations and, for that matter, reciprocal
 2    relationships.  One of them is that we adjust the way we are to
 3    either what is expected by the other, or if we are trying to
 4    endear ourselves to the other, to impress the other person.
 5    Q.  Let me ask you a question about your use of the word
 6    "reciprocal," Dr. Klin.  Are you referring to reciprocal in
 7    terms of the ability to understand each other?
 8    A.  When we were talking, I take a turn, you take a turn.  I
 9    take a turn, you take a turn.  Babies begin to take turns
10    around the age of two to three months of age.  It's critical
11    for the development of speech, language, and communication.
12        And this is something that we not only adopt ourselves, but
13    we expect from other people.  These are the unspoken rules of
14    conversation.  Individuals with autism break those rules all
15    the time.  There are very one-sided.
16    Q.  Dr. Klin, in connection with your work at Yale and with the
17    autism center -- the Marcus Center of Autism in Atlanta, do you
18    engage in any work that assists an individual with autism in
19    self-advocacy?
20    A.  Well --
21            MR. BRENNER:  Objection.  Relevance.
22            THE COURT:  Sustained.
23    BY MS. MCGOVERN:
24    Q.  Dr. Klin, I should have asked you this before, but just to
25    sort of get this out of the way, you're hired as an expert in
```

```
 1    this case, correct?  You're hired as an expert in this case,

 2    correct?

 3    A.  I am.

 4    Q.  And you're being paid for your work as an expert in this

 5    case?

 6    A.  Yes.

 7    Q.  How much are you being paid?

 8    A.  I am paid $600 per billable hour.

 9    Q.  Okay.  And in connection with your engagement in this

10    case -- I know you referred to it before, but I just want to

11    ask you this question:  In connection with your engagement in

12    this case, was the engagement that was requested of you an

13    engagement so that you would reach a determination of autism of

14    Dr. Wright?

15              MR. BRENNER:  Objection.  Leading.

16              THE COURT:  Sustained.  Rephrase, please.

17    BY MS. MCGOVERN:

18    Q.  D. Klin, could you describe the circumstances in which you

19    were engaged and the purpose for that engagement?

20              MR. BRENNER:  Objection.  Asked and answered.

21              MS. MCGOVERN:  That was very briefly referred to, Your

22    Honor, and I think it's important to establish it.

23              THE COURT:  Sustained.

24              You want to ask another question with regard to the

25    engagement?
```

```
 1   BY MS. MCGOVERN:

 2   Q.  Dr. Klin, in connection with your engagement, did you --

 3   did you consider the request with respect to the fact that

 4   Dr. Wright is in litigation in connection with your acceptance

 5   of that engagement?

 6   A.  Yes, absolutely.  And I have engaged in similar expert

 7   witness work in the past.

 8   Q.  Okay.  And are there circumstances in which you've been

 9   asked to engage for the purposes of a diagnosis of autism and

10   refused to do so?

11           MR. BRENNER:  Objection.  Relevance.

12           THE COURT:  Overruled.  I'll allow it.

13           THE WITNESS:  But I did not quite understand.  Did I

14   refuse to take the case?

15   BY MS. MCGOVERN:

16   Q.  Did you refuse to reach an opinion of autism in connection

17   with a case in which you were retained?

18   A.  Oh, certainly.  As I indicated to you and to your

19   colleagues, my opinion goes where the evidence goes.  And so

20   when I am beginning an evaluation, I don't know what is going

21   to be the conclusion.  I have had more than one expert witness

22   engagement that I have had in which I reached the conclusion

23   that the person did not have autism, even in situations that

24   were not -- I believe this is a civil litigation, but I was

25   involved in criminal litigations as well, in which my opinion
```

```
1    was that the person did not have autism.

2    Q.  And just to be clear, you were not asked to provide an

3    opinion in this case as to whether there's a partnership

4    between Dr. Wright and Dave Kleiman; is that right?

5    A.  I don't have any greater insight than the jury as to the

6    material evidence of this case.

7    Q.  No, but my question is:  You were not asked to provide an

8    opinion as to whether there's a partnership between Dave

9    Kleiman and Dr. Wright, correct?

10   A.  That is correct.

11   Q.  And you were not asked in this case to provide an opinion

12   as to whether there was a partnership to develop intellectual

13   property; is that right?

14   A.  No, I did not.

15   Q.  And you were not asked in this opinion -- in this case to

16   provide an expert opinion on whether Dr. Wright and Dave

17   Kleiman engaged in a business relationship to mine Bitcoin; is

18   that correct?

19   A.  It is correct.

20   Q.  I'd like to ask you about autism and the importance of

21   awareness.  Why is it important to be aware about the condition

22   of autism in others?

23             MR. BRENNER:  Objection.  Relevance.

24             THE COURT:  Sustained.

25
```

```
 1   BY MS. MCGOVERN:

 2   Q.  Dr. Klin, in connection with your work, what is the

 3   motivation for the funding and the grants that are received for

 4   the research related to autism?

 5           MR. BRENNER:  Objection.  Relevance and foundation.

 6           THE COURT:  Sustained.

 7   BY MS. MCGOVERN:

 8   Q.  Dr. Wright -- I mean Dr. Klin, with respect to your opinion

 9   with respect to Dr. Wright, is there anything else that you

10   believe important for purposes of understanding how you came to

11   your opinion that Dr. Wright has the condition of autism?

12   A.  In this setting, as in other settings that I evaluate a

13   person with autism, particularly individuals with autism and

14   high intellect, I'm aware that they often are their worst

15   enemies, their worst self-advocates.  That their behavior tends

16   to engender a lot of feelings that people don't understand

17   because their behavior is different than what they typically

18   observe in their daily lives.

19       And in my experience, if there is no awareness of that, if

20   there is no knowledge of that, then the likelihood that not

21   only that those individuals become their worst advocates --

22           MR. BRENNER:  Objection.  Narrative and relevance.

23           THE COURT:  Sustained.

24           MS. MCGOVERN:  One minute, please.

25       (Pause in proceedings.)
```

```
 1              MS. MCGOVERN:  No further questions.

 2              THE COURT:  All right.  Cross-examination?

 3              MR. BRENNER:  Yes, Your Honor.

 4              May I have one moment?

 5              THE COURT:  Certainly.

 6              MR. BRENNER:  Mr. Roche, can you help me with an

 7  easel?

 8              MR. ROCHE:  Of course.

 9          (Pause in proceedings.)

10              MR. BRENNER:  Your Honor, may I proceed?

11              THE COURT:  You may.

12                         CROSS-EXAMINATION

13  BY MR. BRENNER:

14  Q.  Hello, Dr. Klin.  How are you, sir?

15  A.  I'm well.  Thank you.

16  Q.  Great.  Just to introduce myself again, we did meet at your

17  deposition I guess almost a year and a half ago pretty much

18  exactly, right?

19  A.  I don't recall the date, but I recall that we had a Zoom

20  deposition.

21  Q.  Correct.  Correct.  Because it was during -- well, it's

22  hard to say what the height of the COVID pandemic has been, but

23  it was certainly at one of the heights, right?

24  A.  Yes.

25  Q.  Okay.  So let me start off going through some things that I
```

1    think you and I can agree on.  And I just want to give you an

2    understanding of how the -- how I'd like to proceed and what

3    I'm going to cover with you today, okay?

4    A.  Yes.

5    Q.  Okay.  So, Doctor, I looked at your website for the Marcus

6    Autism Center, so I'm not trying to trick you.  This is coming

7    right from there, okay?  What I'm about to ask you, okay?

8    A.  Please ask away.

9    Q.  Sure.  So I'll say your website, but I'm talking about the

10   center's website.  It describes autism spectrum disorder as a

11   neuro-developmental disorder that affects social skills,

12   communication, and behavior, correct?

13   A.  Correct.

14   Q.  No doubt about that, right?

15   A.  No doubt --

16   Q.  No doubt that's correct?  That's a correct statement of the

17   state of the science, right?

18   A.  It is the definition of autism.

19   Q.  Correct.  It means that the brain develops and works a

20   little differently and can affect how people understand and

21   relate to others.  That's also something that you have stated,

22   right?

23   A.  That is correct.

24   Q.  Okay.  Again, no doubt about that.  No dispute from me,

25   okay?

```
 1   A.  Yes.

 2   Q.  Okay.  I think you said this on direct examination, but by

 3   today's statistics, approximately one in 54 children will meet

 4   the criteria for autism spectrum disorder by the age of eight.

 5   Did I get that right?

 6   A.  The age of eight -- it is correct because the CDC, the

 7   Center for Disease Control and Prevention, has this monitoring

 8   network focused on eight-year-old children.

 9   Q.  Okay.  So that statistic is correct?

10   A.  It is correct.

11   Q.  Great.  And you, as a clinician specializing in autism,

12   agree that the diagnosis of individuals with autism is

13   extremely important in their success in overcoming the

14   challenges that autism may present.  Is that a fair statement?

15   A.  It is.

16   Q.  Okay.  No dispute from me.

17       Next, because the diagnosis -- it's because the diagnosis

18   will lead to evidence-based treatments and interventions which

19   will improve the long-term outcome for these individuals.  Fair

20   enough?

21   A.  Yes.

22   Q.  Okay.  So nothing I'm going to cover with you today -- and

23   hopefully we'll finish today and you can go home -- nothing I'm

24   going to cover with you today is meant in any way to quarrel

25   with any of that that we just went through.  You understand
```

1    that?

2    A.  I do.

3    Q.  Okay.  But what I do want to talk to you about just in a

4    little more detail than you covered with Ms. McGovern is a few

5    topics, and let me tell you what they're going to be and then

6    maybe we'll take a lunch break, okay?

7    A.   Absolutely.

8    Q.  So one topic I'm going to want to cover with you in just a

9    little more detail than Ms. McGovern went through --

10            MS. MCGOVERN:  Objection, Your Honor.  The narrative

11   question.  Objection to the narrative question, Your Honor.

12            THE COURT:  Sustained.

13   BY MR. BRENNER:

14   Q.  Okay.  One of the topics I want to cover with you in a

15   little detail is how you got involved in the case, okay?

16   That's one thing we're going to talk about.

17            MS. MCGOVERN:  Objection, Your Honor.  Again,

18   objection to the narrative questions.

19            THE COURT:  Sustained.

20   BY MR. BRENNER:

21   Q.  The second thing I want to cover with you --

22            MS. MCGOVERN:  Objection, Your Honor.

23            THE COURT:  Mr. Brenner, the objection is sustained.

24   BY MR. BRENNER:

25   Q.  Dr. Klin, in April of 2020, you got a communication from

```
 1   the lawyers representing Dr. Wright, correct?
 2   A.  I certainly got an email correspondence from the attorneys.
 3   Whether it was April or March, I believe it was April.
 4   Q.  I'm going to help with that by going through your invoice.
 5   But in that first conversation or email or communication, you
 6   learned a couple things.  But one of the things you learned was
 7   that they told you this was a -- that the matter they were
 8   consulting you with -- in -- was a high-visibility case.  Do
 9   you recall that?
10   A.  I don't recall that particular, I'm afraid.
11   Q.  Okay.  And in that initial conversation, it was very
12   important to you that you understood exactly what they were
13   asking you to do, right?
14   A.  Yes.  And that's a behavior that I engage in with any
15   attorney who contacts me for expert witness work.  It's very
16   critical for me that the question is defined very explicitly,
17   so that I can find out, number one, if the question is within
18   my expertise, and second, whether it is addressable at all.
19        MR. BRENNER:  Okay.  And if we could bring up as a
20   demonstrative Page 1 of Dr. Klin's report.
21   BY MR. BRENNER:
22   Q.  You set forth the questions you were asked in your report,
23   correct?
24   A.  Yes.  There were two questions that I was --
25   Q.  Okay.  So the first question was -- these are the questions
```

```
 1    that were told to you at the outset by Dr. Wright's lawyers,
 2    correct?
 3    A.  The first -- the first one -- well, the questions come from
 4    the brief communication that we had.
 5    Q.  Right.  And in this document we're looking at, you then --
 6    when you ultimately issue your report, you repeat back the
 7    questions?
 8    A.  Yes, because we distilled those to be the specific
 9    questions that I was going to address in my report.
10    Q.  I'm sorry.  I didn't mean to cut you off.
11    A.  I'm done.
12    Q.  Okay.  If I do, you'll let me know, okay?
13    A.  Okay.
14    Q.  The first question is:  "Does Dr. Wright meet criteria for
15    autism spectrum disorder," right?
16    A.  Correct.
17    Q.  Okay.  The second question, you were asked this on direct
18    and you said that you were asked to -- you were asked:  "If so,
19    how would this diagnosis impact" -- and I wrote it down --
20    "Dr. Wright's presentation in public settings, including
21    litigation?"  But that's actually not what you were asked to
22    do, right?  You were asked to limit -- your question two was
23    specifically limited to legal proceedings?
24    A.  That's not how I saw that question at all.
25    Q.  Okay.  So when you wrote here that -- "how the diagnosis
```

```
 1    would impact his presentation in legal proceedings," you meant
 2    to say:  "Public settings, including legal proceedings"?
 3    A.  Well, how would I know what is specific to a legal
 4    proceeding if I did not have insight to the way he is in his
 5    life in public settings?
 6    Q.  Okay.
 7    A.  So I assume this to be subsumed in that.
 8    Q.  So you meant -- so you meant to write that you were trying
 9    to get a view of him in public settings, including legal
10    proceedings?
11              MS. MCGOVERN:  Objection, Your Honor.  The answer --
12              THE COURT:  I'm sorry.
13              MS. MCGOVERN:  Objection, Your Honor.  Misstates the
14    witness's testimony.
15              THE COURT:  Overruled.
16         (Court reporter interruption.)
17              THE COURT:  Do you want to repeat your answer, Doctor?
18              Thank you.
19              THE WITNESS:  My answer is that I was asked to look at
20    the implications of his diagnosis and his profile in situations
21    that are public or social in nature, including legal
22    proceedings.
23    BY MR. BRENNER:
24    Q.  Right.  Now, this second question -- the second question,
25    you had never been qualified as an expert to talk about by any
```

```
1    Court, correct?

2    A.  I'm sorry.  I didn't quite get the question.

3    Q.  Sure.  Sure.  I'm focusing on the second question -- oh,

4    I'm sorry.

5            MR. BRENNER:  Can I publish the demonstrative to the

6    jury?  That was my mistake, Your Honor.  This is just a

7    demonstrative.

8            THE COURT:  Yes.

9            And Liz, do you mind?

10           Thank you.

11           MR. BRENNER:  Your Honor, can I go back through that?

12    That was not in front of the jury, so I just want to --

13           THE COURT:  All right.  You may.

14    BY MR. BRENNER:

15    Q.  Okay.  So, Doctor, we were focusing on the second question

16    and I asked you -- you had told Ms. McGovern that you were

17    asked to comment on Dr. Wright in public settings, including

18    litigation, and I was pointing out that your -- what you put in

19    your report is that they asked you to focus on his presentation

20    in legal proceedings.  Do you remember those questions?

21    A.  Yes, I do.

22    Q.  Right.  And you told me and told the jury, but now they see

23    it in front of them, that, in your mind, what you were saying

24    there is public settings including legal proceedings, right?

25    A.  That is correct.
```

```
 1   Q.  Okay.  Now, that question, question number two, is
 2   something no Court has ever qualified you to be an expert to
 3   talk about, correct?
 4   A.  I'm trying to answer your question in an exact way.  I've
 5   been in many courts and I have been engaged as an expert
 6   witness in many cases in which I was asked to explain the
 7   behavior of a person with autism in a public setting because
 8   that's typically what they get themselves in trouble with.  So
 9   I'm not sure that I fully understand what you're asking me.
10   Q.  Okay.  Sir, do you recall we talked about it?  I took your
11   deposition about a year and a half ago, right?
12   A.  Correct.
13          MR. BRENNER:  And I'm going to Page 63, line 20
14   through Page 64, line 12.  Obviously, taking out the attorney
15   colloquy.
16       (Pause in proceedings.)
17          MS. MCGOVERN:  I don't believe it's proper
18   impeachment, Your Honor.  Objection.
19          THE COURT:  The objection is overruled.  You may
20   continue.
21   BY MR. BRENNER:
22   Q.  You remember in that deposition you took the same oath you
23   took here today?
24   A.  Yes, sir.
25   Q.  Okay.  So let me just ask you -- I'm going to read to you a
```

1    question and answer.  You were asked:  "Have you ever been

2    qualified as an expert by any Court to talk about how an

3    individual who meets the criteria for autism spectrum

4    disorder -- how their testimony and presentation should be

5    evaluated in legal proceedings?"

6        And your answer is:  "I don't recall that specifically.

7    Typically, I'm asked to describe an individual and impact of

8    his or her presentation on a particular setting, and I don't

9    recall being asked specifically to put this within, say, a

10   legal proceeding such as a deposition or the court appearance."

11       Do you remember being asked those questions and giving

12   those answers?

13   A.  Yes, I do.

14   Q.  Thank you.

15       Okay.  So focusing a little bit on question one, when you

16   get the call -- do you remember if it was a call or an email,

17   the first communication?

18   A.  I believe it was an email.

19   Q.  Okay.  Great.

20       You had never heard of Dr. Wright, correct?

21   A.  I had never heard of Dr. Wright.

22   Q.  Okay.  And they -- they understood that you were -- well,

23   did you come to understand that they knew when they contacted

24   you that you were an autism expert?

25   A.  I believe that the reason why they contacted me is because

1    I'm a known autism expert.

2    Q.  Right.

3        In question one, they didn't ask for a general evaluation

4    of Dr. Wright.  They asked specifically does he meet the

5    criteria for ASD, or autism spectrum disorder, correct?

6    A.  I just would say that these are my words, not theirs.  I

7    think they wanted to -- they had a hint or a feeling that

8    Dr. Wright had autism and they wanted Dr. Wright to be

9    evaluated.

10   Q.  Right.  They came to an autism expert to evaluate

11   Dr. Wright?

12   A.  That is correct.

13   Q.  Okay.  First thing you did before you got any materials is

14   you went on YouTube and you searched for Dr. Wright.  Do you

15   recall that?

16   A.  Yes.

17   Q.  Okay.  You pulled up a video of Dr. Wright speaking.  Do

18   you recall that?

19   A.  Yes.  I spent about two to three minutes watching that

20   video.

21   Q.  Right.  And that -- that speech that you watched was

22   outside the litigation setting, correct?

23   A.  My recollection is that it appeared to be some kind of a

24   conference or a convention.

25   Q.  Okay.  So we're going to call that -- can we call that a

```
 1    non-litigation Dr. Wright?  Is that fair?
 2    A.  I would call that a two- or three-minute watching the
 3    videotape in order to find out who is this person that I'm
 4    asked to evaluate.
 5    Q.  I'm not asking you the length of the video.  That was --
 6    Dr. Wright was in a setting that was outside litigation?
 7    A.  Oh, it was outside litigation.
 8    Q.  Okay.  So we're going to call that -- excuse my
 9    informality -- I'm going to say:  "CSW, Dr. Wright, outside
10    litigation" -- this is why I don't write.
11        Okay.  So that is -- this is "video speaking," right?  Did
12    I get that right?  Video of Dr. Wright speaking, fair?
13    A.  I believe that he was either giving a presentation or
14    answering questions.
15    Q.  Okay.  Right.  In the video, he was actually giving a
16    lecture on stage.  Do you remember that?
17    A.  I think so, yeah.
18    Q.  Okay.  And what you remember noticing was that -- first,
19    you noticed he was, quote:  "Very polished."  Do you remember
20    that?
21    A.  Yes.
22    Q.  Okay.  And you even said he looked like a Steve Jobs type,
23    right?
24    A.  Yes.
25    Q.  Steve Jobs being the founder of Apple?
```

```
1    A.  That is correct, yes.

2    Q.  Okay.  I got that one right.

3        Okay.  And you said he sounded like a visionary, talking

4    about lofty goals.  You remember that?

5    A.  Yes.

6    Q.  And after watching the video, your conclusion was that

7    Craig Wright could very well not be autistic?  That was your

8    conclusion just based on the video?

9    A.  Yeah.  Based on two-, three-minute watching what might have

10   been a stage performance, I would say that, yes, he could well

11   be a person without autism.

12   Q.  Correct.  And it's true that after watching that video --

13   and let me give you one more thing.  My questions for you are

14   going to be limited to the time until you issued your opinion

15   in this case, which was April 9th or 10th -- right?

16   A.  I believe so.  You have the reports in front of you.

17           THE COURT:  And, Mr. Brenner, let the Court know when

18   it might be a good time for us to take a lunch recess.

19           MR. BRENNER:  Okay.  Thank you.  Can I have one or two

20   more minutes?

21           THE COURT:  Yes.  Certainly.

22   BY MR. BRENNER:

23   Q.  So that's what my questions are premised on, okay?  Because

24   the opinion you shared today with Ms. McGovern you reached on

25   April 9th or 10th?
```

```
1            MS. MCGOVERN:  Objection, Your Honor.  Objection.
2    Misstates the record.
3            THE COURT:  Sustained.
4            MS. MCGOVERN:  He said:  "Shared the opinion with
5    Ms. McGovern."
6            Okay.  Thank you.
7    BY MR. BRENNER:
8    Q.  The opinion that you reached that you discussed with the
9    jury today you reached by April 9th or 10th of 2020?
10   A.  Yes.  I wrote the report by then.
11   Q.  Okay.  That's all I'm trying to establish.  After you
12   watched this video, which was -- which was like on April 5th,
13   if that's when you were contacted.  Let's assume it's right
14   around there.
15   A.  If you say so.  You have the emails, I'm sure.
16   Q.  I'm going to get there.  I promise.
17   A.  Okay.
18   Q.  You don't go and view any more video or anything else of
19   Dr. Wright in a public setting.  You stopped that line of
20   inquiry, right?
21   A.  Yes, because that's not the way that a clinical evaluation
22   is performed.
23   Q.  Right.  So you saw something that looked like non-autism
24   and you stopped looking for it, right?  You stopped looking for
25   any more video.
```

```
1              MS. MCGOVERN:  Objection.  Mischaracterizes the
2    testimony.
3              THE COURT:  Overruled.
4              You may answer.
5              THE WITNESS:  What I did was --
6              MS. MCGOVERN:  If he could please answer the question,
7    Your Honor.
8              THE COURT:  Go ahead and answer the question.
9              THE WITNESS:  I was asked to perform -- to become an
10   expert witness in a case.  And so I wanted to see who this
11   person is.  I put this person's name on Google.  It took me to
12   a video.  I heard it so that I had a sense of whether this
13   person was verbal or non-verbal, whether this person was
14   speaking in ways that -- just to give me a sense of where do I
15   start with this case.
16   BY MR. BRENNER:
17   Q.  Right.  And you told us what you found, what you saw on the
18   video already, correct?
19   A.  I told you my initial impression, yes.
20   Q.  Sure.
21             MR. BRENNER:  Your Honor, we could take our lunch
22   break now.
23             THE COURT:  All right.  Ladies and Gentlemen, let's
24   take an hour recess for lunch.  I'll see you back here at 1:35.
25        (Jury not present, 12:35 p.m.)
```

1          THE COURT:  Dr. Klin, we'll see you back here at 1:35.

2     All right, sir?  Have a pleasant lunch.

3          MR. BRENNER:  Thank you.

4       (Adjourned for lunch 12:36 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1    UNITED STATES OF AMERICA      )

2    ss:

3    SOUTHERN DISTRICT OF FLORIDA  )

4                    C E R T I F I C A T E

5           I, Yvette Hernandez, Certified Shorthand Reporter in

6    and for the United States District Court for the Southern

7    District of Florida, do hereby certify that I was present at

8    and reported in machine shorthand the proceedings had the 19th

9    day of November, 2021, in the above-mentioned court; and that

10   the foregoing transcript is a true, correct, and complete

11   transcript of my stenographic notes.

12          I further certify that this transcript contains pages

13   1 - 119.

14          IN WITNESS WHEREOF, I have hereunto set my hand at

15   Miami, Florida this 29th day of November, 2021.

16

17                     /s/Yvette Hernandez
                       Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                     400 North Miami Avenue, 10-2
                       Miami, Florida 33128
19                     (305) 523-5698
                       yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```

**COURTROOM DEPUTY:**
**[3]** 35/18 36/3
36/5
**MR. BRENNER: [41]**
3/4 44/3 44/6 44/9
63/6 63/22 63/25
64/3 64/22 65/2
65/19 69/19 71/1
72/5 72/8 79/13
83/1 83/3 91/11
93/15 93/17 93/19
94/25 95/7 98/21
99/15 99/20 100/11
101/23 102/5
102/22 103/3 103/6
103/10 107/19
110/5 110/11
111/13 115/19
117/21 118/3
**MR. FREEDMAN: [8]**
3/6 3/12 5/7 5/15
6/21 6/25 7/5 16/5
**MR. RIVERO: [4]**
7/3 16/7 65/22
66/2
**MR. ROCHE: [21]**
7/24 8/17 9/7 11/6
11/8 13/5 14/21
18/7 18/23 24/13
27/16 28/18 29/6
29/8 30/18 32/10
32/14 33/7 34/17
35/4 103/8
**MS. MCGOVERN: [65]**
3/5 3/13 3/16
3/18 3/21 3/23
3/25 4/7 4/23 4/25
5/2 5/14 6/8 7/12
7/21 9/6 9/17 12/7
13/17 15/7 15/19
15/21 15/25 18/8
18/12 19/14 21/10
21/22 22/13 24/23
25/8 25/24 26/11
29/10 31/16 31/21
32/8 33/6 33/8
33/15 33/17 34/14
34/19 35/2 35/10
44/5 69/21 72/10
79/15 93/16 93/18
95/10 99/21 102/24
103/1 106/10
106/17 106/22
109/11 109/13
111/17 116/1 116/4
117/1 117/6
**THE COURT: [112]**
3/2 3/10 3/15 3/17
3/19 3/22 3/24 4/4
4/21 4/24 5/1 5/5
5/10 5/20 6/11
6/24 7/2 7/4 7/6
7/13 8/14 9/2 9/11
11/7 12/5 13/19
15/8 15/20 15/24
16/1 16/6 16/8
16/10 16/21 17/9
17/11 18/11 18/24
19/17 21/14 24/14
26/15 27/17 28/20
29/7 29/9 29/11
30/19 30/23 31/17
32/9 32/12 33/9
33/16 33/23 34/15
34/18 34/20 35/3
35/5 35/8 35/13
35/15 35/21 36/1
44/7 63/10 63/20
63/24 64/2 64/15
64/25 65/3 65/20
65/24 66/4 69/23
71/2 72/7 72/15
79/14 83/2 91/12
95/2 95/9 95/12
98/22 99/16 99/23
100/12 101/24
103/5 103/11
106/12 106/19
106/23 109/12
109/15 109/17
110/8 110/13
111/19 115/17
115/21 116/3 117/3
117/8 117/23 118/1
**THE WITNESS: [14]**
17/10 17/13 27/18
30/21 34/16 35/14
35/25 36/2 36/4
44/12 100/13
109/19 117/5 117/9

**$**

**$14,101 [1]** 17/25
**$14,102 [3]** 17/22
18/18 18/20
**$5,000 [1]** 21/3
**$6,303 [1]** 20/1
**$600 [1]** 99/8
**$90 [1]** 45/25

**'**

**'90s [4]** 8/2 8/11
8/22 8/24
**'come [1]** 86/18

**/**

**/s/Yvette [1]**
119/17

**0**

**0.5 [1]** 51/13

**1**

**1's [1]** 23/23
**10 [4]** 1/11 7/19
11/16 65/8
**10-2 [2]** 1/24
119/18
**100 [1]** 1/17
**1000 [1]** 1/22

**1**

**103 [1]** 2/10
**1052 [1]** 14/7
**1065 [1]** 31/13
**1099 [1]** 23/7
**10:58 [2]** 63/19
63/21
**10th [3]** 115/15
115/25 116/9
**11 [2]** 7/19 11/17
**1165 [1]** 14/9
**119 [3]** 1/8 2/2
119/13
**11:13 [1]** 63/21
**11:16 [1]** 66/3
**12 [8]** 13/5 17/21
17/25 18/16 19/4
19/21 19/25 111/14
**12:30 [1]** 63/16
**12:35 [1]** 117/25
**12:36 [1]** 118/4
**13 [1]** 1/9
**14 [1]** 95/10
**15 [1]** 63/18
**15-minute [2]**
63/15 63/20
**150 [2]** 22/25
78/17
**17 [1]** 2/7
**17-page [1]** 52/3
**18 [2]** 11/10 22/8
**183 [1]** 14/7
**19 [4]** 1/5 9/5
15/22 22/8
**1944 [1]** 48/9
**1980 [1]** 42/3
**1983 [1]** 36/22
**1985 [1]** 40/9
**1987 [1]** 55/18
**1988 [1]** 36/25
**1994 [2]** 39/19
40/19
**19th [1]** 119/8

**1:30 [1]** 63/16
**1:35 [2]** 117/24
118/1

**2**

**20 [6]** 6/5 23/8
23/9 37/5 53/5
111/13
**200 [1]** 1/14
**200-page [1]** 78/17
**2000 [2]** 40/3
41/12
**2001 [1]** 52/14
**2002 [1]** 14/10
**2010 [3]** 17/17
17/25 18/21
**2011 [4]** 21/6 37/8
45/24 52/20
**2012 [2]** 25/12
31/4
**2013 [4]** 22/19
31/5 31/6 34/8
**2014 [4]** 29/3
33/12 34/4 34/11
**2015 [1]** 14/8
**2019 [1]** 51/11
**2020 [2]** 106/25
116/9
**2021 [3]** 1/5 119/9
119/15
**21 [4]** 9/5 13/5
15/23 45/16
**23 [1]** 64/9
**23rd [1]** 6/13
**24th [1]** 22/19
**25-mile [1]** 87/25
**2525 [1]** 1/22
**28 [4]** 11/8 11/10
12/13 14/5
**2800 [1]** 1/17
**28th [1]** 6/1
**29 [4]** 7/19 11/9
11/16 18/17
**29th [3]** 6/5 6/14

**2nd [1]** 1/17

**3**

**3,500 [1]** 45/20
**30 [7]** 3/7 31/5
31/5 38/16 40/10
55/16 83/18
**300 [1]** 22/25
**305 [1]** 119/19
**31 [2]** 19/4 31/24
**32 [2]** 2/8 52/19
**33128 [2]** 1/25
119/18
**33131 [2]** 1/14
1/18
**33134 [1]** 1/22
**35 [3]** 38/16 88/11
94/4
**36 [1]** 2/9
**37 [1]** 87/24
**38 [3]** 9/3 9/5
15/22
**3:00 [2]** 63/14
63/17

**4**

**40 [2]** 9/11 55/16
**400 [2]** 1/24
119/18
**41 [1]** 21/17
**42 [1]** 59/2
**424 [1]** 45/18
**45 [1]** 88/1
**46 [1]** 58/25
**49 [5]** 53/11 54/12
54/13 57/2 57/5

**5**

**5,000 [1]** 21/8
**5,500 [1]** 45/19
**50 [1]** 55/7
**500 [1]** 84/1
**523-5698 [1]**
119/19

## 5

**54 [2]**   54/20  105/3
**5500 [1]**   1/14
**56 [1]**   29/18
**5698 [1]**   119/19
**5th [1]**   116/12

## 6

**63 [2]**   32/2  111/13
**6303 [1]**   32/2
**64 [1]**   111/14
**6:15 [1]**   84/15

## 8

**80 [1]**   23/9
**80-20 [1]**   23/8
**816 [1]**   14/9

## 9

**90 [2]**   7/1  7/4
**99.9 [1]**   59/23
**9:18 [2]**   1/6  3/1
**9:18-cv-80176-BB
[1]**   1/2
**9:36 [1]**   16/9
**9th [3]**   115/15
115/25  116/9

## A

**a.m [7]**   1/6  3/1
16/9  63/19  63/21
63/21  66/3
**abilities [1]**
56/22
**ability [15]**   43/5
43/9  43/17  58/20
59/10  59/21  59/23
64/12  67/3  67/7
67/18  73/10  84/10
96/21  98/7
**able [15]**   4/1  5/11
20/7  47/7  47/9
48/19  59/13  59/13
65/14  75/11  84/19
87/1  87/23  89/10

**about [102]**   3/7
3/9  8/6  8/8  8/21
8/24  11/13  11/14
11/18  11/22  23/12
32/22  32/22  39/11
41/14  41/18  43/23
45/9  45/11  45/20
47/5  50/6  51/2
51/13  54/13  56/7
56/25  57/11  58/10
58/11  58/25  59/23
61/22  62/14  63/4
65/16  67/18  68/21
68/22  68/23  68/24
68/25  69/4  69/8
69/9  69/25  70/6
70/18  72/19  72/20
72/24  73/3  73/3
73/5  73/7  74/4
74/7  75/12  75/22
76/20  78/2  78/3
78/8  78/9  79/8
80/9  80/21  81/7
81/18  81/24  84/5
86/4  87/18  88/3
88/19  92/6  93/13
93/21  94/22  95/20
95/21  95/24  96/8
96/9  96/19  97/4
98/5  101/20  101/21
104/7  104/9  104/14
104/24  106/3
106/16  109/25
111/3  111/10
111/11  112/2
113/19  115/4
**above [1]**   119/9
**above-mentioned [1]**
119/9
**absent [1]**   79/25
**absolutely [4]**
73/11  80/13  100/6
106/7

**absorbing [1]**
68/21
**abstraction [1]**
85/15
**accept [1]**   3/11
**acceptable [1]**
6/20
**acceptance [1]**
100/4
**access [6]**   38/9
46/10  46/17  47/18
57/3  65/23
**accompanied [1]**
75/10
**accompli [1]**   51/7
**accomplish [3]**
47/9  53/21  81/19
**accomplishments [1]**
44/1
**accordingly [1]**
26/14
**account [4]**   75/16
76/1  76/16  92/21
**accountant [12]**
7/17  8/4  8/9  8/13
8/18  10/7  10/12
14/12  14/18  26/7
30/4  33/24
**accountant-client
[3]**   8/4  10/12
14/12
**accounting [7]**
11/11  11/23  12/15
23/3  25/5  30/8
33/2
**accounting-related
[1]**   11/11
**accounts [1]**   31/11
**accurate [4]**   5/21
19/10  19/11  40/15
**achieve [1]**   91/7
**acquire [2]**   59/22
70/10
**acquired [1]**   80/14

Acquisition [1]
  14/9
acronym [1]  39/24
across [1]  88/21
Act [1]  54/25
action [1]  89/11
actively [1]  27/5
activities [3]
  11/11 52/16 76/15
actually [13]  4/10
  28/14 49/24 59/4
  74/16 80/16 83/16
  85/8 85/23 86/12
  95/10 108/21
  114/15
Adaptive [3]  53/1
  58/19 67/2
add [1]  12/14
addition [5]  10/11
  10/16 12/22 13/3
  88/9
additional [3]
  7/22 74/5 74/6
address [9]  7/6
  9/13 30/7 30/8
  50/2 50/15 54/2
  56/17 108/9
addressable [1]
  107/18
ADIR [2]  77/16
  77/18
Adjourned [1]
  118/4
adjourning [1]
  63/14
adjust [5]  60/25
  96/25 97/4 97/6
  98/2
adjustment [3]
  97/15 97/18 97/19
adjustments [1]
  42/13

administered [2]
  68/7 77/20
admitted [5]  19/15
  21/11 21/16 26/14
  29/18
adolescent [3]
  76/25 77/2 80/2
adolescents [3]
  49/6 61/14 89/4
adopt [2]  81/21
  98/12
ADOS [2]  68/8
  77/20
adult [5]  53/19
  54/14 80/2 96/10
  96/10
adulthood [1]
  55/16
adults [7]  38/18
  38/20 38/25 39/1
  55/15 61/14 89/4
advance [1]  12/23
adversarial [2]
  87/10 87/20
advice [12]  10/4
  10/8 10/19 11/4
  11/10 11/11 12/15
  12/15 12/19 12/20
  32/23 33/3
advise [2]  3/13
  4/5
advocacy [5]  44/24
  45/2 49/3 60/2
  98/19
advocate [1]  48/20
advocates [4]
  41/23 88/8 102/15
  102/21
affect [2]  96/21
  104/20
affected [1]  15/16
affects [2]  88/13
  104/11
afraid [1]  107/10

African [2]  46/14
African-American
  [1]  46/14
after [15]  8/2 8/2
  12/12 25/25 30/2
  41/2 41/11 55/7
  86/17 86/19 90/14
  90/14 115/6 115/12
  116/11
after.' [1]  86/18
afternoon [1]
  63/17
again [10]  11/3
  16/13 27/11 27/21
  28/24 83/1 94/6
  103/16 104/24
  106/17
against [2]  12/25
  64/12
age [20]  53/11
  54/12 54/15 54/15
  54/17 55/6 56/16
  57/3 57/4 57/5
  71/20 72/18 73/16
  87/1 87/1 87/2
  98/10 98/10 105/4
  105/6
agency [1]  44/19
ages [2]  38/17
  83/16
aggregated [1]
  55/10
ago [7]  9/20 13/4
  44/18 55/16 64/6
  103/17 111/11
agree [3]  23/3
  104/1 105/12
agreed [3]  13/9
  51/17 82/18
Ah [1]  30/23
ahead [3]  3/2 64/2
  117/8
aimed [1]  14/23
algebra [1]  73/15

**algorithm [2]**
78/21 78/22
**alienate [1]**   95/25
**alienated [1]**
49/11
**alienating [1]**
69/16
**alike [1]**   79/22
**all [83]**   3/10 4/4
5/1 5/10 5/22 6/11
7/4 7/6 7/13 9/2
9/11 10/2 10/10
11/7 12/5 16/1
16/3 16/13 16/17
17/4 17/11 18/11
19/17 24/25 30/8
30/9 31/17 32/9
32/19 34/18 34/20
35/5 35/8 38/10
38/17 39/8 41/25
42/8 42/19 46/10
46/20 48/22 54/20
60/19 60/20 65/3
65/5 65/8 66/4
66/11 66/11 68/4
68/21 73/3 76/2
77/22 78/25 79/7
80/1 81/2 81/8
83/15 83/15 84/15
86/2 86/9 86/12
86/13 86/22 88/22
89/6 90/23 93/1
94/1 97/10 98/14
103/2 107/18
108/24 110/13
116/11 117/23
118/2
**all-absorbing [1]**
68/21
**allow [7]**   27/17
30/19 33/24 34/15
70/8 78/18 100/12
**allowed [1]**   33/19
**allows [84]**   20/21
38/10 47/3
**almost [8]**   49/2
51/6 66/22 67/6
70/10 71/23 72/21
103/17
**alone [4]**   52/8
53/7 68/23 77/1
**along [2]**   58/21
67/4
**already [4]**   9/4
14/14 57/5 117/18
**also [39]**   3/13
18/17 19/14 30/16
35/19 37/10 38/3
39/25 41/23 42/17
43/8 45/17 46/23
49/22 51/20 52/20
52/24 53/23 57/5
57/25 58/14 58/18
59/2 65/15 66/23
67/21 68/8 70/14
76/17 77/19 77/21
82/4 82/11 84/10
84/21 88/10 96/4
96/6 104/21
**although [1]**   37/22
**always [2]**   69/15
89/23
**am [13]**   1/9 11/17
28/23 34/9 34/16
37/10 46/25 46/25
61/18 97/1 99/3
99/8 100/20
**AMANDA [1]**   1/20
**America [2]**   49/4
119/1
**American [2]**   41/24
46/14
**AMI [5]**   2/9 4/17
35/11 35/17 36/2
**among [2]**   42/23
79/21
**amongst [1]**   89/16
**amount [4]**   15/15
19/24 43/10 57/15
**analysis [4]**   7/14
9/25 91/20 95/5
**analyze [1]**   66/15
**ANDRES [1]**   1/19
**ANDREW [1]**   1/16
**anecdote [1]**   87/22
**annual [2]**   22/23
22/24
**another [13]**   41/4
41/4 45/20 51/20
51/21 62/5 73/14
74/16 86/19 89/13
91/5 94/2 99/24
**answer [26]**   8/16
11/5 11/23 12/16
15/6 24/2 24/4
41/16 56/13 57/21
63/8 64/5 64/6
64/23 83/19 86/17
87/12 109/11
109/17 109/19
111/4 112/1 112/6
117/4 117/6 117/8
**answered [2]**   34/14
99/20
**answering [2]**
11/17 114/14
**answers [3]**   10/9
10/25 112/12
**antibiotic [1]**
90/20
**anticipate [2]**
5/11 6/13
**anxiety [1]**   89/16
**anxious [1]**   89/15
**any [49]**   5/6 7/16
9/15 9/21 10/25
12/25 14/11 15/5
15/12 20/18 27/2
29/3 29/4 31/14
32/9 32/22 33/3

any... [32]   34/11
34/18 34/21 34/21
34/22 42/6 65/13
65/14 66/15 69/1
70/10 71/4 73/17
74/5 74/6 78/5
91/15 91/18 91/19
93/9 96/11 96/14
98/18 101/5 105/24
105/25 107/14
109/25 112/2
113/13 116/18
116/25
anybody [1]   20/19
anyone [2]   17/2
34/25
anything [17]
11/18 12/5 15/20
16/2 16/4 20/13
26/5 54/13 65/20
79/6 80/11 84/4
87/11 93/13 93/21
102/9 116/18
anywhere [1]   72/9
apart [1]   57/13
apologize [5]   3/7
16/12 18/5 24/3
26/12
apparent [1]   71/21
apparently [1]
20/11
appear [2]   7/13
9/12
appearance [1]
112/10
Appearances [1]
1/12
appeared [1]
113/23
appears [2]   7/9
9/4
Apple [1]   114/25

applies [2]   14/6
56/23 380
apply [2]   7/15
9/25
appointed [1]   37/4
appreciate [2]
12/14 24/3
approach [2]   60/23
89/3
approached [1]
36/17
approaches [1]
94/5
appropriate [3]
10/20 15/18 65/1
approximately [1]
105/3
April [8]   34/8
106/25 107/3 107/3
115/15 115/25
116/9 116/12
are [199]
area [5]   47/1 47/7
62/10 86/25 91/7
areas [7]   44/24
60/8 68/13 68/17
69/4 81/6 87/14
argument [3]   6/23
9/15 13/3
arguments [1]   5/13
around [3]   51/15
98/10 116/14
arrangements [3]
6/14 6/17 65/5
arrives [1]   77/3
articulate [3]
49/13 59/13 80/15
as [125]
ascertain [1]
56/22
ascribe [1]   39/25
ASD [2]   56/11
113/5
aside [1]   61/5

ask [40]   7/20
11/3 11/9 11/24
13/12 14/15 15/3
19/15 19/19 21/17
22/12 23/12 26/21
26/22 28/14 28/16
32/1 32/12 34/21
40/7 43/23 56/7
65/24 68/4 69/25
72/24 75/1 78/8
79/8 80/9 86/4
98/5 99/11 99/24
101/20 104/7 104/8
111/25 113/3
asked [50]   8/17
8/17 10/7 14/22
31/24 34/14 36/10
36/14 40/3 40/21
41/14 50/2 50/7
50/13 50/15 50/15
51/18 53/5 56/16
57/9 74/16 74/19
83/7 84/13 91/21
98/24 99/20 100/9
101/2 101/7 101/11
101/15 107/22
108/17 108/18
108/18 108/21
108/22 109/19
110/16 110/17
110/19 111/6 112/1
112/7 112/9 112/11
113/4 114/4 117/9
asking [11]   11/13
11/14 12/18 13/11
13/12 32/22 63/4
83/6 107/13 111/9
114/5
Asperger [1]   48/8
Asperger's [18]
39/22 40/4 40/8
47/23 48/1 48/3
48/4 48/8 48/11
48/12 48/18 48/23

**A**

Asperger's... [6]
48/25 50/3 51/2
59/9 81/3 89/14
assert [1]   30/21
asserting [1]   14/2
assertion [2]   13/2
14/16
assessing [1]   66/9
assessment [3]
53/17 79/12 95/15
assessments [1]
47/11
assets [1]   8/8
assistant [1]
96/14
assists [1]   98/18
associated [5]
27/7 46/12 47/12
47/21 52/24
Association [2]
41/25 49/4
assume [2]   109/7
116/13
assuming [1]   11/17
Atlanta [4]   37/9
37/12 37/19 98/17
Attach [3]   18/1
18/2 19/21
Attached [1]   31/3
attained [2]   39/4
45/25
attempt [2]   10/1
61/2
attempts [1]   69/15
attention [1]
55/14
attorney [2]
107/15 111/14
attorneys [6]
15/11 15/13 36/15
51/9 51/17 107/2
attractive [1]

attributes [1]
23/16
Australia [1]   72/2
author [1]   52/25
autism [170]
autistic [2]   73/2
115/7
Avenue [2]   1/24
119/18
award [1]   44/18
awards [4]   44/1
44/13 44/17 45/9
aware [15]   34/8
34/10 34/10 34/10
34/16 40/25 48/13
51/19 55/21 60/19
60/22 61/18 88/20
101/21 102/14
awareness [11]
39/10 42/22 54/18
60/14 60/19 60/23
61/3 67/19 93/24
101/21 102/19
away [2]   62/17
104/8

**B**

Babies [2]   45/5
98/9
bachelor's [1]
36/21
back [25]   6/1 6/4
9/21 9/25 12/25
13/19 24/23 29/14
31/21 31/23 32/19
58/1 61/5 62/8
63/18 65/4 66/4
83/15 90/22 96/13
97/25 108/6 110/11
117/24 118/1
background [1]
36/20
bad [3]   43/18

baffled [1]   89/17
bank [1]   8/19
banking [1]   30/9
Barnett [4]   16/15
16/18 16/19 16/22
Barnett's [1]
16/15
based [10]   13/6
14/13 40/13 46/9
78/6 82/2 94/3
105/18 115/8 115/9
baseline [1]   78/13
basically [10]
49/18 55/8 78/18
80/6 82/19 84/19
85/22 88/4 89/4
90/13
basis [9]   29/7
33/16 33/17 43/6
65/13 69/22 72/7
83/2 83/18
BB [1]   1/2
be [123]
BEACH [1]   1/2
bear [1]   74/7
bears [1]   14/11
beat [1]   86/16
became [10]   39/2
48/13 48/14 52/1
52/16 52/20 57/10
69/9 71/21 85/5
because [74]   5/16
5/21 6/17 7/15
8/23 11/21 11/24
13/13 14/22 16/14
32/13 38/21 38/25
39/9 40/5 40/20
42/9 42/12 42/17
47/6 47/16 49/5
49/12 49/22 50/8
52/1 53/10 53/12
54/7 54/23 56/16
56/18 57/18 57/20

**because... [40]**
58/23 59/13 60/3
61/13 61/21 62/2
63/14 64/13 69/11
70/12 70/14 70/17
71/13 71/14 71/24
72/23 74/17 75/10
80/16 85/24 87/16
87/18 88/24 89/13
89/17 91/9 91/24
92/1 94/17 96/15
102/17 103/21
105/6 105/17
105/17 108/8 111/7
112/25 115/23
116/21
**become [14]** 61/7
61/14 62/14 64/20
70/20 70/23 80/21
89/20 90/14 92/22
92/23 96/6 102/21
117/9
**becomes [5]** 42/19
60/5 64/25 71/10
92/20
**becoming [3]** 37/5
69/3 88/17
**been [40]** 4/1 8/10
9/16 9/17 9/21
9/25 12/9 12/21
12/24 19/14 21/11
21/12 21/16 26/13
26/14 29/17 36/10
36/13 37/13 38/15
40/7 40/7 40/24
44/23 49/6 51/1
61/25 64/16 86/1
90/4 92/15 92/16
92/16 100/8 103/22
109/25 111/5 111/5
112/1 115/10
**before [16]** 1/10

26/21 38/7 41/21 43/25
53/7 58/19 65/4
65/20 66/3 87/19
98/24 99/10 113/13
**began [2]** 38/17
40/9
**begin [3]** 10/23
61/10 98/9
**beginning [3]** 7/18
14/3 100/20
**begun [1]** 27/5
**behalf [7]** 2/6
16/4 16/6 22/9
30/21 35/3 50/14
**behave [1]** 57/20
**behavior [22]**
43/12 43/13 49/15
50/20 53/1 58/19
60/25 61/1 61/20
61/24 67/2 73/1
73/1 77/13 85/2
97/1 97/7 102/15
102/17 104/12
107/14 111/7
**behaviors [5]**
67/22 68/11 68/18
68/18 77/13
**being [42]** 13/3
16/12 19/3 23/7
24/25 33/18 44/22
45/5 46/2 47/13
50/4 50/9 54/13
55/25 60/19 60/20
61/6 62/5 72/20
72/20 75/10 75/18
76/22 84/20 85/22
86/23 88/2 88/3
88/16 88/25 90/21
91/4 91/5 91/5
92/10 93/4 94/2
99/4 99/7 112/9
112/11 114/25
**beings [1]** 94/18

**beliefs [2]** 61/21
61/21
**believe [32]** 4/21
7/15 9/11 10/19
15/8 15/12 15/17
24/1 26/13 31/23
31/24 33/23 37/14
38/13 54/15 56/10
66/23 76/17 82/4
83/18 83/19 84/22
88/10 88/24 100/24
102/10 107/3
111/17 112/18
112/25 114/13
115/16
**believes [1]** 14/15
**beneficial [1]**
92/19
**best [9]** 51/24
53/22 54/4 54/10
57/20 58/7 67/2
79/5 85/15
**BETH [1]** 1/10
**better [5]** 6/12
42/22 42/24 55/6
57/6
**between [9]** 4/6
7/17 8/1 14/18
20/15 20/20 22/25
101/4 101/8
**beyond [5]** 7/22
8/23 42/15 94/25
95/7
**bible [1]** 39/24
**big [3]** 70/24
91/23 95/24
**billable [1]** 99/8
**billings [1]** 25/6
**birthday [6]** 16/15
16/16 16/16 16/18
16/19 55/8
**Biscayne [1]** 1/14
**bit [9]** 40/5 40/13
45/11 65/16 76/20

**bit... [4]** 79/8
80/9 89/6 112/15
**Bitcoin [19]** 8/7
8/10 8/11 8/21
8/25 9/3 10/7
11/22 12/19 12/20
28/17 29/1 29/5
33/13 33/13 34/5
34/5 34/12 101/17
**blind [3]** 62/1
70/14 70/14
**blindness [1]** 62/2
**blocks [1]** 94/8
**BLOOM [1]** 1/10
**bodily [1]** 62/21
**BOIES [1]** 1/15
**book [10]** 39/25
41/22 42/18 42/21
47/23 47/25 48/1
48/4 48/12 48/23
**bookkeeping [2]**
24/25 30/9
**books [3]** 31/12
48/2 65/5
**born [2]** 56/20
94/17
**both [17]** 6/20
12/3 37/3 37/24
38/4 44/24 45/2
46/18 52/15 52/16
52/22 67/9 67/25
68/7 77/14 79/19
81/12
**bottom [3]** 21/19
21/20 21/25
**Boulevard [1]** 1/22
**brain [7]** 43/2
43/16 45/4 46/8
47/2 90/7 104/19
**break [7]** 40/5
40/12 62/9 63/15
98/14 106/6 117/22

**breaking [1]** 49/15
**BRENNER [10]** 1/16
2/10 9/20 10/3
12/13 13/9 14/4
64/20 106/23
115/17
**brief [6]** 4/20
4/20 60/18 70/4
72/17 108/4
**briefly [4]** 46/24
63/23 75/6 99/21
**bright [2]** 55/13
76/13
**bring [6]** 6/4 16/8
65/4 74/6 80/1
107/19
**bringing [1]** 70/18
**broad [1]** 58/24
**broader [1]** 93/2
**brought [1]** 12/23
**building [2]** 45/19
94/8
**bulk [1]** 75/9
**bullied [2]** 56/3
69/17
**bunch [2]** 92/17
93/4
**burden [2]** 9/15
14/11
**business [18]** 8/8
17/20 17/25 18/20
19/5 19/9 19/20
19/21 19/24 20/9
21/3 21/7 27/5
28/3 28/4 32/3
85/6 101/17
**businesses [2]**
20/7 25/6

## C

**C-EZ [6]** 19/22
20/4 20/14 20/15
21/2 32/2
**California [1]**

**call [14]** 3/1 4/6
4/19 12/8 59/1
67/1 68/20 96/13
112/16 112/16
113/25 113/25
114/2 114/8
**called [30]** 28/7
41/6 44/20 45/4
47/23 48/1 48/12
49/3 51/23 53/1
54/4 54/7 58/12
58/14 58/18 61/20
62/1 62/25 67/13
67/16 68/7 68/18
75/1 76/9 80/6
81/11 89/3 92/16
92/16 96/9
**calling [2]** 4/8
4/16
**calls [6]** 24/13
27/16 29/6 30/19
35/10 53/23
**came [4]** 22/16
52/20 102/10
113/10
**can [58]** 3/14 3/21
3/23 4/5 4/7 6/6
6/6 6/15 7/6 8/11
10/13 12/16 14/15
15/14 15/21 17/7
19/24 20/19 20/19
22/11 28/20 32/12
32/17 32/18 34/23
42/1 42/24 46/20
53/19 53/20 54/2
57/21 59/6 59/19
63/10 64/21 68/11
71/4 76/6 76/9
78/20 81/24 87/11
90/24 90/25 94/8
96/13 96/16 97/7
103/6 104/1 104/20
105/23 107/17

**G**

**can... [4]** 110/5 110/11 113/25 115/19

**can't [6]** 6/2 11/24 16/16 42/1 61/19 83/3

**cannot [10]** 5/22 42/9 42/9 49/20 59/17 70/19 91/9 91/10 96/5 96/11

**capitalized [1]** 27/9

**care [9]** 37/24 38/2 44/24 45/15 50/1 50/6 52/22 58/20 67/3

**career [2]** 38/18 44/2

**careful [1]** 30/3

**caregiver [1]** 75/18

**caregivers [1]** 75/18

**Carter [1]** 30/17

**case [51]** 1/2 4/2 4/11 5/12 5/25 6/15 10/6 13/20 13/20 14/7 14/10 15/2 15/14 15/16 21/17 36/11 36/14 42/10 42/10 43/24 49/21 50/13 50/14 51/4 51/11 51/17 53/18 53/25 54/8 54/9 59/9 59/20 67/6 87/8 96/4 99/1 99/1 99/5 99/10 99/12 100/14 100/17 101/3 101/6 101/11 101/15 106/15 107/8 115/15 117/10

**cases [50]** 13/22 13/23 13/24 51/12 111/6

**cause [1]** 90/17

**caused [1]** 37/18

**causing [1]** 72/23

**cautionary [1]** 15/12

**CDC [1]** 105/6

**Celine [2]** 52/10 74/11

**center [16]** 37/8 38/1 38/2 38/9 39/4 44/16 45/12 45/14 45/15 45/24 52/20 89/1 98/17 98/17 104/6 105/7

**center's [1]** 104/10

**centers [3]** 42/19 46/3 47/16

**central [2]** 15/1 66/18

**cerebral [1]** 43/14

**certain [5]** 13/24 20/7 33/20 88/16 96/12

**certainly [18]** 3/10 3/10 3/24 13/14 14/14 15/10 15/14 31/17 46/25 48/2 63/10 63/24 71/21 100/18 103/5 103/23 107/2 115/21

**Certificate [1]** 2/2

**certified [2]** 33/24 119/5

**certify [2]** 119/7 119/12

**cetera [1]** 24/11

**chair [1]** 45/3

**challenge [1]** 56/16

**challenges [5]** 38/22 43/21 47/6 67/10 105/14

**challenging [1]** 51/22

**change [6]** 43/11 68/19 73/6 73/6 96/11 96/16

**changed [1]** 10/22

**changes [1]** 54/24

**characteristic [4]** 67/23 69/13 80/7 81/3

**characteristics [2]** 89/22 90/1

**characterize [1]** 69/2

**characterized [3]** 43/10 59/5 61/25

**chief [2]** 37/10 37/11

**child [23]** 37/5 42/4 42/5 42/10 43/14 43/15 46/14 46/16 49/3 49/14 49/19 49/19 49/19 55/5 56/20 56/21 57/4 57/9 62/15 76/4 80/2 80/2 80/16

**child's [3]** 43/8 55/6 56/22

**children [38]** 38/2 42/11 42/12 43/3 45/6 45/15 45/19 45/20 45/22 46/20 48/20 49/5 49/7 49/21 49/21 49/23 49/24 49/25 50/3 50/6 50/8 54/21 54/23 55/1 55/7 55/12 61/13 69/11

children... [10]
  76/23 80/15 80/18
  85/23 86/15 86/25
  89/4 97/11 105/3
  105/8
children's [3]
  37/9 37/11 55/3
Chinese [1]  84/16
Choi [2]  4/19 4/21
Choice [1]  14/9
choose [2]  20/19
  74/1
chosen [1]  30/3
church [1]  97/2
circumscribed [10]
  62/11 68/20 68/25
  73/17 80/22 93/25
  94/23 95/16 95/21
  95/22
circumstance [3]
  20/21 26/25 27/23
circumstances [4]
  27/6 27/12 99/18
  100/8
cited [1]  13/23
cites [1]  14/5
cities [1]  47/17
civil [1]  100/24
clarification [2]
  31/25 41/13
clarify [4]  12/9
  15/21 82/14 90/3
classical [1]
  50/25
Classification [1]
  41/6
claw [2]  9/21 9/25
claw-back [1]  9/25
clear [11]  10/3
  13/6 22/17 24/5
  28/25 31/20 32/21
  52/4 57/11 94/13

clearance [1]
  47/14
clearly [1]  14/23
client [15]  7/17
  8/4 8/18 10/12
  11/18 14/12 14/19
  22/4 22/5 26/6
  26/7 28/11 30/22
  30/24 36/17
client's [1]  36/15
clients [1]  29/3
clinical [27]
  36/18 37/3 37/21
  37/24 38/2 39/17
  40/22 44/24 45/15
  46/8 46/9 47/11
  47/14 48/16 48/24
  48/25 51/25 52/9
  52/11 52/15 52/17
  52/21 52/22 52/24
  53/4 79/4 116/21
clinician [9]  44/2
  46/25 48/9 54/4
  78/25 79/7 94/6
  94/11 105/11
clinicians [5]
  41/22 41/24 53/23
  55/20 60/7
close [3]  53/5
  68/6 86/8
closely [1]  52/15
closing [2]  5/13
  6/23
CLR [1]  119/17
club [1]  81/1
cluster [1]  68/18
co [1]  45/3
co-chair [1]  45/3
coach [1]  90/11
cognition [4]
  60/15 61/17 67/20
  93/24
cognition/social
  [1]  61/17

cognitive [1]  67/7
cognitively [1]
  61/7
coincidentally [1]
  65/4
collaborated [1]
  41/8
collaborative [1]
  84/4
colleague [5]
  39/16 40/21 48/21
  52/9 74/11
colleagues [2]
  39/9 100/19
collecting [1]
  58/10
colloquial [1]
  97/12
colloquy [1]
  111/15
combination [1]
  60/13
combine [1]  79/6
come [18]  5/22 6/1
  9/23 12/25 28/6
  32/10 53/15 53/25
  54/3 69/5 86/17
  91/15 91/18 92/1
  92/11 92/14 108/3
  112/23
comes [1]  79/1
comfortable [2]
  35/23 65/12
comfortably [1]
  96/13
coming [8]  26/9
  32/19 39/8 41/7
  53/13 86/19 88/21
  104/6
comment [1]  110/17
commentary [1]
  64/7
Commissioner [1]
  45/4

committee [2] 45/1
45/4
common [3] 54/20
59/24 70/5
communicate [4]
43/5 43/17 94/22
96/21
communication [18]
13/14 60/15 62/7
62/18 68/17 70/25
77/12 81/5 83/24
93/23 95/5 95/17
98/11 104/12
106/25 107/5 108/4
112/17
communications [12]
7/16 8/15 9/1
13/9 13/16 14/18
14/24 67/20 82/12
82/21 95/20 95/21
communities [1]
47/18
community [11]
37/23 37/25 38/6
38/11 39/10 42/17
42/23 43/20 46/9
48/19 54/18
community-based [1]
46/9
companies [1]
39/25
company [2] 23/9
25/17
company's [2]
31/10 31/11
competent [3] 60/5
97/23 97/25
compilation [1]
48/24
compile [2] 74/12
82/15
compiled [1] 78/9

complement [1]
56/13 370
complete [2] 83/7
119/10
completed [6]
36/21 36/24 37/2
52/13 58/5 58/9
completing [3]
41/2 46/1 47/11
comprehensive [3]
45/22 77/10 79/23
compressed [1]
63/14
computer [14]
18/22 19/4 19/6
19/6 19/9 23/25
25/11 30/14 30/22
30/23 32/2 80/23
81/1 85/10
computerforensicsll
c.com [1] 30/8
conceive [1] 60/7
concept [7] 40/22
48/18 55/18 81/17
92/12 97/15 97/20
concepts [1] 67/19
concerned [1] 94/2
concerning [1]
54/14
concerns [1] 54/23
conclude [4] 4/22
5/4 50/23 74/23
conclusion [9]
15/14 51/5 71/8
78/9 84/7 100/21
100/22 115/6 115/8
conclusions [2]
53/15 54/1
concrete [1] 75/2
condition [32]
20/20 39/22 39/23
40/4 41/14 42/7
42/8 42/18 42/22
42/23 43/3 43/16

50/19 51/17 55/21
59/5 60/12 62/1
71/7 73/2 75/14
77/9 78/10 79/12
80/3 90/9 94/21
101/21 102/11
conditions [6]
21/1 27/21 42/1
54/20 90/4 90/24
conduct [9] 27/5
36/18 51/18 52/5
53/24 53/24 66/10
66/15 74/16
conducted [10]
39/17 51/22 57/14
66/16 66/22 68/3
68/5 68/6 74/11
76/18
conducting [4]
53/10 74/15 91/14
91/19
conference [6]
65/6 65/7 65/10
65/12 65/23 113/24
confidence [1]
59/12
confidential [4]
8/15 10/15 11/4
14/18
confirmation [1]
31/25
confluence [1]
53/14
confused [1] 89/17
confusing [2]
11/21 21/23
connected [1]
95/22
Connecticut [1]
52/13
connection [25]
23/24 30/13 41/20
46/22 66/16 68/14

**connection... [19]**
70/2 71/5 76/5
76/21 77/8 77/25
78/12 82/17 87/7
95/4 95/14 97/20
98/16 99/9 99/11
100/2 100/4 100/16
102/2
**Conrad [1]** 30/16
**consensual [1]**
54/3
**consensus [1]** 54/2
**consequence [1]**
43/8
**consider [4]** 50/14
75/23 95/16 100/3
**consideration [2]**
30/3 92/24
**considered [7]**
76/21 80/12 83/9
83/21 92/4 92/7
92/8
**consistencies [2]**
53/14 75/4
**consistency [1]**
85/18
**consistent [1]**
74/24
**consistently [3]**
73/24 89/23 90/5
**construct [1]** 41/3
**Consultant [4]**
18/22 19/6 19/10
32/4
**consulting [1]**
107/8
**contact [1]** 92/8
**contacted [4]** 51/8
112/23 112/25
116/13
**contacts [1]**
107/15

**contain [1]** 50/5
**contains [1]**
119/12
**content [4]** 7/16
8/16 13/15 14/18
**contents [3]** 8/15
10/8 10/18
**context [22]** 8/4
11/14 11/15 11/23
13/12 22/17 49/9
57/2 70/6 70/25
71/12 82/3 83/23
88/3 88/6 88/15
89/11 96/25 97/1
97/5 97/6 97/7
**continue [9]** 5/23
6/3 6/16 9/2 16/17
16/24 65/21 66/6
111/20
**continued [3]** 2/7
17/5 38/24
**continuing [1]**
61/11
**continuity [1]**
72/13
**contracts [1]**
38/11
**contrast [1]** 38/1
**contributed [2]**
44/21 52/1
**contrived [2]**
85/16 86/3
**control [3]** 49/20
70/13 105/7
**convenience [2]**
19/3 20/3
**convention [2]**
61/1 113/24
**conventions [1]**
49/10
**conversation [10]**
8/12 8/20 14/4
61/5 62/10 95/23
97/10 98/14 107/5

**conversations [8]**
8/3 11/14 11/15
11/18 11/22 12/1
12/4 98/1
**convey [5]** 57/21
62/22 62/24 86/10
96/1
**conveying [2]**
96/23 96/25
**coordinated [1]**
41/3
**Coordinating [1]**
45/1
**coping [5]** 69/4
69/25 70/2 73/9
84/3
**copy [1]** 30/10
**Coral [1]** 1/22
**core [1]** 10/6
**corporation [1]**
23/19
**correct [48]** 7/11
7/12 9/5 9/6 15/23
19/8 21/8 21/9
22/5 23/21 29/11
34/7 37/15 56/10
83/12 99/1 99/2
101/9 101/10
101/18 101/19
103/21 103/21
104/12 104/13
104/16 104/16
104/19 104/23
105/6 105/9 105/10
107/1 107/23 108/2
108/16 110/1
110/25 111/3
111/12 112/20
113/5 113/12
113/22 115/1
115/12 117/18
119/10
**correcting [1]**

**correcting... [1]**
72/19
**correspondence [1]**
107/2
**costly [1]** 55/10
**could [65]** 17/15
18/9 18/10 19/12
19/15 19/15 20/2
21/1 21/10 21/17
22/13 23/18 23/18
23/19 24/23 24/24
25/8 25/19 25/19
25/20 25/24 26/11
27/3 27/6 27/23
29/14 30/2 31/2
31/16 31/21 31/23
35/19 36/3 36/13
36/17 36/19 40/12
43/25 44/4 45/11
46/23 49/25 51/16
53/21 55/19 58/2
63/8 63/22 70/2
72/17 74/6 74/7
75/6 75/6 76/20
77/7 79/17 92/10
95/19 99/18 107/19
115/7 115/10 117/6
117/21
**Council [2]** 36/25
44/14
**counsel [1]** 15/4
**counsel's [1]** 15/4
**count [1]** 55/19
**country [19]** 37/13
37/22 38/3 39/3
39/8 39/12 39/24
40/20 44/19 45/16
45/18 46/15 46/17
47/16 49/3 51/20
51/21 54/22 55/6
**couple [3]** 44/17
70/1 107/6

**course [10]**
66/22 69/10 73/24
75/10 75/18 90/8
92/15 92/21 103/8
**court [31]** 1/1
1/23 1/24 3/1 3/11
6/9 6/22 7/9 7/14
9/14 10/14 10/15
14/5 14/8 14/10
14/15 15/10 15/10
36/16 50/21 57/17
57/19 60/21 109/16
110/1 111/2 112/2
112/10 115/17
119/6 119/9
**courtroom [3]**
61/12 63/9 85/20
**courts [2]** 64/22
111/5
**cover [7]** 41/23
104/3 105/22
105/24 106/8
106/14 106/21
**covered [2]** 42/14
106/4
**covers [1]** 77/14
**COVID [2]** 51/19
103/22
**CRAIG [7]** 1/7
24/16 24/19 24/21
31/14 35/10 115/7
**create [6]** 46/18
46/19 47/8 47/20
68/10 90/11
**created [1]** 48/15
**creates [1]** 43/21
**creating [2]** 85/22
88/23
**credibility [2]**
64/11 87/11
**criminal [1]**
100/25
**criteria [13]**
56/11 77/17 77/18

78/15 78/20 78/23
105/4 108/14 112/3
113/5
**critical [12]** 42/8
42/21 56/22 56/25
58/22 60/8 61/19
67/11 93/11 93/11
98/10 107/16
**critically [1]**
75/15
**cross [8]** 2/8 2/10
4/3 5/3 32/9 32/15
103/2 103/12
**cross-examination
[8]** 2/8 2/10 4/3
5/3 32/9 32/15
103/2 103/12
**CRR [1]** 119/17
**cruel [1]** 73/20
**crystal [1]** 52/4
**CSR [1]** 119/17
**CSW [1]** 114/9
**cues [3]** 62/19
96/19 96/20
**cuff [1]** 7/1
**cure [3]** 90/18
90/19 90/20
**current [5]** 58/11
75/17 77/11 77/15
78/3
**currently [3]** 23/7
27/19 27/22
**cut [2]** 22/16
108/10
**cute [1]** 11/2
**cv [1]** 1/2

**D**

**D18 [5]** 18/10
18/11 28/15 28/23
29/25
**D19 [7]** 19/13 22/8
28/15 28/23 29/25

**D19... [2]** 31/21 31/23

**D41 [4]** 21/10 21/11 21/25 24/23

**D56 [5]** 26/11 26/12 26/13 29/14 29/16

**daily [4]** 38/22 57/23 60/21 102/18

**data [5]** 66/11 66/11 75/5 79/3 79/3

**date [1]** 103/19

**Daubert [1]** 64/9

**Dave [21]** 8/1 10/5 10/6 11/19 12/18 22/1 22/4 22/5 22/16 22/18 29/20 29/23 29/23 30/15 32/22 32/24 33/4 34/8 101/4 101/8 101/16

**David [6]** 1/4 2/7 17/16 22/19 22/22 29/20

**day [18]** 1/9 6/16 16/14 22/3 32/19 61/13 66/1 68/12 68/12 84/14 84/25 90/14 90/14 90/14 96/14 96/14 119/9 119/15

**days [2]** 54/19 84/16

**DCA [2]** 14/8 14/10

**de [1]** 1/22

**deadline [1]** 3/8

**deal [11]** 52/24 53/12 53/12 61/13 68/22 68/23 69/8 72/23 76/12 79/21 96/11

**dealing [1]** 84/9

**decade [1]** 40/19

**decades [1]** 49/7

**deceitful [1]** 88/25

**December [1]** 25/12

**decision [1]** 10/14

**deductible [2]** 27/19 27/22

**deductions [9]** 23/17 23/21 24/11 27/10 27/14 27/18 27/21 28/2 29/4

**deep [2]** 62/13 73/17

**deeper [1]** 76/9

**Defendant [7]** 1/8 1/19 2/6 7/2 7/16 14/11 16/6

**Defendant's [5]** 9/15 21/17 29/18 35/8 64/10

**Defendants [1]** 51/4

**Defense [4]** 1/4 5/14 28/8 35/17

**deferred [1]** 27/8

**deficit [1]** 86/25

**deficits [2]** 59/8 81/12

**define [4]** 86/18 92/9 92/10 97/4

**defined [2]** 90/7 107/16

**defines [3]** 43/20 60/12 93/7

**defining [1]** 94/4

**definition [10]** 39/17 40/14 41/10 41/18 42/18 43/1 48/17 67/6 86/22 104/18

**definitions [1]** 41/25

**degree [1]** 36/21

**delay [1]** 16/13

**deliberate [2]** 6/6 65/10

**deliberation [1]** 65/8

**deliberations [2]** 5/23 6/16

**demands [2]** 56/21 58/21

**demeanor [1]** 64/11

**demonstrative [3]** 107/20 110/5 110/7

**dent [1]** 84/10

**department [3]** 34/11 37/10 45/3

**depend [2]** 91/7 94/17

**depending [6]** 4/2 4/9 4/10 4/18 5/2 50/18

**depends [3]** 5/3 5/7 92/2

**deposition [20]** 7/8 7/25 9/19 9/19 9/20 10/2 10/12 10/17 10/23 10/24 11/8 12/14 12/22 13/6 14/3 103/17 103/20 111/11 111/22 112/10

**describe [7]** 43/25 46/24 52/4 75/7 93/22 99/18 112/7

**described [5]** 48/9 71/18 76/11 76/24 89/22

**describes [1]** 104/10

**describing [1]** 38/14

**descriptions [1]** 84/6

**designated [1]**

designated... [1]
39/22
designating [1]
49/19
Despite [1]   87/13
detail [10]   20/16
20/17 26/8 31/10
41/14 88/6 88/17
106/4 106/9 106/15
detailed [2]   20/8
26/3
details [6]   70/24
71/11 87/16 88/11
88/13 89/21
determination [5]
4/18 78/23 79/1
79/18 99/13
determinative [1]
79/12
determine [2]   4/2
14/17
determined [1]
78/13
detrimental [1]
43/19
devastating [1]
96/17
develop [3]   62/5
92/1 101/12
developed [1]   47/2
development [1]
98/11
developmental [10]
27/4 54/20 56/19
56/24 75/16 77/11
77/15 80/11 90/23
104/11
develops [1]
104/19
device [3]   47/8
47/13 47/13
DEVIN [1]   1/13

devoted [1]   93/10
diagnose [1]   43/4
diagnosed [7]   42/1
42/16 55/4 55/5
55/7 55/9 90/4
diagnosing [1]
75/13
diagnosis [32]
54/2 54/3 54/5
54/15 54/16 54/17
55/1 55/7 55/24
56/17 56/23 66/17
68/14 71/5 71/19
74/24 75/15 75/20
75/20 77/9 87/9
92/25 94/3 95/15
96/20 100/9 105/12
105/17 105/17
108/19 108/25
109/20
diagnostic [13]
39/18 40/18 41/4
41/21 47/18 58/12
58/14 66/19 66/23
68/8 77/8 77/10
91/22
diagnostics [2]
45/23 52/21
dictionary [1]
86/22
did [81]   3/19 6/11
7/7 8/6 8/7 8/7
8/18 8/18 8/21
8/24 11/21 12/18
23/3 23/5 24/16
28/6 28/16 29/3
30/15 30/16 31/13
31/13 38/21 42/13
44/7 44/8 50/5
50/22 52/7 52/9
53/7 54/9 65/9
66/13 66/14 66/15
66/15 69/1 73/22
74/1 74/1 74/8

74/23 75/23 77/16
80/16 80/18 81/16
81/22 82/6 82/8
82/15 82/15 84/4
84/5 84/24 86/16
86/17 91/15 91/18
92/11 92/14 95/15
100/2 100/3 100/13
100/13 100/16
100/23 101/1
101/14 103/16
105/5 109/4 112/23
113/13 114/11
117/5
didn't [11]   8/10
27/2 50/1 50/6
81/17 81/23 85/11
97/17 108/10 110/2
113/3
died [1]   34/8
difference [1]
20/15
different [7]
53/13 78/4 79/10
79/24 87/14 91/21
102/17
differently [2]
64/22 104/20
difficult [3]
37/24 60/3 60/5
difficulty [6]
43/11 60/8 68/19
81/15 81/16 91/9
diminished [1]
61/4
direct [7]   2/7 2/9
17/5 36/6 37/8
105/2 108/17
directed [1]   14/23
directive [1]
11/13
directly [3]   9/13
12/3 72/13

**D**

**director [4]**   37/6
52/17 52/17 52/20
**disabilities [5]**
49/4 54/25 55/4
59/1 59/18
**disability [12]**
43/20 43/21 46/16
50/9 50/10 50/11
60/12 60/13 67/18
88/14 89/2 91/8
**disappoint [1]**
5/18
**disappointed [2]**
85/11 92/23
**disclose [1]**   8/16
**disclosed [1]**
10/18
**disclosure [3]**
8/15 9/22 13/25
**disclosures [1]**
10/8
**disconcerting [1]**
70/12
**discuss [3]**   8/8
53/25 69/1
**discussed [4]**
32/24 74/18 82/18
116/8
**discussion [1]**
71/8
**discussions [1]**
9/13
**disease [2]**   90/19
105/7
**Diseases [1]**  41/7
**disorder [11]**   43/2
56/11 56/19 77/19
77/23 104/10
104/11 105/4
108/15 112/4 113/5
**disorders [2]**
41/22 44/20

**disparities [3]**
38/7 46/12 46/19
**dispute [2]**   104/24
105/16
**disrespectful [1]**
97/8
**disseminate [1]**
48/17
**distilled [1]**
108/8
**distinction [1]**
44/13
**DISTRICT [9]**   1/1
1/1 1/10 1/24
13/22 13/23 119/3
119/6 119/7
**diversity [1]**  14/6
**divided [1]**  68/16
**division [3]**   1/2
10/25 37/10
**do [108]**   3/18 4/23
4/25 5/5 5/18 5/24
9/3 9/9 12/9 14/17
15/14 17/17 17/19
17/20 17/22 17/23
18/18 18/19 19/22
19/23 20/4 20/5
21/25 22/25 23/2
23/10 23/11 25/2
25/3 25/10 25/13
26/7 26/17 28/25
29/17 30/5 30/11
31/7 31/8 32/23
33/1 33/4 34/2
34/21 38/8 43/25
46/17 47/10 48/21
49/2 50/7 51/10
53/7 53/17 54/5
56/5 59/19 60/10
61/4 61/17 62/3
62/21 65/3 65/14
65/15 66/24 69/5
70/25 71/4 74/19
81/10 84/14 86/5

86/20 87/20 89/1
90/25 91/6 93/18
94/7 94/17 96/10
97/10 98/17 100/10
106/2 106/3 107/8
107/13 108/12
108/22 109/17
110/9 110/20
110/21 111/10
112/11 112/13
112/16 113/14
113/17 114/16
114/19 117/14
119/7
**Doctor [4]**   35/13
104/5 109/17
110/15
**document [7]**   9/8
9/10 22/12 26/13
26/13 28/20 108/5
**documents [3]**
12/21 13/25 28/18
**does [23]**   6/22
9/10 9/12 15/5
20/6 20/10 20/18
20/18 26/22 42/15
50/20 56/16 60/11
70/3 73/10 79/7
84/14 87/20 89/1
94/3 96/20 108/14
113/4
**doesn't [3]**   69/5
69/5 86/12
**doing [4]**   22/23
40/6 84/16 88/21
**domain [4]**   39/3
39/13 47/7 70/11
**domains [1]**   77/12
**Don [1]**   74/2
**don't [40]**   4/13
5/9 5/24 7/15 7/18
15/8 15/11 15/17
24/2 24/4 31/24

**don't... [29]** 49/8
49/9 51/10 56/5
59/16 62/15 63/1
63/2 64/5 70/5
70/5 73/6 73/6
74/25 79/6 85/13
86/6 86/7 89/14
100/20 101/5
102/16 103/19
107/10 111/17
112/6 112/8 114/10
116/18
**done [7]** 6/13 9/21
24/25 45/13 72/22
92/21 108/11
**double [2]** 46/15
88/4
**doubt [4]** 104/14
104/15 104/16
104/24
**down [5]** 23/6
34/23 40/5 40/12
108/19
**DR [99]** 2/9 4/20
5/16 6/9 35/10
35/17 35/21 43/24
50/14 50/16 50/24
51/6 54/12 55/16
56/10 56/17 58/2
59/20 63/4 64/7
66/9 66/13 66/17
67/25 68/3 69/1
69/3 71/5 71/10
71/19 74/2 74/5
74/22 75/9 76/1
76/8 76/12 76/18
77/16 77/18 79/17
80/11 80/13 81/4
81/13 81/15 82/5
82/6 82/9 82/10
82/12 82/22 83/7
83/12 84/5 84/6

84/8 84/13 84/23
85/3 85/8 85/17
86/11 87/8 87/13
91/15 91/18 92/12
92/15 92/25 93/14
93/22 94/3 95/5
95/15 96/11 97/6
99/14 101/4 101/9
101/16 102/8 102/9
102/11 107/1 108/1
108/14 110/17
112/20 112/21
113/4 113/8 113/14
113/17 114/1 114/6
114/9 114/12
116/19
**Dr. [86]** 4/17
24/16 24/19 24/21
31/14 35/11 36/8
36/10 36/19 38/13
41/8 43/23 45/11
48/7 48/22 50/12
50/22 51/3 52/7
52/10 52/23 56/9
60/10 64/6 66/6
66/8 68/5 68/15
69/25 71/4 71/17
72/24 73/23 74/1
74/9 74/11 74/13
74/14 75/7 75/8
77/7 77/24 81/4
81/13 82/4 82/6
82/8 82/16 82/17
82/25 83/12 83/17
83/23 84/5 85/1
85/16 87/7 87/18
88/9 89/1 89/22
90/18 91/14 91/15
93/13 93/21 95/4
95/11 95/14 96/8
96/19 97/15 98/6
98/16 98/24 100/2
100/4 102/2 102/8
103/14 106/25

113/8 113/11 118/1
**Dr. Ami [2]** 4/17
35/11
**Dr. Celine [2]**
52/10 74/11
**Dr. Craig [4]**
24/16 24/19 24/21
31/14
**Dr. Klin [53]** 36/8
36/10 36/19 38/13
43/23 45/11 50/12
50/22 51/3 52/7
56/9 60/10 64/6
66/6 66/8 69/25
71/4 71/17 72/24
74/1 75/7 77/7
77/24 81/4 81/13
82/4 82/25 85/1
85/16 87/7 87/18
88/9 89/1 89/22
90/18 91/14 93/13
93/21 95/4 95/11
95/14 96/8 96/19
97/15 98/6 98/16
98/24 100/2 102/2
102/8 103/14
106/25 118/1
**Dr. Klin's [1]**
107/20
**Dr. Lynam [2]** 74/9
74/14
**Dr. Michael [1]**
41/8
**Dr. Sara [1]** 48/22
**Dr. Saulnier [7]**
52/23 74/13 82/6
82/16 83/12 83/17
84/5
**Dr. Saulnier's [1]**
82/8
**Dr. Uta [1]** 48/7
**Dr. Wright [8]**
68/5 68/15 73/23

**Dr. Wright... [5]**
83/23 91/15 100/4
113/8 113/11
**Dr. Wright's [3]**
75/8 82/17 108/20
**draft [2]** 82/10
82/19
**dressed [2]** 76/25
77/4
**drive [1]** 87/23
**DSM [9]** 39/23
40/12 41/17 41/19
41/19 41/21 42/3
42/15 48/16
**during [7]** 9/1
38/19 44/2 52/12
65/25 74/17 103/21
**duties [1]** 26/6
**duty [1]** 15/4

**E**

**each [8]** 7/18
16/25 23/8 24/7
26/23 65/11 78/15
98/7
**earlier [3]** 55/5
80/14 80/15
**early [12]** 8/2
8/11 8/22 8/24
43/4 54/24 55/4
56/24 69/7 71/20
72/12 75/9
**easel [1]** 103/7
**easy [5]** 20/7
20/10 20/11 20/12
50/4
**Edition [3]** 39/19
40/19 41/7
**educational [4]**
36/20 41/1 49/18
54/24
**effect [1]** 95/16
**effective [1]**

**effectively [1]**
96/21
**effort [3]** 12/9
12/25 12/25
**effortlessly [1]**
94/17
**eight [3]** 105/4
105/6 105/8
**eight-year-old [1]**
105/8
**either [9]** 9/3
20/17 28/16 28/25
53/24 55/24 60/6
98/3 114/13
**elaborate [1]**
78/17
**elements [1]** 91/21
**elicit [2]** 66/20
68/11
**eligibility [2]**
40/1 67/9
**eligible [1]** 42/2
**else [5]** 10/8
24/10 57/9 102/9
116/18
**else's [1]** 60/20
**email [13]** 21/21
22/18 22/22 23/4
29/17 29/20 30/7
30/8 30/10 107/2
107/5 112/16
112/18
**emails [2]** 82/13
116/15
**Emory [2]** 37/9
44/16
**emotional [3]**
49/17 49/23 55/25
**emotions [1]** 61/21
**employees [1]**
85/21
**encouraged [1]**
49/2

**encyclopedias [1]**
81/24
**end [5]** 4/8 4/24
54/3 65/25 88/23
**endear [1]** 98/4
**endearing [2]**
85/25 86/8
**endeavors [1]**
39/14
**ended [3]** 8/1
69/16 75/1
**endowed [1]** 44/15
**ends [1]** 81/12
**enemies [1]** 102/15
**engage [7]** 60/17
62/15 69/15 81/18
98/18 100/9 107/14
**engaged [6]** 52/9
69/7 99/19 100/6
101/17 111/5
**engagement [9]**
99/9 99/11 99/12
99/13 99/19 99/25
100/2 100/5 100/22
**engaging [2]** 7/14
80/22
**engender [1]**
102/16
**engineer [1]** 76/14
**engineering [3]**
80/23 93/6 94/14
**England [2]** 41/9
55/21
**English [1]** 48/11
**enhance [1]** 57/15
**enough [2]** 68/10
105/20
**ensure [2]** 54/9
56/25
**enter [1]** 96/22
**entire [6]** 45/4
45/6 77/14 85/4
88/3 88/6
**entirely [7]** 39/5

**E**

entirely... [6]
55/25 61/6 65/1
70/24 82/2 82/20
entity [7]   23/18
25/22 28/7 28/10
30/14 32/4 32/6
environment [2]
60/24 89/18
environments [1]
97/8
episode [1]   72/1
equity [1]   46/10
escape [1]   55/14
ESQ [10]   1/13 1/13
1/16 1/16 1/17
1/19 1/20 1/20
1/21 1/21
essence [2]   50/9
92/10
establish [2]
99/22 116/11
established [1]
61/1
establishes [1]
45/1
establishing [1]
14/11
Estate [1]   1/4
estimate [1]   54/4
et [1]   24/11
evaluate [3]
102/12 113/10
114/4
evaluated [2]
112/5 113/9
evaluating [5]
4/12 54/13 58/16
66/8 66/21
evaluation [26]
36/18 51/18 51/23
51/25 52/5 52/7
52/11 53/1 53/10

53/22 53/24 53/25
58/5 58/22 66/16
67/11 69/22 71/5
71/19 76/21 79/5
82/17 91/14 100/20
113/3 116/21
evaluations [1]
53/23
even [21]   7/15
55/5 59/18 60/7
61/10 70/16 72/10
80/5 84/17 85/10
86/14 88/19 89/19
89/19 89/20 89/20
92/19 95/23 96/24
100/23 114/22
event [2]   5/23
76/24
eventually [1]
40/2
ever [15]   8/6 8/18
8/21 8/24 11/21
12/18 24/16 24/19
24/21 28/11 28/17
31/13 31/13 111/2
112/1
every [8]   49/15
61/13 62/9 84/14
84/25 90/1 90/1
93/23
everybody [3]
54/19 61/18 94/15
Everybody's [1]
62/16
everyday [1]   58/21
everyone [2]   3/3
18/9
everything [4]
13/8 57/19 62/3
81/10
evidence [19]   5/6
5/19 8/10 9/4 13/1
14/14 18/11 18/12
19/15 21/11 26/15

51/15 79/2 100/19
101/6 105/18
evidence-based [1]
105/18
evidentiary [1]
4/11
exact [1]   111/4
exactly [5]   26/8
62/24 87/19 103/18
107/12
examination [16]
2/7 2/8 2/9 2/10
4/3 4/16 4/20 4/20
5/3 17/5 32/9
32/15 36/6 103/2
103/12 105/2
examinations [1]
4/1
example [11]   46/14
54/5 63/4 71/7
72/18 76/2 76/24
83/22 84/13 90/12
97/1
examples [2]   71/4
75/2
exceed [1]   56/21
Excellence [1]
46/3
exception [1]
55/12
excerpts [1]   7/8
excited [1]   49/5
exciting [1]   92/20
excuse [6]   18/17
43/12 43/13 43/15
97/24 114/8
excused [4]   35/1
35/6 35/7 64/8
executed [1]   66/18
exercise [1]   84/17
exhibit [1]   65/17
exhibits [3]   5/24
50/20 65/17

exigent [1]   78/5
exist [1]   8/10
existed [1]   8/11
existence [2]   8/19
8/25
expect [2]   6/23
98/13
expected [2]   22/24
98/3
expelled [2]   71/23
72/21
expenses [17]   21/3
21/7 23/10 23/17
25/6 25/16 25/21
25/25 26/2 26/3
26/8 27/2 27/8
27/14 27/18 27/22
29/4
experience [10]
38/15 39/12 40/20
70/11 79/4 83/18
88/12 94/4 94/10
102/19
experienced [3]
53/4 60/6 79/7
experiences [6]
73/8 73/13 73/14
76/4 76/5 76/6
expert [25]   33/17
33/19 33/21 36/10
36/11 36/13 51/10
53/6 69/9 78/25
98/25 99/1 99/4
100/6 100/21
101/16 107/15
109/25 111/2 111/5
112/2 112/24 113/1
113/10 117/10
expertise [2]   39/1
107/18
experts [1]   62/14
explain [6]   70/2

70/17 93/14 93/22
95/19 99/6 99/8
explaining [1]
72/11
expletives [1]
61/12
explicit [2]   89/8
89/9
explicitly [1]
107/16
exposed [2]   56/21
57/7
expressions [2]
86/13 96/24
extended [1]   51/21
extensive [2]
15/15 58/9
extensively [1]
96/9
extent [1]   10/4
extraordinarily [2]
84/19 96/17
extraordinary [3]
59/7 59/7 84/11
extreme [2]   59/8
81/12
extremely [7]
55/13 60/19 81/2
81/22 84/25 85/11
105/13
eye [1]   62/21
eyes [1]   94/9
EZ [14]   19/22 20/4
20/6 20/10 20/14
20/15 20/18 20/19
20/20 20/21 20/25
21/2 21/6 32/2

**F**

faced [1]   67/10
facial [2]   62/20
96/23
fact [27]   6/2
12/12 21/6 23/3

38/25 39/4 39/15
49/25 51/10 54/18
57/4 59/6 60/25
71/22 72/1 72/22
73/22 74/8 76/15
84/22 85/11 92/2
96/11 100/3
facts [8]   53/14
59/11 59/22 70/9
73/6 73/7 88/3
88/5
factual [1]   64/12
faculty [1]   45/18
fail [3]   61/10
86/13 88/15
fails [1]   71/11
fair [9]   5/10 6/18
28/2 77/24 79/11
105/14 105/19
114/1 114/12
fairly [1]   37/17
fait [1]   51/7
false [1]   61/21
familiar [4]   18/2
47/23 48/8 67/13
families [9]   38/3
38/8 39/3 39/7
42/25 45/6 45/16
47/17 67/11
family [4]   51/21
51/21 76/2 82/22
family's [1]   42/12
fancy [1]   80/17
fashion [4]   53/7
54/10 62/16 89/9
fat [2]   62/13
73/17
fault [1]   16/13
FDA [1]   47/14
federal [3]   17/17
21/7 22/23
feel [2]   15/15
35/22

**feeling [2]** 62/20
113/7
**feelings [3]** 84/10
97/4 102/16
**fees [1]** 22/23
**fellow [2]** 37/1
52/14
**fellowship [1]**
37/3
**felt [1]** 75/25
**fend [2]** 56/1 56/4
**FERNANDEZ [1]** 1/21
**few [10]** 7/21
29/16 32/20 58/13
69/10 75/11 76/8
77/3 92/4 106/4
**fewer [1]** 56/2
**field [11]** 38/7
38/15 39/11 40/21
41/9 44/25 45/2
46/11 52/6 79/11
88/12
**fields [1]** 48/23
**fifth [1]** 55/8
**file [9]** 20/7
20/19 20/21 26/22
27/1 27/12 27/15
27/20 31/13
**filed [9]** 3/11
10/11 10/14 10/17
12/21 12/22 21/6
22/9 28/6
**filing [1]** 20/20
**filings [1]** 7/7
**final [3]** 74/20
79/1 79/18
**finalizing [1]** 3/9
**finally [2]** 83/17
87/23
**find [4]** 74/7
78/14 107/17 114/3
**findings [8]** 56/12

81/4 81/7 82/13 82/18
85/1
**finds [1]** 14/10
**fine [1]** 44/9
**fined [1]** 88/4
**fingers [1]** 55/20
**finish [1]** 105/23
**finished [1]** 55/17
**finishing [1]** 4/15
**firm's [1]** 30/3
**first [26]** 7/19
10/2 14/8 19/4
21/20 30/2 39/4
39/20 48/11 48/24
50/16 50/18 51/2
51/8 52/11 56/9
68/3 75/11 107/5
107/25 108/3 108/3
108/14 112/17
113/13 114/18
**five [3]** 46/2 63/7
87/2
**five-minute [1]**
63/7
**flexibility [1]**
84/8
**FLEXNER [1]** 1/15
**FLORIDA [13]** 1/1
1/14 1/18 1/22
1/25 10/13 14/6
23/4 34/11 119/3
119/7 119/15
119/18
**flsd.uscourts.gov
[2]** 1/25 119/19
**fluent [1]** 48/10
**focus [13]** 22/12
39/5 39/20 40/23
42/19 44/23 47/15
48/14 68/19 87/16
87/21 88/10 110/19
**focused [11]** 39/14
61/8 62/10 67/21

89/21 94/13 94/23
105/8
**focuses [2]** 45/5
77/11
**focusing [7]** 52/21
61/15 88/2 88/5
110/3 110/15
112/15
**folks [1]** 97/10
**follow [1]** 82/14
**follow-up [1]**
82/14
**following [1]** 6/4
**football [1]** 97/3
**forced [1]** 14/24
**foregoing [1]**
119/10
**Forensic [4]** 18/22
19/6 19/9 32/2
**Forensics [5]**
23/25 25/11 30/14
30/22 30/23
**forgot [1]** 26/22
**form [6]** 20/7
20/18 20/23 31/13
73/10 73/13
**formal [14]** 33/13
34/4 41/25 70/8
78/24 79/3 79/19
80/10 81/7 97/2
97/4 97/8 97/9
97/12
**formally [1]** 42/3
**formed [3]** 22/23
23/4 23/24
**forms [2]** 9/18
69/22
**forth [8]** 10/13
13/19 55/11 57/21
61/5 62/8 97/25
107/22
**fortunate [1]** 48/6
**Forty [1]** 54/11

**F**

**Forty-nine [1]** 54/11
**forward [1]** 35/15
**forwarded [1]** 82/12
**found [4]** 14/8 88/11 88/12 117/17
**foundation [1]** 102/5
**founder [1]** 114/25
**four [3]** 64/5 83/12 87/1
**Fourth [3]** 14/10 39/18 40/19
**frame [1]** 11/1
**Fred [2]** 39/16 48/21
**free [1]** 15/9
**FREEDMAN [2]** 1/12 1/13
**frequently [2]** 51/10 74/15
**Friday [1]** 39/9
**friend [5]** 92/5 92/7 92/10 92/20 97/2
**friends [6]** 69/11 73/21 91/16 91/18 91/19 97/14
**friendship [1]** 92/12
**friendships [3]** 91/23 91/23 92/3
**Frith [1]** 48/7
**front [7]** 14/25 20/2 25/10 29/17 110/12 110/23 115/16
**fryers [2]** 62/13 73/17
**fulfill [1]** 46/20
**fulfilled [1]** 91/1

**full [2]** 12/22 36/1
**fully [5]** 35/22 74/17 86/11 87/3 111/9
**fun [2]** 85/24 85/25
**functional [1]** 46/8
**funded [1]** 54/6
**funding [1]** 102/3
**funny [1]** 86/7
**further [13]** 6/16 9/15 12/5 15/20 16/2 16/4 32/8 34/17 65/20 92/7 92/10 103/1 119/12
**future [1]** 93/12

**G**

**Gables [1]** 1/22
**gains [2]** 33/13 34/5
**galvanizing [1]** 39/2
**gathered [1]** 77/25
**gathering [2]** 79/19 86/3
**gave [2]** 32/24 84/14
**geeks [1]** 80/25
**general [9]** 20/24 25/5 27/20 28/14 31/5 31/9 31/10 71/13 113/3
**generally [2]** 33/3 78/8
**generate [5]** 53/12 56/23 67/17 67/24 74/4
**generating [1]** 58/16
**generation [1]** 46/2

**genetic [1]** 43/2
**genetics [1]** 46/8
**genomics [1]** 46/8
**Gentlemen [6]** 16/10 16/23 34/20 63/13 66/5 117/23
**geometry [1]** 73/15
**Georgia [2]** 45/3 45/7
**German [1]** 48/10
**gestures [3]** 62/20 62/21 62/21
**get [18]** 58/20 58/21 67/4 83/24 84/18 86/14 86/15 89/15 89/20 97/13 98/25 105/5 109/9 110/2 111/8 112/16 114/12 116/16
**gets [2]** 26/18 86/20
**getting [1]** 91/9
**gifted [2]** 59/4 81/6
**gist [3]** 70/25 88/6 88/15
**give [13]** 3/14 5/24 6/11 34/23 62/20 65/6 65/9 65/11 75/6 77/7 104/1 115/13 117/14
**given [16]** 15/13 25/16 27/13 33/3 44/13 46/11 49/16 51/14 54/8 55/1 56/23 57/1 57/4 65/23 79/11 79/25
**giving [3]** 112/11 114/13 114/15
**global [1]** 71/14
**go [37]** 3/2 3/22 7/18 8/12 8/25 9/9 13/13 13/13 15/1

**G**

**go... [28]** 15/5 17/11 18/5 20/2 21/18 22/11 23/6 24/23 25/8 26/11 28/3 29/14 31/21 31/23 37/19 42/5 42/15 50/12 51/15 55/23 64/2 87/7 91/9 93/4 105/23 110/11 116/18 117/8

**goal [3]** 45/12 68/10 81/19

**goals [1]** 115/4

**goes [12]** 8/7 8/7 8/19 12/2 12/3 69/21 70/22 72/13 84/15 96/12 100/19 100/19

**going [66]** 3/7 4/15 4/16 5/16 6/10 6/12 10/4 11/11 11/20 12/8 13/8 13/19 40/23 40/23 46/2 46/19 47/13 51/22 55/17 58/1 61/22 62/8 62/16 63/13 64/24 65/6 65/24 68/11 71/13 73/19 73/19 73/20 81/25 83/15 83/24 87/5 87/10 87/24 88/1 88/18 90/11 90/13 90/16 90/25 93/11 96/22 96/25 97/3 100/20 103/25 104/3 105/22 105/24 106/5 106/8 106/16 107/4 107/4 108/9 111/13 111/25 113/25 114/8 114/9

**gold [7]** 51/24 52/1 52/6 52/7 53/22 54/7 58/10

**good [16]** 3/4 3/5 16/10 17/7 17/11 17/13 32/17 32/18 35/13 35/14 36/8 36/9 43/18 63/12 71/14 115/18

**Google [1]** 117/11

**got [6]** 72/21 106/15 106/25 107/2 113/13 115/2

**graduate [4]** 38/19 44/13 48/6 48/13

**grandfather [2]** 76/10 76/15

**grant [1]** 39/5

**grants [3]** 38/12 46/5 102/3

**great [17]** 6/25 43/10 52/3 52/23 53/11 53/12 68/22 68/23 69/8 72/23 73/25 76/12 79/21 91/8 103/16 105/11 112/19

**greater [3]** 20/16 41/13 101/5

**gross [1]** 22/24

**grounds [1]** 64/15

**group [1]** 40/23

**guess [1]** 103/17

**guidance [3]** 33/13 34/5 34/11

**guts [1]** 94/15

**H**

**had [53]** 8/4 11/14 11/15 11/18 12/1 12/25 13/14 13/21 14/4 14/21 21/3 34/12 38/20 39/12

44/15 48/17 49/6 49/8 52/12 57/16 68/9 69/10 71/8 72/2 76/4 76/8 81/15 81/16 82/12 82/21 82/21 82/22 85/18 86/15 90/22 90/23 92/3 92/8 100/21 100/22 103/19 108/4 109/25 110/16 112/20 112/21 113/7 113/8 117/12 119/8

**hairs [1]** 10/17

**half [2]** 103/17 111/11

**hand [5]** 17/3 34/22 35/16 53/21 119/14

**handle [1]** 64/22

**hands [3]** 6/6 6/15 35/1

**Hans [1]** 48/8

**happened [2]** 73/22 73/24

**happy [3]** 16/15 16/18 16/19

**hard [5]** 61/22 81/25 84/25 92/9 103/22

**harm [2]** 71/13 72/23

**Harris [1]** 37/5

**has [48]** 9/16 9/21 9/23 19/14 21/11 21/12 21/16 22/24 26/13 27/4 27/14 29/17 34/25 38/14 43/15 45/25 46/17 52/23 60/2 61/18 67/21 69/3 76/8 78/14 80/2 80/2

**has... [22]**   81/6
81/10 83/9 84/12
84/21 84/23 85/18
86/1 91/15 91/18
91/19 92/15 92/16
92/21 92/22 93/10
94/15 95/6 102/11
103/22 105/7 111/2
**hate [1]**   5/17
**have [150]**
**having [12]**   3/8
4/19 44/3 50/19
50/19 75/3 90/8
90/10 91/1 91/2
94/21 95/23
**havoc [1]**   85/22
**he [120]**
**he's [7]**   33/18
72/11 77/4 85/21
92/16 93/8 97/7
**head [1]**   10/22
**health [13]**   16/21
38/12 39/5 41/5
44/25 45/4 45/5
45/25 46/3 46/5
46/10 54/6 90/23
**healthcare [4]**
37/9 37/12 37/13
38/7
**hear [6]**   17/7
32/17 33/9 44/7
83/3 97/17
**heard [10]**   15/10
23/13 49/14 49/14
61/12 97/15 97/20
112/20 112/21
117/12
**hearing [1]**   44/4
**heart [2]**   93/9
94/10
**Hebrew [1]**   36/22
**height [2]**   96/12

**heights [1]**   103/23
**held [2]**   38/14
52/6
**Hello [1]**   103/14
**help [10]**   52/10
53/8 53/10 85/9
89/1 90/10 90/11
90/25 103/6 107/4
**helpful [1]**   6/8
**helps [2]**   3/14
3/16
**Hence [1]**   27/23
**her [19]**   44/10
52/11 52/12 52/14
53/5 57/14 74/19
76/16 77/2 82/7
82/8 82/16 84/9
84/10 84/23 85/9
85/10 96/15 112/8
**here [18]**   6/14
8/21 14/1 16/3
32/25 63/18 72/22
75/24 76/7 84/7
84/24 85/17 89/13
94/12 108/25
111/23 117/24
118/1
**hereby [1]**   119/7
**hereunto [1]**
119/14
**hernandez [6]**   1/23
1/25 119/5 119/17
119/17 119/19
**herself [2]**   49/20
67/4
**hesitate [1]**   5/15
**heterogeneity [1]**
79/21
**Hi [2]**   22/22 35/13
**high [14]**   38/9
39/1 39/6 39/15
39/21 47/18 50/25
54/19 55/17 55/19

107/8
**high-quality [2]**
38/9 47/18
**high-visibility [1]**
107/8
**higher [3]**   59/22
67/7 89/19
**highlight [4]**   21/1
21/22 24/24 25/24
**highly [5]**   11/21
12/2 13/13 43/3
43/19
**him [38]**   8/1 57/3
57/9 57/11 57/16
57/16 57/17 57/25
68/9 69/6 71/13
73/24 74/7 75/10
76/12 76/16 76/22
76/22 76/23 80/24
81/9 81/25 84/9
84/10 84/21 84/22
84/24 84/25 85/10
85/24 85/25 86/14
86/14 86/16 86/20
87/24 92/9 109/9
**himself [8]**   49/20
67/4 67/25 72/23
80/20 80/21 85/9
93/12
**hint [1]**   113/7
**hired [2]**   98/25
99/1
**his [104]**   7/25 8/8
8/8 8/8 11/23 22/7
22/9 33/23 50/20
51/20 51/21 54/15
55/17 57/4 57/7
57/8 57/13 57/25
59/21 59/23 64/7
64/11 68/1 69/7
69/9 69/10 69/12
69/12 69/15 69/16
69/17 71/14 72/3

# H

**his... [71]** 72/9
72/13 73/25 75/4
75/9 76/2 76/9
76/10 76/11 81/6
81/18 81/20 82/13
82/22 84/2 84/12
84/17 84/17 84/19
85/4 85/6 85/6
85/9 85/14 85/14
85/17 85/18 85/21
85/22 85/23 86/2
86/17 87/9 87/14
92/7 92/9 92/15
92/18 92/18 92/19
92/21 92/22 93/5
93/7 93/7 93/9
93/9 93/10 93/12
93/25 93/25 94/1
95/8 95/10 95/16
95/20 95/20 95/21
95/22 95/24 96/9
96/13 96/14 97/6
97/6 109/1 109/4
109/20 109/20
110/19 112/8
**history [17]** 36/22
56/24 56/25 58/10
73/16 74/5 75/4
75/9 75/16 77/11
78/3 80/12 81/7
81/8 83/13 84/1
84/24
**hold [1]** 37/18
**home [5]** 57/17
77/3 85/18 85/22
105/23
**homes [3]** 42/12
45/21 59/16
**honor [77]** 3/6
3/12 3/13 3/25 4/7
4/23 5/4 5/7 5/14
5/15 6/8 6/21 6/25

7/2 7/5 7/13 7/21
7/24 8/20 9/6 9/17
10/11 10/16 11/5
11/6 12/7 12/23
13/4 13/5 13/17
14/21 15/7 15/19
16/5 16/7 18/13
19/14 21/11 31/16
32/8 32/10 33/6
33/7 33/7 33/15
34/14 34/19 35/2
35/4 35/10 35/25
44/20 63/6 63/22
64/9 69/19 69/21
71/1 72/5 72/10
91/11 95/10 99/22
103/3 103/10
106/10 106/11
106/17 106/22
109/11 109/13
110/6 110/11
111/18 116/1 117/7
117/21
**HONORABLE [1]** 1/10
**hopefully [2]** 56/2
105/23
**hospitals [1]**
38/21
**hostile [1]** 87/5
**hostility [1]**
86/15
**hotel [1]** 96/12
**hour [5]** 65/25
87/24 88/1 99/8
117/24
**hours [7]** 47/11
53/20 53/20 58/13
66/22 68/6 76/14
**how [38]** 3/3 6/22
6/24 8/15 33/13
34/5 40/7 40/17
50/20 57/17 60/11
62/20 64/8 68/4
71/12 74/12 78/8

87/8 88/11 88/12
94/7 96/20 99/7
102/10 103/14
104/2 104/2 104/20
106/15 108/19
108/24 108/25
109/3 112/2 112/4
**However [1]** 49/22
**human [3]** 62/5
91/5 94/2
**humor [5]** 62/25
83/10 83/14 86/9
87/1
**hygiene [1]** 84/17
**hyper [1]** 94/23
**hyper-focused [1]**
94/23

# I

**I'd [15]** 3/13
19/19 21/17 22/12
23/12 31/25 43/23
50/12 56/7 69/25
78/8 86/4 87/7
101/20 104/2
**I'll [15]** 27/17
30/19 33/24 34/15
44/5 51/3 60/18
63/18 70/4 79/15
83/19 87/22 100/12
104/9 117/24
**I'm [69]** 3/9 3/15
5/8 6/5 6/12 11/13
11/14 17/10 21/19
24/10 26/5 29/7
32/21 37/14 40/6
44/3 44/5 44/9
44/12 45/8 56/10
60/25 61/22 63/6
72/7 74/8 83/2
83/6 86/1 86/20
88/24 91/17 93/15
93/17 93/19 96/22

**I'm... [33]**   96/25
97/2 97/3 97/17
102/14 103/15
104/3 104/6 104/7
104/9 105/22
105/23 106/8 107/4
107/10 108/10
108/11 109/12
110/2 110/3 110/4
111/4 111/9 111/13
111/25 112/7 113/1
114/3 114/5 114/9
116/11 116/15
116/16
**I've [11]**   7/7
13/21 21/16 37/13
38/16 44/17 51/11
53/4 55/24 93/23
111/4
**idea [3]**   5/16 6/12
75/3
**ideas [1]**   86/10
**identified [3]**
55/15 56/20 78/1
**identity [1]**   93/7
**idiomatic [1]**
86/13
**illustrate [1]**
59/20
**imagine [4]**   45/18
49/7 62/13 83/11
**immediately [1]**
95/24
**immerse [1]**   38/22
**impact [8]**   43/8
50/20 87/9 94/4
95/5 108/19 109/1
112/7
**impacting [1]**   43/3
**impacts [2]**   43/4
43/16
**impeachment [1]**

**implications [1]**
109/20
**implies [1]**   13/15
**importance [4]**
42/15 88/16 88/20
101/20
**important [26]**
38/22 41/22 53/21
56/18 60/24 68/2
68/13 72/22 74/2
75/14 75/15 75/23
75/25 76/3 76/8
76/16 76/21 87/4
89/13 90/12 94/6
99/22 101/21
102/10 105/13
107/12
**importantly [2]**
47/15 70/16
**impress [2]**   61/2
98/4
**impressed [2]**
80/16 84/8
**impression [2]**
89/15 117/19
**impressions [4]**
70/17 70/18 78/25
88/23
**impressive [1]**
59/14
**improper [1]**   33/21
**improve [1]**   105/19
**inadequate [2]**
92/16 93/8
**inadvertent [1]**
13/25
**inappropriate [1]**
12/2
**incapable [1]**   62/2
**included [2]**   39/23
42/18
**Includes [1]**   67/19
**including [11]**

81/7 96/6 108/20
109/2 109/9 109/21
110/17 110/24
**inclusion [5]**   41/3
42/7 42/21 49/5
53/23
**income [32]**   17/20
17/21 17/25 18/20
18/21 19/5 19/9
19/20 19/21 19/24
20/9 23/16 23/21
24/6 24/10 25/6
25/16 25/21 25/23
25/24 26/2 26/3
26/7 27/2 27/8
27/10 27/22 28/4
32/1 32/4 38/8
46/12
**incorporate [1]**
74/20
**incorporated [3]**
82/11 82/19 82/23
**increasing [1]**
46/10
**incredulous [1]**
88/24
**incriminate [1]**
88/8
**independently [5]**
52/23 53/24 54/1
91/2 91/3
**indicated [1]**
100/18
**individual [21]**
25/20 25/22 42/2
43/18 51/20 51/25
56/23 57/2 58/17
59/6 67/10 68/12
75/13 77/9 78/14
82/2 89/25 90/2
98/18 112/3 112/7
**individuals [68]**
38/8 38/17 38/23

**individuals... [65]**
39/6 39/15 39/21
40/1 40/24 42/24
43/9 44/22 47/6
48/25 49/12 53/18
54/21 54/22 54/25
55/13 55/23 56/2
56/2 57/19 57/22
58/23 58/25 59/2
59/9 59/15 59/18
60/3 60/4 60/6
60/7 61/3 61/25
62/1 62/9 63/2
67/6 67/12 67/23
68/21 69/13 70/4
70/4 79/5 79/21
79/22 80/7 80/19
81/3 85/21 87/15
88/7 88/13 89/16
89/25 90/7 91/1
91/8 96/4 96/17
98/14 102/13
102/21 105/12
105/19
**infantilizing [1]**
43/19
**infection [1]**
90/21
**inference [1]**
33/20
**Info [1]** 1/4
**informal [10]** 68/9
78/24 79/3 79/19
80/10 81/10 82/20
95/23 97/4 97/9
**informality [1]**
114/9
**informant [1]** 78/5
**informants [3]**
53/13 57/5 75/4
**information [31]**
10/18 19/13 20/24

20/17 40/6 53/13
57/11 57/16 58/17
59/11 59/22 66/21
67/17 67/25 70/9
73/6 73/7 74/4
74/23 75/7 75/12
75/19 75/22 77/25
78/2 78/7 78/11
78/12 78/18 79/20
82/15
**inherent [1]** 43/18
**inheritable [1]**
43/3
**initial [2]** 107/11
117/19
**injected [2]** 64/6
64/7
**inner [1]** 47/17
**innovations [1]**
38/5
**innovative [1]**
44/21
**inquire [1]** 33/19
**inquiry [2]** 68/13
116/20
**insight [3]** 76/16
101/5 109/4
**insofar [1]** 94/2
**instance [1]** 27/3
**instead [1]** 21/2
**Institutes [7]**
38/12 39/5 44/25
45/25 46/3 46/5
54/6
**instructed [1]**
13/9
**instruction [4]**
15/3 15/9 15/12
15/17
**instructions [1]**
20/24
**instrument [7]**
58/14 58/22 66/20
67/3 67/11 68/7

**instruments [3]**
52/25 53/3 78/15
**insurance [2]**
39/25 42/14
**intact [3]** 39/2
59/3 59/3
**integrate [1]**
66/11
**integrity [1]**
51/14
**intellect [9]** 39/1
39/6 39/15 39/21
50/25 55/19 59/3
87/13 102/14
**intellectual [5]**
46/15 59/1 59/18
67/8 101/12
**intelligence [2]**
39/2 59/3
**intelligent [2]**
49/13 49/14
**intend [4]** 4/5 5/3
5/5 5/9
**intention [3]**
49/10 82/2 87/4
**intentions [5]**
61/20 61/23 62/22
96/5 96/6
**interact [1]** 43/17
**interacted [1]**
80/24
**interacting [4]**
67/18 70/19 76/23
86/23
**interaction [9]**
62/5 68/12 70/13
70/15 77/13 81/14
88/4 89/5 93/24
**interactions [2]**
68/9 68/17
**Interagency [1]**
45/1
**interest [12]**

**interest... [12]**
62/11 62/11 68/20
68/21 69/2 69/4
92/18 92/18 94/23
95/6 95/16 96/2
**interested [2]**
73/18 84/21
**interests [11]**
68/25 69/12 73/18
77/13 80/22 92/9
92/19 94/1 95/21
95/22 95/25
**interfere [1]**
73/10
**International [1]**
41/6
**interpret [2]**
61/24 66/11
**interrupt [2]** 63/6
64/23
**interruption [1]**
109/16
**intervene [1]**
90/24
**interventions [1]**
105/18
**interview [21]**
58/9 58/13 58/18
66/13 68/3 68/4
68/6 74/9 74/10
74/13 74/17 74/22
75/1 75/13 75/20
76/17 77/8 77/10
82/6 82/9 82/16
**Interview-Revised**
**[1]** 58/13
**interviewed [4]**
57/25 68/14 82/4
82/7
**interviewing [1]**
78/4
**interviews [5]**

78/17 98/10
**introduce [3]** 5/5
5/18 103/16
**introduced [1]**
33/18
**intuition [1]** 49/9
**intuitive [4]**
59/16 70/10 85/13
94/16
**investigation [2]**
42/24 45/2
**investigational [1]**
47/8
**investigations [1]**
44/19
**investigator [1]**
46/25
**invoice [1]** 107/4
**involved [10]** 11/4
40/7 40/14 41/15
48/15 51/12 58/6
61/14 100/25
106/15
**IRA [1]** 1/3
**irrelevant [8]**
70/24 71/16 87/16
88/6 88/10 88/13
88/17 89/21
**IRS [3]** 33/12 34/4
34/11
**is [403]**
**island [1]** 72/3
**isn't [1]** 79/12
**isolated [4]** 37/23
56/4 76/13 80/20
**isolation [3]** 79/6
79/8 80/5
**issue [19]** 3/8 4/9
4/10 7/6 7/24 9/23
11/16 24/16 33/21
41/4 63/22 66/11
69/22 71/24 72/1
72/12 72/14 72/24

**issued [6]** 24/7
33/12 34/4 40/2
41/24 115/14
**issues [6]** 7/23
15/1 33/2 54/3
69/8 87/10
**it [158]**
**it's [67]** 6/8 9/10
10/19 11/2 11/3
11/4 12/3 20/2
20/11 20/12 21/22
22/16 22/18 22/19
26/14 26/15 28/25
29/10 31/23 38/3
39/24 40/13 41/6
41/24 43/2 43/3
43/15 43/16 44/20
45/17 47/15 49/18
55/1 56/19 56/20
56/22 58/23 61/19
61/22 64/23 64/23
64/23 64/25 67/4
67/11 67/16 67/17
72/10 73/9 75/19
78/16 85/6 89/5
90/20 93/6 93/9
93/9 94/6 96/4
98/10 99/22 103/21
105/17 107/15
111/17 115/12
116/13
**item [1]** 78/16
**items [3]** 9/4
68/16 83/8
**its [7]** 8/20 10/22
27/4 41/19 45/12
58/24 88/20
**itself [4]** 9/8
71/20 71/20 78/16

**J**

**January [4]** 22/18
25/11 31/5 31/5

**Jerusalem [1]**
36/23
**job [3]** 23/8 23/9
91/9
**Jobs [2]** 114/22
114/25
**joint [1]** 76/14
**JORGE [1]** 1/20
**joy [1]** 16/21
**judge [6]** 1/10
49/13 60/4 64/3
65/19 96/5
**judged [2]** 60/20
61/7
**judging [1]** 60/23
**judgment [2]** 50/18
79/4
**jurors [6]** 5/22
16/3 65/6 65/10
65/18 65/25
**jury [23]** 1/11
5/11 5/17 11/20
13/13 14/25 15/3
16/8 16/9 19/16
21/13 63/19 64/10
65/4 65/10 65/14
66/3 101/5 110/6
110/12 110/22
116/9 117/25
**just [72]** 3/6 4/5
4/11 9/14 10/19
12/14 15/21 17/3
20/14 20/19 20/21
22/4 24/5 25/24
26/17 28/11 28/15
28/24 28/24 29/10
29/16 29/24 31/20
32/20 33/2 34/22
34/22 40/6 40/14
41/17 44/3 44/8
44/9 45/11 50/1
50/5 51/1 55/22

56/13 59/20 59/21
65/11 65/22 65/23
66/1 71/6 71/18
76/5 76/22 78/1
83/3 83/22 86/23
87/18 89/22 90/23
91/5 93/17 98/24
99/10 101/2 103/16
104/1 105/25 106/3
106/8 110/6 110/12
111/25 113/6 115/8
117/14

**K**

**K-1 [7]** 23/13
23/15 23/16 23/20
24/6 24/12 24/16
**K-1's [1]** 23/23
**K-L-I-N [1]** 36/4
**KASS [3]** 1/21 13/9
14/3
**keep [1]** 64/17
**kind [6]** 13/19
75/19 76/3 77/1
93/6 113/23
**kinds [5]** 63/3
70/18 81/8 88/23
90/14
**KLEIMAN [24]** 1/3
1/4 8/1 10/5 11/19
12/18 13/2 17/17
22/1 22/4 22/6
22/16 22/18 29/20
29/23 29/23 30/15
32/23 32/24 33/4
34/8 101/4 101/9
101/17
**Kleiman's [1]** 10/7
**KLIN [61]** 2/9 4/17
35/11 35/17 35/21
36/2 36/8 36/10
36/19 38/13 43/23
45/11 50/12 50/22
51/3 52/7 56/9

66/8 69/25 71/4
71/17 72/24 74/1
75/7 77/7 77/24
79/17 81/4 81/13
82/4 82/25 85/1
85/16 87/7 87/18
88/9 89/1 89/22
90/18 91/14 93/13
93/21 95/4 95/11
95/14 96/8 96/19
97/15 98/6 98/16
98/24 99/18 100/2
102/2 102/8 103/14
106/25 118/1
**Klin's [1]** 107/20
**knew [5]** 51/22
54/8 57/3 57/9
112/23
**know [17]** 6/12
9/23 11/22 26/8
27/11 44/10 51/25
55/5 64/5 65/3
83/21 85/12 99/10
100/20 108/12
109/3 115/17
**knowledge [6]**
23/23 39/11 70/8
81/6 81/7 102/20
**known [3]** 12/7
89/9 113/1
**knows [2]** 54/19
57/24
**KUHARCIK [60]** 2/7
4/16 7/25 10/23
11/17 12/8 14/23
16/1 16/25 17/7
17/15 17/18 17/24
18/6 18/15 18/18
18/22 19/2 19/6
19/12 19/19 19/22
19/25 20/3 21/16
21/25 22/17 22/19
22/20 23/10 23/13

**K**

**KUHARCIK... [29]**
24/2 24/16 25/2
25/10 25/15 26/3
26/17 26/21 27/15
28/2 28/6 28/12
28/23 29/3 29/14
29/16 29/21 29/21
30/15 31/9 31/13
31/20 32/3 32/17
33/12 34/21 34/25
35/1 35/5
**KYLE [1]** 1/13

**L**

**label [5]** 49/17
49/18 49/18 49/22
50/25
**lack [6]** 46/17
60/14 60/14 60/15
60/16 90/7
**Ladies [6]** 16/10
16/23 34/20 63/13
66/4 117/23
**laid [1]** 10/25
**language [15]**
59/10 59/11 59/14
59/21 59/21 62/23
77/12 80/14 80/15
80/17 81/7 81/10
81/11 97/3 98/11
**laptop [1]** 96/13
**laptops [1]** 65/16
**larger [2]** 38/5
65/7
**largest [10]** 37/12
38/1 38/3 39/12
40/20 45/14 45/17
46/4 49/3 72/2
**last [4]** 3/8 4/12
13/17 24/24
**late [3]** 5/25
12/24 12/24
**later [6]** 55/9

65/16 69/11 77/3
82/11 90/23
**law [13]** 5/13
13/20 13/20 14/6
36/16 50/21 54/25
55/1 55/2 57/17
57/19 60/21 65/5
**lawyer [1]** 8/18
**lawyers [2]** 107/1
108/1
**lay [1]** 33/22
**lead [2]** 40/22
105/18
**Leading [4]** 79/13
94/25 95/7 99/15
**learn [14]** 43/9
47/5 59/10 59/10
59/21 68/22 70/6
73/22 74/8 80/22
84/4 91/15 91/19
92/14
**learned [4]** 80/14
84/9 107/6 107/6
**learning [16]** 43/7
43/10 49/4 61/8
67/22 68/20 69/7
70/8 70/22 73/7
80/21 84/3 84/16
89/3 93/25 94/8
**least [3]** 89/8
90/16 94/2
**leave [2]** 35/6
37/18
**lecture [2]** 95/24
114/16
**led [5]** 39/14
39/17 44/23 71/8
84/6
**ledger [3]** 31/5
31/9 31/10
**left [3]** 37/14
56/1 56/4
**legal [10]** 108/23
109/1 109/2 109/3

110/20 110/24
112/5 112/10
**Lender [1]** 14/7
**length [2]** 5/3
114/5
**lengthy [1]** 53/19
**Leon [1]** 1/22
**less [6]** 20/8
20/16 21/3 21/8
47/10 84/20
**let [27]** 6/12
13/21 16/25 26/17
28/10 28/14 28/16
33/9 35/21 40/5
40/6 41/18 44/9
58/1 65/3 68/4
79/8 80/9 90/3
94/19 98/5 103/25
106/5 108/12
111/25 115/13
115/17
**let's [5]** 9/2 9/13
16/8 116/13 117/23
**letter [1]** 14/2
**level [1]** 85/18
**levels [1]** 69/2
**leverage [2]** 47/8
47/20
**LICATA [1]** 1/17
**life [28]** 51/13
57/7 58/21 60/9
62/3 67/5 67/8
69/7 69/10 69/12
69/18 73/4 73/25
75/3 75/11 76/9
84/6 84/12 84/23
85/4 85/18 86/2
91/7 92/16 92/22
93/10 94/2 109/5
**lifelong [1]** 69/3
**lifetime [1]** 90/9
**like [44]** 3/13
3/18 11/12 19/19

**like... [40]** 22/12
23/12 32/1 43/23
47/10 50/12 50/21
55/22 55/24 56/7
57/18 62/13 62/14
62/22 65/10 67/19
68/19 68/22 69/25
70/21 72/4 74/19
78/8 84/6 86/1
86/4 87/7 87/11
88/17 89/2 89/6
90/13 90/20 90/23
101/20 104/2
114/22 115/3
116/12 116/23
**likelihood [1]**
102/20
**likely [1]** 80/20
**limine [1]** 69/20
**limit [1]** 108/22
**limitation [3]**
12/11 12/14 24/3
**limited [5]** 9/10
12/13 38/15 108/23
115/14
**limiting [1]** 10/20
**line [21]** 7/19 9/5
11/10 11/12 13/7
13/8 14/22 17/21
17/25 18/2 18/16
18/17 19/4 19/4
19/21 19/25 24/24
31/24 111/13
111/14 116/19
**lines [3]** 13/5
15/22 79/2
**list [2]** 65/17
84/14
**listen [1]** 60/3
**listing [1]** 31/10
**literal [5]** 62/25
85/23 86/5 86/21

**Literalness [1]**
86/4
**litigation [10]**
54/9 100/4 100/24
108/21 110/18
113/22 114/1 114/6
114/7 114/10
**litigations [1]**
100/25
**little [20]** 11/2
39/10 39/11 40/5
40/13 44/3 45/11
64/18 65/7 65/15
71/15 76/20 79/8
80/9 89/6 104/20
106/4 106/9 106/15
112/15
**live [1]** 47/17
**lived [1]** 38/19
**lives [6]** 38/20
43/4 57/23 60/22
90/8 102/18
**living [2]** 70/7
91/2
**Liz [3]** 65/6 65/24
110/9
**LLC [7]** 1/4 22/24
23/4 23/24 25/11
30/22 31/4
**LLP [2]** 1/12 1/19
**lofty [1]** 115/4
**log [1]** 13/2
**London [2]** 36/25
44/14
**long [11]** 6/7 6/16
6/22 12/8 38/21
40/7 52/9 64/6
68/4 83/12 105/19
**long-stay [1]**
38/21
**long-term [1]**
105/19
**long-time [1]** 52/9

18/6 18/16 18/17
19/2 19/12 28/20
30/2 31/2 47/4
65/11 65/23 66/1
75/4 109/19
**looked [6]** 22/8
29/25 43/14 104/5
114/22 116/23
**looking [5]** 18/15
77/1 108/5 116/24
116/24
**loss [11]** 19/21
20/9 25/11 25/15
25/20 25/21 25/23
26/2 31/4 31/4
63/2
**losses [1]** 29/4
**lost [1]** 72/21
**lot [10]** 40/6
55/15 77/24 78/11
80/17 82/20 85/24
90/17 90/17 102/16
**love [1]** 37/22
**low [1]** 38/8
**lower [2]** 59/25
89/19
**lunch [8]** 63/15
65/25 106/6 115/18
117/21 117/24
118/2 118/4
**Lynam [3]** 74/3
74/9 74/14

**M**

**machine [1]** 119/8
**machines [2]** 62/13
73/16
**made [17]** 9/15
9/18 9/19 13/3
13/4 14/16 15/11
41/9 43/24 51/9
54/14 58/1 60/2
65/5 72/19 72/25

**M**

**made... [1]** 82/21

**main [2]** 27/6
50/15

**maintain [2]** 31/11
65/17

**major [11]** 44/18
47/6 48/14 48/17
76/1 81/8 81/12
86/25 86/25 89/3
94/1

**majority [2]** 54/22
55/23

**make [27]** 5/20 6/2
6/14 6/17 9/3
13/18 14/25 15/9
16/25 22/4 28/17
29/1 37/24 38/4
40/23 43/18 52/4
65/12 73/5 78/22
81/21 81/22 84/10
84/20 89/8 90/25
97/22

**makes [4]** 60/23
73/7 84/23 94/14

**making [3]** 42/2
78/5 85/25

**maladjustment [3]**
49/17 49/24 55/25

**managed [2]** 55/14
84/18

**mandate [1]** 48/17

**manifestations [1]**
58/24

**manifested [1]**
71/20

**manipulate [1]**
49/25

**manner [2]** 47/4
94/22

**manual [6]** 39/18
40/2 40/18 41/5
41/21 42/7

**manuals [2]** 41/10
78/18 380

**many [31]** 5/24
38/7 42/11 42/11
46/12 47/10 47/10
47/11 47/11 47/16
47/17 48/2 51/1
69/11 69/12 71/22
71/22 71/23 76/14
76/14 76/14 76/14
79/23 79/24 79/24
79/24 81/24 86/13
92/22 111/5 111/6

**map [1]** 79/23

**mapping [1]** 78/19

**March [1]** 107/3

**Marcus [12]** 37/8
38/1 38/9 44/16
45/12 45/14 45/24
47/16 52/19 89/1
98/17 104/5

**mask [1]** 35/23

**material [2]** 74/18
101/6

**materials [2]** 78/6
113/13

**maternal [6]** 45/5
57/10 74/2 74/23
76/10 76/15

**math [4]** 40/6
80/23 93/5 94/14

**mathematical [2]**
85/8 85/15

**matter [5]** 9/9
69/11 73/16 98/1
107/7

**matters [1]** 52/24

**maximize [1]** 53/14

**may [29]** 4/7 4/13
4/19 7/14 11/6
15/16 20/25 21/2
21/12 21/14 32/24
33/3 33/3 56/13
56/13 61/4 61/7

**maybe [6]** 7/1
51/13 63/10 63/11
88/22 106/6

79/24 79/25 103/4
103/10 103/11
105/14 110/13
111/19 117/4

**MCGOVERN [15]** 1/20
2/7 2/9 7/10 12/6
17/4 44/3 63/11
64/17 83/1 106/4
106/9 110/16
115/24 116/5

**me [65]** 3/18 13/21
16/25 17/7 18/17
26/17 28/11 28/14
28/16 32/17 33/9
34/2 35/21 36/17
39/9 40/5 40/6
41/18 47/10 52/10
52/15 52/23 53/21
56/10 56/16 57/11
58/1 61/19 61/23
64/4 68/4 73/8
75/6 76/3 76/16
79/8 80/9 84/13
84/14 84/23 85/23
90/3 91/21 93/18
94/6 94/11 94/12
94/19 97/24 98/5
103/6 103/25
104/24 105/16
106/5 107/15
107/16 108/12
110/22 111/9
111/25 112/25
115/13 117/11
117/14

**mean [19]** 5/2 20/6
21/7 37/17 60/11
60/13 61/4 61/17
63/1 63/1 70/2
70/3 83/11 86/5

**mean... [5]** 86/6
86/7 88/5 102/8
108/10
**meaning [4]** 20/13
82/1 86/21 86/21
**meaningful [1]**
91/1
**means [2]** 55/8
104/19
**meant [6]** 83/16
90/3 105/24 109/1
109/8 109/8
**measure [2]** 47/3
67/3
**mechanism [1]** 73/9
**median [1]** 55/6
**medical [3]** 36/25
43/15 44/14
**Medicine [2]** 37/2
37/6
**meet [8]** 58/21
59/15 74/2 77/16
103/16 105/3
108/14 113/4
**meeting [2]** 35/6
51/6
**meets [3]** 56/10
78/23 112/3
**members [2]** 3/19
38/10
**memory [1]** 74/6
**mental [4]** 41/21
59/1 61/20 90/23
**mention [4]** 9/3
12/19 28/17 29/1
**mentioned [18]**
41/11 41/17 46/11
48/16 55/24 58/19
60/10 69/25 70/1
76/17 82/4 83/5
87/19 88/10 88/10
93/23 96/19 119/9

**mentor [1]** 48/7
**mercilessly [1]**
69/16
**merely [2]** 25/21
27/7
**merging [1]** 79/2
**MESTRE [2]** 1/19
1/20
**met [5]** 24/19
77/18 77/19 77/21
77/22
**metaphor [1]** 86/9
**metaphors [2]**
62/25 87/2
**methodology [2]**
52/5 52/6
**Miami [7]** 1/14
1/18 1/24 1/25
119/15 119/18
119/18
**mic [1]** 63/25
**MICHAEL [2]** 1/21
41/8
**middle [3]** 64/6
73/16 83/16
**might [15]** 23/13
23/17 27/11 27/12
27/22 55/21 57/6
68/24 88/24 96/2
96/13 96/14 97/2
115/9 115/18
**mile [1]** 87/25
**miles [2]** 87/24
88/1
**milestone [1]** 44/1
**million [2]** 45/25
54/21
**mind [13]** 47/1
61/15 62/1 62/1
72/3 77/2 81/18
81/20 85/14 85/14
93/5 110/9 110/23
**minds [5]** 49/6
49/9 70/14 81/16

**mine [2]** 16/13
101/17
**mined [1]** 34/12
**mining [2]** 33/13
34/5
**minor [1]** 88/19
**minority [2]** 38/8
46/13
**minute [7]** 31/16
63/7 63/15 63/20
102/24 114/2 115/9
**minutes [8]** 3/7
7/1 7/4 63/18 64/5
77/3 113/19 115/20
**Mischaracterizes
[1]** 117/1
**miscommunication
[1]** 15/22
**misplacement [1]**
50/8
**miss [1]** 87/16
**missing [2]** 70/24
88/3
**Misstates [2]**
109/13 116/2
**mistake [1]** 110/6
**misunderstanding
[1]** 15/22
**mitigated [1]**
90/15
**mocked [1]** 77/2
**models [1]** 37/24
**molecular [1]** 46/7
**moment [3]** 51/8
96/14 103/4
**Monday [16]** 4/3
4/4 4/6 4/8 4/9
4/13 4/19 4/22
4/24 5/4 5/8 5/12
5/17 6/3 6/4 6/19
**monitor [2]** 61/10
70/20
**monitoring [1]**

**monitoring... [1]**
105/7

**months [1]**  98/10

**morass [1]**  49/10

**more [29]**  14/21
26/22 29/16 31/20
37/23 38/5 41/13
51/12 55/10 55/10
57/11 62/18 62/23
70/16 80/9 80/20
89/20 89/20 90/11
90/15 91/1 97/2
100/21 106/4 106/9
115/13 115/20
116/18 116/25

**morning [13]**  3/3
5/12 16/10 17/7
17/11 17/13 32/17
32/18 35/13 35/14
36/8 36/9 84/15

**most [25]**  37/20
38/20 43/3 45/21
46/4 47/14 53/2
54/20 58/8 60/17
60/24 62/7 69/17
70/23 71/11 73/3
82/18 83/21 85/18
86/6 91/6 91/8
93/10 95/20 95/21

**mother [11]**  57/9
75/8 75/9 75/10
75/13 75/17 75/19
75/22 75/23 76/11
96/9

**motion [4]**  3/9
10/13 64/9 69/20

**motivation [3]**
60/16 67/20 102/3

**moved [4]**  38/24
48/14 52/19 78/21

**MR [3]**  2/8 2/10
21/25

**Mr [75]**  4/16
7/25 9/20 10/3
10/23 11/17 12/8
12/13 13/2 13/9
13/9 14/3 14/4
14/23 16/1 16/15
16/15 16/18 16/19
16/22 16/25 17/7
17/15 17/18 17/24
18/6 18/15 18/18
18/22 19/2 19/6
19/12 19/19 19/22
19/25 20/3 21/16
22/17 22/20 23/10
23/13 24/2 24/16
25/2 25/10 25/15
26/3 26/17 26/21
27/15 28/2 28/6
28/12 28/23 29/3
29/14 29/16 29/21
30/15 31/9 31/13
31/20 32/3 32/13
32/17 33/12 34/21
34/25 35/1 35/5
64/20 103/6 106/23
115/17

**Mr. Barnett [4]**
16/15 16/18 16/19
16/22

**Mr. Barnett's [1]**
16/15

**Mr. Brenner [8]**
9/20 10/3 12/13
13/9 14/4 64/20
106/23 115/17

**Mr. Kass [2]**  13/9
14/3

**Mr. Kleiman [1]**
13/2

**Mr. Kuharcik [56]**
4/16 7/25 10/23
11/17 12/8 14/23
16/1 16/25 17/7
17/15 17/18 17/24
18/6 18/15 18/18
18/22 19/2 19/6
19/12 19/19 19/22
19/25 20/3 21/16
22/17 22/20 23/10
23/13 24/2 24/16
25/2 25/10 25/15
26/3 26/17 26/21
27/15 28/2 28/6
28/12 28/23 29/3
29/14 29/16 29/21
30/15 31/9 31/13
31/20 32/3 32/17
33/12 34/21 34/25
35/1 35/5

**Mr. Roche [2]**
32/13 103/6

**Mr. William [1]**
4/19

**MS [3]**  2/7 2/9
106/9

**Ms. [11]**  7/10 12/6
17/4 44/3 63/11
64/17 83/1 106/4
110/16 115/24
116/5

**Ms. McGovern [11]**
7/10 12/6 17/4
44/3 63/11 64/17
83/1 106/4 110/16
115/24 116/5

**much [14]**  6/24
16/21 47/15 51/19
55/10 57/15 62/18
74/4 80/20 86/12
86/15 93/2 99/7
103/17

**multiple [1]**  46/23

**mute [1]**  17/8

**my [63]**  11/18
24/10 24/12 30/21
33/2 38/7 38/18
38/19 39/9 39/16
40/9 40/13 40/21

**M**

**my... [50]** 44/13
44/25 46/11 47/1
48/7 48/14 48/21
50/18 51/13 51/14
51/14 51/16 52/1
52/4 55/20 60/25
63/25 66/10 74/11
74/20 74/20 74/21
78/6 82/11 82/20
82/23 83/18 87/11
87/22 87/25 88/2
90/3 96/25 97/4
100/19 100/25
101/7 102/19
107/18 108/9
109/19 110/6 113/6
113/23 114/8
115/13 115/23
117/19 119/11
119/14
**myself [3]** 38/22
73/9 103/16

**N**

**naive [1]** 85/24
**name [9]** 22/7
35/19 35/22 36/1
39/21 39/22 57/10
96/16 117/11
**named [1]** 92/4
**narrative [12]**
63/7 63/11 64/3
64/16 64/20 64/25
71/1 91/11 102/22
106/10 106/11
106/18
**narrow [2]** 6/10
62/12
**narrowed [1]** 3/25
**National [7]** 38/12
39/5 44/25 45/25
46/3 46/5 54/6
**natural [2]** 58/16

**naturally [1]** 69/6
**nature [9]** 8/20
12/3 59/12 59/22
77/14 80/24 81/1
82/14 109/21
**navigate [3]** 59/17
59/24 62/4
**necessarily [2]**
26/24 70/7
**necessary [1]** 15/9
**need [17]** 4/10
5/18 5/23 6/7 6/14
6/17 41/13 53/12
56/17 59/24 59/25
59/25 62/19 64/19
80/1 91/6 94/11
**needed [6]** 57/3
57/5 57/11 57/15
57/24 65/16
**Needless [3]** 62/15
81/24 84/1
**needs [2]** 15/12
78/13
**neglected [2]**
40/24 55/25
**negligible [1]**
71/15
**network [1]** 105/8
**neuro [1]** 104/11
**neuro-developmental
[1]** 104/11
**never [4]** 51/11
109/25 112/20
112/21
**nevertheless [1]**
49/15
**new [4]** 37/24
40/22 41/4 44/19
**newly [3]** 22/23
23/4 23/24
**next [8]** 22/13
22/25 23/6 25/8
33/2 35/8 70/13

**nice [1]** 93/3
**night [4]** 3/8 4/12
84/15 96/14
**nine [1]** 54/11
**ninja [2]** 76/25
77/4
**no [69]** 1/2 5/16
8/10 8/16 8/23
9/25 10/5 10/9
10/19 10/24 11/4
11/5 11/22 11/23
12/9 12/10 12/18
12/19 13/24 14/8
15/22 16/5 16/7
24/4 24/18 24/20
24/22 28/9 28/13
29/2 29/10 30/19
31/15 32/8 34/16
34/17 34/19 35/1
38/16 42/5 43/13
47/18 49/10 54/1
64/4 64/12 64/16
65/13 70/12 73/21
79/22 83/3 86/2
87/25 90/19 90/19
97/14 101/7 101/14
102/19 102/20
103/1 104/14
104/15 104/16
104/24 104/24
105/16 111/2
**non [4]** 62/25
114/1 116/23
117/13
**non-autism [1]**
116/23
**non-literal [1]**
62/25
**non-litigation [1]**
114/1
**non-verbal [1]**
117/13
**North [2]** 1/24

**North... [1]**
119/18
**Northern [1]** 13/23
**not [129]**
**note [2]** 6/22 9/23
**notes [1]** 119/11
**nothing [7]** 9/21
10/8 12/23 43/17
81/18 105/22
105/23
**noticed [1]** 114/19
**noticing [1]**
114/18
**notion [2]** 10/23
50/2
**November [3]** 1/5
119/9 119/15
**now [22]** 3/18 4/6
5/8 5/9 12/10
21/19 44/16 46/1
47/13 50/4 56/3
57/2 83/11 88/4
91/16 91/18 91/19
92/6 109/24 110/22
111/1 117/22
**nowadays [4]** 54/18
54/24 55/12 90/24
**number [6]** 14/25
51/9 55/20 64/14
107/17 111/1
**numbers [2]** 20/17
26/9
**nurse [1]** 52/12

**O**

**oath [2]** 35/16
111/22
**object [5]** 60/20
64/4 64/13 64/19
64/21
**objecting [1]**
15/13
**objection [54]**

10/2 10/6 10/21
10/24 12/10 13/6
13/24 14/19 15/5
15/10 18/23 18/24
24/13 27/16 28/18
29/6 29/11 30/18
33/6 33/15 64/15
64/17 69/19 69/23
71/1 72/5 72/7
79/13 91/11 94/25
95/7 98/21 99/15
99/20 100/11
101/23 102/5
102/22 106/10
106/11 106/17
106/18 106/22
106/23 109/11
109/13 111/18
111/19 116/1 116/1
117/1
**objections [3]**
15/1 15/11 15/15
**objective [1]** 47/4
**obligated [1]** 49/2
**observation [5]**
58/15 66/19 68/8
78/5 91/22
**observations [6]**
53/20 58/11 75/3
82/21 93/13 93/21
**observe [5]** 58/15
61/11 66/20 96/22
102/18
**observed [4]** 61/7
76/22 76/23 77/4
**obsess [2]** 73/3
73/5
**obsessed [4]** 69/3
71/10 72/20 88/17
**obsession [1]**
71/14
**obsessive [5]** 69/2
72/25 73/1 94/23

**obtains [1]** 79/1
**obviously [3]** 5/2
41/18 111/14
**occupation [1]**
93/7
**odd [8]** 73/19 77/2
83/9 83/21 83/21
85/12 92/16 96/1
**off [6]** 7/1 22/16
35/23 44/10 103/25
108/10
**offering [1]** 45/22
**Officer [1]** 88/1
**often [8]** 40/25
49/16 56/5 59/10
61/14 62/23 70/20
102/14
**oh [4]** 26/17
100/18 110/3 114/7
**okay [81]** 3/24
16/4 16/8 17/20
17/24 18/20 19/8
20/18 22/22 23/6
23/12 23/20 23/23
24/1 24/2 24/2
26/25 27/14 28/24
29/20 29/23 30/2
32/14 34/4 64/23
64/23 65/2 65/20
67/13 75/6 77/16
88/11 95/14 99/9
100/8 103/25 104/3
104/5 104/7 104/7
104/24 104/25
105/2 105/9 105/16
105/22 106/3 106/6
106/14 106/15
107/11 107/19
107/25 108/12
108/12 108/13
108/17 108/25
109/6 110/15 111/1
111/10 111/25

**okay... [18]**
112/15 112/19
112/22 113/13
113/17 113/25
114/8 114/11
114/15 114/18
114/22 115/2 115/3
115/19 115/23
116/6 116/11
116/17
**Oklahoma [1]** 13/23
**old [3]** 54/11
54/13 105/8
**once [7]** 16/13
40/19 71/23 76/25
80/15 80/19 82/18
**one [73]** 4/8 4/14
8/22 8/22 14/21
20/16 20/17 26/21
31/16 31/20 37/12
37/20 38/3 40/24
41/8 41/10 42/21
44/20 45/17 46/2
48/10 50/16 50/18
50/19 51/1 51/9
51/12 52/25 53/2
53/21 54/2 54/20
55/24 60/1 65/17
66/18 69/15 72/1
73/5 73/14 75/18
76/10 76/24 78/15
79/2 82/7 83/9
83/22 85/8 87/22
89/24 89/25 90/1
93/5 95/24 98/2
98/15 100/21
102/24 103/4
103/23 105/3 106/8
106/14 106/16
107/6 107/17 108/3
112/15 113/3 115/2
115/13 115/19

**ones [2]** 58/21
60/9 370
**one-sided [2]**
69/15 98/15
**one-track [1]** 93/5
**ones [4]** 28/23
39/12 39/16 78/22
**online [1]** 24/25
**only [27]** 5/15
5/25 6/18 8/3 8/12
8/22 8/22 19/8
19/9 21/3 32/6
42/3 46/2 51/11
51/20 52/4 55/8
57/13 60/21 80/24
81/19 85/6 88/2
92/23 93/7 98/12
102/21
**open [1]** 75/1
**open-ended [1]**
75/1
**opening [1]** 51/3
**operations [3]** 8/8
27/7 52/21
**opinion [43]** 36/11
36/13 51/2 51/14
51/16 52/4 56/12
58/2 58/4 64/14
64/14 66/9 66/12
72/6 72/8 72/10
72/13 74/21 75/24
76/7 78/6 79/1
84/7 85/16 87/8
93/14 94/3 95/4
95/8 100/16 100/19
100/25 101/3 101/8
101/11 101/15
101/16 102/8
102/11 115/14
115/24 116/4 116/8
**opinions [6]** 43/23
50/12 50/13 50/22
58/3 93/22
**opportunities [1]**

**opportunity [5]**
13/21 34/23 64/18
65/9 65/11
**optimize [1]** 46/20
**option [1]** 65/7
**order [21]** 3/1
39/25 48/19 48/21
53/13 53/17 58/15
58/20 62/18 62/23
66/20 67/24 69/20
78/13 80/1 81/19
82/14 83/24 86/8
94/11 114/3
**Organization [1]**
41/6
**origins [1]** 43/2
**ostracized [2]**
56/4 69/17
**other [53]** 3/19
9/24 11/10 11/10
12/15 12/15 14/13
20/16 20/19 23/17
26/4 39/14 49/9
49/20 49/25 50/6
51/15 51/24 56/13
57/5 57/17 57/18
59/17 60/24 62/3
73/9 73/18 76/23
80/15 80/18 81/15
81/16 82/23 83/9
83/25 85/13 85/21
86/15 87/5 87/15
89/12 94/12 94/12
94/16 94/16 95/25
96/5 98/3 98/4
98/4 98/7 98/13
102/12
**others [44]** 43/5
43/6 49/8 50/7
52/19 58/22 59/25
60/10 60/11 60/16
60/17 61/1 61/2
61/7 61/10 61/15

**others... [28]**
62/8 62/15 62/16
62/19 67/4 67/19
67/21 69/15 70/17
73/15 80/4 80/14
80/16 81/20 83/9
83/22 85/7 86/10
86/24 88/19 88/23
89/15 91/7 92/2
94/22 96/3 101/22
104/21

**our [37]** 4/2 4/11
6/9 10/13 11/16
16/3 30/3 30/9
31/4 37/24 38/5
38/5 38/11 38/11
41/8 42/10 42/11
42/12 43/20 45/19
50/2 50/8 52/21
60/2 60/21 61/1
61/2 61/13 62/22
62/22 62/22 63/15
64/18 92/2 97/10
97/11 117/21

**ourselves [2]** 98/4
98/12

**out [10]** 5/18
10/15 10/25 61/16
74/7 98/25 107/17
110/18 111/14
114/3

**outcome [3]** 55/6
70/13 105/19

**outcomes [2]** 46/20
56/6

**outset [1]** 108/1

**outside [9]** 11/15
11/23 13/11 33/8
85/17 113/22 114/6
114/7 114/9

**over [22]** 3/7 4/18
39/8 40/10 42/19

46/15 45/19 45/25
47/2 54/22 66/22
69/10 70/13 73/24
84/9 87/15 88/11
90/8 90/15 92/15
92/21 94/4

**overall [1]** 28/15

**overarching [1]**
72/22

**overcoming [1]**
105/13

**overlay [1]** 12/12

**overly [10]** 85/22
86/5 88/17 88/22
88/22 92/22 96/4
97/9 97/12 97/12

**overruled [11]**
18/24 27/17 28/21
33/24 34/15 69/23
72/15 100/12
109/19 111/19
117/3

**overview [1]** 77/7

**own [4]** 82/20
85/22 97/6 97/6

**P**

**p.m [3]** 63/14
117/25 118/4

**pace [1]** 61/5

**page [35]** 2/6 7/19
9/2 9/5 9/11 11/8
11/16 12/13 14/5
15/22 18/7 18/8
18/16 19/4 19/20
20/2 21/18 21/19
21/20 22/11 22/13
24/24 25/8 25/10
31/24 52/3 64/9
78/17 78/21 78/22
83/12 95/10 107/20
111/13 111/14

**page-long [1]**
83/12

19/3 119/12

**paid [5]** 23/7 23/9
99/4 99/7 99/8

**Paige [1]** 30/17

**pains [1]** 52/3

**PALM [1]** 1/2

**palsy [1]** 43/14

**pandemic [1]**
103/22

**panels [1]** 44/23

**papers [1]** 4/12

**paperwork [1]** 31/4

**paragraphs [1]**
83/13

**parameters [3]**
45/2 51/24 79/5

**paranoid [1]** 70/20

**pardon [1]** 13/15

**parent [1]** 42/4

**parents [2]** 48/19
60/6

**park [2]** 77/1 77/5

**part [13]** 20/4
20/23 20/24 54/9
58/5 71/6 73/1
78/24 78/25 81/1
86/23 92/3 92/24

**particular [17]**
13/1 20/13 26/6
27/24 33/21 38/25
40/21 58/7 61/8
62/10 68/7 69/1
75/11 79/11 82/1
107/10 112/8

**particularly [8]**
44/12 47/7 53/18
57/12 62/4 86/21
87/5 102/13

**parties [2]** 5/11
15/9

**partner [3]** 23/8
24/10 41/8

**partners [5]** 22/24

**partners... [4]**
23/7 23/24 24/7
27/3

**partnership [19]**
23/19 24/5 24/7
24/9 24/11 25/18
25/19 26/22 26/25
27/4 27/12 27/14
27/15 27/20 30/14
31/14 101/3 101/8
101/12

**partnership's [2]**
23/21 27/6

**parts [9]** 66/10
70/22 70/23 71/7
71/15 71/18 87/19
88/9 88/13

**party [1]** 23/17

**pass [2]** 23/18
27/3

**pass-through [2]**
23/18 27/3

**passage [1]** 54/25

**past [2]** 38/16
100/7

**patents [4]** 46/23
46/24 47/12 47/21

**pathognomonic [1]**
80/6

**patient [2]** 87/25
88/2

**patients [1]** 87/22

**Patrick [1]** 30/17

**pattern [4]** 68/20
69/13 85/4 94/13

**patterns [2]** 67/22
85/2

**Pause [6]** 26/19
31/18 35/12 102/25
103/9 111/16

**pay [1]** 28/3

**payroll [1]** 25/7

**PDF [3]** 18/8 18/16
31/24 180

**peas [1]** 76/11

**pedantic [2]** 88/22
88/22

**pediatric [2]**
37/12 45/20

**pediatrics [3]**
37/11 38/13 38/15

**peer [2]** 57/12
76/23

**peers [7]** 49/12
56/3 68/24 69/10
69/16 70/19 97/13

**people [43]** 40/25
47/4 47/10 49/13
57/3 57/17 59/1
60/3 62/25 68/24
69/12 70/19 73/3
73/3 73/4 73/9
73/13 73/18 73/20
74/6 75/2 78/19
80/24 81/15 81/17
81/19 81/21 83/21
84/24 86/16 86/17
89/2 89/12 89/14
90/17 90/22 92/4
92/22 95/25 96/22
98/13 102/16
104/20

**people's [4]** 49/9
61/23 70/14 96/5

**per [1]** 99/8

**percent [8]** 23/9
23/9 51/13 55/7
58/25 59/2 59/23
60/1

**perfect [5]** 50/3
50/5 50/8 96/6
96/7

**perform [3]** 52/7
53/5 117/9

**performance [1]**
115/10

**performed [2]** 77/6
116/22

**performing [1]**
26/6

**Perhaps [1]** 27/3

**period [3]** 27/13
27/24 47/9

**periods [1]** 57/6

**permitted [2]**
15/23 35/23

**person [44]** 36/18
43/20 43/21 43/22
44/20 48/7 50/16
50/25 53/11 55/18
56/24 57/1 58/11
58/16 60/24 66/21
75/20 77/4 78/23
79/25 86/19 87/5
88/18 89/24 89/25
90/4 90/15 90/25
92/20 93/5 93/6
93/6 93/8 95/24
98/4 100/23 101/1
102/13 111/7 114/3
115/11 117/11
117/13 117/13

**person's [12]** 43/5
43/16 58/11 58/20
67/3 67/18 75/3
75/17 78/2 78/3
96/21 117/11

**personal [2]** 1/3
73/14

**perspective [8]**
4/11 57/12 62/2
63/5 74/6 81/17
91/5 94/9

**pertaining [1]**
11/1

**Ph.D [2]** 36/24
52/12

**philosophy [1]**
81/8

**picture [1]** 71/14

piece [2]   89/13
  91/23
pioneers [2]   41/9
  48/22
place [1]   12/11
placed [3]   35/16
  49/23 50/4
PLAINTIFF [2]   1/12
  51/4
Plaintiffs [5]   1/5
  5/5 12/24 16/4
  35/3
play [1]   86/22
playing [1]   77/1
pleasant [1]   118/2
please [38]   16/11
  17/15 18/10 19/12
  19/24 21/10 21/10
  21/12 21/17 21/18
  21/22 22/11 22/14
  24/23 25/8 25/25
  26/11 31/21 34/3
  35/9 35/19 36/3
  36/13 36/19 43/25
  46/24 56/8 58/3
  66/5 67/1 79/17
  93/19 95/12 95/19
  99/16 102/24 104/8
  117/6
pod [1]   76/11
podium [1]   32/10
point [13]   6/12
  13/17 15/17 28/6
  39/2 57/6 57/24
  63/11 69/23 72/15
  72/19 81/21 85/8
pointing [1]
  110/18
points [1]   78/4
poke [1]   85/23
police [3]   87/23
  87/24 87/25

polished [2]   90/11
  114/19 330
political [1]
  36/22
Ponce [1]   1/22
poor [2]   49/8 56/6
population [2]
  59/23 60/1
portion [1]   73/25
portions [3]   53/25
  74/18 82/23
posing [1]   11/20
position [4]   33/23
  37/14 37/18 37/18
positions [1]
  38/14
possible [7]   38/4
  51/16 53/22 54/10
  55/4 73/8 97/22
post [1]   8/22
postdoctoral [3]
  37/1 37/3 52/14
postures [1]   96/23
practice [4]   51/24
  79/5 89/10 89/10
practices [1]
  45/21
pragmatics [1]
  81/11
pre [1]   34/11
pre-2014 [1]   34/11
precise [4]   47/3
  86/21 88/3 88/22
precludes [1]   8/14
precocious [1]
  80/13
predictable [1]
  57/19
prefaced [1]   11/13
prejudicial [4]
  11/21 11/24 12/3
  13/13
premised [1]
  115/23

preoccupied [1]
  61/9
preparation [1]
  30/13
prepare [1]   25/20
prepared [3]   17/16
  23/23 29/24
preparing [2]   26/4
  30/16
presence [1]   60/25
present [14]   4/11
  13/1 16/25 56/16
  56/19 63/19 72/12
  79/25 89/23 90/1
  90/5 105/14 117/25
  119/7
presentation [16]
  36/16 58/12 75/17
  77/12 78/3 87/9
  87/14 90/12 90/16
  90/16 108/20 109/1
  110/19 112/4 112/8
  114/13
presented [2]   7/23
  71/19
presents [1]   50/24
preservation [1]
  14/1
preserve [1]   15/4
preserved [1]   13/7
pressure [1]   55/3
prestigious [2]
  37/17 46/4
pretty [1]   103/17
prevalent [1]
  89/16
Prevention [1]
  105/7
prey [2]   50/4 96/7
primarily [3]
  30/15 52/21 55/12
primary [2]   45/12
  47/1
principal [2]

principal... **[2]**
97/12 97/13

**principle [1]**
81/21

**Prior [2]** 29/3
42/3

**privilege [24]** 8/5
8/7 8/13 8/14 8/23
9/9 10/12 11/25
11/25 12/4 13/1
13/6 13/16 13/25
14/2 14/2 14/12
14/16 14/25 15/4
15/5 29/6 29/8
30/21

**privileged [7]**
8/20 13/8 14/24
18/23 24/1 32/24
39/7

**Prize [1]** 44/20

**probably [11]**
37/20 39/12 40/20
53/2 55/18 55/19
55/23 60/13 65/25
85/14 94/15

**probe [1]** 64/10

**probed [1]** 92/7

**problem [2]** 64/3
94/5

**procedure [3]**
66/10 77/11 77/20

**procedures [7]**
53/6 53/17 58/6
58/6 66/18 74/16
77/6

**proceed [6]** 3/21
3/23 5/13 63/8
103/10 104/2

**proceeding [4]**
87/17 87/21 109/4
112/10

**proceedings [16]**
87/10 102/25 103/9
108/23 109/1 109/2
109/10 109/22
110/20 110/24
111/16 112/5 119/8

**processed [1]**
47/14

**Processing [1]**
14/7

**prodigious [2]**
59/4 87/13

**produce [1]** 93/2

**product [2]** 9/24
74/21

**productive [1]**
85/5

**profanity [1]** 64/7

**professional [3]**
44/2 51/13 51/14

**professor [3]** 37/4
37/5 92/8

**professorships [1]**
44/15

**proficient [1]**
87/3

**profile [2]** 50/19
109/20

**profit [8]** 25/11
25/15 25/20 25/20
25/23 26/2 31/4
31/4

**profits [1]** 29/4

**program [5]** 37/7
37/20 45/22 52/18
85/10

**programming [1]**
80/23

**programs [4]** 37/21
38/4 45/17 52/22

**progress [1]** 85/5

**projects [2]** 46/1
54/6

**promise [2]** 46/21

**promote [2]** 42/22
42/23

**prompt [1]** 16/12

**prompts [1]** 60/17

**proper [1]** 111/17

**property [2]** 27/7
101/13

**protected [4]** 8/12
9/1 12/4 13/16

**prove [1]** 88/18

**provide [17]** 6/23
23/3 26/8 36/10
36/14 36/19 38/10
71/4 75/2 75/12
79/10 84/13 85/10
101/2 101/7 101/11
101/16

**provided [14]** 9/14
10/5 41/17 41/23
46/5 50/13 57/10
74/24 75/7 75/9
75/23 76/1 77/25
78/12

**provides [2]** 41/25
75/18

**provision [1]**
42/16

**psychiatric [2]**
41/24 44/19

**psychiatry [2]**
37/6 39/24

**psychological [1]**
53/2

**psychologist [3]**
52/10 52/12 53/4

**psychology [3]**
36/21 36/24 37/5

**public [13]** 12/21
33/24 45/3 50/20
108/20 109/2 109/5
109/9 109/21
110/17 110/24
111/7 116/19

**publicly [2]**  10/12
  10/17
**publish [2]**  19/15
  110/5
**published [5]**
  21/12 41/5 48/12
  48/23 52/23
**pull [2]**  18/10
  21/10
**pulled [1]**  113/17
**punished [2]**  50/9
  97/13
**purpose [1]**  99/19
**purposes [5]**  20/3
  31/25 67/9 100/9
  102/10
**pursued [1]**  76/14
**put [5]**  63/25
  96/13 110/18 112/9
  117/11
**puzzled [1]**  36/15

**Q**

**qualification [1]**
  14/4
**qualified [3]**
  109/25 111/2 112/2
**qualify [2]**  42/6
  42/13
**quality [2]**  38/9
  47/18
**quantitative [1]**
  47/4
**quarrel [1]**  105/24
**question [76]**  6/25
  7/20 7/25 8/6 8/11
  8/16 8/24 9/7 9/9
  11/9 11/16 11/17
  11/20 12/16 14/1
  14/13 14/15 23/12
  24/3 24/4 26/21
  26/22 28/15 28/25
  29/10 31/20 31/25

32/22 33/2 33/9
33/10 34/2 34/24
34/25 44/7 56/9
56/14 56/18 63/8
63/8 64/13 65/22
71/17 83/3 86/17
87/7 87/11 87/12
90/3 93/18 98/5
99/11 99/24 101/7
106/11 106/11
107/16 107/17
107/25 108/14
108/17 108/22
108/24 109/24
109/24 110/2 110/3
110/15 111/1 111/1
111/4 112/1 112/15
113/3 117/6 117/8
**question-answer [1]**
  63/8
**questioning [6]**
  11/8 11/12 13/7
  13/8 14/22 66/6
**questions [46]**  7/9
  7/15 7/22 7/23
  10/6 10/9 10/20
  11/3 12/10 12/17
  13/11 13/12 13/20
  14/17 14/20 19/19
  28/14 29/16 32/8
  32/12 32/20 32/22
  33/20 34/17 34/21
  34/22 41/16 50/16
  57/21 64/18 68/2
  75/2 82/14 103/1
  106/18 107/22
  107/24 107/25
  108/3 108/7 108/9
  110/20 112/11
  114/14 115/13
  115/23
**quick [1]**  14/21
**QuickBooks [4]**
  24/25 25/4 25/5

**quite [11]**  37/23
  49/12 50/1 50/24
  53/19 58/13 70/20
  72/20 88/19 100/13
  110/2
**quote [1]**  114/19

**R**

**radio [1]**  76/13
**raise [4]**  17/3
  34/22 35/16 63/22
**raised [2]**  7/7
  35/1
**range [4]**  45/23
  46/7 77/14 93/2
**rate [1]**  78/20
**rather [3]**  6/3
  81/20 86/16
**rating [9]**  58/6
  58/7 58/8 67/16
  67/24 77/21 78/15
  78/16 79/11
**ratings [2]**  79/10
  79/17
**re [1]**  40/2
**re-issued [1]**  40/2
**reach [4]**  45/13
  92/11 99/13 100/16
**reached [8]**  51/5
  71/9 80/10 95/14
  100/22 115/24
  116/8 116/9
**reaches [1]**  90/15
**reaching [4]**  75/24
  76/7 78/9 79/18
**read [2]**  81/24
  111/25
**ready [2]**  3/22
  17/4
**real [3]**  67/5 67/8
  72/21
**real-life [2]**  67/5
  67/8

**R**

**realized [1]** 51/9
**really [10]** 12/11
 46/7 49/18 50/3
 56/19 59/5 60/8
 61/23 79/3 93/9
**reason [6]** 5/15
 5/20 47/15 57/8
 73/11 112/25
**rebuttal [2]** 5/6
 5/18
**recall [13]** 17/18
 17/20 17/22 66/24
 103/19 103/19
 107/9 107/10
 111/10 112/6 112/9
 113/15 113/18
**receipts [1]** 27/8
**receive [4]** 7/7
 30/9 55/2 82/8
**received [10]** 4/12
 23/17 44/1 44/17
 44/18 49/22 82/10
 82/10 82/16 102/3
**receiving [2]**
 55/24 78/19
**recess [6]** 63/12
 63/15 63/20 63/21
 115/18 117/24
**recessing [1]**
 63/17
**recipient's [1]**
 23/16
**reciprocal [5]**
 62/16 98/1 98/1
 98/6 98/6
**reciting [1]** 44/13
**recognized [1]**
 42/3
**recollection [1]**
 113/23
**recommendations [1]**
 48/25

**record [5]** 14/25
 28/25 30/20 64/12
 116/2
**recording [1]** 25/6
**records [1]** 31/12
**recruited [4]** 37/1
 37/8 52/11 52/14
**redacted [2]** 21/12
 26/14
**redirect [1]** 34/18
**reduce [3]** 28/3
 63/10 96/15
**refer [4]** 9/4
 28/11 40/12 71/17
**reference [9]**
 17/24 18/1 18/18
 19/2 20/12 20/23
 51/5 51/23 72/25
**referenced [2]**
 23/4 76/6
**references [1]**
 65/13
**referred [7]** 17/16
 19/20 31/2 66/23
 71/6 99/10 99/21
**referring [8]**
 18/15 18/21 26/5
 28/10 28/23 72/18
 79/9 98/6
**refers [1]** 95/11
**reflect [1]** 29/4
**reflected [7]**
 12/20 17/21 18/20
 19/25 24/6 24/11
 32/1
**reflecting [2]**
 19/5 32/3
**reflects [2]** 25/23
 26/2
**refuse [2]** 100/14
 100/16
**refused [1]** 100/10
**regard [7]** 11/2
 13/10 14/13 15/13

**regarding [5]**
 71/17 81/4 81/13
 82/8 85/1
**regimented [1]**
 84/11
**registered [1]**
 46/23
**regulations [2]**
 89/5 89/9
**relate [5]** 20/18
 43/5 58/3 60/11
 104/21
**related [4]** 4/9
 11/11 29/4 102/4
**relates [9]** 9/12
 19/8 19/9 33/2
 33/23 56/12 58/4
 95/6 96/20
**relationship [8]**
 8/1 8/3 8/22 8/23
 10/22 62/6 90/13
 101/17
**relationships [10]**
 73/10 73/13 76/2
 76/8 76/9 76/10
 91/2 92/1 92/3
 98/2
**relative [1]** 88/6
**relentlessly [2]**
 56/3 84/21
**relevance [7]**
 30/18 33/6 98/21
 100/11 101/23
 102/5 102/22
**relevant [7]** 37/25
 38/5 54/15 54/16
 54/17 83/25 84/2
**reliability [1]**
 53/15
**reliable [1]** 75/25
**remain [1]** 35/15
**remained [1]** 37/4
**remarkable [1]**

**R**

**remarkable... [1]**
85/19
**remember [9]**  63/4
110/20 111/22
112/11 112/16
114/16 114/18
114/19 115/4
**remind [1]**  65/15
**removed [1]**  65/5
**rendered [1]**  85/15
**rendition [1]**  85/9
**repeat [5]**  34/2
44/8 93/18 108/6
109/17
**repeatedly [1]**
92/21
**repetitive [5]**
68/18 72/25 73/1
77/13 85/2
**rephrase [5]**  79/14
79/15 94/20 95/12
99/16
**report [18]**  20/8
23/20 34/12 52/3
74/19 77/7 82/8
82/11 82/11 82/20
82/24 95/11 107/20
107/22 108/6 108/9
110/19 116/10
**reportable [3]**
27/9 27/19 27/23
**reported [4]**  20/17
33/14 34/6 119/8
**reporter [3]**  1/23
109/16 119/5
**reports [1]**  115/16
**represent [3]**  5/10
6/9 51/3
**representation [3]**
5/21 6/2 6/9
**representative [1]**
1/3

**representing [1]**
107/1 11/4
**represents [1]**
51/13
**request [2]**  26/7
100/3
**requested [6]**
21/12 53/8 53/10
57/8 78/11 99/12
**requesting [1]**
6/24
**required [2]**  27/2
27/24
**requirement [1]**
20/21
**requires [2]**  53/11
62/3
**research [25]**  1/4
28/7 36/25 37/3
37/21 38/12 39/4
39/5 40/9 42/19
44/14 44/17 44/18
44/21 44/24 46/1
46/11 46/18 47/1
48/15 52/15 52/22
54/5 65/14 102/4
**researching [2]**
40/7 46/6
**residential [1]**
38/19
**resistance [1]**
96/15
**resources [1]**
47/10
**respect [34]**  4/8
7/22 9/18 9/24
10/21 13/1 19/20
26/5 28/16 32/2
33/19 41/16 43/24
48/4 56/9 58/2
66/9 68/2 71/6
72/12 72/17 72/25
74/13 74/22 77/6
77/16 77/17 79/10

100/3 102/8 102/9
**respond [1]**  11/6
**responses [1]**
64/11
**responsibilities**
**[1]**  66/8
**responsibility [1]**
66/10
**Responsiveness [3]**
67/17 77/22 83/8
**rest [3]**  4/2 5/12
9/14
**restating [1]**  14/3
**Restaurant [1]**
14/9
**restricted [1]**
68/18
**restrictive [1]**
85/2
**result [1]**  78/13
**retained [1]**
100/17
**retardation [1]**
59/2
**return [15]**  17/16
17/17 17/21 20/8
24/6 24/12 26/4
26/23 27/1 27/13
27/15 27/19 27/20
27/24 28/7
**returns [14]**  9/3
12/20 14/14 22/8
28/15 28/16 28/17
29/1 29/24 30/13
30/16 33/14 34/6
34/13
**Revenue [1]**  34/12
**review [1]**  66/15
**reviewed [2]**  7/8
28/24
**reviewing [1]**  78/5
**Revised [1]**  58/13
**revision [2]**  41/11

**R**

**revision... [1]**
41/12
**rich [1]** 76/1
**ridiculed [2]**
69/17 73/20
**right [83]** 3/10
4/4 5/1 5/10 6/11
7/4 7/6 7/13 9/2
9/11 11/7 11/9
12/5 16/1 17/4
17/11 18/11 19/17
20/2 21/4 22/5
22/9 24/7 24/8
24/12 29/25 31/17
32/6 32/9 32/19
34/18 34/20 34/21
35/5 35/8 35/16
37/16 54/11 65/3
66/4 72/21 76/18
76/19 82/5 88/18
91/16 91/18 91/19
101/4 101/13 103/2
103/18 103/23
104/7 104/14
104/17 104/22
105/5 107/13 108/5
108/15 108/22
109/24 110/13
110/22 110/24
111/11 113/2
113/10 113/21
114/11 114/12
114/15 114/23
115/2 115/15
116/13 116/20
116/23 116/24
117/17 117/23
118/2
**rigid [2]** 84/11
84/19
**rigidity [3]** 43/11
89/19 93/25

**risk [1]** 46/15
**RIVERO [2]** 1/19
1/19
**RMR [1]** 119/17
**road [1]** 87/25
**robbed [1]** 8/19
**ROCHE [5]** 1/12
1/13 2/8 32/13
103/6
**role [2]** 70/16
89/15
**room [11]** 1/24
16/2 60/19 61/18
65/6 65/7 65/8
65/11 65/12 65/23
96/22
**routines [1]** 84/11
**RPR [1]** 119/17
**Ruane [1]** 44/20
**rule [2]** 49/15
62/9
**ruled [1]** 64/9
**rules [6]** 49/11
70/15 89/5 89/8
98/13 98/14
**run [1]** 62/16
**rural [1]** 47/18
**Rutter [1]** 41/8

**S**

**said [20]** 5/8 8/25
9/1 10/24 37/14
40/14 45/14 59/21
68/3 86/4 86/16
87/25 89/24 90/9
90/10 105/2 108/18
114/22 115/3 116/4
**salient [1]** 73/4
**SAMANTHA [1]** 1/17
**same [14]** 9/25
19/12 19/19 20/17
22/5 28/10 29/23
41/10 43/13 59/6
59/8 59/15 85/19

**Sara [1]** 48/22
**sarcasm [4]** 62/25
86/9 87/3 87/3
**satisfied [2]**
65/13 74/17
**Saulnier [10]**
52/10 52/23 74/11
74/13 82/6 82/10
82/16 83/12 83/17
84/5
**Saulnier's [1]**
82/8
**Savino [1]** 10/14
**saw [6]** 22/16
28/15 76/25 108/24
116/23 117/17
**say [30]** 5/16 6/3
9/8 9/10 21/2 28/2
43/14 43/14 55/16
62/15 62/24 63/1
63/2 77/24 79/11
81/24 84/1 86/6
86/7 94/19 97/3
97/11 103/22 104/9
109/2 112/9 113/6
114/9 115/10
116/15
**saying [5]** 11/18
32/21 86/1 86/16
110/23
**says [9]** 18/1 18/2
19/21 20/4 21/5
21/20 22/1 23/6
24/24
**scale [8]** 58/7
58/8 67/16 67/17
67/24 77/21 77/22
83/8
**scales [6]** 53/1
58/7 58/19 67/2
77/22 78/16
**schedule [29]** 18/1
18/2 18/5 18/5

S

schedule... [25]
18/15 18/16 18/17
19/5 19/22 20/4
20/8 20/14 20/14
20/15 20/15 20/22
20/25 21/2 21/2
21/6 31/23 32/1
58/15 63/14 66/19
68/8 84/17 84/18
91/22
scheduling [2]
3/14 3/16
SCHILLER [1]   1/15
school [14]   37/2
37/6 38/19 48/7
48/13 55/17 55/17
57/12 69/17 71/22
71/23 71/25 72/21
80/20
schooled [1]   42/11
schools [7]   45/21
49/7 49/23 55/14
71/23 73/20 89/7
science [15]   36/22
37/25 38/4 38/5
42/17 45/17 45/24
46/7 46/8 46/9
47/2 47/8 47/20
94/13 104/17
scientific [2]
46/4 81/21
scientist [3]   44/2
46/23 47/1
scope [3]   33/8
95/1 95/7
scores [2]   78/21
78/22
screen [2]   17/2
32/13
screens [1]   17/1
scrolled [1]   83/15
searched [1]

seat [2]   3/2 64/2
seated [2]   16/11
66/5
second [20]   21/18
21/19 22/3 22/11
24/24 30/7 31/2
31/3 32/19 46/1
50/18 72/24 87/7
106/21 107/18
108/17 109/24
109/24 110/3
110/15
secondly [2]   51/18
53/22
section [1]   67/21
see [35]   6/18
18/18 19/22 20/4
20/23 21/25 23/1
23/10 25/2 25/10
25/13 26/17 29/17
30/5 30/11 31/7
38/24 39/7 54/23
55/12 55/15 57/16
57/17 61/19 63/18
71/11 80/4 88/15
90/24 94/7 94/9
110/22 117/10
117/24 118/1
seeing [2]   35/1
71/14
seek [6]   10/10
14/17 42/9 53/13
57/5 62/19
seeking [1]   7/16
seen [4]   73/19
87/15 89/24 89/24
sees [2]   93/11
93/12
self [8]   58/21
88/8 88/8 97/16
97/18 97/19 98/19
102/15
self-advocacy [1]

self-advocates [2]
88/8 102/15
self-incriminate
[1]   88/8
semi [4]   58/9
58/18 75/1 78/17
semi-structured [4]
58/9 58/18 75/1
78/17
sending [1]   21/20
senior [1]   40/21
sense [22]   43/19
49/8 49/10 57/21
58/20 59/17 59/24
70/5 70/5 70/6
70/10 73/5 83/10
85/13 86/15 90/6
94/7 94/16 94/16
96/1 117/12 117/14
sent [3]   22/18
22/19 82/13
sentence [5]   23/6
30/2 30/7 31/2
31/3
sentiments [1]
16/17
series [3]   53/5
58/5 74/10
serve [5]   37/25
42/24 44/22 45/19
51/16
serves [1]   42/17
services [18]   23/3
36/10 38/9 38/10
39/3 41/23 42/2
42/5 42/6 42/9
42/14 42/16 45/23
46/10 46/17 47/19
48/20 55/2
SESSION [1]   1/9
set [5]   3/8 10/13
19/3 107/22 119/14
setting [8]   50/21

**S**

setting... [7]
57/18 102/12 111/7
112/8 113/22 114/6
116/19
settings [10]
50/21 57/7 57/18
102/12 108/20
109/2 109/5 109/9
110/17 110/24
settlings [1]
57/25
seven [1]  84/16
several [7]  27/11
39/7 45/8 53/19
53/20 60/14 82/12
share [6]  23/16
23/20 73/13 73/15
76/6 92/17
shared [3]  69/12
115/24 116/4
shares [1]  92/8
sharing [1]  16/17
she [30]  48/10
48/10 48/12 52/13
52/16 52/20 52/20
53/6 74/15 75/10
75/11 76/1 76/22
76/24 76/25 77/1
77/3 77/4 82/11
82/12 82/19 82/19
82/21 82/21 84/9
84/18 84/21 85/11
88/18 96/9
she's [3]  44/10
52/11 52/24
short [3]  4/15
10/9 28/10
shorter [1]  47/9
shorthand [2]
119/5 119/8
should [13]  5/11
6/14 6/17 9/25

32/10 33/14 34/5
63/16 64/8 72/22
81/19 98/24 112/4
show [4]  9/16 12/1
43/9 90/7
showing [3]  25/16
25/21 55/9
shown [1]  21/16
shows [2]  20/16
20/16
sibling [1]  57/13
sic [1]  18/22
sided [2]  69/15
98/15
sides [1]  6/20
significance [2]
20/13 41/19
significant [1]
76/7
similar [4]  76/12
76/16 80/25 100/6
simplest [1]  59/16
simply [6]  12/13
13/4 42/15 69/21
72/11 72/17
since [7]  9/21
14/5 16/16 37/13
45/24 51/11 65/7
sing [1]  16/17
Singing [1]  16/20
single [4]  62/9
63/7 90/3 93/23
sir [7]  17/9 17/12
36/1 103/14 111/10
111/24 118/2
sister [1]  76/18
sitting [1]  14/5
situation [7]
33/21 59/24 68/10
71/13 83/24 88/7
88/16
situations [7]
57/22 57/23 59/17
71/11 89/2 100/23

six [2]  40/11
54/21
skill [1]  85/14
skills [13]  59/6
60/15 67/5 67/8
67/8 81/5 81/6
81/14 87/13 89/3
89/19 90/7 104/11
sky [1]  77/1
sleeping [1]  84/18
small [1]  81/18
smarts [1]  59/25
so [194]
So.2d [1]  14/9
So.3d [1]  14/7
social [58]  8/1
8/3 8/23 10/21
47/1 47/2 47/7
49/8 49/10 49/15
49/17 49/23 55/25
56/21 59/17 59/24
60/12 60/13 60/14
60/14 60/15 60/16
60/18 61/1 61/3
61/17 61/17 62/7
62/18 67/16 67/19
67/19 67/20 67/20
68/12 68/17 68/17
70/11 70/13 77/13
77/21 81/14 82/3
83/7 89/3 89/5
89/17 93/4 93/23
93/24 93/24 93/24
94/18 96/19 96/20
97/25 104/11
109/21
social-emotional
[3]  49/17 49/23
55/25
socialization [1]
43/6
socially [2]  97/23
97/24

**S**

software [1] 25/5
solution [1] 47/21
solutions [3] 46/9
 46/19 47/22
solves [1] 94/5
solving [1] 94/5
some [26] 4/12
 15/1 15/16 16/17
 20/20 23/18 25/22
 27/7 58/6 59/4
 59/6 61/12 74/18
 79/24 79/25 80/5
 80/9 81/6 82/22
 84/11 85/5 85/5
 87/14 92/8 103/25
 113/23
somebody [11]
 24/10 42/16 57/24
 60/20 60/22 84/25
 86/9 87/20 88/21
 92/17 92/18
somehow [1] 55/13
someone [1] 34/12
something [23]
 12/12 20/10 43/4
 60/2 61/18 62/24
 67/13 68/24 69/13
 71/18 72/11 72/19
 74/25 85/7 86/11
 88/19 92/19 92/20
 95/22 98/12 104/21
 111/2 116/23
sometimes [13]
 40/19 59/12 62/11
 64/2 70/24 71/10
 71/12 71/15 71/16
 81/11 86/8 87/17
 96/24
somewhat [1] 5/20
somewhere [1]
 22/25
sophisticated [1]

sorry [21] 3/9
 3/15 5/9 6/5 17/10
 21/19 29/7 37/14
 44/5 72/7 74/8
 83/2 91/17 93/15
 93/17 93/19 97/17
 108/10 109/12
 110/2 110/4
sort [16] 10/16
 10/22 23/18 25/22
 27/7 68/2 68/13
 77/7 78/8 78/9
 78/13 82/25 83/5
 83/6 86/23 98/25
sought [2] 39/3
 57/13
sound [2] 60/4
 60/5
sounded [1] 115/3
sounds [3] 72/4
 85/12 85/12
South [1] 1/14
Southeast [1] 1/17
SOUTHERN [4] 1/1
 13/22 119/3 119/6
span [1] 46/7
Sparrow [1] 48/22
speak [11] 8/6
 8/21 8/24 11/21
 28/18 30/15 30/16
 44/5 57/8 59/12
 61/10
speaker [1] 80/13
speaking [6] 85/20
 85/20 113/17
 114/11 114/12
 117/14
speaks [1] 9/8
special [2] 16/14
 84/23
specializing [1]
 105/11
specific [23]

43/10 44/24 50/19
 57/6 57/7 67/22
 69/4 69/8 69/8
 71/7 71/11 71/17
 72/17 76/6 77/6
 80/9 84/14 87/18
 108/8 109/3
specifically [13]
 10/3 10/7 10/25
 12/12 12/18 17/24
 18/21 74/13 95/11
 108/23 112/6 112/9
 113/4
spectrum [9] 40/8
 56/11 77/19 77/23
 104/10 105/4
 108/15 112/3 113/5
speculation [2]
 24/13 27/16
speech [5] 62/25
 77/12 81/11 98/11
 113/21
spell [2] 35/19
 36/3
spending [1] 39/8
spent [3] 38/20
 76/11 113/19
split [2] 10/17
 23/8
spoken [1] 24/21
spouse [1] 90/13
SRS [4] 67/13
 67/16 77/21 83/7
SRS-2 [2] 67/13
 67/16
ss [1] 119/2
stadium [1] 97/3
staff [1] 45/18
stage [3] 27/4
 114/16 115/10
stand [1] 20/10
standard [6] 51/23
 52/6 52/8 53/22

**standard... [2]**
54/7 58/10
**standardized [1]**
78/20
**standards [2]**
51/24 52/2
**standing [1]** 35/15
**start [5]** 3/6
32/21 41/18 103/25
117/15
**started [2]** 38/18
49/16
**starting [1]** 44/10
**starts [1]** 84/15
**state [8]** 13/21
19/24 28/24 35/19
35/21 35/22 45/6
104/17
**stated [4]** 56/9
83/17 84/22 104/21
**statement [7]**
25/15 25/16 25/21
25/23 51/4 104/16
105/14
**statements [1]**
5/13
**states [9]** 1/1
1/10 17/25 22/22
55/20 55/22 61/20
119/1 119/6
**stating [2]** 25/10
34/12
**statistic [2]**
40/18 105/9
**statistical [3]**
39/18 41/4 41/21
**statistics [1]**
105/3
**status [1]** 46/13
**stay [2]** 38/21
42/12
**stayed [1]** 52/16

**stays [1]** 23/9
**stenographic [1]**
119/11
**step [2]** 35/15
61/5
**STEPHEN [1]** 1/16
**stereotypical [1]**
85/2
**Steve [2]** 114/22
114/25
**Steven [3]** 24/16
24/19 24/21
**stigmatized [1]**
90/22
**still [6]** 30/24
43/22 48/6 48/13
55/15 81/25
**stop [2]** 50/8
61/15
**stopped [4]** 87/23
116/19 116/24
116/24
**strange [1]** 85/12
**street [2]** 1/17
59/25
**strengths [2]** 59/7
81/9
**stress [1]** 89/18
**structured [4]**
58/9 58/18 75/1
78/17
**studies [1]** 48/24
**style [6]** 23/7
43/10 64/4 69/4
70/22 95/5
**styles [1]** 95/17
**subjectivity [1]**
60/20
**subsequently [3]**
38/24 52/16 78/21
**substance [2]**
14/24 15/5
**substitute [1]**
70/10

**subsumed [1]** 100/6
**success [2]** 60/9
105/13
**successful [2]**
37/21 90/15
**successfully [2]**
62/4 91/6
**such [6]** 4/1 14/17
14/19 25/7 73/15
112/10
**sufficient [1]** 7/2
**suggest [2]** 43/20
64/17
**Suite [3]** 1/14
1/17 1/22
**summary [1]** 36/19
**Sunday [1]** 84/18
**superficially [1]**
51/6
**support [1]** 14/10
**supporting [1]**
31/11
**supposed [1]** 97/9
**supreme [2]** 10/14
59/12
**sure [13]** 4/10
16/25 22/4 51/9
58/5 65/12 86/20
104/9 110/3 110/3
111/9 116/15
117/20
**survival [1]** 92/2
**suspect [1]** 65/8
**sustained [20]**
14/20 24/14 29/9
29/12 64/16 71/2
79/14 91/12 95/2
95/9 98/22 99/16
99/23 101/24 102/6
102/23 106/12
106/19 106/23
116/3
**sword [2]** 11/25
12/1

**SWORN [1]** 35/17
**symptom [2]** 90/1
 96/16
**symptomatology [1]**
 77/15
**symptoms [6]** 55/9
 79/24 80/5 80/6
 90/8 90/14
**syndrome [15]**
 39/22 40/4 47/24
 48/1 48/3 48/5
 48/12 48/18 48/23
 49/1 50/3 51/2
 59/9 81/3 89/14
**system [3]** 41/1
 42/14 79/23
**systems [2]** 37/13
 46/18

**T**

**table [1]** 96/12
**tactic [2]** 12/24
 12/24
**take [24]** 35/23
 52/3 53/19 53/20
 58/20 63/12 63/15
 63/16 65/23 67/3
 78/18 79/6 84/19
 94/9 98/8 98/8
 98/9 98/9 98/9
 100/14 106/6
 115/18 117/21
 117/24
**taken [2]** 48/18
 51/11
**takes [1]** 58/13
**taking [6]** 62/2
 62/9 63/5 81/17
 90/20 111/14
**talk [13]** 61/6
 62/14 65/15 68/22
 69/9 81/18 81/18
 81/19 106/3 106/16

**talked [4]** 41/18
 74/15 96/9 111/10
**talking [10]** 45/9
 51/1 56/25 62/8
 86/14 96/24 97/2
 98/8 104/9 115/3
**tantrums [3]** 96/8
 96/10 96/10
**tasks [1]** 59/16
**taught [2]** 72/2
 89/7
**tax [40]** 9/3 10/4
 10/8 10/19 11/4
 11/10 11/10 12/15
 12/19 12/20 12/20
 14/14 17/16 17/17
 17/21 20/8 21/7
 22/8 23/16 24/6
 24/12 26/4 26/23
 27/1 27/12 27/13
 27/15 28/3 28/7
 28/15 28/16 28/17
 29/1 29/24 30/13
 30/16 33/2 33/14
 34/6 34/13
**taxes [1]** 22/23
**taxpayer's [1]**
 23/20
**teach [1]** 90/13
**teacher [2]** 72/2
 72/19
**teachers [1]** 71/24
**teaching [3]** 71/24
 89/4 89/6
**team [2]** 3/20 97/4
**tears [1]** 96/15
**technical [1]** 3/8
**Technically [1]**
 54/4
**technology [3]**
 47/3 47/12 47/20
**tell [10]** 5/17
 6/11 8/18 36/13

 75/6 76/20 106/5
**telling [4]** 82/23
 82/25 83/6 94/12
**tend [4]** 56/3
 57/20 62/10 70/23
**tended [1]** 49/12
**tendency [1]** 88/8
**tends [3]** 95/25
 95/25 102/15
**Tenth [1]** 41/7
**term [2]** 49/5
 105/19
**termination [1]**
 8/2
**terms [11]** 10/18
 11/1 45/24 54/2
 60/14 60/18 61/8
 70/21 72/13 83/16
 98/7
**terrible [1]** 88/7
**terrific [1]** 55/3
**test [1]** 68/16
**testified [1]** 7/25
**testifying [1]**
 35/24
**testimony [8]**
 16/24 22/3 33/22
 63/17 64/12 109/14
 112/4 117/2
**tests [1]** 66/16
**text [3]** 40/3
 41/12 41/15
**than [21]** 11/10
 11/10 12/15 14/13
 21/8 46/16 51/12
 59/23 60/1 62/18
 62/23 65/7 76/22
 80/14 80/15 86/16
 100/21 101/5
 102/17 106/4 106/9
**thank [26]** 3/5
 3/12 3/17 7/5
 15/25 16/12 16/23

**thank... [19]**
18/12 32/19 35/5
35/18 35/25 36/5
44/6 44/11 65/2
65/19 65/22 66/2
103/15 109/18
110/10 112/14
115/19 116/6 118/3
**thanks [3]** 38/11
54/18 54/24
**that [795]**
**that's [50]** 6/18
6/25 9/5 10/10
12/2 12/19 12/20
13/3 18/20 19/4
20/7 21/5 22/4
23/4 24/2 25/16
27/4 29/11 29/23
30/23 37/17 39/23
39/24 43/21 56/18
57/8 60/2 61/9
70/12 73/22 77/25
77/25 78/11 78/24
84/2 85/5 86/11
87/11 104/16
104/16 104/21
106/16 107/14
108/21 108/24
111/8 115/23
116/11 116/13
116/21
**their [70]** 5/12
5/23 6/6 6/15
15/11 15/16 20/8
20/8 25/6 31/11
34/13 36/15 36/17
38/2 38/20 42/25
43/4 45/15 45/21
46/21 48/20 48/22
49/6 49/11 50/9
54/1 55/7 55/10
55/14 55/14 55/15

57/23 59/16 61/8
61/14 61/19 61/20
61/21 61/21 61/21
62/11 67/8 67/10
68/24 70/8 70/13
70/16 70/18 82/2
88/16 89/15 89/17
89/18 89/19 90/8
94/15 96/23 96/23
97/13 102/14
102/15 102/15
102/17 102/18
102/21 105/13
112/4
**theirs [1]** 113/6
**them [22]** 5/25 6/1
6/3 6/4 6/11 6/12
6/12 6/18 42/2
49/13 49/25 50/1
59/4 60/4 70/12
70/21 76/10 78/20
82/22 91/1 98/2
110/23
**themselves [9]**
28/19 50/6 56/1
56/4 61/6 61/10
70/20 91/23 111/8
**then [49]** 4/16
5/10 5/12 5/17
5/24 5/25 6/2 6/5
6/18 7/4 9/21 10/5
19/8 19/9 24/10
25/25 27/19 36/24
37/1 37/4 41/17
42/14 42/19 48/16
49/3 53/11 53/25
54/2 56/2 57/15
60/25 64/20 64/25
74/18 74/20 75/5
77/3 78/24 79/3
83/17 89/9 89/18
89/18 89/20 96/6
102/20 106/5 108/5

**there [103]** 5/24
7/9 8/23 9/12 9/14
9/16 9/25 10/15
10/24 11/22 12/5
12/10 13/24 13/25
14/1 14/2 14/4
14/8 15/15 15/20
15/21 16/2 17/2
17/11 20/12 20/13
20/14 20/20 20/24
21/7 26/18 26/21
27/6 27/9 27/11
27/21 27/23 27/23
28/6 32/13 34/25
36/16 37/10 37/13
38/7 39/10 39/11
39/20 40/6 41/2
41/11 41/13 43/17
45/8 45/18 46/11
47/16 47/17 48/2
51/5 54/1 54/13
54/21 54/23 55/3
59/2 61/16 62/21
64/16 64/18 65/13
72/1 74/10 76/6
78/2 78/12 78/17
78/24 79/21 80/5
80/11 83/5 83/8
86/12 90/18 90/19
93/4 93/13 93/21
94/21 95/4 97/22
98/15 100/8 101/12
102/9 102/19
102/20 104/7
107/24 110/24
116/14 116/16
**there's [16]** 8/10
9/17 9/25 11/4
12/9 15/12 18/1
18/17 40/5 64/4
72/12 77/24 78/11
94/19 101/3 101/8
**therefore [9]** 27/9

**T**

**therefore... [8]**
37/23  42/10  49/11
55/3  56/5  60/22
67/9  79/23
**thereof [1]**  90/8
**thereon [1]**  20/9
**these [26]**  7/22
7/23  9/3  10/5  10/9
10/19  11/3  12/21
14/17  14/19  29/1
46/4  48/22  49/24
54/19  59/7  59/15
61/20  62/20  78/3
80/10  82/13  98/13
105/19  107/25
113/6
**they [148]**
**they're [8]**  10/9
11/24  11/25  12/9
55/8  62/20  70/14
106/5
**they've [2]**  12/7
15/10
**thing [9]**  14/21
60/24  61/8  72/4
93/23  106/16
106/21  113/13
115/13
**things [52]**  9/24
11/12  45/8  59/11
59/11  59/22  62/13
62/21  63/1  63/1
63/3  68/19  68/22
69/1  69/5  70/9
73/5  74/25  76/3
77/14  80/4  80/21
80/23  81/1  81/2
81/2  81/8  81/22
81/23  82/14  82/25
83/5  83/5  83/6
86/2  86/6  86/7
88/23  89/6  90/6

90/25  91/7  92/17
93/2  93/10  94/1
94/14  94/16  97/22
103/25  107/6  107/6
**think [28]**  6/17
7/24  8/19  9/9  9/24
11/2  12/2  13/5
13/11  13/19  32/12
44/17  45/8  55/17
56/17  64/5  64/13
64/23  65/24  70/1
73/3  74/1  79/9
99/22  104/1  105/2
113/7  114/17
**thinking [7]**  61/15
61/22  68/23  68/24
68/25  91/4  96/2
**third [2]**  42/23
46/2
**Thirty [1]**  40/11
**Thirty-six [1]**
40/11
**this [168]**
**those [69]**  13/11
13/24  26/8  27/18
27/21  28/16  28/17
30/16  38/23  40/1
41/23  42/8  46/5
46/18  46/24  47/12
47/21  47/21  49/7
49/12  49/21  52/1
55/23  56/2  57/25
58/3  58/4  58/6
60/2  60/3  60/7
63/2  68/22  68/25
71/15  73/17  74/25
76/2  77/22  78/8
78/15  78/16  78/21
79/2  79/2  80/22
81/2  81/8  81/11
83/13  83/15  83/16
88/23  89/6  90/6
90/6  90/7  90/8
90/14  92/2  94/1

102/21  108/8
110/20  112/11
112/12
**though [3]**  3/11
55/5  80/5
**thought [4]**  36/16
38/21  41/13  76/7
**three [20]**  7/9
7/22  7/23  10/9
10/20  11/3  12/17
22/24  30/9  37/2
62/7  64/5  66/22
68/6  75/3  87/1
98/10  113/19  114/2
115/9
**three-minute [2]**
114/2  115/9
**through [34]**  1/8
7/18  7/19  9/5
11/16  15/23  23/18
24/6  24/12  25/11
27/3  31/5  31/5
33/22  47/14  55/17
59/11  63/16  74/8
74/25  83/15  90/10
90/10  91/9  94/9
94/10  96/23  96/23
103/25  105/25
106/9  107/4  110/11
111/14
**Thursday [1]**  39/9
**thus [1]**  42/2
**tight [1]**  64/18
**time [43]**  3/11
6/24  11/1  12/8
16/24  28/6  39/10
39/20  41/12  47/9
48/7  48/11  48/24
51/11  51/19  52/9
54/11  54/12  55/9
55/22  56/20  59/8
59/15  60/21  62/7
63/12  63/15  64/21

**time... [15]**   65/9
71/21 73/4 74/17
76/12 83/17 86/6
86/10 86/13 86/23
90/15 97/10 98/15
115/14 115/18
**times [5]**   70/1
82/1 96/15 97/7
97/9
**title [1]**   48/2
**today [13]**   4/1
4/15 5/8 5/8 32/25
57/16 104/3 105/22
105/23 105/24
111/23 115/24
116/9
**today's [1]**   105/3
**together [3]**   50/4
53/7 80/1
**told [9]**   85/23
87/24 107/7 108/1
110/16 110/22
110/22 117/17
117/19
**tomorrow [1]**   5/8
**tone [1]**   62/22
**too [2]**   11/2 85/24
**took [6]**   71/24
72/1 111/10 111/22
111/23 117/11
**tool [2]**   66/23
77/17
**tools [3]**   78/1
78/9 80/11
**top [3]**   20/3 20/23
22/17
**topic [2]**   79/11
106/8
**topics [6]**   68/13
69/8 73/15 73/17
106/5 106/14
**totality [3]**   74/7

**touched [1]**   42/8
**track [1]**   93/5
**traditional [1]**
37/21
**trail [1]**   44/10
**train [1]**   80/4
**trained [1]**   80/4
**training [1]**   52/17
**transcript [5]**   1/9
7/8 119/10 119/11
119/12
**transgress [1]**
49/11
**transitioned [1]**
71/22
**translate [2]**   67/7
89/11
**translated [1]**
48/11
**treatment [3]**
42/13 45/23 90/10
**treatments [2]**
55/10 105/18
**treats [1]**   70/21
**tremendous [1]**
60/8
**trial [6]**   1/9
39/17 40/22 41/2
41/3 48/16
**trials [1]**   46/9
**trick [1]**   104/6
**tried [2]**   84/22
92/9
**tries [1]**   84/25
**trigger [1]**   27/5
**trivial [2]**   72/4
72/20
**trouble [4]**   44/4
89/20 90/17 111/8
**true [4]**   30/23
51/7 115/12 119/10
**truly [3]**   56/4
56/20 71/13

**trust [2]**   22/19
45/4
**trusting [2]**   92/22
96/5
**truthful [1]**   88/2
**try [9]**   46/19
47/20 60/18 70/4
73/8 76/3 81/22
83/19 88/18
**trying [16]**   10/16
11/24 11/25 12/9
12/11 60/22 63/6
74/4 85/9 86/14
87/4 98/3 104/6
109/8 111/4 116/11
**Tuesday [3]**   5/12
5/25 6/4
**turn [7]**   22/13
39/14 95/24 98/8
98/8 98/9 98/9
**turned [1]**   87/25
**turning [1]**   10/22
**turns [3]**   5/18
62/9 98/9
**two [32]**   4/13 7/15
9/18 9/20 13/4
13/22 14/19 19/3
22/25 28/15 40/24
41/10 41/16 42/22
50/15 51/12 53/23
57/13 76/11 76/22
79/2 79/2 79/22
83/8 98/10 107/24
108/22 111/1
113/19 114/2 115/9
115/19
**type [4]**   8/3 9/21
65/14 114/22
**typical [2]**   68/11
80/19
**typically [5]**
73/13 75/19 102/17
111/8 112/7

**U**

**ultimately [2]**
64/10 108/6
**unable [4]** 59/15
67/7 83/23 97/6
**unaware [3]** 61/6
70/16 70/17
**uncle [3]** 57/10
74/2 74/23
**under [5]** 8/12
20/24 35/16 52/7
89/18
**understand [40]**
22/3 32/23 32/23
33/4 33/5 42/22
46/22 49/8 59/25
60/18 61/19 61/23
62/19 69/5 73/8
76/3 79/19 80/1
81/17 82/1 83/11
84/22 84/24 84/25
85/7 85/9 85/24
86/12 86/19 87/1
87/2 87/4 89/14
98/7 100/13 102/16
104/20 105/25
111/9 112/23
**understanding [15]**
40/13 60/10 60/11
60/16 61/17 67/10
67/21 81/15 81/16
87/3 91/22 92/11
92/12 102/10 104/2
**understands [1]**
86/11
**understood [3]**
49/24 107/12
112/22
**undetected [1]**
55/23
**Undisclosed [2]**
72/5 72/8
**unequivocal [1]**

**unequivocally [1]**
50/24
**Unfortunately [1]**
91/6
**unique [1]** 45/19
**unit [1]** 38/20
**UNITED [6]** 1/1
1/10 55/20 55/22
118/5 119/6
**universally [1]**
59/5
**university [7]**
36/22 36/25 37/2
37/9 37/22 44/14
52/13
**unknown [1]** 55/19
**unless [1]** 9/13
**unmute [1]** 17/9
**unspoken [3]** 49/15
89/6 98/13
**unstructured [1]**
57/23
**until [5]** 26/17
33/12 34/4 49/16
115/14
**unusual [1]** 80/7
**up [19]** 4/8 9/23
18/10 19/3 20/2
21/10 32/10 44/5
48/19 54/3 64/10
69/16 81/22 82/14
86/16 88/23 94/14
107/19 113/17
**update [2]** 3/14
3/16
**updated [1]** 40/18
**uploading [1]**
65/17
**upon [8]** 4/2 4/9
4/10 4/18 5/2 5/3
40/13 94/3
**upsetting [1]**
96/17

**us [20]** 30/9 36/13
36/19 37/19 38/4
38/10 39/14 42/21
43/25 45/11 47/3
50/2 50/7 56/22
56/25 58/3 60/17
60/23 60/23 62/19
62/20 63/12 63/16
67/1 70/23 73/3
76/20 97/11 115/18
117/17
**use [25]** 6/15
11/24 11/25 13/24
20/25 20/25 21/2
30/7 39/25 48/19
58/18 59/13 59/21
62/23 64/7 67/11
77/17 83/23 85/11
85/13 86/9 86/13
87/22 97/3 98/5
**used [24]** 23/20
25/5 30/7 38/13
44/12 45/8 51/1
52/5 52/25 53/17
58/7 58/14 58/15
59/1 66/20 67/3
67/17 67/24 74/25
79/17 80/17 81/11
81/22 97/11
**uses [2]** 85/6 85/7
**using [6]** 10/21
12/24 51/23 80/10
83/18 83/20
**usually [3]** 68/23
74/19 97/11
**Uta [1]** 48/7
**uttered [1]** 82/1

**V**

**vaccinated [1]**
35/22
**validate [3]** 40/22
75/5 92/19
**validated [3]** 58/8

**V**

**validated... [2]**
93/1 93/3
**validation [2]**
92/24 93/10
**validity [1]** 53/14
**valuable [1]** 93/8
**value [1]** 71/12
**values [1]** 93/4
**vantage [3]** 57/6
57/24 78/4
**various [4]** 38/11
38/11 66/18 97/22
**vast [2]** 54/22
55/22
**verbal [2]** 117/13
117/13
**versus [1]** 79/8
**very [114]** 4/13
4/15 4/20 4/20
5/25 6/10 8/20
10/3 12/8 12/8
12/12 12/17 12/23
13/6 14/23 16/14
21/19 21/20 21/25
28/14 38/22 39/4
39/10 39/11 40/25
41/22 43/9 47/3
48/6 48/7 49/4
49/8 49/14 49/25
51/10 51/19 53/4
56/5 56/6 56/24
57/15 58/9 58/22
58/23 58/23 59/13
60/3 60/5 60/5
61/3 61/18 61/22
62/12 67/2 69/7
69/10 69/13 69/15
70/12 70/24 71/11
71/14 71/21 73/4
73/20 75/2 76/8
76/12 76/13 76/13
76/24 77/10 78/16
78/19 79/23 80/5
80/14 80/17 80/19
81/25 82/22 84/8
84/14 84/21 86/12
86/20 87/3 87/14
89/9 89/13 89/15
89/16 90/22 92/2
92/3 92/4 92/4
92/9 93/4 93/7
94/6 94/13 94/13
94/13 94/13 97/8
97/8 98/15 99/21
107/11 107/15
107/16 114/19
115/7
**via [1]** 2/7
**victimize [1]** 50/1
**victimized [4]**
41/1 49/7 50/7
92/15
**victimizers [1]**
50/5
**victimizes [1]**
49/20
**victims [2]** 50/4
96/7
**video [14]** 113/17
113/20 114/5
114/11 114/12
114/15 115/6 115/8
115/12 116/12
116/18 116/25
117/12 117/18
**videotape [1]**
114/3
**view [5]** 15/16
90/22 94/7 109/9
116/18
**Vineland [4]** 53/1
58/19 66/23 67/2
**Violates [1]** 69/19
**virtually [1]**
55/19
**visceral [1]** 94/15
**visibility [1]**
107/8
**visionary [1]**
115/3
**vividly [1]** 76/24
**vocation [1]** 85/6
**voice [1]** 62/23
**voices [1]** 62/22
**Volkmar [2]** 39/16
48/21
**vs [1]** 1/6
**vulnerabilities [4]**
93/14 93/16 93/22
94/1
**vulnerability [2]**
94/19 94/21
**vulnerable [1]**
45/6

**W**

**wait [2]** 3/19
26/17
**waiting [2]** 16/2
64/2
**waived [3]** 10/13
10/14 14/16
**waiver [5]** 7/14
9/16 9/17 14/8
14/11
**walk [1]** 43/15
**want [38]** 3/19
5/20 5/24 7/10
7/20 9/13 11/9
13/12 22/4 22/17
28/24 32/13 32/21
32/21 34/2 44/8
62/4 62/5 65/3
65/9 65/15 66/1
72/24 73/14 93/1
93/3 93/3 93/3
93/18 99/10 99/24
104/1 106/3 106/8
106/14 106/21
109/17 110/12

**W**

wanted [8]   3/7
 44/9 54/9 69/9
 80/22 113/7 113/8
 117/10
was [213]
was the [1]   37/17
washing [2]   62/13
 73/16
wasn't [2]   33/12
 34/4
watched [2]   113/21
 116/12
watching [5]
 113/19 114/2 115/6
 115/9 115/12
way [38]   6/5 15/16
 20/18 24/5 30/9
 43/14 46/10 47/4
 49/19 50/24 51/15
 53/15 57/20 60/4
 64/4 83/15 84/2
 84/15 84/19 85/17
 85/19 85/25 86/1
 87/21 90/21 91/4
 91/4 93/1 93/11
 93/12 94/5 96/24
 98/2 98/25 105/24
 109/4 111/4 116/21
ways [1]   117/14
we [204]
we'll [8]   6/3 6/18
 63/15 65/15 66/6
 105/23 106/6 118/1
we're [17]   4/10
 4/12 4/15 4/16
 6/22 12/17 13/19
 22/3 60/20 62/7
 63/13 63/20 64/2
 106/16 108/5
 113/25 114/8
we've [2]   12/25
 51/1

wealth [3]   75/19
 78/2 78/7
website [3]   104/5
 104/9 104/10
Wednesday [3]   5/21
 5/22 39/8
week [1]   84/16
weekend [1]   4/18
weighing [1]   64/11
weird [8]   73/19
 77/2 83/9 83/14
 83/22 84/2 92/17
 96/2
welcome [2]   66/1
 66/4
welcoming [1]   74/5
well [61]   4/13 7/8
 8/14 14/9 20/16
 20/23 22/7 25/19
 25/19 26/14 27/2
 28/14 36/15 37/20
 40/18 42/17 43/13
 44/12 44/16 44/22
 45/5 45/23 46/12
 48/2 48/22 49/25
 50/1 51/16 56/5
 57/3 57/14 57/25
 58/8 60/12 61/13
 65/24 67/9 67/25
 68/16 68/19 71/10
 73/11 74/4 75/15
 76/8 81/22 82/13
 83/7 88/15 88/16
 89/3 95/20 98/20
 100/25 103/15
 103/21 108/3 109/3
 112/22 115/7
 115/10
well-being [3]
 44/22 45/5 88/16
well-validated [1]
 58/8
went [8]   40/3
 51/15 71/22 77/3

113/14
were [90]   3/8 8/4
 10/7 10/18 11/1
 11/22 11/23 12/1
 12/1 12/8 12/18
 13/23 15/15 21/7
 23/23 27/18 30/3
 33/19 36/15 39/4
 39/11 39/16 40/14
 40/21 40/25 40/25
 41/7 42/4 42/11
 47/7 48/15 49/2
 49/4 49/16 49/22
 49/24 50/3 50/4
 50/9 50/13 50/22
 51/21 54/23 56/11
 66/8 66/16 68/2
 68/13 71/24 74/11
 76/6 80/25 81/4
 81/13 82/13 82/13
 82/22 82/25 83/5
 83/6 85/1 86/3
 90/24 91/14 98/8
 99/19 100/17
 100/24 101/2 101/7
 101/11 101/15
 107/7 107/12
 107/22 107/24
 108/1 108/17
 108/18 108/18
 108/21 108/22
 109/8 110/15
 110/16 110/23
 112/1 112/22
 112/24 116/13
WEST [1]   1/2
what [138]
what's [8]   11/11
 25/4 25/15 29/7
 31/9 65/16 80/5
 97/9
whatever [1]   85/14
when [48]   10/21

**when... [47]** 15/11
26/4 26/6 28/6
38/17 38/24 40/2
40/12 47/11 48/6
48/14 51/18 52/19
55/16 56/21 57/3
59/24 59/24 59/25
62/7 64/11 65/22
68/14 68/21 68/23
73/23 80/17 84/13
85/12 86/14 87/21
89/11 89/18 90/10
90/12 91/14 92/7
92/9 95/23 98/8
100/20 108/6
108/25 112/15
112/23 115/17
116/13
**whenever [1]** 17/4
**where [15]** 6/18
8/21 10/18 13/25
26/8 27/6 27/8
27/12 27/21 27/23
51/15 57/19 97/7
100/19 117/14
**whereas [1]** 68/24
**WHEREOF [1]** 119/14
**whether [22]** 9/7
13/14 13/15 14/1
50/16 72/11 78/4
78/23 80/1 85/20
91/15 91/18 91/19
93/8 101/3 101/8
101/12 101/16
107/3 107/18
117/12 117/13
**which [62]** 6/4
10/6 10/12 11/9
12/13 14/9 14/14
15/1 19/3 19/14
19/20 20/3 20/14
20/21 26/25 29/17

31/23 31/11 37/13
49/17 49/18 52/3
53/1 54/5 55/8
56/5 57/22 58/10
58/15 59/18 60/15
60/17 62/14 66/19
66/19 68/19 68/20
68/21 69/9 77/20
78/25 79/3 79/18
79/24 79/25 80/6
83/22 88/4 88/9
89/4 94/15 94/22
99/18 100/8 100/17
100/22 100/25
105/18 111/6
115/15 116/12
116/12
**while [4]** 6/13
6/22 35/23 74/15
**white [1]** 46/16
**who [53]** 16/25
20/25 21/20 22/5
38/20 39/1 39/12
41/23 42/8 47/17
47/18 48/8 48/9
48/10 49/14 49/19
49/24 50/5 52/12
53/11 53/23 55/1
55/13 55/13 55/15
55/21 57/2 57/3
57/9 57/13 57/24
59/3 60/6 62/1
76/11 79/7 80/24
82/7 84/24 84/25
85/19 88/18 88/21
88/21 90/11 92/8
92/17 92/18 96/22
107/15 112/3 114/3
117/10
**who's [1]** 90/4
**whole [16]** 10/23
11/12 13/7 70/22
70/23 71/7 71/18
83/23 87/16 87/17

88/15 92/17 93/4
**whom [4]** 22/8
29/24 53/4 77/4
**whose [1]** 17/2
**why [17]** 5/20 7/18
47/15 53/9 57/8
70/21 73/1 73/12
74/1 74/1 76/20
81/17 91/25 92/24
101/21 112/25
114/10
**wide [1]** 45/23
**widespread [1]**
53/2
**wife [11]** 57/25
68/1 82/5 82/6
82/9 82/13 82/17
84/17 85/9 85/23
92/7
**wife's [3]** 84/5
84/8 92/21
**will [20]** 3/11 4/2
4/19 4/22 6/13
16/17 16/24 35/6
42/10 43/8 51/15
55/1 55/23 63/16
65/22 73/5 97/3
105/3 105/18
105/19
**willfully [1]**
88/25
**William [1]** 4/19
**wish [1]** 16/15
**Wishing [1]** 16/21
**within [5]** 47/9
70/11 76/2 107/17
112/9
**without [8]** 10/16
16/17 42/9 51/6
59/18 70/6 87/10
115/11
**witness [21]** 4/8
4/9 7/10 13/10

**W**

witness... [17]   18/9 28/20 33/18
33/18 33/19 33/22
35/7 35/8 35/17
51/10 63/7 100/7
100/21 107/15
111/6 117/10
119/14

witness's [1]
109/14

witnesses [2]   4/5
4/13

wonderful [1]
59/10

word [8]   38/13
82/1 83/14 83/14
83/19 84/1 86/22
98/5

words [10]   20/19
26/4 51/24 81/7
81/25 83/13 83/16
86/21 86/22 113/6

work [24]   9/24
11/12 44/13 46/22
48/11 49/16 50/7
51/10 52/1 53/12
57/17 74/12 74/20
84/5 85/17 85/21
92/19 96/13 98/16
98/18 99/4 100/7
102/2 107/15

worked [5]   23/8
38/16 52/12 53/5
53/6

working [5]   17/1
17/2 38/18 52/15
91/2

works [3]   23/8
32/14 104/19

world [19]   41/5
42/20 47/5 47/5
53/3 70/6 70/7

70/21 72/3 73/7
84/20 90/7 91/4
91/5 92/1 94/7
94/7 94/9 94/10

worst [4]   57/23
102/14 102/15
102/21

would [64]   3/18
5/12 5/17 6/3 6/5
6/11 6/20 7/13 8/4
8/16 8/25 9/8 9/9
12/14 13/17 14/20
15/3 18/24 20/17
21/6 22/22 24/11
26/25 27/1 27/9
27/14 27/20 27/24
30/21 38/21 42/5
42/5 42/14 43/13
43/18 43/19 47/9
48/18 48/19 49/13
50/8 51/16 63/11
64/16 64/17 65/10
69/2 73/21 74/20
79/10 80/24 81/20
87/9 92/17 92/18
94/19 95/23 99/13
108/19 109/1 109/3
113/6 114/2 115/10

WRIGHT [85]   1/7
4/20 4/21 5/16 6/9
24/17 24/19 24/21
31/14 35/10 43/24
50/14 50/16 50/24
51/6 54/12 55/16
56/10 56/17 59/20
63/4 66/9 66/13
66/17 67/25 68/3
68/5 68/15 69/1
69/3 71/5 71/10
71/19 73/23 76/8
76/13 77/16 77/18
80/13 81/15 82/12
82/22 83/7 83/12
83/23 84/6 84/13

85/17 86/11 91/15
91/15 91/18 92/15
95/5 95/15 96/11
97/6 99/14 100/4
101/4 101/9 101/16
102/8 102/9 102/11
107/1 108/14
110/17 112/20
112/21 113/4 113/8
113/8 113/11
113/14 113/17
114/1 114/6 114/9
114/12 115/7
116/19

Wright's [27]   58/2
64/7 74/2 74/5
74/22 75/8 75/9
76/1 76/18 80/11
81/4 81/13 82/5
82/6 82/9 82/17
84/5 84/8 87/8
87/13 92/12 92/25
93/14 93/22 94/3
108/1 108/20

write [6]   34/23
40/3 41/14 74/19
109/8 114/10

written [1]   48/4

wrong [1]   56/10

wrongly [1]   83/19

wrote [8]   52/3
82/19 82/19 83/12
85/8 108/19 108/25
116/10

**Y**

Yale [13]   37/4
37/6 37/15 37/22
38/24 44/16 48/14
52/11 52/14 52/16
52/17 52/19 98/16

Yale's [2]   37/7
37/20

**Y**

**yeah [3]** 93/19
114/17 115/9
**year [12]** 17/17
21/8 26/23 27/10
40/2 41/12 44/21
45/19 51/12 103/17
105/8 111/11
**years [32]** 9/20
13/4 22/25 37/2
37/5 38/16 38/19
39/7 40/10 40/11
44/15 44/18 47/2
51/1 53/5 53/11
54/11 54/12 54/13
55/16 57/2 57/5
57/13 75/11 76/22
83/18 84/1 84/9
87/15 88/11 90/22
94/4
**yes [103]** 3/17
3/24 4/23 4/25
5/14 6/21 7/3 7/21
7/23 10/9 10/19
11/5 12/7 12/18
12/19 15/24 17/19
17/23 18/4 18/19
19/7 19/23 20/1
20/5 22/2 22/7
22/10 22/21 23/2
23/5 23/11 23/14
23/22 24/9 25/3
25/14 26/10 26/15
27/19 28/5 29/10
29/15 29/19 30/1
30/6 30/12 30/19
31/8 32/5 32/7
32/18 33/1 34/3
34/9 35/2 35/4
40/16 41/15 50/11
54/12 54/17 56/15
63/10 63/24 64/15
64/25 66/14 66/18

66/25 67/14 77/18
78/2 78/16 82/10
90/6 92/13 95/18
97/20 99/6 100/6
103/3 103/24 104/4
105/1 105/21
107/14 107/24
108/8 110/8 110/21
111/24 112/13
113/16 113/19
114/21 114/24
115/1 115/5 115/10
115/21 116/10
116/21 117/19
**yesterday [5]** 7/7
10/11 14/22 17/15
17/15
**yet [7]** 27/5 40/25
51/21 51/22 55/4
62/3 74/16
**you [497]**
**you'll [5]** 17/3
17/9 34/22 35/15
108/12
**you're [25]** 10/4
17/4 17/8 26/4
32/13 34/10 34/10
35/24 62/15 65/12
65/13 66/1 72/18
73/18 73/19 78/19
83/18 83/20 87/4
96/1 96/2 98/25
99/1 99/4 111/9
**you've [7]** 36/13
46/23 70/1 87/19
89/24 89/24 100/8
**young [3]** 54/23
73/23 76/25
**younger [4]** 57/13
72/18 76/18 76/22
**your [172]**
**yours [1]** 28/12
**yourself [1]** 17/9
**YouTube [1]** 113/14

**yvette [2]** 1/23
1/25 119/5 119/17
119/17 119/19

**Z**

**ZACK [1]** 1/16
**ZALMAN [1]** 1/21
**zero [1]** 45/16
**Zoom [2]** 2/7
103/19

# EXHIBIT B

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                  WEST PALM BEACH DIVISION
                    CASE NO. 9:18-cv-80176-BB
 3
    IRA KLEIMAN, as the personal representative
 4  of the Estate of David Kleiman, and W&K Info
    Defense Research, LLC,
 5
              Plaintiffs,              November 22, 2021
 6                                     9:32 a.m.
              vs.
 7
    CRAIG WRIGHT,
 8
              Defendant.               Pages 1 THROUGH 129
 9  _____
              TRANSCRIPT OF TRIAL DAY 14, AM SESSION
10             BEFORE THE HONORABLE BETH BLOOM
                  UNITED STATES DISTRICT JUDGE
11                    And a Jury of 10

12  Appearances:
    FOR THE PLAINTIFF:   ROCHE FREEDMAN, LLP
13                       DEVIN FREEDMAN, ESQ.
                         KYLE ROCHE, ESQ.
14                       200 South Biscayne, Suite 5500
                         Miami, Florida 33131
15
                         BOIES SCHILLER & FLEXNER
16                       ANDREW BRENNER, ESQ.
                         STEPHEN N. ZACK, ESQ.
17                       SAMANTHA LICATA, ESQ.
                         100 Southeast 2nd Street, Suite 2800
18                       Miami, Florida 33131

19  FOR THE DEFENDANT:   RIVERO MESTRE, LLP
                         ANDRES RIVERO, ESQ.
20                       JORGE MESTRE, ESQ.
                         AMANDA M. MCGOVERN, ESQ.
21                       MICHAEL A. FERNANDEZ, ESQ.
                         ZALMAN KASS, ESQ.
22                       2525 Ponce de Leon Boulevard, Suite 1000
                         Coral Gables, Florida 33134
23
    COURT REPORTER:      Yvette Hernandez
24                       U.S. District Court
                         400 North Miami Avenue, Room 10-2
25                       Miami, Florida 33128
                         yvette_hernandez@flsd.uscourts.gov
```

2

# I N D E X

Certificate.................................   129

# W I T N E S S

**ON BEHALF OF THE DEFENDANT:**                         PAGE

DR. AMI KLIN
CONTINUED CROSS-EXAMINATION BY MR. BRENNER          5
REDIRECT EXAMINATION BY MS. MCGOVERN               51

CRAIG WRIGHT
DIRECT EXAMINATION BY MR. RIVERO                   58

# E X H I B I T S

| EX. NO.: | | OFFERED | ADMITTED |
|---|---|---|---|
| Defendant's | 164 | 85 | 85 |
| Joint | 101 | 119 | 119 |

```
1              (Call to order of the Court, 9:32 a.m.)

2              THE COURT:  Hi.  Good morning to everyone.  Let's go

3    ahead and call the case and we'll get started.

4              COURTROOM DEPUTY:  Calling Civil Case Number 18-80176,

5    Ira Kleiman v. Dr. Craig Wright.

6              Counsel, please state your appearances for the record,

7    starting with Plaintiffs' counsel.

8              MR. BRENNER:  Your Honor, if I -- I'll just introduce

9    everyone, if that's okay?  Andrew Brenner on behalf of the

10   Plaintiffs.  We have Vel Freedman, Kyle Roche, Samantha Licata,

11   Steve Zack, our client, Ira Kleiman, and Dorian Vela.

12             THE COURT:  Hi.  Good morning.

13             MR. BRENNER:  Good morning.

14             MR. RIVERO:  Your Honor, I'll do the same.  Andres

15   Rivero, together with Amanda McGovern, Jorge Mestre, Dr. Craig

16   Wright, Michael Fernandez, Zalman Kass, our crack paralegal

17   Sarah Gonzalez, and Karl Reed, Your Honor, for Dr. Craig

18   Wright.

19             THE COURT:  Good morning to each of you.

20             Go ahead and have a seat.  I hope that everyone had a

21   nice weekend.

22             As I don't want to take time away from the jury, do we

23   have Dr. Klin?

24             MR. RIVERO:  Yes, Your Honor.

25             THE COURT:  All right.  If the doctor will step
```

```
 1    forward.
 2             I do want to let you know that, as you have been
 3    working feverishly to provide information to the Court, I do
 4    appreciate the timely submissions.  The Court has entered its
 5    order denying the Defendant's motion that was pending before
 6    the Court.  That order was docketed this morning.
 7             As well, I'm going to ask my law clerk to give to you
 8    at this time -- although it's certainly premature for a charge
 9    conference, but I did have an opportunity to review the
10    submissions regarding the jury instructions, as well as its
11    application to the Verdict Form.
12             The Court has prepared proposed instructions to the
13    jury, as well as the Verdict Form.  So I'm going to ask Tal to
14    just provide that to you.  Certainly there's no need to discuss
15    it at this time, but I did want to give you an opportunity to
16    review it and then at the appropriate time we can certainly
17    address any requests for amendments.
18             Are there any issues that we need to address before we
19    bring the jury in?
20             MR. BRENNER:  No, Your Honor.
21             MR. RIVERO:  Nothing from us, Judge.
22             THE COURT:  All right, then.  Let's bring the jury in.
23          (Before the Jury, 9:34. a.m.)
24             THE COURT:  Good morning, Ladies and Gentlemen.
25    Please be seated.  It's good to see each of you.  I hope you
```

1    had a pleasant weekend and are ready to get back to work.

2              As you recall, we were in the questioning of Dr. Klin.

3              Dr. Klin, let me remind you, you were previously

4    placed under oath.

5              And we may continue.  Mr. Brenner?

6              MR. BRENNER:  Thank you, Your Honor.

7                   CROSS-EXAMINATION [CONTINUED]

8    BY MR. BRENNER:

9    Q.  Good morning, Dr. Klin.

10   A.  Good morning.

11   Q.  How are you?

12   A.  I'm well.  Thank you.

13   Q.  Good.

14       Let's see if we can get through this.  So I want to pick up

15   really quickly on something you said, I guess it was, Friday.

16   You had told the jury that your expert witness work made up .5

17   percent of your professional life.  Do you recall that?

18   A.  That was an estimate, yes.

19   Q.  Okay.  And what you said was -- the example to illustrate

20   that, is you said you had only taken -- this was the only case

21   you had taken since 2019.  Do you recall testifying to that?

22   A.  Yes.  I recall.  Yes.  I believe so.

23   Q.  Okay.  And you know -- what you meant by that is you had

24   actually taken other cases in 2019.  This is the only one you

25   took in '20 or '21, correct?

1  A.  I think so, yes.

2  Q.  And you know that because of the COVID pandemic that our

3  court system slowed down considerably in 2020 and '21, right?

4  A.  Yes.

5  Q.  Okay.  Now, you also told the jury that you were never

6  involved in more than one or two cases a year.  Do you recall

7  that testimony?

8  A.  I don't believe I've been involved in more than one or two

9  cases a year.  That's correct.

10  Q.  Okay.  So do you remember that in connection with your

11  expert report in this case that you provided me or my side a --

12  you provided your report?  You remember that, right?

13  A.  Yes.

14  Q.  And then you provided some addendums.  Do you remember

15  that?

16  A.  Yes, I do.  There were two addenda.  There was one with the

17  publications.  And the second one, I believe, you asked me for

18  a list of cases that I've been involved over a period of time.

19  Q.  Right.  And you provided us a list going back four years,

20  of the list of cases you were involved in.  You remember that?

21  A.  Yes.  I don't recall the number of years, but I remember

22  providing you the list.

23  Q.  Okay.  And we can bring it up, if you want, but in 2016 and

24  '17 alone, you were -- in those two years alone, you were

25  involved in six cases.  Does that sound right?

1    A.   I don't quite recall that, but it could well be that those

2    cases extended over several years.  Sometimes those cases

3    extend over a period of time.

4    Q.   No.  You actually -- you started four cases in 2016; isn't

5    that correct?

6    A.   Maybe if you show me the list, I'll be able to tell you

7    what they are --

8    Q.   Sure.

9    A.   -- and what I ...

10           MR. BRENNER:  Okay.  If we could bring up -- Your

11   Honor, may I publish his list of cases?

12           THE COURT:  You may.

13   BY MR. BRENNER:

14   Q.   So in 2016 it's two cases, right?

15   A.   Yes, sir.

16   Q.   And 2017, is four cases, right?

17           MR. BRENNER:  If I get could you to go to the next

18   page.

19           THE WITNESS:  Yes.  So there are four cases in --

20   BY MR. BRENNER:

21   Q.   Now, just to be clear, as far as your experience testifying

22   in cases, in your professional capacity, you've given about 35

23   depositions, haven't you?

24   A.   In a court of law or to attorneys who are asking me

25   questions?  Because those are very different things.

1  Q.  Okay.  You have given -- you have testified at deposition

2  in your professional capacity about 35 times; is that correct?

3  A.  I think that that sounds like a very large number.  I don't

4  feel that I have been deposed 35 times in the past 30 years,

5  but it could well be.

6  Q.  Okay.  Well, let's look at what you told us before.

7         MR. BRENNER:  Ms. McGovern, we're going to Page 12, 9

8  to 15.

9         MS. MCGOVERN:  One minute, please.

10         MR. BRENNER:  Here.  Here's an extra copy.  And let me

11  give you an extra copy.  And now I got to get my own.

12         12, 9 to 15, Ms. McGovern.

13     (Pause in proceedings.)

14         MS. MCGOVERN:  No objection.

15  BY MR. BRENNER:

16  Q.  Dr. Klin, do you remember being asked the following

17  question and giving the following answer in your deposition in

18  this case?

19     "Okay.  How many times have you testified at deposition in

20  your professional capacity as psychologist?"

21     "I have to estimate because I began engaging in some legal

22  cases back in the '90s.  I would say that my estimation is

23  about maybe 35 cases or so."

24     Do you remember being asked that question and giving that

25  answer?

1    A.  Yes.

2    Q.  Okay.

3    A.  I should just say that I have also been deposed many times

4    as a clinician on the request of the family or something to

5    that effect.

6    Q.  Okay.  All right.  So I want to pick up where we left off

7    on Friday talking about the assessments.  If you recall, we had

8    stopped, we were talking about the SRS, which is the self

9    reporting one.  Do you recall that?

10    A.  Yes.

11    Q.  And we had gone through -- so this is the one where both

12    Ms. Watts and -- Ramona Watts -- excuse me -- Craig Wright's

13    wife -- and Dr. Wright each filled out their own questionnaire,

14    right?

15    A.  Yes.

16    Q.  Okay.  And we have shown Ms. Watts' scores, and then it's

17    fed into a computer and the computer shoots out a score, right?

18    A.  Yes.  It's an online form that is scored by the portal --

19    Q.  Right.

20    A.  -- where you complete the form.

21    Q.  So information comes directly from subject -- either

22    subject's wife or subject in this case, into a computer, a

23    computer shoots out a score, and then you guys receive the

24    score?

25    A.  That's correct.

```
1    Q.  Okay.  So we've done -- we've shown Ms. Watts' scores.

2            MR. BRENNER:  If we could bring up --

3    BY MR. BRENNER:

4    Q.  So then Dr. Wright does the same thing.  He fills out the

5    thing and we get scores for that, too, right?

6    A.  It is -- when you use the SRS with an adult, that's

7    typically completed as part of self-report and by somebody who

8    knows that person very well --

9    Q.  Right.

10   A.  -- because the information can be very revealing about the

11   comparison of the two forms.

12   Q.  Sure.  And it's self-reported information, correct?

13   A.  It is self-reported.

14   Q.  By the subject?  By the patient?

15   A.  And it is reported about someone else by the person who

16   knows that individual well.

17           MR. BRENNER:  If you could bring up the -- yeah, that

18   one.  And highlight -- Your Honor, may I publish this from his

19   report?

20           THE COURT:  You may.

21           MR. BRENNER:  Thank you.

22   BY MR. BRENNER:

23   Q.  So now all I've done -- before, we had the spouse report.

24   Now, with Dr. Wright, his scores, again, same cutoff, 76 is in

25   the severe range in this test?
```

```
 1   A.  70 -- beyond 76, it's very likely the person have an autism
 2   spectrum disorder.  It is called severe within the context of
 3   this rating scale.
 4   Q.  Sure.
 5   A.  Because social responsiveness is a normative trait.  So
 6   among the population, scores over 76, it's called severe and it
 7   is compatible with a diagnosis of autism spectrum disorder.
 8   Q.  Right.  And we don't have to go through each of them.  Just
 9   across the board, every score based on Dr. Wright's self-report
10   is both in the severe range and higher than the one -- is a
11   higher score than his wife reported about him; is that correct?
12   A.  Yes, it is.
13   Q.  Okay.  So let's --
14           MR. BRENNER:  So we could take that down.
15
16           Thank you, Ms. Vela.
17   BY MR. BRENNER:
18   Q.  Let's go on to another assessment and that is the Vineland.
19   We talked about it briefly.  But let's just go through the
20   basics of the Vineland.  The Vineland was -- the Vineland
21   assessment in this case was run by Dr. Saulnier, correct?
22   A.  Correct.
23   Q.  Okay.  And Dr. Saulnier conducted what is called a
24   semi-structured interview of just one person, correct?
25   A.  Yes.
```

1  Q.  And that one person was, again, Ms. Watts, correct?

2  A.  It is correct.

3  Q.  Okay.  And then what Dr. Saulnier does is she -- it's not

4  an interview in the sense that it's a script that she's

5  reading.  It's semi-structured because she's having a

6  conversation and she's trying to glean information then that

7  she'll later use to input into the scoring, correct?

8  A.  Correct.

9  Q.  Okay.  That conversation we looked at before was about an

10  hour and 15 minutes.  You remember that?

11  A.  Yes.

12  Q.  And in that hour and 15 minutes, Dr. Saulnier was getting

13  the information from Ms. Watts both as to the Vineland and as

14  to another test that was run, which was called the ADIR,

15  correct?

16  A.  Those things were not done at the same time.  Sometimes

17  they are done at the same time if there is -- well, there is a

18  little bit of an overlap across the two, but they are very

19  different interviews.

20  Q.  Right.  Well, they're both done in the same

21  hour-and-15-minute block, unless you know of another -- I think

22  the invoice said that was the only conversation.  Do I have

23  that wrong?

24  A.  I think you did.

25  Q.  Okay.  So the hour and 15 minutes was as to the Vineland?

1   A.  Yes.

2   Q.  Okay.  Great.  And we'll take a look at that in a second.

3       And again, so Dr. Saulnier takes notes.  This one she can

4   take sticky notes, notes on a pad, and there's also a place on

5   the actual test that she could write on, right?

6   A.  When you're assessing an individual, you can write on the

7   form, you can write on a notepad, you can write on a sticky,

8   you can --

9   Q.  Right.

10  A.  You can write in any way that you want in order to ensure

11  that you remember that information.

12  Q.  Sure.  And we know -- we talked about yesterday that after

13  she wrote them -- wrote all her notes, she gave them to you and

14  you later discarded them, right?

15  A.  Yes.  Once she's completed her entire report and passed

16  this on to me, and I had her text and I had all of the content,

17  I corroborated information and vetted information, I then

18  discarded her notes.

19  Q.  And then what happens again, like the SRS, is when

20  Dr. Saulnier has input the answers -- and we'll go through it

21  in a little more detail, but again, that's put into a computer

22  or a portal and a score is generated, correct?

23  A.  Yes.  There are 65 items that are very telling.  And

24  therefore, I used the SRS, this rating scale, in this

25  evaluation for several reasons.

```
 1        One of them is to have a better sense of the range of
 2   symptomatology that is identified through that rating scale, as
 3   well as to look for any inconsistencies or anything that I
 4   could actually gain information from my comparing the two SRSs.
 5   Q.   Okay.  So in your answer, you're referring to the SRS.
 6   We're actually talking about the Vineland.
 7   A.   You actually mentioned SRS a second ago.
 8   Q.   Okay.  Then I got it wrong.  In the Vineland -- I said:
 9   "Just like the SRS," in the Vineland, after Dr. Saulnier inputs
10   the answers, it's put in a computer and the score is generated
11   by the computer?
12   A.   Yes.  Once she -- she gets narratives, examples,
13   illustrations of everyday observations.  She takes all of that
14   information and then she maps onto specific items for which
15   there are scoring criteria -- and the scoring criteria are
16   defined in the manual.  And so in order for it to be
17   standardized, then the clinician needs to map those onto the
18   scoring criteria.  Then she scores the specific item and then
19   she summarizes those scores and she inputs them into the
20   computer.
21        Actually, nowadays, the software is better skilled.  You
22   enter the scores and it generates all of the summary scores.
23   Q.   Yeah.  It's almost automated.  Like you're putting it
24   online almost?
25   A.   Correct.
```

1   Q.  Okay.  Great.

2       Now, do you know that the Vineland test -- we're on the

3   Vineland.

4   A.  Yes.

5   Q.  You know that the Vineland test -- the whole -- and this is

6   the Vineland-3, correct?

7   A.  It is the Vineland-3, the one that Celine is actually an

8   author of.

9   Q.  Dr. Celine is one of the authors of it?

10  A.  Correct.

11  Q.  Okay.  The Vineland-3 test has 425 questions.  Are you

12  aware of that?

13  A.  I've never counted them.  But since I've researched over

14  the years, I know that there are a lot of items, yes.

15  Q.  And you know that a lot of those questions just don't make

16  a whole lot of sense to ask when you're scoring a 49-year-old.

17  Are you aware of that?

18  A.  Oh, very much so.  I was trained by the original authors,

19  Dr. Sara Sparrow and Dr. Don Cicchetti.  There is something

20  called a basal and a ceiling.  In order -- the Vineland goes

21  from babyhood all the way through adulthood.

22  Q.  Right.

23  A.  And so there are all of those hundreds of items.  But in

24  order to shorten the load on a family, you start -- you need to

25  achieve a basal, which basically means if you're dealing with a

1    49-year-old, you're not going to start with babyhood items.

2    Q.  Sure.

3    A.  But you need to complete a certain number in order to

4    achieve a solid basal, and then you go up.  And the same thing

5    goes for a ceiling.  You don't ask adult questions from a

6    mother who is completing an interview of a baby.  So there is a

7    basal and a ceiling and there are very specific directions on

8    how to complete that test.

9    Q.  Right.  Right.  And you got my next question, which is:

10   Just like there are some questions that are too -- that are not

11   appropriate for a 49-year-old because they are geared to

12   younger children, the same would apply if you were doing the

13   test on a younger child.  There's certain things that would

14   only apply to adults.  Fair?

15   A.  That is correct.

16   Q.  Now, does 425 sound about right, or do you want me to bring

17   up the list of questions?  Sound like we're in the ballpark?

18   A.  I trust you because I gave you a copy of the form.

19   Q.  Yes.  Okay.

20       And do you know sitting here today how many questions

21   Dr. Saulnier used to score Dr. Wright out of the 425?

22   A.  Well, Dr. Saulnier does workshops nationally and

23   internationally on that topic.  So my very best assumption, but

24   also from talking with her, is that she achieved a basal and

25   she achieved a ceiling and she probed those items.  And so I

1    wouldn't be able to know exactly the number of items, but I

2    trust her that these were the right number of items.

3    Q.  Other than the fact that you just -- because you know her

4    and because of her background and experience, other than that

5    fact that you're just assuming she did it right, do you have

6    any estimate for how many of the 425 questions Dr. Saulnier did

7    not ask because they weren't appropriate?  Do you have any

8    idea?

9    A.  No.  This is the first time in my life that I'm asked that

10   question.  So no.

11   Q.  Okay.

12   A.  Because typically clinicians wouldn't find that relevant.

13   Q.  Okay.  So do you know what the basal is, the minimum amount

14   of questions that need to be asked?

15   A.  You need to complete a certain number of items that are --

16   the items on the Vineland, they are organized developmentally

17   from babyhood all the way through adulthood.

18   Q.  Right.

19   A.  And so the directives of the test pose that you need to

20   complete a certain number of items consecutively that create a

21   range of skills for a particular age and beyond which you don't

22   need to go.  So if you're asking me the question I know exactly

23   where she established the basal, no.

24   Q.  Well, actually I didn't ask you exactly.  I asked you:  Do

25   you know of any estimate, any idea, any concept of how many

```
 1    questions were actually scored in this case, in Dr. Wright's
 2    case?  Not generally.  Dr. Wright.  Do you know how many
 3    questions Dr. Saulnier --
 4              MS. MCGOVERN:  Objection.  Asked and answered.
 5              THE COURT:  Overruled.
 6              THE WITNESS:  Sitting here without the scores in front
 7    of me, without -- not having talked with Dr. Saulnier since, I
 8    wouldn't be able to tell you exactly the numbers, the number of
 9    items that were scored.
10    BY MR. BRENNER:
11    Q.  Okay.  You keep saying:  "Exactly" and my question is not
12    "exactly."  My question is:  Do you have any estimate or
13    approximation, or you just don't know?
14    A.  I don't want to say a number that is not -- that is not
15    correct.  But typically, we administer several tens of items.
16    Q.  Okay.
17    A.  And you might also recall that in my report, under the
18    Vineland section, there is a list of behaviors in each one of
19    the domains.  Those are behaviors that we expect a person with
20    that cognitive level and age to be able to do, except that the
21    Vineland is not capacity.  It's whether the person does it on
22    an everyday -- on an everyday fashion.
23         So there were several tens of examples in the areas of
24    communication, daily living skills, and in socialization that
25    were actually described in detail in the report.
```

1          MR. BRENNER:  Okay.  Let's bring up Klin at --

2     Dr. Klin's binder at Page 57, 58.

3          May I publish this to the jury?

4          THE COURT:  You may.

5          MR. BRENNER:  Thank you.

6     BY MR. BRENNER:

7     Q.  So what I have up here is from your report.  You recognize

8     this, right?

9     A.  This is not from my written report.  This is from the

10    computerized output of the scores of the Vineland.

11    Q.  Fair enough.  This is from the materials you provided us,

12    correct?

13    A.  That is correct, yes.  When you requested.

14    Q.  Okay.  So what we're looking at here is, each of the

15    domains, you sort of referenced them.  Do you see that?

16    "Receptive, expressive, written," those are all domains in the

17    Vineland, correct?

18    A.  Actually, they are not.  There are three domains on the

19    Vineland:  Communication, daily living skills, and

20    socialization; and for younger children, there is a motor

21    domain.  Each one of those domains have three subdomains.

22    Q.  Subdomains?

23    A.  And so under "Communication," you have:  "Receptive,

24    language, and communication, expressive and written."  And then

25    under "Daily Living Skills," you have:  "Personal, domestic,

20

```
1   community."
2        Under "Socialization," you have:  "Interpersonal
3   relationships, play and leisure skills, and coping skills."
4   And then there is another section focused on maladaptive
5   behaviors.
6   Q.  Let just do a couple examples, so that the jury understands
7   what I'm talking about when I'm saying some are scored and some
8   are not.
9        MR. BRENNER:  Let's bring up just the community one,
10  please.
11  BY MR. BRENNER:
12  Q.  Okay.  So this is the community subdomain?  Is community a
13  subdomain or a domain?
14  A.  Community subdomain.
15  Q.  Okay.  Community subdomain.
16       So in the community subdomain on the Vineland-3 assessment,
17  there's a total of 58 questions.  Do you see that?
18  A.  Yes.
19  Q.  And that sounds right to you, doesn't it?
20  A.  It does.
21  Q.  Okay.  And where there's a slash, it means it wasn't scored
22  for Dr. Wright, correct?
23  A.  Correct.
24  Q.  So on this domain -- I'm trying to count it -- there's --
25  one, two, three, four, five, six, seven -- eight of the 58
```

```
1    questions were scored?  Am I getting that right?  Am I
2    interpreting the data right?
3    A.  Absolutely.
4    Q.  Okay.
5    A.  For a 49-year-old, that should sound just right because
6    most adaptive behaviors are actually achieved in early
7    childhood.  It's only in some domains that they remain to be
8    achieved later on.  That's why the Vineland, over its history
9    since 1984, had been used primarily to document whether or not
10   the person had intellectual disabilities.
11       Now, in the case of a highly intelligent 49-year-old, the
12   number of items that you are going to administer is going to be
13   low.  And what you're looking for is for things that should
14   have been acquired and have not.
15   Q.  Exactly.  So what you're looking for, what Dr. Saulnier was
16   looking for, was questions that would be applicable to the
17   assessment as it relates to Dr. Wright?
18   A.  As it relates to a 49-year-old --
19   Q.  Correct.
20   A.  -- with high intellect.
21   Q.  So for example -- and I don't mean to belabor this too
22   much, but there's questions that would apply to a baby like:
23   "Is the baby able to turn to a caregiver's voice?"
24   A.  That's a very important item when you are evaluating a
25   two-year-old for autism.
```

1  Q.  Correct.  Hugely important.  But Dr. Saulnier, in her

2  judgment, would say:  "Well, that's not important for a

3  49-year-old," and I think we would all agree with her, right?

4  A.  Yes, we do.

5  Q.  Okay.  And I'll just give you another example on the other

6  end of the spectrum.  If we go to the interpersonal

7  relationships, that's one where there's 43 questions and

8  Dr. Saulnier scored all of them?

9  A.  Correct.

10  Q.  So let's keep that up one more second because you mentioned

11  it.  For each question that scored, it's a 0, 1, or a 2,

12  correct?

13  A.  Yes.

14  Q.  Okay.  A 2 means the person usually does what the thing is.

15  A.  The person does it consistently.

16  Q.  Consistently.  It says:  "Usually" in the key to the test,

17  right?

18  A.  "Usually."  "Consistently."  It's something that whenever

19  that particular task appears in a person's life, the person

20  performs it consistently.

21  Q.  Consistently.  Okay.

22  And then the 1 is -- what the key says is that they do it

23  sometimes?

24  A.  Correct.

25  Q.  And the 0 is they do it never, right?

1   A.   The 0 means that the person has not begun to show that

2   particular behavior sometimes, which is number 1.

3   Q.   Right.  So they get a 0.  And the more 0's and 1's you get,

4   the more -- when -- ultimately, the way it's scored, there's a

5   more impairment the lower the score is, correct?

6   A.   Yes.

7   Q.   Okay.

8   A.   So the Vineland is a normative skill like IQ, and you

9   expect from typically developing individuals that their IQ is

10   going to be commensurate with their adaptive skills.  And by

11   definition, in autism, this is not so.  Individuals are not

12   able to translate their cognitive abilities into real-life

13   skills in some domains more than in others.

14   Q.   Okay.  Now, we know -- I'm going to represent to you that

15   Dr. Wright -- excuse me -- Dr. Saulnier scored -- she didn't

16   score 195 of these.  So she did use about 56 percent of them.

17   I could bring up the thing, but I'll ask you to accept my

18   representation, okay?

19   A.   She will use whatever number is necessary for --

20   Q.   In her judgment.

21   A.   -- that individual at that age with that level of

22   intellect, depending on each domain.

23        In interpersonal relationships, I can see even from what

24   you're showing me the --

25   Q.   Oh, you want to keep that up?  I'm sorry.

1    A.  -- is 0.

2    Q.  Oh, you wanted that back up.  I'm sorry.

3         MR. BRENNER:  Keep that back up.

4         THE WITNESS:  No.  I just saw what you just showed me.

5         MR. BRENNER:  Yeah.  Let me put it back up for you

6    because I didn't realize you were talking about it.

7         MS. MCGOVERN:  If we could please have the witness

8    finish his statement before the next question.  It's hard for

9    me to follow the Q and A.

10        THE COURT:  Yes.  Let's let the witness complete the

11   answer.  Sustained.

12        THE WITNESS:  It looks from this that she wasn't able

13   to establish a basal and so she had to go all the way down.

14   BY MR. BRENNER:

15   Q.  Okay.  So can I take that down now?

16        Okay.  I didn't realize you were going to talk about it.

17        MR. BRENNER:  You can take it down, please.

18   BY MR. BRENNER:

19   Q.  Now, did you at any time -- before you got up on the

20   witness stand today, did you at any time go and look at the

21   choices Dr. Saulnier made as to which questions in her judgment

22   she deemed appropriate to administer to a 49-year-old man?  Did

23   you do that analysis?

24   A.  Absolutely.  Once -- every time she conducted a procedure,

25   for this -- for this consultation, we talked about what she

1    did, we both looked at the things that she did.  And to be

2    fair, she also looked at things that I did.

3    Q.  Okay.

4    A.  Because as part of our best practice parameter evaluation,

5    we wanted to conduct this together so that we could come up

6    with a clinician best estimate, which is two individuals doing

7    at least a partial evaluation and then discussing any things

8    that require additional study, additional discussion.  So

9    absolutely I took a look into all that she did and she did the

10   same for me.

11   Q.  Okay.  So if she did it, you've adopted it.  It's -- you've

12   agreed with it, correct?

13   A.  We discussed.  And, in fact, there were things on the

14   Vineland -- there were -- that we felt were incomplete that

15   required yet some additional clarifications.  And so subsequent

16   to the interview with the Vineland, Dr. Saulnier reached out to

17   Mrs. Watts and requested some additional information.  By which

18   I mean that she requested additional examples in some domains

19   that would allow us to feel comfortable with the score that was

20   being given for given items.

21   Q.  Okay.  So one of the questions on the Vineland is:  "Does

22   Dr. Wright show interest in children his age?"  Included or not

23   included?

24   A.  Interest in peers.

25   Q.  No.  That's a different question.  Dr. Klin, please listen

1   to my question.  "Shows interest in children his age."

2   Appropriate to ask a wife who met him when he was 40 -- about a

3   49-year-old man?  Is it included or not included?

4   A.  I'm so sorry to say this to you, but you are

5   misrepresenting -- this is a clinical document.  Dr. Saulnier

6   would not ask Mrs. Watts if Dr. Wright was interested in

7   children his age because, at the time, he was a 49-year-old

8   man.

9       And so, as a clinician, she would say:  "Does he show

10  interest in peers," in other individuals his age.  The Vineland

11  is not typically done with individuals of that age.

12  Q.  Okay.  The Vineland is not typically done with individuals

13  that are 49?

14  A.  Unless they have a disability.

15  Q.  Okay.

16  A.  Because that's absolutely critical.

17  Q.  Okay.

18  A.  In this country, if you need eligibility -- if you want

19  eligibility for special services, you need two scores.  One of

20  them is an IQ and the other one is actually adaptive behavior.

21  Because the state will not provide you with services unless

22  both your IQ and your adaptive behavior is lower than 70

23  percent, which delineates the threshold for services.

24          MR. BRENNER:  Let's just look at it.  Let's look at

25  Page 41.  And highlight --

BY MR. BRENNER:

Q.  Okay.  You know in the score sheet when she's asked a
question, it got a score.  If it had an asterisk, it means it
wasn't administered.  Do you remember that from looking at your
materials?

A.  I'll take your word, yes.

Q.  And we'll see that.

So this one, Dr. Wright gets sort of an impairment rating
because he gets a 1 for:  "Shows interest in children his age,"
right?

A.  Rephrasing to match the clinical reality of an expert
clinician using the Vineland in regards to a 49-year-old:
"Does he show interest in individuals his age?"

Q.  Okay.  So the question is changed for Dr. Wright to be
peers or individuals his age, not children, is that your
testimony?

A.  Well --

Q.  Doctor, is that your testimony?

A.  It is my testimony that the essence of the Vineland is --
is a clinical tool that is used by an expert clinician who was
trained in that, in that case, the very author of the
instrument that is the most widespread measurement of adaptive
behavior in the world.

And so, yes, I trusted that she did not use those words in
the case of a 49-year-old man.

1    Q.   Okay.  Let's look at the first question on this blow-up

2    number one.  This is another one that Dr. Saulnier included in

3    the scoring:  "Looks at the face of parent/caregiver."  She

4    included that one, right?

5    A.   She has to establish a basal.  The answer is yes.

6    Q.   Okay.  Let's go to another question on the Vineland.  "Does

7    Dr. Wright take his own temperature when needed?"  Do you think

8    Dr. Saulnier included that for a 49-year-old?

9    A.   Yes.

10   Q.   Okay.  So let's look at that.

11        MR. BRENNER:  That's at -- well, yeah.  Let's look at

12   that.  That's at Page -- I believe that's at Page 51.

13        Next -- it's question 51.

14        Oh, Page 47.  I'm sorry.

15        May I publish?

16   BY MR. BRENNER:

17   Q.   So 51 and 52 -- 52 is:  "Takes his own temperature when

18   needed."  He got a 0 on that.  That's something he never does,

19   right, according to Ramona Watts?

20   A.   That is something that he does not do even sometimes.

21   Q.   Right.  Is that different?  The score, is that different

22   than never?

23   A.   It is different from never because the concept of adaptive

24   behavior is not the acquisition of a skill.  It's the usage of

25   that skill when that skill is needed consistently in everyday

1   life.  And in real-life skills, knowing how to do things does

2   not allow you to navigate the demands of everyday life.  You

3   need to be able to show that particular skill.

4       And with individuals with autism -- and I'm afraid that

5   this is very important for you to keep in mind -- that for

6   individuals with autism, almost by definition, they are unable

7   to translate sometimes their extreme strengths in some areas

8   into real-life skills.

9       That's part of the condition.  And that's the reason why

10  expert clinicians like myself, we need to ascertain the

11  person's ability to do things that otherwise would appear silly

12  to others but represent a major challenge to the individual and

13  their families.

14  Q.  Let's bring up Page 39 of your binder, so you and I can get

15  on -- at least agree on what the scoring is.

16      So 1 is sometimes and 0 is never or almost never.  Is that

17  better?

18  A.  That's perfectly fine.

19  Q.  Okay.  Great.  So let's go back to where we were.

20          MR. BRENNER:  And let's look at question 51 back on

21  the previous slide.

22  BY MR. BRENNER:

23  Q.  "Plans for changes in weather before going out," and that

24  came out in the hour-and-15-minute interview.  And that's

25  something Ramona Watts said Dr. Wright never or almost never

30

1    does, right?

2    A.   Correct.

3    Q.   Okay.   Perfectly appropriate to ask a 49-year-old about a

4    49-year-old?

5    A.   Absolutely.

6    Q.   Okay.   Great.

7            MR. BRENNER:   Let's go to Page --

8    BY MR. BRENNER:

9    Q.   There's another question:   "Plays with others at outdoor

10   games with no score."   49-year-old or for children?

11   A.   This is a question for children or for individuals who

12   actually have a social life.

13   Q.   So you think it's appropriate to ask -- score this one for

14   Dr. Wright?

15   A.   It is appropriate for a clinician to ask questions about a

16   person's social life in the context of autism because this is

17   an area of great disability.   And unless you are able to elicit

18   that information, you will be surprised by how delayed

19   individuals with autism are, sometimes irrespective of their

20   high intellect.

21   Q.   Dr. Klin, I didn't ask you about -- if it's appropriate to

22   ask about his social life.   I asked if it's appropriate to ask

23   the wife of a 49-year-old man, in running the gold standard

24   assessment, whether he, quote:   "Plays with others at outdoor

25   games with no score."   Appropriate or not appropriate?

```
 1    A.  As a clinician, you're not reading that item.  You're
 2    scoring that item.  And as a clinician, you are translating the
 3    intent of the item to the clinical context that you are in.
 4         So she didn't ask these questions.  It's a semi-structured
 5    interview.  These are items that are scored.  And therefore,
 6    one needs to go through this and then take the narratives and
 7    score that particular item.
 8    Q.  And she scored him a 0 for that, that the 49-year-old,
 9    Dr. Wright, does not play -- he does not play with others at
10    outside games with no score.  She gave that a 0.  Do you want
11    to see that or do you remember that?
12    A.  I'll take your word for it.
13    Q.  Thank you.
14         Okay.  So now we have an idea of the questions because --
15    we have an idea of the questions on the assessment, we know how
16    the score comes out, and now I want to talk to you about what
17    the score was for Dr. Wright.  Okay?
18         So you found -- or once the information was input into the
19    computer, based on Dr. Saulnier's semi-structured interview,
20    you found that Dr. Wright performs the practical everyday tasks
21    of living worse than 99 percent of the adult population; isn't
22    that correct?
23    A.  That is correct.
24    Q.  Okay.  And what that means -- you also found that he
25    functions worse than 99 -- excuse me -- he functions in social
```

1    situations worse than 99 percent of the adult population,

2    correct?

3    A.   That is correct.

4    Q.   You also found that in his day to day he listens and

5    understands worse than 99 percent of the population, correct?

6    A.   If you are alluding to his score on the communication

7    domain, I would call your attention to the great discrepancies

8    across the three sub-domains.

9         And the same individual that can read Sophocles is also an

10   individual who doesn't understand non-literal speech, something

11   that is acquired around the age of three, four, and five.

12        Unless there is a clear understanding that this defines

13   autism, these enormous discrepancies amongst strengths and

14   extreme deficits, we would be failing our children,

15   adolescents, and adults, because we would be trying to

16   understand them on the basis of what we expect from typically

17   developing individuals.  We wouldn't be able to document their

18   disabilities.  We wouldn't be able to provide them with the

19   services that they need.  So the answer is yes.

20             MR. BRENNER:  Okay.  Page 288, lines 10 through 17.

21             MS. MCGOVERN:  Page -- could you provide the page

22   again, please?

23             MR. BRENNER:  Oh, I'm sorry.  288 at --

24             MS. MCGOVERN:  288, and what are the lines?

25             THE COURT:  That's for counsel, sir.  There's no

```
 1    question pending.

 2              MS. MCGOVERN:  What lines, please?

 3              MR. BRENNER:  I'm sorry, Ms. McGovern.  10 through 17.

 4         (Pause in proceedings.)

 5              MS. MCGOVERN:  No objection.

 6    BY MR. BRENNER:

 7    Q.  Dr. Klin, do you remember being asked this question and

 8    giving the following answer at your deposition?  This is my

 9    question:  "Dr. Wright listens and understands, expresses

10    himself through speech, and reads and writes worse than 99

11    percent of the adult population.  That's what that means,

12    correct"?

13         Your answer:  "Only with the proviso that this is not that

14    he can't.  It says that that's the way that he behaves on his

15    day-to-day experiences."

16         Do you remember being asked that question and giving that

17    answer?

18    A.  Yes.

19    Q.  Thank you.

20    A.  And that speaks to the nature of the test, the way that we

21    score, but even more importantly, the tremendous discrepancies

22    across the various different domains.  You were describing the

23    communication domain, which consists of three sub-domains --

24              MR. BRENNER:  Your Honor, can I object on narrative?

25    The question was:  "Did I read that correctly?"
```

```
1          THE COURT:  The question calls for a yes-or-no
2     response.  If you need to explain your answer, sir, you may
3     certainly do so.
4          MR. BRENNER:  Your Honor, may I have one moment?
5          THE COURT:  Certainly.
6       (Pause in proceedings.)
7          MR. BRENNER:  Okay.  Thank you, Judge.
8     BY MR. BRENNER:
9     Q.  Changing topics on you, Dr. Klin.
10         When you were here on Friday, you testified that people
11    with autism tend to be -- and I believe this is a quote --
12    "overly literal."  Do you remember that?
13    A.  Yes.
14    Q.  And in your report, you describe Dr. Wright as being
15    "extremely literal."  Do you remember that?
16    A.  Yes.
17    Q.  Okay.  And to illustrate your point, you told three stories
18    on Friday.  The first story you told, just so we can be on the
19    same page, was you had a client or a patient who had begun to
20    drive, had finally gotten the ability to drive.  Do you
21    remember that?
22    A.  Yes.
23    Q.  And the individual was driving in a 25-mile-an-hour speed
24    zone and they were going 37.  You remember that?
25    A.  Yes.
```

1    Q.  And the police officer pulled over your client -- was it a

2    he or she, by the way, so I get it right?

3    A.  It was a he.

4    Q.  Pulled over this gentleman and said:  "Sir, do you realize

5    you were going 37 in a 25," and the gentleman said:  "No.  I

6    was going 45"?

7    A.  Yes.

8    Q.  Right.  And that was an example of a trait of people that

9    have autism, that they are very precise with their language and

10   they want -- they are very focused on what the actual truth is,

11   right?

12   A.  Yes.  That was not actually an example of being overly

13   literal.  That was an example of self-incrimination and being

14   truthful to a fault.  Basically sticking to the facts even if

15   that's very self-incriminating.

16   Q.  And then you gave a second example, this one as to

17   Dr. Wright in particular.  You talked about an email he had

18   sent.  I think he had sent it to Dr. Saulnier and she forwarded

19   it to you about the word "weird."  Do you remember that?

20   A.  Yes.  The words "weird" and "have a sense of humor."

21   Q.  Right.  And correct me if I'm wrong, but I'm just trying to

22   summarize.  What you said was he was very focused on the

23   literal meaning of the words that were used.  Is that fair?

24   A.  Not quite.  He was -- he was focused on the etymological

25   history of that particular word, meaning the origins of the

```
 1    word going all the way back to the Middle Ages.

 2    Q.  And he wanted to make sure when there was a question being

 3    asked -- because I think it was an SRS question that had

 4    "weird" on it, wasn't it?

 5    A.  Correct.  Is considered weird by others and has a sense of

 6    humor.

 7    Q.  And he wanted to make sure that he could expound on what

 8    his understanding of the meaning and background of that word

 9    was, right?

10    A.  Wanted to make sure that he answered the question in the

11    way that we intended it.

12    Q.  Right.  Precisely and accurately?

13    A.  That his understanding of the word was precise and

14    accurate.

15    Q.  Yes.  Okay.

16         And then the third example you gave was you had -- again,

17    if I get it wrong, you'll tell me -- in your one interview of

18    Dr. Wright, you had asked him -- you were talking about some

19    experiences as a child that he had.  And you asked him if the

20    other kids at the playground had, quote:  "Come after him."  Do

21    you remember that?

22    A.  Yes.

23    Q.  And he wanted to make sure that -- he wanted to make sure

24    that he defined the term "come after."  I'm holding your

25    testimony.  Do you remember that?
```

1    A.  He stated:  "Define 'come after'."

2    Q.  Right.  And then you then explained what was going on and

3    you said -- you asked him:  "Do you understand what is coming

4    after another person?"  You were talking to the jury.  You say:

5    "I'm sure you do."  "But for him" -- you said for Dr. Wright:

6    "He gets very focused on the precise meaning of words."

7         That's true of Dr. Wright, correct?

8    A.  Yes.  But there is another clinical observation that I made

9    with that which is figures of speech, metaphors, irony,

10   sarcasm, humor are very hard for individuals with autism --

11   Q.  Right.

12   A.  -- because they usually mean something other than what you

13   are hearing.

14        So I remember in reading one of the transcriptions -- I

15   believe you were deposing him, and you said something to the

16   effect:  "What's going on here?"  And he answered you:

17   "Nothing's going on here.  You're holding a piece of paper in

18   your hands."

19        Now, for some people, this might sound like he made that

20   comment in jest.  But no.  "What's going on in here," in order

21   for the other person to understand, you need to understand the

22   context and the intention of the other.  He doesn't have that

23   ability.

24   Q.  Correct.

25   A.  That's "overly literal."

```
 1    Q.  By the way, it does sound like a question I would ask, but

 2    it wasn't actually me deposing Dr. Wright.  But that's okay.

 3    But it does sound like something -- it does sound like me.

 4         But I'm reading from your testimony from Friday.  "Dr.

 5    Wright is very focused on the precise meaning of words."  You

 6    agree with that?

 7    A.  Yes.

 8    Q.  "He's -- particularly the literal meaning" -- meaning the

 9    literal meaning of words.  He's very focused on that, right?

10    A.  Yes.

11    Q.  And the dictionary definition of the word?

12    A.  Yes.  Actually dictionary definitions, because his favorite

13    book is a collection of 22 volumes of the Oxford Dictionary.

14    And therefore, he studies words going back to their origins.

15    Q.  Okay.  And you told us that -- and this is again from your

16    testimony on Friday -- that that trait that he showed with you

17    in this example of the "come after him" and being very literal

18    and precise, is just how he is in business and other

19    situations.  It wasn't somehow -- it wasn't done just for you.

20    That's how Dr. Wright is?

21    A.  No.  It was not contrived in my interview because this has

22    been a life trait, offered by all the informants, in -- not in

23    three examples, but in tens of examples.

24    Q.  Okay.

25         MR. BRENNER:  Your Honor, may I publish Exhibit P459
```

```
1    to the jury?

2             THE COURT:  You may.  It is in evidence.

3             MR. BRENNER:  Thank you, Your Honor.

4    BY MR. BRENNER:

5    Q.  Okay.  Dr. Klin, this is in evidence.  This is a --

6             MS. MCGOVERN:  Objection, Your Honor.  This issue goes

7    directly to something I think we should discuss sidebar before

8    Plaintiffs dive into this with Dr. Klin.

9             MR. BRENNER:  Can we publish it not to the jury but so

10   the Judge can see it?

11            THE COURT:  All right.  Let me see it, 459, and then

12   come sidebar.

13        (At sidebar on the record.)

14            MS. MCGOVERN:  This is Amanda for the --

15            THE COURT:  I'm sorry?  A juror has to go to the

16   bathroom.

17            Okay.  Let me just address that and then we can

18   address it on the record.

19        (End of discussion at sidebar.)

20            THE COURT:  Ladies and Gentlemen, let's go ahead and

21   take a 10-minute recess.

22        (Jury not present, 10:22 a.m.)

23            THE COURT:  I just want to advise each of you that we

24   have a juror that just needs to take some frequent restroom

25   breaks today.  So we're certainly going to accommodate that
```

```
 1   request.
 2              All right.  Yes.  Ms. McGovern?
 3              Go ahead and have a seat, everyone.
 4              MS. MCGOVERN:  Your Honor, I raised the objection
 5   before.  Plaintiffs are going into specific evidence that's
 6   been raised in this case.  We were very, very careful with
 7   Dr. Klin before he got on the stand not to invade the province
 8   of the jury with respect to credibility.  It is a direct ruling
 9   that you have made with respect to his testimony.
10              We've circumscribed our direct examination expressly
11   to eliminate any possible sort of statements that would invade
12   that province, as well as your ruling.
13              And by raising this -- what appears to be a
14   communication with Dr. Wright and somebody else, not sure where
15   the Plaintiffs -- where Mr. Brenner is going with it, but it is
16   going to directly open the door with respect to issues of
17   credibility, unless I'm mistaken.
18              THE COURT:  Why don't you make a proffer, Mr. Brenner?
19              MR. BRENNER:  Can I excuse Dr. Klin?
20              THE COURT:  Yes.  Dr. Klin, if you will step outside.
21   We'll be with you in 10 minutes, sir.
22              THE WITNESS:  Ten minutes?
23              THE COURT:  Yes, sir.
24        (Pause in proceedings.)
25
```

```
1          THE COURT:  And if we can provide that exhibit.

2          MR. BRENNER:  Do you want 459 back up?

3          THE COURT:  Yes.  Thank you.

4          MR. BRENNER:  Can you bring 459 back up for the Court?

5    Ms. Vela, can you bring 459 back up for the Judge?

6          THE COURT:  All right.  And Mr. Brenner, why don't you

7    make a proffer as to the use of this.

8          MR. BRENNER:  What I'm going to do -- so what his

9    testimony was -- and this has nothing to do with the motion in

10   limine, but I'll explain -- or the Daubert order.

11         His testimony is -- as you just heard again, is Dr.

12   Wright says what he says, he means what he says, he's very

13   literal.  Right?  So now I'm going to ask him just to apply his

14   opinion to the facts of this case, and I'm just going to show

15   him documents where Dr. Wright is very literal.

16         So in this one he calls Dave Kleiman his business

17   partner.  And then there's another exhibit where he says -- I

18   mean, I'll walk through the exhibits that I'm going to use.

19         176, Your Honor, is again where Dr. Wright says:

20   "This is an idea that I had developed with my business

21   partner."

22         Then 122 is a document where Dr. Wright says a few

23   things.  "Dave and I had a project in the U.S.  He ran it

24   there.  And the company there ran -- the company" -- excuse

25   me -- "the company he ran there mined Bitcoin."
```

```
 1            And then maybe the last one is 733, which is the
 2     Thanksgiving dinner, where he says:  "We did partner."
 3            So he's made -- Dr. Klin, through direct -- I didn't
 4     bring this up -- has sort of tried to explain Dr. Wright's
 5     speeches, what he means when he says things.  And so I'm going
 6     to hold him to that.
 7            I'm not asking him whether Dr. Wright was credible on
 8     the stand because I wouldn't ask that, and that's out per Your
 9     Honor's Daubert order.  So I'm not even touching that.
10            And one more thing I asked him right before this line,
11     which is:  "This thing you found about him in your examination,
12     this is how he is always."  So the jury's entitled to know
13     that, yes, he's literal always.
14            So when he's constantly calling Dave Kleiman his
15     business partner, the jury may infer from that that he actually
16     means that Dave Kleiman was his business partner.
17            And since the jury's out, I'm going to tell you the
18     next subject because there may be an objection and we can deal
19     with that.  But I'll let Ms. McGovern respond on that if you
20     want.
21            THE COURT:  All right.  Ms. McGovern?
22            MS. MCGOVERN:  Your Honor, had we done this in the
23     direct examination, there would have been an absolute
24     objection.  It would have been sustained, properly sustained
25     under your ruling.
```

43

```
 1              This goes directly to what -- is asking Dr. Klin to
 2    comment on the evidence in this case.  Dr. Klin is being
 3    presented to -- the testimony that's being presented was
 4    circumscribed by the Court not to invade the jury's
 5    understanding of the evidence, interpretation of the evidence,
 6    with Dr. Klin opining on what Dr. Wright might have meant.
 7              And specifically -- and I say this specifically --
 8    there was reference in connection with a Daubert motion to
 9    questions regarding whether or not Dr. Wright, when he said
10    certain things in this case, was acting with an intent to
11    deceive.  If, in fact, the Plaintiffs' counsel is allowed to
12    hair-split with respect to whether or not this term "partner"
13    was meant to be literal and we are not then allowed to go into
14    the area of what happens with somebody with this disability in
15    terms of being misunderstood as being deceitful and nefarious,
16    which is at the heart of this case, then the entire Daubert
17    ruling has been sort of thrown out.  And we certainly would
18    have asked Dr. Klin different questions, but we were very
19    careful not to do so.
20              This is an end run around your order, Your Honor.  It
21    is not for Dr. Klin to opine on what Dr. Wright might have
22    meant when he said years ago referring to Dave Kleiman in the
23    context in which he did.
24              And, in fact, his testimony doesn't go to that issue.
25    They're opening up the door with respect to the evidence that
```

```
 1   they have.  It's right on their timeline.  This is what they're

 2   going to be arguing to the jury in closing argument and it's

 3   inappropriate.  The objection should be sustained.  The ruling

 4   should stand as it was.  This isn't a do-over.  We've already

 5   completed our direct examination of Dr. Klin and this is just

 6   inappropriate.

 7           THE COURT:  Mr. Brenner, anything further, sir?

 8           MR. BRENNER:  I was just to going to read to Your

 9   Honor what the order was, but if you have it.

10           THE COURT:  I'll well aware of my order.

11           MR. BRENNER:  Okay.  Nothing on that particular

12   subject.  I had one more category.

13           THE COURT:  All right.  Well, let me say that Dr. Klin

14   has already testified that he believes that Dr. Wright is

15   literal in his interpretation and his communication.

16           And I don't believe that the fact that there are other

17   documents in this case in which the Plaintiff intends to make

18   argument that there is a literal interpretation with regard to

19   a literal communication really has any relevance with regard to

20   Dr. Klin's testimony.  He's already testified to that.

21           But I do agree with Ms. McGovern that what it tends to

22   do is it tends to make an end run around the efforts to show

23   that he had an intent to deceive or no intent to deceive.  And

24   that's where I really drew the line with regard to this

25   witness.
```

```
1          You are free to ask him with regard to anything that

2     may have been in the deposition or what he reviewed, but

3     certainly this exhibit, while it's admitted into evidence, it's

4     not appropriate with this witness.  The objection is sustained.

5          MR. BRENNER:  And I understand Your Honor's ruling.

6     Just to be clear, I wasn't intending an end run, but I

7     understand Your Honor's ruling and we'll move on from that.

8          THE COURT:  Well, I think you were using it that --

9     and he told the truth and that's what he meant and that's

10    exactly what he intended to say in his communication, and you

11    already have the testimony.

12         MR. BRENNER:  I wasn't going to ask that.  I wish

13    Dr. Klin would just say:  "Yes.  That's what it says," but he

14    doesn't do that.  I was not going to ask that question.

15         THE COURT:  The exhibit is not appropriate with this

16    witness.

17         What's the next issue?

18         MR. BRENNER:  The other thing is a series of

19    questions, Your Honor, where -- and we covered this in his

20    deposition, where -- to just get him to explain to the jury

21    that even if his diagnosis of autism is correct, there's

22    nothing about that diagnosis that would cause Dr. Wright to do

23    the things we have put into evidence that he did.

24         So, for example, I would ask him to assume that the

25    jury has heard evidence that Dr. Wright has altered or forged
```

1    documents.  I want him to assume it for the purposes of my

2    questions.  He doesn't have to agree or disagree.  But if

3    that's in fact true, nothing about autism would cause a person

4    to do that.  That's one question.

5         Then there would be the same question for submitting

6    fraudulent documents.  There would be the same question for

7    filing declarations that contradict stuff and then filing

8    contradictory declarations, which Your Honor saw in the two

9    declarations in your Court and in the Australian Court.  So

10   that's the next module.

11        MS. MCGOVERN:  Your Honor, this is exactly the same

12   situation that we faced with the first category.  And let me

13   just lay out the way it could have gone had we not followed

14   your ruling and published things in front of the jury to

15   insinuate some sort of intent.  It could have gone like this:

16   I could have asked Dr. Klin about why it could be misunderstood

17   in a declaration when Dr. Wright is saying certain things.  I

18   could have presented certain emails after 2011 when he's

19   referring to "partner" before then.  I could have taken all of

20   the evidence on that timeline and I could have put it in front

21   of Dr. Klin and I could have used that expert testimony to

22   essentially explain away what is in the province of the jury to

23   determine.  That's what they're doing here with respect to the

24   evidence.

25        Dr. Klin has absolutely no expert opinion with respect

```
 1    to Dr. Edman's opinion.  It's not appropriate.  It's an end

 2    run.  And it would require us to come back -- essentially

 3    ignore your Court's order and go back and redirect Dr. Klin on

 4    each and every piece of evidence presented to him so that we

 5    can explain, well, how would autism potentially affect the

 6    context in which these statements were made.

 7         It's my understanding, Your Honor, that that was ruled

 8    on a long time ago and it's the reason that we presented the

 9    testimony in his direct the way we did it.

10         THE COURT:  Anything further?

11         MR. BRENNER:  My only further thing is if this is not

12    relevant, then we would say that Dr. Klin's testimony is not

13    relevant and we would move to strike it at the conclusion.

14         This is asking an expert witness a hypothetical,

15    applying it to the facts of the case, and asking how his

16    opinion applies to those facts.  It's -- I have nothing

17    further.  I think this is classic cross-examination.

18         THE COURT:  All right.  The purpose of this witness is

19    to educate the jury on Dr. Wright's abilities, the effect of

20    autism on his ability to act both in and outside the courtroom.

21    That was the testimony that we heard.

22         The questions that Mr. Brenner wants to ask with

23    regard to how it affects other abilities -- and it's perfectly

24    appropriate to give a hypothetical to an expert.  I agree that

25    it's directly relevant because it educates the jury as to the
```

48

```
 1    extent of his autism and how the autism affects certain
 2    actions.  So it is relevant.  The objection is overruled.
 3              MR. BRENNER:  And that will be the end of the cross.
 4              THE COURT:  I want to give you an appropriate break.
 5    Let's take a five-minute stretch break, and then we'll continue
 6    with the questions.
 7              MR. BRENNER:  Thank you, Judge.
 8         (Recess from 10:33 a.m. to 10:40 a.m.)
 9              THE COURT:  All right.  Welcome back.  Dr. Klin, come
10    on forward.
11              Is there anything we need to address before we bring
12    the jury in?
13              MR. BRENNER:  Nothing from the Plaintiffs.
14              Oh.  Nothing from the Plaintiffs?
15              Nothing from the Plaintiffs.
16              MR. RIVERO:  (No verbal response.)
17              MS. MCGOVERN:  Your Honor, could I make one request?
18              Dr. Klin has a very important call for him and his
19    center at noon.  So if Mr. Brenner is not going to be done --
20              MR. BRENNER:  It's literally four questions.
21              MS. MCGOVERN:  Okay.
22              THE COURT:  I guess it all depends on the redirect.
23              MS. MCGOVERN:  I'll settle.
24              MR. BRENNER:  Yes.
25         (Before the Jury, 10:43 a.m.)
```

```
 1          THE COURT:  All right.  Ladies and Gentlemen, please
 2    be seated.
 3          And we'll continue with the questioning.
 4    BY MR. BRENNER:
 5    Q.  Okay.  Dr. Klin, we're almost through.
 6          For the next series of questions, I'm going to ask you to
 7    assume certain things.  I'm not asking you to agree with them,
 8    but I'm going to ask you to make certain assumptions.  Okay?
 9    A.  Yes.
10    Q.  I want you to assume that the jury has heard evidence that
11    Dr. Wright has submitted altered or forged documents.  You
12    would agree with me that there's nothing about autism that
13    would cause Dr. Wright to submit altered or forged documents,
14    correct?
15    A.  There is nothing in autism that makes that person commit
16    perjury or forge documents or lie.
17    Q.  I want you to assume again that the jury has heard expert
18    testimony that Dr. Wright produced fraudulent documents.
19    There's nothing in the nature of individuals who have autism
20    that would cause them to produce fraudulent documents, correct?
21    A.  No.
22    Q.  I'm correct?
23    A.  You are correct.
24    Q.  Thank you.
25          And I want you to also assume that the jury has seen
```

1   evidence that Dr. Wright submitted written declarations that

2   are contradicted by his own testimony.  There's nothing about

3   autism that would cause someone to do that either, right?

4   A.  That is correct, with the proviso that individuals with

5   autism may see a given situation very differently than others

6   because they don't share the same social context or because

7   they are overly pedantic, or they are overly obsessed with

8   irrelevant details in a particular situation that would make

9   them basically make statements outside of the context that

10  everybody would judge them as doing so.

11  Q.  Okay.  The jury has seen evidence that Dr. Wright submitted

12  affidavits -- I want you to assume the jury's seen --

13          MS. MCGOVERN:  Objection, Your Honor.  The manner in

14  which the statement is being made mischaracterizes the evidence

15  in the record.  I think the question that was discussed earlier

16  was not this one.

17          THE COURT:  Yes.  As a hypothetical.  Sustained.

18  Rephrase.

19  BY MR. BRENNER:

20  Q.  I want you to assume that the jury has heard evidence that

21  Dr. Wright submitted affidavits to two different Courts that

22  directly contradict each other.  Okay?  That's the assumption,

23  okay?

24  A.  Okay.

25  Q.  And nothing about autism would cause him to do that either,

1    correct?

2    A.   Except for what I've mentioned to you before, that

3    individuals with autism tend to make statements outside of the

4    shared context, that they have a tendency for

5    self-incrimination.

6         And part of what we do is to try and understand the context

7    that they come from so that we don't punish them for their

8    disability.

9              MR. BRENNER:  Your Honor, can I publish P710 and P748?

10             MS. MCGOVERN:  Could I see the two beforehand, please?

11   Could we look at them before they are published?

12             MR. BRENNER:  Not to the jury, please.

13             You know what, Your Honor?  Give me one moment.

14             MS. MCGOVERN:  Your Honor, I object to the use of the

15   evidence with respect to this witness for the same reason we

16   discussed with the other exhibit.

17             MR. BRENNER:  You know what, Your Honor?  I'll

18   withdraw the question.

19             Dr. Klin, thank you so much for your time.

20             I've concluded my examination, Your Honor.

21             THE COURT:  All right.  Any redirect?

22             MS. MCGOVERN:  Very short.

23                        REDIRECT EXAMINATION

24   BY MS. MCGOVERN:

25   Q.  Good morning, Dr. Klin.

1   A.  Good morning.

2   Q.  I was just checking the time.

3       Dr. Klin, based on your three-plus decades of work,

4   research in the field of autism and your role in defining it

5   for the world, do you have any reservation whatsoever with

6   respect to your diagnosis of autism for Dr. Wright?

7   A.  I do not.

8   Q.  Dr. Klin, you testified earlier, and in your report at

9   Pages 5, 8 and 11, you state that:  "The human condition of

10  autism carries with it a difficulty in establishing meaningful

11  and maintaining meaningful reciprocal friendship."

12      Do you recall that?

13  A.  Yes.

14  Q.  If such a friendship is found, a meaningful, perceived --

15  albeit one-sided reciprocal friendship with a person with

16  autism is found, what sort of attributes can you expect to

17  present?

18          MR. BRENNER:  Objection.  Beyond the scope of cross

19  and also beyond the expert report.

20          MS. MCGOVERN:  Your Honor, it's specifically --

21          THE COURT:  Overruled.  I'll allow it.

22          THE WITNESS:  Individuals with autism do not have the

23  same opportunities as their peers to develop relationships and

24  friendships.  Individuals with high intellect and autism, they

25  tend to alienate others with their circumscribed interests and

1    their one-sided approaches, sometimes with their obsession

2    about others.  They also don't understand their role in the

3    reaction of others.

4    BY MS. MCGOVERN:

5    Q.  Can sometimes a friendship be enhanced?

6    A.  In the case of Dr. Wright over the course of his life, a

7    friend would be somebody who shared his interests and tolerated

8    his obsession about his interests.

9        Later, this also became people who would not call him

10   everything that he heard --

11            MR. BRENNER:  Objection.  This is a narrative beyond

12   the question asked.

13            THE COURT:  Sustained.

14   BY MS. MCGOVERN:

15   Q.  If you could simply briefly conclude your answer, Dr. Klin,

16   simply with respect to the type of attributes that can be

17   presented when a reciprocal friendship is perceived to be

18   achieved.

19   A.  In individuals with autism, it is often the case that not

20   only the relationship is not reciprocated but the level of

21   relationship is not reciprocated.

22            MS. MCGOVERN:  Thank you very much, Your Honor.  No

23   further questions for Dr. Klin.

24            THE COURT:  All right.  Thank you, Dr. Klin.

25            Is Dr. Klin excused?

```
 1            MS. MCGOVERN:  Yes, he is, Your Honor.

 2            THE COURT:  On behalf of the Plaintiffs?

 3            MR. BRENNER:  Yes, Your Honor.

 4            THE COURT:  All right.  You are excused, sir.

 5       (Witness excused.)

 6            THE COURT:  And the Defendant's next witness?

 7            MS. MCGOVERN:  Your Honor, would you mind terribly

 8    giving us a brief recess for 10 minutes to assess the testimony

 9    that we may or may not need to bring?  If we could take a brief

10    break?

11            THE COURT:  All right.  Let's take a short five-minute

12    stretch break, all right?

13            MS. MCGOVERN:  Thank you, Your Honor.

14       (Jury not present, 10:50 a.m.)

15            MS. MCGOVERN:  Your Honor, I don't know if this is

16    important, but we did not ask the jury if they have questions

17    for Dr. Klin.

18            THE COURT:  Oh, yes.  Is Dr. Klin still with us?  He's

19    here?

20            MS. MCGOVERN:  He should be.

21            THE COURT:  All right.  So let's figure out who our

22    next witness is.

23            MS. MCGOVERN:  Thank you, Your Honor.

24            THE COURT:  And then let me bring -- actually, let me

25    ask the jury so I don't need to bring Dr. Klin back.
```

```
 1              But, Dr. Klin, if you wouldn't mind staying for the

 2      five minutes, and let's see if the jury has any questions for

 3      you.

 4              And thank you for bringing that to the Court's

 5      attention.

 6              All right.  We're on a five-minute recess.

 7         (Recess from 10:51 a.m. 10:59 a.m.)

 8              THE COURT:  Dr. Klin, well, perhaps if they do have

 9      questions it might make sense -- they may not have any

10      questions.  But let's see.

11         (Before the Jury, 10:59 a.m.)

12              THE COURT:  All right.  Welcome back, Ladies and

13      Gentlemen.

14              Please be seated.

15              I neglected to ask if any of you had any questions for

16      Dr. Klin.

17              Is there anyone that has a question for Dr. Klin?

18              If you do, just raise your hand, so I know that you

19      are writing your question down.

20              And since we do have a question, let me have the

21      attorneys sidebar, please.

22         (At sidebar on the record.)

23              THE COURT:  All right.  Thank you.

24              The first question reads as follows:  "Does a person

25      diagnosed with autism show emotion just as easily as a person
```

```
1    who is not?"

2              MS. MCGOVERN:  No objection.

3              MR. BRENNER:  No objection.

4              THE COURT:  Second question:  "How often is it seen

5    for an autistic person to become successful and independent out

6    of their household?"

7              MS. MCGOVERN:  No objection.

8              MR. BRENNER:  No objection.

9              THE COURT:  Okay.

10      (End of discussion at sidebar.)

11             THE COURT:  All right.  Thank you, Ladies and

12   Gentlemen.  The questions are permissible and I will ask the

13   questions.  There are two, and I will ask them one at a time.

14             Dr. Klin, does a person who is diagnosed with autism

15   show emotion just as easily as a person who is not?

16             THE WITNESS:  That is a wonderful question.

17             Individuals with autism have emotions and they express

18   them particularly when they are under stress or when they are

19   angry about something.

20             So as we usually say to parents, yes, children feel

21   emotion.  They can get hurt and they often do.  However,

22   individuals with autism have difficulty in expressing emotions

23   communicatively, meaning that they use their own faces and

24   non-verbal gestures to communicate intent to others.

25             So in the case of Dr. Wright, for example, one of the
```

57

1   questions that his wife raised is the fact that he likes to be

2   congratulated, but you would never know that he is actually

3   happy.  On Dr. Wright's side, saying that:  "I am happy, but

4   she's not seeing it." She's not seeing it because he's not

5   smiling his intention of communicating something to the other.

6   So that's typically what happens in autism.

7         Yes for emotional expressions.  And sometimes under

8   stress they can be extreme.  Dr. Wright's mother called this

9   adult tantrums.

10        THE COURT:  The second question reads as follows:

11  "How often is it seen for an autistic person to become

12  successful and independent outside of their household?"

13        THE WITNESS:  Another wonderful question.

14        Unfortunately, this is -- this does not happen very

15  often.  Forty-two percent of individuals with autism have

16  intact intellect or have gifted skills.  Of those 42 percent, a

17  very -- a small minority of those individuals can actually

18  succeed.  And those typically are the individuals who build on

19  their circumscribed interests, on their obsessions with

20  learning and knowledge, and make them into a vocation.

21        So there are professors who have autism at places like

22  MIT and Georgia Institute of Technology and Carnegie Mellon

23  because they were able to use something that they do so well

24  for the purpose of a vocation.

25        Having said that, the very same individuals may have

1    extreme disabilities in areas other than what they are focusing

2    on, for example, at their job.

3              THE COURT:  Thank you, Dr. Klin.  You are excused.

4              And the Defendant's next witness.

5              MR. RIVERO:  Your Honor, the Defense calls Dr. Craig

6    Steven Wright.

7              THE COURT:  All right.  Dr. Wright, if you'll step

8    forward once again.  Remain standing, raise your right hand to

9    be placed under oath.

10      CRAIG WRIGHT, DEFENDANT, SWORN

11             THE COURT:  You may be seated, sir.

12             Dr. Wright, let me advise you that if you have been

13   fully vaccinated, and you are comfortable, you are permitted to

14   take your mask off while you are responding to questions and

15   testifying.

16             THE WITNESS:  Thank you, Your Honor.

17             MR. RIVERO:  May it please the Court, counsel, Ladies

18   and Gentlemen of the Jury.

19             Pardon me, Judge.  I'm trying to keep track of my

20   time.

21                    DIRECT EXAMINATION

22   BY MR. RIVERO:

23   Q.  Good morning, Dr. Wright.

24   A.  Good morning.

25   Q.  Dr. Wright, did you form a business partnership agreement

```
 1   with David Kleiman to invent and mine Bitcoin?

 2   A.  No.

 3   Q.  Sir, please -- as I ask you questions, what I'm going to

 4   ask you to do is to listen to my question and answer my

 5   question.  Do you understand?

 6   A.  I do.

 7   Q.  Would it be helpful to have a pad of paper and a pen in

 8   order to -- during the examination?

 9   A.  Yes.  When I read and write, I find it easier than when I

10   listen.

11           MR. RIVERO:  Your Honor, I would ask permission to

12   hand Dr. Wright a blank pad of paper and a pen, if there's no

13   objection and if the Court would permit it.

14           THE COURT:  You may do so.

15           MR. RIVERO:  Let me just show the pad to counsel, so

16   that there's no issue that it's a blank pad of paper.

17       (Pause in proceedings.)

18   BY MR. RIVERO:

19   Q.  Dr. Wright, where were you born?

20   A.  I was born in Chermside, a suburb of Brisbane, which is in

21   Queensland, Australia.

22   Q.  What year?

23   A.  1970.

24   Q.  And sir, can you tell the jury something about your coming

25   up in life.  If you could, start with your family.
```

1    A.  My mother and father separated and divorced when I was five

2    years of age.  My mother and father had fights over me,

3    including my father taking me away.  The last time I was raised

4    by my father was when I was 10.

5        My mother had a number of other men in her life, including

6    other husbands.  Most of those were abusive.

7    Q.  Let me take that by parts, sir.  Was your father in your

8    life after age 10?

9             MR. FREEDMAN:  Objection.  Relevance.

10            THE COURT:  Sustained.

11            THE WITNESS:  I met him very --

12            THE COURT:  The objection is sustained, sir.

13   BY MR. RIVERO:

14   Q.  Sir, in -- what was the family unit that you did live with

15   in your growing-up years?

16   A.  My mother --

17            MR. FREEDMAN:  Objection.  Relevance.

18            THE COURT:  The objection is overruled.

19            THE WITNESS:  My mother, my sisters -- I had quite a

20   few sisters -- and the various stepfathers that I had on and

21   off.

22   BY MR. RIVERO:

23   Q.  Sir, did you -- besides the family that you have mentioned,

24   did you have a relationship with your grandparents?

25   A.  Very close, yes, on my mother's side.

```
1    Q.  And did they live nearby when you were growing up?

2    A.  At times.  At another time I used to ride there on my bike,

3    which was further.

4    Q.  I'm sorry.  I didn't hear.

5         MR. FREEDMAN:  I'm having trouble hearing the witness.

6    If we could move the microphone a bit closer, please.

7         THE WITNESS:  At times, sometimes when my mother was a

8    bit further I used to ride there on my bike.

9    BY MR. RIVERO:

10   Q.  And sir, just give us an idea of how much time you spent

11   with your grandparents.

12   A.  My mother would drop me off in the morning before she went

13   to her first job, and I would go there after school before my

14   mother had her second job at night.

15        I used to go there on the weekends as well.  I spent most

16   weekends with my grandparents when I was growing up.

17   Q.  What did you call them?

18   A.  Nana, which was my grandmother, and Pop, which was my

19   grandfather.

20   Q.  What was your relationship like with your Nana?

21        MR. FREEDMAN:  Objection.  Relevance.

22        THE COURT:  Sustained.

23        MR. RIVERO:  Your Honor, I think the background is

24   relevant to --

25        THE COURT:  Yes.  Some background.  But the objection
```

62

```
 1   is sustained.
 2   BY MR. RIVERO:
 3   Q.  All right, sir.  What was your relationship with your
 4   grandfather?
 5   A.  My grandfather and I were very close.  I spent a lot of
 6   time with him.  I -- well, basically, the hamshack that
 7   everyone talked about, and his electronics workshops, and his
 8   computer room.  I spent I think 90 percent of my time with him
 9   growing up in there.
10   Q.  Sir, explain what a hamshack is.
11   A.  It's like a radio station.  Like he had his own -- it's an
12   amateur radio station.  He would build radios and try and
13   communicate with people around the world.  So people in
14   Germany, America, other such places.  And he would also send
15   telegraph and other communications using electronic
16   methodologies.
17   Q.  And sir, did your grandfather teach you about technology as
18   a relatively young child?
19   A.  I don't know if you would say "teach."  He was like me.
20   I'm a terrible teacher that way.  But he would make me learn.
21   So he would basically sit me down and I would have to learn
22   things if I wanted to continue spending time with him.
23   Q.  Besides radio, did he have other background in technology?
24   A.  Yes.  He worked with some of the people and had
25   communications with the -- what do you call it -- University of
```

1    Melbourne, and a number of other universities to do with the

2    early Internet protocols.

3         He had dumb terminal connections to a number of VMS

4    machines in Australia in different companies.  He taught me how

5    to use VMS and also was involved with DECK for Deckers.  He was

6    involved with electronics.  He was an electronic engineer as

7    well.  So he taught me about building systems.  We used to

8    build a lot of different things, like electronic computers.  I

9    built my own computer when I was a kid.  So we used to build

10   all the time.

11   Q.   What -- at what age did you build an electronic computer?

12   A.   Eleven.

13   Q.   And what year was that?

14   A.   That was in end of '81, beginning of '82.

15   Q.   Was that on your own or with your Pop?

16        MR. FREEDMAN:  Objection.  Relevance.

17        THE COURT:  Sustained.

18   BY MR. RIVERO:

19   Q.   Sir, did your grandfather have in his hamshack or in his

20   house -- did he have any Japanese memorabilia?

21   A.   Yes.  He had quite a lot.  My grandfather had been on the

22   Philippines during the US occupation.  He helped build radio

23   stations for the sort of anti-occupation forces in the

24   Philippines.  And he paved the way for MacArthur to come back.

25        So he had a lot of Japanese memorabilia.  He had uniforms.

1  He had basically a crate of both Malaysian, Singaporean, and

2  Australian occupation money.  He had swords, the ones that he

3  got at the end of the war.  He had different records from the

4  Japanese.  He had a lot of older samurai memorabilia that he

5  had when MacArthur came back in that was left.  He had Japanese

6  weapons.  He had Japanese tea sets.  I used to always like

7  that.  I had one of those from him when he died.  And also, a

8  lot of other bamboo-type items that were decorative.

9  Q.  Sir, do you today, as a result, collect Japanese

10  memorabilia?

11          MR. FREEDMAN:  Objection.  Relevance.

12          THE COURT:  Sustained.

13  BY MR. RIVERO:

14  Q.  Sir, can you please describe your education, but only up to

15  Halloween 2008 -- and sir, let's take it by parts.  Can you

16  tell us where you studied through high school.

17  A.  I went to Everton Park, first of all, for year eight to

18  year 10, but I had a number of problems there.  I had --

19  people -- well, I ended up moving.  My mother moved me because

20  I topped the state in Australian math and physics tests, but I

21  had other problems and the school had difficulty with me.

22      They had diagnosed me as social maladjustment disorder at

23  the time.  And my mother moved me to Padua College in year 11.

24  In Padua College, when I started having problems -- they saw

25  how I was doing in math and couldn't understand, so the school

```
 1    psychologist had me tested and told me I had Asperger's.

 2              MR. FREEDMAN:  Your Honor, objection.  Narrative and

 3    relevance.

 4              THE COURT:  Sustained.

 5    BY MR. RIVERO:

 6    Q.  Sir, did you -- you say you were attending a college at age

 7    17.  Did I understand that correctly?

 8    A.  I also -- yes.  I ended up going to the Brisbane College of

 9    Advanced Education and got my first degree, which was a

10    bachelor of applied science in discrete mathematics in 1987.

11    Q.  And in 1987, you were 17 years old?

12    A.  Yes.

13    Q.  All right, sir.  So --

14    A.  I turned 17.  I was 16 for most of it.

15    Q.  Sir, can you tell us if you had friends up to this point in

16    your life.

17    A.  I used to study with Steven Wong, who was the Chinese

18    exchange student.  We had rivalry and competition over who did

19    best in math.

20    Q.  Anyone else?

21    A.  I got on very well with Father Edwin Nally.  Father Nally

22    was a priest who was also a psychologist.  And I used to visit

23    him every week up until my thirties because he passed away.

24    Q.  This was a catholic priest at a school you attended?

25              MR. FREEDMAN:  Objection.  Relevance.
```

```
1              THE COURT:  Sustained.

2    BY MR. RIVERO:

3    Q.  Sir, once you completed your first -- your first

4    undergraduate degree in 2007, did you continue to study at

5    universities?  And I only want to go up until Halloween of

6    2008.

7    A.  Yes.

8    Q.  Can you describe that -- if you can, describe it by parts.

9    Take us one degree and I'll go to the next one.  I don't want

10   to cause a narrative answer, sir.

11   A.  In 199 -- sorry -- '88, I studied at the University of

12   Queensland.  I was doing a joint degree in electrical

13   engineering and bachelor of science in computer science.  So

14   two degrees.

15   Q.  Where did you study that?

16   A.  Queensland, in University of Queensland.

17   Q.  And did you obtain that degree -- those were two subjects.

18   Did you obtain one or two degrees in 1988?

19   A.  No.  My third year, I was diagnosed with cancer and I had

20   to drop out.

21   Q.  So you did not obtain those degrees?

22   A.  The science and the other, I went back through open

23   university by distance.  And while I was being treated, I did

24   that degree.  But I didn't finish the fourth year of

25   engineering.
```

```
 1    Q.  Sir, once you recovered from your illness and returned to

 2    your studies, did you start working at this point in time?

 3    A.  I'd been working through university as well.  And I had

 4    actually joined the Royal Australian Air Force during part of

 5    it.  So I was working on my holidays.

 6    Q.  So tell me, when did you join the Royal Australian Air

 7    Force?

 8               MR. FREEDMAN:  Objection.  Relevance.

 9               THE COURT:  Sustained.

10    BY MR. RIVERO:

11    Q.  Why did you join the Royal Australian --

12               MR. FREEDMAN:  Objection.  Relevance.

13               THE COURT:  Sustained.

14    BY MR. RIVERO:

15    Q.  Sir, after recovering from illness, did you at any point

16    study theology?

17    A.  I did.

18               MR. FREEDMAN:  Objection.  Relevance.

19               THE COURT:  Sustained.

20               MR. RIVERO:  Your Honor, Dr. Wright's studies --

21               THE COURT:  The objection is sustained, Mr. Rivero.

22    You may ask your next question.

23               MR. RIVERO:  Your Honor -- sorry.

24    BY MR. RIVERO:

25    Q.  Dr. Wright, were you ordained as a minister in a
```

```
 1    Protestant --
 2              MR. FREEDMAN:  Objection.  Relevance.
 3              THE COURT:  Sustained.
 4    BY MR. RIVERO:
 5    Q.  Sir, what was the next degree that you obtained?
 6              MR. FREEDMAN:  Objection.  Relevance.
 7              THE COURT:  Overruled.  I'll allow it.
 8              THE WITNESS:  I did my bachelor of divinity and then
 9    continued through to get a doctorate in theology.
10              Simultaneously, during that process, I also kept
11    studying a number of other areas in mathematics and computer
12    science.  Those continued with a master's degree in network
13    systems administration.
14    BY MR. RIVERO:
15    Q.  Where did you obtain your master's degree in network
16    administration?
17    A.  Charles Sturt University.
18    Q.  I'm sorry.  Charles Stewart University?
19    A.  Sturt.
20    Q.  And where is that located?
21    A.  That's in Wagga Wagga in Australia.
22    Q.  In what year?
23    A.  That was in 2003, I think.
24    Q.  All right, sir.  And during this time, up to 2003, did you
25    have jobs?
```

```
 1    A.  Yes, I did.

 2    Q.  What jobs did you have?

 3            MR. FREEDMAN:  Objection.  Relevance.

 4            THE COURT:  Sustained.

 5    BY MR. RIVERO:

 6    Q.  Sir, did you work in computer coding at any time during

 7    this period of time?

 8    A.  Yes.  Right back till 1985.  I was a game programmer when I

 9    was young.  So I worked by contract for a game company called

10    Thermonuclear WarGames, which was later bought by Electronic

11    Arts.  It had a number of early like movie-based games.

12    "Kangaroo Jack" -- what do you call it?  A number of other

13    things like that.

14    Q.  Sir, what is the first time that you started coding

15    computers?  What age?

16    A.  Late in -- when I was eight years of age in 1989.

17    Q.  What language?

18    A.  I started back then in a combination of assembly language.

19    In Fortran, Forth, C, COBOL, and also a couple other, like

20    Pascal, but I didn't like Pascal.

21    Q.  Sir, just to make sure that I understand, you say you're

22    coding at age eight in a combination of languages.  Is that

23    what you have just described?

24    A.  Yes.  My first video game that I sold was in 1982.

25    Q.  So, when you say:  "C," can you explain to the jury what
```

1  you mean that you were coding in the C language at age eight.

2  A.  I started learning how to do it.  I started a computer

3  club.  We built our own computers.  We basically took some of

4  the BBC Micro designs and built them.  It was a ZED80-type

5  system.

6      I started following coding magazines, electronic

7  engineering magazines.  I started building little things like

8  door openers, things to turn kettles on and off, just equipment

9  for around the house.  I just thought of random things and

10 built them and coded it.

11 Q.  Sir, let me just -- sir, I'm going to ask you:  What is

12 C -- what is C language in coding?  Can you explain what that

13 means.

14 A.  So C is a sort of open platform language.  It's based on

15 some of the early Unix forms.  It derives from something that

16 was originally called B that was done by AT&T and others, I

17 believe.  And what it is, is it's a low-level language that is

18 very close to the machine without being machine language.

19      Machine language, ASM, et cetera, is direct code that gets

20 turned into the ones and zeros when it's assembled.  So C is

21 then a language that is linked and controlled using object --

22 sort of compilers, et cetera, that goes down into assembly

23 language and then gets assembled into machine language.

24 Q.  Are there then derivatives from the original C language?

25 A.  Yes.  Later on, I learned C++.  C++ is effectively C with a

1    whole lot of libraries built in.  I started on Borland C.

2    Borland C was one of the early ones back in the 1980s.

3        So as I said, the early days with CP/M, which was an early

4    operating system, I used to write a variety of different

5    programs to try and supplement my income and buy textbooks that

6    was buying.  That would include some of the game programs, but

7    also I did accounting software as well.

8    Q.  Sir, when did you start -- first start using coding

9    languages in a job?

10   A.  Technically, when I was doing my own stuff -- I don't know

11   if I would say it's a job, but I was writing and submitting

12   programs and they would be sold.  I had a number of early ones

13   for both the Commodore and Omega, but also a number of CP/M

14   programs that were sold.

15       I also --

16   Q.  Dr. Wright, I'm going to ask you to slow down because I am

17   having difficulty hearing you, understanding you, and the

18   accent isn't normal to me.  So if you would just slow down,

19   but -- yeah.  Thank you.

20   A.  So probably the first real job type that I did was in 1985.

21   I did some work with the Royal Australian Air Force because I

22   had family there and I helped redesign a parts database for the

23   F-111s.

24   Q.  Sir, who was the family member who was in the Royal

25   Australian Air Force?

```
 1                MR. FREEDMAN:  Objection.  Leading.

 2                THE COURT:  Overruled.  I'll allow it.

 3                THE WITNESS:  Uncle Don.

 4    BY MR. RIVERO:

 5    Q.  Okay.  And were you associated with a business or a job at

 6    this point in time in 1995 when you were doing computer-related

 7    work for the Australian Air Force?

 8                MR. FREEDMAN:  Objection.  Relevance.

 9                THE COURT:  Sustained.

10    BY MR. RIVERO:

11    Q.  What jobs did you have that related to coding, sir?

12    A.  I worked with Kmart.  Kmart in Australia where -- a store I

13    did the computer stuff and I helped out with businesses that

14    were buying computers at the time.  I was 15 at that stage.  I

15    also did contract coding and also the stuff that I did

16    occasionally for the Air Force.

17         Later on, I ended up submitting programs to contract for

18    Thermonuclear WarGames for a time.  I also then later started

19    doing early Pegasus work.  There was a BBS and early Internet

20    ISP in Australia that we helped --

21                MR. FREEDMAN:  Objection.  Narrative.

22                THE COURT:  Sustained.

23    BY MR. RIVERO:

24    Q.  Dr. Wright, tell me after 1995 what was the next job or

25    setting where you did coding.
```

1    A.   I worked in Aussie Maille in Australia at that point.

2    Q.   What did you do related to coding -- what did you do at

3    Aussie Maille?

4    A.   I was the corporate services manager and I had a team of

5    people.  We built all of the systems, including databases, for

6    large clients, including -- like New South Wales school

7    systems.  So we developed software in the early days of the web

8    before anyone else was online.

9    Q.   Sir, how long did you continue doing that function at

10   Aussie Maille?  From when to when?

11   A.   I started there about '94 and finished up in '96, when I

12   went to the Australian Stock Exchange.

13   Q.   At the Australian Stock Exchange, did you do any coding

14   work?

15   A.   Yes.  I was involved in building the Nipper Network.  The

16   Nipper Network was the broken network that had all the trading

17   networks between the global connections and the Australian

18   brokers.  We also connected the various state exchanges and we

19   built the system.  There was no exchange software at this time.

20   We took it from when -- the old broad-based trading and we

21   built some of the first exchange software.

22   Q.   Sir, you had mentioned a degree -- how long were you at the

23   exchange -- the stock exchange?  From when to when?

24   A.   In the -- 18 months later, I decided to start my own

25   company based on my software.  I kept contracting to the stock

1    exchange and I kept doing work with them.  So I was still

2    there, but for about 15 hours a week.

3    Q.  Sir, up until -- when is it that you leave the stock

4    exchange to start your own business?  What year?

5    A.  '97.

6    Q.  Okay.  What, then, is your business -- is your business

7    related to computer technology and coding?

8    A.  It is.

9    Q.  What is that business called starting 1997?

10   A.  DeMorgan.  And there were a variety different ones.

11   DeMorgan Information Security Systems, DeMorgan PTY Limited.

12   Q.  Okay.  What was the business of -- how long did you operate

13   DeMorgan?

14   A.  Technically, I had a fight with different staff members in

15   2004.  But eventually I took back the company.  And I still --

16   I mean, there's DeMorgan Singapore still.

17   Q.  All right.  So let's talk about the period then -- I

18   believe you're saying this is from approximately '98 to 2004.

19   What is the business of DeMorgan related to technology in that

20   time period?

21   A.  We built the platform and helped launch Lasseters online

22   casino, which was the first legally licensed casino operation.

23   We built the audit software that allowed the Northern Territory

24   Government to monitor every trade.  We built the statistical

25   software that allowed all of the monitoring of individuals to

```
1    ensure that problem gambling could be detected.

2         We built the software for some of the News Limited sites

3    getting online.  We helped control the security systems for the

4    Australian Stock Exchange.  I can --

5    Q.  Dr. Wright, please -- so just give me a chance to ask you a

6    question.

7    A.  Sorry.

8    Q.  So I'll return to Lasseters.  But during this period of

9    time, do you -- up to 2003 -- you had described a degree in

10   2003.  Do you obtain other degrees relating to technology,

11   finance, or the like?

12   A.  Yes.  Before that, I had a master's degree in -- what do

13   you call it -- network and database design, which was from The

14   Open University system.

15   Q.  What year?

16   A.  That would be about 2001, from memory.

17   Q.  What was the next degree you obtained?

18   A.  Can't remember which particular one.  I got -- from Charles

19   Sturt University, I got a master's in information security and

20   a master's in management.  I'm not sure which one was first.

21   About 2004 and '05.

22   Q.  Okay.  You anticipated my question, sir.

23        Now, you said there was some issue, if I understood you

24   correctly, with the employees of DeMorgan.  Did that company --

25   did you continue to work at that company or did you go to other
```

```
 1   employment as of 2004?

 2   A.  2004, I was working with my other company called Ridges

 3   Estate.  Ridges Estate did basically tokenized research.  And i

 4   also worked with the Australian Federal Police, New South Wales

 5   Police, South Australian Police, and a number of American

 6   agencies.

 7        We developed software and tracking systems.  And some of

 8   the Australian side of the Grokster takedown, the LimeWire

 9   peer-to-peer takedown, and other things.  We helped develop

10   software for anti-Napster and helped in the Napster case.

11   Q.  By the way, sir, in this now long period of time from when

12   a teenager -- a boy and a teenager, now to when you move over

13   to Ridges Estate in about 2004 or 2005, do you have social

14   friends?

15             MR. FREEDMAN:  Objection.  Relevance.

16             THE COURT:  Sustained.

17   BY MR. RIVERO:

18   Q.  Do you get married in this time period, sir?

19   A.  I got married in 1996.

20             MR. RIVERO:  Your Honor, may I have one moment?

21             THE COURT:  Certainly.

22             MR. RIVERO:  Thank you.

23        (Pause in proceedings.)

24   BY MR. RIVERO:

25   Q.  Now, sir, with -- how long were you at Ridges Estates?
```

```
 1    A.  I closed Ridges Estate in 2007/'08.  The roll-up then
 2    followed up from there.
 3    Q.  Why?
 4    A.  I had moved over to working in BDO, BDO Kendalls in
 5    Australia, which was an accounting and audit firm.  I ended up
 6    becoming an audit director and I continued working in that
 7    organization.
 8    Q.  Is this into the -- in Australia, related to the American
 9    accounting firm BOD Seidman?
10            MR. FREEDMAN:  Objection.  Relevance.
11            THE COURT:  Sustained.
12    BY MR. RIVERO:
13    Q.  Sir, why did you go to an accounting firm?
14            MR. FREEDMAN:  Objection.  Relevance.
15            THE COURT:  Sustained.
16            MR. RIVERO:  Your Honor, may I have a sidebar?
17            THE COURT:  As to why?
18            MR. RIVERO:  Yes, Your Honor.
19            THE COURT:  Come on forward.
20        (At sidebar on the record.)
21            MR. RIVERO:  Judge, this is a central issue in the
22    case.  And I'm not sure if I can be heard.  A central issue in
23    the case is the claim by the Plaintiffs that Dr. Wright's claim
24    to be the sole inventor of Bitcoin is of recent fabrication.
25    And I'm attempting to establish those credentials.  And I
```

```
 1    haven't been able to establish a number of them that would
 2    establish that he has the ability solely to do this.  And we
 3    don't --
 4            THE COURT:  I'm sorry.  The question was:  "Why did he
 5    move to a particular" -- that's where we are now.  I just
 6    sustained the objection.  So why would I allow that?
 7            MR. RIVERO:  Judge, the answer is -- and I can ask it
 8    in a different way -- the answer is that he went to the
 9    accounting firm because of the experience at this Lasseters
10    outfit.  And it's actually directly part of the flow of
11    establishing how he gets the idea to develop Bitcoin.
12            THE COURT:  Okay.
13            MR. RIVERO:  Now, I can ask a different question --
14            THE COURT:  Is there anything on behalf of the
15    Plaintiffs?
16            MR. FREEDMAN:  Only thing I would say, Your Honor, is
17    it's not Plaintiffs' contention that Dr. Wright couldn't have
18    made Bitcoin on his own.  It's that he didn't make Bitcoin on
19    his own.  Nobody's disputing that he is a talented computer
20    expert.  I mean, this is just a --
21            THE COURT:  Okay.  We don't need sidebars when I
22    sustain an objection with regard to why somebody goes to a
23    certain place.
24            The objection is again sustained.
25         (End of discussion at sidebar.)
```

```
 1    BY MR. RIVERO:

 2    Q.  Sir, did your move to the accounting firm have to do with

 3    the work you were doing for Lasseters?

 4              MR. FREEDMAN:  Objection.  Leading.

 5              THE COURT:  Sustained.

 6    BY MR. RIVERO:

 7    Q.  What was the purpose of your move to BDO?

 8    A.  I had studied accounting, but I found I didn't have enough

 9    knowledge.  It's very different to study in a university and to

10    actually do.  So I went and worked for an accounting firm, so

11    that I could learn what it's really like to have accounting.  I

12    mean, I've run businesses --

13              MR. FREEDMAN:  Objection.  Narrative and relevance.

14              THE COURT:  Sustained.

15    BY MR. RIVERO:

16    Q.  Did you continue to work for Lasseters?

17    A.  I did work on and off as a consultant right up until the

18    American anti-gaming act happened in 2005.  That stopped

19    Lasseters --

20              MR. FREEDMAN:  Objection.  Narrative and relevance.

21              THE COURT:  Overruled.  I'll allow it.

22              THE WITNESS:  That stopped has Lasseters from being

23    able to have the SWIFT connections in banking that they needed.

24    Most of the gambling clients were either in Hong Kong or

25    Malaysia.  But the block in money transfer from those Asian
```

1  countries by the American government trying to stop gambling

2  into America also, effectively, killed off Lasseters.

3  BY MR. RIVERO:

4  Q.  Sir, did you start to develop a gaming token for Lasseters?

5  A.  I did, yes.

6  Q.  What is a gaming token?

7  A.  So a token is effectively like an electronic poker chip.  I

8  wanted to be able to tokenize both different types of money,

9  like a ringgit, Singaporean dollar, Hong Kong dollar, and even

10  yen and yuan, and then also Australian dollar.  And then we

11  could have different effectively poker chips that we -- could

12  be traded.  And not only that, would allow us in different

13  areas, like the 7-Elevens in those countries, to spend and take

14  their money out without all of the problems that we were having

15  from the international banking system and SWIFT.

16  Q.  So had there been -- this is for an online casino that

17  we're referring to, right?

18  A.  Yes.

19         MR. FREEDMAN:  Objection.  Leading.

20         THE WITNESS:  I'd also worked with other casinos --

21         THE COURT:  Overruled.  I'll allow it.

22  BY MR. RIVERO:

23  Q.  I'm sorry.  Dr. Wright, I didn't hear your answer.

24  A.  I'd also done some work with other casinos.  I'd done work

25  with MGM Grand in America.  And I was also dealing in the past

1   with Playboy Gaming.

2   Q.  So my question is about the Lasseters operation.  That was

3   an online casino; is that right?

4   A.  Yes.  That's correct.

5   Q.  So let's say that one was a gambler and went into this

6   online casino.  Would you buy a token?

7          MR. FREEDMAN:  Objection.  Relevance.

8          THE COURT:  Overruled.  I'll allow it.

9          THE WITNESS:  What I was hoping was it wasn't just at

10  the casino, but you could use it and even transfer within

11  country.  That would allow more than that because then people

12  in somewhere like Hong Kong as a maid would be able to take

13  that money back and transfer it in their own country.

14  BY MR. RIVERO:

15  Q.  When did you first start thinking about this idea about

16  using tokens in the fashion -- for the online gaming operation

17  in the fashion that you're describing?

18  A.  I started the first thing after talking with Tim May in

19  1998.  Tim May had been talking about a concept called Blacknet

20  and crypto credits.  The other founders of early token money

21  that I had worked with included some of the eCash people.  And

22  what I wanted to do was find a system that didn't have the

23  failings of the previous ones.

24  Q.  So what were you doing now in this time period as you moved

25  to BDO to advance the idea that you have, if anything?

1    A.  I agreed to contract with BDO that allowed me to keep my

2    intellectual property that I built outside of work hours.  At

3    BDO, I developed audit software, computer-aided audit

4    techniques.  I developed statistical software to detect fraud,

5    and that was used in a number of listed companies.  That

6    allowed for the detection of fraud in Wattyl, which was a large

7    paint company, saving the company probably three percent of

8    their annual turnover.

9        So on top of that, I had a number of meetings with people

10   in BDO about the different systems I was developing.

11   Q.  Okay.  My question was:  What, if anything, were you doing

12   for Lasseters now in this time period that you transitioned to

13   the BDO firm?  What kind of work are you doing on this token

14   system?

15   A.  Oh, sorry.  When Lasseters had the problem in 2005 because

16   of the US gaming act, I started trying to extend my token

17   system from '5 to '7.  I worked between those couple years

18   trying to get a system that would enable them to keep gaming.

19   In 2007, however, they started closing down the operations, so

20   I stopped doing any work at that point.

21   Q.  And sir, let me -- I think I mentioned it briefly, but you

22   had married in here.  Can you tell us what year you got

23   married.

24   A.  1996.

25   Q.  And who was -- what was the name of your first wife?

1    A.  Lynn Wright.  Carol Lynn Wright.

2    Q.  How long were you married to Ms. Wright?

3    A.  Our problems started happening in 2009 when I left BDO.

4    And my marriage fell apart in 2010.  We then got separated in

5    2010 and subsequently divorced.

6    Q.  When in 2010?

7    A.  We separated first in the -- living in the same house in

8    August 2010.  And formally moved out a few months later.

9    Q.  All right.  We'll come back to Lynn.

10        But let me just ask now in this time frame when you've --

11   when you have now learned that the online gaming system won't

12   work, and you're thinking about tokens, do you come up with a

13   new idea?

14   A.  Yes.  The work that I have been doing in the meantime,

15   where I had actually worked against botnets, LimeWire, and

16   Grokster, taught me a lot about peer-to-peer networks.  I

17   didn't work building them.  I worked tracking them and taking

18   them down from the government.  And I learned working with the

19   federal police and teaching them just how resilient these

20   things could be.

21        So what I then integrated, rather than a single system like

22   eCash had, was a distributed system so that multiple nodes

23   would be validating.  I thought that would be much more

24   sustainable, and then if any one company goes broke, the others

25   would just take over the thing.

```
 1        So I started a game-theoretic system so that if one
 2   particular node goes down it makes it more profitable for
 3   others.  Which, more profit attracts people and it self-heals.
 4   Q.  When is it that you're forming up this idea?
 5   A.  I started formulating that in about 2006, but it didn't
 6   really coalesce until 2007.
 7   Q.  And is there a point where you start to actively work on
 8   whatever this sort of nascent idea or sort of new idea is?
 9   A.  Yes.  I actually approached the -- my managing partner and
10   partner in BDO.  I had a number of meetings.  I set a formal
11   task.  I agreed to work extra time on my own to do it and put
12   my own money into the system to start building.  I had a number
13   of meetings with BDO, including Neville Sinclair, the corporate
14   services division, the audit division.  And it went to a
15   partnership discussion at one stage, and I actually ran a
16   formal project that I tried to present to BDO a number of
17   occasions.
18   Q.  Sir, who was the boss that you say you spoke to at BDO?
19   A.  Allan Granger.  Sorry.
20   Q.  And sir, was there a point where you actually wrote a memo
21   to Allan Granger?
22   A.  Yes.  There was.
23        MR. RIVERO:  Mr. Reed, if you could show counsel and
24   the Court only Defendant's 164 -- and of course the witness.
25
```

85

BY MR. RIVERO:

Q.  Sir, can you tell us what -- just as to the nature of the documents, are these -- is this a form from the BDO -- used at the BDO Seidman company?

A.  Yes, it is.  It's a minute -- meeting minutes note from BDO when I was employed there.

Q.  Whose handwriting is on this document?

A.  It's mine.

Q.  And the date, sir?

A.  August '07.

MR. RIVERO:  Your Honor, I'd move the admission of Defendant's 164.

THE COURT:  Is there any objection?

MR. FREEDMAN:  No objection, Your Honor.

THE COURT:  Admitted into evidence.

(Defendant's Exhibit 164 received into evidence.)

MR. RIVERO:  If we could show the jury Defendant's Exhibit 164.

BY MR. RIVERO:

Q.  Now, sir, please explain -- first of all, let's just look at the form itself.  This has, at the very bottom --

MR. RIVERO:  Mr. Reed, if you could pull out just the Quill logo, so that we could see it.

BY MR. RIVERO:

Q.  What is that?

1   A.  That's the logo from a company called Quill.  They're a --

2   they're large in UK and Australia.  That logo is not the

3   current one.  They changed it in '08.

4   Q.  So sir, is this a document that was used internally at BDO

5   or was it a form document?

6   A.  It's the internal meeting notes.

7   Q.  Okay.  But my question is not that.  My question is -- I

8   understand that's internal meeting notes.  But was the form

9   itself -- not the writing -- was it something that the business

10  was providing or something you brought from outside?

11  A.  It's stationery from the company.

12  Q.  Okay.  And so this stationery from the company would have:

13  "Minutes."  And then states:  "Meeting venue, attendees" --

14  apologies -- it just has a sort of fill-in-the-blank kind of

15  thing; is that right?

16  A.  Yes.

17  Q.  All right, sir.  And this -- where did this occur?  Where

18  did this meeting occur?

19  A.  This occurred in Allan Granger's office.  He had a meeting

20  room like with a side thing as a partner.  I had a meeting

21  between him and myself.  I'm not sure if this particular

22  meeting I had some of my staff actually there or not.  It

23  doesn't seem to be.  They are not noted.

24  Q.  And did you make notes of this meeting?

25  A.  I put down a project timeline that was agreed.  Allan let

1    me go off and do my project partly in work time, partly on my

2    own.  And gave me deadlines, and I agreed to those deadlines.

3    Q.  What were you proposing to Allan Granger -- by the way, let

4    me make sure I understand.  Are these notes the agenda that you

5    want to talk with Allan Granger about or are they the result of

6    your discussion with Allan Granger?

7    A.  They're the result.  This is what we agreed to.

8    Q.  What were you describing here to Allan Granger?

9    A.  So basically, on line 1, I had a deadline to finish the

10   code by August '08.  I'd already started coding and already had

11   some of the code from Lasseters.

12   Q.  Yeah.  Dr. Wright, are you proposing something to do with

13   what becomes later Bitcoin?

14   A.  I am.

15   Q.  All right.  When you say in line 1:  "Finish code," and you

16   put a date, what do you mean by that note?

17   A.  I mean I agreed to finish the main code of Bitcoin by

18   August 2008.

19          MR. RIVERO:  Okay.  If we could again -- see the

20   document again.

21          Thank you, Mr. Reed.

22   BY MR. RIVERO:

23   Q.  What is the second entry:  "Finish POC"?  What does that

24   mean?

25   A.  Effectively, what I'm doing is the proof client, so the

1    working system.  So that that will enable -- that's not POC.

2    That's "doc."  Sorry.  That's:  "Finish doc."  It's my

3    handwriting.  When you said:  "POC," I was thinking of the

4    other -- no.  This is:  "Finish doc," which would be the

5    whitepaper, by October 2008.

6    Q.  Got it, Dr. Wright.  Okay.  So that's not P-O-C. It's

7    D-O-C?

8    A.  Yeah.  Sorry.

9    Q.  What about entry 3?

10   A.  Entry 3 is:  "Run up of the test system," which were nodes

11   in the computer room for the company in Sydney.  At that point,

12   there had been test systems using equipment in BDO.

13   Q.  Let me ask you a question.  The entries up to now had a "C"

14   in this third column.  This one has "AG."  What does that refer

15   to?

16   A.  Allan Granger.  Allan was one of the partners.  He was the

17   partner in charge of the computer operations at BDO

18   Australia-wide.  And without his sign-off no access to the

19   network would be possible.

20   Q.  And -- got it.  Let's look at entry 4.

21        MR. RIVERO:  Mr. Reed, we may have to show just below

22   it.  I think this goes outside of the box.

23        Yeah.

24   BY MR. RIVERO:

25   Q.  What is this in reference to?

1   A.  "Set timechain in action."  The original name I gave to

2   Bitcoin was timechain.

3   Q.  All right.  Let's look at entry 5.  What does this mean:

4   "Have P2P"?

5   A.  It goes over to the next line too.  It should be:  "Have

6   P2P eCash."

7   Q.  What does that mean?

8   A.  The concept here -- as I said, eCash was a very centralized

9   controlled system that allowed it now to be fragile.  So using

10  peer-to-peer -- I know that looks like "D," but they're

11  actually my "Ps" -- eCash would be a distributed system where,

12  after an initial issue, the distribution of all the tokens

13  would be done by a contract.  So this is what that's referring

14  to.

15  Q.  Okay.  And then let's look at the next entry.

16      What does this mean?

17  A.  "As paper."  So that would follow -- so it's documenting.

18  Q.  Okay.  And then, sir, there's a reference on line 7 with

19  your initial to:  "Write paper."  What is that a reference to?

20  A.  That says that the final paper would be then documented

21  after the code in the July, August time frame.

22  Q.  Okay.  And then if we can just look at the next line.

23      What does this mean?

24  A.  That should continue with the next one as well.  But the

25  graph model I wanted to propose to the University of Newcastle,

1    where I was doing a master's degree in statistics -- I wanted

2    to do the modeling of the network for Bitcoin as a thesis.

3    Unfortunately, it got rejected.  But the idea here -- my team

4    was there and I worked with Ignatius Payne, who was one of my

5    staff members, who was a network -- sort of like -- not

6    networks as in networks, but network mathematics.  And he

7    helped me with coding some of the mathematics behind this.

8    Q.  And sir, let me ask --

9         MR. RIVERO:  Mr. Reed, if we can just see the whole

10   document.

11   BY MR. RIVERO:

12   Q.  Let me just go back to that first line.  Had you or had you

13   not started coding at the time of this meeting?

14   A.  I already had, yes.

15   Q.  When did you start coding the Bitcoin blockchain?

16   A.  In the beginning of '07, although I had already had some of

17   the code from earlier with Lasseters software.

18   Q.  And what language did you code in?

19   A.  It's C++, but the script language that's built in is

20   actually based on Forth.

21   Q.  And sir, I'll come back to put us in August of 2007.  But

22   when approximately did you finish the coding, whatever that

23   means in this context?

24   A.  I finished the coding a bit earlier than this.  It says

25   August, but it would have been by about March or April.  What I

1    hadn't chosen was the graph model parameters.  So I didn't know

2    how many tokens that -- the final 21 million that I decided, I

3    didn't know that I would have 10 minutes as a block time.  I

4    didn't know how the difficulty would change.  So basically, I'd

5    done a random program allowing me to plug values in, so I could

6    then play with the software and see how it would work.

7    Q.  And that was -- that without the variables that -- those

8    other factors that you just talked about, that was

9    approximately done by March or April of 2008.  Is that what

10   you're saying?

11   A.  Yes.

12   Q.  Sir, what -- BDO did not accept ultimately this proposal

13   for their participation; isn't that right?

14   A.  No.  And I got enough people with their backs up that when

15   the financial crisis happened they were very happy to give me a

16   redundancy package.  And some of the -- Allan was very unhappy,

17   but some of the other staff were very happy to see me go.

18   Q.  When was that, when you were out at BDO?

19   A.  I took the redundancy in December of 2008.

20   Q.  And just -- the financial crisis you're talking about, is

21   that the financial crisis that some may recall from the early

22   Fall of 2008?  Is that what you're referring to?

23   A.  Yes.

24   Q.  Now, sir, had you -- prior to this time, had you formed any

25   relationship -- did you have any friends in the time up to this

```
 1    August of 2007?

 2              MR. FREEDMAN:  Objection.  Relevance.

 3              THE COURT:  Sustained.

 4    BY MR. RIVERO:

 5    Q.  Had you formed a relationship with David Kleiman?

 6    A.  I used to talk to him on the phone occasionally and we

 7    emailed online.

 8    Q.  And did you invite David Kleiman at any time in 2007 to

 9    assist with the coding of Bitcoin?

10    A.  No.  He couldn't code.

11    Q.  How many lines of code did you write for the Bitcoin

12    blockchain?

13    A.  All up -- that's a difficult question because there are

14    probably about 32,000, but I pruned a lot.  I had had the poker

15    software still in the original version.  So there's stubs from

16    that.  And I also had a digital marketplace where I was trying

17    to experiment on that.  So both of those were removed from when

18    I put it live.

19    Q.  So my question is:  How many lines of code were in the

20    released blockchain?

21    A.  Between 15 and 16,000.

22    Q.  Did anyone help you prior to March, April 2008 in writing

23    code?

24    A.  Not before that date, no.

25    Q.  Was David Kleiman ever involved in anything to do with the
```

1  coding, or debugging, or anything like that of Bitcoin up to

2  the time of its release in approximately January 3, 2009?

3  A.  No.  Sorry.  2009?

4  Q.  Did I say 2009?  Yes.  2009.  Yes, sir.

5  A.  I'd asked him to look at the paper.  I don't remember

6  exactly when.  That was after I asked Don, my uncle, to look at

7  it.

8  Q.  Right.  Sir, I'd ask you to listen to my question.  I asked

9  about coding.

10 A.  Coding, no.  Sorry.

11 Q.  Now, sir, after you finished the coding of the whitepaper

12 in approximately March, April of 2008, was there a point at

13 which you started working on a paper related to what you were

14 working on?

15 A.  There were -- fragments of the paper go back to my 2002

16 AusIndustry filings for research and development.  The first

17 filings I had for a project I called -- which was BlackNet,

18 which -- because Tim May called it that -- go back to that

19 date.  So the origins of tokens and crypto credits, and some of

20 the bits that I self-plagiarized go back that far.  The later

21 paper developed and got larger and larger and then got smaller.

22     So yes and no.  There are bits of it.

23 Q.  Okay.  So my question is:  Did you start preparing a paper

24 as to the work you had done after March or April of 2008?

25 A.  So I took that other, basically, group of documentation and

1  then produced a large handwritten paper, first of all.  And

2  then continued and then after advice from Don --

3  Q.  Sir, please just --

4  A.  Yes.

5  Q.  -- answer my question and then I think this will go more

6  smoothly.

7      Sir, let me just go back on one subject.  Other than David

8  Kleiman, did anybody help you to code the Bitcoin blockchain

9  before its release on approximately January 3, 2009?

10 A.  Yes.

11 Q.  Who?

12 A.  There are a number of people from the various mailing

13 lists.  The main person was Hal Finney.

14 Q.  And sir, I'm referring to the time period before release.

15 A.  Yes.  I'd sent not the whole code, but fragments of code to

16 Hal.  And Wei Dai, way before this, like in the middle of the

17 year, had sent me code for like some of the cryptographic

18 algorithm, SHA and ECDSA.

19 Q.  Who was Hal Finney?

20 A.  Hal Finney was one of the people who worked on the PGP team

21 and he was an older programmer from America.

22 Q.  Who is Wei Dai?

23 A.  Wei Dai is a professor over here.  I'm not sure what

24 university he's with now.

25 Q.  Now, sir, what was the first -- the paper that we've been

```
 1   talking about, was it called a whitepaper?

 2   A.  Yes.  Whitepaper is pretty --

 3   Q.  Why?

 4   A.  Basically, whitepaper is a prepublication technical

 5   description document.

 6   Q.  And when did you have a first draft of the whitepaper?

 7   Approximately, what month and what year?

 8   A.  If you're considering the handwritten one, it would be

 9   about March of '08.

10   Q.  Did you reduce that to a typed version?

11   A.  Yes, I did.

12   Q.  And approximately when did you do that?

13   A.  That would be April, May '08.

14   Q.  How long was that typed version?

15   A.  The first version was about 40 pages.  The second version

16   was 20.  And then --

17   Q.  Sir, I'm asking about the first version.

18   A.  The first version was about 40 pages.

19   Q.  Who, if anyone, did you share that version with?

20   A.  I shared that, first of all, with Don, my uncle, and Max, a

21   cousin.  I also shared a copy -- I showed it to a person called

22   Zoren Illievich and a couple other people from universities I

23   was with.

24   Q.  Who is Zoren Illievich?

25   A.  He's a person who does a lot of government contract work in
```

```
 1   Canberra, Australia.
 2   Q.  And when you say:  "Don and Max," are you referring to Don
 3   and Max Lynam?
 4   A.  Yes.
 5   Q.  And did any of these people, Don, Max, Zoren, or whoever
 6   else it is you shared the first version with, make any comment
 7   as to that first version?
 8   A.  Verbal ones.  The main thing I got was it was too long, too
 9   convoluted, and too complex.
10   Q.  Who said that to you?
11   A.  Don, Max, Zoren.  I think everyone.
12   Q.  What did you do in response -- by the way, did you share
13   that version with David Kleiman?
14   A.  Not that version, no.
15   Q.  What did you do in response to the comments you got on the
16   first version of the paper?
17   A.  I pruned it very heavily and cut down the number of pages.
18   Q.  Was there a second version?
19   A.  Yes.
20   Q.  And how long was that one?
21   A.  Probably 20 pages, if I have to remember on that one.
22   Q.  Approximately, when was that prepared?  When was that
23   ready?
24   A.  April, May of the same year.
25   Q.  And who, if anyone, did you share the second version with?
```

```
 1    A.  I would have given that to Gareth Williams.  I also gave it

 2    to some people at the university I was with in Newcastle,

 3    Australia.  My wife at the time.  And I showed people at BDO at

 4    that stage as well.

 5    Q.  Did you share that version with David Kleiman?

 6    A.  Not that version, no.

 7    Q.  Okay.  And what, if any, comments did you get as to the

 8    second version?

 9    A.  Still too complex, too much math.

10    Q.  And what did you do in re -- when did you -- approximately

11    when did you receive those comments?

12    A.  Around the same time.  I sent it back to people and they

13    looked at it, they flicked through it.  They said:  "It still

14    needs more out."

15    Q.  And was Don Lynam in the second round?

16    A.  Yes.

17    Q.  And what did you do in response to those comments?

18    A.  I cut it right back to about 10 pages at that stage.

19    Q.  When was that?

20    A.  That would be about May, still of '08.

21    Q.  And what did you do with this third version?

22    A.  That was then tidied up quite -- at that stage, there were

23    a lot of different versions floating around because I'm not

24    terribly neat and tidy when it comes to how I store my files.

25    And I have different versions of the same, so it wasn't just
```

```
1    one and I tried with a few differences.  I didn't delete them

2    when I made the change, so I'd just make a change and save.

3    And I had a number of versions that were between nine and 10

4    pages.

5    Q.  Who did you share that with?

6    A.  One of those went to Wei Dai.  One of them went to Gareth

7    Williams, Zoren, some of the people at uni, Allan Granger, Don.

8    Dave Kleiman got a copy.  Let's see.  Wei Dai got a copy.  Adam

9    Back got a copy, and there are a few others as well.

10   Q.  From that point, were there further comments?

11   A.  Not a lot, no.  There were a couple I discussed with Wei

12   Dai.  He was more interested in how the code would work.  Wei

13   pointed me to a project he had been running called b-money.

14   Wei discussed how b-money was very similar to what I was

15   talking about, but he thought that my project wouldn't scale.

16   So he thought it would fail.

17   Q.  Did David Kleiman have comments -- Kleiman have comments on

18   your paper at this point?

19   A.  We talked about it over Skype, and he thought it was

20   exciting.  And he basically told me:  "This is great.  You've

21   been working on this sort of stuff for ages," and asked about

22   when it's going to be released, that sort of stuff.

23   Q.  Did he make comments?

24   A.  Not of any real detail, no.

25   Q.  And did he make any proposed -- did he transmit any
```

```
 1    proposed edits?
 2    A.  He pointed out some sort of typos and formatting problems
 3    that I had when we talked over the phone.  There were some line
 4    breaks because of the software program I was using at the time
 5    that were wrong and a couple other problems like that.  Other
 6    than that, no.
 7    Q.  Sir, over that Summer of 2008, did you work on a different
 8    paper, called the Data Wipe Fallacy paper, with David Kleiman?
 9    A.  Yes.
10    Q.  And who else worked on that with you?
11    A.  Shyaam.
12    Q.  Who is Shyaam?
13    A.  Shyaam is a friend of mine that was a student once.
14    Q.  And was that -- was that project -- was that completed,
15    that whitepaper?
16    A.  It was.
17    Q.  Was it submitted?
18    A.  It was.  It was published and I presented it at conference
19    in India.
20    Q.  What was David Kleiman's role in the preparation of the
21    Data Wipe Fallacy paper?
22    A.  He did some editing.  He was meant to do a bit more, but he
23    was ill at the time.
24    Q.  Now, sir, let me just ask:  When is the whitepaper -- the
25    Bitcoin Whitepaper released?  Is that Halloween 2008?
```

1    A.  I had a FTP site on upload.ie in Australia.  That was -- it

2    hosted it going back till May.  So it was technically there,

3    and I pointed people out to the link, like Wei Dai and things,

4    in May.  But I formally released it and publicly told everyone,

5    not just individuals, on the 31st of October.

6    Q.  Sir, after the release of the code, the actual blockchain,

7    in January of 2009, was there a debugging process for the code?

8    A.  Yes.  I made a whole lot of terrible assumptions.  I was

9    using Visual Studio with Boost.  And I found a lot of people

10   didn't have the dynamic link libraries that Bitcoin needed.  So

11   when it was running on my machines, it ran fine.  But Hal

12   Finney, who is a coder, uses GCC, a different form of C

13   compiler.  He didn't have any of the library files, the native

14   ones that come with Microsoft in Visual Studio and Boost.  So

15   it fell over straight away on his machine.  And right after he

16   started running it he had problems.

17   Q.  My question was:  Did anybody help you with debugging the

18   code after January 3, 2009?

19   A.  Yeah.  That's what I'm trying to say.  That's a debugging

20   process.  So where we went back and forth with those errors --

21   and he sent me some of the problems.  He emailed me in -- I

22   think it was January 12th.  And then we kept going back and

23   forwards with that.  I'd already talked about some other

24   prerelease versions of it with him in November and December of

25   '08.

```
 1    Q.  With whom?

 2    A.  Hal Finney and Bear.

 3    Q.  Who is Bear?

 4    A.  Bear is an online identity.  I'm not sure of his real name.

 5    I've got suspicions, but I don't really know.  I would just be

 6    speculating.

 7    Q.  Did Wei Dai help in debugging at all?

 8    A.  No.  Wei Dai just gave me a block of code.

 9    Q.  Now, sir, was -- did Dave Kleiman help in debugging?

10    A.  No.

11    Q.  Now, at some point, did an individual named Gavin Andresen

12    become involved with the blockchain?

13    A.  Yes.  Like a year into the project Gavin got heavily

14    involved.

15    Q.  Did he do work related to debugging the system?

16    A.  Yes.  Gavin was actually amazing.  Gavin's pulled together

17    a lot of project management sections and organized the eSvn,

18    the how you download and manage the code.  I had it on

19    SourceForge at that stage, and it was very much controlled by

20    me.  But Gavin started being very interactive.  He made a lot

21    of comments on it.

22       Hal was starting to have problems.  So Hal, at that

23    stage -- Hal Finney -- wasn't as engaged.  There were a lot of

24    other people making other comments and doing things as well,

25    people that started building Linux versions and Mac versions.
```

1   And Gavin really took over that process and started pulling all

2   these people together because I'm not good at managing people

3   that way, and Gavin was just amazing.

4   Q.  Sir, of the numerous people you've now mentioned who either

5   saw the paper or looked at the code -- I'll try to list some of

6   them -- Gavin Andresen, Hal Finney, Wei Dai, David Kleiman, and

7   others -- did these people help in regard to the Bitcoin

8   project?

9   A.  Oh, immensely.  Bitcoin wouldn't be here today without

10  these people.  I mean, they're a godsend.

11  Q.  What was David Kleiman's role?

12  A.  He was my emotional support at the time.  I dropped out of

13  a director position where I was on partnership of a major

14  accounting firm, which I didn't discuss with my wife, as I

15  said.  And I talked through all of this.  I mean, this -- I

16  guess Dave's point of view was this was my dream.  And he

17  convinced me to follow it.

18  Q.  What was your relationship with -- like with Dave Kleiman?

19  A.  My wife called it a bromance.

20  Q.  Did you both appear on certain kinds of blogs, like

21  computer security blogs and this kind of thing?

22  A.  Yeah.  We used to email back and forwards.  And Dave always

23  loved my ability technically.  And I loved the fact that Dave

24  just made friends.  Dave was just amazing, in my opinion, that

25  way.  I go in and I find it hard to make friends.  And Dave

```
 1   walks in a room and everyone loves him.
 2   Q.  Sir, was David Kleiman a coinventor of the blockchain with
 3   you?
 4   A.  No.
 5   Q.  Was Wei Dai?
 6   A.  No.
 7   Q.  Was Hal Finney?
 8   A.  In a way, you would have to say yes.  I mean, he didn't
 9   invent the technology, but it would not be here without him.
10   So he's not really a coinventor, but he's a codeveloper, if
11   that's a better way of putting it.
12   Q.  What about Zoren Illievich?
13   A.  No.
14   Q.  What about Bear?
15   A.  Same with Hal.  Bear wasn't as engaged, but he made a lot
16   of good comments to me.
17   Q.  Don Lynam?
18   A.  No.
19   Q.  Max Lynam?
20   A.  No.
21   Q.  Was David Kleiman a business partner in inventing or mining
22   Bitcoin?
23   A.  No.
24   Q.  Sir, let me -- before I go to another topic, I want to ask
25   you some smaller questions.  What -- your mother's residence
```

```
 1    you said -- you were born in Brisbane.  Where does she live
 2    now?
 3    A.  Now she lives between Ipswich and Toowoomba.  So it's out
 4    west in Queensland.  It's like hour and bit drive from
 5    Brisbane.
 6    Q.  And when is the last time she lived in Brisbane?
 7    A.  She lived on the outskirts in a small town called
 8    Springwood, in a suburb called Karabi, which is about 40 to 50
 9    kilometers out of -- down from Brisbane.  That was in like '13
10    to '16.
11    Q.  Now, where -- do you know on personal knowledge where Jamie
12    Wilson lives?
13    A.  Yes.  He had a couple places.  One was just outside
14    Wooloowin.  The other was down south a little bit.  He also has
15    a business operation -- like two of them.  He had his
16    accounting one down south a little bit.  And he had his main
17    sort of operation about five kilometers from the -- sharing the
18    same exchange as Wooloowin.
19          MR. RIVERO:  Your Honor, I need a moment to identify
20    an exhibit number.
21          THE COURT:  All right.
22      (Pause in proceedings.)
23          THE COURT:  How is everyone doing, Ladies and
24    Gentlemen?  Is anybody in need of a short comfort break?
25          All right, then.
```

```
 1        (Pause in proceedings.)

 2   BY MR. RIVERO:

 3   Q.  Dr. Wright, while I'm trying to determine that exhibit

 4   number, let me ask on another subject.

 5        When the Bitcoin system went operative in approximately

 6   January 3, 2009, did you have -- were you running -- were you

 7   running the system on computers?

 8   A.  Yes.

 9   Q.  And how many computers were you operating at the outset of

10   the Bitcoin blockchain?

11   A.  At my farm in Bagnoo and at my house in Lisarow, I had four

12   racks of computers, servers.  So I had two desktop machines and

13   three laptops that I used for management.  I also had 69

14   computers in the four racks.  They were on Windows machines on

15   Xen.  So there were also controllers.  There were multiple

16   domain controllers.  And I had some machines in Malaysia and

17   Tokyo.

18        I also had permission from my churches and in Ourimbah,

19   Tumbi Umbi, and Lisarow, the churches that I was associated

20   with and that I acted sort of as a pastor at.  We ran computers

21   and had Internet connections in each of those.  On top of that,

22   there were a number of other ones for people I paid.

23   Q.  Sir, so -- thank you.

24        What's the first address you were talking about?  Was that

25   your home address?
```

```
 1   A.  The Lisarow or the Bagnoo?

 2   Q.  Sir, let me just start over.

 3       Were you running computers at your home?

 4   A.  Yes.  But both those were my home.

 5   Q.  Where was your home?

 6   A.  I had one residence in Lisarow in the central coast in --

 7   just outside Sydney and one residence in Bagnoo, which was a

 8   farm.

 9   Q.  Okay.  How many computers did you have running the Bitcoin

10   blockchain at your home in Lisarow outside of Sydney?

11   A.  That would have been half -- about 30.

12   Q.  All right.  And these computers, were they sitting on the

13   ground?  How did you have them set up?

14   A.  No.  They were in racks.  So 19-inch racks and those racks

15   were full.  So there were two computer racks and one comms

16   rack.

17   Q.  Where?  Where in your home?

18   A.  I had redone the garage.  So the garage didn't have the

19   cars in it.  So it was a double garage that I had insulated and

20   air-conditioning installed.  In there, I also had an office and

21   a workspace, but also the racks and communication and also

22   power.

23   Q.  Did these computers have to be networked or hooked

24   together?

25   A.  Yes.  They were all networked and hooked together.  And we
```

1   had fiber connections put in there and fiber just outside to a

2   copper junction at the other place.

3       So there were also a number of InfiniBand, which is very

4   high-end network fiber equipment.

5   Q.  How many computers did you have at Bagnoo?

6   A.  There would be the 39 primary ones, plus the domain

7   controllers, plus the DNS, plus the other systems.

8   Q.  Were those set up in a similar fashion?

9   A.  Yes.  I actually had a mezzanine put in the farm shed and

10  that mezzanine then was isolated to run a small computer room.

11  Q.  And sir, you mentioned air-conditioning.  Why was

12  air-conditioning necessary in a garage in Lisarow?

13  A.  The computers would fail otherwise.  The -- we needed

14  actually to have two air-conditioning units put in just to make

15  sure one wouldn't stop.  The room would get up to probably 70

16  to 80 degrees centigrade -- I don't know what that is in

17  Fahrenheit over here -- if I didn't air-condition them, because

18  the numbers of servers running just creating heat all day long.

19  Q.  Now, you mentioned that -- you personally -- were those --

20  the 69 computers -- did you personally have any other computers

21  running?

22  A.  They are the main ones.  But as I said, there's the network

23  equipment to support them.  We had a Cisco PIX firewall in one

24  layer, then a Check Point firewall was the next layer, the

25  switch equipment, the Cisco routers, the management systems,

1  the systems to run the Xen virtual servers.  I mean, depends on

2  what you can -- if it's a support system, then yes.

3  Q.  What did it cost to set up 69 computers and two locations

4  with all the accessories that you're referring to?  What was

5  the cost just of the equipment approximately?

6  A.  Little over $600,000.

7  Q.  Now, sir, what did electricity cost, approximately, to run

8  those computers -- by the way, when you say -- is that in

9  Australian dollars or in American dollars?

10  A.  It's in Australian, yes.

11  Q.  What approximately would that have been at that time period

12  in American dollars?

13  A.  Four hundred fifty to five hundred --

14          MR. FREEDMAN:  Objection.

15          THE COURT:  And the basis?

16          MR. FREEDMAN:  Calls for expert testimony or judicial

17  notice of some kind.

18          THE COURT:  I'll allow it.  Overruled.

19  BY MR. RIVERO:

20  Q.  Sir, if you remember, what was the cost -- the monthly cost

21  in electricity?

22  A.  About $11,000.

23  Q.  Again, Australian?

24  A.  Yes.

25  Q.  And that would be somewhat less in American dollars?

1   A.  About 8K American at the time.

2   Q.  Now, sir, did you -- why did you have to have so many

3   computers running?

4   A.  Basically, I needed to try and get up to the minimum

5   difficulty level, which for over a year was set at one.  And I

6   couldn't even do that.  So we didn't even make the 10-minute

7   time frame for quite a while.  And so I'd overjudged how many

8   people would come on board.

9   Q.  Not to oversimply it, sir, but when you and

10  Mr. Antonopoulos and Mr. Madura talk about difficulty level, is

11  that the sufficient number of computers competing so that it

12  would end up taking about 10 minutes to solve the problem and

13  allow competition between those computers?  Is that right?

14          MR. FREEDMAN:  Objection.  Leading.

15          THE COURT:  Sustained.

16  BY MR. RIVERO:

17  Q.  Sir, can you explain what the relationship is between the

18  number of computers and the difficulty level.

19  A.  So a difficulty level of one would be equivalent to around

20  300 i3 computers -- like Intel i3-type computers at the time.

21  Now, that would be, for Xenon servers, about 177.

22      Now, what we needed to do was get more than that number of

23  computers on the network to push the number up.  So if

24  someone's running a laptop, say an i3 or i5, they're between

25  1/250th or 1/300th of the network capability.  What we were

```
 1    attempting to do with all the people helping me, including Hal
 2    Finney, was try and get people involved.  I told everyone to
 3    come in for this reason.
 4        So what you need to do is get more people and more
 5    resilient.  That's why I set computers up at Burnside, which is
 6    a charity I worked with.  My --
 7            MR. FREEDMAN:  Objection.  Narrative.
 8            THE COURT:  Sustained.
 9    BY MR. RIVERO:
10    Q.  Who did you invite -- who did you ask to start mining?
11    A.  I'd love to say everyone, but that would be technically
12    wrong because I didn't say it to people in McDonald's or
13    something.  But my family, people at universities I was with,
14    former coworkers at BDO, people I knew, people in mailing
15    lists, anyone I talked to in the Australian government, all
16    sorts of people.  Everyone.  I just -- everyone I talked to.
17    Q.  Did you ask David Kleiman to mine?
18    A.  Yes.
19    Q.  Did you ask your uncle Don to mine?
20    A.  Yes.
21    Q.  Did you ask your cousin Max to mine?
22    A.  Yes.
23    Q.  Sir, by the way, with regard to all these computers, were
24    there any difficulties in keeping them running or did they just
25    take care of themselves all the time?
```

```
 1    A.  Oh, no.  No.  No.  Definitely not.

 2    Q.  So what were the difficulties?

 3    A.  So between the two locations and the churches, it wasn't a

 4    dust-free environment.  So some of the servers would have dust

 5    problems and crash.  I had to -- I had burnout on power

 6    supplies.  The power supplies on a large server rack are quite

 7    heavy.  They're about five kilograms, 10 pounds.  And you have

 8    two of those, and you need to take them out periodically, clean

 9    them, flush them.  The server needs to keep running while

10    you're doing this or go through proper shutdown.

11        There's the battery systems to do with it.  The battery

12    systems need to be updated and changed.  The batteries weigh

13    about 40 to 50 kilos.

14        Then the actual units for running the uninterrupted power

15    supplies to keep it going, it was basically -- sometimes I'd

16    find there would be power outages at the farm, even though I

17    had my own transformer.  We had a lightning strike one time.

18    And we had to have that replaced.  And the secondary power was

19    burnt out, so I had that run up there and get all that done.

20    We had flooding.  So we had to try and raise computers over the

21    flooded area.

22    Q.  Sir, did the maintenance of computers on this scale -- did

23    it require any physical effort?

24    A.  Oh, a lot.  Not only was there driving between my different

25    locations, but getting in and out of the racks, changing the
```

```
1    power supplies, doing the battery changes.  It could be

2    difficult.  Moving the battery system in, it's 40 kilos.

3    Q.  Did you do that alone?

4    A.  No.  I hired a person called Hector.  Hector Malbburang

5    worked with me.  He was on my staff in BDO.  And I think he was

6    my first hire after my wife in my company in Australia.

7    Q.  Was he available 24/7?

8    A.  No.  He didn't work on Sundays.

9    Q.  Let me go back to -- I'd like to show you what's been

10   introduced as Plaintiffs' 856.2.

11           MR. RIVERO:  Mr. Reed, if you could pull that one up.

12           And this is already in evidence, I believe, Your

13   Honor?

14           THE COURT:  Yes, it is.

15           MR. RIVERO:  If I could show this to the jury as well.

16           THE COURT:  You may.

17           MR. RIVERO:  Thank you.

18   BY MR. RIVERO:

19   Q.  Dr. Wright, were you here during the testimony of

20   Dr. Matthew Edman?

21   A.  I was.

22   Q.  Do you recall seeing this document being shown in relation

23   to one of the documents described as forgeries?

24   A.  I do.

25   Q.  Sir, the location here, Wooloowin, Queensland, Australia,
```

1    is that related to you?

2    A.  No.

3    Q.  Do you know anyone in -- with whom you had dealings who

4    lives at that location or lives in this area?

5    A.  In 2012, and then 2013, I had a change request that I

6    authorized in my companies to add this IP address for Jamie

7    Wilson.  It was to do with his accounting practice and also his

8    other firm up in Brisbane.

9    Q.  You're referring to the IP address?

10   A.  Yes.

11   Q.  And how do you recognize this IP address?

12   A.  This was put through --

13          MR. RIVERO:  Can we highlight the IP address -- sorry,

14   Dr. Wright.  Can we highlight the IP address.

15          Thank you, sir.

16   BY MR. RIVERO:

17   Q.  How do you know about this IP address?

18   A.  Any changes to the firewall policy were personally signed

19   off by me.

20   Q.  And sir, this address, Wooloowin, Queensland, Australia,

21   did you live there?

22   A.  No.

23   Q.  Did your mother live there?

24   A.  No.

25   Q.  Where did Mr. Wilson live?

```
1    A.  He had one residence there and another one further out,

2    about 10K away from that.  This one was in his wife's name and

3    the other one was his.

4    Q.  Sir, let me show you and counsel --

5              MR. RIVERO:  Well, first of all, let's put up

6    Plaintiffs' Exhibit 2, Mr. Reed.

7    BY MR. RIVERO:

8    Q.  Dr. Wright, have you seen this document during the course

9    of the litigation?

10   A.  Yes.

11   Q.  All right, sir.  I would like to show you --

12             MR. RIVERO:  Mr. Reed, if you would show just to Dr.

13   Wright, counsel and the Court what's been marked -- pardon me,

14   Judge.  I just need a moment to get the exhibit number.

15         (Pause in proceedings.)

16             MR. RIVERO:  Mr. Reed, if you could show Defendant's

17   428 to the witness, the Court, and counsel.

18   BY MR. RIVERO:

19   Q.  Sir, have you -- in relation to Plaintiffs' 2, have you

20   seen this document, Defendant's 428?

21   A.  As a part of this sort of court process, yes, I have.

22   Q.  And what is this document?

23   A.  This is basically metadata information to do with that

24   information.

25             MR. RIVERO:  Your Honor, I'd move the admission of
```

```
 1    Defendant's 428.
 2             MR. FREEDMAN:  Objection, Your Honor.  Foundation.
 3             MR. RIVERO:  Your Honor --
 4             THE COURT:  Hold on one second.  Let me just get to
 5    428.
 6             The objection is sustained.
 7             MR. RIVERO:  Your Honor -- I'm sorry.
 8    BY MR. RIVERO:
 9    Q.  Dr. Wright, have you personally reviewed this in relation
10    to Plaintiffs' 2?
11    A.  Yes, I have.
12    Q.  And have you determined what the relationship is between
13    this document and Plaintiffs' 2?
14    A.  Yes, I have.
15    Q.  What is it?
16    A.  This is metadata behind the email that demonstrates how
17    it's being created and the origins, et cetera.
18    Q.  And are you -- do you have the ability, because of your
19    technology experience, to make that determination?
20    A.  Yes, I do.  I developed a master's degree in digital
21    forensics, and have been on 100 cases for the prosecution side
22    for the federal police in the past, and have multiple degrees
23    in that area, yes.
24             MR. RIVERO:  Your Honor, move the admission of
25    Defendant's 428.
```

```
 1            MR. FREEDMAN:  Your Honor, we object.  If they want to

 2    show a native of the file and show the metadata associated with

 3    the native, that's fine.  But we don't know where this came

 4    from and Dr. Wright has not testified that he personally pulled

 5    the metadata.

 6            THE COURT:  Sustained.

 7    BY MR. RIVERO:

 8    Q.  All right, sir.  Let me ask you as to --

 9            MR. RIVERO:  If we can go back to Plaintiffs' 2.

10    BY MR. RIVERO:

11    Q.  Sir, do you see the --

12            MR. RIVERO:  Mr. Reed -- could we show this -- P2 is

13    in evidence.  Could we show it to the jury?

14            THE COURT:  You may.

15    BY MR. RIVERO:

16    Q.  All right.  Dr. Wright, I thought the jury had seen it

17    before.  This is the document that I'm asking you about in

18    relation to the metadata.  Here's my question:  Do you see it

19    says:  "From Craig S. Wright, craig@rcjbr.org"?

20    A.  Yes.  I see that.

21    Q.  All right.  What is that craig@rcjbr.org?

22    A.  Rcjbr is a domain that I started registering on the 27th of

23    October 2011.  I did that --

24    Q.  Sir, my question is:  What is craig@rcjbr.org?  Is that an

25    email address?
```

```
 1    A.  I was explaining the whole lot, yes.

 2    Q.  I just want to know if it's an email.

 3    A.  Yes.  It is an email address.

 4    Q.  Are email addresses set up so there's a name and the name

 5    is at a domain?

 6    A.  Yes.  An Internet domain.  That's correct.

 7    Q.  What is the domain for this email?

 8    A.  Rcjbr.org.

 9    Q.  And can you tell the jury what rcjbr.org stands for?

10    A.  Ramona, Craig, Josh, Ben, Rachel.  That's my wife, sitting

11    there, and my children.  That was formed in -- after I met her.

12    Q.  Your wife Ramona is here in the courtroom.  That's the R?

13    A.  Yes.

14    Q.  The C is for who?

15    A.  Me.

16    Q.  Craig Wright.

17        J?

18    A.  Yes.  Josh, the oldest boy.

19    Q.  B?

20    A.  Ben, the second oldest.

21    Q.  And R?

22    A.  Rachel, the youngest.

23    Q.  And when did you start your relationship with your now

24    wife?

25    A.  I met her in December or something -- November, December
```

1    2010.  And I started dating her the next year.

2    Q.  When was the domain rcjbr.org created?

3    A.  I put in the application on the 27th of October, 2011, and

4    it was formally granted and then published on her birthday and

5    then went live on the 2nd of November, 2011.

6         MR. RIVERO:  Mr. Reed, can we see Defendant's 426.

7    BY MR. RIVERO:

8    Q.  Sir, do you see 426?

9    A.  I do.

10   Q.  And sir, is this the registration to which you refer?

11   A.  That's the WhoIs record for it.  Yes.  That's the

12   registration details.

13   Q.  ICANN is the official registry for domain sites worldwide?

14   A.  For org and top-level domains like org and com, yes.

15   Q.  And are you familiar with D426?

16   A.  Yes.

17   Q.  Are you the one who did the registration of rcjbr.org?

18   A.  Yes.  I did the domain registration and built a site as a

19   birthday present to my wife.

20        MR. RIVERO:  And Mr. Reed, could we see D427.

21   BY MR. RIVERO:

22   Q.  And what is D427 in relation to rcjbr?

23   A.  This is the public details for the registry that states the

24   update and the name servers and when the site was first

25   created, the first time it was on the Internet.

```
 1            MR. RIVERO:  Your Honor, I'd move the admission of

 2   Defendant's 426 and Defendant's 427.

 3            MR. FREEDMAN:  Objection, Your Honor.  Foundation.

 4   Dr. Wright has not pulled this information directly.

 5            THE COURT:  Sustained.

 6   BY MR. RIVERO:

 7   Q.  Do you know the date on which the domain was created, sir?

 8   A.  Yes.  As I've already said, I first put the registration in

 9   on the 27th of October.  And it was fully granted and live on

10   the 2nd of November.  So yes.

11   Q.  Now, sir, I'd like to show you what's been marked as Joint

12   Exhibit 101.

13        And sir, can you tell us what Joint Exhibit 101 is?

14   A.  That's the electronic print of the tax return for

15   individuals for myself.  It's electronically filed and this

16   gets printed out.

17            MR. RIVERO:  And Judge, I don't think it should be

18   shown to the jury just yet because I'm going to move its

19   admission.

20            THE COURT:  It's admitted into evidence.

21        (Joint Exhibit 101 received into evidence.)

22            MR. RIVERO:  Thank you.

23        So now we can show it to the jury.

24            THE COURT:  You may.

25            MR. RIVERO:  Thank you.
```

```
1    BY MR. RIVERO:

2    Q.  Sir, this is a -- this is an individual tax return for

3    2009?

4    A.  It's an individual tax return for me personally and any

5    business income that I associated for the period of the 1st of

6    July, 2008 to the 30th of June, 2009.

7    Q.  And Dr. Wright, it says here:  "Suburb or town for the

8    address which is below," is in Bagnoo NSW.

9    A.  Yes.  That's my farm -- or was.

10   Q.  Okay.  What is NSW?

11   A.  New South Wales.

12   Q.  And where is that in relation to Sydney?

13   A.  It's about three and a half to four hours' drive out of

14   Sydney.

15   Q.  And Lisarow -- how far is that from Sydney?

16   A.  Depends on traffic, but -- I mean, a bad day -- I hate to

17   speculate.  But a good day 40 minutes.

18   Q.  Okay.  And have you lived in Brisbane, Australia at any

19   time since you were an adult?

20   A.  In the early '90s.  I mean, I don't remember exactly when I

21   moved.  But I was -- when I was talking about -- that's in

22   Sydney, so before '94 sometime.  I don't remember the exact

23   time I moved.

24   Q.  How many hours' drive is it from Sydney to Brisbane,

25   Australia?
```

1   A.   These days, you could probably do it in 10, with the new

2   highways.   But when I was young, like 20 years ago plus, then

3   it would take sometimes 17, 18 hours.

4   Q.   Okay.

5          MR. RIVERO:   Could we see Page 2 of this document,

6   Mr. Reed.

7   BY MR. RIVERO:

8   Q.   Okay, sir.   What's the reference here at number 4 in the

9   Income, "Employment Termination Payments, Date of Payment

10  January 22nd, 2009"?   What is that about?

11  A.   That's a final payment done as a lump sum.

12  Q.   From whom?

13  A.   BDO.

14  Q.   At what time had you actually left -- what date had you

15  actually left BDO?   You referred to it earlier.

16  A.   I left at the -- I think the 28th of December was my final

17  day.

18  Q.   What year?

19  A.   2008.

20  Q.   And then why is there a payment on January 22nd recorded

21  here -- January 22nd, 2009?

22  A.   Because that's when the final payment date came across

23  after I had left.   So this is after I've left the firm.   There

24  was a final payment.

25          MR. RIVERO:   Let's go to the next page, Mr. Reed.

```
 1   BY MR. RIVERO:

 2   Q.  Now, sir, there's listings of deductions.  Are these

 3   business deductions or what are these?

 4   A.  These are to do with work-related expenses, things that I

 5   was doing like personally that had to do with any business that

 6   I was doing, operations of research projects that I was doing.

 7   Q.  All right, sir.  And I don't see -- on this list, I don't

 8   see a reference to major expenditures for computers on the

 9   order of what you had said before.  Is that reflected somewhere

10   in this return?

11   A.  That would be in the business section.

12   Q.  All right.  Let's flip forward.  But in page -- before Mr.

13   Reed does that, there are things like work-related car

14   expenses, there's self-education expenses, there are interest

15   in dividend deductions, those kind of things.  Let me ask you:

16   What self-education expenses were you claiming from the

17   Australian government for 2009?

18   A.  I was doing a number of degrees.  And in the '08 year and

19   '09 year, I had finished up my master's degree in statistics

20   and the final payments for my master's in law.  I was doing a

21   Ph.D. in computer science and economics and a couple smaller

22   like non-master's, under master's level.

23   Q.  And I don't think we covered those.  And I was asking about

24   before Halloween of 2008.  When did you get the statistics

25   degree?  What was the degree, where, and --
```

1    A.  University of Newcastle in Australia.  I did a degree in

2    statistics, a master's degree.  Looking at heteroscedastics and

3    network statistics.

4    Q.  And when did you obtain that degree?

5    A.  I studied between 2006 and to 2008, and submitted in

6    like -- finally submitted in 2009.

7    Q.  And in what degree is it?

8           MR. FREEDMAN:  Objection.  Relevance.

9           THE COURT:  Overruled.  I'll allow it.

10          THE WITNESS:  It's --

11   BY MR. RIVERO:

12   Q.  I'm saying is it master's, doctorate, bachelor's?

13   A.  It's a master's degree, like a master's of science in

14   statistics.

15   Q.  You said you obtained in this time period -- and I'm

16   talking about before Halloween of 2008 -- a law degree.  What

17   law degree did you obtain?

18   A.  I finished my post-graduate and -- of law and then did a

19   master's in law, LLM, in Northumbria University in the UK.

20   That was in international commercial law, specializing in

21   intermediaries and like international finance and

22   communications.

23   Q.  When did you obtain that degree?

24   A.  I submitted in 2007, with the -- 2008, I got a commendation

25   and finished.

```
 1    Q.  All right.  Now let's just flip forward, sir.
 2            MR. RIVERO:  If you would, Mr. Reed, if you would flip
 3    forward.  These are tax offsets.
 4            Next page.
 5            Next page, sir.
 6            Next.
 7            We're looking for the business section.
 8    BY MR. RIVERO:
 9    Q.  Oh, these spousal details, are these references -- that we
10    just went by, are these references to Lynn Wright?
11    A.  Yes.
12    Q.  All right.
13            MR. RIVERO:  Let's go forward.
14            Declaration.  If we can keep going.
15    BY MR. RIVERO:
16    Q.  Sir, is this related to the business aspects of this
17    return?
18    A.  "Supplementary Income, Partnerships, Trust," yes.  That's
19    correct.  So this is the partnership, and then the personal
20    services, and then the other business income, yes.
21    Q.  Okay.
22            MR. RIVERO:  Let's go to the next page, Page 10.
23    BY MR. RIVERO:
24    Q.  Now, sir, it says -- it reflects at Page 10 of your return
25    "total current year capital gains," and there's an amount of
```

```
 1   2,235,000, I assume Australian dollars.  What is that about?

 2   A.  So I sold from my personal trust company into my other

 3   companies the rights to the database in Bitcoin, to the Bitcoin

 4   I was mining, and all of the software I'd developed.  So I did

 5   a personal sale and then not claimed but was taxed on.

 6       So I filed with the tax department an income increase of $2

 7   million and paid the tax on that.  So effectively, I said my

 8   software for Bitcoin was worth 2.2 million for all my expenses

 9   so far, and then I paid the tax on the 2.2 million that I said

10   I earned by selling it to my company.

11       MR. RIVERO:  Let's go forward to the next page,

12   Mr. Reed.

13       And I believe -- let's flip forward further.

14   BY MR. RIVERO:

15   Q.  Dr. Wright, let's keep going.  Dr. Wright, can you tell me

16   when there's some other entries related to your business.

17       MR. RIVERO:  If you could go to Page 13.

18       Okay.  Fourteen.  Let's stop right there.

19       If we can go back one.

20   BY MR. RIVERO:

21   Q.  This describes the business as:  "Computer system design

22   and related services"; is that correct?

23   A.  Yes.

24   Q.  What business was that?

25   A.  This is basically Information Defense and Integyrs at this
```

1    time, the sale to them.  So I -- for Craig R&D, that business

2    sold into those companies.  There was also the farm.  The farm

3    made $8,800 all up.  The farm wasn't terribly profitable at

4    that stage.  It was drought.  And then the non-primary

5    production is the sale to other entities of the software, et

6    cetera, apart from the capital gains.

7    Q.  Dr. Wright, if you look at P5, there is a reference to a

8    business name and then an ABN?

9    A.  Yes.

10   Q.  Is this the business name that you used?

11   A.  Yes.

12   Q.  Craig Wright R&D?

13   A.  Yes.  That was one of them.  Craig Wright R&D was my main

14   one.

15   Q.  And it says it on the form:  "Australian business number,

16   ABN."  Where are the ABN for Craig Wright R&D reflected?

17   A.  If I'm doing business and --

18   Q.  You may not have heard my question.  Where is the number

19   reflected?

20   A.  In P5, down at the bottom, under "ABN," it has the ABN

21   number.

22         MR. RIVERO:  Next page, Mr. Reed.

23   BY MR. RIVERO:

24   Q.  All right.  Here, sir, can you explain to the jury these

25   entries here for business income and expenses where there are

1    expenses -- one showed in the column "Non-Primary Production

2    Opening Stock and Close of Cost."  What is that?

3    A.  So the non-primary production area in the other -- Opening

4    Stock includes all of the equipment, et cetera, that we're

5    doing, products, and costs -- excuse me -- and closing stock

6    after selling.

7          So what I did was I bought computer equipment personally

8    and then sold it into my company when it was running.  Because

9    I started the -- I started buying in the beginning of January,

10   but my company hadn't been formed officially till the 22nd of

11   January.  I did the purchases under my own name and then sold

12   them back into my companies.  So this details the purchase of

13   the equipment that I sold into my companies.

14   Q.  Dr. Wright, how did you learn of David Kleiman's death?

15   A.  I was informed by --

16   Q.  Sorry.  How did you learn of David Kleiman's death?

17   A.  I was informed by email.

18   Q.  And how did you react to his death?

19   A.  I broke down.

20   Q.  Why?

21   A.  '11, '12, after my marriage fell apart, Dave was my rock.

22   I called him all the time.  I spent time talking about my

23   personal problems.  I talked about the problems I'd have with

24   my invention and what I thought was going on.  And I spent

25   hours just pulling myself back together with Dave.

```
1    Q.  Did you steal anything from David Kleiman?

2    A.  No, I did not.

3    Q.  Did you defraud David Kleiman?

4    A.  No, I did not.

5    Q.  Did you breach any agreement with David Kleiman?

6    A.  No, I did not.

7              MR. RIVERO:  No further questions, Your Honor.

8              THE COURT:  All right.  This might be a good time for

9    us to take a lunch recess and then we'll continue with the

10   cross-examination.

11             Ladies and Gentlemen, it's 12:40, and I'll see you

12   back here at 1:40.

13             Have a pleasant lunch.

14       (Jury not present, 12:40 p.m.)

15             THE COURT:  Have a pleasant lunch.

16       (Adjourned for lunch, 12:40 p.m.)

17

18

19

20

21

22

23

24

25
```

```
1    UNITED STATES OF AMERICA        )

2    ss:

3    SOUTHERN DISTRICT OF FLORIDA  )

4                    C E R T I F I C A T E

5           I, Yvette Hernandez, Certified Shorthand Reporter in

6    and for the United States District Court for the Southern

7    District of Florida, do hereby certify that I was present at

8    and reported in machine shorthand the proceedings had the 22nd

9    day of November, 2021, in the above-mentioned court; and that

10   the foregoing transcript is a true, correct, and complete

11   transcript of my stenographic notes.

12          I further certify that this transcript contains pages

13   1 - 129.

14          IN WITNESS WHEREOF, I have hereunto set my hand at

15   Miami, Florida this 30th day of November, 2021.

16

17                       /s/Yvette Hernandez
                         Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                       400 North Miami Avenue, 10-2
                         Miami, Florida 33128
19                       (305) 523-5698
                         yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```

| | | |
|---|---|---|
| **COURTROOM DEPUTY:** | 90/9 104/19 112/11 | 57/10 58/3 58/7 |
| **[1]** 3/4 | 112/15 112/17 | 58/11 59/14 60/10 |
| **MR. BRENNER: [54]** | 113/13 114/5 | 60/12 60/18 61/22 |
| 3/8 3/13 4/20 5/6 | 114/12 114/16 | 61/25 63/17 64/12 |
| 7/10 7/17 8/7 8/10 | 114/25 115/3 115/7 | 65/4 66/1 67/9 |
| 10/2 10/17 10/21 | 115/24 116/9 | 67/13 67/19 67/21 |
| 11/14 19/1 19/5 | 116/12 118/6 | 68/3 68/7 69/4 |
| 20/9 24/3 24/5 | 118/20 119/1 | 72/2 72/9 72/22 |
| 24/17 26/24 28/11 | 119/17 119/22 | 76/16 76/21 77/11 |
| 29/20 30/7 32/20 | 119/25 121/5 | 77/15 77/17 77/19 |
| 32/23 33/3 33/24 | 121/25 124/2 | 78/4 78/12 78/14 |
| 34/4 34/7 38/25 | 124/13 124/22 | 78/21 79/5 79/14 |
| 39/3 39/9 40/19 | 125/11 125/17 | 79/21 80/21 81/8 |
| 41/2 41/4 41/8 | 126/22 128/7 | 85/13 85/15 92/3 |
| 44/8 44/11 45/5 | **MS. MCGOVERN: [30]** | 104/21 104/23 |
| 45/12 45/18 47/11 | 8/9 8/14 18/4 | 108/15 108/18 |
| 48/3 48/7 48/13 | 24/7 32/21 32/24 | 109/15 110/8 |
| 48/20 48/24 51/9 | 33/2 33/5 39/6 | 112/14 112/16 |
| 51/12 51/17 52/18 | 39/14 40/4 42/22 | 115/4 116/6 116/14 |
| 53/11 54/3 56/3 | 46/11 48/17 48/21 | 119/5 119/20 |
| 56/8 | 48/23 50/13 51/10 | 119/24 123/9 128/8 |
| **MR. FREEDMAN: [36]** | 51/14 51/22 52/20 | 128/15 |
| 60/9 60/17 61/5 | 53/22 54/1 54/7 | **THE WITNESS: [18]** |
| 61/21 63/16 64/11 | 54/13 54/15 54/20 | 7/19 18/6 24/4 |
| 65/2 65/25 67/8 | 54/23 56/2 56/7 | 24/12 40/22 52/22 |
| 67/12 67/18 68/2 | **THE COURT: [114]** | 56/16 57/13 58/16 |
| 68/6 69/3 72/1 | 3/2 3/12 3/19 3/25 | 60/11 60/19 61/7 |
| 72/8 72/21 76/15 | 4/22 4/24 7/12 | 68/8 72/3 79/22 |
| 77/10 77/14 78/16 | 10/20 18/5 19/4 | 80/20 81/9 123/10 |
| 79/4 79/13 79/20 | 24/10 32/25 34/1 | |
| 80/19 81/7 85/14 | 34/5 39/2 39/11 | **$** |
| 92/2 108/14 108/16 | 39/15 39/20 39/23 | **$11,000 [1]** 108/22 |
| 109/14 110/7 115/2 | 40/18 40/20 40/23 | **$2 [1]** 125/6 |
| 116/1 119/3 123/8 | 40/25 41/3 41/6 | **$600,000 [1]** 108/6 |
| **MR. RIVERO: [54]** | 42/21 44/7 44/10 | **$8,800 [1]** 126/3 |
| 3/14 3/24 4/21 | 44/13 45/8 45/15 | **'** |
| 48/16 58/5 58/17 | 47/10 47/18 48/4 | |
| 59/11 59/15 61/23 | 48/9 48/22 49/1 | **'05 [1]** 75/21 |
| 67/20 67/23 76/20 | 50/17 51/21 52/21 | **'07 [2]** 85/10 |
| 76/22 77/16 77/18 | 53/13 53/24 54/2 | 90/16 |
| 77/21 78/7 78/13 | 54/4 54/6 54/11 | **'08 [8]** 77/1 86/3 |
| 84/23 85/11 85/17 | 54/18 54/21 54/24 | 87/10 95/9 95/13 |
| | 55/8 55/12 55/23 | 97/20 100/25 |

At top of middle column: 85/22 87/19 88/21
90/9 104/19 112/11

At top of right column: 56/4 56/9 56/11
57/10 58/3 58/7

**'08... [1]** 122/18
**'09 [1]** 122/19
**'11 [1]** 127/21
**'12 [1]** 127/21
**'13 [1]** 104/9
**'16 [1]** 104/10
**'17 [1]** 6/24
**'20 [1]** 5/25
**'21 [2]** 5/25 6/3
**'5 [1]** 82/17
**'7 [1]** 82/17
**'81 [1]** 63/14
**'82 [1]** 63/14
**'88 [1]** 66/11
**'90s [2]** 8/22
 120/20
**'94 [2]** 73/11
 120/22
**'96 [1]** 73/11
**'97 [1]** 74/5
**'98 [1]** 74/18
**'come [1]** 37/1

**•**

**.5 [1]** 5/16

**/**

**/s/Yvette [1]**
 129/17

**0**

**0's [1]** 23/3

**1**

**1's [1]** 23/3
**1/250th [1]** 109/25
**1/300th [1]** 109/25
**10 [16]** 1/11 32/20
 33/3 40/21 54/8
 60/4 60/8 64/18
 91/3 97/18 98/3
 109/12 111/7 121/1
 124/22 124/24
**10-2 [2]** 1/24

**10-minute [2]**
 39/21 109/6
**100 [2]** 1/17
 115/21
**1000 [1]** 1/22
**101 [4]** 2/12
 119/12 119/13
 119/21
**10:22 [1]** 39/22
**10:33 [1]** 48/8
**10:40 [1]** 48/8
**10:43 [1]** 48/25
**10:50 [1]** 54/14
**10:51 [1]** 55/7
**10:59 [2]** 55/7
 55/11
**10K [1]** 114/2
**11 [2]** 52/9 64/23
**111s [1]** 71/23
**119 [2]** 2/12 2/12
**12 [2]** 8/7 8/12
**122 [1]** 41/22
**129 [3]** 1/8 2/2
 129/13
**12:40 [3]** 128/11
 128/14 128/16
**12th [1]** 100/22
**13 [1]** 125/17
**14 [1]** 1/9
**15 [8]** 8/8 8/12
 12/10 12/12 12/25
 72/14 74/2 92/21
**16 [1]** 65/14
**16,000 [1]** 92/21
**164 [5]** 2/11 84/24
 85/12 85/16 85/18
**17 [6]** 32/20 33/3
 65/7 65/11 65/14
 121/3
**176 [1]** 41/19
**177 [1]** 109/21
**18 [2]** 73/24 121/3
**18-80176 [1]** 3/4

**195 [1]** 23/16
**1970 [1]** 59/23
**1980s [1]** 71/2
**1982 [1]** 69/24
**1984 [1]** 21/9
**1985 [2]** 69/8
 71/20
**1987 [2]** 65/10
 65/11
**1988 [1]** 66/18
**1989 [1]** 69/16
**199 [1]** 66/11
**1995 [2]** 72/6
 72/24
**1996 [2]** 76/19
 82/24
**1997 [1]** 74/9
**1998 [1]** 81/19
**1:40 [1]** 128/12
**1st [1]** 120/5

**2**

**2,235,000 [1]**
 125/1
**2.2 million [2]**
 125/8 125/9
**20 [3]** 95/16 96/21
 121/2
**200 [1]** 1/14
**2001 [1]** 75/16
**2002 [1]** 93/15
**2003 [4]** 68/23
 68/24 75/9 75/10
**2004 [6]** 74/15
 74/18 75/21 76/1
 76/2 76/13
**2005 [3]** 76/13
 79/18 82/15
**2006 [2]** 84/5
 123/5
**2007 [7]** 66/4
 82/19 84/6 90/21
 92/1 92/8 123/24

**2**

**2007/'08 [1]**   77/1
**2008 [18]**   64/15
 66/6 87/18 88/5
 91/9 91/19 91/22
 92/22 93/12 93/24
 99/7 99/25 120/6
 121/19 122/24
 123/5 123/16
 123/24
**2009 [15]**   83/3
 93/2 93/3 93/4
 93/4 94/9 100/7
 100/18 105/6 120/3
 120/6 121/10
 121/21 122/17
 123/6
**2010 [5]**   83/4 83/5
 83/6 83/8 118/1
**2011 [4]**   46/18
 116/23 118/3 118/5
**2012 [1]**   113/5
**2013 [1]**   113/5
**2016 [3]**   6/23 7/4
 7/14
**2017 [1]**   7/16
**2019 [2]**   5/21 5/24
**2020 [1]**   6/3
**2021 [3]**   1/5 129/9
 129/15
**21 [1]**   91/2
**22 [2]**   1/5 38/13
**22nd [5]**   121/10
 121/20 121/21
 127/10 129/8
**24/7 [1]**   112/7
**25 [1]**   35/5
**250th [1]**   109/25
**2525 [1]**   1/22
**27th [3]**   116/22
 118/3 119/9
**2800 [1]**   1/17
**288 [3]**   32/20

32/23 32/24
**28th [1]**   121/16
**2nd [3]**   1/17 118/5
 119/10

**3**

**30 [2]**   8/4 106/11
**300 [1]**   109/20
**300th [1]**   109/25
**305 [1]**   129/19
**30th [2]**   120/6
 129/15
**31st [1]**   100/5
**32,000 [1]**   92/14
**33128 [2]**   1/25
 129/18
**33131 [2]**   1/14
 1/18
**33134 [1]**   1/22
**35 [4]**   7/22 8/2
 8/4 8/23
**37 [2]**   34/24 35/5
**39 [2]**   29/14 107/6

**4**

**40 [7]**   26/2 95/15
 95/18 104/8 111/13
 112/2 120/17
**400 [2]**   1/24
 129/18
**41 [1]**   26/25
**42 [1]**   57/16
**425 [4]**   15/11
 16/16 16/21 17/6
**426 [3]**   118/6
 118/8 119/2
**427 [1]**   119/2
**428 [5]**   114/17
 114/20 115/1 115/5
 115/25
**43 [1]**   22/7
**45 [1]**   35/6
**459 [4]**   39/11 41/2
 41/4 41/5

**47 [1]**   28/14
**49 [1]**   26/13
**49-year-old [18]**
 15/16 16/1 16/11
 21/5 21/11 21/18
 22/3 24/22 26/3
 26/7 27/12 27/25
 28/8 30/3 30/4
 30/10 30/23 31/8

**5**

**50 [2]**   104/8
 111/13
**51 [5]**   2/7 28/12
 28/13 28/17 29/20
**52 [2]**   28/17 28/17
**523-5698 [1]**
 129/19
**5500 [1]**   1/14
**56 [1]**   23/16
**5698 [1]**   129/19
**57 [1]**   19/2
**58 [4]**   2/8 19/2
 20/17 20/25

**6**

**65 [1]**   13/23
**69 [3]**   105/13
 107/20 108/3

**7**

**7-Elevens [1]**
 80/13
**70 [3]**   11/1 26/22
 107/15
**733 [1]**   42/1
**76 [3]**   10/24 11/1
 11/6

**8**

**80 [1]**   107/16
**80176 [1]**   3/4
**85 [2]**   2/11 2/11
**856.2 [1]**   112/10
**8K [1]**   109/1

**9**

**90 [1]** 62/8
**99 [5]** 31/21 31/25 32/1 32/5 33/10
**9:18-cv-80176-BB [1]** 1/2
**9:32 [2]** 1/6 3/1
**9:34 [1]** 4/23

**A**

**a.m [11]** 1/6 3/1 4/23 39/22 48/8 48/8 48/25 54/14 55/7 55/7 55/11
**abilities [3]** 23/12 47/19 47/23
**ability [7]** 29/11 34/20 37/23 47/20 78/2 102/23 115/18
**able [16]** 7/6 17/1 18/8 18/20 21/23 23/12 24/12 29/3 30/17 32/17 32/18 57/23 78/1 79/23 80/8 81/12
**ABN [5]** 126/8 126/16 126/16 126/20 126/20
**about [97]** 7/22 8/2 8/23 9/7 9/8 10/10 10/15 11/11 11/19 12/9 13/12 14/6 16/16 20/7 23/16 24/6 24/16 24/25 26/2 30/3 30/15 30/21 30/22 31/16 35/17 35/19 36/18 42/11 45/22 46/3 46/16 49/12 50/2 50/25 53/2 53/8 56/19 59/24 62/7 62/17 63/7 73/11 74/2 74/17 75/16 75/21 76/13

81/12 81/15 81/15 81/19 82/10 83/12 83/16 84/5 87/5 88/9 90/25 91/8 91/20 92/14 93/9 95/1 95/9 95/15 95/17 95/18 97/18 97/20 98/15 98/19 98/21 100/23 103/12 103/14 104/8 104/17 105/24 106/11 108/22 109/1 109/10 109/12 109/21 111/7 111/13 113/17 114/2 116/17 120/13 120/21 121/10 122/23 123/16 125/1 127/22 127/23
**above [1]** 129/9
**above-mentioned [1]** 129/9
**absolute [1]** 42/23
**absolutely [6]** 21/3 24/24 25/9 26/16 30/5 46/25
**abusive [1]** 60/6
**accent [1]** 71/18
**accept [2]** 23/17 91/12
**access [1]** 88/18
**accessories [1]** 108/4
**accommodate [1]** 39/25
**according [1]** 28/19
**accounting [12]** 71/7 77/5 77/9 77/13 78/9 79/2 79/8 79/10 79/11 102/14 104/16

**accurate [1]** 36/14
**accurately [1]** 36/12
**achieve [2]** 15/25 16/4
**achieved [5]** 16/24 16/25 21/6 21/8 53/18
**acquired [2]** 21/14 32/11
**acquisition [1]** 28/24
**across [5]** 11/9 12/18 32/8 33/22 121/22
**act [3]** 47/20 79/18 82/16
**acted [1]** 105/20
**acting [1]** 43/10
**action [1]** 89/1
**actions [1]** 48/2
**actively [1]** 84/7
**actual [4]** 13/5 35/10 100/6 111/14
**actually [36]** 5/24 7/4 14/4 14/6 14/7 14/21 15/7 17/24 18/1 18/25 19/18 21/6 26/20 30/12 35/12 38/2 38/12 42/15 54/24 57/2 57/17 67/4 78/10 79/10 83/15 84/9 84/15 84/20 86/22 89/11 90/20 101/16 107/9 107/14 121/14 121/15
**Adam [1]** 98/8
**adaptive [6]** 21/6 23/10 26/20 26/22 27/22 28/23
**add [1]** 113/6
**addenda [1]** 6/16

**addendums [1]** 6/14
**additional [5]**
25/8 25/8 25/15
25/17 25/18
**address [17]** 4/17
4/18 39/17 39/18
48/11 105/24
105/25 113/6 113/9
113/11 113/13
113/14 113/17
113/20 116/25
117/3 120/8
**addresses [1]**
117/4
**ADIR [1]** 12/14
**Adjourned [1]**
128/16
**administer [3]**
18/15 21/12 24/22
**administered [1]**
27/4
**administration [2]**
68/13 68/16
**admission [5]**
85/11 114/25
115/24 119/1
119/19
**admitted [4]** 2/11
45/3 85/15 119/20
**adolescents [1]**
32/15
**adopted [1]** 25/11
**adult [7]** 10/6
16/5 31/21 32/1
33/11 57/9 120/19
**adulthood [2]**
15/21 17/17
**adults [2]** 16/14
32/15
**advance [1]** 81/25
**Advanced [1]** 65/9
**advice [1]** 94/2

**advise [2]** 39/23
58/12 373
**affect [1]** 47/5
**affects [2]** 47/23
48/1
**affidavits [2]**
50/12 50/21
**afraid [1]** 29/4
**after [27]** 13/12
14/9 36/20 36/24
37/4 38/17 46/18
60/8 61/13 67/15
72/24 81/18 89/12
89/21 93/6 93/11
93/24 94/2 100/6
100/15 100/18
112/6 117/11
121/23 121/23
127/6 127/21
**after' [1]** 37/1
**AG [1]** 88/14
**again [16]** 10/24
12/1 13/3 13/19
13/21 32/22 36/16
38/15 41/11 41/19
49/17 58/8 78/24
87/19 87/20 108/23
**against [1]** 83/15
**age [20]** 17/21
18/20 23/21 25/22
26/1 26/7 26/10
26/11 27/9 27/13
27/15 32/11 60/2
60/8 63/11 65/6
69/15 69/16 69/22
70/1
**agencies [1]** 76/6
**agenda [1]** 87/4
**ages [2]** 36/1
98/21
**ago [4]** 14/7 43/22
47/8 121/2
**agree [8]** 22/3
29/15 38/6 44/21

46/2 47/24 48/7
49/12
**agreed [7]** 25/12
82/1 84/11 86/25
87/2 87/7 87/17
**agreement [2]**
58/25 128/5
**ahead [4]** 3/3 3/20
39/20 40/3
**aided [1]** 82/3
**air [11]** 67/4 67/6
71/21 71/25 72/7
72/16 106/20
107/11 107/12
107/14 107/17
**air-condition [1]**
107/17
**air-conditioning
[4]** 106/20 107/11
107/12 107/14
**albeit [1]** 52/15
**algorithm [1]**
94/18
**alienate [1]** 52/25
**all [88]** 3/25 4/22
9/6 10/23 13/13
13/16 14/13 14/22
15/21 15/23 17/17
19/16 22/3 22/8
24/13 25/9 36/1
38/22 39/11 40/2
41/6 42/21 44/13
46/19 47/18 48/9
48/22 49/1 51/21
53/24 54/4 54/11
54/12 54/21 55/6
55/12 55/23 56/11
58/7 62/3 63/10
64/17 65/13 68/24
73/5 73/16 74/17
74/25 80/14 83/9
85/20 86/17 87/15
89/3 89/12 92/13
94/1 95/20 101/7

all... [29]  102/1
102/15 104/21
104/25 106/12
106/25 107/18
108/4 110/1 110/15
110/23 110/25
111/19 114/5
114/11 116/8
116/16 116/21
122/7 122/12 124/1
124/12 125/4 125/8
126/3 126/24 127/4
127/22 128/8
Allan [12]  84/19
84/21 86/19 86/25
87/3 87/5 87/6
87/8 88/16 88/16
91/16 98/7
allow [14]  25/19
29/2 52/21 68/7
72/2 78/6 79/21
80/12 80/21 81/8
81/11 108/18
109/13 123/9
allowed [7]  43/11
43/13 74/23 74/25
82/1 82/6 89/9
allowing [1]  91/5
alluding [1]  32/6
almost [6]  14/23
14/24 29/6 29/16
29/25 49/5
alone [3]  6/24
6/24 112/3
already [11]  44/4
44/14 44/20 45/11
87/10 87/10 90/14
90/16 100/23
112/12 119/8
also [46]  6/5 9/3
13/4 16/24 18/17
25/2 31/24 32/4

53/2 53/9 62/14
63/5 64/7 65/8
65/22 68/10 69/19
71/7 71/13 71/15
72/15 72/15 72/18
73/18 76/4 80/2
80/10 80/20 80/24
80/25 92/16 95/21
97/1 104/14 105/13
105/15 105/18
106/20 106/21
106/21 107/3 113/7
126/2
altered [3]  45/25
49/11 49/13
although [2]  4/8
90/16
always [4]  42/12
42/13 64/6 102/22
am [6]  1/9 21/1
21/1 57/3 71/16
87/14
AMANDA [3]  1/20
3/15 39/14
amateur [1]  62/12
amazing [3]  101/16
102/3 102/24
amendments [1]
4/17
America [5]  62/14
80/2 80/25 94/21
129/1
American [8]  76/5
77/8 79/18 80/1
108/9 108/12
108/25 109/1
AMI [1]  2/6
among [1]  11/6
amongst [1]  32/13
amount [2]  17/13
124/25
analysis [1]  24/23
ANDRES [2]  1/19

Andresen [2]
101/11 102/6
ANDREW [2]  1/16
3/9
angry [1]  56/19
annual [1]  82/8
another [16]  11/18
12/14 12/21 20/4
22/5 28/2 28/6
30/9 37/4 37/8
41/17 57/13 61/2
103/24 105/4 114/1
answer [17]  8/17
8/25 14/5 24/11
28/5 32/19 33/8
33/13 33/17 34/2
53/15 59/4 66/10
78/7 78/8 80/23
94/5
answered [3]  18/4
36/10 37/16
answers [2]  13/20
14/10
anti [3]  63/23
76/10 79/18
anti-gaming [1]
79/18
anti-Napster [1]
76/10
anti-occupation [1]
63/23
anticipated [1]
75/22
Antonopoulos [1]
109/10
any [46]  4/17 4/18
13/10 14/3 17/6
17/7 17/25 17/25
17/25 18/12 24/19
24/20 25/7 40/11
44/19 51/21 52/5
55/2 55/9 55/15
55/15 63/20 67/15

**A**

**any... [23]** 69/6
73/13 82/20 83/24
85/13 91/24 91/25
92/8 96/5 96/6
97/7 98/24 98/25
98/25 100/13
107/20 110/24
111/23 113/18
120/4 120/18 122/5
128/5
**anybody [3]** 94/8
100/17 104/24
**anyone [8]** 55/17
65/20 73/8 92/22
95/19 96/25 110/15
113/3
**anything [11]** 14/3
44/7 45/1 47/10
48/11 78/14 81/25
82/11 92/25 93/1
128/1
**apart [3]** 83/4
126/6 127/21
**apologies [1]**
86/14
**appear [2]** 29/11
102/20
**appearances [2]**
1/12 3/6
**appears [2]** 22/19
40/13
**applicable [1]**
21/16
**application [2]**
4/11 118/3
**applied [1]** 65/10
**applies [1]** 47/16
**apply [4]** 16/12
16/14 21/22 41/13
**applying [1]** 47/15
**appreciate [1]** 4/4
**approached [1]**

**approaches [1]**
53/1
**appropriate [17]**
4/16 16/11 17/7
24/22 26/2 30/3
30/13 30/15 30/21
30/22 30/25 30/25
45/4 45/15 47/1
47/24 48/4
**approximately [14]**
74/18 90/22 91/9
93/2 93/12 94/9
95/7 95/12 96/22
97/10 105/5 108/5
108/7 108/11
**approximation [1]**
18/13
**April [7]** 90/25
91/9 92/22 93/12
93/24 95/13 96/24
**are [100]** 4/18 5/1
5/11 7/7 7/19 7/24
7/25 12/17 12/18
13/23 13/23 14/15
14/15 15/11 15/14
15/17 15/23 16/7
16/10 16/10 16/10
16/11 17/15 17/16
18/19 19/16 19/18
19/18 20/7 20/8
21/6 21/12 21/24
23/11 26/4 26/13
29/6 30/17 30/19
31/2 31/3 31/5
31/5 32/6 32/24
35/9 35/10 37/10
37/13 40/5 43/13
44/16 45/1 49/23
50/2 50/7 50/7
51/11 54/4 55/19
56/12 56/13 56/18
56/18 57/18 57/21
58/1 58/3 58/13

78/5 82/13 85/3
86/23 87/4 87/5
87/12 92/13 93/22
94/12 96/2 98/9
107/22 111/6
115/18 117/4
118/15 118/17
122/2 122/3 122/4
122/13 122/14
124/3 124/9 124/10
126/16 126/25
**area [6]** 30/17
43/14 111/21 113/4
115/23 127/3
**areas [5]** 18/23
29/7 58/1 68/11
80/13
**arguing [1]** 44/2
**argument [2]** 44/2
44/18
**around [8]** 32/11
43/20 44/22 62/13
70/9 97/12 97/23
109/19
**Arts [1]** 69/11
**as [91]** 1/3 3/22
4/2 4/7 4/10 4/10
4/13 4/13 5/2 7/21
7/21 8/20 9/4 10/7
12/13 12/13 12/25
14/2 14/3 21/17
21/18 24/21 25/4
26/9 31/1 31/2
34/14 35/16 36/19
40/12 40/12 41/7
41/11 43/15 44/4
47/25 50/10 50/17
52/23 55/24 55/25
55/25 56/15 56/15
56/20 57/10 59/3
61/15 62/17 63/6
64/9 64/22 67/3
67/25 71/3 71/7

**as... [35]** 76/1
77/17 79/17 81/12
81/24 85/2 86/20
89/8 89/17 89/24
90/2 90/6 91/3
93/24 96/7 97/4
97/7 98/9 101/23
101/24 102/14
103/15 104/18
105/20 107/22
112/10 112/15
112/23 114/21
116/8 118/18 119/8
119/11 121/11
125/21
**ascertain [1]**
29/10
**Asian [1]** 79/25
**ask [53]** 4/7 4/13
15/16 16/5 17/7
17/24 23/17 26/2
26/6 30/3 30/13
30/15 30/21 30/22
30/22 31/4 38/1
41/13 42/8 45/1
45/12 45/14 45/24
47/22 49/6 49/8
54/16 54/25 55/15
56/12 56/13 59/3
59/4 59/11 67/22
70/11 71/16 75/5
78/7 78/13 83/10
88/13 90/8 93/8
99/24 103/24 105/4
110/10 110/17
110/19 110/21
116/8 122/15
**asked [23]** 6/17
8/16 8/24 17/9
17/14 17/24 18/4
27/2 30/22 33/7
33/16 36/3 36/18

36/19 37/3 42/10
43/18 46/16 53/12
93/5 93/6 93/8
98/21
**asking [10]** 7/24
17/22 42/7 43/1
47/14 47/15 49/7
95/17 116/17
122/23
**ASM [1]** 70/19
**aspects [1]** 124/16
**Asperger's [1]**
65/1
**assembled [2]**
70/20 70/23
**assembly [2]** 69/18
70/22
**assess [1]** 54/8
**assessing [1]** 13/6
**assessment [6]**
11/18 11/21 20/16
21/17 30/24 31/15
**assessments [1]**
9/7
**assist [1]** 92/9
**associated [4]**
72/5 105/19 116/2
120/5
**assume [9]** 45/24
46/1 49/7 49/10
49/17 49/25 50/12
50/20 125/1
**assuming [1]** 17/5
**assumption [2]**
16/23 50/22
**assumptions [2]**
49/8 100/8
**asterisk [1]** 27/3
**attempting [2]**
77/25 110/1
**attended [1]** 65/24
**attendees [1]**
86/13
**attending [1]** 65/6

**attention [2]** 32/7
55/5
**attorneys [2]** 7/24
55/21
**attracts [1]** 84/3
**attributes [2]**
52/16 53/16
**audit [6]** 74/23
77/5 77/6 82/3
82/3 84/14
**August [8]** 83/8
85/10 87/10 87/18
89/21 90/21 90/25
92/1
**AusIndustry [1]**
93/16
**Aussie [3]** 73/1
73/3 73/10
**Australia [19]**
59/21 63/4 68/21
72/12 72/20 73/1
77/5 77/8 86/2
88/18 96/1 97/3
100/1 112/6 112/25
113/20 120/18
120/25 123/1
**Australia-wide [1]**
88/18
**Australian [24]**
46/9 64/2 64/20
67/4 67/6 67/11
71/21 71/25 72/7
73/12 73/13 73/17
75/4 76/4 76/5
76/8 80/10 108/9
108/10 108/23
110/15 122/17
125/1 126/15
**author [2]** 15/8
27/21
**authorized [1]**
113/6
**authors [2]** 15/9
15/18

**autism [39]** 11/1
11/7 21/25 23/11
29/4 29/6 30/16
30/19 32/13 34/11
35/9 37/10 45/21
46/3 47/5 47/20
48/1 48/1 49/12
49/15 49/19 50/3
50/5 50/25 51/3
52/4 52/6 52/10
52/16 52/22 52/24
53/19 55/25 56/14
56/17 56/22 57/6
57/15 57/21
**autistic [2]** 56/5
57/11
**automated [1]**
14/23
**available [1]**
112/7
**Avenue [2]** 1/24
129/18
**aware [3]** 15/12
15/17 44/10
**away [6]** 3/22
46/22 60/3 65/23
100/15 114/2

**B**

**b-money [2]** 98/13
98/14
**baby [3]** 16/6
21/22 21/23
**babyhood [3]** 15/21
16/1 17/17
**bachelor [3]** 65/10
66/13 68/8
**bachelor's [1]**
123/12
**back [46]** 5/1 6/19
8/22 24/2 24/3
24/5 29/19 29/20
36/1 38/14 41/2

41/14 41/15 47/2
47/3 48/19 54/25
55/12 63/24 64/5
66/22 69/8 69/18
71/2 74/15 81/13
83/9 90/12 90/21
93/15 93/18 93/20
94/7 97/12 97/18
98/9 100/2 100/20
100/22 102/22
112/9 116/9 125/19
127/12 127/25
128/12
**background [5]**
17/4 36/8 61/23
61/25 62/23
**backs [1]** 91/14
**bad [1]** 120/16
**Bagnoo [5]** 105/11
106/1 106/7 107/5
120/8
**ballpark [1]** 16/17
**bamboo [1]** 64/8
**bamboo-type [1]**
64/8
**banking [2]** 79/23
80/15
**basal [9]** 15/20
15/25 16/4 16/7
16/24 17/13 17/23
24/13 28/5
**based [8]** 11/9
31/19 52/3 69/11
70/14 73/20 73/25
90/20
**basically [17]**
15/25 35/14 50/9
62/6 62/21 64/1
70/3 76/3 87/9
91/4 93/25 95/4
98/20 109/4 111/15
114/23 125/25
**basics [1]** 11/20
**basis [2]** 32/16

**bathroom [1]** 39/16
**batteries [1]**
111/12
**battery [4]** 111/11
111/11 112/1 112/2
**BB [1]** 1/2
**BBC [1]** 70/4
**BBS [1]** 72/19
**BDO [26]** 77/4 77/4
79/7 81/25 82/1
82/3 82/10 82/13
83/3 84/10 84/13
84/16 84/18 85/3
85/4 85/5 86/4
88/12 88/17 91/12
91/18 97/3 110/14
112/5 121/13
121/15
**be [87]** 4/25 7/1
7/6 7/21 8/5 10/10
14/16 17/1 17/14
18/8 18/20 21/7
21/12 21/16 23/10
25/1 27/14 29/3
30/18 32/14 32/15
32/17 32/18 34/11
34/18 40/13 40/21
42/18 43/13 44/2
44/3 45/6 46/5
46/6 46/16 48/3
48/19 49/2 53/5
53/7 53/16 53/17
54/20 55/14 57/1
57/8 58/9 58/11
59/7 71/12 75/1
75/16 77/22 77/24
80/8 80/12 81/12
83/20 83/23 83/23
86/23 88/4 88/19
89/5 89/9 89/11
89/13 89/20 95/8
95/13 97/20 98/22
101/5 102/9 103/9

**be... [12]** 106/23 107/6 108/25 109/19 109/21 110/11 111/12 111/16 112/1 119/17 122/11 128/8
**BEACH [1]** 1/2
**Bear [5]** 101/2 101/3 101/4 103/14 103/15
**became [1]** 53/9
**because [53]** 6/2 7/25 8/21 10/10 11/5 12/5 16/11 16/18 17/3 17/4 17/7 17/12 21/5 22/10 24/6 25/4 26/7 26/16 26/21 27/9 28/23 30/16 31/14 32/15 36/3 37/12 38/12 38/21 42/8 42/18 47/25 50/6 50/6 57/4 57/23 64/19 65/23 71/16 71/21 78/9 81/11 82/15 92/13 93/18 97/23 99/4 102/2 107/17 110/12 115/18 119/18 121/22 127/8
**become [3]** 56/5 57/11 101/12
**becomes [1]** 87/13
**becoming [1]** 77/6
**been [32]** 4/2 6/8 6/18 8/4 9/3 21/9 21/14 38/22 40/6 42/23 42/24 43/17 45/2 58/12 63/21 67/3 78/1 80/16

81/19 83/14 89/12 90/25 94/25 98/13 98/21 106/11 108/11 112/9 114/13 115/21 119/11 127/10
**before [35]** 1/10 4/5 4/18 4/23 8/6 10/23 12/9 24/8 24/19 29/23 39/7 40/5 40/7 42/10 46/19 48/11 48/25 51/2 51/11 55/11 61/12 61/13 73/8 75/12 92/24 94/9 94/14 94/16 103/24 116/17 120/22 122/9 122/12 122/24 123/16
**beforehand [1]** 51/10
**began [1]** 8/21
**beginning [3]** 63/14 90/16 127/9
**begun [2]** 23/1 34/19
**behalf [4]** 2/5 3/9 54/2 78/14
**behaves [1]** 33/14
**behavior [5]** 23/2 26/20 26/22 27/23 28/24
**behaviors [4]** 18/18 18/19 20/5 21/6
**behind [2]** 90/7 115/16
**being [21]** 8/16 8/24 25/20 33/7 33/16 34/14 35/12 35/13 36/2 38/17 43/2 43/3 43/15 43/15 50/14 66/23 70/18 79/22 101/20

**belabor [1]** 21/21
**believe [11]** 5/22 6/8 6/17 28/12 34/11 37/15 44/16 70/17 74/18 112/12 125/13
**believes [1]** 44/14
**below [2]** 88/21 120/8
**Ben [2]** 117/10 117/20
**besides [2]** 60/23 62/23
**best [4]** 16/23 25/4 25/6 65/19
**BETH [1]** 1/10
**better [4]** 14/1 14/21 29/17 103/11
**between [13]** 73/17 82/17 86/21 92/21 98/3 104/3 109/13 109/17 109/24 111/3 111/24 115/12 123/5
**beyond [5]** 11/1 17/21 52/18 52/19 53/11
**bike [2]** 61/2 61/8
**binder [2]** 19/2 29/14
**birthday [2]** 118/4 118/19
**Biscayne [1]** 1/14
**bit [8]** 12/18 61/6 61/8 90/24 99/22 104/4 104/14 104/16
**Bitcoin [26]** 41/25 59/1 77/24 78/11 78/18 78/18 87/13 87/17 89/2 90/2 90/15 92/9 92/11 93/1 94/8 99/25

## B

Bitcoin... **[10]**
 100/10 102/7 102/9
 103/22 105/5
 105/10 106/9 125/3
 125/3 125/8
**bits [2]** 93/20
 93/22
**Blacknet [2]** 81/19
 93/17
**blank [3]** 59/12
 59/16 86/14
**block [4]** 12/21
 79/25 91/3 101/8
**blockchain [9]**
 90/15 92/12 92/20
 94/8 100/6 101/12
 103/2 105/10
 106/10
**blogs [2]** 102/20
 102/21
**BLOOM [1]** 1/10
**blow [1]** 28/1
**blow-up [1]** 28/1
**board [2]** 11/9
 109/8
**BOD [1]** 77/9
**BOIES [1]** 1/15
**book [1]** 38/13
**Boost [2]** 100/9
 100/14
**Borland [2]** 71/1
 71/2
**born [3]** 59/19
 59/20 104/1
**boss [1]** 84/18
**both [13]** 9/11
 11/10 12/13 12/20
 25/1 26/22 47/20
 64/1 71/13 80/8
 92/17 102/20 106/4
**botnets [1]** 83/15
**bottom [2]** 85/21

**bought [3]** 69/10
 127/7
**Boulevard [1]** 1/22
**box [1]** 88/22
**boy [2]** 76/12
 117/18
**breach [1]** 128/5
**break [5]** 48/4
 48/5 54/10 54/12
 104/24
**breaks [2]** 39/25
 99/4
**BRENNER [10]** 1/16
 2/6 3/9 5/5 40/15
 40/18 41/6 44/7
 47/22 48/19
**brief [2]** 54/8
 54/9
**briefly [3]** 11/19
 53/15 82/21
**bring [18]** 4/19
 4/22 6/23 7/10
 10/2 10/17 16/16
 19/1 20/9 23/17
 29/14 41/4 41/5
 42/4 48/11 54/9
 54/24 54/25
**bringing [1]** 55/4
**Brisbane [9]** 59/20
 65/8 104/1 104/5
 104/6 104/9 113/8
 120/18 120/24
**broad [1]** 73/20
**broad-based [1]**
 73/20
**broke [2]** 83/24
 127/19
**broken [1]** 73/16
**brokers [1]** 73/18
**bromance [1]**
 102/19
**brought [1]** 86/10
**build [6]** 57/18

 63/11 63/22
**building [6]** 63/7
 70/7 73/15 83/17
 84/12 101/25
**built [15]** 63/9
 70/3 70/4 70/10
 71/1 73/5 73/19
 73/21 74/21 74/23
 74/24 75/2 82/2
 90/19 118/18
**burnout [1]** 111/5
**Burnside [1]** 110/5
**burnt [1]** 111/19
**business [32]**
 38/18 41/16 41/20
 42/15 42/16 58/25
 72/5 74/4 74/6
 74/6 74/9 74/12
 74/19 86/9 103/21
 104/15 120/5 122/3
 122/5 122/11 124/7
 124/16 124/20
 125/16 125/21
 125/24 126/1 126/8
 126/10 126/15
 126/17 126/25
**businesses [2]**
 72/13 79/12
**buy [2]** 71/5 81/6
**buying [3]** 71/6
 72/14 127/9

## C

**call [9]** 3/1 3/3
 32/7 48/18 53/9
 61/17 62/25 69/12
 75/13
**called [23]** 11/2
 11/6 11/23 12/14
 15/20 57/8 69/9
 70/16 74/9 76/2
 81/19 86/1 93/17
 93/18 95/1 95/21

**called... [7]**
98/13 99/8 102/19
104/7 104/8 112/4
127/22
**calling [2]** 3/4
42/14
**calls [4]** 34/1
41/16 58/5 108/16
**came [4]** 29/24
64/5 116/3 121/22
**can [62]** 4/16 5/14
6/23 10/10 13/3
13/6 13/7 13/7
13/8 13/10 23/23
24/15 24/17 29/14
32/9 33/24 34/18
39/9 39/10 39/17
40/19 41/1 41/4
41/5 42/18 47/5
51/9 52/16 53/5
53/16 56/21 57/8
57/17 59/24 64/14
64/15 65/15 66/8
66/8 69/25 70/12
75/4 77/22 78/7
78/13 82/22 85/2
89/22 90/9 108/2
109/17 113/13
113/14 116/9 117/9
118/6 119/13
119/23 124/14
125/15 125/19
126/24
**can't [2]** 33/14
75/18
**Canberra [1]** 96/1
**cancer [1]** 66/19
**capability [1]**
109/25
**capacity [4]** 7/22
8/2 8/20 18/21
**capital [2]** 124/25

**car [1]** 122/13
**care [1]** 110/25
**careful [2]** 40/6
43/19
**caregiver [1]** 28/3
**caregiver's [1]**
21/23
**Carnegie [1]** 57/22
**Carol [1]** 83/1
**carries [1]** 52/10
**cars [1]** 106/19
**case [26]** 1/2 3/3
3/4 5/20 6/11 8/18
9/22 11/21 18/1
18/2 21/11 27/21
27/25 40/6 41/14
43/2 43/10 43/16
44/17 47/15 53/6
53/19 56/25 76/10
77/22 77/23
**cases [17]** 5/24
6/6 6/9 6/18 6/20
6/25 7/2 7/2 7/4
7/11 7/14 7/16
7/19 7/22 8/22
8/23 115/21
**casino [6]** 74/22
74/22 80/16 81/3
81/6 81/10
**casinos [2]** 80/20
80/24
**category [2]** 44/12
46/12
**catholic [1]** 65/24
**cause [7]** 45/22
46/3 49/13 49/20
50/3 50/25 66/10
**ceiling [4]** 15/20
16/5 16/7 16/25
**Celine [2]** 15/7
15/9
**center [1]** 48/19
**centigrade [1]**

**central [3]** 77/21
77/22 106/6
**centralized [1]**
89/8
**certain [12]** 16/3
16/13 17/15 17/20
43/10 46/17 46/18
48/1 49/7 49/8
78/23 102/20
**certainly [9]** 4/8
4/14 4/16 34/3
34/5 39/25 43/17
45/3 76/21
**Certificate [1]**
2/2
**Certified [1]**
129/5
**certify [2]** 129/7
129/12
**cetera [5]** 70/19
70/22 115/17 126/6
127/4
**challenge [1]**
29/12
**chance [1]** 75/5
**change [4]** 91/4
98/2 98/2 113/5
**changed [3]** 27/14
86/3 111/12
**changes [3]** 29/23
112/1 113/18
**changing [2]** 34/9
111/25
**charge [2]** 4/8
88/17
**charity [1]** 110/6
**Charles [3]** 68/17
68/18 75/18
**Check [1]** 107/24
**checking [1]** 52/2
**Chermside [1]**
59/20
**child [3]** 16/13

child... [2]   36/19
  62/18
childhood [1]   21/7
children [12]
  16/12 19/20 25/22
  26/1 26/7 27/9
  27/15 30/10 30/11
  32/14 56/20 117/11
Chinese [1]   65/17
chip [1]   80/7
chips [1]   80/11
choices [1]   24/21
chosen [1]   91/1
churches [3]
  105/18 105/19
  111/3
Cicchetti [1]
  15/19
circumscribed [4]
  40/10 43/4 52/25
  57/19
Cisco [2]   107/23
  107/25
Civil [1]   3/4
claim [2]   77/23
  77/23
claimed [1]   125/5
claiming [1]
  122/16
clarifications [1]
  25/15
classic [1]   47/17
clean [1]   111/8
clear [3]   7/21
  32/12 45/6
clerk [1]   4/7
client [4]   3/11
  34/19 35/1 87/25
clients [2]   73/6
  79/24
clinical [5]   26/5
  27/11 27/20 31/3

clinician [9]   9/4
  14/17 25/6 26/9
  27/12 27/20 30/15
  31/1 31/2
clinicians [2]
  17/12 29/10
close [4]   60/25
  62/5 70/18 127/2
closed [1]   77/1
closer [1]   61/6
closing [3]   44/2
  82/19 127/5
CLR [1]   129/17
club [1]   70/3
coalesce [1]   84/6
coast [1]   106/6
COBOL [1]   69/19
code [23]   70/19
  87/10 87/11 87/15
  87/17 89/21 90/17
  90/18 92/10 92/11
  92/19 92/23 94/8
  94/15 94/15 94/17
  98/12 100/6 100/7
  100/18 101/8
  101/18 102/5
coded [1]   70/10
coder [1]   100/12
codeveloper [1]
  103/10
coding [24]   69/6
  69/14 69/22 70/1
  70/6 70/12 71/8
  72/11 72/15 72/25
  73/2 73/13 74/7
  87/10 90/7 90/13
  90/15 90/22 90/24
  92/9 93/1 93/9
  93/10 93/11
cognitive [2]
  18/20 23/12
coinventor [2]
  103/2 103/10

collection [1]
  38/13
college [4]   64/23
  64/24 65/6 65/8
column [2]   88/14
  127/1
com [1]   118/14
combination [2]
  69/18 69/22
come [16]   25/5
  36/20 36/24 38/17
  39/12 47/2 48/9
  51/7 63/24 77/19
  83/9 83/12 90/21
  100/14 109/8 110/3
comes [3]   9/21
  31/16 97/24
comfort [1]   104/24
comfortable [2]
  25/19 58/13
coming [2]   37/3
  59/24
commendation [1]
  123/24
commensurate [1]
  23/10
comment [3]   37/20
  43/2 96/6
comments [11]
  96/15 97/7 97/11
  97/17 98/10 98/17
  98/17 98/23 101/21
  101/24 103/16
commercial [1]
  123/20
commit [1]   49/15
Commodore [1]
  71/13
comms [1]   106/15
communicate [2]
  56/24 62/13
communicating [1]
  57/5

communication [11]
18/24 19/19 19/23
19/24 32/6 33/23
40/14 44/15 44/19
45/10 106/21
communications [3]
62/15 62/25 123/22
communicatively [1]
56/23
community [7]   20/1
20/9 20/12 20/12
20/14 20/15 20/16
companies [7]   63/4
82/5 113/6 125/3
126/2 127/12
127/13
company [22]   41/24
41/24 41/25 69/9
73/25 74/15 75/24
75/25 76/2 82/7
82/7 83/24 85/4
86/1 86/11 86/12
88/11 112/6 125/2
125/10 127/8
127/10
comparing [1]   14/4
comparison [1]
10/11
compatible [1]
11/7
competing [1]
109/11
competition [2]
65/18 109/13
compiler [1]
100/13
compilers [1]
70/22
complete [7]   9/20
16/3 16/8 17/15
17/20 24/10 129/10
completed [5]   10/7

13/15 44/5 66/3
99/14 99/14
completing [1]
16/6
complex [2]   96/9
97/9
computer [29]   9/17
9/17 9/22 9/23
13/21 14/10 14/11
14/20 31/19 62/8
63/9 63/11 66/13
68/11 69/6 70/2
72/6 72/13 74/7
78/19 82/3 88/11
88/17 102/21
106/15 107/10
122/21 125/21
127/7
computer-aided [1]
82/3
computer-related
[1]   72/6
computerized [1]
19/10
computers [31]
63/8 69/15 70/3
72/14 105/7 105/9
105/12 105/14
105/20 106/3 106/9
106/12 106/23
107/5 107/13
107/20 107/20
108/3 108/8 109/3
109/11 109/13
109/18 109/20
109/20 109/23
110/5 110/23
111/20 111/22
122/8
concept [4]   17/25
28/23 81/19 89/8
conclude [1]   53/15
concluded [1]
51/20

conclusion [1]
47/13
condition [3]   29/9
52/9 107/17
conditioning [4]
106/20 107/11
107/12 107/14
conduct [1]   25/5
conducted [2]
11/23 24/24
conference [2]   4/9
99/18
congratulated [1]
57/2
connected [1]
73/18
connection [2]
6/10 43/8
connections [5]
63/3 73/17 79/23
105/21 107/1
consecutively [1]
17/20
considerably [1]
6/3
considered [1]
36/5
considering [1]
95/8
consistently [6]
22/15 22/16 22/18
22/20 22/21 28/25
consists [1]   33/23
constantly [1]
42/14
consultant [1]
79/17
consultation [1]
24/25
contains [1]
129/12
content [1]   13/16
contention [1]
78/17

G

**context [11]** 11/2
30/16 31/3 37/22
43/23 47/6 50/6
50/9 51/4 51/6
90/23

**continue [10]** 5/5
48/5 49/3 62/22
66/4 73/9 75/25
79/16 89/24 128/9

**continued [6]** 2/6
5/7 68/9 68/12
77/6 94/2

**contract [6]** 69/9
72/15 72/17 82/1
89/13 95/25

**contracting [1]**
73/25

**contradict [2]**
46/7 50/22

**contradicted [1]**
50/2

**contradictory [1]**
46/8

**contrived [1]**
38/21

**control [1]** 75/3

**controlled [3]**
70/21 89/9 101/19

**controllers [3]**
105/15 105/16
107/7

**conversation [3]**
12/6 12/9 12/22

**convinced [1]**
102/17

**convoluted [1]**
96/9

**coping [1]** 20/3

**copper [1]** 107/2

**copy [7]** 8/10 8/11
16/18 95/21 98/8
98/8 98/9

**corral [1]** 1/22

**corporate [2]** 73/4
84/13

**correct [56]** 5/25
6/9 7/5 8/2 9/25
10/12 11/11 11/21
11/22 11/24 12/1
12/2 12/7 12/8
12/15 13/22 14/25
15/6 15/10 16/15
18/15 19/12 19/13
19/17 20/22 20/23
21/19 22/1 22/9
22/12 22/24 23/5
25/12 30/2 31/22
31/23 32/2 32/3
32/5 33/12 35/21
36/5 37/7 37/24
45/21 49/14 49/20
49/22 49/23 50/4
51/1 81/4 117/6
124/19 125/22
129/10

**correctly [3]**
33/25 65/7 75/24

**corroborated [1]**
13/17

**cost [6]** 108/3
108/5 108/7 108/20
108/20 127/2

**costs [1]** 127/5

**could [51]** 7/1
7/10 7/17 8/5 10/2
10/17 11/14 13/5
14/4 23/17 24/7
25/5 32/21 36/7
46/13 46/15 46/16
46/16 46/18 46/19
46/20 46/21 48/17
51/10 51/11 53/15
54/9 59/25 61/6
75/1 79/11 80/11
80/11 81/10 83/20
84/23 85/17 85/22

85/22 87/19 91/15
112/1 112/11
112/15 114/16
116/12 116/13
118/20 121/1 121/5
125/17

**couldn't [4]** 64/25
78/17 92/10 109/6

**counsel [10]** 3/6
3/7 32/25 43/11
58/17 59/15 84/23
114/4 114/13
114/17

**count [1]** 20/24

**counted [1]** 15/13

**countries [2]** 80/1
80/13

**country [3]** 26/18
81/11 81/13

**couple [8]** 20/6
69/19 82/17 95/22
98/11 99/5 104/13
122/21

**course [3]** 53/6
84/24 114/8

**court [22]** 1/1
1/23 1/24 3/1 4/3
4/4 4/6 4/12 6/3
7/24 41/4 43/4
46/9 46/9 58/17
59/13 84/24 114/13
114/17 114/21
129/6 129/9

**Court's [2]** 47/3
55/4

**courtroom [2]**
47/20 117/12

**Courts [1]** 50/21

**cousin [2]** 95/21
110/21

**covered [2]** 45/19
122/23

**COVID [1]** 6/2

**coworkers [1]**

coworkers... [1]
110/14
CP [2]   71/3 71/13
CP/M [2]   71/3
71/13
crack [1]   3/16
craig [18]   1/7 2/8
3/5 3/15 3/17 9/12
58/5 58/10 116/19
116/19 116/21
116/24 117/10
117/16 126/1
126/12 126/13
126/16
crash [1]   111/5
crate [1]   64/1
create [1]   17/20
created [4]   115/17
118/2 118/25 119/7
creating [1]
107/18
credentials [1]
77/25
credibility [2]
40/8 40/17
credible [1]   42/7
credits [2]   81/20
93/19
crisis [3]   91/15
91/20 91/21
criteria [3]   14/15
14/15 14/18
critical [1]   26/16
cross [6]   2/6 5/7
47/17 48/3 52/18
128/10
cross-examination
[4]   2/6 5/7 47/17
128/10
CRR [1]   129/17
crypto [2]   81/20
93/19

cryptographic [1]
94/17   373
CSR [1]   129/17
current [2]   86/3
124/25
cut [2]   96/17
97/18
cutoff [1]   10/24
cv [1]   1/2

D
D-O-C [1]   88/7
D426 [1]   118/15
D427 [2]   118/20
118/22
Dai [11]   94/16
94/22 94/23 98/6
98/8 98/12 100/3
101/7 101/8 102/6
103/5
daily [3]   18/24
19/19 19/25
data [3]   21/2 99/8
99/21
database [3]   71/22
75/13 125/3
databases [1]   73/5
date [8]   85/9
87/16 92/24 93/19
119/7 121/9 121/14
121/22
dating [1]   118/1
Daubert [4]   41/10
42/9 43/8 43/16
Dave [14]   41/16
41/23 42/14 42/16
43/22 98/8 101/9
102/18 102/22
102/23 102/24
102/25 127/21
127/25
Dave's [1]   102/16
David [21]   1/4
59/1 92/5 92/8

92/25 94/7 96/12
97/5 98/17 99/8
99/20 102/6 102/11
103/2 103/21
110/17 127/14
127/16 128/1 128/3
128/5
day [11]   1/9 32/4
32/4 33/15 33/15
107/18 120/16
120/17 121/17
129/9 129/15
days [3]   71/3 73/7
121/1
de [1]   1/22
deadline [1]   87/9
deadlines [2]   87/2
87/2
deal [1]   42/18
dealing [2]   15/25
80/25
dealings [1]   113/3
death [3]   127/14
127/16 127/18
debugging [7]   93/1
100/7 100/17
100/19 101/7 101/9
101/15
decades [1]   52/3
deceitful [1]
43/15
deceive [3]   43/11
44/23 44/23
December [5]   91/19
100/24 117/25
117/25 121/16
decided [2]   73/24
91/2
DECK [1]   63/5
Deckers [1]   63/5
declaration [2]
46/17 124/14
declarations [4]
46/7 46/8 46/9

**declarations... [1]**
50/1
**decorative [1]**
64/8
**deductions [3]**
122/2 122/3 122/15
**deemed [1]** 24/22
**Defendant [4]** 1/8
1/19 2/5 58/10
**Defendant's [15]**
2/11 4/5 54/6 58/4
84/24 85/12 85/16
85/17 114/16
114/20 115/1
115/25 118/6 119/2
119/2
**Defense [3]** 1/4
58/5 125/25
**deficits [1]** 32/14
**Define [1]** 37/1
**defined [2]** 14/16
36/24
**defines [1]** 32/12
**defining [1]** 52/4
**Definitely [1]**
111/1
**definition [3]**
23/11 29/6 38/11
**definitions [1]**
38/12
**defraud [1]** 128/3
**degree [26]** 65/9
66/4 66/9 66/12
66/17 66/24 68/5
68/12 68/15 73/22
75/9 75/12 75/17
90/1 115/20 122/19
122/25 122/25
123/1 123/2 123/4
123/7 123/13
123/16 123/17
123/23

**degrees [7]** 66/4
66/18 66/21 75/10
107/16 115/22
122/18
**delayed [1]** 30/18
**delete [1]** 98/1
**delineates [1]**
26/23
**demands [1]** 29/2
**demonstrates [1]**
115/16
**DeMorgan [7]** 74/10
74/11 74/11 74/13
74/16 74/19 75/24
**denying [1]** 4/5
**department [1]**
125/6
**depending [1]**
23/22
**depends [3]** 48/22
108/1 120/16
**deposed [2]** 8/4
9/3
**deposing [2]** 37/15
38/2
**deposition [6]** 8/1
8/17 8/19 33/8
45/2 45/20
**depositions [1]**
7/23
**derivatives [1]**
70/24
**derives [1]** 70/15
**describe [4]** 34/14
64/14 66/8 66/8
**described [4]**
18/25 69/23 75/9
112/23
**describes [1]**
125/21
**describing [3]**
33/22 81/17 87/8
**description [1]**
95/5

**design [2]** 75/12
125/21
**designs [1]** 70/4
**desktop [1]** 105/12
**detail [3]** 13/21
18/25 98/24
**details [5]** 50/8
118/12 118/23
124/9 127/12
**detect [1]** 82/4
**detected [1]** 75/1
**detection [1]** 82/6
**determination [1]**
115/19
**determine [2]**
46/23 105/3
**determined [1]**
115/12
**develop [4]** 52/23
76/9 78/11 80/4
**developed [8]**
41/20 73/7 76/7
82/3 82/4 93/21
115/20 125/4
**developing [3]**
23/9 32/17 82/10
**development [1]**
93/16
**developmentally [1]**
17/16
**DEVIN [1]** 1/13
**diagnosed [4]**
55/25 56/14 64/22
66/19
**diagnosis [4]** 11/7
45/21 45/22 52/6
**dictionary [3]**
38/11 38/12 38/13
**did [168]**
**didn't [29]** 17/24
23/15 24/6 24/16
30/21 31/4 42/3
61/4 66/24 69/20
78/18 79/8 80/23

# D

directly [8] 9/21
39/7 40/16 43/1
47/25 50/22 78/10
119/4
**director [2]** 77/6
102/13
**disabilities [3]**
21/10 32/18 58/1
**disability [4]**
26/14 30/17 43/14
51/8
**disagree [1]** 46/2
**discarded [2]**
13/14 13/18
**discrepancies [3]**
32/7 32/13 33/21
**discrete [1]** 65/10
**discuss [3]** 4/14
39/7 102/14
**discussed [5]**
25/13 50/15 51/16
98/11 98/14
**discussing [1]**
25/7
**discussion [6]**
25/8 39/19 56/10
78/25 84/15 87/6
**disorder [3]** 11/2
11/7 64/22
**disputing [1]**
78/19
**distance [1]** 66/23
**distributed [2]**
83/22 89/11
**distribution [1]**
89/12
**DISTRICT [7]** 1/1
1/1 1/10 1/24
129/3 129/6 129/7
**dive [1]** 39/8
**dividend [1]**
122/15
**divinity [1]** 68/8
**division [3]** 1/2

**didn't... [16]**
81/22 83/17 84/5
91/1 91/3 91/4
98/1 100/10 100/13
102/14 103/8
106/18 107/17
109/6 110/12 112/8
**died [1]** 64/7
**differences [1]**
98/1
**different [27]**
7/25 12/19 25/25
28/21 28/21 28/23
33/22 43/18 50/21
63/4 63/8 64/3
71/4 74/10 74/14
78/8 78/13 79/9
80/8 80/11 80/12
82/10 97/23 97/25
99/7 100/12 111/24
**differently [1]**
50/5
**difficult [2]**
92/13 112/2
**difficulties [2]**
110/24 111/2
**difficulty [9]**
52/10 56/22 64/21
71/17 91/4 109/5
109/10 109/18
109/19
**digital [2]** 92/16
115/20
**dinner [1]** 42/2
**direct [9]** 2/8
40/8 40/10 42/3
42/23 44/5 47/9
58/21 70/19
**directions [1]**
16/7
**directives [1]**
17/19

**divorced [2]** 60/1
83/5
**DNS [1]** 107/7
**do [133]**
**do-over [1]** 44/4
**doc [3]** 88/2 88/2
88/4
**docketed [1]** 4/6
**doctor [2]** 3/25
27/18
**doctorate [2]** 68/9
123/12
**document [17]** 21/9
26/5 32/17 41/22
85/7 86/4 86/5
87/20 90/10 95/5
112/22 114/8
114/20 114/22
115/13 116/17
121/5
**documentation [1]**
93/25
**documented [1]**
89/20
**documenting [1]**
89/17
**documents [11]**
41/15 44/17 46/1
46/6 49/11 49/13
49/16 49/18 49/20
85/3 112/23
**does [34]** 6/25
10/4 12/3 16/16
16/22 18/21 20/20
22/14 22/15 25/21
26/9 27/13 28/6
28/18 28/20 29/1
30/1 31/9 31/9
38/1 38/3 38/3
55/24 56/14 57/14
87/23 88/14 89/3
89/7 89/16 89/23
95/25 104/1 122/13

**doesn't [7]**  20/19
32/10 37/22 43/24
45/14 46/2 86/23
**doing [30]**  16/12
25/6 46/23 50/10
64/25 66/12 71/10
72/6 72/19 73/9
74/1 79/3 81/24
82/11 82/13 82/20
83/14 87/25 90/1
101/24 104/23
111/10 112/1 122/5
122/6 122/6 122/18
122/20 126/17
127/5
**dollar [3]**  80/9
80/9 80/10
**dollars [5]**  108/9
108/9 108/12
108/25 125/1
**domain [16]**  19/21
20/13 20/24 23/22
32/7 33/23 105/16
107/6 116/22 117/5
117/6 117/7 118/2
118/13 118/18
119/7
**domains [12]**  18/19
19/15 19/16 19/18
19/21 21/7 23/13
25/18 32/8 33/22
33/23 118/14
**domestic [1]**  19/25
**Don [13]**  15/19
72/3 93/6 94/2
95/20 96/2 96/2
96/5 96/11 97/15
98/7 103/17 110/19
**don't [35]**  3/22
6/8 6/21 7/1 8/3
11/8 15/15 16/5
17/21 18/13 18/14

44/16 50/6 51/7
53/2 54/15 54/25
62/19 66/9 71/10
78/3 78/21 93/5
101/5 107/16 116/3
119/17 120/20
120/22 122/7 122/7
122/23
**done [19]**  10/1
10/23 12/16 12/17
12/20 26/11 26/12
38/19 42/22 48/19
70/16 80/24 80/24
89/13 91/5 91/9
93/24 111/19
121/11
**door [3]**  40/16
43/25 70/8
**Dorian [1]**  3/11
**double [1]**  106/19
**down [20]**  6/3
11/14 24/13 24/15
24/17 55/19 62/21
70/22 71/16 71/18
82/19 83/18 84/2
86/25 96/17 104/9
104/14 104/16
126/20 127/19
**download [1]**
101/18
**DR [98]**  2/6 9/13
10/4 10/24 11/9
12/12 15/19 15/19
16/21 18/1 18/2
18/3 20/22 21/17
25/22 26/6 27/8
27/14 28/2 28/7
29/25 30/14 31/17
31/19 31/20 33/9
34/14 35/18 36/18
37/5 37/7 38/2
38/4 38/20 40/14
41/11 41/15 41/19

43/6 43/9 43/21
44/14 45/22 45/25
46/16 46/17 46/21
47/3 47/19 48/9
49/11 49/13 49/18
50/1 50/11 50/21
52/6 53/6 53/23
53/24 53/25 55/1
56/25 57/3 57/8
58/7 58/12 58/23
58/25 59/12 59/19
67/20 67/25 71/16
72/24 75/5 77/23
78/17 80/23 87/12
88/6 105/3 112/19
113/14 114/8
114/12 115/9 116/4
116/16 119/4 120/7
125/15 125/15
126/7 127/14
**Dr. [70]**  3/5 3/15
3/17 3/23 5/2 5/3
5/9 8/16 11/21
11/23 12/3 13/3
13/20 14/9 15/9
16/21 16/22 17/6
18/7 19/2 21/15
22/1 22/8 23/15
23/15 24/21 25/16
25/25 26/5 28/8
30/21 31/9 33/7
34/9 35/17 39/5
39/8 40/7 40/19
40/20 42/3 43/1
43/2 43/6 43/18
43/21 44/5 44/13
44/20 45/13 46/25
47/1 47/12 48/18
49/5 51/19 51/25
52/3 52/8 53/15
54/17 54/18 54/25
55/8 55/16 55/17
56/14 58/3 58/5

**Dr.... [1]** 112/20
**Dr. Celine [1]**
15/9
**Dr. Craig [4]** 3/5
3/15 3/17 58/5
**Dr. Edman's [1]**
47/1
**Dr. Klin [39]** 3/23
5/2 5/3 5/9 8/16
25/25 30/21 33/7
34/9 39/5 39/8
40/7 40/19 40/20
42/3 43/1 43/2
43/6 43/18 43/21
44/5 44/13 45/13
46/25 48/18 49/5
51/19 51/25 52/3
52/8 53/15 54/17
54/18 54/25 55/8
55/16 55/17 56/14
58/3
**Dr. Klin's [3]**
19/2 44/20 47/12
**Dr. Matthew [1]**
112/20
**Dr. Saulnier [18]**
11/21 11/23 12/3
13/3 13/20 14/9
16/21 16/22 17/6
18/7 21/15 22/1
22/8 23/15 24/21
25/16 26/5 28/8
**Dr. Wright [3]**
23/15 31/9 35/17
**draft [1]** 95/6
**dream [1]** 102/16
**drew [1]** 44/24
**drive [5]** 34/20
34/20 104/4 120/13
120/24
**driving [2]** 34/23
111/24

**drop [2]** 61/12
66/20 373
**dropped [1]** 102/12
**drought [1]** 126/4
**dumb [1]** 63/3
**during [9]** 59/8
63/22 67/4 68/10
68/24 69/6 75/8
112/19 114/8
**dust [2]** 111/4
111/4
**dust-free [1]**
111/4
**dynamic [1]** 100/10

**E**

**each [13]** 3/19
4/25 9/13 11/8
18/18 19/14 19/21
22/11 23/22 39/23
47/4 50/22 105/21
**earlier [5]** 50/15
52/8 90/17 90/24
121/15
**early [14]** 21/6
63/2 69/11 70/15
71/2 71/3 71/3
71/12 72/19 72/19
73/7 81/20 91/21
120/20
**earned [1]** 125/10
**easier [1]** 59/9
**easily [2]** 55/25
56/15
**eCash [5]** 81/21
83/22 89/6 89/8
89/11
**ECDSA [1]** 94/18
**economics [1]**
122/21
**editing [1]** 99/22
**edits [1]** 99/1
**Edman [1]** 112/20
**Edman's [1]** 47/1

**educate [1]** 47/19
**educates [1]** 47/25
**education [4]**
64/14 65/9 122/14
122/16
**Edwin [1]** 65/21
**effect [3]** 9/5
37/16 47/19
**effectively [6]**
70/25 80/2 80/7
80/11 87/25 125/7
**effort [1]** 111/23
**efforts [1]** 44/22
**eight [5]** 20/25
64/17 69/16 69/22
70/1
**either [5]** 9/21
50/3 50/25 79/24
102/4
**electrical [1]**
66/12
**electricity [2]**
108/7 108/21
**electronic [8]**
62/15 63/6 63/8
63/11 69/10 70/6
80/7 119/14
**electronically [1]**
119/15
**electronics [2]**
62/7 63/6
**Eleven [1]** 63/12
**Elevens [1]** 80/13
**elicit [1]** 30/17
**eligibility [2]**
26/18 26/19
**eliminate [1]**
40/11
**else [6]** 10/15
40/14 65/20 73/8
96/6 99/10
**email [9]** 35/17
102/22 115/16
116/25 117/2 117/3

email... **[3]** 117/4
117/7 127/17
**emailed [2]** 92/7
100/21
**emails [1]** 46/18
**emotion [3]** 55/25
56/15 56/21
**emotional [2]** 57/7
102/12
**emotions [2]** 56/17
56/22
**employed [1]** 85/6
**employees [1]**
75/24
**employment [2]**
76/1 121/9
**enable [2]** 82/18
88/1
**end [13]** 22/6
39/19 43/20 44/22
45/6 47/1 48/3
56/10 63/14 64/3
78/25 107/4 109/12
**ended [4]** 64/19
65/8 72/17 77/5
**engaged [2]** 101/23
103/15
**engaging [1]** 8/21
**engineer [1]** 63/6
**engineering [3]**
66/13 66/25 70/7
**enhanced [1]** 53/5
**enormous [1]** 32/13
**enough [3]** 19/11
79/8 91/14
**ensure [2]** 13/10
75/1
**enter [1]** 14/22
**entered [1]** 4/4
**entire [2]** 13/15
43/16
**entities [1]** 126/5

**entitled [1]** 42/13
**entries [3]** 88/13
125/16 126/25
**entry [6]** 87/23
88/9 88/10 88/20
89/3 89/15
**environment [1]**
111/4
**equipment [9]** 70/8
88/12 107/4 107/23
107/25 108/5 127/4
127/7 127/13
**equivalent [1]**
109/19
**errors [1]** 100/20
**ESQ [10]** 1/13 1/13
1/16 1/16 1/17
1/19 1/20 1/20
1/21 1/21
**essence [1]** 27/19
**essentially [2]**
46/22 47/2
**establish [5]**
24/13 28/5 77/25
78/1 78/2
**established [1]**
17/23
**establishing [2]**
52/10 78/11
**Estate [5]** 1/4
76/3 76/3 76/13
77/1
**Estates [1]** 76/25
**estimate [6]** 5/18
8/21 17/6 17/25
18/12 25/6
**estimation [1]**
8/22
**eSvn [1]** 101/17
**et [5]** 70/19 70/22
115/17 126/5 127/4
**etymological [1]**
35/24
**evaluating [1]**

**evaluation [3]**
13/25 25/4 25/7
**even [11]** 23/23
28/20 33/21 35/14
42/9 45/21 80/9
81/10 109/6 109/6
111/16
**eventually [1]**
74/15
**ever [1]** 92/25
**Everton [1]** 64/17
**every [5]** 11/9
24/24 47/4 65/23
74/24
**everybody [1]**
50/10
**everyday [6]** 14/13
18/22 18/22 28/25
29/2 31/20
**everyone [13]** 3/2
3/9 3/20 40/3 62/7
96/11 100/4 103/1
104/23 110/2
110/11 110/16
110/16
**everything [1]**
53/10
**evidence [25]** 39/2
39/5 40/5 43/2
43/5 43/5 43/25
45/3 45/23 45/25
46/20 46/24 47/4
49/10 50/1 50/11
50/14 50/20 51/15
85/15 85/16 112/12
116/13 119/20
119/21
**EX [1]** 2/11
**exact [1]** 120/22
**exactly [11]** 17/1
17/22 17/24 18/8
18/11 18/12 21/15
45/10 46/11 93/6

**E**

**exactly... [1]**
120/20
**examination [14]**
2/6 2/7 2/8 5/7
40/10 42/11 42/23
44/5 47/17 51/20
51/23 58/21 59/8
128/10
**example [12]** 5/19
21/21 22/5 35/8
35/12 35/13 35/16
36/16 38/17 45/24
56/25 58/2
**examples [6]** 14/12
18/23 20/6 25/18
38/23 38/23
**except [2]** 18/20
51/2
**exchange [11]**
65/18 73/12 73/13
73/19 73/21 73/23
73/23 74/1 74/4
75/4 104/18
**exchanges [1]**
73/18
**exciting [1]** 98/20
**excuse [6]** 9/12
23/15 31/25 40/19
41/24 127/5
**excused [4]** 53/25
54/4 54/5 58/3
**exhibit [15]** 38/25
41/1 41/17 45/3
45/15 51/16 85/16
85/18 104/20 105/3
114/6 114/14
119/12 119/13
119/21
**exhibits [1]** 41/18
**expect [4]** 18/19
23/9 32/16 52/16
**expenditures [1]**

**expenses [7]** 122/4
122/14 122/14
122/16 125/8
126/25 127/1
**experience [4]**
7/21 17/4 78/9
115/19
**experiences [2]**
33/15 36/19
**experiment [1]**
92/17
**expert [13]** 5/16
6/11 27/11 27/20
29/10 46/21 46/25
47/14 47/24 49/17
52/19 78/20 108/16
**explain [12]** 34/2
41/10 42/4 45/20
46/22 47/5 62/10
69/25 70/12 85/20
109/17 126/24
**explained [1]** 37/2
**explaining [1]**
117/1
**expound [1]** 36/7
**express [1]** 56/17
**expresses [1]** 33/9
**expressing [1]**
56/22
**expressions [1]**
57/7
**expressive [2]**
19/16 19/24
**expressly [1]**
40/10
**extend [2]** 7/3
82/16
**extended [1]** 7/2
**extent [1]** 48/1
**extra [3]** 8/10
8/11 84/11
**extreme [4]** 29/7
32/14 57/8 58/1

**extremely [1]**
34/15

**F**

**F-111s [1]** 71/23
**fabrication [1]**
77/24
**face [1]** 28/3
**faced [1]** 46/12
**faces [1]** 56/23
**fact [9]** 17/3 17/5
25/13 43/11 43/24
44/16 46/3 57/1
102/23
**factors [1]** 91/8
**facts [4]** 35/14
41/14 47/15 47/16
**Fahrenheit [1]**
107/17
**fail [2]** 98/16
107/13
**failing [1]** 32/14
**failings [1]** 81/23
**fair [4]** 16/14
19/11 25/2 35/23
**Fall [1]** 91/22
**Fallacy [2]** 99/8
99/21
**familiar [1]**
118/15
**families [1]** 29/13
**family [8]** 9/4
15/24 59/25 60/14
60/23 71/22 71/24
110/13
**far [4]** 7/21 93/20
120/15 125/9
**farm [8]** 105/11
106/8 107/9 111/16
120/9 126/2 126/2
126/3
**fashion [4]** 18/22
81/16 81/17 107/8
**father [7]** 60/1

F

**father... [6]** 60/2
60/3 60/4 60/7
65/21 65/21
**fault [1]** 35/14
**favorite [1]** 38/12
**fed [1]** 9/17
**federal [3]** 76/4
83/19 115/22
**feel [3]** 8/4 25/19
56/20
**fell [3]** 83/4
100/15 127/21
**felt [1]** 25/14
**FERNANDEZ [2]** 1/21
3/16
**feverishly [1]** 4/3
**few [5]** 41/22
60/20 83/8 98/1
98/9
**fiber [3]** 107/1
107/1 107/4
**field [1]** 52/4
**fifty [1]** 108/13
**fight [1]** 74/14
**fights [1]** 60/2
**figure [1]** 54/21
**figures [1]** 37/9
**file [1]** 116/2
**filed [2]** 119/15
125/6
**files [2]** 97/24
100/13
**filing [2]** 46/7
46/7
**filings [2]** 93/16
93/17
**fill [1]** 86/14
**filled [1]** 9/13
**fills [1]** 10/4
**final [7]** 89/20
91/2 121/11 121/16
121/22 121/24

**finally [1]** 34/20
123/6
**finance [2]** 75/11
123/21
**financial [3]**
91/15 91/20 91/21
**find [5]** 17/12
59/9 81/22 102/25
111/16
**fine [3]** 29/18
100/11 116/3
**finish [9]** 24/8
66/24 87/9 87/15
87/17 87/23 88/2
88/4 90/22
**finished [6]** 73/11
90/24 93/11 122/19
123/18 123/25
**Finney [9]** 94/13
94/19 94/20 100/12
101/2 101/23 102/6
103/7 110/2
**firewall [3]**
107/23 107/24
113/18
**firm [10]** 77/5
77/9 77/13 78/9
79/2 79/10 82/13
102/14 113/8
121/23
**first [40]** 17/9
28/1 34/18 46/12
55/24 61/13 64/17
65/9 66/3 66/3
69/14 69/24 71/8
71/20 73/21 74/22
75/20 81/15 81/18
82/25 83/7 85/20
90/12 93/16 94/1
94/25 95/6 95/15
95/17 95/18 95/20
96/6 96/7 96/16
105/24 112/6 114/5

119/8
**five [10]** 20/25
32/11 48/5 54/11
55/2 55/6 60/1
104/17 108/13
111/7
**five-minute [3]**
48/5 54/11 55/6
**FLEXNER [1]** 1/15
**flicked [1]** 97/13
**flip [4]** 122/12
124/1 124/2 125/13
**floating [1]** 97/23
**flooded [1]** 111/21
**flooding [1]**
111/20
**FLORIDA [9]** 1/1
1/14 1/18 1/22
1/25 129/3 129/7
129/15 129/18
**flow [1]** 78/10
**flsd.uscourts.gov
[2]** 1/25 129/19
**flush [1]** 111/9
**focused [7]** 20/4
35/10 35/22 35/24
37/6 38/5 38/9
**focusing [1]** 58/1
**follow [3]** 24/9
89/17 102/17
**followed [2]** 46/13
77/2
**following [4]** 8/16
8/17 33/8 70/6
**follows [2]** 55/24
57/10
**Force [6]** 67/4
67/7 71/21 71/25
72/7 72/16
**forces [1]** 63/23
**foregoing [1]**
129/10
**forensics [1]**

**forensics... [1]** 115/21

**forge [1]** 49/16

**forged [3]** 45/25 49/11 49/13

**forgeries [1]** 112/23

**form [13]** 4/11 4/13 9/18 9/20 13/7 16/18 58/25 85/3 85/21 86/5 86/8 100/12 126/15

**formal [2]** 84/10 84/16

**formally [3]** 83/8 100/4 118/4

**formatting [1]** 99/2

**formed [4]** 91/24 92/5 117/11 127/10

**former [1]** 110/14

**forming [1]** 84/4

**forms [2]** 10/11 70/15

**formulating [1]** 84/5

**forth [3]** 69/19 90/20 100/20

**Fortran [1]** 69/19

**Forty [1]** 57/15

**Forty-two [1]** 57/15

**forward [10]** 4/1 48/10 58/8 77/19 122/12 124/1 124/3 124/13 125/11 125/13

**forwarded [1]** 35/18

**forwards [2]** 100/23 102/22

**found [9]** 31/18 31/20 31/24 32/4 42/11 52/14 52/16 79/8 100/9

**Foundation [2]** 115/2 119/3

**founders [1]** 81/20

**four [11]** 6/19 7/4 7/16 7/19 20/25 32/11 48/20 105/11 105/14 108/13 120/13

**Fourteen [1]** 125/18

**fourth [1]** 66/24

**fragile [1]** 89/9

**fragments [2]** 93/15 94/15

**frame [3]** 83/10 89/21 109/7

**fraud [2]** 82/4 82/6

**fraudulent [3]** 46/6 49/18 49/20

**free [2]** 45/1 111/4

**FREEDMAN [3]** 1/12 1/13 3/10

**frequent [1]** 39/24

**Friday [6]** 5/15 9/7 34/10 34/18 38/4 38/16

**friend [2]** 53/7 99/13

**friends [5]** 65/15 76/14 91/25 102/24 102/25

**friendship [5]** 52/11 52/14 52/15 53/5 53/17

**friendships [1]** 52/24

**front [3]** 18/6 46/14 46/20

**FTP [1]** 100/1

**fully [2]** 58/13 119/9

**function [1]** 73/9

**functions [2]** 31/25 31/25

**further [12]** 44/7 47/10 47/11 47/17 53/23 61/3 61/8 98/10 114/1 125/13 128/7 129/12

**G**

**Gables [1]** 1/22

**gain [1]** 14/4

**gains [2]** 124/25 126/6

**gambler [1]** 81/5

**gambling [3]** 75/1 79/24 80/1

**game [5]** 69/8 69/9 69/24 71/6 84/1

**game-theoretic [1]** 84/1

**games [4]** 30/10 30/25 31/10 69/11

**gaming [8]** 79/18 80/4 80/6 81/1 81/16 82/16 82/18 83/11

**garage [4]** 106/18 106/18 106/19 107/12

**Gareth [2]** 97/1 98/6

**gave [9]** 13/13 16/18 31/10 35/16 36/16 87/2 89/1 97/1 101/8

**Gavin [7]** 101/11 101/13 101/16 101/20 102/1 102/3 102/6

**Gavin's [1]** 101/16

GCC [1]   100/12
geared [1]   16/11
generally [1]   18/2
generated [2]
 13/22 14/10
generates [1]
 14/22
gentleman [2]   35/4
 35/5
Gentlemen [8]   4/24
 39/20 49/1 55/13
 56/12 58/18 104/24
 128/11
Georgia [1]   57/22
Germany [1]   62/14
gestures [1]   56/24
get [26]   3/3 5/1
 5/14 7/17 8/11
 10/5 23/3 23/3
 29/14 35/2 36/17
 45/20 56/21 68/9
 76/18 82/18 97/7
 107/15 109/4
 109/22 110/2 110/4
 111/19 114/14
 115/4 122/24
gets [8]   14/12
 27/8 27/9 37/6
 70/19 70/23 78/11
 119/16
getting [4]   12/12
 21/1 75/3 111/25
gifted [1]   57/16
give [10]   4/7 4/15
 8/11 22/5 47/24
 48/4 51/13 61/10
 75/5 91/15
given [6]   7/22 8/1
 25/20 25/20 50/5
 97/1
giving [5]   8/17
 8/24 33/8 33/16

glean [1]   12/6
global [1]   73/17
go [47]   3/2 3/20
 7/17 11/8 11/18
 11/19 13/20 16/4
 17/22 22/6 24/13
 24/20 28/6 29/19
 30/7 31/6 39/15
 39/20 40/3 43/13
 43/24 47/3 61/13
 61/15 66/5 66/9
 75/25 77/13 87/1
 90/12 91/17 93/15
 93/18 93/20 94/5
 94/7 102/25 103/24
 111/10 112/9 116/9
 121/25 124/13
 124/22 125/11
 125/17 125/19
godsend [1]   102/10
goes [10]   15/20
 16/5 39/6 43/1
 70/22 78/22 83/24
 84/2 88/22 89/5
going [49]   4/7
 4/13 6/19 8/7 16/1
 21/12 21/12 23/10
 23/14 24/16 29/23
 34/24 35/5 35/6
 36/1 37/2 37/16
 37/17 37/20 38/14
 39/25 40/5 40/15
 40/16 41/8 41/13
 41/14 41/18 42/5
 42/17 44/2 44/8
 45/12 45/14 48/19
 49/6 49/8 59/3
 65/8 70/11 71/16
 98/22 100/2 100/22
 111/15 119/18
 124/14 125/15
 127/24
going 45 [1]   35/6

gold [1]   30/23
gone [3]   9/11
 46/13 46/15
Gonzalez [1]   3/17
good [17]   3/2 3/12
 3/13 3/19 4/24
 4/25 5/9 5/10 5/13
 51/25 52/1 58/23
 58/24 102/2 103/16
 120/17 128/8
got [29]   8/11 14/8
 16/9 24/19 27/3
 28/18 40/7 64/3
 65/9 65/21 75/18
 75/19 76/19 82/22
 83/4 88/6 88/20
 90/3 91/14 93/21
 93/21 96/8 96/15
 98/8 98/8 98/9
 101/5 101/13
 123/24
gotten [1]   34/20
government [6]
 74/24 80/1 83/18
 95/25 110/15
 122/17
graduate [1]
 123/18
Grand [1]   80/25
grandfather [6]
 61/19 62/4 62/5
 62/17 63/19 63/21
grandmother [1]
 61/18
grandparents [3]
 60/24 61/11 61/16
Granger [8]   84/19
 84/21 87/3 87/5
 87/6 87/8 88/16
 98/7
Granger's [1]
 86/19
granted [2]   118/4
 119/9

**G**

graph [2]   89/25
 91/1
great [7]   13/2
 15/1 29/19 30/6
 30/17 32/7 98/20
Grokster [2]   76/8
 83/16
ground [1]   106/13
group [1]   93/25
growing [4]   60/15
 61/1 61/16 62/9
growing-up [1]
 60/15
guess [3]   5/15
 48/22 102/16
guys [1]   9/23

**H**

had [146]
hadn't [2]   91/1
 127/10
hair [1]   43/12
hair-split [1]
 43/12
Hal [13]   94/13
 94/16 94/19 94/20
 100/11 101/2
 101/22 101/22
 101/23 102/6 103/7
 103/15 110/1
half [2]   106/11
 120/13
Halloween [5]
 64/15 66/5 99/25
 122/24 123/16
hamshack [3]   62/6
 62/10 63/19
hand [4]   55/18
 58/8 59/12 129/14
hands [1]   37/18
handwriting [2]
 85/7 88/3
handwritten [2]

94/2 95/8
happen [3]   57/14
happened [2]   79/18
 91/15
happening [1]   83/3
happens [3]   13/19
 43/14 57/6
happy [4]   57/3
 57/3 91/15 91/17
hard [3]   24/8
 37/10 102/25
has [35]   4/4 4/12
 13/20 15/11 23/1
 28/5 36/5 38/21
 39/15 41/9 42/4
 43/17 44/14 44/19
 45/25 45/25 46/25
 48/18 49/10 49/11
 49/17 49/25 50/11
 50/20 55/2 55/17
 78/2 79/22 85/21
 86/14 88/14 104/14
 116/4 119/4 126/20
hate [1]   120/16
have [146]
haven't [2]   7/23
 78/1
having [7]   12/5
 18/7 57/25 61/5
 64/24 71/17 80/14
he [143]
he's [14]   38/8
 38/9 41/12 42/3
 42/13 42/14 44/20
 46/18 54/18 57/4
 94/24 95/25 103/10
 103/10
heals [1]   84/3
hear [2]   61/4
 80/23
heard [9]   41/11
 45/25 47/21 49/10
 49/17 50/20 53/10
 77/22 126/18

hearing [3]   37/13
 61/5 71/17
heart [1]   43/16
heat [1]   107/18
heavily [2]   96/17
 101/13
heavy [1]   111/7
Hector [2]   112/4
 112/4
help [6]   92/22
 94/8 100/17 101/7
 101/9 102/7
helped [9]   63/22
 71/22 72/13 72/20
 74/21 75/3 76/9
 76/10 90/7
helpful [1]   59/7
helping [1]   110/1
her [19]   13/13
 13/15 13/16 13/18
 16/24 17/2 17/3
 17/4 22/1 22/3
 23/20 24/21 60/5
 61/13 61/14 117/11
 117/25 118/1 118/4
here [28]   8/10
 16/20 18/6 19/7
 19/14 34/10 37/16
 37/17 37/20 46/23
 54/19 82/22 87/8
 89/8 90/3 94/23
 102/9 103/9 107/17
 112/19 112/25
 117/12 120/7 121/8
 121/21 126/24
 126/25 128/12
Here's [2]   8/10
 116/18
hereby [1]   129/7
hereunto [1]
 129/14
hernandez [6]   1/23
 1/25 129/5 129/17
 129/17 129/19

**heteroscedastics [1]** 123/2

**Hi [2]** 3/2 3/12

**high [5]** 21/20 30/20 52/24 64/16 107/4

**high-end [1]** 107/4

**higher [2]** 11/10 11/11

**highlight [4]** 10/18 26/25 113/13 113/14

**highly [1]** 21/11

**highways [1]** 121/2

**him [37]** 11/11 26/2 31/8 36/18 36/19 36/20 37/3 37/5 37/15 38/17 41/13 41/15 42/6 42/7 42/10 42/11 45/1 45/20 45/24 46/1 47/4 48/18 50/25 53/9 60/11 62/6 62/8 62/22 64/7 65/23 86/21 92/6 93/5 100/24 103/1 103/9 127/22

**himself [1]** 33/10

**hire [1]** 112/6

**hired [1]** 112/4

**his [63]** 7/11 10/18 10/24 11/11 24/8 25/22 26/1 26/7 26/10 27/9 27/13 27/15 28/7 28/17 30/22 32/4 32/6 33/14 36/8 36/13 38/12 40/9 41/8 41/11 41/13 41/16 42/14 42/16 43/24 44/15 44/15 45/10 45/19 45/21 47/12 47/15 47/20 48/1 48/18 50/2 53/6 53/7 53/8 53/8 57/1 57/5 62/7 62/7 62/11 63/19 63/19 78/18 78/19 88/18 100/15 101/4 104/15 104/16 113/7 113/7 114/2 114/3 127/18

**history [2]** 21/8 35/25

**hold [2]** 42/6 115/4

**holding [2]** 36/24 37/17

**holidays [1]** 67/5

**home [6]** 105/25 106/3 106/4 106/5 106/10 106/17

**Hong [3]** 79/24 80/9 81/12

**Honor [61]** 3/8 3/14 3/17 3/24 4/20 5/6 7/11 10/18 33/24 34/4 38/25 39/3 39/6 40/4 41/19 42/22 43/20 44/9 45/19 46/8 46/11 47/7 48/17 50/13 51/9 51/13 51/14 51/17 51/20 52/20 53/22 54/1 54/3 54/7 54/13 54/15 54/23 58/5 58/16 59/11 61/23 65/2 67/20 67/23 76/20 77/16 77/18 78/16 85/11 85/14 104/19 112/13 114/25 115/2 115/3 115/7 115/24 116/1 119/1 119/3 128/7

**Honor's [3]** 42/9 45/5 45/7

**HONORABLE [1]** 1/10

**hooked [2]** 106/23 106/25

**hope [2]** 3/20 4/25

**hoping [1]** 81/9

**hosted [1]** 100/2

**hour [7]** 12/10 12/12 12/21 12/25 29/24 34/23 104/4

**hours [4]** 74/2 82/2 121/3 127/25

**hours' [2]** 120/13 120/24

**house [4]** 63/20 70/9 83/7 105/11

**household [2]** 56/6 57/12

**how [55]** 5/11 8/19 16/8 16/20 17/6 17/25 18/2 29/1 30/18 31/15 38/18 38/20 42/12 47/5 47/15 47/23 48/1 56/4 57/11 61/10 63/4 64/25 70/2 73/9 73/22 74/12 76/25 78/11 83/2 83/19 91/2 91/4 91/6 92/11 92/19 95/14 96/20 97/24 98/12 98/14 101/18 104/23 105/9 106/9 106/13 107/5 109/7 113/11 113/17 115/16 120/15 120/24 127/14 127/16 127/18

**however [2]** 56/21 82/19

**Hugely [1]** 22/1

**human [1]** 52/9

**humor [3]** 35/20

**humor... [2]**   36/6
 37/10
**hundred [2]**   108/13
 108/13
**hundreds [1]**   15/23
**hurt [1]**   56/21
**husbands [1]**   60/6
**hypothetical [3]**
 47/14 47/24 50/17

**I**

**I'd [21]**   67/3
 80/20 80/24 80/24
 85/11 87/10 91/4
 93/5 93/8 94/15
 98/2 100/23 109/7
 110/11 111/15
 112/9 114/25 119/1
 119/11 125/4
 127/23
**I'll [26]**   3/8 3/14
 7/6 22/5 23/17
 27/6 31/12 41/10
 41/18 42/19 44/10
 48/23 51/17 52/21
 66/9 68/7 72/2
 75/8 79/21 80/21
 81/8 90/21 102/5
 108/18 123/9
 128/11
**I'm [63]**   4/7 4/13
 5/12 17/9 20/7
 20/7 20/24 23/14
 23/25 24/2 26/4
 28/14 29/4 32/23
 33/3 35/21 35/21
 36/24 37/5 38/4
 39/15 40/17 41/8
 41/13 41/14 41/18
 42/5 42/7 42/9
 42/17 49/6 49/7
 49/8 49/22 58/19
 59/3 61/4 61/5

 62/20 68/18 70/51
 71/16 73/20 77/22
 77/25 78/4 80/23
 86/21 87/25 94/14
 94/23 95/17 97/23
 100/19 101/4 102/2
 105/3 115/7 116/17
 119/18 123/12
 123/15 126/17
**I've [11]**   6/8 6/18
 10/23 15/13 15/13
 51/2 51/20 79/12
 101/5 119/8 121/23
**i3 [3]**   109/20
 109/20 109/24
**i3-type [1]**   109/20
**i5 [1]**   109/24
**ICANN [1]**   118/13
**idea [14]**   17/8
 17/25 31/14 31/15
 41/20 61/10 78/11
 81/15 81/25 83/13
 84/4 84/8 84/8
 90/3
**identified [1]**
 14/2
**identify [1]**
 104/19
**identity [1]**   101/4
**Ignatius [1]**   90/4
**ignore [1]**   47/3
**ill [1]**   99/23
**Illievich [3]**
 95/22 95/24 103/12
**illness [2]**   67/1
 67/15
**illustrate [2]**
 5/19 34/17
**illustrations [1]**
 14/13
**immensely [1]**
 102/9
**impairment [2]**
 23/5 27/8

**important [6]**
 21/24 22/1 22/2
 29/5 48/18 54/16
**importantly [1]**
 33/21
**inappropriate [2]**
 44/3 44/6
**inch [1]**   106/14
**include [1]**   71/6
**included [8]**   25/22
 25/23 26/3 26/3
 28/2 28/4 28/8
 81/21
**includes [1]**   127/4
**including [6]**   60/3
 60/5 73/5 73/6
 84/13 110/1
**income [7]**   71/5
 120/5 121/9 124/18
 124/20 125/6
 126/25
**incomplete [1]**
 25/14
**inconsistencies [1]**
 14/3
**increase [1]**   125/6
**incriminating [1]**
 35/15
**incrimination [2]**
 35/13 51/5
**independent [2]**
 56/5 57/12
**India [1]**   99/19
**individual [10]**
 10/16 13/6 23/21
 29/12 32/9 32/10
 34/23 101/11 120/2
 120/4
**individuals [29]**
 23/9 23/11 25/6
 26/10 26/11 26/12
 27/13 27/15 29/4
 29/6 30/11 30/19
 32/17 37/10 49/19

**individuals... [14]**
50/4 51/3 52/22
52/24 53/19 56/17
56/22 57/15 57/17
57/18 57/25 74/25
100/5 119/15
**infer [1]** 42/15
**InfiniBand [1]**
107/3
**Info [1]** 1/4
**informants [1]**
38/22
**information [20]**
4/3 9/21 10/10
10/12 12/6 12/13
13/11 13/17 13/17
14/4 14/14 25/17
30/18 31/18 74/11
75/19 114/23
114/24 119/4
125/25
**informed [2]**
127/15 127/17
**initial [2]** 89/12
89/19
**input [3]** 12/7
13/20 31/18
**inputs [2]** 14/9
14/19
**insinuate [1]**
46/15
**installed [1]**
106/20
**Institute [1]**
57/22
**instructions [2]**
4/10 4/12
**instrument [1]**
27/22
**insulated [1]**
106/19
**intact [1]** 57/16

**integrated [1]**
83/21 373
**Integyrs [1]**
125/25
**Intel [1]** 109/20
**intellect [5]**
21/20 23/22 30/20
52/24 57/16
**intellectual [2]**
21/10 82/2
**intelligent [1]**
21/11
**intended [2]** 36/11
45/10
**intending [1]** 45/6
**intends [1]** 44/17
**intent [6]** 31/3
43/10 44/23 44/23
46/15 56/24
**intention [2]**
37/22 57/5
**interactive [1]**
101/20
**interest [7]** 25/22
25/24 26/1 26/10
27/9 27/13 122/14
**interested [2]**
26/6 98/12
**interests [4]**
52/25 53/7 53/8
57/19
**intermediaries [1]**
123/21
**internal [2]** 86/6
86/8
**internally [1]**
86/4
**international [3]**
80/15 123/20
123/21
**internationally [1]**
16/23
**Internet [5]** 63/2
72/19 105/21 117/6

**interpersonal [3]**
20/2 22/6 23/23
**interpretation [3]**
43/5 44/15 44/18
**interpreting [1]**
21/2
**interview [9]**
11/24 12/4 16/6
25/16 29/24 31/5
31/19 36/17 38/21
**interviews [1]**
12/19
**introduce [1]** 3/8
**introduced [1]**
112/10
**invade [3]** 40/7
40/11 43/4
**invent [2]** 59/1
103/9
**inventing [1]**
103/21
**invention [1]**
127/24
**inventor [1]** 77/24
**invite [2]** 92/8
110/10
**invoice [1]** 12/22
**involved [12]** 6/6
6/8 6/18 6/20 6/25
63/5 63/6 73/15
92/25 101/12
101/14 110/2
**IP [6]** 113/6 113/9
113/11 113/13
113/14 113/17
**Ipswich [1]** 104/3
**IQ [4]** 23/8 23/9
26/20 26/22
**IRA [3]** 1/3 3/5
3/11
**irony [1]** 37/9
**irrelevant [1]**
50/8

**irrespective [1]**
30/19
**is [349]**
**isn't [5]** 7/4
31/21 44/4 71/18
91/13
**isolated [1]**
107/10
**ISP [1]** 72/20
**issue [8]** 39/6
43/24 45/17 59/16
75/23 77/21 77/22
89/12
**issues [2]** 4/18
40/16
**it [252]**
**it's [74]** 4/8 4/25
7/14 9/16 9/18
10/12 11/1 11/6
12/3 12/4 12/5
14/10 14/23 18/21
21/7 22/11 22/18
23/4 24/8 25/11
28/13 28/24 30/13
30/21 30/22 31/4
44/1 44/2 45/3
45/3 47/1 47/1
47/7 47/8 47/16
47/23 47/25 48/20
52/20 59/16 62/11
62/11 70/14 70/17
70/20 71/11 78/10
78/17 78/18 79/9
79/11 85/5 85/8
86/6 86/11 88/2
88/6 89/17 90/19
98/22 104/3 104/4
108/2 108/10 112/2
115/17 117/2
119/15 119/20
120/4 120/13
123/10 123/13

**item [63]** 14/18
21/24 31/1 31/2
31/3 31/7
**items [17]** 13/23
14/14 15/14 15/23
16/1 16/25 17/1
17/2 17/15 17/16
17/20 18/9 18/15
21/12 25/20 31/5
64/8
**its [6]** 4/4 4/10
21/8 93/2 94/9
119/18
**itself [2]** 85/21
86/9

**J**

**Jack [1]** 69/12
**Jamie [2]** 104/11
113/6
**January [11]** 93/2
94/9 100/7 100/18
100/22 105/6
121/10 121/20
121/21 127/9
127/11
**Japanese [6]** 63/20
63/25 64/4 64/5
64/6 64/9
**jest [1]** 37/20
**job [8]** 58/2 61/13
61/14 71/9 71/11
71/20 72/5 72/24
**jobs [3]** 68/25
69/2 72/11
**join [2]** 67/6
67/11
**joined [1]** 67/4
**joint [5]** 2/12
66/12 119/11
119/13 119/21
**JORGE [2]** 1/20
3/15

117/18
**judge [12]** 1/10
4/21 34/7 39/10
41/5 48/7 50/10
58/19 77/21 78/7
114/14 119/17
**judgment [3]** 22/2
23/20 24/21
**judicial [1]**
108/16
**July [2]** 89/21
120/6
**junction [1]** 107/2
**June [1]** 120/6
**juror [2]** 39/15
39/24
**jury [49]** 1/11
3/22 4/10 4/13
4/19 4/22 4/23
5/16 6/5 19/3 20/6
37/4 39/1 39/9
39/22 40/8 42/15
44/2 45/20 45/25
46/14 46/22 47/19
47/25 48/12 48/25
49/10 49/17 49/25
50/11 50/20 51/12
54/14 54/16 54/25
55/2 55/11 58/18
59/24 69/25 85/17
112/15 116/13
116/16 117/9
119/18 119/23
126/24 128/14
**jury's [4]** 42/12
42/17 43/4 50/12
**just [93]** 3/8 4/14
7/21 9/3 11/8
11/19 11/24 14/9
15/15 16/10 17/3
17/5 18/13 20/6
20/9 21/5 22/5
24/4 24/4 26/24

just... [73]    34/18
35/21 38/18 38/19
39/17 39/23 39/24
41/11 41/13 41/14
44/5 44/8 45/6
45/13 45/20 46/13
52/2 55/18 55/25
56/15 59/15 61/10
69/21 69/23 70/8
70/9 70/11 71/18
75/5 78/5 78/20
81/9 83/10 83/19
83/25 85/2 85/20
85/22 86/14 88/21
89/22 90/9 90/12
91/8 91/20 94/3
94/7 97/25 98/2
99/24 100/5 101/5
101/8 102/3 102/24
102/24 104/13
106/2 106/7 107/1
107/14 107/18
108/5 110/16
110/24 114/12
114/14 115/4 117/2
119/18 124/1
124/10 127/25

**K**

Kangaroo [1]    69/12
Karabi [1]    104/8
Karl [1]    3/17
KASS [2]    1/21 3/16
keep [12]    18/11
22/10 23/25 24/3
29/5 58/19 82/1
82/18 111/9 111/15
124/14 125/15
keeping [1]    110/24
Kendalls [1]    77/4
kept [4]    68/10
73/25 74/1 100/22
kettles [1]    70/8

key [2]    22/16
22/22 37/4
kid [1]    63/9
kids [1]    36/20
killed [1]    80/2
kilograms [1]
111/7
kilometers [2]
104/9 104/17
kilos [2]    111/13
112/2
kind [5]    82/13
86/14 102/21
108/17 122/15
kinds [1]    102/20
KLEIMAN [28]    1/3
1/4 3/5 3/11 41/16
42/14 42/16 43/22
59/1 92/5 92/8
92/25 94/8 96/13
97/5 98/8 98/17
98/17 99/8 101/9
102/6 102/18 103/2
103/21 110/17
128/1 128/3 128/5
Kleiman's [4]
99/20 102/11
127/14 127/16
KLIN [49]    2/6 3/23
5/2 5/3 5/9 8/16
19/1 25/25 30/21
33/7 34/9 39/5
39/8 40/7 40/19
40/20 42/3 43/1
43/2 43/6 43/18
43/21 44/5 44/13
45/13 46/16 46/21
46/25 47/3 48/9
48/18 49/5 51/19
51/25 52/3 52/8
53/15 53/23 53/24
53/25 54/17 54/18
54/25 55/1 55/8
55/16 55/17 56/14

Klin's [3]    19/2
44/20 47/12
Kmart [2]    72/12
72/12
knew [1]    110/14
know [40]    4/2 5/23
6/2 12/21 13/12
15/2 15/5 15/14
15/15 16/20 17/1
17/3 17/13 17/22
17/25 18/2 18/13
23/14 27/2 31/15
42/12 51/13 51/17
54/15 55/18 57/2
62/19 71/10 89/10
91/1 91/3 91/4
101/5 104/11
107/16 113/3
113/17 116/3 117/2
119/7
knowing [1]    29/1
knowledge [3]
57/20 79/9 104/11
knows [2]    10/8
10/16
Kong [3]    79/24
80/9 81/12
KYLE [2]    1/13 3/10

**L**

Ladies [8]    4/24
39/20 49/1 55/12
56/11 58/17 104/23
128/11
language [16]
19/24 35/9 69/17
69/18 70/1 70/12
70/14 70/17 70/18
70/19 70/21 70/23
70/23 70/24 90/18
90/19
languages [2]
69/22 71/9

**laptop [1]** 109/24

**laptops [1]** 105/13

**large [6]** 8/3 73/6
82/6 86/2 94/1
111/6

**larger [2]** 93/21
93/21

**Lasseters [14]**
74/21 75/8 78/9
79/3 79/16 79/19
79/22 80/2 80/4
81/2 82/12 82/15
87/11 90/17

**last [3]** 42/1 60/3
104/6

**Late [1]** 69/16

**later [12]** 12/7
13/14 21/8 53/9
69/10 70/25 72/17
72/18 73/24 83/8
87/13 93/20

**launch [1]** 74/21

**law [8]** 4/7 7/24
122/20 123/16
123/17 123/18
123/19 123/20

**lay [1]** 46/13

**layer [2]** 107/24
107/24

**Leading [4]** 72/1
79/4 80/19 109/14

**learn [5]** 62/20
62/21 79/11 127/14
127/16

**learned [3]** 70/25
83/11 83/18

**learning [2]** 57/20
70/2

**least [2]** 25/7
29/15

**leave [1]** 74/3

**left [8]** 9/6 64/5
121/16 121/23
121/23

**legal [1]** 8/21

**legally [1]** 74/22

**leisure [1]** 20/3

**Leon [1]** 1/22

**less [1]** 108/25

**let [35]** 4/2 5/3
8/10 20/6 24/5
24/10 39/11 39/17
42/19 44/13 46/12
54/24 54/24 55/20
58/12 59/15 60/7
70/11 82/21 83/10
86/25 87/3 88/13
90/8 90/12 94/7
99/24 103/24 105/4
106/2 112/9 114/4
115/4 116/8 122/15

**let's [45]** 3/2
4/22 5/14 8/6
11/13 11/18 11/19
19/1 20/9 22/10
24/10 26/24 26/24
28/1 28/6 28/10
28/11 29/14 29/19
29/20 30/7 39/20
48/5 54/11 54/21
55/2 55/10 64/15
74/17 81/5 85/20
88/20 89/3 89/15
98/8 114/5 121/25
122/12 124/1
124/13 124/22
125/11 125/13
125/15 125/18

**level [10]** 18/20
23/21 53/20 70/17
109/5 109/10
109/18 109/19
118/14 122/22

**libraries [2]** 71/1
100/10

**library [1]** 100/13

**LICATA [2]** 1/17
3/10

**licensed [1]** 74/22

**lie [1]** 49/16

**life [17]** 5/17
17/9 22/19 23/12
29/1 29/1 29/2
29/8 30/12 30/16
30/22 38/22 53/6
59/25 60/5 60/8
65/16

**lightning [1]**
111/17

**like [60]** 8/3
13/19 14/9 14/23
16/10 16/17 21/22
23/8 29/10 37/19
38/1 38/3 38/3
46/15 57/21 61/20
62/11 62/11 62/19
63/8 64/6 69/11
69/13 69/19 69/20
70/7 73/6 75/11
79/11 80/7 80/9
80/13 81/12 83/21
86/20 89/10 90/5
93/1 94/16 94/17
99/5 100/3 101/13
102/18 102/20
104/4 104/9 104/15
109/20 112/9
114/11 118/14
119/11 121/2 122/5
122/13 122/22
123/6 123/13
123/21

**likely [1]** 11/1

**likes [1]** 57/1

**LimeWire [2]** 76/8
83/15

**limine [1]** 41/10

**Limited [2]** 74/11
75/2

**line [9]** 42/10
44/24 87/9 87/15
89/5 89/18 89/22
90/12 99/3
**lines [5]** 32/20
32/24 33/2 92/11
92/19
**link [2]** 100/3
100/10
**linked [1]** 70/21
**Linux [1]** 101/25
**Lisarow [7]** 105/11
105/19 106/1 106/6
106/10 107/12
120/15
**list [10]** 6/18
6/19 6/20 6/22 7/6
7/11 16/17 18/18
102/5 122/7
**listed [1]** 82/5
**listen [4]** 25/25
59/4 59/10 93/8
**listens [2]** 32/4
33/9
**listings [1]** 122/2
**lists [2]** 94/13
110/15
**literal [16]** 32/10
34/12 34/15 35/13
35/23 37/25 38/8
38/9 38/17 41/13
41/15 42/13 43/13
44/15 44/18 44/19
**literally [1]**
48/20
**litigation [1]**
114/9
**little [6]** 12/18
13/21 70/7 104/14
104/16 108/6
**live [9]** 60/14
61/1 92/18 104/1

112/21 113/23
113/25 118/5 119/9
**lived [3]** 104/6
104/7 120/18
**lives [4]** 104/3
104/12 113/4 113/4
**living [5]** 18/24
19/19 19/25 31/21
83/7
**LLC [1]** 1/4
**LLM [1]** 123/19
**LLP [2]** 1/12 1/19
**load [1]** 15/24
**located [1]** 68/20
**location [2]**
112/25 113/4
**locations [3]**
108/3 111/3 111/25
**logo [3]** 85/23
86/1 86/2
**long [11]** 47/8
73/9 73/22 74/12
76/11 76/25 83/2
95/14 96/8 96/20
107/18
**look [20]** 8/6 13/2
14/3 24/20 25/9
26/24 26/24 28/1
28/10 28/11 29/20
51/11 85/20 88/20
89/3 89/15 89/22
93/5 93/6 126/7
**looked [5]** 12/9
25/1 25/2 97/13
102/5
**looking [7]** 19/14
21/13 21/15 21/16
27/4 123/2 124/7
**looks [3]** 24/12
28/3 89/10
**lot [23]** 15/14
15/15 15/16 62/5
63/8 63/21 63/25
64/4 64/8 71/1

97/23 98/11 100/8
100/9 101/17
101/20 101/23
103/15 111/24
117/1
**love [1]** 110/11
**loved [2]** 102/23
102/23
**loves [1]** 103/1
**low [2]** 21/13
70/17
**low-level [1]**
70/17
**lower [2]** 23/5
26/22
**lump [1]** 121/11
**lunch [4]** 128/9
128/13 128/15
128/16
**Lynam [4]** 96/3
97/15 103/17
103/19
**Lynn [4]** 83/1 83/1
83/9 124/10

## M

**Mac [1]** 101/25
**MacArthur [2]**
63/24 64/5
**machine [6]** 70/18
70/18 70/19 70/23
100/15 129/8
**machines [5]** 63/4
100/11 105/12
105/14 105/16
**made [15]** 5/16
24/21 37/8 37/19
40/9 42/3 47/6
50/14 78/18 98/2
100/8 101/20
102/24 103/15
126/3
**Madura [1]** 109/10

**magazines [2]** 70/6
70/7
**maid [1]** 81/12
**mailing [2]** 94/12
110/14
**Maille [3]** 73/1
73/3 73/10
**main [6]** 87/17
94/13 96/8 104/16
107/22 126/13
**maintaining [1]**
52/11
**maintenance [1]**
111/22
**major [3]** 29/12
102/13 122/8
**make [30]** 15/15
36/2 36/7 36/10
36/23 36/23 40/18
41/7 44/17 44/22
48/17 49/8 50/8
50/9 51/3 55/9
57/20 62/20 69/21
78/18 86/24 87/4
96/6 98/2 98/23
98/25 102/25
107/14 109/6
115/19
**makes [2]** 49/15
84/2
**making [1]** 101/24
**maladaptive [1]**
20/4
**maladjustment [1]**
64/22
**Malaysia [2]** 79/25
105/16
**Malaysian [1]** 64/1
**Malbburang [1]**
112/4
**man [5]** 24/22 26/3
26/8 27/25 30/23

**manage [1]** 101/18
**management [4]**
75/20 101/17
105/13 107/25
**manager [1]** 73/4
**managing [2]** 84/9
102/2
**manner [1]** 50/13
**manual [1]** 14/16
**many [15]** 8/19 9/3
16/20 17/6 17/25
18/2 91/2 92/11
92/19 105/9 106/9
107/5 109/2 109/7
120/24
**map [1]** 14/17
**maps [1]** 14/14
**March [6]** 90/25
91/9 92/22 93/12
93/24 95/9
**marked [2]** 114/13
119/11
**marketplace [1]**
92/16
**marriage [2]** 83/4
127/21
**married [5]** 76/18
76/19 82/22 82/23
83/2
**mask [1]** 58/14
**master's [16]**
68/12 68/15 75/12
75/19 75/20 90/1
115/20 122/19
122/20 122/22
122/22 123/2
123/12 123/13
123/13 123/19
**match [1]** 27/11
**materials [2]**
19/11 27/5
**math [4]** 64/20
64/25 65/19 97/9
**mathematics [4]**

**Matthew [1]** 112/20
**Max [7]** 95/20 96/2
96/3 96/5 96/11
103/19 110/21
**may [40]** 5/5 7/11
7/12 10/18 10/20
19/3 19/4 28/15
34/2 34/4 38/25
39/2 42/15 42/18
45/2 50/5 54/9
54/9 55/9 57/25
58/11 58/17 59/14
67/22 76/20 77/16
81/18 81/19 88/21
91/21 93/18 95/13
96/24 97/20 100/2
100/4 112/16
116/14 119/24
126/18
**May '08 [1]** 95/13
**May called [1]**
93/18
**May had [1]** 81/19
**May in [1]** 81/18
**May of [1]** 96/24
**maybe [3]** 7/6 8/23
42/1
**McDonald's [1]**
110/12
**MCGOVERN [10]** 1/20
2/7 3/15 8/7 8/12
33/3 40/2 42/19
42/21 44/21
**me [96]** 5/3 6/11
6/17 7/6 7/24 8/10
9/12 13/16 16/16
17/22 18/7 23/15
23/24 24/4 24/5
24/9 25/10 31/25
35/21 36/17 38/2
38/3 39/11 39/17
41/25 44/13 46/12

**me... [69]** 49/12
51/13 54/24 54/24
55/20 58/12 58/19
59/15 60/2 60/3
60/7 61/12 62/19
62/20 62/21 63/4
63/7 64/19 64/21
64/22 64/23 65/1
65/1 67/6 70/11
71/18 72/24 75/5
82/1 82/21 83/10
83/16 87/1 87/2
87/4 88/13 90/7
90/8 90/12 91/5
91/15 91/17 94/7
94/17 98/13 98/20
99/24 100/21
100/21 101/8
101/20 102/17
103/16 103/24
105/4 106/2 110/1
112/5 112/9 113/19
114/4 114/13 115/4
116/8 117/15 120/4
122/15 125/15
127/5
**me ask [1]** 90/8
**mean [21]** 21/21
25/18 37/12 41/18
70/1 74/16 78/20
79/12 87/16 87/17
87/24 89/3 89/7
89/16 89/23 102/10
102/15 103/8 108/1
120/16 120/20
**meaning [9]** 35/23
35/25 36/8 37/6
38/5 38/8 38/8
38/9 56/23
**meaningful [3]**
52/10 52/11 52/14
**means [12]** 15/25

27/3 33/24 33/11
41/12 42/5 42/16
70/13 90/23
**meant [6]** 5/23
43/6 43/13 43/22
45/9 99/22
**meantime [1]** 83/14
**measurement [1]**
27/22
**meeting [10]** 85/5
86/6 86/8 86/13
86/18 86/19 86/20
86/22 86/24 90/13
**meetings [3]** 82/9
84/10 84/13
**Melbourne [1]** 63/1
**Mellon [1]** 57/22
**member [1]** 71/24
**members [2]** 74/14
90/5
**memo [1]** 84/20
**memorabilia [4]**
63/20 63/25 64/4
64/10
**memory [1]** 75/16
**men [1]** 60/5
**mentioned [10]**
14/7 22/10 51/2
60/23 73/22 82/21
102/4 107/11
107/19 129/9
**MESTRE [3]** 1/19
1/20 3/15
**met [4]** 26/2 60/11
117/11 117/25
**met him [1]** 60/11
**metadata [5]**
114/23 115/16
116/2 116/5 116/18
**metaphors [1]** 37/9
**methodologies [1]**
62/16
**mezzanine [2]**

**MGM [1]** 80/25
**Miami [7]** 1/14
1/18 1/24 1/25
129/15 129/18
129/18
**MICHAEL [2]** 1/21
3/16
**Micro [1]** 70/4
**microphone [1]**
61/6
**Microsoft [1]**
100/14
**middle [2]** 36/1
94/16
**might [6]** 18/17
37/19 43/6 43/21
55/9 128/8
**mile [1]** 34/23
**million [4]** 91/2
125/7 125/8 125/9
**mind [3]** 29/5 54/7
55/1
**mine [6]** 59/1 85/8
99/13 110/17
110/19 110/21
**mined [1]** 41/25
**minimum [2]** 17/13
109/4
**mining [3]** 103/21
110/10 125/4
**minister [1]** 67/25
**minority [1]** 57/17
**minute [9]** 8/9
12/21 29/24 39/21
48/5 54/11 55/6
85/5 109/6
**minutes [12]** 12/10
12/12 12/25 40/21
40/22 54/8 55/2
85/5 86/13 91/3
109/12 120/17
**mischaracterizes
[1]** 50/14

# M

**misrepresenting [1]**
26/5
**mistaken [1]**  40/17
**misunderstood [2]**
43/15 46/16
**MIT [1]**  57/22
**model [2]**  89/25
91/1
**modeling [1]**  90/2
**module [1]**  46/10
**moment [5]**  34/4
51/13 76/20 104/19
114/14
**money [9]**  64/2
79/25 80/8 80/14
81/13 81/20 84/12
98/13 98/14
**monitor [1]**  74/24
**monitoring [1]**
74/25
**month [1]**  95/7
**monthly [1]**  108/20
**months [2]**  73/24
83/8
**more [22]**  6/6 6/8
13/21 22/10 23/3
23/4 23/5 23/13
33/21 42/10 44/12
81/11 83/23 84/2
84/3 94/5 97/14
98/12 99/22 109/22
110/4 110/4
**morning [13]**  3/2
3/12 3/13 3/19 4/6
4/24 5/9 5/10
51/25 52/1 58/23
58/24 61/12
**most [6]**  21/6
27/22 60/6 61/15
65/14 79/24
**mother [13]**  16/6
57/8 60/1 60/2

60/15 60/16 60/19
61/7 61/22 61/14
64/19 64/23 113/23
**mother's [2]**  60/25
103/25
**motion [3]**  4/5
41/9 43/8
**motor [1]**  19/20
**move [12]**  45/7
47/13 61/6 76/12
78/5 79/2 79/7
85/11 114/25
115/24 119/1
119/18
**moved [7]**  64/19
64/23 77/4 81/24
83/8 120/21 120/23
**movie [1]**  69/11
**movie-based [1]**
69/11
**moving [2]**  64/19
112/2
**MR [9]**  2/6 2/8
84/23 88/21 114/16
118/6 122/12 124/2
126/22
**Mr. [22]**  5/5 40/15
40/18 41/6 44/7
47/22 48/19 67/21
85/22 87/21 90/9
109/10 109/10
112/11 113/25
114/6 114/12
116/12 118/20
121/6 121/25
125/12
**Mr. Antonopoulos
[1]**  109/10
**Mr. Brenner [7]**
5/5 40/15 40/18
41/6 44/7 47/22
48/19
**Mr. Madura [1]**
109/10

**Mr. Reed [11]**  16/6
85/22 87/21 90/9
112/11 114/6
114/12 116/12
118/20 121/6
121/25 125/12
**Mr. Rivero [1]**
67/21
**Mr. Wilson [1]**
113/25
**Mrs. [2]**  25/17
26/6
**Mrs. Watts [2]**
25/17 26/6
**MS [3]**  2/7 9/16
41/5
**Ms. [13]**  8/7 8/12
9/12 10/1 11/16
12/1 12/13 33/3
40/2 42/19 42/21
44/21 83/2
**Ms. McGovern [7]**
8/7 8/12 33/3 40/2
42/19 42/21 44/21
**Ms. Vela [1]**  11/16
**Ms. Watts [3]**  9/12
12/1 12/13
**Ms. Watts' [1]**
10/1
**Ms. Wright [1]**
83/2
**much [8]**  15/18
21/22 51/19 53/22
61/10 83/23 97/9
101/19
**multiple [3]**  83/22
105/15 115/22
**my [137]**
**myself [4]**  29/10
86/21 119/15
127/25

# N

**Nally [2]**  65/21

**N**

**Nally... [1]** 65/21
**name [10]** 82/25
 89/1 101/4 114/2
 117/4 117/4 118/24
 126/8 126/10
 127/11
**named [1]** 101/11
**Nana [2]** 61/18
 61/20
**Napster [2]** 76/10
 76/10
**narrative [8]**
 33/24 53/11 65/2
 66/10 72/21 79/13
 79/20 110/7
**narratives [2]**
 14/12 31/6
**nascent [1]** 84/8
**nationally [1]**
 16/22
**native [3]** 100/13
 116/2 116/3
**nature [3]** 33/20
 49/19 85/2
**navigate [1]** 29/2
**nearby [1]** 61/1
**neat [1]** 97/24
**necessary [2]**
 23/19 107/12
**necessary for [1]**
 23/19
**need [25]** 4/14
 4/18 15/24 16/3
 17/14 17/15 17/19
 17/22 26/18 26/19
 29/3 29/10 32/19
 34/2 37/21 48/11
 54/9 54/25 78/21
 104/19 104/24
 110/4 111/8 111/12
 114/14
**needed [8]** 28/7

28/18 28/25 79/23
100/10 107/13
109/4 109/22
**needs [5]** 14/17
 31/6 39/24 97/14
 111/9
**nefarious [1]**
 43/15
**neglected [1]**
 55/15
**network [15]** 68/12
 68/15 73/15 73/16
 73/16 75/13 88/19
 90/2 90/5 90/6
 107/4 107/22
 109/23 109/25
 123/3
**networked [2]**
 106/23 106/25
**networks [4]** 73/17
 83/16 90/6 90/6
**never [11]** 6/5
 15/13 22/25 28/18
 28/22 28/23 29/16
 29/16 29/25 29/25
 57/2
**Neville [1]** 84/13
**new [6]** 73/6 76/4
 83/13 84/8 120/11
 121/1
**Newcastle [3]**
 89/25 97/2 123/1
**News [1]** 75/2
**next [29]** 7/17
 16/9 24/8 28/13
 42/18 45/17 46/10
 49/6 54/6 54/22
 58/4 66/9 67/22
 68/5 72/24 75/17
 89/5 89/15 89/22
 89/24 107/24 118/1
 121/25 124/4 124/5
 124/6 124/22
 125/11 126/22

**nice [1]** 31/21
**night [1]** 61/14
**nine [1]** 98/3
**Nipper [2]** 73/15
 73/16
**no [69]** 1/2 2/11
 4/14 4/20 7/4 8/14
 17/9 17/10 17/23
 24/4 25/25 30/10
 30/25 31/10 32/25
 33/5 34/1 35/5
 37/20 38/21 44/23
 46/25 48/16 49/21
 53/22 56/2 56/3
 56/7 56/8 59/2
 59/12 59/16 66/19
 73/19 85/14 88/4
 88/18 91/14 92/10
 92/24 93/3 93/10
 93/22 96/14 97/6
 98/11 98/24 99/6
 101/8 101/10 103/4
 103/6 103/13
 103/18 103/20
 103/23 106/14
 111/1 111/1 111/1
 112/4 112/8 113/2
 113/22 113/24
 128/2 128/4 128/6
 128/7
**Nobody's [1]** 78/19
**node [1]** 84/2
**nodes [2]** 83/22
 88/10
**non [6]** 32/10
 56/24 122/22 126/4
 127/1 127/3
**non-literal [1]**
 32/10
**non-master's [1]**
 122/22
**non-primary [3]**
 126/4 127/1 127/3
**non-verbal [1]**

**N**

non-verbal... [1]
56/24
noon [1]   48/19
normal [1]   71/18
normative [2]   11/5
23/8
North [2]   1/24
129/18
Northern [1]   74/23
Northumbria [1]
123/19
not [119]   12/3
12/16 16/1 16/10
17/7 18/2 18/7
18/11 18/14 18/14
18/21 19/9 19/18
20/8 21/9 21/14
22/2 23/1 23/11
23/11 25/22 26/3
26/6 26/11 26/12
26/21 27/15 27/24
28/20 28/24 29/2
30/25 31/1 31/9
31/9 33/13 35/12
35/24 38/21 38/22
39/9 39/22 40/7
40/14 42/7 42/9
43/4 43/9 43/12
43/13 43/19 43/21
45/4 45/14 45/15
46/13 47/1 47/11
47/12 48/19 49/7
50/16 51/12 52/7
52/22 53/9 53/19
53/20 53/21 54/9
54/14 54/16 55/9
56/1 56/15 57/4
57/4 57/4 57/14
66/21 75/20 77/22
78/17 80/12 86/2
86/7 86/9 86/21
86/22 86/23 88/1

88/16 90/5 90/13
91/12 93/24 94/15
94/23 96/14 97/6
97/23 98/11 98/24
100/5 101/4 102/2
103/9 103/10 109/9
111/1 111/24 116/4
119/4 125/5 126/18
128/2 128/4 128/6
128/14
note [2]   85/5
87/16
noted [1]   86/23
notepad [1]   13/7
notes [10]   13/3
13/4 13/4 13/13
13/18 86/6 86/8
86/24 87/4 129/11
nothing [14]   4/21
41/9 44/11 45/22
46/3 47/16 48/13
48/14 48/15 49/12
49/15 49/19 50/2
50/25
Nothing's [1]
37/17
notice [1]   108/17
November [7]   1/5
100/24 117/25
118/5 119/10 129/9
129/15
now [50]   6/5 7/21
8/11 10/23 10/24
15/2 16/16 21/11
23/14 24/15 24/19
31/14 31/16 37/19
41/13 75/23 76/11
76/12 76/25 78/5
78/13 81/24 82/12
83/10 83/11 85/20
88/13 89/9 91/24
93/11 94/24 94/25
99/24 101/9 101/11
102/4 104/2 104/3

108/7 109/2 109/21
109/22 117/23
119/11 119/23
122/2 124/1 124/24
nowadays [1]   14/21
NSW [2]   120/8
120/10
number [47]   3/4
6/21 8/3 16/3 17/1
17/2 17/15 17/20
18/8 18/14 21/12
23/2 23/19 28/2
60/5 63/1 63/3
64/18 68/11 69/11
69/12 71/12 71/13
76/5 78/1 82/5
82/9 84/10 84/12
84/16 94/12 96/17
98/3 104/20 105/4
105/22 107/3
109/11 109/18
109/22 109/23
114/14 121/8
122/18 126/15
126/18 126/21
numbers [2]   18/8
107/18
numerous [1]   102/4

**O**

oath [2]   5/4 58/9
object [4]   33/24
51/14 70/21 116/1
objection [59]
8/14 18/4 33/5
39/6 40/4 42/18
42/24 44/3 45/4
48/2 50/13 52/18
53/11 56/2 56/3
56/7 56/8 59/13
60/9 60/12 60/17
60/18 61/21 61/25
63/16 64/11 65/2

**objection... [32]**
65/25 67/8 67/12
67/18 67/21 68/2
68/6 69/3 72/1
72/8 72/21 76/15
77/10 77/14 78/6
78/22 78/24 79/4
79/13 79/20 80/19
81/7 85/13 85/14
92/2 108/14 109/14
110/7 115/2 115/6
119/3 123/8
**observation [1]**
37/8
**observations [1]**
14/13
**obsessed [1]** 50/7
**obsession [2]** 53/1
53/8
**obsessions [1]**
57/19
**obtain [8]** 66/17
66/18 66/21 68/15
75/10 123/4 123/17
123/23
**obtained [3]** 68/5
75/17 123/15
**occasionally [2]**
72/16 92/6
**occasions [1]**
84/17
**occupation [3]**
63/22 63/23 64/2
**occur [2]** 86/17
86/18
**occurred [1]** 86/19
**October [5]** 88/5
100/5 116/23 118/3
119/9
**off [10]** 9/6 58/14
60/21 61/12 70/8
79/17 80/2 87/1

**offered [2]** 2/11
38/22
**office [2]** 86/19
106/20
**officer [1]** 35/1
**official [1]**
118/13
**officially [1]**
127/10
**offsets [1]** 124/3
**often [5]** 53/19
56/4 56/21 57/11
57/15
**Oh [12]** 15/18
23/25 24/2 28/14
32/23 48/14 54/18
82/15 102/9 111/1
111/24 124/9
**okay [101]** 3/9
5/19 5/23 6/5 6/10
6/23 7/10 8/1 8/6
8/19 9/2 9/6 9/16
10/1 11/13 11/23
12/3 12/9 12/25
13/2 14/5 14/8
15/1 15/11 16/19
17/11 17/13 18/11
18/16 19/1 19/14
20/12 20/15 20/21
21/4 22/5 22/14
22/21 23/7 23/14
23/18 24/15 24/16
25/3 25/11 25/21
26/12 26/15 26/17
27/2 27/14 28/1
28/6 28/10 29/19
30/3 30/6 31/14
31/17 31/24 32/20
34/7 34/17 36/15
38/2 38/15 38/24
39/5 39/17 44/11
48/21 49/5 49/8
50/11 50/22 50/23

74/6 74/12 75/22
78/12 78/21 82/11
86/7 86/12 87/19
88/6 89/15 89/18
89/22 93/23 97/7
106/9 120/10
120/18 121/4 121/8
124/21 125/18
**old [21]** 15/16
16/1 16/11 21/5
21/11 21/18 21/25
22/3 24/22 26/3
26/7 27/12 27/25
28/8 30/3 30/4
30/10 30/23 31/8
65/11 73/20
**older [2]** 64/4
94/21
**oldest [2]** 117/18
117/20
**Omega [1]** 71/13
**once [8]** 13/15
14/12 24/24 31/18
58/8 66/3 67/1
99/13
**one [94]** 5/24 6/6
6/8 6/16 6/17 8/9
9/9 9/11 10/18
11/10 11/24 12/1
13/3 14/1 15/7
15/9 18/18 19/21
20/9 20/25 22/7
22/10 25/21 26/19
26/20 27/8 28/2
28/2 28/4 30/13
31/6 34/4 35/16
36/17 37/14 41/16
42/1 42/10 44/12
46/4 48/17 50/16
51/13 52/15 53/1
56/13 56/25 64/7
66/9 66/9 66/18
71/2 75/18 75/20

**one... [40]**   76/20
81/5 83/24 84/1
84/15 86/3 88/14
88/16 89/24 90/4
94/7 94/20 95/8
96/20 96/21 98/1
98/6 98/6 104/13
104/16 106/6 106/7
106/15 107/15
107/23 109/5
109/19 111/17
112/11 112/23
114/1 114/1 114/2
114/3 115/4 118/17
125/19 126/13
126/14 127/1
**one-sided [2]**
52/15 53/1
**ones [11]**   64/2
70/20 71/2 71/12
74/10 81/23 96/8
100/14 105/22
107/6 107/22
**online [12]**   9/18
14/24 73/8 74/21
75/3 80/16 81/3
81/6 81/16 83/11
92/7 101/4
**only [15]**   5/20
5/20 5/24 12/22
16/14 21/7 33/13
47/11 53/20 64/14
66/5 78/16 80/12
84/24 111/24
**only taken [1]**
5/20
**open [4]**   40/16
66/22 70/14 75/14
**openers [1]**   70/8
**opening [3]**   43/25
127/2 127/3
**operate [1]**   74/12

**operating [2]**   75/4
105/9 105/14
**operation [5]**
74/22 81/2 81/16
104/15 104/17
**operations [3]**
82/19 88/17 122/6
**operative [1]**
105/5
**opine [1]**   43/21
**opining [1]**   43/6
**opinion [5]**   41/14
46/25 47/1 47/16
102/24
**opportunities [1]**
52/23
**opportunity [2]**
4/9 4/15
**ordained [1]**   67/25
**order [17]**   3/1 4/5
4/6 13/10 14/16
15/20 15/24 16/3
37/20 41/10 42/9
43/20 44/9 44/10
47/3 59/8 122/9
**org [2]**   118/14
118/14
**organization [1]**
77/7
**organized [2]**
17/16 101/17
**original [4]**   15/18
70/24 89/1 92/15
**originally [1]**
70/16
**origins [4]**   35/25
38/14 93/19 115/17
**other [60]**   5/24
17/3 17/4 22/5
26/10 26/20 36/20
37/12 37/21 37/22
38/18 44/16 45/18
47/23 50/22 51/16
57/5 58/1 60/5

60/6 62/14 62/15
62/23 63/1 64/8
64/21 66/22 68/11
69/12 69/19 75/10
75/25 76/2 76/9
80/20 80/24 81/20
88/4 91/8 91/17
93/25 94/7 95/22
99/5 99/5 100/23
101/24 101/24
104/14 105/22
107/2 107/7 107/20
113/8 114/3 124/20
125/2 125/16 126/5
127/3
**others [16]**   23/13
29/12 30/9 30/24
31/9 36/5 50/5
52/25 53/2 53/3
56/24 70/16 83/24
84/3 98/9 102/7
**otherwise [2]**
29/11 107/13
**our [10]**   3/11 3/16
6/2 25/4 32/14
40/10 44/5 54/21
70/3 83/3
**Ourimbah [1]**
105/18
**out [33]**   9/13 9/17
9/23 10/4 16/21
25/16 29/23 29/24
31/16 42/8 42/17
43/17 46/13 54/21
56/5 66/20 72/13
80/14 83/8 85/22
91/18 97/14 99/2
100/3 102/12 104/3
104/9 111/8 111/19
111/25 114/1
119/16 120/13
**outages [1]**   111/16
**outdoor [2]**   30/9
30/24

outfit [1] 78/10
output [1] 19/10
outset [1] 105/9
outside [13] 31/10
 40/20 47/20 50/9
 51/3 57/12 82/2
 86/10 88/22 104/13
 106/7 106/10 107/1
outskirts [1]
 104/7
over [27] 6/18 7/2
 7/3 11/6 15/13
 21/8 35/1 35/4
 44/4 53/6 60/2
 65/18 76/12 77/4
 83/25 89/5 94/23
 98/19 99/3 99/7
 100/15 102/1 106/2
 107/17 108/6 109/5
 111/20
overjudged [1]
 109/7
overlap [1] 12/18
overly [5] 34/12
 35/12 37/25 50/7
 50/7
overruled [11]
 18/5 48/2 52/21
 60/18 68/7 72/2
 79/21 80/21 81/8
 108/18 123/9
oversimply [1]
 109/9
own [21] 8/11 9/13
 28/7 28/17 50/2
 56/23 62/11 63/9
 63/15 70/3 71/10
 73/24 74/4 78/18
 78/19 81/13 84/11
 84/12 87/2 111/17
 127/11
Oxford [1] 38/13

P-O-C [1] 88/6
p.m [2] 128/14
 128/16
P2 [1] 116/12
P2P [2] 89/4 89/6
P459 [1] 38/25
P5 [2] 126/7
 126/20
P710 [1] 51/9
P748 [1] 51/9
package [1] 91/16
pad [5] 13/4 59/7
 59/12 59/15 59/16
Padua [2] 64/23
 64/24
page [25] 2/5 7/18
 8/7 19/2 26/25
 28/12 28/12 28/14
 29/14 30/7 32/20
 32/21 32/21 34/19
 121/5 121/25
 122/12 124/4 124/5
 124/22 124/22
 124/24 125/11
 125/17 126/22
pages [9] 1/8 52/9
 95/15 95/18 96/17
 96/21 97/18 98/4
 129/12
paid [3] 105/22
 125/7 125/9
paint [1] 82/7
PALM [1] 1/2
pandemic [1] 6/2
paper [20] 37/17
 59/7 59/12 59/16
 89/17 89/19 89/20
 93/5 93/13 93/15
 93/21 93/23 94/1
 94/25 96/16 98/18
 99/8 99/8 99/21
 102/5

paralegal [1] 3/16
parameter [1] 25/4
parameters [1]
 91/1
pardon [2] 58/19
 114/13
parent [1] 28/3
parent/caregiver
 [1] 28/3
parents [1] 56/20
Park [1] 64/17
part [7] 10/7 25/4
 29/9 51/6 67/4
 78/10 114/21
partial [1] 25/7
participation [1]
 91/13
particular [13]
 17/21 22/19 23/2
 29/3 31/7 35/17
 35/25 44/11 50/8
 75/18 78/5 84/2
 86/21
particularly [2]
 38/8 56/18
partly [2] 87/1
 87/1
partner [12] 41/17
 41/21 42/2 42/15
 42/16 43/12 46/19
 84/9 84/10 86/20
 88/17 103/21
partners [1] 88/16
partnership [4]
 58/25 84/15 102/13
 124/19
Partnerships [1]
 124/18
parts [4] 60/7
 64/15 66/8 71/22
Pascal [2] 69/20
 69/20
passed [2] 13/15
 65/23

**P**

**past [3]**  8/4 80/25
115/22
**pastor [1]**  105/20
**patient [2]**  10/14
34/19
**Pause [9]**  8/13
33/4 34/6 40/24
59/17 76/23 104/22
105/1 114/15
**paved [1]**  63/24
**payment [5]**  121/9
121/11 121/20
121/22 121/24
**payments [2]**  121/9
122/20
**Payne [1]**  90/4
**pedantic [1]**  50/7
**peer [6]**  76/9 76/9
83/16 83/16 89/10
89/10
**peers [4]**  25/24
26/10 27/15 52/23
**Pegasus [1]**  72/19
**pen [2]**  59/7 59/12
**pending [2]**  4/5
33/1
**people [41]**  34/10
35/8 37/19 53/9
62/13 62/13 62/24
64/19 73/5 81/11
81/21 82/9 84/3
91/14 94/12 94/20
95/22 96/5 97/2
97/3 97/12 98/7
100/3 100/9 101/24
101/25 102/2 102/2
102/4 102/7 102/10
105/22 109/8 110/1
110/2 110/4 110/12
110/13 110/14
110/14 110/16
**per [1]**  42/8

**perceived [2]**
52/14 53/17
**percent [11]**  5/17
23/16 26/23 31/21
32/1 32/5 33/11
57/15 57/16 62/8
82/7
**perfectly [3]**
29/18 30/3 47/23
**performs [2]**  22/20
31/20
**perhaps [1]**  55/8
**period [14]**  6/18
7/3 69/7 74/17
74/20 75/8 76/11
76/18 81/24 82/12
94/14 108/11 120/5
123/15
**periodically [1]**
111/8
**perjury [1]**  49/16
**permissible [1]**
56/12
**permission [2]**
59/11 105/18
**permit [1]**  59/13
**permitted [1]**
58/13
**person [27]**  10/8
10/15 11/1 11/24
12/1 18/19 18/21
21/10 22/14 22/15
22/19 23/1 37/4
37/21 46/3 49/15
52/15 55/24 55/25
56/5 56/14 56/15
57/11 94/13 95/21
95/25 112/4
**person's [3]**  22/19
29/11 30/16
**personal [7]**  1/3
19/25 104/11
124/19 125/2 125/5
127/23

**personally [8]**  1/3
107/19 107/20
113/18 115/9 116/4
120/4 122/5 127/7
**PGP [1]**  94/20
**Ph.D [1]**  122/21
**Philippines [2]**
63/22 63/24
**phone [2]**  92/6
99/3
**physical [1]**
111/23
**physics [1]**  64/20
**pick [2]**  5/14 9/6
**piece [2]**  37/17
47/4
**PIX [1]**  107/23
**place [3]**  13/4
78/23 107/2
**placed [2]**  5/4
58/9
**places [3]**  57/21
62/14 104/13
**plagiarized [1]**
93/20
**PLAINTIFF [2]**  1/12
44/17
**Plaintiffs [11]**
1/5 3/10 39/8 40/5
40/15 48/13 48/14
48/15 54/2 77/23
78/15
**Plaintiffs' [9]**
3/7 43/11 78/17
112/10 114/6
114/19 115/10
115/13 116/9
**Plans [1]**  29/23
**platform [2]**  70/14
74/21
**play [4]**  20/3 31/9
31/9 91/6
**Playboy [1]**  81/1
**playground [1]**

**P**

playground... [1]
 36/20
Plays [2]  30/9
 30/24
pleasant [3]  5/1
 128/13 128/15
please [21]  3/6
 4/25 8/9 20/10
 24/7 24/17 25/25
 32/22 33/2 49/1
 51/10 51/12 55/14
 55/21 58/17 59/3
 61/6 64/14 75/5
 85/20 94/3
plug [1]  91/5
plus [5]  52/3
 107/6 107/7 107/7
 121/2
POC [3]  87/23 88/1
 88/3
point [16]  34/17
 65/15 67/2 67/15
 72/6 73/1 82/20
 84/7 84/20 88/11
 93/12 98/10 98/18
 101/11 102/16
 107/24
pointed [3]  98/13
 99/2 100/3
poker [3]  80/7
 80/11 92/14
police [6]  35/1
 76/4 76/5 76/5
 83/19 115/22
policy [1]  113/18
Ponce [1]  1/22
Pop [2]  61/18
 63/15
population [5]
 11/6 31/21 32/1
 32/5 33/11
portal [2]  9/18

pose [1]  17/19
position [1]
 102/13
possible [2]  40/11
 88/19
post [1]  123/18
post-graduate [1]
 123/18
potentially [1]
 47/5
pounds [1]  111/7
power [7]  106/22
 111/5 111/6 111/14
 111/16 111/18
 112/1
practical [1]
 31/20
practice [2]  25/4
 113/7
precise [5]  35/9
 36/13 37/6 38/5
 38/18
Precisely [1]
 36/12
premature [1]  4/8
preparation [1]
 99/20
prepared [2]  4/12
 96/22
preparing [1]
 93/23
prepublication [1]
 95/4
prerelease [1]
 100/24
present [7]  39/22
 52/17 54/14 84/16
 118/19 128/14
 129/7
presented [7]  43/3
 43/3 46/18 47/4
 47/8 53/17 99/18
pretty [1]  95/2

previous [2]  28/21
 81/23
previously [1]  5/3
priest [2]  65/22
 65/24
primarily [1]  21/9
primary [4]  107/6
 126/4 127/1 127/3
print [1]  119/14
printed [1]  119/16
prior [2]  91/24
 92/22
probably [6]  71/20
 82/7 92/14 96/21
 107/15 121/1
probed [1]  16/25
problem [3]  75/1
 82/15 109/12
problems [13]
 64/18 64/21 64/24
 80/14 83/3 99/2
 99/5 100/16 100/21
 101/22 111/5
 127/23 127/23
procedure [1]
 24/24
proceedings [10]
 8/13 33/4 34/6
 40/24 59/17 76/23
 104/22 105/1
 114/15 129/8
process [5]  68/10
 100/7 100/20 102/1
 114/21
produce [1]  49/20
produced [2]  49/18
 94/1
production [3]
 126/5 127/1 127/3
products [1]  127/5
professional [4]
 5/17 7/22 8/2 8/20
professor [1]
 94/23

**professors [1]** 57/21

**proffer [2]** 40/18 41/7

**profit [1]** 84/3

**profitable [2]** 84/2 126/3

**program [2]** 91/5 99/4

**programmer [2]** 69/8 94/21

**programs [5]** 71/5 71/6 71/12 71/14 72/17

**project [11]** 41/23 84/16 86/25 87/1 93/17 98/13 98/15 99/14 101/13 101/17 102/8

**projects [1]** 122/6

**proof [1]** 87/25

**proper [1]** 111/10

**properly [1]** 42/24

**property [1]** 82/2

**proposal [1]** 91/12

**propose [1]** 89/25

**proposed [3]** 4/12 98/25 99/1

**proposing [2]** 87/3 87/12

**prosecution [1]** 115/21

**Protestant [1]** 68/1

**protocols [1]** 63/2

**provide [6]** 4/3 4/14 26/21 32/18 32/21 41/1

**provided [5]** 6/11 6/12 6/14 6/19 19/11

**providing [2]** 6/22

**province [3]** 40/7 40/12 46/22

**proviso [2]** 33/13 50/4

**pruned [2]** 92/14 96/17

**Ps [1]** 89/11

**psychologist [3]** 8/20 65/1 65/22

**PTY [1]** 74/11

**public [1]** 118/23

**publications [1]** 6/17

**publicly [1]** 100/4

**publish [7]** 7/11 10/18 19/3 28/15 38/25 39/9 51/9

**published [4]** 46/14 51/11 99/18 118/4

**pull [2]** 85/22 112/11

**pulled [5]** 35/1 35/4 101/16 116/4 119/4

**pulling [2]** 102/1 127/25

**punish [1]** 51/7

**purchase [1]** 127/12

**purchases [1]** 127/11

**purpose [3]** 47/18 57/24 79/7

**purposes [1]** 46/1

**push [1]** 109/23

**put [17]** 13/21 14/10 24/5 45/23 46/20 84/11 86/25 87/16 90/21 92/18 107/1 107/9 107/14 113/12 114/5 118/3 119/8

**put through [1]** 113/12

**putting [2]** 14/23 103/11

**Q**

**Queensland [7]** 59/21 66/12 66/16 66/16 104/4 112/25 113/20

**question [65]** 8/17 8/24 16/9 17/10 17/22 18/11 18/12 22/11 24/8 25/25 26/1 27/3 27/14 28/1 28/6 28/13 29/20 30/9 30/11 33/1 33/7 33/9 33/16 33/25 34/1 36/2 36/3 36/10 38/1 45/14 46/4 46/5 46/6 50/15 51/18 53/12 55/17 55/19 55/20 55/24 56/4 56/16 57/10 57/13 59/4 59/5 67/22 75/6 75/22 78/4 78/13 81/2 82/11 86/7 86/7 88/13 92/13 92/19 93/8 93/23 94/5 100/17 116/18 116/24 126/18

**questioning [2]** 5/2 49/3

**questionnaire [1]** 9/13

**questions [43]** 7/25 15/11 15/15 16/5 16/10 16/17 16/20 17/6 17/14 18/1 18/3 20/17 21/1 21/16 21/22 22/7 24/21 25/21

**questions... [25]**
30/15 31/4 31/14
31/15 43/9 43/18
45/19 46/2 47/22
48/6 48/20 49/6
53/23 54/16 55/2
55/9 55/10 55/15
56/12 56/13 57/1
58/14 59/3 103/25
128/7
**quickly [1]** 5/15
**Quill [2]** 85/23
86/1
**quite [7]** 7/1
35/24 60/19 63/21
97/22 109/7 111/6
**quote [3]** 30/24
34/11 36/20

**R**

**Rachel [2]** 117/10
117/22
**rack [2]** 106/16
111/6
**racks [8]** 105/12
105/14 106/14
106/14 106/14
106/15 106/21
111/25
**radio [4]** 62/11
62/12 62/23 63/22
**radios [1]** 62/12
**raise [3]** 55/18
58/8 111/20
**raised [4]** 40/4
40/6 57/1 60/3
**raising [1]** 40/13
**Ramona [5]** 9/12
28/19 29/25 117/10
117/12
**ran [6]** 41/23
41/24 41/25 84/15
100/11 105/20

**random [2]** 70/9
91/5 93
**range [4]** 10/25
11/10 14/1 17/21
**rather [1]** 83/21
**rating [4]** 11/3
13/24 14/2 27/8
**rcjbr [2]** 116/22
118/22
**rcjbr.org [7]**
116/19 116/21
116/24 117/8 117/9
118/2 118/17
**re [1]** 97/10
**reached [1]** 25/16
**react [1]** 127/18
**reaction [1]** 53/3
**read [4]** 32/9
33/25 44/8 59/9
**reading [4]** 12/5
31/1 37/14 38/4
**reads [3]** 33/10
55/24 57/10
**ready [2]** 5/1
96/23
**real [6]** 23/12
29/1 29/8 71/20
98/24 101/4
**real-life [3]**
23/12 29/1 29/8
**reality [1]** 27/11
**realize [3]** 24/6
24/16 35/4
**really [8]** 5/15
44/19 44/24 79/11
84/6 101/5 102/1
103/10
**reason [4]** 29/9
47/8 51/15 110/3
**reasons [1]** 13/25
**recall [13]** 5/2
5/17 5/21 5/22 6/6
6/21 7/1 9/7 9/9
18/17 52/12 91/21

**receive [2]** 9/23
97/11
**received [2]** 85/16
119/21
**recent [1]** 77/24
**Receptive [2]**
19/16 19/23
**recess [6]** 39/21
48/8 54/8 55/6
55/7 128/9
**reciprocal [3]**
52/11 52/15 53/17
**reciprocated [2]**
53/20 53/21
**recognize [2]** 19/7
113/11
**record [7]** 3/6
39/13 39/18 50/15
55/22 77/20 118/11
**recorded [1]**
121/20
**records [1]** 64/3
**recovered [1]** 67/1
**recovering [1]**
67/15
**redesign [1]** 71/22
**redirect [5]** 2/7
47/3 48/22 51/21
51/23
**redone [1]** 106/18
**reduce [1]** 95/10
**redundancy [2]**
91/16 91/19
**Reed [19]** 3/17
84/23 85/22 87/21
88/21 90/9 112/11
114/6 114/12
114/16 116/12
118/6 118/20 121/6
121/25 122/13
124/2 125/12
126/22
**refer [2]** 88/14

**R**

**refer... [1]**
118/10
**reference [7]** 43/8
88/25 89/18 89/19
121/8 122/8 126/7
**referenced [1]**
19/15
**references [2]**
124/9 124/10
**referred [1]**
121/15
**referring [10]**
14/5 43/22 46/19
80/17 89/13 91/22
94/14 96/2 108/4
113/9
**reflected [3]**
122/9 126/16
126/19
**reflects [1]**
124/24
**regard [8]** 44/18
44/19 44/24 45/1
47/23 78/22 102/7
110/23
**regarding [2]** 4/10
43/9
**regards [1]** 27/12
**registering [1]**
116/22
**registration [5]**
118/10 118/12
118/17 118/18
119/8
**registry [2]**
118/13 118/23
**rejected [1]** 90/3
**related [14]** 72/6
72/11 73/2 74/7
74/19 77/8 93/13
101/15 113/1 122/4
122/13 124/16

**relates [1]** 21/17
21/18
**relating [1]** 75/10
**relation [6]**
112/22 114/19
115/9 116/18
118/22 120/12
**relationship [11]**
53/20 53/21 60/24
61/20 62/3 91/25
92/5 102/18 109/17
115/12 117/23
**relationships [4]**
20/3 22/7 23/23
52/23
**relatively [1]**
62/18
**release [4]** 93/2
94/9 94/14 100/6
**released [4]** 92/20
98/22 99/25 100/4
**relevance [23]**
44/19 60/9 60/17
61/21 63/16 64/11
65/3 65/25 67/8
67/12 67/18 68/2
68/6 69/3 72/8
76/15 77/10 77/14
79/13 79/20 81/7
92/2 123/8
**relevant [6]** 17/12
47/13 47/13 47/25
48/2 61/24
**remain [2]** 21/7
58/8
**remember [27]** 6/10
6/12 6/14 6/20
6/21 8/16 8/24
12/10 13/11 27/4
31/11 33/7 33/16
34/12 34/15 34/21
34/24 35/19 36/21
36/25 37/14 75/18

120/20 120/22
**remind [1]** 5/3
**removed [1]** 92/17
**Rephrase [1]** 50/18
**Rephrasing [1]**
27/11
**replaced [1]**
111/18
**report [14]** 6/11
6/12 10/7 10/19
10/23 11/9 13/15
18/17 18/25 19/7
19/9 34/14 52/8
52/19
**reported [5]** 10/12
10/13 10/15 11/11
129/8
**REPORTER [2]** 1/23
129/5
**reporting [1]** 9/9
**represent [2]**
23/14 29/12
**representation [1]**
23/18
**representative [1]**
1/3
**request [4]** 9/4
40/1 48/17 113/5
**requested [3]**
19/13 25/17 25/18
**requests [1]** 4/17
**require [3]** 25/8
47/2 111/23
**required [1]** 25/15
**research [5]** 1/4
52/4 76/3 93/16
122/6
**researched [1]**
15/13
**reservation [1]**
52/5
**residence [4]**
103/25 106/6 106/7

**R**

residence... [1]
114/1
resilient [2]
83/19 110/5
respect [10]   40/8
40/9 40/16 43/12
43/25 46/23 46/25
51/15 52/6 53/16
respond [1]   42/19
responding [1]
58/14
response [5]   34/2
48/16 96/12 96/15
97/17
responsiveness [1]
11/5
restroom [1]   39/24
result [3]   64/9
87/5 87/7
return [7]   75/8
119/14 120/2 120/4
122/10 124/17
124/24
returned [1]   67/1
revealing [1]
10/10
review [2]   4/9
4/16
reviewed [2]   45/2
115/9
ride [2]   61/2 61/8
Ridges [5]   76/2
76/3 76/13 76/25
77/1
right [105]   3/25
4/22 6/3 6/12 6/19
6/25 7/14 7/16 9/6
9/14 9/17 9/19
10/5 10/9 11/8
12/20 13/5 13/9
13/14 15/22 16/9
16/9 16/16 17/2

17/15 17/18 19/18
20/19 20/21 21/2
21/5 22/3 22/17
22/25 23/3 27/10
28/4 28/19 28/21
30/1 35/2 35/8
35/11 35/21 36/9
36/12 37/2 37/11
38/9 39/11 40/2
41/6 41/13 42/10
42/21 44/1 44/13
47/18 48/9 49/1
50/3 51/21 53/24
54/4 54/11 54/12
54/21 55/6 55/12
55/23 56/11 58/7
58/8 62/3 65/13
68/24 69/8 74/17
79/17 80/17 81/3
83/9 86/15 86/17
87/15 89/3 91/13
93/8 97/18 100/15
104/21 104/25
106/12 109/13
114/11 116/8
116/16 116/21
122/7 122/12 124/1
124/12 125/18
126/24 128/8
rights [1]   125/3
ringgit [1]   80/9
rivalry [1]   65/18
RIVERO [5]   1/19
1/19 2/8 3/15
67/21
RMR [1]   129/17
ROCHE [3]   1/12
1/13 3/10
rock [1]   127/21
role [4]   52/4 53/2
99/20 102/11
roll [1]   77/1
roll-up [1]   77/1
room [7]   1/24 62/8

107/10 107/15
round [1]   97/15
routers [1]   107/25
Royal [5]   67/4
67/6 67/11 71/21
71/24
RPR [1]   129/17
ruled [1]   47/7
ruling [8]   40/8
40/12 42/25 43/17
44/3 45/5 45/7
46/14
run [12]   11/21
12/14 43/20 44/22
45/6 47/2 79/12
88/10 107/10 108/1
108/7 111/19
running [16]   30/23
98/13 100/11
100/16 105/6 105/7
106/3 106/9 107/18
107/21 109/3
109/24 110/24
111/9 111/14 127/8

**S**

said [29]   5/15
5/19 5/20 12/22
14/8 29/25 35/4
35/5 35/22 37/3
37/5 37/15 43/9
43/22 57/25 71/3
75/23 88/3 89/8
96/10 97/13 102/15
104/1 107/22 119/8
122/9 123/15 125/7
125/9
sale [3]   125/5
126/1 126/5
SAMANTHA [2]   1/17
3/10
same [24]   3/14
10/4 10/24 12/16

**same... [20]** 12/17
12/20 16/4 16/12
25/10 32/9 34/19
46/5 46/6 46/11
50/6 51/15 52/23
57/25 83/7 96/24
97/12 97/25 103/15
104/18
**samurai [1]** 64/4
**Sara [1]** 15/19
**Sarah [1]** 3/17
**sarcasm [1]** 37/10
**Saulnier [22]**
11/21 11/23 12/3
12/12 13/3 13/20
14/9 16/21 16/22
17/6 18/3 18/7
21/15 22/1 22/8
23/15 24/21 25/16
26/5 28/2 28/8
35/18
**Saulnier's [1]**
31/19
**save [1]** 98/2
**saving [1]** 82/7
**saw [4]** 24/4 46/8
64/24 102/5
**say [30]** 8/22 9/3
18/14 22/2 26/4
26/9 37/4 43/7
44/13 45/10 45/13
47/12 56/20 62/19
65/6 69/21 69/25
71/11 78/16 81/5
84/18 87/15 93/4
96/2 100/19 103/8
108/8 109/24
110/11 110/12
**saying [7]** 18/11
20/7 46/17 57/3
74/18 91/10 123/12
**says [18]** 22/16

30/22 33/14 41/12
41/12 41/17
41/19 41/22 42/2
42/5 45/13 89/20
90/24 116/19 120/7
124/24 126/15
**scale [5]** 11/3
13/24 14/2 98/15
111/22
**SCHILLER [1]** 1/15
**school [6]** 61/13
64/16 64/21 64/25
65/24 73/6
**science [7]** 65/10
66/13 66/13 66/22
68/12 122/21
123/13
**scope [1]** 52/18
**score [23]** 9/17
9/23 9/24 11/9
11/11 13/22 14/10
16/21 23/5 23/16
25/19 27/2 27/3
28/21 30/10 30/13
30/25 31/7 31/10
31/16 31/17 32/6
33/21
**scored [12]** 9/18
18/1 18/9 20/7
20/21 21/1 22/8
22/11 23/4 23/15
31/5 31/8
**scores [12]** 9/16
10/1 10/5 10/24
11/6 14/18 14/19
14/22 14/22 18/6
19/10 26/19
**scoring [8]** 12/7
14/15 14/15 14/18
15/16 28/3 29/15
31/2
**script [2]** 12/4
90/19
**seat [2]** 3/20 40/3

seated [4] 4/25
49/2 55/14 58/11
**second [16]** 6/17
13/2 14/7 22/10
35/16 56/4 57/10
61/14 87/23 95/15
96/18 96/25 97/8
97/15 115/4 117/20
**secondary [1]**
111/18
**section [4]** 18/18
20/4 122/11 124/7
**sections [1]**
101/17
**security [4]** 74/11
75/3 75/19 102/21
**see [29]** 4/25 5/14
19/15 20/17 23/23
27/7 31/11 39/10
39/11 50/5 51/10
55/2 55/10 85/23
87/19 90/9 91/6
91/17 98/8 116/11
116/18 116/20
118/6 118/8 118/20
121/5 122/7 122/8
128/11
**seeing [3]** 57/4
57/4 112/22
**seem [1]** 86/23
**seen [8]** 49/25
50/11 50/12 56/4
57/11 114/8 114/20
116/16
**Seidman [2]** 77/9
85/4
**self [12]** 9/8 10/7
10/12 10/13 11/9
35/13 35/15 51/5
84/3 93/20 122/14
122/16
**self-education [2]**
122/14 122/16
**self-heals [1]**

**S**

self-heals... [1]
84/3
self-incriminating
[1]   35/15
self-incrimination
[2]   35/13 51/5
self-plagiarized
[1]   93/20
self-report [2]
10/7 11/9
self-reported [2]
10/12 10/13
selling [2]   125/10
127/6
semi [4]   11/24
12/5 31/4 31/19
semi-structured [4]
11/24 12/5 31/4
31/19
send [1]   62/14
sense [6]   12/4
14/1 15/16 35/20
36/5 55/9
sent [6]   35/18
35/18 94/15 94/17
97/12 100/21
separated [3]   60/1
83/4 83/7
series [2]   45/18
49/6
server [2]   111/6
111/9
servers [6]   105/12
107/18 108/1
109/21 111/4
118/24
services [8]   26/19
26/21 26/23 32/19
73/4 84/14 124/20
125/22
SESSION [1]   1/9
set [9]   84/10 89/1

106/13 107/8 108/3
109/5 117/4
129/14
sets [1]   64/6
setting [1]   72/25
settle [1]   48/23
seven [1]   20/25
several [4]   7/2
13/25 18/15 18/23
severe [4]   10/25
11/2 11/6 11/10
SHA [1]   94/18
share [6]   50/6
95/19 96/12 96/25
97/5 98/5
shared [5]   51/4
53/7 95/20 95/21
96/6
sharing [1]   104/17
she [45]   12/3 13/3
13/5 13/13 13/13
14/12 14/12 14/13
14/14 14/18 14/19
14/19 16/24 16/25
16/25 17/5 17/23
23/15 23/16 23/19
24/12 24/13 24/22
24/24 24/25 25/1
25/2 25/9 25/9
25/11 25/18 26/9
27/24 28/3 28/5
31/4 31/8 31/10
35/2 35/18 61/12
104/1 104/3 104/6
104/7
she'll [1]   12/7
she's [7]   12/4
12/5 12/6 13/15
27/2 57/4 57/4
shed [1]   107/9
sheet [1]   27/2
shoots [2]   9/17
9/23
short [3]   51/22

shorten [1]   15/24
shorthand [2]
129/5 129/8
should [10]   9/3
21/5 21/13 39/7
44/3 44/4 54/20
89/5 89/24 119/17
show [26]   7/6 23/1
25/22 26/9 27/13
29/3 41/14 44/22
55/25 56/15 59/15
84/23 85/17 88/21
112/9 112/15 114/4
114/11 114/12
114/16 116/2 116/2
116/12 116/13
119/11 119/23
showed [5]   24/4
38/16 95/21 97/3
127/1
showing [1]   23/24
shown [4]   9/16
10/1 112/22 119/18
Shows [2]   26/1
27/9
shutdown [1]
111/10
Shyaam [3]   99/11
99/12 99/13
side [6]   6/11 57/3
60/25 76/8 86/20
115/21
sidebar [10]   39/7
39/12 39/13 39/19
55/21 55/22 56/10
77/16 77/20 78/25
sidebars [1]   78/21
sided [2]   52/15
53/1
sign [1]   88/18
sign-off [1]   88/18
signed [1]   113/18
silly [1]   29/11

similar **[2]** 98/14
107/8
simply **[2]** 53/15
53/16
Simultaneously **[1]**
68/10
since **[7]** 5/21
15/13 18/7 21/9
42/17 55/20 120/19
Sinclair **[1]** 84/13
Singapore **[1]**
74/16
Singaporean **[2]**
64/1 80/9
single **[1]** 83/21
sir **[111]** 7/15
32/25 34/2 35/4
40/21 40/23 44/7
54/4 58/11 59/3
59/24 60/7 60/12
60/14 60/23 61/10
62/3 62/10 62/17
63/19 64/9 64/14
64/15 65/6 65/13
65/15 66/3 66/10
67/1 67/15 68/5
68/24 69/6 69/14
69/21 70/11 70/11
71/8 71/24 72/11
73/9 73/22 74/3
75/22 76/11 76/18
76/25 77/13 79/2
80/4 82/21 84/18
84/20 85/2 85/9
85/20 86/4 86/17
89/18 90/8 90/21
91/12 91/24 93/4
93/8 93/11 94/3
94/7 94/14 94/25
95/17 99/7 99/24
100/6 101/9 102/4
103/2 103/24

105/23 106/2
107/11 108/7
108/20 109/2 109/9
109/17 110/23
111/22 112/25
113/15 113/20
114/4 114/11
114/19 116/8
116/11 116/24
118/8 118/10 119/7
119/11 119/13
120/2 121/8 122/2
122/7 124/1 124/5
124/16 124/24
126/24
sisters **[2]** 60/19
60/20
sit **[1]** 62/21
site **[3]** 100/1
118/18 118/24
sites **[2]** 75/2
118/13
sitting **[4]** 16/20
18/6 106/12 117/10
situation **[3]**
46/12 50/5 50/8
situations **[2]**
32/1 38/19
six **[2]** 6/25 20/25
skill **[5]** 23/8
28/24 28/25 28/25
29/3
skilled **[1]** 14/21
skills **[11]** 17/21
18/24 19/19 19/25
20/3 20/3 23/10
23/13 29/1 29/8
57/16
Skype **[1]** 98/19
slash **[1]** 20/21
slide **[1]** 29/21
slow **[2]** 71/16
71/18
slowed **[1]** 6/3

small **[2]** 57/17
104/7 107/10
smaller **[3]** 93/21
103/25 122/21
smiling **[1]** 57/5
smoothly **[1]** 94/6
so **[203]**
social **[8]** 11/5
30/12 30/16 30/22
31/25 50/6 64/22
76/13
socialization **[3]**
18/24 19/20 20/2
software **[20]**
14/21 71/7 73/7
73/19 73/21 73/25
74/23 74/25 75/2
76/7 76/10 82/3
82/4 90/17 91/6
92/15 99/4 125/4
125/8 126/5
sold **[8]** 69/24
71/12 71/14 125/2
126/2 127/8 127/11
127/13
sole **[1]** 77/24
solely **[1]** 78/2
solid **[1]** 16/4
solve **[1]** 109/12
some **[50]** 6/14
8/21 16/10 20/7
20/7 21/7 23/13
25/15 25/17 25/18
29/7 36/18 37/19
39/24 46/15 61/25
62/24 70/3 70/15
71/6 71/21 73/21
75/2 75/23 76/7
80/24 81/21 86/22
87/11 90/7 90/16
91/16 91/17 91/21
93/19 94/17 97/2
98/7 99/2 99/3
99/22 100/21

**some... [8]** 100/23
101/11 102/5
103/25 105/16
108/17 111/4
125/16
**somebody [5]** 10/7
40/14 43/14 53/7
78/22
**somehow [1]** 38/19
**someone [2]** 10/15
50/3
**someone's [1]**
109/24
**something [22]**
5/15 9/4 15/19
22/18 28/18 28/20
29/25 32/10 37/12
37/15 38/3 39/7
56/19 57/5 57/23
59/24 70/15 86/9
86/10 87/12 110/13
117/25
**sometime [1]**
120/22
**sometimes [14]** 7/2
12/16 22/23 23/2
28/20 29/7 29/16
30/19 53/1 53/5
57/7 61/7 111/15
121/3
**somewhat [1]**
108/25
**somewhere [2]**
81/12 122/9
**Sophocles [1]** 32/9
**sorry [23]** 23/25
24/2 26/4 28/14
32/23 33/3 39/15
61/4 66/11 67/23
68/18 75/7 78/4
80/23 82/15 84/19
88/2 88/8 93/3

127/16 373
**sort [20]** 19/15
27/8 40/11 42/4
43/17 46/15 52/16
63/23 70/14 70/22
84/8 84/8 86/14
90/5 98/21 98/22
99/2 104/17 105/20
114/21
**sorts [1]** 110/16
**sound [8]** 6/25
16/16 16/17 21/5
37/19 38/1 38/3
38/3
**sounds [2]** 8/3
20/19
**SourceForge [1]**
101/19
**south [7]** 1/14
73/6 76/4 76/5
104/14 104/16
120/11
**Southeast [1]** 1/17
**SOUTHERN [3]** 1/1
129/3 129/6
**Sparrow [1]** 15/19
**speaks [1]** 33/20
**special [1]** 26/19
**specializing [1]**
123/20
**specific [4]** 14/14
14/18 16/7 40/5
**specifically [3]**
43/7 43/7 52/20
**spectrum [3]** 11/2
11/7 22/6
**speculate [1]**
120/17
**speculating [1]**
101/6
**speech [3]** 32/10
33/10 37/9
**speeches [1]** 42/5

**speed [1]** 34/22
**spend [1]** 80/13
**spending [1]** 62/22
**spent [6]** 61/10
61/15 62/5 62/8
127/22 127/24
**split [1]** 43/12
**spoke [1]** 84/18
**spousal [1]** 124/9
**spouse [1]** 10/23
**Springwood [1]**
104/8
**SRS [8]** 9/8 10/6
13/19 13/24 14/5
14/7 14/9 36/3
**SRSs [1]** 14/4
**ss [1]** 129/2
**staff [5]** 74/14
86/22 90/5 91/17
112/5
**stage [8]** 72/14
84/15 97/4 97/18
97/22 101/19
101/23 126/4
**stand [4]** 24/20
40/7 42/8 44/4
**standard [1]** 30/23
**standardized [1]**
14/17
**standing [1]** 58/8
**stands [1]** 117/9
**start [17]** 15/24
16/1 59/25 67/2
71/8 71/8 73/24
74/4 80/4 81/15
84/7 84/12 90/15
93/23 106/2 110/10
117/23
**started [29]** 3/3
7/4 64/24 69/14
69/18 70/2 70/2
70/6 70/7 71/1
72/18 73/11 81/18
82/16 82/19 83/3

started... [13]
84/1 84/5 87/10
90/13 93/13 100/16
101/20 101/25
102/1 116/22 118/1
127/9 127/9
starting [3]  3/7
74/9 101/22
state [5]  3/6
26/21 52/9 64/20
73/18
stated [1]  37/1
statement [2]  24/8
50/14
statements [4]
40/11 47/6 50/9
51/3
states [6]  1/1
1/10 86/13 118/23
129/1 129/6
station [2]  62/11
62/12
stationery [2]
86/11 86/12
stations [1]  63/23
statistical [2]
74/24 82/4
statistics [6]
90/1 122/19 122/24
123/2 123/3 123/14
staying [1]  55/1
steal [1]  128/1
stenographic [1]
129/11
step [3]  3/25
40/20 58/7
stepfathers [1]
60/20
STEPHEN [1]  1/16
Steve [1]  3/11
Steven [2]  58/6
65/17

Stewart [1]  68/18
sticking [1]  35/14
sticky [2]  13/4
13/7
still [8]  54/18
74/1 74/15 74/16
92/15 97/9 97/13
97/20
stock [9]  73/12
73/13 73/23 73/25
74/3 75/4 127/2
127/4 127/5
stop [3]  80/1
107/15 125/18
stopped [4]  9/8
79/18 79/22 82/20
store [2]  72/12
97/24
stories [1]  34/17
story [1]  34/18
straight [1]
100/15
Street [1]  1/17
strengths [2]  29/7
32/13
stress [2]  56/18
57/8
stretch [2]  48/5
54/12
strike [2]  47/13
111/17
structured [4]
11/24 12/5 31/4
31/19
stubs [1]  92/15
student [2]  65/18
99/13
studied [4]  64/16
66/11 79/8 123/5
studies [3]  38/14
67/2 67/20
Studio [2]  100/9
100/14
study [6]  25/8

67/16 79/9
studying [1]  68/11
stuff [6]  46/7
71/10 72/13 72/15
98/21 98/22
Sturt [3]  68/17
68/19 75/19
sub [2]  32/8 33/23
sub-domains [2]
32/8 33/23
subdomain [5]
20/12 20/13 20/14
20/15 20/16
subdomains [2]
19/21 19/22
subject [7]  9/21
9/22 10/14 42/18
44/12 94/7 105/4
subject's [1]  9/22
subjects [1]  66/17
submissions [2]
4/4 4/10
submit [1]  49/13
submitted [8]
49/11 50/1 50/11
50/21 99/17 123/5
123/6 123/24
submitting [3]
46/5 71/11 72/17
subsequent [1]
25/15
subsequently [1]
83/5
suburb [3]  59/20
104/8 120/7
succeed [1]  57/18
successful [2]
56/5 57/12
such [2]  52/14
62/14
sufficient [1]
109/11
Suite [3]  1/14

**S**

Suite... [2]  1/17
1/22
sum [1]  121/11
summarize [1]
35/22
summarizes [1]
14/19
summary [1]  14/22
Summer [1]  99/7
Sundays [1]  112/8
supplement [1]
71/5
Supplementary [1]
124/18
supplies [4]  111/6
111/6 111/15 112/1
support [3]  102/12
107/23 108/2
sure [20]  7/8
10/12 11/4 13/12
16/2 36/2 36/7
36/10 36/23 36/23
37/5 40/14 69/21
75/20 77/22 86/21
87/4 94/23 101/4
107/15
surprised [1]
30/18
suspicions [1]
101/5
sustain [1]  78/22
sustainable [1]
83/24
sustained [36]
24/11 42/22 42/24
44/3 45/4 50/17
53/13 60/10 60/12
61/22 62/1 63/17
64/12 65/4 66/1
67/9 67/13 67/19
67/21 68/3 69/4
72/9 72/22 76/16

78/24 79/5 79/14
92/3 109/15 110/8
115/6 116/6 119/5
SWIFT [2]  79/23
80/15
switch [1]  107/25
swords [1]  64/2
SWORN [1]  58/10
Sydney [8]  88/11
106/7 106/10
120/12 120/14
120/15 120/22
120/24
symptomatology [1]
14/2
system [25]  6/3
70/5 71/4 73/19
75/14 80/15 81/22
82/14 82/17 82/18
83/11 83/21 83/22
84/1 84/12 88/1
88/10 89/9 89/11
101/15 105/5 105/7
108/2 112/2 125/21
systems [14]  63/7
68/13 73/5 73/7
74/11 75/3 76/7
82/10 88/12 107/7
107/25 108/1
111/11 111/12

**T**

take [26]  3/22
11/14 13/2 13/4
24/15 24/17 27/6
28/7 31/6 31/12
39/21 39/24 48/5
54/9 54/11 58/14
60/7 64/15 66/9
80/13 81/12 83/25
110/25 111/8 121/3
128/9
takedown [2]  76/8

taken [4]  5/20
5/21 5/24 46/19
takes [3]  13/3
14/13 28/17
taking [3]  60/3
83/17 109/12
Tal [1]  4/13
talented [1]  78/19
talk [6]  24/16
31/16 74/17 87/5
92/6 109/10
talked [14]  11/19
13/12 18/7 24/25
35/17 62/7 91/8
98/19 99/3 100/23
102/15 110/15
110/16 127/23
talking [17]  9/7
9/8 14/6 16/24
20/7 24/6 36/18
37/4 81/18 81/19
91/20 95/1 98/15
105/24 120/21
123/16 127/22
tantrums [1]  57/9
task [2]  22/19
84/11
tasks [1]  31/20
taught [3]  63/4
63/7 83/16
tax [7]  119/14
120/2 120/4 124/3
125/6 125/7 125/9
taxed [1]  125/5
tea [1]  64/6
teach [2]  62/17
62/19
teacher [1]  62/20
teaching [1]  83/19
team [3]  73/4 90/3
94/20
technical [1]  95/4
technically [5]

**T**

**technically... [5]**
71/10 74/14 100/2
102/23 110/11
**techniques [1]**
82/4
**technology [8]**
57/22 62/17 62/23
74/7 74/19 75/10
103/9 115/19
**teenager [2]** 76/12
76/12
**telegraph [1]**
62/15
**tell [14]** 7/6 18/8
36/17 42/17 59/24
64/16 65/15 67/6
72/24 82/22 85/2
117/9 119/13
125/15
**telling [1]** 13/23
**temperature [2]**
28/7 28/17
**Ten [1]** 40/22
**tend [3]** 34/11
51/3 52/25
**tendency [1]** 51/4
**tends [2]** 44/21
44/22
**tens [3]** 18/15
18/23 38/23
**term [2]** 36/24
43/12
**terminal [1]** 63/3
**Termination [1]**
121/9
**terms [1]** 43/15
**terrible [2]** 62/20
100/8
**terribly [3]** 54/7
97/24 126/3
**Territory [1]**
74/23

**test [13]** 10/25
12/14 13/7 15/2
15/5 15/11 16/8
16/13 17/19 22/16
33/20 88/10 88/12
**tested [1]** 65/1
**testified [7]** 8/1
8/19 34/10 44/14
44/20 52/8 116/4
**testifying [3]**
5/21 7/21 58/15
**testimony [23]** 6/7
27/16 27/18 27/19
36/25 38/4 38/16
40/9 41/9 41/11
43/3 43/24 44/20
45/11 46/21 47/9
47/12 47/21 49/18
50/2 54/8 108/16
112/19
**tests [1]** 64/20
**text [1]** 13/16
**textbooks [1]** 71/5
**than [24]** 6/6 6/8
11/10 11/11 17/3
17/4 23/13 26/22
28/22 31/21 31/25
32/1 32/5 33/10
37/12 50/5 58/1
59/9 81/11 83/21
90/24 94/7 99/6
109/22
**thank [30]** 5/6
5/12 10/21 11/16
19/5 31/13 33/19
34/7 39/3 41/3
48/7 49/24 51/19
53/22 53/24 54/13
54/23 55/4 55/23
56/11 58/3 58/16
71/19 76/22 87/21
105/23 112/17
113/15 119/22
119/25

**Thanksgiving [1]**
42/2
**that [621]**
**that's [68]** 3/9
6/9 9/25 10/6
13/21 21/8 21/24
22/2 22/7 25/25
26/16 28/11 28/12
28/12 28/18 29/9
29/9 29/18 29/24
32/25 33/11 33/14
35/15 37/7 37/25
38/2 38/20 40/5
42/8 43/3 44/24
45/9 45/9 45/13
46/3 46/4 46/10
46/23 50/22 57/6
68/21 78/5 81/4
86/1 86/8 88/1
88/2 88/2 88/6
89/13 90/19 92/13
100/19 100/19
103/11 110/5 116/3
117/6 117/10
117/12 118/11
118/11 119/14
120/9 120/21
121/11 121/22
124/18
**their [28]** 9/13
23/9 23/10 23/12
29/7 29/13 30/19
32/17 35/9 38/14
44/1 51/7 52/23
52/25 53/1 53/1
53/2 56/6 56/23
57/12 57/19 57/19
58/2 80/14 81/13
82/8 91/13 91/14
**them [46]** 11/8
13/13 13/13 13/14
14/1 14/19 15/13
19/15 22/8 23/16
26/20 32/16 32/18

**T**

**them... [33]**  49/7
49/20 50/9 50/10
51/7 51/11 56/13
56/18 57/20 61/17
70/4 70/10 74/1
78/1 82/18 83/17
83/17 83/18 83/19
98/1 98/6 102/6
104/15 106/13
107/17 107/23
110/24 111/8 111/9
111/9 126/1 126/13
127/12

**themselves [1]**
110/25

**then [87]**  4/16
4/22 6/14 9/16
9/23 10/4 12/3
12/6 13/17 13/19
14/8 14/14 14/17
14/18 14/18 16/4
19/24 20/4 22/22
25/7 31/6 35/16
36/16 37/2 37/2
39/11 39/17 41/17
41/22 42/1 43/13
43/16 46/5 46/7
46/19 47/12 48/5
54/24 68/8 69/18
70/21 70/23 70/24
72/18 74/6 74/17
77/1 80/10 80/10
81/11 83/4 83/21
83/24 86/13 89/15
89/18 89/20 89/22
91/6 93/21 94/1
94/2 94/2 94/5
95/16 97/22 100/22
104/25 107/10
107/24 108/2
111/14 113/5 118/4
118/5 121/2 121/20

122/18 124/19
124/20 125/5 125/9
126/4 126/8 127/8
127/11 128/9

**theology [2]**  67/16
68/9

**theoretic [1]**  84/1

**there [102]**  4/18
6/16 6/16 7/19
12/17 12/17 13/23
14/15 15/14 15/19
15/23 16/6 16/7
16/10 18/18 18/23
19/18 19/20 20/4
25/13 25/14 32/12
36/2 37/8 41/24
41/24 41/25 42/18
42/23 43/8 44/16
44/18 46/5 46/6
48/11 49/15 55/17
56/13 57/21 61/2
61/8 61/13 61/15
62/9 64/18 70/24
71/22 72/19 73/11
73/19 74/2 74/10
75/23 77/2 78/14
80/16 84/7 84/20
84/22 85/6 85/13
86/22 88/12 90/4
92/13 93/12 93/15
93/22 94/12 96/18
97/22 98/9 98/10
98/11 99/3 100/2
100/7 101/23
105/15 105/15
105/22 106/15
106/20 107/1 107/3
107/6 110/24
111/16 111/19
111/24 113/21
113/23 114/1
117/11 121/20
121/23 122/13
122/14 125/18

**there's [28]**  4/14
13/4 16/13 20/17
20/21 20/24 21/22
22/7 23/4 30/9
32/25 41/17 45/21
49/12 49/19 50/2
59/12 59/16 74/16
89/18 92/15 107/22
111/11 117/4 122/2
122/14 124/25
125/16

**therefore [3]**
13/24 31/5 38/14

**Thermonuclear [2]**
69/10 72/18

**these [25]**  17/2
23/16 31/4 31/5
32/13 47/6 83/19
85/3 87/4 96/5
102/2 102/7 102/10
106/12 106/23
110/23 121/1 122/2
122/3 122/4 124/3
124/9 124/9 124/10
126/24

**thesis [1]**  90/2

**they [61]**  7/7
12/17 12/18 16/11
17/7 17/16 19/18
21/7 22/22 22/25
23/3 26/14 29/6
32/19 34/24 35/9
35/10 35/10 37/12
44/1 50/6 50/7
50/7 51/4 51/7
51/11 52/24 53/2
54/16 55/8 55/9
56/17 56/18 56/18
56/21 56/21 56/23
57/8 57/23 57/23
58/1 61/1 64/22
64/24 71/12 79/23
82/19 86/3 86/23

they... [12]  87/5
91/15 97/12 97/13
97/13 105/14
106/12 106/14
106/25 107/22
110/24 116/1
they're [11]  12/20
43/25 44/1 46/23
86/1 86/2 87/7
89/10 102/10
109/24 111/7
They're a [1]  86/1
thing [16]  10/4
10/5 16/4 22/14
23/17 42/10 42/11
45/18 47/11 78/16
81/18 83/25 86/15
86/20 96/8 102/21
things [30]  7/25
12/16 16/13 21/13
25/1 25/2 25/7
25/13 29/1 29/11
41/23 42/5 43/10
45/23 46/14 46/17
49/7 62/22 63/8
69/13 70/7 70/8
70/9 76/9 83/20
100/3 101/24 122/4
122/13 122/15
think [25]  6/1 8/3
12/21 12/24 22/3
28/7 30/13 35/18
36/3 39/7 45/8
47/17 50/15 61/23
62/8 68/23 82/21
88/22 94/5 96/11
100/22 112/5
119/17 121/16
122/23
thinking [3]  81/15
83/12 88/3
third [4]  36/16

thirties [1]  65/23
this [214]
those [45]  6/24
7/1 7/2 7/25 12/16
14/17 14/19 15/15
15/23 16/25 18/19
19/16 19/21 27/24
47/16 57/16 57/17
57/18 60/6 64/7
66/17 66/21 68/12
77/25 79/25 80/13
82/17 87/2 91/7
92/17 97/11 97/17
98/6 100/20 105/21
106/4 106/14 107/8
107/19 108/8
109/13 111/8
122/15 122/23
126/2
though [1]  111/16
thought [7]  70/9
83/23 98/15 98/16
98/19 116/16
127/24
three [12]  19/18
19/21 20/25 32/8
32/11 33/23 34/17
38/23 52/3 82/7
105/13 120/13
three-plus [1]
52/3
threshold [1]
26/23
through [24]  1/8
5/14 9/11 11/8
11/19 13/20 14/2
15/21 17/17 31/6
32/20 33/3 33/10
41/18 42/3 49/5
64/16 66/22 67/3
68/9 97/13 102/15
111/10 113/12
thrown [1]  43/17

tidy [1]  97/24
till [3]  69/8
100/2 127/10
Tim [3]  81/18
81/19 93/18
time [73]  3/22 4/8
4/15 4/16 6/18 7/3
12/16 12/17 17/9
24/19 24/20 24/24
26/7 47/8 51/19
52/2 56/13 58/20
60/3 61/2 61/10
62/6 62/8 62/22
63/10 64/23 67/2
68/24 69/6 69/7
69/14 72/6 72/14
72/18 73/19 74/20
75/9 76/11 76/18
81/24 82/12 83/10
84/11 87/1 89/21
90/13 91/3 91/24
91/25 92/8 93/2
94/14 97/3 97/12
99/4 99/23 102/12
104/6 108/11 109/1
109/7 109/20
110/25 111/17
118/25 120/19
120/23 121/14
123/15 126/1
127/22 127/22
128/8
timechain [2]  89/1
89/2
timeline [3]  44/1
46/20 86/25
timely [1]  4/4
times [6]  8/2 8/4
8/19 9/3 61/2 61/7
today [5]  16/20
24/20 39/25 64/9
102/9
together [7]  3/15

**together... [6]**
25/5 101/16 102/2
106/24 106/25
127/25
**token [7]** 80/4
80/6 80/7 81/6
81/20 82/13 82/16
**tokenize [1]** 80/8
**tokenized [1]** 76/3
**tokens [5]** 81/16
83/12 89/12 91/2
93/19
**Tokyo [1]** 105/17
**told [11]** 5/16 6/5
8/6 34/17 34/18
38/15 45/9 65/1
98/20 100/4 110/2
**tolerated [1]** 53/7
**too [9]** 10/5 16/10
21/21 89/5 96/8
96/8 96/9 97/9
97/9
**took [8]** 5/25 25/9
70/3 73/20 74/15
91/19 93/25 102/1
**tool [1]** 27/20
**Toowoomba [1]**
104/3
**top [3]** 82/9
105/21 118/14
**top-level [1]**
118/14
**topic [2]** 16/23
103/24
**topics [1]** 34/9
**topped [1]** 64/20
**total [2]** 20/17
124/25
**touching [1]** 42/9
**town [2]** 104/7
120/7
**track [1]** 58/19

**tracking [2]** 76/7
83/17 373
**trade [1]** 74/24
**traded [1]** 80/12
**trading [2]** 73/16
73/20
**traffic [1]** 120/16
**trained [2]** 15/18
27/21
**trait [4]** 11/5
35/8 38/16 38/22
**transcript [4]** 1/9
129/10 129/11
129/12
**transcriptions [1]**
37/14
**transfer [3]** 79/25
81/10 81/13
**transformer [1]**
111/17
**transitioned [1]**
82/12
**translate [2]**
23/12 29/7
**translating [1]**
31/2
**transmit [1]** 98/25
**treated [1]** 66/23
**tremendous [1]**
33/21
**TRIAL [1]** 1/9
**tried [3]** 42/4
84/16 98/1
**trouble [1]** 61/5
**true [3]** 37/7 46/3
129/10
**trust [4]** 16/18
17/2 124/18 125/2
**trusted [1]** 27/24
**truth [2]** 35/10
45/9
**truthful [1]** 35/14
**try [7]** 51/6 62/12
71/5 102/5 109/4

**trying [11]** 12/6
20/24 32/15 35/21
58/19 80/1 82/16
82/18 92/16 100/19
105/3
**Tumbi [1]** 105/19
**turn [2]** 21/23
70/8
**turned [2]** 65/14
70/20
**turnover [1]** 82/8
**two [27]** 6/6 6/8
6/16 6/24 7/14
10/11 12/18 14/4
20/25 21/25 25/6
26/19 46/8 50/21
51/10 56/13 57/15
66/14 66/17 66/18
104/15 105/12
106/15 107/14
108/3 111/3 111/8
**two-year-old [1]**
21/25
**type [5]** 53/16
64/8 70/4 71/20
109/20
**typed [2]** 95/10
95/14
**types [1]** 80/8
**typically [9]** 10/7
17/12 18/15 23/9
26/11 26/12 32/16
57/6 57/18
**typos [1]** 99/2

**U**

**U.S [2]** 1/24 41/23
**UK [2]** 86/2 123/19
**ultimately [2]**
23/4 91/12
**Umbi [1]** 105/19
**unable [1]** 29/6
**uncle [4]** 72/3

# U

**uncle... [3]** 93/6 95/20 110/19
**under [12]** 5/4 18/17 19/23 19/25 20/2 42/25 56/18 57/7 58/9 122/22 126/20 127/11
**undergraduate [1]** 66/4
**understand [15]** 32/10 32/16 37/3 37/21 37/21 45/5 45/7 51/6 53/2 59/5 64/25 65/7 69/21 86/8 87/4
**understanding [6]** 32/12 36/8 36/13 43/5 47/7 71/17
**understands [3]** 20/6 32/5 33/9
**understood [1]** 75/23
**Unfortunately [2]** 57/14 90/3
**unhappy [1]** 91/16
**uni [1]** 98/7
**uniforms [1]** 63/25
**uninterrupted [1]** 111/14
**unit [1]** 60/14
**UNITED [4]** 1/1 1/10 128/17 129/6
**units [2]** 107/14 111/14
**universities [4]** 63/1 66/5 95/22 110/13
**university [15]** 62/25 66/11 66/16 66/23 67/3 68/17 68/18 75/14 75/19 79/9 89/25 94/24

**Unix [1]** 70/15
**unless [6]** 12/21 26/14 26/21 30/17 32/12 40/17
**until [5]** 65/23 66/5 74/3 79/17 84/6
**up [71]** 5/14 5/16 6/23 7/10 9/6 10/2 10/17 16/4 16/17 19/1 19/7 20/9 22/10 23/17 23/25 24/2 24/3 24/5 24/19 25/5 28/1 29/14 41/2 41/4 41/5 42/4 43/25 59/25 60/15 61/1 61/16 62/9 64/14 64/19 65/8 65/15 65/23 66/5 68/24 72/17 73/11 74/3 75/9 77/1 77/2 77/5 79/17 83/12 84/4 88/10 88/13 91/14 91/25 92/13 93/1 97/22 106/13 107/8 107/15 108/3 109/4 109/12 109/23 110/5 111/19 112/11 113/8 114/5 117/4 122/19 126/3
**update [1]** 118/24
**updated [1]** 111/12
**upload.ie [1]** 100/1
**us [21]** 4/21 6/19 8/6 19/11 25/19 38/15 47/2 54/8 54/18 61/10 63/22 64/16 65/15 66/9 80/12 82/16 82/22 85/2 90/21 119/13

**us that [1]** 38/15
**usage [1]** 28/24
**use [12]** 10/6 12/7 23/16 23/19 27/24 41/7 41/18 51/14 56/23 57/23 63/5 81/10
**used [22]** 13/24 16/21 21/9 27/20 35/23 46/21 61/2 61/8 61/15 63/7 63/9 64/6 65/17 65/22 71/4 82/5 85/3 86/4 92/6 102/22 105/13 126/10
**uses [1]** 100/12
**using [10]** 27/12 45/8 62/15 70/21 71/8 81/16 88/12 89/9 99/4 100/9
**usually [5]** 22/14 22/16 22/18 37/12 56/20

# V

**vaccinated [1]** 58/13
**validating [1]** 83/23
**values [1]** 91/5
**variables [1]** 91/7
**variety [2]** 71/4 74/10
**various [4]** 33/22 60/20 73/18 94/12
**Vel [1]** 3/10
**Vela [3]** 3/11 11/16 41/5
**venue [1]** 86/13
**verbal [3]** 48/16 56/24 96/8
**Verdict [2]** 4/11

**V**

**Verdict... [1]**
  4/13
**version [19]**  92/15
  95/10 95/14 95/15
  95/15 95/17 95/18
  95/19 96/6 96/7
  96/13 96/14 96/16
  96/18 96/25 97/5
  97/6 97/8 97/21
**versions [6]**  97/23
  97/25 98/3 100/24
  101/25 101/25
**very [50]**  7/25 8/3
  10/8 10/10 11/1
  12/18 13/23 15/18
  16/7 16/23 21/24
  27/21 29/5 35/9
  35/10 35/15 35/22
  37/6 37/10 38/5
  38/9 38/17 40/6
  40/6 41/12 41/15
  43/18 48/18 50/5
  51/22 53/22 57/14
  57/17 57/25 60/11
  60/25 62/5 65/21
  70/18 79/9 85/21
  89/8 91/15 91/16
  91/17 96/17 98/14
  101/19 101/20
  107/3
**vetted [1]**  13/17
**video [1]**  69/24
**view [1]**  102/16
**Vineland [33]**
  11/18 11/20 11/20
  11/20 12/13 12/25
  14/6 14/8 14/9
  15/2 15/3 15/5
  15/6 15/7 15/11
  15/20 17/16 18/18
  18/21 19/10 19/17
  19/19 20/16 21/8

23/18 25/14 25/16
  25/21 26/10 26/12
  27/12 27/19 28/6
**Vineland-3 [4]**
  15/6 15/7 15/11
  20/16
**virtual [1]**  108/1
**visit [1]**  65/22
**Visual [2]**  100/9
  100/14
**VMS [2]**  63/3 63/5
**vocation [2]**  57/20
  57/24
**voice [1]**  21/23
**volumes [1]**  38/13
**vs [1]**  1/6

**W**

**Wagga [2]**  68/21
  68/21
**Wales [3]**  73/6
  76/4 120/11
**walk [1]**  41/18
**walks [1]**  103/1
**want [30]**  3/22 4/2
  4/15 5/14 6/23 9/6
  13/10 16/16 18/14
  23/25 26/18 31/10
  31/16 35/10 39/23
  41/2 42/20 46/1
  48/4 49/10 49/17
  49/25 50/12 50/20
  66/5 66/9 87/5
  103/24 116/1 117/2
**wanted [12]**  24/2
  25/5 36/2 36/7
  36/10 36/23 36/23
  62/22 80/8 81/22
  89/25 90/1
**wants [1]**  47/22
**war [1]**  64/3
**WarGames [2]**  69/10
  72/18
**was [300]**

wasn't [15]  29/21
  24/12 27/4 36/4
  38/2 38/19 38/19
  45/6 45/12 81/9
  97/25 101/23
  103/15 111/3 126/3
**Watts [8]**  9/12
  9/12 12/1 12/13
  25/17 26/6 28/19
  29/25
**Watts' [2]**  9/16
  10/1
**Wattyl [1]**  82/6
**way [26]**  13/10
  15/21 17/17 23/4
  24/13 33/14 33/20
  35/2 36/1 36/11
  38/1 46/13 47/9
  62/20 63/24 76/11
  78/8 87/3 94/16
  96/12 102/3 102/25
  103/8 103/11 108/8
  110/23
**we [150]**
**we'll [10]**  3/3
  13/2 13/20 27/7
  40/21 45/7 48/5
  49/3 83/9 128/9
**we're [11]**  8/7
  14/6 15/2 16/17
  19/14 39/25 49/5
  55/6 80/17 124/7
  127/4
**we've [5]**  10/1
  10/1 40/10 44/4
  94/25
**weapons [1]**  64/6
**weather [1]**  29/23
**web [1]**  73/7
**week [2]**  65/23
  74/2
**weekend [2]**  3/21
  5/1
**weekends [2]**  61/15

**W**

weekends... [1] 61/16

**Wei [13]** 94/16 94/22 94/23 98/6 98/8 98/11 98/12 98/14 100/3 101/7 101/8 102/6 103/5

weigh [1] 111/12

weird [4] 35/19 35/20 36/4 36/5

Welcome [2] 48/9 55/12

well [37] 4/7 4/10 4/13 5/12 7/1 8/5 8/6 10/8 10/16 12/17 12/20 14/3 16/22 17/24 22/2 27/17 28/11 40/12 44/10 44/13 45/8 47/5 55/8 57/23 61/15 62/6 63/7 64/19 65/21 67/3 71/7 89/24 97/4 98/9 101/24 112/15 114/5

went [14] 61/12 64/17 66/22 73/12 78/8 79/10 81/5 84/14 98/6 98/6 100/20 105/5 118/5 124/10

were [101] 5/2 5/3 6/5 6/16 6/20 6/24 6/24 9/8 12/16 16/12 17/2 18/1 18/9 18/23 18/25 21/1 24/6 24/16 25/13 25/14 25/14 29/19 33/22 34/10 34/24 35/5 35/23 36/18 37/4 37/15 40/6 43/18 45/8

60/6 61/11 62/5 64/8 65/6 65/11 66/17 67/25 70/1 71/14 72/5 72/6 72/14 73/22 74/10 76/25 79/3 79/24 80/14 81/24 82/11 83/2 87/3 87/8 88/10 91/15 91/17 91/18 92/17 92/19 93/13 93/15 97/22 98/3 98/10 98/11 99/3 99/5 101/23 104/1 105/6 105/6 105/9 105/14 105/15 105/15 105/22 105/24 106/3 106/4 106/12 106/14 106/15 106/15 106/25 107/3 107/8 107/19 109/25 110/23 111/2 112/19 113/18 120/19 122/16

weren't [1] 17/7

west [2] 1/2 104/4

what [186]

what's [8] 37/16 37/20 45/17 105/24 112/9 114/13 119/11 121/8

whatever [3] 23/19 84/8 90/22

whatsoever [1] 52/5

when [100] 10/6 13/6 13/19 15/16 19/13 20/7 21/24 23/4 26/2 27/2 28/7 28/17 28/25 34/10 36/2 42/5 42/14 43/9 43/22

56/18 56/18 59/9 59/9 60/1 60/4 61/1 61/7 61/16 63/9 64/5 64/7 64/24 67/6 69/8 69/16 69/25 70/20 71/8 71/10 72/6 73/10 73/10 73/11 73/20 73/23 73/23 74/3 76/11 76/12 78/21 81/15 82/15 83/3 83/6 83/10 83/11 84/4 85/6 87/15 88/3 90/15 90/22 91/14 91/18 91/18 92/17 93/6 95/6 95/12 96/2 96/22 96/22 97/10 97/11 97/19 97/24 98/2 98/22 99/3 99/24 100/11 104/6 105/5 108/8 109/9 117/23 118/2 118/24 120/20 120/21 121/2 121/22 122/24 123/4 123/23 125/16 127/8

whenever [1] 22/18

where [48] 9/6 9/11 9/20 17/23 20/21 22/7 29/19 40/14 40/15 41/15 41/17 41/19 41/22 42/2 44/24 45/19 45/20 59/19 64/16 66/15 68/15 68/20 72/12 72/25 78/5 83/15 84/7 84/20 86/17 86/17 89/11 90/1 92/16 100/20 102/13 104/1 104/11 104/11

**W**

**where... [10]**
106/5 106/17
106/17 113/25
116/3 120/12
122/25 126/16
126/18 126/25
**WHEREOF [1]** 129/14
**whether [6]** 18/21
21/9 30/24 42/7
43/9 43/12
**which [49]** 9/8
12/14 14/14 15/25
16/9 17/21 23/2
24/21 25/6 25/17
26/23 33/23 37/9
42/1 42/11 43/16
43/23 44/17 46/8
47/6 50/14 59/20
61/3 61/18 61/18
65/9 69/10 71/3
74/22 75/13 75/18
75/20 77/5 82/6
84/3 88/4 88/10
93/13 93/17 93/18
102/14 104/8 106/7
107/3 109/5 110/5
118/10 119/7 120/8
**while [6]** 45/3
58/14 66/23 105/3
109/7 111/9
**whitepaper [9]**
88/5 93/11 95/1
95/2 95/4 95/6
99/15 99/24 99/25
**who [47]** 7/24 10/7
10/15 16/6 26/2
27/20 30/11 32/10
34/19 49/19 53/7
53/9 54/21 56/1
56/14 56/15 57/18
57/21 65/17 65/18
65/22 71/24 71/24

82/25 84/18 90/4
90/5 94/11 94/19
94/20 94/22 95/19
95/24 95/25 96/10
96/25 98/5 99/10
99/12 100/12 101/3
102/4 110/10
110/10 113/3
117/14 118/17
**whoever [1]** 96/5
**WhoIs [1]** 118/11
**whole [7]** 15/5
15/16 71/1 90/9
94/15 100/8 117/1
**whom [3]** 101/1
113/3 121/12
**Whose [1]** 85/7
**why [18]** 21/8 29/9
40/18 41/6 46/16
67/11 77/3 77/13
77/17 78/4 78/6
78/22 95/3 107/11
109/2 110/5 121/20
127/20
**wide [1]** 88/18
**widespread [1]**
27/22
**wife [15]** 9/13
9/22 11/11 26/2
30/23 57/1 82/25
97/3 102/14 102/19
112/6 117/10
117/12 117/24
118/19
**wife's [1]** 114/2
**will [10]** 3/25
23/19 26/21 30/18
40/20 48/3 56/12
56/13 88/1 94/5
**Williams [2]** 97/1
98/7
**Wilson [3]** 104/12
113/7 113/25
**Windows [1]** 105/14

**Wipe [1]** 99/8
99/21
**wish [1]** 45/12
**withdraw [1]** 51/18
**within [2]** 11/2
81/10
**without [8]** 18/6
18/7 70/18 80/14
88/18 91/7 102/9
103/9
**witness [18]** 5/16
24/7 24/10 24/20
44/25 45/4 45/16
47/14 47/18 51/15
54/5 54/6 54/22
58/4 61/5 84/24
114/17 129/14
**won't [1]** 83/11
**wonderful [2]**
56/16 57/13
**Wong [1]** 65/17
**Wooloowin [4]**
104/14 104/18
112/25 113/20
**word [8]** 27/6
31/12 35/19 35/25
36/1 36/8 36/13
38/11
**words [7]** 27/24
35/20 35/23 37/6
38/5 38/9 38/14
**work [33]** 5/1 5/16
52/3 69/6 71/21
72/7 72/19 73/14
74/1 75/25 79/3
79/16 79/17 80/24
80/24 82/2 82/13
82/20 83/12 83/14
83/17 84/7 84/11
87/1 91/6 93/24
95/25 98/12 99/7
101/15 112/8 122/4
122/13
**work-related [2]**

**W**

**work-related... [2]**
122/4 122/13
**worked [16]** 62/24
69/9 72/12 73/1
76/4 79/10 80/20
81/21 82/17 83/15
83/17 90/4 94/20
99/10 110/6 112/5
**working [12]** 4/3
67/2 67/3 67/5
76/2 77/4 77/6
83/18 88/1 93/13
93/14 98/21
**workshops [2]**
16/22 62/7
**workspace [1]**
106/21
**world [3]** 27/23
52/5 62/13
**worldwide [1]**
118/13
**worse [5]** 31/21
31/25 32/1 32/5
33/10
**worse than [1]**
31/25
**worth [1]** 125/8
**would [106]** 8/22
16/12 16/13 21/16
21/22 22/2 22/3
25/19 26/6 26/9
29/11 32/7 32/14
32/15 38/1 40/11
42/23 42/24 43/17
45/13 45/22 45/24
46/3 46/5 46/6
47/2 47/5 47/12
47/13 49/12 49/13
49/20 50/3 50/8
50/10 50/25 53/7
53/9 54/7 57/2
59/7 59/11 59/13

61/12 61/13 62/12
62/14 62/19 62/20
62/21 62/21 71/6
71/11 71/12 71/18
75/16 78/1 78/6
78/16 80/12 81/6
81/11 81/12 82/18
83/23 83/23 83/25
86/12 88/4 88/19
89/11 89/13 89/17
89/20 90/25 91/3
91/4 91/6 95/8
95/13 97/1 97/20
98/12 98/16 101/5
103/8 103/9 106/11
107/6 107/13
107/15 108/11
108/25 109/8
109/12 109/19
109/21 110/11
111/4 111/16
114/11 114/12
121/3 122/11 124/2
124/2
**wouldn't [10]** 17/1
17/12 18/8 32/17
32/18 42/8 55/1
98/15 102/9 107/15
**WRIGHT [93]** 1/7
2/8 3/5 3/16 3/18
9/13 10/4 10/24
16/21 18/2 20/22
21/17 23/15 25/22
26/6 27/8 27/14
28/7 29/25 30/14
31/9 31/17 31/20
33/9 34/14 35/17
36/18 37/5 37/7
38/2 38/5 38/20
40/14 41/12 41/15
41/19 41/22 42/7
43/6 43/9 43/21
44/14 45/22 45/25
46/17 49/11 49/13

50/21 52/6 53/6
56/25 58/6 58/7
58/10 58/12 58/23
58/25 59/12 59/19
67/25 71/16 72/24
75/5 78/17 80/23
83/1 83/1 83/2
87/12 88/6 105/3
112/19 113/14
114/8 114/13 115/9
116/4 116/16
116/19 117/16
119/4 120/7 124/10
125/15 125/15
126/7 126/12
126/13 126/16
127/14
**Wright's [9]** 9/12
11/9 18/1 42/4
47/19 57/3 57/8
67/20 77/23
**write [9]** 13/5
13/6 13/7 13/7
13/10 59/9 71/4
89/19 92/11
**writes [1]** 33/10
**writing [4]** 55/19
71/11 86/9 92/22
**written [4]** 19/9
19/16 19/24 50/1
**wrong [6]** 12/23
14/8 35/21 36/17
99/5 110/12
**wrote [3]** 13/13
13/13 84/20

**X**

**Xen [2]** 105/15
108/1
**Xenon [1]** 109/21

**Y**

**yeah [10]** 10/17

**Y**

**yeah... [9]**   14/23
 24/5 28/11 71/19
 87/12 88/8 88/23
 100/19 102/22
**year [42]**   6/6 6/9
 15/16 16/1 16/11
 21/5 21/11 21/18
 21/25 22/3 24/22
 26/3 26/7 27/12
 27/25 28/8 30/3
 30/4 30/10 30/23
 31/8 59/22 63/13
 64/17 64/18 64/23
 66/19 66/24 68/22
 74/4 75/15 82/22
 94/17 95/7 96/24
 101/13 109/5 118/1
 121/18 122/18
 122/19 124/25
**years [13]**   6/19
 6/21 6/24 7/2 8/4
 15/14 43/22 60/2
 60/15 65/11 69/16
 82/17 121/2
**yen [1]**   80/10
**yes [147]**
**yesterday [1]**
 13/12
**yet [2]**   25/15
 119/18
**you [576]**
**you just [1]**   17/3
**you to [1]**   50/12
**you'll [2]**   36/17
 58/7
**you're [26]**   13/6
 14/5 14/23 15/16
 15/25 16/1 17/5
 17/22 21/13 21/15
 23/24 31/1 31/1
 37/17 69/21 74/18
 81/17 83/12 84/4

91/10 91/20 91/22
95/8 108/4 111/10
113/9
**you've [6]**   7/22
 25/11 25/11 83/10
 98/20 102/4
**young [3]**   62/18
 69/9 121/2
**younger [3]**   16/12
 16/13 19/20
**youngest [1]**
 117/22
**your [162]**
**yuan [1]**   80/10
**yvette [6]**   1/23
 1/25 129/5 129/17
 129/17 129/19

**Z**

**ZACK [2]**   1/16 3/11
**ZALMAN [2]**   1/21
 3/16
**ZED80 [1]**   70/4
**ZED80-type [1]**
 70/4
**zeros [1]**   70/20
**zone [1]**   34/24
**Zoren [6]**   95/22
 95/24 96/5 96/11
 98/7 103/12