UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,                                Case No. 9:18-cv-80176-BB/BR

v.

CRAIG WRIGHT.

_____/

## RIVERO MESTRE LLP'S ANSWER TO WRIT OF EXECUTION/GARNISHMENT

      Rivero Mestre LLP (RM) makes the following answer to the writ purportedly served on behalf of judgment creditor W&K Info Defense Research, LLC, on August 16, 2023, to the best of its ability to decipher and answer the single run-on sentence in the writ.  At the time of the issuance of the writ, at this time, and at all times in between, RM:

1.     Was not indebted to Craig Wright;
2.     Had no property of Wright's in its possession; and
3.     Had no knowledge of any person indebted to Wright.

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com

Email: receptionist@riveromestre.com
By: <u>s/ Andrés Rivero</u>
ANDRES RIVERO
Florida Bar No. 613819
*Counsel for Dr. Craig S. Wright*

## CERTIFICATE OF SERVICE

I CERTIFY that on September 5, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

<u>/s/ Andrés Rivero</u>