UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB |

**PLAINTIFF W&K'S NOTICE OF ERRATA]**

Plaintiff W&K Info Defense Research, LLC ("W&K"), files this Notice of Errata in connection with its Partial Objection to Magistrate Judge Reinhart's Order Granting in Part and Denying in Part W&K's Motion for Sanctions. ECF No. 1053. In that filing, an unsigned version of the objection was inadvertently filed. A final executed copy is attached to this Notice as Exhibit 1.

Dated: September 26, 2023

Respectfully submitted,

By: */s/ Devin (Velvel) Freedman*
DEVIN (VELVEL) FREEDMAN
**FREEDMAN NORMAND FRIEDLAND LLP**
One Southeast Third Avenue
Suite 1240
Miami, Florida 33131
Telephone: (786) 924-2900

JOSEPH DELICH
STEPHEN LAGOS
**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue, Suite 1910
New York, New York 10016

ANDREW S. BRENNER
Florida Bar No. 978663
STEPHEN N. ZACK
Florida Bar No. 145215
SAMANTHA LICATA
Florida Bar No. 1024237
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
szack@bsfllp.com
abrenner@bsfllp.com
slicata@bsfllp.com

MAXWELL V. PRITT
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6869
mpritt@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.