18-CV-80176

12.10.2023

Dear Ms. Bloom

I'm from Switzerland and my English is not very good. I hope I can explain everything but at first one question: Are you the person which had work on the case C. Wright?

The thing is, I was 2008 in contact with C. Wright which I meet the first time in the underground train in Sydney during my holidays. I want to tell you a lots of. I don't think you believe me because its a strange story but all is true.

Can you come to Switzerland or what is the best way for a good communication? I must be carfull because e-mail is not very safe.

I hope you trust me and give me a chance for this crazy story.

Best wishes

Mr. Stefan Wagner

*(signature)*

Mr. Stefan Wagner
Sonnenstr. 2
CH-3954 Leukerbad
Switzerland