## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB |

## MOTION AND NOTICE OF WITHDRAWAL OF COUNSEL

Samantha M. Licata, Esq., of the law firm of BOIES SCHILLER FLEXNER LLP hereby notifies the Court and all parties that she will no longer be with the firm Boies Schiller Flexner LLP as of November 10, 2023 and is therefore withdrawing as counsel of record in this matter. Boies Schiller Flexner LLP remains as counsel of record for Plaintiff.

NOTICE IS FURTHER GIVEN THAT no further papers, pleadings, motions, correspondence, communications, regarding the above-captioned action should be served on Samantha Licata. Any and all future CM/ECF notifications should remain directed towards the attorneys of record for Plaintiffs.

Respectfully submitted,

*/s/ Samantha M. Licata*
SAMANTHA M. LICATA, ESQ.
Florida Bar. No. 1024237
slicata@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
100 S.E. Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CMF/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                      */s/ Samantha M. Licata*
                                      SAMANTHA M. LICATA