**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K Info
Defense Research, LLC

     Plaintiffs,

v.

CRAIG WRIGHT

     Defendant.

**CASE NO.:  9:18-cv-80176-BB**

## ORDER

This matter comes before the Court upon one of plaintiff's counsel's Motion to Withdraw, and it is hereby

ORDERED and ADJUDGED that the motion is granted and Samantha Licata is relieved of further obligations in this case.

DONE and ORDERED in Chambers at Miami-Dade County, Florida, this _____ day of November, 2023.

_____
HON. BETH BLOOM
UNITED STATES DISTRICT JUDGE