UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-80176-BLOOM/Reinhart**

IRA KLEIMAN, *et al*.,

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.

_____/

## ORDER ON MOTION TO WITHDRAW

**THIS CAUSE** is before the Court upon the Motion and Notice of Withdrawal of Counsel, ECF No. [1058] ("Motion"), filed on November 9, 2023 by Samantha M. Licata, Esq. In the Motion, Ms. Licata represents that she will no longer be with the law firm Boies Schiller Flexner LLP as of November 10, 2023 and requests that she be terminated as counsel of record for Plaintiffs. The Court has carefully reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [1058]**, is **GRANTED**.

2. The Clerk is **DIRECTED** to remove Samantha M. Licata, Esq. from receiving CM/ECF filings in this case.

3. Plaintiffs shall continue to be represented by his remaining counsel.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 9, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record