# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 29, 2023

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY ___JG___ D.C.
DEC 04 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: **22-11150-GG**
Case Style: Ira Kleiman v. Craig Wright
District Court Docket No: 9:18-cv-80176-BB

The following record materials in the referenced case are returned herewith:

<u>One Envelope of Exhibits and Two Envelope of SEALED Exhibits.</u> Consisting of (1) Sealed Envelope containing Thumb Drive as to DE 824 and (1) Envelope containing DE's 677, 728, 829 (3 Thumb Drives) and (1) Envelope containing DE 739 (USB Drive)

<u>Clerk's Office Phone Numbers</u>
General Information:   404-335-6100     Attorney Admissions:        404-335-6122
Case Administration:   404-335-6135     Capital Cases:              404-335-6200
CM/ECF Help Desk:      404-335-6125     Cases Set for Oral Argument: 404-335-6141

REC-3 Ltr Returning Record to DC/ wpm