UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## JOINT MOTION FOR CONTINUANCE

1. The Court set a hearing for February 15, 2024 on the question of whether remedial civil contempt sanctions are warranted against Wright. ECF No. 1063.

2. On January 23, 2024, the parties met and conferred to discuss whether they could reach agreement on what might resolve the issue pending before the Court. Both parties would like an opportunity to discuss these issues more fully, and therefore agreed to file a joint motion to continue the hearing date.[1]

3. Both parties therefore request the Court continue the hearing date, and if the parties are successful in resolving the dispute, they will file a notice informing the Court of the resolution. If they are unsuccessful, Plaintiffs will file a motion requesting the Court set a new hearing date.

4. This request is not brought for the purpose of delay and will not prejudice any party.

For these reasons, the parties request that the Court continue the February 15 hearing.

---

[1] Counsel for Plaintiff also has a conflict on February 15 that would be resolved by a continuance of the hearing date. Though Plaintiff can proceed on February 15 if the Court doesn't grant this motion.

1

Dated:  January 25, 2024

By: /s/ Alexa J. Rosenson
James E. Gillenwater
Florida Bar No. 1013518
Robert S. Galbo
Florida Bar No. 106937
Alexa J. Rosenson
Florida Bar No. 1040669
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
gillenwaterj@gtlaw.com
galbor@gtlaw.com
alexa.rosenson@gtlaw.com
michelle.cruz@gtlaw.com
flservice@gtlaw.com

Respectfully submitted,

By: /s/ Devin (Velvel) Freedman
Devin (Velvel) Freedman, Esq.
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
vel@fnf.law

Joseph Delich
Stephen Lagos
FREEDMAN NORMAND FRIEDLAND LLP
99 Park Avenue, Suite 1910
New York, New York 10016
jdelich@fnf.law
slagos@fnf.law

ANDREW S. BRENNER
Florida Bar No. 978663
STEPHEN N. ZACK
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
szack@bsfllp.com
abrenner@bsfllp.com

MAXWELL V. PRITT
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6869
mpritt@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Devin (Velvel) Freedman*
Devin (Velvel) Freedman