# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR CONTINUANCE

THIS CAUSE is before the Court on the Joint Motion for Continuance (the "Motion"). The Court has reviewed the Motion, and being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The hearing is continued until Plaintiff notifies the Court the parties have reached resolution or that they require a new hearing date.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January 2024.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE