# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K Info
Defense Research, LLC
      Plaintiffs,

v.

CRAIG WRIGHT
      Defendant.

**CASE NO.:  9:18-cv-80176-BB/BR**

## WRIT OF EXECUTION/GARNISHMENT TO RIVERO MESTRE LLP

**TO THE MARSHAL OF SOUTHERN DISTRICT OF FLORIDA:**

    **YOU ARE COMMANDED to summon the Garnishee:**

**RIVERO MESTRE LLP**

located at 2525 Ponce de Leon Blvd., Ste. 1000, Miami, FL 33134, and/or any other Rivero
Mestre LLP offices, as applicable, to serve an answer to this writ on Devin (Velvel) Freedman,
Esq., Attorney for Judgment Creditor/Plaintiff, W&K Info Defense Research, LLC, at 1 SE 3rd
Ave., Suite 1240, Miami, Florida 33131, within twenty (20) days after service on the Garnishee,
exclusive of the day of service, and to file the original with the Clerk of this Court either before
service on the Judgment Creditor/Plaintiffs attorney or immediately thereafter, stating whether
the Garnishee is indebted to the Judgment Debtor/Defendant, CRAIG WRIGHT, at the time of
the answer, or was indebted at the time of the service of the writ, or at any time between such
times, and in what sum and what tangible and intangible personal property of the Judgment
Debtor/Defendant the Garnishee has in its possession or control at the time of the answer, or had
at the time of service of this writ, or any time between such times, and whether the Garnishee
knew of any person indebted to the Judgment Debtor/Defendant or who may have any property
of the Judgment Debtor/Defendant in its possession or control.

The amount of the final judgment as set forth in Judgment Creditor/Plaintiff's Motion is
$143,132,492.48, together with interest pursuant to 28 U.S.C. §1961, from the date of the
judgment, March 9, 2022.

    **DATED** this 16th day of August, 2023



**Angela E. Noble**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
By:_____*Philip Curtis*_____
              **Deputy Clerk**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K Info
Defense Research, LLC
     Plaintiffs,

v.

CRAIG WRIGHT
     Defendant.

**CASE NO.: 9:18-cv-80176-BB/BR**

## WRIT OF EXECUTION/GARNISHMENT TO GREENBERG TRAURIG LLP

**TO THE MARSHAL OF SOUTHERN DISTRICT OF FLORIDA:**

     **YOU ARE COMMANDED to summon the Garnishee:**

**GREENBERG TRAURIG LLP**

located at 333 SE 2nd Avenue, Suite 4400, Miami, FL 33131, and/or any other Greenberg Traurig LLP offices, as applicable, to serve an answer to this writ on Devin (Velvel) Freedman, Esq., Attorney for Judgment Creditor/Plaintiff, W&K Info Defense Research, LLC, at 1 SE 3rd Ave., Suite 1240, Miami, Florida 33131, within twenty (20) days after service on the Garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the Judgment Creditor/Plaintiffs attorney or immediately thereafter, stating whether the Garnishee is indebted to the Judgment Debtor/Defendant, CRAIG WRIGHT, at the time of the answer, or was indebted at the time of the service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Judgment Debtor/Defendant the Garnishee has in its possession or control at the time of the answer, or had at the time of service of this writ, or any time between such times, and whether the Garnishee knew of any person indebted to the Judgment Debtor/Defendant or who may have any property of the Judgment Debtor/Defendant in its possession or control.

The amount of the final judgment as set forth in Judgment Creditor/Plaintiffs Motion is $143,132,492.48, together with interest pursuant to 28 U.S.C. §1961, from the date of the judgment, March 9, 2022.

     **DATED** this 16th day of August, 2023



Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: _Philip Curtis_
    Deputy Clerk