# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **IRA KLEIMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN, et. al.** | CIVIL ACTION NO.: 9:18-CV -80176-BB/BR |

<b>vs</b>

*Plaintiff*

**CRAIG WRIGHT**

*Defendant*

## AFFIDAVIT OF SERVICE

State of Florida }
County of Broward } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Florida,

That on **08/16/2023** at **3:47 PM** at **1200 South Pine Island Road, Plantation, FL 33324**

deponent served a(n) **Writ Of Execution/Garnishment To Greenberg Traurig, LLP**

on **Greenberg Traurig, LLP c/o CT Corporation System**, Registered Agent,

by delivering thereat a true copy to **Tanya Mock** personally, authorized to accept service thereof.

Description of Person Served:
Gender: Female
Skin:  Black
Hair: Brown
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight:161-200 Lbs.
Other: Glasses

I declare under penalty of perjury that this information is true and correct.

August 17, 2023

Eric Deal
#336