# EXHIBIT 4

| | |
|---|---|
| **Subject:** | Re: Kleiman Matter - Contempt Hearing |
| **Date:** | Tuesday, January 23, 2024 at 2:20:27 PM Eastern Standard Time |
| **From:** | Joseph Delich |
| **To:** | Velvel Freedman, Alexa.Rosenson@gtlaw.com, Stephen Lagos, Andrew Brenner, hclark@rkjlawgroup.com, ckammerer@rkjlawgroup.com |
| **CC:** | GillenwaterJ@gtlaw.com, galbor@gtlaw.com, Maxwell Pritt |
| **Attachments:** | image001.png, 2023.08.16 Aos - Greenberg Traurig LLP[15].pdf, 18cv80176 Writ of Execution DE 1039.pdf |

Attached.

**Joseph M. Delich**
Partner
Freedman Normand Friedland LLP
99 Park Avenue Suite 1910
New York, New York 10016
(t) (646) 970-7541
(c) (402) 208-5062
(@) jdelich@fnf.law

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Velvel Freedman <vel@fnf.law>
**Date:** Tuesday, January 23, 2024 at 2:09 PM
**To:** Alexa.Rosenson@gtlaw.com <Alexa.Rosenson@gtlaw.com>, Joseph Delich <jdelich@fnf.law>, Stephen Lagos <slagos@fnf.law>, Andrew Brenner <abrenner@bsfllp.com>, hclark@rkjlawgroup.com <hclark@rkjlawgroup.com>, ckammerer@rkjlawgroup.com <ckammerer@rkjlawgroup.com>
**Cc:** GillenwaterJ@gtlaw.com <GillenwaterJ@gtlaw.com>, galbor@gtlaw.com <galbor@gtlaw.com>, Maxwell Pritt <mpritt@bsfllp.com>
**Subject:** Re: Kleiman Matter - Contempt Hearing

Joe - can you please circulate the writ of garnishment FNF served on GT - along with the aff of service?

-Vel

Get Outlook for iOS

**From:** Velvel Freedman <vel@fnf.law>
**Sent:** Tuesday, January 23, 2024 12:01:48 PM
**To:** Alexa.Rosenson@gtlaw.com <Alexa.Rosenson@gtlaw.com>; Joseph Delich <jdelich@fnf.law>;

Stephen Lagos <slagos@fnf.law>; Andrew Brenner <abrenner@bsfllp.com>; hclark@rkjlawgroup.com <hclark@rkjlawgroup.com>; ckammerer@rkjlawgroup.com <ckammerer@rkjlawgroup.com>
**Cc:** GillenwaterJ@gtlaw.com <GillenwaterJ@gtlaw.com>; galbor@gtlaw.com <galbor@gtlaw.com>; Maxwell Pritt <mpritt@bsfllp.com>
**Subject:** Re: Kleiman Matter - Contempt Hearing

Alexa - please circulate the zoom for two. I have about 15 minutes, but that should be enough for an interim call.

Max wont join us but I'll catch him up later.

Get Outlook for iOS

---

**From:** Alexa.Rosenson@gtlaw.com <Alexa.Rosenson@gtlaw.com>
**Sent:** Tuesday, January 23, 2024 11:15:03 AM
**To:** Velvel Freedman <vel@fnf.law>; Joseph Delich <jdelich@fnf.law>; Stephen Lagos <slagos@fnf.law>; Andrew Brenner <abrenner@bsfllp.com>; hclark@rkjlawgroup.com <hclark@rkjlawgroup.com>; ckammerer@rkjlawgroup.com <ckammerer@rkjlawgroup.com>
**Cc:** GillenwaterJ@gtlaw.com <GillenwaterJ@gtlaw.com>; galbor@gtlaw.com <galbor@gtlaw.com>; Maxwell Pritt <mpritt@bsfllp.com>
**Subject:** RE: Kleiman Matter - Contempt Hearing

**[EXTERNAL SENDER]**

Hi Vel,

Thank you. We are available for a call this afternoon. Does 2pm work? If so, I will circulate a Zoom invite. We can discuss the date change on our call.

Thank you,
Alexa

**Alexa Rosenson**
Associate

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue |
Suite 4400 | Miami, FL 33131
T +1 305.579.0650
Alexa.Rosenson@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

**GT** GreenbergTraurig

---

**From:** Velvel Freedman <vel@fnf.law>
**Sent:** Tuesday, January 23, 2024 11:00 AM
**To:** Rosenson, Alexa (Assoc-MIA-LT) <Alexa.Rosenson@gtlaw.com>; Joseph Delich <jdelich@fnf.law>; Stephen Lagos <slagos@fnf.law>; Brenner, Andrew (Boies, Schiller & Flexner LLP - Miami, FL) <abrenner@bsfllp.com>; hclark@rkjlawgroup.com; ckammerer@rkjlawgroup.com

**Cc:** Gillenwater, James E. (Shld-MIA-LT) <GillenwaterJ@gtlaw.com>; Galbo, Robert (Shld-Mia-LT) <galbor@gtlaw.com>; Maxwell Pritt <mpritt@bsfllp.com>
**Subject:** Re: Kleiman Matter - Contempt Hearing

**\*EXTERNAL TO GT\***

Following up on the below. I'm available for most of today and much of tomorrow before noon. Not sure if Max is available then?

Please let me know about the date change?

-Vel

Get Outlook for iOS

---

**From:** Velvel Freedman <vel@fnf.law>
**Sent:** Thursday, January 18, 2024 9:32:56 PM
**To:** Alexa.Rosenson@gtlaw.com <Alexa.Rosenson@gtlaw.com>; Joseph Delich <jdelich@fnf.law>; Stephen Lagos <slagos@fnf.law>; Andrew Brenner <abrenner@bsfllp.com>; hclark@rkjlawgroup.com <hclark@rkjlawgroup.com>; ckammerer@rkjlawgroup.com <ckammerer@rkjlawgroup.com>
**Cc:** GillenwaterJ@gtlaw.com <GillenwaterJ@gtlaw.com>; galbor@gtlaw.com <galbor@gtlaw.com>
**Subject:** Re: Kleiman Matter - Contempt Hearing

Thanks Alexa. We will send some times next week to meet. In the interim, I have a conflict on 2/15. Are there dates in the following week you are all available to reset this hearing to? Or perhaps even the afternoon of 2/16?

Thanks,
-Vel

---

**From:** Alexa.Rosenson@gtlaw.com <Alexa.Rosenson@gtlaw.com>
**Date:** Wednesday, January 17, 2024 at 12:50 PM
**To:** Velvel Freedman <vel@fnf.law>, Joseph Delich <jdelich@fnf.law>, Stephen Lagos <slagos@fnf.law>, Andrew Brenner <abrenner@bsfllp.com>, hclark@rkjlawgroup.com <hclark@rkjlawgroup.com>, ckammerer@rkjlawgroup.com <ckammerer@rkjlawgroup.com>
**Cc:** GillenwaterJ@gtlaw.com <GillenwaterJ@gtlaw.com>, galbor@gtlaw.com <galbor@gtlaw.com>
**Subject:** Kleiman Matter - Contempt Hearing

**[EXTERNAL SENDER]**

Good afternoon,

As you are aware, the Court ordered a contempt hearing on February 15th to determine whether remedial sanctions are warranted based on Wright's initial failure to produce a completed Form 1.977.

We'd like to meet and confer to discuss the relief you contemplate seeking at the hearing to explore the possibility of reaching a resolution of this issue without the need for a  hearing. Please let us know if you have a proposed resolution or if you'd like to set up a call to discuss.

Thank you,
Alexa

**Alexa Rosenson**
Associate

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue |
Suite 4400 | Miami, FL 33131
T +1 305.579.0650
Alexa.Rosenson@gtlaw.com  |  www.gtlaw.com   |  View GT Biography



---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.