UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | Case No.: 9:18-cv-80176-BB/BER |

**[PROPOSED] ORDER ON MOTION FOR ENTRY OF DEFAULT**

THIS CAUSE is before the Court on W&K's Motion for Entry of Default Against Garnishee Greenberg Traurig PA for Failure to Answer Writ of Garnishment, and the Court, having reviewed the motion and exhibits, it is hereby **ORDERED and ADJUDGED** that the motion is **GRANTED** as follows:

1. The Court enters a Final Default Judgment in favor of W&K and against Greenberg Traurig PA for $143,132,492.48.

2. The Final Default Judgment shall bear interest at the statutory interest rate until paid in full.

RESPECTFULLY SUBMITTED in Palm Beach, Florida, this ___ day of February, 2024.

_____
Judge Bruce Reinhart
United States Magistrate Judge

Copies furnished: All counsel of record