# EXHIBIT A

 Wolters Kluwer

August 18, 2023

**Notice of Rejected Service of Process – Log# 544537329**

Agent Served:   C T Corporation
Party Served:   GREENBERG TRAURIG LLP
Jurisdiction Served:   Florida
Title of Action:   IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info
Defense Research, LLC vs. CRAIG WRIGHT
Case No.   918CV80176BBBR

Dear Sir/Madam:

We have received documents from you in the above-referenced matter, but we are not able to forward the
documents to any party due to the reason indicated below.

☑  Not Agent: According to our records and/or the records of the Secretary of State, we are not the registered
agent for the party you are attempting to serve.

☐  Documents Do Not Correctly Identify the Intended Recipient: The name of the party that you are trying to
serve appears to be incomplete and/or there are other errors in how you have identified the party that you are trying
to serve. Our company is the registered agent for service of process for hundreds of thousands of entities, and
because of your errors in identifying the party that you are trying to serve, we are unable to determine the identity
of the party that you are attempting to serve.

☐  Inactive Entity: The entity that you are attempting to serve is either discontinued on our records and/or
inactive with the Secretary of State. Accordingly, we no longer have any active agreement with the entity to
operate as its registered agent for service of process, and we no longer have current delivery instructions on file.

To be clear, for the aforementioned reason(s), we have not been able to forward the documents that you are
attempting to serve to any party. We are writing this letter to you so that you can take action to address the
problems that we have identified. If you do not correct the errors identified herein, the party you are trying to serve
will not receive notice of these documents.

Please email SOPInquiries@wolterskluwer.com if you believe that you have received this letter in error or if you
need further assistance.

Very truly yours,
C T Corporation System

**(Returned To)**

Devin (Velvet) Freedman, Esq.
1 SE 3rd Ave.,
Suite 1240,
Miami, FL  33131