UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## NOTICE OF WITHDRAWAL OF MOTION

Plaintiffs hereby notify the Court that, after meeting and conferring, Greenberg Traurig PA has agreed to accept service of a writ and to answer within 30 days. Accordingly, Plaintiffs motion for default judgment (ECF No. 1068) is withdrawn.

Dated: March 5, 2024

Respectfully submitted,

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762
FREEDMAN NORMAND FRIEDLAND LLP
1 SE Third Ave., Suite 1240
Miami, Florida 33131
Telephone: (305) 753-3675
Facsimile: (646) 392-8842
vfreedman@fnf.law

*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

1