UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

**PLAINTIFF W&K INFO DEFENSE RESEARCH, LLC'S
NOTICE REGARDING ORDER TO SHOW CAUSE**

Plaintiff W&K Info Defense Research, LLC ("W&K"), pursuant to the Court's Order to Show Cause [ECF No. 1075], hereby gives notice that the parties did not resolve their dispute and that it intends to continue pursuing civil contempt sanctions against Defendant Craig Wright.

Dated: March 12, 2024

Respectfully submitted,

By: /s/ *Velvel Devin Freedman*
Velvel (Devin) Freedman
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
vel@fnf.law

Joseph Delich
Stephen Lagos
FREEDMAN NORMAND FRIEDLAND LLP
99 Park Avenue, Suite 1910
New York, New York 10016
jdelich@fnf.law
slagos@fnf.law

Andrew S. Brenner
Stephen N. Zack
Laselve E. Harrison
BOIES SCHILLER FLEXNER LLP

100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com
szack@bsfllp.com
lharrison@bsfllp.com

Maxwell V. Pritt
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6869
Facsimile:  (415) 293-6869
mpritt@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Velvel Devin Freedman*
Velvel (Devin) Freedman, Esq.