UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-80176-BLOOM/REINHART

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

**GREENBERG TRAURIG, P.A.'S ANSWER TO WRIT OF EXECUTION/GARNISHMENT**

Greenberg Traurig, P.A. ("GT") files this Answer to the Writ of Execution/Garnishment served by Plaintiff on March 1, 2024. At the time of the issuance of the writ, at this time, and at all times in between, GT:

1. Was not indebted to judgment debtor Craig Wright ("Wright");

2. Had no property of Wright in its possession; and

3. Had no knowledge of any person indebted to Wright.

Dated: April 1, 2024

                          Respectfully submitted,

                          **GREENBERG TRAURIG, P.A.**
                          333 S.E. 2nd Avenue, Suite 4400
                          Miami, Florida 33131
                          Telephone: (305) 579-0816
                          Facsimile: (305) 579-0717

                          By:    */s/James E. Gillenwater*
                                  JAMES E. GILLENWATER
                                  Florida Bar No. 1013518
                                  Email: gillenwaterj@gtlaw.com
                                  ROBERT S. GALBO

        Florida Bar No. 106937
        Email: galbor@gtlaw.com
        ALEXA J. ROSENSON
        Florida Bar No. 1040669
        Email: alexa.rosenson@gtlaw.com
        michelle.cruz@gtlaw.com
        flservice@gtlaw.com

*Counsel for Defendant Craig Wright*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record identified below either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

        */s/James E. Gillenwater*
        JAMES E. GILLENWATER