UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>CRAIG WRIGHT<br><br>Defendant. | Case No. 9:18-cv-80176-BB/BR |

### W&K'S EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FEES

Judgment-Creditor/Plaintiff W&K Info Defense Research, LLC requests the Court extend by two weeks the deadline under Local Rule 7.3(b) to file its motion for fees.

1. On March 15, 2024, the Court held Judgment-Debtor Wright in civil contempt for his non-compliance with the Court's compulsion order and ordered an award of attorneys' fees. ECF No. 1077. Under Local Rule 7.3, the current deadline for W&K to file its motion for fees is today, May 14, 2024.

2. On April 16, 2024, pursuant to Local Rule 7.3, W&K served Wright's counsel with a draft motion for fees and asked for availability to meet and confer.

3. On May 1, 2024, Judgment-Debtor Wright served specific objections to the time entries attached to W&K's draft fee motion.

4. On May 7, counsel for W&K asked for Wright's availability to meet and confer, but subsequently fell ill and was unable to do so.

5. W&K requests that the Court extend this deadline by two weeks, to May 28, 2024, to facilitate a meaningful meet and confer process in advance of filing the motion. Because the current deadline is today, W&K respectfully requests a ruling on this motion as soon as possible.

6. Earlier today, counsel for W&K reached out to counsel for Wright, hoping to reach an agreement and avoid this motion. Counsel for Wright responded at 4:44 PM that he opposes this motion.

For the reasons stated above, W&K therefore respectfully request that the Court extend the deadline to file its fee motion by two weeks, to May 28, 2024.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to resolve the issues.

Dated: May 14, 2024

Respectfully submitted,

By: */s/ Velvel Devin Freedman*
Velvel (Devin) Freedman, Esq.
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
vel@fnf.law

Joseph Delich
Stephen Lagos
FREEDMAN NORMAND FRIEDLAND LLP
99 Park Avenue, Suite 1910
New York, New York 10016
jdelich@fnf.law
slagos@fnf.law

Laselve E. Harrison
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800

Miami, Florida 33131
abrenner@bsfllp.com
szack@bsfllp.com
lharrison@bsfllp.com

Maxwell V. Pritt
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6869
Facsimile:  (415) 293-6869
mpritt@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*