## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal
representative of the Estate of David
Kleiman, and W&K Info Defense Research,
LLC

                Plaintiffs,

     vs.

CRAIG WRIGHT

                Defendant.

Case No. 9:18-cv-80176-BB/BR

### W&K's Unopposed Motion for Extension of Time to File Motion for Fees

Judgment-Creditor/Plaintiff W&K Info Defense Research, LLC requests the Court extend by two weeks the deadline under Local Rule 7.3(b) to file its motion for fees.

1. On May 14, 2024, this Court granted a two-week extension for W&K to file its motion for fees awarded in connection with the Court's Judgment-Debtor Wright in civil contempt. ECF No. 1081.

2. In the interim, W&K has held productive meet and confers with Wright's counsel regarding the motion, and W&K believes additional time for conferral could help in narrowing and/or resolving Wright's contemplated objections.

3. Accordingly, W&K requests that the Court extend this deadline by an additional two weeks, to June 11, 2024, to allow the parties to continue with the meet and confer process in advance of filing the motion.

4.   Counsel for Wright represented he does not oppose this motion in light of the Court's recent order, ECF No. 1081, but reserves all rights regarding arguments about timeliness and Plaintiff's compliance with Rule 7.3.

For the reasons stated above, W&K therefore respectfully request that the Court extend the deadline to file its fee motion by two weeks, to June 11, 2024.

## S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to resolve the issues.

Dated: May 28, 2024

Respectfully submitted,

By: */s/ Velvel Devin Freedman*
Velvel (Devin) Freedman, Esq.
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
vel@fnf.law

Joseph Delich
Stephen Lagos
FREEDMAN NORMAND FRIEDLAND LLP
99 Park Avenue, Suite 1910
New York, New York 10016
jdelich@fnf.law
slagos@fnf.law

Stephen N. Zack
Andrew S. Brenner
Laselve E. Harrison
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com
szack@bsfllp.com
lharrison@bsfllp.com

Maxwell V. Pritt
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6869
Facsimile:  (415) 293-6869
mpritt@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as
Personal Representative of the Estate of
David Kleiman and W&K Info Defense
Research, LLC.*