UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

Plaintiffs,

vs.

CRAIG WRIGHT

Defendant.

Case No. 9:18-cv-80176-BB/BR

## [PROPOSED] ORDER ON W&K'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FEES

This cause is before the court on W&K's motion for extension of time. The Court has reviewed the motion, and being fully advised, it is hereby:

ORDERED AND ADJUDGED that the motion is granted. The deadline for W&K to file its motion for fees is extended to June 11, 2024.

.

_____
Judge Bruce E. Reinhart

.

cc: All counsel of record.