UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:18-CV-80176-BLOOM/REINHART**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

     Plaintiffs,
v.

CRAIG WRIGHT,

     Defendant.
_____/

**UNOPPOSED MOTION TO WITHDRAW JAMES E. GILLENWATER, ROBERT S. GALBO, ALEXA ROSENSON AND THE LAW FIRM OF GREENBERG TRAURIG, P.A. AS ATTORNEYS OF RECORD FOR DEFENDANT, CRAIG WRIGHT**

     Pursuant to Local Rule 11.1(d)(3), the undersigned counsel for Defendant Craig Wright ("Defendant") respectfully request the entry of an order granting their unopposed Motion to Withdraw as counsel for Defendant in the above-captioned matter, and in support state:

     1.     Greenberg Traurig, P.A. and attorneys James E. Gillenwater, Robert S. Galbo, and Alexa J. Rosenson (collectively "GT") are presently counsel for Defendant.

     2.     There is good cause for withdrawal here because it can be accomplished without material adverse effect on the interests of Defendant. *See* Rule 4-1.16(b)(1), Rules Regulating The Florida Bar. The only live issue remaining in the case is the amount of attorneys' fees to be awarded pursuant to the Court's March 15, 2024 Paperless Order. ECF No. 1077. Defendant has been fully informed on that issue and consents to counsel's withdrawal at this time. *See* S.D. Fla. LR 11.1(D)(3); Rule 4-1.16(b)(1); *Cavalieri v. Avior Airlines C.A.*, No. 17-CV-22010, 2022 WL 18458125, at *1 (S.D. Fla. June 5, 2022) (granting unopposed motion for withdrawal where it "can

be accomplished without material adverse effect on the interests of the client").

      3.      Pursuant to Local Rule 11.1(d)(3), the undersigned has also provided notice of the requested withdrawal to counsel for Plaintiff, who advised that Plaintiff does not oppose the relief sought herein. The current mailing address for Defendant was previously permitted to be redacted from the docket for security reasons, and can be found at Docket Entry 1016. *See also* ECF No. 1055.

      **WHEREFORE**, Greenberg Traurig P.A., James E. Gillenwater, Robert S. Galbo, and Alexa J. Rosenson respectfully request the entry of an order permitting them to withdraw as counsel for Defendants, absolving them of any further duties or responsibilities in representing Defendant in this lawsuit, removing them from the CM/ECF roster in this case, and affording any other just and proper relief. A proposed order of withdrawal is attached at **Exhibit 1**.

## LOCAL RULE 7.1(A)(3) CERTIFICATE

      Under Local Rule 7.1(a)(3), undersigned counsel hereby certifies that counsel for Defendants conferred with counsel of record for Plaintiff on June 4, 2024, who advised that Plaintiff does not oppose the relief sought herein.

Date: June 5, 2024                                      Respectfully submitted,

                                               **GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0816
Facsimile: (305) 579-0717

By: */s/James E. Gillenwater*
      JAMES E. GILLENWATER
      Florida Bar No. 1013518
      Email: gillenwaterj@gtlaw.com
      ROBERT S. GALBO
      Florida Bar No. 106937
      Email: galbor@gtlaw.com
      ALEXA J. ROSENSON
      Florida Bar No. 1040669
      Email: alexa.rosenson@gtlaw.com

*Counsel for Defendant Craig Wright*

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on this 5th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                     /*s*/ *James E. Gillenwater*
                                                     JAMES E. GILLENWATER