# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-80176-BLOOM/REINHART

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

       Plaintiffs,
v.

CRAIG WRIGHT,

       Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW JAMES E. GILLENWATER, ROBERT S. GALBO, ALEXA J. ROSENSON, AND GREENBERG TRAURIG, P.A. AS COUNSEL FOR DEFENDANT CRAIG WRIGHT**

       **THIS MATTER** came before the Court upon the Motion to Withdraw James E. Gillenwater, Robert S. Galbo, Alexa J. Rosenson, and Greenberg Traurig, P.A. as Counsel for Defendant Craig Wright.  The Court has carefully reviewed the Motion, the docket, and is otherwise fully advised in the premises.  Accordingly, it is hereby:

       **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  James E. Gillenwater, Robert S. Galbo, Alexa J. Rosenson, and Greenberg Traurig, P.A. shall be removed as counsel of record for Defendant Craig Wright in this case.  Defendant Craig Wright shall have until July 5th, 2024 to obtain new counsel.

       **DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this ____ day of June, 2024.

                                                                              _____
                                                                              BETH BLOOM
                                                                              United States District Court Judge

Copies furnished to Counsel of Record