UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

          Plaintiffs,

vs.

CRAIG WRIGHT

          Defendant.

Case No. 9:18-cv-80176-BB/BR

### W&K's Unopposed Motion Stay Deadline for Motion for Fees

Judgment-Creditor/Plaintiff W&K Info Defense Research, LLC requests the Court stay the deadline under Local Rule 7.3(b) to file its motion for fees until two weeks after the appearance of new counsel for Wright.

1. On May 28, 2024, this Court granted a two-week extension for W&K to file its motion for fees awarded in connection with the Court's Judgment-Debtor Wright in civil contempt. ECF No. 1083.

2. Since then, Wright's counsel has filed a motion to withdraw.

3. Accordingly, in the interest of facilitating a resolution that does not require court intervention, W&K requests that the Court stay the deadline for W&K to file its motion for fees until two weeks after the appearance of new counsel for Wright, or until W&K moves to lift the stay.

4. Counsel for Wright represented he does not oppose this motion.

For the reasons stated above, W&K therefore respectfully request that the Court stay the deadline to file its fee motion until two weeks after the appearance of new counsel for Wright.

## S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for the movant has conferred with counsel for Defendant, who advised Defendant does not oppose the relief sought in this motion.

Dated: June 5, 2024

Respectfully submitted,

By: /s/ Velvel Devin Freedman
Velvel (Devin) Freedman, Esq.
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
vel@fnf.law

Joseph Delich
Stephen Lagos
FREEDMAN NORMAND FRIEDLAND LLP
10 Grand Central
155 E. 44th Street, Suite 905
New York, New York 10017
jdelich@fnf.law
slagos@fnf.law

Stephen N. Zack
Andrew S. Brenner
Laselve E. Harrison
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com
szack@bsfllp.com
lharrison@bsfllp.com

Maxwell V. Pritt
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6869
Facsimile:  (415) 293-6869
mpritt@bsfllp.com

2

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*