UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>CRAIG WRIGHT<br><br>Defendant. | Case No. 9:18-cv-80176-BB/BR |

**[PROPOSED] ORDER ON W&K'S UNOPPOSED
MOTION TO STAY DEADLINE FOR MOTION FOR FEES**

This cause is before the court on W&K's motion for extension of time. The Court has reviewed the motion, and being fully advised, it is hereby:

ORDERED AND ADJUDGED that the motion is granted. The deadline for W&K to file its motion for fees is stayed until two weeks after the appearance of new counsel for Wright, or until W&K files a motion to lift the stay.

.

_____
Judge Bruce E. Reinhart

.

cc: All counsel of record.