UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-80176-BB

IRA KLEIMAN, as the personal representative of
the Estate of David Kleiman, and W&K Info Defense Research, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/



FILED BY ___ D.C.
MAY 19 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MOTION FOR LEAVE TO FILE PRO SE AS PERSONAL REPRESENTATIVE

COMES NOW Ira Kleiman, as the court-appointed Personal Representative of the Estate of David Kleiman, and respectfully requests leave of Court to file a motion pro se in the above-captioned matter. As grounds, I state the following:

1. I currently serve as the duly authorized Personal Representative of the Estate of David Kleiman.

2. Although counsel of record remains listed in this matter, I have requested that they file a motion seeking relief on behalf of the Estate related to enforcement of the Court's judgment, imposition of sanctions, and appointment of a special master. Counsel has declined to do so.

3. In light of this refusal, I respectfully request leave of Court to submit a pro se motion on behalf of the Estate for the limited purpose of seeking enforcement of sanctions previously imposed by this Court and requesting the appointment of a special master to assist with post-judgment discovery and asset recovery.

4. I believe this request is in the best interests of the Estate and consistent with my fiduciary duties as its court-appointed representative.

WHEREFORE, I respectfully request that this Court grant me leave to file a pro se motion in this matter as the Personal Representative of the Estate.

Respectfully submitted,

*Ira S. Kleiman*

Ira Kleiman
Personal Representative of the Estate of Dave Kleiman
5104 Robino Circle
West Palm Beach, FL. 33418
Tel: (561) 232-3244
ira@davekleiman.com

Ira Kleiman
5104 Robino Circle
West Palm Beach, FL. 33417



Clerk of Court
U.S. District Court - Southern Di[strict]
Attn: Judge Beth Bloom
400 North Miami Avenue
Room 8N09
Miami, FL 33128
Re: Kleiman v. Wright, Case No.